# PROMISSORY NOTE

**$100,000,000**                                   **Due date:  August 30, 2011**



The **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on August 30, 2011, subject to prepayment as set forth below, the principal sum of **ONE HUNDRED MILLION DOLLARS** ($100,000,000) to the extent that such amount or any portion thereof disbursed under the Loan Agreement executed on this same date remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from proceeds of bonds to be issued by the Authority pursuant to the provisions of the respective sections of the Resolutions or from any available moneys of the Authority.

The Loan shall bear interest daily from August 28, 2009, the date of disbursement, until its full repayment at the rate of prime rate plus 150 basis points per annum, or the rate determined by the President of the Bank or his designee, depending on the interest rate market. Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred below, from any available moneys of the Authority. Not later than the fifth (5th) Banking Day of each month the Bank shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on the Loan for the preceding month. The Authority may prepay the Line of Credit at any time without penalty or premium. This Note is issued pursuant to a Loan Agreement between the Authority and the Lender subscribed on this same date.

The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rico Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

-2-

**IN WITNESS WHEREOF,** the AUTHORITY has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this _30th_ day of October, 2009.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____

Rubén A. Hernández Gregorat
Executive Director

Testimony No. _338_

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on October _30th_, 2009.

_____
Notary Public

## FIRST ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat on October 30, 2009, for the amount of $100,000,000, before notary public Meraris Ambert Cabrera, is hereby amended to increase the principal sum to **FOUR HUNDRED MILLION DOLLARS** ($400,000,000).

This First Allonge to Promissory Note is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced promissory note not inconsistent with this First Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 21st day of December, 2009.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Executive Director

Affidavit No. 1748

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December 21, 2009.

_____
Notary Public

## SECOND ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of $100,000,000, before notary public Meraris Ambert Cabrera, on October 30, 2009, and as amended to increase the principal sum to **FOUR HUNDRED MILLION DOLLARS ($400,000,000)**, before notary public Ivette M. Cancel Orsini, on December 21, 2009, is hereby amended to extend the maturity date of the Loan from to January 31, 2013 and to increase the principal amount of the Loan by $77,624,333.50 for a total amount not to exceed $477,624,333.50, for the sole purpose of cover accrued interests on the Loan until its maturity calculated in a sum of $77,425,529.93; and the financial services fee payable to the Lender in an amount equal to $198,803.57, subject to certain terms and conditions.

This Second Allonge to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this Second Allonge to Promissory Note, shall remain unaltered and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority has caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 2 day of September, 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Secretary of Transportation and Public
Works and Executive Director of the
Puerto Rico Highway and Transportation
Authority

Affidavit No. 395

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on September 2, 2011.

_____
Notary Public

27597

## THIRD ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of $100,000,000, before notary public Meraris Ambert Cabrera, on October 30, 2009, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat, to increase the principal sum to $400,000,000, before notary public Ivette M. Cancel Orsini, on December 21, 2009, and as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat, to extend the maturity date of the Loan to January 31, 2013 and to increase the principal amount of the Loan by $77,624,333.50 for a total amount not to exceed $477,624,333.50, subject to certain terms and conditions, before notary public Zoraya Betancourt Calzada, on September 2, 2011, is hereby amended to extend the maturity date of the Loan to January 31, 2014.

This Third Allonge to Promissory Note is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Allonge to Promissory Note, shall remain unaltered and in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority has caused this Third Amendment to Promissory Note to be signed by the ~~Secretary~~ _Executive Director_ of the Puerto Rico ~~Department of~~ _Highway and_ Transportation ~~and Public Works~~ _Authority_, Puerto Rico, this 14th day of February, 2013.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____,
Javier E. Ramos Hernández
Executive Director

Testimony No. 458

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February 14, 2013.

_____
Notary Public

29255 v.2

## FOURTH ALLONGE TO PROMISSORY NOTE

**$477,624,333.50**                                    **Maturity date:  January 31, 2015**

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, initially for the amount of $100,000,000, before notary public Meraris Ambert Cabrera, on October 30, 2009, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat, before notary public Ivette M. Cancel Orsini, on December 21, 2009, as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat, before notary public Zoraya Betancourt Calzada, on September 2, 2011, as amended by Third Allonge to Promissory Note executed by Javier E. Ramos Hernández, before notary public Belén Fornaris, on February 14, 2013, is hereby further amended to extend the maturity date of the Loan to January 31, 2015.

This Fourth Allonge to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date.  All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Allonge to Promissory Note, shall remain unaltered and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fourth Amendment to Promissory Note to be signed by the Secretary of the Puerto Rico  Department  of  Transportation  and  Public  Works,  Puerto  Rico,  on February, _4_, 2014.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _775_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February, _4_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## FIFTH ALLONGE TO PROMISSORY NOTE

$477,624,333.50                                    **Maturity Date:  January 31, 2016**

The Promissory Note executed on October 30, 2009 by Rubén A. Hernández Gregorat as Executive Director of Puerto Rico Highways and Transportation Authority (the "Authority"), initially for the amount of $100,000,000, before notary public Meraris Ambert Cabrera, affidavit number 338, as amended by (i) First Allonge to Promissory Note executed on December 21, 2009 by Rubén A. Hernández Gregorat, before notary public Ivette M. Cancel Orsini, affidavit number 1748, as amended by (ii) Second Allonge to Promissory Note executed on September 2, 2011 by Rubén A. Hernández Gregorat, before notary public Zoraya Betancourt Calzada, affidavit number 395, as amended by (iii) Third Allonge to Promissory Note executed on February 14, 2013 by Javier E. Ramos Hernández as Executive Director of the Auhtority, before notary public Belén Fornaris Alfaro, affidavit number 458, as amended by (iv) Forth Allonge to Promissory Note executed on February 4, 2014 by Javier E. Ramos Hernández, before notary public María de Lourdes Rodríguez, affidavit number 775, is hereby further amended to extend the maturity date of the Loan to January 31, 2016.

This Fifth Allonge to Promissory Note is executed in connection with the Fifth Amendment to Loan Agreement between the Puerto Rico Highways and Transportation Authority and the Government Development Bank for Puerto Rico executed on this same date.  All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Allonge to Promissory Note, shall remain unaltered and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highways and Transportation Authority has caused this Fifth Amendment to Promissory Note to be signed by its Executive Director in San Juan, Puerto Rico, on May 20, 2015.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Carmen A. Villar Prados
Executive Director

Testimony No. 740

Recognized and subscribed before me by Carmen A. Villar Prados, as Executive Director of the Puerto Rico Highways and Transportation Authority, of legal age, married and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May 20, 2015.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
47 DE 4 DE JUNIO DE 1982

31283

## PAGARÉ

**VALOR: $49,325,000**                    **VENCIMIENTO: 31 de enero de 2013**

POR VALOR RECIBIDO, pagaré a la orden del BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO en moneda de curso legal de los Estados Unidos de América en su oficina principal en Santurce, Puerto Rico, la suma principal de **CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000)**, más intereses capitalizados, en igual moneda, menos cualquier suma ya pagada. Este PAGARÉ acumulará intereses diarios computados a base del balance insoluto de la suma de principal, calculados sobre una base actual/360 días, de acuerdo con la tasa de interés preferencial fluctuante *Prime Rate*, según determinada por el BANCO, más un diferencial de ciento cincuenta (150) puntos base. La tasa de interés que aplicará a este PAGARÉ no será menor de seis por ciento (6%). El BANCO podrá revisar de tiempo en tiempo la base, margen y periodicidad de la tasa de interés, según estime necesario y de acuerdo con el mercado de tasas de interés. La tasa de interés variará conforme a como varíe la tasa de interés preferencial fluctuante *Prime Rate*. Los intereses acumulados bajo este PAGARÉ serán pagaderos al vencimiento.

Si en la fecha de vencimiento de la obligación de repago la AUTORIDAD no ha pagado el balance insoluto del principal, la AUTORIDAD pagará intereses sobre dicha suma computados a base de doscientos (200) puntos base sobre la tasa que le aplicaría bajo este PAGARÉ.

Este PAGARÉ se otorga en virtud del CONTRATO DE PRÉSTAMO otorgado en esta misma fecha.

En el caso en que el tomador o tenedor de este PAGARÉ se vea precisado a recurrir a los tribunales de justicia para su cobro o tenga que intervenir en procedimientos bajo la Ley de Quiebra Federal, los suscribientes pagarán también una suma equivalente al DIEZ POR CIENTO (10%) del monto del principal de este PAGARÉ, como penalidad líquida y exigible sin necesidad de intervención judicial, para costas, gastos y honorarios de abogados y cuya penalidad será pagadera con la mera radicación en el tribunal de la demanda.

Expresamente relevamos al tomador o tenedor de este PAGARÉ de su obligación de prestar fianza en el caso de acción judicial para el cobro de este PAGARÉ si dicho tomador o tenedor solicitara orden al tribunal para el aseguramiento de la efectividad de la sentencia de acuerdo con las Leyes de Puerto Rico.

El tomador o tenedor de este PAGARÉ puede acelerar su plazo y declarar el mismo vencido y pagadero antes de su vencimiento, de ocurrir cualquiera de los siguientes eventos:



a)     No se pague a su vencimiento cualquiera de los plazos para intereses y principal o cualquier adelanto relacionado con el préstamo que evidencia este PAGARÉ que ha sido realizado por el tomador o tenedor del mismo a favor del suscribiente;

b)     Embargo o ejecución de cualquiera de las propiedades del suscribiente dadas en garantía;

c)     Insolvencia, sindicatura, disolución, terminación, liquidación o quiebra del suscribiente o de cualquiera de ellos y sus sucesores;

d)     Que se determine que cualquier información, garantía o representación hecha por el suscribiente al tomador o tenedor de este PAGARÉ en cualquier fecha en que la misma se hiciere resultare falsa o incierta, en parte o totalmente; y el

e)     Incumplimiento por el suscribiente de cualquiera de los términos, cláusulas y condiciones de este PAGARÉ o del CONTRATO DE PRÉSTAMO suscrito en esta misma fecha con el tomador o tenedor de este PAGARÉ.

El suscribiente por la presente renuncia a todo derecho de presentación, falta de pago, protesto, demanda y aviso. El suscribiente autoriza al tomador o tenedor de este PAGARÉ y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación "set-off" a las obligaciones que se originan de este PAGARÉ y para extender su fecha de pago antes o después de su vencimiento, y de la misma forma antes o después de su vencimiento extender tolerancia, dar indulgencia, realizar cualquier aplicación de pagos de cualquier suma de dinero perteneciente al suscribiente o de cualquier otro pagaré que se encuentre en poder del tomador o tenedor de este PAGARÉ y a modificar, cambiar o alterar la forma de pago de este PAGARÉ y a sustituir, cambiar o relevar de responsabilidad a cualquier persona sin que esto afecte, disminuya o altere la responsabilidad solidaria del suscribiente, quienes no obstante tal sustitución, cambio o relevo, continuará siendo solidariamente responsable de su pago frente al tomador o tenedor de este PAGARÉ.

El uso del singular en este PAGARÉ se entenderá plural si más de una persona suscribiere el mismo; el uso del plural incluirá el singular; y el uso de los pronombres de cualquier género incluirán los otros; y en caso de más de un suscribiente la responsabilidad de cada uno de ellos frente al tomador o tenedor de este PAGARÉ será solidaria de todos los firmantes.

En San Juan, Puerto Rico, a 29 de noviembre de 2011.

AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN

Rubén Hernández Gregorat
Director Ejecutivo y Secretario,
Departamento de Transportación y Obras
Públicas de Puerto Rico

Testimonio Núm. 415

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, a quien doy fe de conocer personalmente.

En San Juan, Puerto Rico, a 29 de noviembre de 2011.

Notario Público

## PRIMERA ENMIENDA A PAGARÉ
### ("ALLONGE")

**$49,325,000**                              **Vencimiento: 31 de enero de 2014**

El PAGARÉ por **CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000)**, suscrito el 29 de noviembre de 2011, por Rubén A. Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la notaria Zoraya Betancourt Calzada, Testimonio número 415, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, queda enmendado para extender su fecha de vencimiento hasta el 31 de enero de 2014. El principal y los intereses acumulados sobre el PAGARÉ serán pagaderos al vencimiento.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta PRIMERA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a _13_ de marzo de 2013.

**AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO**

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _786_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _13_ de marzo de 2013.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29240

## SEGUNDA ENMIENDA A PAGARÉ
## ("ALLONGE")

**$49,325,000**                                          **Vencimiento: 31 de enero de 2015**

El PAGARÉ por **CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000)**, suscrito el 29 de noviembre de 2011, por Rubén A. Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la notario público Zoraya Betancourt Calzada, Testimonio número 415, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, enmendado mediante PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita por Javier E. Ramos Hernández, en capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, el 13 de marzo de 2013, ante el notario público Marguileán Rivera Amill, Testimonio Núm. 786, queda por la presente enmendado para extender la fecha de vencimiento y el repago de intereses acumulados al 31 de enero de 2015.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la QUINTA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a _31_ de enero de 2014.

### AUTORIDAD DE CARRETERAS Y
### TRANSPORTACIÓN DE PUERTO RICO

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _584_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _31_ de enero de 2014.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

_____
Notario Público

30279

## TERCERA ENMIENDA A PAGARÉ
## ("ALLONGE")

**$49,325,000**                                         **Vencimiento: 31 de enero de 2016**

El PAGARÉ por **CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000)**, suscrito el 29 de noviembre de 2011, por Rubén A. Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la notario público Zoraya Betancourt Calzada, Testimonio número 415, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, enmendado mediante PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita por Javier E. Ramos Hernández, en capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, el 13 de marzo de 2013, ante la notario público Marguileán Rivera Amill, Testimonio Núm. 786, enmendado mediante SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE") suscrita por Javier E. Ramos Hernández, en capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, el 31 de enero de 2014, ante la notario público Belén Fornaris Alfaro, Testimonio Núm. 584, queda por la presente enmendado para extender la fecha de vencimiento y el repago de intereses acumulados al 31 de enero de 2016.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta TERCERA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la SEXTA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

**AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO**

_Carmen A. Villar-Prados_
Carmen A. Villar-Prados
Directora Ejecutiva

Testimonio 732

Reconocido y suscrito ante mí por Carmen A. Villar-Prados mayor de edad, casada, ingeniera y vecina de Guaynabo, Puerto Rico, en su carácter como Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

_Bel. Fornaris_
Notario Público

# PROMISSORY NOTE

$3,000,000                                                      December 31, 2011

    **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender"), at its principal office in San Juan, Puerto Rico, on December 31, 2011, subject to prepayment as set forth below, the principal sum of **THREE MILLION DOLLARS** ($3,000,000), (the "Loan"), to the extent that such amount or any portion thereof has been borrowed by the Authority under the Loan Agreement, dated June 30, 2010, between the Authority and the Lender and remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from any available moneys of the Authority. Capitalized terms used in this Note and not otherwise defined shall have the meaning ascribed to them in the Loan Agreement.

    Each Drawing shall bear interest daily from the date such Drawing is made until its repayment at a variable rate of interest per annum equal to Prime Rate plus 150 basis points, as determined from time to time in good faith by the Lender, or, upon written notice to the Borrower, at a variable rate of interest per annum, which interest rate may be revised periodically, equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Loan. Such interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent. Interest shall be calculated on the basis of a 360-day year of twelve 30-day months. Interest for any period of less than one calendar month shall be calculated on the basis of the actual number of days elapsed during that month. If the line of credit comes due and payable, the Borrower hereby agrees to pay a default interest rate on the principal outstanding amount calculated on the basis of Prime Rate plus four hundred (400) basis points. The President of the Bank or the duly authorized Executive Vice President of the Bank may modify the interest rate at anytime at their full discretion, depending on the interest rate market.

    Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to in the next sentence of this paragraph, from amounts available from any available moneys of the Authority. Each month the Bank shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on the Loan for the preceding month. The Authority may prepay the Line of Credit at any time without penalty or premium. This Note is issued pursuant to a Loan Agreement between the Authority and the Lender subscribed on this same date.

    The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

    If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

    In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees,



which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rican Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF,** PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY has caused this note to be signed by its executive director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 30th day of June, 2010.

                    PUERTO RICO HIGHWAY AND
                    TRANSPORTATION AUTHORITY

By: _____
                    Rubén A. Hernández Gregorat
                    Executive Director

Affidavit No. 255

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on June 30, 2010.

                    _____
                    Notary Public

26318

## FIRST AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

The terms of the Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the principal sum of **THREE MILLION DOLLARS** (**$3,000,000**), to the order of the Government Development Bank for Puerto Rico on December 31, 2011, before Notary Public Zoraya Betancourt Calzada (the "Note"), is hereby amended to: (i) increase the aggregate principal amount to **THREE MILLION TWO HUNDRED THIRTY-FOUR THOUSAND THREE HUNDRED NINETY-ONE DOLLARS AND TWENTY-SEVEN CENTS ($3,234,391.27)**, (ii) extend the Maturity Date to January 31, 2013, and (iii) provide for the payment of interest at maturity.

All capitalized terms used but not otherwise defined herein have the meanings given them in the First Amendment to Loan Agreement.

This First Amendment to Promissory Note (Allonge) is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Note not inconsistent with this First Amendment to the Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY has caused this First Amendment to Promissory Note (Allonge) to be signed by its Executive Director in San Juan, Puerto Rico, this 29 day of June, 2012.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and   Public Works
Executive Director PRHTA

Affidavit No. 699

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on June 29, 2012.

_____
Notary Public

28616

## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$3,234,391.27**                                      **Due Date: January 31, 2014**

The terms of the Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the principal sum of **THREE MILLION DOLLARS ($3,000,000)**, to the order of the Government Development Bank for Puerto Rico on December 31, 2011, before Notary Public Zoraya Betancourt Calzada (the "Note"), as amended by First Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority on June 29, 2012 before Notary Public Marguileán Rivera Amill, is hereby amended to extend the maturity date to January 31, 2014.

This Second Amendment to Promissory Note (Allonge) is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Note, as amended, not inconsistent with this Second Amendment to Promissory Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Second Amendment to Promissory Note (Allonge) to be signed by its Executive Director in San Juan, Puerto Rico, this _6_ day of May, 2013.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

Javier E. Ramos Hernández
Executive Director

Affidavit No. _495_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on May _6_, 2013.

Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

# THIRD AMENDMENT TO PROMISSORY NOTE
(ALLONGE)

**$3,234,391.27**                                    **Due Date:  January 31, 2015**

The terms of the Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the principal sum of **THREE MILLION DOLLARS ($3,000,000)**, to the order of the Government Development Bank for Puerto Rico on December 31, 2011, before Notary Public Zoraya Betancourt Calzada (the "Note"), as amended by First Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority on June 29, 2012 before Notary Public Marguileán Rivera Amill, as amended by Second Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority on May 6, 2013 before Notary Public Belén Fornaris Alfaro, is hereby amended to extend the maturity date to January 31, 2015.

