EXECUTION VERSION

# MASTER TRANSFER AGREEMENT

**This MASTER TRANSFER AGREEMENT** (this "**Agreement**") is made and entered into as of the 29th day of November, 2018, by and between the Government Development Bank for Puerto Rico, a public corporation and governmental instrumentality of the Commonwealth of Puerto Rico ("**GDB**"), and the GDB Debt Recovery Authority, a statutory public trust and governmental instrumentality of the Commonwealth of Puerto Rico (the "**Issuer**").  GDB and the Issuer are referred to herein collectively as the "**Parties**" and each individually as a "**Party**".[1]

## W I T N E S S E T H :

WHEREAS, on August 24, 2017, the Governor of the Commonwealth signed into law the GDB Restructuring Act, which created the Issuer and established the legislative framework for the Restructuring of GDB;

WHEREAS, the Restructuring is being effectuated through the Qualifying Modification under Title VI of PROMESA and the GDB Restructuring Act;

WHEREAS, GDB received approval of the Qualifying Modification from the United States District Court for the District of Puerto Rico on November 6, 2018, and is authorized to carry out the terms of the Qualifying Modification;

WHEREAS, the GDB Restructuring Act authorizes, and the Qualifying Modification requires, GDB, among other things, to transfer the Transferred Property to the Issuer in connection with the Restructuring and to execute, deliver and perform this Agreement;

WHEREAS, GDB is the record and beneficial owner of (i) the Municipal Loan Assets, (ii) the Commonwealth Loan Assets, (iii) the Commonwealth Guaranteed Loan Asset, (iv) the Public Corporation Loan Assets, (iv) the Real Property Assets, (v) the Other Loan Assets and (vi) the Closing Cash Assets;

WHEREAS, GDB is the record and beneficial owner of the GDB Retained Loans, including the Additional Recovery Authority Loans;

WHEREAS, GDB also holds title to certain other assets consisting of (i) the Cash Adjustments, (ii) the Public Entity Trust Assets, (iii) the Secured Deposit Account Collateral, (iv) the Excluded Causes of Action, (v) the Retained Causes of Action and (vi) the Excluded Personal Property Assets;

WHEREAS, the Issuer is a newly formed statutory public trust and governmental instrumentality created under the GDB Restructuring Act to receive the Transferred Property and, as consideration therefor, to issue the Bonds to the holders of certain of GDB's existing bond obligations and other financial indebtedness in exchange for the cancellation of all claims relating to such obligations and indebtedness, except in limited circumstances pursuant to the Keepwell Agreement;

WHEREAS, in accordance with the terms of the Qualifying Modification and pursuant to the GDB Restructuring Act, upon their issuance, the Bonds are secured by the Statutory Lien;

---

[1] Capitalized terms used in this Agreement but not otherwise defined herein shall have the meanings ascribed to them in Schedule 1.  The use of any term defined in Schedule 1 in its non-capitalized form indicates that such term has its normal and general meaning.  Capitalized terms used herein but not otherwise defined herein or in Schedule 1 have the shall have the meanings ascribed to them in that certain bond indenture, dated as of the date hereof (as amended and supplemented, the "**Bond Indenture**"), by and between the Issuer and Wilmington Trust, N.A., as trustee (the "**Indenture Trustee**").

WHEREAS, the Issuer has limited internal administrative support and is not expected to have any employees other than its Executive Director, who is a member of the Board of Trustees of the Issuer, and is required, pursuant to the Bond Indenture, to delegate management of the Restructuring Property (including all day-to-day operations thereof) to a servicer, and the Servicer has been appointed to manage the Restructuring Property (including all day-to-day operations in respect thereof) pursuant to the Servicing Agreement;

WHEREAS, in accordance with the terms of the Qualifying Modification, in connection with the issuance of the Bonds and in consideration for the cancellation of the Participating Bond Claims and the release of certain claims against GDB, the Indenture Trustee and the Collateral Monitor have entered into the Collateral Monitor Agreement (including the Collateral Monitor Fee Letter executed by the Issuer attached thereto);

WHEREAS, pursuant to the Qualifying Modification and the GDB Restructuring Act, this Agreement contemplates, *inter alia*, that:

(a) on the Closing Date, GDB will transfer to the Issuer all of the Closing Transferred Property; and

(b) from time to time after the Closing Date, in each case as and to the extent set forth herein, GDB will transfer to the Issuer all other Transferred Property; and

WHEREAS, on the Closing Date, GDB and the Issuer will enter into the Keepwell Agreement for the benefit of the Bondholders, which will provide, among other things, that if any Transferred Property previously transferred to the Issuer or Collections in respect thereof are returned to or conveyed to GDB for any reason, or if the transfer thereof to the Issuer is deemed invalid or void for any reason, GDB will take such steps as may be necessary to irrevocably retransfer or convey such Transferred Property or Collections, as applicable, to the Indenture Trustee or its designee to be applied to payments in respect of the Bonds in accordance with the terms of the Keepwell Agreement (or if such retransfer or conveyance violates any law or court order, to take such other actions as may be necessary such that the Bondholders receive the economic equivalent thereof).

NOW, THEREFORE, in consideration of the premises and the mutual agreements, representations, covenants and understandings hereinafter set forth, the Parties hereby agree as follows:

**A G R E E M E N T :**

1.   *Transferred Property; Management of the Transferred Property.*

(a)   The Transferred Property includes all of GDB's legal and equitable right, title and interest in and to, and claims and causes of action to enforce, the following (collectively, the "**Transferred Property**"):

(i)   the Municipal Loan Assets;

(ii)   the Commonwealth Loan Assets;

(iii)   the Commonwealth Guaranteed Loan Asset;

(iv)   the Public Corporation Loan Assets;

(v)   the Other Loan Assets;

2

(vi) the GDB Retained Loan Rights;

(vii) the Beneficial Interests in the Retained Causes of Action;

(viii) the Litigation Proceeds (subject to the limitations set forth herein);

(ix) upon the date on which GDB is required pursuant to this Agreement, or chooses at its option, to transfer any GDB Retained Loan, such GDB Retained Loan transferred or to be transferred;

(x) the Real Property Assets;

(xi) the Cash Assets (including the Residual GDB Cash Assets);

(xii) the Unknown Assets; and

(xiii) all Collections in respect of the foregoing, from and after the Cutoff Date.

(b) Notwithstanding anything to the contrary in this Agreement, the Issuer shall comply, and shall direct the Servicer to comply, with the Asset Restrictions with respect to the Transferred Property and, in the event of any transfer, assignment, sale or disposition of a Municipal Loan or a Non-Municipal Loan, (i) the Issuer shall clearly indicate, or shall cause the Servicer to clearly indicate, in the terms of such transfer, assignment, sale or disposition that such Municipal Loan or Non-Municipal Loan is and will remain subject to the Asset Restrictions applicable to Municipal Loans or Non-Municipal Loans, respectively and (ii) the Issuer shall condition, or shall cause the Servicer to condition, such transfer, assignment, sale or disposition upon the acquirer of such Municipal Loan or Non-Municipal Loan delivering to GDB and AAFAF a written agreement acknowledging the applicability of such Asset Restrictions to such Municipal Loan or Non-Municipal Loan and agreeing to comply with such Asset Restrictions in all respects.

2. *Transfer of Closing Transferred Property; Bonds and Additional Bonds*.

(a) Effective as of the Closing Date, (i) pursuant to the GDB Restructuring Act and the Qualifying Modification, GDB hereby irrevocably assigns and transfers, without recourse to GDB or its assets (except as provided in the Keepwell Agreement), to the Issuer in consideration for the cancellation of certain of GDB's existing bond obligations and other financial indebtedness and the granting of releases pursuant to the Qualifying Modification, all of GDB's legal and equitable right, title and interest in, to and under, and claims and causes of action to enforce, all of the Closing Transferred Property and any security interests and liens related to the Closing Transferred Property and (ii) the Issuer hereby accepts all the legal and equitable right, title and interest of GDB in, to and under, and claims and causes of action to enforce, all such Closing Transferred Property, without recourse to GDB or its assets (except as provided in the Keepwell Agreement).

(b) The Parties acknowledge and agree that the transfer of the Transferred Property by GDB to the Issuer is in consideration for the Issuer's issuance of the Bonds and the resulting cancellation of the Participating Bond Claims and the granting of releases. In addition, after the Closing Date, upon the Issuer's receipt of written instructions from GDB or AAFAF, the Issuer shall, pursuant to the terms of the Qualifying Modification and in accordance with the Bond Indenture, authorize from time to time the issuance of Additional Bonds under the Bond Indenture in respect of certain contingent claims against GDB set forth in Exhibit C to the Bond Indenture. The Issuer shall issue such Additional Bonds in the principal amount(s) specified by GDB or

AAFAF, as applicable, and in accordance with the instructions from GDB or AAFAF, as applicable; provided that the Additional Bonds (whether issued together or in multiple instances) shall in no event exceed $61,990,562 in aggregate original principal amount.

(c)     GDB and the Issuer acknowledge and agree that, pursuant to the Qualifying Modification, the aggregate consideration to be distributed to holders of Participating Bond Claims, as determined in accordance with the "Exchange Ratio" described in the Solicitation Statement, will be allocated first to the payment of the principal amount of such Participating Bond Claims (as determined for federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of such Participating Bond Claims, to the payment of any portion of such Participating Bond Claims for accrued but unpaid interest.

3.    *Transferred Property Conveyed Post-Closing Date.*

(a)     No later than 15 days following (i) the discovery of any Unknown Assets, (ii) the receipt of any GDB Retained Loan Proceeds, Litigation Proceeds (subject to Section 3(e)) or Collections (other than Collections subject to the Keepwell Agreement) or (iii) the identification of any Cash Assets (including the Residual GDB Cash Assets), GDB shall transfer to the Issuer, or take all necessary steps to complete the transfer thereto of, such Transferred Property (in each case, net of any reasonable, documented expenses in excess of GDB's ordinary operating expenses incurred in connection with obtaining such Unknown Assets, GDB Retained Loan Proceeds, Litigation Proceeds or Cash Assets, as applicable), whether held by GDB or a third party, pending which such assets shall be held in trust for the Issuer.  The Issuer shall have no obligation or responsibility to investigate or otherwise verify that the assets transferred pursuant to this Section 3(a) constitute all of the assets which should be transferred to the Issuer or that any expenses paid or incurred by GDB in connection with obtaining or transferring such assets to the Issuer are expenses which may be properly netted against the amount of assets to be transferred to the Issuer hereunder.

(b)     No later than five Business Days following the receipt, identification or discovery, as applicable, of any Transferred Property or Collections, to the extent not already transferred to the Issuer, GDB shall notify the Issuer, the Servicer and the Collateral Monitor of such receipt, identification or discovery, as applicable, which notification shall reasonably identify the relevant Transferred Property or Collections.

(c)     GDB shall transfer to the Issuer all retained rights, title and interests in, to and under, and claims and causes of action to enforce, the Additional Recovery Authority Loans (*i.e.*, other than the Beneficial Interests in such Additional Recovery Authority Loans transferred on the Closing Date), and each such Loan shall constitute Transferred Property, no later than the date that is the earlier of (i) the effective date of a modification, restructuring or similar transaction in respect of such Additional Recovery Authority Loan and (ii) 18 months after the Closing Date.

(d)     GDB may, at its option (except as otherwise required pursuant to Section 3(c) above), transfer all rights, title and interests in, to and under, and claims and causes of action to enforce, any GDB Retained Loan at any time, at which time, such GDB Retained Loan shall constitute Transferred Property.  GDB shall provide the Issuer, the Servicer and the Collateral Monitor notice of the transfer of any such GDB Retained Loan not less than five Business Days prior to the date of such transfer.

(e)     Notwithstanding anything to the contrary herein, GDB may retain all Litigation Proceeds solely for the purposes of (i) satisfying or resolving any contingent and unliquidated claims against GDB arising on or before the Closing Date (other than the claims resolved pursuant

to the Qualifying Modification or the GDB Restructuring Act) and (ii) complying with its obligations under Paragraph 14 of the UCC Stipulation. Upon its sole determination that all such contingent and unliquidated claims and all such obligations under the UCC Stipulation have been satisfied or resolved, GDB shall transfer to the Issuer the remaining Litigation Proceeds in GDB's possession or control at such time and all Litigation Proceeds received by GDB thereafter in accordance with Section 3(a) above. For the avoidance of doubt (y) the retention of the Retained Causes of Action by GDB shall not affect any rights or defenses of GDB or any third parties with respect to such Retained Causes of Actions; and (z) none of the Transferred Property (other than the Litigation Proceeds), the GDB Retained Loans, the Cash Adjustments or the proceeds of any of the foregoing shall be used to satisfy or resolve any such contingent and unliquidated claims against GDB. For the avoidance of doubt, nothing in this subsection (e) shall be deemed to limit GDB's ability to use the Cash Adjustments for the applicable Permitted Uses in accordance with this Agreement.

(f)     Notwithstanding anything to the contrary herein, the failure of GDB to transfer any Transferred Property as or when required under this Agreement as a result of the Indenture Trustee's (or any other authorized person's) exercise of rights under Section 4 of the Keepwell Agreement shall not constitute or result in a Transfer Default under this Agreement and shall not provide any person any basis upon which to seek to enforce under this Agreement the transfer of any Transferred Property.

4.    *Excluded GDB Assets; Cash Adjustments; GDB Budget*.

(a)     Pursuant to the GDB Restructuring Act and the Qualifying Modification, the following GDB assets shall not be transferred by GDB to the Issuer, and shall not make up any portion of the Transferred Property (the "**Excluded GDB Assets**"). The Excluded GDB Assets consist exclusively of:

(i)     the GDB Retained Loans (except the Beneficial Interests therein and any GDB Retained Loans that constitute Transferred Property pursuant to Section 3(c) or 3(d));

(ii)     cash and cash equivalents consisting of (A) Cash Adjustments required to pay the Permitted Uses for which such Cash Adjustments are reserved and (B) up to $10 million in Excess Reserved Cash, if any, to satisfy GDB's obligations under Paragraph 2 of the UCC Stipulation;

(iii)     the Retained Causes of Action (except the Beneficial Interest therein);

(iv)     the Excluded Causes of Action;

(v)     the Public Entity Trust Assets;

(vi)     the Secured Deposit Account Collateral; and

(vii)     the Excluded Personal Property Assets;

*provided*, for the avoidance of doubt, that the Residual GDB Cash Assets shall constitute Transferred Property and be transferred to the Issuer pursuant to Section 3(a).

(b)     GDB shall retain and apply the Cash Adjustments exclusively for the satisfaction of the Permitted Uses as follows:

(i)     GDB shall use the Cash Adjustments for the Permitted Uses, continue to service and manage the GDB Retained Loans and otherwise continue to operate pursuant to the GDB Budget, which shall be updated each fiscal quarter in accordance with the terms set forth below until (A) all Transferred Property (including, without limitation, the Residual GDB Cash Assets) has been transferred to the Issuer or, in the case of the Residual GDB Cash Assets, the amount thereof is determined by GDB to be zero dollars, (B) each GDB Retained Loan has either (1) been transferred to the Issuer as Transferred Property or (2) terminated according to its terms and all GDB Retained Loan Proceeds thereof have been transferred to the Issuer as Transferred Property, and (C) each Retained Cause of Action has been resolved, released or otherwise extinguished (and, in any such case, all Litigation Proceeds have been transferred to the Issuer as Transferred Property to the extent required by Section 3(e)).

(ii)     Upon GDB's determination that all obligations required to be paid with the Cash Adjustments have been provided for, GDB shall transfer (A) any Excess Reserved Cash in an aggregate amount up to $10 million to the Public Entity Trust in satisfaction of GDB's obligations under Paragraph 2 of the UCC Stipulation and (B) any Residual GDB Cash Assets to the Issuer pursuant to Section 3(a).

(iii)     On or prior to the date that is 45 days following the end of each fiscal quarter, GDB shall prepare and deliver to the Issuer, the Servicer and the Collateral Monitor a Proposed GDB Budget, along with explanations of any material variances to the previous GDB Budget, which shall be in form and substance reasonably acceptable to the Collateral Monitor.  Upon acceptance of such Proposed GDB Budget by the Collateral Monitor, the Proposed GDB Budget shall become the new GDB Budget, which GDB shall deliver to the Issuer, the Servicer and the Collateral Monitor; *provided*, *however*, that any such GDB Budget shall be superseded by the applicable PROMESA Budget for GDB to the extent GDB's compliance with such GDB Budget would cause GDB to be in violation of such PROMESA Budget.

(iv)     Each GDB Budget shall set forth, among other things, projected cash disbursements, including anticipated uses of the Cash Adjustments, and projected cash receipts of GDB on a monthly basis for the immediately following twelve months and on a quarterly basis thereafter.

5.     *Transfer Notice; Books and Records*.

(a)     Each transfer of Transferred Property, whether transferred on the Closing Date or thereafter, shall be documented as set forth in this Section 5, and each item of Transferred Property so transferred shall be reasonably identified in a written notice of transfer, delivered by GDB to the Issuer, the Servicer and the Collateral Monitor; *provided* that such identification may be made in general terms so long as it contains information as may be necessary to make such transfer valid and effective pursuant to the GDB Restructuring Act.

(b)     In connection with any transfer of Transferred Property, GDB shall, at its own expense, on or prior to the date of such transfer, deliver to the Servicer, on behalf of the Issuer, all Asset Documents relating to such Transferred Property that are in the possession or control of GDB (other than (i) any Asset Document in GDB's possession or control solely as a result of GDB's former role as fiscal agent and financial advisor to the Commonwealth and its instrumentalities and municipalities (other than GDB) and (ii) any Asset Document constituting privileged information, the transfer to the Issuer of which would result in the loss of such privilege), and the respective

accounting records and computer files of GDB and the Issuer shall reflect such transfer and assignment.

(c)     The Issuer shall direct the Servicer to promptly, but in no event later than five Business Days following any written request from GDB or AAFAF, deliver a copy of any requested Asset Document to GDB or AAFAF.

6.     *Issuer Responsibility for Transferred Property; Filing of Transfer Documents and Payment of Fees and Taxes; Notices to Obligors; Collection Account.*

(a)     The Issuer shall have no duty or obligation to investigate or otherwise verify that the assets transferred pursuant to this Agreement constitute all of the assets which should be included in the Closing Transferred Property or the Transferred Property to be transferred to the Issuer pursuant to this Agreement after the Closing Date. GDB shall be responsible for the determination of whether any document or instrument must be filed or recorded with any governmental or other entity as a condition to such transfer and for the payment of any transfer fee, transfer tax, recording fee, intangibles tax or stamp tax or other tax or fee that may be required in connection with such transfer.

(b)     GDB shall provide notice to each Obligor and relevant payment intermediary in respect of the Loans constituting Transferred Property and all other relevant Persons of such transfers notifying such Persons of the transfer of the Transferred Property and directing such Persons to send all future payments in respect of such Transferred Property as directed by the Servicer, pursuant to the Servicing Agreement. GDB shall use reasonable best efforts and cooperate with the Servicer to ensure the relevant payors make all future payments in respect of the Transferred Property directly to the Collection Account or otherwise to the Servicer. In the event that, after the Closing Date, any Collections are not remitted directly to the Servicer or the Collection Account or are received by GDB in any manner, GDB will remit or cause to be remitted such Collections to the Servicer in accordance with Section 3(a) hereof or as required pursuant to the Keepwell Agreement, as applicable.

(c)     To the extent that any such transfer requires that notice of such transfer be given to the Obligor on any Transferred Property, or that any other condition be met for such transfer to be effective, GDB shall be solely responsible for providing such notice or satisfying such condition, and Issuer shall have no duty or obligation to provide such notice or satisfy such condition or to investigate whether such notice has been given or such condition is satisfied.

7.     *True Sale.*  Each transfer of Transferred Property by GDB to the Issuer shall be an irrevocable, non-voidable and absolute transfer of all of GDB's title and interest (as a true sale) and not a pledge or other financing, in accordance with the GDB Restructuring Act.

8.     *Representations and Warranties of GDB.*  GDB hereby represents and warrants to the Issuer as follows as of the date hereof:

(a)     **Organization of GDB.**  GDB is a public corporation and government instrumentality of the Commonwealth, duly created and validly existing under Act No. 17 of the Legislative Assembly of the Commonwealth, approved September 23, 1948, as amended, and has full legal right, power and authority to execute, deliver and perform its obligations under, as the case may be, this Agreement.

(b)     **GDB Approvals.**  GDB has taken all necessary action to authorize the execution and delivery by GDB of this Agreement and the performance by GDB of its obligations hereunder.

The execution and delivery by GDB of this Agreement and the performance by GDB of its obligations hereunder have been duly authorized pursuant to a resolution of the Board of Directors of GDB, which resolution is in full force and effect and has not been amended or repealed.  The GDB Restructuring Act, as in effect on the date hereof, and the Qualifying Modification authorize GDB to execute, deliver and perform its obligations under this Agreement.

(c)     **Legal, Valid and Binding.**  GDB has duly executed and delivered this Agreement, and this Agreement will, assuming the due authorization, execution and delivery of this Agreement by the Issuer, constitute a legal, valid and binding obligation of GDB, enforceable in accordance with its terms, except as the enforcement hereof may be limited by bankruptcy, insolvency, reorganization, moratorium or other similar laws relating to or affecting the rights and remedies of creditors or by general equitable principles.

(d)     **No Material Breach.**  Except as disclosed in the Solicitation Documents, (i) GDB is not in breach of or default under any constitutional provision, law or administrative regulation of the Commonwealth, the United States, or any governmental agency or instrumentality, any court order or any Material Judgment or Agreement and (ii) the adoption by the board of directors of GDB of the resolution described in Section 8(b) and the execution and delivery of this Agreement and performance by GDB of its obligations hereunder do not conflict with, result in a breach of or constitute (with due notice or lapse of time or both) a default under, any such constitutional provision, law, administrative regulation or any Material Judgment or Agreement, nor will any such adoption, execution, delivery, or performance result in the creation or imposition of any lien, charge or other security interest or encumbrance of any nature whatsoever upon any of the property or assets of GDB or under the terms of any such constitutional provision, law, administrative regulation or Material Judgment or Agreement, in the case of each of (i) and (ii), that, after the United States District Court for the District of Puerto Rico issues the order approving the Qualifying Modification, in the aggregate, reasonably would be expected to have a material adverse effect on GDB's ability to perform its obligations hereunder or on the Transferred Property.

(e)     **Governmental Approvals.**  Any registration or filing required by, and all approvals, consents and orders of, any governmental authority, board, agency, council, commission, court or other body having jurisdiction that would be required for the execution and delivery by GDB of this Agreement and performance by GDB of its obligations hereunder have been made or obtained or, in the case of any future transfer pursuant to this Agreement, will be made or obtained prior to such transfer.

(f)     **Description of the Transferred Property.**

(i)     To the best of GDB's knowledge, the description of the Transferred Property included in the Offering Memorandum (including, without limitation, the risks related to the Transferred Property and to the Obligors thereunder) does not include any untrue statement of material fact or omit to state any material fact necessary to make the statements therein regarding the Transferred Property, in light of the circumstances under which they were made, not misleading.

(ii)     To the best of GDB's knowledge, the assets described in Schedules 2 through 12 constitute all of the assets owned by GDB as of the Closing Date.  The assets listed on Schedules 2 through 7 set forth an accurate and complete list of all Closing Transferred Property other than the Beneficial Interest Assets, and the assets listed on Schedule 8 set forth an accurate and complete list of all GDB Retained Loans.  True and complete copies of all material documents relating to GDB's assets in GDB's possession have been made available to the Requisite Bondholders prior to the Closing Date.

(iii)     Except as disclosed in the Solicitation Documents with respect to certain of the Real Property Assets, GDB has good and marketable title to, and the right to sell, transfer and convey to the Issuer, the Closing Transferred Property.

(iv)     Except as set forth in the Transaction Documents, GDB has not issued, assumed or guaranteed any indebtedness, incurred any material liabilities, direct or contingent, or entered into any contract or arrangement of any kind payable from or secured by a lien on the Transferred Property that, in the aggregate, would have a material adverse effect on the Transferred Property or the performance by GDB of its obligations hereunder.

(v)     Except as disclosed in the Solicitation Documents, there are no material defaults, breaches or uncured violations by any Obligor under the Transferred Property, there are no existing disputes between any Obligor under the Transferred Property and GDB, and there are no Persons having rights under or with respect to the Transferred Property, in each case, that, in the aggregate, reasonably would be expected to have a material adverse effect on the Transferred Property, taken as a whole, or the performance by GDB of its obligations hereunder.

(vi)     Notwithstanding the foregoing, GDB makes no representations hereunder as to the quality or collectability of the Transferred Property.

(g)     **Litigation.**  Except as disclosed in the Solicitation Documents, GDB has received no notice of and has no knowledge of any pending legislation or other governmental action or pending or threatened litigation, proceeding or official investigation that, in each such case, would (i) in any way (A) materially adversely affect the Issuer, (B) materially adversely contest or affect the Issuer's receipt of current or future Collections, GDB Retained Loans or the Residual GDB Cash Assets to which the Issuer is entitled or (C) materially adversely contest or affect the validity, binding effect or enforcement, in accordance with their respective terms, of this Agreement, the GDB Restructuring Act, the Qualifying Modification, the Public Entity Trust, the Bonds, the other Transaction Documents, or the liens benefiting the Bonds or (ii) if adversely determined, materially and adversely affect the Transferred Property or the performance by GDB of its obligations hereunder.

(h)     **Compliance with the Restructuring Support Agreement, GDB Fiscal Plan and GDB Restructuring Act.**  From and after the execution of the Restructuring Support Agreement, GDB has, in all material respects, operated its business and managed the Transferred Property in a manner consistent with the GDB Fiscal Plan, the Restructuring Support Agreement and the GDB Restructuring Act.

(i)     **Compliance with Qualifying Modification.**  The execution and delivery by GDB of this Agreement and the performance by GDB of its obligations hereunder are consistent with the Qualifying Modification.

9.     *Representations and Warranties of the Issuer*.  The Issuer hereby represents and warrants to GDB as follows as of the date hereof:

(a)     **Organization of the Issuer.**  The Issuer is a statutory public trust and government instrumentality of the Commonwealth, duly created and validly existing under the GDB Restructuring Act, and has full legal right, power and authority to execute, deliver and perform its obligations under, as the case may be, this Agreement.

(b)     **Issuer Approvals.**  The Issuer has taken all necessary action to authorize the execution and delivery by the Issuer of this Agreement and the performance by the Issuer of its obligations hereunder.   The execution and delivery by the Issuer of this Agreement and the performance by the Issuer of its obligations hereunder have been duly authorized pursuant to a resolution of the Board of Trustees of the Issuer, which resolution is in full force and effect and has not been amended or repealed.

(c)     **Legal, Valid and Binding.**  The Issuer has duly executed and delivered this Agreement, and this Agreement will, assuming the due authorization, execution and delivery of this Agreement by GDB, constitute a legal, valid and binding obligation of the Issuer, enforceable in accordance with its terms, except as the enforcement hereof may be limited by bankruptcy, insolvency, reorganization, moratorium or other similar laws relating to or affecting the rights and remedies of creditors or by general equitable principles.

10.     *Covenants.*

(a)     GDB hereby acknowledges, covenants and agrees that:

(i)     GDB shall not (nor shall any entity on behalf of GDB) enter into any agreement to modify an Additional Recovery Authority Loan on or after the Closing Date that includes any provision that would result in the removal of any lien, security or other pledge rights benefiting such Loan except to the extent required for the sale of any such collateral where the proceeds of that collateral will be immediately made available to the Issuer.

