# **EXHIBIT 1**

### **TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM JANUARY 23, 2021 THROUGH MARCH 23, 2021**

| | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
| 1. | *Mayra Martínez-Mussenden, personally and on behalf of her minor daughter, K.G.M.. vs. Department of Education* <br><br> Case No. 2020-1748 <br><br> United States District Court for the District of Puerto Rico <br><br> IDEA Action | Mayra Martínez Mussenden on behalf of the minor K.G.M. | Commonwealth | To the extent necessary, the Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | February 2, 2021 |
| 2. | *Autoridad de Carreteras y Transportación de Puerto Rico v. Finca Perseverancia, Inc. et al.,* <br><br> Case No. KEF-2011-0244 <br><br> Trial Court of San Juan <br><br> Eminent Domain Action | Finca Perseverancia Inc. | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow Movant to withdraw the Deposit consigned in the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any other judgment and for any claims for money damages and provisional remedies against HTA or any other Title III debtor, and any requirement for HTA to supplement the Deposit. | February 23, 2021 and February 25, 2021 |
| 3. | *Jesus Lacen Guanill et al. v. Autoridad de Energía Eléctrica et al.* <br><br> Case No. N3CI201-004345 <br><br> Puerto Rico Court of First Instance, Superior Court, Rio Grande <br><br> Tort Action | Jesus Lacen Guanill, Bereida Guanill Navarro, Gabriela Guanill, Elizabeth Navarro Guanill, Estefani Lacen, Betzaida Lacen Guanill, Jeremy Lacen Villanueva, and Wilfredo Dávila Serrano | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to final judgment before the Court of First Instance, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III debtor, and provisional remedies against PREPA or any other Title III debtor. | February 7, 2021 |