# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) PROMESA<br>) Title III |
| | ) |
| as representative of | ) Case No. 17-BK-03283 (LTS) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) |
| | ) |
| Debtors.[1] | ) |
| | ) |
| In re: | ) |
| | ) PROMESA<br>) Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) |
| | ) Case No. 17-BK-03566 (LTS) |
| as representative of | ) |
| | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) Adv. Proc. No. 19-00356 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
|  | ) |
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEFENDANT 1M, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
| _____ | ) |
|  | ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) | Adv. Proc. No. 19-00357 (LTS) |
|  | ) |
|  | ) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
|  | ) |
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| STOEVER GLASS & CO., *et al.*, | ) |
|  | ) |
|  | ) |

Defendant.           )
)
)
)
)

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

    as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

    Plaintiff,

v.

DEFENDANT 1H-78H,

    Defendants.

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Adv. Proc. No. 19-00359 (LTS)

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

    as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Adv. Proc. No. 19-00361 (LTS)

|  |  |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDANT 1G-50G, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) Adv. Proc. No. 19-00366 (LTS) |
| | ) |
| as representative of | ) |
| | ) |
| EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | ) |
| PUERTO RICO, | ) |
| | ) |
| and | ) |
| | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER | ) |
| THAN COFINA), | ) |
| | ) |
| as section 926 trustee of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO | ) |
| | ) |
| Plaintiffs,[2] | ) |
| | ) |
| against | ) |
| | ) |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY | ) |
| COMPANY; THE BANK OF NEW YORK MELLON; | ) |
| MASON CAPITAL MASTER FUND LP; OCHER | ) |
| ROSE, L.L.C.; SV CREDIT, L.P.; CROWN MANAGED | ) |
| ACCOUNTS FOR AND ON BEHALF OF CROWN/PW | ) |
| SP; LMA SPC FOR AND ON BEHALF OF MAP 98 | ) |
| SEGREGATED PORTFOLIO; OCEANA MASTER | ) |
| FUND LTD.; PENTWATER MERGER ARBITRAGE | ) |
| MASTER FUND LTD.; AND PWCM MASTER FUND | ) |
| LTD, | ) |

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

|  |  |
|---|---|
| Defendants. | ) |
| _____ | ) |
|  | ) |
|  | ) |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
|  | ) Adv. Proc. No. 19-00367 (LTS) |
| as representative of | ) |
|  | ) |
| EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | ) |
| PUERTO RICO, | ) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER | ) |
| THAN COFINA), | ) |
|  | ) |
| as section 926 trustee of | ) |
|  | ) |
| THE COMMONWEALTH OF PUERTO RICO | ) |
|  | ) |
| Plaintiffs,[3] | ) |
|  | ) |
| against | ) |
|  | ) |
| GLENDON OPPORTUNITIES FUND, L.P.; | ) |
| OAKTREE-FORREST MULTI-STRATEGY, LLC | ) |
| (SERIES B); OAKTREE OPPORTUNITIES FUND IX, | ) |
| L.P.; OAKTREE OPPORTUNITIES FUND IX | ) |
| (PARALLEL 2), L.P.; OAKTREE VALUE | ) |
| OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA | ) |
| PORTFOLIO BOND FUND, INC.; PUERTO RICO | ) |
| AAA PORTFOLIO BOND FUND II, INC.; PUERTO | ) |
| RICO AAA PORTFOLIO TARGET MATURITY | ) |
| FUND, INC.; PUERTO RICO FIXED INCOME FUND, | ) |
| INC.; PUERTO RICO FIXED INCOME FUND II, INC.; | ) |
| PUERTO RICO FIXED INCOME FUND III, INC.; | ) |
| PUERTO RICO FIXED INCOME FUND IV, INC.; | ) |
| PUERTO RICO FIXED INCOME FUND V, INC.; | ) |
| PUERTO RICO GNMA & U.S. GOVERNMENT | ) |
| TARGET MATURITY FUND, INC.; PUERTO RICO | ) |
| INVESTORS BOND FUND I; PUERTO RICO | ) |

