# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br><br>        Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Re: ECF No. 1065-1, 1512-1, 2839-1, 4493, 4499, 4500, 4595, 4720, 4723<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br><br>        Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Stipulation relates only to the Commonwealth of Puerto Rico** |

## CERTIFICATE OF SERVICE

     I, Carmenelisa Perez-Kudzma, hereby state that a copy of the Motion to Compel (Docket No. 16287) was served upon all ECF participants including the Commonwealth of Puerto Rico on April 4, 2021.

<u>Chambers of the Honorable Laura Taylor Swain</u>:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq. Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
      Rocio.Valentin@aafaf.pr.gov

Counsel for AAFAF:

| O Melveny & Myers LLP | Marini Pietrantoni Muñiz LLC |
|---|---|
| 7 Times Square | 250 Ponce de Leon Ave. |
| New York, New York 10036 | Suite 900 |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00918 |
|     Suzzanne Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
|     Peter Friedman, Esq. |     Carolina Velaz-Rivero, Esq. |
|     Nancy A. Mitchell, Esq. |     Iván Garau-González, Esq. |
|     Maria J. DiConza, Esq. | E-Mail: lmarini@mpmlawpr.com |
| E-Mail: jrapisardi@omm.com |     cvelaz@mpmlawpr.com |
|     suhland@omm.com |     igarau@mpmlawpr.com |
|     pfriedman@omm.com | |
|     mitchelln@omm.com | |
|     mdiconza@omm.com | |

Counsel for the Oversight Board:

| Proskauer Rose LLP | O Neill & Borges LLC |
|---|---|
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |
| Attn: Martin J. Bienenstock | Attn: Hermann D. Bauer, Esq. |
|     Brian S. Rosen | E-Mail: hermann.bauer@oneillborges.com |
|     Paul V. Possinger | |
|     Ehud Barak | |
|     Maja Zerjal | |
| E-Mail:mbienenstock@proskauer.com | |
|     brosen@proskauer.com | |
|     ppossinger@proskauer.com | |
|     ebarak@proskauer.com | |
|     mzerjal@proskauer.com | |

Counsel for the Creditors Committee:

| Paul Hastings LLP | Casillas, Santiago & Torres LLC |
|---|---|
| 200 Park Avenue | El Caribe Office Building |
| New York, New York 10166 | 53 Palmeras Street, Ste. 1601 |
| Attn: Luc. A. Despins | San Juan, Puerto Rico 00901-2419 |
|     James Bliss | Attn: Juan J. Casillas Ayala |
|     James Worthington |     Diana M. Batlle-Barasorda |

| | |
|---|---|
| G. Alexander Bongartz<br>E-Mail: lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com | Alberto J. E. Añeses Negrón<br>Ericka C. Montull-Novoa<br>E-Mail: jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |

Counsel for the Retiree Committee:

| | |
|---|---|
| Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Robert Gordon<br>     Richard Levin<br>     Catherine Steege<br>E-Mail: rgordon@jenner.com<br>     rlevin@jenner.com<br>     csteege@jenner.com | Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan, Puerto Rico 00918<br>Attn: A.J. Bennazar-Zequeira<br>E-Mail: ajb@bennazar.org |

Dated: April 4, 2021

RESPECTFULLY SUBMITTED by Debtor, through Counsel
/s/Carmenelisa Perez-Kudzma, Esq.
Perez-Kudzma Law Office, PC
35 Main Street, Wayland, MA 01778
carmenelisa@pklaw.law
978-505-3333