UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

ORDER GRANTING THE ONE HUNDRED THIRTIETH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS
ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Upon the *One Hundred Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Provided* (Docket Entry No. 9903, the "One Hundred Thirtieth Omnibus Objection"),[2] filed by

the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and

Transportation Authority ("HTA") and the Employees Retirement System of the Government of

the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the

"Debtors"), dated January 14, 2020, for entry of an order disallowing certain claims filed against

the Debtors, as more fully set forth in the One Hundred Thirtieth Omnibus Objection and

supporting exhibits thereto; and the Court having jurisdiction to consider the One Hundred

Thirtieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA

section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and

proper notice of the One Hundred Thirtieth Omnibus Objection having been provided to those

parties identified therein, and no other or further notice being required; and upon the *Notice of*

*Presentment of Proposed Order (A) Granting in Part the One Hundred Thirtieth Omnibus*

*Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and*

*Transportation Authority, and Employees Retirement System of the Government of the*

*Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary*

*Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to be Set*

*for Hearing, and (C) Granting Related Relief*, dated October 20, 2020 (Docket Entry No. 14676,

the "Notice"), for entry of an order disallowing the Claims with Undeliverable Addresses (as

defined below), as more fully set forth in the Notice; and the Court having determined that the

relief sought in the One Hundred Thirtieth Omnibus Objection is in the best interests of the

Debtors, their creditors, and all parties in interest; and the Court having determined that the legal

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them
in the Notice.

and factual bases set forth in the One Hundred Thirtieth Omnibus Objection establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

is hereby:

ORDERED that the One Hundred Thirtieth Omnibus Objection is GRANTED as

set forth herein; and it is further

ORDERED that the each of the claims identified on Exhibit D hereto (the

"Deficient Claims with Undeliverable Addresses") are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the

Deficient Claims with Undeliverable Addresses as expunged in the official claims registry in the

Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 9903 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.


SO ORDERED.

Dated: April 5, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge