UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER CONCERNING DOCUMENT FILED BY CARMEN YOLANDA RIVERA (DOCKET ENTRY NO. 16263)

    The Court has received and reviewed the document filed by Carmen Yolanda Rivera (Docket Entry No. 16263 in Case No. 17-3283, the "Pleading"). The Pleading is written in the Spanish language, and no English translation was provided. The United States Code provides that all pleadings and proceedings in the United States District Court for the District of Puerto Rico must be conducted in the English language. See 48 U.S.C. § 864. Rule 5(c) of the Local Rules for the United States District Court for the District of Puerto Rico similarly provides that "[a]ll documents not in the English language which are presented or filed . . . must be accompanied by a certified translation into English" that meets the criteria set forth in Rule 5(c) or that "[i]s otherwise stipulated as accurate by all parties."

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

      Because the Pleading was neither filed in English nor accompanied by a certified English translation, the Pleading is stricken without prejudice to re-filing in compliance with all applicable statutes, procedural rules, and orders of the Court.

      SO ORDERED.

Dated: April 5, 2021

                                                                  /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge