One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PIZARRO NIEVES, MIRIAM<br>RR8 BOX 9587<br>BAYAMON, PR 00956 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 117337 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PLAUD SANCHEZ, LUIS ANTONIO<br>PO BOX 456<br>PATILLAS, PR 00723 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 158946 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PONCE CASTAING, ANA ANGELICA<br>A10 CALLE CARLOS LOPEZ GUZMAN<br>SALINAS, PR 00751-2002 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142157 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PONCE CASTAING, ANA ANGELICA<br>URB SALINAS A10<br>SALINAS, PR 00751 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156988 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PRIETO COSME, NARIEL<br>CALLE IDILIO CASA #90<br>COROZAL, PR 00783 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 141665 | $ 12,846.74 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | QUINONES JUARBE, WILFREDO<br>C - 14 NINOSHKA<br>URB ALTAOS DE JOYUDE<br>CABO ROJO, PR 00623 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134987 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RAMIREZ LOPEZ, JOSE<br>CONTINUACION ESPERANZA 16<br>SAN GERMAN, PR 00683 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128731 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | RAMIREZ LOPEZ, JOSE A<br>CONTINUACION ESPERANZA 16<br>SAN GERMAN, PR 00683 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159338 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | RAMOS BARRETO, ELSA A.<br>CALLE RAFAEL HERNANDEZ #17<br>RUBIANES<br>AGUADILLA, PR 00603 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 162922 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RAMOS PAOLI, JOEL<br>C 04 BOX 15906<br>LARES, PR 00669 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128255 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RAMOS SANTIAGO, GLORINET<br>RR-1 BOX 13821<br>OROCOVIS, PR 00720 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159024 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | RAMOS VALLES, JACKELINE<br>HC 64 BUZON 8425<br>PATILLAS, PR 00723 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123870 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | RAMOS, IVONELLY SANTIAGO<br>URB. EL COMANDANTE<br>AVENIDA SAN MARCOS #242<br>CAROLINA, PR 00982 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 123630 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | REYES AGOSTO, EVA N<br>PO BOX 411<br>PALMER, PR 00721 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119637 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | REYES DIAZ, SALLY<br>C4 CALLE 7<br>ALTURAS DE FAIRVIEW<br>TRUJILLO ALTO, PR 00796 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124198 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | REYES OLIVERAS, ELISA I.<br>CALLE 4 E-8 TENOAZAS<br>URB. INDUSTRIAL TRES MONJITAS<br>DECUPEY<br>TRUJILLO ALTHO, PR 00976 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129825 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | REYES RODRIGUEZ, MARIA M.<br>BARRIO VALENCIANO ABAJO<br>JUNCOS, PR 00777 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146864 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | RIOS COHO, VERONICA<br>17 CALLE L-38<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135920 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | RIOS RAMOS, YASMIN<br>P.O. BOX 33-4431<br>PONCE, PR 00733-4431 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126348 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 20 | RIOS RAMOS, YASMIN<br>P.O. BOX 33 - 4431<br>PONCE, PR 00733-4431 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135033 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 21 | RIOS RAMOS, YASMIN<br>P.O. BOX 33 - 4431<br>PONCE, PR 00733-4431 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132930 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 22 | RIVERA AGOSTO, ANA TERESA<br>CALLE 11-2-9 MONTE SUBACIO<br>GURABO, PR 00778 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116871 | $ 200,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 23 | RIVERA AYALA, ELIUD<br>HC 01 BOX 5158<br>LOIZA, PR 00772 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151963 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 24 | RIVERA CASTRO, ADA L.<br>CALLE 2 NUMERO 124<br>SAINT JUST<br>TRUJILLO ALTO, PR 00976 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 157083 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 25 | RIVERA COLON, AUREA E.<br>#51 SECTOR LAS ORQUIDEAS<br>AGUAS BUENAS, PR 00703 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144313 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | RIVERA COLON, JACQUELINE<br>A-22 CALLE 1<br>GUAYAMA, PR 00784 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147085 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RIVERA DE JESUS, CARLOS A.<br>HC 7 BOX 38079<br>AGUADILLA, PR 00603 | 7/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113722 | $ 28,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | RIVERA DIAZ, ANTONIO<br>PARCELOS NIAGARAS -#18B<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136969 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RIVERA GIL , SYLMA<br>URB. SANTA MARIA<br>M23 CALLE 11<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128465 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | RIVERA GUADALUPE, WILLIAM<br>HC 02 BOX 4859<br>SABANA HOYOS, PR 00688 | 7/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154515 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | RIVERA JIMENEZ, LUIS RAUL<br>PARCELA LA TEA #154 CALLE F<br>SAN GERMAN, PR 00683 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 164019 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | RIVERA LOPEZ, IRIS ENEIDA<br>URB. SAN JOSE 3 CALLE 14 #EE-2<br>SABANA GRANDE, PR 00637 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118799 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | RIVERA LUCIANO, ARLENE<br>APARTADO 241<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113630 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RIVERA MARRERO, WALDEMAR<br>URB. TOA LINDA<br>TOA ALTA, PR 00953 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114104 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | RIVERA MORALES, EDDIE<br>CARR. 416 K. 0.7<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144576 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | RIVERA MORALES, EDDIE<br>CARR 416 K 0.7<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 140060 | $ 48,493.86 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | RIVERA MORALES, TANIA<br>HC-03 BOX 37841<br>CAGUAS, PR 00725 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160313 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | RIVERA MUNOZ, EDWARD A<br>CALLE 15 BLOQ 35 #14<br>2DA EXT. VILLA CAROLINA<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 132138 | $ 57,691.60 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 39 | RIVERA OCASIO, ANA E.<br>PO BOX 2<br>PATILLAS, PR 00723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129051 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 40 | RIVERA ORTIZ, ASTRID<br>P.O. BOX 1535<br>COROZAL, PR 00783 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150516 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 41 | RIVERA ORTIZ, YANIRMA<br>CARR 159 K - 16.4 MAVILLA<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150927 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 42 | RIVERA PADIN , LIZBELLE<br>HC-3 BOX 3153<br>MOROVIS, PR 00687 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130430 | $ 75,680.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 43 | RIVERA RIVERA, EDGARDO<br>VIA SANTO DOMINGO PLAZA 22<br>C46 URB. ESTANCIA<br>BAYAMON, PR 00961 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121560 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Thirty-First Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | RIVERA ROSADO, ILDEFONSO<br>P.O. BOX 1067 BOQUERON<br>CABO ROJO, PR 00622 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133879 | $ 1,500,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 45 | RIVERA SANCHEZ , RICARDO RAFAEL<br>URB LOS ROBLES<br>GURABO, PR 00778 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113701 | $ 27,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 2,034,712.20* |