## Two Hundred and Fifth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BAEZ CUEVAS, LILLIAN I.<br>HC1 BOX 395<br>ADJUNTAS, PR 00601 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120821 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | GOMEZ ORTIZ, NEREIDA<br>URB RIO GRANDE ESTATE C/E 27 BLG X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173321 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | PASTRANA SANDORAL, ROMAN<br>RR6 BOX 11143<br>BO CUPOY ALTO<br>SAN JUAN, PR 00926 | 2/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173260 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | SANDOVAL, ROMAN PASTRANA<br>R.R.6 BOX 11143<br>BO.CUPAY ALTO<br>SAN JUAN, PR 00996 | 2/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173258 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | SANJURJO CALCANO, ANA<br>CARR 187<br>MEDIANIA ALTA BOX 537<br>LOIZA, PR 00772 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160284 | $ 7,125.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | TROALA CORA, PEDRO<br>BANNIO ANTIGUA<br>ARROYO, PR 00714 | 2/3/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173123 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 7,125.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts