UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION TO COMPEL COMPLIANCE WITH STIPULATION

The Court has received and reviewed the *Motion to Compel Compliance with Stipulation* (Docket Entry No. 16287 in Case No. 17-3283, the "Motion"), filed by Corporación Marcaribe Investment ("Movant").

Responsive papers to the Motion, if any, must be filed by **April 19, 2021, at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **April 26, 2021, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: April 5, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).