## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On March 31, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Batch 4 Notice Parties Service List attached hereto as **Exhibit B**.

    On March 31, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on the Batch 8 Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On March 31, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit E**, to be served via first class mail on the Public Employee Notice Parties Service List attached hereto as **Exhibit F**.

Dated: April 5, 2021

> */s/ Christian Rivera*
> Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 5, 2021, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 52365

**<u>Exhibit A</u>**



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

31 de marzo de 2021

**Re:** **Reclamación Núm.          - REQUIERE RESPUESTA/ FAVOR COMPLETAR REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime Clerk como Evidencia de Reclamación Núm.          (la "Reclamación").

El 6 de noviembre de 20 los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 30 de abril de 2021 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internacions), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

March 31, 2021

<u>Re: Claim No.</u>          <u>- RESPONSE REQUIRED</u>
          <u>COMPLETE ATTACHED INFORMATION REQUEST</u>

Dear

We write with respect to your proof(s) of claim, which was filed on                    against
**Employees Retirement System** and logged by Prime Clerk as Proof of Claim No.          (the
"<u>Claim</u>").

On November 6, 2020, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("<u>ACR</u>") process.  This means that your Claim will be resolved using the
Commonwealth's existing administrative processes.  Specifically, your claim will be resolved
by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided.  Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else.  It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement.  You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits.  Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**<u>Please respond to this letter on or before April 30, 2021 by returning the enclosed information request form with the requested information and documentation.</u>**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a [PRACRprocess@primeclerk.com](mailto:PRACRprocess@primeclerk.com), o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**<u>CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO</u>** _____

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**<u>O</u>**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____

_____

_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO _____

**_____**   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.          and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### OR

**_____**   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.             or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

3

**<u>Exhibit B</u>**

Exhibit B

Batch 4 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|------|-------|-------------|
| 841944 | RODRIGUEZ ACEVEDO, CARMEN M | CALLE SEVERENO ARANA | SAN SEBASTIAN | PR | 00685 |
| 841944 | RODRIGUEZ ACEVEDO, CARMEN M | PO BOX 31 | SAN SEBASTIAN | PR | 00685-0031 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit C</u>**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

31 de marzo de 2021

**Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime Clerk como Evidencia de Reclamación Núm.            (la "Reclamación").

El 4 de enero de 2021 los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 30 de abril de 2021 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

March 31, 2021

**Re: Claim No.          - RESPONSE REQUIRED**
 **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                    against
**Employees Retirement System** and logged by Prime Clerk as Proof of Claim No.               (the
"<u>Claim</u>").

On January 4, 2021, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("<u>ACR</u>") process.  This means that your Claim will be resolved using the
Commonwealth's existing administrative processes.  Specifically, your claim will be resolved
by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided.  Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else.  It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement.  You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits.  Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before April 30, 2021 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

<div align="center">

2

</div>

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO_____

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.          NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.          o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## <u>INFORMATION REQUEST FORM</u>

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black;">

### <u>CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO</u> _____

_____   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.          and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### <u>OR</u>

_____   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.           or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

