UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- x
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :  Title III
                                                                     :
         as representative of                                        :  Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,                              :  (Jointly Administered)
                                                                     :
         Debtors.[1]                                                 :
                                                                     :
-------------------------------------------------------------------- x
```

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170, and sections 102(1) and 1109(b) of title 11 of the United States Code, made applicable to these proceedings by Section 301 of PROMESA, Javier Vilariño and the law firm Vilariño & Associates LLC hereby enter their appearance in the above-captioned Title III case as counsel for Fir Tree Capital Management, LP ("Fir Tree") and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

requests that pursuant to Bankruptcy Rules 2002, and 9007 and section 1109(b) of the Bankruptcy Code, the undersigned names be added to the mailing list maintained by the Clerk in the Title III Case, and that the Clerk and all other parties-in-interest in the Title III Case provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the Title III Cases, to the persons listed below:

**Vilariño & Associates, LLC**
1519 Ponce de Leon Ave.
First Federal Building Suite 513
Attn. Javier Vilariño
San Juan, PR 00909
Tel. (787) 565-9894
Email: jvilarino@vilarinolaw.com

**WHEREFORE**, the undersigned respectfully requests the Clerk of Court and all parties of record to take notice of the foregoing.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Date: April 6, 2021.

**Vilariño & Associates, LLC**

*/s/ Javier Vilariño*
Javier Vilariño
USDC No. 223593
1519 Ponce de Leon Ave
First Federal Building Suite 513
San Juan, PR 00909
Tel. 787-565-9894
Email: jvilarino@vilarinolaw.com

2