Santiago Aldrey Aquino
Ave. Montecarlo 1304
Apto. 141 Portal de la Reina
San Juan, P.R. 00924

**CERTIFIED MAIL**
7020 2450 0002 1786 5964

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00924
APR 03, 21
AMOUNT
$7.45
R2305K133712-17

Secretaria (Clerks Office)
Tribunal de Dpto. de los E.U.
Sala 150 Edificio Federal.
San Juan P.R. 00918-1767

Calle Carlos Chardon #150
Federico Degetau