# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[5] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |
| ALTAIR GLOBAL CREDIT OPPORTUNITIES FUND (A), LLC, *et al.*<br><br>v. | Adv. Proc. No. 17-00219 (LTS)<br>Adv. Proc. No. 17-00220 (LTS) |

---

[5] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | | |
|---|---|---|
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | ) ) ) ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) ) ) | Adv. Proc. No. 19-00356 (LTS) |
| and | ) ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) ) | |
| as co-trustees of | ) ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DEFENDANT 1M, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) ) ) ) | Adv. Proc. No. 19-00357 (LTS) |
| and | ) ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) ) | |
| as co-trustees of | ) ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) ) | |

|  |  |
|---|---|
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| STOEVER GLASS & CO., *et al.*, | ) |
|  | ) |
| Defendant. | ) |

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) |
| as co-trustees of | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
| Plaintiff, | ) |
| v. | ) |
| DEFENDANT 1H-78H, | ) |
| Defendants. | ) |

Adv. Proc. No. 19-00359 (LTS)

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) |
| and | ) |

Adv. Proc. No. 19-00361 (LTS)

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), </br></br>     as co-trustees of </br></br> THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, </br></br>     Plaintiff, </br></br> v. </br></br> DEFENDANT 1G-50G, *et al.*, </br></br>     Defendants. </br>———————————————————————</br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, </br></br>     as representative of </br></br> EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, </br></br>     and </br></br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), </br></br>     as section 926 trustee of </br></br> THE COMMONWEALTH OF PUERTO RICO </br></br>     Plaintiffs,[6] </br></br>     against </br></br> ANDALUSIAN GLOBAL DESIGNATED ACTIVITY | Adv. Proc. No. 19-00366 (LTS) |

---

[6] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

| | |
|---|---|
| COMPANY; THE BANK OF NEW YORK MELLON; MASON CAPITAL MASTER FUND LP; OCHER ROSE, L.L.C.; SV CREDIT, L.P.; CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP; LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO; OCEANA MASTER FUND LTD.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; AND PWCM MASTER FUND LTD, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, <br><br> and <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), <br><br> as section 926 trustee of <br><br> THE COMMONWEALTH OF PUERTO RICO <br><br>  Plaintiffs,[7] <br><br>  against <br><br> GLENDON OPPORTUNITIES FUND, L.P.; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Adv. Proc. No. 19-00367 (LTS) |

---

[7] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

```
AAA PORTFOLIO BOND FUND II, INC.; PUERTO    )
RICO AAA PORTFOLIO TARGET MATURITY          )
FUND, INC.; PUERTO RICO FIXED INCOME FUND,  )
INC.; PUERTO RICO FIXED INCOME FUND II, INC.;)
PUERTO RICO FIXED INCOME FUND III, INC.;    )
PUERTO RICO FIXED INCOME FUND IV, INC.;     )
PUERTO RICO FIXED INCOME FUND V, INC.;      )
PUERTO RICO GNMA & U.S. GOVERNMENT          )
TARGET MATURITY FUND, INC.; PUERTO RICO     )
INVESTORS BOND FUND I; PUERTO RICO          )
INVESTORS TAX-FREE FUND, INC.; PUERTO RICO  )
INVESTORS TAX-FREE FUND II, INC.; PUERTO    )
RICO INVESTORS TAX-FREE FUND III, INC.;     )
PUERTO RICO INVESTORS TAX-FREE FUND IV,     )
INC.; PUERTO RICO INVESTORS TAX-FREE FUND   )
V, INC.; PUERTO RICO INVESTORS TAX-FREE     )
FUND VI, INC.; PUERTO RICO MORTGAGE-        )
BACKED & U.S. GOVERNMENT SECURITIES         )
FUND, INC.; TAX-FREE PUERTO RICO FUND, INC.;)
TAX-FREE PUERTO RICO FUND II, INC.; TAX-    )
FREE PUERTO RICO TARGET MATURITY FUND,      )
INC.; UBS IRA SELECT GROWTH & INCOME        )
PUERTO RICO FUND,                           )
                                            )
                    Defendants.             )
                                            )
                                            )
------------------------------------------------------------------ X
```

### [PROPOSED] ORDER GRANTING URGENT JOINT MOTION TO STAY CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE <u>GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO</u>

Upon consideration of the *Urgent Joint Motion to Stay Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*, and the supplement thereto, (the "<u>Motion</u>"); it appearing that (i) the Court has jurisdiction over this Motion pursuant to 28 § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; (iv) based on the statements and

arguments made in the Motion, the relief requested in the Motion is in the best interest of the Commonwealth and its creditors; and (v) the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Court hereby stays the following actions, subject to further order of the Court:

   a. Case Nos. 17-ap-219, 17-ap-220, 19-ap-356, 19-ap-357, 19-ap-359, 19-ap-361, 19-ap-366, and 19-ap-367, each in their entirety;

   b. Case No. 17-bk-3283: ECF Nos. 5580, 5586, 6482, 7075, 9700, 9701, 9702, 9703, 9704, 9705, 9708, 9709, 9285, 9294, 9298, 12536, 13054, 13400, 14241, 14246 and 14247; and

   c. Case No. 17-bk-3566: ECF Nos. 381, 384, 469, 757, 758, 759, 760, 761, 707, 710, 817, 848, 891, 892, 917, 971, 976 and 978.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____ 2021.

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE