| Name | Address | | Amount |
|---|---|---|---|
| LOPEZ BONILLA LUIS ROBERTO | BARRIO PALMAR AGUADILLA, PR 00603 | $ | 32,914.43 |
| LOPEZ CASTRO, WILSON | HC-11 BOX 12155, HUMACAO, PR 00791 | $ | 43,066.77 |
| LOPEZ CASTRO, WILSON | | $ | 31,347.08 |
| LÓPEZ COLÓN, JOSÉ D. | HC-71 BOX #1286, NARANJITO, PR 00719 | $ | 9,911.40 |
| LOPEZ DE JESUS, CARMEN L. | URB. APRIL GARDENS C/12 H 28 LAS PIDRAS, PR | $ | 694.82 |
| LOPEZ DE NEGRON, MARCELINA | DAMASCO F-12, ALTURAS VILLA DEL REY CAGUAS, PR 00727 | $ | 21,552.04 |
| LOPEZ FUENTES, ANTONIO | HC-04 BOX 15440, MOCA, PR 00676 | $ | 30,871.83 |
| LOPEZ FUENTES, JAVIER | - | $ | 6,682.63 |
| LOPEZ LOPEZ, JULIA | 21 SECTOR FARALLON, BARRANQUITAS, PR 00794 | $ | 47,441.44 |
| LOPEZ ORTIZ, MARIA ESTHER | AVE. ANDALUZ #2-D-24, LOMAS VERDES BAYAMON, PR 00956 | $ | 12,241.86 |
| LÓPEZ PINET, GERMÁN | HC-01 BOX 4324, MEDIANIA ALTA LOIZA, PR 00772 | $ | 3,342.62 |
| LÓPEZ RIVERA, PABLO | EDIF. #50 APT. 617, RES. VISTA HERMOSA | $ | 6,875.04 |
| LOPEZ RIVERA, PABLO | | $ | 7,836.77 |
| LOPEZ RODRIGUEZ, LAURA | PO BOX 9023418, SAN JUAN, PR 00902-3418 | $ | 83,530.43 |
| LOPEZ VALENTIN, JOSE R. | CALLE POSEIDON #347, URB. MONTE OLIVO GUAYAMA, PR 00784 | $ | 43,821.22 |
| LÓPEZ VALENTÍN, JOSÉ R. | | $ | 31,347.08 |
| LÓPEZ VARGAS, LUIS A. | CALLE N. SERRANO #2431, PARC. NUEVA VIDA PONCE, PR 00728 | $ | 25,105.00 |
| LOYOLA TORRES, JESÚS | HC - 2 BUZON #6136, PEÑUELAS, PR 00624 | $ | 19,729.33 |
| LOZADA GONZALEZ, EDWARD | CALLE J-II-1 ALTURAS DE RIO GRANDE RIO GRANDE PR 00745 | $ | 41,659.03 |
| LOZADA GONZALEZ, EDWARD | | $ | 23,510.31 |
| LOZADA LOZADA, VICTOR M. | HC-01 BOX 7827, BO. TEJAS LAS PIEDRAS, PR 00771 | $ | 27,820.42 |
| LOZADA RODRÍGUEZ, MARTA | CARRION MADURO 859, PDA. 22 SANTURCE, PR 00909 | $ | 37,873.74 |
| LOZANO ADORNO, MARIA DEL CARMEN. | URB, VILLA DEL CANEY CALLE OROCOVIS K=10-A URB. TRUJILLO ALTO, PR 00976 | $ | 49,906.73 |
| LOZANO ADORNO, MARIA DEL CARMEN. | | $ | 31,347.08 |
| LUCCIONI REYES, PEDRO P. | HC-01 BUXON 11085 | $ | 7,126.98 |
| LUGO ALVAREZ, ELSIE E. | BO. GUAYABO, CALLE POMAROSA #37 ISABELA, P.R. 00662 | $ | 33,474.80 |
| LUGO ÁLVAREZ, ELSIE E. | | $ | 23,510.31 |
| LUGO LUGO, JOSE R. | - | $ | 46,133.16 |
| LUGO SERRANO, LUIS M. | APARTAMENTO #272, SABANA HOYOS, PR 00668 | $ | 880.21 |
| LUYANDO CARMONA, DAVID | | $ | 26,184.85 |
| MADERA BORRERO, ANNA R. | HC-4 BOX 6836, Y ABUCOA ,P.R. 00767 | $ | 782.41 |
| MALARET PAGAN, WILLIAM | COND VIZCAYA 200 CALLE 535, APTO. 225 CAROLINA, PR 00985 | $ | 32,116.41 |
| MALDONADO HERNANDEZ, ANTONIA | CALLE ARISTIDES DE CHAVIER #115 APT. B-2 URB. FRONTERAS BAYAMON, PR 00961 | $ | 84,707.91 |
| MANGUAL RODRÍGUEZ, ERNESTO | PO BOX 1303, AÑASCO, PR 00610 | $ | 11,187.36 |
| MARQUEZ FELICIANO, MARIA M. | EDIF. #115 APT. 2155 | $ | 56,856.34 |

*Handwritten annotation: "Copia" (top left); "Esta cantidad es de salarios no pagados, pero trabajados" (right side, bracketing LOPEZ VALENTIN entries)*