

José Ramón López Valentín
Urb. Monte Olivo
347 Calle Poseidón
Guayama, P.R. 00784-6639

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan Puerto Rico 00918-1767