

1 de abril de 2021

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos (United States District Court)

#150 Avenida Chardón

Edificio Federal (Federal Building)

San Juan (Puerto Rico) 00918-1767

RE: Objeción a la Reclamación # 3078

Por este medio Presentó una objeción a mi reclamación anterior por el Caso # 17-03283-LTS Y el Caso # 17-03566-LTS, ya que el Estado Libre Asociado de Puerto Rico menciona que la Titularidad o cualquier otra excusa de estos Bonos no son Responsabilidad de esta entidad y ellos fueron los que crearon esta Compañía o Entidad para que Administraran los mismos (Los Bonos) y no presentaron ninguna objeción, emitieron los Bonos recibieron el dinero prestado por nosotros los Acreedores e hicieron mal uso del mismo o el dinero y no lo supieron Administrar y ahora no quieren ser Responsables por el mismo y no los quieren pagar, que sean responsables.

He notado algo de las personas que pierden sus Propiedades en los Estados Unidos que se van por Loss Mitigation, el Banco recobra toda la deuda, Principal, Intereses y cualquier Penalidad adicional todo esto Financiado a un mejor interés y recobran toda su deuda y nadie presenta ninguna objeción al mismo, entiendo que los Bancos no son mejores que nosotros los Acreedores que le prestamos dinero al Estado Libre Asociado de Puerto Rico para ayudarlos con su Infraestructura y tener dinero adicional para sus mejoras Capitales, lo aceptaron, lo malgastaron no adecuadamente y ahora no los quieren pagar, pues que sean responsables.

| CANTIDAD | CASO | CUSIP |
|---|---|---|
| $22,006.80 | 17BK-03283-LTS | 745177FB6 |
| | (Government Development B Tax SR H RV) | |
| $41,808.00 | 17BK-03566-LTS | 29216MAF7 |
| | (Employees Retirement Sys SR A RV) | |

Caso # 17-03283-LTS                                  Reclamación # 3078

Las Cantidades aquí objetadas presentan los intereses no devengados o no pagados por el Estado Libre Asociado de Puerto Rico que nunca han mencionado si los van a pagar ya que estos compromisos fueron adquiridos antes de su Reclamación de su Quiebra.

Se somete evidencia de que Compañía era la Responsable de la compra de estos Bonos si tuvieran algún problema con la Titularidad de los mismos.

Muchas gracias por permitirme presentar mi objeción Formalmente y por querer excluirme de mi reclamación original ante la Corte Federal.

Presentó esta objeción ante la Honorable Juez de la Corte Federal de los Estados Unidos Laura Taylor Swain.

ATT;

Carlos M. Flores Sánchez

Estancias de Bairoa

E3 Calle Tulipán

Caguas PR 00727