Página Page 21

| UBS FINANCIAL SERVICES INC. | Detalles para las partidas informadas en las Formas 480.6D<br>Details for Items Reported on Forms 480.6D | Número de cuenta:<br>Account number: |
|---|---|---|

**Línea 8 Intereses sobre Obligaciones del Estado Libre Asociado de Puerto Rico**
Line 8 Interest upon Obligations from the Commonwealth of Puerto Rico

| Descripción<br>Description | CUSIP y/o símbolo<br>CUSIP and/or symbol | Fecha<br>Date | Actividad<br>Activity | Cantidad<br>Amount | CBA<br>ABT | Enmendado<br>Amended |
|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS SR A RV<br>BE/R/ 5.850 070123 DTD 013108 | 29216MAF7 | 01/01/16 | Interest | 195.00 | | |
| | | 02/01/16 | Interest | 195.00 | | |
| | | 03/01/16 | Interest | 195.00 | | |
| | | 04/01/16 | Interest | 195.00 | | |
| | | 05/01/16 | Interest | 195.00 | | |
| | | 06/01/16 | Interest | 195.00 | | |
| | | 07/01/16 | Interest | 195.00 | | |
| | | 08/01/16 | Interest | 195.00 | | |
| | | 09/01/16 | Interest | 195.00 | | |
| | | 10/01/16 | Interest | 195.00 | | |
| | | 11/01/16 | Interest | 195.00 | | |
| | | 12/01/16 | Interest | 195.00 | | |
| | | Total- Total | | 2,340.00 | | |
| GOVERNMENT DEVELOPMENT B TAX SR H RV<br>BE/R/ 4.150 080117 DTD 122811 | 745177FB6 | 01/01/16 | Interest | 69.17 | | |
| | | 02/01/16 | Interest | 69.17 | | |
| | | 03/01/16 | Interest | 69.17 | | |
| | | 04/01/16 | Interest | 69.17 | | |
| | | 05/01/16 | Interest | 69.17 | | |
| | | 06/01/16 | Interest | 69.17 | | |
| | | 07/01/16 | Interest | 69.17 | | |
| | | Total- Total | | 484.19 | | |
| | Línea 8 Total- Line 8 Total | | | 2,824.19 | | |

003635 UADDFJ01 048176