Carlos M. Flores Sánchez
Estancias de Bairoa
E3 Calle Tulipan
Caguas PR 00727

SAN JUAN PR 009

5 APR 2021 PM 2 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 APR -6 PM 5:00

Secretaria (Clerk's Office)
United States District Court
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

00918-170625