# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>    Plaintiff,<br>v.<br>AMBAC ASSURANCE CORPORATION, *et al.*,<br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, <br> Plaintiff, <br> v. <br> AMBAC ASSURANCE CORPORATION, *et al.*, <br> Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, <br> Plaintiff, <br> v. <br> AMBAC ASSURANCE CORPORATION, *et al.*, <br> Defendants. | Adv. Proc. No. 20-00005-LTS |

**[PROPOSED] ORDER MODIFYING THE DISCOVERY SCHEDULE IN THE REVENUE BOND ADVERSARY PROCEEDINGS**

This matter is before the Court on the Joint Motion of Defendants and the Government[2] to extend certain deadlines in the Court's *Order Setting Discovery Schedule* dated February 5, 2021 (Dkt. No. 15809 in 17-BK-3283; Dkt. No. 119 in 20-AP-03; Dkt. No. 112 in 20-AP-04; and Dkt. No. 133 in 20-AP-05) (the "Scheduling Order").

Upon consideration, the Court finds good cause to grant the joint motion and hereby amends the Scheduling Order as follows:

1. The Government's document production must be completed by **April 26, 2021**.

2. Depositions and all fact discovery shall be completed by **May 19, 2021**.

3. All other provisions of the Scheduling Order remain in effect.

Dated: April _____, 2021

SO ORDERED:

_____
Honorable Judith G. Dein
United States Magistrate Judge

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the *Order on Defendants' Motion to Compel Document Discovery from the Government in the Revenue Bond Adversary Proceedings* (Dkt. No. 16236 in 17-BK-3283; Dkt. No.141 in 20-AP-03; Dkt. No. 132 in 20-AP-04; and Dkt. No. 153 in 20-AP-05).