One Hundred and Seventy-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CINTRON PACHECO, ABIMAEL<br>HC 2 BOX 10345<br>YAUCO, PR 00698 | 10/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171587 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CORREA CRUZ, VENANCIO<br>HC #2 BOX 13304<br>HUMACAO, PR 00791 | 11/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172346 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ESPADA APONTE, ANGEL J.<br>P.O. BOX 653<br>COAMO, PR 00769 | 8/13/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 170218 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Sales Tax Financing Corporation (COFINA), but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FIGUEROA APONTE, JESUS M.<br>HC #2 BOX 8606<br>YABUCOA, PR 00767 | 10/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172087 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | FIGUEROA ORTIZ, LUIS<br>URB. JAIME C. RODRIGUEZ<br>C-16-13<br>YABUCOA, PR 00767 | 11/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172340 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FLORES VAZQUEZ, ASELMO<br>CALLE-2 PARCELA 45-BOX 6291 BARRANCA<br>GUAYAMA, PR 00784 | 11/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172224 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | FUENTES PINERO, LUIS<br>HC #2 BOX 8748<br>YABUCOA, PR 00767 | 10/28/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171879 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | LOPEZ BURGOS, JUANA<br>HC-5 BUZON 7235<br>YAUCO, PR 00698 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171485 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MARTE ORTIZ, MARIO<br>HC 02 BOX 3401<br>YABUCOA, PR 00767 | 10/29/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172020 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MARTINEZ ESPADA, JOSE GIL<br>F-6 8<br>STA ISABEL, PR 00757 | 10/25/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171958 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MERCED PADRO, ISMAEL<br>PO BOX 159<br>ARROYO, PR 00714 | 10/28/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172222 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | NAVARRO ALICEA, MIGUEL<br>HC 4 BOX 7045<br>YABUCOA, PR 00767 | 10/25/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171793 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | ORTIZ COLON, ANGEL LUIS<br>PARCELAS ROSA SANCHEZ 334<br>BARRIO CALABAZO<br>YABUCOAPR 00767, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171468 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PEREZ MUNOZ, ANGEL L<br>HC5 BOX 5850<br>JUANA DIAZ, PR 00795 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171514 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RIVERA CARRASQUILLO, VENCESLAO<br>HC BOX 3336<br>YABUCOA, PR 00767 | 10/25/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171798 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | RIVERA NATAL, MARIA DEL R<br>P.O BOX 335673<br>PONCE, PR 00733 | 10/11/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171439 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | RIVERA PEREZ, JOSE R<br>JARDINES DE GUAUMANIC 18A47<br>GUAYAMA, PR 00784 | 10/25/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171996 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | SANCHEZ, BENITO<br>140 RUSS ST APT 104<br>HARTFORD, CT 06106 | 11/5/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172166 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | SANTIAGO CRESPO, JOSE ANTONIO<br>HC 05 BOX 5640<br>YABUCOA, PR 00766 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171700 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | SERRANO MALDONADO, JULIO ENRIQUE<br>HC06 BOX 00780<br>COTO LAUREL, PR 00780 | 10/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171800 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 21 | VELAZQUEZ SYGO, CARMEN N.<br>BO CEIBA BUZON 7819<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134433 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Seventy-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | VERO SOAVEDRA , MARIA MAGDALENA<br>P.O. BOX 148<br>QUEBRADILLAS, PR 00678 | 7/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153085 | $ 18,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 23 | VIERA DE CARLO, JULIA R<br>URB VILLA ANDALUCIA<br>N 1 CALLE FRONTERA<br>SAN JUAN, PR 00926 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119711 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 24 | VILLAFANE VALENTIN, ILIA<br>VILLA CONTESSA D7 CALLE BORGONA<br>BAYAMON, PR 00956 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148427 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 25 | ZAYOS TORRES, VIRGEN A<br>PO BOX 590<br>COAMO, PR 00769 | 1/29/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 168135 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 18,000.00* |