María V. [Cruz Rodríguez]
Calle Katherine #400
Urb. Vega Serena
Vega Baja P.R. 00693



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala #150 Edificio Federal - Avenida Chardón
San Juan P.R. 00918-1767