IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

Enrique Vázquez Quintana, MD
Plaintiff  Pro Se

V

Hon Judge Liana Fiol Matta
Hon. Anabelle Rodríguez Rodríguez
Hon. Maite D. Oronoz Rodríguez
Hon. Eric V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón
Hon. José A. Morales Rodríguez
Hon. Gloria M. Soto Burgos
Defendants

Hon. Judge Laura Taylor Swain
PROMESA ACT
Federal District Court
San Juan, PR



Case # 3:19-cv-1491-JAG

Motion to Inform the Lifting of the Automatic Stay

Now comes Dr. Enrique Vázquez Quintana, Pro Se, and respectfully informs and includes a copy of the communication received from Esq. Wandymar Burgos Vargas, Assistant Secretary of Civil Affairs from the Department of Justice of Puerto Rico Modifying and Lifting the Stay Between the Commonwealth of Puerto Rico in coordination with AAFAF and Enrique Vázquez Quintana in the Court of Appeals for the First Circuit (No. 20-1752, No. 20-1859, No. 20-1914), and the Supreme Court of the United States.

Previously, I expressed that the Justice Department of Puerto Rico is legally incapable to represent and defend the seven defendant judges since all their

actions were made with the clear intention to make me harm. In that event the 104 Act is not applicable to defend the judges. My complaint is against the judges in their personal capacity, and not against the government. I feel that all the judges must defend themselves. The Justice Department should respond and document what evidence they have in their possession to justify the defense of the judges accused of violating my Civil Rights, not giving me an equal protection under the law and due process as well as violating Article 1802.

I respectfully submit the Lifting of the of the stay so that you can confirm it and the case can continue in the Court of Appeals of the First Circuit.

Please be advised that in the Mandamus and Reconsideration of the Appeals decision to make it moot I am requesting the recusal of the Hon. Judge Jay García Gregory since he is biased against me and knows the defendant judges. Two other appeals are also pending in that court. I am also requesting a judge from the United States who is not part of our local brotherhood of judges.

Respectuflly,

*[signature: Enrique Vázquez Quintana MD]*

Enrique Vázquez Quintana, MD
Pro Se

I hereby certify that on this same date, notification was sent to the following:

Court of Appeals for the First Circuit
Hon. Judge Jay García Gregory
Hon. Domingo Emanuelli
Mr. Carlos Lugo Fiol, Esq.

April 8, 2021