Gmail

Enrique Vazquez-Quintana <evazquezmd@gmail.com>

## EVazquez: Course of Action Acknowledge Receipt FW: Petition Lift Notice Dr. Enrique Vázquez Quintana

2 messages

**Wandymar Burgos Vargas** <wburgos@justicia.pr.gov>  Tue, Apr 6, 2021 at 10:32 AM
To: "evazquezmd@gmail.com" <evazquezmd@gmail.com>
Cc: "Susana I. Peñagaricano Brown" <spenagaricano@justicia.pr.gov>, "Juan C. Ramirez Ortiz" <juramirez@justicia.pr.gov>, Idza Diaz Rivera <idiaz@justicia.pr.gov>, Wandymar Burgos Vargas <wburgos@justicia.pr.gov>

Dr. Vázquez Quintana:

As per the protocol set by the court's order, after having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in this case is to modify the Title III Stay solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the United State Court of Appeals for the First Circuit (No. 20-1752, No. 20-1859, No. 20-1914), and the Supreme Court of the United States; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages or any other relief that entails the disbursement of funds by the Commonwealth or any other Title III Debtor, and provisional remedies against the Commonwealth or any other Title III Debtor.

If you are in agreement with the above proposed course of action, please let me now so that I can proceed to draft a stipulation for review and approval of AAFAF/FOMB.

Please, confirm receipt of this electronic mail.

Cordially,

f/WBV

*Lcda. Wandymar Burgos Vargas*

*Abogada*

*Secretaría Auxiliar de lo Civil*

*Departamento de Justicia*

wburgos@justicia.pr.gov



Calle Teniente César González #677

Esq. Ave. Jesús T. Piñero

San Juan, PR 00919

P.O. Box 9020192

San Juan, PR 00902-0192

 

# GOBIERNO DE PUERTO RICO
### Departamento de Justicia

**SECRETARIA AUXILIAR DE LO CIVIL**

 **BEFORE YOU PRINT** this e-mail, **THINK** about your responsibility and commitment with the **ENVIRONMENT**.

-

> **AVISO DE CONFIDENCIALIDAD**: Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la remitente y elimine este mensaje. Este correo electrónico no pretende ni debe ser considerado como constitutivo de ninguna relación legal, contractual o de otra índole similar.

> **CONFIDENTIALITY NOTE**: This communication and any attachments included herein contain information that belongs to attorney Wandymar Burgos Vargas, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither attorney Wandymar Burgos Vargas will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto. Please note that we make no representations and/or are not responsible for any virus or similar malicious data content, which this e-mail transmission may contain.

**From:** Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
**Sent:** Monday, March 29, 2021 5:19 PM

**To:** 'evazquezmd@gmail.com' <evazquezmd@gmail.com>
**Cc:** Susana I. Peñagaricano Brown <spenagaricano@justicia.pr.gov>; Juan C. Ramirez Ortiz <juramirez@justicia.pr.gov>; Idza Diaz Rivera <idiaz@justicia.pr.gov>; Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
**Subject:** EVazquez: Acknowledge Receipt FW: Petition Lift Notice Dr. Enrique Vázquez Quintana

Dr. Vázquez Quintana:

We acknowledge receipt of your Lift Stay Notice. We will review the same and get back to you as soon as we get feedback from AAFAF/FOMB.

Cordially,

f/WBV

*Lcda. Wandymar Burgos Vargas*

*Abogada*

*Secretaría Auxiliar de lo Civil*

*Departamento de Justicia*

wburgos@justicia.pr.gov

Calle Teniente César González #677

Esq. Ave. Jesús T. Piñero

San Juan, PR 00919

P.O. Box 9020192

San Juan, PR 00902-0192



# GOBIERNO DE PUERTO RICO
Departamento de Justicia




SECRETARIA AUXILIAR DE LO CIVIL



BEFORE YOU PRINT this e-mail, THINK about your responsibility and commitment with the ENVIRONMENT.

