# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>**This Stipulation relates only to the Commonwealth, HTA and ERS** |

**UNIQUE BUILDERS, INC. RESPONSE TO TWO HUNDRED NINETY-EIGHT OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS**

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COMES NOW respondent Unique Builders, Inc. represented by the undersigned attorney and respectfully sets forth and prays:

**Procedural Posture**

On March 12, 2021, Movants filed the Two Hundred Ninety-Eight Omnibus Objection (non-substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Retirement System of the Government of the Commonwealth of Puerto Rico to subsequently Amended Claims (docket # 16018, Case: 17-3283-LTS).

Respondents were granted until April 14, 2021 at 4:00 p.m. to file a response if needed (docket # 16018-4, Case: 17-3283 LTS)

**The Facts**

1. On May 25, 2018, Unique Builders, Inc. ("Unique") filed claim number 23832 in the Puerto Rico Highways and Transportation Authority, Case No. 17 BK 03567-LTS in the aggregate amount of $1,924,135.61.

2. On May 29, 2018, Unique filed claim number 29911 in the Puerto Rico Highways and Transportation Authority, Case No. 17 BK 03567-LTS in the aggregate amount of $2,271,539.78.

3. Claim number 29911 <u>amended and superseded</u> claim number 23832.

4. Claim number 29911 is deemed allowed as filed.

**The Bankruptcy Rules and the Jurisprudence**

5. Rule 3001 (f) of the Federal Rules of Bankruptcy Procedure, clearly states as follows:

> "(f) Evidentiary Effect. A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim."

2

6. In other words, a claim filed in accordance with Rule 3001, *supra*, has a presumption of validity. *Properly filed claim is prima facie evidence under Bankruptcy Rule 3001 of validity and amount of claim; presumption of validity remains until objector introduces evidence sufficient to rebut prima facie case.* In re Gracey (1987, BC ED Pa) 79 BR 597. *Under Bankruptcy Rule 3001(f), filing by creditor of proper claim constitutes prima facie evidence of validity and amount of claim.* In re Brickell Inv. Corp. (1988, BC SD Fla) 85 BR 164.

WHEREFORE, Unique consents to the entry of an order consistent with the allegations that claim number 29911 amended and superseded claim number 23832 and that claims number 29911 is deemed allowed as filed and that claim number 29911 as filed constitutes *prima facie* evidence under Bankruptcy Rule 3001 of the validity and the amount of claim; and that the presumption of validity remains until objector introduces evidence sufficient to rebut *prima facie* case.

In San Juan, Puerto Rico this 12th day of April 2021.

> CARDONA JIMENEZ LAW OFFICES, PSC
> Attorneys for Unique Builders, Inc.
> PO Box 9023593
> San Juan, PR 00902-3593
> Tel. (787) 724-1303
> Fax (787) 724-1369
> E-mail: jf@cardonalaw.com
>
> By: */s/ José F. Cardona-Jiménez*
> USDC-PR 124504

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: As per *Exhibit 1*, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None

CARDONA JIMENEZ LAW OFFICES, PSC
Attorneys for Unique Builders, Inc.
PO Box 9023593
San Juan, PR 00902-3593
Tel. (787) 724-1303
Fax (787) 724-1369
E-mail: jf@cardonalaw.com

By: */s/ José F. Cardona-Jiménez*
USDC-PR 124504


### Service List - Exhibit 1

*(i)* Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212 New York, New York 10007-1312

*(ii)* Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

*(iii)* Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22 San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq.
Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

*(iv)* Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq. Peter Friedman, Esq.
Nancy A. Mitchell, Esq. Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com
Marini Pietrantoni Muñiz LLC

250 Ponce de Leon Ave. Suite 900
San Juan, PR 00918
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Iván Garau-González, Esq.
E-Mail: lmarini@mpmlawpr.com
 cvelaz@mpmlawpr.com
igarau@mpmlawpr.com

*(v)* Counsel for the Oversight Board:
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
 Brian S. Rosen
Paul V. Possinger
Ehud Barak Maja Zerjal

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer @oneillborges.com
Mail: mbienenstock@proskauer.com
brosen@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com

*(vi)* Counsel for the Creditors' Committee:
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601

5

San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*(vii)* Counsel for the Retiree Committee:
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416 Hato Rey,
San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org