# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Batch 8 Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: April 13, 2021

                                                        */s/ Christian Rivera*
                                                        Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 13, 2021, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 52653

**Exhibit A**



8 de abril de 2021

Re: **Reclamación Núm.          - REQUIERE RESPUESTA/ FAVOR COMPLETAR REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime Clerk como Evidencia de Reclamación Núm.          (la "Reclamación").

El 4 de enero de 2021 los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 8 de mayo de 2021 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

> Commonwealth of Puerto Rico ACR Processing Center
> c/o Prime Clerk, LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



April 8, 2021

**Re: Claim No.         - RESPONSE REQUIRED**
    **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on          against **Employees Retirement System** and logged by Prime Clerk as Proof of Claim No.         (the "Claim").

On January 4, 2021, the Debtors transferred your Claim into the Administrative Claims Reconciliation ("ACR") process. This means that your Claim will be resolved using the Commonwealth's existing administrative processes. Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have provided. Based on the information you have provided, it appears that your Claim is only asserting your right to receive your pension and nothing else. It does not appear that you dispute the amount of the pension payments you are receiving or can expect to receive upon your retirement. You can determine the pension payment amount ERS presently expects you will receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your pension or whether you have any independent claim against ERS unrelated to your right to pension benefits. Please confirm whether or not you dispute the amount of your pension or have an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website, https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment. If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before May 8, 2021 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO \_\_\_\_\_

\_\_\_\_\_ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. \_\_\_\_\_ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

\_\_\_\_\_ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. \_\_\_\_\_ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):
_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

*Proof of Claim:*
*Claimant:*

# INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**\_\_\_\_\_

\_\_\_\_\_ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. \_\_\_\_\_ and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

\_\_\_\_\_ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. \_\_\_\_\_ or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____

