# **EXHIBIT K**

**Exhibit 3**

**Protective Order Subscription**

I hereby certify to the Oversight Board,[1] the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Public Buildings Authority, the PSA Parties,[2] and the ERS Parties[3], that I have read the *Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief,* dated __, 2021 (the "Order") and the Protective Order attached as Exhibit 2 thereto, and that I understand that I may not disclose any Confidential Information (as defined in the Protective Order) except as provided in the Protective Order. I further recognize that I am bound by the terms of the Protective Order and I agree to comply with those terms and submit to the jurisdiction of the United States ~~Bankruptcy~~**District** Court for the District of Puerto Rico for purposes of enforcement of the Order, the Protective Order, and this Protective Order Subscription.

Dated: _____

Signature

Name: _____

Address: _____

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the ~~Motion of~~ **Debtors' Joint Motion** for an Order **(I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II)** Establishing ~~Discovery Procedures in Connection with Approval of~~ **the Deadline for Filing Objections to the** Disclosure Statement and **Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Repository Procedures in Connection Therewith, and (V)** Granting Related Relief.

[2] The "PSA Parties" shall mean the parties to the Plan Support Agreements, other than the Debtors.

[3] The "ERS Parties" shall mean the Official Committee of Retired Employees of the Commonwealth of Puerto Rico; certain groups of holders of bonds issued by ERS; and The Bank of New York Mellon, as fiscal agent for the ERS Bonds.