# EXHIBIT A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------------- x
                                                         :
In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :    Title III
                                                         :
          as representative of                           :    Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO, et al.,                 :    (Jointly Administered)
                                                         :
          Debtors.¹                                      :
------------------------------------------------------------------------- x
```

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO SCHEDULE HEARING ON RENEWED MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 3013 FOR ENTRY OF AN ORDER
RECLASSIFYING CLASS 48A AND CLASS 55 CLAIMS UNDER OVERSIGHT
<u>BOARD'S PLAN OF ADJUSTMENT DATED MARCH 8, 2021</u>**

This matter is before the Court on the *Urgent Motion of Official Committee of Unsecured*

*Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured*

*Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of an Order*

*Reclassifying Class 48A and Class 55 Claims Under Oversight Board's Plan of Adjustment*

*Dated March 8, 2021* (the "<u>Urgent Motion</u>"),[2] and the Court having found and determine that:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case
No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings
Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Urgent
Motion.

(i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein

pursuant to sections 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to

PROMESA section 307(a); (iii) due and proper notice of the Urgent Motion has been provided

under the particular circumstances and no other or further notice need be provided; (iv) any

objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and

(v) after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Urgent Motion is GRANTED as set forth herein.

2.      A hearing on the Renewed Rule 3013 Motion is scheduled for **May [\_\_\_], 2021

at [   ] [a/p].m. (AST).**

3.      Objections or responses, if any, to the Renewed Rule 3013 Motion must be filed

and served (in accordance with the Case Management Procedures) by **April [\_\_\_], 2021 at 4:00

p.m. (AST)**.

4.      Replies, if any, to any objections or responses must be filed and served (in

accordance with the Case Management Procedures) by **May [\_\_\_], 2021 at 4:00 p.m. (AST)**.

5.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.      The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

7.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated:   April \_\_, 2021

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2