**Functional Structure of the Government of Puerto Rico**

The information contained herein is based on Ankura Consulting Group's understanding of the Central Government of Puerto Rico's ("Central Government") operations, review of relevant documents related to the Central Government, and information provided by outside counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") related to the entities that comprise the Central Government. AAFAF, the Central Government, and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all such parties expressly disclaim any such representations or warranties.

| Agency | Agencia |
|---|---|
| 911 Emergency System Bureau | Negociado de Sistemas de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaria de la Gobernacion |
| Child Support Administration | Administracion para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administracion para el Cuidado y Desarrollo Integral de la Ninez (ACUDEN) |
| Controller's Office | Oficina del Contralor (OCPR) |
| Cooperative Development Commission | Comision de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |
| Corps of Firefighters Bureau | Negociado del Cuerpo de Bomberos de Puerto Rico |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Informacion de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |
| Department of Correction and Rehabilitation | Departamento de Correccion y Rehabilitacion (DCR) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Economico y Comercio (DDEC) |
| Department of Education | Departamento de Educacion (DE) |
| Department of Family | Departamento de Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de Vivienda (DV) |
| Department of Justice | Departamento de Justica (DJ) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento De Recursos Naturales Y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreacion y Deportes (DRD) |
| Department of State | Departamento de Estado |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administracion de Familias y Ninos (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses de Puerto Rico (ICF) |
| General Services Administration | Administracion de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Etica Gubernamental de Puerto Rico (OEGPR) |

| Agency | Agencia |
|---|---|
| Horse Racing Administration | Administracion de la Industria y el Deporte Hipico (AIDH) |
| House of Representatives | Camara de Representantes |
| Human Rights Commission | Comision de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Proteccion al Consumidor (OIPC) |
| Industrial Commission | Comision Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comision de Investigacion, Procesamiento y Apelacion (CIPA) |
| Labor Development Administration | Administracion del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administracion de Servicios de Salud Mental y Contra la Adiccion (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administracion de Recusos Naturales |
| Office for Community and Socioeconomic Development of Puerto Rico | Oficina para el Desarrollo Socioeconomico y Comunitario de Puerto Rico (ODSEC) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administracion y Transformacion de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) |
| Office of Court Administration | Oficina De Administracion De Los Tribunales (OAT) |
| Office of Electoral Comptroller | Oficina del Contralor Electoral (OCE) |
| Office of Industrial Tax Exemption | Oficina de Exencion Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSLPR) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | Oficina del OMBUDSMAN |
| Office of the OMBUDSMAN - Elders and Pensioners | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients and Health | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Defensoria de las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN - Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor | Panel Fiscal Especial Independiente (PFEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificacion (JP) |
| PR Federal Affairs Administration | Administracion de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelacion al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (OAJ) |
| Public Housing Administration | Administracion de Vivienda Publica (AVP) |
| Public Service Appellate Commission | Comision Apelativa del Servicio Publico (CASP) |
| Public Service Commission | Comision de Servicio Publico (CSP) |
| Puerto Rico Education Council | Consejo de Educacion de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administracion de Energia de Puerto Rico (AAE) |

| Agency | Agencia |
|---|---|
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (PREC) |
| Puerto Rico Police Bureau | Negociado de la Policía de Puerto Rico (PPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administracion de Desarrollo Socioeconomico de la Familia (ADSEF) |
| State Elections Commission | Comision Estatal de Elecciones de Puerto Rico (CEEPR) |
| State Historic Conservation Office | Oficina Estatal de Conservacion Historica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Política Pública Energética (OPEPPE) |
| Statistics Institute of PR | Instituto de Estadisticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Supreme Court | Tribunal Supremo |
| Telecommunications Regulatory Board | Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) |
| Transit Safety Commission | Comision para la Seguridad en el Transito (CST) |
| Transportation and Public Works | Departamento de Transportacion y Obras Publicas (DTOP) |
| Vocational Rehabilitation Administration | Administracion de Rehabilitacion Vocacional (ARV) |