# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to PREPA and Shall Only Be Filed in the lead case (Case No. 17-BK-3283-LTS) and in PREPA's Title III Case (Case No. 17-BK-4780-LTS)** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COBRA ACQUISITIONS LLC,

     Movant,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.*,

     Respondent.

### JOINT MOTION OF GOVERNMENT PARTIES AND COBRA ACQUISITIONS, LLC TO ADJOURN <u>COBRA ACQUISITIONS LLC'S MOTION TO LIFT THE STAY ORDER</u>

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Electric Power Authority ("<u>PREPA</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as PREPA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>," and together with PREPA and the Oversight Board, the "<u>Government Parties</u>"), and Cobra Acquisitions LLC ("<u>Cobra</u>") hereby file this joint motion ("<u>Joint Adjournment Motion</u>"), requesting that the Court adjourn *Cobra Acquisition LLC's Motion to Lift the Stay Order* [ECF No. 16328][3] (the "<u>Lift Stay Motion</u>" or "<u>Mot.</u>").  In support of this Joint Adjournment Motion, the Government Parties respectfully state as follows:

---

[2]  PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

[3]  References to the docket are to Case No. 17-BK-3283-LTS, unless otherwise specified.

## BACKGROUND

1.      On September 30, 2019 Cobra filed a motion seeking the allowance and payment of all the outstanding sums allegedly due to Cobra for its work on PREPA's grid.  *See* Case No. 17-BK-3283-LTS, ECF No. 8789 (the "Administrative Expense Motion").

2.      On October 10, 2019, the Government Parties filed a motion asking the Court to stay the Administrative Expense Motion.  ECF No. 1653 (the "Stay Motion").

3.      The Court granted the Stay Motion.  ECF No. 1670 ("First Stay Order") at 2.  The Court has since extended the stay relating to the Administrative Expense Motion several times. Case No. 17- BK-4780-LTS, ECF No. 1894; ECF Nos. 13373, 15396.

4.      On April 6, 2021, Cobra filed the Lift Stay Motion asking this Court to lift the stay with respect to the Administrative Expense Motion.

## MOTION

5.      The Government Parties understand that FEMA will release a report relating to the first Cobra contract in the near future.  This report will likely shed light on matters relevant to the Administrative Expense Motion, and may narrow the issues that are in dispute between the parties.

6.      In light of the expected release of this report in the near future, the Government Parties and Cobra have agreed to adjourn the Lift Stay Motion to the next omnibus hearing (June 16, 2021), and ask that the Court adjourn all deadlines relating to the Lift Stay Motion to the June 16, 2021 omnibus hearing.

[*Remainder of Page Intentionally Left Blank*]

New York, New York

April 13, 2020

Respectfully submitted,

**O'NEILL & BORGES LLC**

By: /s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Telephone: (787) 764-8181
Facsimile: (787) 753-8944
Email: hermann.bauer@oneillborges.com

**PROSKAUER ROSE LLP**

By: /s/ Martin J. Bienenstock
Martin J. Bienenstock*
Paul V. Possinger*
Ehud Barak*
Eleven Times Square New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: mbienenstock@proskauer.com
        ppossinger@proskauer.com
        ebarak@proskauer.com

* admitted *pro hac vice*

*Attorneys for the Financial Oversight and
Management Board and as representative
of the Puerto Rico Electric Power Authority*

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C**.

By: /s/ Katiuska Bolaños
Katiuska Bolaños
kbolanos@diazvaz.com
USDC-PR 231812
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 1105
San Juan, PR  00922-1689
Tel.: (787) 395-7133
Fax. (787) 497-9664

*Co-Attorneys for Puerto Rico Electric Power
Authority*

**MARINI PIETRANTONI MUÑIZ LLC**

By: /s/ Luis C. Marini-Biaggi
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494
Email: lmarini@mpmlawpr.com
        cvelaz@mpmlawpr.com

*Co-Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisor Authority*

**O'MELVENY & MYERS LLP**

By: /s/ Maria J. DiConza
John J. Rapisardi*
Maria J. DiConza*
7 Times Square
New York, NY 10036

**REICHARD & ESCALERA, LLC**
*/s/ Rafael Escalera Rodríguez*
Rafael Escalera Rodríguez
USDC-PR No. 122609
escalera@reichardescalera.com

*/s/Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714
arizmendis@reichardescalera.com

*/s/ Alana Vizcarrondo-Santana*
Alana Vizcarrondo-Santana
USDC-PR No. 301614
vizcarrondo@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888

Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email:  jrapisardi@omm.com
        mdiconza@omm.com

Elizabeth L. McKeen*
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
Tel: (949) 823-7150

* admitted pro hac vice

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory
Authority and Puerto Rico Electric Power
Authority*

Ira S. Dizengoff (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Philip C. Dublin (*pro hac vice*)
Steven M. Baldini (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (214) 872-1002
Email: idizengoff@akingump.com
        aqureshi@akingump.com
        pdublin@akingump.com
        sbaldini@akingump.com

—and—

Thomas P. McLish (*pro hac vice*)
Scott M. Heimberg (*pro hac vice*)
Allison Thornton (*pro hac vice*)

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
Email: tmclish@akingump.com
sheimberg@akingump.com
athornton@akingump.com

*Attorneys for Cobra Acquisitions LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record and CM/ECF participants in this case.

<u>*/s/ Hermann D. Bauer*</u>

Hermann D. Bauer

**<u>EXHIBIT A</u>**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF Nos. 2296, 2360, 2361 |

## ORDER GRANTING
## JOINT MOTION OF GOVERNMENT PARTIES
## AND COBRA ACQUISITIONS, LLC TO ADJOURN
## <u>COBRA ACQUISITIONS LLC'S MOTION TO LIFT THE STAY ORDER</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Joint Motion of Government Parties and Cobra Acquisitions, LLC to Adjourn  Cobra Acquisitions LLC's Motion to Lift the Stay Order* (the "Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Oversight Board provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Lift Stay Motion is adjourned to the June 16, 2021 omnibus hearing.

3. The Government Parties and Cobra shall file any objections and/or replies relating to the Lift Stay Motion in advance of the June 16, 2021 omnibus hearing in accordance with the case management procedures [ECF No. 15894-1].

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2021.

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.