## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVICION Y<br>ADMINISTRACION FINANCIERA PARA<br>PUERTO RICO<br><br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO<br>RICO *el al.,*<br>            Deudores. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | PROMESA<br>Título III<br><br>Case No. 14-10543 (LSS)<br><br>(Administrado Conjuntamente)<br><br>La presente radicación guarda relación con<br>el ELA y el SRE |

### REPLICA A LA OBJECION A LA RECLAMACION #8639 DEL SR. RAFAEL PEREZ ZAYAS POR $1,470.00 Y MENCIONADA EN EL ANEXO A DE LA TRICENTESIMA TERCERA OBJECION GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
### RECLAMACION #8639 DE RAFAEL PEREZ ZAYAS

El abajo firmante certifica lo siguiente:

La reclamación # 8639 del reclamante suscribiente fue objetada y aparece en el Anexo A

línea 55 de la NOTIFICACION DE LA TRICENTESIMA TERCERA OBJECION GLOBAL

(SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

El deudor alega, al presentar su objeción a la reclamación #8639, que la cantidad de

$1,470.00 reclamada por concepto de un reintegro de Hacienda relacionado al año contributivo

2016 de Rafael Pérez Zayas y María Elena Torres ya fue aplicada a una deuda anterior del

reclamante, por contribuciones adeudadas anteriormente perteneciente al año contributivo 2014

La realidad es que la deuda del 2014 a la que el deudor hace referencia era por

$12,784.00 y la misma fue pagada en su totalidad en julio del 2019.

Si el deudor aplicó la cantidad aquí reclamada de $1,470.00 a dicha deuda, el deudor

cobró en dos ocasiones la cantidad de $1,470.00. Por lo tanto, la misma está vigente y se le

deben los $1,470.00 al reclamante, aquí suscribiente.

El Exhibit A contiene documentos relevantes a esta replica

POR LO TANTO. El reclamante y aquí suscribiente respetuosamente le solicita a este tribunal deje sin efecto la objeción del deudor a la reclamación #8639 de $1,470.00 del reclamante y aquí suscribiente y ordene que la misma se mantenga vigente, activa y se le reintegre la cantidad de $1,470.00 al reclamante.

## CERTIFICADO DE NOTIFICACION

AQUI CERTIFICO que igualmente en el día de hoy, copia de esta réplica y todos sus anejos fueron enviados por USPS Express Mail y notificado a:

**Secretaría (Clerk's Office)**
**Tribunal de Distrito de los Estados Unidos**
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

**Abogado de la Junta de Supervisión**
**Proskauer Rose LLP**
Eleven Time Square
New, New York 10036-8299
Attn: Martin J. Bienenstock / Brian S. Rosen

**Abogados del Comité de Acreedores**
**Paul Hastigs LLP**
200 Park Avenue
Newyork, New York 10166
Attn: Lue A. Despins / James Bliss / James Worthington / G. Alexander Bongartz

San Juan, Puerto Rico
12 de abril de 2021

**RAFAEL PEREZ ZAYAS**
**Reclamante**
1353 Luis Vigoreaux Ave
PMB# 259
Guaynabo, P.R. 00966
Teléfono: (787) 460-4401
E-Mail: RPZAYAS@APRENDOSTRADA.COM