## EXHIBIT A

**Objeción del deudor según fue listada en la Objeción Global**

**Certificación de Deuda en Cero del reclamante al 16 de enero 2020**

**Certificación de Deuda en Cero del reclamante al 14 de marzo de 2021**

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| PEREZ ZAYAS, RAFAEL | 8639 | 4/23/2018 | Commonwealth of Puerto Rico | $1,470.00 |
| Reason: | Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $1,470.00 has been applied to prior tax debt for the year of 2014. | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| PEREZ ZAYAS, RAFAEL | 8639 | 4/23/2018 | Commonwealth of Puerto Rico | $1,470.00 |
| Base para: | La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $1,470.00 se aplicó a una deuda tributaria anterior correspondiente al año 2014. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Modelo SC 6096
Rev. 10 dic 18





Gobierno de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Rentas Internas

### Certificación de Deuda

MARIA TORRES JIMENEZ
1353 AVE LUIS VIGOREAUX PMB 259
GUAYNABO PR  00966-2715

| | |
|---|---|
| Fecha: | 16 enero 2020 |
| ID de Contribuyente: | 16078-68416 |
| ID de Correspondencia: | L0841929984 |

Certifico que el contribuyente identificado en la parte superior de este documento no tiene deudas por ningún concepto incluyendo contribución sobre ingresos al día 16 enero 2020 en nuestro sistema.

**ADVERTENCIA:**

De no estar de acuerdo con esta información, deberá presentar su reclamación acompañada de la evidencia correspondiente en uno de nuestros Centros de Servicio al Contribuyente (SAC). Para conocer la localización de los SAC, puede acceder a www.hacienda.pr.gov. Si tiene preguntas relacionadas a este documento, puede comunicarse al Centro de Contacto Hacienda Responde al (787) 622-0123.

Esta Certificación no es válida sin la firma autorizada y el sello oficial en original del Departamento de Hacienda.

_____
Secretario Auxiliar de Rentas Internas
o su Representante Autorizado

16-1-20
Fecha

Sello Oficial

Período de Conservación: Seis (6) años o una intervención del Contralor, lo que ocurra primero.

bL021
21

Modelo SC 6096
Rev. 24 feb 20



Gobierno de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Rentas Internas

### Certificación de Deuda

MARIA TORRES JIMENEZ
1353 AVE LUIS VIGOREAUX PMB 259
GUAYNABO PR  00966-2715

| | |
|---|---|
| Fecha: | 14 marzo 2021 |
| ID de Contribuyente: | 16078-68416 |
| ID de Correspondencia: | L0124982656 |

Certifico que el contribuyente identificado en la parte superior de este documento no tiene deudas por ningún concepto incluyendo contribución sobre ingresos al día 14 marzo 2021 en nuestro sistema.

**IMPORTANTE:**

**De estar de acuerdo con esta información:** deberá realizar el pago a través de SURI https://suri.hacienda.pr.gov a la mayor brevedad posible para así evitar la acumulación de intereses.

**De no estar de acuerdo con esta información:** deberá presentar su reclamación acompañada de la evidencia correspondiente en cualquiera de nuestros Centros de Servicio al Contribuyente (SAC). Para conocer la ubicación de estos centros, puede acceder a www.hacienda.pr.gov. Si tiene preguntas relacionadas a este documento, puede comunicarse con nuestro Centro de Llamadas Hacienda Responde al (787) 622-0123.

**VALIDACIÓN:**

Para verificar si este Certificado es válido, acceda https://suri.hacienda.pr.gov y presione el enlace de "Validar Certificados y Licencias".

Vigencia: Este Certificado es válido hasta 30 días después de la fecha de emisión.

