

**FROM:** (PLEASE PRINT) PHONE 787 460-4401

Rafael Perez Zayas
1353 Luis Vigoreaux Ave
PMB # 259
Guaynabo, PR 00966
Claime # 8639

**TO:** (PLEASE PRINT)

Secretaria (clerk's Office)
Tribunal de Distrito
Edificio Federal (sola)
150 Calle Chardon 150
San Juan P.R.

ZIP+4: 00918-1767

**ORIGIN (POSTAL SERVICE USE ONLY)**
- ☒ 1-Day
- PO ZIP Code: 00908
- Scheduled Delivery Date: 4/13/21
- Postage: $26.35
- Date Accepted: 4/12/21
- Scheduled Delivery Time: ☒ 3:00 PM
- Time Accepted: 9:01 AM
- Weight: ☒ Flat Rate
- Acceptance Employee Initials: J.M.R.
- Total Postage & Fees: $26.35

EJ 436 502 504 US

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT