UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF Nos. 2296, 2360, 2361 |
| PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Movant, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> v.
>
> M SOLAR GENERATING, LLC, WINDMAR RENEWABLE ENERGY, and YFN YABUCOA SOLAR, LLC
>
> Respondents.

ORDER GRANTING URGENT CONSENSUAL MOTION OF PREPA FOR LEAVE TO EXCEED PAGE LIMIT FOR OMNIBUS REPLY TO OPPOSITIONS OF M SOLAR AND YFN YABUCOA TO PREPA'S OMNIBUS MOTION FOR ORDER (A) AUTHORIZING PREPA TO REJECT CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF

Upon the *Urgent Consensual Motion of PREPA for Leave to Exceed Page Limit for Omnibus Reply to Oppositions of M Solar and YFN Yabucoa to PREPA's Omnibus Motion for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* (Docket Entry No. 16394 in Case No. 17-3283 and Docket Entry No. 2442 in Case No. 17-4780, the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction of this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Oversight Board provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

      2.      The Oversight Board may file an Omnibus Reply that is not to exceed twenty (20) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service.

      3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

      4.      This Order resolves Docket Entry No. 16394 in Case No. 17-3283 and Docket Entry No. 2442 in Case No. 17-4780.

      SO ORDERED.

Dated: April 14, 2021

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge