UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER GRANTING JOINT MOTION OF
GOVERNMENT PARTIES AND COBRA ACQUISITIONS, LLC
TO ADJOURN COBRA ACQUISITIONS LLC'S MOTION TO LIFT THE STAY ORDER

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Joint Motion of Government Parties and Cobra Acquisitions, LLC to Adjourn Cobra Acquisitions LLC's Motion to Lift the Stay Order* (Docket Entry No. 16405 in Case No. 17-3283 and Docket Entry No. 2443 in Case No. 17-4780, the "Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Oversight Board provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Lift Stay Motion is adjourned to the June 16, 2021, omnibus hearing.

3. The Government Parties and Cobra shall file any objections and/or replies relating to the Lift Stay Motion in advance of the June 16, 2021, omnibus hearing in accordance with the case management procedures [ECF No. 15894-1].

4. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

5. This Order resolves Docket Entry No. 16405 in Case No. 17-3283 and Docket Entry No. 2443 in Case No. 17-4780.

SO ORDERED.

Dated: April 14, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge