Gobierno de Puerto Rico

# Departamento de Hacienda

### Planilla de Contribución sobre Ingresos de Corporaciones
#### Confirmación de Radicación Electrónica

Corporation Income Tax Return
Confirmation of Electronic Filing

| Período Contributivo - Taxable Year |
|---|
| 02/01/2017 - 01/31/2018 |

**Nombre del Contribuyente** .............................. | WAL MART PUERTO RICO INC
*Taxpayer Name*

**Número de Identificación Patronal** ....................... | ████5164
*Employer Identification Number*

**Número de Confirmación de Planilla** .................... | 11162018319D1BAEE31018737
*Confirmation Number of Return*

**Fecha y Hora de Radicación** ............................ | 11/16/2018 5:04:39 PM
*Date and Time of Filing*

**Fecha de Pago** .............................. |
*Payment Date*

**Cantidad Pagada Electrónicamente con Planilla** .. | $0
*Amount Paid Electronically with Return*

**Número de Ruta / Tránsito** ................................. |
*Routing Number*

**Número de Cuenta** .............................. |
*Account Number*

**Balance Pendiente de Pago** ............................ | $0
*Amount Due*

**Contribución Pagada en Exceso** .......................... | $28,349,611
*Amount Overpaid*

↳ **Acreditar a Contribución Estimada del Próximo Año** .................................... | $28,349,611
   *Credit to Estimated Tax for Next Year*

↳ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** .. | $0
   *Amount to be Contributed to the San Juan Bay Estuary Special Fund*

↳ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............ | $0
   *Amount to be Contributed to the University of Puerto Rico Special Fund*

↳ **Cantidad a Reintegrar** .............................................. | $0
   *Refund Amount*

**Esta planilla requiere que se sometan evidencias**   **Sí / Yes** [X]
*This return requires to submit evidences*                **No** ☐

La evidencia deberá ser radicada *únicamente* de forma electrónica accediendo al Sistema de Formularios Electrónicos (E-Forms) a través de nuestra página de internet: *www.hacienda.pr.gov*, bajo el área de Hacienda Virtual.
*The evidence must be exclusively filed through the Electronic Forms Systems (E-Forms) available in our web page: www.hacienda.pr.gov, under "Hacienda Virtual".*

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)

Form 480.20 Rev. 03.18

| Liquidation | Reviewer | **2017** | GOVERNMENT OF PUERTO RICO<br>DEPARTMENT OF THE TREASURY | **2017** | Serial Number |

**Corporation Income Tax Return**

TAXABLE YEAR BEGINNING ON
Feb/01 , 2017 AND ENDING ON  Jan/31 , 2018

□ AMENDED RETURN

**TAXABLE YEAR**
1 □ CALENDAR   2 ☒ FISCAL   3 □ 52-53 WEEKS

Payment Stamp

**Taxpayer's Name**
WAL MART PUERTO RICO INC

**Postal Address**
PO BOX 4960 PMB 725

CAGUAS          PR          Zip Code 00726

**Location of Principal Industry or Business - Number, Street, City**
CARR 3 KM 15
BO CANOVANILLAS CAROLINA PR 00987

**Type of Principal Industry or Business (i.e. Hardware store, Cafeteria, etc.)**
RETAIL

**Employer Identification Number**
███-██-5164

**Department of State Registry No.**
77467

**Industrial Code**          **Municipal Code**
4539                          20

**Merchant's Registration Number**

**Telephone Number - Extension**
(787) 653 - 7777

**Date Incorporated**
Day 04 / Month 82 / Year 1991

**Place Incorporated**
Puerto Rico

**Type of Entity**
Corporation

Check the corresponding box, if applicable
1 □ First return     2 □ Last return

CHANGE OF ADDRESS: □ Yes ☒ No
EXTENSION OF TIME: ☒ Yes □ No

Indicate if you are member of a group of related entities
□ Yes   ☒ No

**Group number**

**Contracts with Governmental Entities**
□ Yes   ☒ No

**E-mail Address of the Contact Person**
antonio.echevarria@wal-mart.com

GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT

**Refund**

1. AMOUNT OVERPAID (Part IV, line 58, indicate distribution on lines A, B, C and D) ........... (1) | 28,349,611 |00|
 A) To be credited to estimated tax for 2018 ........... (1A) | 28,349,611 |00|
 B) Contribution to the San Juan Bay Estuary Special Fund ........... (1B) | 0 |00|
 C) Contribution to the Special Fund for the University of Puerto Rico ........... (1C) | 0 |00|
 D) TO BE REFUNDED ........... (1D) | 0 |00|

**Payment**

2. AMOUNT OF TAX DUE (Part IV, line 58) ........... (2) | 0 |00|
3. Less: Amount paid   (a)   With Return ........... (3a) | 0 |00|
                       (b)   Interests (See Instructions) ........... (3b) | 0 |00|
                       (c)   Surcharges   0   and Penalties   0   (See Instructions) ........... (3c) | 0 |00|
4. BALANCE OF TAX DUE (Subtract line 3(a) from line 2 and add lines 3(b) and 3(c)) ........... (4) | 0 |00|

**OATH**

We, the undersigned, president (or vice-president or other principal officer) and treasurer (or assistant treasurer), or agent of the corporation for which this income tax return is made, each for himself declare under penalty of perjury, that this return (including schedules and statements attached) has been examined by us, and to the best of our knowledge and belief, is a true, correct, and complete return, made in good faith, pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended, and the Regulations thereunder.

Del Sloneker
President or vice-president's name | President or vice-president's signature | Date

Treasurer's or assistant treasurer's name | Treasurer's or assistant treasurer's signature | Date

Antonio Echevarria
Agent's name | Agent's signature | Date

**SPECIALIST'S USE ONLY**

I declare under penalty of perjury that this return (including schedules and statements attached) has been examined by me, and to the best of my knowledge and belief is a true, correct, and complete return. The declaration of the person who prepares this return is with respect to the information received, and this information may be verified.

**Specialist's name (Print)**
RAFAEL DE ROJAS SANCHEZ

**Firm's name**
RSM PUERTO RICO

**Specialist's signature**

**Registration number**

**Date**

**Self-employed Specialist**
□

**Address** PO BOX 10528
SAN JUAN PR          **Zip Code** 00922-0528

NOTE TO TAXPAYER
Indicate if you made payments for the preparation of your return: □ Yes □ No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

Form 480.20   Rev. 03.18      WAL-MART PUERTO RICO INC                                    5164                          Corporation - Page 2

## Part I — Determination of the Net Operating Income (or Loss)

| | | |
|---|---|---|
| 1. Net sales of good or products (See Instructions) | (1) | 3,017,527,427 00 |
| Less: Cost of goods sold or direct costs of production | | |
| 2. Inventory at the beginning of the year  1 ☐ 'C'   2 ☐ 'C' or 'MV' ...... (2) | 210,289,000 00 | |
| 3. Purchase of materials or merchandise ...... (3) | 2,481,606,171 00 | |
| 4. Direct wages ...... (4) | 0 00 | |
| 5. Other direct costs (From Part V, line 17) ...... (5) | 0 00 | |
| 6. Cost of goods available for sale (Add lines 2 through 5) ...... (6) | 2,691,895,171 00 | |
| 7. Less: Inventory at the end of the year  1 ☐ 'C'   2 ☐ 'C' or 'MV' ...... (7) | 246,099,000 00 | |
| 8. Total cost of goods sold or direct costs of production (Subtract line 7 from line 6) ...... (8) | 2,445,796,171 00 | |
| 9. Gross profit (or loss) on sale of goods or products (Subtract line 8 from line 1) | (9) | 571,731,256 00 |
| 10. Gross profit from sale of services ...... | (10) | 0 00 |
| 11. Net capital gain (Schedule D Corporation, Part IV, line 21) ...... | (11) | 0 00 |
| 12. Net gain (or loss) from the sale of property other than capital assets (Schedule D Corporation, Part V, line 22) ...... | (12) | 0 00 |
| 13. Rent ...... | (13) | 11,864,085 00 |
| 14. Interest: (a) Subject to the preferential rate of 10%  0 (b) Others  573,133 ...... | (14) | 573,133 00 |
| 15. Income from commissions ...... | (15) | 0 00 |
| 16. Dividends from corporations: (a) Domestic  0 (b) Foreign  0 ...... | (16) | 0 00 |
| 17. Distributable share on net income from partnerships and special partnerships (Schedule R Corporation, Part III, line 9) ...... | (17) | 0 00 |
| 18. Distributable share on net income subject to preferential rates from partnerships and special partnerships (See Instructions) ...... | (18) | 0 00 |
| 19. Taxable farming income (Schedule S Corporation, Part I, line 9) ...... | (19) | 0 00 |
| 20. Net income derived from the operations of an international financial entity that operates as a bank unit ...... | (20) | 0 00 |
| 21. Freight and fares ...... | (21) | 0 00 |
| 22. Royalties ...... | (22) | 0 00 |
| 23. Debt discharge (Form 480.6A) ...... | (23) | 0 00 |
| 24. Public shows ...... | (24) | 0 00 |
| 25. Other payments reported in a Form 480.6A or 480.6B ...... | (25) | 0 00 |
| 26. Miscellaneous income (Submit detail) ...... | (26) | 47,199,129 00 |
| 27. Total gross income (Add lines 9 through 26) ...... | (27) | 631,367,603 00 |
| 28. Less: Exempt amount under Act 135-2014 (See Instructions) ...... | (28) | 0 00 |
| 29. Total income after the exemption under Act 135-2014 (Subtract line 28 from line 27) ...... | (29) | 631,367,603 00 |
| 30. Less: Total deductions (From Part VI, line 52) ...... | (30) | 696,880,178 00 |
| 31. Net operating income (or loss) (Subtract line 30 from line 29) ...... | (31) | -65,512,575 00 |

