EXHIBIT 2 (c)

Gobierno de Puerto Rico

# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Corporaciones

**Confirmación de Radicación Electrónica**

Corporation Income Tax Return

Confirmation of Electronic Filing

| Período Contributivo - Taxable Year |
|---|
| **02/01/2018 - 01/31/2019** |

| | |
|---|---|
| **Nombre del Contribuyente** ... *Taxpayer Name* | WAL MART PUERTO RICO INC |
| **Número de Identificación Patronal** ... *Employer Identification Number* | [redacted]5164 |
| **Número de Confirmación de Planilla** ... *Confirmation Number of Return* | 1108201931270F5CC11043908 |
| **Fecha y Hora de Radicación** ... *Date and Time of Filing* | 11/08/2019 2:36:20 PM |
| **Fecha de Pago** ... *Payment Date* | |
| **Cantidad Pagada Electrónicamente con Planilla** .. *Amount Paid Electronically with Return* | $0 |
| **Número de Ruta / Tránsito** ... *Routing Number* | |
| **Número de Cuenta** ... *Account Number* | |
| **Balance Pendiente de Pago** ... *Amount Due* | $0 |
| **Contribución Pagada en Exceso** ... *Amount Overpaid* | $27,730,084 |
| ↳ **Acreditar a Contribución Estimada del Próximo Año** ... *Credit to Estimated Tax for Next Year* | $27,730,084 |
| ↳ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** .. *Amount to be Contributed to the San Juan Bay Estuary Special Fund* | $0 |
| ↳ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ... *Amount to be Contributed to the University of Puerto Rico Special Fund* | $0 |
| ↳ **Cantidad a Reintegrar** ... *Refund Amount* | $0 |

**Esta planilla requiere que se sometan evidencias** Sí / Yes [X] No [ ]
*This return requires to submit evidences*

**La evidencia deberá ser radicada *únicamente* de forma electrónica accediendo al Sistema de Formularios Electrónicos (E-Forms) a través de nuestra página de internet: www.hacienda.pr.gov, bajo el área de Hacienda Virtual.**
*The evidence must be exclusively filed through the Electronic Forms Systems (E-Forms) available in our web page: www.hacienda.pr.gov, under "Hacienda Virtual".*

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)

Form 480.20 Rev. 02.19

| Liquidator: | Reviewer: | | | |
|---|---|---|---|---|
| Field audited by: | | | | |
| Date __/__/__ | | | | |
| R | M | N | | |

**2018** — GOVERNMENT OF PUERTO RICO / DEPARTMENT OF THE TREASURY — **2018**

## Corporation Income Tax Return

TAXABLE YEAR BEGINNING ON Feb/01, 2018 AND ENDING ON Jan/31, 2019

Serial Number

☐ AMENDED RETURN
TAXABLE YEAR: 1 ☐ CALENDAR  2 [X] FISCAL  3 ☐ 52-53 WEEKS
Payment Stamp

11/08/2019 2:36:20 PM

FILED ELECTRONICALLY

**Taxpayer's Name:** WAL MART PUERTO RICO INC
**Postal Address:** PO Box 4960 PMB 725
CAGUAS  PR  Zip Code 00726
**Location of Principal Industry or Business:** CARR 3 KM 15, BO CANOVANILLAS CAROLINA PR
**Type of Principal Industry or Business:** RETAIL

**Employer Identification Number:** ████5164
**Department of State Registry No.:** 77467
**Industrial Code:** 4539  **Municipal Code:** 20
**Merchant's Registration Number:** ████
**Telephone Number - Extension:** (787) 653 - 7777
**Date Incorporated:** Day 04 / Month 02 / Year 1991
**Place Incorporated:** 1 [X] Domestic (PR)  2 ☐ Foreign — Puerto Rico
**Type of Entity:** Corporation
**Indicate if you are member of a group of related entities:** ☐ Yes  [X] No
**Group number:** ____

Check the corresponding box, if applicable:
1 ☐ First return    2 ☐ Last return
CHANGE OF ADDRESS: ☐ Yes  [X] No
EXTENSION OF TIME: [X] Yes  ☐ No
Contracts with Governmental Entities: ☐ Yes  [X] No
E-mail Address of the Contact Person: antonio.echevarria@wal-mart.com

**GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT.**

**Refund**
1. AMOUNT OVERPAID (Part IV, line 58). Indicate distribution on lines A, B, C and D) ... (1) 27,730,084 | 00
   A) To be credited to estimated tax for 2019 ... (1A) 27,730,084 | 00
   B) Contribution to the San Juan Bay Estuary Special Fund ... (1B) 0 | 00
   C) Contribution to the Special Fund for the University of Puerto Rico ... (1C) 0 | 00
   D) TO BE REFUNDED ... (1D) 0 | 00

**Payment**
2. AMOUNT OF TAX DUE (Part IV, line 58) ... (2) 0 | 00
3. Less: Amount paid (a) With Return ... (3a) 0 | 00
   (b) Interests (See Instructions) ... (3b) 0 | 00
   (c) Surcharges ____ 0 and Penalties ____ 0 (See Instructions) ... (3c) 0 | 00
4. BALANCE OF TAX DUE (Subtract line 3(a) from line 2 and add lines 3(b) and 3(c)) ... (4) 0 | 00

**OATH**

We, the undersigned, president (or vice-president, or other principal officer) and treasurer (or assistant treasurer), or agent of the corporation for which this income tax return is made, each for himself declare under penalty of perjury, that this return (including schedules and statements attached) has been examined by us, and to the best of our knowledge and belief, is a true, correct, and complete return, made in good faith, pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended, and the Regulations thereunder.

| President or vice-president's name | President or vice-president's signature | Date |
|---|---|---|
| Donny Rumsby | Electronically Signed | 11/08/2019 |

| Treasurer's or assistant treasurer's name | Treasurer's or assistant treasurer's signature | Date |
|---|---|---|
| Antonio Echevarria | Electronically Signed | 11/08/2019 |
| Agent's name | Agent's signature | Date |

**SPECIALIST'S USE ONLY**

I declare under penalty of perjury that this return (including schedules and statements attached) has been examined by me, and to the best of my knowledge and belief is a true, correct, and complete return. The declaration of the person who prepares this return is with respect to the information received, and this information may be verified.

| Specialist's name (Print): RAFAEL DE ROJAS SANCHEZ | Registration number: 0 0 5 1 6 1 | Date: 11/08/2019 | Self-employed Specialist: ☐ |
|---|---|---|---|
| Firm's name: RSM PUERTO RICO | | | |
| Specialist's signature: Electronically Signed | Address: PO BOX 10528, SAN JUAN PR | | Zip Code: 00922-0528 |

**NOTE TO TAXPAYER**
Indicate if you made payments for the preparation of your return: [X] Yes  ☐ No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

