# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>      Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br>THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM (ERS) OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE. |
| WAL-MART PUERTO RICO, INC.<br>Proof of claim no. 160793<br><br>      Respondent. | |

## MOTION FOR LEAVE TO FILE DOCUMENT IN SPANISH

**TO THE HONORABLE COURT**:

COMES NOW respondent Wal-Mart Puerto Rico, Inc. ("Wal-Mart"), through the undersigned attorney, and respectfully prays and requests as follows:

On this same date, Wal-Mart has submitted its Opposition to the Three Hundred and Third Omnibus Objection filed by the Fiscal Board (Dkt. No. 16413), which includes challenge of proof of claim no. 160793 filed by Wal-Mart to recover $28,346,433 from the Commonwealth for overpayment of income taxes paid for the year ended on January 31, 2017. As part of its Opposition, Wal-Mart cites to Puerto Rico Treasury Department Administrative Determination 16-11. This is a document from the Commonwealth of Puerto Rico, which was written in Spanish.

Wal-Mart is submitting the document in its original language, but has requested an official translation from one of the Court appointed Translators. The Court is respectfully requested to accept the document. Wal-Mart will duly file its official translation, once it is received.

WHEREFORE, Wal-Mart respectfully prays the Court to accept the submitted copy of Puerto Rico Treasury Department Administrative Determination 16-11.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 14th day of April 2021.

*/s/Antonio Bauzá-Santos*
ANTONIO BAUZÁ-SANTOS
USDC-PR NO. 229206
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8758
FAX: (787) 282-3673
Email: antonio.bauza@bioslawpr.com

*Counsel for Respondent*
*Wal-Mart Puerto Rico, Inc.*