# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## OPPOSITION TO OBJECTION TO CLAIM THREE HUNDRED THIRD OMNIBUS OBJECTION (DKT. No. 16030) AS TO DESARROLLOS MULTIPLES INSULARES, INC. (CLAIM NO. 20507)

**TO THE HONORABLE COURT:**

    **COMES NOW** Desarrollos Múltiples Insulares, Inc., ("DMI"), and through the undersigned respectfully informs the Court as follows:

1. DMI filed a Proof of Claim no. 20507 for the amount of $27,993.00, regarding a credit for the overpayment of taxes for 2016 and prior years.

2. Debtor's objection states as follows: "Proof of Claim asserts liability on the basis of a 2016 tax credit. The record of the Department of Treasury show such tax credit of $27,933.00 has been applied to 2017 and 2018 tax year liabilities." See Dkt. No. 16030-1 Exhibit A, Page 3 of 12.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. As evidenced by DMI's tax returns for 2016, 2017, 2018 and 2019, said credit for $27,933.00 has never been applied to any DMI tax liability and is therefore still valid. In fact, as the tax returns also show, for these same years there was no tax debt to apply the credit to. (See enclosed Exhibit A)

4. Therefore, claim no. 20507 should be allowed in its entirety in the amount of $27,933.00.

**WHEREFORE**, DMI respectfully requests the Honorable Court to take notice of the above and overrule Debtor's Objection to Claim No. 20507.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, April 14, 2021.

**I HEREBY CERTIFY** that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

*/s/ Jane Patricia Van Kirk*
JANE PATRICIA VAN KIRK
USDC–PR No. 220,510
Email: jvankirk@tcm.law
**TORO COLÓN MULLET P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760
*Counsels for DMI*