**COPY**

Form 480.20 Rev. 01.17

| Liquidator: | Reviewer: |
|---|---|
| Field audited by: | |
| Date      /    / | |
| R   M   N | |

**2016**

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF THE TREASURY

**2016**

## Corporation Income Tax Return

TAXABLE YEAR BEGINNING ON
Jan/01   2016 AND ENDING ON   Dec/31    2016

| Serial Number |
|---|
| ☐ AMENDED RETURN |
| TAXABLE YEAR: |
| 1 ☒ CALENDAR   2 ☐ FISCAL   3 ☐ 52-53 WEEKS |

Payment Stamp

*Gobierno de Puerto Rico*
*DEPARTAMENTO DE HACIENDA*
*Oficina de Correspondencia y Conservación*
**RECIBIDO**
**JUL 2 0 2017**
**PLANILLA SIN PAGO**
*SECRETARIO DE HACIENDA*

17-004

**Taxpayer's Name**
DESARROLLOS MULTIPLES INSULARES, INC.

Postal Address

PO BOX 364487

SAN JUAN        PR          Zip Code  00936

**Employer Identification Number**
         1767

Department of State Registry No.
92952

| Industrial Code | Municipal Code |
|---|---|

Merchant's Registration Number

Location of Principal Industry or Business - Number, Street, City
CARR. 165, KM. 2.7, URB. INDUSTRIAL AMELIA
GUAYNABO PR

Telephone Number - Extension
( 787 ) 783 - 3000

Receipt No.

Amount

Type of Principal Industry or Business (i.e. Hardware store, Cafeteria, etc.)
MANUFACTURE OF PROCESSED SAND AND STONE

Date Incorporated
Day    / Month    / Year

Type of Entity
CORPORATION

Check the corresponding box, if applicable

1 ☐ First return    2 ☐ Last return

CHANGE OF ADDRESS: ☐ Yes ☒ No
EXTENSION OF TIME: ☒ Yes ☐ No

Place Incorporated
PUERTO RICO

Indicate if you are member of a group of related entities
☒ Yes    ☐ No

Contracts with Governmental Entities
☐ Yes    ☐ No

E-mail Address of the Contact Person
josealfredo.medinaf@cemex.com

Group number
11007

### GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT.

**Refund**

| | | |
|---|---|---|
| 1. AMOUNT OVERPAID (Part IV, line 58. Indicate distribution on lines A, B, C and D) | (1) | 27,933 00 |
| A) To be credited to estimated tax for 2017 | (1A) | 27,933 00 |
| B) Contribution to the San Juan Bay Estuary Special Fund | (1B) | 0 00 |
| C) Contribution to the Special Fund for the University of Puerto Rico | (1C) | 0 00 |
| D) TO BE REFUNDED | (1D) | 0 00 |

**Payment**

| | | |
|---|---|---|
| 2. AMOUNT OF TAX DUE (Part IV, line 58) | (2) | 0 00 |
| 3. Less: Amount paid   (a)   With Return | (3a) | 0 00 |
| (b)  Interests (See instructions) | (3b) 0 00 | |
| (c)  Surcharges ____0____ and Penalties ____0____ (See instructions) | (3c) 0 00 | |
| 4. BALANCE OF TAX DUE (Subtract line 3(a) from line 2 and add lines 3(b) and 3(c)) | (4) | 0 00 |

### OATH

We, the undersigned, president (or vice-president, or other principal officer) and treasurer (or assistant treasurer) or agent of the corporation for which this income tax return is made, each for himself declare under penalty of perjury, that this return (including schedules and statements attached) has been examined by us, and to the best of our knowledge and belief, is a true, correct, and complete return, made in good faith, pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended, and the Regulations thereunder.

| President or vice-president's name | President or vice-president's signature | Date |
|---|---|---|
| | | |

| Treasurer's or assistant treasurer's name | Treasurer's or assistant treasurer's signature | Date |
|---|---|---|
| *José Alfredo Medina Franco*  Agent's name | *[signature]*  Agent's signature | 7/20/2017 |

### SPECIALIST'S USE ONLY

I declare under penalty of perjury that this return (including schedules and statements attached) has been examined by me, and to the best of my knowledge and belief is a true, and complete return. The declaration of the person who prepares this return is with respect to the information received, and this information may be verified.

| Specialist's name (Print)  Rafael Ramírez Ball | Registration number  0 6 1 5 1 1 | Date  7/18/2017 | Self-employed Specialist  ☐ |
|---|---|---|---|
| Firm's name  ACOSTA & RAMIREZ LAW OFFICE LLC | | | |
| Specialist's signature  *[signature]* | Address P.O. BOX 195492  SAN JUAN PR | | Zip Code  00919-5492 |

