Form 480.20 Rev. 01.17

**COPY**

| Liquidator: | Reviewer: | | | |
|---|---|---|---|---|
| Field audited by: | | | | |
| Date / / | | | | |
| R M N | | | | |

**2016** GOVERNMENT OF PUERTO RICO DEPARTMENT OF THE TREASURY **2016**

## Corporation Income Tax Return

Serial Number: _____

☐ AMENDED RETURN

TAXABLE YEAR:
1 [X] CALENDAR  2 ☐ FISCAL  3 ☐ 52-53 WEEKS

TAXABLE YEAR BEGINNING ON Jan/01, 2016 AND ENDING ON Dec/31, 2016

Payment Stamp:
Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Conservación
RECIBIDO
JUL 2 0 2017
PLANILLA SIN PAGO
17-004
SECRETARIO DE HACIENDA

**Taxpayer's Name**
DESARROLLOS MULTIPLES INSULARES, INC.

**Postal Address**
PO BOX 364487

SAN JUAN     PR     Zip Code 00936

**Location of Principal Industry or Business - Number, Street, City**
CARR. 165, KM. 2.7, URB. INDUSTRIAL AMELIA
GUAYNABO PR

**Type of Principal Industry or Business** (i.e. Hardware store, Cafeteria, etc.)
MANUFACTURE OF PROCESSED SAND AND STONE

Check the corresponding box, if applicable
1 ☐ First return   2 ☐ Last return

CHANGE OF ADDRESS: ☐ Yes [X] No
EXTENSION OF TIME: [X] Yes ☐ No

Contracts with Governmental Entities
☐ Yes   ☐ No

**Employer Identification Number**: ____1767

**Department of State Registry No.**: 92952

Industrial Code | Municipal Code

**Merchant's Registration Number**:

**Telephone Number - Extension**: (787) 783-3000

Date Incorporated: Day __/ Month __/ Year __

Place Incorporated: PUERTO RICO

E-mail Address of the Contact Person: josealfredo.medinaf@cemex.com

Receipt No.: _____
Amount: _____

Type of Entity: CORPORATION

Indicate if you are member of a group of related entities
[X] Yes   ☐ No

Group number: 11007

**GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT.**

**Refund**

| | | |
|---|---|---|
| 1. AMOUNT OVERPAID (Part IV, line 58. Indicate distribution on lines A, B, C and D) | (1) | 27,933 00 |
| A) To be credited to estimated tax for 2017 | (1A) | 27,933 00 |
| B) Contribution to the San Juan Bay Estuary Special Fund | (1B) | 0 00 |
| C) Contribution to the Special Fund for the University of Puerto Rico | (1C) | 0 00 |
| D) TO BE REFUNDED | (1D) | 0 00 |

**Payment**

| | | |
|---|---|---|
| 2. AMOUNT OF TAX DUE (Part IV, line 58) | (2) | 0 00 |
| 3. Less: Amount paid (a) With Return | (3a) | 0 00 |
| (b) Interests (See instructions) | (3b) | 0 00 |
| (c) Surcharges ___0___ and Penalties ___0___ (See instructions) | (3c) | 0 00 |
| 4. BALANCE OF TAX DUE (Subtract line 3(a) from line 2 and add lines 3(b) and 3(c)) | (4) | 0 00 |

**OATH**

We, the undersigned, president (or vice-president, or other principal officer) and treasurer (or assistant treasurer), or agent of the corporation for which this income tax return is made, each for himself declare under penalty of perjury, that this return (including schedules and statements attached) has been examined by us, and to the best of our knowledge and belief, is a true, correct, and complete return, made in good faith, pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended, and the Regulations thereunder.

President or vice-president's name _____   President or vice-president's signature _____   Date _____

Treasurer's or assistant treasurer's name _____   Treasurer's or assistant treasurer's signature _____   Date _____

Agent's name: José Alfredo Medina Franco   Agent's signature: _____   Date: 7/20/2017

**SPECIALIST'S USE ONLY**

I declare under penalty of perjury that this return (including schedules and statements attached) has been examined by me, and to the best of my knowledge and belief is a true, correct, and complete return. The declaration of the person who prepares this return is with respect to the information received, and this information may be verified.

