# **EXHIBIT A**

**From:** Rappaport, Lary Alan <LRappaport@proskauer.com>
**Sent:** Thursday, April 1, 2021 6:53 PM
**To:** Heriberto Burgos <hburgos@cabprlaw.com>; Ricardo Casellas <rcasellas@cabprlaw.com>; 'ddunne@milbank.com' <ddunne@milbank.com>; 'rcamara@ferraiuoli.com' <rcamara@ferraiuoli.com>; 'scolon@ferraiuoli.com' <scolon@ferraiuoli.com>; 'mpico@rexachpico.com' <mpico@rexachpico.com>; Hawkins, Howard <Howard.Hawkins@cwt.com>; Ellenberg, Mark <Mark.Ellenberg@cwt.com>; 'adam.langley@butlersnow.com' <adam.langley@butlersnow.com>; 'etulla@riveratulla.com' <etulla@riveratulla.com>; 'icabrera@riveratulla.com' <icabrera@riveratulla.com>; 'jcasillas@cstlawpr.com' <jcasillas@cstlawpr.com>; 'ifernandez@cstlawpr.com' <ifernandez@cstlawpr.com>; 'jnieves@cstlawpr.com' <jnieves@cstlawpr.com>; 'Zwillinger, Zachary S.' <zacharyzwillinger@paulhastings.com>; 'Amend, Peter' <Peter.Amend@srz.com>; 'Nayuan Zouairabani Trinidad' <nzt@mcvpr.com>; 'lucdespins@paulhastings.com' <lucdespins@paulhastings.com>; 'Bongartz, Alex' <alexbongartz@paulhastings.com>; 'igarau@mpmlawpr.com' <igarau@mpmlawpr.com>; 'Alejandro J. Cepeda Diaz' <Ajc@mcvpr.com>; 'Arturo J. Garcia' <Ajg@mcvpr.com>; 'Roach, Jared S.' <JRoach@reedsmith.com>; 'eschaffer@reedsmith.com' <eschaffer@reedsmith.com>; 'Silverman, Ronald J.' <ronald.silverman@hoganlovells.com>; 'Keller, Robin' <robin.keller@hoganlovells.com>; 'Hefter, Michael C.' <michael.hefter@hoganlovells.com>; 'Posner, Sara' <Sara.Posner@hoganlovells.com>; 'Bailey, Jeb' <Jeb.Bailey@butlersnow.com>; 'Berezin, Robert' <robert.berezin@weil.com>; 'Calabrese, Christine' <Christine.Calabrese@weil.com>; 'Carson, Candice' <Candice.Carson@butlersnow.com>; 'Collins, Reed' <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; 'Langley, Adam' <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; 'Silbert, Gregory' <gregory.silbert@weil.com>; 'Sosland, Martin' <martin.sosland@butlersnow.com>; 'Miller, Atara' <AMiller@milbank.com>; 'dmintz@orrick.com' <dmintz@orrick.com>; 'lmetzger@orrick.com' <lmetzger@orrick.com>; 'pamend@orrick.com' <pamend@orrick.com>; 'condecarmen@condelaw.com' <condecarmen@condelaw.com>; allan.brilliant@dechert.com; Brunstad Jr., G. Eric <Eric.Brunstad@dechert.com>; 'Arturo J. Garcia' <Ajg@mcvpr.com>; 'Alejandro J. Cepeda Diaz' <Ajc@mcvpr.com>; Friedman, Peter (pfriedman@omm.com) (pfriedman@omm.com) <pfriedman@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; 'Pavel, Ashley' <apavel@omm.com>
**Cc:** Rosen, Brian S. <brosen@proskauer.com>; Barak, Ehud <ebarak@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>
**Subject:** April 1, 2021 meet and confer letter regarding revenue bond litigation stay

Counsel –
Please see the attached meet and confer letter regarding the revenue bond litigation stay.
Lary

**Lary Alan Rappaport**
Partner

-2-

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5658
f 310.557.2193
lrappaport@proskauer.com

greenspaces
Please consider the environment before printing this email.

**************************************************************************
***********************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
**************************************************************************
***********************************************************************

-2-