UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Plaintiff,<br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>  Defendants. | Adv. Proc. No. 20-00003-LTS<br><br>PROMESA<br>Title III |

---

[1] The Debtors in these jointly-administered Title III cases, along with each Debtor's respective Title III case number (listed as a bankruptcy case number due to software limitations) and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, *et al.*, <br><br> Defendants. | Adv. Proc. No. 20-00004-LTS <br><br> PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, *et al.*, <br><br> Defendants. | Adv. Proc. No. 20-00005-LTS <br><br> PROMESA <br> Title III |

**ORDER SCHEDULING BRIEFING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT CROSS-MOTION FOR STAY RELIEF FOR LEAVE TO FILE LIMITED OBJECTION, OR IN THE ALTERNATIVE, TO INTERVENE**

Upon the *Motion Requesting Entry of Order Setting Briefing Schedule and Hearing on*

*Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to*

*File Limited Objection, or in Alternative, to Intervene* (Docket Entry No. 16404 in Case No. 17-

3283, Docket Entry No. 148 in Adv. Proc. No. 20-00003, Docket Entry No. 139 in Adv. Proc.

No. 20-00004, and Docket Entry No. 160 in Adv. Proc. No. 20-00005, the "Motion");[2] and the

Court having found and determined that: (i) the Court has jurisdiction to consider the Motion and

the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this

Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Motion has

been provided under the particular circumstances and no other or further notice need be

provided; (iv) any objections to the relief requested in the Motion having been withdrawn or

overruled; and (v) after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Objections or responses, if any, to the Cross-Motion must be filed and served (in

accordance with the Case Management Procedures) by **April 21, 2020 at 4:00 p.m. (Atlantic**

**Standard Time)**.

3.      Replies to any objections or responses must be filed and served (in accordance

with the Case Management Procedures) by **April 24, 2020 at 4:00 p.m. (Atlantic Standard**

**Time)**.

4.      The hearing on the Cross-Motion will occur on **April 28, 2021 at 9:30 a.m.**

**(Atlantic Standard Time).**

5.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.      The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed
to them in the Motion.

7.      The Court retains jurisdiction over any disputes relating to the interpretation or

implementation of this Order.

8.      This Order resolves Docket Entry No. 16404 in Case No. 17-3283, Docket Entry

No. 148 in Adv. Proc. No. 20-00003, Docket Entry No. 139 in Adv. Proc. No. 20-00004, and

Docket Entry No. 160 in Adv. Proc. No. 20-00005.


Dated:   April 15, 2021                          /s/ Laura Taylor Swain
                                                 HONORABLE LAURA TAYLOR SWAIN
                                                 UNITED STATES DISTRICT JUDGE