This Third Amendment to Promissory Note (Allonge) is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Note, as amended, not inconsistent with this Third Amendment to Promissory Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Amendment to Promissory Note (Allonge) to be signed by its Executive Director in San Juan, Puerto Rico, this _3/_ day of January, 2014.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

Javier E. Ramos Hernández
Executive Director

Affidavit No. _578_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on January _31_, 2014.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Notary Public

30271

## FOURTH AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$3,234,391.27**                                    **Due Date: January 31, 2016**

     The terms of the Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the principal sum of **THREE MILLION DOLLARS ($3,000,000)**, to the order of the Government Development Bank for Puerto Rico on December 31, 2011, before Notary Public Zoraya Betancourt Calzada (the "Note"), as amended by First Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority on June 29, 2012 before Notary Public Marguileán Rivera Amill, as amended by Second Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority on May 6, 2013 before Notary Public Belén Fornaris Alfaro, as amended by Third Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority on January 31, 2014 before Notary Public Belén Fornaris Alfaro, is hereby amended to extend the maturity date to January 31, 2016.

     This Fourth Amendment to Promissory Note (Allonge) is executed in connection with the Fourth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Note, as amended, not inconsistent with this Fourth Amendment to Promissory Note (Allonge), shall remain in full force and effect.

     **IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fourth Amendment to Promissory Note (Allonge) to be signed by its Executive Director in San Juan, Puerto Rico, this _20_ day of May, 2015.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY


_____
Carmen A. Villar-Prados
Executive Director

Affidavit No. _728_

     Recognized and subscribed before me by Carmen A. Villar-Prados, as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Guaynabo, Puerto Rico, who is personally known to me.

     In San Juan, Puerto Rico, on May _20_, 2015.


_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PAGARÉ

**VALOR: $33,960,000**                    **VENCIMIENTO: 31 de enero de 2013**

POR VALOR RECIBIDO, pagaré a la orden del BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO en moneda de curso legal de los Estados Unidos de América en su oficina principal en Santurce, Puerto Rico, la suma principal de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000), la cual incluye las suma de TREINTA Y TRES MILLONES DOSCIENTOS SETENTA Y SEIS MIL DOSCIENTOS SETENTA Y DOS DÓLARES ($33,276,272) que la AUTORIDAD utilizará para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013, más SEISCIENTOS OCHENTA Y TRES MIL SETECIENTOS VEINTE Y OCHO DÓLARES ($683,728) que la AUTORIDAD utilizará para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento, menos cualquier suma ya pagada. Este PAGARÉ acumulará intereses sobre el balance insoluto del principal de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000), a base del *Prime Rate* más 1.50%, con un mínimo de 6%, o aquella tasa de interés que el Presidente del BANCO o el Vicepresidente Ejecutivo designado por éste disponga, dependiendo del mercado de tasas de interés. Los intereses serán capitalizados al vencimiento. Este PAGARÉ se otorga en virtud del CONTRATO DE PRÉSTAMO suscrito por la AUTORIDAD en esta misma fecha.

En el caso en que el tomador o tenedor de este PAGARÉ se vea precisado a recurrir a los tribunales de justicia para su cobro o tenga que intervenir en procedimientos bajo la Ley de Quiebra Federal, los suscribientes pagarán también una suma equivalente al DIEZ POR CIENTO (10%) del monto del principal de este PAGARÉ, como penalidad líquida y exigible sin necesidad de intervención judicial, para costas, gastos y honorarios de abogados y cuya penalidad será pagadera con la mera radicación en el tribunal de la demanda.

Expresamente relevamos al tomador o tenedor de este PAGARÉ de su obligación de prestar fianza en el caso de acción judicial para el cobro de este PAGARÉ si dicho tomador o tenedor solicitara orden al tribunal para el aseguramiento de la efectividad de la sentencia de acuerdo con las Leyes de Puerto Rico.

El tomador o tenedor de este PAGARÉ puede acelerar su plazo y declarar el mismo vencido y pagadero antes de su vencimiento, de ocurrir cualquiera de los siguientes eventos:

a)      No se pague a su vencimiento cualquiera de los plazos para intereses y principal o cualquier adelanto relacionado con el préstamo que evidencia este PAGARÉ que ha sido realizado por el tomador o tenedor del mismo a favor del suscribiente;

b)      Embargo o ejecución de cualquiera de las propiedades del suscribiente dadas en garantía;

c)      Insolvencia, sindicatura, disolución, terminación, liquidación o quiebra del suscribiente o de cualquiera de ellos y sus sucesores;

d)      Que se determine que cualquier información, garantía o representación hecha por el suscribiente al tomador o tenedor de este PAGARÉ en cualquier fecha en que la misma se hiciere resultar falsa o incierta, en parte o totalmente; y el

e)      Incumplimiento por el suscribiente de cualquiera de los términos, cláusulas y condiciones de este PAGARÉ o del CONTRATO DE PRÉSTAMO suscrito en esta misma fecha con el tomador o tenedor de este PAGARÉ.

El suscribiente por la presente renuncia a todo derecho de presentación, falta de pago, protesto, demanda y aviso. El suscribiente autoriza al tomador o tenedor de este PAGARÉ y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación "*set-off*" a las obligaciones que se originan de este PAGARÉ y para extender su fecha de pago antes o después de su vencimiento, y de la misma forma antes o después de su

Doc 28910

2

vencimiento extender tolerancia, dar indulgencia, realizar cualquier aplicación de pagos de cualquier suma de dinero perteneciente al suscribiente o de cualquier otro pagaré que se encuentre en poder del tomador o tenedor de este PAGARÉ y a modificar, cambiar o alterar la forma de pago de este PAGARÉ y a sustituir, cambiar o relevar de responsabilidad a cualquier persona sin que esto afecte, disminuya o altere la responsabilidad solidaria del suscribiente, quienes no obstante tal sustitución, cambio o relevo, continuará siendo solidariamente responsable de su pago frente al tomador o tenedor de este PAGARÉ.

El uso del singular en este PAGARÉ se entenderá plural si más de una persona suscribiere el mismo; el uso del plural incluirá el singular; y el uso de los pronombres de cualquier género incluirán los otros; y en caso de más de un suscribiente la responsabilidad de cada uno de ellos frente al tomador o tenedor de este PAGARÉ será solidaria de todos los firmantes.

En San Juan, Puerto Rico, a 6 de septiembre de 2012.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN

_____
Rubén Hernández Gregorat
Director Ejecutivo
Secretario, Departamento de
   Transportación y Obras Públicas de
   Puerto Rico

Testimonio Núm. 702B

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, a quien doy fe de conocer personalmente.

En San Juan, Puerto Rico, a 6 de septiembre de 2012.

_____
Notario Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PRIMERA ENMIENDA A PAGARÉ
## ("ALLONGE")

**$33,960,000**                              **Vencimiento: 31 de enero de 2014**

El PAGARÉ por **TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000)**, suscrito el 6 de septiembre de 2012, por Rubén A. Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la notaria María de Lourdes Rodríguez, Testimonio número 702B, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, queda enmendado para extender su fecha de vencimiento hasta el 31 de enero de 2014. El principal y los intereses acumulados sobre el PAGARÉ serán pagaderos al vencimiento.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta PRIMERA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a _13_ de marzo de 2013.

**AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO**

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _783_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _13_ de marzo de 2013.

_____
Notaria Público

MARGUILEAN RIVERA AMILL
ABOGADA-NOTARIO

..ENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29244

**SEGUNDA ENMIENDA A PAGARÉ**
**("ALLONGE")**

**$10,536,362.50**                                        **Vencimiento: 31 de enero de 2014**

El PAGARÉ por **TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000)**, suscrito el 6 de septiembre de 2012 por Rubén A. Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la notaria María de Lourdes Rodríguez, Testimonio número 702B, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, según enmendado por la PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 13 de marzo de 2013 por Javier E. Ramos Hernández en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico ante la notaria Marguileán Rivera Amill, Testimonio número 783, queda enmendado para reducir la cantidad máxima de principal a DIEZ MILLONES QUINIENTOS TREINTA Y SEIS MIL TRESCIENTOS SESENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($10,536,362.50).

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a _10_ de septiembre de 2013.

**AUTORIDAD DE CARRETERAS Y**
**TRANSPORTACIÓN DE PUERTO RICO**

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _882_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _10_ de septiembre de 2013.

_____
Notaria Público

**EXENTO DEL PAGO DE ARANCEL**
**LEY 47 DE 4 DE JUNIO DE 1982**

29780

## TERCERA ENMIENDA A PAGARÉ
## ("ALLONGE")

**$10,536,362.50**                    **Vencimiento: 31 de enero de 2015**

El PAGARÉ por **TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000)**, suscrito el 6 de septiembre de 2012 por Rubén A. Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la Notaria María de Lourdes Rodríguez, testimonio número 702B, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, según enmendado por la PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 13 de marzo de 2013 por Javier E. Ramos Hernández en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, ante la Notaria Marguileán Rivera Amill, testimonio número 783, y por la SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 10 de septiembre de 2013 por Javier E. Ramos Hernández en la mencionada capacidad, ante la Notaria Marguileán Rivera Amill, testimonio número 882, mediante la cual se redujo la cantidad máxima de principal **a DIEZ MILLONES QUINIENTOS TREINTA Y SEIS MIL TRESCIENTOS SESENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($10,536,362.50)**, queda por la presente enmendado para extender su fecha de vencimiento hasta el 31 de enero de 2015.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta TERCERA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a _3 1_ de ___enero___ de 2014.

**AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO**

_[firma]_

Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _908_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _3 1_ de ___enero___ de 2014.

_[firma]_

Notaria Público

**EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982**

## CUARTA ENMIENDA A PAGARÉ
### ("ALLONGE")

**$10,536,362.50**                    **Vencimiento: 31 de enero de 2016**

El PAGARÉ por **TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000)**, suscrito el 6 de septiembre de 2012 por Rubén A. Hernández Gregorat en capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico (la "AUTORIDAD") y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, ante la Notaria María de Lourdes Rodríguez, testimonio número 702B, y pagadero al Banco Gubernamental de Fomento para Puerto Rico (el "BANCO") o a su orden, según enmendado por (i) la PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 13 de marzo de 2013 por Javier E. Ramos Hernández en capacidad de Director Ejecutivo de la AUTORIDAD, ante la Notaria Marguileán Rivera Amill, testimonio número 783, (ii) por la SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 10 de septiembre de 2013 por Javier E. Ramos Hernández, ante la Notaria Marguileán Rivera Amill, testimonio número 882, mediante la cual se redujo la cantidad máxima de principal a **DIEZ MILLONES QUINIENTOS TREINTA Y SEIS MIL TRESCIENTOS SESENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($10,536,362.50)**, (iii) y por la TERCERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 31 de enero de 2014 por Javier E. Ramos Hernández, ante la Notaria Marguileán Rivera Amill, testimonio número 908, queda por la presente enmendado para extender su fecha de vencimiento hasta el 31 de enero de 2016.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta CUARTA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la AUTORIDAD han suscrito en el día de hoy.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

                              **AUTORIDAD DE CARRETERAS Y
                              TRANSPORTACIÓN DE PUERTO RICO**

                              _Carmen A. Villar Prados_
                              Carmen A. Villar Prados
                              Directora Ejecutiva

Testimonio 738

Reconocido y suscrito ante mí por Carmen A. Villar Prados, Directora Ejecutiva, mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su carácter como Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

                              _Notaria Público_
                              Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31267

# PAGARÉ

**VALOR:** $15,000,000                    **VENCIMIENTO:** 30 de junio de 2015

La AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO ("AUTORIDAD"), una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, reconoce adeudar y por valor recibido promete por la presente pagar al BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO ("BANCO"), o a su orden, la suma principal de **QUINCE MILLONES DE DÓLARES ($15,000,000)**. Los desembolsos bajo la línea de crédito evidenciada por este PAGARÉ devengarán intereses los cuales serán pagaderos al vencimiento, computados sobre la tasa de interés preferencial *Prime Rate* más un diferencial de 1.50%, con un mínimo de 6%, o cualquier otra tasa de interés que determine el Presidente del BANCO o su designado, de acuerdo con el mercado de tasas de interés. El BANCO podrá revisar de tiempo en tiempo la base, margen y periodicidad de la tasa de interés, según estime necesario y de acuerdo con el mercado de tasas de interés.

El vencimiento de este PAGARÉ es el 30 de junio 2015. Si al vencimiento no ha sido satisfecha en su totalidad esta obligación, desde el 1 de julio de 2015 se aplicará una tasa de interés igual a doscientos (200) puntos base sobre la tasa de interés aplicable vigente previo al vencimiento.

Tanto el principal como los intereses sobre este PAGARÉ son pagaderos en cualquier moneda corriente de los Estados Unidos de América, que en las respectivas fechas de pago sea moneda de curso legal para el pago de deudas públicas y privadas.

Este PAGARÉ está relacionado en un CONTRATO DE PRÉSTAMO suscrito en esta misma fecha entre la AUTORIDAD y el BANCO, y su vencimiento puede ser acelerado conforme a los términos del CONTRATO DE PRÉSTAMO.

En el caso en que el tomador o tenedor de este PAGARÉ se vea precisado a recurrir a los tribunales de justicia para su cobro o tenga que intervenir en procedimientos bajo la Ley Federal de Quiebra, los suscribientes pagarán también una suma equivalente al DIEZ POR CIENTO (10%) del monto del principal de este PAGARÉ, como penalidad líquida y exigible sin necesidad de intervención judicial, para costas, gastos y honorarios de abogados, penalidad que será pagadera con la mera presentación de la demanda en el tribunal.

Expresamente relevamos al tomador o tenedor de este PAGARÉ de su obligación de prestar fianza en el caso de acción judicial para el cobro de este PAGARÉ en caso de que el tomador o tenedor solicitara orden al tribunal para el aseguramiento de la efectividad de la sentencia de acuerdo con las leyes de Puerto Rico.

El tomador o tenedor de este PAGARÉ puede acelerar su plazo y declarar el mismo vencido y pagadero antes de su vencimiento, de ocurrir cualquiera de los siguientes eventos:

a)      No se pague a su vencimiento cualquiera de los plazos para intereses o cualquier adelanto relacionado con el financiamiento que evidencia este PAGARÉ que haya sido realizado por el tomador o tenedor del mismo por cuenta de los suscribientes;

b)      Embargo o ejecución de cualquiera de las propiedades de los suscribientes que sean susceptibles de ir a pública subasta, dadas en garantías;

c)      Insolvencia, sindicatura, disolución, terminación, liquidación o quiebra de los suscribientes o de cualquiera de ellos;

d)      Vencimiento o incumplimiento de cualquier otro pagaré, deuda u obligación de los suscribientes con el tomador o tenedor de este PAGARÉ;

e)      Que se determine que cualquier información o representación hecha por los suscribientes al tomador o tenedor de este PAGARÉ, en cualquier fecha en que la misma se hiciere, resultare falsa o incierta, en parte o totalmente;

f)      Incumplimiento por los suscribientes de cualquiera de los términos, cláusulas y condiciones de este PAGARÉ o del CONTRATO DE PRÉSTAMO, suscrito en esta misma fecha con el tomador o tenedor de este PAGARÉ.

Los suscribientes por la presente renuncian a todo derecho de presentación, falta de pago, protesto, demanda y aviso.  Los suscribientes autorizan al tomador o tenedor de este PAGARÉ y le confieren poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación (*set-off*) a las obligaciones que se originan de este PAGARÉ y para extender su fecha de pago antes o después de su vencimiento, y de la misma forma antes o después de su vencimiento extender tolerancia, dar indulgencia, realizar cualquier aplicación de pagos de cualquier suma de dinero pertenecientes a los suscribientes o de cualquier otro pagaré que se encuentre en poder del tomador o tenedor de este PAGARÉ y a modificar, cambiar o alterar la forma de pago de este PAGARÉ y a sustituir, cambiar o relevar de responsabilidad solidaria de cada suscribiente, quienes no obstante tal sustitución, cambio o relevo, continuarán siendo solidariamente responsables de su pago frente al tomador o tenedor de este PAGARÉ.

El uso del singular en este PAGARÉ se entenderá plural si más de una persona suscribiere el mismo; el uso del plural incluirá el singular; y el uso de los pronombres de cualquier género incluirán los otros; y en caso de más de un suscribiente la responsabilidad de cada uno de ellos frente al tomador o tenedor de este PAGARÉ será solidaria de todos los firmantes.

En San Juan, Puerto Rico, a _16_ de enero de 2014.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO

_César Gandiag_

César M. Gandiaga Texidor
Director Ejecutivo Auxiliar para
Administración y  Finanzas

Testimonio _897_

Reconocido y suscrito ante mí por César M. Gandiaga Texidor, Director Ejecutivo Auxiliar para Administración y  Finanzas de la Autoridad de Carreteras y Transportación, quien es mayor de edad, casado, contable y vecino de San Juan, Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a _16_  de enero de 2014.

En San Juan, Puerto Rico, a _16_ de enero de 2014.

Notaria Público

MARGUILEÁN RIVERA AMILL
ABOGADA-NOTARIO

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1987

2

# PAGARÉ

**VALOR:** $33,189,996                **VENCIMIENTO:** 31 de enero 2014

La AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO ("AUTORIDAD"), una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, reconoce adeudar y por valor recibido promete por la presente pagar al BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO ("BANCO"), o a su orden, la suma principal de **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996)**. Los desembolsos bajo la línea de crédito evidenciada por este PAGARÉ devengarán intereses pagaderos mensualmente, computados sobre la tasa de interés preferencial *Prime Rate* más un diferencial de 1.50%, con un mínimo de 6%, o cualquier otra tasa de interés que determine el Presidente del BANCO o su designado, de acuerdo con el mercado de tasas de interés. El BANCO podrá revisar de tiempo en tiempo la base, margen y periodicidad de la tasa de interés, según estime necesario y de acuerdo con el mercado de tasas de interés.

El vencimiento de este PAGARÉ es el 31 de enero de 2014. Si al vencimiento no ha sido satisfecha en su totalidad esta obligación, desde el 1 de febrero de 2014 se aplicará una tasa de interés igual a doscientos (200) puntos base sobre la tasa de interés aplicable vigente previo al vencimiento.

Tanto el principal como los intereses sobre este PAGARÉ son pagaderos en cualquier moneda corriente de los Estados Unidos de América, que en las respectivas fechas de pago sea moneda de curso legal para el pago de deudas públicas y privadas.

Este PAGARÉ está relacionado en un CONTRATO DE PRÉSTAMO suscrito en esta misma fecha entre la AUTORIDAD y el BANCO, y su vencimiento puede ser acelerado conforme a los términos del CONTRATO DE PRÉSTAMO.

En el caso en que el tomador o tenedor de este PAGARÉ se vea precisado a recurrir a los tribunales de justicia para su cobro o tenga que intervenir en procedimientos bajo la Ley Federal de Quiebra, los suscribientes pagarán también una suma equivalente al DIEZ POR CIENTO (10%) del monto del principal de este PAGARÉ, como penalidad líquida y exigible sin necesidad de intervención judicial, para costas, gastos y honorarios de abogados, penalidad que será pagadera con la mera presentación de la demanda en el tribunal.

Expresamente relevamos al tomador o tenedor de este PAGARÉ de su obligación de prestar fianza en el caso de acción judicial para el cobro de este PAGARÉ en caso de que el tomador o tenedor solicitara orden al tribunal para el aseguramiento de la efectividad de la sentencia de acuerdo con las leyes de Puerto Rico.