(ii)     GDB shall not (nor shall any entity on behalf of GDB) enter into any agreement to modify an Additional Recovery Authority Loan on or after the Closing Date without the prior written approval by the Servicer that such modification is commercially reasonable (*provided,* for the avoidance of doubt, that the Servicer's approval of such modification may only be given after the Collateral Monitor has received 10-days' prior written notice of the Servicer's approval of the modification and has not objected in writing to such modification).

(iii)     GDB shall use commercially reasonable efforts, in cooperation with the Servicer and the Issuer, to perform the actions of GDB required to transfer the servicing of the Transferred Property and the Collections from GDB to the Servicer.

(iv)     GDB shall use commercially reasonable best efforts to maximize the return on the GDB Retained Loans, *provided* that it shall not be required to bring any action seeking to obtain a judgment against a public entity that is an obligor under any such Loan or seeking to foreclose upon any of such public entity's assets except, in each case, insofar as is necessary to preserve the payment or lien priority or rights in respect of any such Loan.

(v)     GDB shall provide the Issuer, the Servicer and the Collateral Monitor with all material communications and other materials relating to any modification, restructuring or similar transaction in respect of the GDB Retained Loans.

(vi)     GDB shall not (nor shall GDB request or prompt any other entity on behalf of GDB to) impair, limit, restrict, rescind, delay or modify the rights or powers of the Issuer, the Indenture Trustee or the Bondholders under the GDB Restructuring Act or under or in respect of the Transferred Property or the Collections or the Issuer's ability to

meet its obligations to the Bondholders until the Bonds, together with the interest thereon, and all amounts and obligations under the Bond Indenture and the other Transaction Documents, have been paid in cash in full or otherwise discharged in accordance with their terms.

(b)     Each of GDB and the Issuer acknowledge, covenant and agree that it shall not (nor shall either such Party request or prompt any other entity on behalf of such Party to) promote or support any bill or legislation or enter into any agreement, in each case, that is inconsistent with the Restructuring, this Agreement or the Qualifying Modification and that would reasonably be expected to have a material adverse effect on the Transferred Property or GDB's ability to perform its obligations hereunder or under the Qualifying Modification.

11.     *Assumed Liabilities; No GDB Repurchase Obligation; Limitation on Liabilities and Release of Individual Trustees.*

(a)     The Issuer hereby assumes as of the Closing Date, in connection with the transfer of the Transferred Property to the Issuer, the Assumed Restructuring Cost Liabilities.

(b)     Other than the Assumed Restructuring Cost Liabilities, the Issuer is not assuming any liability or obligation of GDB (or any predecessor of GDB or any prior owner of all or part of its businesses and assets) of whatever nature, whether presently in existence or arising hereafter. All such liabilities and obligations shall be retained by, and remain liabilities and obligations and liabilities of, GDB.

(c)     GDB shall have no obligation to repurchase any of the Transferred Property.  The Issuer acknowledges that the transfer of the Transferred Property by GDB to the Issuer shall be without recourse to GDB or its assets (except as provided in the Keepwell Agreement).  The Issuer further acknowledges that has received no assurances from GDB as to the quality or collectability of the Transferred Property.

(d)     Notwithstanding any other provision of this Agreement, the obligations of the Issuer to pay any obligation under this Agreement or to incur any expense with respect to any Transferred Property transferred pursuant to this Agreement is limited solely to the Transferred Property and the Collections, and is not an obligation of any individual member of the Issuer's Board of Trustees, and GDB and each other beneficiary under this Agreement hereby releases each member of the Issuer's Board of Trustees from any individual liability or obligation hereunder.

12.     *Transfer Default.*

(a)     Each of the following events shall constitute an event of default by GDB under this Agreement (each, a "**Transfer Default**"):

(i)     GDB fails to transfer to the Issuer any Transferred Property as and when required by this Agreement or, if any Transferred Property or Collections required to be transferred hereunder are held by a third party, GDB fails to make reasonable efforts to cause the transfer of such Transferred Property or Collections by such third party to the Issuer within 15 days of GDB becoming aware of the existence of such Transferred Property or Collections, in each case, which failure is continuing for a period of 10 days after GDB's discovery or receipt of written notice thereof;

(ii)     GDB fails to disclose to the Issuer the existence of any Transferred Property that is required to be transferred to the Issuer but not yet transferred within five

Business Days following the receipt, identification or discovery thereof, which failure is continuing for a period of 10 days after GDB's discovery or receipt of written notice thereof, *provided* that such failure to disclose shall not constitute a Transfer Default if such Transferred Property is timely transferred to the Issuer in accordance with this Agreement; or

(iii)     GDB fails to comply in any material respect with any other covenant contained in this Agreement; *provided* that such failure shall only be deemed a Transfer Default if GDB has not cured any such failure as promptly as possible but in any event within 60 days after notice to GDB specifying such failure, *provided further* that if the nature of such failure is such that more than 60 days are reasonably required for its cure, then it shall not be deemed to be a Transfer Default if GDB commences such cure within said 60-day period and thereafter diligently prosecutes such cure to completion.

(b)     Upon the occurrence and during the continuation of a Transfer Default, the Servicer, in its own name and on behalf of the Issuer, shall be automatically authorized and empowered to take any action reasonable and appropriate to procure such Transferred Property or Collections that GDB or any relevant third party, as applicable, has failed to transfer to the Issuer, including, without limitation, by bringing an action to compel such transfer pursuant to Section 19; *provided* that, with respect to such failure that is not able to be cured, as determined by GDB in good faith, such opportunity to cure need not be given.

13.     *Vendor Claim Reserve Account*. GDB has established a Vendor Claim Reserve Account. Amounts in the Vendor Claim Reserve Account may be used and withdrawn by GDB at any time for the settlement or resolution of Open or Disputed Vendor Claims or to comply with its obligation under Paragraph 2 of the UCC Stipulation to transfer up to $10 million in Excess Reserved Cash to the Public Entity Trust, except as hereinafter provided. Upon the occurrence of a Transfer Default that constitutes a Vendor Claim Reserve Transfer Default, the Issuer (or the Servicer, on behalf of the Issuer) shall be entitled to provide notice thereof to the Depository Bank and, upon such notice, the Vendor Claim Reserve Account shall be under the exclusive control and dominion of the Issuer, and the Depository Bank shall only comply with the instructions originated by the Issuer (or the Servicer, on behalf of the Issuer). Notwithstanding the foregoing, if so requested by GDB, the Issuer (or the Servicer, on behalf of the Issuer) shall provide instructions to the Depository Bank regarding the withdrawal of any funds from the Vendor Claim Reserve Account to pay Open or Disputed Vendor Claims or to comply with GDB's obligations under Paragraph 2 of the UCC Stipulation to transfer up to $10 million in Excess Reserved Cash to the Public Entity Trust.

14.     *Further Assurances*.  Subject to the terms and conditions of this Agreement, each Party will use its reasonable efforts to take, or cause to be taken, all actions and to do, or cause to be done, all things necessary to consummate the transactions contemplated by this Agreement, subject, in the case of the Issuer, to Sections 6 and 11(d) of this Agreement.  Each Party shall execute and deliver such other documents, certificates, agreements and other writings as may be necessary or desirable in order to consummate or implement expeditiously the transactions contemplated by this Agreement.

15.     *Effective Date and Termination*.  This Agreement shall be effective as of the date hereof and shall continue in full force and effect until the satisfaction and discharge of the Bonds and the Bond Indenture.

16.     *Amendments*.

(a)     The provisions of this Agreement may from time to time be amended, modified, supplemented or waived by the Parties, without the consent of the Bondholders or the Indenture Trustee, to cure any ambiguity, to correct or supplement any provisions in this Agreement or for

the purpose of adding any provisions to or changing in any manner or eliminating any of the provisions of this Agreement or of modifying in any manner the rights of the Bondholders; *provided* that an officer's certificate shall have been delivered by the Servicer to the Indenture Trustee certifying that such officer reasonably believes that such amendment will not adversely affect the interest of any Bondholder.

(b)     The Parties may otherwise amend, modify, supplement or waive any of the provisions of this Agreement with the written consent of the Indenture Trustee for any other purpose if (i) the Indenture Trustee concludes that such amendment will not adversely affect the interests of the Bondholders or (ii) the Indenture Trustee shall have obtained the consent of Bondholders holding not less than a majority of the Outstanding Amount.

(c)     No amendment, modification, supplement or waiver of any of the provisions of this Agreement may reduce the percentage of the Outstanding Amount required to consent to amendments, modifications, supplements and waivers pursuant to Section 16(b) without the consent of each Bondholder.

(d)     Any amendment, modification, supplement or waiver of any provision of this Agreement shall be in writing and signed by the Parties.

17.     *Third-Party Beneficiaries*.  Each of the Indenture Trustee, on behalf of the Bondholders, and the Servicer, shall be an express third-party beneficiary of this Agreement, and is hereby authorized and empowered to enforce all provisions of this Agreement, as if it were a party hereto.  No provision of this Agreement is intended to confer any rights, benefits, remedies, obligations, or liabilities hereunder upon any Person other than the Indenture Trustee, on behalf of the Bondholders, the Servicer, and the Parties and their respective permitted successors and assigns; *provided*, *however*, that any Bondholder is hereby authorized and empowered to enforce any provision of this agreement on behalf of the class of all Bondholders under the circumstances and to the extent Bondholders are permitted under the Indenture to institute proceedings with respect to the Indenture.

18.     *Governing Law; Consent to Jurisdiction; Waiver of Jury Trial*.

(a)     This Agreement shall be governed by, the laws of the Commonwealth and PROMESA, without giving effect to the conflict of laws principles thereof.  Each of the Parties irrevocably agrees that any legal action, suit or proceeding arising out of or relating to this Agreement (or the transactions contemplated hereby) brought by any Party or its successors or assigns shall be brought in any federal district court sitting in Puerto Rico and any appellate court from any thereof or, in the event such federal court does not accept jurisdiction, a Commonwealth court and any appellate court from any thereto (collectively, the "**Puerto Rico Courts**"), and each of the Parties hereby irrevocably submits to the exclusive jurisdiction of the Puerto Rico Courts for itself and with respect to its property, generally and unconditionally, with regard to any such proceeding arising out of or relating to this Agreement.  Each of the Parties agrees not to commence any proceeding relating hereto or thereto except in any federal district court sitting in Puerto Rico, other than proceedings in any court of competent jurisdiction to enforce any judgment, decree or award rendered by any Puerto Rico Court.  Each of the Parties further agrees that notice as provided in Section 20 shall constitute sufficient service of process and the Parties further waive any argument that such service is insufficient.  Each of the Parties hereby irrevocably and unconditionally waives and agrees not to assert, to the fullest extent permitted by law, any objection that it may now or hereafter have that (b) a proceeding in any federal court sitting in the Puerto Rico district is brought in an inconvenient forum, (c) the venue of such proceeding is improper, (d) such Party is immune from suit in federal court or (e) that any federal district court sitting in

Puerto Rico and any appellate court from any thereof lacks jurisdiction over such proceeding or any party thereto.

(f)     EACH PARTY HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING DIRECTLY OR INDIRECTLY ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY, WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY.

19.     *Specific Performance*.  The Parties agree that time is of the essence and that irreparable damage would occur if any of the provisions of this Agreement are not performed in accordance with the terms hereof and that the Parties shall be entitled to enforce specifically the performance of the terms and provisions hereof in the Puerto Rico Courts, in addition to any other remedy to which they are entitled at law or in equity.

20.     *Notice*.  Any notice required or contemplated by this Agreement shall be delivered by personal delivery or reputable overnight delivery services, in each case as set forth below:

If to GDB:

Government Development Bank for Puerto Rico
Roberto Sánchez Vilella (Minillas) Government Center
San Juan, PR 00940
Attention:     Christian Sobrino Vega, President
Email:         ceo@aafaf.pr.gov

With a copy, which shall not constitute notice, to:

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
Stop 22
San Juan, PR 00907
Attention:     Christian    Sobrino    Vega,    Executive Director
Email:         ceo@aafaf.pr.gov

If to the Issuer:

GDB Debt Recovery Authority
PO Box 366052
San Juan, PR 00936-6052

With dual notice to:

King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Attention:     Floyd Newton and Arthur Steinberg
Email:         fnewton@kslaw.com and
               asteinberg@kslaw.com

Cancio, Covas & Santiago, LLP
Suite A-267
255 Ponce de Leon Avenue

San Juan, PR 00917
Attention:    Juan Ramon Cancio
Email:        jrcancio@ccsllp.com

If to the Servicer:                         Clark Hill LLP
                                            1055 West Seventh Street, 24th Floor
                                            Los Angeles, CA  90017
                                            Attention:    David Brandon
                                            Email:        dbrandon@mpplaw.com

                                            With dual notice to:

                                            AmeriNat, LLC
                                            217 S. Newton Avenue
                                            Albert Lea, MN  56007
                                            Attention:    Adrienne Thorson, CEO
                                            Email:        athorson@amerinatls.com

If to the Collateral Monitor:               Dual notices sent to:

                                            Matthew Cantor
                                            Cantor-Katz Collateral Monitor LLC
                                            235 West 71st Street, Unit 3
                                            New York, NY  10023

                                            Richard Katz
                                            Cantor-Katz Collateral Monitor LLC
                                            1915 Vallejo Street
                                            San Francisco, CA 94123

                                            With copies emailed to each of:

                                            mcantor4@mac.com and
                                            rich.katz@torquepointllc.com

If to the Indenture Trustee:                Wilmington Trust, N.A.
                                            One Light Street, 14th Floor, MD2-L140
                                            Baltimore, MD 21202
                                            Attention:    Jay H. Smith IV
                                            Email:        jhsmith@wilmingtontrust.com

                                            With a copy to:

                                            Drinker Biddle & Reath LLP
                                            1177 Avenue of the Americas, 41st Floor
                                            New York, NY 10036
                                            Attention:    Kristin Going
                                            Email:        kristin.going@dbr.com

Each Person listed above may change its address for notices hereunder by giving notice of such change to the other Persons listed above.  Notice by reputable overnight delivery service shall be effective

on the date it is officially recorded as delivered to the intended recipient by such service.  All notices and other communication sent by personal delivery shall be deemed to have been delivered to and received by the addressee and shall be effective on the date of personal delivery.  Notice not given in writing shall be effective only if acknowledged in writing by a duly authorized representative of the Person to whom it was given.  For the avoidance of doubt, communications in the ordinary course of business, including communications relating to the Restructuring Property, by and among the Collateral Monitor, the Indenture Trustee, the Servicer and/or the Issuer may be provided by email.

21.     *No Waiver; Remedies*.  No failure to exercise and no delay in exercising, on the part of any Party or third-party beneficiary, any right, remedy, power or privilege hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right, remedy, power or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power or privilege.  The rights, remedies, powers and privileges herein provided are cumulative and not exhaustive of any rights, remedies, powers and privileges provided by law.

22.     *Severability*.  If one or more of the provisions of this Agreement is for any reason whatsoever held invalid or unenforceable, such provisions shall be deemed severable from the remaining covenants, agreements and provisions of this Agreement and such invalidity or unenforceability shall in no way affect the validity or enforceability of such remaining provisions, or the rights of any Party.  To the extent permitted by law, the Parties hereby waive any provision of law, whether currently in force or subsequently enacted, that renders any provision of this Agreement or any of the other Transaction Documents invalid or unenforceable in any respect.

23.     *Counterparts; Effectiveness*.  This Agreement may be signed in any number of counterparts, each of which shall be deemed to be an original, with the same effect as if the signatures thereto and hereto were upon the same instrument.  This Agreement shall become effective as of the date first written above.

24.     *Titles*.  Titles of the Sections of this Agreement are merely for convenience in reading and shall not be construed to alter, modify or interpret the meaning of the provisions under said titles.

25.     *Entire Agreement*.  This Agreement, together with all schedules and exhibits hereto and the other Transaction Documents, shall constitute the full and entire understanding and agreement of the Parties and there are no further or other agreements or undertakings, written or oral, in effect between the Parties relating to the subject matter hereof unless expressly referred to herein.  All prior negotiations, agreements, representations, warranties, statements and undertakings concerning the subject matter hereof between the Parties are superseded by the foregoing.

26.     *No Assignment; Servicer as Issuer Agent*.  The Parties may not assign or transfer this Agreement or any of their respective rights, powers, duties or obligations under this Agreement except as expressly permitted by this Agreement and the Bond Indenture or pursuant to the assignment or transfer of the rights, powers, duties and obligations of the Issuer to a receiver appointed by a court of competent jurisdiction in accordance with the Bond Indenture.  The Issuer hereby appoints the Servicer as its agent with respect to all rights and obligations under this Agreement, and all property and assets transferred to the Issuer hereunder shall be managed and controlled by the Servicer.

*[Signature Pages Follow]*

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

**GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO**

By: _____
    Name:   Christian Sobrino Vega
    Title:    President

**GDB DEBT RECOVERY AUTHORITY**

By: _____
    Name:   David Pauker
    Title:   Chairman

By: _____
    Name:   Jorge L. Padilla
    Title:   Executive Director

*[Signature Page to the Master Transfer Agreement]*

**Schedule 1**
**Certain Definitions**

"**2015-17 Excess CAE Settlement Amount**" means cash in the amount of $2,494,063 to be distributed to municipalities to settle claims for undisbursed Excess CAE in accordance with Article 502 of the GDB Restructuring Act.

"**Additional Recovery Authority Loans**" means the GDB Retained Loans designated as Additional Recovery Authority Loans in Schedule 8.

"**Approved Purchaser**" means a Person that is (a) a private or public bank operating in the Commonwealth that holds, or held at any time since the effective date of the GDB Restructuring Act, bonds, notes or loans issued by one or more Puerto Rico municipalities or (b) otherwise approved by AAFAF or another agent designated by the Commonwealth, which approval shall not be unreasonably withheld, taking into account the public policy goals of the Commonwealth.

"**Asset Documents**" means all of the books, records and other documents (whether in physical or electronic form) relating to any item of Restructuring Property, including, without limitation, (a) all promissory notes, Loan agreements, and other instruments or documents evidencing, governing, securing, guaranteeing or relating to in any way such Restructuring Property, together with all riders, addendums or amendments thereto, (b) all documents evidencing any bankruptcy, reorganization, composition, reorganization or other restructuring plan in effect with respect to such Restructuring Property or the Obligor with respect to such Restructuring Property, (c) all legal correspondence and documentation, notes to the file, memos and collection activity notes and correspondence relating to such Restructuring Property, (d) all negotiated repayment schedules, riders, addendums, amendments or other similar agreements and supporting documentation with respect to any of the foregoing and relating to such Restructuring Property and (e) a historical pay history current to the date of transfer with respect to such Transferred Property.

"**Asset Restrictions**" means the following restrictions on the Municipal Loans and Non-Municipal Loans, as applicable:

(a)     with respect to any Municipal Loan, such Municipal Loan may be sold, transferred, assigned or otherwise disposed of only to an Approved Purchaser;

(b)     with respect to any Non-Municipal Loan, rights, remedies and powers in respect of such Non-Municipal Loan may be exercised solely to the extent necessary (i) to assure that the applicable Obligor's funds that are available for debt service (consistent with the applicable Fiscal Plan, if any, and applicable PROMESA Budget, if any) are applied to such Non-Municipal Loan in accordance with the applicable Asset Documents, legal priority, security or other pledge rights benefiting such Loan Asset, (ii) to preserve, protect or defend any security or other pledge rights benefiting such Non-Municipal Loan and (iii) in the case of a Non-Municipal Loan where the applicable Obligor is in a proceeding under Title III or Title VI of PROMESA and such Obligor has other creditors with the same legal priority, security or pledge rights as the Issuer, to ensure that the Issuer receives treatment in such proceedings that is the same as that provided to other creditors with the same legal priority, security or pledge rights; and

(c)     with respect to any Municipal Loan or Non-Municipal Loan, the fixed interest rate or variable spread interest rate, as applicable, on such Loan Asset may not be unilaterally increased by the Issuer, the Servicer or any other Person, and such Loan Asset shall continue to bear interest at the applicable fixed or variable rates in effect as of the Closing Date, as such rates are certified by GDB and AAFAF.

"**Assumed Restructuring Cost Liabilities**" means the liability for the payment of any transaction costs of the Qualifying Modification, including the professional fees and expenses of GDB, AAFAF and

the professionals required to be paid pursuant to the Restructuring Support Agreement, whether incurred prior to or after the Closing Date, to the extent any such liabilities are not paid in full by GDB prior to or on the Closing Date.

"**Beneficial Interest**" means, with respect to any asset or cause of action, the beneficial interest therein, and the right to receive the proceeds (net of reasonable, documented expenses in excess of ordinary operating expenses incurred in connection with the realization of such proceeds) thereof, in each case, after giving effect to the rights of GDB as set forth in this Agreement; *provided* that GDB shall have no duty to pursue any cause of action on account of a beneficial interest therein and will have the absolute discretion to settle, offset against claims of GDB, or release such cause of action.

"**Beneficial Interest Assets**" means the Beneficial Interests in each of the Retained Causes of Action and the Beneficial Interests in the GDB Retained Loans.

"**Cash Adjustments**" means the cash and cash equivalents to be retained by GDB on the Closing Date to be used for the Permitted Uses in the aggregate amount of (a) the Specified Cash Assets, (b) the 2015-17 Excess CAE Settlement Amount, (c) the Transaction Cost Reserve, (d) the UCC Fixed Settlement Amount and (e) the Siemens Settlement Amount.

"**Cash Assets**" means all cash and cash equivalents of GDB as of the Closing Date in excess of (a) the Cash Adjustments required to pay the Permitted Uses for which such Cash Adjustments are reserved and (b) $10 million in Excess Reserved Cash used to satisfy GDB's obligations under Paragraph 2 of the UCC Stipulation.

"**Closing Cash Assets**" means the cash and cash equivalents in the amounts listed in Schedule 7.

"**Closing Transferred Property**" means, collectively, all of GDB's legal and equitable right, title and interest in and to, and claims and causes of action to enforce the Municipal Loan Assets, the Commonwealth Loan Assets, the Commonwealth Guaranteed Loan Asset, the Public Corporation Loan Assets, the Real Property Assets, the Other Loan Assets, the Closing Cash Assets, the Beneficial Interest Assets and the Unknown Assets.

"**Commonwealth Guaranteed Loan Asset**" means a bond issued by the Port of the Americas Authority to GDB that is guaranteed by the Commonwealth and benefits from a pledge of the Commonwealth's good faith, credit and taxing power, as listed in Schedule 3.

"**Commonwealth Loan Assets**" means the Loans made by GDB to the Commonwealth that benefit from a pledge of the Commonwealth's good faith, credit and taxing power, as listed in Schedule 3.

"**Depository Bank**" means the bank in which the Vendor Claim Reserve is deposited.

"**Employee Trust Reserve**" means cash in the amount of $18,300,000 to be transferred to a new trust for the payment of certain obligations of GDB to former employees under several pre-retirement programs in accordance with Article 705 of the GDB Restructuring Act.

"**Excess CAE**" has the meaning ascribed to such term in the GDB Restructuring Act.

"**Excess Reserved Cash**" means the Cash Adjustments in excess of the amounts required to pay the Permitted Uses for which cash is reserved, if any.

"**Excluded Causes of Action**" means (a) causes of action to enforce Loans that constitute Public Entity Trust Assets and (b) Legal Claims (as defined in the UCC Stipulation).

"**Excluded GDB Assets**" has the meaning ascribed to such term in Section 4(a).

"**Excluded Personal Property Assets**" means the office furniture, equipment and other supplies owned by GDB and used in the ordinary course of GDB's business (excluding all such property relating to the Real Property Assets that are Transferred Property), as listed in Schedule 12.

"**Fiscal Plan**" has the meaning ascribed to such term in section 5(10) of PROMESA.

"**GDB Budget**" means the statement of projected sources and uses of GDB's cash through the remainder of GDB's operations, the initial version of which is attached hereto as Exhibit A.

"**GDB Fiscal Plan**" means the Fiscal Plan for GDB certified by the Federal Oversight and Management Board for Puerto Rico on April 20, 2018 in accordance with section 201 of PROMESA.

"**GDB Retained Loan Proceeds**" all proceeds on account of any GDB Retained Loan.

"**GDB Retained Loan Rights**" means the Beneficial Interests in the GDB Retained Loans and the GDB Retained Loan Proceeds.

"**GDB Retained Loans**" means the Loans made by GDB to public entities of the Commonwealth, as listed in Schedule 8.

"**Litigation Proceeds**" all proceeds (net of reasonable, documented expenses in excess of ordinary operating expenses incurred in connection with the realization of such proceeds) on account of any Retained Cause of Action.

"**Loan**" means any loan, bond, note, line of credit, letter of credit, interim receipt, reimbursement obligation, subrogation right, recovery right, other borrowing title, obligation of insurance, or other financial indebtedness for borrowed money.

"**Loan Asset**" means any Loan constituting Transferred Property, and any other Loan received by the Issuer in respect of Collections, and all rights and obligations pursuant thereto, each of which constitutes Restructuring Property.

"**Material Adverse Change**" means a material adverse change, in the condition, financial or otherwise, or in the earnings, business, operations or prospects, whether or not arising from transactions in the ordinary course of business.

"**Material Judgment or Agreement**" means any judgment, decree, Loan agreement, trust agreement, bond, note, resolution or any other material agreement or instrument to which GDB is a party or to which GDB or any of its property or assets is otherwise subject (including, without limitation, the GDB Restructuring Act), the violation or breach of which, or the default under which, could materially adversely affect the Transferred Property, the transactions contemplated hereunder or the performance by GDB of its obligations hereunder.

"**Municipal Loan**" means any Municipal Loan Asset or any other Loan that constitutes Transferred Property and a Municipal Loan (as defined in the GDB Restructuring Act).

"**Municipal Loan Assets**" means the Loans made by GDB to Commonwealth municipalities, as listed in Schedule 2.

"**Non-Municipal Loan**" means any Commonwealth Loan Asset, Public Corporation Loan Asset, GDB Retained Loan that constitutes Transferred Property or any other Loan that constitutes Transferred Property and a Non-Municipal Loan (as defined in the GDB Restructuring Act).

"**Obligor**" means, with respect to any Loan Asset, any unreleased obligor (including any issuer, guarantor or endorser of such Loan Asset or any grantor of a security interest securing such Loan Asset, security agreement or guarantee) as of the date specified.

"**Open or Disputed Vendor Claims**" means claims asserted against GDB as of the Closing Date by Persons that provided goods and services to GDB in the ordinary course of business, which claims are disputed by GDB as of the Closing Date or for which payment has not yet become due.

"**Operating Reserve**" means cash in the amount of $26,516,677 to pay operating expenses of GDB and the Public Entity Trust in accordance with the GDB Budget.

"**Other Loan Assets**" means the rights associated with a reverse repurchase agreement and the Loans made by GDB to non-government entities, as listed in Schedule 6.

"**Permitted Uses**" means, exclusively, the following permitted uses of the Cash Adjustments: (a) the use of the Transaction Cost Reserve to pay transaction costs associated with the Qualifying Modification, including the professional fees and expenses of GDB, AAFAF and the professionals required to be paid pursuant to the Restructuring Support Agreement; (b) the use of the Vendor Claim Reserve to pay Open or Disputed Vendor Claims; (c) the transfer of the Employee Trust Reserve to a new trust for the payment of certain obligations of GDB to former employees under several pre-retirement programs in accordance with Article 705 of the GDB Restructuring Act; (d) the use of the 2015-17 Excess CAE Settlement Amount to pay claims of municipalities of the Commonwealth against GDB for undisbursed Excess CAE in accordance with Article 502 of the GDB Restructuring Act; (e) the use of the UCC Fixed Settlement Amount to satisfy GDB's obligations under Paragraph 1 of the UCC Stipulation; (f) the use of the Siemens Settlement Amount to satisfy GDB's obligations under the Siemens Stipulation and (g) the use of the Operating Reserve to pay operating expenses of GDB and the Public Entity Trust in accordance with the GDB Budget.