---

[3] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

INVESTORS TAX-FREE FUND, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND II, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND III, INC.; )
PUERTO RICO INVESTORS TAX-FREE FUND IV, )
INC.; PUERTO RICO INVESTORS TAX-FREE FUND )
V, INC.; PUERTO RICO INVESTORS TAX-FREE )
FUND VI, INC.; PUERTO RICO MORTGAGE- )
BACKED & U.S. GOVERNMENT SECURITIES )
FUND, INC.; TAX-FREE PUERTO RICO FUND, INC.; )
TAX-FREE PUERTO RICO FUND II, INC.; TAX- )
FREE PUERTO RICO TARGET MATURITY FUND, )
INC.; UBS IRA SELECT GROWTH & INCOME )
PUERTO RICO FUND, )
                          )
                Defendants. )
                )

------------------------------------------------------------------- X

## SUPPLEMENTAL JOINT STATEMENT REGARDING ORAL ARGUMENT REGARDING PENDING MOTIONS IN CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE <u>COMMONWEALTH OF PUERTO RICO</u>

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>")

as the sole representative of Debtor Employees Retirement System of the Government of the

Commonwealth of Puerto Rico ("<u>ERS</u>"), pursuant to Section 315(b) of PROMESA, the Special

Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "<u>SCC</u>"),

the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "<u>Retiree</u>

<u>Committee</u>"), certain groups of ERS bondholders represented by Jones Day and White & Case

LLP (the "<u>ERS Bondholder Groups</u>"),[4] and The Bank of New York Mellon, as Fiscal Agent for

---

[4] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities

the ERS bonds (the "<u>Fiscal Agent</u>" and, together with the ERS Bondholder Groups, the Oversight Board, the SCC and the Retiree Committee, the "<u>Parties</u>"), respectfully submit this supplemental joint statement regarding oral argument for certain motions pending in the above-captioned proceedings.

## BACKGROUND

1.   By order, dated January 22, 2021, the Court set oral argument for the ERS Motions (as defined herein) as follows:

a.   Oral argument regarding (a) the Parties' motions for summary judgment on Ultra Vires Issues [ECF Nos. 971, 976, and 978 in Case No. 17-bk-3566] (the "<u>Ultra Vires Motions</u>"), and (b) the Parties' motions for summary judgment on Lien Scope Issues [ECF Nos. 91, 94, 95 in Adv. Proc. No. 19-366; ECF No. 107, 110, 111 in Adv. Proc. No. 19-367] (the "<u>Lien Scope Motions</u>") (together with the Ultra Vires Motions, the "<u>Summary Judgment Motions</u>") was scheduled for March 11, 2021.

b.   Oral argument regarding the Parties' Rule 12 motions concerning the ERS Bondholder Groups' claims and administrative expense motions [ECF Nos. 891, 892, and 917 in Case No. 17-bk-3566] (together, the "<u>Rule 12 Motions</u>") (collectively with the Summary Judgment Motions, the "<u>ERS Motions</u>") was scheduled for April 29, 2021.

---

Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund II, Inc., Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax- Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund.

*Order Granting Urgent Motion to Set Oral Argument Concerning Pending Motions in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 15697].[5]

2.      As a result of on-going mediation sessions, on March 9, 2021, the Parties filed an urgent joint motion requesting the Court continue the hearing on the Summary Judgment Motions, to April 1, 2021 or as soon thereafter as the Court's schedule may permit, to allow the Parties negotiations to continue.  [Case No. 17-bk-3566, ECF No. 1100]

3.      On March 10, 2021, the Court entered the *Order Granting Urgent Motion Continuing Oral Argument Concerning Pending Motions in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [Case No. 17-3566, ECF No. 1101], which continued oral argument with respect to the Summary Judgment Motions until April 8, 2021, at 9:00 a.m. (Atlantic Standard Time).

4.      On March 30, 2021, the Court entered the *Order Setting Deadline for Joint Statement Regarding Oral Argument Concerning Pending Motions in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [Case No. 17-3566, ECF No. 1114], directing the parties to file a joint statement by 12:00 p.m. (Atlantic Standard Time) on April 1, 2021 as to whether the Parties wish to proceed with the April 8, 2021 argument setting.