</div>

**Exhibit D**

Exhibit D

Batch 8 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 231043 | ALLENDE QUINONES, IRMA L. | PMB 1980 | SUITE R 144 | | LOIZA | PR | 00772 |
| 1720154 | Ayala Agosto, Maria | Carr. 187 KM 6.4 Bo. Pinones | | | Loiza | PR | 00772 |
| 1720154 | Ayala Agosto, Maria | HC 2 Box 7620 | | | Loiza | PR | 00772 |
| 705017 | Ayala Betancourt, Luz M | HC 04 Box 8883 | | | Canovanas | PR | 00729-9863 |
| 705017 | Ayala Betancourt, Luz M | Oficina del Procuraden de los Persona de Edad Avan | Edificio 1064 Avenida Ponce de Leon | | San Juan | PR | 00919-1179 |
| 1587309 | Ayala Pizarro, Gloribel | HC -01 Box 6305 Mediania Alta | | | Loiza | PR | 00772 |
| 1586428 | AYALA ROMERO, LUISA M. | HC-01 BOX 9048 | X | | LOIZA | PR | 00772 |
| 1754990 | Bennazar Alcover, Waleska | P.O. Box 1183 Adjuntos | | | Adjuntos | PR | 00601 |
| 1049020 | CALDERON CEPEDA, MARCELINO | URB COUNTRY CLUB | MK19 CALLE 414 | | CAROLINA | PR | 00982 |
| 1508751 | Carmona Matos, Jorge I | Jorge Ivan Carmona Matos, Alguacil Auxiliar | Calle Roble D-15 | | Las Piedras | PR | 00771 |
| 1508751 | Carmona Matos, Jorge I | PO Box 1214 | | | Juncos | PR | 00777 |
| 32298 | CARRASQUILLO CORREA, ARELIS | PO BOX 1R 131 | SUITE 1980 | | LOIZA | PR | 00772 |
| 78943 | Carrasquillo Rodriguez, Fernando Luis | Administracion de Tribunales | Guardalmacen | Casa A-11 Arena Vista del Mar | Rio Grande | PR | 00745 |
| 78943 | Carrasquillo Rodriguez, Fernando Luis | Vil Palmira | C59 Calle 4 | | Humacao | PR | 00792 |
| 1493530 | CASELLA SOSTRE, REINALDO L. | COND. CAROLINA TOWERS | APT A-412 | | CAROLINA | PR | 00979 |
| 285367 | CORDERO, LUIS RAMOS | HC-01 BOX 7065 | | | Moca | PR | 00676 |
| 285367 | CORDERO, LUIS RAMOS | PO BOX 3373 MARINA STATION | | | MAYAGUEZ | PR | 00681-3373 |
| 1508713 | COSME, WALDESTRUDIS LEON | HC 02 BOX 10050 | | | JUANA DIAZ | PR | 00795 |
| 1776769 | Couvertier Sanchez , Luis E | 1700 Cond. Condado Real | Apt 303 | | San Juan | PR | 00911 |
| 1522375 | Cruz Robles, Martin J | Bloq. 80 #2-59 | | | Carolina | PR | 00985 |
| 1564369 | Davila Frades, Arleen | Calle 1 Num. 57 Parc. Suarez | | | Loiza | PR | 00772 |
| 1653082 | DE JESUS VELAZQUEZ, MARIAM S. | COND SIERRA ALTA | 200 BUZON 86 | | SAN JUAN | PR | 00926 |
| 1583123 | DE SANTIAGO ARNAU, JUAN C. | COND BAHIA A | APT 908 | | SAN JUAN | PR | 00907 |
| 1596466 | Delerme Ayala, Josue M | Josue L. Delerme Ayala | Calle 64, Bloque 121 | Villa Carolina | Carolina | PR | 00985 |
| 1596466 | Delerme Ayala, Josue M | Josue M. Delerme Ayala | Calle 64, Bloque 25, Villa Carolina | | Carolina | PR | 00985 |
| 1601886 | Delgado Cardona, Noelia L | Villa Carolina 73B-155 A Apart A | | | Carolina | PR | 00985 |
| 942651 | DIAZ CHAPMAN, CARMEN | HC 1 BOX 5094 | | | LOIZA | PR | 00772 |
| 1181071 | DIAZ CHAPMAN, CARMEN J | HC 1 BOX 5094 | | | LOIZA | PR | 00772 |
| 1776097 | Diaz Ocana, Vivecalyn | Carr. 853 Km 13.0 Bo Cedrus | | | Carolina | PR | 00984 |
| 1776097 | Diaz Ocana, Vivecalyn | P.O. Box 6017 PMB 305 | | | Carolina | PR | 00984-6017 |
| 1586108 | Diaz, Minerva Ortiz | c/Predro Comunidad Roca Dura Bo Almirante | | | Vega Baja | PR | 00693 |
| 1191353 | DORIS SANTOS PIZARRO | HC 1 BOX 5178 | | | LOIZA | PR | 00772 |
| 1540188 | Feliciano Morales, Andres | PO Box 9523 | | | Caguas | PR | 00726 |
| 1540188 | Feliciano Morales, Andres | Urb. Bonneville Heights | 2Da Seccion Calle 3 D | | Caguas | PR | 00725 |
| 1555672 | Figueroa Maldonado, Mayra Ivette | Cond. Los Lirios Apt. 3C | Pdr. 18 | | Santurce | PR | 00907 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit D