-

> **AVISO DE CONFIDENCIALIDAD**: Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la remitente y elimine este mensaje. Este correo electrónico no pretende ni debe ser considerado como constitutivo de ninguna relación legal, contractual o de otra índole similar.

> **CONFIDENTIALITY NOTE**: This communication and any attachments included herein contain information that belongs to attorney Wandymar Burgos Vargas, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither attorney Wandymar Burgos Vargas will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto. Please note that we make no representations and/or are not responsible for any virus or similar malicious data content, which this e-mail transmission may contain.

---

**From:** Carolina Velaz Rivero <cvelaz@mpmlawpr.com>
**Sent:** Monday, March 29, 2021 3:24 PM
**To:** Wandymar Burgos Vargas <wburgos@justicia.pr.gov>; Susana I. Peñagaricano Brown <spenagaricano@justicia.pr.gov>; Juan C. Ramirez Ortiz <juramirez@justicia.pr.gov>
**Cc:** Luis Marini <lmarini@mpmlawpr.com>; Valentín Colón, Rocío del Mar (AAFAF) <Rocio.Valentin@aafaf.pr.gov>
**Subject:** FW: petition

**CAROLINA VELAZ RIVERO**

| M | P | M | MARINI PIETRANTONI MUÑIZ LLC

Office 787.705.2171 | Direct 787.705.2175 | Fax 787.936.7494

Email cvelaz@mpmlawpr.com | Web mpmlawpr.com

250 Ponce de León Ave., Suite 900, San Juan PR 00918

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.

**From:** "Perez, Diana M." <dperez@omm.com>
**Date:** Wednesday, March 24, 2021 at 11:12 AM
**To:** Luis Marini <lmarini@mpmlawpr.com>, Carolina Velaz <cvelaz@mpmlawpr.com>
**Subject:** FW: petition

**From:** Enrique Vazquez-Quintana <evazquezmd@gmail.com>
**Sent:** Wednesday, March 24, 2021 9:47 AM
**To:** Perez, Diana M. <dperez@omm.com>
**Subject:** petition

[EXTERNAL MESSAGE]

Dear Mrs Pérez:

Greeting and my desire for good health. Enclosed is my petition to you as counsel of the AAFAF requesting to lift the stay so that my case can continue in court.

thanks,

Enrique Vázquez Quintana, MD



2 attachments


image002.gif
9K

carta AAFAF uno.docx
16K

Enrique Vazquez-Quintana <evazquezmd@gmail.com>    Tue, Apr 6, 2021 at 4:24 PM
Draft



[Quoted text hidden]

**2 attachments**


image002.gif
9K


carta AAFAF uno.docx
16K

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

FOR PUERTO RICO　　　　　　　　　　　　　　PROMESA TITLE III

As representative of　　　　　　　　　　　　　Num. 17BK3283-LTS

THE COMMONWEALTH OF PUERTO RICO, ET AL

Debtors

Enrique Vázquez Quintana, MD
Plaintiff Pro Se

To the Hon. Hermann Bauer Counsel to the Financial Oversight and Management Board for Puerto Rico

Case # 3:19-cv-1491-JAG
No. 20-1859 Boston Appeals Court
No. 20-1914 Boston Appeals Court
No. 20-1752 Mandamus

MOTION TO EXTEND THE LIFTING OF STAY UNTIL THE CASE ENDS IN THE APPEALS COURT OR THE SUPREME COURT OF THE UNITED STATES OF AMERICA

Now comes Dr. Enrique Vázquez Quintana, Pro Se and respectfully request the extension of the lift of stay in the above cases until they are completely solved in the United States courts.

On September 10, 2019 a stipulation was reached between the government of Puerto Rico represented by the Secretary of Justice, Hon. Dennise Longo-Quiñones, the Hon. Wandymar Burgos Vargas, Deputy Secretary in Litigation at the Department of Justice and myself, following the approval of the lifting of the stay by the Hon. Judge Laura Taylor Swain.
Following that stipulation the case continued in the District Court of San Juan, Puerto Rico. The case was stalled, going nowhere, so I placed a Mandamus to the Boston Appeals Court asking for the recusal of the Hon. Judge Jay García Gregory

and the assignment of a judge from the United States. The local federal judges know the judges of the local system. One week later the Hon. Judge García Gregory during an episode of rage placed five motions in my docket, all of them against me, dismissing the case with prejudice in favor of the seven judges of the local judiciary system. It is evident that the Hon. Judge Jay García Gregory is prejudiced against me.