**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

3

**<u>Exhibit B</u>**

Exhibit B
Batch 8 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1488790 | ABADIA, LYDIA | BDA LAS MONJAS | 55 CALLE SANTIAGO IGLESIAS | | | SAN JUAN | PR | 00917-1125 |
| 1162094 | Amparo Alvarado, Amalia | Villas De Caney | A19 Calle 2 | | | Trujillo Alto | PR | 00976 |
| 1601954 | Armenteros, Cirpiano | Carmen Mayra Jimenez | Depatmento de Justicia | PO Box 55352 Station One | | Bayamon | PR | 00961-5352 |
| 1601954 | Armenteros, Cirpiano | 2021 Calle Asociacion | | | | San Juan | PR | 00918 |
| 1224335 | Arroyo Diaz, Javier | 1721 Tinto, Rio Piedras Heights | | | | San Juan | PR | 00926 |
| 1660797 | Avila, Iria Miranda | PO Box 742 | | | | Isabela | PR | 00662 |
| 1640980 | AYALA PABON, RAFAEL | BO. COLLORES | CARR. 144 | APARTADO #1 | | JAYUYA | PR | 00664 |
| 1640980 | AYALA PABON, RAFAEL | DEPARTAMENTO DE EDUCACION ESCUELA ANTONIO SERRANO | BO. MAMEYES CARR. 141 KM. 12 HM. 1 | | | JAYUYA | PR | 00664 |
| 1097858 | BATISTA, VICTOR AGOSTO | HC 06 BOX 71185 | | | | CAGUAS | PR | 00725 |
| 1577710 | Benitez Rodriquez, Wanda G | REPARTO METROPOLITANO | AVE 981 AMERICO MIRANDA | | | SAN JUAN | PR | 00921 |
| 1677364 | Bermudez Robles , Edgar | Ciudad Primavera calle Rio de Janeiro G8 | | | | Cidra | PR | 00739 |
| 1677364 | Bermudez Robles , Edgar | Urb. Ciudad Primavera 1608 | | | | Cidra | PR | 00739 |
| 56940 | BRANA DAVILA, MILDRED | PO BOX 2915 | | | | BAYAMON | PR | 00960 |
| 56940 | BRANA DAVILA, MILDRED | Ave Constitucion Apt #2 | Viejo San Juan | | | San Juan | PR | 00902 |
| 1526949 | Cabrera Martinez, Madeline | Calle 12SE #980 Reparto Metropolitano | | | | San Juan | PR | 00921 |
| 846022 | CARABALLO CLEMENTE, JULIAN M | HC 4 BOX 12578 | BO. ZARZAL | | | RIO GRANDE | PR | 00745 |
| 846022 | CARABALLO CLEMENTE, JULIAN M | CARR. 966 K2 H5 BO. ZARZAL | | | | RIO GRANDE | PR | 00745 |
| 1533632 | Carmona Guadalupe, Carlos H. | E7 Calle 6 | Urb Villas del sol | | | Trujillo Alto | PR | 00976 |
| 1773282 | Carrasguillo Villanueva, Gloria E. | Blq IA-12 Calle - B | Urb Rio Grande States V | | | Rio Grande | PR | 00795 |
| 1718225 | Cartagena Lanzot, Angel L. | RR #3 Box 3500 | | | | San Juan | PR | 00926 |
| 879682 | CARTAGENA ORTIZ, AGENOR A | HC 01 Box 4112 | | | | VILLALBA | PR | 00766 |
| 1047484 | CASTRO HERNANDEZ, MAGALI | URB JARDINES DE CEIBA II | I-7 CALLE 8 | | | CEIBA | PR | 00735 |
| 90941 | CINTRON MATOS, MARICELA | COLINAS DE BAYAMON | 250 CARR 831 APT 11B | | | BAYAMON | PR | 00956 |
| 1650687 | CIPRIANO ARMENTEROS | 2021 CALLE ASOCIACION | | | | SAN JUAN | PR | 00918 |
| 1648230 | Colon Aponte, Miguel A. | 1390 North Main Street, Apt 2724 | | | | Euless | TX | 76039 |
| 1545483 | COLON CORDERO, RAFAEL | URB ALAMAR | G16 CALLE J | | | LUQUILLO | PR | 00773-2514 |
| 1545483 | COLON CORDERO, RAFAEL | Ave. Ponce de Leon pta 20 | | | | Santura | PR | 00910 |
| 965568 | COLON MORALES, CARLOS | PO BOX 360317 | | | | SAN JUAN | PR | 00936-0317 |
| 965568 | COLON MORALES, CARLOS | 1011 ALBANIA | | | | SAN JUAN | PR | 00920-4030 |
| 1502322 | Colon Quinones, Maria V. | PO Box 336148 | | | | Ponce | PR | 00733-6148 |