Periodo de Conservación: Seis (6) años o una intervención del Contralor, lo que ocurra primero.

bL022
17

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

MMLID: 408739

EPOC ID: 170328300774692

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| Debtor | Case No. | Petition Date |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 APR 23 A 9:31

956

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Income Tax Refunds - Corporations and Individuals as a Contingent general unsecured claim in the amount of $1,470.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Reembolso de Impuestos - Empresas y Individuos como un reclamo Contingente no asegurado por un monto de $1,470.00. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   PEREZ ZAYAS, RAFAEL

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

950

Modified Official Form 410         Proof of Claim         17032830074692         page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>PEREZ ZAYAS, RAFAEL<br>1353 LUIS VIGOREAUX AVE PMB 259<br>GUAYNABO, PR 00966<br><br>787-460-4461<br>Contact phone / Teléfono de contacto<br><br>rpzayas@aprendiendojuntos.com<br>Contact email / Correo electrónico de contacto | 950<br><br>Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre _____<br><br>Number / Número ____ Street / Calle ____<br><br>City / Ciudad ____ State / Estado ____ ZIP Code / Código postal ____<br><br>Contact phone / Teléfono de contacto _____<br><br>Contact email / Correo electrónico de contacto _____ |
| 4. Does this claim amend one already filed?<br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes. Claim number on court claims registry (if known) _____<br>   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>   Filed on / Presentada el _____ (MM/DD/YYYY)/(DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Hacienda |
| 7. Do you supply goods and / or services to the government?<br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

8. How much is the claim? $ 1440  Does this amount include interest or other charges?
   ¿Cuál es el importe de la reclamación?   ¿Este importe incluye intereses u otros cargos?
   ☒ No / No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   Reintegro planilla 2016

10. Is all or part of the claim secured?

    ¿La reclamación está garantizada de manera total o parcial?

    ☒ No / No
    ☐ Yes. The claim is secured by a lien on property.
        Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos

    ☐ Other. Describe:
       Otro. Describir: _____

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien: $_____
    Amount of the claim that is secured /
    Importe de la reclamación que esté garantizado: $_____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $_____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. Is this claim based on a lease?

    ¿Esta reclamación está basada en un arrendamiento?

    ☒ No / No
    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
        Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified MB Official Form 410

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   07/12/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   Rafael / _____ / Pérez Bayón
       First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   1353 Luis Vigoreaux Ave.   PMB 259
                      Number / Número   Street / Calle

Guaynabo   PR   00966
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-466-9901   Email / Correo electrónico RPZAYAS@APRENDO STRADA.com

---

Modified Official Form 410                     Proof of Claim                     page 4



Gobierno de Puerto Rico
# Departamento de Hacienda
Taxmania - Individuo (80)
### Planilla de Contribución sobre Ingresos de Individuos
Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

**Año 2016 - Tax Year 2016**

| | |
|---|---|
| **Nombre del Contribuyente** / Taxpayer Name | Rafael A Perez Zayas |
| **Número de Seguro Social del Contribuyente** / Taxpayer Social Security Number | ███-8830 |
| **Nombre del Cónyuge** / Spouse Name | Maria E Torres Jimenez |
| **Número de Seguro Social del Cónyuge** / Spouse Social Security Number | ███-8254 |
| **Número de Confirmación** / Confirmation Number | 04032017093ABBF5381263561 |
| **Fecha y Hora de Radicación** / Date and Time of Filing | 03-04-2017 10:37:35 AM |
| **Fecha de Pago** / Payment Date | |
| **Cantidad Pagada Electrónicamente** / Amount Paid Electronically | 0 |
| **Número de Ruta / Tránsito** / Routing Number | |
| **Número de Cuenta** / Account Number | |
| **Balance Pendiente de Pago** / Amount Due | 0 |
| **Contribución Pagada en Exceso** / Amount Overpaid | 1,470 |
| ↳ **Acreditar a Contribución Estimada del Próximo Año** / Credit to Estimated Tax for Next Year | 0 |
| ↳ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** / Amount to be Contributed to the San Juan Bay Estuary Special Fund | 0 |
| ↳ **Aportación al Fondo Especial para la Universidad de Puerto Rico** / Amount to be Contributed to the University of Puerto Rico Special Fund | 0 |
| ↳ **Cantidad a Reintegrar** / Refund Amount | 1,470 |

[ ] Mediante cheque por correo - Via check by mail
[X] Mediante depósito directo - Via direct deposit