## Part II — Determination of the Net Income (or Loss)

| | | |
|---|---|---|
| 32. Less: Net operating loss deduction from preceding year (Submit Schedule G Corporation. Cannot exceed 80% of line 31) ...... | (32) | 0 00 |
| 33. Net income (or loss) ...... | (33) | -65,512,575 00 |

## Part III — Determination of the Net Income Subject to Normal Tax and Surtax

| | | |
|---|---|---|
| 34. Less: Dividends received from domestic corporations (See Instructions) ...... | (34) | 0 00 |
| 35. Net income subject to normal tax (Subtract line 34 from line 33) ...... | (35) | -65,512,575 00 |
| 36. Less: Surtax net income deduction (Check here if it comes from Form A3 2652.1 ☐) ...... | (36) | 25,000 00 |
| 37. Net income subject to surtax (Subtract line 36 from line 35) ...... | (37) | 0 00 |

## Part IV — Computation of Tax

| | | |
|---|---|---|
| 38. Normal tax (Multiply line 35 by: 1 ☒ 20%  2 ☐ 18%  3 ☐ 10%  4 ☐ 5%  5 ☐ _____ %) (See Instructions) ...... | (38) | 0 00 |
| 39. Surtax (See Instructions) ...... | (39) | 0 00 |
| 40. Total Tax (Add lines 38 and 39) ...... | (40) | 0 00 |
| 41. Alternative Tax - Capital Gains and Preferential Rates (Schedule D1 Corporation, line 9) ...... | (41) | 0 00 |
| 42. Tax determined before the credit for taxes paid to the United States, its possessions and foreign countries (Line 40 or 41, whichever is smaller, provided that line 41 is more than zero) ...... | (42) | 0 00 |
| 43. Credit for taxes paid to the United States, its possessions and foreign countries (Schedule C Corporation, Part III, line 6(b)) ...... | (43) | 0 00 |
| 44. Tax liability before the alternative minimum tax (Subtract line 43 from line 42) ...... | (44) | 0 00 |
| 45. Alternative minimum tax in excess of the regular tax (Schedule A Corporation, Part V, line 33) ...... | (45) | 0 00 |
| 46. Tax liability before the tax credits (Add lines 44 and 45) ...... | (46) | 0 00 |
| 47. Recapture of credit claimed in excess (Schedule B Corporation, Part I, line 3) ...... | (47) | 0 00 |
| 48. Credit for alternative minimum tax paid in previous years (Schedule A Corporation, Part VI, line 4) ...... | (48) | 0 00 |
| 49. Tax credits (Schedule B Corporation, Part II, line 26) ...... | (49) | 0 00 |
| 50. Tax responsibility before the branch profits tax or deemed dividend tax (Add lines 46 and 47 less lines 48 and 49) ...... | (50) | 0 00 |
| 51. Branch profits tax (Form AS 2879, Branch Profits Tax, line 9) ...... | (51) | 0 00 |
| 52. Deemed dividend tax (See Instructions) (Form AS 2877, Deemed Dividend Tax, line 13) ...... | (52) | 0 00 |
| 53. Total Tax Liability (Add lines 50 through 52) ...... | (53) | 0 00 |
| 54. Less: Other Payments and Withholdings (Schedule B Corporation, Part III, line 11) ...... | (54) | 28,349,611 00 |
| 55. Balance of tax due (If line 54 is less than line 53, enter the difference here, otherwise, on line 56) ...... | (55) | 0 00 |
| 56. Excess of tax paid or withheld (See Instructions) ...... | (56) | 28,349,611 00 |
| 57. Addition to the Tax for Failure to Pay Estimated Tax (Schedule T Corporation, Part II, line 21) ...... | (57) | 0 00 |
| 58. BALANCE:  • If line 56 is more than the sum of lines 55 and 57, you have an overpayment. Enter the difference here and on line 1, page 1.  • If line 56 is less than the sum of lines 55 and 57, you have a balance of tax due. Enter difference here and on line 2, page 1.  • If the difference between line 56 and the sum of lines 55 and 57 is equal to zero, enter zero here and sign your return on page 1. ...... | (58) | 28,349,611 00 |

THE AMOUNT REFLECTED ON LINE 58 SHALL BE TRANSFERRED TO THE CORRESPONDING LINE OF PAGE 1.

Retention Period: Ten (10) years

**WAL MART PUERTO RICO INC**

█████5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2018**

**Page 2, Part 1, Line 26 - Miscellaneous Income**

| Description | Amount |
| --- | --- |
| COMMISSION REVENUE | $937,303 |
| MONEY CENTER INCOME | $13,785,845 |
| MISCELLANEOUS INCOME | $7,224,114 |
| IN HOUSE DEMO INCOME | $3,648,904 |
| CLUB MEMBERSHIP INCOME | $18,672,339 |
| CPI ADJUSTMENT | $2,753,138 |
| DEFERRED REVENUE OTHER | $177,486 |
| **Total** | **$47,199,129** |

Reproduced by CEGsoft (www.cegsoft.com)

Form 480.20   Rev. 03.18   WAL MART PUERTO RICO INC                          5104                                    Corporation - Page 3

## Part V   Other Direct Costs

| Item | | Amount | | Item | | Amount | |
|------|---|--------|---|------|---|--------|---|
| 1. Salaries, wages and bonuses | (1) | 0 | 00 | 11. Rent | (11) | 0 | 00 |
| 2. Social security tax (FICA) | (2) | 0 | 00 | 12. Cleaning, maintenance and waste collection | (12) | 0 | 00 |
| 3. Unemployment tax | (3) | 0 | 00 | 13. Packing products expenses | (13) | | |
| 4. State Insurance Fund premiums | (4) | 0 | 00 | 14. Meals expenses paid to production employees | | | |
| 5. Medical or hospitalization insurance | (5) | 0 | 00 | (Total $ 0) | (14) | 0 | 00 |
| 6. Other insurance | (6) | 0 | 00 | 15. Depreciation (Submit Schedule E) | (15) | 0 | 00 |
| 7. Excise taxes / Use taxes | (7) | 0 | 00 | 16. Other expenses (Submit detail) | (16) | 0 | 00 |
| 8. Sales and use tax on imports | (8) | 0 | 00 | 17. Total other direct costs (Add lines 1 through 16. | | | |
| 9. Repairs | (9) | 0 | 00 | Same as Part I, line 5) | (17) | 0 | 00 |
| 10. Utilities | (10) | 0 | 00 | | | | |