## Part I Determination of the Net Operating Income (or Loss)

| Line | Description | Ref | Amount | | Ref | Amount |
|---|---|---|---|---|---|---|
| 1. | Net sales of good or products (See instructions) | (1) | 3,231,746,683 00 | | | |
| | Less: Cost of goods sold or direct costs of production | | | | | |
| 2. | Inventory at the beginning of the year 1 ☐ "C" 2 ☐ "C" or "MV" | (2) | 246,099,000 00 | | | |
| 3. | Purchase of materials or merchandise | (3) | 2,583,121,615 00 | | | |
| 4. | Direct wages | (4) | 0 00 | | | |
| 5. | Other direct costs (From Part V, line 17) | (5) | 0 00 | | | |
| 6. | Cost of goods available for sale (Add lines 2 through 5) | (6) | 2,829,220,615 00 | | | |
| 7. | Less: Inventory at the end of the year 1 ☐ "C" 2 ☐ "C" or "MV" | (7) | 235,994,000 00 | | | |
| 8. | Total cost of goods sold or direct costs of production (Subtract line 7 from line 6) | (8) | 2,593,226,615 00 | | | |
| 9. | Gross profit (or loss) on sale of goods or products (Subtract line 8 from line 1) | | | | (9) | 638,520,068 00 |
| 10. | Gross profit from sale of services | | | | (10) | 0 00 |
| 11. | Net capital gain (Schedule D Corporation, Part IV, line 21) | | | | (11) | 0 00 |
| 12. | Net gain (or loss) from the sale of property other than capital assets (Schedule D Corporation, Part V, line 22) | | | | (12) | 0 00 |
| 13. | Rent (Total $ 0 ) (See instructions) | | | | (13) | 12,235,308 00 |
| 14. | Interest: (a) Subject to the preferential rate of 10% 0 (b) Others 766,534 | | | | (14) | 766,534 00 |
| 15. | Income from commissions | | | | (15) | 0 00 |
| 16. | Dividends from corporations: (a) Domestic 0 (b) Foreign 0 | | | | (16) | 0 00 |
| 17. | Distributable share on net income from partnerships and special partnerships (Schedule R Corporation, Part III, line 5) | | | | (17) | 0 00 |
| 18. | Distributable share on net income subject to preferential rates from partnerships and special partnerships (See instructions) | | | | (18) | 0 00 |
| 19. | Taxable farming income (Schedule S Corporation, Part I, line 9) | | | | (19) | 0 00 |
| 20. | Net income derived from the operations of an international financial entity that operates as a bank unit | | | | (20) | 0 00 |
| 21. | Freight and fares | | | | (21) | 0 00 |
| 22. | Royalties | | | | (22) | 0 00 |
| 23. | Debt discharge (Form 480.6A) | | | | (23) | 0 00 |
| 24. | Public shows | | | | (24) | 0 00 |
| 25. | Other payments reported in a Form 480.6A or 480.6B | | | | (25) | 0 00 |
| 26. | Miscellaneous income (Submit detail) | | | | (26) | 47,403,870 00 |
| 27. | **Total gross income** (Add lines 9 through 26) | | | | (27) | 698,925,780 00 |
| 28. | **Less:** Exempt amount under Act 135-2014 (See instructions) | | | | (28) | 0 00 |
| 29. | Total income after the exemption under Act 135-2014 (Subtract line 28 from line 27) | | | | (29) | 698,925,780 00 |
| 30. | **Less:** Total deductions (From Part VI, line 52) | | | | (30) | 718,429,117 00 |
| 31. | **Net operating income (or loss)** (Subtract line 30 from line 29) | | | | (31) | -19,503,337 00 |

## Part II Determination of the Net Income (or Loss)

| Line | Description | Ref | Amount |
|---|---|---|---|
| 32. | Less: Net operating loss deduction from preceding year (Submit Schedule G Corporation. Cannot exceed 80% of line 31) | (32) | 0 00 |
| 33. | **Net income (or loss)** | (33) | -19,503,337 00 |

## Part III Determination of the Net Income Subject to Normal Tax and Surtax

| Line | Description | Ref | Amount |
|---|---|---|---|
| 34. | Less: Dividends received from domestic corporations (See instructions) | (34) | 0 00 |
| 35. | **Net income subject to normal tax** (Subtract line 34 from line 33) | (35) | -19,503,337 00 |
| 36. | Less: Surtax net income deduction (Check here if comes from Form AS 2652.1 ☐ ) | (36) | 0 00 |
| 37. | **Net income subject to surtax** (Subtract line 36 from line 35) | (37) | 0 00 |

## Part IV Computation of Tax

| Line | Description | Ref | Amount |
|---|---|---|---|
| 38. | Normal tax (Multiply line 35 by: 1 ☒ 20% 2 ☐ 18% 3 ☐ 10% 4 ☐ 5% 5 ☐ ____%) (See instructions) | (38) | 0 00 |
| 39. | Surtax (See instructions) | (39) | 0 00 |
| 40. | **Total Tax** (Add lines 38 and 39) | (40) | 0 00 |
| 41. | Alternative Tax - Capital Gains and Preferential Rates (Schedule D1 Corporation, line 9) | (41) | 0 00 |
| 42. | **Tax determined before the credit for taxes paid to the United States, its possessions and foreign countries** (Line 40 or 41, whichever is smaller, provided that line 41 is more than zero) | (42) | 0 00 |
| 43. | Credit for taxes paid to the United States, its possessions and foreign countries (Schedule C Corporation, Part III, line 6(b)) | (43) | 0 00 |
| 44. | **Tax liability before the alternative minimum tax (Subtract line 43 from line 42)** | (44) | 0 00 |
| 45. | Alternative minimum tax in excess of the regular tax (Schedule A Corporation, Part V, line 33) | (45) | 634,800 00 |
| 46. | **Tax liability before the tax credits** (Add lines 44 and 45) | (46) | 634,800 00 |
| 47. | Recapture of credit claimed in excess (Schedule B Corporation, Part I, line 3) | (47) | 0 00 |
| 48. | Credit for alternative minimum tax paid in previous years (Schedule A Corporation, Part VI, line 4) | (48) | 0 00 |
| 49. | Tax credits (Schedule B Corporation, Part II, line 19) | (49) | 15,000 00 |
| 50. | **Tax responsibility before the branch profits tax or deemed dividend tax** (Add lines 46 and 47 less lines 48 and 49) | (50) | 619,800 00 |
| 51. | Branch profits tax (Form AS 2879, Branch Profits Tax, line 11) | (51) | 0 00 |
| 52. | Deemed dividend tax (See instructions) (Form AS 2877, Deemed Dividend Tax, line 13) | (52) | 0 00 |
| 53. | **Total Tax Liability** (Add lines 50 through 52) | (53) | 619,800 00 |
| 54. | **Less: Other Payments and Withholdings** (Schedule B Corporation, Part III, line 11) | (54) | 28,349,884 00 |
| 55. | Balance of tax due (If line 54 is less than line 53, enter the difference here, otherwise, on line 56) | (55) | 0 00 |
| 56. | Excess of tax paid or withheld (See instructions) | (56) | 27,730,084 00 |
| 57. | **Addition to the Tax for Failure to Pay Estimated Tax** (Schedule T Corporation, Part II, line 21) | (57) | 0 00 |
| 58. | BALANCE: • If line 56 is more than the sum of lines 55 and 57, you have an overpayment. Enter the difference here and on line 1, page 1. • If line 56 is less than the sum of lines 55 and 57, you have a balance of tax due. Enter difference here and on line 2, page 1. • If the difference between line 56 and the sum of lines 55 and 57 is equal to zero, enter zero here and sign your return on page 1. | (58) | 27,730,084 00 |

THE AMOUNT REFLECTED ON LINE 58 SHALL BE TRANSFERRED TO THE CORRESPONDING LINE OF PAGE 1.