### NOTE TO TAXPAYER
Indicate if you made payments for the preparation of your return: ☒ Yes ☐ No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)

Gobierno de Puerto Rico

# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Corporaciones
### Confirmación de Radicación Electrónica

Corporation Income Tax Return
Confirmation of Electronic Filing

| Período Contributivo - Taxable Year |
|---|
| **01/01/2017 - 12/31/2017** |

**Nombre del Contribuyente** ....................................
*Taxpayer Name*

> **DESARROLLOS MULTIPLES INSULARES INC**

**Número de Identificación Patronal** .......................
*Employer Identification Number*

> ████ **767**

**Número de Confirmación de Planilla** ....................
*Confirmation Number of Return*

> **10252018298580A12D1018030**

**Fecha y Hora de Radicación** ................................
*Date and Time of Filing*

> **10/25/2018 4:39:42 PM**

**Fecha de Pago** .....................................................
*Payment Date*

**Cantidad Pagada Electrónicamente con Planilla** ..
*Amount Paid Electronically with Return*

> $0

**Número de Ruta / Tránsito** ..................................
*Routing Number*

**Número de Cuenta** ..............................................
*Account Number*

**Balance Pendiente de Pago** ................................
*Amount Due*

> $0

**Contribución Pagada en Exceso** ..........................
*Amount Overpaid*

> $27,933

✎ **Acreditar a Contribución Estimada del Próximo Año** ...................................
*Credit to Estimated Tax for Next Year*

> $27,933

✎ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** ..
*Amount to be Contributed to the San Juan Bay Estuary Special Fund*

> $0

✎ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............
*Amount to be Contributed to the University of Puerto Rico Special Fund*

> $0

✎ **Cantidad a Reintegrar** ........................................................................
*Refund Amount*

> $0

**Esta planilla requiere que se sometan evidencias**     **Sí / Yes** ☐
*This return requires to submit evidences*     **No** ☒

**La evidencia deberá ser radicada *únicamente* de forma electrónica accediendo al Sistema de Formularios Electrónicos (E-Forms) a través de nuestra página de internet: *www.hacienda.pr.gov*, bajo el área de Hacienda Virtual.**
*The evidence must be exclusively filed through the Electronic Forms Systems (E-Forms) available in our web page: www.hacienda.pr.gov, under "Hacienda Virtual".*

Reproduced by CEGsoft (www.cegsoft.com)

Formulario  480.2 — Rev. 25 jun 18

**2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2018**

Número de Serie

## Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL
01-01-2018 TERMINADO EL  31-12-2018

| Liquidador: | Revisor: |
|---|---|
| Investigado por: | |
| Fecha | ___/___/___ |
| R | M | N | |

☐ PLANILLA ENMENDADA

AÑO CONTRIBUTIVO:
1 ☒ NATURAL  2 ☐ ECONOMICO  ☐ 52-53 SEMANAS

Sello de Pago

**Nombre del Contribuyente**
DESARROLLOS MULTIPLES INSULARES INC

**Número de Identificación Patronal**
___-__1767

RADICADO ELECTRÓNICAMENTE
14-10-2019 11:12:29 AM
Francisco Parés
Secretario de Hacienda Interino
DEPARTAMENTO DE HACIENDA

**Dirección Postal**
PO BOX 364487

SAN JUAN          PR          Código Postal  00936-0000

Num. de Registro del Departamento de Estado
92952

| Clase Industrial | Cod. Municipal |
|---|---|
| 3279 | 16 |

Número de Registro de Comerciante
02208500066

**Localización de la Industria o Negocio Principal - Número, Calle, Pueblo**
METRO OFFICE PARK 2 CALLE 1 SUITE 200

GUAYNABO          PR          00968-0000

**Naturaleza de la Industria o Negocio Principal (Ej. Ferretería, Cafetería, etc.)**
MANUFACTURE OF PROCESSED SAND AND STONE

Número de Teléfono - Extensión
787-783-3000 -

Número de Recibo: _____
Importe: _____

Fecha de Incorporación
10-08-1995

Tipo de Entidad
Corporación

| | Marque el encasillado correspondiente, si aplica | |
|---|---|---|
| 1 ☐ Primera planilla | 2 ☐ Última planilla | |
| CAMBIO DE DIRECCIÓN: | Sí ☐ | No ☒ |
| SOLICITÓ PRÓRROGA: | X Sí ☐ | No |
| Contratos con Organismos Gubernamentales | Sí ☐ | No ☒ |