Specialist's name (Print): **Rafael Ramírez Ball**
Registration number: 0 6 1 5 1
Date: 7/18/2017
Self-employed Specialist: ☐

Firm's name: ACOSTA & RAMIREZ LAW OFFICE LLC
Specialist's signature: _____
Address: P.O. BOX 195492, SAN JUAN PR   Zip Code: 00919-5492

**NOTE TO TAXPAYER**
Indicate if you made payments for the preparation of your return: [X] Yes ☐ No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)

Gobierno de Puerto Rico

# Departamento de Hacienda

### Planilla de Contribución sobre Ingresos de Corporaciones
### Confirmación de Radicación Electrónica

Corporation Income Tax Return
Confirmation of Electronic Filing

**Período Contributivo - Taxable Year**
**01/01/2017 - 12/31/2017**

| | |
|---|---|
| **Nombre del Contribuyente** ................................... *Taxpayer Name* | DESARROLLOS MULTIPLES INSULARES INC |
| **Número de Identificación Patronal** ...................... *Employer Identification Number* | ███████767 |
| **Número de Confirmación de Planilla** .................... *Confirmation Number of Return* | 10252018298580A12D1018030 |
| **Fecha y Hora de Radicación** ................................ *Date and Time of Filing* | 10/25/2018 4:39:42 PM |
| **Fecha de Pago** ...................................................... *Payment Date* | |
| **Cantidad Pagada Electrónicamente con Planilla** .. *Amount Paid Electronically with Return* | $0 |
| **Número de Ruta / Tránsito** .................................. *Routing Number* | |
| **Número de Cuenta** ............................................... *Account Number* | |
| **Balance Pendiente de Pago** ................................ *Amount Due* | $0 |
| **Contribución Pagada en Exceso** ......................... *Amount Overpaid* | $27,933 |
| ↪ **Acreditar a Contribución Estimada del Próximo Año** ................................. *Credit to Estimated Tax for Next Year* | $27,933 |
| ↪ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** .. *Amount to be Contributed to the San Juan Bay Estuary Special Fund* | $0 |
| ↪ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............ *Amount to be Contributed to the University of Puerto Rico Special Fund* | $0 |
| ↪ **Cantidad a Reintegrar** ..................................................... *Refund Amount* | $0 |

**Esta planilla requiere que se sometan evidencias**   Sí / Yes ☐
*This return requires to submit evidences*   No  ☒

**La evidencia deberá ser radicada *únicamente* de forma electrónica accediendo al Sistema de Formularios Electrónicos (E-Forms) a través de nuestra página de internet: www.hacienda.pr.gov, bajo el área de Hacienda Virtual.**
*The evidence must be exclusively filed through the Electronic Forms Systems (E-Forms) available in our web page: www.hacienda.pr.gov, under "Hacienda Virtual".*

**Período de Conservación: Diez (10) años**
Retention Period: Ten (10) years

Reproduced by CEGsoft (www.cegsoft.com)

Formulario 480.2 78

| Liquidador: | Revisor: |
|---|---|
| Investigado por: | |
| Fecha ___/___/___ | |
| R M N | |

**2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

## Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL
01-01-2018 TERMINADO EL 31-12-2018

**2018**

Número de Serie

☐ PLANILLA ENMENDADA

AÑO CONTRIBUTIVO:
1 [X] NATURAL  2 ☐ ECONÓMICO  ☐ 52-53 SEMANAS

Sello de Pago

Gobierno de Puerto Rico
Área de Rentas Internas
RADICADO ELECTRÓNICAMENTE
14-10-2019 11:12:29 AM
Francisco Parés
Secretario de Hacienda Interino
19-900

**Nombre del Contribuyente:** DESARROLLOS MULTIPLES INSULARES INC
**Dirección Postal:** PO BOX 364487
SAN JUAN   PR   Código Postal 00936-0000

**Número de Identificación Patronal:** ___-___1767
**Num. de Registro del Departamento de Estado:** 92952
**Clave Industrial:** 3279   **Cod. Municipal:** 16
**Número de Registro de Comerciante:** 02208500066

**Localización de la Industria o Negocio Principal:** METRO OFFICE PARK 2 CALLE 1 SUITE 200
GUAYNABO   PR   00968-0000

**Número de Teléfono - Extensión:** 787-783-3000

Número de Recibo: ____
Importe: ____

**Naturaleza de la Industria o Negocio Principal:** MANUFACTURE OF PROCESSED SAND AND STONE
**Fecha de Incorporación:** 10-08-1995
**Tipo de Entidad:** Corporación

Marque el encasillado correspondiente, si aplica:
1 ☐ Primera planilla   2 ☐ Última planilla
**CAMBIO DE DIRECCIÓN:** ☐ Sí  [X] No
**SOLICITÓ PRÓRROGA:** [X] Sí  ☐ No
**Lugar de Incorporación:** 1 [X] Doméstica (PR)  2 ☐ Extranjera   Puerto Rico