El tomador o tenedor de este PAGARÉ puede acelerar su plazo y declarar el mismo vencido y pagadero antes de su vencimiento, de ocurrir cualquiera de los siguientes eventos:

a)      No se pague a su vencimiento cualquiera de los plazos para intereses o cualquier adelanto relacionado con el financiamiento que evidencia este PAGARÉ que haya sido realizado por el tomador o tenedor del mismo por cuenta de los suscribientes;

b)      Embargo o ejecución de cualquiera de las propiedades de los suscribientes que sean susceptibles de ir a pública subasta, dadas en garantías;

c)      Insolvencia, sindicatura, disolución, terminación, liquidación o quiebra de los suscribientes o de cualquiera de ellos;

28181

2

d)   Vencimiento o incumplimiento de cualquier otro pagaré, deuda u obligación de los suscribientes con el tomador o tenedor de este PAGARÉ;

e)   Que se determine que cualquier información o representación hecha por los suscribientes al tomador o tenedor de este PAGARÉ, en cualquier fecha en que la misma se hiciere, resultare falsa o incierta, en parte o totalmente;

f)   Incumplimiento por los suscribientes de cualquiera de los términos, cláusulas y condiciones de este PAGARÉ o del CONTRATO DE PRÉSTAMO, suscrito en esta misma fecha con el tomador o tenedor de este PAGARÉ.

Los suscribientes por la presente renuncian a todo derecho de presentación, falta de pago, protesto, demanda y aviso.  Los suscribientes autorizan al tomador o tenedor de este PAGARÉ y le confieren poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación (*set-off*) a las obligaciones que se originan de este PAGARÉ y para extender su fecha de pago antes o después de su vencimiento, y de la misma forma antes o después de su vencimiento extender tolerancia, dar indulgencia, realizar cualquier aplicación de pagos de cualquier suma de dinero pertenecientes a los suscribientes o de cualquier otro pagaré que se encuentre en poder del tomador o tenedor de este PAGARÉ y a modificar, cambiar o alterar la forma de pago de este PAGARÉ y a sustituir, cambiar o relevar de responsabilidad solidaria de cada suscribiente, quienes no obstante tal sustitución, cambio o relevo, continuarán siendo solidariamente responsables de su pago frente al tomador o tenedor de este PAGARÉ.

El uso del singular en este PAGARÉ se entenderá plural si más de una persona suscribiere el mismo; el uso del plural incluirá el singular; y el uso de los pronombres de cualquier género incluirán los otros; y en caso de más de un suscribiente la responsabilidad de cada uno de ellos frente al tomador o tenedor de este PAGARÉ será solidaria de todos los firmantes.

En San Juan, Puerto Rico, a *28* de *febrero* de 2013.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio *779*

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a *28* de *febrero* de 2013.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PRIMERA ENMIENDA A PAGARÉ
## ("ALLONGE")

**$33,189,996**                              **Vencimiento: 31 de enero de 2015**

El PAGARÉ por **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996)**, suscrito el 28 de febrero de 2013 por Javier E. Ramos Hernández en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico ante la Notaria Marguileán Rivera Amill, Testimonio número 779, queda por la presente enmendado para extender su fecha de vencimiento hasta el 31 de enero de 2015.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta PRIMERA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la Autoridad de Carreteras y Transportación de Puerto Rico han suscrito en el día de hoy.

En San Juan, Puerto Rico, a _3 1_ de enero de 2014.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO

Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _9 11_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _3 1_ de enero de 2014.

Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

30199

## SEGUNDA ENMIENDA A PAGARÉ
### ("ALLONGE")

$33,189,996                                              Vencimiento: 31 de enero de 2016

El PAGARÉ por **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996)**, suscrito el 28 de febrero de 2013 por Javier E. Ramos Hernández en capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico (la "AUTORIDAD") ante la Notaria Marguileán Rivera Amill, testimonio número 779, según enmendado por la PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 31 de enero de 2014 por dicho funcionario ante la Notario Marguileán Rivera Amill, testimonio número 911, queda por la presente enmendado para extender su fecha de vencimiento hasta el 31 de enero de 2016.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

Esta modificación se consigna en virtud de la SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO que el BANCO y la AUTORIDAD han suscrito en el día de hoy.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

                              AUTORIDAD DE CARRETERAS Y
                              TRANSPORTACIÓN DE PUERTO RICO

                              _____
                              Carmen A. Villar Prados
                              Directora Ejecutiva

Testimonio 736

Reconocido y suscrito ante mí por Carmen A. Villar Prados, Directora Ejecutiva, mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su carácter como Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

                              _____
                              Notaria Público

BELÉN FORNARIS ALFARO
PUERTO RICO
ABOGADA · NOTARIO

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31268

# PROMISSORY NOTE

**$61,830,000**                                                                **February 28, 2014**

For value received, the PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (the "Authority"), a public corporation of the Commonwealth of Puerto Rico, hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender"), on February 28, 2014 (the "Maturity Date"), subject to optional prepayment as set forth below, the principal sum of SIXTY ONE MILLION EIGHT HUNDRED THIRTY THOUSAND DOLLARS ($61,830,000) (the "Loan"), borrowed by the Authority under a Loan Agreement dated August 28, 2013 executed between the Authority and the Lender (the "Loan Agreement"), together with interest thereon as hereinafter provided.

Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, with (a) the revenues allocated to it by Act No. 30 and Act No. 31 approved by the Legislature of the Commonwealth of Puerto Rico on June 25, 2013; (b) the proceeds from future bond issuances; (c) the proceeds from public-private partnerships; and (d) revenues of the Authority.

All capitalized terms used in this Note and not otherwise defined herein shall have the meaning ascribed to them in the Loan Agreement.

Each Drawing shall bear interest daily from the date such Drawing is funded until its repayment at a variable rate of interest per annum equal to the Prime Rate plus one hundred and fifty (150) basis points, as determined from time to time in good faith by the Lender, or, upon written notice to the Borrower, at a variable rate of interest per annum, which interest rate may be revised periodically, equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Loan. For purposes of this Loan Agreement, such interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent. Interest shall be calculated on the basis of a three hundred and sixty (360) day year of twelve (12) actual day months. Interest for any period of less than one (1) calendar month shall be calculated on the basis of the actual number of days elapsed during that month. Interest shall be capitalized and payable on the Maturity Date.

The President of the Bank or the duly authorized Executive Vice President of the Bank may modify the interest rate at any time at their full discretion, depending on the interest rate market.

If on the Maturity Date, or such other date if extended as provided in the Loan Agreement, the Loan is not repaid in full the Borrower hereby agrees to pay a default interest rate equal to two hundred (200) basis points over the otherwise applicable interest rate calculated on the outstanding principal amount.

The Authority may prepay the Loan at any time without penalty or premium. This Note is issued pursuant to the Loan Agreement and all payments under the Loan Agreement and this Note shall be junior, inferior and subordinate to outstanding bonds of the Borrower issued pursuant to the Bond Resolutions.

The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable, provided, however, that all repayments shall be on a basis junior, inferior and subordinate in all respects to the bonds issued under the provisions of the Bond Resolutions.

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Authority agrees to pay liquidated damages in a sum equal to ten percent (10%) of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

1

All acts, conditions and things required by the Puerto Rican Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required.  This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

IN WITNESS WHEREOF, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 28th day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

_____
Javier E. Ramos Hernández
Executive Director of the Puerto Rico
Highway and Transportation Authority

Affidavit No. 867

Recognized and subscribed before me by Javier E. Ramos Hernández as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August 28, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

2

29916

## FIRST AMENDMENT TO PROMISSORY NOTE
### (*ALLONGE*)

**$61,830,000**                                                    **January 31, 2015**

The terms of the Promissory Note executed on August 28, 2013, by Javier E. Ramos Hernández in his capacity as Executive Director of the Puerto Rico Highways and Transportation Authority (the "Authority"), for the principal amount of SIXTY ONE MILLION EIGHT HUNDRED THIRTY THOUSAND DOLLARS ($61,830,000) and to the order of the Government Development Bank for Puerto Rico (the "Bank"), before Notary Public Marguileán Rivera Amill, affidavit number 867 (the "Note"), is hereby amended to extend the Maturity Date to January 31, 2015.

This First Amendment to Promissory Note (*Allonge*) is executed in connection with the First Amendment to Loan Agreement between the Authority and the Bank, executed by the parties as of the date hereof. All other provisions of the Note not inconsistent with this First Amendment to the Promissory Note (*Allonge*) shall remain in full force and effect.

All capitalized terms used, but not otherwise defined herein, shall have the meanings given to them in the Loan Agreement, as amended, and the Note.

**IN WITNESS WHEREOF**, the Puerto Rico Highways and Transportation Authority has caused this First Amendment to Promissory Note (*Allonge*) to be signed by its Executive Director, in San Juan, Puerto Rico, this _31_ day of January, 2014.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director of the Puerto Rico
Highways and Transportation
Authority

Affidavit No. _914_

Recognized and subscribed before me by Javier E. Ramos Hernández as Executive Director of the Puerto Rico Highways and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on January _31_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

30208

## SECOND AMENDMENT TO PROMISSORY NOTE
### (*ALLONGE*)

**$61,830,000**                                                    **January 31, 2016**

The terms of the Promissory Note executed on August 28, 2013, by Javier E. Ramos Hernández in his capacity as Executive Director of the Puerto Rico Highways and Transportation Authority (the "Authority"), for the principal amount of SIXTY ONE MILLION EIGHT HUNDRED THIRTY THOUSAND DOLLARS ($61,830,000) and to the order of the Government Development Bank for Puerto Rico (the "Bank"), before Notary Public Marguileán Rivera Amill, affidavit number 867 (the "Note"), as amended by the First Amendment to Promissory Note (Allonge) executed on January 31, 2014 by Javier E. Ramos Hernández, before Notary Marguileán Rivera Amill, affidavit number 914, is hereby amended to extend the Maturity Date to January 31, 2016.

This Second Amendment to Promissory Note (*Allonge*) is executed in connection with the Second Amendment to Loan Agreement between the Authority and the Bank, executed by the parties as of the date hereof. All other provisions of the Note not inconsistent with this Second Amendment to the Promissory Note (*Allonge*) shall remain in full force and effect.

All capitalized terms used, but not otherwise defined herein, shall have the meanings given to them in the Loan Agreement and the Note, as amended.

**IN WITNESS WHEREOF**, the Puerto Rico Highways and Transportation Authority has caused this Second Amendment to Promissory Note (*Allonge*) to be signed by its Executive Director, in San Juan, Puerto Rico, this _20_ day of May, 2015.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____

Carmen A. Villar Prados
Executive Director of the Puerto Rico
Highways and Transportation
Authority

Affidavit No. 734

Recognized and subscribed before me by Carmen A. Villar Prados as Executive Director of the Puerto Rico Highways and Transportation Authority, of legal age, married and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May _20_, 2015.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31279

## PROMISSORY NOTE

**$63,000,000**

**August 30, 2012**

    **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender"), at its principal office in San Juan, Puerto Rico, on August 30, 2012, subject to prepayment as set forth below, the principal sum of SIXTY THREE MILLION DOLLARS ($63,000,000), (the "Loan"), to the extent that such amount or any portion thereof has been borrowed by the Authority under the Loan Agreement, dated July 13, 2010, between the Authority and the Lender and remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from any available moneys of the Authority. Capitalized terms used in this Note and not otherwise defined shall have the meaning ascribed to them in the Loan Agreement.

    Each Drawing shall bear interest daily from the date such Drawing is made until its repayment at a variable rate of interest per annum equal to Prime Rate plus 150 basis points, as determined from time to time in good faith by the Lender, or, upon written notice to the Borrower, at a variable rate of interest per annum, which interest rate may be revised periodically, equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Loan. Such interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent. Interest shall be calculated on the basis of a 360-day year of twelve 30-day months. Interest for any period of less than one calendar month shall be calculated on the basis of the actual number of days elapsed during that month. If the line of credit comes due and payable, the Borrower hereby agrees to pay a default interest rate on the principal outstanding amount calculated on the basis of Prime Rate plus four hundred (400) basis points. The President of the Bank or the duly authorized Executive Vice President of the Bank may modify the interest rate at anytime at their full discretion, depending on the interest rate/market.

    Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to in the next sentence of this paragraph, from amounts available from any available moneys of the Authority. Each month the Bank shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on the Loan for the preceding month. The Authority may prepay the Line of Credit at any time without penalty or premium. This Note is issued pursuant to a Loan Agreement between the Authority and the Lender subscribed on this same date.

    The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

    If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.



    In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees,

-2-

which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rican Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF,** PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY has caused this note to be signed by its executive director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 13 day of July, 2010.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and
Public Works
Executive Director PRHTA

Affidavit No. -260-

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on July 13, 2010.



_____
Notary Public

26198 v.3

## FIRST AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

The terms of the Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the principal sum of SIXTY THREE MILLION DOLLARS ($63,000,000), to the order of the Government Development Bank for Puerto Rico on July 13, 2010 (the " Promissory Note"), before notary public Zoraya Betancourt Calzada, is hereby amended to: (i) increase the aggregate principal amount to **SIXTY SEVEN MILLION ONE HUNDRED NINETEEN THOUSAND FIVE HUNDRED NINETY FOUR DOLLARS AND FORTY CENTS ($67,119,594.40)**, (ii) extend the maturity date to January 31, 2013, and (iii)  provide that interest shall be payable at maturity.

In addition, to provide that if Borrower fails to pay the principal amount of the Loan when it becomes due and payable, or does not pay interest when due, the Lender may, at its sole option, without notice to Borrower and to the fullest extent allowed by law, set off and apply against the Loan any other available moneys (including deposits of any kind) of the Borrower held by the Lender against any such unpaid principal amount or unpaid accrued interest.

All capitalized terms used but not otherwise defined herein have the meanings given them in the First Amendment to Loan Agreement.

This First Amendment to Promissory Note (Allonge) is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Note not inconsistent with this First Amendment to Promissory Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note (Allonge) to be signed by its Executive Director, in San Juan, Puerto Rico, this 6th day of July, 2012.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
    Rubén A. Hernández Gregorat
    Secretary of Transportation and Public Works
    Executive Director PRHTA

Affidavit No. 386

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on July 6, 2012.

_____
Notary Public

28559

## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$67,119,594.40**                                    **Due Date: January 31, 2014**

The Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, to the order of the Government Development Bank for Puerto Rico on July 13, 2010 (the " Promissory Note"), before notary public Zoraya Betancourt Calzada, as amended by a First Amendment to Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority to the order of the Government Development Bank for Puerto Rico on July 6, 2012 before notary public Belén Fornaris Alfaro is hereby amended to extend the maturity date to January 31, 2014.

This Second Amendment to Promissory Note (Allonge) is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Promissory Note, as amended, not inconsistent with this Second Amendment to Promissory Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Second Amendment to Promissory Note (Allonge) to be signed by its Executive Director, in San Juan, Puerto Rico, this _6_ day of May, 2013.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

Javier E. Ramos Hernández
Executive Director

Affidavit No. _498_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on May _6_, 2013.

Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## THIRD AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$67,119,594.40**                     **Due Date: January 31, 2015**

The Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, to the order of the Government Development Bank for Puerto Rico on July 13, 2010 (the " Promissory Note"), before notary public Zoraya Betancourt Calzada, as amended by a First Amendment to Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority to the order of the Government Development Bank for Puerto Rico on July 6, 2012 before notary public Belén Fornaris Alfaro, as amended by a Second Amendment to Promissory Note executed by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority on May 6, 2013 before notary public Belén Fornaris Alfaro, is hereby amended to extend the maturity date to January 31, 2015.

This Third Amendment to Promissory Note (Allonge) is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Promissory Note, as amended, not inconsistent with this Third Amendment to Promissory Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Amendment to Promissory Note (Allonge) to be signed by its Executive Director, in San Juan, Puerto Rico, this _31_ day of January, 2014.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

Javier E. Ramos Hernández
Executive Director

Affidavit No. _581_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on January _31_, 2014.

Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

30274

## FOURTH AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$67,119,594.40**                                    **Due Date: January 31, 2016**

The Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, to the order of the Government Development Bank for Puerto Rico on July 13, 2010 (the " Promissory Note"), before notary public Zoraya Betancourt Calzada, as amended by a First Amendment to Promissory Note executed by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority to the order of the Government Development Bank for Puerto Rico on July 6, 2012 before notary public Belén Fornaris Alfaro, as amended by a Second Amendment to Promissory Note executed by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority on May 6, 2013 before notary public Belén Fornaris Alfaro, as amended by a Third Amendment to Promissory Note executed by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority on January 31, 2014 before notary public Belén Fornaris Alfaro, is hereby amended to extend the maturity date to January 31, 2016.

This Fourth Amendment to Promissory Note (Allonge) is executed in connection with the Fourth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and Government Development Bank for Puerto Rico, executed by the parties on this same date. All other provisions of the Promissory Note, as amended, not inconsistent with this Fourth Amendment to Promissory Note (Allonge), shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fourth Amendment to Promissory Note (Allonge) to be signed by its Executive Director, in San Juan, Puerto Rico, this _20_ day of May, 2015.

                                    **PUERTO RICO HIGHWAY AND**
                                    **TRANSPORTATION AUTHORITY**


                                    Carmen A. Villar-Prados
                                    Executive Director


Affidavit No. _726_

Recognized and subscribed before me by Carmen A. Villar-Prados, as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on May _20_, 2015.


                                    _____
                                    Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PROMISSORY NOTE

**$45,000,000**                                        **Due date:      August 27, 2011**

The **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on August 27, 2011, subject to prepayment as set forth below, the principal sum of **FORTY FIVE MILLION DOLLARS ($45,000,000)** to the extent that such amount or any portion thereof disbursed under the Loan Agreement executed on this same date remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from proceeds of bonds to be issued by the Authority pursuant to the provisions of the respective sections of the Resolutions or from any available moneys of the Authority.

Each Advance shall bear interest daily from the date of disbursement until paid in full at a fluctuating annual rate of interest equal to one and one half percent (1.5%) over and above the Prime Rate, as determined from time to time in good faith by the Lender, or, upon written notice to the Authority, at a variable rate of interest, which interest rate may be revised quarterly, per annum equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Advance. For purposes of the preceding sentence, the cost of funding shall mean the applicable cost of any source of funds to fund the Loan, plus in either case, a required margin cost. Initially, this required margin cost will be equal to 150 basis points. The required margin cost may be revised from time to time by the Lender to such an extent that when added to the applicable cost of funds, the interest rate so determined and applicable to an Advance will provide for a total coverage of what the Lender determines to be its "all-inclusive" funding costs. For purposes of this Note, the applicable interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

Anything hereunder to the contrary notwithstanding, and without prejudice to any remedies of the Lender provided hereunder or at law or in equity, the interest rate applicable to the outstanding principal amount of each Advance during any period when an Event of Default shall have occurred and be continuing shall be four percent (4.0%) over the otherwise applicable interest rate (the "Default Rate").

Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to below, from any available moneys of the Authority. Each month the Lender shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on all outstanding Advances for the preceding month. The Loan shall be junior and subordinate to outstanding bonds of the Authority and shall be subject to certain other terms and conditions, as set forth in the Loan Agreement (as defined below). Payment of principal and interest on the Loan shall be made in any coin or currency of the United States of America, which at the time of payment shall be legal tender for the payment of public and private debts.