"**PROMESA Budget**" means a Budget (as defined in section 5(4) of PROMESA).

"**Proposed GDB Budget**" means an update of the statement of projected sources and uses of GDB's cash through the remainder of GDB's operations prepared by GDB based upon GDB's good faith projections and substantially in the form of the initial GDB Budget.

"**Public Corporation Loan Assets**" means the Loans made by GDB to various public corporations and instrumentalities of the Commonwealth, as listed in Schedule 4.

"**Public Entity Trust Assets**" means the Loans made by GDB to public agencies and departments of the Commonwealth, as listed in Schedule 10.

"**Real Property Assets**" means the real property located in Puerto Rico listed in Schedule 5.

"**Requisite Bondholders**" has the meaning ascribed to such term in the Restructuring Support Agreement.

"**Residual GDB Cash Assets**" means any Excess Reserved Cash in excess of $10 million.

"**Retained Causes of Action**" means any and all causes of action of GDB, including contingent or unknown causes of action (other than (a) Excluded Causes of Action and (b) causes of action to enforce the Transferred Property).

"**Secured Deposit Account**" means the account in the name of Asociación de Empleados del ELA.

"**Secured Deposit Account Collateral**" means the Loans listed in Schedule 11 securing the Secured Deposit Account.

"**Siemens Settlement Amount**" means cash in the amount of $11 million (less the amounts to be funded by the members of the Ad Hoc Group) to be distributed to Siemens Transportation Partnership Puerto Rico, S.E. in satisfaction of GDB's obligations under the Siemens Stipulation.

"**Siemens Stipulation**" means the *Stipulation Resolving Siemens Transportation Partnership Puerto Rico, S.E.'s Objection to Proposed Qualifying Modification, Government Development Bank for Puerto Rico*, No. 18-CV-1561-LTS (D. P.R. Oct. 17, 2018), ECF No. 192, as so-ordered by the U.S. District Court for the District of Puerto Rico on November 6, 2018 at the hearing to approve the Qualifying Modification and transcribed on the record in the *Transcript of Record* at 61–68, *Government Development Bank for Puerto Rico*, No. 18-CV-1561-LTS (D. P.R. Nov. 6, 2018), ECF No. 271.

"**Solicitation Documents**" means the Offering Memorandum and the Solicitation Statement.

"**Solicitation Statement**" means the solicitation statement with respect to the Qualifying Modification, dated as of August 9, 2018, including the preliminary offering memorandum with respect to the Bonds, the exhibits attached thereto and the documents incorporated by reference therein, as the same may be amended or supplemented on or prior to the Closing Date.

"**Specified Cash Assets**" means (a) the Vendor Claim Reserve, (b) the Employee Trust Reserve and (c) the Operating Reserve.

"**Transaction Cost Reserve**" means cash in the amount of $57,435,304 to be used to pay transaction costs associated with the Qualifying Modification, including the professional fees and expenses of GDB, AAFAF and the professionals required to be paid pursuant to the Restructuring Support Agreement.

"**Transfer Default**" has the meaning ascribed to such term in Section 12(a).

"**Transferred Property**" has the meaning ascribed to such term in Section 1(a).

"**UCC Fixed Settlement Amount**" means cash in the amount of $20 million to be distributed to the Public Entity Trust in satisfaction of GDB's obligations under Paragraph 1 of the UCC Stipulation.

"**UCC Stipulation**" means the *Stipulation Resolving the Objection of the Official Committee of Unsecured Creditors of all Title III Debtors (Other than COFINA) to the Approval Application*, *Government Development Bank for Puerto Rico*, No. 18-CV-1561-LTS (D. P.R. Oct. 9, 2018), ECF No. 18.

"**Unknown Assets**" means all assets of GDB that are in existence at any point from the Cutoff Date up to and including the Closing Date (whether or not identified as of the Cutoff Date), other than assets constituting Excluded GDB Assets and assets otherwise constituting Transferred Property pursuant to Section 1(a)(i)–(xi) or (xiii).

"**Vendor Claim Reserve**" means cash in the amount of $15,000,000 to be set aside in the Vendor Claim Reserve Account and used for the settlement or resolution of Open or Disputed Vendor Claims.

"**Vendor Claim Reserve Accoun**t" means a separate account holding the Vendor Claim Reserve subject to a perfected security interest in favor of the Issuer securing GDB's obligation to transfer the Vendor Claim Reserve Residual to the Issuer.

"**Vendor Claim Reserve Residual**" means any cash or cash equivalents remaining in the Vendor Claims Reserve Account in respect of the Vendor Claim Reserve after payment or settlement of all Open or Disputed Vendor Claims determined by GDB to be valid.

"**Vendor Claim Reserve Transfer Default**" means (i) the failure by GDB to comply with its obligation to transfer the Vendor Claim Reserve Residual to the Issuer after the payment or settlement of all Open or Disputed Vendor Claims determined by GDB to be valid and after it has complied with its obligation under Paragraph 2 of the UCC Stipulation to transfer up to $10 million in Excess Reserved Cash to the Public Entity Trust or (ii) the use by GDB of the Vendor Claim Reserve for any purpose other than for the settlement or resolution of Open or Disputed Vendor Claims or to comply with its obligation under Paragraph 2 of the UCC Stipulation to transfer up to $10 million in Excess Reserved Cash to the Public Entity Trust.

**Schedule 2**
**Municipal Loan Assets**

**Schedule 2**

Municipal Loan Assets

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Adjuntas | 3000013100010020 | Municipal General Obligation | 765,000.00 | 6,829.23 | N | 1.25 | 7/1/2029 |
| Adjuntas | 3000013100010020203 | Municipal General Obligation | 254,610.07 | 4,017.20 | N | 1.25 | 7/1/2031 |
| Adjuntas | 3000013100010020 | Operational Loans | 6,458,005.80 | 90,828.75 | F | 5.3 | 7/1/2036 |
| Adjuntas | 3000013100010070 | Sales Tax Obligations | 2,285,593.32 | 29,861.97 | N | 1.25 | 7/1/2032 |
| Adjuntas | 3000013100010070 | Sales Tax Obligations | 3,129,034.11 | 56,712.52 | P | 1.5 | 7/1/2035 |
| Aguada | 3000023100010020204 | Municipal General Obligation | | 2,646.90 | N | 1.26 | 7/1/2030 |
| Aguada | 3000023100010020205 | Municipal General Obligation | 869,249.58 | 7,945.09 | N | 1.25 | 7/1/2031 |
| Aguada | 3000023100010020207 | Municipal General Obligation | | 4,956.26 | P | 1.5 | 7/1/2034 |
| Aguada | 3000023100010020208 | Municipal General Obligation | | 4,956.26 | P | 1.5 | 7/1/2036 |
| Aguada | 3000023100010020209 | Municipal General Obligation | | 12,675.00 | P | 1.5 | 7/1/2031 |
| Aguada | 3000023100010020210 | Municipal General Obligation | | 3,168.75 | P | 1.5 | 7/1/2031 |
| Aguada | 3000023100010020211 | Municipal General Obligation | | 11,700.01 | P | 1.5 | 7/1/2031 |
| Aguada | 3000023100010020212 | Municipal General Obligation | | 3,331.26 | P | 1.5 | 7/1/2031 |
| Aguada | 3000023100010020213 | Municipal General Obligation | | 4,956.26 | P | 1.5 | 7/1/2036 |
| Aguada | 3000023100010020214 | Municipal General Obligation | | 9,100.00 | P | 1.5 | 7/1/2031 |
| Aguada | 3000023100010020215 | Municipal General Obligation | | 731.26 | P | 1.5 | 7/1/2027 |
| Aguada | 3000023100010020216 | Municipal General Obligation | | 9,712.46 | P | 1.5 | 7/1/2024 |
| Aguada | 3000023100010020217 | Municipal General Obligation | | 787.48 | P | 1.5 | 7/1/2021 |
| Aguada | 3000023100010070701 | Sales Tax Obligations | | 3,053.16 | N | 1.25 | 7/1/2023 |
| Aguada | 3000023100010070702 | Sales Tax Obligations | | 5,177.87 | N | 1.25 | 7/1/2029 |
| Aguada | 3000023100010070707 | Sales Tax Obligations | | 8,450.01 | P | 1.5 | 7/1/2036 |
| Aguada | 3000023100010070708 | Sales Tax Obligations | | 21,693.75 | P | 1.5 | 7/1/2035 |
| Aguada | 3000023100010070709 | Sales Tax Obligations | | 2,356.26 | P | 1.5 | 7/1/2027 |
| Aguada | 3000023100010070710 | Sales Tax Obligations | | 2,925.00 | P | 1.5 | 7/1/2020 |
| Aguadilla | 3000033100010020201 | Operational Loans | 1,896,636.00 | 23,389.65 | N | 1.25 | 7/1/2027 |
| Aguadilla | 3000033100010020202 | Revenue Loans | 5,502,648.43 | 71,483.24 | N | 1.25 | 7/1/2028 |
| Aguadilla | 3000033100010020203 | Operational Loans | | 1,339.11 | N | 1.25 | 7/1/2029 |
| Aguadilla | 3000033100010020204 | Municipal General Obligation | 1,905,585.17 | 18,613.00 | N | 1.25 | 7/1/2030 |
| Aguadilla | 3000033100010020205 | Municipal General Obligation | | 2,762.50 | P | 1.5 | 7/1/2033 |
| Aguadilla | 3000033100010020207 | Municipal General Obligation | 1,754,592.71 | 15,845.60 | N | 1.25 | 7/1/2032 |
| Aguadilla | 3000033100010020208 | Municipal General Obligation | 3,051,348.81 | 29,816.54 | N | 1.25 | 7/1/2032 |
| Aguadilla | 3000033100010020209 | Municipal General Obligation | | 8,079.04 | N | 1.25 | 7/1/2032 |
| Aguadilla | 3000033100010020210 | Municipal General Obligation | | 1,874.71 | N | 1.25 | 7/1/2033 |
| Aguadilla | 3000033100010020211 | Municipal General Obligation | | 1,205.16 | N | 1.25 | 7/1/2033 |
| Aguadilla | 3000033100010020212 | Municipal General Obligation | | 19,012.51 | P | 1.5 | 7/1/2033 |
| Aguadilla | 3000033100010020213 | Municipal General Obligation | 2,490,000.00 | 40,462.51 | P | 1.5 | 7/1/2034 |
| Aguadilla | 3000033100010020215 | Municipal General Obligation | | 9,587.49 | P | 1.5 | 7/1/2034 |
| Aguadilla | 3000033100010020216 | Municipal General Obligation | 501,484.54 | 23,481.25 | P | 1.5 | 7/1/2035 |
| Aguadilla | 3000033100010020217 | Municipal General Obligation | | 16,981.27 | P | 1.5 | 7/1/2026 |
| Aguadilla | 3000033100010020218 | Municipal General Obligation | 5,746,834.66 | 123,906.23 | P | 1.5 | 7/1/2037 |
| Aguadilla | 3000033100010020219 | Municipal General Obligation | 2,341,269.18 | 86,693.77 | P | 1.5 | 7/1/2038 |
| Aguadilla | 3000033100010020220 | Revenue Loans | 7,860,041.90 | 203,322.43 | P | 1.5 | 7/1/2039 |
| Aguadilla | 3000033100010070701 | Sales Tax Obligations | 221,901.20 | 3,883.40 | N | 1.25 | 7/1/2032 |
| Aguadilla | 3000033100010070702 | Sales Tax Obligations | 4,942,072.00 | 44,815.25 | N | 1.25 | 7/1/2032 |
| Aguadilla | 3000031500010020208 | Municipal Lines of Credit | 16,092,092.94 | 4,095,771.61 | P | 1 | 12/13/2024 |
| Aguas Buenas | 3000043100010020202 | Municipal General Obligation | 743,680.90 | 13,658.46 | N | 1.25 | 7/1/2030 |
| Aguas Buenas | 3000043100010020203 | Municipal General Obligation | | 1,606.81 | N | 1.25 | 7/1/2031 |
| Aguas Buenas | 3000043100010020205 | Municipal General Obligation | | 9,750.00 | P | 1.5 | 7/1/2025 |
| Aguas Buenas | 3000043100010020207 | Municipal General Obligation | 2,904,213.28 | 57,037.49 | P | 1.5 | 7/1/2035 |
| Aguas Buenas | 3000043100010070702 | Sales Tax Obligations | | 2,274.99 | P | 1.5 | 7/1/2023 |
| Aibonito | 3000053100010020201 | Municipal General Obligation | | 490.95 | N | 1.25 | 7/1/2021 |
| Aibonito | 3000053100010020203 | Municipal General Obligation | | 2,633.49 | N | 1.25 | 7/1/2032 |
| Aibonito | 3000053100010020206 | Municipal General Obligation | 72,300.64 | 2,767.44 | N | 1.25 | 7/1/2032 |
| Aibonito | 3000053100010020208 | Municipal General Obligation | 418,784.48 | 6,825.00 | P | 1.5 | 7/1/2037 |
| Aibonito | 3000053100010070701 | Sales Tax Obligations | 1,632,759.54 | 18,658.15 | N | 1.25 | 7/1/2029 |
| Aibonito | 3000053100010070702 | Sales Tax Obligations | | 18,281.25 | P | 1.5 | 7/1/2031 |
| Aibonito | 3000053100010070703 | Sales Tax Obligations | 1,966,054.96 | 37,293.75 | P | 1.5 | 7/1/2035 |
| Aibonito | 3000053100010070704 | Sales Tax Obligations | | 3,006.24 | P | 1.5 | 7/1/2020 |
| Aibonito | 3000053100010070705 | Sales Tax Obligations | | 15,356.25 | P | 1.5 | 7/1/2037 |
| Anasco | 3000063100010020201 | Operational Loans | 1,469,657.68 | 18,667.09 | N | 1.25 | 7/1/2029 |
| Anasco | 3000063100010020201 | Operational Loans | 158,786.99 | 4,109.67 | N | 1 | 7/1/2025 |
| Anasco | 3000063100010020203 | Municipal General Obligation | | 2,947.30 | N | 1 | 7/1/2026 |
| Anasco | 3000063100010020204 | Municipal General Obligation | 1,113,222.19 | 10,533.97 | N | 1.25 | 7/1/2032 |
| Anasco | 3000063100010020206 | Municipal General Obligation | | 9,831.23 | P | 1.5 | 7/1/2034 |
| Anasco | 3000063100010020207 | Municipal General Obligation | | 33,068.75 | P | 1.5 | 7/1/2034 |
| Anasco | 3000063100010070702 | Municipal General Obligation | | 1,901.51 | N | 1.25 | 7/1/2032 |
| Anasco | 3000063100010070703 | Sales Tax Obligations | 375,878.50 | 5,454.60 | N | 1.25 | 7/1/2033 |
| Anasco | 3000063100010070704 | Sales Tax Obligations | 751,424.37 | 7,034.74 | N | 1.25 | 7/1/2033 |
| Arecibo | 3000073100010020201 | Operational Loans | 5,680,000.00 | 47,157.36 | N | 1 | 7/1/2026 |
| Arecibo | 3000073100010020202 | Operational Loans | 2,429,656.40 | 36,675.00 | F | 6 | 7/1/2028 |
| Arecibo | 3000073100010020205 | Municipal General Obligation | | 3,124.52 | N | 1.25 | 7/1/2028 |
| Arecibo | 3000073100010020206 | Municipal General Obligation | 830,270.39 | 8,078.99 | N | 1.25 | 7/1/2029 |
| Arecibo | 3000073100010020209 | Municipal General Obligation | 272,155.19 | 7,230.95 | N | 1.25 | 7/1/2033 |
| Arecibo | 3000073100010020210 | Municipal General Obligation | 3,155,030.50 | 51,993.76 | P | 1.5 | 7/1/2033 |
| Arecibo | 3000073100010020211 | Municipal General Obligation | | 7,068.76 | P | 1.5 | 7/1/2024 |
| Arecibo | 3000073100010020212 | Municipal General Obligation | 571,509.23 | 15,843.75 | P | 1.5 | 7/1/2029 |
| Arecibo | 3000073100010020215 | Municipal General Obligation | | 7,312.48 | P | 1.5 | 7/1/2037 |
| Arecibo | 3000073100010020216 | Municipal General Obligation | 3,377,529.70 | 58,256.24 | P | 1.5 | 7/1/2038 |
| Arecibo | 3000073100010020217 | Municipal General Obligation | 1,772,274.80 | 59,068.76 | P | 1.5 | 7/1/2033 |
| Arecibo | 3000073100010020218 | Municipal General Obligation | | 11,812.48 | P | 1.5 | 1/1/2021 |
| Arecibo | 3000073100010070701 | Sales Tax Obligations | 1,445,499.84 | 24,618.75 | P | 1.5 | 7/1/2034 |
| Arecibo | 3000073100010070702 | Sales Tax Obligations | 1,776,750.20 | 28,925.00 | P | 1.5 | 7/1/2035 |
| Arecibo | 3000073100010070703 | Sales Tax Obligations | 1,410,772.86 | 56,387.49 | P | 1.5 | 7/1/2035 |
| Arecibo | 3000073100010070705 | Sales Tax Obligations | 1,798,787.42 | 29,250.00 | P | 1.5 | 7/1/2036 |
| Arecibo | 3000073150010020201 | Municipal Lines of Credit | 2,529,739.18 | 243,756.79 | N | 1.25 | 4/24/2010 |
| Arroyo | 3000083100010020202 | Municipal General Obligation | 883,918.95 | 7,989.74 | N | 1.25 | 7/1/2031 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