5.      On April 1, 2021, the Parties filed a joint statement (the "Joint Statement") [Case No. 17-3566, ECF No. 1115] informing the Court a further economic understanding had been reached, subject to the execution of definitive documentation, and requesting the Parties be

---

[5] The Order Setting Oral Argument also set forth certain procedures for oral argument on the ERS Motions.

permitted to file a supplemental statement confirming the execution of definitive documentation

no later than 5:00 p.m. (Atlantic Standard Time) on April 2, 2021.

6.      On April 1, 2021, the Court entered the *Order Setting Deadline for Supplemental

*Statement Confirming the Execution of Definitive Documentation* [Case No. 17-3566, ECF No.

1116], directing the parties to file a supplemental joint statement by 5:00 p.m. (Atlantic Standard

Time) on April 2, 2021 regarding the execution of the definitive documentation referenced in

paragraph 6 of the Joint Statement, and their intentions regarding the scheduled oral argument.

## JOINT STATEMENT

7.      The Oversight Board and ERS Bondholder Groups have executed definitive

documentation concerning their further economic understanding referenced in the Joint

Statement.  Pursuant to the Court's Order, the Parties jointly state they do not need to proceed

with oral argument on the Summary Judgment Motions on April 8, 2021, and will on or before

April 5, 2021 seek a stay of all of the ERS Motions pending confirmation and consummation of a

third amended plan of adjustment for the Commonwealth of Puerto Rico that addresses treatment

of the ERS Bonds consistent with the agreement reached by the Oversight Board and the ERS

Bondholder Groups.

Dated: April 2, 2021
New York, NY

Respectfully submitted,                              Respectfully submitted,


/s/ Alfredo Fernández-Martínez                       /s/  Martin J. Bienenstock

Alfredo Fernández-Martínez                           Martin J. Bienenstock (*pro hac vice*)
**DELGADO & FERNÁNDEZ, LLC**                          Brian S. Rosen (*pro hac vice*)
PO Box 11750                                         Jeffrey W. Levitan (*pro hac vice*)
Fernández Juncos Station                             Margaret A. Dale (*pro hac vice*)
San Juan, Puerto Rico 00910-1750                     **PROSKAUER ROSE LLP**
Tel. (787) 274-1414                                  Eleven Times Square
Fax: (787) 764-8241                                  New York, NY 10036
afernandez@delgadofernandez.com                      Tel:  (212) 969-3000
USDC-PR 210511                                       Fax:  (212) 969-2900
                                                     Email: mbienenstock@proskauer.com
                                                     Email: brosen@proskauer.com
/s/ Bruce Bennett                                    Email: jlevitan@proskauer.com
Bruce Bennett (*pro hac vice*)                        Email: mdale@proskauer.com
**JONES DAY**                                         Luis F. del Valle-Emmanuelli
555 South Flower Street Fiftieth Floor               USDC-PR No. 209514
Los Angeles, California 90071                         P.O. Box 79897
Tel. (213) 489-3939                                  Carolina, Puerto Rico 00984-9897
Fax: (213) 243-2539                                  Tel. 787.977.1932
bbennett@jonesday.com                                Fax. 787.722.1932
                                                     dvelawoffices@gmail.com

Benjamin Rosenblum (*pro hac vice*)                   OF COUNSEL FOR
**JONES DAY**                                         A&S LEGAL STUDIO, PSC
250 Vesey Street                                     434 Avenida Hostos
New York, New York 10281                              San Juan, PR 00918
Tel. (212) 326-3939                                  Tel: (787) 751-6764/ 763-0565
Fax: (212) 755-7306                                  Fax: (787) 763-8260
brosenblum@jonesday.com

                                                     *Attorneys for the Financial Oversight and*
Matthew Papez (*pro hac vice*)                        *Management Board for Puerto Rico, as*
Beth Heifetz (*pro hac vice*)                         *representative of the Employees Retirement*
**JONES DAY**                                         *System of the Government of the*
51 Louisiana Ave. N.W.                               *Commonwealth of Puerto Rico*
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
mpapez@jonesday.com
bheifetz@jonesday.com