Batch 8 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1693864 | Figueroa Molina, Gerardo | Carr. 144 Bo. Coabey | | | Jayuya | PR | 00664 |
| 1693864 | Figueroa Molina, Gerardo | HC 01 Box 3095 | | | Jayuya | PR | 00664 |
| 1228019 | FRANCO AVILES, JOEL | BO. AMELIA | CALLE STGO. I PANTIN # | | GUAYNABO | PR | 00965 |
| 1581614 | FRANQUI MURIEL, JUANITA | HC 1 BOX 7515 | | | LOIZA | PR | 00772 |
| 1559364 | Fuentes Mendez, Edgardo L | Urb. Santiago Calle C #6 | | | Loiza | PR | 00772 |
| 1617726 | GALINDEZ MALAVE, JOSE | COND MARINA 1 | APT 3701 CALLE ASISCLO SOLER | | BARCELONETA | PR | 00617 |
| 1594722 | Garcia-Rodriguez, Yadira | Villa Mini-Mini 100 | Calle 5 | | Loiza | PR | 00772 |
| 1189636 | HERNANDEZ O'FARILL, DENNIS ABEL | 75 CALLE JUNIN APTO 1809 | COND PUERTA DEL SOL | | SAN JUAN | PR | 00926 |
| 1189636 | HERNANDEZ O'FARILL, DENNIS ABEL | CALLE OLIMPO ESQUINA AXTMAYER, PARADA22 1/2, MIRAM | | | SAN JUAN | PR | 00902 |
| 1522779 | Hernandez, Norma M. | Cond. Reina Carolina | Apt 109 | | Carolina | PR | 00985 |
| 1522779 | Hernandez, Norma M. | Urb. Jardines de Trujillo Alto Calle 3 #E5 | | | Trujillo Alto | PR | 00976 |
| 1565075 | Hiraldo Matias, Jesus | c/s 87 Villa de Mini mini | | | Loiza | PR | 00772 |
| 1745565 | Ithier Hernandez, Sally | Cond Plaza Inmaculada II Apt. 2405 | Ave. Ponce de Leon | | San Juan | PR | 00909 |
| 1493471 | Laureano-Suarez, Glenda I. | Hc 01 Box 5222 | | | Loiza | PR | 00772 |
| 1651731 | LLORENS MORA, YARITZA | 4L 36 213 COLINAS DE FAIRVIEW | | | TRUJILLO ALTO | PR | 00976 |
| 1553092 | Lopez Rivera, Javier | Hc-72 Box 3436 | | | Naranjito | PR | 00719 |
| 1553092 | Lopez Rivera, Javier | Javier López | Carr. 809 Km 0.2 | | Naranjito | PR | 00719 |
| 1677992 | Lopez Vizcarrondo, Denise M. | El Mirador Calle 9N1 | | | San Juan | PR | 00926 |
| 1598270 | Lozano Bristol, Keifer | #655 Calle Cremona Puerto Nuevo | | | San Juan | PR | 00920 |
| 1586346 | Manso Escobar, Yanis | Suite 178-1980 | | | Loiza | PR | 00772 |
| 1535906 | MARRERO RIVERA, JOSE E. | BARRIO ALMIRANTE SUR | | | VEGA BAJA | PR | 00693 |
| 1593610 | MORALES PABON, GISELA | URB CIUDAD DEL LAGO | BUZON 144 | | TRUJILLO ALTO | PR | 00976 |
| 1602899 | Negron Martinez, Ivis W | P O BOX 1658 | | | Corazal | PR | 00783 |
| 1670544 | OCASIO MONSERRATE, BENIGNO | CALLE PRAVIA 30 #22, VILLA ASTURIAS | | | CAROLINA | PR | 00983-2959 |
| 1728551 | Orta Calderon, Jose | HC 03 Box 12278 | | | Carolina | PR | 00987 |
| 1573713 | Ortiz Cruz , Jennith | 100 Ave. La Sierra # 69 | | | San Juan | PR | 00926 |
| 1573713 | Ortiz Cruz , Jennith | Praderas de Navarro | 246 Marfil | | Gurabo | PR | 00778 |
| 1637454 | Ortiz, Ana Rivas | Carr. 720 Hmo km 7 | | | Barranquitas | PR | 00794 |
| 1701419 | Osorio Cortes, Mayra | HC Box 6409 | | | Loiza | PR | 00772 |
| 897602 | OSORIO DIAZ, EVELYN | EDF D APTO 101 | | | SAN JUAN | PR | 00917 |
| 897602 | OSORIO DIAZ, EVELYN | PO Box 11215 Fernancdeo Juencos Station | | | San Juan | PR | 00910 |
| 1784386 | Pagon, Ernesto Fiqueraa | #19 cart.149 | #5 | | Ciales | PR | 00638 |
| 1693553 | PASTRANA ALAMO, MILAGROS | HC01 BOX 7539 | | | LOIZA | PR | 00772 |
| 400573 | PEREZ BUTLER, YANIRA | COND. BALMORAL | CALLE DEL PARQUE # 110 | APTO. # 7-E | SAN JUAN | PR | 00907 |
| 1217078 | QUINONES OSORIO, ICELA | HC 1 | BOX 6325 | | LOIZA | PR | 00772 |
| 1217078 | QUINONES OSORIO, ICELA | HC 2 | BOX 6325 | | LOIZA | PR | 00772 |
| 1777555 | Rivera Aponte, Jessy | PO Box 5252 Cayey | | | Cayey | PR | 00737 |
| 1500795 | Roche De Jesus, Madeline | P.O. Box 1651 | | | Santa Isabel | PR | 00757 |