The judges of the three local courts sentenced that I caused a dementia to one of my patients after an operation of the thyroid and parathyroid glands who developed low calcium (hypocalcemia). The Supreme Court by a 5 to 4 vote emitted a Sentence, not an Opinion. They wanted to punish me because I dare to suit and win a case against a lawyer who presented a frivolous lawsuit against me. The Sentence is an aberrant decision, it is against all scientific knowledge, similar to prevarication, a sentence that cannot be corroborated by any other means. This case has no scientific or judicial precedent, it neither creates jurisprudence, so it is a fiction or fantasy.

The seven local judges violated my civil and human rights. I am already 83 years old with multiple diseases, some of them resulting from Agent Orange exposure while in Vietnam. On March 2, 2018 I had coronary by-pass surgery. My case have to be decided and the injustice corrected before I die. The case is taking too long. The last obstacle is the Appeals Court of Boston bringing up the issue of the stay under PROMESA.

The Appeals Court is delaying the case to favor the local judges and the Hon. Judge Jay García Gregory who favored a wrong Sentence emitted by the Supreme Court of Puerto Rico. In fact, those seven judges confabulated to punish me for having won a frivolous suit against me, this can be interpreted as a transgression of the law.

How hard is to correct an injustice in our judicial system.

I beg you to reevaluate this petition and recommend to extend the lifting of stay so that the case can be finished as soon as possible in the Appeals Boston Court or the Supreme Court if needed.

I will send a copy of your decision to the Hon. Judge Laura Taylor Swain

Respectfully,

Enrique Vázquez-Quintana, MD
Pro Se
March 24, 2021

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

FOR PUERTO RICO                      PROMESA TITLE III

As representative of                  Num. 17BK3283-LTS

THE COMMONWEALTH OF PUERTO RICO, ET AL

Debtors

Enrique Vázquez Quintana, MD
Plaintiff Pro Se

To the Hon. Luis C. Marini-Biaggi Counsel to AAFAF

Case # 3:19-cv-1491-JAG
No. 20-1859 Boston Appeals Court
No. 20-1914 Boston Appeals Court
No. 20-1752 Mandamus

MOTION TO EXTEND THE LIFTING OF STAY UNTIL THE CASE ENDS IN THE APPEALS COURT OR THE SUPREME COURT OF THE UNITED STATES OF AMERICA

Now comes Dr. Enrique Vázquez Quintana, Pro Se and respectfully request the extension of the lift of stay in the above cases until they are completely solved in the United States courts.

On September 10, 2019 a stipulation was reached between the government of Puerto Rico represented by the Secretary of Justice, Hon. Dennise Longo-Quiñones, the Hon. Wandymar Burgos Vargas, Deputy Secretary in Litigation at the Department of Justice and myself, following the approval of the lifting of the stay by the Hon. Judge Laura Taylor Swain.
Following that stipulation the case continued in the District Court of San Juan, Puerto Rico. The case was stalled, going nowhere, so I placed a Mandamus to the Boston Appeals Court asking for the recusal of the Hon. Judge Jay García Gregory and the assignment of a judge from the United States. The local federal judges

know the judges of the local system. One week later the Hon. Judge García Gregory during an episode of rage placed five motions in my docket, all of them against me, dismissing the case with prejudice in favor of the seven judges of the local judiciary system. It is evident that the Hon. Judge Jay García Gregory is prejudiced against me.

The judges of the three local courts sentenced that I caused a dementia to one of my patients after an operation of the thyroid and parathyroid glands who developed low calcium (hypocalcemia). The Supreme Court by a 5 to 4 vote emitted a Sentence, not an Opinion. They wanted to punish me because I dare to suit and win a case against a lawyer who presented a frivolous lawsuit against me. The Sentence is an aberrant decision, it is against all scientific knowledge, similar to prevarication, a sentence that cannot be corroborated by any other means. This case has no scientific or judicial precedent, it neither creates jurisprudence, so it is a fiction or fantasy.