| 1658403 | Correa De Jesus, Octavio | Urbanizacion La Arboleda | Calle 18 #225 | | | Salinas | PR | 00751 |
| 1658403 | Correa De Jesus, Octavio | Caney | Yuisa G 10 | | | Trujillo Alto | PR | 00976 |
| 1643674 | CORREA SANTANA, CARMEN S. | HC 646 BOX 6272 | | | | TRUJILLO ALTO | PR | 00976-9747 |
| 1722372 | CORTES LOPEZ, MIRELI ANN | URB TERRAZAS DE CUPEY | J15 CALLE 3 | | | TRUJILLO ALTO | PR | 00976 |
| 1244609 | COTTO CATALA, JULIO | RR 6 BOX 9598 | | | | SAN JUAN | PR | 00926 |
| 1244609 | COTTO CATALA, JULIO | RM 2.4 CARR 842 BO. CAIMITO BAJO | | | | SAN JUAN | PR | 00926 |
| 1588200 | De Jesus Casillas, Javier | Res. Manuel A Perez | Edif D-1 Apt 11 | | | San Juan | PR | 00923 |
| 1588200 | De Jesus Casillas, Javier | Interamericana Garden Edif A-3 Apt B2 | | | | Trujillo Ato | PR | 00976 |
| 1516659 | Diaz Ayala, Arturo | Correo Caribe | Suite 2510 Apartado 149 | | | Trujillo Alto | PR | 00977 |
| 1107982 | Diaz Falero, Zoraida | P.O. Box 20557 | | | | San Juan | PR | 00928 |
| 1107982 | Diaz Falero, Zoraida | Residencial Nuestra Senora de Covadonga | Ed-21 Apt 310 | | | Trujillo Alto | PR | 00976 |
| 1532698 | Dones Galdon, Marta | BO Obrero | 728 Calle Buenos Aires | | | San Juan | PR | 00915 |
| 1532698 | Dones Galdon, Marta | #254 Condominio | First Plaza ave de Diego Rio Pudiaz Plaza | | | San Juan | PR | 00925 |
| 1532698 | Dones Galdon, Marta | BO. Obrero | 728 Buenos Aires | | | Santurce | PR | 00915 |
| 1586904 | Estrada Silva, Raul J | Embalse San Jose | 465 calle Huesca | | | San Juan | PR | 00923 |
| 1686731 | Feliciano Rodríguez, Marta | HC 33 Box 5025 | | | | Dorado | PR | 00646 |
| 1686731 | Feliciano Rodríguez, Marta | Calle 13 J5 Reparto Teresita | | | | Bayamon | PR | 00961 |
| 1686731 | Feliciano Rodríguez, Marta | Calle 13 J5 Reparto Teresita | | | | Bayamon | PR | 00961 |
| 1585455 | Figueroa Rivera, Magally | Calle #7, C-11 Urb. | | | | Bayamon Gardens | PR | 00957 |
| 252953 | FUERTES TEXIDOR, Juan C. | COOPERATIVA JARD. TRUJILLO ALTO | EDIF G APTO 412 | | | TRUJILLO ALTO | PR | 00976 |
| 1736721 | GALARZA RUIZ, ROSABEL | RESIDENCIAL MANUEL A. PEREZ | EDIFICIO B15 APT.182 | | | SAN JUAN | PR | 00923 |
| 714724 | GARCIA CRUZ, MARIBEL | SUNVILLE | R 26 CALLE 16 | | | TRUJILLO ALTO | PR | 00976 |
| 424248 | GIL ROMERO, RAMON M | URB VILLA NUEVA | J 6 CALLE 11 | | | CAGUAS | PR | 00727 |
| 424248 | GIL ROMERO, RAMON M | RAMON MISAEL GIL ROMERO | AUDITOR III, MUNICIPIO AUTONOMO DE GUAYNABO | CITY HALL, CALLE HERMINIO DIAZ NAVARRO ESQ. | JOSE DE DIEGO | GUAYNABO | PR | 00970 |
| 1750026 | Ginés Ayuso, Shakira | G121 Calle Cidra Lago Alto | | | | Trujillo Alto | PR | 00976 |
| 693249 | GOMEZ MULERO, JULIO | JULIO GOMEZ | APTO 303 BRISAS DEL ESCORIAL | | | CAROLINA | PR | 00987 |
| 693249 | GOMEZ MULERO, JULIO | URB PEDREGALES | 003 CALLE GRANITO | | | RIO GRANDE | PR | 00745 |
| 1581167 | Gonzalez Gonzalez, Jose Ivan | HC 3 Buzon 22115 | | | | Rio Grande | PR | 00745 |
| 1581167 | Gonzalez Gonzalez, Jose Ivan | Calle 4 #52 Parc. Bartolo | | | | Rio Grande | PR | 00745 |
| 1691044 | González Guzmán, Omayra L. | Departamento de Educación, Esc. Adrian Torres | Carr. 143 Desvio | | | Jayuya | PR | 00664 |
| 1691044 | González Guzmán, Omayra L. | HC 02 Box 8285 | | | | Jayuya | PR | 00664 |