Formulario 482, Rev. 15 nov 16

## FORMA ÚNICA 2016
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL
1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Número de Serie: 1263561

Liquidador / Revisor
R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

- ○ PLANILLA ENMENDADA
- ○ FALLECIDO DURANTE EL AÑO: ___ Día Mes Año
  - ○ CONTRIBUYENTE  ○ CÓNYUGE
- ○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido):

**Nombre del Contribuyente:** Rafael  **Inicial:** A  **Apellido Paterno:** Perez  **Apellido Materno:** Zayas

**Número de Seguro Social Contribuyente:** ___-8830
**Fecha de Nacimiento:** ___-1954  **Sexo:** (X) M  ( ) F

**Dirección Postal:** 1353 Luis Vigoreaux Ave PMB 259
Guaynabo, PR  **Código Postal:** 00966-0000

**Nombre e Inicial del Cónyuge:** Maria  E  **Apellido Paterno:** Torres  **Apellido Materno:** Jimenez

**Número de Seguro Social Cónyuge:** ___-8254
**Fecha de Nacimiento del Cónyuge:** ___-1963  **Sexo:** ( ) M  (X) F

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):** GA 22 Ramirez de Arellano
Guaynabo, PR  **Código Postal:** 00966-0000

**Teléfono Residencia:** 7874604401
**Teléfono del Trabajo:**

**Correo Electrónico (E-Mail):** rpzayas@aprendostrada.com

**CAMBIO DE DIRECCIÓN:** ○ Sí (X) No
**SOLICITÓ PRÓRROGA:** ○ Sí (X) No

Sello de Recibido: Gobierno de Puerto Rico — Área de Rentas Internas — RADICADO ELECTRÓNICAMENTE 03-04-2017 10:37:35 AM — 17-900 — Secretario de Hacienda — DEPARTAMENTO DE HACIENDA

### Cuestionario

- A. (X) SÍ  ( ) NO ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
- B. (X) SÍ  ( ) NO ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1. ○ Fecha de mudanza a P.R. (Día_____)
  2. ○ Fecha de mudanza fuera de P.R. (Día_____)
  3. ○ No residente durante todo el año
- C. ( ) SÍ  (X) NO ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad)
  1. ○ Atribuible al contribuyente $___ 0
  2. ○ Atribuible al cónyuge $___ 0
- D. (X) SÍ  ( ) NO ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- E. ( ) SÍ  (X) NO ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
- F. ( ) SÍ  (X) NO ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
- G. ( ) SÍ  (X) NO ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: _____)

**H. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. (X) Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**I. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. (X) Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

**Su ocupación:** Otros Oficios o Profesiones  8110
**Ocupación cónyuge:** Otros Oficios o Profesiones  8110

**CONTRATO GOBIERNO:** ○ Contribuyente  ○ Cónyuge

### PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ... (01) 1,470|00
   A) Acreditar a la contribución estimada 2017 ... (02) 0|00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03) 0|00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04) 0|00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) 1,470|00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ... (06) 0|00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) 0|00
   (b) Intereses ... (08) 0|00
   (c) Recargos 0 y Penalidades 0 ... (09) 0|00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (10) 0|00

### AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

**Tipo de cuenta:** ○ Cheques  (X) Ahorros
**Número de ruta/tránsito:** 021502341
**Número de su cuenta:** 4003109467
**Cuenta a nombre de:** Rafael A Perez Zayas  y  Maria E Torres Jimenez

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** ✓ Firmada Electrónicamente  **Fecha:** 03-04-2017
**Firma del Cónyuge:** ✓ Firmada Electrónicamente  **Fecha:** 03-04-2017
**Nombre del Especialista (Letra de Molde):**
**Nombre de la Firma o Negocio:**
**Firma del Especialista:** ✓
**Fecha:**
**Especialista por cuenta propia (ennegrezca aquí)** ○
**Número de Registro:**

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Sí  (X) No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

**Número Confirmación:** 04032017093ABBF5381263561
**Período de Conservación:** Diez (10) años