## Part VI   Deductions

| | | Amount | |
|---|---|--------|---|
| 1. Compensation to directors (See Instructions Part X) | (1) | 0 | 00 |
| 2. Compensation to officers (See Instructions Part XI) | (2) | 0 | 00 |
| 3. Salaries, commissions and bonuses to employees (See Instructions) | (3) | 341,877,181 | 00 |
| 4. Commissions to businesses | (4) | 0 | 00 |
| 5. Social Security (FICA) | (5) | 24,418,939 | 00 |
| 6. Unemployment tax | (6) | 3,954,264 | 00 |
| 7. State Insurance Fund premiums | (7) | 5,715,003 | 00 |
| 8. Medical or hospitalization insurance | (8) | 24,120,277 | 00 |
| 9. Insurance | (9) | 2,434,518 | 00 |
| 10. Interests paid in automobiles financing lease | (10) | 0 | 00 |
| 11. Mortgage interest | (11) | 0 | 00 |
| 12. Other interests (See Instructions) | (12) | 0 | 00 |
| 13. Rent of tangible personal property | (13) | 21,035,739 | 00 |
| 14. Rent of real property | (14) | 5,644,701 | 00 |
| 15. Property tax: (a) Personal $ 20,643,146  (b) Real $ 5,007,536 | (15) | 25,650,682 | 00 |
| 16. Other taxes, patents and licences (Do not include sales and use tax. See Instructions) | (16) | 15,437,431 | 00 |
| 17. Sales and use tax (See Instructions) | (17) | 0 | 00 |
| 18. Losses from fires, storm, other casualties or theft (See Instructions) | (18) | 0 | 00 |
| 19. Automobiles expenses (Mileage                0) (See Instructions) | (19) | 0 | 00 |
| 20. Other motor vehicle expenses (See Instructions) | (20) | 92,476 | 00 |
| 21. Meal and entertainment expenses (Total $          44,010) (See Instructions) | (21) | 22,005 | 00 |
| 22. Travel expenses | (22) | 1,106,754 | 00 |
| 23. Professional services | (23) | 4,200,508 | 00 |
| 24. Contributions to pension or other qualified plans (See Instructions. Submit Form AS 6042.1) | (24) | 6,169,760 | 00 |
| 25. Depreciation and amortization (See Instructions. Submit Schedule E) | (25) | 42,588,047 | 00 |
| 26. Bad debts (See Instructions) | (26) | 1,781,609 | 00 |
| 27. Repairs (See Instructions) | (27) | 30,441,486 | 00 |
| 28. Royalties | (28) | 0 | 00 |
| 29. Management fees | (29) | 0 | 00 |
| 30. Deduction for employers who employ handicapped persons (See Instructions) | (30) | 0 | 00 |
| 31. Contributions to educational contributions account for the employee's beneficiaries (See Instructions) | (31) | 0 | 00 |
| 32. Expenses in property leased to the Puerto Rico Industrial Development Company or Warehouse of the Puerto Rico Trade and Export Company (See Instructions) | (32) | 0 | 00 |
| 33. Expenses incurred or paid to stockholders, persons or related entities outside of Puerto Rico (See Instructions) (Total $          9,272,045) | (33) | 4,543,596 | 00 |
| 34. Deduction for expenses incurred or paid to stockholders, persons or related entities, fully deductible (See Instructions) | (34) | 0 | 00 |
| 35. Utilities | (35) | 34,519,047 | 00 |
| 36. Cleaning, maintenance and waste collection | (36) | 1,836,859 | 00 |
| 37. Bank fees | (37) | 524,625 | 00 |
| 38. Advertising and marketing expenses | (38) | 14,159,009 | 00 |
| 39. Office supplies | (39) | 778,112 | 00 |
| 40. Seminars, trainings and continuing education expenses for employees | (40) | 96,439 | 00 |
| 41. Security services | (41) | 26,846,449 | 00 |
| 42. Account collection services | (42) | 0 | 00 |
| 43. Subcontracted services | (43) | 0 | 00 |
| 44. Expenses incurred or paid for services received from persons not engaged in trade or businesses in Puerto Rico | (44) | 0 | 00 |
| 45. Expenses for dues, subscriptions and memberships | (45) | 342,070 | 00 |
| 46. Expenses related to licenses and computer programs that cannot be capitalized (See Instructions) | (46) | 0 | 00 |
| 47. Expenses incurred or paid for qualified disaster assistance payments to employees (See Instructions) | (47) | 0 | 00 |
| 48. Other deductions (See Instructions) | (48) | 56,533,505 | 00 |
| 49. Subtotal deductions (Add lines 1 through 48) | (49) | 696,880,178 | 00 |
| 50. Charitable contributions (See Instructions) | (50) | 0 | 00 |
| 51. Deduction under Act 185-2014 (See Instructions) | (51) | 0 | 00 |
| 52. Total deductions (Add lines 49 through 51. Transfer to Part I, line 30) | (52) | 696,880,178 | 00 |

Retention Period: Ten (10) years

**WAL MART PUERTO RICO INC**

█████ 5164

GOVERNMENT OF PUERTO RICO

STATEMENT ATTACHED TO FORM 480.2

CORPORATIONS INCOME TAX FORM

FOR THE YEAR ENDED ON 01/31/2018

**Page 3, Part VI, Line 16 – Other Contributions, Patents and Licenses**

| Description | Amount |
|---|---|
| SALES RECEIPT TAX | $13,231,954 |
| OTHER TAXES | $2,025,842 |
| OPERATIONAL LICENSES & PERMITS | $179,385 |
| MERCHANDISE LICENSE EXPENSE | $250 |
| Total | $15,437,431 |

Reproduced by CEGsoft (www.cegsoft.com)

## WAL MART PUERTO RICO INC
████5164
### GOVERNMENT OF PUERTO RICO
### STATEMENT ATTACHED TO FORM 480.2
### CORPORATIONS INCOME TAX FORM
### FOR THE YEAR ENDED ON 01/31/2018
### Page 3, Part VI, Line 48 - Other Deductions

| Description | Amount |
|---|---:|
| SETTLEMENT EXPENSES | $1,265,035 |
| SUPPLIES EXPENSES | $12,114,263 |
| TELEPHONE | $1,153,909 |
| SPECIAL PROJECT EXPENSES | $1,248,932 |
| MISCELLANEOUS EXPENSES | $17,933,309 |
| EMPLOYEE RELATED EXPENSES | $5,129,260 |
| POSTAGE | $6,538 |
| PEST CONTROL | $324,376 |
| OTHER GENERAL & ADMINISTRATIVE EXPENSES | $3,717,819 |
| FUEL COST | $4,219,770 |
| FIXED ASSET IMPAIRMENT | $54,096 |
| CARD FEES | $8,769,810 |
| STORE CLOSING RESERVE | $596,398 |
| **Total** | **$56,533,505** |

Reproduced by CRGsoft (www.cagsoft.com)



Form 480.20   Rev. 03.18   **WAL MART PUERTO RICO INC**   5104   Corporation - Page 4

## Part VII — Comparative Balance Sheet

| Assets | | Beginning of the Year Total | | Ending of the Year Total |
|---|---|---|---|---|
| 1. Cash on hand and in banks | (1) | 119,099,000 00 | (1) | 93,204,000 00 |
| 2. Accounts receivable | (2) | 9,788,000 00 | (2) | 7,975,000 00 |
| 3. Less: Reserve for bad debts | (3) | ( 0 00) 9,788,000 00 | (3) | ( 0 00) 1,975,000 00 |
| 4. Inventories | (4) | 210,289,000 00 | (4) | 246,088,000 00 |
| 5. Other current assets | (5) | 0 00 | (5) | 0 00 |
| 6. Notes receivable | (6) | 0 00 | (6) | 0 00 |
| 7. Investments | (7) | 0 00 | (7) | 0 00 |
| 8. Depreciable assets | (8) | 724,965,000 00 | (8) | 657,423,000 00 |
| 9. Less: Reserve for depreciation | (9) | 346,002,000 00 378,963,000 00 | (9) | 354,609,000 00 302,914,000 00 |
| 10. Loans receivable of stockholders or related entities | (10) | 0 00 | (10) | 0 00 |
| 11. Land | (11) | 124,425,000 00 | (11) | 122,258,000 00 |
| 12. Other long-term assets | (12) | 251,122,000 00 | (12) | 283,953,000 00 |
| 13. Total Assets | (13) | 1,094,486,000 00 | (13) | 1,066,463,000 00 |
| **Liabilities and Stockholder's Equity** **Liabilities** | | | | |
| 14. Accounts payable | (14) | 440,254,000 00 | (14) | 484,379,000 00 |
| 15. Accrued expenses (not paid) | (15) | 0 00 | (15) | 0 00 |
| 16. Other current liabilities | (16) | 0 00 | (16) | 0 00 |
| 17. Long-term notes payable | (17) | 0 00 | (17) | 0 00 |
| 18. Notes payable to stockholders or related entities | (18) | 0 00 | (18) | 0 00 |
| 19. Other long-term liabilities | (19) | 0 00 | (19) | 0 00 |
| 20. Total Liabilities | (20) | 440,254,000 00 | (20) | 484,379,000 00 |
| **Stockholder's Equity** | | | | |
| 21. Capital stock | | | | |
| (a) Preferred stocks | (21a) | 0 00 | (21a) | 0 00 |
| (b) Common stocks | (21b) | 1,000 00 | (21b) | 1,000 00 |
| 22. Additional paid in capital | (22) | 538,540,000 00 | (22) | 538,540,000 00 |
| 23. Retained earnings | (23) | 115,691,000 00 | (23) | 43,543,000 00 |
| 24. Reserve | (24) | | (24) | |
| 25. Total Stockholder's Equity | (25) | 654,232,000 00 | (25) | 582,084,000 00 |
| 26. Total Liabilities and Stockholder's Equity | (26) | 1,094,486,000 00 | (26) | 1,066,463,000 00 |