Retention Period: Ten (10) years

FILED ELECTRONICALLY

Reproduced by CEGsoft (www.cegsoft.com)

## Part V Other Direct Costs

| Item | | Amount | | Item | | Amount | |
|---|---|---|---|---|---|---|---|
| 1. Salaries, wages and bonuses | (1) | 0 | 00 | 11. Rent | (11) | 0 | 00 |
| 2. Social security tax (FICA) | (2) | 0 | 00 | 12. Cleaning, maintenance and waste collection | (12) | 0 | 00 |
| 3. Unemployment tax | (3) | 0 | 00 | 13. Packing products expenses | (13) | 0 | 00 |
| 4. State Insurance Fund premiums | (4) | 0 | 00 | 14. Meals expenses paid to production employees (Total $ 0 ) | (14) | 0 | 00 |
| 5. Medical or hospitalization insurance | (5) | 0 | 00 | 15. Depreciation (Submit Schedule E) | (15) | 0 | 00 |
| 6. Other insurance | (6) | 0 | 00 | 16. Other expenses (Submit detail) | (16) | 0 | 00 |
| 7. Excise taxes / Use taxes | (7) | 0 | 00 | 17. **Total other direct costs** (Add lines 1 through 16. Same as Part I, line 5) | (17) | 0 | 00 |
| 8. Sales and use tax on imports | (8) | 0 | 00 | | | | |
| 9. Repairs | (9) | 0 | 00 | | | | |
| 10. Utilities | (10) | 0 | 00 | | | | |

## Part VI Deductions

| Item | Line | Amount | |
|---|---|---|---|
| 1. Compensation to directors (See instructions Part X) | (1) | 0 | 00 |
| 2. Compensation to officers (See instructions Part XI) | (2) | 0 | 00 |
| 3. Salaries, commissions and bonuses to employees (See instructions) | (3) | 350,548,692 | 00 |
| 4. Commissions to businesses | (4) | 0 | 00 |
| 5. Social Security (FICA) | (5) | 24,793,130 | 00 |
| 6. Unemployment tax | (6) | 3,412,334 | 00 |
| 7. State Insurance Fund premiums | (7) | 7,581,870 | 00 |
| 8. Medical or hospitalization insurance | (8) | 20,567,327 | 00 |
| 9. Insurance | (9) | 3,445,515 | 00 |
| 10. Interests paid in automobiles financing lease | (10) | 0 | 00 |
| 11. Mortgage interest | (11) | 0 | 00 |
| 12. Other interests (See instructions) | (12) | 0 | 00 |
| 13. Rent of tangible personal property | (13) | 31,496,946 | 00 |
| 14. Rent of real property | (14) | 5,646,512 | 00 |
| 15. Property tax: (a) Personal $ 22,408,226 (b) Real $ 4,967,968 | (15) | 27,376,194 | 00 |
| 16. Other taxes, patents and licences (Do not include sales and use tax. See instructions) | (16) | 15,606,828 | 00 |
| 17. Sales and use tax (See instructions) | (17) | 0 | 00 |
| 18. Losses from fires, storm, other casualties or theft (See instructions) | (18) | 0 | 00 |
| 19. Automobiles expenses (Mileage 0) (See instructions) | (19) | 0 | 00 |
| 20. Other motor vehicle expenses (See instructions) | (20) | 102,053 | 00 |
| 21. Meal and entertainment expenses (Total $ 65,798 ) (See instructions) | (21) | 32,899 | 00 |
| 22. Travel expenses | (22) | 962,392 | 00 |
| 23. Professional services | (23) | 2,524,196 | 00 |
| 24. Contributions to pension or other qualified plans (See instructions. Submit Form AS 6042.1) | (24) | 7,352,499 | 00 |
| 25. Depreciation and amortization (See instructions. Submit Schedule E) | (25) | 41,656,000 | 00 |
| 26. Bad debts (See instructions) | (26) | 1,335,864 | 00 |
| 27. Repairs (See instructions) | (27) | 24,095,443 | 00 |
| 28. Royalties | (28) | 0 | 00 |
| 29. Management fees | (29) | 0 | 00 |
| 30. Deduction for employers who employ handicapped persons (See instructions) | (30) | 0 | 00 |
| 31. Contributions to educational contributions accounts for the employee's beneficiaries (See instructions) | (31) | 0 | 00 |
| 32. Expenses in property leased to the Puerto Rico Industrial Development Company or Warehouse of the Puerto Rico Trade and Export Company (See instructions) | (32) | 0 | 00 |
| 33. Expenses incurred or paid to stockholders, persons or related entities outside of Puerto Rico (See instructions) (Total $ 9,577,260 ) | (33) | 4,692,857 | 00 |
| 34. Deduction for expenses incurred or paid to stockholders, persons or related entities, fully deductible (See instructions) | (34) | 0 | 00 |
| 35. Utilities | (35) | 34,019,475 | 00 |
| 36. Cleaning, maintenance and waste collection | (36) | 1,693,170 | 00 |
| 37. Bank fees | (37) | 486,303 | 00 |
| 38. Advertising and marketing expenses | (38) | 13,487,600 | 00 |
| 39. Office supplies | (39) | 1,655,616 | 00 |
| 40. Seminars, trainings and continuing education expenses for employees | (40) | 190,152 | 00 |
| 41. Security services | (41) | 10,083,642 | 00 |
| 42. Account collection services | (42) | 0 | 00 |
| 43. Subcontracted services | (43) | 0 | 00 |
| 44. Expenses incurred or paid for services received from persons not engaged in trade or businesses in Puerto Rico | (44) | 0 | 00 |
| 45. Expenses for dues, subscriptions and memberships | (45) | 376,142 | 00 |
| 46. Expenses related to licenses and computer programs that cannot be capitalized (See instructions) | (46) | 0 | 00 |
| 47. Special contribution for professional advisory services under Act 48-2013 (See instructions) | (47) | 0 | 00 |
| 48. Other deductions (See instructions) | (48) | 83,207,466 | 00 |
| 49. Subtotal deductions (Add lines 1 through 48) | (49) | 718,429,117 | 00 |
| 50. Charitable contributions (See instructions) | (50) | 0 | 00 |
| 51. Deduction under Act 185-2014 (See instructions) | (51) | 0 | 00 |
| 52. **Total deductions** (Add lines 49 through 51. Transfer to Part I, line 30) | (52) | 718,429,117 | 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

Reproduced by CEGsoft (www.cegsoft.com)

Case:17-03283-LTS Doc#:16413-4 Filed:04/14/21 Entered:04/14/21 13:43:54 Desc: Exhibit 2 (c) Page 5 of 20

**WAL MART PUERTO RICO INC**

5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2019**

**Page 3, Part VI, Line 16 - Other Contributions, Patents and Licenses**

| Description | Amount |
|---|---|
| MERCHANDISE LICENSE EXPENSE | $10,500 |
| OPERATIONAL LICENSES & PERMITS | $277,200 |
| OTHER TAXES | $2,029,661 |
| SALES RECEIPT TAX | $13,289,467 |
| **Total** | **$15,606,828** |

Reproduced by CEGsoft (www.cegsoft.com)

**WAL MART PUERTO RICO INC**

**[redacted]5164**

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2019**

**Page 3, Part VI, Line 48 - Other Deductions**

| Description | Amount |
|---|---|
| MISCELLANEOUS EXPENSES | $2,535,371 |
| EMPLOYEE RELATED EXPENSES | $2,513,017 |
| SUPPLIES EXPENSES | $11,055,562 |
| SPECIAL PROJECT EXPENSES | $391,876 |
| TELEPHONE | $1,223,644 |
| POSTAGE | $253,052 |
| CARD FEES | $9,668,581 |
| FIXED ASSET IMPAIRMENT | $50,778,683 |
| SETTLEMENT EXPENSES | $3,721,337 |
| FUEL COST | $539,118 |
| PEST CONTROL | $527,225 |
| Total | $83,207,466 |

Reproduced by CEGsoft (www.cegsoft.com)