1 ☒ Doméstica (PR)
☐ Extranjera  Puerto Rico

Correo Electrónico de Persona Contacto (E-mail)
josealfredo.medina@cemex.com

Indique si es miembro de un grupo de entidades relacionadas
☒ Sí  ☐ No

Número de grupo
011007

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58). Indique distribución en las líneas A, B, C y D | (1) | 27,933 | 00 |
| A) Acreditada a la contribución estimada 2019 | (1A) | 27,933 | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (1B) | 0 | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (1C) | 0 | 00 |
| D) A REINTEGRAR | (1D) | 0 | 00 |

**Pago**

| | | | | |
|---|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) | | (2) | 0 | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla | | (3a) | 0 | 00 |
| (b) Intereses (Véanse instrucciones) | (3b) | 0 | 00 | |
| (c) Recargos 0 y Penalidades 0 (Véanse instrucciones) | (3c) | 0 | 00 | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | | (4) | 0 | 00 |

**JURAMENTO**

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

| Nombre del presidente o vicepresidente | Firma del presidente o vicepresidente | Fecha |
|---|---|---|
| Nombre del tesorero o tesorero auxiliar | Firma del tesorero o tesorero aux. | Fecha |
| JOSE ALFREDO MEDINA FRANCO | Electronic Signature | 14-10-2019 |
| Nombre del agente | Firma del agente | Fecha |

**PARA USO DEL ESPECIALISTA SOLAMENTE**

Declaro bajo pena de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituye en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta a su vez puede ser verificada.

| Nombre del especialista (Letra de molde) | Núm. de registro | Fecha | Marque si es especialista por cuenta propia |
|---|---|---|---|
| RAFAEL RAMIREZ BALL | 06151 | 14-10-2019 | |
| Nombre de la firma | | | |
| ACOSTA Y RAMIREZ LAW OFFICE LLC | | | |
| Firma del especialista | Dirección PO BOX 195492 | | Código postal 00919-5492 |
| Electronic Signature | | | SAN JUAN |

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: X Sí ☐ No. Si contestó "Sí", exija la firma y el número de registro del especialista.

Período de Conservación: Diez (10) años

Confirmation number:   10142019287906D06E1040523

PRITAS reference number:   W00514038740523

Gobierno de Puerto Rico

# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Corporaciones
### Confirmación de Radicación Electrónica

Rev. 02.20

Corporation Income Tax Return
Confirmation of Electronic Filing

| Período Contributivo - Taxable Year |
| --- |
| **01/01/2019 - 12/31/2019** |

**Nombre del Contribuyente** ....................................
*Taxpayer Name*

| DESARROLLOS MULTIPLES INSULARES INC |
| --- |

**Número de Identificación Patronal** ......................
*Employer Identification Number*

| ████1767 |
| --- |

**Número de Confirmación de Planilla** ....................
*Confirmation Number of Return*

| X1840284672 |
| --- |

**Fecha y Hora de Radicación** ...............................
*Date and Time of Filing*

| 01/15/2021 5:22:18 PM |
| --- |

**Fecha de Pago** ....................................................
*Payment Date*

| |
| --- |

**Cantidad Pagada Electrónicamente con Planilla** ..
*Amount Paid Electronically with Return*

| $0 |
| --- |

**Número de Ruta / Tránsito** ..................................
*Routing Number*

| |
| --- |

**Número de Cuenta** ..............................................
*Account Number*

| |
| --- |

**Balance Pendiente de Pago** ................................
*Amount Due*

| $0 |
| --- |

**Contribución Pagada en Exceso** .........................
*Amount Overpaid*

| $27,933 |
| --- |

✏ **Acreditar a Contribución Estimada del Próximo Año** ...................................
   *Credit to Estimated Tax for Next Year*

| $27,933 |
| --- |

✏ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** ..
   *Amount to be Contributed to the San Juan Bay Estuary Special Fund*

| $0 |
| --- |

✏ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............
   *Amount to be Contributed to the University of Puerto Rico Special Fund*

| $0 |
| --- |

✏ **Cantidad a Reintegrar** ..........................................................................
   *Refund Amount*

| $0 |
| --- |

**Esta planilla requiere que se sometan evidencias**   **Sí / Yes** [X]
*This return requires to submit evidences*   **No** [ ]

**La evidencia deberá ser radicada *únicamente* de forma electrónica a través del Sistema Unificado de Rentas Internas (SURI) accediendo: *https://suri.hacienda.pr.gov*. Para la radicación de evidencia deberá ingresar el número de confirmación de planilla aquí provisto.**
*The evidence must be filed only electronically through the Internal Revenue Integrated System (SURI, for its Spanish acronym) available at: https://suri.hacienda.pr.gov. For the filing of evidence you must enter the return confirmation number herein provided.*

**Período de Conservación: Diez (10) años**
Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)