Indique si es miembro de un grupo de entidades relacionadas: [X] Sí  ☐ No
**Número de grupo:** 011007

Contratos con Organismos Gubernamentales: ☐ Sí  [X] No
**Correo Electrónico de Persona Contacto (E-mail):** josealfredo.medinaf@cemex.com

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**
1. **CONTRIBUCIÓN PAGADA EN EXCESO** (Parte IV, línea 58. Indique distribución en las líneas A, B, C y D) ... (1) 27,933 00
   A) Acredítase a la contribución estimada 2019 ................................................. (1A) 27,933 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (1B) 0 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ................. (1C) 0 00
   D) **A REINTEGRAR** ....................................................................................... (1D) 0 00

**Pago**
2. **TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Parte IV, línea 58) ............... (2) 0 00
3. Menos: Cantidad pagada (a) **Con Planilla** ................................................. (3a) 0 00
   (b) **Intereses** (Véanse instrucciones) ...................... (3b) 0 00
   (c) **Recargos** ___0___ y **Penalidades** ___0___ (Véanse instrucciones) ... (3c) 0 00
4. **BALANCE PENDIENTE DE PAGO** (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) .. (4) 0 00

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Nombre del presidente o vicepresidente | Firma del presidente o vicepresidente | Fecha
Nombre del tesorero o tesorero auxiliar: JOSE ALFREDO MEDINA FRANCO | Firma del tesorero o tesorero auxiliar: Electronic Signature | Fecha: 14-10-2019
Nombre del agente | Firma del agente | Fecha

### PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

Nombre del especialista (Letra de molde): RAFAEL RAMIREZ BALL
Núm. de registro: 06151   Fecha: 14-10-2019   Marque si es especialista por cuenta propia: ☐
Nombre de la firma: ACOSTA Y RAMIREZ LAW OFFICE LLC
Firma del especialista: Electronic Signature
Dirección: PO BOX 195492   Código postal: 00919-5492   SAN JUAN

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: [X] Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del especialista.
Período de Conservación: Diez (10) años

Confirmation number: 10142019287906D06E1040523
PRITAS reference number: W_____8740523

Gobierno de Puerto Rico
# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Corporaciones
### Confirmación de Radicación Electrónica

Rev. 02.20

Corporation Income Tax Return
Confirmation of Electronic Filing

**Período Contributivo - Taxable Year**
**01/01/2019 - 12/31/2019**

| Field | Value |
|---|---|
| **Nombre del Contribuyente** / Taxpayer Name | DESARROLLOS MULTIPLES INSULARES INC |
| **Número de Identificación Patronal** / Employer Identification Number | ███1767 |
| **Número de Confirmación de Planilla** / Confirmation Number of Return | X1840284672 |
| **Fecha y Hora de Radicación** / Date and Time of Filing | 01/15/2021 5:22:18 PM |
| **Fecha de Pago** / Payment Date | |
| **Cantidad Pagada Electrónicamente con Planilla** / Amount Paid Electronically with Return | $0 |
| **Número de Ruta / Tránsito** / Routing Number | |
| **Número de Cuenta** / Account Number | |
| **Balance Pendiente de Pago** / Amount Due | $0 |
| **Contribución Pagada en Exceso** / Amount Overpaid | $27,933 |
| ↳ **Acreditar a Contribución Estimada del Próximo Año** / Credit to Estimated Tax for Next Year | $27,933 |
| ↳ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** / Amount to be Contributed to the San Juan Bay Estuary Special Fund | $0 |
| ↳ **Aportación al Fondo Especial para la Universidad de Puerto Rico** / Amount to be Contributed to the University of Puerto Rico Special Fund | $0 |
| ↳ **Cantidad a Reintegrar** / Refund Amount | $0 |

**Esta planilla requiere que se sometan evidencias**    Sí / Yes [X]
*This return requires to submit evidences*    No [ ]

**La evidencia deberá ser radicada *únicamente* de forma electrónica a través del Sistema Unificado de Rentas Internas (SURI) accediendo: *https://suri.hacienda.pr.gov*. Para la radicación de evidencia deberá ingresar el número de confirmación de planilla aquí provisto.**

*The evidence must be filed only electronically through the Internal Revenue Integrated System (SURI, for its Spanish acronym) available at: https://suri.hacienda.pr.gov. For the filing of evidence you must enter the return confirmation number herein provided.*

**Período de Conservación: Diez (10) años**
Retention Period: Ten (10) years

**Reproduced by CEGsoft (www.cegsoft.com)**