This Note is under and pursuant to the Loan Agreement dated as of August 27, 2010 (as modified and supplemented and in effect from time to time, the "Loan Agreement") between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences the Advances made by the Lender thereunder, and is subject to the terms thereof. Terms used but not defined in this Note have the respective meanings assigned to them in the Loan Agreement.

The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

26526

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rico Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF,** the Authority has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 27th day of August, 2010.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By: _____
Name: Rubén A. Hernández Gregorat
Title: Secretary of Transportation and Public Works and Executive Director

Affidavit No. 172

Acknowledged and subscribed before me in San Juan, Puerto Rico, on this 27th day of August, 2010, by the following person who is personally known to me: Rubén A. Hernández Gregorat, of legal age, married, executive and resident of Guaynabo, Puerto Rico, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority.



_____
Notary Public

## FIRST ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of **FORTY FIVE MILLION DOLLARS ($45,000,000)**, before notary public Zoraya Betancourt Calzada, on August 27, 2010, is hereby amended to extend the maturity date to January 31, 2013; and to increase the principal amount of the Loan in a sum of $32,011,799.88 for a total amount not to exceed $77,011,799.88, in order to cover the payment of additional collateral as a result of a continuous volatility in the market, the payment of accrued interests in the Loan until its maturity, and the payment of financial services fee payable to the Lender.

This First Allonge to Promissory Note is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this First Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _25th_ day of August, 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and
Public Works and Executive
Director of the Puerto Rico
Highway and Transportation Authority

Affidavit No. _389_

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August _25th_, 2011.



_____
Notary Public

27601 V2

## SECOND ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of **FORTY FIVE MILLION DOLLARS ($45,000,000)**, before notary public Zoraya Betancourt Calzada, on August 27, 2010, as amended by First Allonge to Promissory Note, executed on August 25, 2011, to increase the principal amount of the Loan to $77,011,799.88, extend the maturity date to January 31, 2013, and include payment of accrued interests in the Loan until its maturity, and the payment of financial services fee payable to the Lender, is hereby further amended to convert the Loan from a non revolving Loan to a revolving Loan.

This Second Allonge to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 17 day of September, 2011.

**PUERTO RICO HIGHWAY AND**
**TRANSPORTATION AUTHORITY**

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and
   Public Works and Executive
   Director of the Puerto Rico
   Highway and Transportation Authority

Testimony No. 277

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on September 17, 2011.

_____
Notary Public

27758

### THIRD ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of **FORTY FIVE MILLION DOLLARS ($45,000,000),** before notary public Zoraya Betancourt Calzada, on August 27, 2010, as amended by First Allonge to Promissory Note, executed on August 25, 2011, to increase the principal amount of the Loan to $77,011,799.88, extend the maturity date to January 31, 2013, and include payment of accrued interests in the Loan until its maturity, and the payment of financial services fee payable to the Lender, and as amended by Second Allonge Promissory Note, executed on September 21, 2011, to convert the Loan from a non revolving Loan to a revolving Loan, is hereby further amended to increase the principal amount of the Loan to $107,011,799.88.

This Third Allonge to Promissory Note is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, effective as of December 30, 2011. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this *30* day of December, 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Secretary of Transportation and
Public Works and Executive
Director of the Puerto Rico
Highway and Transportation Authority

Testimony No.:*546 -*

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December *30,* 2011.

_____
Notary Public

## FIFTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed on August 27, 2010, by Rubén A. Hernández Gregorat in his capacity of Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the amount of **FORTY FIVE MILLION DOLLARS ($45,000,000)**, before notary public Zoraya Betancourt Calzada, as amended by: (1) First Allonge to Promissory Note, executed on August 25, 2011, to increase the principal amount of the Loan to $77,011,799.88, extend the maturity date to January 31, 2013, and include payment of accrued interests in the Loan until its maturity, and the payment of financial services fee payable to the Lender; (2) Second Allonge to Promissory Note, executed on September 27, 2011, to convert the Loan from a non revolving Loan to a revolving Loan; (3) Third Allonge to Promissory Note, executed on December 30, 2011 to increase the principal amount of the Loan to $107,011,799.88; and (4) Fourth Allonge to Promissory Note, executed on December 28, 2012, to increase the principal amount of the Loan to $147,011,799.88, is hereby further amended to extend the maturity date to January 31, 2014.

This Fifth Allonge to Promissory Note is executed in connection with the Fifth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fifth Amendment to Promissory Note to be signed by the Acting Secretary of Transportation and Public Works of Puerto Rico, in San Juan, Puerto Rico, this ___8___ th day of February, 2013.



**PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director of the Puerto Rico Highway
and Transportation Authority
EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Testimony No. 759

Acknowledged and subscribed before me by Javier E. Ramos Hernández as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February _8_, 2013.

_____
Notary Public

29237

**EXENTO DEL PAGO DE ARANCEL**
LEY 47 DE 4 DE JUNIO DE 19

## SIXTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed on August 27, 2010, by Rubén A. Hernández Gregorat in his capacity of Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the amount of **FORTY FIVE MILLION DOLLARS ($45,000,000)**, before notary public Zoraya Betancourt Calzada, as amended by: (1) First Allonge to Promissory Note, executed on August 25, 2011, to increase the principal amount of the Loan to $77,011,799.88, extend the maturity date to January 31, 2013, and include payment of accrued interests in the Loan until its maturity, and the payment of financial services fee payable to the Lender; (2) Second Allonge to Promissory Note, executed on September 27, 2011, to convert the Loan from a non revolving Loan to a revolving Loan; (3) Third Allonge to Promissory Note, executed on December 30, 2011 to increase the principal amount of the Loan to $107,011,799.88; (4) Fourth Allonge to Promissory Note, executed on December 28, 2012, to increase the principal amount of the Loan to $147,011,799.88, and (5) Fifth Allonge to Promissory Note, executed on February 8, 2013, to extend the maturity date to January 31, 2014, is hereby further amended to extend the maturity date to January 31, 2015.

This Sixth Allonge to Promissory Note is executed in connection with the Sixth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Sixth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority has caused this Sixth Allonge to Promissory Note to be signed by the Executive Director of the Puerto Rico Highways and Transportation Authority, in San Juan, Puerto Rico, this 31st day of January, 2014.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director of the Puerto Rico Highway
and Transportation Authority

Testimony No. 575

Acknowledged and subscribed before me by Javier E. Ramos Hernández as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on January 31, 2014.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

_____
Notary Public

## SEVENTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed on August 27, 2010, by Rubén A. Hernández Gregorat in his capacity of Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, for the amount of **FORTY FIVE MILLION DOLLARS ($45,000,000)**, before notary public Zoraya Betancourt Calzada, as amended by: (1) First Allonge to Promissory Note, executed on August 25, 2011, to increase the principal amount of the Loan to $77,011,799.88, extend the maturity date to January 31, 2013, and include payment of accrued interests in the Loan until its maturity, and the payment of financial services fee payable to the Lender; (2) Second Allonge to Promissory Note, executed on September 27, 2011, to convert the Loan from a non revolving Loan to a revolving Loan; (3) Third Allonge to Promissory Note, executed on December 30, 2011 to increase the principal amount of the Loan to $107,011,799.88; (4) Fourth Allonge to Promissory Note, executed on December 28, 2012, to increase the principal amount of the Loan to $147,011,799.88, (5) Fifth Allonge to Promissory Note, executed on February 8, 2013, to extend the maturity date to January 31, 2014, and (6) Sixth Allonge to Promissory Note, executed on January 31, 2014, to extend the maturity date to January 31, 2015, is hereby further amended to extend the maturity date to January 31, 2016.

This Seventh Allonge to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Seventh Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Seventh Allonge to Promissory Note to be signed by the Executive Director of the Puerto Rico Highways and Transportation Authority, in San Juan, Puerto Rico, this _20_ day of May, 2015.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Carmen A. Villar-Prados
Executive Director

Testimony No. _730_

Acknowledged and subscribed before me by Carmen A. Villar-Prados, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May _20_, 2015.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PROMISSORY NOTE

**$148,900,000.00**                                    **Due date:  August 30, 2011**

The **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on August 30, 2011, subject to prepayment as set forth below, the principal sum of **ONE HUNDRED FORTY EIGHT MILLION NINE HUNDRED THOUSAND DOLLARS ($148,900,000)** to the extent that such amount or any portion thereof disbursed under the Loan Agreement executed on this same date remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from proceeds of bonds to be issued by the Authority pursuant to the provisions of the respective sections of the Resolutions or from any available moneys of the Authority.

This Note is under and pursuant to the Loan Agreement dated as of November 9, 2009 (as modified and supplemented and in effect from time to time, the "Loan Agreement") between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences the Advances made by the Lender thereunder, and is subject to the terms thereof. Terms used but not defined in this Note have the respective meanings assigned to them in the Loan Agreement.

The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rico Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF,** the Authority has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 9th day of November, 2009.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By: _____
Name:  Rubén A. Hernández Gregorat
Title:   Executive Director

Affidavit No. *149*

Acknowledged and subscribed before me in San Juan, Puerto Rico, on this 9th day of November, 2009, by the following person who is personally known to me: Rubén A. Hernández Gregorat, of legal age, married, executive and resident of Guaynabo, Puerto Rico, as Executive Director of the Puerto Rico Highway and Transportation Authority.

_____
Notary Public

**FIRST ALLONGE TO PROMISSORY NOTE**

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of **ONE HUNDRED** FORTY EIGHT **MILLION NINE HUNDRED THOUSAND DOLLARS** ($148,900,000), before notary public María Cristina Figueroa Rivero, on November 9, 2009, is hereby amended to extend the maturity date of the Loan from to January 31, 2013 and to increase the principal amount of the Loan by $24,028,442.74 for a total amount not to exceed $172,928,442.74. The increase in the Loan shall be to the sole purpose of cover accrued interests on the Loan until its maturity and payment corresponding to financial services fee payable to the Lender, subject to certain terms and conditions.

This First Allonge to Promissory Note is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced promissory note not inconsistent with this First Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 2 day of September, 2011.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and Public
Works and Executive Director of the
Puerto Rico Highway and Transportation
Authority

Affidavit No. 397

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on September 2, 2011.

_____
Notary Public

27600

## SECOND ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of $148,900,000, before notary public María Cristina Figueroa Rivero, on November 9, 2009, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat, to extend the maturity date of the Loan to January 31, 2013 and to increase the principal amount of the Loan by $24,028,442.74 for a total amount not to exceed $172,928,442.74, subject to certain terms and conditions, before notary public Zoraya Betancourt Calzada, on September 2, 2011, is hereby amended to extend the maturity date of the Loan to January 31, 2014, subject to certain terms and conditions.

This Second Allonge to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced promissory note not inconsistent with this Second Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority has caused this Second Allonge to Promissory Note to be signed by the ~~Secretary~~ Executive Director of the Puerto Rico ~~Department of~~ Transportation ~~and Public Works~~ Highway and Authority, in San Juan, Puerto Rico, this 14th day of February, 2013.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. 461

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February 14, 2013.

_____
Notary Public

29256 v.2

## THIRD ALLONGE TO PROMISSORY NOTE

**$172,928, 442.74**                                   **Maturity date: January 31, 2015**

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat, for the amount of $148,900,000, before notary public María Cristina Figueroa Rivero, on November 9, 2009, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat, before notary public Zoraya Betancourt Calzada, on September 2, 2011, and as amended by Second Allonge to Promissory Note executed by Javier E. Ramos Hernández, before notary public Belén Fornaris, on February, 14, 2013, is hereby further amended to extend the maturity date of the Loan to January 31, 2015.

This Third Allonge to Promissory Note is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this Third Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Allonge to Promissory Note to be signed by the Executive Director of the Puerto Rico Highway and Transportation Authorityrks, in San Juan, Puerto Rico, on February _4_, 2014.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _781_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February _4_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## FOURTH ALLONGE TO PROMISSORY NOTE

**$172,928,442.74**                                    **Maturity date: January 31, 2016**

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat for the amount of $148,900,000 before notary public María Cristina Figueroa Rivero on November 9, 2009, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat before notary public Zoraya Betancourt Calzada on September 2, 2011, as amended by Second Allonge to Promissory Note executed by Javier E. Ramos Hernández before notary public Belén Fornaris Alfaro on February, 14, 2013, and as amended by Third Allonge to Promissory Note executed by Javier E. Ramos Hernández before notary public María de Lourdes Rodríguez on February 4, 2014, is hereby further amended to extend the maturity date of the Loan to January 31, 2016.

This Fourth Allonge to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date.  All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fourth Allonge to Promissory Note to be signed by the Executive Director of the Puerto Rico Highway and Transportation Authority, in San Juan, Puerto Rico, on May 20, 2015.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____
Carmen A. Villar Prados
Executive Director

Testimony No. 493

Recognized and subscribed before me by Carmen A. Villar Prados, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May 20, 2015.

_____
Notary Public

31285

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PAGARÉ

**VALOR: $59,722,346**                    **VENCIMIENTO: 31 de agosto de 2013**

POR VALOR RECIBIDO, pagaré a la orden del BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO en moneda de curso legal de los Estados Unidos de América en su oficina principal en Santurce, Puerto Rico, la suma principal de **CINCUENTA Y NUEVE MILLONES SETECIENTOS VEINTE Y DOS MIL TRESCIENTOS CUARENTA Y SEIS DÓLARES ($59,722,346), más intereses capitalizados,** en igual moneda, menos cualquier suma ya pagada. Este PAGARÉ acumulará intereses sobre el balance insoluto de la suma principal hasta la fecha de su pago total, a base del *Prime Rate* más 1.50%, con un mínimo de 6%, con aquella tasa de interés que el Presidente del BANCO o el Vicepresidente Ejecutivo designado por éste disponga, dependiendo del mercado de tasas de interés. Los intereses será capitalizados al vencimiento. Este PAGARÉ se otorga en virtud del CONTRATO DE PRÉSTAMO otorgado en esta misma fecha.

En el caso en que el tomador o tenedor de este PAGARÉ se vea precisado a recurrir a los tribunales de justicia para su cobro o tenga que intervenir en procedimientos bajo la Ley de Quiebra Federal, los suscribientes pagarán también una suma equivalente al DIEZ POR CIENTO (10%) del monto del principal de este PAGARÉ, como penalidad líquida y exigible sin necesidad de intervención judicial, para costas, gastos y honorarios de abogados y cuya penalidad será pagadera con la mera radicación en el tribunal de la demanda.

Expresamente relevamos al tomador o tenedor de este PAGARÉ de su obligación de prestar fianza en el caso de acción judicial para el cobro de este PAGARÉ si dicho tomador o tenedor solicitara orden al tribunal para el aseguramiento de la efectividad de la sentencia de acuerdo con las Leyes de Puerto Rico.

El tomador o tenedor de este PAGARÉ puede acelerar su plazo y declarar el mismo vencido y pagadero antes de su vencimiento, de ocurrir cualquiera de los siguientes eventos:

a)    No se pague a su vencimiento cualquiera de los plazos para intereses y principal o cualquier adelanto relacionado con el préstamo que evidencia este PAGARÉ que ha sido realizado por el tomador o tenedor del mismo a favor del suscribiente;

b)    Embargo o ejecución de cualquiera de las propiedades del suscribiente dadas en garantía;

c)    Insolvencia, sindicatura, disolución, terminación, liquidación o quiebra del suscribiente o de cualquiera de ellos y sus sucesores;

d)    Que se determine que cualquier información, garantía o representación hecha por el suscribiente al tomador o tenedor de este PAGARÉ en cualquier fecha en que la misma se hiciere resultare falsa o incierta, en parte o totalmente; y el

e)    Incumplimiento por el suscribiente de cualquiera de los términos, cláusulas y condiciones de este PAGARÉ o del CONTRATO DE PRÉSTAMO suscrito en esta misma fecha con el tomador o tenedor de este PAGARÉ.

El suscribiente por la presente renuncia a todo derecho de presentación, falta de pago, protesto, demanda y aviso. El suscribiente autoriza al tomador o tenedor de este PAGARÉ y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación *"set-off"* a las obligaciones que se originan de este PAGARÉ y

Doc 27815

para extender su fecha de pago antes o después de su vencimiento, y de la misma forma antes o después de su vencimiento extender tolerancia, dar indulgencia, realizar cualquier aplicación de pagos de cualquier suma de dinero perteneciente al suscribiente o de cualquier otro pagaré que se encuentre en poder del tomador o tenedor de este PAGARE y a modificar, cambiar o alterar la forma de pago de este PAGARE y a sustituir, cambiar o relevar de responsabilidad a cualquier persona sin que esto afecte, disminuya o altere la responsabilidad solidaria del suscribiente, quienes no obstante tal sustitución, cambio o relevo, continuará siendo solidariamente responsable de su pago frente al tomador o tenedor de este PAGARE.

El uso del singular en este PAGARE se entenderá plural si más de una persona suscribiere el mismo; el uso del plural incluirá el singular; y el uso de los pronombres de cualquier género incluirán los otros; y en caso de más de un suscribiente la responsabilidad de cada uno de ellos frente al tomador o tenedor de este PAGARE será solidaria de todos los firmantes.

En San Juan, Puerto Rico, a 27 de octubre de 2011.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACION



Rubén Hernández Gregorat
Director Ejecutivo
Secretario, Departamento de
Transportación y Obras Públicas de
Puerto Rico

Testimonio Núm: 626

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, a quien doy fe de conocer personalmente.

En San Juan, Puerto Rico, a 27 de octubre de 2011.

Notario Público

## PRIMERA ENMIENDA A PAGARÉ ("ALLONGE")

**VALOR: $185,281,724.19**                **VENCIMIENTO: 31 de agosto de 2013**

El PAGARÉ por la suma de CINCUENTA Y NUEVE MILLONES SETECIENTOS VEINTE Y DOS MIL TRECIENTOS CUARENTA Y SEIS DÓLARES ($59,722,346) suscrito el 27 de octubre de 2011 por Rubén Hernández Gregorat, en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación y Secretario del Departamento de Transportación y Obras Públicas, ante la notario público María de Lourdes Rodríguez, pagadero a la orden del Banco Gubernamental de Fomento para Puerto Rico, queda por la presente enmendado para incrementar la cuantía a CIENTO OCHENTA Y CINCO MILLONES DOSCIENTOS OCHENTA Y UN MIL SETECIENTOS VEINTE Y CUATRO DÓLARES CON DIEZ Y NUEVE CENTAVOS ($185,281,724.19). Este incremento de cuantía se consigna en virtud de la PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO que la Autoridad de Carreteras y Transportación y el Banco Gubernamental de Fomento han suscrito en el día de hoy y a tenor con la Resolución Núm. 9719 aprobada por la Junta de Directores del Banco el 22 de febrero de 2012.

En San Juan, Puerto Rico, a 5 de marzo de 2012.

AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN

_____
Rubén Hernández Gregorat
Director Ejecutivo y
Secretario, Departamento de Transportación
y Obras Públicas de Puerto Rico

Testimonio Núm. 661

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, a quien doy fe de conocer personalmente.

En San Juan, Puerto Rico, a 5 de marzo de 2012.