Municipal Loan Assets

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Arroyo | 30000831000100204 | Municipal General Obligation | 117,402.86 | 4,151.02 | N | 1 | 7/1/2026 |
| Arroyo | 30000831000100205 | Municipal General Obligation | 688,616.72 | 11,537.47 | P | 1.5 | 7/1/2024 |
| Arroyo | 30000831000100701 | Sales Tax Obligations | 3,281,828.44 | 32,763.35 | N | 1.25 | 7/1/2033 |
| Arroyo | 30000831000100702 | Sales Tax Obligations | 895,424.84 | 18,606.23 | P | 1.5 | 7/1/2034 |
| Barceloneta | 30000931000100207 | Revenue Loans | 2,817,525.47 | 35,219.07 | N | 1.25 | 7/1/2026 |
| Barceloneta | 30000931000100208 | Municipal General Obligation | 1,440,000.00 | 12,855.03 | N | 1.25 | 7/1/2031 |
| Barceloneta | 30000931000100208 | Municipal General Obligation | 4,035,000.00 | 36,020.82 | N | 1.25 | 7/1/2031 |
| Barceloneta | 30000931000100210 | Municipal General Obligation | 700,000.00 | 6,248.98 | N | 1.25 | 7/1/2032 |
| Barceloneta | 30000931000100211 | Municipal General Obligation | 920,000.00 | 8,212.92 | N | 1.25 | 7/1/2032 |
| Barceloneta | 30000931000100212 | Municipal General Obligation | 109,806.63 | 5,802.66 | N | 1.25 | 7/1/2032 |
| Barceloneta | 30000931000100215 | Municipal General Obligation | 1,227,566.14 | 21,287.50 | P | 1.5 | 7/1/2034 |
| Barceloneta | 30000931000100216 | Municipal General Obligation | 1,497,000.00 | 24,444.44 | P | 1.5 | 7/1/2034 |
| Barceloneta | 30000931000100219 | Operational Loans | | 11,700.00 | P | 1.5 | 7/1/2019 |
| Barceloneta | 30000931000100220 | Revenue Loans | 1,260,000.00 | 20,472.21 | P | 1.5 | 7/1/2034 |
| Barceloneta | 30000931000100224 | Municipal General Obligation | 3,755,000.00 | 61,018.75 | P | 1.5 | 7/1/2019 |
| Barceloneta | 30000931000100225 | Municipal General Obligation | | 2,600.01 | P | 1.5 | 7/1/2019 |
| Barceloneta | 30000931000100226 | Municipal General Obligation | | 1,137.53 | P | 1.5 | 7/1/2019 |
| Barceloneta | 30000931000100227 | Operational Loans | 5,881,095.77 | 95,712.51 | P | 1.5 | 7/1/2025 |
| Barceloneta | 30000931000100701 | Sales Tax Obligations | 2,754,264.05 | 24,639.46 | N | 1.25 | 7/1/2032 |
| Barceloneta | 30000931000100702 | Sales Tax Obligations | 934,000.00 | 15,177.51 | P | 1.5 | 7/1/2035 |
| Barceloneta | 30000931000100703 | Sales Tax Obligations | 900,467.33 | 14,641.25 | P | 1.5 | 7/1/2030 |
| Barceloneta | 30000931000100706 | Sales Tax Obligations | | 1,511.25 | P | 1.5 | 7/1/2035 |
| Barceloneta | 30000931000100707 | Sales Tax Obligations | 120,162.47 | 5,443.74 | P | 1.5 | 7/1/2036 |
| Barceloneta | 30000931000100708 | Sales Tax Obligations | | 812.49 | P | 1.5 | 7/1/2019 |
| Barranquitas | 30001031000100203 | Municipal General Obligation | | 11,862.51 | P | 1.5 | 7/1/2034 |
| Barranquitas | 30001031000100204 | Municipal General Obligation | | 16,887.52 | P | 1.5 | 7/1/2040 |
| Barranquitas | 30001031000100701 | Sales Tax Obligations | 1,268,562.85 | 20,131.15 | N | 1.25 | 7/1/2032 |
| Barranquitas | 30001031000100703 | Sales Tax Obligations | | 3,493.74 | P | 1.5 | 7/1/2035 |
| Barranquitas | 30001031000100705 | Sales Tax Obligations | | 15,275.01 | P | 1.5 | 7/1/2035 |
| Barranquitas | 30001031000100708 | Sales Tax Obligations | | 4,712.49 | P | 1.5 | 7/1/2036 |
| Barranquitas | 30001031000100709 | Sales Tax Obligations | | 2,876.24 | P | 1.5 | 7/1/2037 |
| Bayamon | 30001131000100203 | Municipal General Obligation | | 4,820.64 | N | 1.25 | 7/1/2029 |
| Bayamon | 30001131000100204 | Municipal General Obligation | | 36,154.77 | N | 1.25 | 7/1/2022 |
| Bayamon | 30001131000100205 | Municipal General Obligation | | 9,507.37 | N | 1.25 | 7/1/2028 |
| Bayamon | 30001131000100206 | Municipal General Obligation | | 10,266.18 | N | 1.25 | 7/1/2028 |
| Bayamon | 30001131000100216 | Revenue Loans | | 115,293.75 | P | 1.5 | 7/1/2028 |
| Bayamon | 30001131000100701 | Sales Tax Obligations | 7,270,460.62 | 74,721.86 | N | 1.25 | 7/1/2032 |
| Bayamon | 30001131000100703 | Sales Tax Obligations | 12,036,607.65 | 112,975.58 | N | 1.25 | 7/1/2028 |
| Bayamon | 30001131000100704 | Sales Tax Obligations | | 17,452.95 | N | 1.25 | 7/1/2027 |
| Bayamon | 30001131000100705 | Sales Tax Obligations | 8,148,611.38 | 141,943.74 | P | 1.5 | 7/1/2035 |
| Bayamon | 30001131000100706 | Sales Tax Obligations | | 37,862.49 | P | 1.5 | 7/1/2027 |
| Cabo Rojo | 30001231000100205 | Municipal General Obligation | | 11,158.89 | N | 1.25 | 7/1/2028 |
| Cabo Rojo | 30001231000100206 | Municipal General Obligation | 7,704,387.99 | 125,368.74 | P | 1.5 | 7/1/2034 |
| Cabo Rojo | 30001231000100209 | Municipal General Obligation | 762,600.41 | 46,068.75 | P | 1.5 | 7/1/2036 |
| Cabo Rojo | 30001231000100210 | Municipal General Obligation | | 14,706.24 | P | 1.5 | 7/1/2036 |
| Cabo Rojo | 30001231000100211 | Municipal General Obligation | 5,461,798.74 | 88,887.50 | P | 1.5 | 7/1/2038 |
| Cabo Rojo | 30001231000100701 | Sales Tax Obligations | 3,573,150.32 | 278,941.11 | P | 1.5 | 1/1/2030 |
| Cabo Rojo | 30001231000100702 | Sales Tax Obligations | 1,621,944.58 | 69,050.30 | P | 1.5 | 7/1/2026 |
| Caguas | 30001331000100204 | Municipal General Obligation | | 22,853.37 | N | 1.25 | 7/1/2021 |
| Caguas | 30001331000100205 | Operational Loans | 2,415,025.82 | 33,790.06 | N | 1.25 | 7/1/2024 |
| Caguas | 30001331000100207 | Operational Loans | | 1,714.04 | N | 1.25 | 7/1/2022 |
| Caguas | 30001331000100208 | Operational Loans | 5,383,999.89 | 48,064.81 | N | 1.25 | 7/1/2024 |
| Caguas | 30001331000100210 | Municipal General Obligation | 902,782.41 | 129,756.22 | P | 1.5 | 7/1/2037 |
| Caguas | 30001331000100236 | Municipal General Obligation | | 21,856.27 | P | 1.5 | 7/1/2037 |
| Caguas | 30001331000100237 | Municipal General Obligation | | 406.27 | P | 1.5 | 7/1/2019 |
| Caguas | 30001331000100238 | Municipal General Obligation | 8,589,999.78 | 139,587.51 | P | 1.5 | 7/1/2038 |
| Caguas | 30001331000100239 | Municipal General Obligation | | 8,206.25 | P | 1.5 | 7/1/2020 |
| Caguas | 30001331000100240 | Operational Loans | | 56,631.24 | P | 1.5 | 7/1/2038 |
| Caguas | 30001331000100241 | Municipal General Obligation | | 90,106.27 | P | 1.5 | 7/1/2039 |
| Caguas | 30001331000100702 | Sales Tax Obligations | 6,512,479.11 | 61,464.73 | N | 1.25 | 7/1/2033 |
| Caguas | 30001331000100703 | Sales Tax Obligations | 290,265.89 | 3,811.96 | N | 1.25 | 7/1/2033 |
| Caguas | 30001331000100704 | Sales Tax Obligations | 3,833,211.73 | 62,806.25 | P | 1.5 | 7/1/2034 |
| Caguas | 30001331000100706 | Sales Tax Obligations | | 5,850.00 | P | 1.5 | 7/1/2019 |
| Caguas | 30001331000100707 | Sales Tax Obligations | 5,130,276.74 | 110,743.73 | P | 1.5 | 7/1/2038 |
| Camuy | 30001431000100201 | Operational Loans | 1,658,270.36 | 15,578.23 | N | 1.25 | 7/1/2029 |
| Camuy | 30001431000100204 | Municipal General Obligation | 900,000.00 | 8,034.41 | N | 1.25 | 7/1/2026 |
| Camuy | 30001431000100208 | Municipal General Obligation | | 4,062.52 | P | 1.5 | 7/1/2035 |
| Camuy | 30001431000100209 | Municipal General Obligation | | 6,662.50 | P | 1.5 | 7/1/2029 |
| Camuy | 30001431000100211 | Municipal General Obligation | 359,023.80 | 12,268.74 | P | 1.5 | 7/1/2031 |
| Camuy | 30001431000100212 | Municipal General Obligation | | 5,118.75 | P | 1.5 | 7/1/2035 |
| Camuy | 30001431000100701 | Sales Tax Obligations | 2,449,172.24 | 21,961.26 | N | 1.25 | 7/1/2028 |
| Camuy | 30001431000100702 | Sales Tax Obligations | | 4,306.26 | P | 1.5 | 7/1/2035 |
| Camuy | 30001431000100703 | Sales Tax Obligations | 597,481.64 | 10,156.26 | P | 1.5 | 7/1/2035 |
| Canovanas | 30001531000100205 | Municipal General Obligation | 3,893,807.65 | 64,187.50 | P | 1.5 | 7/1/2033 |
| Canovanas | 30001531000100206 | Municipal General Obligation | 1,104,630.95 | 17,956.26 | P | 1.5 | 7/1/2033 |
| Canovanas | 30001531000100207 | Municipal General Obligation | 3,687,264.45 | 78,975.01 | P | 1.5 | 7/1/2032 |
| Canovanas | 30001531000100208 | Municipal General Obligation | 2,029,336.55 | 32,987.49 | P | 1.5 | 7/1/2021 |
| Canovanas | 30001531000100209 | Municipal General Obligation | | 5,443.74 | P | 1.5 | 7/1/2027 |
| Canovanas | 30001531000100210 | Municipal General Obligation | 450,000.00 | 7,312.48 | P | 1.5 | 7/1/2037 |
| Canovanas | 30001531000100211 | Municipal General Obligation | 255,976.60 | 6,581.26 | P | 1.5 | 7/1/2037 |
| Carolina | 30001631000100202 | Municipal General Obligation | | 6,019.01 | N | 1 | 7/1/2027 |
| Carolina | 30001631000100701 | Sales Tax Obligations | | 62,673.75 | F | 4.5 | 7/1/2028 |
| Catano | 30001731000100201 | Municipal General Obligation | | 99,206.25 | P | 1.5 | 7/1/2038 |
| Catano | 30001731000100701 | Sales Tax Obligations | | 35,370.11 | N | 1.25 | 7/1/2033 |
| Catano | 30001731000100702 | Sales Tax Obligations | 1,899,457.19 | 50,456.25 | P | 1.5 | 7/1/2038 |
| Cayey | 30001831000100202 | Operational Loans | | 1,294.50 | N | 1.25 | 7/1/2019 |
| Cayey | 30001831000100203 | Municipal General Obligation | | 223.15 | N | 1.25 | 7/1/2019 |
| Cayey | 30001831000100204 | Municipal General Obligation | 3,822,118.13 | 34,369.36 | N | 1.25 | 7/1/2030 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Cayey | 3000183100010000208 | Municipal General Obligation | | 8,302.18 | P | 1.25 | 7/1/2032 |
| Cayey | 3000183100010000212 | Municipal General Obligation | | 3,006.25 | P | 1.5 | 7/1/2019 |
| Cayey | 3000183100010000213 | Municipal General Obligation | | 8,775.05 | P | 1.5 | 7/1/2021 |
| Cayey | 3000183100010000214 | Municipal General Obligation | | 4,387.50 | P | 1.5 | 7/1/2024 |
| Cayey | 3000183100010000215 | Municipal General Obligation | 2,744,017.17 | 49,968.76 | P | 1.5 | 7/1/2034 |
| Cayey | 3000183100010000216 | Municipal General Obligation | 2,262,044.70 | 42,412.51 | P | 1.5 | 7/1/2034 |
| Cayey | 3000183100010000217 | Municipal General Obligation | 1,530,745.49 | 25,025.02 | P | 1.5 | 7/1/2030 |
| Cayey | 3000183100010000218 | Municipal General Obligation | | 8,693.75 | P | 1.5 | 7/1/2035 |
| Cayey | 3000183100010000219 | Municipal General Obligation | | 14,056.28 | P | 1.5 | 7/1/2035 |
| Cayey | 3000183100010000220 | Municipal General Obligation | | 9,912.51 | P | 1.5 | 7/1/2037 |
| Cayey | 3000183100010000221 | Municipal General Obligation | | 650.03 | P | 1.5 | 7/1/2019 |
| Cayey | 3000183100010000222 | Municipal General Obligation | | 5,525.03 | P | 1.5 | 7/1/2020 |
| Cayey | 3000183100010000223 | Municipal General Obligation | | 12,756.25 | P | 1.5 | 7/1/2028 |
| Cayey | 3000183100010000224 | Municipal General Obligation | | 1,137.49 | P | 1.5 | 7/1/2020 |
| Cayey | 3000183100010000225 | Municipal General Obligation | | 24,943.74 | P | 1.5 | 7/1/2038 |
| Cayey | 3000183100010000226 | Municipal General Obligation | 621,738.89 | 24,375.01 | P | 1.5 | 7/1/2038 |
| Cayey | 3000183100010000228 | Municipal General Obligation | | 8,837.53 | P | 1.5 | 7/1/2021 |
| Cayey | 3000183100010000229 | Municipal General Obligation | | 33,687.55 | P | 1.5 | 7/1/2038 |
| Cayey | 3000183100010000701 | Sales Tax Obligations | 1,914,008.47 | 58,824.99 | P | 1.5 | 7/1/2025 |
| Cayey | 3000183100010000702 | Sales Tax Obligations | | 4,956.24 | P | 1.5 | 7/1/2025 |
| Ceiba | 3000193100010000202 | Operational Loans | | 1,428.37 | N | 1.25 | 7/1/2027 |
| Ceiba | 3000193100010000206 | Municipal General Obligation | | 1,203.81 | N | 1 | 7/1/2026 |
| Ceiba | 3000193100010000209 | Municipal General Obligation | 258,701.81 | 6,662.50 | P | 1.5 | 7/1/2037 |
| Ceiba | 3000193100010000210 | Municipal General Obligation | | 1,706.25 | P | 1.5 | 7/1/2019 |
| Ceiba | 3000193100010000211 | Municipal General Obligation | | 731.25 | P | 1.5 | 7/1/2020 |
| Ceiba | 3000193100010000212 | Municipal General Obligation | | 20,800.00 | P | 1.5 | 7/1/2038 |
| Ceiba | 3000193100010000702 | Sales Tax Obligations | 35,140.64 | 1,543.74 | P | 1.5 | 7/1/2033 |
| Ceiba | 3000193100010000703 | Sales Tax Obligations | 1,500,122.88 | 26,000.01 | P | 1.5 | 7/1/2038 |
| Ciales | 3000203100010000201 | Operational Loans | 11,086.65 | 1,294.47 | N | 1.25 | 7/1/2028 |
| Ciales | 3000203100010000205 | Municipal General Obligation | 958,863.44 | 15,600.04 | P | 1.5 | 7/1/2024 |
| Ciales | 3000203100010000206 | Municipal General Obligation | 77,743.05 | 2,112.51 | P | 1.5 | 7/1/2019 |
| Ciales | 3000203100010000208 | Municipal General Obligation | 963,384.51 | 15,681.25 | P | 1.5 | 7/1/2036 |
| Ciales | 3000203100010000702 | Sales Tax Obligations | 456,287.09 | 4,552.97 | N | 1.25 | 7/1/2022 |
| Ciales | 3000203100010000704 | Sales Tax Obligations | 3,010,000.00 | 48,912.51 | P | 1.5 | 7/1/2032 |
| Ciales | 3000203100010000705 | Sales Tax Obligations | 143,346.79 | 4,387.50 | P | 1.5 | 7/1/2036 |
| Cidra | 3000213100010000201 | Operational Loans | | 3,035.33 | N | 1.25 | 7/1/2021 |
| Cidra | 3000213100010000202 | Operational Loans | | 2,678.21 | N | 1.25 | 7/1/2026 |
| Cidra | 3000213100010000204 | Operational Loans | 852,565.05 | 21,648.81 | N | 1.25 | 7/1/2029 |
| Cidra | 3000213100010000206 | Municipal General Obligation | 3,620,486.39 | 32,360.72 | N | 1.25 | 7/1/2031 |
| Cidra | 3000213100010000210 | Municipal General Obligation | 1,241,651.41 | 26,487.52 | P | 1.5 | 7/1/2034 |
| Cidra | 3000213100010000212 | Municipal General Obligation | | 8,612.50 | P | 1.5 | 7/1/2035 |
| Cidra | 3000213100010000215 | Municipal General Obligation | | 11,781.25 | P | 1.5 | 7/1/2020 |
| Cidra | 3000213100010000216 | Municipal General Obligation | | 15,193.74 | P | 1.5 | 7/1/2038 |
| Cidra | 3000213100010000217 | Municipal General Obligation | | 8,662.48 | P | 1.5 | 7/1/2021 |
| Cidra | 3000213100010000701 | Sales Tax Obligations | 2,063,989.02 | 21,827.37 | N | 1.25 | 7/1/2032 |
| Cidra | 3000213100010000702 | Sales Tax Obligations | 720,319.62 | 14,137.50 | P | 1.5 | 7/1/2035 |
| Coamo | 3000223100010000201 | Operational Loans | 4,640,112.73 | 82,081.27 | P | 1.5 | 7/1/2029 |
| Coamo | 3000223100010000202 | Municipal General Obligation | | 1,963.99 | N | 1.25 | 7/1/2031 |
| Coamo | 3000223100010000203 | Municipal General Obligation | | 6,382.92 | N | 1.25 | 7/1/2031 |
| Coamo | 3000223100010000204 | Municipal General Obligation | | 2,544.20 | F | 3.57 | 7/1/2032 |
| Coamo | 3000223100010000205 | Municipal General Obligation | 1,078,624.68 | 11,248.18 | N | 1.25 | 7/1/2032 |
| Coamo | 3000223100010000206 | Municipal General Obligation | | 12,106.27 | P | 1.5 | 7/1/2034 |
| Coamo | 3000223100010000207 | Municipal General Obligation | | 13,243.75 | P | 1.5 | 7/1/2036 |
| Coamo | 3000223100010000209 | Municipal General Obligation | 1,047,994.64 | 17,143.74 | P | 1.5 | 7/1/2036 |
| Coamo | 3000223100010000210 | Municipal General Obligation | | 6,418.75 | P | 1.5 | 7/1/2028 |
| Coamo | 3000223100010000211 | Municipal General Obligation | 754,071.14 | 44,199.98 | P | 1.5 | 7/1/2033 |
| Coamo | 3000223100010000701 | Sales Tax Obligations | 138,179.82 | 1,249.84 | N | 1.25 | 7/1/2033 |
| Coamo | 3000223100010000702 | Sales Tax Obligations | 1,018,126.59 | 9,213.01 | N | 1.25 | 7/1/2033 |
| Coamo | 3000223100010000703 | Sales Tax Obligations | 601,623.89 | 5,588.52 | N | 1.25 | 7/1/2033 |
| Coamo | 3000223100010000704 | Sales Tax Obligations | 578,994.45 | 9,425.02 | P | 1.5 | 7/1/2034 |
| Coamo | 3000223100010000705 | Sales Tax Obligations | 28,871.77 | 2,031.24 | P | 1.5 | 7/1/2035 |
| Coamo | 3000223100010000706 | Sales Tax Obligations | 218,097.08 | 3,575.01 | P | 1.5 | 7/1/2035 |
| Coamo | 3000223100010000708 | Sales Tax Obligations | 1,353,302.75 | 28,925.00 | P | 1.5 | 7/1/2035 |
| Coamo | 3000223150010020201 | Municipal Lines of Credit | 113,709.47 | 43,378.91 | P | 1.5 | 2/15/2014 |
| Comerio | 3000233100010000201 | Operational Loans | | 5,311.77 | N | 1.25 | 7/1/2029 |
| Comerio | 3000233100010000202 | Municipal General Obligation | 589,948.67 | 9,587.49 | P | 1.5 | 7/1/2035 |
| Comerio | 3000233100010000203 | Municipal General Obligation | | 162.52 | P | 1.5 | 7/1/2019 |
| Comerio | 3000233100010000204 | Municipal General Obligation | 44,508.98 | 3,006.25 | P | 1.5 | 7/1/2020 |
| Comerio | 3000233100010000701 | Sales Tax Obligations | 2,117,773.19 | 22,764.75 | N | 1.25 | 7/1/2028 |
| Comerio | 3000233100010000702 | Sales Tax Obligations | | 714.99 | P | 1.5 | 7/1/2028 |
| Corozal | 3000243100010000202 | Operational Loans | | 2,856.74 | N | 1.25 | 7/6/2032 |
| Corozal | 3000243100010000203 | Municipal General Obligation | | 11,699.95 | F | 4.88 | 7/1/2033 |
| Corozal | 3000243100010000204 | Operational Loans | 304,805.05 | 4,569.78 | F | 4.88 | 7/1/2033 |
| Corozal | 3000243100010000205 | Municipal General Obligation | 1,798,613.76 | 39,893.77 | P | 1.5 | 7/1/2029 |
| Corozal | 3000243100010000206 | Municipal General Obligation | | 1,543.74 | P | 1.5 | 7/1/2019 |
| Corozal | 3000243100010000701 | Sales Tax Obligations | 1,578,083.59 | 25,918.73 | P | 1.5 | 7/1/2033 |
| Corozal | 3000243100010000702 | Sales Tax Obligations | 396,748.36 | 7,068.75 | P | 1.5 | 7/1/2024 |
| Corozal | 3000243100010000703 | Sales Tax Obligations | 1,659,352.15 | 32,418.76 | P | 1.5 | 7/1/2033 |
| Culebra | 3000253100010000203 | Municipal General Obligation | | 5,037.51 | P | 1.5 | 3/1/2013 |
| Culebra | 3000253100010000701 | Sales Tax Obligations | 404,362.53 | 15,042.56 | N | 1.25 | 7/1/2033 |
| Dorado | 3000263100010000202 | Municipal General Obligation | | 2,856.65 | N | 1.25 | 7/1/2028 |
| Dorado | 3000263100010000206 | Operational Loans | | 3,178.13 | N | 1.25 | 7/1/2030 |
| Dorado | 3000263100010000209 | Municipal General Obligation | | 4,329.62 | N | 1.25 | 7/1/2021 |
| Dorado | 3000263100010000211 | Municipal General Obligation | 2,621,027.58 | 24,861.95 | N | 1.25 | 7/1/2032 |
| Dorado | 3000263100010000215 | Municipal General Obligation | | 2,544.20 | N | 1.25 | 7/1/2032 |
| Dorado | 3000263100010000216 | Municipal General Obligation | 1,876,163.84 | 22,183.84 | N | 1.25 | 7/1/2032 |
| Dorado | 3000263100010000219 | Municipal General Obligation | 1,491,835.43 | 37,131.25 | P | 1.5 | 7/1/2033 |
| Dorado | 3000263100010000220 | Municipal General Obligation | 1,196,262.95 | 22,424.99 | P | 1.5 | 7/1/2031 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Dorado | 3000263100010223 | Municipal General Obligation | 798,215.65 | 14,381.26 | P | 1.5 | 7/1/2034 |
| Dorado | 3000263100010225 | Municipal General Obligation | 1,562,523.29 | 26,162.49 | P | 1.5 | 7/1/2035 |
| Dorado | 3000263100010226 | Municipal General Obligation | 2,423,804.06 | 42,900.01 | P | 1.5 | 7/1/2032 |
| Dorado | 3000263100010227 | Municipal General Obligation | 1,523,471.25 | 30,062.51 | P | 1.5 | 7/1/2031 |
| Dorado | 3000263100010228 | Municipal General Obligation | 8,925,000.00 | 145,031.25 | P | 1.5 | 7/1/2031 |
| Dorado | 3000263100010229 | Municipal General Obligation | 1,642,781.02 | 29,656.26 | P | 1.5 | 7/1/2032 |
| Dorado | 3000263100010230 | Municipal General Obligation | 138,113.45 | 13,487.50 | P | 1.5 | 7/1/2027 |
| Dorado | 3000263100010231 | Municipal General Obligation | | 1,625.00 | P | 1.5 | 7/1/2019 |
| Dorado | 3000263100010232 | Municipal General Obligation | | 16,981.25 | P | 1.5 | 7/1/2032 |
| Dorado | 3000263100010233 | Municipal General Obligation | | 14,300.01 | P | 1.5 | 7/1/2037 |
| Dorado | 3000263100010234 | Municipal General Obligation | | 3,412.50 | P | 1.5 | 7/1/2020 |
| Dorado | 3000263100010235 | Municipal General Obligation | | 1,218.77 | P | 1.5 | 7/1/2028 |
| Dorado | 3000263100010236 | Municipal General Obligation | 2,071,551.95 | 45,500.02 | P | 1.5 | 7/1/2033 |
| Dorado | 3000263100010237 | Municipal General Obligation | 2,527,047.67 | 78,406.28 | P | 1.5 | 7/1/2033 |
| Dorado | 3000263100010238 | Municipal General Obligation | | 7,881.26 | P | 1.5 | 7/1/2038 |
| Dorado | 3000263100010239 | Municipal General Obligation | | 13,562.47 | P | 1.5 | 7/1/2029 |
| Dorado | 3000263100010240 | Municipal General Obligation | | 64,837.50 | P | 1.5 | 7/1/2040 |
| Dorado | 3000263100010701 | Sales Tax Obligations | 2,639,632.30 | 25,666.12 | N | 1.25 | 7/1/2031 |
| Dorado | 3000263100010702 | Sales Tax Obligations | | 5,668.86 | N | 1.25 | 7/1/2028 |
| Dorado | 3000263100010703 | Sales Tax Obligations | 146,222.35 | 8,088.16 | N | 1.25 | 7/1/2033 |
| Dorado | 3000263100010704 | Sales Tax Obligations | | 3,526.25 | P | 1.5 | 7/1/2022 |
| Dorado | 3000263100010705 | Sales Tax Obligations | | 7,962.51 | P | 1.5 | 7/1/2025 |
| Florida | 3000283100010205 | Municipal General Obligation | 191,081.79 | 8,108.75 | P | 1.5 | 7/1/2037 |
| Florida | 3000283100010701 | Sales Tax Obligations | | 1,494.99 | P | 1.5 | 7/1/2035 |
| Florida | 3000283100010702 | Sales Tax Obligations | 2,650,677.03 | 43,631.26 | P | 1.5 | 7/1/2036 |
| Florida | 3000283100010703 | Sales Tax Obligations | | 324.99 | P | 1.5 | 7/1/2019 |
| Guanica | 3000293100010206 | Operational Loans | 607,678.35 | 7,015.47 | N | 1 | 7/1/2026 |
| Guanica | 3000293100010207 | Municipal General Obligation | 93,489.33 | 4,865.27 | N | 1.25 | 7/1/2032 |
| Guanica | 3000293100010210 | Municipal General Obligation | 2,367,803.95 | 38,837.50 | P | 1.5 | 7/1/2032 |
| Guanica | 3000293100010211 | Municipal General Obligation | | 162.52 | P | 1.5 | 7/1/2019 |
| Guanica | 3000293100010212 | Municipal General Obligation | | 406.27 | P | 1.5 | 7/1/2019 |
| Guanica | 3000293100010213 | Municipal General Obligation | | 975.00 | P | 1.5 | 7/1/2020 |
| Guanica | 3000293100010214 | Municipal General Obligation | | 9,099.95 | P | 1.5 | 7/1/2034 |
| Guanica | 3000293100010701 | Sales Tax Obligations | 944,223.22 | 8,838.06 | N | 1.25 | 7/1/2032 |
| Guanica | 3000293100010702 | Sales Tax Obligations | 609,743.89 | 5,579.59 | N | 1.25 | 7/1/2032 |
| Guanica | 3000293100010705 | Sales Tax Obligations | 926,991.70 | 15,437.49 | P | 1.5 | 7/1/2026 |
| Guanica | 3000293100010706 | Sales Tax Obligations | | 975.00 | P | 1.5 | 7/1/2019 |
| Guanica | 3000293100010707 | Sales Tax Obligations | | 2,193.76 | P | 1.5 | 7/1/2019 |
| Guanica | 3000293150010301 | Municipal Lines of Credit | 343,494.50 | - | F | 0 | 6/30/2024 |
| Guanica | 3000293150010302 | Municipal Lines of Credit | 3,658.05 | - | F | 0 | 6/30/2024 |
| Guayama | 3000303100010204 | Municipal General Obligation | 5,360,463.17 | 142,268.77 | P | 1.5 | 7/1/2028 |
| Guayama | 3000303100010205 | Municipal General Obligation | | 30,306.24 | P | 1.5 | 7/1/2027 |
| Guayama | 3000303100010207 | Municipal General Obligation | 4,265,279.39 | 89,375.00 | P | 1.5 | 7/1/2027 |
| Guayama | 3000303100010208 | Municipal General Obligation | | 2,843.77 | P | 1.5 | 7/1/2019 |
| Guayama | 3000303100010209 | Municipal General Obligation | | 19,250.05 | P | 1.5 | 7/1/2031 |
| Guayama | 3000303100010210 | Municipal General Obligation | | 49,612.54 | P | 1.5 | 7/1/2039 |
| Guayama | 3000303100010701 | Sales Tax Obligations | | 7,231.23 | N | 1.25 | 7/1/2020 |
| Guayanilla | 3000313100010201 | Municipal General Obligation | 220,000.00 | 1,963.95 | N | 1.25 | 7/1/2027 |
| Guayanilla | 3000313100010203 | Municipal General Obligation | 85,884.75 | 803.42 | N | 1.25 | 7/1/2031 |
| Guayanilla | 3000313100010205 | Municipal General Obligation | 350,000.00 | 3,124.52 | N | 1.25 | 7/1/2027 |
| Guayanilla | 3000313100010206 | Municipal General Obligation | 635,000.00 | 5,271.87 | N | 1 | 7/1/2025 |
| Guayanilla | 3000313100010207 | Operational Loans | 464,041.89 | 4,151.22 | N | 1.25 | 7/1/2027 |
| Guayanilla | 3000313100010211 | Municipal General Obligation | 1,877,155.57 | 36,806.26 | P | 1.5 | 7/1/2034 |
| Guayanilla | 3000313100010212 | Municipal General Obligation | 504,295.05 | 8,287.51 | P | 1.5 | 7/1/2034 |
| Guayanilla | 3000313100010702 | Sales Tax Obligations | 2,237,960.91 | 21,782.73 | N | 1.25 | 7/1/2032 |
| Guayanilla | 3000313100010703 | Sales Tax Obligations | 2,165,497.96 | 35,262.51 | P | 1.5 | 7/1/2033 |
| Guayanilla | 3000313100010704 | Sales Tax Obligations | 368,483.96 | 15,275.01 | P | 1.5 | 7/1/2035 |
| Guaynabo | 3000323100010202 | Operational Loans | | 4,865.52 | N | 1.25 | 7/1/2025 |
| Guaynabo | 3000323100010204 | Municipal General Obligation | | 19,148.66 | N | 1.25 | 7/1/2025 |
| Guaynabo | 3000323100010206 | Municipal General Obligation | | 10,221.54 | N | 1.25 | 7/1/2031 |
| Guaynabo | 3000323100010208 | Municipal General Obligation | | 11,649.87 | N | 1.25 | 7/1/2031 |
| Guaynabo | 3000323100010209 | Municipal General Obligation | | 7,364.85 | N | 1.25 | 7/1/2031 |
| Guaynabo | 3000323100010211 | Municipal General Obligation | 2,162,916.41 | 30,843.10 | N | 1.25 | 7/1/2026 |
| Guaynabo | 3000323100010212 | Municipal General Obligation | | 4,463.54 | N | 1.25 | 7/1/2032 |
| Guaynabo | 3000323100010213 | Municipal General Obligation | | 17,140.00 | N | 1.25 | 7/1/2032 |
| Guaynabo | 3000323100010215 | Municipal General Obligation | 4,633,761.26 | 44,680.12 | N | 1.25 | 7/1/2033 |
| Guaynabo | 3000323100010218 | Municipal General Obligation | 4,959,889.54 | 80,600.00 | P | 1.5 | 7/1/2034 |
| Guaynabo | 3000323100010219 | Municipal General Obligation | 9,759,264.12 | 158,600.03 | P | 1.5 | 7/1/2034 |
| Guaynabo | 3000323100010220 | Municipal General Obligation | 17,054,233.48 | 312,487.52 | P | 1.5 | 7/1/2034 |
| Guaynabo | 3000323100010221 | Municipal General Obligation | | 40,950.02 | P | 1.5 | 7/1/2024 |
| Guaynabo | 3000323100010222 | Municipal General Obligation | 7,263,189.94 | 120,575.03 | P | 1.5 | 7/1/2034 |
| Guaynabo | 3000323100010224 | Municipal General Obligation | 17,165,657.51 | 284,700.00 | P | 1.5 | 7/1/2035 |
| Guaynabo | 3000323100010226 | Municipal General Obligation | | 9,750.00 | P | 1.5 | 7/1/2021 |
| Guaynabo | 3000323100010227 | Municipal General Obligation | | 34,206.24 | P | 1.5 | 7/1/2036 |
| Guaynabo | 3000323100010229 | Municipal General Obligation | 7,214,527.79 | 258,387.47 | P | 1.5 | 7/1/2039 |
| Guaynabo | 3000323100010701 | Sales Tax Obligations | 21,449,030.11 | 228,629.23 | N | 1.25 | 7/1/2032 |
| Guaynabo | 3000323100010702 | Sales Tax Obligations | | 13,882.01 | N | 1.25 | 7/1/2032 |
| Guaynabo | 3000323100010704 | Sales Tax Obligations | | 15,031.27 | P | 1.5 | 7/1/2023 |
| Guaynabo | 3000323100010705 | Sales Tax Obligations | | 8,693.76 | P | 1.5 | 7/1/2033 |
| Gurabo | 3000333100010201 | Operational Loans | 1,462,885.81 | 13,301.75 | N | 1.25 | 7/1/2027 |