*Counsel for Altair Global Credit
Opportunities Fund (A), LLC, Andalusian
Global Designated Activity Company,
Crown Managed Accounts for and on
behalf of Crown/PW SP, Glendon
Opportunities Fund, L.P., LMA SPC for
and on behalf of Map 98 Segregated
Portfolio, Mason Capital Master Fund LP,
Oaktree-Forrest Multi-Strategy, LLC
(Series B), Oaktree Opportunities Fund
IX, L.P., Oaktree Opportunities Fund IX
(Parallel), L.P., Oaktree Opportunities
Fund IX (Parallel 2), L.P., Oaktree
Huntington Investment Fund II, L.P.,
Oaktree Opportunities Fund X, L.P.,
Oaktree Opportunities Fund X (Parallel),
L.P., Oaktree Opportunities Fund X
(Parallel 2), L.P., Oaktree Value
Opportunities Fund Holdings, L.P.,
Oceana Master Fund Ltd., Ocher Rose,
L.L.C., Pentwater Merger Arbitrage
Master Fund Ltd., PWCM Master Fund
Ltd., Redwood Master Fund, Ltd., and SV
Credit, L.P.*

*/s/ Sunni P. Beville*

BROWN RUDNICK LLP

Sunni P. Beville, Esq. (Pro Hac Vice)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@prownrudnick.com

*Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/Alicia I. Lavernge-Ramírez*

José C. Sánchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramírez
USDC-PR 215112
**SÁNCHEZ/LRV LLC**270 Muñoz Rivera
Avenue, Suite 1110 San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanchezlrv.com
alavergne@sanchezlrv.com

*/s/ Catherine Steege*

JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com

*/s/ Jesse L. Green*

Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)
**WHITE & CASE LLP**

6

1221 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113
gkurtz@whitecase.com
jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
Cheryl T. Sloane (*pro hac vice*)
Jesse L. Green (*pro hac vice*)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com

*Counsel for Puerto Rico AAA Portfolio
Bond Fund, Inc.; Puerto Rico AAA
Portfolio Bond Fund II, Inc., Puerto Rico
AAA Portfolio Target Maturity Fund, Inc.;
Puerto Rico Fixed Income Fund, Inc.;
Puerto Rico Fixed Income Fund II, Inc.;
Puerto Rico Fixed Income Fund III, Inc.;
Puerto Rico Fixed Income Fund IV, Inc.;
Puerto Rico Fixed Income Fund V, Inc.;
Puerto Rico Fixed Income Fund VI, Inc.;
Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.; Puerto Rico
Investors Bond Fund I; Puerto Rico
Investors Tax-Free Fund, Inc.; Puerto
Rico Investors Tax-Free Fund II, Inc.;
Puerto Rico Investors Tax-Free Fund III,
Inc.; Puerto Rico Investors Tax-Free Fund
IV, Inc.; Puerto Rico Investors Tax-Free
Fund V, Inc.; Puerto Rico Investors Tax-
Free Fund VI, Inc.; Puerto Rico
Mortgage-Backed & U.S. Government
Securities Fund, Inc.; Tax-Free Puerto
Rico Fund, Inc.; Tax-Free Puerto Rico
Fund II, Inc.; Tax-Free Puerto Rico
Target Maturity Fund, Inc.; and UBS IRA
Select Growth & Income Puerto Rico
Fund*

lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

*/s/ A.J. Bennazar-Zequeira*

BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired
Employees of Puerto Rico*

7

SEPULVADO, MALDONADO & COURET

By:/s/ Albéniz Couret-Fuentes
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

REED SMITH LLP
Luke A. Sizemore (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: lsizemore@reedsmith.com

By:    */s/ Luke A. Sizemore*

*Counsel to The Bank of New York Mellon,
as fiscal agent*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF

participants in this case.

Dated: April 2, 2021                                   */s/ Bruce Bennett*
                                                        Bruce Bennett