Exhibit D

Batch 8 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1752930 | Rodriguez Ortiz, Bearice | Carr. 773 KM 0.6 Bo. Barrancas | | | Barranquitas | PR | 00794 |
| 1471126 | Rodriguez Torres, Luis | CARR 433 KM 0.1 INT | | | San Sebastian | PR | 00685 |
| 1651610 | Romero Pizarro, Maria H. | Calle 89 Blg. 85-5 Villa Carolina | | | Carolina | PR | 00985 |
| 1588768 | Sanchez Rodriguez, Alexis A. | HC1 Box 7369 | Torrecilla Baja | | Loiza | PR | 00772 |
| 1605221 | Sierra Castro , Milka M. | Cond. Villa Carolina Court | | | Carolina | PR | 00985 |
| 855238 | SOTO PUJOLS, ALEXIS J. | BO JUNCAL | CARR. 111 KM. 30.0 | | SAN SEBASTIAN | PR | 00685 |
| 855238 | SOTO PUJOLS, ALEXIS J. | HC 3 BOX 34546 | | | SAN SEBASTIAN | PR | 00685 |
| 1503138 | Tapia-Peñaloza, Aida L. | Urb. Santiago Calle C #154 | | | Loiza | PR | 00772 |
| 1503138 | Tapia-Peñaloza, Aida L. | P.O Box 469 | | | Loiza | PR | 00772 |
| 1618808 | TORRES PARRA, KARIN | COUNTRY CLUB | 4TA EXT | | CAROLINA | PR | 00983 |
| 1726759 | VAZQUEZ ORTIZ, JORGE R. | COND PUERTA DE LA BAHIA 1050 | APT 1211 | | SAN JUAN | PR | 00907 |
| 947812 | VAZQUEZ ROSARIO, AIDA | URB COUNTRY CLUB | MK19 CALLE 414 | | CAROLINA | PR | 00982-1928 |
| 1633723 | Vera Vargas, Omayra | Jardines De Country Club | Calle 16-A AA 12-A | | Carolina | PR | 00936 |
| 841992 | VIGO CALDERON, CARMEN V | GY14 CALLE 259 URB COUNTRY CLUB | | | CAROLINA | PR | 00982 |

**Exhibit E**

## GOBIERNO DE PUERTO RICO

### Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico

March 31, 2021

**Re:    Claim No.              - <u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit a letter in response in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4); if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

**Please send the letter in response and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address**:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



**It is of the utmost importance you reply to this letter within the twenty (20) days
specified herein, for the adequate evaluation and resolution of your Claim**.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority



**GOBIERNO DE PUERTO RICO**

Autoridad de Asesoría Financiera y
Agencia Fiscal de Puerto Rico

31 de marzo de 2021

**Re:    Reclamación Núm.                    - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). AAFAF, en virtud de la Ley Núm. 2-2017, representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ( "Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

**Favor de remitir su comunicación en respuesta y cualquier documento en apoyo de su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

**AAFAF**

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días
aquí dispuesto, para el trámite adecuado de su Reclamación.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal



**<u>Exhibit F</u>**

Exhibit F

Public Employee Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1910461 | Acevedo Acevedo, Noemi | PO Box 6726 | | | Mayaguez | PR | 00681 |
| 1910461 | Acevedo Acevedo, Noemi | Carr 106 KM 15 5 | | | Mayaguez | PR | 00681 |
| 1986153 | ACEVEDO RIOS, YOLANDA | BRISAS DEL MAR CALLE 8 J11 | | | LUQUILLO | PR | 00773 |
| 2072806 | Acevedo Sepulveda, Ilia Raquel | Calle Ismad Rosado | Bo. Algainsbo | | Mayaguez | PR | 00680 |
| 2072806 | Acevedo Sepulveda, Ilia Raquel | PO Box 2224 | | | Mayaguez | PR | 00681-2224 |
| 1647986 | Agosto Cruz , Migdalia | Cooperativa Oriental | Urb. Buso PR-3 Frente a Palma Real | | Humacao | PR | 00791 |
| 1647986 | Agosto Cruz , Migdalia | Departamento de Educación | Teniente cesar Gonzalez Esquina Calaf | | San Juan | PR | 00919 |
| 1647986 | Agosto Cruz , Migdalia | P.O. Box 79 | | | San Lorenzo | PR | 00754 |
| 929452 | ALVARADO ALVARADO, OLGA  I. | 1235 CALLE SANTA LUCIA | URBANIZACION LAS FUENTES | | COAMO | PR | 00769 |
| 929452 | ALVARADO ALVARADO, OLGA  I. | 35 SAINT LUCIA | | | COAMO | PR | 00769 |
| 2067898 | ALVARADO IGLESIAS, MARGARITA  R. | PO Box 285 | | | San Lorenzo | PR | 00754 |
| 2067898 | ALVARADO IGLESIAS, MARGARITA  R. | URB. PORTAL DE SOL CALLE 3E-7 | | | SAN LORENZO | PR | 00754 |
| 2033525 | Alvira Calderon, Julia F. | #1 G Urb. La Roca | | | Fajardo | PR | 00738 |
| 1993479 | Alvira Calderon, Julia F. | 1 G Urb. La Roca | | | Fajardo | PR | 00738 |
| 1993479 | Alvira Calderon, Julia F. | HC67 BOX 23625 | | | FAJARDO | PR | 00738 |
| 2033525 | Alvira Calderon, Julia F. | HC-67 Box 23625 | | | Fajardo | PR | 00738 |
| 2095082 | BAEZ SANTIAGO, VIVIAN | RR#3 BUZ 8570 | | | TOA ALTA | PR | 00953 |
| 2124913 | Berrios Williams , Myrna L | Baralt Calle 1-A-14 | | | Fajardo | PR | 00738 |
| 1526675 | Camareno Colon, Jose Luis | 192 Villa Caroline | c/24 Bloq 76# | | Carolina | PR | 00985 |
| 1526675 | Camareno Colon, Jose Luis | Oficinista II | Depto La Familia | Industrial Ville 11835 Calle B Suite 3 | Carolina | PR | 00983 |
| 1971339 | CARDONA SEPULVEDA, LUZ E. | #32 Calle Ramos Antonini | | | Hormigueros | PR | 00660 |
| 1971339 | CARDONA SEPULVEDA, LUZ E. | C-3 CALLE TORRECILLAS | | | CABO ROJO | PR | 00660-1819 |
| 1742433 | Catala De Jesus, Antonio | TORRES DE ANDALUCIA TORRE 1 | APARTAMENTO 202 | | SAN JUAN | PR | 00926 |
| 1862607 | Centeno De Alvarado, Migna Iris | BO JUNCOS SEC COLINAS | | | PENUELAS | PR | 00624 |
| 1862607 | Centeno De Alvarado, Migna Iris | HC-02 Box 6284 | | | Guayanilla | PR | 00656 |
| 1595241 | Cintron Rivera, Aida I | RR Box 503 | | | Toa Alta | PR | 00953 |
| 1871666 | Cintron Rosario, Johnny | BO. JACOQUAS SECTOR OLLA HONDA | JARDINES EZ | | JUANA DIAZ | PR | 00795 |
| 1871666 | Cintron Rosario, Johnny | HC -03 Box 15455 | | | Juana Diaz | PR | 00795 |
| 1989566 | Colon Negron, Josefina | Apdo. 963 | | | Juana Diaz | PR | 00795 |
| 1948166 | Colon Negron, Josefina | JUANE DIAZ APT.963 | | | JUANA DIAZ | PR | 00795 |
| 1948166 | Colon Negron, Josefina | Bo. Aguilita | sect. penoncillo | | JUANA DIAZ | PR | 00795 |
| 1989566 | Colon Negron, Josefina | Bo. Aguilita | Sect. Penoncill. | | Juana Diaz | PR | 00795 |
| 1574785 | Correa Irizarry, Helga Maria | 1369 c/Eduardo Cuevas | | | Ponce | PR | 00717 |
| 1574785 | Correa Irizarry, Helga Maria | HC 01 Box 6926 | | | Guayanilla | PR | 00656 |
| 2136975 | Coss Martinez, Maria M | CC 1A St 23 | | | Caguas | PR | 00725 |
| 2091169 | Coss Martinez, Maria M | CC 1A St. 23 | | | Caguas | PR | 00726 |
| 2012710 | Cruz Rosado, Maritza | H-8 Calle San Pedro, Notre Dame | | | Caguas | PR | 00725 |
| 1580855 | Degro Leon, Felix J | HC 2 Box 8479 | | | Juan Diaz | PR | 00795-9609 |
| 1580855 | Degro Leon, Felix J | Manzanilla Calle 1 #7 | | | Juana Diaz | PR | 00795 |
| 1861720 | Delgado Agosto, Emerita | HC-01 Box 17457 | | | Humacao | PR | 00791 |
| 1861720 | Delgado Agosto, Emerita | Bo. Tejas 1cm 6.7 Carr 908 | | | Las Piedras | PR | 00771 |