The seven local judges violated my civil and human rights. I am already 83 years old with multiple diseases, some of them resulting from Agent Orange exposure while in Vietnam. On March 2, 2018 I had coronary by-pass surgery. My case have to be decided and the injustice corrected before I die. The case is taking too long. The last obstacle is the Appeals Court of Boston bringing up the issue of the stay under PROMESA.

The Appeals Court is delaying the case to favor the local judges and the Hon. Judge Jay García Gregory who favored a wrong Sentence emitted by the Supreme Court of Puerto Rico. In fact, those seven judges confabulated to punish me for having won a frivolous suit against me, this can be interpreted as a transgression of the law.

How hard is to correct an injustice in our judicial system.

I beg you to reevaluate this petition and recommend to extend the lifting of stay so that the case can be finished as soon as possible in the Appeals Boston Court or the Supreme Court if needed.

I will send a copy of your decision to the Hon. Judge Laura Taylor Swain

Respectfully,

Enrique Vázquez-Quintana, MD
Pro Se
March 24, 2021

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

FOR PUERTO RICO                                PROMESA TITLE III

As representative of                               Num. 17BK3283-LTS

THE COMMONWEALTH OF PUERTO RICO, ET AL

Debtors



Enrique Vázquez Quintana, MD
Plaintiff Pro Se

To the Hon. Ubaldo M. Fernández Barrera Counsel to the Financial Oversight and Management Board for Puerto Rico

Case # 3:19-cv-1491-JAG
No. 20-1859 Boston Appeals Court
No. 20-1914 Boston Appeals Court
No. 20-1752 Mandamus

MOTION TO EXTEND THE LIFTING OF STAY UNTIL THE CASE ENDS IN THE APPEALS COURT OR THE SUPREME COURT OF THE UNITED STATES OF AMERICA

Now comes Dr. Enrique Vázquez Quintana, Pro Se and respectfully request the extension of the lift of stay in the above cases until they are completely solved in the United States courts.

On September 10, 2019 a stipulation was reached between the government of Puerto Rico represented by the Secretary of Justice, Hon. Dennise Longo-Quiñones, the Hon. Wandymar Burgos Vargas, Deputy Secretary in Litigation at the Department of Justice and myself, following the approval of the lifting of the stay by the Hon. Judge Laura Taylor Swain.
Following that stipulation the case continued in the District Court of San Juan, Puerto Rico. The case was stalled, going nowhere, so I placed a Mandamus to the Boston Appeals Court asking for the recusal of the Hon. Judge Jay García Gregory

and the assignment of a judge from the United States. The local federal judges know the judges of the local system. One week later the Hon. Judge García Gregory during an episode of rage placed five motions in my docket, all of them against me, dismissing the case with prejudice in favor of the seven judges of the local judiciary system. It is evident that the Hon. Judge Jay García Gregory is prejudiced against me.

The judges of the three local courts sentenced that I caused a dementia to one of my patients after an operation of the thyroid and parathyroid glands who developed low calcium (hypocalcemia). The Supreme Court by a 5 to 4 vote emitted a Sentence, not an Opinion. They wanted to punish me because I dare to suit and win a case against a lawyer who presented a frivolous lawsuit against me. The Sentence is an aberrant decision, it is against all scientific knowledge, similar to prevarication, a sentence that cannot be corroborated by any other means. This case has no scientific or judicial precedent, it neither creates jurisprudence, so it is a fiction or fantasy.

The seven local judges violated my civil and human rights. I am already 83 years old with multiple diseases, some of them resulting from Agent Orange exposure while in Vietnam. On March 2, 2018 I had coronary by-pass surgery. My case have to be decided and the injustice corrected before I die. The case is taking too long. The last obstacle is the Appeals Court of Boston bringing up the issue of the stay under PROMESA.