Exhibit B
Batch 8 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1650437 | Gonzalez Ortiz, Evelyn | 3036 N Caves Valley Path | | | | Lecanto | FL | 34461 |
| 1498167 | Gonzalez Otero, Alfredo | Parcelas Van Scoy | H-40 Calle 10 | | | Bayamon | PR | 00956 |
| 1519609 | Guerríos-Montalván, Wilfredo | PO Box 55297, Station One | | | | Bayamon | PR | 00960 |
| 1656735 | HERNANDEZ RAMIREZ, SONIA | 615 56 ST. URB. VEREDAS | CAMINO DE LOS JAZMINES | | | GURABO | PR | 00778 |
| 1560554 | HERNANDEZ SANTIAGO, MARIA S | RR 02 BOX 6171 | | | | CIDRA | PR | 00739 |
| 1718414 | JIMENEZ GUZMAN, LUIS A. | PO BOX 10707 | | | | SAN JUAN | PR | 00926 |
| 1210636 | JIMENEZ VELEZ, GLENDALEE | RR 04 BOX 7491 | | | | CIDRA | PR | 00739 |
| 1486222 | Loiz Melendez, Ruth A | BO MONTELLANO | CARR 176 KM 2.3 | | | CIDRA | PR | 00739 |
| 1535068 | Lopez Ramirez, Candida | Via Rexville EE 37 | | | | Bayamon | PR | 00957 |
| 1762642 | Lopez, Marielly Alicea | 1385 Brookwood Forest Blvd | Apt 901 | | | Jacksonville | FL | 32225 |
| 1499810 | Lozada Machuca, Angel M | Tribunal de Justicia | KM 11 | | | Bayamon | PR | 00956 |
| 1499810 | Lozada Machuca, Angel M | Urb Rexville 22A st #cd-10 | | | | Bayamon | PR | 00957 |
| 1054994 | MA OTERO, MARIANA | HC-01 Box 86713 | | | | Arecibo | PR | 00612 |
| 1054994 | MA OTERO, MARIANA | BO. FACTOR I CALLE G H | PO BOX 135 | | | GARROCHALES | PR | 00652 |
| 1621619 | MALDONADO MELENDEZ, LYNNETTE | HC 67 C/12 EL CORTIJO | | | | BAYAMON | PR | 00956 |
| 1556900 | MANUEL RODRIQUEZ, RAYMOND | 14 Calle CC-9 | | | | BAYAMON | PR | 00957 |
| 1687614 | Marcano Suárez, Dahizé | Calle 1 D1A | Urb Rincón | | | Trujillo Alto | PR | 00976 |
| 1187058 | MARTINEZ FIGUEROA, DAMARIS | URB VILLAS DE SOL | CALLE 1 PRINCIPAL BOX 73 | | | TRUJILLO ALTO | PR | 00976 |
| 929670 | MARTINEZ, OMANDI | 5735 SWEETWATER WAY | | | | SAN ANTONIO | TX | 78253 |
| 1477849 | Matos Roman, Maribel | Bo Dominguito | 143 Calle A | | | Arecibo | PR | 00612 |
| 1632598 | Melendez Maldonado, Erika | Cond. Santa Maria 2 | Calle 501 Modesta Apt. 504 | | | San Juan | PR | 00924 |
| 1632237 | Mendoza Ramos, Irma Z | Calle A Este #B11 | Urb Ciudad Universitaria | | | Trujillo Alto | PR | 00976 |
| 1504663 | Mercedes Marrero, Nilsa A | Calle Del Parque 851 | | | | San Juan | PR | 00909 |
| 1504663 | Mercedes Marrero, Nilsa A | Cond. Intramercana Edit Az Apto 4A | | | | Trujillo Alto | PR | 00976 |
| 1691892 | Millan, Edita Gomez | Buzón 27 calle arboleda | | | | Cidra | PR | 00739 |
| 1691892 | Millan, Edita Gomez | Carr 173 ramal 7775 Bo. Rabanal | | | | La Milagrosa Cidra | PR | 00739 |
| 1717226 | MOCTEZUMA HERRERA, DAILAH G. | CONDOMINIO CAMINITO CARR 189 | APT 1104 | | | GURABO | PR | 00778 |
| 1701252 | Montalvo Ayala, Ibis | HC 02 Box 10866 | | | | Lajas | PR | 00667 |
| 1519987 | Moreno Lopez, Wenda A | PO BOX 9021327 | | | | SAN JUAN | PR | 00902-1327 |
| 1244190 | MUNIZ RAMOS, JULIA | 5 RES VISTA HERMOSAAPT 52 | | | | SAN JUAN | PR | 00921 |
| 1244190 | MUNIZ RAMOS, JULIA | 1000 AVE. SAN PATRICO APT 52 | | | | SAN JUAN | PR | 00921 |