## Part VIII — Reconciliation of Net Income (or Loss) per Books with Net Taxable Income (or Loss) per Return

| | | | |
|---|---|---|---|
| 1. Net income (or loss) per books | (1) | -72,148,001 00 | |
| 2. Income tax per books | (2) | -44,768,099 00 | |
| 3. Excess of capital losses over capital gains | (3) | | |
| 4. Taxable income not recorded on books this year (Itemize, use schedule if necessary) | | | |
| (a) STEP UP RENT $ 901,329 | | | |
| (b) CPI ADJUSTMENT $ 2,753,169 | | | |
| (c) DEFERRED REVENUE OTHER $ 177,488 | | | |
| (d) $ | | | |
| (e) $ | | | |
| (f) $ | | | |
| Total | (4) | 3,832,976 00 | |
| 5. Expenses recorded on books this year not deducted on this return (Itemize, use schedule if necessary) | | | |
| (a) Meal and entertainment (amount not deductible) $ 22,005 | | | |
| (b) Depreciation $ 65,229 | | | |
| (c) Vessels, airships and property located outside of P.R. $ | | | |
| (d) Expenses incurred or paid to stockholders, persons or related entities (amount not deductible) $ 4,729,049 | | | |
| (e) See Statement Attached $ 47,287,391 | | | |
| (f) $ | | | |
| (g) $ | | | |
| (h) $ | | | |
| (i) $ | | | |
| (j) $ | | | |
| Total | (5) | 52,103,674 00 | |
| 6. Total (Add lines 1 through 5) | (6) | -60,480,340 00 | |

| | | | |
|---|---|---|---|
| 7. Income recorded on books this year not included on this return (Itemize, use schedule if necessary) | | | |
| (a) Exempt income (Schedule IE Corp., Part II, line 20) $ | | | |
| (b) Excluded income (Schedule IE Corp., Part I, line 5) $ | | | |
| (c) DEFERRED REVENUE OTHER $ 31,392 | | | |
| (d) GIFT CARD SAVINGS CATCHER $ 1,042,281 | | | |
| (e) AMORTIZATION OF GAIN ON SALE $ 1,815,952 | | | |
| (f) $ | | | |
| (g) $ | | | |
| Total | (7) | 2,889,625 00 | |
| 8. Deductions on this tax return not charged against book income this year (Itemize, use schedule if necessary) | | | |
| (a) Depreciation $ 0 | | | |
| (b) WARRANTY EXPENSE $ 33,654 | | | |
| (c) CAPITAL LEASES $ 1,612,658 | | | |
| (d) STORE CLOSING RESERVE $ 496,398 | | | |
| (e) $ | | | |
| (f) $ | | | |
| (g) $ | | | |
| (h) $ | | | |
| (i) $ | | | |
| Total | (8) | 2,142,610 00 | |
| 9. Total (Add lines 7 and 8) | (9) | 5,032,235 00 | |
| 10. Net taxable income (or loss) per return (Subtract line 9 from line 6) | (10) | -65,512,575 00 | |

Retention Period: Ten (10) years

**WAL MART PUERTO RICO INC**

5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2018**

**Page 4, Part VIII, Line 5 - Expenses recorded on books this year not claimed on this return**

| Description | Amount |
|---|---:|
| INVENTORY RESERVES | $9,000 |
| BAD DEBT RESERVES | $508,764 |
| SEVERANCE ACCRUAL | $1,340,785 |
| LEGAL RESERVES | $890,244 |
| ACCIDENT COST EXPENSE | $2,514,397 |
| DONATIONS | $2,623,199 |
| PENSION PLAN | $295 |
| FIXED ASSET IMPAIRMENT | $39,400,707 |
| **Total** | **$47,287,391** |

CONFIRMATION NUMBER:11152016319D1BAEE31018737

Reproduced by CEGsoft (www.cegsoft.com)

**WAL MART PUERTO RICO INC**

█████5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2018**

**Page 4, Part VII, Line 12 - Other Long-Term Assets (At the Beginning of the Year)**

| Description | Amount |
|---|---|
| OTHER CURRENT ASSETS | $251,122,000 |
| Total | $251,122,000 |

Page 1

Reproduced by CEGsoft (www.cegsoft.com)

**WAL MART PUERTO RICO INC**

█████5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2018**

**Page 4, Part VII, Line 12 - Other Long-Term Assets (At the End of the Year)**

| Description | Amount |
|---|---|
| OTHER CURRENT ASSETS | $293,953,000 |
| Total | $293,953,000 |

Reproduced by CEGsoft (www.cegsoft.com)

Form 480.20  Rev. 03.10  **WAL MART PUERTO RICO INC**  5164  Corporation · Page 5

## Part IX — Analysis of Retained Earnings per Books

| | | | |
|---|---|---|---|
| 1. Balance at the beginning of the year .......... (1) | 115,691,000 00 | 5. Distributions: (a) Cash .......... (5a) | 0 00 |
| 2. Net income per books .......... (2) | -72,148,001 00 | (b) Property .......... (5b) | 0 00 |
| 3. Other increases (Itemize, use schedule if necessary) Rounding Difference ____ 1 | | (c) Stocks .......... (5c) | 0 00 |
| ____ | | 6. Other decreases (Use schedule if necessary) | |
| ____ (3) | 1 00 | ____ (6) | 0 00 |
| 4. Total (Add lines 1, 2 and 3) .......... (4) | 43,643,000 00 | 7. Total (Add lines 5 and 6) .......... (7) | 0 00 |
| | | 8. Balance at end of year (Subtract Line 7 from line 4) (8) | 43,543,000 00 |

## Part X — Compensation to Directors

| Name of director | Social security number | Percentage of time devoted to industry or business | Percent of stocks owned Common | Percent of stocks owned Preferred | Compensation |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total compensation to directors (Enter in Part VI, line 1) | | | | | 00 |

## Part XI — Compensation to Officers

| Name of officer | Social security number | Percentage of time devoted to industry or business | Percent of stocks owned Common | Percent of stocks owned Preferred | Compensation |
|---|---|---|---|---|---|
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| Total compensation to officers (Enter in Part VI, line 2) | | | | | 0 00 |

## Part XII — Questionnaire

| | YES | NO | NA |
|---|---|---|---|
| 1. If a foreign corporation, indicate if the trade or business in Puerto Rico was held as a branch .......... (1) | | X | |
| 2. If a branch, indicate the percent that represents the income from sources within Puerto Rico from the total income of the corporation: ____ % | | | |
| 3. Did the corporation keep any part of its records on a computerized system during this year? .......... (3) | X | | |
| 4. The corporation's books are in care of: Name THE CORPORATION Address PREMISES OF THE CORPORATION E-mail ____ Telephone (787) 663 - 7777 | | | |
| 5. Indicate the book accounting method for tax purposes: 1[ ] Cash 2[X] Accrual 3[ ] Other (specify): ____ | | | |
| 6. Did the corporation file the following documents?: (a) Informative Return (Forms 480.6A, 480.6B, 480.6C) .......... (6a) | X | | |
| (b) Withholding Statement (Form 499R-2/W-2PR) .......... (6b) | X | | |
| 7. If the gross income of the entity or of the controlled group exceeds $3,000,000, are financial statements audited by a CPA licensed in Puerto Rico included with this return? .......... (7) | X | | |
| 8. Number of employees during the year: ____ | | | |
| 9. Did the corporation claim expenses related to the ownership, use, maintenance and depreciation of: (a) Vehicles? .......... (9a) | X | | |
| (b) Vessels? .......... (9b) | | X | |
| (1) Did more than 80% of the total income was derived from activities exclusively related to fishing or transportation of passengers or cargo or lease? .......... (9b1) | | | |
| (c) Aircrafts? .......... (9c) | | X | |
| (1) Did more than 80% of the total income was derived from activities exclusively related to transportation of passengers or cargo or lease? (9c1) | | | |
| (d) Residential property outside of Puerto Rico? .......... (9d) | | X | |
| (1) Did more than 80% of the total income was derived from activities exclusively related to the lease of property to non related persons? (9d1) | | X | |

| | YES | NO | NA |
|---|---|---|---|
| 10. Did the corporation claim expenses connected to: (a) Housing (except business employees) .......... (10a) | | X | |
| (b) Employees attending conventions or meetings outside Puerto Rico or the United States? .......... (10b) | | X | |
| 11. Did the corporation distribute dividends other than stock dividends or distributions in liquidation in excess of the corporation's current and accumulated earnings? If "Yes" indicate the amount $____ .......... (11) | | X | |
| 12. Is the corporation a partner in any special partnership or partnership? (If more than one, submit detail) .......... (12) | | X | |
| Name of the special partnership or partnership ____ Employer Identification number ____ | | | |
| 13. Did you receive exempt income? (Submit Schedule IE Corporation) .......... (13) | | X | |
| 14. Enter the amount corresponding to charitable contributions to municipalities included in Part VI, line 50: $____ 0 | | | |
| 15. Indicate if insurance premiums were paid to an unauthorized insurer (15) | | X | |
| 16. Employer's number assigned by the Department of Labor and Human Resources: ____ | | | |
| 17. Number of stockholders: ____ (a) Is any of the corporation stockholders a nonresident individual or foreign corporation? .......... (17a) | | X | |
| (1) Indicate the participation percentage of the total nonresident stockholders or foreign corporations ____ | | | |
| (2) Indicate the origin country of the foreign stockholder ____ | | | |
| 18. Did you incur or pay expenses to stockholders, persons or related entities outside of Puerto Rico? .......... (18) | | X | |
| (a) Did you receive an administrative determination that allows you to claim the total deduction? .......... (18a) | | X | |
| 19. Did the corporation claim expenses related to services provided by nonresidents of Puerto Rico? .......... (19) | | X | |
| (a) Did you pay the corresponding sales and use tax? .......... (19a) | | X | |
| 20. Did the corporation claim depreciation expenses for tangible personal property acquired outside Puerto Rico? .......... (20) | | X | |
| (a) Did you pay the corresponding sales and use tax? .......... (20a) | | X | |
| 21. Did the corporation pay deemed dividend during the previous year? If "Yes", indicate the amount $____ 0 .......... (21) | | X | |

Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)

**Schedule A Corporation**
Rev. 03.18

## ALTERNATIVE MINIMUM TAX

Taxable year beginning on ___ Feb/01 ___, 2017 and ending on ___ Jan/31 ___, 2018

**2017**

Taxpayer's name: WAL MART PUERTO RICO INC

Employer Identification Number: 5464

| Part I | Adjustment in the Computation of the Alternative Minimum Net Income Before Book Adjustments and Operating Losses | | |
|---|---|---|---|
| 1. | a. Net income (or loss) subject to normal tax (From Part I, line 31 of the return) ............ (1a) | -65,512,575 00 | |
| | b. Less: Income subject to preferential rates that you had elected to pay taxes at the corresponding special rate (Schedule D1 Corporation, line 3) ............ (1b) | 0 00 | |
| | c. Less: Dividends or profits received from domestic corporations (From Part III, line 34 of the return) ............ (1c) | 0 00 | |
| | d. Net income (or loss) subjet to normal tax without considering the net operating loss from previous years and excluding the income subject to preferential rates that you had elected to pay taxes at the corresponding preferential rate (Subtract lines 1(b) and 1(c) from 1(a)) ............ (1d) | | -65,512,575 00 |
| 2. Adjustments: | a. Flexible depreciation ............................................. | 0 00 | |
| | b. Installment sales ................................................. | 0 00 | |
| | c. Long-term contrats ............................................. | 0 00 | |
| | d. Expenses related to exempt interest ....................... | 0 00 | |
| | e. Accelerated depreciation ..................................... | 0 00 | |
| | f. Total adjustments (Add lines 2(a) through 2(e)) ............ (2) | | 0 00 |
| 3. | Alternative minimum net income (or loss) before the adjustments of Part II and the operating loss (Add lines 1(d) and 2(f)) ............ (3) | | -65,512,575 00 |

| Part II | Adjustment for the Excess of the Net Income per Books over the Alternative Minimum Net Income Before Adjustements | | |
|---|---|---|---|
| 4. | Net income (or loss) per books ............................................. (4) | -72,148,001 00 | |
| 5. | Goodwill amortization expense ............................................. (5) | 0 00 | |
| 6. | Income tax expense per books ............................................. (6) | -44,268,989 00 | |
| 7. | Add lines 4, 5 and 6 ............ (7) | | -116,416,990 00 |
| 8. | Exempt interest income net of related expenses ............ (8) | 0 00 | |
| 9. | Dividend and profit distributions received from domestic corporations or partnerships, or from industrial or tourism development income ............ (9) | 0 00 | |
| 10. | Income (or loss) from industrial development, exempt tourism development, bona fide agricultural business or rental income under Act 132-2010 ............ (10) | 0 00 | |
| 11. | Income (or loss) recognized under the equity method ............ (11) | 0 00 | |
| 12. | Reserve for catastrophic losses ............ (12) | 0 00 | |
| 13. | Income subject to preferential rates that you had elected to pay taxes at the corresponding preferential rate (From Part I, line 1(b)) (See Instructions) ............ (13) | 0 00 | |
| 14. | Add lines 8 through 13 ............ (14) | | 0 00 |
| 15. | Subtract line 14 from line 7 ............ (15) | | -116,416,990 00 |
| 16. | Subtract line 3 from line 15. If line 3 is more than line 15, enter zero ............ (16) | | 0 00 |
| 17. | Adjustment for the excess of the adjusted net income per books over the alternative minimum net income of line 3 (Multiply line 16 by 60%) ............ (17) | | 0 00 |

| Part III | Computation of the Alternative Minimum Net Income | | |
|---|---|---|---|
| 18. | Alternative minimum net income before the net operating loss (Add lines 3 and 17) ............ (18) | | -65,512,575 00 |
| 19. | Net operating loss from previous years to determine the alternative minimum tax (Cannot exceed 70% of line 18) (From Schedule G Corporation, Part II, line 13. Submit Schedule G Corporation) (See Instructions) ............ (19) | | 0 00 |
| 20. | Subtract line 19 from line 18 (Enter the difference here, but not less than 30% of line 18) ............ (20) | | 0 00 |
| 21. | Exempt amount (See Instructions) ............ (21) | | 0 00 |
| 22. | Alternative minimum net income (Subtract line 21 from line 20) ............ (22) | | 0 00 |

| Part IV | Computation of the Alternative Minimum Credit for Foreign Taxes Paid | | |
|---|---|---|---|
| 23. | Tentative minimum tax before the credit for foreign taxes paid (Multiply line 22 by 20%) ............ (23) | 0 00 | |
| 24. | Alternative minimum net income before net operating loss deduction (Line 18) ............ (24) | 0 00 | |
| 25. | Allowable exempt amount without considering the net operating loss (See Instructions) ............ (25) | 0 00 | |
| 26. | Subtract line 25 from line 24 ............ (26) | 0 00 | |
| 27. | Multiply line 26 by 30% ............ (27) | 0 00 | |
| 28. | Multiply line 27 by 10% ............ (28) | | 0 00 |
| 29. | Credit limitation (Subtract line 28 from line 23) ............ (29) | | 0 00 |
| 30. | Alternative minimum credit for foreign taxes paid (This amount cannot exceed the amount on line 29. See Instructions) ............ (30) | | 0 00 |

Período de Conservación: Diez (10) años

Reproduced by CEGsoft (www.cegsoft.com)



Rev. 03.18    WAL MART PUERTO RICO INC                                5164                    Schedule A Corporation - Page 2

**Part V — Computation of the Alternative Minimum Tax**

| | |
|---|---|
| 31. Tentative tax after alternative minimum credit for foreign taxes paid (Subtract line 30 from line 23 of Part IV) .... (31) | 0 .00 |
| 32. Total tax net of credit for taxes paid to foreign countries, the United States, its territories and possessions (Subtract line 43 from line 40 of Part IV, page 2 of the return) ................ (32) | 0 .00 |
| 33. Alternative minimum tax (Subtract line 32 from line 31. If line 32 exceeds line 31, enter zero, otherwise, enter the difference on Form 480.20, page 2, Part IV, line 45) ................ (33) | 0 .00 |

**Part VI — Computation of Alternative Minimum Credit**

| | |
|---|---|
| 1. Excess of regular tax over alternative minimum tax for the current year (Subtract line 31 from line 32 of Part V. If line 31 exceeds line 2, enter zero) ................ (1) | 0 .00 |
| 2. Multiply line 1 by 25% and enter the result here ................ (2) | 0 .00 |
| 3. Amount of alternative minimum tax paid in previous years and not claimed as credit (Part VII, line 11) ................ (3) | 26,978,264 .00 |
| 4. Amount of credit to be claimed (Enter the smaller between line 2 or 3. Transfer to line 48, Part IV of the return) ................ (4) | 0 .00 |

**Part VII — Determination of the Amount of Alternative Minimum Tax Paid In Prior Years Not Claimed as Credit**

| | Taxable Year (Day / Month / Year) | (A) Alternative Minimum Tax Paid In Excess of the Regular Tax | (B) Amount Used as Credit In Prior Years | (C) Balance |
|---|---|---|---|---|
| 1. | 01/31/2014 | 21,374,734 .00 | 1,202,327 .00 | 20,172,407 .00 |
| 2. | 01/31/2015 | 6,805,857 .00 | 0 .00 | 6,805,857 .00 |
| 3. | | .00 | .00 | .00 |
| 4. | | .00 | .00 | .00 |
| 5. | | .00 | .00 | .00 |
| 6. | | .00 | .00 | .00 |
| 7. | | .00 | .00 | .00 |
| 8. | | .00 | .00 | .00 |
| 9. | | .00 | .00 | .00 |
| 10. | | .00 | .00 | .00 |
| 11. | Total (Transfer to Part VI, line 3 of this Schedule) ................ (11) | | | 26,978,264 .00 |