**Part VII Comparative Balance Sheet**

| Assets | | Beginning of the Year | Total | | Ending of the Year | Total |
|---|---|---|---|---|---|---|
| 1. Cash on hand and in banks | (1) | | 93,264,000 00 | (1) | | 102,833,000 00 |
| 2. Accounts receivable | (2) | 7,975,000 00 | | (2) | 5,593,000 00 | |
| 3. Less: Reserve for bad debts | (3) | ( 0 00) | 7,975,000 00 | (3) | ( 0 00) | 5,593,000 00 |
| 4. Inventories | (4) | | 246,099,000 00 | (4) | | 235,994,000 00 |
| 5. Other current assets | (5) | | 0 00 | (5) | | 0 00 |
| 6. Notes receivable | (6) | | 0 00 | (6) | | 0 00 |
| 7. Investments | (7) | | 0 00 | (7) | | 0 00 |
| 8. Depreciable assets | (8) | 657,423,000 00 | | (8) | 653,958,000 00 | |
| 9. Less: Reserve for depreciation | (9) | ( 354,509,000 00) | 302,914,000 00 | (9) | ( 339,334,000 00) | 314,624,000 00 |
| 10. Loans receivable of stockholders or related entities | (10) | | 0 00 | (10) | | 0 00 |
| 11. Land | (11) | | 122,258,000 00 | (11) | | 108,949,000 00 |
| 12. Other long-term assets | (12) | | 293,953,000 00 | (12) | | 280,361,000 00 |
| 13. **Total Assets** | (13) | | 1,066,463,000 00 | (13) | | 1,048,354,000 00 |
| **Liabilities and Stockholder's Equity** **Liabilities** | | | | | | |
| 14. Accounts payable | (14) | 484,379,000 00 | | (14) | 445,494,000 00 | |
| 15. Accrued expenses (not paid) | (15) | 0 00 | | (15) | 0 00 | |
| 16. Other current liabilities | (16) | 0 00 | | (16) | 0 00 | |
| 17. Long-term notes payable | (17) | 0 00 | | (17) | 0 00 | |
| 18. Notes payable to stockholders or related entities | (18) | 0 00 | | (18) | 0 00 | |
| 19. Other long-term liabilities | (19) | 0 00 | | (19) | 0 00 | |
| 20. **Total Liabilities** | (20) | | 484,379,000 00 | (20) | | 445,494,000 00 |
| **Stockholder's Equity** | | | | | | |
| 21. Capital stock | | | | | | |
| (a) Preferred stocks | (21a) | 0 00 | | (21a) | 0 00 | |
| (b) Common stocks | (21b) | 1,000 00 | | (21b) | 1,000 00 | |
| 22. Additional paid in capital | (22) | 538,540,000 00 | | (22) | 538,540,000 00 | |
| 23. Retained earnings | (23) | 43,543,000 00 | | (23) | 64,319,000 00 | |
| 24. Reserve | (24) | 0 00 | | (24) | 0 00 | |
| 25. **Total Stockholder's Equity** | (25) | | 582,084,000 00 | (25) | | 602,860,000 00 |
| 26. **Total Liabilities and Stockholder's Equity** | (26) | | 1,066,463,000 00 | (26) | | 1,048,354,000 00 |

**Part VIII Reconciliation of Net Income (or Loss) per Books with Net Taxable Income (or Loss) per Return**

| | | |
|---|---|---|
| 1. Net income (or loss) per books | (1) | 20,775,231 00 |
| 2. Income tax per books | (2) | 12,857,897 00 |
| 3. Excess of capital losses over capital gains | (3) | 0 00 |
| 4. Taxable income not recorded on books this year (Itemize, use schedule if necessary) (a) CPI ADJUSTMENT $ 2,709,125; (b) $; (c) $; (d) $; (e) $; (f) $; Total | (4) | 2,709,125 00 |
| 5. Expenses recorded on books this year not claimed on this return (Itemize, use schedule if necessary) (a) Meal and entertainment (amount not deductible) $ 32,899; (b) Depreciation $ 59,951; (c) Vessels, airships and property located outside of P.R. $ 0; (d) Expenses incurred or paid to stockholders, persons or related entities (amount not deductible) $ 4,884,403; (e) See Statement Attached $ 5,763,965; (f) $; (g) $; (h) $; (i) $; (j) $; Total | (5) | 10,741,218 00 |
| 6. Total (Add lines 1 through 5) | (6) | 47,083,471 00 |

| | | |
|---|---|---|
| 7. Income recorded on books this year not included on this return (Itemize, use schedule if necessary) (a) Exempt income (Schedule IE Corp., Part II, line 22) $ 0; (b) Excluded income (Schedule IE Corp., Part I, line 5) $ 0; (c) EMPLOYEE RETENTION BENEFIT $ 8,875,352; (d) AMORTIZATION OF GAIN ON SALE $ 1,815,952; (e) GIFT CARD SAVINGS CATCHER $ 344,389; (f) $; (g) $; Total | (7) | 11,035,693 00 |
| 8. Deductions on this tax return not charged against book income this year (Itemize, use schedule if necessary) (a) Depreciation $ 0; (b) FIXED ASSET IMPAIRMENT $ 50,301,265; (c) SEVERANCE ACCRUAL $ 3,083,695; (d) STEP UP RENT $ 50,273; (e) CAPITAL LEASES $ 1,773,433; (f) DEFERRED REVENUE OTHER $ 204,762; (g) A/R WRITE-OFFS $ 137,687; (h) $; (i) $; Total | (8) | 55,551,115 00 |
| 9. Total (Add lines 7 and 8) | (9) | 66,586,808 00 |
| 10. Net taxable income (or loss) per return (Subtract line 9 from line 6) | (10) | -19,503,337 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

Reproduced by CEGsoft (www.cegsoft.com)

**WAL MART PUERTO RICO INC**

5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2019**

**Page 4, Part VIII, Line 5 - Expenses recorded on books this year not claimed on this return**

| Description | | Amount |
|---|---|---|
| PENALTIES | | $13,304 |
| ACCIDENT COST EXPENSE | | $2,646,554 |
| REAL ESTATE PROJECT RISK RESERVE | | $608,805 |
| LEGAL RESERVES | | $846,138 |
| DONATIONS | | $382,020 |
| INVENTORY RESERVES | | $588,000 |
| WARRANTY EXPENSE | | $86,415 |
| ASSET RETIREMENT OBLIGATION | | $591,785 |
| PENSION PLAN | | $944 |
| | **Total** | **$5,763,965** |

Reproduced by CEGsoft (www.cegsoft.com)

**WAL MART PUERTO RICO INC**

**[redacted]5164**

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2019**

**Page 4, Part VII, Line 12 - Other Long-Term Assets (At the Beginning of the Year)**

| Description | | Amount |
|---|---|---|
| OTHER CURRENT ASSETS | | $293,953,000 |
| | **Total** | **$293,953,000** |

Reproduced by CEGsoft (www.cegsoft.com)

## Part IX Analysis of Retained Earnings per Books

| | | |
|---|---|---|
| 1. Balance at the beginning of the year (1) | 43,543,000 | 00 |
| 2. Net income per books (2) | 20,775,231 | 00 |
| 3. Other increases (Itemize, use schedule if necessary) Rounding Difference 769 (3) | 769 | 00 |
| 4. Total (Add lines 1, 2 and 3) (4) | 64,319,000 | 00 |
| 5. Distributions: (a) Cash (5a) | 0 | 00 |
| (b) Property (5b) | 0 | 00 |
| (c) Stocks (5c) | 0 | 00 |
| 6. Other decreases (Use schedule if necessary) (6) | 0 | 00 |
| 7. Total (Add lines 5 and 6) (7) | 0 | 00 |
| 8. Balance at end of year (Subtract Line 7 from line 4) (8) | 64,319,000 | 00 |

## Part X Compensation to Directors

| Name of director | Social security number | Percentage of time devoted to industry or business | Percent of stocks owned Common | Preferred | Compensation |
|---|---|---|---|---|---|
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| Total compensation to directors (Enter in Part VI, line 1) | | | | | 0 00 |

## Part XI Compensation to Officers

| Name of officer | Social security number | Percentage of time devoted to industry or business | Percent of stocks owned Common | Preferred | Compensation |
|---|---|---|---|---|---|
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| Total compensation to officers (Enter in Part VI, line 2) | | | | | 0 00 |