_____
Notario Público

## PRIMERA ENMIENDA A PAGARÉ ("ALLONGE")

**VALOR: $185,281,724.19**  **VENCIMIENTO: 31 de agosto de 2014**

El PAGARÉ por la suma de CINCUENTA Y NUEVE MILLONES SETECIENTOS VEINTIDÓS MIL TRESCIENTOS CUARENTA Y SEIS DÓLARES ($59,722,346) suscrito el 27 de octubre de 2011 por Rubén Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación y Secretario del Departamento de Transportación y Obras Públicas, ante la notario público María de Lourdes Rodríguez, Testimonio Núm. 626, y pagadero a la orden del Banco Gubernamental de Fomento para Puerto Rico (el "BANCO"), según enmendado por la Primera Enmienda a Pagaré ("Allonge") suscrita el 5 de marzo de 2012 por el mencionado funcionario y ante la notario público María de Lourdes Rodríguez, Testimonio Núm. 661, queda por la presente enmendado para extender la fecha de vencimiento hasta el 31 de agosto de 2014.

Esta enmienda se consigna en virtud de la TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO que la Autoridad de Carreteras y Transportación y el BANCO han suscrito en el día de hoy.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

En San Juan, Puerto Rico, a 2⅄ de agosto de 2013.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio 844

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 28 de agosto de 2013.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
**LEY 47 DE 4 DE JUNIO** DE 1982

29858

## TERCERA ENMIENDA A PAGARÉ ("ALLONGE")

**VALOR: $185,281,724.19**                **VENCIMIENTO: 31 de agosto de 2015**

El PAGARÉ por la suma de CINCUENTA Y NUEVE MILLONES SETECIENTOS VEINTIDÓS MIL TRESCIENTOS CUARENTA Y SEIS DÓLARES ($59,722,346) suscrito el 27 de octubre de 2011 por Rubén Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación (la "AUTORIDAD") y Secretario del Departamento de Transportación y Obras Públicas, ante la Notario Público María de Lourdes Rodríguez, Testimonio Núm. 626, y pagadero a la orden del Banco Gubernamental de Fomento para Puerto Rico (el "BANCO"), según enmendado por la Primera Enmienda a Pagaré ("Allonge") suscrita el 5 de marzo de 2012 por el mencionado funcionario y ante la Notario Público María de Lourdes Rodríguez, Testimonio Núm. 661, para incrementar su cuantía a CIENTO OCHENTA Y CINCO MILLONES DOSCIENTOS OCHENTA Y UN MIL SETECIENTOS VEINTICUATRO DÓLARES CON DIECINUEVE CENTAVOS ($185,281,724.19), y la Primera Enmienda a Pagaré ("Allonge") (la cual debió titularse "Segunda Enmienda a Pagaré ("Allonge")) suscrita el 28 de agosto de 2013 por Javier E. Ramos Hernández en su capacidad como Director Ejecutivo de la AUTORIDAD, ante la Notario Público Marguileán Rivera Amill, Testimonio Núm. 874, para extender su fecha de vencimiento, queda por la presente enmendado para extender nuevamente la fecha de vencimiento hasta el 31 de agosto de 2015.

Esta enmienda se consigna en virtud de la CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO que la AUTORIDAD y el BANCO han suscrito en el día de hoy.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta TERCERA ENMIENDA A PAGARÉ (ALLONGE), permanecerán inalterados y en pleno vigor.

En San Juan, Puerto Rico, a _9_ de diciembre de 2014.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio 1,014

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _9_ de diciembre de 2014.

_____
Notario Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

30900

# PAGARÉ

**VALOR: $11,397,243**                    **VENCIMIENTO: 31 de agosto de 2013**

POR VALOR RECIBIDO, pagaré a la orden del BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO en moneda de curso legal de los Estados Unidos de América en su oficina principal en Santurce, Puerto Rico, la suma principal de **ONCE MILLONES TRESCIENTOS NOVENTA Y SIETE MIL DOSCIENTOS CUARENTA Y TRES DÓLARES ($11,397,243), más intereses capitalizados,** en igual moneda, menos cualquier suma ya pagada. Este PAGARÉ acumulará intereses sobre el balance insoluto de la suma principal hasta la fecha de su pago total, a base del *Prime Rate* más 1.50%, con un mínimo de 6%, o aquella tasa de interés que el Presidente del BANCO o el Vicepresidente Ejecutivo designado por éste disponga, dependiendo del mercado de tasas de interés. Los intereses será capitalizados al vencimiento. Este PAGARÉ se otorga en virtud del CONTRATO DE PRÉSTAMO otorgado en esta misma fecha.

En el caso en que el tomador o tenedor de este PAGARÉ se vea precisado a recurrir a los tribunales de justicia para su cobro o tenga que intervenir en procedimientos bajo la Ley de Quiebra Federal, los suscribientes pagarán también una suma equivalente al DIEZ POR CIENTO (10%) del monto del principal de este PAGARÉ, como penalidad líquida y exigible sin necesidad de intervención judicial, para costas, gastos y honorarios de abogados y cuya penalidad será pagadera con la mera radicación en el tribunal de la demanda.

Expresamente relevamos al tomador o tenedor de este PAGARÉ de su obligación de prestar fianza en el caso de acción judicial para el cobro de este PAGARÉ si dicho tomador o tenedor solicitara orden al tribunal para el aseguramiento de la efectividad de la sentencia de acuerdo con las Leyes de Puerto Rico.

El tomador o tenedor de este PAGARÉ puede acelerar su plazo y declarar el mismo vencido y pagadero antes de su vencimiento, de ocurrir cualquiera de los siguientes eventos:

a)   No se pague a su vencimiento cualquiera de los plazos para intereses y principal o cualquier adelanto relacionado con el préstamo que evidencia este PAGARÉ que ha sido realizado por el tomador o tenedor del mismo a favor del suscribiente;

b)   Embargo o ejecución de cualquiera de las propiedades del suscribiente dadas en garantía;

c)   Insolvencia, sindicatura, disolución, terminación, liquidación o quiebra del suscribiente o de cualquiera de ellos y sus sucesores;

d)   Que se determine que cualquier información, garantía o representación hecha por el suscribiente al tomador o tenedor de este PAGARÉ en cualquier fecha en que la misma se hiciere resultare falsa o incierta, en parte o totalmente; y el

e)   Incumplimiento por el suscribiente de cualquiera de los términos, cláusulas y condiciones de este PAGARÉ o del CONTRATO DE PRÉSTAMO suscrito en esta misma fecha con el tomador o tenedor de este PAGARÉ.

El suscribiente por la presente renuncia a todo derecho de presentación, falta de pago, protesto, demanda y aviso. El suscribiente autoriza al tomador o tenedor de este PAGARÉ y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación *"set-off"* a las obligaciones que se originan de este PAGARÉ y para extender su fecha de pago antes o después de su vencimiento, y de la misma forma antes o después de su vencimiento extender tolerancia, dar indulgencia, realizar cualquier

aplicación de pagos de cualquier suma de dinero perteneciente al suscribiente o de cualquier otro pagaré que se encuentre en poder del tomador o tenedor de este PAGARÉ y a modificar, cambiar o alterar la forma de pago de este PAGARÉ y a sustituir, cambiar o relevar de responsabilidad a cualquier persona sin que esto afecte, disminuya o altere la responsabilidad solidaria del suscribiente, quienes no obstante tal sustitución, cambio o relevo, continuara siendo solidariamente responsable de su pago frente al tomador o tenedor de este PAGARÉ.

El uso del singular en este PAGARÉ se entenderá plural si más de una persona suscribiere el mismo, el uso del plural incluirá el singular, y el uso de los pronombres de cualquier genero incluirán los otros; y en caso de más de un suscribiente la responsabilidad de cada uno de ellos frente al tomador o tenedor de este PAGARÉ será solidaria de todos los firmantes.

En San Juan, Puerto Rico, a 27 de *octubre* de 2011.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN



_____
Rubén Hernández Gregorat
Director Ejecutivo
Secretario, Departamento de
Transportación y Obras Públicas de
Puerto Rico

Testimonio Núm. 625

Reconocido y suscrito ante mi por Rubén Hernández Gregorat, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su capacidad de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, a quien doy fe de conocer personalmente.

En San Juan, Puerto Rico, a 27 de octubre de 2011.

*María M. Lourdes Rodríguez*
**Notario Público**

## PRIMERA ENMIENDA A PAGARÉ ("ALLONGE")

**VALOR:  $12,440,090.81**              **VENCIMIENTO:  31 de agosto de 2013**

El PAGARÉ por la suma de ONCE MILLONES TRECIENTOS NOVENTA Y
SIETE MIL DOSCIENTOS CUARENTA Y TRES DÓLARES ($11,397,243) suscrito el 27 de
octubre de 2011 por Rubén Hernández Gregorat, en su capacidad de Director Ejecutivo de
la Autoridad de Carreteras y Transportación y Secretario del Departamento de
Transportación y Obras Públicas, ante la notaria público María de Lourdes Rodríguez,
pagadero a la orden del Banco Gubernamental de Fomento para Puerto Rico,  queda por
la presente enmendado para incrementar la cuantía  a DOCE MILLONES
CUATROCIENTOS CUARENTA MIL NOVENTA DÓLARES CON OCHENTA Y UN
CENTAVOS ($12,440,090.81).  Este  incremento de cuantía se consigna en virtud de la
PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO que la Autoridad de Carreteras
y Transportación y el Banco Gubernamental de Fomento han suscrito en el día de hoy y a
tenor con la Resolución Núm. 9719 aprobada por la Junta de Directores del Banco el
22 de febrero de 2012.

En San Juan, Puerto Rico, a _5_ de marzo de 2012.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN

_____
Rubén Hernández Gregorat
Director Ejecutivo y
Secretario, Departamento de Transportación
y Obras Públicas de Puerto Rico

Testimonio Núm. _660_

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad,
casado y vecino de Guaynabo, Puerto Rico, en su capacidad de Director Ejecutivo de la
Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del
Departamento de Transportación y Obras Públicas de Puerto Rico, a quien doy fe de
conocer personalmente.

En San Juan, Puerto Rico, a _5_ de marzo de 2012.

_____
Notario Público

## SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE")

**VALOR:  $12,440,090.81**                    **VENCIMIENTO: 31 de agosto de 2014**

El PAGARÉ por la cantidad de ONCE MILLONES TRESCIENTOS NOVENTA Y SIETE MIL DOSCIENTOS CUARENTA Y TRES DÓLARES ($11,397,243) suscrito el 27 de octubre de 2011 por Rubén Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación y Secretario del Departamento de Transportación y Obras Públicas, ante la notario público María de Lourdes Rodríguez, Testimonio Núm. 625, y pagadero a la orden del Banco Gubernamental de Fomento para Puerto Rico (el "BANCO"), según enmendado por la Primera Enmienda a Pagaré ("Allonge") suscrita el 5 de marzo de 2012 por el mencionado funcionario y ante la notario público María de Lourdes Rodríguez, Testimonio Núm. 660, queda por la presente enmendado para extender la fecha de vencimiento hasta el 31 de agosto de 2014.

Esta enmienda se consigna en virtud de la TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO que la Autoridad de Carreteras y Transportación y el BANCO han suscrito en el día de hoy.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados y en pleno vigor.

En San Juan, Puerto Rico, a 28 de agosto de 2013.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio 873

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 28 de agosto de 2013.

_____
Notaria Público

MARGUI LEÁN RIVERA AMILL
ABOGADA-NOTARIO

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29858

## TERCERA ENMIENDA A PAGARÉ ("ALLONGE")

**VALOR:  $12,440,090.81**                     **VENCIMIENTO: 31 de agosto de 2015**

El PAGARÉ por la cantidad de ONCE MILLONES TRESCIENTOS NOVENTA Y SIETE MIL DOSCIENTOS CUARENTA Y TRES DÓLARES ($11,397,243) suscrito el 27 de octubre de 2011 por Rubén Hernández Gregorat, en su entonces capacidad como Director Ejecutivo de la Autoridad de Carreteras y Transportación (la "AUTORIDAD") y Secretario del Departamento de Transportación y Obras Públicas, ante la Notario Público María de Lourdes Rodríguez, Testimonio Núm. 625, y pagadero a la orden del Banco Gubernamental de Fomento para Puerto Rico (el "BANCO"), según enmendado por la Primera Enmienda a Pagaré ("Allonge") suscrita el 5 de marzo de 2012 por el mencionado funcionario y ante la Notario Público María de Lourdes Rodríguez, Testimonio Núm. 660, para aumentar su cuantía a DOCE MILLONES CUATROCIENTOS CUARENTA MIL NOVENTA DÓLARES CON OCHENTA Y UN CENTAVOS ($12,440,090.81), y por la Segunda Enmienda a Pagaré ("Allonge") suscrita el 28 de agosto de 2013 por Javier E. Ramos Hernández en su capacidad como Director Ejecutivo de la AUTORIDAD, ante la Notario Público Marguileán Rivera Amill, Testimonio Núm. 873, para extender su fecha de vencimiento, queda por la presente enmendado para extender nuevamente la fecha de vencimiento hasta el 31 de agosto de 2015.

Esta enmienda se consigna en virtud de la CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO que la AUTORIDAD y el BANCO han suscrito en el día de hoy.

Los demás términos y condiciones del PAGARÉ, según enmendado, no inconsistentes con esta TERCERA ENMIENDA A PAGARÉ (ALLONGE), permanecerán inalterados y en pleno vigor.

En San Juan, Puerto Rico, a _9_ de diciembre de 2014.

**AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN**

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio l,013

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _9_ de diciembre de 2014.

_____
Notario Público

EXENTO DEL PAGO DE ARANCEL
~Y 47 DE 4 DE JUNIO DE 1982

**PROMISSORY NOTE**

$47,362,350.75                                                    Due date: August 27, 2013

     The **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on August 27, 2011, subject to prepayment as set forth below, the principal sum of **FORTY SEVEN MILLION THREE HUNDRED SIXTY TWO THOUSAND THREE HUNDRED FIFTY DOLLARS WITH SEVENTY FIVE CENTS ($47,362,350.75)** to the extent that such amount or any portion thereof disbursed under the Loan Agreement executed on this same date remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from proceeds of bonds to be issued by the Authority pursuant to the provisions of the respective sections of the Resolutions or from any available moneys of the Authority.

     Each Advance shall bear interest daily from the date of disbursement until paid in full at a fluctuating annual rate of interest equal to one and one half percent (1.5%) over and above the Prime Rate, as determined from time to time in good faith by the Lender, or, upon written notice to the Authority, at a variable rate of interest, which interest rate may be revised quarterly, per annum equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Advance. For purposes of the preceding sentence, the cost of funding shall mean the applicable cost of any source of funds used to fund the Loan, plus in either case, a required margin cost. Initially, this required margin cost will be equal to 150 basis points. The required margin cost may be revised from time to time by the Lender to such an extent that when added to the applicable cost of funds, the interest rate so determined and applicable to an Advance will provide for a total coverage of what the Lender determines to be its "all-inclusive" funding costs. For purposes of this Note, the applicable interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

     Anything hereunder to the contrary notwithstanding, and without prejudice to any remedies of the Lender provided hereunder or at law or in equity, the interest rate applicable to the outstanding principal amount of each Advance during any period when an Event of Default shall have occurred and be continuing shall be four percent (4.0%) over the otherwise applicable interest rate (the "Default Rate").

     Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to below, from any available moneys of the Authority. Each month the Lender shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on all outstanding Advances for the preceding month. The Loan shall be junior and subordinate to outstanding bonds of the Authority and shall be subject to certain other terms and conditions, as set forth in the Loan Agreement (as defined below). Payment of principal and interest on the Loan shall be made in any coin or currency of the United States of America, which at the time of payment shall be legal tender for the payment of public and private debts.

     This Note is under and pursuant to the Loan Agreement dated as of August 27, 2010 (as modified and supplemented and in effect from time to time, the "Loan Agreement") between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences the Advances made by the Lender thereunder, and is subject to the terms thereof. Terms used but not defined in this Note have the respective meanings assigned to them in the Loan Agreement.

     The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

     If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rico Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF**, the Authority has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 27th day of August, 2010.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By: _____

Name: Rubén A. Hernández Gregorat

Title: Secretary of Transportation and Public Works and Executive Director

Affidavit No. 175

Acknowledged and subscribed before me in San Juan, Puerto Rico, on this 27th day of August, 2010, by the following person who is personally known to me: Rubén A. Hernández Gregorat, of legal age, married, executive and resident of Guaynabo, Puerto Rico, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority.

_____
Notary Public

## FIRST AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

$105,059,245.75                                              Due:     August 27, 2013

The terms of the PROMISSORY NOTE in the principal amount of FORTY
SEVEN MILLION THREE HUNDRED AND SIXTY TWO THOUSAND THREE
HUNDRED FIFTY DOLLARS AND SEVENTY FIVE CENTS ($47,362,350.75)
executed by Rubén A. Hernández Gregorat, in his capacity as Executive President of
the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, to the
order of the GOVERNMENT DEVELOPMENT BANK, on August 27, 2010, before
Notary Public  María de los Ángeles Irizarry Lalo,  are hereby amended and
modified as of the date hereof to increase the principal amount to ONE HUNDRED
FIVE MILLION FIFTY NINE THOUSAND TWO HUNDRED AND FORTY FIVE
DOLLARS AND SEVENTY FIVE CENTS ($105,059,245.75), and (ii) provide that if
Borrower fails to pay the principal amount of the Loan, or any part thereof, on the
date of maturity of the Loan,  the interest rate applicable to any such outstanding
principal amount, shall be as set forth in the Loan Agreement, as amended on the
date hereof.

This Allonge reflects the execution on the date hereof of the First Amendment
to Loan Agreement, by and between Borrower and Lender.  Except as expressly
amended hereby, all other terms and conditions of the referenced PROMISSORY
NOTE, shall remain unchanged and in full force and effect, and this Allonge shall not
affect any of the existing obligations of the Borrower under the PROMISSORY NOTE.

Executed in San Juan, Puerto Rico, on November 8, 2010.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____

Name: Javier Hernández Scimeca, CPA
Title:   Acting Executive Subdirector

Testimony No. 530

Acknowledged and subscribed before me by Javier Hernández Scimeca, as Acting
Executive Subdirector of the Puerto Rico Highway and Transportation Authority, of
legal age, married and a resident of Bayamón, Puerto Rico, who is personally known
to me.

In San Juan, Puerto Rico, on November 8, 2010.

## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

$139,969,930.75                                    Due:     August 27, 2013

The terms of the Promissory Note in the principal amount of **FORTY SEVEN MILLION THREE HUNDRED AND SIXTY TWO THOUSAND THREE HUNDRED FIFTY DOLLARS AND SEVENTY FIVE CENTS** ($47,362,350.75) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, to the order of the GOVERNMENT DEVELOPMENT BANK, on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lalo, as amended by a First Amendment to Loan Agreement on November 8, 2010 to: (i) increase the principal amount to ONE HUNDRED FIVE MILLION FIFTY NINE THOUSAND TWO HUNDRED AND FORTY FIVE DOLLARS AND SEVENTY FIVE CENTS ($105,059,245.75), and (ii) provide the interest rate applicable if Borrower fails to pay the principal amount of the Loan, or any part thereof, on the date of maturity of the Loan as set forth in the Loan Agreement, as amended, are hereby modified and amended as of the date hereof to: (i) increase the principal amount to **ONE HUNDRED THIRTY NINE MILLION NINE HUNDRED SIXTY NINE THOUSAND NINE HUNDRED THIRTY DOLLARS AND SEVENTY FIVE CENTS** ($139,969,930.75) (ii) reinstate the second paragraph of clause number 5 of the Loan Agreement, as amended, as stipulated originally in the Loan Agreement dated as of August 27, 2010, and (iii) to incorporate a set off clause if an Event of Default occurs (as defined in the Loan Agreement) to apply any available moneys of the Authority against the Loan, in accordance with the Loan Agreement.

This Second Amendment to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Authority and the Bank, executed on this same date. All other provisions of the referenced Promissory Note not inconsistent with this Second Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority have caused this Second Amendment to Promissory Note to be signed by its Acting Executive Subdirector, in San Juan, Puerto Rico, this ___ day of February, 2011.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Name: Javier Hernández Scimeca, CPA
Title: ~~Acting~~ Executive Subdirector

Testimony No: 315

Acknowledged and subscribed before me by Javier Hernández Scimeca, as Acting Executive Subdirector of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of San Juan, Puerto Rico, who is personally known to me. In San Juan, Puerto Rico, on February 14th, 2011.

_____
Notary Public

27049

**THIRD AMENDMENT TO PROMISSORY NOTE**
**(ALLONGE)**

**$206,213,756.75**                                    **Due:    August 27, 2013**

The terms of the Promissory Note in the principal amount of **FORTY SEVEN MILLION THREE HUNDRED AND SIXTY TWO THOUSAND THREE HUNDRED FIFTY DOLLARS AND SEVENTY FIVE CENTS ($47,362,350.75)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, to the order of the GOVERNMENT DEVELOPMENT BANK, on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lalo, as amended by a First Amendment to Promissory Note (Allonge) executed by the AUTHORITY on November 8, 2010 before Notary Public María de Lourdes Rodríguez; and as amended by a Second Amendment to Promissory Note (Allonge) executed by the AUTHORITY on February 14, 2011 before Notary Public Zoraya Betancourt Calzada; is hereby further amended on the date hereof to increase the maximum amount to **TWO HUNDRED SIX MILLION TWO HUNDRED THIRTEEN THOUSAND SEVEN HUNDRED FIFTY SIX DOLLARS AND SEVENTY FIVE CENTS ($206,213,756.75).**

This Third Amendment to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Authority and the Bank, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority have caused this Third Amendment to Promissory Note to be signed by its Acting Executive Subdirector, in San Juan, Puerto Rico, this _17_ day of May _____, 2011.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 576 —

Acknowledged and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May _17_, 2011.

_____
Notary Public

### FOURTH AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$206,213,756.75**                    **Due:**      **August 31, 2014**

The terms of the Promissory Note in the principal amount of FORTY SEVEN MILLION THREE HUNDRED SIXTY TWO THOUSAND THREE HUNDRED FIFTY DOLLARS AND SEVENTY FIVE CENTS ($47,362,350.75) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY"), to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK"), on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lado, as amended by a First Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Acting Executive Director of the AUTHORITY on November 8, 2010, before Notary Public María de Lourdes Rodríguez; as amended by a Second Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Executive Subdirector of the AUTHORITY on February 14, 2011, before Notary Public Zoraya Betancourt Calzada; and as amended by a Third Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the AUTHORITY on May 17, 2011 to increase the maximum amount to TWO HUNDRED SIX MILLION TWO HUNDRED THIRTEEN THOUSAND SEVEN HUNDRED FIFTY SIX DOLLARS AND SEVENTY FIVE CENTS ($206,213,756.75), before Notary Public María de Lourdes Rodríguez; is hereby further amended to extend the maturity date to August 31, 2014.

This Fourth Amendment to Promissory Note is executed in connection with the Seventh Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Fourth Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _28_ day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY


By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _545_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August _28_, 2013.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

_____
Notary Public

## FIFTH AMENDMENT TO PROMISSORY NOTE
## (ALLONGE)

**$206,213,756.75**                          **Due:** **August 31, 2015**

The terms of the Promissory Note in the principal amount of **FORTY SEVEN MILLION THREE HUNDRED SIXTY TWO THOUSAND THREE HUNDRED FIFTY DOLLARS AND SEVENTY FIVE CENTS ($47,362,350.75)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY"), to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK"), on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lado; as amended by a First Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Acting Executive Subdirector of the AUTHORITY on November 8, 2010, before Notary Public María de Lourdes Rodríguez; as amended by a Second Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Executive Subdirector of the AUTHORITY on February 14, 2011, before Notary Public Zoraya Betancourt Calzada; as amended by a Third Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the AUTHORITY on May 17, 2011 to increase the maximum amount to **TWO HUNDRED SIX MILLION TWO HUNDRED THIRTEEN THOUSAND SEVEN HUNDRED FIFTY SIX DOLLARS AND SEVENTY FIVE CENTS ($206,213,756.75)**, before Notary Public María de Lourdes Rodríguez; as amended by a Fourth Amendment to Promissory Note (Allonge) executed by Javier E Ramos Hernández in his capacity as Executive Director of the AUTHORITY on August 28, 2013, before Notary Public Belén Fornaris Alfaro; is hereby further amended to extend the maturity date to August 31, 2015.

This Fifth Amendment to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Fifth Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _9_ day of December, 2014.

**PUERTO RICO HIGHWAYS AND**
**TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _1,006_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December _9_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 19——

## PROMISSORY NOTE

**$70,937,649.25**

**Due date: August 27, 2013**

The **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on August 27, 2011, subject to prepayment as set forth below, the principal sum of **SEVENTY MILLION NINE HUNDRED THIRTY SEVEN THOUSAND SIX HUNDRED FORTY NINE DOLLARS WITH TWENTY FIVE CENTS ($70,937,649.25)** to the extent that such amount or any portion thereof disbursed under the Loan Agreement executed on this same date remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from proceeds of bonds to be issued by the Authority pursuant to the provisions of the respective sections of the Resolutions or from any available moneys of the Authority.

Each Advance shall bear interest daily from the date of disbursement until paid in full at a fluctuating annual rate of interest equal to one and one half percent (1.5%) over and above the Prime Rate, as determined from time to time in good faith by the Lender, or, upon written notice to the Authority, at a variable rate of interest, which interest rate may be revised quarterly, per annum equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Advance. For purposes of the preceding sentence, the cost of funding shall mean the applicable cost of any source of funds used to fund the Loan, plus in either case, a required margin cost. Initially, this required margin cost will be equal to 150 basis points. The required margin cost may be revised from time to time by the Lender to such an extent that when added to the applicable cost of funds, the interest rate so determined and applicable to an Advance will provide for a total coverage of what the Lender determines to be its "all-inclusive" funding costs. For purposes of this Note, the applicable interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

Anything hereunder to the contrary notwithstanding, and without prejudice to any remedies of the Lender provided hereunder or at law or in equity, the interest rate applicable to the outstanding principal amount of each Advance during any period when an Event of Default shall have occurred and be continuing shall be four percent (4.0%) over the otherwise applicable interest rate (the "Default Rate").

Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to below, from any available moneys of the Authority. Each month the Lender shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on all outstanding Advances for the preceding month. The Loan shall be junior and subordinate to outstanding bonds of the Authority and shall be subject to certain other terms and conditions, as set forth in the Loan Agreement (as defined below). Payment of principal and interest on the Loan shall be made in any coin or currency of the United States of America, which at the time of payment shall be legal tender for the payment of public and private debts.

This Note is under and pursuant to the Loan Agreement dated as of August 27, 2010 (as modified and supplemented and in effect from time to time, the "Loan Agreement") between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences the Advances made by the Lender thereunder, and is subject to the terms thereof. Terms used but not defined in this Note have the respective meanings assigned to them in the Loan Agreement.

The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rico Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF,** the Authority has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 27th day of August, 2010.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By:_____

Name:  Rubén A. Hernández Gregorat
Title:   Secretary of Transportation and Public Works
and Executive Director

Affidavit No. 174

Acknowledged and subscribed before me in San Juan, Puerto Rico, on this 27th day of August, 2010, by the following person who is personally known to me: Rubén A. Hernández Gregorat, of legal age, married, executive and resident of Guaynabo, Puerto Rico, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority.

_____
Notary Public

## FIRST AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

$89,752,969.25                                        Due:      August 27, 2013

The terms of the PROMISSORY NOTE in the principal amount of SEVENTY MILLION NINE HUNDRED THIRTY SEVEN THOUSAND SIX HUNDRED FORTY NINE DOLLARS AND SEVENTY FIVE CENTS ($70,937,649.75) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, to the order of the GOVERNMENT DEVELOPMENT BANK on August 27, 2010, before Notary Public María de los Angeles Irizarry Lalo, are hereby amended and modified as of the date hereof to: (i) increase the principal amount to EIGHTY NINE MILLION SEVEN HUNDRED FIFTY TWO THOUSAND NINE HUNDRED SIXTY NINE DOLLARS AND TWENTY FIVE CENTS ($89,752,969.25), and (ii) provide that if Borrower fails to pay the principal amount of the Loan, or any part thereof, on the date of maturity of the Loan, the interest rate applicable to any such outstanding principal amount, shall be as set forth in the Loan Agreement, as amended on the date hereof.

This Allonge reflects the execution on the date hereof of the First Amendment to Loan Agreement, by and between Borrower and Lender. Except as expressly amended hereby, all other terms and conditions of the referenced PROMISSORY NOTE, shall remain unchanged and in full force and effect, and this Allonge shall not affect any of the existing obligations of the Borrower under the PROMISSORY NOTE.

Executed in San Juan, Puerto Rico, on November _8_, 2010.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By:_____

Name: Javier Hernández Scimeca, CPA
Title:   Acting Executive Subdirector

Testimony No. _529_—

Acknowledged and subscribed before me by Javier Hernández Scimeca, as Acting Executive Subdirector of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of ~~Bayamón~~ San Juan, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on November _8_, 2010.



## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

$124,592,410.25                                    Due:      August 27, 2013

The terms of the Promissory Note in the principal amount of SEVENTY MILLION NINE HUNDRED THIRTY SEVEN THOUSAND SIX HUNDRED FORTY NINE DOLLARS AND SEVENTY FIVE CENTS ($70,937,649.75) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, to the order of the GOVERNMENT DEVELOPMENT BANK on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lalo, as amended by a First Amendment to Loan Agreement on November 8, 2010 to: (i) increase the principal amount to EIGHTY NINE MILLION SEVEN HUNDRED FIFTY TWO THOUSAND NINE HUNDRED SIXTY NINE DOLLARS AND TWENTY FIVE CENTS ($89,752,969.25), and (ii) provide the interest rate applicable if Borrower fails to pay the principal amount of the Loan, or any part thereof, on the date of maturity of the Loan, as set forth in the Loan Agreement, as amended, are hereby modified and amended as of the date hereof to: (i) increase the principal amount to ONE HUNDRED TWENTY FOUR MILLION FIVE HUNDRED NINETY TWO THOUSAND FOUR HUNDRED TEN DOLLARS AND TWENTY FIVE CENTS ($124,592,410.25), (ii) reinstate the second paragraph of clause number 5 of the Loan Agreement, as amended, as stipulated originally in the Loan Agreement dated as of August 27, 2010, and (iii) to incorporate a set off clause if an Event of Default occurs (as defined in the Loan Agreement) to apply any available moneys of the Authority against the Loan, in accordance with the Loan Agreement.

This Second Amendment to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Authority and the Bank, executed on this same date. All other provisions of the referenced Promissory Note not inconsistent with this Second Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority have caused this Second Amendment to Promissory Note to be signed by its Acting Executive Subdirector, in San Juan, Puerto Rico, this 14th day of February, 2011.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Name: Javier Hernández Scimeca, CPA
Title: Acting Executive Subdirector

Testimony No. -314-

Acknowledged and subscribed before me by Javier Hernández Scimeca, as Acting Executive Subdirector of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of San Juan, Puerto Rico, who is personally known to me. In San Juan, Puerto Rico, on February 14th, 2011.

_____
Notary Public

27049

## THIRD AMENDMENT TO PROMISSORY NOTE
## (ALLONGE)

**$127,714,461.25**                                    **Due: August 27, 2013**

The terms of the Promissory Note in the principal amount of **SEVENTY MILLION NINE HUNDRED THIRTY SEVEN THOUSAND SIX HUNDRED FORTY NINE DOLLARS AND SEVENTY FIVE CENTS ($70,937,649.75)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, to the order of the GOVERNMENT DEVELOPMENT BANK on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lalo, as amended by a First Amendment to Promissory Note (Allonge) executed by the AUTHORITY on November 8, 2010 before Notary Public María de Lourdes Rodríguez; and as amended by a Second Amendment to Promissory Note (Allonge) executed by the AUTHORITY on February 14,2011 before Notary Public Zoraya Betancourt Calzada; is hereby further amended on the date hereof to increase the maximum amount to **ONE HUNDRED TWENTY SEVEN MILLION SEVEN HUNDRED FOURTEEN THOUSAND FOUR HUNDRED SIXTY ONE DOLLARS AND TWENTY FIVE CENTS ($127,714,461.25).**

This Third Amendment to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Authority and the Bank, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority have caused this Third Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 17 day of May, 2011.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 575

Acknowledged and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May 17, 2011.

_____
Notary Public

## FOURTH AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$127,714,461.25**                                          **Due: August 31, 2014**

The terms of the Promissory Note in the principal amount of SEVENTY MILLION NINE HUNDRED THIRTY SEVEN THOUSAND SIX HUNDRED FORTY NINE  DOLLARS AND SEVENTY FIVE CENTS ($70,937,649.75) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY"), to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lado, as amended by a First Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Acting Executive Subdirector of the AUTHORITY on November 8, 2010, before Notary Public María de Lourdes Rodríguez; as amended by a Second Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Executive Subdirector of the AUTHORITY on February 14, 2011, before Notary Public Zoraya Betancourt Calzada; and as amended by a Third Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the AUTHORITY on May 17, 2011 to increase the maximum amount to ONE HUNDRED TWENTY SEVEN MILLION SEVEN HUNDRED FOURTEEN THOUSAND FOUR HUNDRED SIXTY ONE DOLLARS AND TWENTY FIVE CENTS ($127,714,461.25), before Notary Public María de Lourdes Rodríguez; is hereby further amended to extend the maturity date to August 31, 2014.

This Fourth Amendment to Promissory Note is executed in connection with the Seventh Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date.  All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority have caused this Fourth Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _28_ day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _544_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August _28_, 2013.

EXENTO DEL PAGO DE ARANCELES
LEY 47 DE 4 DE JUNIO DE 1982

_____
Notary Public

### FIFTH AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$127,714,461.25**                                    **Due: August 31, 2015**

The terms of the Promissory Note in the principal amount of **SEVENTY MILLION NINE HUNDRED THIRTY SEVEN THOUSAND SIX HUNDRED FORTY NINE DOLLARS AND SEVENTY FIVE CENTS ($70,937,649.75)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY"), to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on August 27, 2010, before Notary Public María de los Ángeles Irizarry Lado, as amended by a First Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Acting Executive Subdirector of the AUTHORITY on November 8, 2010, before Notary Public María de Lourdes Rodríguez; as amended by a Second Amendment to Promissory Note (Allonge) executed by Javier Hernández Scimeca, in his capacity as Executive Subdirector of the AUTHORITY on February 14, 2011, before Notary Public Zoraya Betancourt Calzada; as amended by a Third Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the AUTHORITY on May 17, 2011 to increase the maximum amount to **ONE HUNDRED TWENTY SEVEN MILLION SEVEN HUNDRED FOURTEEN THOUSAND FOUR HUNDRED SIXTY ONE DOLLARS AND TWENTY FIVE CENTS ($127,714,461.25)**, before Notary Public María de Lourdes Rodríguez; as amended by a Fourth Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández in his capacity as Executive Director of the AUTHORITY on August 28, 2013, before Notary Public Belén Fornaris Alfaro; is hereby further amended to extend the maturity date to August 31, 2015.

This Fifth Amendment to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Fifth Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _7_ day of December, 2014.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No._6,005_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

San Juan, Puerto Rico, on December _9_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

PROMISSORY NOTE

$7,350,000

Due date: August 27, 2013

The PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on August 27, 2011, subject to prepayment as set forth below, the principal sum of SEVEN MILLION THREE HUNDRED FIFTY DOLLARS ($7,350,000) to the extent that such amount or any portion thereof disbursed under the Loan Agreement executed on this same date remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, as set forth in the Loan Agreement mentioned herein.

Each Advance shall bear interest daily from the date of disbursement until paid in full at a fluctuating annual rate of interest equal to one and one half percent (1.5%) over and above the Prime Rate, as determined from time to time in good faith by the Lender, or, upon written notice to the Authority, at a variable rate of interest, which interest rate may be revised quarterly, per annum equal to the Lender's cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Advance. For purposes of the preceding sentence, the cost of funding shall mean the applicable cost of any source of funds used to fund the Loan, plus in either case, a required margin cost. Initially, this required margin cost will be equal to 150 basis points. The required margin cost may be revised from time to time by the Lender to such an extent that when added to the applicable cost of funds, the interest rate so determined and applicable to an Advance will provide for a total coverage of what the Lender determines to be its "all-inclusive" funding costs. For purposes of this Note, the applicable interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

Anything hereunder to the contrary notwithstanding, and without prejudice to any remedies of the Lender provided hereunder or at law or in equity, if Borrower fails to pay the principal amount of the Loan, or any part thereof on the date of maturity of the Loan, the interest rate applicable to any such outstanding principal amount shall be as set forth in the Loan Agreement.

Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to below, from any available moneys of the Authority. Each month the Lender shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on all outstanding Advances for the preceding month. The Loan shall be junior and subordinate to outstanding bonds of the Authority and shall be subject to certain other terms and conditions, as set forth in the Loan Agreement (as defined below). Payment of principal and interest on the Loan shall be made in any coin or currency of the United States of America, which at the time of payment shall be legal tender for the payment of public and private debts.

This Note is under and pursuant to the Loan Agreement dated as of August 7, 2010, as amended on the date hereof, (as modified and supplemented and in effect from time to time, the "Loan Agreement") between the Borrower and the Government Development Bank for Puerto Rico, as Lender and evidences the Advances made by the Lender thereunder, and is subject to the terms thereof. Terms

**FIRST AMENDMENT TO PROMISSORY NOTE**
**(ALLONGE)**

$7,350,000                                                          Due:      August 31, 2014

The terms of the Promissory Note in the principal amount of **SEVEN MILLION THREE HUNDRED FIFTY THOUSAND DOLLARS ($7,350,000)** executed by Javier Hernández Scimeca, in his capacity as Acting Executive Subdirector of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY"), to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK"), on November 8, 2010, before Notary Public María de Lourdes Rodríguez, is hereby amended to extend the maturity date to August 31, 2014.