| Gurabo | 3000333100010203 | Municipal General Obligation | 5,504,930.73 | 49,411.49 | N | 1.25 | 7/1/2031 |
| Gurabo | 3000333100010204 | Municipal General Obligation | | 6,963.17 | N | 1.25 | 7/1/2032 |
| Gurabo | 3000333100010205 | Municipal General Obligation | | 1,517.61 | N | 1.25 | 7/1/2032 |
| Gurabo | 3000333100010206 | Municipal General Obligation | | 5,311.59 | N | 1.25 | 7/1/2032 |
| Gurabo | 3000333100010207 | Municipal General Obligation | 4,929,375.35 | 50,438.16 | N | 1.25 | 7/1/2032 |
| Gurabo | 3000333100010208 | Municipal General Obligation | 509,033.34 | 8,168.33 | N | 1.25 | 7/1/2032 |
| Gurabo | 3000333100010209 | Municipal General Obligation | | 2,008.62 | N | 1.25 | 7/1/2032 |
| Gurabo | 3000333100010213 | Municipal General Obligation | 4,770,577.78 | 98,718.74 | P | 1.5 | 7/1/2036 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Gurabo | 30003331000100214 | Municipal General Obligation | | 4,631.24 | P | 1.5 | 7/1/2019 |
| Gurabo | 30003331000100215 | Municipal General Obligation | | 2,275.00 | P | 1.5 | 7/1/2019 |
| Gurabo | 30003331000100216 | Municipal General Obligation | | 53,287.52 | P | 1.5 | 7/1/2034 |
| Gurabo | 30003331000100701 | Sales Tax Obligations | | 1,080.21 | N | 1.25 | 7/1/2019 |
| Gurabo | 30003331000100704 | Sales Tax Obligations | 12,556.28 | 4,387.49 | P | 1.5 | 7/1/2019 |
| Hatillo | 30003431000100204 | Municipal General Obligation | | 20,755.51 | N | 1.25 | 7/1/2029 |
| Hatillo | 30003431000100205 | Municipal General Obligation | | 10,667.89 | N | 1.25 | 7/1/2033 |
| Hatillo | 30003431000100701 | Sales Tax Obligations | | 10,318.74 | P | 1.5 | 7/1/2025 |
| Hatillo | 30003431500100201 | Municipal Lines of Credit | | 234,641.89 | N | 1.25 | 6/30/2012 |
| Hormigueros | 30003531000100202 | Municipal General Obligation | 87,429.84 | 5,490.21 | N | 1.25 | 7/1/2031 |
| Hormigueros | 30003531000100211 | Municipal General Obligation | | 3,737.50 | P | 1.5 | 7/1/2034 |
| Hormigueros | 30003531000100212 | Municipal General Obligation | | 1,056.24 | P | 1.5 | 7/1/2019 |
| Hormigueros | 30003531000100702 | Sales Tax Obligations | | 955.22 | N | 1.25 | 7/1/2032 |
| Hormigueros | 30003531000100703 | Sales Tax Obligations | 787,903.33 | 7,070.43 | N | 1.25 | 7/1/2032 |
| Hormigueros | 30003531000100704 | Sales Tax Obligations | | 2,722.84 | N | 1.25 | 7/1/2032 |
| Hormigueros | 30003531000100705 | Sales Tax Obligations | 274,016.64 | 29,250.00 | P | 1.5 | 7/1/2037 |
| Humacao | 30003631000100202 | Municipal General Obligation | | 19,550.34 | N | 1.25 | 7/1/2027 |
| Isabela | 30003731000100201 | Municipal General Obligation | 1,815,000.00 | 15,068.30 | N | 1 | 7/1/2026 |
| Isabela | 30003731000100203 | Municipal General Obligation | | 1,562.23 | N | 1.25 | 7/1/2021 |
| Isabela | 30003731000100205 | Municipal General Obligation | 255,578.19 | 18,687.52 | P | 1.5 | 7/1/2025 |
| Isabela | 30003731000100206 | Municipal General Obligation | 1,267,388.58 | 27,624.98 | P | 1.5 | 7/1/2028 |
| Isabela | 30003731000100207 | Municipal General Obligation | | 21,937.50 | P | 1.5 | 7/1/2036 |
| Isabela | 30003731000100701 | Sales Tax Obligations | 1,460,844.19 | 51,431.25 | P | 1.5 | 7/1/2036 |
| Jayuya | 30003831000100202 | Municipal General Obligation | 89,147.84 | 1,951.00 | N | 1 | 7/1/2027 |
| Jayuya | 30003831000100203 | Municipal General Obligation | 340,184.33 | 7,881.26 | P | 1.5 | 7/1/2038 |
| Jayuya | 30003831000100205 | Operational Loans | | 2,053.29 | N | 1.25 | 7/1/2028 |
| Jayuya | 30003831000100209 | Operational Loans | 289,787.70 | 3,258.48 | N | 1.25 | 7/1/2032 |
| Jayuya | 30003831000100210 | Operational Loans | 236,862.93 | 4,945.75 | N | 1.25 | 7/1/2032 |
| Jayuya | 30003831000100213 | Municipal General Obligation | | 1,383.68 | N | 1.25 | 7/1/2022 |
| Jayuya | 30003831000100701 | Sales Tax Obligations | 2,610,733.87 | 24,746.59 | N | 1.25 | 7/1/2033 |
| Jayuya | 30003831000100702 | Sales Tax Obligations | 2,045,846.02 | 41,031.25 | P | 1.5 | 7/1/2035 |
| Jayuya | 30003831000100704 | Sales Tax Obligations | 844,176.66 | 15,112.50 | P | 1.5 | 7/1/2035 |
| Jayuya | 30003831000100705 | Sales Tax Obligations | | 1,218.75 | P | 1.5 | 7/1/2019 |
| Jayuya | 30003831500100202 | Municipal Lines of Credit | 998,100.15 | 249,977.25 | F | 5.5 | 10/30/2014 |
| Juana Díaz | 30003931000100205 | Municipal General Obligation | 1,593,329.72 | 14,238.71 | N | 1.25 | 7/1/2031 |
| Juana Díaz | 30003931000100206 | Municipal General Obligation | 1,389,248.51 | 12,453.29 | N | 1.25 | 7/1/2031 |
| Juana Díaz | 30003931000100207 | Municipal General Obligation | | 1,740.78 | N | 1.25 | 7/1/2022 |
| Juana Díaz | 30003931000100208 | Municipal General Obligation | 2,063,922.48 | 38,593.73 | P | 1.5 | 7/1/2034 |
| Juana Díaz | 30003931000100210 | Municipal General Obligation | 234,693.31 | 10,481.25 | P | 1.5 | 7/1/2025 |
| Juana Díaz | 30003931000100211 | Operational Loans | 329,769.19 | 14,364.98 | P | 1.5 | 8/11/2015 |
| Juana Díaz | 30003931000100701 | Sales Tax Obligations | 2,963,482.47 | 31,602.81 | N | 1.25 | 7/1/2033 |
| Juana Díaz | 30003931000100703 | Sales Tax Obligations | 701,817.47 | 11,456.25 | P | 1.5 | 7/1/2035 |
| Juana Díaz | 30003931000100704 | Sales Tax Obligations | 749,733.67 | 12,187.50 | P | 1.5 | 7/1/2035 |
| Juana Díaz | 30003931000100705 | Sales Tax Obligations | | 1,625.01 | P | 1.5 | 7/1/2019 |
| Juana Díaz | 30003931000100706 | Sales Tax Obligations | 378,858.97 | 7,393.74 | P | 1.5 | 7/1/2025 |
| Juncos | 30004031000100201 | Municipal General Obligation | | 7,718.74 | P | 1.5 | 7/1/2028 |
| Juncos | 30004031000100204 | Municipal General Obligation | | 2,544.21 | N | 1.25 | 7/1/2031 |
| Juncos | 30004031000100206 | Municipal General Obligation | | 1,787.49 | P | 1.5 | 7/1/2034 |
| Juncos | 30004031000100207 | Municipal General Obligation | 402,444.10 | 7,007.78 | N | 1.25 | 7/1/2034 |
| Juncos | 30004031000100208 | Operational Loans | 1,499,440.66 | 16,381.68 | N | 1.25 | 7/1/2028 |
| Juncos | 30004031000100210 | Municipal General Obligation | 5,613,636.83 | 51,554.00 | N | 1.25 | 7/1/2033 |
| Juncos | 30004031000100211 | Municipal General Obligation | | 3,570.85 | N | 1.25 | 7/1/2033 |
| Juncos | 30004031000100212 | Municipal General Obligation | | 487.52 | P | 1.5 | 7/1/2034 |
| Juncos | 30004031000100213 | Municipal General Obligation | 2,073,255.23 | 33,800.02 | P | 1.5 | 7/1/2034 |
| Juncos | 30004031000100214 | Municipal General Obligation | | 6,743.76 | P | 1.5 | 7/1/2034 |
| Juncos | 30004031000100215 | Municipal General Obligation | 6,366,397.21 | 103,918.73 | P | 1.5 | 7/1/2034 |
| Juncos | 30004031000100216 | Municipal General Obligation | 4,485,977.14 | 78,081.22 | P | 1.5 | 7/1/2034 |
| Juncos | 30004031000100216 | Municipal General Obligation | | 1,625.01 | P | 1.5 | 7/1/2021 |
| Juncos | 30004031000100701 | Sales Tax Obligations | 509,800.50 | 9,831.25 | P | 1.5 | 7/1/2035 |
| Juncos | 30004031000100702 | Sales Tax Obligations | 237,983.68 | 4,062.52 | P | 1.5 | 7/1/2030 |
| Juncos | 30004031000100703 | Sales Tax Obligations | 664,203.56 | 10,806.24 | P | 1.5 | 7/1/2035 |
| Juncos | 30004031000100705 | Sales Tax Obligations | 1,096,266.05 | 18,525.00 | P | 1.5 | 7/1/2026 |
| Juncos | 30004031000100707 | Sales Tax Obligations | 179,956.07 | 3,331.26 | P | 1.5 | 7/1/2022 |
| Juncos | 30004031000100708 | Sales Tax Obligations | | 568.74 | P | 1.5 | 7/1/2019 |
| Juncos | 30004031500100202 | Municipal Lines of Credit | 8,870,921.14 | 3,366,527.69 | F | 6.62 | 12/31/2017 |
| Lajas | 30004131000100206 | Municipal General Obligation | 838,409.07 | 12,096.24 | N | 1.25 | 7/1/2030 |
| Lajas | 30004131000100209 | Municipal General Obligation | | 3,331.26 | P | 1.5 | 7/1/2025 |
| Lajas | 30004131000100213 | Municipal General Obligation | 2,897,252.43 | 47,125.00 | P | 1.5 | 7/1/2039 |
| Lajas | 30004131000100702 | Sales Tax Obligations | 1,704,785.55 | 15,310.41 | N | 1.25 | 7/1/2032 |
| Lajas | 30004131000100704 | Sales Tax Obligations | 1,283,198.60 | 23,968.74 | P | 1.5 | 7/1/2035 |
| Lares | 30004231000100201 | Municipal General Obligation | | 4,285.04 | N | 1.25 | 7/1/2031 |
| Lares | 30004231000100702 | Sales Tax Obligations | | 6,581.25 | P | 1.5 | 7/1/2021 |
| Las Marías | 30004331000100201 | Operational Loans | 455,000.00 | 6,825.00 | F | 6 | 7/1/2028 |
| Las Marías | 30004331000100202 | Operational Loans | | 241.03 | N | 1.25 | 7/1/2019 |
| Las Marías | 30004331000100203 | Operational Loans | 350,000.00 | 3,124.59 | N | 1.25 | 7/1/2024 |
| Las Marías | 30004331000100208 | Operational Loans | 7,045.87 | 2,739.78 | N | 1 | 7/1/2024 |
| Las Marías | 30004331000100209 | Operational Loans | | 1,868.03 | N | 1 | 7/1/2025 |
| Las Marías | 30004331000100701 | Sales Tax Obligations | 2,040,999.61 | 18,220.69 | N | 1.25 | 7/1/2032 |
| Las Marías | 30004331000100703 | Sales Tax Obligations | 389,985.69 | 4,954.66 | N | 1.25 | 7/1/2032 |
| Las Marías | 30004331000100704 | Sales Tax Obligations | 660,000.00 | 5,892.04 | N | 1.25 | 7/1/2032 |
| Las Marías | 30004331000100705 | Sales Tax Obligations | | 687.42 | N | 1.25 | 7/1/2033 |
| Las Marías | 30004331000100706 | Sales Tax Obligations | 430,000.00 | 6,987.52 | P | 1.5 | 7/1/2035 |
| Las Marías | 30004331500100202 | Municipal Lines of Credit | 92,992.10 | 30,775.81 | F | 6 | 6/30/2015 |
| Las Piedras | 30004431000100201 | Municipal General Obligation | | 3,749.39 | N | 1.25 | 7/1/2027 |
| Las Piedras | 30004431000100205 | Municipal General Obligation | 15,023.33 | 5,534.77 | N | 1.25 | 7/1/2030 |
| Las Piedras | 30004431000100207 | Operational Loans | | 2,193.76 | P | 1.5 | 7/1/2019 |
| Las Piedras | 30004431000100210 | Municipal General Obligation | 1,815,106.01 | 57,687.51 | P | 1.5 | 7/1/2036 |
| Las Piedras | 30004431000100211 | Municipal General Obligation | 8,363,643.87 | 135,931.26 | P | 1.5 | 7/1/2036 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Las Piedras | 30004431000100702 | Sales Tax Obligations | 1,412,404.01 | 15,712.12 | N | 1.25 | 7/1/2032 |
| Las Piedras | 30004431000100703 | Sales Tax Obligations | 1,428,107.47 | 24,618.74 | P | 1.5 | 7/1/2035 |
| Las Piedras | 30004431000100704 | Sales Tax Obligations | 681,048.74 | 21,693.75 | P | 1.5 | 7/1/2035 |
| Las Piedras | 30004431000100705 | Sales Tax Obligations | | 10,968.75 | P | 1.5 | 7/1/2035 |
| Loiza | 30004531000100202 | Municipal General Obligation | 628,750.01 | 5,624.05 | N | 1.25 | 7/1/2032 |
| Loiza | 30004531000100204 | Municipal General Obligation | 299,095.81 | 2,947.30 | N | 1 | 7/1/2026 |
| Loiza | 30004531000100205 | Operational Loans | 254,005.80 | 2,410.39 | N | 1.25 | 7/1/2028 |
| Loiza | 30004531000100206 | Municipal General Obligation | 375,000.00 | 3,347.66 | N | 1.25 | 7/1/2024 |
| Loiza | 30004531000100207 | Municipal General Obligation | | 490.97 | N | 1.25 | 7/1/2028 |
| Loiza | 30004531000100208 | Municipal General Obligation | | 580.27 | N | 1.25 | 7/1/2028 |
| Loiza | 30004531000100212 | Municipal General Obligation | 643,824.37 | 10,481.27 | P | 1.5 | 7/1/2031 |
| Loiza | 30004531000100213 | Municipal General Obligation | 1,359,738.28 | 22,181.25 | P | 1.5 | 7/1/2037 |
| Loiza | 30004531000100214 | Municipal General Obligation | 1,472,591.03 | 25,431.23 | P | 1.5 | 7/1/2032 |
| Loiza | 30004531000100702 | Sales Tax Obligations | 315,852.01 | 10,074.98 | P | 1.5 | 7/1/2035 |
| Luquillo | 30004631000100203 | Municipal General Obligation | 2,019,929.70 | 18,032.73 | F | 3.57 | 7/1/2032 |
| Luquillo | 30004631000100205 | Municipal General Obligation | 409,050.75 | 11,700.01 | P | 1.5 | 7/1/2025 |
| Luquillo | 30004631000100206 | Municipal General Obligation | 1,008,672.34 | 16,412.50 | P | 1.5 | 7/1/2026 |
| Luquillo | 30004631000100701 | Sales Tax Obligations | 1,096,179.59 | 21,961.26 | N | 1.25 | 7/1/2032 |
| Luquillo | 30004631000100703 | Sales Tax Obligations | | 1,543.73 | P | 1.5 | 7/1/2021 |
| Luquillo | 30004631000100704 | Sales Tax Obligations | | 39,406.27 | P | 1.5 | 7/1/2036 |
| Luquillo | 30004631000100705 | Sales Tax Obligations | | 8,368.74 | P | 1.5 | 7/1/2026 |
| Luquillo | 30004631000100706 | Sales Tax Obligations | | 11,618.76 | P | 1.5 | 7/1/2026 |
| Manati | 30004731000100203 | Operational Loans | 988,810.53 | 8,551.43 | N | 1 | 7/1/2026 |
| Manati | 30004731000100205 | Municipal General Obligation | 725,000.00 | 6,472.14 | N | 1.25 | 7/1/2030 |
| Manati | 30004731000100206 | Municipal General Obligation | | 1,651.49 | N | 1.25 | 7/1/2030 |
| Manati | 30004731000100207 | Municipal General Obligation | | 1,785.42 | N | 1.25 | 7/1/2031 |
| Manati | 30004731000100209 | Municipal General Obligation | 22,769.18 | 7,320.21 | N | 1.25 | 7/1/2031 |
| Manati | 30004731000100210 | Municipal General Obligation | | 4,061.82 | N | 1.25 | 7/1/2031 |
| Manati | 30004731000100212 | Municipal General Obligation | 2,280,805.34 | 20,398.43 | N | 1.25 | 7/1/2031 |
| Manati | 30004731000100213 | Revenue Loans | 6,718,196.09 | 105,105.00 | F | 6 | 7/1/2033 |
| Manati | 30004731000100215 | Municipal General Obligation | 1,222,975.68 | 19,987.50 | P | 1.5 | 7/1/2036 |
| Manati | 30004731000100217 | Municipal General Obligation | 2,590,000.00 | 42,087.51 | P | 1.5 | 7/1/2023 |
| Manati | 30004731000100218 | Municipal General Obligation | 4,698,213.14 | 79,950.01 | P | 1.5 | 7/1/2036 |
| Manati | 30004731000100219 | Municipal General Obligation | 1,417,214.19 | 23,075.02 | P | 1.5 | 7/1/2037 |
| Manati | 30004731000100220 | Municipal General Obligation | 2,447,683.46 | 45,743.77 | P | 1.5 | 7/1/2032 |
| Manati | 30004731000100221 | Revenue Loans | 5,730,666.73 | 69,853.79 | P | 1.5 | 7/1/2038 |
| Manati | 30004731000100701 | Sales Tax Obligations | 4,619,862.36 | 45,877.62 | N | 1.25 | 7/1/2032 |
| Manati | 30004731000100702 | Sales Tax Obligations | 372,657.26 | 8,605.94 | N | 1.25 | 7/1/2032 |
| Manati | 30004731000100703 | Sales Tax Obligations | 1,453,628.92 | 38,756.25 | P | 1.5 | 7/1/2031 |
| Maricao | 30004831000100202 | Operational Loans | 413,191.39 | 4,524.77 | N | 1 | 7/1/2026 |
| Maricao | 30004831000100203 | Municipal General Obligation | 370,000.00 | 3,303.03 | N | 1.25 | 7/1/2028 |
| Maricao | 30004831000100204 | Municipal General Obligation | | 1,706.25 | P | 1.5 | 7/1/2034 |
| Maricao | 30004831000100205 | Municipal General Obligation | 24,308.85 | 2,924.99 | P | 1.5 | 7/1/2036 |
| Maricao | 30004831000100206 | Municipal General Obligation | | 4,199.98 | P | 1.5 | 7/1/2021 |
| Maricao | 30004831000100701 | Sales Tax Obligations | 1,461,257.08 | 19,327.73 | N | 1.25 | 7/1/2025 |
| Maricao | 30004831000100703 | Sales Tax Obligations | | 446.38 | N | 1.25 | 7/1/2023 |
| Maricao | 30004831000100704 | Sales Tax Obligations | 236,212.74 | 10,887.51 | P | 1.5 | 7/1/2030 |
| Maricao | 30004831000100706 | Sales Tax Obligations | 3,150,000.00 | 51,187.50 | P | 1.5 | 7/1/2035 |
| Maunabo | 30004931000100201 | Municipal General Obligation | 837,203.13 | 7,543.43 | N | 1.25 | 7/1/2032 |
| Maunabo | 30004931000100203 | Municipal General Obligation | 831,076.63 | 13,568.74 | P | 1.5 | 7/1/2034 |
| Maunabo | 30004931000100204 | Municipal General Obligation | 585,625.38 | 9,587.49 | P | 1.5 | 7/1/2029 |
| Maunabo | 30004931000100206 | Municipal General Obligation | 214,402.31 | 8,450.02 | P | 1.5 | 7/1/2036 |
| Maunabo | 30004931000100207 | Operational Loans | 2,136,881.20 | 35,912.49 | P | 1.5 | 7/1/2038 |
| Maunabo | 30004931000100701 | Sales Tax Obligations | 3,808,887.69 | 34,057.82 | N | 1.25 | 7/1/2032 |
| Maunabo | 30004931000100702 | Sales Tax Obligations | 1,754,157.43 | 28,599.99 | P | 1.5 | 7/1/2037 |
| Maunabo | 30004931000100703 | Sales Tax Obligations | | 1,300.00 | P | 1.5 | 7/1/2019 |
| Maunabo | 30004931000100704 | Sales Tax Obligations | 474,947.02 | 7,718.77 | P | 1.5 | 7/1/2027 |
| Maunabo | 30004931000100705 | Sales Tax Obligations | 225,429.04 | 3,737.49 | P | 1.5 | 7/1/2034 |
| Maunabo | 30004931000100706 | Sales Tax Obligations | 134,780.42 | 2,274.99 | P | 1.5 | 7/1/2020 |
| Mayaguez | 30005031000100209 | Municipal General Obligation | | 118,950.01 | P | 1.5 | 7/1/2028 |
| Mayaguez | 30005031000100210 | Municipal General Obligation | 1,653,264.79 | 273,325.00 | P | 1.5 | 7/1/2031 |
| Mayaguez | 30005031000100211 | Municipal General Obligation | 6,477,923.15 | 113,668.74 | P | 1.5 | 7/1/2036 |
| Mayaguez | 30005031000100212 | Municipal General Obligation | | 5,200.00 | P | 1.5 | 7/1/2019 |
| Mayaguez | 30005031000100213 | Municipal General Obligation | | 79,462.51 | P | 1.5 | 7/1/2027 |
| Mayaguez | 30005031000100214 | Operational Loans | | 88,806.24 | P | 1.5 | 7/1/2028 |
| Mayaguez | 30005031000100701 | Sales Tax Obligations | | 30,143.76 | P | 1.5 | 7/1/2025 |
| Mayaguez | 30005031000100702 | Sales Tax Obligations | | 10,664.88 | P | 1.5 | 7/1/2026 |
| Moca | 30005131000100201 | Municipal General Obligation | 123,923.15 | 2,812.07 | N | 1.25 | 7/1/2032 |
| Moca | 30005131000100203 | Operational Loans | 158,082.31 | 2,231.85 | N | 1.25 | 7/1/2027 |
| Moca | 30005131000100204 | Municipal General Obligation | | 1,606.88 | N | 1.25 | 7/1/2030 |
| Moca | 30005131000100205 | Municipal General Obligation | | 1,606.91 | N | 1.25 | 7/1/2021 |
| Moca | 30005131000100206 | Municipal General Obligation | 695,966.55 | 6,293.62 | N | 1.25 | 7/1/2032 |
| Moca | 30005131000100208 | Municipal General Obligation | | 1,299.99 | P | 1.5 | 7/1/2034 |
| Moca | 30005131000100209 | Municipal General Obligation | | 2,762.50 | P | 1.5 | 7/1/2036 |
| Moca | 30005131000100210 | Municipal General Obligation | 457,767.63 | 9,343.75 | P | 1.5 | 7/1/2036 |
| Moca | 30005131000100211 | Municipal General Obligation | | 1,868.56 | P | 1.5 | 7/1/2027 |
| Moca | 30005131000100212 | Municipal General Obligation | | 3,371.88 | P | 1.5 | 7/1/2028 |
| Moca | 30005131000100213 | Municipal General Obligation | 549,586.90 | 8,937.52 | P | 1.5 | 7/1/2035 |
| Moca | 30005131000100214 | Municipal General Obligation | 1,783,106.07 | 45,906.24 | P | 1.5 | 7/1/2035 |
| Moca | 30005131000100215 | Municipal General Obligation | | 3,575.02 | P | 1.5 | 7/1/2038 |
| Moca | 30005131000100702 | Sales Tax Obligations | 1,397,607.41 | 27,137.49 | P | 1.5 | 7/1/2034 |
| Moca | 30005131000100703 | Sales Tax Obligations | 1,972,808.02 | 44,525.02 | P | 1.5 | 7/1/2032 |
| Moca | 30005131000100704 | Sales Tax Obligations | 378,674.95 | 7,556.25 | P | 1.5 | 7/1/2032 |
| Morovis | 30005231000100201 | Operational Loans | 73,594.23 | 2,812.13 | N | 1.25 | 7/1/2029 |
| Morovis | 30005231000100206 | Municipal General Obligation | | 223.17 | N | 1.25 | 7/1/2019 |
| Morovis | 30005231000100207 | Operational Loans | 1,255,000.00 | 11,203.81 | N | 1.25 | 7/1/2027 |
| Morovis | 30005231000100209 | Operational Loans | 1,360,000.00 | 12,141.19 | N | 1.25 | 7/1/2027 |
| Morovis | 30005231000100211 | Operational Loans | 442,618.84 | 7,312.50 | P | 1.5 | 7/1/2024 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Morovis | 3000523100010021 | Municipal General Obligation | | 8,856.24 | P | 1.5 | 7/1/2034 |
| Morovis | 3000523100010021 | Municipal General Obligation | | 5,687.49 | P | 1.5 | 7/1/2035 |
| Morovis | 3000523100010021 | Municipal General Obligation | | 11,131.27 | P | 1.5 | 7/1/2035 |
| Morovis | 3000523100010021 | Municipal General Obligation | 555,765.16 | 10,156.24 | P | 1.5 | 7/1/2025 |
| Morovis | 3000523100010021 | Revenue Loans | 1,308,662.59 | 62,028.96 | P | 1.5 | 4/1/2016 |
| Morovis | 3000523100010070 | Sales Tax Obligations | 397,237.67 | 6,963.34 | N | 1.25 | 7/1/2032 |
| Morovis | 3000523100010070 | Sales Tax Obligations | 2,115,600.31 | 18,925.95 | N | 1.25 | 7/1/2032 |
| Morovis | 3000523100010070 | Sales Tax Obligations | 3,299,459.55 | 53,625.00 | P | 1.5 | 7/1/2035 |
| Naguabo | 3000533100010020 | Municipal General Obligation | | 937.35 | N | 1.25 | 7/1/2019 |
| Naguabo | 3000533100010020 | Municipal General Obligation | | 9,100.00 | P | 1.5 | 7/1/2027 |
| Naguabo | 3000533100010020 | Municipal General Obligation | 1,194,258.30 | 25,187.49 | P | 1.5 | 7/1/2038 |
| Naguabo | 3000533100010070 | Sales Tax Obligations | 1,497,710.94 | 40,543.74 | P | 1.5 | 7/1/2031 |
| Naranjito | 3000543100010020 | Municipal General Obligation | 1,450,585.43 | 20,800.12 | N | 1.25 | 7/1/2031 |
| Naranjito | 3000543100010020 | Municipal General Obligation | 2,942,932.85 | 48,343.74 | P | 1.5 | 7/1/2034 |
| Naranjito | 3000543100010020 | Operational Loans | 10,619.77 | 4,712.48 | P | 1.5 | 7/1/2034 |
| Naranjito | 3000543100010020 | Municipal General Obligation | | 4,468.56 | P | 1.5 | 7/1/2034 |
| Naranjito | 3000543100010020 | Operational Loans | 842,346.07 | 14,056.27 | P | 1.5 | 7/1/2035 |
| Naranjito | 3000543100010020 | Municipal General Obligation | | 8,125.00 | P | 1.5 | 7/1/2030 |
| Naranjito | 3000543100010020 | Municipal General Obligation | | 8,368.75 | P | 1.5 | 7/1/2037 |
| Naranjito | 3000543100010020 | Municipal General Obligation | | 1,218.75 | P | 1.5 | 7/1/2019 |
| Naranjito | 3000543100010070 | Sales Tax Obligations | 1,966,830.94 | 18,390.33 | N | 1.25 | 7/1/2032 |
| Naranjito | 3000543100010070 | Sales Tax Obligations | | 2,925.00 | P | 1.5 | 7/1/2034 |
| Naranjito | 3000543100010070 | Sales Tax Obligations | 1,264,739.37 | 20,556.24 | P | 1.5 | 7/1/2035 |
| Naranjito | 3000543100010070 | Sales Tax Obligations | 1,141,169.85 | 19,987.50 | P | 1.5 | 7/1/2036 |
| Naranjito | 3000543100010070 | Sales Tax Obligations | | 8,287.50 | P | 1.5 | 7/1/2037 |
| Orocovis | 3000553100010020 | Municipal General Obligation | 495,000.00 | 4,418.88 | N | 1.25 | 7/1/2031 |
| Orocovis | 3000553100010020 | Municipal General Obligation | | 812.47 | P | 1.5 | 7/1/2019 |
| Orocovis | 3000553100010020 | Municipal General Obligation | 246,598.58 | 3,570.84 | N | 1.25 | 7/1/2026 |
| Orocovis | 3000553100010020 | Operational Loans | 38,840.56 | 1,868.76 | P | 1.5 | 7/1/2024 |
| Orocovis | 3000553100010070 | Sales Tax Obligations | 1,465,000.00 | 23,806.26 | P | 1.5 | 7/1/2024 |
| Orocovis | 3000553100010070 | Sales Tax Obligations | 140,000.00 | 2,275.00 | P | 1.5 | 7/1/2026 |
| Orocovis | 3000553100010070 | Sales Tax Obligations | 14,535.05 | 650.01 | P | 1.5 | 7/1/2026 |
| Patillas | 3000563100010020 | Municipal General Obligation | | 267.82 | N | 1.25 | 7/1/2021 |
| Patillas | 3000563100010020 | Municipal General Obligation | 282.97 | 2,722.74 | N | 1.25 | 7/1/2031 |
| Patillas | 3000563100010020 | Municipal General Obligation | 299,141.83 | 2,678.15 | N | 1.25 | 7/1/2033 |
| Patillas | 3000563100010020 | Municipal General Obligation | 2,728,099.25 | 44,362.51 | P | 1.5 | 7/1/2036 |
| Patillas | 3000563100010070 | Sales Tax Obligations | 2,025,033.38 | 34,682.71 | N | 1.25 | 7/1/2035 |
| Patillas | 3000563100010070 | Sales Tax Obligations | 2,900,000.00 | 47,124.99 | P | 1.5 | 7/1/2035 |
| Patillas | 3000563100010070 | Sales Tax Obligations | 160,270.41 | 8,043.75 | P | 1.5 | 7/1/2024 |
| Penuelas | 3000573100010020 | Operational Loans | 1,065,000.00 | 8,842.02 | N | 1 | 7/1/2026 |
| Penuelas | 3000573100010020 | Municipal General Obligation | | 416.76 | N | 1 | 7/1/2026 |
| Penuelas | 3000573100010020 | Municipal General Obligation | 1,090,000.00 | 9,730.53 | N | 1.25 | 7/1/2030 |
| Penuelas | 3000573100010020 | Operational Loans | 2,451,000.00 | 21,880.92 | N | 1.25 | 7/1/2030 |
| Penuelas | 3000573100010020 | Municipal General Obligation | 933,614.54 | 8,346.83 | N | 1.25 | 7/1/2030 |
| Penuelas | 3000573100010020 | Operational Loans | 469,147.16 | 6,683.40 | N | 1 | 7/1/2026 |
| Penuelas | 3000573100010020 | Municipal General Obligation | | 5,354.86 | N | 1 | 7/1/2026 |
| Penuelas | 3000573100010020 | Municipal General Obligation | 1,204,060.50 | 10,757.16 | N | 1.25 | 7/1/2032 |
| Penuelas | 3000573100010021 | Municipal General Obligation | 234,593.40 | 13,812.51 | P | 1.5 | 7/1/2035 |
| Penuelas | 3000573100010070 | Sales Tax Obligations | 1,566,099.00 | 14,015.93 | N | 1.25 | 7/1/2032 |
| Penuelas | 3000573100010070 | Sales Tax Obligations | 1,208,521.80 | 12,676.81 | N | 1.25 | 7/1/2033 |
| Penuelas | 3000573100010070 | Sales Tax Obligations | 1,778,495.08 | 28,925.00 | P | 1.5 | 7/1/2035 |
| Ponce | 3000583100010020 | Municipal General Obligation | 13,010,000.00 | 211,412.51 | P | 1.5 | 7/1/2034 |
| Ponce | 3000583100010020 | Municipal General Obligation | | 42,575.02 | P | 1.5 | 7/1/2035 |
| Ponce | 3000583100010020 | Municipal General Obligation | | 9,181.26 | P | 1.5 | 7/1/2035 |
| Ponce | 3000583100010021 | Municipal General Obligation | 3,832,361.01 | 62,318.77 | P | 1.5 | 7/1/2035 |
| Ponce | 3000583100010021 | Municipal General Obligation | 11,049,049.19 | 179,562.51 | P | 1.5 | 7/1/2035 |
| Ponce | 3000583100010021 | Municipal General Obligation | | 25,268.77 | P | 1.5 | 7/1/2026 |
| Ponce | 3000583100010021 | Municipal General Obligation | 11,368,000.00 | 184,730.01 | P | 1.5 | 7/1/2036 |
| Ponce | 3000583100010021 | Municipal General Obligation | 522,965.75 | 46,149.99 | P | 1.5 | 7/1/2036 |
| Ponce | 3000583100010021 | Municipal General Obligation | | 7,393.74 | P | 1.5 | 7/1/2024 |
| Ponce | 3000583100010021 | Municipal General Obligation | | 6,418.74 | P | 1.5 | 7/1/2024 |
| Ponce | 3000583100010021 | Municipal General Obligation | | 21,856.26 | P | 1.5 | 7/1/2032 |
| Ponce | 3000583100010022 | Municipal General Obligation | | 7,312.48 | P | 1.5 | 7/1/2037 |
| Ponce | 3000583100010022 | Municipal General Obligation | | 2,681.26 | P | 1.5 | 7/1/2037 |
| Ponce | 3000583100010022 | Municipal General Obligation | 9,091,723.52 | 149,256.25 | P | 1.5 | 7/1/2025 |
| Ponce | 3000583100010022 | Municipal General Obligation | 9,794,524.93 | 160,550.00 | P | 1.5 | 7/1/2038 |
| Ponce | 3000583100010070 | Sales Tax Obligations | 11,385,156.43 | 180,153.78 | N | 1.25 | 7/1/2032 |
| Quebradillas | 3000593100010020 | Municipal General Obligation | | 1,651.50 | N | 1.25 | 7/1/2019 |
| Quebradillas | 3000593100010020 | Municipal General Obligation | 875,000.00 | 7,811.21 | N | 1.25 | 7/1/2024 |
| Quebradillas | 3000593100010020 | Municipal General Obligation | 165,976.29 | 6,159.67 | N | 1.25 | 7/1/2027 |
| Quebradillas | 3000593100010020 | Operational Loans | 1,085,000.00 | 9,008.04 | N | 1 | 7/1/2026 |
| Quebradillas | 3000593100010020 | Operational Loans | | 2,894.18 | N | 1 | 7/1/2027 |
| Quebradillas | 3000593100010020 | Operational Loans | 287,312.90 | 3,437.02 | N | 1.25 | 7/1/2028 |