Exhibit F
Public Employee Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1742042 | DELGADO GRAULAU , BEVERLY | 3804 SILVER LACE LANE | | | BOYNTON BEACH | FL | 33436 |
| 1742042 | DELGADO GRAULAU , BEVERLY | 9619 Herons Nest Ct | Apt 207 | | Lake Worth | FL | 33467-5270 |
| 1780333 | DELGADO GRAULAU, BEVERLY | 3804 SILVER LACE LANE | | | BOYNTON BEACH | FL | 33436 |
| 1783728 | DELGADO GRAULAU, BEVERLY | 3804 SILVER LACE LANE | | | BOYNTON BEACH | FL | 33436 |
| 1790981 | DELGADO GRAULAU, BEVERLY | 3804 SILVER LACE LANE | | | BOYNTON BEACH | FL | 33436 |
| 1780333 | DELGADO GRAULAU, BEVERLY | 9619 Herons Nest Ct | Apt 207 | | Lake Worth | FL | 33467-5270 |
| 1783728 | DELGADO GRAULAU, BEVERLY | 9619 Herons Nest Ct | Apt 207 | | Lake Worth | FL | 33467-5270 |
| 1790981 | DELGADO GRAULAU, BEVERLY | 9619 Herons Nest Ct | Apt 207 | | Lake Worth | FL | 33467-5270 |
| 1638047 | Díaz Santini, Cynthia | BANCO POPULAR DE PUERTO RICO | 016 767608 CALLE PRINCIPAL | | PUEBLO TRUJILLO ALTO | PR | 00976 |
| 1638047 | Díaz Santini, Cynthia | Calle 213 4M 10 Colinas Fair View | | | Trujillo Alto | PR | 00976 |
| 1519825 | ESCOBAR, YANIS MANSO | Suite 178-1980 | | | Loiza | PR | 00772 |
| 1697002 | Figueroa Santos, Eduardo | Urb. Ciudad Primavera | 1803 Calle Lima | | Cidra | PR | 00739 |
| 1697002 | Figueroa Santos, Eduardo | Urb. Ciudad Primavera | Calle Lima I3 | | Cidra | PR | 00739 |
| 1751907 | Garcia Cruz, Carlos J. | Parc. Hatillo #730 | | | Villalba | PR | 00766 |
| 1751907 | Garcia Cruz, Carlos J. | PO Box 278 | | | Villalba | PR | 00766 |
| 1654530 | Lopez Ripoll, Yanira | Banco Santander de Puerto Rico | | | San Juan | PR | 00917 |
| 1654530 | Lopez Ripoll, Yanira | Urb Casitas de las Fuentes | Calle Las Flores 592 | | Toa Alta | PR | 00953 |
| 1593642 | LUGO BEAUCHAMP, NIDYVETTE | 45 SAN JOSE | | | MAYAGUEZ | PR | 00682 |
| 1586184 | LUGO BEAUCHAMP, NIDYVETTE | CIJULIO R MATOS | 45 SAN JOSE | | MAYAGUEZ | PR | 00682 |
| 1999791 | Mateo Santiago, Obdulia | PO Box 709 | | | Coama | PR | 00769 |
| 1999791 | Mateo Santiago, Obdulia | carr. 5556 k26 | | | Coamo | PR | 00769 |
| 1573819 | MONTALVO VAZQUEZ, CARLOS A. | PAM.RAGO CAURAS CALLE LUNA 620.125 | | | SABANA GRANDE | PR | 00637 |
| 1969972 | Morales Figueroa, Zoraida | Bo: Rincon Box 3306-1 | | | Cidra | PR | 00739 |