The Appeals Court is delaying the case to favor the local judges and the Hon. Judge Jay García Gregory who favored a wrong Sentence emitted by the Supreme Court of Puerto Rico. In fact, those seven judges confabulated to punish me for having won a frivolous suit against me, this can be interpreted as a transgression of the law.

How hard is to correct an injustice in our judicial system.

I beg you to reevaluate this petition and recommend to extend the lifting of stay so that the case can be finished as soon as possible in the Appeals Boston Court or the Supreme Court if needed.

I will send a copy of your decision to the Hon. Judge Laura Taylor Swain

Respectfully,

Enrique Vázquez-Quintana, MD
Pro Se
March 24, 2021

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

FOR PUERTO RICO                                        PROMESA TITLE III

As representative of                             Num. 17BK3283-LTS

THE COMMONWEALTH OF PUERTO RICO, ET AL

Debtors

Enrique Vázquez Quintana, MD
Plaintiff Pro Se

To the Hon. Diana M. Pérez Counsel to AAFAF

           Case # 3:19-cv-1491-JAG
           No. 20-1859 Boston Appeals Court
           No. 20-1914 Boston Appeals Court
           No. 20-1752 Mandamus

MOTION TO EXTEND THE LIFTING OF STAY UNTIL THE CASE ENDS IN THE APPEALS COURT OR THE SUPREME COURT OF THE UNITED STATES OF AMERICA

Now comes Dr. Enrique Vázquez Quintana, Pro Se and respectfully request the extension of the lift of stay in the above cases until they are completely solved in the United States courts.

On September 10, 2019 a stipulation was reached between the government of Puerto Rico represented by the Secretary of Justice, Hon. Dennise Longo-Quiñones, the Hon. Wandymar Burgos Vargas, Deputy Secretary in Litigation at the Department of Justice and myself, following the approval of the lifting of the stay by the Hon. Judge Laura Taylor Swain.
Following that stipulation the case continued in the District Court of San Juan, Puerto Rico. The case was stalled, going nowhere, so I placed a Mandamus to the Boston Appeals Court asking for the recusal of the Hon. Judge Jay García Gregory and the assignment of a judge from the United States. The local federal judges

know the judges of the local system. One week later the Hon. Judge García Gregory during an episode of rage placed five motions in my docket, all of them against me, dismissing the case with prejudice in favor of the seven judges of the local judiciary system. It is evident that the Hon. Judge Jay García Gregory is prejudiced against me.

The judges of the three local courts sentenced that I caused a dementia to one of my patients after an operation of the thyroid and parathyroid glands who developed low calcium (hypocalcemia). The Supreme Court by a 5 to 4 vote emitted a Sentence, not an Opinion. They wanted to punish me because I dare to suit and win a case against a lawyer who presented a frivolous lawsuit against me. The Sentence is an aberrant decision, it is against all scientific knowledge, similar to prevarication, a sentence that cannot be corroborated by any other means. This case has no scientific or judicial precedent, it neither creates jurisprudence, so it is a fiction or fantasy.

The seven local judges violated my civil and human rights. I am already 83 years old with multiple diseases, some of them resulting from Agent Orange exposure while in Vietnam. On March 2, 2018 I had coronary by-pass surgery. My case have to be decided and the injustice corrected before I die. The case is taking too long. The last obstacle is the Appeals Court of Boston bringing up the issue of the stay under PROMESA.

The Appeals Court is delaying the case to favor the local judges and the Hon. Judge Jay García Gregory who favored a wrong Sentence emitted by the Supreme Court of Puerto Rico. In fact, those seven judges confabulated to punish me for having won a frivolous suit against me, this can be interpreted as a transgression of the law.

How hard is to correct an injustice in our judicial system.

I beg you to reevaluate this petition and recommend to extend the lifting of stay so that the case can be finished as soon as possible in the Appeals Boston Court or the Supreme Court if needed.

I will send a copy of your decision to the Hon. Judge Laura Taylor Swain

Respectfully,

Enrique Vázquez-Quintana, MD
Pro Se
March 24, 2021