| 1586848 | Navarro Cotto, Angel Luis | Bo. Cana Boncito, Sector Bucana | Carr 172k220 Postal Sector | | | Caguas | PR | 00727-9317 |
| 122574 | NEGRON LOPEZ, CYNTHIA | URB JARDINEZ 1 C/B E-4 | | | | CAYEY | PR | 00736 |
| 1561240 | Nieves Fuentes, Mariluz | Urb Villa Prades | 693 Calle Julio C Arteaga | | | Rio Piedras | PR | 00924 |
| 1561240 | Nieves Fuentes, Mariluz | Marluz Nieves Fuentes | Oficial Nomina | Policis de PR | C/Julio C. Arteaga #693 Urb. Villa Prades | San Juan | PR | 00924 |
| 1597788 | Nieves Pagan, Favian | Vista Del Rio | 2 Carr. 8860 | APTO. M1520 | | Trujillo Alto | PR | 00976 |
| 1630230 | OFARRILL, GLORIMAR | CALLE 2 FINAL A-9 | SAINT JUST | | | TRUJILLO ALTO | PR | 00976 |
| 927364 | OJEDA DIAZ, NAYDA | URB BRISAS DE CANOVANAS | 138 CALLE ZORZAL | | | CANOVANAS | PR | 00729 |
| 927364 | OJEDA DIAZ, NAYDA | Departemento Justicia; Urb. Inv. Sjuan | Olimpo | | | San Juan | PR | 00902 |
| 1760887 | OLIVIERI GAZTAMBIDE, GRISELLE | URB. COLINAS DE FAIRVIEW 4G-22 CALLE 204 | | | | TRUJILLO ALTO | PR | 00976 |
| 1547790 | Oneill Gomez, Elizabeth | Villas de Caney | C / Majagua | | | Trujillo Alto | PR | 00976 |
| 1547790 | Oneill Gomez, Elizabeth | Urb Villa De Caney | E4A Calle Majagua | | | Trujillo Alto | PR | 00976 |
| 1631721 | O'Neill Reyes, Vidal | URB. LAS LOMAS 803 CALLE 3750 | | | | SAN JUAN | PR | 00921 |
| 1088737 | PABON RIVERA, ROSALIA | RR2 BOX 1143 | | | | SAN JUAN | PR | 00926 |
| 1666762 | Pagan Resto, Margarita | Margarita Pagan Resto | Bo. Rincon Sector Candelas Carr 171 R733 Km1 HM2 | | | Cidra | PR | 00739 |
| 1666762 | Pagan Resto, Margarita | RR 04 Box 3691 | | | | Cidra | PR | 00739 |
| 1659480 | Pinero, Julio A | P.O. Box 1910 | | | | Cidra | PR | 00739 |
| 1659480 | Pinero, Julio A | Car. 173 Km 3.5 int Bo. Ceiba Sector Agustin Cruz | | | | Cidra | PR | 00739 |
| 1650483 | Quiles Velez, Maria | RR 1 Box 15345 | | | | Manati | PR | 00674 |
| 1650483 | Quiles Velez, Maria | Urb. Toa Alta Heights | G-46 Calle 8 Apto 2 | | | Toa Alta | PR | 00953 |
| 1716499 | REYES AYALA, ALBA N | RR 4 BOX 986 | | | | BAYAMON | PR | 00956 |
| 1692137 | Reyes Roman, Janice M. | HC-01 Box 2040 | | | | Jayuya | PR | 00664 |
| 1092763 | RIOS FEBRES, SATURNINO | PARK COURT | H7 CALLE 1 | | | SAN JUAN | PR | 00926 |
| 1719315 | Rios Ramos, Wanda I. | Carr. 172 Km 7.1 | Bo.Certenejas II | | | Cidra | PR | 00739 |
| 1719315 | Rios Ramos, Wanda I. | P.O. 718 | | | | Cidra | PR | 00739 |
| 1558840 | Rivera Caraballo, Luis | Sector Monte Bello | Calle Petunia 59 | | | Rio Corande | PR | 00721 |
| 1665583 | Rivera Cedeno, Brenda Lee | PO Box 2421 | | | | Canovanas | PR | 00729 |
| 1665583 | Rivera Cedeno, Brenda Lee | 683 Mansiones Monte Casino II | Calle Zorzal # J-18 | | | Toa Alta | PR | 00953 |
| 1558149 | RIVERA COLON, XAVIER | CUIDAD UNIVERSITARIA | Y 54 CALLE 25 | | | TRUJILLO ALTO | PR | 00976 |
| 1545284 | RIVERA LEBRON, LUZ M. | 192-36 CALLE 522 | VILLA CAROLINA | | | CAROLINA | PR | 00985-3011 |
| 1545284 | RIVERA LEBRON, LUZ M. | NEGOCIADO DE SISTEMAS DE EMERGENCIAS 9-1-1 | P.O. BOX 270200 | | | SAN JUAN | PR | 00927-0200 |