Retention Period Ten (10) years

CONFIRMATION NUMBER:1115201831901BAEE31018737                    Reproduced by CEGsoft (www.cegsoft.com)

| Schedule B Corporation<br>Rev. 03.18 | RECAPTURE OF CREDIT CLAIMED IN EXCESS,<br>TAX CREDITS, AND<br>OTHER PAYMENTS AND WITHHOLDINGS<br>Taxable year beginning on ___ Feb/01 ___, 2017 and ending on ___ Jan/31 ___, 2018 | 2017 |
|---|---|---|

**Taxpayer's name**
WAL-MART PUERTO RICO INC

**Employer Identification Number**
⬛⬛⬛5104

### Part I — Recapture of Credit Claimed In Excess

| | Column A | Column B | Column C |
|---|---|---|---|
| **Name of entity:** | | | |
| **Employer Identification No:** | | | |
| **Credit for:** | | | |

| | | | | |
|---|---|---|---|---|
| Tourism Development | 1 ☐ | 1 ☐ | 1 ☐ | |
| Solid Waste Disposal | 2 ☐ | 2 ☐ | 2 ☐ | |
| Capital Investment Fund | 3 ☐ | 3 ☐ | 3 ☐ | |
| Santurce Theatrical District | 4 ☐ | 4 ☐ | 4 ☐ | |
| Film Industry Development | 5 ☐ | 5 ☐ | 5 ☐ | |
| Housing Infrastructure | 6 ☐ | 6 ☐ | 6 ☐ | |
| Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families | 7 ☐ | 7 ☐ | 7 ☐ | |
| Acquisition of an Exempt Business in the Process of Closing its Operations in Puerto Rico | 8 ☐ | 8 ☐ | 8 ☐ | |
| Conservation Easement | 9 ☐ | 9 ☐ | 9 ☐ | |
| Economic Incentives (Research and Development) | 10 ☐ | 10 ☐ | 10 ☐ | |
| Economic Incentives (Strategic Projects) | 11 ☐ | 11 ☐ | 11 ☐ | |
| Economic Incentives (Industrial Investment) | 12 ☐ | 12 ☐ | 12 ☐ | |
| Green Energy Incentives (Research and Development) | 13 ☐ | 13 ☐ | 13 ☐ | |
| Other: | 14 ☐ | 14 ☐ | 14 ☐ | |

| | | |
|---|---|---|
| 1. Total credit claimed in excess | (1) | 0 |
| 2. Recapture of credit claimed in excess paid in previous year, if applicable | (2) | 0 |
| 3. Recapture of credit claimed in excess paid this year (Transfer to Form 480.20, Part IV, line 47. See instructions) | (3) | 0 |
| 4. Excess of credit due next year, if applicable (Subtract lines 2 and 3 from line 1. See instructions) | (4) | 0 |

### Part II — Tax Credits (Do not include estimated tax payments. Include such payments in Part III of this Schedule)

**A. CREDITS SUBJECT TO MORATORIUM**

| | | |
|---|---|---|
| 1. Credit attributable to losses or for investment in the Capital Investment Fund (See instructions) | (1) | 0 |
| 2. Credit for investment in housing infrastructure (Act 98-2001, as amended) (See instructions) | (2) | 0 |
| 3. Credit for investment in the construction or rehabilitation of rental housing projects for low or moderate income families (Act 140-2001) (See instructions) | (3) | 0 |
| 4. Credit for construction investment in urban centers (Act 212-2002, as amended) (See instructions) | (4) | 0 |
| 5. Credit for merchants affected by urban centers revitalization (Act 212-2002, as amended) (See instructions) | (5) | 0 |
| 6. Credit for purchases of products manufactured in Puerto Rico and Puerto Rican agricultural products (Submit Schedule B1 Individual) | (6) | 0 |
| 7. Credit for the establishment of an eligible conservation easement or donation of eligible land (Act 183-2001, as amended) (See instructions) | (7) | 0 |
| 8. Credit for the purchase of tax credits (Complete Part IV) (See instructions) | (8) | 0 |
| 9. Credits carried from previous years (Submit detail) | (9) | 0 |
| 10. Other credits not included on the preceding lines (Submit details) (See instructions) | (10) | 10,000 |
| 11. Total credits subject to moratorium (Add lines 1 through 10) | (11) | 10,000 |
| 12. 50% of the tax determined (Multiply the amount in Part IV, line 46 less line 48 of the return by .50) | (12) | |
| 13. Total credits subject to moratorium to be claimed (Enter the smaller of line 11 or 12) | (13) | |

**B. CREDITS NOT SUBJECT TO MORATORIUM**

| | | |
|---|---|---|
| 14. Credit for increases in investment (See instructions) | (14) | 0 |
| 15. Credit for investment in film industry development (Act 27-2011): 1 ☐ Film Project and/or 2 ☐ Infrastructure Project; or 3 ☐ Credit for the purchase or transmission of television programming made in P.R. (Section 1051.14) (See instructions) | (15) | 0 |
| 16. Credit to investors who acquire an exempt business that is in the process of closing its operations in Puerto Rico (Act 109-2001) (See inst.) | (16) | 0 |
| 17. Credit for contributions to: 1 ☐ Santa Catalina's Palace Patronage and/or 2 ☐ Patronage of the State Capitol of the Legislative Assembly (See instructions) | (17) | 0 |
| 18. Credit for investment Act 73-2008 (See instructions) | (18) | 0 |
| 19. Credit for investment Act 83-2010 (See instructions) | (19) | 0 |
| 20. Credit for the purchase of tax credits (Complete Part IV) (See instructions) | (20) | 0 |
| 21. Credits carried from previous years (Submit detail) | (21) | 0 |
| 22. Other credits not included on the preceding lines (Submit details) (See instructions) | (22) | 0 |
| 23. Total credits not subject to moratorium to be claimed (Add lines 14 through 22) | (23) | 0 |
| 24. Total tax credits (Add lines 13 and 23) | (24) | 0 |
| 25. Total tax determined (Line 46 less Part IV of the return) | (25) | |
| 26. Credit to be claimed (Enter the smaller of line 24 or 25. Transfer to page 2, Part IV, line 49 of the return) | (26) | 0 |
| 27. Carryforward credits (Subtract line 26 from the sum of lines 11 and 23) | (27) | 10,000 |

Retention Period: Ten (10) years

CONFIRMATION NUMBER: 1115201831901BAEE31018737

Reproduced by CEGsoft (www.cegsoft.com)

**WAL MART PUERTO RICO INC**

█████ 5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2018**

**Schedule B, Page 1, Part II, Line 10 - Other Credits not Included on the Preceding Lines**

| Description | Amount |
|---|---|
| FUNDACION LUIS G FORTUÑO | $10,000 |
| Total | $10,000 |

Reproduced by CEGsoft (www.cegsoft.com)

Rev. 03.18     WAL MART PUERTO RICO INC     6164     Schedule B Corporation - Page 2

| Part III | Other Payments and Withholdings | | |
|---|---|---|---|
| 1. | Tax paid with automatic extension of time ............................................................ | (1) | 0 |
| 2. | Estimated tax payments for 2017 ......................................................................... | (2) | 0 |
| 3. | Amount paid with original return (See Instructions) .............................................. | (3) | 0 |
| 4. | Tax paid in excess in previous years credited to estimated tax (See Instructions) .... | (4) | 20,346,433 |
| 5. | Tax withheld at source to nonresidents (Form 480.6C) (Total of Informative Returns [ 0 ]) | (5) | 0 |
| 6. | Tax withheld at source on services rendered (Form 480.6B) (Total of Informative Returns [ 2 ]) | (6) | 3,178 |
| 7. | Tax withheld at source on distributable share of net profits to stockholders or partners of pass-through entities (Form 480.60 EC) (See Instructions): | | |
| | (a) Interest income subject to preferential rate (Line 10, Part III of Form 480.60 EC) ...... | (7a) | 0 |
| | (b) Eligible distribution of dividends from corporations (Line 8, Part III of Form 480.60 EC) ...... | (7b) | 0 |
| | (c) Other items ......................................................................................... | (7c) | 0 |
| 8. | Tax withheld at source on distributable share of net profits to trustees of revocable trusts or grantor trusts (Form 480.60 F) (See Instructions): | | |
| | (a) Interest income subject to preferential rate (Line 1E, Part III of Form 480.60 F) ...... | (8a) | 0 |
| | (b) Eligible distribution of dividends from corporations (Line 1 I, Part III of Form 480.60 F) ...... | (8b) | 0 |
| | (c) Other items ......................................................................................... | (8c) | 0 |
| 9. | Tax withheld at source on eligible interest .......................................................... | (9) | 0 |
| 10. | Other payments and withholdings not included on the preceding lines (Submit detail) ...... | (10) | 0 |
| 11. | **Total Other Payments and Withholdings (Add lines 1 through 10. Transfer to Form 480.20, Part IV, line 54)** .... | (11) | 28,349,611 |

| Part IV | Breakdown of the Purchase of Tax Credits | | |
|---|---|---|---|

Check the box corresponding to the act (or acts) under which you acquired the credit and enter the amount:

**A. CREDITS SUBJECT TO MORATORIUM**

| | | | |
|---|---|---|---|
| 1. | ☐ Solid Waste Disposal (Act 159-2011) ............................................................. | (1) | 0 |
| 2. | ☐ Capital Investment Fund (Act 46-2000) .......................................................... | (2) | 0 |
| 3. | ☐ Santurce Theatrical District (Act 178-2000) ................................................... | (3) | 0 |
| 4. | ☐ Housing Infrastructure (Act 98-2001) ............................................................ | (4) | 0 |
| 5. | ☐ Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families (Act 140-2001) ...... | (5) | 0 |
| 6. | ☐ Conservation Easement (Act 183-2001) ......................................................... | (6) | 0 |
| 7. | ☐ Urban Centers Revitalization (Act 212-2002) .................................................. | (7) | 0 |
| 8. | ☐ Other:_____ (Submit detail) | | |
| 9. | Total credit for purchase of tax credits subject to moratorium (Transfer to Part II, line 8) | (9) | 0 |

**B. CREDITS NOT SUBJECT TO MORATORIUM**

| | | | |
|---|---|---|---|
| 10. | ☐ Tourism Development (Act 78-1993) .............................................................. | (10) | 0 |
| 11. | ☐ Film Industry Development (Act 27-2011) ....................................................... | (11) | 0 |
| 12. | ☐ Acquisition of an Exempt Business that is in the Process of Closing Its Operations in Puerto Rico (Act 109-2001) ...... | (12) | 0 |
| 13. | ☐ Economic Incentives (Research and Development) (Act 73-2008) ...... | (13) | 0 |
| 14. | ☐ Economic Incentives (Strategic Projects) (Act 73-2008) ................. | (14) | 0 |
| 15. | ☐ Economic Incentives (Industrial Investment) (Act 73-2008) ............ | (15) | 0 |
| 16. | ☐ Green Energy Incentives (Research and Development) (Act 83-2010) ...... | (16) | 0 |
| 17. | ☐ Other:_____ (Submit detail) | (17) | 0 |
| 18. | **Total credit for the purchase of tax credits not subject to moratorium (Transfer to Part II, line 20)** | (18) | 0 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**Schedule E**
Rev. Feb 20 18

# DEPRECIATION

**2017**

Taxable year beginning on ___Feb/01___, 2017, and ending on ___Jan/31___, 2018

| Entity's Name | Social Security or Employer Identification Number |
|---|---|
| WAL MART PUERTO RICO INC | 5164 |

| 1. Type of property (in case of a building, specify the material used in the construction). | 2. Date acquired. | 3. Original cost or other basis (exclude cost of land). Basis for automobiles may not exceed from $30,000 per vehicle. | 4. Depreciation claimed in prior years. | 5. Estimated useful life to compute the depreciation | 6. Depreciation claimed this year. |
|---|---|---|---|---|---|
| **(a) Current Depreciation** | | | | | |
| FIXED ASSETS | Various | 657,424,670 | 311,866,715 | Various | 42,588,047 |
| | | | | | |
| | | | | | |
| Total | | | 311,866,715 | | 42,588,047 |
| **(b) Flexible Depreciation** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | | | 0 | | 0 |
| **(c) Accelerated Depreciation** | | | | | |
| | | | | | |
| | | | | | |
| Total | | | 0 | | 0 |
| **(d) Amortization (i.e. Goodwill)** | | | | | |
| | | 0 | 0 | 0 | 0 |
| | | | | | |
| Total | | | 0 | | 0 |
| **(e) Automobiles (See instructions)** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total | | | 0 | | 0 |
| (f) Vehicles under financial lease (Form 480.7D) (Amount of vehicles _____ 0) (01) ................................................. (02) | | | | | 0 |
| **TOTAL:** (Add total of lines (a) through (f) of Column 6. Transfer to Schedules K, L, M and N Individual, whichever applies, or the corresponding line of other returns) ............................................ (10) | | | | | 42,588,047 |

Retention Period: Ten (10) years

CONFIRMATION NUMBER: 1152016319D1BAEE31616737

Reproduced by CEGsoft (www.cegsoft.com)

| Schedule T Corporation<br>Rev. 03.18 | ADDITION TO THE TAX FOR FAILURE TO PAY<br>ESTIMATED TAX IN CASE OF<br>CORPORATIONS | | **2017** |
|---|---|---|---|
| | Taxable year beginning on ___ Feb/01 ___ 2017 and ending on ___ Jan/31 ___ 2018 | | |

| Taxpayer's name<br>WAL MART PUERTO RICO INC | Employer Identification Number<br>___6404 |
|---|---|

**Part I**      Determination of the Minimum Amount of Estimated Tax to Pay

| | | |
|---|---|---|
| 1. Tax liability (Add lines 42, 45 and 47 of Part IV, page 2 of the return) ............................................ | (1) | 0 00 |
| 2. Credits and overpayments (See Instructions) ............................................ | (2) | 28,349,611 00 |
| 3. Estimated tax (Subtract line 2 from line 1. If it is zero or less, do not complete this Schedule) ............. | (3) | 0 00 |
| 4. Line 1 multiplied by 90%. ............................................ | (4) | 0 00 |
| 5. Total tax determined as it appears on the income tax return from the previous year (See instructions) ....... | (5) | 0 00 |
| 6. Enter the smaller of lines 4 and 5 ............................................ | (6) | 0 00 |
| 7. Subtract line 2 from line 6 (If it is less than zero, enter zero). This is the minimum amount of estimated tax that you should have paid ... | (7) | 0 00 |

**Part II**      Addition to the Tax for Failure to Pay

**Section A - Failure to Pay**

| | (a)<br>First Installment | (b)<br>Second Installment | (c)<br>Third Installment | (d)<br>Fourth Installment |
|---|---|---|---|---|
| 1 ☐ CALENDAR YEAR ............................................<br>2 ☒ FISCAL YEAR (Enter the corresponding dates) ............. | | | | |
| 8. Amount of estimated tax per installment (See Instructions) ......... (8) | 0 00 | 0 00 | 0 00 | 0 00 |
| 9. Amount of estimated tax paid per installment (See Instructions) ... (9) | 0 00 | 0 00 | 0 00 | 0 00 |
| 10. Payment date (See Instructions) ........................ (10) | | | | |
| 11. Line 17 from previous column ........................ (11) | | 0 00 | 0 00 | 0 00 |
| 12. Add lines 9 and 11 ........................ (12) | | 0 00 | 0 00 | 0 00 |
| 13. Subtract line 8 from line 12 (If it is less than zero, enter zero) ... (13) | | 0 00 | 0 00 | 0 00 |
| 14. Failure to Pay (If line 13 is zero, subtract line 12 from line 8, otherwise, enter zero) ........................ (14) | | 0 00 | 0 00 | 0 00 |
| 15. Add lines 14 and 16 from previous column ........................ (15) | | 0 00 | 0 00 | 0 00 |
| 16. If line 15 is equal or more than line 13, subtract line 13 from line 15 and go to line 11 of next column. Otherwise, go to line 17 ... (16) | | 0 00 | 0 00 | 0 00 |
| 17. Overpayment (If line 13 is more than line 15, subtract line 15 from line 13, and go to line 11 of next column. Otherwise, enter zero) ... (17) | 0 00 | 0 00 | 0 00 | |

**Section B - Penalty**

| | | | | |
|---|---|---|---|---|
| 18. Multiply line 14 by 10% ........................ (18) | | | | |
| 19. If the date indicated on line 10 for any installment is after its due date and:<br>• line 18 is zero, multiply the result of line 8 less line 17 (from previous column) by 10%; or<br>• line 18 is more than zero, multiply the result of line 8 less line 17 from previous column by 10% and subtract the amount reflected on line 18. (See Instructions) ... (19) | | 0 00 | 0 00 | 0 00 |
| 20. Add lines 18 and 19 ........................ (20) | | | | 0 00 |
| 21. Addition to the Tax for Failure to Pay Estimated Tax (Add the amounts from columns of line 20. Transfer to line 47 of Part IV, page 2 of the return) ... (21) | | | | 0 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**Form AS 2909.1 A**
Rev. Feb 2018

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF THE TREASURY

TAX RETURN SPECIALISTS AUTHORIZATION FOR THE ELECTRONIC FILING
AND DIGITAL SIGNATURE OF THE CORPORATION INCOME TAX RETURN

Section 1061.02 of the Puerto Rico Internal Revenue Code of 2011, as amended, establishes the obligation to file a Corporation Income Tax Return and allows it to be authenticated by digital signature. The taxpayer who wants to appoint a Tax Returns, Statements or Refund Claims Specialist (Specialist) to sign the return in digital form on his/her behalf shall complete this form and provide it to the Specialist along with copy of the driver's license or passport of the (i) president, vice-president or other principal officer of the corporation and of the treasurer, assistant treasurer or other principal financial officer; or (ii) of the agent.