## Part XII Questionnaire

| Question | YES | NO | N/A |
|---|---|---|---|
| 1. If a foreign corporation, indicate if the trade or business in Puerto Rico was held as a branch (1) | | | X |
| 2. If a branch, indicate the percent that represents the income from sources within Puerto Rico from the total income of the corporation: 0 % | | | |
| 3. Did the corporation keep any part of its records on a computerized system during this year? (3) | X | | |
| 4. The corporation's books are in care of: Name THE CORPORATION; Address PREMISES OF THE CORPORATION; E-mail ████; Telephone (787) 653 - 7777 | | | |
| 5. Indicate the book accounting method for tax purposes: 1 [ ] Cash 2 [X] Accrual 3 [ ] Other (specify): | | | |
| 6. Did the corporation file the following documents?: | | | |
| (a) Informative Return (Forms 480.6A, 480.6B, 480.6C) (6a) | X | | |
| (b) Withholding Statement (Form 499R-2/W-2PR) (6b) | X | | |
| 7. Does gross income of the entity or of the controlled group exceeds $3,000,000? (7) | X | | |
| (a) Are financial statements audited by a CPA licensed in Puerto Rico included with this return? (7a) | X | | |
| 8. Number of employees during the year: ████ | | | |
| 9. Did the corporation claim expenses related to the ownership, use, maintenance and depreciation of: | | | |
| (a) Vehicles? (9a) | X | | |
| (b) Vessels? (9b) | | X | |
| (1) Did more than 80% of the total income was derived from activities exclusively related to fishing or transportation of passengers or cargo or lease? (9b1) | | X | |
| (c) Aircrafts? (9c) | | X | |
| (1) Did more than 80% of the total income was derived from activities exclusively related to transportation of passengers or cargo or lease? (9c1) | | X | |
| (d) Residential property outside of Puerto Rico? (9d) | | X | |
| (1) Did more than 80% of the total income was derived from activities exclusively related to the lease of property to non related persons? (9d1) | | X | |
| 10. Did the corporation claim expenses connected to: | | | |
| (a) Housing (except business employees) (10a) | | X | |
| (b) Employees attending conventions or meetings outside Puerto Rico or the United States? (10b) | | X | |
| 11. Did the corporation distribute dividends other than stock dividends or distributions in liquidation in excess of the corporation's current and accumulated earnings? If "Yes" indicate the amount $ 0 (11) | | X | |
| 12. Is the corporation a partner in any special partnership or partnership? (If more than one, submit detail) (12); Name of the special partnership or partnership; Employer Identification number | | X | |
| 13. Did you receive exempt income? (Submit Schedule IE Corporation) (13) | | X | |
| 14. Enter the amount corresponding to charitable contributions to municipalities included in Part VI, line 50: $ 0.00 | | | |
| 15. Indicate if insurance premiums were paid to an unauthorized insurer (15) | | X | |
| 16. Employer's number assigned by the Department of Labor and Human Resources: ████ | | | |
| 17. Number of stockholders: ████ | | | |
| (a) Is any of the corporation stockholders a nonresident individual or foreign corporation? (17a) | X | | |
| (1) Indicate the participation percentage of the total nonresident stockholders or foreign corporations ████ | | | |
| (2) Indicate the origin country of the foreign stockholder ████ | | | |
| 18. Did you incur or pay expenses to stockholders, persons or related entities outside of Puerto Rico? (18) | | X | |
| (a) Did you receive an administrative determination that allows you to claim the total deduction? (18a) | | X | |
| 19. Did the corporation claim expenses related to services provided by nonresidents of Puerto Rico? (19) | | X | |
| (a) Did you pay the corresponding sales and use tax? (19a) | | X | |
| 20. Did the corporation claim depreciation expenses for tangible personal property acquired outside Puerto Rico? (20) | | X | |
| (a) Did you pay the corresponding sales and use tax? (20a) | | X | |
| 21. Did the corporation pay deemed dividend during the previous year? If "Yes", indicate the amount $ 0 (21) | | X | |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**Schedule A Corporation**

Rev. 02.19

# ALTERNATIVE MINIMUM TAX

# 2018

Taxable year beginning on Feb/01, 2018 and ending on Jan/31, 2019

Taxpayer's name: WAL MART PUERTO RICO INC

Employer Identification Number: [redacted]5164

FILED ELECTRONICALLY

## Part I — Adjustment in the Computation of the Alternative Minimum Net Income Before Book Adjustments and Operating Losses

| Line | Description | Ref | Amount | Ref | Amount |
|---|---|---|---|---|---|
| 1. a. | Net income (or loss) subjet to normal tax (From Part I, line 31 of the return) | (1a) | -19,503,337 00 | | |
| b. | Less: Income subject to preferential rates that you had elected to pay taxes at the corresponding special rate (Schedule D1 Corporation, line 3) | (1b) | 0 00 | | |
| c. | Less: Dividends or profits received from domestic corporations (From Part III, line 34 of the return) | (1c) | 0 00 | | |
| d. | Net income (or loss) subjet to normal tax without considering the net operating loss from previous years and excluding the income subject to preferential rates that you had elected to pay taxes at the corresponding preferential rate (Subtract lines 1(b) and 1(c) from 1(a)) | | | (1d) | -19,503,337 00 |
| 2. Adjustments: a. | Flexible depreciation | (2a) | 0 00 | | |
| b. | Installment sales | (2b) | 0 00 | | |
| c. | Long-term contrats | (2c) | 0 00 | | |
| d. | Expenses related to exempt interest | (2d) | 0 00 | | |
| e. | Accelerated depreciation | (2e) | 0 00 | | |
| f. | Total adjustments (Add lines 2(a) through 2(e)) | | | (2f) | 0 00 |
| 3. | Alternative minimum net income (or loss) before the adjustments of Part II and the operating loss (Add lines 1(d) and 2(f)) | | | (3) | -19,503,337 00 |

## Part II — Adjustment for the Excess of the Net Income per Books over the Alternative Minimum Net Income Before Adjustements

| Line | Description | Ref | Amount | Ref | Amount |
|---|---|---|---|---|---|
| 4. | Net income (or loss) per books | (4) | 20,775,231 00 | | |
| 5. | Goodwill amortization expense | (5) | 0 00 | | |
| 6. | Income tax expense per books | (6) | 12,857,897 00 | | |
| 7. | Add lines 4, 5 and 6 | | | (7) | 33,633,128 00 |
| 8. | Exempt interest income net of related expenses | (8) | 8,875,352 00 | | |
| 9. | Dividend and profit distributions received from domestic corporations or partnerships, or from industrial or tourism development income | (9) | 0 00 | | |
| 10. | Income (or loss) from industrial development, exempt tourism development, bona fide agricultural business, rental income under Act 132-2010 or under Act 165-1996 | (10) | 0 00 | | |
| 11. | Income (or loss) recognized under the equity method | (11) | 0 00 | | |
| 12. | Reserve for catastrophic losses | (12) | 0 00 | | |
| 13. | Income subject to preferential rates that you had elected to pay taxes at the corresponding preferential rate (From Part I, line 1(b)) (See instructions) | (13) | 0 00 | | |
| 14. | Add lines 8 through 13 | | | (14) | 8,875,352 00 |
| 15. | Subtract line 14 from line 7 | | | (15) | 24,757,776 00 |
| 16. | Subtract line 3 from line 15. If line 3 is more than line 15, enter zero | | | (16) | 44,261,113 00 |
| 17. | Adjustment for the excess of the adjusted net income per books over the alternative minimum net income of line 3 (Multiply line 16 by 60%) | | | (17) | 26,556,668 00 |