This First Amendment to Promissory Note is executed in connection with the Seventh Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this First Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority have caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _28_ day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
       Javier E. Ramos Hernández
       Executive Director

Testimony No. _546_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August _28_, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## SECOND AMENDMENT TO PROMISSORY NOTE
## (ALLONGE)

**$7,350,000**                                   **Due:**     **August 31, 2015**

The terms of the Promissory Note in the principal amount of **SEVEN MILLION THREE HUNDRED FIFTY THOUSAND DOLLARS ($7,350,000)** executed by Javier Hernández Scimeca, in his capacity as Acting Executive Subdirector of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY"), to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on November 8, 2010, before Notary Public María de Lourdes Rodríguez; as amended by a First Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández in his capacity as Executive Director of the AUTHORITY on August 28, 2013, before Notary Public Belén Fornaris Alfaro; is hereby amended to extend the maturity date to August 31, 2015.

This Second Amendment to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second First Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _9_ day of December, 2014.

**PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _1,007_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December _9_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PROMISSORY NOTE

$24,000,000                                    Due date: August 27, 2013

FOR VALUE RECEIVED, PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (hereinafter called the "Authority"), AUTHORITY, a public corporation and governmental instrumentality of the Commonwealth of Puerto Rico (the "Borrower"), hereby promises to pay to Government Development Bank for Puerto Rico (the "Lender"), for account of its applicable lending office provided for by the Third Amendment to Loan Agreement referred to below, at the offices of Government Development Bank for Puerto Rico, San Juan, Puerto Rico, the principal sum of TWENTY FOUR MILLION DOLLARS ($24,000,000) (or such lesser amount as shall equal the aggregate unpaid principal amount of the Advances made by the Lender to the Borrower under the Third Amendment to Loan Agreement), in lawful money of the United States of America and in immediately available funds, on the date and in the principal amounts provided in the Third Amendment to Loan Agreement, and to pay interest on the unpaid principal amount of each Advance, at such offices, in like money and funds, for the period commencing on the date of such Advance until such Advance shall be paid in full, at the rates per annum and on the dates provided in the Third Amendment to Loan Agreement.

This Note is under and pursuant to the Third Amendment to Loan Agreement executed on this same date between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences Advances made by the Lender thereunder, and is subject to the terms thereof. Terms used but not defined in this Note have the respective meanings assigned to them in the Third Amendment to Loan Agreement.

This Note shall be governed by, and construed in accordance with, the laws of the Commonwealth of Puerto Rico.

IN WITNESS WHEREOF, the AUTHORITY has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, on April 28, 2011.

PUERTO RICO HIGHWAY AND TRANSPORTATION
AUTHORITY

By: _____
Rubén A. Hernández Gregorat,
Secretary of Transportation and Public Works
and Executive Director of PRHTA

Testimony No. 343

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on April 28th, 2011.

_____
Notary Public

27224

## FIRST AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$24,000,000**                                    **Due: August 31, 2014**

The terms of the Promissory Note in the principal amount of **TWENTY FOUR MILLION DOLLARS ($24,000,000)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on April 28, 2011, before Notary Public Zoraya Betancourt Calzada, is hereby amended to extend the maturity date to August 31, 2014.

This First Amendment to Promissory Note is executed in connection with the Seventh Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this First Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 28 day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. 548

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August 28, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO 1982

## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$26,852,836**

**Due: August 31, 2014**

The terms of the Promissory Note in the principal amount of **TWENTY FOUR MILLION DOLLARS ($24,000,000)** executed by Rubén A. Hernández Gregorat in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on April 28, 2011 before Notary Public Zoraya Betancourt Calzada, as amended by a First Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández, in his capacity as Executive Director of the AUTHORITY on August 28, 2013 to extend the maturity date to August 31, 2014, before notary public Belén Fornaris Alfaro, is hereby further amended to increase the maximum amount to **TWENTY SIX MILLION EIGHT HUNDRED FIFTY TWO THOUSAND EIGHT HUNDRED THIRTY SIX DOLLARS ($26,852,836).**

This Second Amendment to Promissory Note is executed in connection with the Eighth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority have caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _17_ day of October, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. **557**

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on October _17_, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

### THIRD AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$26,852,836**                                               **Due: August 31, 2015**

The terms of the Promissory Note in the principal amount of **TWENTY FOUR MILLION DOLLARS ($24,000,000)** executed by Rubén A. Hernández Gregorat in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on April 28, 2011 before Notary Public Zoraya Betancourt Calzada, as amended by a (i) First Amendment to Promissory Note (Allonge) executed on August 28, 2013 by Javier E. Ramos Hernández, in his capacity as Executive Director of the AUTHORITY, before Notary Public Belén Fornaris Alfaro, to extend the maturity date to August 31, 2014, and by a (ii) Second Amendment to Promissory Note (Allonge) executed on October 17, 2013 by Javier E. Ramos Hernández, in his capacity as Executive Director of the AUTHORITY, before Notary Public Belén Fornaris Alfaro, to increase the maximum amount to **TWENTY SIX MILLION EIGHT HUNDRED FIFTY TWO THOUSAND EIGHT HUNDRED THIRTY SIX DOLLARS ($26,852,836),** is hereby further amended to extend its maturity date to August 31, 2015.

This Third Amendment to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Third Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _9_ day of December, 2014.

**PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _1,009_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December _9_, 2014.

_____
Notary Public

**EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982**

## PROMISSORY NOTE

$4,700,000                                    Due date: August 27, 2013

FOR VALUE RECEIVED, PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (hereinafter called the "Authority"), AUTHORITY, a public corporation and governmental instrumentality of the Commonwealth of Puerto Rico (the "Borrower"), hereby promises to pay to Government Development Bank for Puerto Rico (the "Lender"), for account of its applicable lending office provided for by the Third Amendment to Loan Agreement referred to below, at the offices of Government Development Bank for Puerto Rico, San Juan, Puerto Rico, the principal sum of FOUR MILLION SEVEN HUNDRED THOUSAND DOLLARS ($4,700,000) (or such lesser amount as shall equal the aggregate unpaid principal amount of the Advances made by the Lender to the Borrower under the Third Amendment to Loan Agreement), in lawful money of the United States of America and in immediately available funds, on the date and in the principal amounts provided in the Third Amendment to Loan Agreement, and to pay interest on the unpaid principal amount of each Advance, at such offices, in like money and funds, for the period commencing on the date of such Advance until such Advance shall be paid in full, at the rates per annum and on the dates provided in the Third Amendment to Loan Agreement.

This Note is under and pursuant to the Third Amendment to Loan Agreement executed on this same date between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences Advances made by the Lender thereunder, and is subject to the terms thereof. Terms used but not defined in this Note have the respective meanings assigned to them in the Third Amendment to Loan Agreement.

This Note shall be governed by, and construed in accordance with, the laws of the Commonwealth of Puerto Rico.

IN WITNESS WHEREOF, the AUTHORITY has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, on April 28, 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat,
Secretary of Transportation and Public Works
and Executive Director of PRHTA

Testimony No. 844

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on April 28th, 2011.

_____
Notary Public

27224

### FIRST AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$16,252,489**                                    **Due: August 27, 2013**

The terms of the Promissory Note in the principal amount of **FOUR MILLION SEVEN HUNDRED THOUSAND DOLLARS ($4,700,000)** executed by Rubén A. Hernández Gregorat in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY to the order of the GOVERNMENT DEVELOPMENT BANK on April 28, 2011 before Notary Public Zoraya Betancourt Calzada, is hereby amended on the date hereof to increase the maximum amount to **SIXTEEN MILLION TWO HUNDRED FIFTY TWO THOUSAND FOUR HUNDRED EIGHTY NINE DOLLARS ($16,252,489)**.

This First Amendment to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Authority and the Bank, executed on this same date. All other provisions of the referenced Promissory Note not inconsistent with this First Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _1_ day of May, 2011.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 577 —

Acknowledged and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May _17_, 2011.

_____
Notary Public

## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$16,252,489**            **Due: August 31, 2014**

The terms of the Promissory Note in the principal amount of **FOUR MILLION SEVEN HUNDRED THOUSAND DOLLARS ($4,700,000)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on April 28, 2011, before Notary Public Zoraya Betancourt Calzada, as amended by a First Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the AUTHORITY on May 17, 2011 to increase the maximum amount to **SIXTEEN MILLION TWO HUNDRED FIFTY TWO THOUSAND FOUR HUNDRED EIGHTY NINE DOLLARS ($16,252,489)**, before Notary Public María de Lourdes Rodríguez, is hereby further amended to extend the maturity date to August 31, 2014.

This Second Amendment to Promissory Note is executed in connection with the Seventh Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 28 day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. 547

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August 28, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## THIRD AMENDMENT TO PROMISSORY NOTE
## (ALLONGE)

**$16,252,489**                                    **Due: August 31, 2015**

The terms of the Promissory Note in the principal amount of **FOUR MILLION SEVEN HUNDRED THOUSAND DOLLARS ($4,700,000)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on April 28, 2011, before Notary Public Zoraya Betancourt Calzada; as amended by a First Amendment to Promissory Note (Allonge) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the AUTHORITY on May 17, 2011 to increase the maximum amount to **SIXTEEN MILLION TWO HUNDRED FIFTY TWO THOUSAND FOUR HUNDRED EIGHTY NINE DOLLARS ($16,252,489)**, before Notary Public María de Lourdes Rodríguez; as amended by a Second Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández in his capacity as Executive Director of the AUTHORITY on August 28, 2013, before Notary Public Belén Fornaris Alfaro, is hereby further amended to extend the maturity date to August 31, 2015.

This Third Amendment to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority have caused this Third Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _9_ day of December, 2014.

**PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _1,008_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December _9_, 2014.

_____
Notary Public

**EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982**

**PROMISSORY NOTE**

$21,791,245                                    Due date: August 27, 2013

**FOR VALUE RECEIVED, PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), **AUTHORITY**, a public corporation and governmental instrumentality of the Commonwealth of Puerto Rico (the "Borrower"), hereby promises to pay to **Government Development Bank for Puerto Rico** (the "Lender"), for account of its applicable lending office provided for by the Fourth Amendment to Loan Agreement referred to below, at the offices of Government Development Bank for Puerto Rico, San Juan, Puerto Rico, the principal sum of **TWENTY ONE MILLION SEVEN HUNDRED NINETY ONE THOUSAND TWO HUNDRED FORTY FIVE DOLLARS ($21,791,245)** (or such lesser amount as shall equal the aggregate unpaid principal amount of the Advances made by the Lender to the Borrower under the Fourth Amendment to Loan Agreement), in lawful money of the United States of America and in immediately available funds, on the date and in the principal amounts provided in the Fourth Amendment to Loan Agreement, and to pay interest on the unpaid principal amount of each Advance, at such offices, in like money and funds, for the period commencing on the date of such Advance until such Advance shall be paid in full, at the rates per annum and on the dates provided in the Fourth Amendment to Loan Agreement.

This Note is under and pursuant to the Fourth Amendment to Loan Agreement executed on this same date between the Borrower and Government Development Bank for Puerto Rico, as Lender and evidences Advances made by the Lender thereunder, and is subject to the terms thereof, as it may be amended from time to time. Terms used but not defined in this Note have the respective meanings assigned to them in the Third Amendment to Loan Agreement.

This Note shall be governed by, and construed in accordance with, the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF**, the AUTHORITY has caused this note to be signed by its Executive Director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, on May 17, 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat,
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 578

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May 17, 2011.

_____
Notary Public

**FIRST AMENDMENT TO PROMISSORY NOTE**
**(ALLONGE)**

$21,791,245                                                    Due: August 31, 2014

The terms of the Promissory Note in the principal amount of TWENTY ONE MILLION SEVEN HUNDRED NINETY ONE THOUSAND TWO HUNDRED FORTY FIVE DOLLARS ($21,791,245) executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on May 17, 2011, before Notary Public María de Lourdes Rodríguez, is hereby amended to extend the maturity date to August 31, 2014.

This First Amendment to Promissory Note is executed in connection with the Seventh Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this First Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority have caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 28 day of August, 2013.

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. 549

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August 28, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## SECOND AMENDMENT TO PROMISSORY NOTE
### (ALLONGE)

**$21,791,245**                                        **Due: August 31, 2015**

The terms of the Promissory Note in the principal amount of **TWENTY ONE MILLION SEVEN HUNDRED NINETY ONE THOUSAND TWO HUNDRED FORTY FIVE DOLLARS ($21,791,245)** executed by Rubén A. Hernández Gregorat, in his capacity as Executive Director of the PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the "AUTHORITY") to the order of the GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO (the "BANK") on May 17, 2011, before Notary Public María de Lourdes Rodríguez; as amended by a First Amendment to Promissory Note (Allonge) executed by Javier E. Ramos Hernández in his capacity as Executive Director of the AUHTORITY on August 28, 2013; is hereby amended to extend the maturity date to August 31, 2015.

This Second Amendment to Promissory Note is executed in connection with the Ninth Amendment to Loan Agreement between the AUTHORITY and the BANK, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second Amendment to Promissory Note, shall remain unchanged, binding and in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority have caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this _7_ day of December, 2014.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _1,010_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on December _9_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

UNITED STATES OF AMERICA
COMMONWEALTH OF PUERTO RICO
PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY

$140,000,000.00                                                      June 30, 2009

PUERTO RICO   HIGHWAY   AND   TRANSPORTATION   AUTHORITY
(hereinafter called the "Authority"), a public corporation and autonomous government
instrumentality of the Commonwealth of Puerto Rico, for value received hereby
promises to pay, solely from the sources described in the Loan Agreement mentioned
herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at
its principal office in San Juan, Puerto Rico, on June 30, 2009, subject to prepayment as
set forth below, the principal sum of ONE HUNDRED FORTY MILLION DOLLARS
($140,000,000.00) to the extent that such amount or any portion thereof has been
borrowed by the Authority under the Loan Agreement (hereinafter defined) and remains
unpaid.  Such payment shall be made in any coin or currency of the United States of
America which at the time of payment is legal tender for the payment of public and
private debts.  The Authority hereby agrees to repay the outstanding aggregate principal
amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from
proceeds of bonds to be issued by the Authority pursuant to the provisions of
Authority's Construction Fund, created and established under Resolution No. 68-18,
adopted by the Authority on June 13, 1968, as amended, (the "1968 Resolution"), or the
Authority's Construction Fund created and established under Resolution 98-06 adopted
by the Authority on February 26, 1998, as amended, (the "1998 Resolution") (collectively,
"the Resolutions"). Each Drawing shall bear interest daily until paid in full from the date
such Loan is made until its repayment at a variable rate of interest, which rate may be
revised monthly, per annum equal to the Lender's cost of funding for taxable variable
rate loan transactions or the cost of any other obligations or source of funds used to fund
the Loan.  For purposes of the preceding sentence, the cost of funding shall mean the
applicable cost of any source of funds used to fund the Loan, plus in either case, a
required margin cost.  Initially, this required margin cost will be equal to 150 basis points.
The required margin cost may be revised from time to time by the Lender to such an
extent that when added to the applicable cost of funds, the interest rate so determined
and applicable to the Loan will provide for a total coverage of what the Lender
determines to be its "all-inclusive" funding costs. Interest shall be payable monthly in
arrears not later than the tenth Banking Day following receipt from the Lender of the
statement referred below, from any available moneys of the Authority. Not later than the
fifth (5th) Banking Day of each month the Bank shall furnish to the Authority a written
statement showing the amount of interest due and payable by the Authority on the Loan
for the preceding month.  The Loan may be prepaid at any time by the Authority
without penalty or premium. This Note is issued pursuant to a Loan Agreement between
the Authority and the Lender subscribed on this same date.

The Authority waives the requirement of demand, presentment, protest, notice of
dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the
Lender may declare this Note to be immediately due and payable.

In case of recourse to the courts by the Lender in order to collect the whole or any
portion of the principal or interest due under this Note, the Administration agrees to pay
a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such
proceedings, court costs, disbursements and attorney's fees, which amount will become
immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rican Federal Relations Act
and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist,
and be performed precedent to and in the issuance of this Note have happened, exist and

have been performed as so required.  This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

IN   WITNESS   WHEREOF,   PUERTO   RICO   HIGHWAY   AND TRANSPORTATION AUTHORITY has caused this note to be signed by its executive director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 19th day of March, 2008.

PUERTO RICO HIGHWAY AND<br>
TRANSPORTATION AUTHORITY

By: _____
                        Luis M. Trinidad Garay
                        Executive Director

Affidavit No. _711_

Recognized and subscribed before me by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and resident of San Juan, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on March 19, 2008.

_____
                        Notary Public

Document 23544

## FIRST ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay on March 19, 2008, for the amount of $140,000,000, before notary public Zoraya Betancourt Calzada, is hereby amended to extend the term for payment to September 30, 2010, and to provide that the President of the Government Development Bank for Puerto Rico or his designee, may amend the interest rate at any time, discretionarily, depending on the interest rate market.

This First Allonge to Promissory Note is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this First Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 30th day of October, 2009.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Rubén A. Hernández Gregorat
Executive Director

Testimony No. 334

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on October 30, 2009.

_____
Notary Public

25460

### SECOND ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay on March 19, 2008, for the amount of $140,000,000, before notary public Zoraya Betancourt Calzada, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009 before notary public Meraris Ambert Cabrera is hereby amended to extend the term for payment to June 30, 2011, and to modify the terms and conditions of the Loan Agreement.

This Second Allonge to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this Second Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this $\underline{8^{th}}$ day of October, 2010.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat
Secretary of Transportation and
Public Works and Executive Director

Affidavit No. $\underline{276}$

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on October $\underline{8^{th}}$, 2010.

_____
Notary Public

26576

## THIRD ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay on March 19, 2008, for the amount of $140,000,000, before notary public Zoraya Betancourt Calzada, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009 before notary public Meraris Ambert Cabrera, and as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010 before notary public Zoraya Betancourt Calzada, is hereby further amended to: extend the maturity date of the Loan to August 31, 2012; provide that if Borrower does not pay the principal amount of the Loan when it becomes due and payable, Borrower shall pay the Bank a default interest rate on the outstanding principal amount equivalent to 200 basis points over the otherwise applicable interest rate; and provide that if Borrower does not pay the principal amount of the Loan when it becomes due and payable, or does not pay interest when due, Lender may, at its sole option, without notice to Borrower and to the fullest extent allowed by law, set off and apply any other available moneys (including deposits of any kind) of the Borrower against any such unpaid principal amount or unpaid accrued interest.

This Third Allonge to Promissory Note is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 19 day of May , 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Rubén A. Hernández Gregorat,
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 584

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May 19, 2011.

_____
Notary Public

27051

## FOURTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay on March 19, 2008, for the amount of $140,000,000, before notary public Zoraya Betancourt Calzada, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009 before notary public Meraris Ambert Cabrera, and as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010 before notary public Zoraya Betancourt Calzada, as amended by Third Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on May 19, 2011 before notary public María de Lourdes Rodríguez, is hereby further amended to: (i) increase the aggregate principal amount to ONE HUNDRED FIFTY ONE MILLION TWO HUNDRED THIRTY ONE THOUSAND SEVEN HUNDRED FIFTY SIX DOLLARS WITH EIGHTY THREE CENTS ($151,231,756.83), (ii) extend the maturity date to January 31, 2013, and (iii) provide that interest shall be payable at maturity.