| Quebradillas | 3000593100010020 | Municipal General Obligation | 954,684.87 | 22,831.25 | P | 1.5 | 7/1/2034 |
| Quebradillas | 3000593100010021 | Municipal General Obligation | | 893.77 | P | 1.5 | 7/1/2029 |
| Quebradillas | 3000593100010070 | Sales Tax Obligations | 1,355,084.74 | 51,512.49 | P | 1.5 | 7/1/2036 |
| Rincon | 3000603100010020 | Operational Loans | | 3,124.60 | N | 1.25 | 7/1/2027 |
| Rincon | 3000603100010020 | Municipal General Obligation | | 3,392.30 | N | 1.25 | 7/1/2032 |
| Rincon | 3000603100010020 | Municipal General Obligation | | 1,874.70 | N | 1.25 | 7/1/2023 |
| Rincon | 3000603100010020 | Municipal General Obligation | | 4,387.48 | P | 1.5 | 7/1/2035 |
| Rincon | 3000603100010020 | Municipal General Obligation | | 14,462.50 | P | 1.5 | 7/1/2035 |
| Rincon | 3000603100010021 | Municipal General Obligation | | 32,581.26 | P | 1.5 | 7/1/2033 |
| Rincon | 3000603100010070 | Sales Tax Obligations | | 6,525.91 | N | 1.25 | 7/1/2024 |
| Rincon | 3000603150010020 | Municipal Lines of Credit | | 19,408.94 | N | 1.25 | 6/30/2008 |
| Rincon | 3000603150010020 | Municipal Lines of Credit | | 39,190.57 | P | 1.5 | 6/10/2017 |
| Rio Grande | 3000613100010020 | Municipal General Obligation | 2,590,000.00 | 23,121.15 | N | 1.25 | 7/1/2027 |
| Rio Grande | 3000613100010020 | Operational Loans | | 5,758.15 | N | 1.25 | 7/1/2027 |
| Rio Grande | 3000613100010020 | Municipal General Obligation | | 3,347.69 | N | 1.25 | 7/1/2022 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Rio Grande | 3000613100010020 5 | Municipal General Obligation | 2,750,000.00 | 22,830.82 | N | 1 | 7/1/2026 |
| Rio Grande | 3000613100010020 6 | Municipal General Obligation | | 9,100.01 | P | 1.5 | 7/1/2033 |
| Rio Grande | 3000613100010020 8 | Municipal General Obligation | 5,015,638.04 | 81,737.48 | P | 1.5 | 7/1/2029 |
| Rio Grande | 3000613100010021 2 | Municipal General Obligation | 1,277,497.62 | 44,850.01 | P | 1.5 | 7/1/2030 |
| Rio Grande | 3000613100010021 3 | Municipal General Obligation | 2,285,000.00 | 37,131.24 | P | 1.5 | 7/1/2030 |
| Rio Grande | 3000613100010021 4 | Municipal General Obligation | | 20,556.25 | P | 1.5 | 7/1/2026 |
| Rio Grande | 3000613100010070 1 | Sales Tax Obligations | 3,080,000.00 | 50,049.99 | P | 1.5 | 7/1/2028 |
| Rio Grande | 3000613100010070 2 | Sales Tax Obligations | 457,106.96 | 12,187.50 | P | 1.5 | 7/1/2035 |
| Sabana Grande | 3000623100010020 1 | Operational Loans | 355,526.32 | 3,030.36 | N | 1 | 7/1/2028 |
| Sabana Grande | 3000623100010020 3 | Operational Loans | 80,219.92 | 1,517.67 | N | 1.25 | 7/1/2020 |
| Sabana Grande | 3000623100010020 4 | Operational Loans | 860,000.00 | 7,140.04 | N | 1 | 7/1/2025 |
| Sabana Grande | 3000623100010020 5 | Municipal General Obligation | 428,303.66 | 4,151.10 | N | 1.25 | 7/1/2033 |
| Sabana Grande | 3000623100010020 8 | Municipal General Obligation | 864,506.58 | 27,625.00 | P | 1.5 | 7/1/2026 |
| Sabana Grande | 3000623100010020 9 | Municipal General Obligation | | 650.02 | P | 1.5 | 7/1/2026 |
| Sabana Grande | 3000623100010021 0 | Municipal General Obligation | | 4,062.52 | P | 1.5 | 7/1/2037 |
| Sabana Grande | 3000623100010021 1 | Municipal General Obligation | | 243.75 | P | 1.5 | 7/1/2019 |
| Sabana Grande | 3000623100010021 2 | Municipal General Obligation | 190,140.06 | 10,318.73 | P | 1.5 | 7/1/2032 |
| Sabana Grande | 3000623100010070 2 | Sales Tax Obligations | 38,136.63 | 975.00 | P | 1.5 | 7/1/2019 |
| Salinas | 3000633100010020 1 | Operational Loans | 199,176.49 | 2,008.65 | N | 1.25 | 7/1/2028 |
| Salinas | 3000633100010020 2 | Municipal General Obligation | 464,965.94 | 4,151.22 | N | 1.25 | 7/1/2028 |
| Salinas | 3000633100010020 3 | Municipal General Obligation | 594,140.15 | 8,793.18 | N | 1.25 | 7/1/2028 |
| Salinas | 3000633100010021 0 | Municipal General Obligation | | 8,612.48 | P | 1.5 | 7/1/2034 |
| Salinas | 3000633100010021 1 | Municipal General Obligation | 1,076,854.64 | 17,550.01 | P | 1.5 | 7/1/2027 |
| Salinas | 3000633100010021 4 | Municipal General Obligation | 2,969,415.37 | 48,262.49 | P | 1.5 | 7/1/2037 |
| Salinas | 3000633100010021 5 | Municipal General Obligation | 1,230,000.00 | 19,987.50 | P | 1.5 | 7/1/2037 |
| Salinas | 3000633100010070 2 | Sales Tax Obligations | 3,184,734.42 | 51,756.24 | P | 1.5 | 7/1/2035 |
| Salinas | 3000633100010070 4 | Sales Tax Obligations | 784,799.67 | 12,756.24 | P | 1.5 | 7/1/2036 |
| Salinas | 3000633100010070 5 | Sales Tax Obligations | 266,812.16 | 8,450.01 | P | 1.5 | 7/1/2026 |
| Salinas | 3000633100010070 6 | Sales Tax Obligations | | 1,706.26 | P | 1.5 | 7/1/2020 |
| San German | 3000643100010020 4 | Revenue Loans | 2,787,533.73 | 132,461.38 | P | 1.5 | 7/1/2036 |
| San German | 3000643100010020 5 | Revenue Loans | - | 61,642.78 | P | 1.5 | 7/1/2036 |
| San German | 3000643100010020 8 | Operational Loans | 9,797,226.07 | 170,300.01 | P | 1.5 | 7/1/2038 |
| San German | 3000643100010021 1 | Municipal General Obligation | 383,453.49 | 41,737.50 | P | 1.5 | 7/1/2039 |
| San German | 3000643100010070 2 | Sales Tax Obligations | 667,867.86 | 6,972.25 | N | 1.25 | 7/1/2032 |
| San Juan | 3000653100010020 1 | Operational Loans | | 187,251.09 | N | 1.25 | 7/1/2030 |
| San Juan | 3000653100010020 2 | Operational Loans | | 187,251.09 | N | 1.25 | 7/1/2030 |
| San Juan | 3000653100010020 3 | Municipal General Obligation | 16,196,000.00 | 144,583.32 | N | 1.25 | 7/1/2031 |
| San Juan | 3000653100010020 6 | Municipal General Obligation | | 70,791.92 | N | 1.25 | 7/1/2026 |
| San Juan | 3000653100010020 8 | Municipal General Obligation | 12,278,055.53 | 134,888.46 | N | 1.25 | 7/1/2032 |
| San Juan | 3000653100010020 9 | Municipal General Obligation | | 31,914.36 | N | 1.25 | 7/1/2032 |
| San Juan | 3000653100010021 0 | Municipal General Obligation | | 19,371.79 | N | 1.25 | 7/1/2023 |
| San Juan | 3000653100010021 1 | Municipal General Obligation | | 176,068.72 | P | 1.5 | 7/1/2027 |
| San Juan | 3000653100010021 3 | Municipal General Obligation | 23,182,581.36 | 376,756.28 | P | 1.5 | 7/1/2034 |
| San Juan | 3000653100010021 4 | Municipal General Obligation | | 130,812.51 | P | 1.5 | 7/1/2029 |
| San Juan | 3000653100010021 5 | Municipal General Obligation | | 21,775.01 | P | 1.5 | 7/1/2019 |
| San Juan | 3000653100010021 6 | Municipal General Obligation | | 151,368.75 | P | 1.5 | 7/1/2028 |
| San Juan | 3000653100010021 8 | Municipal General Obligation | 22,404,545.63 | 364,081.26 | P | 1.5 | 7/1/2036 |
| San Juan | 3000653100010021 9 | Municipal General Obligation | 63,696,152.56 | 1,405,218.76 | P | 1.5 | 7/1/2038 |
| San Juan | 3000653100010022 0 | Municipal General Obligation | | 53,462.50 | P | 1.5 | 7/1/2019 |
| San Juan | 3000653100010022 1 | Municipal General Obligation | 45,958,472.48 | 746,850.00 | P | 1.5 | 7/1/2038 |
| San Juan | 3000653100010022 2 | Municipal General Obligation | | 873,512.45 | P | 1.5 | 7/1/2039 |
| San Juan | 3000653100010070 2 | Sales Tax Obligations | 25,986,829.22 | 248,805.07 | N | 1.25 | 7/1/2032 |
| San Juan | 3000653100010070 3 | Sales Tax Obligations | 8,467,033.44 | 286,650.00 | P | 1.5 | 7/1/2023 |
| San Lorenzo | 3000663100010020 2 | Operational Loans | 189,261.46 | 6,963.36 | N | 1.25 | 7/1/2033 |
| San Lorenzo | 3000663100010020 5 | Municipal General Obligation | 2,165,287.16 | 19,728.86 | N | 1.25 | 7/1/2033 |
| San Lorenzo | 3000663100010020 6 | Municipal General Obligation | 1,078,938.57 | 15,265.33 | N | 1.25 | 7/1/2033 |
| San Lorenzo | 3000663100010020 8 | Municipal General Obligation | 1,692,214.81 | 29,818.76 | P | 1.5 | 7/1/2034 |
| San Lorenzo | 3000663100010021 0 | Municipal General Obligation | | 1,625.02 | P | 1.5 | 7/1/2036 |
| San Lorenzo | 3000663100010021 1 | Municipal General Obligation | 1,660,000.00 | 26,975.02 | P | 1.5 | 7/1/2036 |
| San Lorenzo | 3000663100010021 2 | Municipal General Obligation | 199,695.45 | 6,093.75 | P | 1.5 | 7/1/2032 |
| San Lorenzo | 3000663100010021 3 | Municipal General Obligation | 1,590,000.00 | 25,837.51 | P | 1.5 | 7/1/2037 |
| San Lorenzo | 3000663100010070 1 | Sales Tax Obligations | | 1,218.76 | P | 1.5 | 7/1/2020 |
| San Lorenzo | 3000663100010070 1 | Sales Tax Obligations | 664,164.09 | 8,302.42 | N | 1.25 | 7/1/2032 |
| San Lorenzo | 3000663100010070 5 | Sales Tax Obligations | 2,396,254.52 | 41,518.74 | P | 1.5 | 7/1/2035 |
| San Lorenzo | 3000663100010070 8 | Sales Tax Obligations | 1,045,000.00 | 16,981.26 | P | 1.5 | 7/1/2037 |
| San Sebastian | 3000673100010020 3 | Municipal General Obligation | 825,000.00 | 7,364.86 | N | 1.25 | 7/1/2031 |
| San Sebastian | 3000673100010020 8 | Municipal General Obligation | 809,759.42 | 13,162.51 | P | 1.5 | 7/1/2034 |
| San Sebastian | 3000673100010020 9 | Municipal General Obligation | 1,228,692.68 | 20,150.02 | P | 1.5 | 7/1/2034 |
| San Sebastian | 3000673100010021 0 | Municipal General Obligation | 103,175.67 | 8,124.99 | P | 1.5 | 7/1/2034 |
| San Sebastian | 3000673100010021 1 | Municipal General Obligation | | 3,656.26 | P | 1.5 | 7/1/2019 |
| San Sebastian | 3000673100010021 2 | Municipal General Obligation | 1,716,883.02 | 28,031.26 | P | 1.5 | 7/1/2033 |
| San Sebastian | 3000673100010021 3 | Operational Loans | | 3,575.01 | P | 1.5 | 7/1/2019 |
| San Sebastian | 3000673100010021 4 | Municipal General Obligation | 1,449,623.90 | 25,756.26 | P | 1.5 | 7/1/2038 |
| San Sebastian | 3000673100010021 5 | Municipal General Obligation | 1,756,173.07 | 35,181.25 | P | 1.5 | 7/1/2037 |
| San Sebastian | 3000673100010070 1 | Sales Tax Obligations | 2,690,000.00 | 24,014.54 | N | 1.25 | 7/1/2032 |
| San Sebastian | 3000673100010070 2 | Sales Tax Obligations | 952,305.81 | 19,824.99 | P | 1.5 | 7/1/2033 |
| San Sebastian | 3000673100010070 3 | Sales Tax Obligations | 1,905,693.73 | 34,206.24 | P | 1.5 | 7/1/2030 |
| San Sebastian | 3000673100010020 1 | Municipal Lines of Credit | 2,214,405.56 | 504,185.61 | N | 1.25 | 6/30/2027 |
| Santa Isabel | 3000683100010020 1 | Municipal General Obligation | | 2,988.78 | N | 1 | 7/1/2025 |
| Santa Isabel | 3000683100010020 2 | Operational Loans | 191,852.84 | 3,570.94 | N | 1.25 | 7/1/2027 |
| Santa Isabel | 3000683100010020 3 | Operational Loans | 1,009,618.80 | 9,016.63 | N | 1.25 | 7/1/2027 |
| Santa Isabel | 3000683100010020 4 | Municipal General Obligation | | 981.97 | N | 1.25 | 7/1/2028 |
| Santa Isabel | 3000683100010020 5 | Municipal General Obligation | | 981.97 | N | 1.25 | 7/1/2028 |
| Santa Isabel | 3000683100010020 6 | Revenue Loans | 22,499.67 | 1,957.50 | F | 6 | 7/1/2019 |
| Santa Isabel | 3000683100010020 7 | Municipal General Obligation | 579,313.25 | 5,981.14 | N | 1.25 | 7/1/2025 |
| Santa Isabel | 3000683100010020 8 | Municipal General Obligation | 1,960,000.00 | 17,497.13 | N | 1.25 | 7/1/2031 |
| Santa Isabel | 3000683100010021 0 | Municipal General Obligation | | 4,106.44 | N | 1.25 | 7/1/2027 |
| Santa Isabel | 3000683100010021 2 | Municipal General Obligation | 675,000.00 | 10,968.77 | P | 1.5 | 7/1/2034 |
| Santa Isabel | 3000683100010021 3 | Municipal General Obligation | 5,914,822.68 | 96,200.02 | P | 1.5 | 7/1/2034 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| Santa Isabel | 3000683100010 0214 | Municipal General Obligation | | 7,312.48 | P | 1.5 | 7/1/2037 |
| Santa Isabel | 3000683100010 0215 | Municipal General Obligation | | 3,575.00 | P | 1.5 | 7/1/2019 |
| Santa Isabel | 3000683100010 0216 | Municipal General Obligation | 994,002.55 | 51,993.76 | P | 1.25 | 7/1/2034 |
| Santa Isabel | 3000683100010 0701 | Sales Tax Obligations | 3,563,010.50 | 36,968.11 | N | 1.25 | 7/1/2032 |
| Santa Isabel | 3000683100010 0702 | Sales Tax Obligations | 1,792,815.76 | 37,049.99 | P | 1.5 | 7/1/2032 |
| Toa Alta | 3000693100010 0201 | Municipal General Obligation | | 2,075.55 | N | 1 | 7/1/2025 |
| Toa Alta | 3000693100010 0203 | Municipal General Obligation | 1,137,641.33 | 14,595.83 | N | 1.25 | 7/1/2031 |
| Toa Alta | 3000693100010 0209 | Municipal General Obligation | 2,557,395.26 | 57,525.00 | P | 1.5 | 7/1/2027 |
| Toa Alta | 3000693100010 0210 | Municipal General Obligation | 1,483,711.71 | 24,456.24 | P | 1.5 | 7/1/2035 |
| Toa Alta | 3000693100010 0211 | Municipal General Obligation | 1,633,022.23 | 32,906.26 | P | 1.5 | 7/1/2026 |
| Toa Alta | 3000693100010 0212 | Municipal General Obligation | 3,915,621.90 | 127,887.52 | P | 1.5 | 7/1/2031 |
| Toa Alta | 3000693100010 0214 | Municipal General Obligation | | 6,418.74 | P | 1.5 | 7/1/2035 |
| Toa Alta | 3000693100010 0701 | Sales Tax Obligations | | 4,306.26 | P | 1.5 | 7/1/2035 |
| Toa Alta | 3000693100010 0702 | Sales Tax Obligations | | 54,437.49 | P | 1.5 | 7/1/2035 |
| Toa Alta | 3000693100010 0703 | Sales Tax Obligations | 693,695.76 | 26,325.00 | P | 1.5 | 7/1/2035 |
| Toa Alta | 3000693100010 0704 | Sales Tax Obligations | | 3,493.74 | P | 1.5 | 7/1/2020 |
| Toa Baja | 3000703100010 0204 | Municipal General Obligation | | 9,552.05 | N | 1.25 | 7/1/2031 |
| Toa Baja | 3000703100010 0207 | Municipal General Obligation | | 8,525.38 | N | 1.25 | 7/1/2032 |
| Toa Baja | 3000703100010 0209 | Municipal General Obligation | | 3,481.58 | N | 1.25 | 7/1/2021 |
| Toa Baja | 3000703100010 0211 | Municipal General Obligation | 535,394.76 | 10,132.29 | N | 1.25 | 7/1/2032 |
| Toa Baja | 3000703100010 0212 | Municipal General Obligation | 3,112,206.84 | 28,388.22 | F | 3.57 | 7/1/2032 |
| Toa Baja | 3000703100010 0214 | Municipal General Obligation | 1,310,000.00 | 21,287.49 | P | 1.5 | 7/1/2029 |
| Toa Baja | 3000703100010 0215 | Municipal General Obligation | | 7,057.35 | N | 1.5 | 7/1/2019 |
| Toa Baja | 3000703100010 0216 | Municipal General Obligation | 1,439,075.51 | 23,643.74 | P | 1.5 | 7/1/2035 |
| Toa Baja | 3000703100010 0217 | Municipal General Obligation | 28,030,776.30 | 456,056.26 | P | 1.5 | 7/1/2035 |
| Toa Baja | 3000703100010 0219 | Municipal General Obligation | 3,585,000.00 | 58,256.25 | P | 1.5 | 7/1/2037 |
| Toa Baja | 3000703100010 0220 | Municipal General Obligation | 25,195,000.00 | 409,418.77 | P | 1.5 | 7/1/2036 |
| Toa Baja | 3000703100010 0701 | Sales Tax Obligations | 2,826,300.40 | 51,025.00 | P | 1.5 | 7/1/2035 |
| Trujillo Alto | 3000713100010 0201 | Municipal General Obligation | 1,950,811.16 | 17,452.47 | N | 1.25 | 7/1/2024 |
| Trujillo Alto | 3000713100010 0203 | Municipal General Obligation | | 8,391.51 | N | 1.25 | 7/1/2033 |
| Trujillo Alto | 3000713100010 0205 | Revenue Loans | 3,751,312.44 | 130,345.62 | F | 7 | 5/1/2034 |
| Trujillo Alto | 3000713100010 0207 | Municipal General Obligation | 4,167,359.75 | 69,224.99 | P | 1.5 | 7/1/2029 |
| Trujillo Alto | 3000713100010 0208 | Municipal General Obligation | 5,327,445.68 | 93,193.74 | P | 1.5 | 7/1/2030 |
| Trujillo Alto | 3000713100010 0210 | Municipal General Obligation | 5,362,103.54 | 92,137.50 | P | 1.5 | 7/1/2037 |
| Trujillo Alto | 3000713100010 0211 | Municipal General Obligation | 391,519.85 | 20,312.50 | P | 1.5 | 7/1/2037 |
| Trujillo Alto | 3000713100010 0212 | Municipal General Obligation | 1,954,215.90 | 31,850.01 | P | 1.5 | 7/1/2038 |
| Trujillo Alto | 3000713100010 0213 | Municipal General Obligation | | 3,656.25 | P | 1.5 | 7/1/2020 |
| Trujillo Alto | 3000713100010 0701 | Sales Tax Obligations | 2,902,271.40 | 25,933.93 | N | 1.25 | 7/1/2032 |
| Trujillo Alto | 3000713100010 0703 | Sales Tax Obligations | 498,658.36 | 11,049.99 | P | 1.5 | 7/1/2035 |
| Utuado | 3000723100010 0203 | Municipal General Obligation | 84,076.57 | 5,177.71 | N | 1.25 | 7/1/2022 |
| Utuado | 3000723100010 0701 | Sales Tax Obligations | 1,643,858.74 | 25,933.93 | N | 1.25 | 7/1/2032 |
| Utuado | 3000723100010 0702 | Sales Tax Obligations | | 1,056.24 | P | 1.5 | 7/1/2019 |
| Utuado | 3000723100010 0703 | Sales Tax Obligations | | 324.99 | P | 1.5 | 7/1/2019 |
| Utuado | 3000723100010 0704 | Sales Tax Obligations | | 18,037.50 | P | 1.5 | 7/1/2033 |
| Utuado | 3000723100010 0705 | Sales Tax Obligations | | 9,750.00 | P | 1.5 | 7/1/2037 |
| Vega Alta | 3000733100010 0214 | Revenue Loans | 156,000.00 | 2,071.47 | F | 7.63 | 6/1/2019 |
| Vega Alta | 3000733100010 0215 | Revenue Loans | 283,000.00 | 1,827.71 | F | 7.75 | 6/1/2020 |
| Vega Alta | 3000733100010 0216 | Revenue Loans | 50,000.00 | 322.92 | F | 7.75 | 8/1/2020 |
| Vega Alta | 3000733100010 0217 | Municipal General Obligation | | 914.77 | N | 1 | 7/1/2025 |
| Vega Alta | 3000733100010 0218 | Operational Loans | 129,783.74 | 12,587.57 | N | 1.25 | 7/1/2027 |
| Vega Alta | 3000733100010 0220 | Municipal General Obligation | | 7,275.60 | N | 1.25 | 7/1/2027 |
| Vega Alta | 3000733100010 0223 | Municipal General Obligation | | 6,739.95 | N | 1.25 | 7/1/2032 |
| Vega Alta | 3000733100010 0225 | Municipal General Obligation | 2,094,999.99 | 34,043.76 | P | 1.5 | 7/1/2024 |
| Vega Alta | 3000733100010 0226 | Municipal General Obligation | | 19,175.01 | P | 1.5 | 7/1/2024 |
| Vega Alta | 3000733100010 0227 | Municipal General Obligation | | 17,143.74 | P | 1.5 | 7/1/2025 |
| Vega Alta | 3000733100010 0228 | Municipal General Obligation | 204,562.11 | 28,762.50 | P | 1.5 | 7/1/2025 |
| Vega Alta | 3000733100010 0229 | Operational Loans | | 3,493.74 | P | 1.5 | 7/1/2020 |
| Vega Alta | 3000733100010 0701 | Sales Tax Obligations | 20,284.95 | 71,662.50 | P | 1.5 | 7/1/2035 |
| Vega Baja | 3000743100010 0204 | Municipal General Obligation | 2,310,000.00 | 20,621.62 | N | 1.25 | 7/1/2030 |
| Vega Baja | 3000743100010 0205 | Municipal General Obligation | | 2,008.62 | N | 1.25 | 7/1/2032 |
| Vega Baja | 3000743100010 0209 | Municipal General Obligation | 1,024,496.57 | 10,846.46 | N | 1.25 | 7/1/2028 |
| Vega Baja | 3000743100010 0210 | Municipal General Obligation | | 16,006.27 | P | 1.5 | 7/1/2028 |
| Vega Baja | 3000743100010 0211 | Municipal General Obligation | 1,100,871.83 | 17,956.26 | P | 1.5 | 7/1/2033 |
| Vega Baja | 3000743100010 0213 | Municipal General Obligation | | 4,387.50 | P | 1.5 | 7/1/2024 |
| Vega Baja | 3000743100010 0215 | Municipal General Obligation | 2,344,749.55 | 54,762.52 | P | 1.5 | 7/1/2034 |
| Vega Baja | 3000743100010 0216 | Municipal General Obligation | 1,117,958.97 | 18,200.00 | P | 1.5 | 7/1/2024 |
| Vega Baja | 3000743100010 0217 | Municipal General Obligation | 1,945,613.04 | 31,850.01 | P | 1.5 | 7/1/2035 |
| Vega Baja | 3000743100010 0219 | Municipal General Obligation | 1,684,361.76 | 58,093.72 | P | 1.5 | 7/1/2035 |
| Vega Baja | 3000743100010 0220 | Municipal General Obligation | 1,357,737.49 | 22,100.01 | P | 1.5 | 7/1/2029 |
| Vega Baja | 3000743100010 0221 | Municipal General Obligation | | 2,762.50 | P | 1.5 | 7/1/2019 |
| Vega Baja | 3000743100010 0222 | Municipal General Obligation | | 5,525.03 | P | 1.5 | 7/1/2020 |
| Vega Baja | 3000743100010 0223 | Municipal General Obligation | 894,766.92 | 34,368.75 | P | 1.5 | 7/1/2033 |
| Vega Baja | 3000743100010 0701 | Sales Tax Obligations | 3,303,112.71 | 29,951.22 | N | 1.25 | 7/1/2032 |
| Vega Baja | 3000743100010 0703 | Sales Tax Obligations | 1,130,774.52 | 34,693.74 | P | 1.5 | 7/1/2035 |
| Vega Baja | 3000743100010 0704 | Sales Tax Obligations | 90,782.79 | 10,725.00 | P | 1.5 | 7/1/2035 |
| Vega Baja | 3000743100010 0705 | Sales Tax Obligations | | 1,787.49 | P | 1.5 | 7/1/2019 |
| Vieques | 3000753100010 0201 | Municipal General Obligation | 632,482.30 | 7,721.95 | N | 1.25 | 7/1/2032 |
| Vieques | 3000753100010 0202 | Operational Loans | 1,390,000.00 | 12,409.02 | N | 1.25 | 7/1/2027 |
| Vieques | 3000753100010 0203 | Operational Loans | 450,700.00 | 3,707.84 | N | 1 | 7/1/2026 |
| Vieques | 3000753100010 0204 | Operational Loans | 181,259.48 | 2,008.65 | N | 1.25 | 7/1/2028 |
| Vieques | 3000753100010 0206 | Municipal General Obligation | | 1,919.30 | N | 1.25 | 7/1/2031 |
| Vieques | 3000753100010 0208 | Municipal General Obligation | 763,605.70 | 13,406.25 | P | 1.5 | 7/1/2030 |
| Vieques | 3000753100010 0209 | Municipal General Obligation | 1,052,292.55 | 29,899.99 | P | 1.5 | 7/1/2034 |
| Vieques | 3000753100010 0210 | Municipal General Obligation | 309,240.03 | 5,606.26 | P | 1.5 | 7/1/2037 |
| Vieques | 3000753100010 0702 | Sales Tax Obligations | 2,402,742.23 | 22,630.82 | N | 1.25 | 7/1/2033 |
| Villalba | 3000763100010 0203 | Municipal General Obligation | | 312.45 | N | 1.25 | 7/1/2025 |
| Villalba | 3000763100010 0204 | Municipal General Obligation | | 178.52 | N | 1.25 | 7/1/2025 |
| Villalba | 3000763100010 0206 | Municipal General Obligation | 95,993.91 | 1,606.87 | N | 1.25 | 7/1/2031 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Municipal Loan Assets**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 | Balance as of 9/30/2018 | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| | | | Outstanding Principal[1] | Accrued Interest | | | |
| Villalba | 30007631000100207 | Municipal General Obligation | | 267.82 | N | 1.25 | 7/1/2021 |
| Villalba | 30007631000100208 | Municipal General Obligation | | 937.37 | N | 1.25 | 7/1/2031 |
| Villalba | 30007631000100209 | Operational Loans | 1,582,758.84 | 14,328.39 | N | 1.25 | 7/1/2032 |
| Villalba | 30007631000100210 | Municipal General Obligation | | 981.97 | N | 1.25 | 7/1/2028 |
| Villalba | 30007631000100211 | Revenue Loans | 362,622.71 | 9,231.09 | N | 1.25 | 7/1/2033 |
| Villalba | 30007631000100212 | Municipal General Obligation | 386,945.21 | 6,825.04 | P | 1.5 | 7/1/2023 |
| Villalba | 30007631000100213 | Revenue Loans | 1,506,440.06 | 79,274.95 | F | 7 | 7/1/2040 |
| Villalba | 30007631000100701 | Sales Tax Obligations | 1,175,374.72 | 10,543.18 | N | 1.25 | 7/1/2032 |
| Villalba | 30007631000100702 | Sales Tax Obligations | 502,874.88 | 4,508.30 | N | 1.25 | 7/1/2033 |
| Villalba | 30007631000100703 | Sales Tax Obligations | 484,096.36 | 4,329.75 | N | 1.25 | 7/1/2028 |
| Villalba | 30007631000100704 | Sales Tax Obligations | 348,683.42 | 3,124.58 | N | 1.25 | 7/1/2033 |
| Villalba | 30007631000100706 | Sales Tax Obligations | | 503.76 | P | 1.5 | 7/1/2023 |
| Villalba | 30007631000100707 | Sales Tax Obligations | 36,271.30 | 1,868.75 | P | 1.5 | 7/1/2034 |
| Villalba | 30007631000100709 | Sales Tax Obligations | 310,000.00 | 5,037.51 | P | 1.5 | 7/1/2022 |
| Yabucoa | 30007731000100201 | Operational Loans | 325,000.00 | 2,698.26 | N | 1 | 7/1/2026 |
| Yabucoa | 30007731000100202 | Municipal General Obligation | 1,730,000.00 | 14,362.64 | N | 1 | 7/1/2027 |
| Yabucoa | 30007731000100203 | Operational Loans | | 1,651.55 | N | 1.25 | 7/1/2028 |
| Yabucoa | 30007731000100204 | Municipal General Obligation | | 1,026.65 | N | 1.25 | 7/1/2028 |
| Yabucoa | 30007731000100205 | Municipal General Obligation | | 2,945.93 | N | 1.25 | 7/1/2020 |
| Yabucoa | 30007731000100207 | Municipal General Obligation | 792,363.47 | 8,882.49 | N | 1.25 | 7/1/2032 |
| Yabucoa | 30007731000100208 | Operational Loans | 141,090.04 | 4,143.75 | P | 1.5 | 7/1/2034 |
| Yabucoa | 30007731000100210 | Municipal General Obligation | | 6,093.76 | P | 1.5 | 7/1/2021 |
| Yabucoa | 30007731000100211 | Municipal General Obligation | 1,275,409.98 | 21,450.00 | P | 1.5 | 7/1/2037 |
| Yabucoa | 30007731000100212 | Municipal General Obligation | 1,675,622.93 | 27,300.01 | P | 1.5 | 7/1/2034 |
| Yabucoa | 30007731000100213 | Municipal General Obligation | 1,698,125.84 | 52,674.92 | P | 1.5 | 7/1/2034 |
| Yabucoa | 30007731000100701 | Sales Tax Obligations | 2,246,869.45 | 22,095.18 | N | 1.25 | 7/1/2032 |
| Yabucoa | 30007731000100702 | Sales Tax Obligations | 27,137.40 | 1,094.49 | N | 1.25 | 7/1/2032 |
| Yabucoa | 30007731000100703 | Sales Tax Obligations | 2,265,507.25 | 37,391.25 | P | 1.5 | 7/1/2035 |
| Yauco | 30007831000100203 | Operational Loans | 569,466.12 | 5,133.23 | N | 1.25 | 7/1/2029 |
| Yauco | 30007831000100205 | Municipal General Obligation | | 535.66 | N | 1.25 | 7/1/2019 |
| Yauco | 30007831000100206 | Operational Loans | 35,167.83 | 401.74 | N | 1.25 | 7/1/2020 |
| Yauco | 30007831000100208 | Municipal General Obligation | 33,569.68 | 669.55 | N | 1.25 | 7/1/2031 |
| Yauco | 30007831000100211 | Municipal General Obligation | 370,115.48 | 3,356.59 | N | 1.25 | 7/1/2021 |
| Yauco | 30007831000100212 | Municipal General Obligation | 245,000.00 | 2,187.13 | N | 1.25 | 7/1/2028 |
| Yauco | 30007831000100214 | Operational Loans | 370,000.00 | 3,303.12 | N | 1.25 | 7/1/2027 |
| Yauco | 30007831000100215 | Municipal General Obligation | 185,000.00 | 1,651.53 | N | 1.25 | 7/1/2028 |
| Yauco | 30007831000100216 | Municipal General Obligation | 1,559,756.51 | 25,512.50 | P | 1.5 | 7/1/2038 |
| Yauco | 30007831000100217 | Municipal General Obligation | 2,450,000.00 | 39,812.49 | P | 1.5 | 7/1/2034 |
| Yauco | 30007831000100219 | Municipal General Obligation | 560,000.00 | 9,099.99 | P | 1.5 | 7/1/2034 |
| Yauco | 30007831000100220 | Municipal General Obligation | 2,707,938.53 | 44,606.25 | P | 1.5 | 7/1/2032 |
| Yauco | 30007831000100221 | Municipal General Obligation | 5,573,000.00 | 90,561.25 | P | 1.5 | 7/1/2036 |
| Yauco | 30007831000100222 | Municipal General Obligation | 473,507.14 | 8,043.74 | P | 1.5 | 7/1/2031 |
| Yauco | 30007831000100223 | Municipal General Obligation | 200,000.00 | 3,249.99 | P | 1.5 | 7/1/2037 |
| Yauco | 30007831000100224 | Municipal General Obligation | 271,396.96 | 4,468.72 | P | 1.5 | 7/1/2037 |
| Yauco | 30007831000100225 | Municipal General Obligation | 790,000.00 | 12,837.52 | P | 1.5 | 7/1/2037 |
| Yauco | 30007831000100226 | Municipal General Obligation | 425,000.00 | 6,906.25 | P | 1.5 | 7/1/2038 |
| Yauco | 30007831000100227 | Municipal General Obligation | 125,000.00 | 2,031.24 | P | 1.5 | 7/1/2038 |
| Yauco | 30007831000100228 | Municipal General Obligation | 445,316.34 | 7,556.24 | P | 1.5 | 7/1/2033 |
| Yauco | 30007831000100704 | Sales Tax Obligations | 2,844,769.93 | 25,487.55 | N | 1.25 | 7/1/2032 |
| Yauco | 30007831000100705 | Sales Tax Obligations | 3,941,000.00 | 64,041.25 | P | 1.5 | 7/1/2035 |
| Yauco | 30007831000100706 | Sales Tax Obligations | 1,925,722.06 | 33,637.51 | P | 1.5 | 7/1/2035 |
| **Total** | | | **1,223,547,183.20** | **34,218,903.92** | | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Schedule 3**
**Commonwealth Loan Assets and Commonwealth Guaranteed Loan Asset**