| 2104850 | Muller Arroyo, Juanita | Box 6168 | | | Mayaguez | PR | 00681 |
| 1654566 | Nieves Roman, Analda | Analda Nieves Roman, Acreedora | Calle Pedro Vagas Morales Parcela 100 | Sector Mavito | Dorado | PR | 00646-9510 |
| 1654566 | Nieves Roman, Analda | Hc 80 6560 | | | Dorado | PR | 00646-9510 |
| 1839757 | Orabona Ocasio, Esther | 2780 Bankstone Dr. Apt 160 | | | Marietta | GA | 30064 |
| 1841311 | ORTIZ MOLINA, LUZ S. | BOX 278 | | | VILLALBA | PR | 00766 |
| 1841311 | ORTIZ MOLINA, LUZ S. | PARC HATILLO #730 | | | VILLALBA | PR | 00766 |
| 1959982 | PEREZ TORRES, FERNANDO E | APTDO. 963 | | | JUANA DIAZ | PR | 00795 |
| 1959982 | PEREZ TORRES, FERNANDO E | CALLE 14 URB. LOMAS | | | JUANA DIAZ | PR | 00795 |
| 1959982 | PEREZ TORRES, FERNANDO E | Urb. Las Lomas, Calle 11A | | | Juana Diaz | PR | 00795 |
| 2002763 | Perez Torres, Fernando E. | 11A Calle 14 Urb Lomas | | | Juana Diaz | PR | 00795 |
| 2002763 | Perez Torres, Fernando E. | Aptdo 963 | | | Juana Diaz | PR | 00795 |
| 1817655 | Perez Torres, Fernando E. | Aptdo. 963 | | | Juana Diaz | PR | 00795 |
| 1817655 | Perez Torres, Fernando E. | Calle 14 URb Lomas | | | Juana Diaz | PR | 00795 |
| 2002763 | Perez Torres, Fernando E. | Calle 14 Urb. Lomas | | | Juana Diaz | PR | 00795 |
| 1473409 | Rivera Aponte, Mayra | Parcelas Jagueyes H-C-2 | Box - 0102 | | Villalba | PR | 00766 |
| 1473409 | Rivera Aponte, Mayra | Pojelas Jagueyes | Case H 61 | | Villalba | PR | 00766 |
| 1504170 | Rivera Maldonado, Andres | Cond. Concordia Garden 2 | Apt. 10-A | | San Juan | PR | 00924 |
| 1653192 | Rivera, Lilliam D. | M-11 Calle 7 Urb. Las Brisas | | | Corozal | PR | 00783 |

Exhibit F

Public Employee Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 711607 | RODRIGUEZ GUILBE, MARIA E. | PO BOX 8931 | | | PONCE | PR | 00732-8931 |
| 711607 | RODRIGUEZ GUILBE, MARIA E. | PO Box 8939-8939 | | | Ponce | PR | 00732 |
| 711607 | RODRIGUEZ GUILBE, MARIA E. | URB. SAN ANTONIO | CALLE DAMASCO | | PONCE | PR | 00728 |
| 2110377 | Rodriguez Torres, Monserrate | #38 Calle Ismael Rivera Parcelos Viejos | | | Yauco | PR | 00698 |
| 2110377 | Rodriguez Torres, Monserrate | HC 3 Box 15398 | | | Yauco | PR | 00698 |
| 1689992 | Salinas Santiago, Gualberto | Cond. Florimar Gardens Apt D-202 | Urb. Villa Andalucia | | San Juan | PR | 00926 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)