Exhibit B
Batch 8 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1677632 | Rivera Ortiz, Laura H. | RR 3 Box 3500 | | | | San Juan | PR | 00926 |
| 1612479 | Rivera Rivera, Maria | HC 01 Box 2181 | BO Caricaboa | | | Jayuya | PR | 00664 |
| 1612479 | Rivera Rivera, Maria | Departamento de Educacion, Escuela Nemesio R. Cana | Carr 144 Bo. Coabey | | | Jayuya | PR | 00664 |
| 1070084 | RIVERA SUAREZ, NEYDA | PO BOX 33 6335 | | | | PONCE | PR | 00733 |
| 1492196 | Rodriguez Amaro, Angel | PO BOX 936 | | | | CULEBRA | PR | 00775 |
| 1492196 | Rodriguez Amaro, Angel | PO Box 712 | | | | Puerto Real | PR | 00740 |
| 1636039 | Rodriguez Benitez, Carmen R. | PO Box 10025 | Plaza Carolina Station | | | Carolina | PR | 00988 |
| 1715583 | Rodriguez Corales, Carmen M. | Apartado 381 | | | | Lajas | PR | 00667 |
| 1715583 | Rodriguez Corales, Carmen M. | 149 calle San Sanchez | | | | Lajas | PR | 00667 |
| 1187149 | RODRIGUEZ MERCADO, DAMARIS | HC-01 BOX 8238 | | | | HATILLO | PR | 00659 |
| 1187149 | RODRIGUEZ MERCADO, DAMARIS | 500 ROBERTO H.TODD | P.O.BOX 8000 | | | SANTURCE | PR | 00910 |
| 1739662 | RODRIGUEZ NEGRON, ROSE M. | VALLE PUERTO REAL H12 CALLE 1 | | | | FAJARDO | PR | 00738 |
| 1509679 | RODRIGUEZ RODRIGUEZ, BRENDA | COND. LAS TORRES | EDIF. SUR APT 9D | | | BAYAMON | PR | 00958 |
| 1660639 | Roman Adorno, Eduardo | Eduardo Roman Adorno | 0-52 calle Serigrafia | Urb. Estancia de los Artesanos | | Las Piedras | PR | 00721 |
| 1599867 | ROMERO, VIONETTE M | PO BOX 426 | | | | CULEBRA | PR | 00775 |
| 1674947 | Rosado Rosado, Myriam | Urb. Altura Interamericana Calle 13 T-10 | | | | Trujillo Alto | PR | 00976 |
| 1643233 | ROSADO, SONIA | PO BOX 2005 | | | | BARCELONETA | PR | 00617 |
| 1063092 | SANCHEZ MERCADO, MIGUEL A | OFICINA DEL CONTRALOR DE PUERTO RICO | 105 AVE. PONCE DE LEON HATO REY | | | SAN JUAN | PR | 00936 |
| 1063092 | SANCHEZ MERCADO, MIGUEL A | HILLS BROTHERS | 6 CALLE 15 | | | SAN JUAN | PR | 00924 |
| 1667596 | Santana Matos, Mayda Glisette | A-8 Calle #1 | Urbanizacion Monte Trujillo | | | Trujillo Alto | PR | 00976 |