**Part I - Taxpayer's Information**

Taxpayer's Name
WAL MART PUERTO RICO INC

Employer Identification Number
█████5164

Address
PO Box 4960 PMB 725

CAGUAS PR 00726

E-mail Address

Telephone
(787) 653 - 7777

**Part II - Corporation Income Tax Return Information**

| | | |
|---|---|---|
| 1. Taxable Year | | 2017 |
| 2. Net Income (or loss) (Page 2, Part II, line 33 of the return) | $ | -95,512,575 |
| 3. Total Tax Liability (Page 2, Part IV, line 53 of the return) | $ | 0 |
| 4. Other Payments and Withholdings (Page 2, Part IV, line 54 of the return) | $ | 28,349,611 |
| 5. Amount to be Refunded (Page 1, line 1D of the return) | $ | 0 |
| 6. Balance of Tax Due (Page 1, line 4 of the return) | $ | 0 |

**Part III - Tax Return Specialist**

Specialist's Name (Print)
RAFAEL DE ROJAS SANCHEZ

Social Security Number or Employer Identification Number

Firm's Name
RSM PUERTO RICO

Registration Number

Postal Address
PO BOX 10528

SAN JUAN PR 00922-0528

E-mail Address

Telephone

Authorized Acts - The Specialist is authorized to file by electronic means and sign using the digital signature the taxpayer's Corporation Income Tax Return for the taxable year ___2017___.

**Part IV - Taxpayer's Signature**

We hereby declare under penalty of perjury that we have examined the electronic copy of the Corporation Income Tax Return, schedules and other documents attached to it for the taxable year ___2017___, and it is true, correct and complete. We hereby declare that the amounts reported in Part II, as shown above, are the same as the ones included in the electronic copy of the Corporation Income Tax Return. We authorize the Specialist to file, by electronic means and sign using the digital signature, the Corporation Income Tax Return for the taxable year indicated above in this Authorization.

| President's or vice-president's name (Print) | President's or vice-president's signature | Date |
|---|---|---|
| Del Sloneker | | |

| Treasurer's or assistant treasurer's name (Print) | Treasurer's or assistant treasurer's signature | Date |
|---|---|---|
| | | |

| Agent's name (Print) | Agent's signature | Date |
|---|---|---|
| Antonio Echevarria | | |

**This Authorization will not be valid if it is not signed and dated.**

Retention Period: Ten (10) years.

CONFIRMATION NUMBER:11152016319D5BAEE31018737       Reproduced by CEGsoft (www.cegsoft.com)

**Form AS 6042.1**
Rev. Jan 28 16

**Commonwealth of Puerto Rico**
**DEPARTMENT OF THE TREASURY**

Serial Number

Receipt Stamp

**DEDUCTION FOR CONTRIBUTIONS TO QUALIFIED RETIREMENT PLANS AND TAX ON CERTAIN CONTRIBUTIONS**

Taxable year beginning on Feb  01, 2017 and ending on Jan  31, 2018

Complete one Form for each plan to which a contribution was made that you claim as deduction under Section 1033.09 of the Code.

Taxpayer's Name: **WAL MART PUERTO RICO INC**
Taxpayer's Employer Identification Number: 5164

Name of the Qualified Retirement Plan: **WALMART RETIREMENT PLAN**
Trust's Employer Identification Number: 8488

Type of Plan:
- ○ 1 Defined Benefit Plan, or
- ◉ 2 Defined Contribution Plan (Fill in all applicable ovals):
  - ○ 1 Profit-sharing     ◉ 2 Money Purchase     ○ 3 Stock Bonus     ○ 4 Employee Stock Purchase Plan
  - ○ 5 Plan includes cash or deferred contributions arrangement     ○ 6 Self-employed individual benefit plan

**PART I – COMPUTATION OF THE DEDUCTION FOR CONTRIBUTIONS TO THE PLAN**

| | | |
|---|---|---:|
| 1. Maximum limit on the deduction (See Instructions) | (01) | 15,923,322 00 |
| 2. Contributions to the Plan: | | |
| A) Contributions for the current year (See Instructions) | (2A) 0 00 | |
| B) Pre-tax contributions | (2B) 0 00 | |
| C) Employer contributions (matched, discretionary and others) | (2C) 6,169,760 00 | |
| D) Total contributions for current year (Add lines 2A through 2C) | (2D) | 6,169,760 00 |
| 3. Contributions carried from previous years | (03) | 0 00 |
| 4. Total contributions to the plan (Add lines 2D and 3) | (04) | 6,169,760 00 |
| 5. Deductible amount for current year (The smaller of line 1 or 4) | (05) | 6,169,760 00 |
| 6. Nondeductible contributions for current year (Subtract line 5 from line 4. If zero or less, enter zero) | (06) | 0 00 |

**PART II – TAX ON NONDEDUCTIBLE CONTRIBUTIONS**

| | | |
|---|---|---:|
| 7. Nondeductible contributions for the current year (Enter here the amount of Part I, line 6) | (07) | 0 00 |
| 8. Less: Share of nondeductible contributions attributable to: | | |
| A) Contributions for taxable years beginning before January 1, 2011 (Section 1033.09(a)(5)(C)(i)(ii) of the Code) | (8A) | 0 00 |
| B) Contributions returned to the taxpayer before the last day to file the income tax return (Section 1033.09(a)(5)(D) of the Code) | (8B) | 0 00 |
| 9. Amount of nondeductible contributions subject to tax (Subtract lines 8A and 8B from line 7) | (09) | 0 00 |
| 10. Tax rate | (10) | x 10% |
| 11. Tax on nondeductible contributions (See Instructions) | (11) | 0 00 |

**PART III – CAPITAL GAIN ON PROPERTY CONTRIBUTIONS**

If the contributions to a plan for the current year were made totally or partially in property other than cash or employer's stocks, complete the following section:

| | | |
|---|---|---:|
| 12. Fair market value of the property contributed at the moment of the contribution | (12) | 0 00 |
| 13. Less: Adjusted basis of the property at the moment of the contribution | (13) | 0 00 |
| 14. Gain or loss on contributions (Transfer this amount to Schedule D of the taxpayer's return. See instructions) | (14) | 0 00 |

**PART IV – TAX ON EXCESS CONTRIBUTIONS**

If the plan includes a cash or deferred contributions arrangement and for the year of the plan that ended with or during the taxable year of the taxpayer the plan did not comply with the actual deferral percentage test of Section 1081.01(d)(3) of the Code, complete the following section:

| | | |
|---|---|---:|
| 15. Total excess contributions to the plan under the actual deferral percentage test | (15) | 0 00 |
| 16. Excess contributions corrected on or before the last day to file the income tax return | (16) | 0 00 |
| 17. Excess contributions not corrected on line (Subtract line 16 from line 15) | (17) | 0 00 |
| 18. Tax rate | (18) | x 10% |
| 19. Tax on excess contributions (See Instructions) | (19) | 0 00 |

**PART V – GENERAL INFORMATION REGARDING THE PLAN**

| | | |
|---|---|---:|
| 1. Effective date of the plan | (01) Day 01 Month 02 Year 1997 | |
| 2. Date of the most recent qualification letter issued by the Department of the Treasury | (02) Day 29 Month 06 Year 2016 | |
| 3. Date of the application for qualification of the plan / most recent amendments submitted to the Department of the Treasury | (03) Day 12 Month 05 Year 2014 | |
| 4. Last day of the year of the plan that ended with or during the taxpayer's taxable year | (04) Day 31 Month 01 Year 2017 | |
| 5. Number of employees of the taxpayer at the last day of the year of the plan | (05) | 0 |
| 6. Number of employees of the taxpayer eligible to participate in the plan at the last day of the year of the plan | (06) | 12,662 |
| 7. Number of participants in the plan at the last day of the year of the plan: | | |
| A) Active participants | (7A) | 7,480 |
| B) Inactive and retired participants / separated receiving benefits | (7B) | 921 |
| C) Total participants (Add lines 7A and 7B) | (7C) | 8,401 |
| 8. Total compensation paid to participants in the plan during the current taxable year | (08) | 0 00 |
| 9. If the plan benefits individuals who are self-employed, enter the income earned by such individuals for the current taxable year with respect to the industry or business that keeps the plan | (09) | 0 00 |

Retention Period: Ten (10) years

CONFIRMATION NUMBER: 11152016319D1BAEE31016737          Reproduced by CEGsoft (www.cegsoft.com)