## Part III — Computation of the Alternative Minimum Net Income

| Line | Description | Ref | Amount |
|---|---|---|---|
| 18. | Alternative minimum net income before the net operating loss (Add lines 3 and 17) | (18) | 7,053,331 00 |
| 19. | Net operating loss from previous years to determine the alternative minimum tax (Cannot exceed 70% of line 18) (From Schedule G Corporation, Part II, line 13. Submit Schedule G Corporation) (See instructions) | (19) | 4,937,332 00 |
| 20. | Subtract line 19 from line 18 (Enter the difference here, but not less than 30% of line 18) | (20) | 2,115,999 00 |
| 21. | Exempt amount (See instructions) | (21) | 0 00 |
| 22. | Alternative minimum net income (Subtract line 21 from line 20) | (22) | 2,115,999 00 |

## Part IV — Computation of the Alternative Minimum Credit for Foreign Taxes Paid

| Line | Description | Ref | Amount | Ref | Amount |
|---|---|---|---|---|---|
| 23. | Tentative minimum tax before the credit for foreign taxes paid (Multiply line 22 by 30%) | (23) | 634,800 00 | | |
| 24. | Alternative minimum net income before net operating loss deduction (Line 18) | (24) | 7,053,331 00 | | |
| 25. | Allowable exempt amount without considering the net operating loss (See instructions) | (25) | 0 00 | | |
| 26. | Subtract line 25 from line 24 | (26) | 7,053,331 00 | | |
| 27. | Multiply line 26 by 30% | (27) | 2,115,999 00 | | |
| 28. | Multiply line 27 by 10% | | | (28) | 211,600 00 |
| 29. | Credit limitation (Subtract line 28 from line 23) | | | (29) | 423,200 00 |
| 30. | Alternative minimum credit for foreign taxes paid (This amount cannot exceed the amount on line 29. See instructions) | | | (30) | 0 00 |

Período de Conservación: Diez (10) años

## Part V Computation of the Alternative Minimum Tax

| | | |
|---|---|---|
| 31. Tentative minimum tax after alternative minimum credit for foreign taxes paid (Subtract line 30 from line 23 of Part IV) .... | (31) | 634,800 00 |
| 32. Total tax net of credit for taxes paid to foreign countries, the United States, its territories and possessions (Subtract line 43 from line 40 of Part IV, page 2 of the return) .... | (32) | 0 00 |
| 33. Alternative minimum tax (Subtract line 32 from line 31. If line 32 exceeds line 31, enter zero, otherwise, enter the difference on Form 480.20, page 2, Part IV, line 45) .... | (33) | 634,800 00 |

## Part VI Computation of Alternative Minimum Credit

| | | |
|---|---|---|
| 1. Excess of regular tax over alternative minimum tax for the current year (Subtract line 31 from line 32 of Part V. If line 31 exceeds line 32, enter zero) .... | (1) | 0 00 |
| 2. Multiply line 1 by 25% and enter the result here .... | (2) | 0 00 |
| 3. Amount of alternative minimum tax paid in previous years and not claimed as credit (Part VII, line 11) .... | (3) | 26,978,264 00 |
| 4. Amount of credit to be claimed (Enter the smaller between line 2 or 3. Transfer to line 48, Part IV of the return) .... | (4) | 0 00 |

## Part VII Determination of the Amount of Alternative Minimum Tax Paid in Prior Years Not Claimed as Credit

| | Taxable Year (Day / Month / Year) | (A) Alternative Minimum Tax Paid in Excess of the Regular Tax | (B) Amount Used as Credit in Prior Years | (C) Balance |
|---|---|---|---|---|
| 1. | 01/31/2014 | 21,374,734 00 | 1,202,327 00 | 20,172,407 00 |
| 2. | 01/31/2015 | 6,805,857 00 | 0 00 | 6,805,857 00 |
| 3. | | 00 | 00 | 00 |
| 4. | | 00 | 00 | 00 |
| 5. | | 00 | 00 | 00 |
| 6. | | 00 | 00 | 00 |
| 7. | | 00 | 00 | 00 |
| 8. | | 00 | 00 | 00 |
| 9. | | 00 | 00 | 00 |
| 10. | | 00 | 00 | 00 |
| 11. Total (Transfer to Part VI, line 3 of this Schedule) .... | | | (11) | 26,978,264 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**Schedule B Corporation**

Rev. 02.19

# RECAPTURE OF CREDIT CLAIMED IN EXCESS, TAX CREDITS, AND OTHER PAYMENTS AND WITHHOLDINGS

**2018**

Taxable year beginning on Feb/01, 2018 and ending on Jan/31, 2019

Taxpayer's name: WAL MART PUERTO RICO INC

Employer Identification Number: [redacted]5164

## Part I — Recapture of Credit Claimed in Excess

| | Column A | Column B | Column C |
|---|---|---|---|
| Name of entity: | | | |
| Employer Identification No: | | | |
| **Credit for:** | | | |
| Tourism Development | 1 ☐ | 1 ☐ | 1 ☐ |
| Solid Waste Disposal | 2 ☐ | 2 ☐ | 2 ☐ |
| Capital Investment Fund | 3 ☐ | 3 ☐ | 3 ☐ |
| Santurce Theatrical District | 4 ☐ | 4 ☐ | 4 ☐ |
| Film Industry Development | 5 ☐ | 5 ☐ | 5 ☐ |
| Housing Infrastructure | 6 ☐ | 6 ☐ | 6 ☐ |
| Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families | 7 ☐ | 7 ☐ | 7 ☐ |
| Conservation Easement | 8 ☐ | 8 ☐ | 8 ☐ |
| Economic Incentives (Research and Development) | 9 ☐ | 9 ☐ | 9 ☐ |
| Economic Incentives (Strategic Projects) | 10 ☐ | 10 ☐ | 10 ☐ |
| Economic Incentives (Industrial Investment) | 11 ☐ | 11 ☐ | 11 ☐ |
| Green Energy Incentives (Research and Development) | 12 ☐ | 12 ☐ | 12 ☐ |
| Other: ____________ | 13 ☐ | 13 ☐ | 13 ☐ |

| Line | Description | | Amount |
|---|---|---|---|
| 1. | Total credit claimed in excess | (1) | 0 00 |
| 2. | **Recapture of credit claimed in excess paid in previous year, if applicable** | (2) | 0 00 |
| 3. | **Recapture of credit claimed in excess to be paid this year** (Transfer to Form 480.20, Part IV, line 47. See instructions) | (3) | 0 00 |
| 4. | Excess of credit due next year, if applicable (Subtract lines 2 and 3 from line 1. See instructions) | (4) | 0 00 |

## Part II — Tax Credits (Do not include estimated tax payments. Include such payments in Part III of this Schedule)

☒ **Check if any of the credit claimed in this Part is subject to moratorium (Submit detail) (See instructions)**