This Fourth Allonge to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Allonge to Promissory Note, shall remain in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority has caused this Fourth Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 6th day of July, 2012.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By:_____
Rubén A. Hernández Gregorat,
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 384

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on July 6, 2012.

_____
Notary Public

28568

## FIFTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay on March 19, 2008, for the amount of $140,000,000, before notary public Zoraya Betancourt Calzada, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009 before notary public Meraris Ambert Cabrera, and as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010 before notary public Zoraya Betancourt Calzada, as amended by Third Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on May 19, 2011, before notary public María de Lourdes Rodríguez, as amended by Fourth Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on July 6, 2012, to among other things, increase the aggregate principal amount to $151,231,756.83, before notary public Belén Fornaris Alfaro, is hereby further amended to extend the maturity date to January 31, 2014.

This Fifth Allonge to Promissory Note is executed in connection with the Fifth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fifth Amendment to Promissory Note to be signed by the ~~Secretary~~ Executive Director of the Puerto Rico ~~Department~~ Highway and Transportation ~~and Public Works~~ Authority, in San Juan, Puerto Rico, this 14th day of February, 2013.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. ___449___

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February _14_, 2013.

_____
Notary Public

29253 v.2

## SIXTH ALLONGE TO PROMISSORY NOTE

**$151,231,756.83**                                    **Due: January 31, 2015**

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay on March 19, 2008, for the amount of $140,000,000, before notary public Zoraya Betancourt Calzada, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009 before notary public Meraris Ambert Cabrera, and as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010 before notary public Zoraya Betancourt Calzada, as amended by Third Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on May 19, 2011, before notary public María de Lourdes Rodríguez, as amended by Fourth Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on July 6, 2012, before notary public Belén Fornaris Alfaro, as amended by Fifth Allonge to Promissory Note executed by Javier E. Ramos Hernández on February 14, 2013, before notary public Belén Fornaris Alfaro, is hereby further amended to extend the maturity date to January 31, 2015.

This Sixth Allonge to Promissory Note is executed in connection with the Sixth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Sixth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Sixth Amendment to Promissory Note to be signed by the Executive Director or the Puerto Rico Highway and Transportation Authority, in San Juan, Puerto Rico, on February _4_, 2014.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. _783_

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February _4_, 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

UNITED STATES OF AMERICA
COMMONWEALTH OF PUERTO RICO
PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY

$147,113,000.00                                                         June 30, 2009

PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender") at its principal office in San Juan, Puerto Rico, on June 30, 2009, subject to prepayment as set forth below, the principal sum of ONE HUNDRED FORTY SEVEN MILLION ONE HUNDRED THIRTEEN THOUSAND DOLLARS ($147,113,000.00) to the extent that such amount or any portion thereof has been borrowed by the Authority under the Loan Agreement (hereinafter defined) and remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts. The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from proceeds of bonds to be issued by the Authority pursuant to the provisions of Authority's Construction Fund, created and established under Resolution No. 68-18, adopted by the Authority on June 13, 1968, as amended, (the "1968 Resolution"), or the Authority's Construction Fund created and established under Resolution 98-06 adopted by the Authority on February 26, 1998, as amended, (the "1998 Resolution) (collectively, "the Resolutions"), or with the proceeds of the Operational Management Agreement for the Private/Public Partnership on Highway PR-22 to be entered by the Authority with a third party yet to be determined. If these measures are not implemented successfully, or do not produce the projected benefits, the Authority will implement the necessary increases in tolls for the repayment of the Line of Credit.

Each Drawing shall bear interest daily until paid in full from the date such Loan is made until its repayment at a variable rate of interest, which rate may be revised monthly, per annum equal to the Lender's cost of funding for taxable variable rate loan transactions or the cost of any other obligations or source of funds used to fund the Loan. For purposes of the preceding sentence, the cost of funding shall mean the applicable cost of any source of funds used to fund the Loan, plus in either case, a required margin cost. Initially, this required margin cost will be equal to 150 basis points. The required margin cost may be revised from time to time by the Lender to such an extent that when added to the applicable cost of funds, the interest rate so determined and applicable to the Loan will provide for a total coverage of what the Lender determines to be its "all-inclusive" funding costs. Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred below, from any available moneys of the Authority. Not later than the fifth (5th) Banking Day of each month the Bank shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on the Loan for the preceding month. The Authority may prepay the Line of Credit at any time without penalty or premium. This Note is issued pursuant to a Loan Agreement between the Authority and the Lender subscribed on this same date.

The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

All acts, conditions and things required by the Puerto Rican Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened, exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

IN WITNESS WHEREOF, PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY has caused this note to be signed by its executive director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 6th day of August, 2008.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Luis M. Trinidad Garay
Executive Director

Affidavit No. 508

Recognized and subscribed before me by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of San Juan, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on August 6th, 2008.

_____
Notary Public

# FIRST ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, on August 6, 2008, for the amount of $147,113,000, is hereby amended to extend the term for payment to September 30, 2010, and to provide that the President of the Government Development Bank for Puerto Rico or his designee, may amend the interest rate at any time, discretionarily, depending on the interest rate market.

This First Allonge to Promissory Note is executed in connection with the Amended and Restated Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the foregoing parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this First Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note to be signed by its Executive Director, in Guaynabo, Puerto Rico, this _30_ day of October, 2009.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____
Rubén A. Hernández Gregorat
Executive Director

Affidavit No. _340_

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on October _30_ , 2009.

_____
Notary Public

25462

# SECOND ALLONGE TO PROMISSORY NOTE

The Promissory Note titled "United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority", executed by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, on August 6, 2008, for the amount of $147,113,000, as amended on October 30, 2009, is hereby amended to extend the maturity date to June 30, 2011, and to provide that the Loan will accumulate interest daily until its repayment at the rate of PRIME plus 150 basis points, or the interest determined by the President of Bank or his designee, discretionarily, depending on the interest rate market which rate shall never be less than 6%.

This Second Allonge to Promissory Note is executed in connection with the First Amendment to Amended and Restated Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the foregoing parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority has caused this Second Allonge to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 8th day of October, 2010.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____

Rubén A. Hernández Gregorat
Executive Director

Testimony No. 280

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on October 8th, 2010.



_____
Notary Public

26571

## THIRD ALLONGE TO PROMISSORY NOTE

The Promissory Note titled "United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority", executed by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, on August 6, 2008, for the amount of $147,113,000, as amended on October 30, 2009, and October 8, 2010 is hereby amended to extend the maturity date to August 31, 2012, and to provide that the if on the date the principal amount becomes due Borrower does not make the required payment, the balance of the Line of Credit will accumulate interest at a default rate of 200 basis points over the otherwise applicable interest rate. In addition, to provide that if Borrower fails to pay the principal amount of the Line of Credit by the date of maturity, or to pay any interest on a timely fashion, the Lender may, at its sole option, without notice to Borrower and to the fullest extent allowed by law, set off and apply against the Line of Credit any other available moneys (including deposits of any kind) of the Borrower held by the Lender.

This Third Allonge to Promissory Note is executed in connection with the Second Amendment to Amended and Restated Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the foregoing parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Allonge to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, on May 19 , 2011.

**PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY**

By: _____
Rubén A. Hernández Gregorat,
Secretary of Transportation and Public Works
and Executive Director of the Puerto Rico
Highway and Transportation Authority

Testimony No. 580

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May 19 , 2011.

_____
Notary Public

27052

## FOURTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled "United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority", executed by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, on August 6, 2008, for the amount of $147,113,000, as amended on October 30, 2009, October 8, 2010, and May 19, 2011, is hereby furhter amended to: (i) increase the aggregate principal amount to **ONE HUNDRED FIFTY SIX MILLION NINE HUNDRED SEVEN THOUSAND NINE HUNDRED TWENTY THREE DOLLARS AND SEVENTY ONE CENTS ($156,907,923.71)**, (ii) extend the maturity date to January 31, 2013, and (iii) provide for the payment of interest at maturity.

This Fourth Allonge to Promissory Note is executed in connection with the Third Amendment to Amended and Retated Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the foregoing parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Third Allonge to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, on July 6, 2012.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and   Public Works
Executive Director PRHTA

Affidavit No. 705

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on July _6_, 2012.

_____
Notary Public

28651

## FIFTH ALLONGE TO PROMISSORY NOTE

The Promissory Note titled "United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority", executed by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority, on August 6, 2008, as amended on October 30, 2009, October 8, 2010, May 19, 2011 and July 6, 2012, for the amount of $156,907,923.71, is hereby further amended to extend the maturity date to January 31, 2014.

This Fifth Allonge to Promissory Note is executed in connection with the Fourth Amendment to Amended and Restated Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the foregoing parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this Fifth Allonge to Promissory Note to be signed by the ~~Secretary~~ *Executive Director* of the Puerto Rico ~~Department of~~ Transportation *Highway and* ~~and Public Works~~ *Authority*, in San Juan, Puerto Rico, on February 14, 2013.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. 452

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February _14_, 2013.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29254 v.2

## SIXTH ALLONGE TO PROMISSORY NOTE

**$156,907,923.71**                                      **Due: January 31, 2015**

The Promissory Note titled "United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority", executed by Luis M. Trinidad Garay, as Executive Director of the Puerto Rico Highway and Transportation Authority on August 6, 2008, as amended on October 30, 2009, October 8, 2010, May 19, 2011, July 6, 2012, and February 14, 2013, is hereby further amended to extend the maturity date of the Loan to January 31, 2015.

This Sixth Allonge to Promissory Note is executed in connection with the Fifth Amendment to Amended and Restated Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by the foregoing parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Sixth Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF**, the Puerto Rico Highway and Transportation Authority has caused this Sixth Allonge to Promissory Note to be signed by its Executive Director in San Juan, Puerto Rico, on February, 4 , 2014.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

By: _____
Javier E. Ramos Hernández
Executive Director

Testimony No. 779-

Recognized and subscribed before me by Javier E. Ramos Hernández, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, executive and resident of Bayamón, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on February, 4 , 2014.

_____
Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

# PROMISSORY NOTE

**$20,000,000**                                                          **August 31, 2010**

       **PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY** (hereinafter called the "Authority"), a public corporation and autonomous instrumentality of the Commonwealth of Puerto Rico, for value received hereby promises to pay, solely from the sources described in the Loan Agreement mentioned herein, to the order of Government Development Bank for Puerto Rico (the "Lender"), at its principal office in San Juan, Puerto Rico, on August 31, 2010, subject to prepayment as set forth below, the principal sum of **TWENTY MILLION DOLLARS** ($20,000,000), (the "Loan"), to the extent that such amount or any portion thereof has been borrowed by the Authority under the Loan Agreement, dated October \_\_\_\_, 2009, between the Authority and the Lender and remains unpaid. Such payment shall be made in any coin or currency of the United States of America which at the time of payment is legal tender for the payment of public and private debts.  The Authority hereby agrees to repay the outstanding aggregate principal amount of the Loan at the principal office of the Lender in San Juan, Puerto Rico, from the proceeds of federal reimbursements on payments done or to be done by the Authority for the Projects, from amounts available from the Authority's Construction Funds established under the Resolutions, as defined in the Loan Agreement, or from any other available resources of the Authority.  Capitalized terms used in this Note and not otherwise defined shall have the meaning ascribed to them in the Loan Agreement.



Each Drawing shall bear interest daily from the date such Drawing is made until its repayment at a variable rate of interest, which may be revised quarterly, equal to Prime plus 150 basis points. The President of the Bank or the duly authorized Executive Vice President of the Bank may modify the interest rate at anytime at their full discretion, depending on the interest rate market.

Interest shall be payable monthly in arrears not later than the tenth Banking Day following receipt from the Lender of the statement referred to in the next sentence of this paragraph, from amounts available from the respective Construction Funds established under the Resolutions or from any available moneys of the Authority. Each month the Bank shall furnish to the Authority a written statement showing the amount of interest due and payable by the Authority on the Loan for the preceding month. The Authority may prepay the Line of Credit at any time without penalty or premium. This Note is issued pursuant to a Loan Agreement between the Authority and the Lender subscribed on this same date.

       The Authority waives the requirement of demand, presentment, protest, notice of dishonor, and, in general, any other legal formality.

       If the Authority defaults in making any payment when due under this Note, the Lender may declare this Note to be immediately due and payable.

       In case of recourse to the courts by the Lender in order to collect the whole or any portion of the principal or interest due under this Note, the Administration agrees to pay a liquidated sum equal to 10% of the principal sum of this Note to cover expenses of such proceedings, court costs, disbursements and attorney's fees, which amount will become immediately due and payable upon the filing of such judicial proceedings.

       All acts, conditions and things required by the Puerto Rican Federal Relations Act and the Constitution and Laws of the Commonwealth of Puerto Rico to happen, exist, and be performed precedent to and in the issuance of this Note have happened,

-2-

exist and have been performed as so required. This Note shall be construed in accordance with the laws of the Commonwealth of Puerto Rico.

**IN WITNESS WHEREOF,** PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY has caused this note to be signed by its executive director and its corporate seal to be affixed hereto, in San Juan, Puerto Rico, this 30th day of October, 2009.

**PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY**

By: _____

Rubén A. Hernández Gregorat
Executive Director

Affidavit No. 342

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on October 30th, 2009.

_____
Notary Public

# FIRST ALLONGE TO PROMISSORY NOTE

The Promissory Note titled United States of America, Commonwealth of Puerto Rico, Puerto Rico Highway and Transportation Authority, executed by Rubén A. Hernández Gregorat on October 30, 2009, for the amount of $20,000,000, before notary public Meraris Ambert Cabrera, is hereby amended to extend the term for payment to June 30, 2011, and to modify the terms and conditions of the Loan Agreement.

This First Allonge to Promissory Note is executed in connection with the First Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note not inconsistent with this First Allonge to Promissory Note, shall remain in full force and effect.

**IN WITNESS WHEREOF,** the Puerto Rico Highway and Transportation Authority has caused this First Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, this 8th day of October, 2010.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____

Rubén A. Hernández Gregorat
Secretary of Transportation and
Public Works and Executive Director

Affidavit No. 274

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married and a resident of Guaynabo, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on October 8th, 2010.

_____
Notary Public

26564

## SECOND ALLONGE TO PROMISSORY NOTE

The Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009, for the amount of $20,000,000, before notary public Meraris Ambert Cabrera, as amended by First Allonge to Promissory Note executed by Ruben A. Hernandez Gregorat on October 8, 2010, before notary public Zoraya Betancourt Calzada, is hereby amended to extend the term for payment to August 31, 2012, to provide that if Borrower does not  pay the principal amount of the Loan when it becomes due and payable  Borrower will pay Lender a default interest rate on any such principal amount equal to 200 basis points over the otherwise applicable interest rate, and to provide that if Borrower does not pay the principal amount of the Loan by the date of maturity or does  not pay interest due on a timely fashion, Lender may at its sole option  and to the fullest extent allowed by law, set off and apply any other available moneys (including deposits of any kind) of the Borrower to the Loan.

This Second Allonge to Promissory Note is executed in connection with the Second Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Second Allonge to Promissory Note, shall remain in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority has caused this Second Amendment to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, on May _19_, 2011.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
    Rubén A. Hernández Gregorat,
    Secretary of Transportation and Public Works
    and Executive Director of the Puerto Rico
    Highway and Transportation Authority

Testimony No. _586_—

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on May _19_, 2011.

_____
                Notary Public

27047

## THIRD ALLONGE TO PROMISSORY NOTE

**Amount: $21,505,982.71**                **Maturity date: January 31, 2013**

The Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009, for the amount of $20,000,000, before notary public Meraris Ambert Cabrera, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010, before notary public Zoraya Betancourt Calzada, as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on May 19, 2011, before notary public María de Lourdes Rodríguez, is hereby further amended to extend the maturity date to January 31, 2013 and increase the amount of the note to $21,505,982.71.

This Third Allonge to Promissory Note is executed in connection with the Third Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed by these parties on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Third Allonge to Promissory Note, shall remain in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority has caused this Third Allonge to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, on *August, 20,* 2012.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

By: _____
        Rubén A. Hernández Gregorat,
        Secretary of Transportation and Public Works
        and Executive Director of the Puerto Rico
        Highway and Transportation Authority

Testimony No. _6 95_ —

Recognized and subscribed before me by Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works and Executive Director of the Puerto Rico Highway and Transportation Authority, of legal age, married, and resident of Guaynabo, Puerto Rico, personally known to me.

In San Juan, Puerto Rico, on ~~June~~ *August* _20_, 2012.

_____
            Notary Public

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## FOURTH ALLONGE TO PROMISSORY NOTE

**Amount: $21,505,982.71**                                    **Maturity date: January 31, 2014**

The Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009, for the amount of Twenty Million Dollars ($20,000,000), before notary public Meraris Ambert Cabrera, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010, before notary public Zoraya Betancourt Calzada, as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on May 19, 2011, before notary public María de Lourdes Rodríguez, as amended by Third Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on August 20, 2012 before notary public María de Lourdes Rodríguez, is hereby further amended to extend the maturity date to January 31, 2014.

This Fourth Allonge to Promissory Note is executed in connection with the Fourth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fourth Allonge to Promissory Note, shall remain in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority has caused this Fourth Allonge to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, on May, _6_, 2013.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY

_____
Javier E. Ramos Hernández
Executive Director

Affidavit No. _501_

Recognized and subscribed before me by Javier E. Ramos Hernández as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on May _6_, 2013.

_____
Notary Public

## FIFTH ALLONGE TO PROMISSORY NOTE

**Amount: $21,505,982.71**                     **Maturity date: January 31, 2015**

The Promissory Note executed by Rubén A. Hernández Gregorat on October 30, 2009, for the amount of Twenty Million Dollars ($20,000,000), before notary public Meraris Ambert Cabrera, as amended by First Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on October 8, 2010, before notary public Zoraya Betancourt Calzada, as amended by Second Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on May 19, 2011, before notary public María de Lourdes Rodríguez, as amended by Third Allonge to Promissory Note executed by Rubén A. Hernández Gregorat on August 20, 2012 before notary public María de Lourdes Rodríguez, as amended by Fourth Allonge to Promissory Note executed by Javier E. Ramos Hernández on May 6, 2013 before notary public Belén Fornaris, is hereby further amended to extend the maturity date to January 31, 2015.

This Fifth Allonge to Promissory Note is executed in connection with the Fifth Amendment to Loan Agreement between the Puerto Rico Highway and Transportation Authority and the Government Development Bank for Puerto Rico, executed on this same date. All other provisions of the referenced Promissory Note, as amended, not inconsistent with this Fifth Allonge to Promissory Note, shall remain in full force and effect.

IN WITNESS WHEREOF, the Puerto Rico Highway and Transportation Authority has caused this Fifth Allonge to Promissory Note to be signed by its Executive Director, in San Juan, Puerto Rico, on February, _4_ , 2014.

**PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY**

Javier E. Ramos Hernández
Executive Director

Testimony No. _773_

Recognized and subscribed before me by Javier E. Ramos Hernández as Executive Director of Puerto Rico Highway and Transportation Authority, of legal age, married, engineer and resident of Bayamón, Puerto Rico, who is personally known to me.

In San Juan, Puerto Rico, on February, _4_ , 2014.

_María de Lourdes Rodríguez_
Notary Public

LENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982