**Schedule 3**

Commonwealth Loan Assets and Commonwealth Guaranteed Loan Asset

| Entity | Loan ID | Balances as of 11/29/2018 | Balance as of 9/30/2018 | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|
| | | Outstanding Principal[1] | Accrued Interest | | | |
| Government of Puerto Rico - General Obligation | 20001721500100347 | 21,095,309.51 | 5,039,715.81 | P | 1.5 | 6/30/2041 |
| Government of Puerto Rico - General Obligation | 20001721500100348 | 63,135,000.00 | 17,589,235.65 | P | 1.5 | 6/30/2042 |
| Government of Puerto Rico - General Obligation | 20001721500100353 | 50,419,093.00 | 13,905,297.40 | P | 1.5 | 6/30/2043 |
| Government of Puerto Rico - General Obligation | 20001721500100356 | 34,788,635.25 | 7,185,974.14 | P | 1.5 | 6/30/2043 |
| APLA Bonds - Ports Bonds | Port of the Americas | 225,533,700.45 | 88,889,464.44 | F | 9.52 | 1/1/2045 |
| Total | | 394,971,738.21 | 132,609,687.44 | | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Schedule 4**
**Public Corporation Loan Assets**

**Schedule 4**

Public Corporation Loan Assets

| Entity | Loan ID | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|
| PR Aqueduct and Sewer Authority (PRASA) | 20001121000100401 | 57,743,033.33 | 11,949,082.63 | P | 1.5 | 3/31/2019 |
| PR Ports Authority (PRPA) | 20005521500100412 | 29,285,203.05 | 7,137,228.72 | P | 1.5 | 12/5/2044 |
| PR Ports Authority (PRPA) | 20005521000100403 | 69,316,213.54 | 21,030,845.89 | P | 1.5 | 12/1/2018 |
| PR Ports Authority (PRPA) | 20005521000100402 | 89,942,787.80 | 27,010,877.64 | P | 1.5 | 2/1/2019 |
| PR Ports Authority (PRPA) | 20005521000100405 | 36,800,479.38 | 10,865,800.00 | P | 1.5 | 3/1/2019 |
| PR Ports Authority (PRPA) | 20005521500100304 | 40,889,421.53 | 13,860,000.01 | N | 0.5 | 6/30/2023 |
| PR Convention Center District Authority (PRCCDA) | 20005721500100404 | 4,414,140.14 | 1,346,251.67 | F | 6 | 9/30/2014 |
| PR Convention Center District Authority (PRCCDA) | 20005721500100401 | 81,396,792.65 | 23,687,111.56 | F | 7 | 6/30/2027 |
| PR Convention Center District Authority (PRCCDA) | 20005721500100402 | 57,019,351.23 | 16,593,082.99 | F | 7 | 6/30/2027 |
| PR Highways and Transportation Authority (HTA) | 20007921500100402 | 134,494,228.11 | 51,288,219.76 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100403 | 122,158,601.79 | 47,668,770.56 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100407 | 400,000,000.00 | 165,215,573.89 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100408 | 111,000,000.00 | 46,012,205.80 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100409 | 16,422,151.84 | 6,197,361.12 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100410 | 37,900,000.00 | 15,573,840.25 | P | 1.5 | 1/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100411 | 2,686,850.02 | 1,013,960.77 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100412 | 62,027,259.80 | 23,398,348.98 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100413 | 115,440,889.93 | 32,597,639.25 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100414 | 197,845,162.37 | 31,584,407.13 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100415 | 40,539,864.87 | 6,463,293.16 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100416 | 87,174,596.38 | 13,898,294.30 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100417 | 4,771,605.63 | 760,739.81 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100418 | 16,252,489.00 | 2,591,143.27 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100419 | 26,654,079.03 | 4,249,474.62 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100420 | 21,791,245.00 | 3,474,190.28 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100422 | 167,048,225.02 | 64,876,788.13 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100423 | 4,556,604.14 | 1,604,813.54 | P | 1.5 | 8/31/2015 |
| PR Highways and Transportation Authority (HTA) | 20007921500100424 | 49,325,000.00 | 18,666,132.64 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100426 | 9,869,606.01 | 3,164,475.46 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100427 | 32,612,861.79 | 5,199,486.74 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100428 | 59,048,507.33 | 18,145,098.45 | P | 1.5 | 1/31/2016 |
| PR Highways and Transportation Authority (HTA) | 20007921500100429 | 14,077,671.14 | 3,358,306.81 | P | 1.5 | 6/30/2015 |
| PR Solid Waste Management Authority (SWMA) | 20008021500100401 | 4,949,949.87 | 2,025,697.28 | F | 7 | 6/30/2040 |
| PR Solid Waste Management Authority (SWMA) | 20008021500100402 | 14,326,084.16 | 5,930,520.73 | F | 7 | 6/30/2018 |
| PR Solid Waste Management Authority (SWMA) | 20008021500100403 | 5,202,631.96 | 2,129,103.58 | F | 7 | 6/30/2018 |
| PR Solid Waste Management Authority (SWMA) | 20008021500100404 | 25,758,571.64 | 10,541,331.80 | F | 7 | 6/30/2040 |
| PR Public Buildings Authority (PBA) | 20008221500100402 | 48,821,233.11 | 16,395,592.23 | F | 7 | 6/30/2018 |
| PR Public Buildings Authority (PBA) | 20008221500100404 | 11,826,339.48 | 7,422,767.13 | P | 1.5 | 6/30/2044 |
| PR Public Buildings Authority (PBA) | 20008221500100405 | 38,283,899.12 | 17,753,396.48 | P | 1.5 | 6/30/2044 |
| PR Public Buildings Authority (PBA) | 20008221500100410 | 38,482,677.44 | 18,764,337.74 | P | 1.5 | 6/30/2044 |
| PR Industrial Development Company (PRIDCO) | 20010821000100301 | 24,549,576.29 | 4,047,336.80 | P | 1.5 | 11/1/2024 |
| PR Industrial Development Company (PRIDCO) | 20010821500100401 | 7,096,578.90 | 2,794,833.89 | F | 7 | 6/30/2040 |
| PR Industrial Development Company (PRIDCO) | 20010821500100402 | 8,168,527.10 | 3,216,997.55 | F | 7 | 6/30/2040 |
| PR Industrial Development Company (PRIDCO) | 20010821500100403 | 13,045,554.85 | 5,137,709.12 | F | 7 | 6/30/2040 |
| Comprehensive Fund for Agricultural Development of PR (FIDA) | 20027121500100301 | 4,702,860.87 | 3,564,690.08 | N | 1.25 | 3/1/2027 |
| Act 71 of 2010 - Interagency Committee | 20005621500100401 | 995,449.28 | 397,993.56 | P | 2 | 3/14/2013 |
| Port of the Americas | 20056121500100401 | 1,700,000.00 | 629,999.84 | F | 8 | 10/31/2014 |
| Port Authority of Ponce | 20056621500100401 | 20,762,577.06 | 5,740,821.90 | F | 7.18 | 6/30/2044 |
| PR Highways and Transportation Authority (HTA) | ACT Bonds | 200,000,000.00 | 32,021,917.36 | F | 12 | 7/1/2022 |
| PR Housing Finance Authority (Restructured Repurchase Agreement) | AFV REPO | 19,909,610.74 | 139,367.27 | F | 3 | 10/9/2018 |
| **Total** | | **2,689,087,043.71** | **839,137,259.71** | | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Schedule 5**
**Real Property Assets**

**Schedule 5**

Real Property Assets

| Real Estate Owned Assets | Name | Property Number | Page | Volume | Registry Section | Legal Description |
|---|---|---|---|---|---|---|
| South of PR-199, East and South of Intersection Road PR-845, Trujillo Alto | Antiguo Leprocomio | 34114 | 17 | 892 | San Juan IV | URBANA: Parcela de terreno radicada en el barrio Cuevas de Trujillo Alto, con una cabida superficial de 25.5011 cuerdas, equivalente a 00,232.6249 metros cuadrados. En lindes por el NORTE, con la carretera estatal #850; por el SUR, con carretera 845; por el ESTE, con Camino Solís y por el OESTE, con AMSCA y PR-845. |
| Intersection of Road PR-10 and Emilio Fagot Ave., Ponce | Lado Hospital San Lucas | 64219 | 217 | 2086 | Ponce I | RÚSTICA: Finca de terreno sita en el Barrio Machuelo del término municipal de Ponce, Puerto Rico, con una cabida superficial de 67.47 cuerdas, equivalentes a 265168.76 metros cuadrados. En lindes por el NORTE, con Avenida acceso PR Diez; por el SUR, con varios colindantes de urbanizaciones adyacentes; por el ESTE, con el Estado Libre Asociado de Puerto Rico; y por el OESTE, con varios colindantes de urbanizaciones adyacentes. |
| | | 64220 | 219 | 2086 | Ponce I | RÚSTICA: Finca de terreno sita en el Barrio Machuelo del término municipal de Ponce, Puerto Rico, con una cabida superficial de 19.87 cuerdas, equivalentes a 78108.95 metros cuadrados. En lindes por el NORTE, con la PR Diez; por el SUR, con Hospital San Lucas; por el ESTE, con el Estado Libre Asociado de Puerto Rico; y por el OESTE, con el Estado Libre Asociado de Puerto Rico. |
| Road 3, Km. 48, Fajardo; Parcel 1 | Finca Josefa (Parcela A) | 2133[*] | 143* | 64* | Fajardo | RÚSTICA: Predio de terreno localizado en el término municipal de Fajardo, Barrio Quebrada Vuelta, con una cabida superficial de CIENTO CUARENTA Y DOS CUERDAS CON SIETE MIL VOECIENTOS VEINTITRÉS DIEZMILESIMAS DE OTRA (142.7323 CDAS), equivalentes a QUINIENTOS SESENTA Y UN MIL DOSCIENTOS TREINTA CUERDAS CON NOVECIENTOS CINCUENTA Y TRES DIEZMILÉSIMAS DE OTRO (561,230.0953 m.c.). En lindes por el Norte, con Hacienda Gabriela (antes Conchita Bird vda. De Calderón y Sucn. José M. Calderón); por el Este, con Marina las Gaviotas Corp. (antes Conchita Bird vda. De Calderón y Sucn. José M. Calderón) , parcela expropiada de la Administración de Terrenos, Hacienda Gabriela (antes Conchita Bird vda. De Calderón y Sucn. José M. Calderón); y por el Oeste, con la Carretera Estatal #194, con la Carretera Estatal Antigua #3, terrenos de Víctor Velázquez González, Abraham Santiago Cintrón y Luis. R. Alvarado Cintrón. |
| Road 3, Km. 48, Fajardo; Parcel 2 | Finca Josefa (Parcela C-4) | 2133* | 143* | 64* | Fajardo | RÚSTICA: Predio de terreno localizado en el término municipal de Fajardo, Barrio Quebrada Vuelta, con una cabida superficial de SESENTA Y OCHO CUERDAS CON SETECIENTOS SESENTA Y TRES MILÉSIMAS DE OTRA (68.763 cdas), equivalentes DOSCIENTOS SETENTA SETENTA MIL DOSCIENTOS SETETINA Y CINCO METROS CUADRADOS CON OCHO MIL QUINIENTOS CINCUENTA Y NUEVE DIEZ MILÉSIMAS DE OTRO (270,265.8559 m.c.). En lindes por el Norte, con el Predio identificado como "C-3" en el plano de mensaje de William Guzmán Morales; por el Sur, con Marina las Gaviotas Corp. (antes Conchita Bird vda. De Calderón y Sucn. José M. Calderón); por el Este, con Cayo Largo Hotel Associates, S. en C. por A., S.E. y con el predio identificado- como "C-5" en el plano de mensura; por el Oeste, con Hacienda Gabriela (antes Conchita Bird vda. De Calderón y Sucn. José M. Calderón), Marina las Gaviotas Corp. (antes Conchita Bird vda. De Calderón y Sucn. José M. Calderón), parcela expropiada de la Administración de Terrenos. |
| Ruiz Soler Complex, North and Intersection of Km 8.2, Road PR-2, Bayamón | Hospital Ruiz Soler | 4081 | 51 | 97 | Bayamon I | RUSTICA: En el barrio Juan Domingo de Bayamón, compuesta de 10.79 cuerdas, equivalentes a 4 hectáreas, 24 áreas y 26 centiáreas. Colinda al NORTE, con un camino vecinal que lo separa de terrenos pertenecientes a Central Juanita y Puerto Rico Reconstruction Administration; SUR, Carretera Insular #2 de Santurce a Bayamón y el señor Cofiño; ESTE, Beriah A. Wall y OESTE, el señor Cofiño. |
| Rivera-Martínez Ave., Across from Puerto Rico Coliseum, Adjacent to Acuacxpreso Terminal, San Juan | Acuacxpreso (Parcel B) | 41871 | 82 | 1600 | San Juan II | URBANA: PARCELA ACUAXPRESO B: Predio de terreno localizado en el Barrio Hato Rey Norte del término municipal de San Juan, Puerto rico, con una cabida superficial de seis mil trescientos noventa y seis punto tres cuatro tres dos (6,396.3432) metros cuadrados, equivalentes a uno punto seis dos siete cuatro cero (1.62740) cuerdas. En lindes: por el Norte, Este y Oeste, con la parcela a segregarse, y por el Sur, con la Avenida Arterial B. |
| West of Km 86.0, PR-10, Arecibo | Antigua Escuela Luchetti | 11,270 | 62 | 241 | Arecibo I | Predio de terreno en el barrio Tanamá de Arecibo, compuesto de 31,958.49 metros cuadrados, equivalentes a 8.1311 cuerdas y en lindes al NORTE, con la finca principal de la cual se segrega; al SUR, con carretera insular #6 y camino que conduce a la estación del ferrocarril; al ESTE, con canal en construcción (terrenos adquiridos por el Pueblo de Puerto Rico) y al OESTE, con la American Railroad Company of Puerto Rico. |
| North of Km 4, Road PR-906, Guayanes Ward, Yabucoa | Barrio Guayanés | 2699 | 92 | 82 | Humacao | "RÚSTICA: Predio de Terreno radicado en el Barrio Guayanés del término municipal de Yabucoa, Puerto Rico, compuesto de cincuenta y seis cuerdas, cuarenta y cinco mil quinientos veinte diezmilésimas equivalentes a veintidós hectáreas, dieciocho áreas, noventa y uno punto cincuenta mil quinientos quince centiáreas. En lindes por el Norte, con el resto de la finca principal de la cual se segrega, por el Este, con los terrenos de Julio Millar, y por el Oeste y Sur en parte con la Carretera Estatal número novecientos seis, y con la finca principal de la cual se segrega, y forma por segregación de la finca dos mil cientos noventa y cinco, inscrita por su inscripción décima, al folio veinte del tomo cincuenta y nueve de Yabucoa, a favor de Antonio Roig Sucesores, Sociedad en Comunidad." |
| PR-846 and West Marginal PR-181, Trujillo Alto | Golfito | 1685 | 273 | 175 | San Juan IV | RÚSTICA: Parcela que radica en el Barrio Las Cuevas del término municipal de Trujillo Alto, Puerto Rico, con una cabida superficial de 14221.710 metros cuadrados, según mensura practicada por el Departamento de Transportación y Obras Públicas y de 12781.59 según el Registro de la Propiedad. En lindes por el NORTE, con terrenos del Estado Libre Asociado de Puerto Rico; por el SUR, con René Aponte Caratini y Walter Rivera Díaz; por el ESTE, con Ventura Peluzzo y calle marginal del expreso de Trujillo Alto; y por el OESTE, con terrenos de Rosa M. viuda de Bechara antes, hoy Administración de Terrenos. |

[*] Segregation of Parcel is pending recordation in the Registry. Recording data provided corresponds to principal property from which the parcel was segregated.