| 1522027 | Santana Ortiz, Carmen R. | Bo Buena Vista | Carr 829 KM 47 | | | Bayamon | PR | 00957 |
| 1522027 | Santana Ortiz, Carmen R. | HC 01 Box 6988 | | | | Toa Baja | PR | 00949 |
| 1626919 | Santana Urbina, Yazmin | Cond Parque Arcoiris | Apt 613 | | | Trujillo Alto | PR | 00976 |
| 1541347 | SANTIAGO MARTORAL, JANET | URB RIO GDE ESTATES | CALLE 21 VINIALTOS | | | RIO GRANDE | PR | 00745 |
| 1781696 | Serrano Vazquez, Jesus M | HC 69 Box 155 | | | | Bayamon | PR | 00956 |
| 1486854 | Sulsona Bigio, Vanessa | #47 Calle Adelina Hernandez Bo. Las Cuevas | | | | Trujillo Alto | PR | 00976 |
| 1630208 | Tejera Zayas, Juan R | Calle Cartagena D-48 Urb Lago Alto | | | | Trujillo Alto | PR | 00976 |
| 1162324 | TELLEZ REGALON, AMAURIS | 274 CANALES ST | APT 404 | | | SAN JUAN | PR | 00907 |
| 1067323 | TORRES BERRIOS, MYRNA | 500 ROBERTO H.TODD | P.O.BOX 8000 | | | SANTURCE | PR | 00910 |
| 1556522 | Torres Morales, Wanda I. | Vestas del Rio 345 Cau 8860 | | | | Trujillo Alto | PR | 00976 |
| 1060247 | Torres, Mayra | Ave. Flor del Valle C-7, Urb. Las Vegas | | | | Cataño | PR | 00962 |
| 1060247 | Torres, Mayra | Autoridad de Tierras de PR | Ave. Fernandez Juncos Pda. 19.5 Apt. 9745 | | | San Juan | PR | 00908 |
| 1672837 | Ufret Perez, Jorge | Condominio parque de terralinda | Box 2002 | | | Trujillo Alto | PR | 00976 |
| 1728664 | Vazquez Martinez, Johanna | Cond. Costa del Sol | 20103 calle Tartak | | | Carolina | PR | 00979 |
| 1591476 | Vega Benitez, David F | BO Camarones Sector Mangotin | PO BOX 639 | | | Guaynabo | PR | 00970 |
| 1709545 | VEGA PADRO, CARMEN I | URB VENUS GARDENS OEST | BA-17 CALLE A | | | SAN JUAN PR | PR | 00926 |
| 1745374 | Vega Santiago, Jorge L. | #11 Calle 6 de enero Sec. Piedras Blancas | | | | Guaynabo | PR | 00970 |
| 1655054 | Vega Trinidad, Evelyn | Hc 03 Box 39587 | | | | Caguas | PR | 00725 |
| 1655054 | Vega Trinidad, Evelyn | 155 Calle Cibuco | Urb. Brisas del Rio | | | Morovis | PR | 00687 |
| 1601268 | Velez Medina, Nannette | PO Box 11434 | | | | San Juan | PR | 00910 |