| Line | Description | | Amount |
|---|---|---|---|
| 1. | Credit attributable to losses or for investment in the Capital Investment Fund (See instructions) | (1) | 0 00 |
| 2. | Credit for investment in housing infrastructure (Act 98-2001, as amended) (See instructions) | (2) | 0 00 |
| 3. | Credit for investment in the construction or rehabilitation of rental housing projects for low or moderate income families (Act 140-2001)(See instructions) | (3) | 0 00 |
| 4. | Credit for construction investment in urban centers (Act 212-2002, as amended) (See instructions) | (4) | 0 00 |
| 5. | Credit for merchants affected by urban centers revitalization (Act 212-2002, as amended) (See instructions) | (5) | 0 00 |
| 6. | Credit for purchases of products manufactured in Puerto Rico and Puerto Rican agricultural products (Submit Schedule B1 Corporation) | (6) | 0 00 |
| 7. | Credit for the establishment of an eligible conservation easement or donation of eligible land (Act 183-2001, as amended) (See instructions) | (7) | 0 00 |
| 8. | Credit for increases in investment (See instructions) | (8) | 0 00 |
| 9. | Credit for investment in film industry development (Act 27-2011): 1☐ Film Project or 2☐ Infrastructure Project; or 3☐ Credit for the purchase or transmission of television programming made in P.R. (Section 1051.14) (See instructions) | (9) | 0 00 |
| 10. | Credit to investors who acquire an exempt business that is in the process of closing its operations in Puerto Rico (Act 109-2001) (See inst.) | (10) | 0 00 |
| 11. | Credit for contributions to: 1☐ Santa Catalina's Palace Patronage or 2☐ State Capitol of the Legislative Assembly's Patronage (See instructions) | (11) | 0 00 |
| 12. | Credit for investment Act 73-2008 (See instructions) | (12) | 0 00 |
| 13. | Credit for investment Act 83-2010 (Research and Development) (See instructions) | (13) | 0 00 |
| 14. | Credit for the purchase of tax credits (Complete Part IV) (See instructions) | (14) | 0 00 |
| 15. | Credits carried from previous years (Submit detail) | (15) | 10,000 00 |
| 16. | Other credits not included on the preceding lines (Submit details) (See instructions) | (16) | 5,000 00 |
| 17. | **Total tax credits** (Add lines 1 through 16) | (17) | 15,000 00 |
| 18. | Total tax determined (Line 40 less line 48, Part IV of the return) | (18) | 634,800 00 |
| 19. | **Credit to be claimed** (Enter the smaller of line 17 or 18. Transfer to page 2, Part IV, line 49 of the return) | (19) | 15,000 00 |
| 20. | Carryforward credits (Subtract line 19 from line 17) | (20) | 0 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**WAL MART PUERTO RICO INC**

5164

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2019**

**Schedule B, Page 1, Part II, Line 15 - Credits Carried from Previous Years**

| Taxable Year in which the Credit was Generated | Generated Credit Amount | Taxable Year | Amount Claimed | Amount of Credit Available for the Current Year |
|---|---|---|---|---|
| 01/31/2018 | $10,000 | | $0 | $10,000 |
| | | | Total | $10,000 |

Reproduced by CEGsoft (www.cegsoft.com)

WAL MART PUERTO RICO INC

5164

GOVERNMENT OF PUERTO RICO

STATEMENT ATTACHED TO FORM 480.2

CORPORATIONS INCOME TAX FORM

FOR THE YEAR ENDED ON 01/31/2019

Schedule B, Page 1, Part II, Line 16 - Other Credits not Included on the Preceding Lines

| Description | | Amount |
|---|---|---|
| [redacted] | | $5,000 |
| | Total | $5,000 |

Reproduced by CEGsoft (www.cegsoft.com)

## Part III Other Payments and Withholdings

| | | | | |
|---|---|---|---|---|
| 1. | Tax paid with automatic extension of time | (1) | | 0 00 |
| 2. | Estimated tax payments for 2018 | (2) | | 0 00 |
| 3. | Amount paid with original return (See instructions) | (3) | | 0 00 |
| 4. | Tax paid in excess in previous years credited to estimated tax (See instructions) | (4) | | 28,349,611 00 |
| 5. | Tax withheld at source to nonresidents (Form 480.6C) (Total of Informative Returns 0) | (5) | | 0 00 |
| 6. | Tax withheld at source on services rendered (Form 480.6B) (Total of Informative Returns 2) | (6) | | 273 00 |
| 7. | Tax withheld at source on distributable share of net profits to stockholders or partners of pass-through entities (Form 480.60 EC) (See instructions): | | | |
| | (a) Interest income subject to preferential rate (Line 10, Part III of Form 480.60 EC) | (7a) | 0 00 | |
| | (b) Eligible distribution of dividends from corporations (Line 8, Part III of Form 480.60 EC) | (7b) | 0 00 | |
| | (c) Other items | (7c) | 0 00 | 0 00 |
| 8. | Tax withheld at source on distributable share of net profits to trustees of revocable trusts or grantor trusts (Form 480.60 F) (See instructions): | | | |
| | (a) Interest income subject to preferential rate (Line 1E, Part III of Form 480.60 F) | (8a) | 0 00 | |
| | (b) Eligible distribution of dividends from corporations (Line 1 I, Part III of Form 480.60 F) | (8b) | 0 00 | |
| | (c) Other items | (8c) | 0 00 | 0 00 |
| 9. | Tax withheld at source on eligible interest | (9) | | 0 00 |
| 10. | Other payments and withholdings not included on the preceding lines (Submit detail) | (10) | | 0 00 |
| 11. | **Total Other Payments and Withholdings** (Add lines 1 through 10. Transfer to Form 480.20, Part IV, line 54) | (11) | | 28,349,884 00 |

## Part IV Breakdown of the Purchase of Tax Credits

Check the box corresponding to the act (or acts) under which you acquired the credit and enter the amount:

| | | | |
|---|---|---|---|
| 1. | ☐ Solid Waste Disposal (Act 159-2011) | (1) | 0 00 |
| 2. | ☐ Capital Investment Fund (Act 46-2000) | (2) | 0 00 |
| 3. | ☐ Santurce Theatrical District (Act 178-2000) | (3) | 0 00 |
| 4. | ☐ Housing Infraestructure (Act 98-2001) | (4) | 0 00 |
| 5. | ☐ Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families (Act 140-2001) | (5) | 0 00 |
| 6. | ☐ Conservation Easement (Act 183-2001) | (6) | 0 00 |
| 7. | ☐ Urban Centers Revitalization (Act 212-2002) | (7) | 0 00 |
| 8. | ☐ Tourism Development (Act 78-1993) | (8) | 0 00 |
| 9. | ☐ Film Industry Development (Act 27-2011) | (9) | 0 00 |
| 10. | ☐ Acquisition of an Exempt Busines that is in the Process of Closing its Operations in Puerto Rico (Act 109-2001) | (10) | 0 00 |
| 11. | ☐ Economic Incentives (Research and Development) (Act 73-2008) | (11) | 0 00 |
| 12. | ☐ Economic Incentives (Strategic Projects) (Act 73-2008) | (12) | 0 00 |
| 13. | ☐ Economic Incentives (Industrial Investment) (Act 73-2008) | (13) | 0 00 |
| 14. | ☐ Green Energy Incentives (Research and Development) (Act 83-2010) | (14) | 0 00 |
| 15. | ☐ Other: ______ (Submit detail) | (15) | 0 00 |
| 16. | **Total credit for the purchase of tax credits (Transfer to Part II, line 14)** | (16) | 0 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**WAL MART PUERTO RICO INC**

**[REDACTED]5164**

**GOVERNMENT OF PUERTO RICO**

**STATEMENT ATTACHED TO FORM 480.2**

**CORPORATIONS INCOME TAX FORM**

**FOR THE YEAR ENDED ON 01/31/2019**

**Schedule B, Page 2, Part III, Line 6 - Services Rendered**

| *Taxable Year for the Informative Statement | Employer Identification Number | Payer Name | Control Number | Electronic Filing Number | Total Amount Withheld according to Informative Statement | Amount Withheld Claimed in this Return |
|---|---|---|---|---|---|---|
| 2018 | [REDACTED]8260 | MSD INTL GMBH PR BRANCH LLC | 201800030 | W0345120512 | $161 | $161 |
| 2018 | [REDACTED]7378 | IPR PHARMACEUTICALS INC | 100000060 | W0824356608 | $112 | $112 |
| | | | | | Total | $273 |

Reproduced by CEGsoft (www.cegsoft.com)