**Schedule 6**
**Other Loan Assets**

**Schedule 6**

Other Loan Assets

| Entity | Loan ID | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Maturity |
|---|---|---|---|---|---|
| ACADEMIA CRISTO RER | 10000211000101001 | 80,032.28 | 298,804.91 | 7.25 | 10/1/2005 |
| ARCE ROSADO | 10002711000101501 | 3,096.56 | 5,880.96 | 9 | 6/1/2000 |
| CLAUDIO MEDINA | 10003511000101501 | 4,813.92 | 10,266.00 | 9 | 12/1/2000 |
| FARRULLA AYALA | 10004411000101501 | 4,380.12 | 7,554.05 | 8 | 6/1/2000 |
| GONZALEZ JUSINO | 10004911000101501 | 5,197.23 | 8,947.40 | 8 | 12/1/2000 |
| HERNANDEZ MAS | 10005211000101501 | 18,720.43 | 19,623.38 | 9 | 12/1/2000 |
| MARITZA A PEZZOTT | 10006811000101001 | 286.36 | 286.49 | 6 | 12/1/2000 |
| MERCADO DE JESUS | 10007011000101501 | 3,182.44 | 6,200.55 | 9 | 6/1/2000 |
| NOBOA LOPEZ | 10007311000101501 | 1,627.55 | 3,011.38 | 8 | 11/1/2000 |
| ORTIZ RUIZ | 10007511000101501 | 7,477.62 | 15,594.70 | 9 | 12/1/2000 |
| PENA ALEMAN | 10007611000101501 | 11,005.05 | 10,574.80 | 8 | 6/1/2000 |
| PEREZ ANDINO | 10007711000101501 | 6,769.96 | 14,323.91 | 9 | 12/1/2000 |
| QUINONEZ BENITEZ | 10008111000101501 | 3,447.42 | 6,909.70 | 9 | 10/1/2000 |
| REYES MULERO | 10008211000101501 | 5,643.58 | 10,903.33 | 9 | 12/1/2000 |
| RIVERA RODRIGUEZ | 10008411000101501 | 7,033.71 | 6,237.69 | 8 | 6/1/2000 |
| ROSADO PEREZ | 10008511000101501 | 7,224.08 | 6,629.17 | 9 | 6/1/2000 |
| TORRES ADORNO | 10013611000101501 | 3,107.39 | 6,008.34 | 9 | 2/1/2001 |
| TORRES ORTIZ | 10014411000101501 | 7,000.00 | 17,797.50 | 9 | 12/31/1991 |
| MENDEZ GARCIA | 10014511000101501 | 1,160.47 | 2,962.45 | 9 | 12/31/1991 |
| ZAYAS LOSADA | 10014711000101501 | 3,024.77 | 7,779.68 | 9 | 12/31/1991 |
| GONZALEZ MELENDEZ | 10017311000101501 | 6,823.23 | 5,701.41 | 8 | 9/1/1995 |
| PEREZ GONZALEZ | 10017411000101501 | 2,116.39 | 4,110.38 | 8 | 9/1/1995 |
| MERCADO RIVERA | 10017511000101501 | 2,000.00 | 4,583.51 | 8 | 12/31/1991 |
| COLLAZO QUINTANA | 10017611000101501 | 187.36 | 973.53 | 8 | 12/31/1991 |
| CORTES OSORIO | 10017711000101501 | 3,309.51 | 5,962.83 | 8 | 1/10/2001 |
| JIMENEZ RIVERA | 10017811000101501 | 923.57 | 1,806.73 | 8 | 6/1/1995 |
| MARRERO MARTINEZ | 10018011000101501 | 1,368.88 | 3,094.22 | 8 | 12/31/1991 |
| MULLEY CARRASQUILL | 10018111000101501 | 1,366.62 | 1,287.55 | 8 | 10/1/1993 |
| BURGOS OTERO | 10018211000101501 | 249.64 | 1,902.35 | 9 | 7/1/1994 |
| ROSA RODRIGUEZ | 10018311000101501 | 6.64 | 0.28 | 8 | 1/1/1996 |
| MORALES VALDES | 10018411000101501 | 2,610.02 | 4,712.86 | 9 | 6/1/1999 |
| SANTIAGO GONZALEZ | 10018511000101501 | 1,140.51 | 2,153.34 | 8 | 4/1/1996 |
| MOREL FONT | 10018611000101501 | 4,304.05 | 7,773.89 | 9 | 5/1/2001 |
| RIVERA SANTOS | 10018711000101501 | 1,803.10 | 3,770.84 | 8 | 7/1/1994 |
| RODRIGUEZ SANTIAGO | 10018811000101501 | 2,799.46 | 5,128.32 | 8 | 6/1/1998 |
| FIGUEROA SANTIAGO | 10019011000101501 | 3,750.00 | 7,275.46 | 8 | 7/1/1999 |
| MEDINA FIGUEROA | 10019111000101501 | 4,258.38 | 7,262.64 | 8 | 6/1/2001 |
| NIEVES BURGOS | 10019411000101501 | 1,909.76 | 4,420.56 | 9 | 5/1/1994 |
| GONZALEZ TORRES | 10019511000101501 | 1,162.25 | 2,340.93 | 9 | 12/1/1996 |
| SOLA MARTINEZ | 10019611000101501 | 1,343.19 | 1,433.74 | 9 | 12/31/1991 |
| RODRIGUEZ FELIX | 10019711000101501 | 148.79 | 260.34 | 8 | 5/1/1995 |
| RODRIGUEZ VAZQUEZ | 10019811000101501 | 1,147.81 | 768.23 | 8 | 10/1/1993 |
| BRACERO CRUZ | 10019911000101501 | 4,626.61 | 9,337.16 | 9 | 11/1/1997 |
| CORREA BERNIER | 10020011000101501 | 5,219.35 | 10,856.26 | 9 | 9/1/1997 |
| RUIZ GARCIA | 10020111000101501 | 5,105.52 | 9,930.54 | 9 | 1/1/2001 |
| FIGUEROA SANCHEZ | 10020211000101501 | 3,521.59 | 8,002.50 | 9 | 12/1/1993 |
| GUEVARA ORTIZ | 10020411000101501 | 3,474.97 | 7,505.18 | 9 | 6/1/1999 |
| MERCADO BORRERO | 10020511000101501 | 4,909.60 | 11,159.27 | 9 | 7/1/2001 |
| ORTEGA SANCHEZ | 10020611000101501 | 300.23 | 688.62 | 9 | 12/1/1993 |
| CRUZ CORSINO | 10020711000101501 | 145.97 | 385.41 | 9 | 12/31/1991 |
| SERRANO DELGADO | 10020811000101501 | 1,029.33 | 1,721.75 | 9 | 5/1/1996 |
| APONTE RIQUELMI | 10020911000101501 | 2,638.18 | 4,662.39 | 8 | 9/1/1999 |
| PENA QUINTERO | 10021011000101501 | 7,272.86 | 16,180.74 | 9 | 9/1/1998 |
| RUIZ HUE | 10021211000101501 | 50.15 | 120.36 | 9 | 6/1/1992 |
| ALMODOVAR TRINTA | 10021311000101501 | 9,391.58 | 23,223.44 | 9 | 12/31/1991 |
| MELENDEZ CONCEPCIO | 10021411000101501 | 1,920.01 | 3,908.83 | 9 | 1/1/1998 |
| PINERO ESPINOSA | 10021511000101501 | 2,182.32 | 4,573.15 | 9 | 6/1/2001 |
| GROSS CLARK | 10021611000101501 | 9,700.00 | 20,638.33 | 9 | 1/1/2001 |
| FUNDACION PALACIO CATALINA | 10032811500101001 | 40,000.00 | 18,208.63 | 6.5 | 7/1/2012 |
| Sagrado Corazon | | 12,252.86 | - | 7.5 | 3/1/2020 |
| FHA MORTGAGE LOAN (R&G MORTGAGE CORPAS SERVICER;INVESTOR NUM I-211) | | 26,799.65 | - | 9 | NM0000-45-2 |
| FHA MORTGAGE LOANS (BANCO POPULAR ASSERVICER; INVESTOR 200, BEFORE007, 107 & 388 O | | 16,714.02 | - | 8.5 | NM0001-24-5 |
| FHA MORTGAGE LOANS (BANCO POPULAR ASSERVICER; INVESTOR NUM 405, BEFORE308,309 & 3 | | 31,809.47 | - | 8.5 | NM0001-23-7 |
| FHA MORTGAGE LOANS (FIRST FEDERALBANK AS SERVICER;INVESTOR NUM B51) | | (20,449.42) | - | 12 | NM0000-47-8 |
| FHA MORTGAGE LOANS (R & G MORTGAGEAS SERVICER;INVESTOR I-210 | | (25,750.26) | - | 8.65 | NM0000-41-1 |
| FHA MORTGAGE LOANS (R&G MORTGAGE )AS SERVICER; INV. 237 | | 69,850.91 | - | 5.8 | NM0000-42-9 |
| FHA MORTGAGE LOANS (R&G MORTGAGE CORINVESTOR #235) | | (2,794.39) | - | 8.2 | NM0001-12-0 |
| FHA MORTGAGE LOANS (SERVICED BY R&GMORTGAGE CORP.;INVESTOR NUM I-214) | | 38,171.75 | - | 8.15 | NM0001-11-2 |
| FHA MORTGAGE LOANS (SERVICED BYFIRST FEDERAL;INVESTOR NUM B52) | | 24,290.66 | - | 5.8 | NM0001-10-4 |
| FHA MORTGAGE LOANS(R&G MORTGAGECORP. INVESTOR NUM 236 | | (58,293.40) | - | 14 | NM0000-46-0 |
| **Total** | | **443,050.22** | **1,954,102.11** | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Schedule 7**
**Closing Cash Assets**

**Schedule 7**

| Cash Distributable to DRA upon Closing | 489,945,712.85 |
|---|---|

**Schedule 8**
**GDB Retained Loans**

**Schedule 8**

**GDB Retained Loans**

| Entity | Loan ID | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|
| PR Administration of Medical Services | 20000321500100301 | 282,447,691.65 | 68,802,512.01 | P | | 1.5 | 11/30/2022 |
| PR Health Insurance Administration (ASES) | 20000621500100301 | 182,195,359.02 | 44,828,796.93 | P | | 1.5 | 10/31/2022 |
| Cantera Peninsula Integral Development Company | 20002221500100401 | 8,797,013.77 | 2,516,748.57 | P | | 7 | 6/30/2040 |
| Cantera Peninsula Integral Development Company | 20002221500100402 | 28,994,073.76 | 8,156,294.33 | P | | 7 | 6/30/2040 |
| PR Infrastructure Financing Authority (PRIFA) (World Plaza Building) | 20005921500100420 | 37,361,150.22 | 9,531,750.76 | P | | 1.5 | 6/30/2017 |
| Economic Development Bank[2] | 20006121500100401 | 6,278,828.75 | 128,640.58 | F | | 6 | 6/1/2026 |
| Economic Development Bank | BDE Overnight Deposit | 35,404,916.67 | Capitalized | #N/A | #N/A | #N/A |
| Center for Municipal Revenue Collection (CRIM)[2] | 20024321500100401 | 27,345,124.64 | 444,064.73 | F | | 3.25 | 7/1/2032 |
| PR Tourism Development Fund (TDF) | 20024426500100402 | 17,622,296.04 | - | P | | 2.72 | 6/30/2029 |
| PR Tourism Development Fund (TDF) | 20024426500100403 | 10,122,208.61 | - | P | | 2.88 | 1/1/2013 |
| PR Tourism Development Fund (TDF) | 20024426500100404 | 16,482,210.27 | - | F | | 3.23 | 9/30/2014 |
| University Medical Services[2] | 20027721500100303 | 8,683,841.97 | 49,029.37 | P | | 1.5 | 6/30/2025 |
| Special Communities Perpetual Trust (SCPT) | 20027721500100401 | 234,692,018.00 | 98,942,203.89 | F | | 7 | 6/30/2040 |
| PR Comprehensive Cancer Center | 20054321500100401 | 31,932,463.76 | 6,012,060.20 | F | | 6 | 10/31/2021 |
| PR Comprehensive Cancer Center | 20054321500100402 | 88,549,933.86 | 16,594,013.23 | P | | 2 | 12/31/2043 |
| Center for Municipal Revenue Collection (CRIM)[2] | 20054921500100401 | 72,841,527.23 | 957,966.53 | F | | 5.83 | 7/1/2032 |
| Center for Municipal Revenue Collection (CRIM)[2] | 20054921500100402 | 26,860,125.74 | 19,519,729.43 | F | | 5.83 | 7/1/2032 |
| Puerto Rico Public Private Partnership Authority | 20055121500100301 | 6,159,116.82 | 1,052,846.71 | P | | 1.5 | 1/31/2016 |
| **Total** | | **1,122,769,900.77** | **277,532,657.25** | | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments
2. Additional Recovery Authority Loan

**Schedule 9**
**Cash Adjustments**

## Schedule 9

**Cash Adjustments**

**Specified Cash Assets**

| | |
|---|---|
| Vendor Claim Reserve | $15,000,000 |
| Employee Trust Reserve | $18,295,792 |
| Operating Reserve | |
| *GDB* | $24,736,677 |
| *Public Entity Trust* | $ 1,780,000 |
| | |
| **2015-17 Excess CAE Settlement Amount** | $ 2,494,063 |
| **Transaction Cost Reserve** | $57,435,304 |
| **UCC Fixed Settment Amount** | $20,000,000 |
| **Siemens Settlement Amount** | $11,000,000 |
| **Governor's Association** | $   473,439 |

**Schedule 10**
**Public Entity Trust Assets**

**Schedule 10**

**Public Entity Trust Assets**

| Entity | Loan ID | Balances as of 11/29/2018 | Balance as of 9/30/2018 | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|
| | | Outstanding Principal[1] | Accrued Interest | | | |
| Superintendent of the Capitol | 20025021500100304 | 5,507,846.65 | 994,326.53 | F | 5.8 | 6/30/2024 |
| Office of Courts Administration | 20026921500100302 | 32,405,577.08 | 6,521,712.29 | P | 1.5 | 7/31/2027 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100301 | 30,182,951.55 | 11,515,185.45 | F | 7 | 6/30/2040 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100302 | 23,322,075.97 | 6,260,993.83 | P | 1.5 | 2/1/2030 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100401 | 12,080.35 | 5,204.57 | F | 7 | 6/30/2019 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100402 | 8,121,885.62 | 3,499,243.50 | F | 7 | 6/30/2040 |
| Department of Education | 20001521500100301 | 3,986,270.14 | 1,317,943.64 | F | 7 | 6/30/2018 |
| Department of Education | 20001521500100302 | 88,003,456.21 | 25,764,502.14 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100301 | 15,916,800.82 | 5,753,394.75 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100302 | 3,225,686.80 | 1,184,130.23 | F | 7 | 6/30/2008 |
| PR Treasury Department (Hacienda) | 20001721500100303 | 1,693,566.17 | 612,167.94 | F | 7 | 6/30/2008 |
| PR Treasury Department (Hacienda) | 20001721500100304 | 16,444,812.14 | 6,036,791.68 | F | 7 | 9/30/2012 |
| PR Treasury Department (Hacienda) | 20001721500100306 | 582,499.92 | 213,832.22 | F | 7 | 6/30/2008 |
| PR Treasury Department (Hacienda) | 20001721500100308 | 1,209,147.80 | 437,066.79 | F | 7 | 6/30/2019 |
| PR Treasury Department (Hacienda) | 20001721500100310 | 18,604,693.96 | 6,724,978.79 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100311 | 407,601.94 | 147,334.59 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100313 | 3,511,378.64 | 1,269,246.77 | F | 7 | 9/30/2015 |
| PR Treasury Department (Hacienda) | 20001721500100314 | 6,577,924.86 | 2,377,701.25 | F | 7 | 9/30/2013 |
| PR Treasury Department (Hacienda) | 20001721500100315 | 26,373,089.40 | 9,681,402.63 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100325 | 40,438,737.44 | 14,617,260.04 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100339 | 162,959.25 | 51,874.47 | P | 1.5 | 6/30/2019 |
| PR Treasury Department (Hacienda) | 20001721500100343 | 34,451,711.05 | 10,966,937.98 | P | 1.5 | 6/30/2018 |
| Department of Justice | 20001821500100301 | 17,563,719.55 | 5,060,632.81 | F | 7 | 6/30/2040 |
| Department of Justice | 20001821500100302 | 16,585,780.42 | 4,778,859.58 | F | 7 | 6/30/2040 |
| Department of Justice | 20001821500100303 | 15,343,921.55 | 4,421,042.78 | F | 7 | 6/30/2040 |
| Department of Housing | 20001921500100301 | 6,830,586.28 | 341,456.11 | N | 1.25 | 6/30/2040 |
| Department of Housing | 20001921500100302 | 12,666,625.99 | 22,063.84 | N | 0.75 | 2/28/2038 |
| National Parks Company of Puerto Rico (NPCPR) | 20002021500100301 | 867,567.46 | 311,392.87 | F | 7 | 6/30/2040 |
| National Parks Company of Puerto Rico (NPCPR) | 20002021500100302 | 3,668,817.64 | 1,296,966.44 | F | 7 | 6/30/2040 |
| National Parks Company of Puerto Rico (NPCPR) | 20002021500100303 | 2,618,009.76 | 566,118.60 | F | 7 | 12/31/2018 |
| Department of Agriculture | 20004121500100301 | 65,224,560.92 | 18,650,076.09 | F | 7 | 6/30/2040 |
| Veteran's Attorney's Office | 20005321500100302 | 292,132.95 | 102,011.42 | P | 1.5 | 3/31/2015 |
| Department of Sports and Recreation | 20006321500100302 | 560,343.19 | 158,105.59 | F | 7 | 6/30/2018 |
| Department of Sports and Recreation | 20006321500100303 | 8,221,767.51 | 2,388,210.99 | F | 7 | 6/30/2040 |
| Department of Sports and Recreation | 20006321500100304 | 545,869.06 | 155,250.79 | F | 7 | 6/30/2040 |
| Department of Health | 20006521500100301 | 15,521,956.15 | 5,387,123.24 | F | 7 | 6/30/2040 |
| Department of Health | 20006521500100302 | 14,320,437.24 | 5,605,941.34 | F | 7 | 6/30/2040 |
| Department of Transportation and Public Works | 20006621500100301 | 5,490,519.92 | 1,570,789.62 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100302 | 21,440,473.84 | 6,133,932.13 | F | 7 | 6/30/2040 |
| Department of Transportation and Public Works | 20006621500100303 | 13,224,691.17 | 3,783,468.47 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100304 | 30,350,947.26 | 8,683,140.62 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100306 | 12,363,082.27 | 3,450,587.17 | F | 7 | 6/30/2018 |
| Office of Management and Budget | 20008321500100301 | 149,999,474.60 | 35,973,345.76 | P | 1.5 | 7/30/2022 |
| Office of Management and Budget | 20008321500100302 | 115,470,353.57 | 24,239,727.10 | P | 1.5 | 7/31/2037 |
| PR Police Department | 20010121500100301 | 11,835,595.49 | 2,183,967.38 | F | 7 | 6/30/2040 |
| PR Police Department | 20010121500100302 | 37,279,442.26 | 6,879,001.56 | F | 7 | 6/30/2040 |
| Superintendent of the Capitol | 20025021500100301 | 15,495,304.16 | 4,433,089.52 | F | 7 | 6/30/2040 |
| Superintendent of the Capitol | 20025021500100303 | 6,485,628.24 | 1,279,115.45 | P | 1.5 | 6/30/2040 |
| Catastrophic Diseases Fund | 20040121500100302 | 3,274,707.69 | 639,113.84 | F | 6 | 6/30/2040 |
| Department of Correction and Rehabilitation | 20054121500100303 | 18,058,776.55 | 5,055,526.22 | F | 7 | 6/30/2018 |
| Department of Correction and Rehabilitation | 20054121500100304 | 64,430,067.59 | 14,143,225.60 | P | 1.5 | 6/30/2040 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Public Entity Trust Assets**

| Net Depositors | Client ID | Net Deposit | | | |
|---|---|---|---|---|---|
| Institute of Puerto Rican Culture (IPRC) | 200072 | (5,926,123.22) | | | |
| Environmental Quality Board | 200075 | (235,964.83) | | | |
| Electronic Lottery | 200251 | (11,030,560.83) | - | | |
| Department of Housing (Office for Liquidation of CRUV) | 200400 | (8,507,220.67) | - | | |
| Office for the Improvement of Public Schools (OMEP) | 200273 | (4,787,403.40) | - | | |
| Higher Education Council | 200024 | (4,507,050.81) | - | | |
| Telecommunications Regulatory Board | 200096 | (2,903,741.36) | - | | |
| Department of Environmental and Natural Resources | 200064 | (2,840,798.16) | - | | |
| Puerto Rico Higher Education Assistance Corporation | 200279 | (2,398,835.88) | - | | |
| Puerto Rico Senate | 200248 | (1,575,283.12) | - | | |
| Puerto Rico National Guard | 200070 | (460,137.14) | - | | |
| Family and Children's Administration | 200033 | (438,150.76) | - | | |
| Consumer Protection Independent Office | 200572 | (437,575.67) | - | | |
| Public Policy State Office of Energy Matters | 200570 | (397,317.67) | - | | |
| Child Care and Development Administration | 200122 | (228,377.38) | - | | |
| State Elections Commission | 200104 | (86,011.40) | - | | |
| Bayamon Judicial Center | 200385 | (70,935.65) | - | | |
| Carolina Judicial Center | 200388 | (65,939.85) | - | | |
| High Court of Caguas | 200379 | (49,720.17) | - | | |
| Judicial Center of San Juan | 200384 | (46,248.91) | - | | |
| PR Health Services Facilities Management | 200542 | (40,275.54) | - | | |
| Utuado Court | 200386 | (28,018.91) | - | | |
| Court of First Instance of San Juan | 200381 | (23,647.59) | - | | |
| Ponce Judicial Center | 200383 | (22,234.98) | - | | |
| Court of Aibonito | 200387 | (21,748.94) | - | | |
| General Court of Mayaguez | 200382 | (20,187.01) | - | | |
| Secretary of the Department of Family | 200111 | (18,872.96) | - | | |
| General Court of Guayama | 200380 | (16,913.42) | - | | |
| Office of the Comptroller of Puerto Rico | 200048 | (14,043.57) | - | | |
| Administration for the Training of Future Entrepreneurs and Workers | 200076 | (9,956.89) | - | | |
| Court of First Instance | 200389 | (9,749.46) | - | | |
| Arecibo Judicial Center | 200378 | (7,732.80) | - | | |
| Supreme Court of Puerto Rico | 200124 | (7,239.35) | - | | |
| Office of the Panel on the Independent Prosecutor | 200050 | (2,349.02) | - | | |
| Institute of Statistics of Puerto Rico | 200403 | (1,816.82) | - | | |
| Department of Labor and Human Resources | 200067 | (69,952,056.41) | - | | |
| Department of Economic Development and Commerce | 200044 | (1,729,668.55) | - | | |
| Puerto Rico Education Council | 200559 | (446,773.66) | - | | |
| Department of the Family | Various | (947,679.28) | - | | |
| **Total** | | **926,859,552.02** | **283,646,515.01** | | |

**Schedule 11**
**Secured Deposit Account Collateral**

**Schedule 11**

**Secured Deposit Account Collateral**

| Municipality | Loan ID | Portfolio | Balances as of 11/29/2018 | Balance as of 9/30/2018 | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|---|
| | | | Outstanding Principal[1] | Accrued Interest | | | |
| Arecibo | 30000731000100219 | Municipal General Obligations | 833,235.62 | 89,862.47 | P | 1.5 | 7/1/2034 |
| Cayey | 30001831000100227 | Municipal General Obligations | - | 87,181.28 | P | 1.5 | 7/1/2034 |
| Guaynabo | 30003231000100228 | Municipal General Obligations | 7,126,891.72 | 124,879.97 | P | 1.5 | 7/1/2039 |
| Manati | 30004731000100222 | Municipal General Obligations | 1,019,566.39 | 70,281.24 | P | 1.5 | 7/1/2039 |
| Mayaguez | 30005031000100215 | Municipal General Obligations | 3,257,897.47 | 59,068.73 | P | 1.5 | 7/1/2038 |
| Total | | | 12,237,591.21 | 431,273.69 | | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

**Schedule 12**
**Excluded Personal Property Assets**

None.

**Exhibit A**
**Initial GDB Budget**

**Exhibit A**

**Government Development Bank for Puerto Rico**
**Budget**

| | | Remaining FY19 | 2020 | 2021 | Comments |
|---|---|---|---|---|---|
| Salaries | | 448,008 | | | Based upon remiaing Government Trust Employees essential to corporate governance |
| Fringe Benefits | | 224,004 | | | Based upon assumed 50% expense of payroll |
| D&O Insurance - GDB | | 97,250 | 500,000 | 712,500 | Budgeted contract; Increase in FY2021 due to addition of tail D&O coverage, balance per quote provided by insurer |
| Board of Directors | | | | | |
| Legal Counsel and Administrative Expenses | | 183,608 | 100,000 | 100,000 | To cover GDB Board's external legal counsel, board secretary, and administrative expenses |
| Servicing Support MOU (EDB) | | 80,000 | - | - | Memorandum of Understanding with EDB for the shared services annually |
| Facilities and Services MOU | | 45,000 | - | - | Memorandum of Understanding with AAFAF for the shared services annually |
| Legal Services | | 1,999,783 | 1,000,000 | - | |
| Professional services | | 1,090,000 | - | - | |
| Audit | | 1,000,000 | 250,000 | 125,000 | Reserve for post closing auditing fees and FY17 and 18 fees |
| Other - Operating | | 85,436 | - | - | Reserve remaining for GDB operating fees beyond services received from MOU |
| Legal and Operating Contingency | | | | | Reserve: |
| Tax Reserve | | 12,800,000 | | | Reserve to satisfy amounts, if any, required to be paid by GDB in order to comply with the Internal Revenue Code and related treasury regulations. |
| Legal and Operating Reserve | | 3,896,087 | | | Reserve for ongoing legal and operating expenses, including court discovery and operating support within the GDB systems. |
| **Total Remaining with GDB** | $ | 24,736,677 | | | |

**Public Entity Trust ("PET")**
**Budet**

| | | Remaining FY19 | 2020 | 2021 | Comments |
|---|---|---|---|---|---|
| Servicing Fees | $ | 250,000 | $ 250,000 | $ 250,000 | |
| Indentured Trustees | | 10,000 | 10,000 | 10,000 | |
| Contingent Legal Fees | | 500,000 | 250,000 | 250,000 | |
| **Total Remaining with PET** | $ | 1,780,000 | | | |