**Schedule E**
Rev. 02.19

# DEPRECIATION

**2018**

Taxable year beginning on Feb/01, 2018 and ending on Jan/31, 2019

Entity's Name: WAL MART PUERTO RICO INC

Social Security or Employer Identification Number: 4[redacted]5164

| 1. Type of property (in case of a building, specify the material used in the construction). | 2. Date acquired. | 3. Original cost or other basis (exclude cost of land). Basis for automobiles may not exceed from $30,000 per vehicle. | | 4. Depreciation claimed in prior years. | | 5. Estimated useful life to compute the depreciation. | 6. Depreciation claimed this year. | |
|---|---|---|---|---|---|---|---|---|
| **(a) Current Depreciation** | | | | | | | | |
| FIXED ASSETS | Various | 653,959,793 | 00 | 297,677,986 | 00 | Various | 41,656,000 | 00 |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 297,677,986 | 00 | | 41,656,000 | 00 |
| **(b) Flexible Depreciation** | | | | | | | | |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| **(c) Accelerated Depreciation** | | | | | | | | |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| **(d) Amortization (i.e. Goodwill)** | | | | | | | | |
| | | 0 | 00 | 0 | 00 | 0 | 0 | 00 |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| **(e) Automobiles (See instructions)** | | | | | | | | |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| (f) Vehicles under financial lease (Form 480.7D) (Amount of vehicles 0) (01) ........ (02) | | | | | | | 0 | 00 |
| **TOTAL:** (Add total of lines (a) through (f) of Column 6. Transfer to Schedules K, L, M and N Individual, whichever applies, or the corresponding line of other returns) ........ (10) | | | | | | | 41,656,000 | 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

**Schedule G Corporation**
Rev.02.19

# DETAIL OF NET OPERATING LOSSES FROM PREVIOUS YEARS

**2018**

Taxable year beginning on Feb/01, 2018 and ending on Jan/31, 2019

Taxpayer's name: WAL MART PUERTO RICO INC

Employer Identification Number: [redacted]5164

FILED ELECTRONICALLY

## Part I — Detail of Net Operating Losses for Regular Tax Purposes

| | Year in which the loss was incurred (Day / Month / Year) | (A) Loss incurred according to return | (B) Adjustments under Section 1033.14 (See instructions) | (C) Total loss carryforward (Subtract Column B from Column A) | (D) Amount used in previous years | (E) Amount available (Subtract Column D from Column C) | Expiration date (Day / Month / Year) |
|---|---|---|---|---|---|---|---|
| 1 | 01/31/2018 | 65,512,575 00 | 0 00 | 65,512,575 00 | 0 00 | 65,512,575 00 | 01/31/2028 |
| 2 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 3 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 4 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 5 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 6 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 7 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 8 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 9 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 10 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 11 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 12 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 13. Total (Transfer the total of Column E to line 32, Part II of the return) ............ (13) | | 65,512,575 00 | 0 00 | 65,512,575 00 | 0 00 | 65,512,575 00 | |

## Part II — Detail of Net Operating Losses for Alternative Minimum Tax Purposes

| | Year in which the loss was incurred (Day / Month / Year) | (A) Loss incurred according to return | (B) Adjustments under Section 1033.14 (See instructions) | (C) Total loss carryforward (Subtract Column B from Column A) | (D) Amount used in previous years | (E) Amount available (Subtract Column D from Column C) | Expiration date (Day / Month / Year) |
|---|---|---|---|---|---|---|---|
| 1 | 01/31/2018 | 65,512,575 00 | 0 00 | 65,512,575 00 | 0 00 | 65,512,575 00 | 01/31/2028 |
| 2 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 3 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 4 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 5 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 6 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 7 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 8 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 9 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 10 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 11 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 12 | | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | |
| 13. Total (Transfer the total of Column E to Schedule A Corporation Part III, line 19) ............ (13) | | 65,512,575 00 | 0 00 | 65,512,575 00 | 0 00 | 65,512,575 00 | |

Retention Period: Ten (10) years

**Schedule T Corporation**
Rev.02.19

# ADDITION TO THE TAX FOR FAILURE TO PAY ESTIMATED TAX IN CASE OF CORPORATIONS

**2018**

Taxable year beginning on Feb/01, 2018 and ending on Jan/31, 2019

Taxpayer's name: WAL MART PUERTO RICO INC

Employer Identification Number: [redacted]5164

## Part I — Determination of the Minimum Amount of Estimated Tax to Pay

| Line | Description | | Amount |
|---|---|---|---|
| 1. | Tax liability (Add lines 42, 45 and 47 of Part IV, page 2 of the return) | (1) | 634,800 00 |
| 2. | Credits and overpayments (See Instructions) | (2) | 28,364,884 00 |
| 3. | Estimated tax (Subtract line 2 from line 1. If it is zero or less, do not complete this Schedule) | (3) | 0 00 |
| 4. | Line 1 multiplied by 90%. | (4) | 571,320 00 |
| 5. | Total tax determined as it appears on the income tax return from the previous year (See Instructions) | (5) | 0 00 |
| 6. | Enter the smaller of lines 4 and 5, provided you have filed an income tax return for the previous year. Otherwise, enter the total of line 4 | (6) | 571,320 00 |
| 7. | Subtract line 2 from line 6 (If it is less than zero, enter zero). This is the minimum amount of estimated tax that you should have paid | (7) | 0 00 |

## Part II — Addition to the Tax for Failure to Pay

### Section A - Failure to Pay

1 ☐ CALENDAR YEAR

2 ☒ FISCAL YEAR (Enter the corresponding dates)

| Line | Due date | (a) First Installment | (b) Second Installment | (c) Third Installment | (d) Fourth Installment |
|---|---|---|---|---|---|
| 8. Amount of estimated tax per installment (See Instructions) | (8) | 0 00 | 0 00 | 0 00 | 0 00 |
| 9. Amount of estimated tax paid per installment (See Instructions) | (9) | 0 00 | 0 00 | 0 00 | 0 00 |
| 10. Payment date (See Instructions) | (10) | | | | |
| 11. Line 17 from previous column | (11) | | 0 00 | 0 00 | 0 00 |
| 12. Add lines 9 and 11 | (12) | 0 00 | 0 00 | 0 00 | 0 00 |
| 13. Subtract line 8 from line 12 (If it is less than zero, enter zero) | (13) | 0 00 | 0 00 | 0 00 | 0 00 |
| 14. Failure to Pay (If line 13 is zero, subtract line 12 from line 8, otherwise, enter zero) | (14) | 0 00 | 0 00 | 0 00 | 0 00 |
| 15. Add lines 14 and 16 from previous column | (15) | | 0 00 | 0 00 | |
| 16. If line 15 is equal or more than line 13, subtract line 13 from line 15 and go to line 11 of next column. Otherwise, go to line 17 | (16) | | 0 00 | 0 00 | |
| 17. Overpayment (If line 13 is more than line 15, subtract line 15 from line 13, and go to line 11 of next column. Otherwise, enter zero) | (17) | 0 00 | 0 00 | 0 00 | |

### Section B - Penalty

| Line | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 18. Multiply line 14 by 10% | (18) | 0 00 | 0 00 | 0 00 | 0 00 |
| 19. If the date indicated on line 10 for any installment is after its due date and: • line 18 is zero, multiply the result of line 8 less line 17 from previous column by 10%; or • line 18 is more than zero, multiply the result of line 8 less line 17 from previous column by 10% and subtract the amount reflected on line 18. (See Instructions) | (19) | 0 00 | 0 00 | 0 00 | 0 00 |
| 20. Add lines 18 and 19 | (20) | 0 00 | 0 00 | 0 00 | 0 00 |
| 21. Addition to the Tax for Failure to Pay Estimated Tax (Add the amounts from columns of line 20. Transfer to line 47 of Part IV, page 2 of the return) | (21) | | | | 0 00 |

Retention Period: Ten (10) years

FILED ELECTRONICALLY

Reproduced by CEGsoft (www.cegsoft.com)