Hearing Date: June 16, 2021
Objection Deadline: May 5, 2021 at 4:00 p.m.

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

      Debtor. [1]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**SUMMARY SHEET ACCOMPANYING THIRD INTERIM FEE APPLICATION
OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC.
AS CONSULTING SERVICES PROVIDER TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS,
THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD
FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Name of Applicant:

McKinsey & Company Puerto Rico Consulting, Inc.
("McKinsey Puerto Rico")

Authorized to Provide Services to:

The Financial Oversight and Management Board for
Puerto Rico, as Representative of the Debtors Pursuant
to PROMESA Section 315(b)

Period for which Compensation
and Reimbursement is Sought:

October 1, 2020 through January 31, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Monthly Fee Statements Subject to Third Interim Fee Request: | Sixteenth Monthly Fee Statement for Compensation for Services Rendered From October 1, 2020 through October 31, 2020: Commonwealth Title III Support dated April 1, 2021 |
| | Seventeenth Monthly Fee Statement for Compensation for Services Rendered From November 1, 2020 through November 30, 2020: Commonwealth Title III Support dated April 1, 2021 |
| | Eighteenth Monthly Fee Statement for Compensation for Services Rendered From December 1, 2020 through December 31, 2020: Commonwealth Title III Support dated April 1, 2021 |
| | Nineteenth Monthly Fee Statement for Compensation for Services Rendered From January 1, 2021 through January 31, 2021: Commonwealth Title III Support dated April 1, 2021 |
| Total Fees Requested for Third Interim Compensation Period: | **$3,711,250.00** |
| Total Expenses Requested for Third Interim Compensation Period: | **$0.00**[2] |
| Total Fees and Expenses Requested for Third Interim Compensation Period: | **$3,711,250.00** |
| Total Requested Third Interim Compensation Period Fees and Expenses Paid to Date: | **$0.00** |
| Total Fees and Expenses Subject to an Objection: | **$0.00** |
| Type of Application: | **Third Interim Fee Application: Commonwealth Title III Support** |

---

[2] McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

Debtor.[3]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**THIRD INTERIM FEE APPLICATION OF MCKINSEY & COMPANY PUERTO RICO
CONSULTING, INC. AS CONSULTING SERVICES PROVIDER TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO, FOR
THE PERIOD FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic

consultants to the Debtors in the above-captioned cases, respectfully represents:

**INTRODUCTION**

1.  By this third interim fee application (the "Third Interim Fee Application"), McKinsey Puerto

Rico seeks the allowance and payment of compensation for professional services related to

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth Title III support rendered pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), the applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") and Appendix B of the *U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Guidelines," and together with the Interim Compensation Order, the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, the "Code and Rules"). Pursuant to the Code and Rules, the Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding compliance with the statutory and legal authority cited above is attached hereto as Exhibit A.

2.  By this Third Interim Fee Application, McKinsey Puerto Rico seeks allowance and payment of compensation for professional services rendered by McKinsey Puerto Rico for the period from October 1, 2020 through January 31, 2021 (the "Compensation Period") pursuant to the "Commonwealth Title III Support" Scope of Work of the Consulting Agreement, as defined in paragraph 10 and attached hereto as Exhibit B, in the aggregate amount of $3,711,250.00 representing 100% of fees incurred during the Compensation Period. McKinsey Puerto Rico submits that allowance and payment of this amount are fully warranted given the actual and necessary services rendered to the Debtor by McKinsey Puerto Rico, as described in this Third Interim Fee Application.

## **BACKGROUND AND JURISDICTION**

3.  On May 3, 2017 (the "Petition Date"), the Commonwealth of Puerto Rico (as herein defined),
    by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight
    Board"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic
    Stability Act ("PROMESA"), filed a petition (the "Petition") with the United States District
    Court for the District of Puerto Rico (the "Court") under Title III of PROMESA.

4.  On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together
    with the Commonwealth (the "Commonwealth") of Puerto Rico, the "Debtors"), by and through
    the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed
    a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the
    "Petitions") with the Court under Title III or PROMESA. The filings of the Petitions constitute
    orders for relief under Title III of PROMESA.

5.  On May 9, 2017, the Debtor filed a motion seeking the joint administration of the Title III cases
    (the "Title III Cases") for procedural purposes only, pursuant to PROMESA section 304(g) and
    Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310. On
    June 1, 2017, the Court ordered that the cases be consolidated for procedural purposes and be
    jointly administered.

6.  On June 15, 2017, an Official Committee of Unsecured Creditors and an Official Committee of
    Retirees were appointed in the Title III Cases by the United States Trustee for Region 21.

7.  On November 8, 2017, the Court entered *the First Amended Order Setting Procedures for
    Interim Compensation and Reimbursement of Expenses of Professionals*, which directs that
    professionals in the Title III Cases be paid interim compensation and outlines the procedures by

which professionals are to submit, at four-month intervals, "an application for interim Court approval and allowance of the payment of compensation."

8. On June 6, 2018, the Court entered *the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, which amended certain provisions regarding the procedures by which professionals are to submit, at four-month intervals, "an application for interim Court approval and allowance of the payment of compensation."

9. This Court has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a). Venue is proper in this district pursuant to PROMESA section 307(a).

## THE RETENTION OF MCKINSEY PUERTO RICO

10. Effective July 2020, McKinsey Puerto Rico[4] and the Oversight Board entered into a consulting agreement setting forth consulting services that McKinsey Puerto Rico would continue to provide in support of the Title III proceedings (with an effective date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement"),  attached hereto as Exhibit B). The scope of work under the Consulting Agreement is divided into three (3) distinct workstreams: (i) Commonwealth Title III Support; (ii) Title III Support for PREPA; and (iii) Title III Support for HTA. This Third Interim Fee Application concerns the first workstream, namely Commonwealth Title III Support.[5]

---

[4] As agreed with the Oversight Board, McKinsey Puerto Rico became the entity providing services as of July 1, 2019. The previous entity that provided services to the Oversight Board was an affiliate, McKinsey & Company, Inc. Washington D.C. ("McKinsey Washington").

[5] McKinsey Puerto Rico is simultaneously serving separate Third Interim Fee Applications for compensation for services rendered pursuant to the other two (2) workstreams under the Consulting Agreement.

11. Consistent with how McKinsey Washington, the previous entity that provided services to the Oversight Board, serves clients and prices its engagements both for the public and private sectors, McKinsey Puerto Rico's fee structure under the Consulting Agreement for services related to Commonwealth Title III support was constructed on a monthly firm fixed price basis at the same rates as those charged by McKinsey Washington, as set forth below for the Compensation Period:

| Period of Performance | Fee |
|---|---|
| October 2020 | $989,200.00[6] |
| November 2020 | $989,200.00 |
| December 2020 | $782,850.00 |
| January 2021 | $950,000.00 |

12. These monthly rates are similar to rates that McKinsey Washington charges for professional services rendered in comparable matters. Such fees are reasonable based on the customary compensation in a competitive market.

13. There is no agreement or understanding between McKinsey Puerto Rico and any other nonaffiliated person for the sharing of compensation to be received for services rendered in the Title III Cases.

14. All services performed by McKinsey Puerto Rico for which fees are requested herein were performed or incurred for and on behalf of the Debtor and were not for any other person or entity.

---

[6] The fixed fee amounts from October 2020 through and including December 2020 were adjusted as a result of a voluntary price reduction discussed with the Oversight Board.

7

## SUMMARY DESCRIPTION OF SERVICES PERFORMED – COMMONWEALTH TITLE III SUPPORT

15. Set forth below is a brief summary of the principal matters on which McKinsey Puerto Rico provided services in connection with Commonwealth Title III support during the Compensation Period, along with a list of the McKinsey Puerto Rico professionals who performed services during that period. In addition to this summary, comprehensive details setting forth the day-to-day activities performed and deliverables provided by McKinsey Puerto Rico professionals are included in McKinsey Puerto Rico's Monthly Fee Statements (McKinsey Puerto Rico's Sixteenth Monthly Fee Statement for Compensation For Services Rendered from October 1, 2020 through October 31, 2020: Commonwealth Title III Support (the "Sixteenth Monthly Fee Statement: Commonwealth Title III Support"); McKinsey Puerto Rico's Seventeenth Monthly Fee Statement for Compensation For Services Rendered from November 1, 2020 through November 30, 2020: Commonwealth Title III Support (the "Seventeenth Monthly Fee Statement: Commonwealth Title III Support"); McKinsey Puerto Rico's Eighteenth Monthly Fee Statement for Compensation For Services Rendered from December 1, 2020 through December 31, 2020: Commonwealth Title III Support (the "Eighteenth Monthly Fee Statement: Commonwealth Title III Support"); and McKinsey Puerto Rico's Nineteenth Monthly Fee Statement for Compensation For Services Rendered from January 1, 2021 through January 31, 2021: Commonwealth Title III Support (the "Nineteenth Monthly Fee Statement: Commonwealth Title III Support"); attached hereto as Exhibit C.

*October 2020:*

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, simplifying the Fiscal Plan process and capability building,

8

targeted expertise in key Fiscal Plan domains, and supporting restructuring and Plan of Adjustment process.

For the Fiscal Plan, the team ran scenario analysis on Disaster Relief Funding rollout as well as conducted analysis on year to date revenue actuals. Additionally,  progress continued on the consolidation of the Fiscal Plan model and the Agency Efficiencies model in order to simplify the model and ease translation between the model and budget.

As part of the capability building program , the team conducted weekly workshops were on the different components of the Fiscal Plan (e.g. the model, macroeconomic assumptions). The workshops were designed to enhance FOMB staff capabilities and prepare FOMB staff to fully manage Fiscal Plan update and maintenance process.

In terms of targeted expertise, the team reviewed elements of a creditor motion related to Fiscal Plan topics and provided input to FOMB staff and advisors. Additionally, the team prepared materials for board strategy session on macroeconomic projections and revenues.   The team also conducted analyses to support potential update to Best Interests analysis.

The McKinsey Puerto Rico personnel who provided services related to the Commonwealth Title III support are set forth below:

Bertil Chappuis (Senior Partner – part time – overall strategic direction);

Thomas Dohrmann (Senior Partner – part time – overall strategic direction);

Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues and structural reforms);

Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures);

9

Todd Wintner  (Partner – part time – content director on healthcare and education);

Brian Latko (Partner – part time – expert on healthcare);

Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics);

Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes);

Rafael Rivera (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes);

Ben D. Thomas (Business Analyst – full time – focused on Healthcare measures and expenditures);

Antia Vazquez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures);

Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building);

Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues);

Ana Laura Sobalbarro (Analyst – full time – focused on DRF, macro, and revenues); and

Sharline Maya (Analyst – full time – focused on DRF and macro).

The core activities and deliverables related to the Commonwealth Title III support during October 2020 included:

■ Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions

   – Participated in discussion and supported analysis related to revenues actuals, in particular on tracking deferred revenue collections for FY20 and revenue actuals for FY21

10

- Continued consolidating the Fiscal Plan and Agency Efficiencies models to simplify comparisons between the Fiscal Plan model and Budget

- Began updating the Fiscal Plan model structure based on identified improvement opportunities to prepare for upcoming fiscal planning process

- Prepared analysis of potential changes to Medicaid enrollment

■ Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021

- Developed proposal for the Fiscal Plan update process  that accounted for the new government, new Board members, and FOMB leadership of the Fiscal Plan process with lower reliance on McKinsey support

- Finalized design of the capability building program, including key performance objectives and activities, and presented to the Chief of Staff and the Head of the CW team Conducted weekly capability building workshops on key topics, including macroeconomic trends, Fiscal Plan model basics, and expenditures (baseline estimations and expense measures)

- Launched "learning pods" comprised of 2-3 FOMB associates and one McKinsey lead to support capability building efforts; provided coaching, answered questions, and supported individual learning journeys

- Conducted the first simulation exercise with FOMB staff as part of capability building efforts

■ Provide targeted expertise in key Fiscal Plan domains

11

- Reviewed elements of creditor motion related to fiscal plan topics and provided input to FOMB staff and advisors

- Conducted analysis of potential changes to firefighter reform vs. 2020 Fiscal Plan and proposed potential pathway forward

- Prepared materials for board strategy session on macroeconomic projections and revenues

- Contributed to briefing memo for Board related to various proposed employee benefit expansions being explored as part of the creditor negotiation process

■ Support restructuring and Plan of Adjustment process

- Completed analyses in support of potential update to Best Interests analysis

- Supported drafting fiscal plan sections of potential updated draft disclosure statement

*November 2020:*

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, simplifying the Fiscal Plan process and capability building, targeted expertise in key fiscal plan domains, and supporting restructuring and Plan of Adjustment process. McKinsey Puerto Rico's work on the Fiscal Plan modeling and integration centered on finalizing and sharing the updated format of the Fiscal Plan model for review with FOMB staff. The FOMB staff capability building continued with several extended workshops. In addition, the team continued to provide targeted expertise on topics such as healthcare and economic growth and supported the other FOMB advisors with regards to responses to questions emerging from ongoing stakeholder interactions. The team also conducted analyses to support potential update to Best Interests analysis.

For the Fiscal Plan, the team conducted scenario analysis on SUT revenues based on economic growth assumptions. Additionally, the team completed initial version of updated Fiscal Plan model structure. The new structure consolidates the Fiscal Plan model and the Agency Efficiencies model in order to simplify the model and ease translation between the model and budget.

For the capability building program, FOMB participants continued participating in weekly learning pod sessions, small group workshops focused on their specific agencies, and conducting two interactive simulation exercises.

In terms of targeted expertise, the team provided support to the Board as they engaged in mediation activities. Additionally, the team developed analysis of historical average federal funding for the Medicaid  program.

The McKinsey Puerto Rico personnel who provided services related to the Commonwealth Title III support are set forth below:

Bertil Chappuis (Senior Partner – part time – overall strategic direction);

Thomas Dohrmann (Senior Partner – part time – overall strategic direction);

Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues and structural reforms);

Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures);

Todd Wintner (Partner – part time – content director on healthcare and education);

Brian Latko (Partner – part time – expert on healthcare);

Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics);

Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes);

Rafael Rivera (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes);

Ben D. Thomas (Business Analyst – full time – focused on Healthcare measures and expenditures);

Antia Vazquez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures);

Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building);

Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues);

Ana Laura Sobalbarro (Analyst – full time – focused on DRF, macro, and revenues);

Sharline Maya (Analyst – full time – focused on DRF and macro); and

Fernanda Hernandez (Business Analyst – full time – focused on DRF and macro).

The core activities and deliverables related to the Commonwealth Title III support during November 2020 included:

■ Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions

  – Helped  develop the strategy for the Fiscal Plan 2021 Word Document

  – Shared initial draft of updated Fiscal Plan Model with FOMB staff, which incorporates the Agency Efficiency Model and includes increased granularity

  – Conducted SUT scenario analysis based on economic growth assumptions

14

- Supported the analysis of year to date revenues and attended weekly meetings with Hacienda

■ Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021

- Launched Time Management Survey for FOMB staff

- Conducted second simulation exercise to evaluate capability building progress

- Conducted 14 small group workshops with FOMB Associates to strengthen capabilities around Agencies expenditures and measures

■ Provide targeted expertise in key Fiscal Plan domains

- Reviewed the CDBG Action Plan Draft to confirm concordance with the 2020 CFP

- Created analysis of growth in the Fiscal Plan at FOMB request, including impact of Disaster Relief Funding, Structural Reforms, and investments

- Developed analysis of historical average federal funding for the Medicaid program

- Prepared materials to support mediation activities

- Developed scenario analysis for impact on projected tax revenues of increased Medicaid federal funding and changes to measures

■ Support restructuring and Plan of Adjustment process

- Completed analyses in support of potential update to Best Interests analysis

- Created analysis of growth in the Fiscal Plan at FOMB request, including impact of Disaster

15

*December 2020:*

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with Fiscal Plan related capability building and other matters related to the Fiscal Plan, including simplifying the Fiscal Plan process, and targeted expertise related to key Fiscal Plan domains. McKinsey Puerto Rico's work on the Fiscal Plan centered on finalizing updates to the Fiscal Plan model structure. FOMB staff capability building continued with a final group of specialized sessions on individual Agency groupings. In addition, the team continued to provide targeted expertise in response to the creditors' critique of the 2020 Certified Fiscal Plan.

For the Fiscal Plan, the team refined the Fiscal Plan model structure to add additional granularity and integrate the Agency Efficiencies Model. Additionally, the team supported refining the process for updating the 2021 Fiscal Plan word document and presenting it to the Executive Director for her consideration.

The FOMB capability building program continued with each FOMB participant being part of a weekly learning pod and participating in small group session around their specific agencies. In addition, onboarding material was updated in support of new Board members.

In terms of targeted expertise, the team provided support to the Board's on mediation activities, including analyzing and preparing a response to the creditors' critique. The response covered many aspects of the Fiscal Plan, including revenues, fiscal measures, and surplus impacts.

The McKinsey Puerto Rico personnel who provided services related to the Commonwealth Title III support are set forth below:

Bertil Chappuis (Senior Partner – part time – overall strategic direction);

Thomas Dohrmann (Senior Partner – part time – overall strategic direction);

Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms);

Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures);

Todd Wintner (Partner – part time – content director on healthcare and education);

Brian Latko (Partner – part time – expert on healthcare);

Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics);

Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes);

Dean Udom ((Engagement Manager – full time – focused on restructuring processes);

Ben D. Thomas (Business Analyst – full time – focused on Healthcare measures and expenditures);

Antia Vazquez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures);

Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building);

Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues);

Sharline Maya (Analyst – full time – focused on DRF and macro);

Fernanda Hernandez (Business Analyst – full time – focused on DRF and macro); and

Andrea Delgado ((Business Analyst – full time – focused on Healthcare measures and expenditures).

The core activities and deliverables related to the Commonwealth Title III support during

17

December 2020 included:

- Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions

  – Presented the strategy for the 2021 Fiscal Plan word document update process to the Executive Director

  – Finalized updates to the Fiscal Plan model structure to incorporate the Agency Efficiency Model and include higher level of granularity

  – Supported analysis of year to date revenue actuals, including attending weekly meetings with Hacienda

- Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021

  – Led FOMB small group capability building sessions organized by agency grouping

  – Analyzed Time Management Survey results

  – Aided FOMB associates in completing the second simulation exercise as part of capability building program

  – Developed onboarding materials for new Board members

- Provide targeted expertise in key Fiscal Plan domains

  – Conducted analysis of creditors' critique of the 2020 Certified Fiscal Plan

  – Supported development of response to the Creditor critique to the 2020 Certified Fiscal Plan

  – Attended and presented at creditor mediation session

  – Provided feedback on FOMB cash document which was presented at mediation session
    with creditors

***January 2021:***

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, capability building, and targeted expertise in key Fiscal Plan domains. McKinsey Puerto Rico's work on the Fiscal Plan centered on beginning the Fiscal Plan update process for 2021. McKinsey Puerto Rico continued leading a capability building program for FOMB staff. In addition, the team  provided targeted expertise to support the FOMB during the mediation process with creditors.

For the Fiscal Plan, the team supported the identification of updates necessary for 2021 certification and reviewed the workplan with the Executive Director. Significant work was also dedicated to developing Board materials related to the 2020 Fiscal Plan for the Board Sessions on January 15, 22 and 29.

As part of the capability building program, most FOMB participants completed a final simulation exercise and presented to FOMB and McKinsey Puerto Rico leadership. Furthermore, targeted capability building was conducted with the new FOMB Fiscal Plan model leader and the new Fiscal Plan word document leader.

In terms of targeted expertise, McKinsey Puerto Rico provided support to the Board as they engaged in mediation activities. This included developing analysis of the SUT 5.5% share under different scenarios as well as an analysis of revenue forecast accuracy.

The McKinsey Puerto Rico personnel who provided services related to the Commonwealth Title

III support are set forth below:

Bertil Chappuis (Senior Partner – part time – overall strategic direction);

Thomas Dohrmann (Senior Partner – part time – overall strategic direction);

Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms);

Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures);

Todd Wintner (Partner – part time – content director on healthcare and education);

Brian Latko (Partner – part time – expert on healthcare);

Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics);

Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes);

Dean Udom (Engagement Manager – full time – focused on restructuring processes);

Jose Gonzalez-Garilleti (Associate – full time – focused on Fiscal Plan expenditures and agency efficiency measures);

Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building);

Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues);

Sharline Mata (Analyst – full time – focused on DRF and macro);

Fernanda Hernandez (Business Analyst – full time – focused on DRF and macro); and

Andrea Delgado (Business Analyst – full time – focused on Healthcare measures and expenditures).

20

The core activities and deliverables related to the Commonwealth Title III support during January 2021 included:

- Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions

  - Prepared materials for all Board Sessions in January (15th, 22nd, 29th), including providing overview of Fiscal Plan assumptions for Board Strategy Sessions on FOMB counter to creditor POA proposal

  - At the request of the Board, developed a scenario analysis of the Government's asks related to the Fiscal Plan surplus

  - Kicked-off the Fiscal Plan word document update process with the new FOMB word document leader

  - Identified list of updates to the Fiscal Plan model necessary for 2021 Certification

  - Reviewed proposed Fiscal Plan Certification process for 2021 with the FOMB Executive Director

  - Launched working groups and data gathering for updates to macroeconomic projections, including disaster relief funding and Covid-19 related stimulus funds

- Simplify Fiscal Plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021

  - Held kick-off session for the onboarding of the FOMB Fiscal Plan model lead and began his capability building program

- Held final presentation of the Fiscal Plan update simulation exercise with FOMB associates and managers participating in the capability building program

- Developed recommendations to FOMB based on an analysis of the Time Management Survey

- Continued providing individualized on-the-job training for FOMB staff on new Fiscal Plan roles

■ Provide targeted expertise in key Fiscal Plan domains

- Prepared scenario analysis  of the 5.5% SUT  , including CBO update scenario

- Attended and provided input during several meetings with FOMB and advisors regarding the mediation process

- Modeled  revenues forecast accuracy, including deep dives in specific revenue streams such as CIT, SUT, and others

- Prepared materials on Fiscal Plan measures overview for the public Board meeting

## SUMMARY OF PROFESSIONAL COMPENSATION REQUESTED

### Interim Fee Applications

16. On July 21, 2020, pursuant to the Interim Compensation Order, McKinsey Washington filed its Seventh Interim Fee Application, covering the compensation period from June 1, 2019 through June 30, 2019 [Docket No. 13756].

17. On July 21, 2020, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its
First Interim Fee Application, covering the compensation period from July 1, 2019 through May
31, 2020 [Docket No. 13759].[7]

18. On October 26, 2020, this Court approved McKinsey Washington's Seventh Interim Fee
Application and McKinsey Puerto Rico's First Interim Fee Application in their entirety [Docket
No. 14925].

19. On December 16, 2020, pursuant to the Interim Compensation Order, McKinsey Puerto Rico
filed its Second Interim Fee Application, covering the compensation period from June 1, 2020
through September 30, 2020 [Docket No. 15459].

20. On March 8, 2021, this Court approved McKinsey Puerto Rico's Second Interim Fee Application
in its entirety [Docket No. 15971].

21. On April 15, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its
Third Interim Fee Application, covering the compensation period from October 1, 2020 through
January 31, 2021.

---

[7] McKinsey Puerto Rico's interim fee applications are summarized as follows:

| McKinsey Workstream | First Interim Fee Application | Second Interim Fee Application | Third Interim Fee Application |
|---|---|---|---|
| Commonwealth | $15,138,625.00 | $4,728,300.00 | $3,711,250.00 |
| PREPA | $ 7,907,000.00 | $2,074,926.00 | $1,205,465.00 |
| HTA | $ 3,329,500.00 | $1,197,400.00 | $1,139,850.00 |
| **Total** | **$26,375,125.00** | **$8,000,626.00** | **$6,056,565.00** |

**Monthly Fee Statements**

22. On April 1, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico served on the Notice Parties (as defined therein) the Sixteenth Monthly Fee Statement for services rendered from October 1, 2020 through October 31, 2020 under the Commonwealth Title III Support workstream (the "Sixteenth Monthly Fee Period").

23. As reflected in the Sixteenth Monthly Fee Statement: Commonwealth Title III Support, during the Sixteenth Monthly Fee Period, McKinsey Puerto Rico incurred $989,200.00[8] in fees related to Commonwealth Title III Support and sought payment of ninety (90%) percent of such fees ($890,280.00) in accordance with the Interim Compensation Order.

24. On April 1, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico served on the Notice Parties (as defined therein) the Seventeenth Monthly Fee Statement for services rendered from November 1, 2020 through November 30, 2020 under the Commonwealth Title III Support workstream (the "Seventeenth Monthly Fee Period").

25. As reflected in the Seventeenth Monthly Fee Statement: Commonwealth Title III Support, during the Seventeenth Monthly Fee Period, McKinsey Puerto Rico incurred $989,200.00[9] in fees related to Commonwealth Title III Support and sought payment of ninety (90%) percent of such fees ($890,280.00) in accordance with the Interim Compensation Order.

26. On April 1, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico served on the Notice Parties (as defined therein) the Eighteenth Monthly Fee Statement for services

---

[8] This amount reflects a voluntary pricing reduction in the amount of $30,800.00 by McKinsey Puerto Rico as discussed with the Oversight Board.

[9] This amount reflects a voluntary pricing reduction in the amount of $30,800.00 by McKinsey Puerto Rico as discussed with the Oversight Board.

rendered from December 1, 2020 through December 31, 2020 under the Commonwealth Title III Support workstream (the "Eighteenth Monthly Fee Period").

27.  As reflected in the Eighteenth Monthly Fee Statement: Commonwealth Title III Support, during the Eighteenth Monthly Fee Period, McKinsey Puerto Rico incurred $782,850.00[10] in fees related to Commonwealth Title III Support and sought payment of ninety (90%) percent of such fees ($704,565.00) in accordance with the Interim Compensation Order.

28. On April 1, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico served on the Notice Parties (as defined therein) the Nineteenth Monthly Fee Statement for services rendered from January 1, 2021 through January 31, 2021 under the Commonwealth Title III Support workstream (the "Nineteenth Monthly Fee Period").

29.  As reflected in the Nineteenth Monthly Fee Statement: Commonwealth Title III Support, during the Nineteenth Monthly Fee Period, McKinsey Puerto Rico incurred $950,000.00 in fees related to Commonwealth Title III Support and sought payment of ninety (90%) percent of such fees ($855,000.00) in accordance with the Interim Compensation Order.

30. To date, McKinsey Puerto Rico has been paid a total of $17,163,771.91[11] for services rendered under the Commonwealth Title III Support workstream.  McKinsey Puerto Rico has not received any payment for services rendered during the Compensation Period.

31. Pursuant to this Third Interim Fee Application, McKinsey Puerto Rico seeks an interim allowance of $3,711,250.00, representing one hundred (100%) percent of its total fees incurred during the Compensation Period, and payment of the outstanding amount of $3,711,250.00.

---

[10] This amount reflects a voluntary pricing reduction in the amount of $24,650.00 by McKinsey Puerto Rico as discussed with the Oversight Board.

[11] The amounts paid (if any) are "net" of any amounts withheld for tax purposes or the statutory contribution of 1.5% of McKinsey Puerto Rico's professional fees to be deposited in the General Fund.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

32. Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional "reasonable compensation for actual necessary services rendered ... and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ..., the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including-
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title 11 U.S.C. § 330(a)(3).

33.  As demonstrated by this Third Interim Fee Application and the exhibits attached hereto, the services that McKinsey Puerto Rico rendered during the Compensation Period were reasonable, necessary and appropriate. McKinsey Puerto Rico expended its time economically and without unnecessary duplication of effort. In addition, the work conducted was carefully assigned to

26

appropriate professionals, according to the experience and level of knowledge required for each

particular task. Accordingly, approval of the compensation sought herein is warranted.

### CONCLUSION

WHEREFORE, McKinsey Puerto Rico respectfully requests that the Court enter an order

awarding McKinsey Puerto Rico an interim allowance for the Compensation Period in the total

amount of $3,711,250.00, directing the Debtor to pay McKinsey Puerto Rico such interim fees in

the amount of $3,711,250.00, and granting such other relief as this Court deems just and proper.

Dated: April 15, 2021                          McKinsey & Company Puerto Rico
                                               Consulting, Inc.

                                               _____/s/ Thomas Dohrmann_____
                                               Thomas Dohrmann, President
                                               McKinsey & Company Puerto Rico Consulting, Inc.
                                               1225 Ave Juan Ponce de Leon
                                               San Juan, Puerto Rico 00907
                                               PH-786
                                               Email: Thomas_Dohrmann@mckinsey.com

                                               *Strategic Consultant to the Debtor*

## Certificate of Service

1.  Notice of this Third Interim Fee Application has been or will be provided by overnight delivery

    or e-mail to:

    i.  attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

    ii.  attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

    iii.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

    iv.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

    v.  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

    vi.  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

    vii.  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

    viii.  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq.

(rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.     attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x.      the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA,   Assistant   Secretary   of   Central   Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant   Secretary   of   Internal   Revenue   and   Tax   Policy (angel.pantoja@hacienda.pr.gov);  Francisco  Parés  Alicea,  Assistant Secretary   of   Internal   Revenue   and   Tax   Policy (francisco.pares@hacienda.pr.gov);  and  Francisco  Peña  Montañez,  CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xi.     attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite   500,   Madison,   WI   53703,   Attn:   Katherine   Stadler (BWilliamson@gklaw.com; KStadler@gklaw.com).

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

            as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

                Debtors.

------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATION OF THOMAS DOHRMANN IN SUPPORT OF THIRD INTERIM FEE
APPLICATION OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. AS
CONSULTING SERVICES PROVIDER TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS,
THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD
<u>FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021</u>**

I, Thomas Dohrmann, certify as follows:

1.      I am President of McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey
        Puerto Rico"). I submit this certification with respect to the third interim fee application
        of McKinsey Puerto Rico as consulting services provider in the above-captioned case
        (the "Third Interim Fee Application") for the allowance of compensation for professional
        services rendered during the relevant application period.

2.      I make this certification in accordance with the *Second Amended Order Setting
        Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*,
        entered on June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order").

3.      In connection therewith, I hereby certify that:

        (a) I have read the Third Interim Fee Application;

        (b) To the best of my knowledge, information and belief formed after reasonable inquiry,
            the fees sought in the Third Interim Fee Application are in substantial compliance
            with the Interim Compensation Order and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996; and

(c) The Debtor, the United States Trustee, the Official Committee of Unsecured Creditors and the Official Committee of Retirees of the Debtor have been provided with a copy of the Third Interim Fee Application simultaneously with the filing thereof, and will have at least ten (10) days to review such Third Interim Fee Application prior to any objection deadline with respect thereto.

Dated:       April 15, 2021
             San Juan, Puerto Rico


                         _____/s/ Thomas Dohrmann_____
                         Thomas Dohrmann, President
                         McKinsey & Company Puerto Rico Consulting, Inc.
                         1225 Ave Juan Ponce de Leon
                         San Juan, Puerto Rico 00907
                         PH-786
                         Email: Thomas_Dohrmann@mckinsey.com

# EXHIBIT B



**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**

**Title III Support**

**EFFECTIVE DATE: July 1, 2020**

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. **(**the "**Contractor**"). The Board and Contractor hereby agree as follows:

**1.**    **Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as ***Exhibit A ("Project Assignment")***. Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

**2.**    **Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

**3.**    **Independent Contractor Relationship.**

**3.1**    Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

**3.2**    Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

**3.3**    Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**    Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**    Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**    Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**    Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**    Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

**4.    Nondisclosure.**

**4.1    Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2    Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement.  By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and

2

agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

      **4.3**    **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

      **4.4**    **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4. If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

      **4.5**    **No Improper Use of Information.** During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

      **4.6**    **Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables

3

or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

**5.      Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**6.      Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**7.      No Conflict of Interest.**

**7.1.   Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO.

---

[1] For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2] The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3] Disclosures relating to MIO shall be as indicated in the paragraph below.

[4] Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5] Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for*

Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the  avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

   **7.2  During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all

---

*Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

related Project Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

**7.3.  Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

**7.4.  Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

**8.  Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as ***Appendix A*** hereto.

**9.  Term and Termination.**

**9.1  Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2021. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

**9.2  Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

**9.3  Termination by Contractor**. Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

**9.4  Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

**10.  Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service

Team shall:

        **10.1**    solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

        **10.2**    hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

        **10.3**    solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

        **10.4**    for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

        **11.**    **Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees. Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

        **12.**    **Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

        **13.**    **Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees. Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

        **14.**    **Reasonableness of Restrictions.**

        **14.1**    Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

        **14.2**    In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be

automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

**15.** **Legal and Equitable Remedies.**

**15.1** Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

**15.2** If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

**15.3** In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

**16.** **Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

**17.** **Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.** **Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.** **Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.** **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between

8

the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

By: _____

Name Natalie A. Jaresko

Title Executive Director

MCKINSEY & COMPANY PUERTO RICO CONSULTING
INC

By: _____

Name: Thomas Dohrmann

Title: President

Address    200 Nineteenth Street,
           Floors 0-11
           Washington, DC 20036

**ATTACHMENT 1**
**Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:
- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other Commonwealth Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 – June 2021 | $950,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2022 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:
- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that

represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $740,000 / month |
| August 2020 - June 2021 | $326,525 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  - Enhanced performance of the transit system and its performance and fiscal outcomes
  - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  - Governance and management plans to enable delivery of actions
  - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 - June 2021 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.


**THE FINANCIAL OVERSIGHT AND**
**MANAGEMENT BOARD FOR PUERTO RICO**

**MCKINSEY & COMPANY PUERTO RICO**
**CONSULTING, INC.**

By: _____

By: _____

Name: Natalie A. Jaresko

Name: Thomas Dohrmann

Title: Executive Director

Title: President

## APPENDIX A

### [CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.   Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.   Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o  Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper advantage, or otherwise improperly promote the interests of the Board in any respect;

  o  Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

11

- o  Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

- • Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

- • Trade.  Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

- • Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law.  Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

- • Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

- • Freely Chosen Employment.  No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

- • Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor.  All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.   <u>Business Practices and Ethics</u>

Contractors must conduct their business interactions and activities with integrity.

- • Honesty and Integrity.  Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

- • Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported

by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest. On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board. Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor. In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited. Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment. Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage. Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence. Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest. Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

- Confidentiality, Privacy and Data Security. Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements. Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards. Contractors shall also be subject to an information and data security assessment.

- Media. Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns. Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment. If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

13

[Signature Page Follows]

14

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's
behalf to agree that Contractor shall abide by this Code of Conduct:


Contractor Name:   McKinsey & Company Puerto Rico Consulting, Inc.


_____                    7/1/2020
Signature of Contractor Authorized Representative          Date



Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

## APPENDIX B

### CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest:** Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |

If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:

Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received or will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

18

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |

If you answered "yes" to Question 8, please describe the nature of such public debt investments

With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018.

Contractor Name: Mc Ki nsey & Company Puerto Rico Consulting. Inc.

_Dmitry Krivin_ (signature)

Signat ure of Contr ctor Authorized Representative

7/1/20

Date

Dmitry Krivin

Printed Name and Title of Co ntractor Authorize d Represe ntative

## **SCHEDULE A**

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

2

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

4

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

5

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aquasur Corporation

Arc American, Inc.

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

6

Arthur J. Gonzalez

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

7

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

8

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

11

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

12

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

13

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

15

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

16

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

17

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional CenterCorporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

18

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

19

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

20

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

21

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

CSA Architects & Engineers, LLP

22

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

25

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

EDUARDO ARTAU GOMEZ

Eduardo      Bhatia      Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

31

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

32

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

33

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

36

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GT Fixed Income Fund LP

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

38

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Honorable Rosanna López León

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

43

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

John Santos Russo

Johnjavi Corporation

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

46

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

58

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

61

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Noel Zamot, Ex-Revitalization Coordinator

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar              Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Opppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

Pablo Del Valle Rivera

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLUMBING & SEWER CLEANING RUS CORP.

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

74

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

77

Ramos & Ramos Realty Inc

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

Rodriguez-Parissi & Co., C.S.P.

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Pacheco

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santos Gonzalez Morales

Santos Mulero Sierra

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

86

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015 Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel, Jorge L. and Jose R. Fuentes-Benejam

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE
EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

93

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vazquez Y Pagan Bus Line, Inc.

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

96

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

## APPENDIX C

## [CONTRACTOR CERTIFICATION REQUIREMENT]

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.     The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.     Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.     To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.     To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.     Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or

66

indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

I certify by my signature below that I have received and reviewed, and am authorized
on Contractor's behalf to agree that Contractor shall abide by this Contractor
Certification Requirement:


Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>



<u>        Thomas M Dohrmann        </u>         <u> 7/1/2020</u>
Signature of Contractor Authorized Representative      Date



<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

APPENDIX D

[FOMB EXPENSE REIMBURSEMENT]

Financial Oversight and Management Board for Puerto Rico
June 30, 2017

Expense Reimbursement Policy

## 1.  Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the
P<182,- 8*7<@5.U*/ ()1( 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʔ <Q ()* P<182 O14 3*
required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of
reasonable, defined expenses incurred on authorized Board activities.  Consequently, all
reimbursed expenses must be consistent with a business objective and carried out in a timely and
cost-effective manner.

O).⁄ 9<ε.74 1LLε.*⁄ (< 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʔ 6)< .57;8 1;()<8.U*2 152
approved travel and other expense items in the context of the Board's business. While exceptions
are not normally permitted, there is clear recognition of certain special business needs. In any
/;7) *T7*L(.<51ε /.(;1(.<5/ʌ 1εε 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʔ 18* *TL*7(*2 (<
apply a high degree of common sense and good judgment.


## 2.  Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and
other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the
timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board
to reimburse only reasonable and necessary expenses incurred by board members, officers, staff,
and contractors.

## 3.  Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the
following principles:

3.1     O).⁄ 9<ε.74 1LLε.*⁄ (< 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʔ ;52*8(1X.5@ (81?*ε
        other expenses on Board business and for the purposes of this Policy, the term "staff"
        shall mean employees of the Board.

69

3.2   Y( ./ ()* 8*/L<5/.3.E.(4 <Q 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/ (< *5/;8* ()* selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

3.3   P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/ /)1EE 3* *5(.(E*2 (< 8*.O3;8/*O*5( <Q expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

3.4   Y( ./ ()* 8*/L<5/.3.E.(4 <Q ()* P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/ (< <3(1.5 travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

3.5   The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

4.   Travel Expenses

4.1 Air Travel

4.1.1   Costs for air travel will be reimbursed on an actual cost incurred basis.

4.1.2   a<8 1EE QE.@)(/A 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/ 18* 8*V;.8*2 (< (81?*E .5 1 cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

4.1.3   Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

4.1.4   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

**4.1.5**   Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**   The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**   Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**   Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**   Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**   Transportation costs during trips associated to Board business will be reimbursed. Board O*O3*8/ᴀ <QQ.7*8/ᴀ 152 /(1QQ᷄ 715 *TL*5/* ()* Q<ᴇᴇ<6.5@ (815/L<8(1(.<5 7</(/ʀ &- transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**   When travelling to a location other than the Board members, officers, staff, and 7<5(817(<8/Wᵕ ᴇ<71ᴇ 7.(4ᴀ 3;/.5*// O*1ᴇ/ 18* 8*.O3;8/13ᴇ* 31/*2 <5 ()* Q<ᴇᴇ<6.5@ ᴇ.O.(/ʀ

   • Breakfast: $15; Lunch: $25; Dinner: $40
   • Snack expenses are reimbursable when they replace a meal.

**4.5.2**   If meals are provided during the meeting, only meals not provided can be expensed.

## 5.  Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6.  Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff. Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

72

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
| --- | --- |
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | *NIA* |

APPENDIX B: Expense Report

Financial Management and Oversight Board for Puerto Rico

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
| TOTAL |            | $        | $           | $     | $     | $     | $ |

Signature:_____          Date:_____

Approved by:_____          Date:_____

(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE REIMBURSED.

APPENDIX C: Expense Report Approval Authority

74

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive    Director    or    Authorized Representative |
| Board Advisors | Executive    Director    or    Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive    Director    or    Authorized Representative |

*[Signature Page Follows]*

I certify by my signature below that I have received and reviewed, and am authorized on
Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:


Contractor Name: <u>McKinsey & Company Puerto Rico Consulting,Inc.</u>




<u>    ̶S̶ignature of Contractor Authorized Representative</u>          <u>7/1/2020</u>
Signature of Contractor Authorized Representative          Date




<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  October 15, 2020**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto  Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Project Assignment through November 7, 2020.

The Board agrees that Contractor may delay certain other activities underway pursuant to Attachment 1 to the Agreement  ("Scope of Work for Commonwealth Title III Support") in order to accommodate the provision of services described in the attached Project Assignment ("Attachment 4").  The specific activities to be delayed are subject to mutual agreement of the Board and Contractor.

Contractor shall not be entitled to additional compensation as a result of this modification in scope.

In the event that support on the additional activities described in Attachment 4 is required after November 7, 2020, the Parties will discuss and agree on such additional services and the associated compensation and will enter into a further amendment to the Agreement.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof,** the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| By: _Natalie A. Jaresko_ | By: _Thomas Dohrmann_ |
| Name: _Natalie A. Jaresko_ | Name: Thomas Dohrmann |
| Title: _Executive Director_ | Title: President |

**ATTACHMENT 4**

**Modification to Prior Project
Assignment for
Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  This approach was memorialized in the Independent Contractor Services Agreement for Title III Support effective as of July 1, 2020 (the "Agreement"), outlined in the Project Assignments in Attachments 1-3.

**Services:**

In regards to support for the Commonwealth Title III proceedings, in addition to the scope agreed to in Attachments 1-3 of the Agreement, from **October 15, 2020 to November 7, 2020** the scope of work shall be modified as follows:

**Activities:**

Additional Activities
*Preparation and maintenance of a Best Interests Test*
- Incorporate updates to legal assumptions from Board's legal counsel as well as any other dependent data updates from other advisors
- Update supporting analyses and approach from prior Best Interest Test to account for most recent certified fiscal plan
- Prepare updated exhibit detailing the analysis and summarizing the outputs and scenario analyses

The Oversight Board and McKinsey explicitly agreed that these additional services were not part of the previously entered into Agreement or the Attachments 1–3 thereto and that the Oversight Board and McKinsey would separately agree any such provision of additional services.  This Attachment 4 sets out additional services to support near-term Board priorities related to the Commonwealth Title III proceedings that have now been discussed and agreed as set out above.

Adjustments to Activities Underway
Upon execution of this Amendment, McKinsey will provide a list of activities under the existing project assignment that will be delayed to accommodate these additional services. Board will provide timely feedback for discussion and mutual agreement.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| By: *Natalie A. Jaresko* | By: *Thomas Dohrmann* |
| Name: Natalie A. Jaresko | Name:  Thomas Dohrmann |
| Title: Executive Director | Title:  President |

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  February 1, 2021**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto   Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3, and further modified as of October 15, 2020, in Attachment 4 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to further modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Modification to Project Assignment from February 1, 2021 through June 30, 2021, for the fees described herein.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as the Project Assignment is modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

**THE FINANCIALOVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO**

By:_____

Name:_____Natalie A. Jaresko_____

Title:___Executive Director_____

**McKINSEY & COMPANY PUERTO RICO
CONSULTING, INC.**

By:_____

**Name:** Thomas Dohrmann

**Title:**  President

**ATTACHMENT 5**

**Modification to Project Assignment
for Commonwealth Title III Support**

**Context:**
McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**
In regard to support for the Commonwealth Title III proceedings, from February 1, 2021 to June 30, 2021 the scope of work shall be amended and replaced as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*
- Prepare content, participate in, coordinate and support cross advisor meetings and support stakeholder interactions
- Prepare content, participate in and advise the Oversight Board with respect to future mediation sessions
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 / month |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 | $950,000 / month |
| February 2021 | $1,240,000 / month |
| March 2021 – June 2021 | $1,417,500 / month |

*Note*: fees for July 2020 – January 2021 are provided for historical reference

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                    PROMESA
THE FINANCIAL OVERSIGHT AND                          Title III
MANAGEMENT BOARD FOR PUERTO RICO,
                                                                          No. 17 BK 3283-LTS
          as representative of
                                                                          (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, *et al.*

                    Debtors.[1]

-------------------------------------------------------------x

**SIXTEENTH MONTHLY FEE STATEMENT OF MCKINSEY & COMPANY PUERTO
RICO CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO
FOR THE PERIOD OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of Professional: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | October 1, 2020 – October 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | **$989,200.00**[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary[3]: | **$0.00** |
| Type of Fee Statement: | Sixteenth Monthly Fee Statement: Commonwealth Title III Support[4] |

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2 McKinsey Puerto Rico is reducing this monthly invoice by $30,800 to reflect a voluntary pricing reduction related to its work that has been discussed with the Board.

3 McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

4 Notice of this Sixteenth Monthly Fee Statement (as defined herein) has been served in accordance with the Interim Compensation Procedures (as defined herein) and objections to payment of the amounts described in this Sixteenth Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Procedures.

1.    Pursuant to the *Interim Compensation Procedures*, first entered by the Court on November 8,

2017 [*First Amended Order Setting Procedures for Interim Compensation and Reimbursement
of Expenses of Professionals,* Docket Number 1715] and amended on June 6, 2018 [*Second
Amended Order Setting Procedures for Interim Compensation and Reimbursement of
Expenses of Professionals,* Docket Number 3269] (the "Interim Compensation Procedures"),
the applicable provisions of the United States Code (the "Bankruptcy Code"), the Federal
Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for
the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"),
McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic
consultants to The Financial Oversight And Management Board For Puerto Rico (the
"Debtors" or the "Board"), hereby serves this Sixteenth Monthly Fee Statement for the
allowance of compensation for reasonable and necessary strategic consulting services and
support that McKinsey Puerto Rico provided during the month of October 2020 (the "Fee
Period") pursuant to the "Commonwealth Title III Support" Scope of Work ("Commonwealth
Title III Scope of Work") of the consulting agreement between McKinsey Puerto Rico and the
Board for consulting services in support of the Title III proceedings (with an effective date of
July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1,
2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the
"Amendments", and collectively with the July 1, 2020 agreement, the "Consulting
Agreement")), attached hereto as Exhibit A. Pursuant to the Interim Compensation Procedures,
a Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding
compliance with the statutory and legal authority cited above is attached hereto as Exhibit B,

and a Certification of Natalie Jaresko, Executive Director of the Board, authorizing the submission of this Sixteenth Monthly Fee Statement, is attached as <u>Exhibit C</u>.

2.   By this Sixteenth Monthly Fee Statement: Commonwealth Title III Support, McKinsey Puerto Rico seeks allowance of compensation for services rendered under the Consulting Agreement during the Fee Period in the amount of $890,280.00 (which equals 90% of the compensation sought herein, in accordance with Section 2.c of the Interim Compensation Order).

### Summary of Services Rendered During the Fee Period

3.   During the Fee Period, McKinsey Puerto Rico provided a focused range of professional services as requested by the Board and reflected in the Commonwealth Title III Scope of Work.[5]

4.   Included at <u>Exhibit D</u> is a detailed description of McKinsey Puerto Rico's scope of services, deliverables and team member activities, pursuant to the Commonwealth Title III Scope of Work during the Fee Period. Exhibit D also specifically identifies the McKinsey Puerto Rico team members who performed services during the Fee Period.

5.   Included at <u>Exhibit E</u> is a copy of McKinsey Puerto Rico's monthly invoice for fees incurred during the Fee Period pursuant to the Commonwealth Title III Scope of Work. As reflected in Exhibit E, McKinsey Puerto Rico incurred $989,200.00 in fees during the Fee Period, and now seeks reimbursement for 90% of such fees ($890,280.00).

6.   McKinsey Puerto Rico's fees – as agreed-upon in the Consulting Agreement and reflected in the invoice – are commensurate with the services performed.

---

[5] McKinsey Puerto Rico is simultaneously serving separate monthly fee statements for services rendered pursuant to the other two (2) Scopes of Work under the Consulting Agreement.

7. The efforts expended by McKinsey Puerto Rico during the Fee Period have been commensurate with the size and complexity of these cases. In rendering these services, McKinsey Puerto Rico has made every effort to maximize the benefit to the Debtors, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

8. McKinsey Puerto Rico respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Board in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; and (c) the value of such services.

## **Representations**

9. While every effort has been made to include all fees incurred by McKinsey Puerto Rico during the Fee Period, some fees may not be included in this Sixteenth Monthly Fee Statement: Commonwealth Title III Support due to certain unavoidable delays caused by accounting and processing during the Fee Period. McKinsey Puerto Rico reserves the right to make further application(s) for allowance of such fees not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Procedures.

## **Notice**

10. Notice of this Sixteenth Monthly Fee Statement: Commonwealth Title III Support has been or will be provided by overnight delivery or e-mail to:

    i. attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison

Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

ii. attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

iii. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

v. the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

vi. attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

vii. attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii. attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix. attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x. the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez,

CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Acting Deputy Secretary of the Treasury (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Secretary of the Treasury (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xi.     attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).


WHEREFORE, McKinsey Puerto Rico respectfully requests payment by the Debtors of

$890,280.00 representing 90% of its fees incurred during the Fee Period and requested herein.


Dated:          April 1, 2021
                McKinsey & Company Puerto Rico Consulting, Inc.
                Washington DC


                                  _s/ Thomas Dohrmann_____
                                  Thomas Dohrmann
                                  President
                                  McKinsey & Company Puerto Rico Consulting, Inc.
                                  1200 19th St NW #1000
                                  Washington, DC 20036
                                  Telephone: (202) 662-3100
                                  Email: Thomas_Dohrmann@McKinsey.com

                                  *Strategic Consultant to the Debtors*

# EXHIBIT A

## *Consulting Agreement*



**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**

**Title III Support**

**EFFECTIVE DATE: July 1, 2020**

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. **(**the "**Contractor**"). The Board and Contractor hereby agree as follows:

1.     **Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as ***Exhibit A ("Project Assignment")***. Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

2.     **Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

3.     **Independent Contractor Relationship.**

3.1     Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

3.2     Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

3.3     Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**     Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**     Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**     Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**     Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**     Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

4.     **Nondisclosure.**

**4.1**     **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2**     **Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement.  By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and

2

agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

      **4.3**    **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

      **4.4**    **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4.  If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

      **4.5**    **No Improper Use of Information.**  During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

      **4.6**    **Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables

3

or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

      **5.**    **Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

      **6.**    **Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

      **7.**    **No Conflict of Interest.**

      **7.1.**    **Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

      In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO.

---

[1] For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2] The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3] Disclosures relating to MIO shall be as indicated in the paragraph below.

[4] Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5] Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for*

Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

　　　**72. During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all

---

*Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

related Project Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

7.3.   **Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

7.4.   **Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

8.   **Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as ***Appendix A*** hereto.

9.   **Term and Termination.**

9.1   **Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2021. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

9.2   **Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

9.3   **Termination by Contractor**. Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

9.4   **Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or otherassignee.

10.   **Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service

6

Team shall:

      **10.1**    solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

      **10.2**    hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

      **10.3**    solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

      **10.4**    for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

      **11.**    **Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees. Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

      **12.**    **Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

      **13.**    **Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees. Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

      **14.**    **Reasonableness of Restrictions.**

      **14.1**    Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

      **14.2**    In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be

7

automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

15.    **Legal and Equitable Remedies.**

15.1    Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

15.2    If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

15.3    In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

16.    **Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

17.    **Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

18.    **Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

19.    **Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

20.    **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between

8

the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

By: _____

Name _Natalie A. Jaresko_____

Title _Executive Director_____

MCKINSEY & COMPANY PUERTO RICO CONSULTING
INC

By: _____

Name: _Thomas Dohrmann_____

Title: President

Address    200 Nineteenth Street,
           Floors 0-11
           Washington, DC 20036

0

**ATTACHMENT 1**
**Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors

- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:

- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other Commonwealth Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 – June 2021 | $950,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*

- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2022 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*

- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*

- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:

- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that

represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $740,000 / month |
| August 2020 - June 2021 | $326,525 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  - Enhanced performance of the transit system and its performance and fiscal outcomes
  - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  - Governance and management plans to enable delivery of actions
  - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 - June 2021 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

THE FINANCIAL OVERSIGHT AND                    MCKINSEY & COMPANY PUERTO RICO
MANAGEMENT BOARD FOR PUERTO RICO               CONSULTING, INC.

By: _Natalie A. Jaresko_____               By: _Thomas Mohrmann_____

Name: _Natalie A. Jaresko_____            Name: _Thomas Dohrmann_____

Title: _Executive Director_____           Title: _President_____

APPENDIX A

[CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.      Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.     Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

   o   Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper advantage, or otherwise improperly promote the interests of the Board in any respect;

   o   Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

11

- o   Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

- Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

- Trade.  Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

- Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law.  Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

- Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

- Freely Chosen Employment.  No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

- Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor.  All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.   <u>Business Practices and Ethics</u>

Contractors must conduct their business interactions and activities with integrity.

- Honesty and Integrity.  Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

- Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported

12

by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest. On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board. Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor. In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited. Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment. Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage. Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence. Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest. Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

- Confidentiality, Privacy and Data Security. Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements. Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards. Contractors shall also be subject to an information and data security assessment.

- Media. Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns. Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment. If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

13

[Signature Page Follows]

14

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Code of Conduct:

Contractor Name:   McKinsey & Company Puerto Rico Consulting, Inc.

_____          7/1/2020
Signature of Contractor Authorized Representative      Date

Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

**APPENDIX B**

**CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION**

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest:** Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|----|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |

If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:

Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|----|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received or will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

18

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |

If you answered "yes" to Question 8, please describe the nature of such public debt investments

With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018.

Contractor Name: Mc Ki nsey & Company Puerto Rico Consulting. Inc.

_Dmitry Krivin_          7/1/20

Signat ure of Contr ctor Authorized Representative          Date


Dmitry Krivin

Printed Name and Title of Co ntractor Authorize d Represe ntative

## **SCHEDULE A**

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

3

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

4

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aquasur Corporation

Arc American, Inc.

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

6

Arthur J. Gonzalez

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

7

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

8

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

11

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

13

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

15

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional CenterCorporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

18

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

19

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

21

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

CSA Architects & Engineers, LLP

22

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

24

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

27

EDUARDO ARTAU GOMEZ

Eduardo      Bhatia      Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

31

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

32

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

33

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GT Fixed Income Fund LP

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Honorable Rosanna López León

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

40

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

43

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

44

John Santos Russo

Johnjavi Corporation

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

47

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

51

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

58

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

61

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Noel Zamot, Ex-Revitalization Coordinator

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

66

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar            Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

68

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Opppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

69

Pablo Del Valle Rivera

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLUMBING & SEWER CLEANING RUS CORP.

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

73

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

74

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

76

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

Ramos & Ramos Realty Inc

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

Rodriguez-Parissi & Co., C.S.P.

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Pacheco

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santos Gonzalez Morales

Santos Mulero Sierra

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

86

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María
Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel,
Jorge L. and Jose R. Fuentes-Benejam

89

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

93

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vazquez Y Pagan Bus Line, Inc.

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

94

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

98

## APPENDIX C

## [CONTRACTOR CERTIFICATION REQUIREMENT]

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or

66

indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

67

I certify by my signature below that I have received and reviewed, and am authorized
on Contractor's behalf to agree that Contractor shall abide by this Contractor
Certification Requirement:


Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.                    </u>



<u>        Thomas M ohrmann                    </u>          <u> 7/1/2020</u>
Signature of Contractor Authorized Representative          Date



<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

<u>APPENDIX D</u>

<u>[FOMB EXPENSE REIMBURSEMENT]</u>

Financial Oversight and Management Board for Puerto Rico
June 30, 2017

Expense Reimbursement Policy

1.  Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the
P<182,- 8*7<@5.U*/ ()1( 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʽ <Q ()* P<182 O14 3*
required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of
reasonable, defined expenses incurred on authorized Board activities.  Consequently, all
reimbursed expenses must be consistent with a business objective and carried out in a timely and
cost-effective manner.

O).⁄ 9<ᴇ.74 1LLᴇ.*⁄ (< 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʽ 6)< .57;8 1;()<8.U*2 152
approved travel and other expense items in the context of the Board's business. While exceptions
are not normally permitted, there is clear recognition of certain special business needs. In any
/;7) *T7*L(.<51ᴇ /.(;1(.<5/ʌ 1ᴇᴇ 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʽ 18* *TL*7(*2 (<
apply a high degree of common sense and good judgment.

2.  Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and
other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the
timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board
to reimburse only reasonable and necessary expenses incurred by board members, officers, staff,
and contractors.

3.  Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the
following principles:

3.1      O).⁄ 9<ᴇ.74 1LLᴇ.*⁄ (< 3<182 O*O3*8/ʌ <QQ.7*8/ʌ /(1QQʌ 152 7<5(817(<8/ʽ ;52*8(1X.5@ (81?*ᴇ
         other expenses on Board business and for the purposes of this Policy, the term "staff"
         shall mean employees of the Board.

69

3.2   Y( ./ ()* 8*/L<5/.3.E.(4 <Q 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/⬜ (< *5/;8* ()* selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

3.3   P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/⬜ /)1EE 3* *5(.(E*2 (< 8*.O3;8/*O*5( <Q expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

3.4   Y( ./ ()* 8*/L<5/.3.E.(4 <Q ()* P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/A (< <3(1.5 travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

3.5   The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

## 4.   Travel Expenses

## 4.1 Air Travel

4.1.1   Costs for air travel will be reimbursed on an actual cost incurred basis.

4.1.2   a<8 1EE QE.@)(/A 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/⬜ 18* 8*V;.8*2 (< (81?*E .5 1 cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

4.1.3   Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

4.1.4   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

**4.1.5** Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1** The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2** Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1** Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2** Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1** Transportation costs during trips associated to Board business will be reimbursed. Board O*O3*8/ᴀ <ǪǪ.7*8/ᴀ 152 /(1ǪǪ□ 715 *TL*5/* ()* Ǫ<ᴇᴇ<6.5@ (815/L<8(1(.<5 7</(/ʀ &- transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1** When travelling to a location other than the Board members, officers, staff, and 7<5(817(<8/ᵂ□ ᴇ<71ᴇ 7.(4ᴀ 3;/.5*// O*1ᴇ/ 18* 8*.O3;8/13ᴇ* 31/*2 <5 ()* Ǫ<ᴇᴇ<6.5@ ᴇ.O.(/ʀ

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2** If meals are provided during the meeting, only meals not provided can be expensed.

## 5. Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6. Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff. Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | *N/A* |

73

APPENDIX B: Expense Report

Financial Management and Oversight Board for Puerto Rico

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| TOTAL | | $ | $ | $ | $ | $ | $ |

Signature:_____          Date:_____

Approved by:_____          Date:_____

(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE REIMBURSED.

APPENDIX C: Expense Report Approval Authority

74

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

*[Signature Page Follows]*

75

I certify by my signature below that I have received and reviewed, and am authorized on
Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:

Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>Thomas Mohrmann</u>                                    <u>7/1/2020</u>
Signature of Contractor Authorized Representative        Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

7 6

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  October 15, 2020**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"), created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Project Assignment through November 7, 2020.

The Board agrees that Contractor may delay certain other activities underway pursuant to Attachment 1 to the Agreement  ("Scope of Work for Commonwealth Title III Support") in order to accommodate the provision of services described in the attached Project Assignment ("Attachment 4").  The specific activities to be delayed are subject to mutual agreement of the Board and Contractor.

Contractor shall not be entitled to additional compensation as a result of this modification in scope.

In the event that support on the additional activities described in Attachment 4 is required after November 7, 2020, the Parties will discuss and agree on such additional services and the associated compensation and will enter into a further amendment to the Agreement.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof,** the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| By: _Natalia A Jaresko_ | By: _Thomas Dohrmann_ |
| Name: _Natalie A. Jaresko_ | Name: Thomas Dohrmann |
| Title: _Executive Director_ | Title: President |

**ATTACHMENT 4**

**Modification to Prior Project
Assignment for
Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. This approach was memorialized in the Independent Contractor Services Agreement for Title III Support effective as of July 1, 2020 (the "Agreement"), outlined in the Project Assignments in Attachments 1-3.

**Services:**

In regards to support for the Commonwealth Title III proceedings, in addition to the scope agreed to in Attachments 1-3 of the Agreement, from **October 15, 2020 to November 7, 2020** the scope of work shall be modified as follows:

**Activities:**

Additional Activities
*Preparation and maintenance of a Best Interests Test*
- Incorporate updates to legal assumptions from Board's legal counsel as well as any other dependent data updates from other advisors
- Update supporting analyses and approach from prior Best Interest Test to account for most recent certified fiscal plan
- Prepare updated exhibit detailing the analysis and summarizing the outputs and scenario analyses

The Oversight Board and McKinsey explicitly agreed that these additional services were not part of the previously entered into Agreement or the Attachments 1–3 thereto and that the Oversight Board and McKinsey would separately agree any such provision of additional services. This Attachment 4 sets out additional services to support near-term Board priorities related to the Commonwealth Title III proceedings that have now been discussed and agreed as set out above.

Adjustments to Activities Underway
Upon execution of this Amendment, McKinsey will provide a list of activities under the existing project assignment that will be delayed to accommodate these additional services. Board will provide timely feedback for discussion and mutual agreement.

**In Witness Whereof,** the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| By: *Natalie A. Jaresko* | By: *Thomas Dohrmann* |
| Name: Natalie A. Jaresko | Name: Thomas Dohrmann |
| Title: Executive Director | Title: President |

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  February 1, 2021**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto  Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3, and further modified as of October 15, 2020, in Attachment 4 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to further modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Modification to Project Assignment from February 1, 2021 through June 30, 2021, for the fees described herein.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as the Project Assignment is modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| **By:** _____ | **By:** _____ |
| **Name:** _____Natalie A. Jaresko_____ | **Name:** Thomas Dohrmann |
| **Title:** ___Executive Director_____ | **Title:** President |

**ATTACHMENT 5**

**Modification to Project Assignment
for Commonwealth Title III Support**

**Context:**
McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**
In regard to support for the Commonwealth Title III proceedings, from February 1, 2021 to June 30, 2021 the scope of work shall be amended and replaced as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*
- Prepare content, participate in, coordinate and support cross advisor meetings and support stakeholder interactions
- Prepare content, participate in and advise the Oversight Board with respect to future mediation sessions
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 / month |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 | $950,000 / month |
| February 2021 | $1,240,000 / month |
| March 2021 – June 2021 | $1,417,500 / month |

*Note*: fees for July 2020 – January 2021 are provided for historical reference

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

# **EXHIBIT B**

### *Certification of McKinsey Puerto Rico President*
### *Thomas Dohrmann*

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION OF THOMAS DOHRMANN

I, Thomas Dohrmann, hereby declare the following under penalty of perjury:

1.      I am providing consulting services on behalf of McKinsey & Company Puerto Rico Consulting, Inc. related to the above-captioned Title III case;

2.      I have been involved in, and managed the provision of professional services rendered by McKinsey Puerto Rico as strategic consultant to The Financial Oversight And Management Board For Puerto Rico, as representative of Debtors and am generally familiar with the work performed by the Partners, managers, associates, and other persons in the Firm;

3.      The facts set forth in the foregoing Sixteenth Monthly Fee Statement: Commonwealth Title III Support are true and correct to the best of my knowledge, information, and belief;

4.      I have reviewed the Interim Compensation Procedures and believe that McKinsey Puerto Rico's Sixteenth Monthly Fee Statement: Commonwealth Title III Support complies therewith; and

5.      In accordance with Section 11.a. of the Interim Compensation Procedures, I hereby certify as follows:

      i.      No public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the Consulting Agreement (the contract) that is the basis of this invoice;

       ii.       The only consideration for providing services under the Consulting Agreement (the contract) is the payment agreed upon with the authorized representatives of the Debtor;

      iii.       The amount of this invoice is reasonable;

      iv.       The services were rendered, and the corresponding payment has not been made; and

      v.       To the best of my knowledge, McKinsey Puerto Rico does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:        April 1, 2021
               Washington, DC


                        *s/Thomas Dohrmann*
                        Thomas Dohrmann
                        President
                        McKinsey & Company Puerto Rico Consulting, Inc.

# **EXHIBIT C**

***Certification of FOMB Executive Director Natalie Jaresko***

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.

              Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO AUTHORIZING SUBMISSION OF MCKINSEY & COMPANY
PUERTO RICO CONSULTING, INC.'S
MONTHLY FEE STATEMENTS FOR THE MONTH OF OCTOBER 2020**

In accordance with the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket Number 3269, June 6, 2018] ("Interim Compensation Procedures"), I hereby certify as follows:

1.     I am the Executive Director of The Financial Oversight And Management Board For Puerto Rico ("FOMB");

2.     On my authorization, FOMB entered into a consulting agreement with McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") for consulting services in support of the Title III proceedings, which has an Effective Date of July 1, 2020 (the "Consulting Agreement");

3.     McKinsey Puerto Rico has satisfactorily performed and fulfilled its obligations under the Consulting Agreement for the services provided in October 2020 under each of the three (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA"; now, therefore,

4.  Pursuant to Section 11.b. of the Interim Compensation Procedures, McKinsey Puerto Rico is hereby authorized to submit its Monthly Fee Statements for the allowance of compensation for reasonable and necessary strategic consulting services and support provided during the month of October 2020, pursuant to each of the three (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA."

Dated:  November 30, 2020

_____
Natalie Jaresko, Executive Director
The Financial Oversight and
Management Board For Puerto Rico

# EXHIBIT D

### Title III Support for Commonwealth

**October 2020**

**Summary of Work**

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, simplifying the Fiscal Plan process and capability building, targeted expertise in key Fiscal Plan domains, and supporting restructuring and Plan of Adjustment process..

For the Fiscal Plan, the team ran scenario analysis on Disaster Relief Funding rollout as well as conducted analysis on year to date revenue actuals. Additionally,  progress continued on the consolidation of the Fiscal Plan model and the Agency Efficiencies model in order to simplify the model and ease translation between the model and budget

As part of the capability building program, the team conducted weekly workshops were on the different components of the Fiscal Plan (e.g. the model, macroeconomic assumptions). The workshops were designed to enhance FOMB staff capabilities and prepare FOMB staff to fully manage Fiscal Plan update and maintenance process

In terms of targeted expertise, the team reviewed elements of a creditor motion related to Fiscal Plan topics and provided input to FOMB staff and advisors. Additionally, the team prepared materials for board strategy session on macroeconomic projections and revenues.  The team also conducted analyses to support potential update to Best Interests analysis.

**McKinsey Puerto Rico's Commonwealth Title III Team Detailed Activities by Deliverable**

■ Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions

    – Participated in discussion and supported analysis related to revenues actuals, in particular on tracking deferred revenue collections for FY20 and revenue actuals for FY21

    – Continued consolidating the Fiscal Plan and Agency Efficiencies models to simplify comparisons between the Fiscal Plan model and Budget

    – Began updating the Fiscal Plan model structure based on identified improvement opportunities to prepare for upcoming fiscal planning process

    – Prepared analysis of potential changes to Medicaid enrollment

■ Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021

    – Developed proposal for the Fiscal Plan update process  that accounted for the new government, new Board members, and FOMB leadership of the Fiscal Plan process with lower reliance on McKinsey support

- Finalized design of the capability building program, including key performance objectives and activities, and presented to the Chief of Staff and the Head of the CW team  Conducted weekly capability building workshops on key topics, including macroeconomic trends, Fiscal Plan model basics, and expenditures (baseline estimations and expense measures)

- Launched "learning pods" comprised of 2-3 FOMB associates and one McKinsey lead to support capability building efforts; provided coaching, answered questions, and supported individual learning journeys

- Conducted the first simulation exercise with FOMB staff as part of capability building efforts

■ Provide targeted expertise in key Fiscal Plan domains

- Reviewed elements of creditor motion related to fiscal plan topics and provided input to FOMB staff and advisors

- Conducted analysis of potential changes to firefighter reform vs. 2020 Fiscal Plan and proposed potential pathway forward

- Prepared materials for board strategy session on macroeconomic projections and revenues

- Contributed to briefing memo for Board related to various proposed employee benefit expansions being explored as part of the creditor negotiation process

■ Support restructuring and Plan of Adjustment process

- Completed analyses in support of potential update to Best Interests analysis

- Supported drafting fiscal plan sections of potential updated draft disclosure statement

### McKinsey Puerto Rico's Commonwealth Title III Team Detail and Contributions

The McKinsey team was led by Bertil Chappuis, Thomas Dohrmann, Jonathan Davis, Ojas Shah and Todd Wintner, who provided overall strategic guidance and expert input and coordination. Additionally, Associate Partner Sara O'Rourke provided direction to the working team, expert input, and stakeholder management. The team was supported by Brian Latko, who provided expert input on healthcare-related topics. The working team consisted of 2 full-time Engagement Managers (Juan Rebolledo and Rafael Rivera), and 6 full-time Analysts (Antia Vazquez, Ben D Thomas, Luisa Lopez Sanchez, Andrea Pagola, Sharline Mata and Ana Laura Sobalbarro).

■ Bertil Chappuis (Senior Partner – part time – overall strategic direction)

*Week of October 1st to 4th*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls

*Week of October 5th to 11th*
- Managed and coordinated overall work, teams, and client interactions

- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls
- Collaborated on impact analysis around a temporary increase in Puerto Rico's Poverty Line on Medicaid expenditures
- Reviewed and provided input into the team's analysis on revenue actuals as compared to Fiscal Plan forecast

*Week of October 12th to 18th*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls
- Provided insight and feedback on how to further empower FOMB associates in the context of the capability building program

*Week of October 19th to 25th*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls
- Reviewed and complemented the analysis prepared by the team related to creditor questions on the Fiscal Plan with regards to macroeconomic conditions and revenue projections

*Week of October 26th to 31st*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls
- Reviewed analysis regarding MCO contracts
- Participated in the team's debrief of the first simulation of the capability building program providing insight into the design of the second simulation

■ Thomas Dohrmann (Senior Partner – part time – overall strategic direction)

*Week of October 1st to 4th*
- Managed and coordinated overall work, teams, and client interactions
- Reviewed and provided input into skill building materials and training program

*Week of October 5th to 11th*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input into the analysis on year-to-date revenues

*Week of October 12th to 18th*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input into FY21 Fiscal Plan update workplan

*Week of October 19th to 25th*
- Managed and coordinated overall work, teams, and client interactions

- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on Disclosure Statement with new Fiscal Plan information

***Week of October 26th to 31st***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input into materials related to YTD revenue performance for public Board meeting


■   Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms)

***Week of October 1st to 4th***
- Reviewed and provided input into staff capability building materials related to Commonwealth Fiscal Plan
- Analyzed data provided by Hacienda related to delayed FY2020 tax collections and EITC claims

***Week of October 5th to 11th***
- Facilitated capability building program for FOMB staff related to Commonwealth fiscal planning process
- Reviewed analysis of FY20/FY21 revenue performance year to date
- Reviewed and provided feedback on historical analysis of Fiscal Plan revenues
- Reviewed and provided feedback on materials related to Medicaid expenditures and potential changes to eligibility requirements
- Reviewed elements of creditor motion related to Fiscal Plan topics and provided input to FOMB staff and advisors

***Week of October 12th to 18th***
- Reviewed and provided input to Board staff on stakeholder briefing document on multiple Fiscal Plan topics
- Provided input into FY21 Fiscal Plan update workplan, including allocation of work across FOMB staff and advisors
- Analyzed updated CBO baseline data for changes relevant to the Fiscal Plan
- Helped facilitate and answered questions at FOMB staff briefing on Fiscal Plan models and macroeconomic trends
- Conducted briefing with Board staff leadership regarding approach to FY21 Fiscal Plan update and allocation of work across FOMB staff and advisors

***Week of October 19th to 25th***
- Reviewed and provided input related to Fiscal Plan sections of potential disclosure statement revisions
- Reviewed updated inputs from Hacienda regarding YTD revenue performance as well as comparative data from mainland US states
- Reviewed and provided inputs to Board staff on stakeholder briefing related to fiscal plan economic trends

- Participated in discussions on potential updates to best interests analysis and provided input on draft materials

***Week of October 26th to 31st***
- Reviewed and provided feedback on sensitivity analysis showing changes to Fiscal Plan outcomes using different mainland economic inputs
- Led meeting with FOMB staff on revenues performance YTD and outstanding questions requiring input from Hacienda
- Reviewed and provided input into materials related to YTD revenue performance for public Board meeting
- Participated in Board strategy session

■ Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures)

***Week of October 1st to 4th***
- Reviewed and provided input into FOMB staff Commonwealth Fiscal Plan development skill building materials and training program
- Participated in working session regarding structure of Fiscal Plan models

***Week of October 5th to 11th***
- Participated in FOMB staff capability building program related to Commonwealth fiscal planning process
- Reviewed and commented on historical analysis of Fiscal Plan revenues
- Reviewed PSA creditor motion related to Fiscal Plan topics and provided input to FOMB staff and advisors
- Participated in discussions with other FOMB advisors with regards to certain topics raised in the PSA creditor motion

***Week of October 12th to 18th***
- Participated in discussions with McKinsey team and other FOMB advisors regarding certain assumptions in the Fiscal Plan
- Participated in discussion and provided comments regarding FY21 Fiscal Plan update workplan
- Participated in discussions regarding status of POA and revised timelines for new Disclosure Statement

***Week of October 19th to 25th***
- Participated in multiple working sessions with FOMB legal advisors regarding legal assumption updates for potential update to Best Interests analysis
- Participated in multiple working sessions with McKinsey working team regarding refresh for potential update to Best Interests analysis
- Reviewed and provided comments on draft analyses in support of potential update to Best Interests analysis
- Reviewed and provided comments related to fiscal plan sections of potential updated draft disclosure statement

***Week of October 26th to 31st***

- Reviewed and provided comments on updated draft analyses in support of potential update to Best Interests analysis
- Participated in working session with team regarding structure of fiscal plan model and potential enhancements

■ Todd Wintner (Partner – part time – content director on healthcare and education)

***Week of October 5th to 11th***
- Worked with team to model and size potential policy proposals related to Vital program

***Week of October 12th to 18th***
- Worked with team to model and size potential policy proposals related to Vital program based on adjustments in Board policy
- Participated in multiple calls with restructuring advisors to discuss fiscal implications of various proposed employee benefit expansions being explored as part of creditor negotiation process
- Contributed to briefing memo for Board related to various proposed employee benefit expansions being explored as part of the creditor negotiation process
- Reviewed and commented on briefing outlining Board position on recent local health payor legislation (focusing on Certified Fiscal Plan impacts)

***Week of October 19th to 25th***
- Joined team discussions oriented at updating Medicaid fiscal projections in Certified Fiscal Plan

***Week of October 26th to 31st***
- Participated in multiple modelling sessions with team to improve Fiscal Plan projection capabilities related to federal and CW-funded public health costs

■ Brian Latko (Partner – part time – expert on healthcare)

***Week of October 1st to 4th***
- Provided input to Medicaid briefing document for discussion between FOMB, ASES and the Governor's Office
- Reviewed materials submitted by ASES related to retroactive payment adjustments

***Week of October 5th to 11th***
- Provided input on potential waiver for State Plan Amendment authorities relating to executing temporary changes to Medicaid program eligibility

***Week of October 12th to 18th***
- Provided input on administrative processes and timelines associated with enacting a change to Medicaid program eligibility criteria

***Week of October 26th to 31st***
- Reviewed and provided comments on ASES draft submissions related to Medicaid program eligibility changes (e.g., draft SPA, waiver, and other materials submitted)

■   Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan
    and content director on implementation of Fiscal Plan-related topics)

***Week of October 1st to 4th***

- Supported team in developing materials for capability building workshop on Fiscal Plan
  models
- Conducted weekly check in with Commonwealth Director
- Oversaw creation and presentation of individual learning journeys for each FOMB
  associate as part of capability building
- Supported creation of onboarding materials for Gubernatorial candidates
- Supported creation of materials for Board decision on PRPL adjustment within Medicaid

***Week of October 5th to 11th***

- Supported development of materials for creditor mediation, including responses to PSA
  complaint
- Supported preparation materials for Executive Director and Board meeting with
  Governor on Medicaid
- Began drafting proposed 2021 Fiscal Plan certification process workplan for sharing with
  FOMB
- Drafted material for new Board members onboarding sessions
- Conducted analysis of impact of Acts 80,81,82 on Fiscal Plan
- Participated in discussions regarding potential impact of PREPA fiscal plan and
  electricity rates on overall macro environment
- Oversaw analysis regarding potential mechanisms for PRPL extension / cessation in
  collaboration with FOMB attorneys
- Supported creation of short document on major Fiscal Plan assumptions to support
  Executive Director

***Week of October 12th to 18th***

- Provided input on structure of Commonwealth team for Fiscal Plan update process
- Presented on Fiscal Plan macro trends  during FOMB capability building workshop
- Reconciled historical and forward looking Fiscal Plan to budget numbers with EY for
  Board presentation
- Edited gubernatorial candidate briefing documents for Executive Director and Chief of
  Staff
- Oversaw creation of materials on revenue streams and related assumptions for Board
  session
- Joined call on overall macroeconomic trends with Executive Director and economist to
  support approach for Fiscal Plan update
- Joined call with FOMB legal and financial advisors to discuss updated Disclosure
  Statement

***Week of October 19th to 25th***

- Led training for FOMB associates on the baseline projections and measures in the Fiscal
  Plan model

- Shared assumptions on Fiscal Plan procurement reforms and best practices with FOMB legal / procurement team
- Discussed impact of Laws 80, 81, 82 on Fiscal Plan in collaboration with FOMB pension advisors
- Oversaw analysis of potential changes to firefighter reform vs. 2020 Fiscal Plan and determined potential path forward
- Discussed implications of potential new POA agreement and on Best Interests analysis during several sessions with team
- Edited Disclosure Statement with new Fiscal Plan information
- Oversaw creation of presentation and agenda for expenditures capability building workshop

### *Week of October 26th to 31st*
- Attended board strategy session to provide insight and expertise on Fiscal Plan model
- Prepared materials for board strategy session on macroeconomic projections and revenues
- Analyzed impact of new CBO projections for US GDP on Puerto Rico macro environment
- Supported drafting letter to FEMA / COR3 to begin process of updating Disaster Relief Funding estimates
- Supported drafting FAQs for potential POA
- Hosted panel of government transformation experts for PR FOMB staff as part of capability building program
- Provided context on major changes between 2019 and 2020 Fiscal Plan for Executive Director presentation at public meeting


- Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

### *Week of October 1st to 4th*
- Finalized design of the capability building program and developed personalized learning journeys for all FOMB-CW associates
- Developed materials on capability building program for Chief of Staff presentation
  Supported analysis of FY20/FY21 revenue performance year to date
- Oversaw efforts to consolidate the Fiscal Plan and Agency Efficiencies models

### *Week of October 5th to 11th*
- Coordinated capability building workshop on Commonwealth fiscal planning process
- Supported analysis of FY20/FY21 revenue performance year to date
- Supported analysis related to Medicaid expenditures and potential changes to eligibility requirements
- Launched initial "learning pods" sessions for FOMB associates as part of capability building program
- Supported analysis and material preparation on Creditors Motion for the Board

*Week of October 12th to 18th*
- Supported development of FY21 Fiscal Plan update workplan, including allocation of work across FOMB staff and advisors
- Supported analysis on CBO baseline data update and potential impact to the Fiscal Plan
- Helped facilitate FOMB staff briefing on Fiscal Plan models and macroeconomic trends
- Helped facilitate Board staff leadership regarding approach to FY21 Fiscal Plan update and allocation of work across FOMB staff and advisors
- Led analysis of payroll measures regarding Law 80 Firefighters

*Week of October 19th to 25th*
- Drafted Fiscal Plan sections on potential disclosure statement revisions
- Reviewed updated inputs from Hacienda regarding revenues and led analysis comparing data to mainland US states
- Led discussions on updating Medicaid fiscal projections in Certified Fiscal Plan
- Led preparation of the Lean Time Management Survey for FOMB associates to support capability building efforts

*Week of October 26th to 31st*
- Led sensitivity analysis of Fiscal Plan outcomes using different mainland economic inputs (CBO)
- Supported developing material for FOMB staff briefing on revenues performance YTD and outstanding questions for Hacienda
- Supported working sessions to improve Fiscal Plan model projection capabilities related to federal and CW-funded public health costs


■ Rafael Rivera (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

*Week of October 19th to 25th*
- Managed working team responsible for restructuring related topics and Best Interests analysis
- Participated in working session to analyze latest information available on Commonwealth cash balances and projections of working capital requirements
- Participated in working sessions with Board legal advisors to answer questions related to legal chart for potential update to Best Interest analysis
- Supported potential update to Best Interest analysis for Commonwealth, PBA, and ERS

*Week of October 26th to 31st*
- Managed working team responsible for restructuring related topics and Best Interests analysis
- Participated in additional working sessions on Commonwealth cash balances and projections of working capital requirements
- Participated in working sessions with Board legal advisors to continue refining legal chart for potential update to Best Interest analysis
- Reviewed and provided input into potential update to Best Interest analysis for Commonwealth, PBA, and ERS, including both excel model and BIT report

■ Ben D Thomas (Business Analyst – full time – focused on Healthcare measures and expenditures)

*Week of October 1st to 4th*
- Assisted FOMB associate in drafting briefing memo for the Board on health topics

*Week of October 5th to 11th*
- Assisted FOMB associate in finalizing briefing memo for the Board on health topics
- Reviewed health investment estimates in Fiscal Plan document and model to support changes for the next fiscal planning process
- Researched health program waiver options with various experts

*Week of October 12th to 18th*
- Compared historical and current projections of expenditures related to healthcare reinvestments
- Supported FOMB team on identifying key metrics to support Board decisions on the Medicaid program
- Supported FOMB team on developing factual descriptions of different parts of the Medicaid program
- Began working on structural updates to Fiscal Plan model

*Week of October 19th to 25th*
- Reviewed historical and current projections of expenditures related to healthcare reinvestments with leadership
- Supported FOMB team in preparing a formal letter for Board decisions on the Medicaid program
- Finalized tests of structural updates to the Medicaid projections in the Fiscal Plan model

*Week of October 26th to 31st*
- Reviewed list of proposed updates to the Medicaid section of Fiscal Plan model
- Supported FOMB associate in reviewing contract submission from ASES
- Supported FOMB team in preparing for meeting with multiple Government agencies on Medicaid topics
- Began internal review of structural updates to the Medicaid projections in the Fiscal Plan model

■ Antia Vazquez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures)

*Week of October 1st to 4th*
- Co-led the introduction to models capability building workshop for FOMB associates

*Week of October 5th to 11th*
- Worked on identifying updates to Fiscal Plan Model
- Helped prepare simulation exercise for FOMB capability building program

*Week of October 12th to 18th*
- Conducted analysis of revenues actuals vs forecasts
- Conducted analysis of payroll measures relating to Law 80 Firefighters

*Week of October 19th to 25th*
- Continued analysis of revenues actuals vs forecasts
- Helped prepare second simulation exercise for the FOMB capability building program
- Assisted in the preparation of the Lean Time Management Survey for FOMB associates

*Week of October 26th to 31st*
- Worked on finalizing updates to the Fiscal Plan model structure
- Prepared small group sessions on Corrections and Public Safety
- Prepared materials for 2021 Fiscal Plan certification process planning

- Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building)

*Week of October 1st to 4th*
- Oversaw logistics for capability building training sessions for FOMB associates
- Finalized individual learning journeys as part of capability building program and shared with the Commonwealth Director
- Supported "Intro to models" capability building workshop
- Attended weekly review calls on the capability building program with the Commonwealth Director FOMB Chief of Staff
- Supported launch of "learning pods" for all Commonwealth associates and managers

*Week of October 5th to 11th*
- Supported "learning pod" sessions as part of capability building program
- Participated in and prepared materials for weekly check in call on the capability building program with the FOMB Director
- Designed the first assessment for participants in the  capability building program
- Supported logistics for the Macroeconomic trends capability building workshop

*Week of October 12th to 18th*
- Attended capability building workshops
- Developed first simulation exercise for capability building program participants
- Attended weekly "learning pod" sessions and supported internal training
- Co-hosted and prepared materials for weekly check in call with Commonwealth Director on capability building program
- Created internal dashboard to track "learning pods" progress and achievements

*Week of October 19th to 25th*
- Supported capability building workshops, including co-hosting and preparing materials
- Attended weekly "learning pods" sessions as part of capability building program
- Evaluated the first simulation exercise for participants of the capability building program
- Supported headcount analysis related to Acts 80, 81, and 82

*Week of October 26ᵗʰ to 31ˢᵗ*
- Evaluated capability building simulation exercise
- Prepared update materials on the capability building program for the Commonwealth Director
- Conducted Fiscal Plan model review for two FOMB associates
- Developed second simulation exercise  for the capability building program
- Developed plan for small group sessions as part of the capability building program
- Organized capability building panel on how to induce positive change in governments
- Attended learning pods sessions


■   Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues)

*Week of October 1ˢᵗ to 4ᵗʰ*
- Worked on updating Fiscal Plan Model structure
- Supported development of proposal for certification process for Fiscal Plan
- Performed scenario analysis based on changes in Disaster Relief Funding roll-out

*Week of October 5ᵗʰ to 11ᵗʰ*
- Worked on updating the Fiscal Plan model structure
- Participated in two weekly learning pods as part of capability building program
- Prepared materials for the Macro training capability building workshop
- Supported development of proposal for certification process for Fiscal Plan
- Create detailed list of necessary changes / updates to the Fiscal Plan model

*Week of October 12ᵗʰ to 18ᵗʰ*
- Worked on updating Fiscal Plan Model structure
- Helped deliver capability building workshop: Macroeconomic trends and Fiscal Plan model - Macro
- Conducted analysis of General Fund revenue actuals and evaluated new forecast methodology from Hacienda

*Week of October 19ᵗʰ to 25ᵗʰ*
- Conducted analyses for potential update to Best Interests analysis
- Conducted calls with Board legal advisor (Proskauer) to review the Commonwealth legal chart and discuss legal assumptions for  potential update to Best Interests analysis
- Helped prepare materials for September revenue actuals update

*Week of October 26ᵗʰ to 31ˢᵗ*
- Completed analysis on the impact to surplus based on CBO macroeconomic perspective published on September 2020
- Conducted analyses for potential update to Best Interests analysis
- Prepared summary materials on the potential uprate to Best Interests analysis


■   Ana Laura Sobalbarro (Analyst – full time – focused on DRF, macro, and revenues)

*Week of October 1ˢᵗ to 4ᵗʰ*
- Completed scenario analysis on PREPA´s cost share needs to present to FOMB

- Developed overview materials on macro forecast

***Week of October 5th to 11th***
- Completed additional scenario analysis regarding PREPA´s cost share needs to present to FOMB
- Finalized overview materials on macro forecast

***Week of October 12th to 18th***
- Assisted in preparing materials for the Macro & DRF capability building workshop
- Attended Macroeconomic trends capability building workshop

***Week of October 19th to 25th***
- Researched FEMA FAAST initiative
- Collaborated with FOMB team in creating memo to request COR3 data

***Week of October 26th to 31st***
- Assisted with analysis on CBO forecast update and potential impact to Fiscal Plan surplus
- Researched PREPA's upcoming action plan with internal experts
- Assisted in preparing documents for the Revenues capability building workshop


- ■  Sharline Mata (Analyst – full time – focused on DRF and macro)

  ***Week of October 12th to 18th***
  - Assisted in preparing materials for the Macro & DRF capability building workshop
  - Supported Macroeconomic trends capability building workshop

  ***Week of October 19th to 25th***
  - Helped research FEMA FAAST initiative
  - Attended "learning pods" sessions as part of capability building program
  - Collaborated with FOMB team in creating memo to request COR3 data

  ***Week of October 26th to 31st***
  - Assisted with analysis on updated CBO data and potential impact on Fiscal Plan surplus
  - Researched PREPA's upcoming action plan with internal experts
  - Assisted in preparing documents for the Revenues training

# **EXHIBIT E**

### *October 2020 Invoice*

# McKinsey&Company

The Financial Oversight and
Management Board for Puerto Rico
PO Box 195556
San Juan, Puerto Rico 00919-5556

ATTN: Promesa Assistant

accountspayable@promesa.gov

**Invoice No:  PRC-PU0030-6580**

Consulting Agreement
Client for Strategic Consulting support related to
the Title III Cases
Effective Agreement Date: July 1, 2020

Invoice Date: 11/2/2020

Net 30

**FFP Payment Schedule for Commonwealth Services**

**Invoice PoP:** October 1, 2020 – October 31, 2020

|  | Gross Amount | Voluntary Reduction | Total Invoice Payable |
|---|---|---|---|
| Invoice amount for services performed inside Puerto Rico | $       - | $       - | $       - |
| Invoice amount for services performed outside Puerto Rico | $    1,020,000.00 | $    (30,800.00) | $    989,200.00 |
| **Sub-total** | $    1,020,000.00 | $    (30,800.00) | $    989,200.00 |
| SUT1 |  |  | Exempt |
| SUT2 |  |  | Exempt |
| **Total Invoice Payable** |  |  | **$989,200.00** |

**Total Invoice:**     $989,200.00

**McKinsey reserves the right to reissue an invoice to account for changes in applicable taxes.
Please wire transfer payment to:**

| Account Name | MCK & CO PR CONSULTING INC |
|---|---|
| Account Number | ███████ |
| Currency | ███ |
| Branch | ██████ |
| ABA | █████ |
| SWIFT: | ████ |

**Please reference the invoice number and invoice date on your remittance advice.**

For advice or questions on remittances, please contact ████████████

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

**SEVENTEETH MONTHLY FEE STATEMENT OF MCKINSEY & COMPANY
PUERTO RICO CONSULTING, INC. FOR COMPENSATION FOR SERVICES
RENDERED TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF
PUERTO RICO
FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| Name of Professional: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | November 1, 2020 – November 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | **$989,200.00**[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary[3]: | **$0.00** |
| Type of Fee Statement: | Seventeenth Monthly Fee Statement: Commonwealth Title III Support[4] |

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2 McKinsey Puerto Rico is reducing this monthly invoice by $30,800 to reflect a voluntary pricing reduction related to its work that has been discussed with the Board.

3 McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

4 Notice of this Seventeenth Monthly Fee Statement (as defined herein) has been served in accordance with the Interim Compensation Procedures (as defined herein) and objections to payment of the amounts described in this Seventeenth Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Procedures.

1.  Pursuant to the *Interim Compensation Procedures*, first entered by the Court on November 8, 2017 [*First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 1715] and amended on June 6, 2018 [*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 3269] (the "Interim Compensation Procedures"), the applicable provisions of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic consultants to The Financial Oversight And Management Board For Puerto Rico (the "Debtors" or the "Board"), hereby serves this Seventeenth Monthly Fee Statement for the allowance of compensation for reasonable and necessary strategic consulting services and support that McKinsey Puerto Rico provided during the month of November 2020 (the "Fee Period") pursuant to the "Commonwealth Title III Support" Scope of Work ("Commonwealth Title III Scope of Work") of the consulting agreement between McKinsey Puerto Rico and the Board for consulting services in support of the Title III proceedings (with an effective date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement")), attached hereto as <u>Exhibit A</u>. Pursuant to the Interim Compensation Procedures, a Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding compliance with the statutory and legal authority cited above is attached hereto as <u>Exhibit B</u>,

2

and a Certification of Natalie Jaresko, Executive Director of the Board, authorizing the submission of this Seventeenth Monthly Fee Statement, is attached as <u>Exhibit C</u>.

2.    By this Seventeenth Monthly Fee Statement: Commonwealth Title III Support, McKinsey Puerto Rico seeks allowance of compensation for services rendered under the Consulting Agreement during the Fee Period in the amount of $890,280.00 (which equals 90% of the compensation sought herein, in accordance with Section 2.c of the Interim Compensation Order).

### **Summary of Services Rendered During the Fee Period**

3.    During the Fee Period, McKinsey Puerto Rico provided a focused range of professional services as requested by the Board and reflected in the Commonwealth Title III Scope of Work.[5]

4.    Included at <u>Exhibit D</u> is a detailed description of McKinsey Puerto Rico's scope of services, deliverables and team member activities, pursuant to the Commonwealth Title III Scope of Work during the Fee Period. Exhibit D also specifically identifies the McKinsey Puerto Rico team members who performed services during the Fee Period.

5.    Included at <u>Exhibit E</u> is a copy of McKinsey Puerto Rico's monthly invoice for fees incurred during the Fee Period pursuant to the Commonwealth Title III Scope of Work. As reflected in Exhibit E, McKinsey Puerto Rico incurred $989,200.00 in fees during the Fee Period, and now seeks reimbursement for 90% of such fees ($890,280.00).

6.    McKinsey Puerto Rico's fees – as agreed-upon in the Consulting Agreement and reflected in the invoice – are commensurate with the services performed.

---

[5] McKinsey Puerto Rico is simultaneously serving separate monthly fee statements for services rendered pursuant to the other two (2) Scopes of Work under the Consulting Agreement.

7.  The efforts expended by McKinsey Puerto Rico during the Fee Period have been commensurate with the size and complexity of these cases. In rendering these services, McKinsey Puerto Rico has made every effort to maximize the benefit to the Debtors, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

8.  McKinsey Puerto Rico respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Board in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; and (c) the value of such services.

## **Representations**

9.  While every effort has been made to include all fees incurred by McKinsey Puerto Rico during the Fee Period, some fees may not be included in this Seventeenth Monthly Fee Statement: Commonwealth Title III Support due to certain unavoidable delays caused by accounting and processing during the Fee Period. McKinsey Puerto Rico reserves the right to make further application(s) for allowance of such fees not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Procedures.

## **Notice**

10. Notice of this Seventeenth Monthly Fee Statement: Commonwealth Title III Support has been or will be provided by overnight delivery or e-mail to:

  i.  attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison

Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

ii. attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

iii. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

v. the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

vi. attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

vii. attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii. attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix. attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x. the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez,

5

CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Acting Deputy Secretary of the Treasury (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Secretary of the Treasury (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xi.    attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

WHEREFORE, McKinsey Puerto Rico respectfully requests payment by the Debtors of

$890,280.00 representing 90% of its fees incurred during the Fee Period and requested herein.


Dated:        April 1, 2021
              McKinsey & Company Puerto Rico Consulting, Inc.
              Washington DC


                                    *s/ Thomas Dohrmann*
                                    Thomas Dohrmann
                                    President
                                    McKinsey & Company Puerto Rico Consulting, Inc.
                                    1200 19th St NW #1000
                                    Washington, DC 20036
                                    Telephone: (202) 662-3100
                                    Email: Thomas_Dohrmann@McKinsey.com

                                    *Strategic Consultant to the Debtors*

# <u>EXHIBIT A</u>

## *Consulting Agreement*



**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**

**Title III Support**

**EFFECTIVE DATE: July 1, 2020**

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "**Contractor**"). The Board and Contractor hereby agree as follows:

**1.** **Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as *Exhibit A ("Project Assignment")*. Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

**2.** **Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

**3.** **Independent Contractor Relationship.**

**3.1** Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

**3.2** Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

**3.3** Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**     Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**     Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**     Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**     Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**     Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

**4.**     **Nondisclosure.**

**4.1**     **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2**     **Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement. By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and

2

agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

       **4.3**    **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

       **4.4**    **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4.  If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

       **4.5**    **No Improper Use of Information.**  During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

       **4.6**    **Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables

3

or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

5. **Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

6. **Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

7. **No Conflict of Interest.**

7.1. **Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO.

---

[1] For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2] The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3] Disclosures relating to MIO shall be as indicated in the paragraph below.

[4] Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5] Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for*

Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the  avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

      **72.** **During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all

---

*Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

related Project Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

**7.3.   Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

**7.4.   Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

**8.   Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as ***Appendix A*** hereto.

**9.   Term and Termination.**

**9.1   Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2021. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

**9.2   Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

**9.3   Termination by Contractor**. Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

**9.4   Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

**10.   Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service

6

Team shall:

      **10.1**    solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

      **10.2**    hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

      **10.3**    solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

      **10.4**    for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

      **11.**    **Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees.  Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

      **12.**    **Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

      **13.**    **Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees.  Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

      **14.**    **Reasonableness of Restrictions.**

      **14.1**    Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

      **14.2**    In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be

7

automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

**15.    Legal and Equitable Remedies.**

**15.1**    Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

**15.2**    If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

**15.3**    In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

**16.    Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

**17.    Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.    Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.    Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.    Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between

8

the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

By: _Natalie A. Jaresko_

Name _Natalie A. Jaresko_

Title _Executive Director_

MCKINSEY & COMPANY PUERTO RICO CONSULTING
INC

By: _Thomas M Dohrmann_

Name: _Thomas Dohrmann_

Title: President

Address    200 Nineteenth Street,
Floors 0-11
Washington, DC 20036

0

**ATTACHMENT 1**
**Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors

- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:

- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other Commonwealth Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 – June 2021 | $950,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*

- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2022 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*

- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*

- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:

- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that

represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $740,000 / month |
| August 2020 - June 2021 | $326,525 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  - Enhanced performance of the transit system and its performance and fiscal outcomes
  - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  - Governance and management plans to enable delivery of actions
  - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 - June 2021 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.


**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**

By: _Natalie A. Jaresko_____

Name: Natalie A. Jaresko_____

Title: Executive Director_____


**MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC.**

By: _Thomas Dohrmann_____

Name: Thomas Dohrmann_____

Title: President_____

APPENDIX A

[CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.      Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.     Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o  Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper advantage, or otherwise improperly promote the interests of the Board in any respect;

  o  Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

11

- o   Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

- Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

- Trade. Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

- Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law. Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

- Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

- Freely Chosen Employment. No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

- Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor. All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.   Business Practices and Ethics

Contractors must conduct their business interactions and activities with integrity.

- Honesty and Integrity. Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

- Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported

12

by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest. On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board. Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor. In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited. Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment. Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage. Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence. Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest. Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

- Confidentiality, Privacy and Data Security. Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements. Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards. Contractors shall also be subject to an information and data security assessment.

- Media. Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns. Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment. If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

13

[Signature Page Follows]

14

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Code of Conduct:

Contractor Name:  McKinsey & Company Puerto Rico Consulting, Inc.

7/1/2020

Signature of Contractor Authorized Representative          Date

Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

## **APPENDIX B**

### **CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION**

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest:** Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |
| If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:<br><br>Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. | | | |

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received or will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

18

| No. | To the best of your knowledge: | YES | NO |
|-----|--------------------------------|-----|-----|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|--------------------------------|-----|-----|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |

If you answered "yes" to Question 8, please describe the nature of such public debt investments

With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018.

Contractor Name: Mc Ki nsey & Company Puerto Rico Consulting. Inc.

_Cmitry Krivin_

Signat ure of Contr ctor Authorized Representative

7/1/20

Date

Dmitry Krivin

Printed Name and Title of Co ntractor Authorize d Represe ntative

## **SCHEDULE A**

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

2

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

4

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aquasur Corporation

Arc American, Inc.

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

6

Arthur J. Gonzalez

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

7

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

8

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

11

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

12

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

13

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

16

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional CenterCorporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

19

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

20

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

21

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

CSA Architects & Engineers, LLP

22

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

24

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

27

EDUARDO ARTAU GOMEZ

Eduardo Bhatia Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

33

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

36

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GT Fixed Income Fund LP

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Honorable Rosanna López León

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

44

John Santos Russo

Johnjavi Corporation

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

47

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Noel Zamot, Ex-Revitalization Coordinator

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

66

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar            Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Oppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

Pablo Del Valle Rivera

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLUMBING & SEWER CLEANING RUS CORP.

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

76

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

Ramos & Ramos Realty Inc

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

Rodriguez-Parissi & Co., C.S.P.

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Pacheco

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santos Gonzalez Morales

Santos Mulero Sierra

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

87

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María
Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel,
Jorge L. and Jose R. Fuentes-Benejam

89

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE
EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

93

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vazquez Y Pagan Bus Line, Inc.

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

94

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

96

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

## APPENDIX C

### [CONTRACTOR CERTIFICATION REQUIREMENT]

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or

66

indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

67

I certify by my signature below that I have received and reviewed, and am authorized
on Contractor's behalf to agree that Contractor shall abide by this Contractor
Certification Requirement:

Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>    Thomas M Dohrmann    </u>          <u>  7/1/2020  </u>
Signature of Contractor Authorized Representative       Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

<u>APPENDIX D</u>

<u>[FOMB EXPENSE REIMBURSEMENT]</u>

Financial Oversight and Management Board for Puerto Rico
June 30, 2017

Expense Reimbursement Policy

1.   Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the
P<182,- 8*7<@5.U*/ ()1( 3<182 O*O3*8/ꭓ <QQ.7*8/ꭓ /(1QQꭓ 152 7<5(817(<8/ꭓ <Q ()* P<182 O14 3*
required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of
reasonable, defined expenses incurred on authorized Board activities.  Consequently, all
reimbursed expenses must be consistent with a business objective and carried out in a timely and
cost-effective manner.

O).⁄ 9<ꜱ.74 1LLꜱ.*⁄ (< 3<182 O*O3*8/ꭓ <QQ.7*8/ꭓ /(1QQꭓ 152 7<5(817(<8/ꭓ 6)< .57;8 1;()<8.U*2 152
approved travel and other expense items in the context of the Board's business. While exceptions
are not normally permitted, there is clear recognition of certain special business needs. In any
⁄;7) *T7*L(.<51ꜱ ⁄.(;1(.<5/ꭓ 1ꜱꜱ 3<182 O*O3*8/ꭓ <QQ.7*8/ꭓ /(1QQꭓ 152 7<5(817(<8/ꭓ 18* *TL*7(*2 (<
apply a high degree of common sense and good judgment.

2.   Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and
other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the
timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board
to reimburse only reasonable and necessary expenses incurred by board members, officers, staff,
and contractors.

3.   Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the
following principles:

3.1     O).⁄ 9<ꜱ.74 1LLꜱ.*⁄ (< 3<182 O*O3*8/ꭓ <QQ.7*8/ꭓ /(1QQꭓ 152 7<5(817(<8/ꭓ ;52*8(1X.5@ (81?*ꜱ
        other expenses on Board business and for the purposes of this Policy, the term "staff"
        shall mean employees of the Board.

69

3.2   Y( ./ ()* 8*/L<5/.3.E.(4 <Q 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/☐ (< *5/;8* ()* selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

3.3   P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/☐ /)1EE 3* *5(.(E*2 (< 8*.O3;8/*O*5( <Q expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

3.4   Y( ./ ()* 8*/L<5/.3.E.(4 <Q ()* P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/A (< <3(1.5 travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

3.5   The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

4.   Travel Expenses

4.1 Air Travel

4.1.1   Costs for air travel will be reimbursed on an actual cost incurred basis.

4.1.2   a<8 1EE QE.@)(/A 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/☐ 18* 8*V;.8*2 (< (81?*E .5 1 cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

4.1.3   Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

4.1.4   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

70

**4.1.5**  Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**  The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**  Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**  Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**  Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**  Transportation costs during trips associated to Board business will be reimbursed. Board O*O3*8/ʌ <QQ.7*8/ʌ 152 /(1QQ☐ 715 *TL*5/* ()* Q<Ɛ€<6.5@ (815/L<8(1(.<5 7</(/R &- transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**  When travelling to a location other than the Board members, officers, staff, and 7<5(817(<8/W☐ Ɛ<71Ɛ 7.(4ʌ 3;/.5*// O*1Ɛ/ 18* 8*.O3;8/13Ɛ* 31/*2 <5 ()* Q<Ɛ€<6.5@ Ɛ.O.(/R

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2**  If meals are provided during the meeting, only meals not provided can be expensed.

## 5.  Other Expenses

**5.1**  Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6.  Reimbursement of Expense

**6.1**  Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2**  Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3**  Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4**  In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff. Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5**  Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6**  Alcoholic beverages will not be reimbursed under any circumstance.

72

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | *NIA* |

APPENDIX B: Expense Report

Financial Management and Oversight Board for Puerto Rico

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| TOTAL | | $ | $ | $ | $ | $ | $ |

Signature:_____          Date:_____

Approved by:_____          Date:_____

(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE REIMBURSED.

APPENDIX C: Expense Report Approval Authority

74

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

*[Signature Page Follows]*

75

I certify by my signature below that I have received and reviewed, and am authorized on
Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:


Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>


<u>   Thomas Dohrmann              </u>       <u>7/1/2020</u>
Signature of Contractor Authorized Representative       Date



<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  October 15, 2020**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"), created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Project Assignment through November 7, 2020.

The Board agrees that Contractor may delay certain other activities underway pursuant to Attachment 1 to the Agreement ("Scope of Work for Commonwealth Title III Support") in order to accommodate the provision of services described in the attached Project Assignment ("Attachment 4").  The specific activities to be delayed are subject to mutual agreement of the Board and Contractor.

Contractor shall not be entitled to additional compensation as a result of this modification in scope.

In the event that support on the additional activities described in Attachment 4 is required after November 7, 2020, the Parties will discuss and agree on such additional services and the associated compensation and will enter into a further amendment to the Agreement.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| By: _Natalie A Jaresko_ | By: _Thomas Mohrmann_ |
| Name: _Natalie A. Jaresko_ | Name: Thomas Dohrmann |
| Title: _Executive Director_ | Title: President |

**ATTACHMENT 4**

**Modification to Prior Project
Assignment for
Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  This approach was memorialized in the Independent Contractor Services Agreement for Title III Support effective as of July 1, 2020 (the "Agreement"), outlined in the Project Assignments in Attachments 1-3.

**Services:**

In regards to support for the Commonwealth Title III proceedings, in addition to the scope agreed to in Attachments 1-3 of the Agreement, from **October 15, 2020 to November 7, 2020** the scope of work shall be modified as follows:

**Activities:**

Additional Activities
*Preparation and maintenance of a Best Interests Test*
- Incorporate updates to legal assumptions from Board's legal counsel as well as any other dependent data updates from other advisors
- Update supporting analyses and approach from prior Best Interest Test to account for most recent certified fiscal plan
- Prepare updated exhibit detailing the analysis and summarizing the outputs and scenario analyses

The Oversight Board and McKinsey explicitly agreed that these additional services were not part of the previously entered into Agreement or the Attachments 1–3 thereto and that the Oversight Board and McKinsey would separately agree any such provision of additional services.  This Attachment 4 sets out additional services to support near-term Board priorities related to the Commonwealth Title III proceedings that have now been discussed and agreed as set out above.

Adjustments to Activities Underway
Upon execution of this Amendment, McKinsey will provide a list of activities under the existing project assignment that will be delayed to accommodate these additional services. Board will provide timely feedback for discussion and mutual agreement.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

McKINSEY & COMPANY PUERTO RICO
CONSULTING, INC.

By: *Natalie A. Jaresko*

By: *Thomas Dohrmann*

Name: Natalie A. Jaresko

Name: Thomas Dohrmann

Title: Executive Director

Title: President

**AMENDMENT TO
INDEPENDENT CONTRACTOR SERVICES AGREEMENT
McKinsey & Company Puerto Rico Consulting, Inc.
Title III Support**

**Effective Date:  February 1, 2021**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto   Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3, and further modified as of October 15, 2020, in Attachment 4 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to further modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Modification to Project Assignment from February 1, 2021 through June 30, 2021, for the fees described herein.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as the Project Assignment is modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.


**THE FINANCIALOVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO**

By:_____

Name:_____**Natalie A. Jaresko**_____

Title:___**Executive Director**_____


**McKINSEY & COMPANY PUERTO RICO
CONSULTING, INC.**

By:_____

**Name:** Thomas Dohrmann

**Title:**  President

**ATTACHMENT 5**

**Modification to Project Assignment
for Commonwealth Title III Support**

**Context:**
McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**
In regard to support for the Commonwealth Title III proceedings, from February 1, 2021 to June 30, 2021 the scope of work shall be amended and replaced as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*
- Prepare content, participate in, coordinate and support cross advisor meetings and support stakeholder interactions
- Prepare content, participate in and advise the Oversight Board with respect to future mediation sessions
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 / month |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 | $950,000 / month |
| February 2021 | $1,240,000 / month |
| March 2021 – June 2021 | $1,417,500 / month |

*Note*: fees for July 2020 – January 2021 are provided for historical reference

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

# **EXHIBIT B**

***Certification of McKinsey Puerto Rico President
Thomas Dohrmann***

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION OF THOMAS DOHRMANN

I, Thomas Dohrmann, hereby declare the following under penalty of perjury:

1.     I am providing consulting services on behalf of McKinsey & Company Puerto Rico Consulting, Inc. related to the above-captioned Title III case;

2.     I have been involved in, and managed the provision of professional services rendered by McKinsey Puerto Rico as strategic consultant to The Financial Oversight And Management Board For Puerto Rico, as representative of Debtors and am generally familiar with the work performed by the Partners, managers, associates, and other persons in the Firm;

3.     The facts set forth in the foregoing Seventeenth Monthly Fee Statement: Commonwealth Title III Support are true and correct to the best of my knowledge, information, and belief;

4.     I have reviewed the Interim Compensation Procedures and believe that McKinsey Puerto Rico's Seventeenth Monthly Fee Statement: Commonwealth Title III Support complies therewith; and

5.     In accordance with Section 11.a. of the Interim Compensation Procedures, I hereby certify as follows:

     i.     No public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the Consulting Agreement (the contract) that is the basis of this invoice;

ii.       The only consideration for providing services under the Consulting Agreement (the contract) is the payment agreed upon with the authorized representatives of the Debtor;

iii.     The amount of this invoice is reasonable;

iv.     The services were rendered, and the corresponding payment has not been made; and

v.      To the best of my knowledge, McKinsey Puerto Rico does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:       April 1, 2021
Washington, DC


*s/Thomas Dohrmann*
Thomas Dohrmann
President
McKinsey & Company Puerto Rico Consulting, Inc.

10

# **EXHIBIT C**

### *Certification of FOMB Executive Director Natalie Jaresko*

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.

             Debtors.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
## FOR PUERTO RICO AUTHORIZING SUBMISSION OF MCKINSEY & COMPANY
## PUERTO RICO CONSULTING, INC.'S
## MONTHLY FEE STATEMENTS FOR THE MONTH OF NOVEMBER 2020

In accordance with the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket Number 3269, June 6, 2018] ("Interim Compensation Procedures"), I hereby certify as follows:

1.     I am the Executive Director of The Financial Oversight And Management Board For Puerto Rico ("FOMB");

2.     On my authorization, FOMB entered into a consulting agreement with McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") for consulting services in support of the Title III proceedings, which has an Effective Date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement");

3.     McKinsey Puerto Rico has satisfactorily performed and fulfilled its obligations under the Consulting Agreement for the services provided in November 2020 under each of the three (3) Project Assignments of the Consulting Agreement, namely, "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA"; now, therefore,

4.      Pursuant to Section 11.b. of the Interim Compensation Procedures, McKinsey Puerto Rico
is hereby authorized to submit its Monthly Fee Statements for the allowance of
compensation for reasonable and necessary strategic consulting services and support
provided during the month of November 2020, pursuant to each of the three (3) Project
Assignments of the Consulting Agreement, namely "Commonwealth Title III Support",
"Title III Support for PREPA", and "Title III Support for HTA."

Dated:  March 30, 2021

Natalie Jaresko, Executive Director
The Financial Oversight and
Management Board For Puerto Rico

# EXHIBIT D

### Title III Support for Commonwealth

### November 2020

**Summary of Work**

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, simplifying the Fiscal Plan process and capability building, targeted expertise in key fiscal plan domains, and supporting restructuring and Plan of Adjustment process. McKinsey Puerto Rico's work on the Fiscal Plan modeling and integration centered on finalizing and sharing the updated format of the Fiscal Plan model for review with FOMB staff. The FOMB staff capability building continued with several extended workshops. In addition, the team continued to provide targeted expertise on topics such as healthcare and economic growth and supported the other FOMB advisors with regards to responses to questions emerging from ongoing stakeholder interactions. The team also conducted analyses to support potential update to Best Interests analysis.

For the Fiscal Plan, the team conducted scenario analysis on SUT revenues based on economic growth assumptions. Additionally, the team completed initial version of updated Fiscal Plan model structure. The new structure consolidates the Fiscal Plan model and the Agency Efficiencies model in order to simplify the model and ease translation between the model and budget.

For the capability building program, FOMB participants continued participating in weekly learning pod sessions, small group workshops focused on their specific agencies, and conducting two interactive simulation exercises.

In terms of targeted expertise, the team provided support to the Board as they engaged in mediation activities. Additionally, the team developed analysis of historical average federal funding for the Medicaid program.

**McKinsey Puerto Rico's Commonwealth Title III Team Detailed Activities by Deliverable**

- Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions
  - Helped develop the strategy for the Fiscal Plan 2021 Word Document
  - Shared initial draft of updated Fiscal Plan Model with FOMB staff, which incorporates the Agency Efficiency Model and includes increased granularity
  - Conducted SUT scenario analysis based on economic growth assumptions
  - Supported the analysis of year to date revenues and attended weekly meetings with Hacienda
- Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021
  - Launched Time Management Survey for FOMB staff

- – Conducted second simulation exercise to evaluate capability building progress
- – Conducted 14 small group workshops with FOMB Associates to strengthen capabilities around Agencies expenditures and measures
- ■ Provide targeted expertise in key Fiscal Plan domains
  - – Reviewed the CDBG Action Plan Draft to confirm concordance with the 2020 CFP
  - – Created analysis of growth in the Fiscal Plan at FOMB request, including impact of Disaster Relief Funding, Structural Reforms, and investments
  - – Developed analysis of historical average federal funding for the Medicaid program
  - – Prepared materials to support mediation activities
  - – Developed scenario analysis for impact on projected tax revenues of increased Medicaid federal funding and changes to measures
- ■ Support restructuring and Plan of Adjustment process
  - – Completed analyses in support of potential update to Best Interests analysis
  - – Created analysis of growth in the Fiscal Plan at FOMB request, including impact of Disaster

## McKinsey Puerto Rico's Commonwealth Title III Team Detail and Contributions

The McKinsey team was led by Bertil Chappuis, Thomas Dohrmann, Jonathan Davis, Ojas Shah and Todd Wintner, who provided overall strategic guidance and expert input and coordination. Additionally, Associate Partner Sara O'Rourke provided direction to the working team, expert input, and stakeholder management. The team was supported by Brian Latko, who provided expert input on healthcare-related topics. The working team consisted of 2 full-time Engagement Managers (Juan Rebolledo and Rafael Rivera), and 7 full-time Analysts (Antia Vazquez, Ben D Thomas, Luisa Lopez Sanchez, Andrea Pagola, Sharline Mata, Fernanda Hernandez and Ana Laura Sobalbarro).

- ■ Bertil Chappuis (Senior Partner – part time – overall strategic direction)

  *Week of November 1st to 8th*
  - • Managed and coordinated overall work, teams, and client interactions
  - • Provided context and issue awareness to guide all work across teams
  - • Attended weekly Board sessions and other FOMB advisor calls
  - • Reviewed and revised the proposed update process for the 2021 Fiscal Plan
  - • Oversaw the plan for the new Fiscal Plan model diligence in preparation for sharing with FOMB

  *Week of November 9th to 15th*
  - • Managed and coordinated overall work, teams, and client interactions
  - • Provided context and issue awareness to guide all work across teams
  - • Attended weekly Board sessions and other FOMB advisor calls

- Led the discussion stemming from the analysis around the FCC expenditure impact in Puerto Rico
- Reviewed scenario analysis around changes to the PMPM and PRPL related to Medicaid expenditures

***Week of November 16th to 22nd***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls
- Reviewed and provided input into analysis of FY21 revenues year to date for public meeting

***Week of November 23th to 29th***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls
- Guided and reviewed documentation and analysis prepared in response to creditor critiques

***Week of November 30th***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls


- ■ Thomas Dohrmann (Senior Partner – part time – overall strategic direction)

  ***Week of November 1st to 8th***
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Reviewed and provided input on Fiscal Plan process planning

  ***Week of November 9th to 15th***
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Provided guidance on preparations for FOMB staff session on successful government transformations

  ***Week of November 16th to 22nd***
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Reviewed and provided on Board document on Govt PRPL adjustment proposal

  ***Week of November 23th to 29th***
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Reviewed and provided input into analysis of creditor feedback on Certified Fiscal Plan

*Week of November 30th*
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on draft Fiscal Plan sensitivity analyses


■ Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms)

*Week of November 1st to 8th*
- Reviewed materials for and provided input into session on FY21 fiscal plan update; prepared with Board Chiefs of Staff
- Led discussion with Executive Director on approach to FY21 fiscal plan update process, including approach to continued growth in Board staff responsibilities
- Reviewed and provided input into data request for additional information on unclassified general fund tax revenues

*Week of November 9th to 15th*
- Reviewed and provided input into proposed process for managing updates to the Fiscal Plan document for FY21 across FOMB staff and advisors
- Presented in session for FOMB staff on case examples of successful government transformations
- Participated in working session with Board economist and advisors on NAP and work requirements
- Reviewed materials related to historical Medicaid funding trends
- Reviewed and provided input into monthly economic update for Executive Director

*Week of November 16th to 22nd*
- Participated in briefing for Executive Director on historical Medicaid trends
- Reviewed and provided input into summary of growth inducing elements of the fiscal plan
- Reviewed and provided input into analysis of FY21 revenues YTD for public meeting
- Provided briefing materials to Board staff regarding Act 154 fiscal plan assumptions

*Week of November 23th to 29th*
- Reviewed and provided input into analysis of creditor feedback on Commonwealth Fiscal Plan
- Participated in multiple problem solving sessions related to specific elements of Creditor feedback focused on Fiscal Plan economic and revenue projections

*Week of November 30th*
- Reviewed and provided input into sensitivity analyses showing impact on Fiscal Plan trajectory given varying assumptions related to economic growth and federal funds


■ Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures)

*Week of November 1st to 8th*
- Reviewed and commented on materials for session on FY21 fiscal plan update
- Participate in working sessions with team regarding Fiscal Plan process planning

*Week of November 9th to 15th*
- Reviewed and commented on proposed process for managing updates to the Fiscal Plan document for FY21 across FOMB staff and advisors
- Reviewed and commented on draft Fiscal Plan model structure
- Participated in working session on Fiscal Plan model structure

*Week of November 16th to 22nd*
- Reviewed and comments on analysis of fiscal plan growth drivers
- Participated in working session regarding FOMB capability building

*Week of November 23th to 29th*
- Reviewed and commented on analysis of creditor critique on Commonwealth Fiscal Plan
- Participated in several working sessions related to specific elements of creditor critique on Fiscal Plan economic and revenue projections

*Week of November 30th*
- Reviewed and commented on draft Fiscal Plan sensitivity analyses
- Participated in working session to review initial draft Fiscal Plan sensitivity analysis outputs

- Todd Wintner (Partner – part time – content director on healthcare and education)

  *Week of November 1st to 8th*
  - Reviewed and discussed multiple proposed changes to the Fiscal Plan model related to public healthcare expenditures

  *Week of November 9th to 15th*
  - Supported team in developing fact base on historic levels of federal funding for Puerto Rico's public healthcare program
  - Reviewed and analyzed latest government submission related to fiscal impacts of proposed Medicaid eligibility changes
  - Provided feedback on FOMB submission to public health insurance agency requesting additional information on proposed Medicaid eligibility changes

  *Week of November 16th to 22nd*
  - Conducted detailed review and provided feedback on updates to Fiscal Plan model related to public healthcare expenditures

  *Week of November 23th to 29th*
  - Briefed FOMB leadership on budgetary impacts of recent MCO contract amendments

- Brian Latko (Partner – part time – expert on healthcare)

***Week of November 1st to 8th***
- Reviewed and commented on government submissions related to regulatory materials for PRPL change and related changes to MCO contracts

***Week of November 9th to 15th***
- Provided input on FOMB responses to government on healthcare-related legislation and its impact on the Fiscal Plan

***Week of November 16th to 22nd***
- Provided additional input on FOMB responses to government on healthcare-related legislation and its impact on the Fiscal Plan

- Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics)

***Week of November 1st to 8th***
- Kicked off Fiscal Plan proposed operating model with Chiefs of Staff
- Hosted macroeconomic & DRF onboarding sessions with FOMB associates
- Hosted weekly capability building touchpoint with CW Director
- Supported analysis of PRPL documentation provided by ASES
- Held discussion on goals of capability building plan and proposed new operating model with FOMB

***Week of November 9th to 15th***
- Hosted weekly capability building touchpoint with CW Director
- Discussed FOMB latest information on NAP work requirement reform and implications for economic growth
- Co-hosted capability building panel on how to drive positive change in government with McKinsey experts
- Identified potential impact of FCC funding in Puerto Rico and relation to CW funding for telecom
- Analyzed average federal funding for Medicaid over last 5-10 years
- Compiled list of structural reforms previously included in past FPs (but no longer in FP) to inform Executive Director decision making

***Week of November 16th to 22nd***
- Hosted weekly capability building touchpoint with CW Director
- Provided context on pro-growth components of Fiscal Plan and potential trajectory of Puerto Rico growth to date for Board session
- Put together list of core externally facing milestones for Fiscal Plan process that accounted for Government transition
- Oversaw creation of comprehensive "measures list" so FOMB associates can easily identify savings needed on annual basis
- Oversaw creation of board document on Govt PRPL adjustment proposal and potential implications for health system

***Week of November 23th to 29th***
- Hosted weekly capability building touchpoint with CW Director

- Supported creation of end-to-end document across all advisors that provided responses to creditor questions
- Began running various scenarios on potential SUT outperformance
- Supported creation of summary on all FP measures, incremental impact on budget, and responsible agency

### Week of November 30th
- Hosted weekly capability building touchpoint with CW Director
- Supported analysis of underspend within government to identify potential outperformance in FY20 relating to COVID-19
- Finalized analysis of FP measures and implications on budget
- Supported refinement of response to creditor critique based on input from Executive Director

- ■ Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

### Week of November 1st to 8th
- Developed proposal for Executive Director on approach to FY21 fiscal plan update process, including increase in Board staff responsibilities
- Orchestrated data request for additional information on unclassified general fund tax revenues
- Participated as team lead and coach in the Benchmarking training workshop for FOMB associates
- Hosted the second workshop with FOMB associates on the Introduction to Macroeconomics in the Fiscal Plan Model

### Week of November 9th to 15th
- Further refined process for managing updates to the Fiscal Plan document for FY21 across FOMB staff and advisors
- Moderated and presented during FOMB staff session on case examples of successful government transformations
- Hosted the capability building workshop on Revenues: Baseline and Measures
- Participated in working session with Board economist and advisors on NAP and work requirements
- Aided in the analysis related to historical Medicaid funding trends
- Audited the re-structured Fiscal Plan model to ensure it matched the Certified Fiscal Plan Model

### Week of November 16th to 22nd
- Participated in briefing for Executive Director on historical Medicaid trends
- Launched simulation exercise for FOMB CW associates as part of the capability building program
- Reviewed and provided input into analysis of FY21 revenues year to date for public meeting
- Led analysis of  Procurement Measures in the Fiscal Plan for FOMB Legal Team

- Reviewed and provided feedback on the time management survey for final submission and distribution

*Week of November 23rd to 29th*
- Generated analysis of creditor feedback on Commonwealth Fiscal Plan
- Participated in multiple discussion sessions related to specific elements of creditor feedback, with focus on fiscal plan economic and revenue projections
- Led scenario analysis for impact of increased Medicaid federal funding and changes to measures on projected tax revenues

*Week of November 30th*
- Reviewed and gave feedback on Fiscal Plan process proposal


- Rafael Rivera (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

  *Week of November 1st to 8th*
  - Managed working team responsible for restructuring related topics and Best Interests analysis
  - Supported potential update to Best Interest analysis for Commonwealth, PBA, and ERS


- Ben D Thomas (Business Analyst – full time – focused on Healthcare measures and expenditures)

  *Week of November 1st to 8th*
  - Led break-out group for workshop on benchmarking
  - Completed internal review of structural updates to the Medicaid projections in the Fiscal Plan model
  - Supported FOMB team on Medicaid update concerning PRPL proposal
  - Assisted FOMB associate in analyzing Government submission on expenditure projections for Medicaid with PRPL proposal

  *Week of November 9th to 15th*
  - Led small group session for capability building program on Healthcare and Medicaid
  - Conducted internal audit of updated Fiscal Plan model structure
  - Supported FOMB associate in onboarding new team member for Healthcare reform measures
  - Conducted analysis of historical average federal funding for the Medicaid program

  *Week of November 16th to 22nd*
  - Finalized analysis of historical average federal funding for the Medicaid program
  - Supported FOMB associate in reviewing and analyzing Government submission on Medicaid projections
  - Supported FOMB team in preparing summary briefing document for the Board on Medicaid topics

*Week of November 23ᵗʰ to 29ᵗʰ*
- Reviewed creditor questions on the Fiscal Plan related to Medicaid program
- Completed supporting analyses for response to Fiscal Plan questions
- Developed scenario analysis for impact of increased Medicaid federal funding and changes to measures on projected tax revenues

*Week of November 30ᵗʰ*
- Led small group session on Medicaid tabs in the Fiscal Plan model


- Antia Vazquez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures)

  *Week of November 1ˢᵗ to 8ᵗʰ*
  - Finalized changes to the 2020 Fiscal Plan model structure
  - Conducted small group sessions for the capability building program
  - Helped refine proposed operating model for the Fiscal Plan certification process

  *Week of November 9ᵗʰ to 15ᵗʰ*
  - Conducted small group sessions for the capability building program
  - Worked to audit the re-structured Fiscal Plan model to ensure it matched the Certified Fiscal Plan model

  *Week of November 16ᵗʰ to 22ⁿᵈ*
  - Conducted small group sessions for the capability building program
  - Helped refine proposed operating model for the Fiscal Plan update process
  - Prepared overview of Procurement Measures in the Fiscal Plan for FOMB Legal Team

  *Week of November 23ᵗʰ to 29ᵗʰ*
  - Conducted small group sessions for the capability building program

  *Week of November 30ᵗʰ*
  - Conducted small group sessions for the capability building program
  - Participated in feedback review sessions for the re-structured Fiscal Plan model
  - Hosted office hours for FOMB Associates as part of the capability building program final simulation exercise


- Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building)

  *Week of November 1ˢᵗ to 8ᵗʰ*
  - Co-facilitated Benchmarking workshop as part of capability building program
  - Organized and attended the second session of the Intro to Macroeconomic trends and Disaster Relief Fund workshop
  - Co-facilitated the PRDE small group session and participated in weekly learning pods sessions as part of capability building program
  - Developed preparation materials for panelist participating in workshop on how to induce positive change in government
  - Developed a proposal for the Interim Fiscal Plan update

*Week of November 9th to 15th*
- Attended Panel on how to induce positive change in governments
- Co-hosted  four small group sessions and attended weekly learning pods sessions as part of capability building program
- Co-hosted revenues workshop as part of capability building program
- Prepared materials for weekly check-in call with CW Director
- Helped organize the Interim Fiscal Plan update

*Week of November 16th to 22nd*
- Co-hosted 4 small group sessions and attended weekly learning pods sessions as part of capability building program
- Co-hosted Fiscal Plan Update kickoff session
- Finalized and launched time management survey
- Assisted with the Fiscal Plan to Budget model
- Supported and evaluated FOMB associates with the Fiscal Plan Update simulation exercise

*Week of November 23th to 29th*
- Conducted small group sessions for the FOMB capability building program

*Week of November 30th*
- Supported FOMB Associates on final simulation exercise as part of the capability building program


■  Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues)

*Week of November 1st to 8th*
- Attended weekly learning pod session
- Refined the process to finalize the structural updates to the Fiscal Plan model
- Prepared materials for the Revenues capability building workshop
- Developed analysis comparing the impact on surplus from updates made to the Fiscal Plan during certification process

*Week of November 9th to 15th*
- Worked on the updated structure of the Fiscal Plan model
- Participated in a small group session, workshops, and learning pod session as part of capability building program
- Drafted a letter to request information on revenues to Hacienda

*Week of November 16th to 22nd*
- Supported analysis to clarify growth levers included in 2020 Certified Fiscal Plan
- Attended learning pod session as part of capability building program
- Conducted analysis on Disaster Relief Fund and Structural reforms impact on Fiscal Plan revenues and surplus

*Week of November 23th to 29th*
- Supported analysis and documentation of response to Creditors' critique to the Fiscal Plan

- Modeled various growth scenarios to estimate impact on SUT-related revenues in 2020 Fiscal Plan model

*Week of November 30th*
- Worked on completing structural changes to the Fiscal Plan model
- Created month-end report for the client detailing status of key monthly activities and priorities for following month

■ Ana Laura Sobalbarro (Analyst – full time – focused on DRF, macro, and revenues)

*Week of November 1st to 8th*
- Helped prepare materials for capability building program workshop
- Supported development of month-end report for the client detailing status of key monthly activities and priorities for following month

■ Sharline Mata (Analyst – full time – focused on DRF and macro)

*Week of November 1st to 8th*
- Helped prepare materials for the Revenues capability program workshop
- Supported development of month-end report for the client detailing status of key monthly activities and priorities for following month Participated in the second Macro capability building workshop for FOMB associates

*Week of November 9th to 15th*
- Attended the FOMB Education Webinar
- Drafted a letter to request Disaster Relief Fund information to COR3 on behalf of the Board

*Week of November 16th to 22nd*
- Supported analysis and creation of a document to clarify growth levers included in 2020 Certified Fiscal Plan
- Collaborated on analysis on Disaster Relief Fund and Structural reforms impact on revenues and surplus

*Week of November 23th to 29th*
- Supported analysis and documentation of response to creditors' critique to the Fiscal Plan

■ Fernanda Hernandez (Business Analyst – full time – focused on DRF and macro)

*Week of November 16th to 22nd*
- Supported analysis and creation of a document to clarify growth levers included in 2020 Certified Fiscal Plan
- Attended Interim Fiscal Plan Update Kickoff session
- Joined call with Andrew Wolfe to discuss impact of structural reforms on 2020 Certified Fiscal Plan

- Attended discussion session with FOMB macroeconomic and revenues team members and other Board advisors (EY) to support analysis of the impact of growth levers on 2020 Certified Fiscal Plan

***Week of November 23rd to 29th***

- Supported analysis and documentation of response to creditors' challenges to 2020 Certified Fiscal Plan
- Joined call with Andrew Wolfe to discuss analysis of growth scenarios on SUT-related revenues
- Supported modeling growth scenarios to estimate impact on SUT-related revenues in 2020 Fiscal Plan model

# EXHIBIT E

### *November 2020 Invoice*

McKinsey&Company

The Financial Oversight and
Management Board for Puerto Rico
PO Box 195556
San Juan, Puerto Rico 00919-5556

ATTN: Promesa Assistant

accountspayable@promesa.gov

**Invoice No:  PRC-5091MF-6704**

Consulting Agreement
Client for Strategic Consulting support related to
the Title III Cases
Effective Agreement Date: July 1, 2020

Invoice Date: 12/18/2020

Net 30

**FFP Payment Schedule for Commonwealth Services**

**Invoice PoP:** November 1, 2020 – November 30, 2020

|  |  | Gross Amount | Voluntary Reduction | Total Invoice Payable |
|---|---|---|---|---|
| Invoice amount for services performed inside Puerto Rico | $ | - | $ - | $ - |
| Invoice amount for services performed outside Puerto Rico | $ | 1,020,000.00 | $ (30,800.00) | $ 989,200.00 |
| Sub-total | $ | 1,020,000.00 | $ (30,800.00) | $ 989,200.00 |
| SUT1 |  |  |  | Exempt |
| SUT2 |  |  |  | Exempt |
| Total Invoice Payable |  |  |  | **$989,200.00** |

**Total Invoice:**        **$989,200.00**

**McKinsey reserves the right to reissue an invoice to account for changes in applicable taxes.
Please wire transfer payment to:**

| Account Name | MCK & CO PR CONSULTING INC |
|---|---|
| Account Number | ■■■■■■ |
| Currency | ■■■■■■ |
| Branch | ■■■■■■ |
| ABA | ■■■■■■ |
| SWIFT: | ■■■■■■ |

**Please reference the invoice number and invoice date on your remittance advice.**

For advice or questions on remittances, please contact ■■■■■■

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

------------------------------------------------------------x

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**EIGHTEENTH MONTHLY FEE STATEMENT OF MCKINSEY & COMPANY**
**PUERTO RICO CONSULTING, INC. FOR COMPENSATION FOR SERVICES**
**RENDERED TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR**
**PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF**
**PUERTO RICO**
**FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Professional: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | December 1, 2020 – December 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | **$782,850.00**[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary[3]: | **$0.00** |
| Type of Fee Statement: | Eighteenth Monthly Fee Statement: Commonwealth Title III Support[4] |

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2 McKinsey Puerto Rico is reducing this monthly invoice by $24,650.00 to reflect a voluntary pricing reduction related to its work that has been discussed with the Board.

3 McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

4 Notice of this Eighteenth Monthly Fee Statement (as defined herein) has been served in accordance with the Interim Compensation Procedures (as defined herein) and objections to payment of the amounts described in this Eighteenth Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Procedures.

1.   Pursuant to the *Interim Compensation Procedures*, first entered by the Court on November 8, 2017 [*First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 1715] and amended on June 6, 2018 [*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 3269] (the "Interim Compensation Procedures"), the applicable provisions of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic consultants to The Financial Oversight And Management Board For Puerto Rico (the "Debtors" or the "Board"), hereby serves this Eighteenth Monthly Fee Statement for the allowance of compensation for reasonable and necessary strategic consulting services and support that McKinsey Puerto Rico provided during the month of December 2020 (the "Fee Period") pursuant to the "Commonwealth Title III Support" Scope of Work ("Commonwealth Title III Scope of Work") of the consulting agreement between McKinsey Puerto Rico and the Board for consulting services in support of the Title III proceedings (with an effective date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement")), attached hereto as <u>Exhibit A</u>. Pursuant to the Interim Compensation Procedures, a Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding compliance with the statutory and legal authority cited above is attached hereto as <u>Exhibit B</u>,

2

and a Certification of Natalie Jaresko, Executive Director of the Board, authorizing the submission of this Eighteenth Monthly Fee Statement, is attached as <u>Exhibit C</u>.

2. By this Eighteenth Monthly Fee Statement: Commonwealth Title III Support, McKinsey Puerto Rico seeks allowance of compensation for services rendered under the Consulting Agreement during the Fee Period in the amount of $704,565.00 (which equals 90% of the compensation sought herein, in accordance with Section 2.c of the Interim Compensation Order).

**<u>Summary of Services Rendered During the Fee Period</u>**

3. During the Fee Period, McKinsey Puerto Rico provided a focused range of professional services as requested by the Board and reflected in the Commonwealth Title III Scope of Work.[5]

4. Included at <u>Exhibit D</u> is a detailed description of McKinsey Puerto Rico's scope of services, deliverables and team member activities, pursuant to the Commonwealth Title III Scope of Work during the Fee Period. Exhibit D also specifically identifies the McKinsey Puerto Rico team members who performed services during the Fee Period.

5. Included at <u>Exhibit E</u> is a copy of McKinsey Puerto Rico's monthly invoice for fees incurred during the Fee Period pursuant to the Commonwealth Title III Scope of Work. As reflected in Exhibit E, McKinsey Puerto Rico incurred $782,850.00 in fees during the Fee Period, and now seeks reimbursement for 90% of such fees ($704,565.00).

6. McKinsey Puerto Rico's fees – as agreed-upon in the Consulting Agreement and reflected in the invoice – are commensurate with the services performed.

---

[5] McKinsey Puerto Rico is simultaneously serving separate monthly fee statements for services rendered pursuant to the other two (2) Scopes of Work under the Consulting Agreement.

7.  The efforts expended by McKinsey Puerto Rico during the Fee Period have been commensurate with the size and complexity of these cases. In rendering these services, McKinsey Puerto Rico has made every effort to maximize the benefit to the Debtors, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

8.  McKinsey Puerto Rico respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Board in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; and (c) the value of such services.

## Representations

9.  While every effort has been made to include all fees incurred by McKinsey Puerto Rico during the Fee Period, some fees may not be included in this Eighteenth Monthly Fee Statement: Commonwealth Title III Support due to certain unavoidable delays caused by accounting and processing during the Fee Period. McKinsey Puerto Rico reserves the right to make further application(s) for allowance of such fees not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Procedures.

## Notice

10. Notice of this Eighteenth Monthly Fee Statement: Commonwealth Title III Support has been or will be provided by overnight delivery or e-mail to:

> i.  attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq.

4

(ppossinger@proskauer.com);

ii.  attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

iii.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

v.  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

vi.  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

vii.  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii.  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

5

x.    the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR
00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central
Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez,
CPA, Assistant Secretary of Central Accounting
(Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Acting
Deputy Secretary of the Treasury (angel.pantoja@hacienda.pr.gov);
Francisco Parés Alicea, Secretary of the Treasury
(francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA,
Assistant Secretary of the Treasury (Franciso.Pena@hacienda.pr.gov);

xi.    attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce
de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn:
Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.   attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main
Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@gklaw.com).

11.    WHEREFORE, McKinsey Puerto Rico respectfully requests payment by the Debtors of

$704,565.00 representing 90% of its fees incurred during the Fee Period and requested herein.

Dated:     April 1, 2021
McKinsey & Company Puerto Rico Consulting, Inc.
Washington DC


  _s/ Thomas Dohrmann_____
Thomas Dohrmann
President
McKinsey & Company Puerto Rico Consulting, Inc.
1200 19th St NW #1000
Washington, DC 20036
Telephone: (202) 662-3100
Email: Thomas_Dohrmann@McKinsey.com

*Strategic Consultant to the Debtors*

# **EXHIBIT A**

## *Consulting Agreement*



**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**

**Title III Support**

**EFFECTIVE DATE: July 1, 2020**

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. **(**the "**Contractor**"). The Board and Contractor hereby agree as follows:

1. **Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as ***Exhibit A ("Project Assignment")***. Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

2. **Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

3. **Independent Contractor Relationship.**

   3.1 Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

   3.2 Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

   3.3 Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**      Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**      Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**      Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**      Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**      Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

**4.**      **Nondisclosure.**

**4.1**      **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2**      **Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement.  By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and

2

agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

   **4.3**   **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

   **4.4**   **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4. If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

   **4.5**   **No Improper Use of Information.** During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

   **4.6**   **Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables

3

or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

**5.     Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**6.     Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**7.     No Conflict of Interest.**

**7.1.    Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO.

---

[1] For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.
[2] The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.
[3] Disclosures relating to MIO shall be as indicated in the paragraph below.
[4] Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.
[5] Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for*

Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the  avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

      **7.2  During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all

---

*Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

related Project Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

**7.3.   Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

**7.4.   Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

**8.   Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as ***Appendix A*** hereto.

**9.   Term and Termination.**

**9.1   Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2021. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

**9.2   Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

**9.3   Termination by Contractor**. Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

**9.4   Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

**10.  Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service

6

Team shall:

>   **10.1**     solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

>   **10.2**     hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

>   **10.3**     solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

>   **10.4**     for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

>   **11.    Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees. Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

>   **12.    Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

>   **13.    Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees. Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

>   **14.    Reasonableness of Restrictions.**

>   **14.1**     Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

>   **14.2**     In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be

7

automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

**15.** **Legal and Equitable Remedies.**

**15.1** Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

**15.2** If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

**15.3** In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

**16.** **Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

**17.** **Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.** **Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.** **Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.** **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between

the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

By: _____

Name Natalie A. Jaresko

Title Executive Director

MCKINSEY & COMPANY PUERTO RICO CONSULTING
INC

By: _____

Name: Thomas Dohrmann

Title: President

Address    200 Nineteenth Street,
               Floors 0-11
               Washington, DC 20036

**ATTACHMENT 1**
**Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors

- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:

- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other Commonwealth Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 – June 2021 | $950,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2022 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:
- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that

represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $740,000 / month |
| August 2020 - June 2021 | $326,525 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
    - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
    - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
    - Enhanced performance of the transit system and its performance and fiscal outcomes
    - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
    - Governance and management plans to enable delivery of actions
    - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 - June 2021 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first
written above.


THE FINANCIAL OVERSIGHT AND                        MCKINSEY & COMPANY PUERTO RICO
MANAGEMENT BOARD FOR PUERTO RICO                   CONSULTING, INC.


By: _____                     By: _____

Name: Natalie A. Jaresko                           Name: Thomas Dohrmann

Title: Executive Director                          Title: President

## APPENDIX A

### [CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.     Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.     Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o   Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper advantage, or otherwise improperly promote the interests of the Board in any respect;

  o   Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

11

o  Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

• Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

• Trade.  Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

• Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law.  Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

• Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

• Freely Chosen Employment.  No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

• Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor.  All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.   <u>Business Practices and Ethics</u>

Contractors must conduct their business interactions and activities with integrity.

• Honesty and Integrity.  Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

• Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported

12

by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest.  On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board.  Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor.  In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited.  Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment.  Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage.  Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence.  Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest.  Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

- Confidentiality, Privacy and Data Security.  Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements.  Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards.  Contractors shall also be subject to an information and data security assessment.

- Media.  Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns.  Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment.  If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

13

[Signature Page Follows]

14

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's
behalf to agree that Contractor shall abide by this Code of Conduct:


Contractor Name:   McKinsey & Company Puerto Rico Consulting, Inc.


_____        7/1/2020
Signature of Contractor Authorized Representative        Date


Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

## **APPENDIX B**

### **CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION**

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest:** Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |
| If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:<br><br>Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. | | | |

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received or will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|--------------------------------|-----|-----|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|--------------------------------|-----|-----|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

18

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |

If you answered "yes" to Question 8, please describe the nature of such public debt investments

With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018.

Contractor Name: <u>Mc Ki nsey & Company Puerto Rico Consulting. Inc.</u>

<u>Dmitry Krivin</u>                                    <u>7/1/20</u>
Signat ure of Contr ctor Authorized Representative        Date


<u>Dmitry</u>  <u>Krivin</u>
Printed Name and Title of Co ntractor Authorize d Represe ntative

## SCHEDULE A

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

2

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

4

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

5

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aquasur Corporation

Arc American, Inc.

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

6

Arthur J. Gonzalez

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

7

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

8

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

11

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

12

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

13

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

14

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

15

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

16

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional CenterCorporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

20

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

21

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

CSA Architects & Engineers, LLP

22

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

24

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

25

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

EDUARDO ARTAU GOMEZ

Eduardo      Bhatia      Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

28

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

29

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

30

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GT Fixed Income Fund LP

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Honorable Rosanna López León

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

41

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

42

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

44

John Santos Russo

Johnjavi Corporation

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and
BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No.
B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

51

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

52

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

64

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Noel Zamot, Ex-Revitalization Coordinator

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

66

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar            Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

68

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Oppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

Pablo Del Valle Rivera

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLUMBING & SEWER CLEANING RUS CORP.

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

73

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

74

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

76

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

Ramos & Ramos Realty Inc

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

Rodriguez-Parissi & Co., C.S.P.

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Pacheco

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santos Gonzalez Morales

Santos Mulero Sierra

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund,
Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

86

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María
Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel,
Jorge L. and Jose R. Fuentes-Benejam

89

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

90

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE
EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

93

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vazquez Y Pagan Bus Line, Inc.

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

96

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

## APPENDIX C

## [CONTRACTOR CERTIFICATION REQUIREMENT]

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or

66

indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

67

I certify by my signature below that I have received and reviewed, and am authorized
on Contractor's behalf to agree that Contractor shall abide by this Contractor
Certification Requirement:


Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>



_____          7/1/2020
Signature of Contractor Authorized Representative          Date



<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

APPENDIX D

[FOMB EXPENSE REIMBURSEMENT]


Financial Oversight and Management Board for Puerto Rico
June 30, 2017

Expense Reimbursement Policy


1.  Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the
P<182,- 8*7<@5.U*/ ()1( 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/�urᴀ <Q ()* P<182 O14 3*
required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of
reasonable, defined expenses incurred on authorized Board activities.  Consequently, all
reimbursed expenses must be consistent with a business objective and carried out in a timely and
cost-effective manner.

O).⁄ 9<ᴇ.74 1LLᴇ.*/ (< 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᴜ 6)< .57;8 1;()<8.U*2 152
approved travel and other expense items in the context of the Board's business. While exceptions
are not normally permitted, there is clear recognition of certain special business needs. In any
/;7) *T7*L(.<51ᴇ /.(;1(.<5⁄ᴀ 1ᴇᴇ 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᴜ 18* *TL*7(*2 (<
apply a high degree of common sense and good judgment.


2.  Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and
other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the
timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board
to reimburse only reasonable and necessary expenses incurred by board members, officers, staff,
and contractors.

3.  Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the
following principles:

3.1      O).⁄ 9<ᴇ.74 1LLᴇ.*/ (< 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᴜ ;52*8(1X.5@ (81?*ᴇ
         other expenses on Board business and for the purposes of this Policy, the term "staff"
         shall mean employees of the Board.

3.2   Y( ./ ()* 8*/L<5/.3.E.(4 <Q 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/☐ (< *5/;8* ()* selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

3.3   P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/☐ /)1EE 3* *5(.(E*2 (< 8*.O3;8/*O*5( <Q expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

3.4   Y( ./ ()* 8*/L<5/.3.E.(4 <Q ()* P<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/A (< <3(1.5 travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

3.5  The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

4.  Travel Expenses

4.1 Air Travel

4.1.1   Costs for air travel will be reimbursed on an actual cost incurred basis.

4.1.2   a<8 1EE QE.@)(/A 3<182 O*O3*8/A <QQ.7*8/A /(1QQA 152 7<5(817(<8/☐ 18* 8*V;.8*2 (< (81?*E .5 1 cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

4.1.3   Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

4.1.4   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

70

**4.1.5**   Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**   The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**   Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**   Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**   Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**   Transportation costs during trips associated to Board business will be reimbursed. Board O*O3*8/ᴀ <QQ.7*8/ᴀ 152 /(1QQ□ 715 *TL*5/* ()* Q<ᴇᴇ<6.5@ (815/L<8(1(.<5 7</(/ʀ &- transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**   When travelling to a location other than the Board members, officers, staff, and 7<5(817(<8/Ⓦ E<71E 7.(4ᴀ 3;/.5*// O*1E/ 18* 8*.O3;8/13E* 31/*2 <5 ()* Q<ᴇᴇ<6.5@ E.O.(/ʀ

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2**   If meals are provided during the meeting, only meals not provided can be expensed.

## 5.  Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6. Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff. Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | *N/A* |

APPENDIX B: Expense Report

Financial Management and Oversight Board for Puerto Rico

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
| TOTAL |            | $        | $           | $     | $     | $     | $ |

Signature:_____          Date:_____

Approved by:_____          Date:_____

(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE
REIMBURSED.

APPENDIX C: Expense Report Approval Authority

74

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

*[Signature Page Follows]*

75

I certify by my signature below that I have received and reviewed, and am authorized on
Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:

Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>Thomas Mohmann</u>                                    <u>7/1/2020</u>
Signature of Contractor Authorized Representative        Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

7 6

**AMENDMENT TO
INDEPENDENT CONTRACTOR SERVICES AGREEMENT
McKinsey & Company Puerto Rico Consulting, Inc.
Title III Support**

**Effective Date:  October 15, 2020**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto  Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Project Assignment through November 7, 2020.

The Board agrees that Contractor may delay certain other activities underway pursuant to Attachment 1 to the Agreement  ("Scope of Work for Commonwealth Title III Support") in order to accommodate the provision of services described in the attached Project Assignment ("Attachment 4").  The specific activities to be delayed are subject to mutual agreement of the Board and Contractor.

Contractor shall not be entitled to additional compensation as a result of this modification in scope.

In the event that support on the additional activities described in Attachment 4 is required after November 7, 2020, the Parties will discuss and agree on such additional services and the associated compensation and will enter into a further amendment to the Agreement.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof,** the parties have executed this Project Assignment as of the date first written above.

THE FINANCIALOVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

By: _Natalia A Jaresko_

Name: _Natalie A. Jaresko_

Title: _Executive Director_

McKINSEY & COMPANY PUERTO RICO
CONSULTING, INC.

By: _Thomas Mohrmann_

**Name:** Thomas Dohrmann

**Title:** President

**ATTACHMENT 4**

**Modification to Prior Project
Assignment for
Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the
support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still
providing the Board with expert-based support on more complex issues across a wide range of topics related to the
Commonwealth as well as its instrumentalities.  This approach was memorialized in the Independent Contractor
Services Agreement for Title III Support effective as of July 1, 2020 (the "Agreement"), outlined in the Project
Assignments in Attachments 1-3.

**Services:**

In regards to support for the Commonwealth Title III proceedings, in addition to the scope agreed to in Attachments
1-3 of the Agreement, from **October 15, 2020 to November 7, 2020** the scope of work shall be modified as follows:

**Activities:**

Additional Activities
*Preparation and maintenance of a Best Interests Test*
- Incorporate updates to legal assumptions from Board's legal counsel as well as any other
  dependent data updates from other advisors
- Update supporting analyses and approach from prior Best Interest Test to account for most recent
  certified fiscal plan
- Prepare updated exhibit detailing the analysis and summarizing the outputs and scenario analyses

The Oversight Board and McKinsey explicitly agreed that these additional services were not part of the previously
entered into Agreement or the Attachments 1–3 thereto and that the Oversight Board and McKinsey would
separately agree any such provision of additional services.  This Attachment 4 sets out additional services to support
near-term Board priorities related to the Commonwealth Title III proceedings that have now been discussed and
agreed as set out above.

Adjustments to Activities Underway
Upon execution of this Amendment, McKinsey will provide a list of activities under the existing project assignment
that will be delayed to accommodate these additional services. Board will provide timely feedback for discussion
and mutual agreement.

**In Witness Whereof,** the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO<br>CONSULTING, INC. |
|---|---|
| By: *Natalie A Jaresko* | By: *Thomas Dohrmann* |
| Name: Natalie A. Jaresko | Name: Thomas Dohrmann |
| Title: Executive Director | Title: President |

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  February 1, 2021**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto  Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3, and further modified as of October 15, 2020, in Attachment 4 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to further modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Modification to Project Assignment from February 1, 2021 through June 30, 2021, for the fees described herein.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as the Project Assignment is modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.


**THE FINANCIALOVERSIGHT AND**            **McKINSEY & COMPANY PUERTO RICO**
**MANAGEMENT BOARD FOR PUERTO RICO**       **CONSULTING, INC.**

By:_____          By:_____

Name:_____Natalie A. Jaresko_____    Name: Thomas Dohrmann

Title:___Executive Director_____    Title:  President

**ATTACHMENT 5**

**Modification to Project Assignment
for Commonwealth Title III Support**

**Context:**
McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**
In regard to support for the Commonwealth Title III proceedings, from February 1, 2021 to June 30, 2021 the scope of work shall be amended and replaced as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*

- Prepare content, participate in, coordinate and support cross advisor meetings and support stakeholder interactions
- Prepare content, participate in and advise the Oversight Board with respect to future mediation sessions
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 / month |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 | $950,000 / month |
| February 2021 | $1,240,000 / month |
| March 2021 – June 2021 | $1,417,500 / month |

*Note*: fees for July 2020 – January 2021 are provided for historical reference

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

# **EXHIBIT B**

### *Certification of McKinsey Puerto Rico President*
### *Thomas Dohrmann*

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATION OF THOMAS DOHRMANN

I, Thomas Dohrmann, hereby declare the following under penalty of perjury:

1.      I am providing consulting services on behalf of McKinsey & Company Puerto Rico Consulting, Inc. related to the above-captioned Title III case;

2.      I have been involved in, and managed the provision of professional services rendered by McKinsey Puerto Rico as strategic consultant to The Financial Oversight And Management Board For Puerto Rico, as representative of Debtors and am generally familiar with the work performed by the Partners, managers, associates, and other persons in the Firm;

3.      The facts set forth in the foregoing Eighteenth Monthly Fee Statement: Commonwealth Title III Support are true and correct to the best of my knowledge, information, and belief;

4.      I have reviewed the Interim Compensation Procedures and believe that McKinsey Puerto Rico's Eighteenth Monthly Fee Statement: Commonwealth Title III Support complies therewith; and

5.      In accordance with Section 11.a. of the Interim Compensation Procedures, I hereby certify as follows:

      i.      No public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the Consulting Agreement (the contract) that is the basis of this invoice;

9

      ii.      The only consideration for providing services under the Consulting Agreement (the contract) is the payment agreed upon with the authorized representatives of the Debtor;

      iii.      The amount of this invoice is reasonable;

      iv.      The services were rendered, and the corresponding payment has not been made; and

      v.      To the best of my knowledge, McKinsey Puerto Rico does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      April 1, 2021
              Washington, DC

                *s/Thomas Dohrmann*
                Thomas Dohrmann
                President
                McKinsey & Company Puerto Rico Consulting, Inc.

# **EXHIBIT C**

### ***Certification of FOMB Executive Director Natalie Jaresko***

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.

               Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
## FOR PUERTO RICO AUTHORIZING SUBMISSION OF MCKINSEY & COMPANY
## PUERTO RICO CONSULTING, INC.'S
## MONTHLY FEE STATEMENTS FOR THE MONTH OF DECEMBER 2020

In accordance with the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket Number 3269, June 6, 2018] ("Interim Compensation Procedures"), I hereby certify as follows:

1.     I am the Executive Director of The Financial Oversight And Management Board For Puerto Rico ("FOMB");

2.     On my authorization, FOMB entered into a consulting agreement with McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") for consulting services in support of the Title III proceedings, which has an Effective Date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement");

3.     McKinsey Puerto Rico has satisfactorily performed and fulfilled its obligations under the Consulting Agreement for the services provided in December 2020 under each of the three (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA"; now, therefore,

4.    Pursuant to Section 11.b. of the Interim Compensation Procedures, McKinsey Puerto Rico is hereby authorized to submit its Monthly Fee Statements for the allowance of compensation for reasonable and necessary strategic consulting services and support provided during the month of December 2020, pursuant to each of the three (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA."

Dated:  March 30, 2021

Natalie Jaresko, Executive Director
The Financial Oversight and
Management Board For Puerto Rico

# EXHIBIT D

### Title III Support for Commonwealth

**December 2020**

**Summary of Work**

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with Fiscal Plan related capability building and other matters related to the Fiscal Plan, including simplifying the Fiscal Plan process, and targeted expertise related to key Fiscal Plan domains. McKinsey Puerto Rico's work on the Fiscal Plan centered on finalizing updates to the Fiscal Plan model structure. FOMB staff capability building continued with a final group of specialized sessions on individual Agency groupings. In addition, the team continued to provide targeted expertise in response to the creditors' critique of the 2020 Certified Fiscal Plan.

For the Fiscal Plan, the team refined the Fiscal Plan model structure to add additional granularity and integrate the Agency Efficiencies Model. Additionally, the team supported refining the process for updating the 2021 Fiscal Plan word document and presenting it to the Executive Director for her consideration.

The FOMB capability building program continued with each FOMB participant being part of a weekly learning pod and participating in small group session around their specific agencies. In addition, onboarding material was updated in support of new Board members.

In terms of targeted expertise, the team provided support to the Board's on mediation activities, including analyzing and preparing a response to the creditors' critique. The response covered many aspects of the Fiscal Plan, including revenues, fiscal measures, and surplus impacts.

**McKinsey Puerto Rico's Commonwealth Title III Team Detailed Activities by Deliverable**

- Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions
  - Presented the strategy for the 2021 Fiscal Plan word document update process to the Executive Director
  - Finalized updates to the Fiscal Plan model structure to incorporate the Agency Efficiency Model and include higher level of granularity
  - Supported analysis of year to date revenue actuals, including attending weekly meetings with Hacienda
- Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021
  - Led FOMB small group capability building sessions organized by agency grouping
  - Analyzed Time Management Survey results
  - Aided FOMB associates in completing the second simulation exercise as part of capability building program

- – Developed onboarding materials for new Board members
- ■ Provide targeted expertise in key Fiscal Plan domains
  - – Conducted analysis of creditors' critique of the 2020 Certified Fiscal Plan
  - – Supported development of response to the Creditor critique to the 2020 Certified Fiscal Plan
  - – Attended and presented at creditor mediation session
  - – Provided feedback on FOMB cash document which was presented at mediation session with creditors

**McKinsey Puerto Rico's Commonwealth Title III Team Detail and Contributions**

The McKinsey team was led by Bertil Chappuis, Thomas Dohrmann, Jonathan Davis, Ojas Shah and Todd Wintner, who provided overall strategic guidance and expert input and coordination. Additionally, Associate Partner Sara O'Rourke provided direction to the working team, expert input, and stakeholder management. The team was supported by Brian Latko, who provided expert input on healthcare-related topics. The working team consisted of 2 full-time Engagement Managers (Juan Rebolledo and Dean Udom), and 7 full-time Analysts (Antia Vazquez, Ben D Thomas, Luisa Lopez Sanchez, Andrea Pagola, Sharline Mata, Fernanda Hernandez and Andrea Delgado).

- ■ Bertil Chappuis (Senior Partner – part time – overall strategic direction)

  *Week of December 1st to 6th*
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Attended weekly Board sessions and other FOMB advisor calls
  - Reviewed and provided feedback on the analysis of the creditor's critique of the Commonwealth Fiscal Plan
  - Reviewed and provided feedback on an analysis of the relationship between Medicaid funding, growth, and SUT collections

  *Week of December 7th to 13rd*
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Attended weekly Board sessions and other FOMB advisor calls
  - Reviewed and provided feedback on the documentation prepared as response to the Creditor's critique

  *Week of December 14th to 20th*
  - Reviewed analyses and provided feedback of comparative fiscal forecasts in mainland US (CBO) as well as individual states relative to Puerto Rico
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Attended weekly Board sessions and other FOMB advisor calls

■ Thomas Dohrmann (Senior Partner – part time – overall strategic direction)

***Week of December 1ˢᵗ to 6ᵗʰ***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on analysis of the creditor's critique of the Fiscal Plan

***Week of December 7ᵗʰ to 13ʳᵈ***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on Board response to creditor feedback

***Week of December 14ᵗʰ to 20ᵗʰ***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on sensitivity analyses for Fiscal Plan outcomes under various growth scenarios

■ Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms)

***Week of December 1ˢᵗ to 6ᵗʰ***
- Reviewed creditor perspective on the Commonwealth Fiscal Plan and provided analysis to Board staff
- Participated in preparation sessions with Board staff and advisors to help identify areas of uncertainty
- Participated in mediation session related to Commonwealth Fiscal Plan with creditor and Board advisors
- Led internal session regarding Board response to creditor perspective on Commonwealth Fiscal Plan
- Led session with Board staff to analyze FY2021 revenues year to date and identify open questions for Hacienda
- Participated in and presented at monthly economic update for Executive Director

***Week of December 7ᵗʰ to 13ʳᵈ***
- Participated in multiple work sessions related to development of the Board's response to creditor feedback on the Fiscal Plan
- Coordinated across advisors on Board response to creditor feedback
- Presented and answered questions related to the Fiscal Plan at mediation session
- Conducted analyses of comparative fiscal forecasts in mainland US (CBO) as well as individual states

***Week of December 14ᵗʰ to 20ᵗʰ***
- Conducted and reviewed analyses related to estimation sensitivities of Puerto Rico revenue estimates relative to mainland
- Reviewed Fiscal Plan assumptions around rum tax receipts

- Reviewed sensitivity analyses showing Fiscal Plan outcomes under various growth scenarios
- Participated in mediation sessions related to cash

***Week of December 21st to 27th***
- Participated in multiple onboarding briefings for new board member, leading discussions on topics related to Commonwealth Fiscal Plans

***Week of December 28th to 31st***
- Responded to requests from FOMB staff related to tax legislation and potential impacts on FY21/22 cash flows

■ Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures)

***Week of December 1st to 6th***
- Reviewed creditor presentation regarding perspectives on the Commonwealth Fiscal Plan and contributed to analysis for Board
- Participated in mediation session related to Commonwealth Fiscal Plan with creditor and Board advisors
- Participated in working session regarding Board response to creditor perspectives on Commonwealth Fiscal Plan

***Week of December 7th to 13rd***
- Participated in several working sessions regarding the preparation of the Board's response to creditor feedback on the Fiscal Plan
- Prepared for and participated in mediation session regarding the Board's response to creditor perspectives on the Fiscal Plan

***Week of December 14th to 20th***
- Participated in Board strategy session
- Attending creditor mediation session regarding FOMB's response regarding Commonwealth cash
- Participate in team working session regarding preliminary fiscal plan model analyses

■ Todd Wintner (Partner – part time – content director on healthcare and education)

***Week of December 1st to 6th***
- Supported team in preparing initial responses to updated creditor inquiries on the Fiscal Plan
- Joined Creditor mediation session to hear presentation and respond to questions related to critiques of Fiscal Plan
- Supported team in identifying status of federal funds related to COVID-19 pandemic

***Week of December 7th to 13rd***
- Supported team in preparing additional responses to updated creditor inquiries on the Fiscal Plan

- Joined creditor mediation session to hear presentation and respond to questions related to critiques of Fiscal Plan

***Week of December 14th to 20th***
- Discussed with team ways to integrate recent Medicaid policy / eligibility adjustments into Fiscal Plan


■ Brian Latko (Partner – part time – expert on healthcare)

***Week of December 1st to 6th***
- Reviewed and commented on updated submission by the government related to PRPL change, including revised draft SPA language

***Week of December 7th to 13rd***
- Provided input on agenda and content for FOMB / ASES meeting on implementation of Fiscal Plan health-related measures, value-based reforms, and fraud, waste, and abuse


■ Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics)

***Week of December 1st to 6th***
- Attended creditor mediation presentation on critiques to Fiscal Plan
- Provided information on incremental FP measures across all fiscal plans FY17-20
- Oversaw analysis on the impact of changes to growth and Medicaid funding for SUT projections
- Supported review and response to creditor critique, including fact checking and working with FOMB advisors and staff to diligence creditor document

***Week of December 7th to 13rd***
- Oversaw integration of assessment of creditor's critiques to Fiscal Plan
- Supported development of end-to-end presentation materials for creditor session on FOMB response to FP critique
- Supported prep sessions with Executive Director and Board advisors to prepare for mediation session
- Presented at mediation session to provide overall response to creditor FP critique
- Supported development of fact base for public disclosure on amount of Puerto Rico Commonwealth funding for COVID-19 relief and source of those funds
- Oversaw creation of slides on Disaster Relief Fund projections in Fiscal Plan for public meeting

***Week of December 14th to 20th***
- Provided feedback on FOMB cash document for mediation session with creditors
- Supported Fiscal Plan simulation exercise for FOMB associates as part of capability building program
- Attended public board meeting and Board strategy session
- Provided proposed Fiscal Plan update process to Executive Director for review

- Began creation of onboarding materials for new board members
- Oversaw drafting of letter from FOMB to the Government to kick off Fiscal Plan update process
- Reviewed document on revenue outperformance and provided feedback for Executive Director

***Week of December 21st to 27th***
- Supported onboarding of new Board member John Nixon
- Joined calls with creditors to respond to diligence questions related to Fiscal Plan

■ Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

***Week of December 1st to 6th***
- Coordinated analysis to the creditor critique of the Commonwealth Fiscal Plan
- Participated in preparation sessions with Board staff and advisors to help refine response to creditor's critique
- Participated in session with Board staff to analyze FY2021 revenues year to date and identify open questions for Hacienda
- Coordinated with Board economist to update preliminary analysis on the impact of increased Medicaid federal funding growth and SUT collections

***Week of December 7th to 13rd***
- Participated in multiple working sessions related to development of the Board's response to Creditor feedback on the Fiscal Plan
- Reviewed materials prepared in response to creditor's critique

***Week of December 14th to 20th***
- Supported analyses of comparative fiscal forecasts in mainland US (CBO) as well as individual states relative to Puerto Rico
- Coordinated sensitivity analysis of Fiscal under various growth scenarios
- Coordinated time management survey results analysis
- Led comparative analysis of Broadband expansion-related funds (local and federal)
- Coordinated refining onboarding materials for new Board members
- Modeled different scenarios of COVID-19 impact with updated unemployment and stimulus data
- Drafted letter from FOMB to Government to kick off Fiscal Plan process

■ Dean Udom (Engagement Manager – full time – focused on restructuring processes)

***Week of December 7th to 13rd***
- Reviewed mediation response for creditors' critique in coordination with FOMB staff
- Participated in small group working sessions with FOMB staff as part of capability building program

***Week of December 14th to 20th***

- Analyzed rum waterfall legislation in response to mediation questions from Board co-advisors
- Audited new version of Fiscal Plan Model to ensure consistency with the certified Fiscal Plan
- Participated in working sessions with FOMB staff on capability building topics

■ Ben D Thomas (Business Analyst – full time – focused on Healthcare measures and expenditures)

***Week of December 1st to 6th***
- Worked with Board economist to update preliminary analysis of the impact of increased Medicaid federal funding growth and SUT collections
- Supported FOMB associates analyze agency efficiencies measures in Fiscal Plan
- Supported development of Board document for mediation session

***Week of December 7th to 13rd***
- Supported analysis on impact of "maintenance of effort" requirement on the temporary increase in Medicaid eligibility
- Helped finalized Board materials for mediation session

***Week of December 14th to 20th***
- Prepared analysis of MCO contract Medicaid per-member, per-month rates compared to Fiscal Plan projections
- Prepared short document summarizing population projection methodology in the Fiscal Plan
- Began update process for Medicaid tabs in Fiscal Plan model rebuild

■ Antia Vazquez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures)

***Week of December 1st to 6th***
- Helped prepare materials in response to creditor critique
- Conducted small group sessions for FOMB associates as part of capability building program

***Week of December 7th to 13rd***
- Conducted small group session with FOMB associates as part of capability building program
- Prepared expenditures scenario analysis for FOMB Director
- Supported preparations of FOMB simulation exercise as part of capability building program

***Week of December 14th to 20th***
- Supported Fiscal Plan simulation exercise for FOMB associates as part of capability building program
- Conducted small group sessions for FOMB associates as part of capability building program

■  Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and
   agency efficiency measures and Capability Building)

   ***Week of December 1st to 6th***
   - Co-hosted five small group sessions as part of capability building program
   - Performed benchmark analysis of Puerto Rico versus Mainland US for major agency
     groupings (Education, Public Safety and Corrections)
   - Hosted office hours to answer questions from FOMB associates regarding  the simulation
     exercise as part of the capability building program
   - Reviewed Creditors' critique

   ***Week of December 7th to 13rd***
   - Helped draft mediation response for creditors' critique
   - Provided support for simulation exercise as part of the capability building program

   ***Week of December 14th to 20th***
   - Co-hosted four small group sessions as part of the capability building program
   - Finalized analysis of the time management survey results
   - Provided support and feedback for FOMB associates on their final simulation exercise
     presentation as part of capability building program
   - Helped refine materials for the onboarding of new Board members
   - Attended all learning pods sessions as part of capability building program
   - Began analysis on the implications of the URP proposal
   - Attended weekly check in call with FOMB Director and shared capability building
     program progress for the FPM owner and FP process coordinator
   - Supported creation of public Board materials regarding required implementation actions
     in 2021 for major agencies


■  Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues)

   ***Week of December 1st to 6th***
   - Prepared mediation response for creditors' critique

   ***Week of December 7th to 13rd***
   - Prepared mediation response for creditors' critique
   - Attended meeting with FOMB and Hacienda

   ***Week of December 14th to 20th***
   - Worked on revising structure of the Fiscal Plan model
   - Began working Fiscal Plan model adjustments needed for 2021 Fiscal Plan certification
     process
   - Analyzed revenue actuals for November 2020 relative to the Fiscal Plan


■  Sharline Mata (Analyst – full time – focused on DRF and macro)

   ***Week of December 1st to 6th***

- Helped draft mediation response for creditors' critique

***Week of December 7th to 13rd***
- Helped draft mediation response for creditors' critique
- Helped prepare materials on Disaster Relief Fund status to support Board advisor (EY) presentation at the Public Board Meeting

***Week of December 14th to 20th***
- Developed analysis of the compatibility of FCC funding with funds allocated for broadband in the 2020 FP


■  Fernanda Hernandez (Business Analyst – full time – focused on DRF and macro)

***Week of December 1st to 6th***
- Supported preparation of materials responding to creditors' critique
- Met with the Board's economist to discuss assumptions and methodology for estimating impact of additional Medicaid federal funds on GNP growth and SUT collections

***Week of December 7th to 13rd***
- Helped draft materials responding to creditors' critique
- Helped gather key macroeconomic indicator data for Puerto Rico and comparable mainland states

***Week of December 14th to 20th***
- Helped develop materials explaining the population projection methodology used in the Fiscal Plan
- Prepared comparative analysis of Broadband expansion-related funds (local and federal)
- Helped refined onboarding materials for new Board members
- Modeled different scenarios of COVID-19 impact with updated unemployment and stimulus data
- Met with FOMB economist (Ricardo Fuentes) to discuss relevant sources of data on the spending status of COVID-19 related funds
- Met with Board advisor (EY) to discuss current status and updated estimates of CARES Act funds allocated to Puerto Rico


■  Andrea Delgado (Business Analyst – full time – focused on Healthcare measures and expenditures)

***Week of December 1st to 6th***
- Supported FOMB associates analyze agency efficiencies measures in Fiscal Plan
- Helped draft Board materials for mediation session

***Week of December 7th to 13rd***
- Finished supporting preparation of Board document for mediation session

***Week of December 14th to 20th***
   Began update process for Medicaid tabs in restructured Fiscal Plan model

# EXHIBIT E

## *December 2020 Invoice*

McKinsey&Company

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico PO Box 195556 San Juan, Puerto Rico 00919-5556 | **Invoice No: PRC-5091MF-64** Consulting Agreement Client for Strategic Consulting support related to the Title III Cases Effective Agreement Date: July 1, 2020 |
| ATTN: Promesa Assistant | |
| accountspayable@promesa.gov | Invoice Date: 2/9/2021 |

Net 30

**FFP Payment Schedule for Commonwealth Services**

**Invoice PoP:** December 1, 2020 – December 31, 2020

| | Gross Amount | Voluntary Reduction | Total Invoice Payable |
|---|---|---|---|
| Invoice amount for services performed inside Puerto Rico | $          - | $          - | $          - |
| Invoice amount for services performed outside Puerto Rico | $   807,500.00 | $   (24,650.00) | $   782,850.00 |
| Sub-total | $   807,500.00 | $   (24,650.00) | $   782,850.00 |
| SUT1 | | | Exempt |
| SUT2 | | | Exempt |
| Total Invoice Payable | | | $   782,850.00 |

**Total Invoice:**     **$782,850.00**

**McKinsey reserves the right to reissue an invoice to account for changes in applicable taxes. Please wire transfer payment to:**

| | |
|---|---|
| **Account Name** | MCK & CO PR CONSULTING INC |
| **Account Number** | ████████ |
| **Currency** | ████ |
| **Branch** | ████████ |
| **ABA** | ████████ |
| **SWIFT:** | ████████ |

**Please reference the invoice number and invoice date on your remittance advice**.

For advice or questions on remittances, please contact ████████████

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------x

# NINETEENTH MONTHLY FEE STATEMENT OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021

| | |
|---|---|
| Name of Professional: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | January 1, 2021 – January 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | **$950,000.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary[3]: | **$0.00** |
| Type of Fee Statement: | Nineteenth Monthly Fee Statement: Commonwealth Title III Support[4] |

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3 McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

4 Notice of this Nineteenth Monthly Fee Statement (as defined herein) has been served in accordance with the Interim Compensation Procedures (as defined herein) and objections to payment of the amounts described in this Nineteenth Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Procedures.

1.  Pursuant to the *Interim Compensation Procedures*, first entered by the Court on November 8, 2017 [*First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 1715] and amended on June 6, 2018 [*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 3269] (the "Interim Compensation Procedures"), the applicable provisions of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic consultants to The Financial Oversight And Management Board For Puerto Rico (the "Debtors" or the "Board"), hereby serves this Nineteenth Monthly Fee Statement for the allowance of compensation for reasonable and necessary strategic consulting services and support that McKinsey Puerto Rico provided during the month of January 2021 (the "Fee Period") pursuant to the "Commonwealth Title III Support" Scope of Work ("Commonwealth Title III Scope of Work") of the consulting agreement between McKinsey Puerto Rico and the Board for consulting services in support of the Title III proceedings (with an effective date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement")), attached hereto as Exhibit A. Pursuant to the Interim Compensation Procedures, a Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding compliance with the statutory and legal authority cited above is attached hereto as Exhibit B,

2

and a Certification of Natalie Jaresko, Executive Director of the Board, authorizing the submission of this Nineteenth Monthly Fee Statement, is attached as <u>Exhibit C</u>.

2.  By this Nineteenth Monthly Fee Statement: Commonwealth Title III Support, McKinsey Puerto Rico seeks allowance of compensation for services rendered under the Consulting Agreement during the Fee Period in the amount of $855,000.00 (which equals 90% of the compensation sought herein, in accordance with Section 2.c of the Interim Compensation Order).

### <u>Summary of Services Rendered During the Fee Period</u>

3.  During the Fee Period, McKinsey Puerto Rico provided a focused range of professional services as requested by the Board and reflected in the Commonwealth Title III Scope of Work.[5]

4.  Included at <u>Exhibit D</u> is a detailed description of McKinsey Puerto Rico's scope of services, deliverables and team member activities, pursuant to the Commonwealth Title III Scope of Work during the Fee Period. Exhibit D also specifically identifies the McKinsey Puerto Rico team members who performed services during the Fee Period.

5.  Included at <u>Exhibit E</u> is a copy of McKinsey Puerto Rico's monthly invoice for fees incurred during the Fee Period pursuant to the Commonwealth Title III Scope of Work. As reflected in Exhibit E, McKinsey Puerto Rico incurred $950,000.00 in fees during the Fee Period, and now seeks reimbursement for 90% of such fees ($855,000.00).

6.  McKinsey Puerto Rico's fees – as agreed-upon in the Consulting Agreement and reflected in the invoice – are commensurate with the services performed.

---

[5] McKinsey Puerto Rico is simultaneously serving separate monthly fee statements for services rendered pursuant to the other two (2) Scopes of Work under the Consulting Agreement.

3

7.  The efforts expended by McKinsey Puerto Rico during the Fee Period have been commensurate with the size and complexity of these cases. In rendering these services, McKinsey Puerto Rico has made every effort to maximize the benefit to the Debtors, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

8.  McKinsey Puerto Rico respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Board in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; and (c) the value of such services.

## **Representations**

9.  While every effort has been made to include all fees incurred by McKinsey Puerto Rico during the Fee Period, some fees may not be included in this Nineteenth Monthly Fee Statement: Commonwealth Title III Support due to certain unavoidable delays caused by accounting and processing during the Fee Period. McKinsey Puerto Rico reserves the right to make further application(s) for allowance of such fees not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Procedures.

## **Notice**

10. Notice of this Nineteenth Monthly Fee Statement: Commonwealth Title III Support has been or will be provided by overnight delivery or e-mail to:

    i.   attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison

Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

ii.     attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

iii.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv.     attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

v.      the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

vi.     attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

vii.    attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii.   attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.     attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x.      the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez,

5

CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Acting Deputy Secretary of the Treasury (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Secretary of the Treasury (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xi.     attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

WHEREFORE, McKinsey Puerto Rico respectfully requests payment by the Debtors of

$855,000.00 representing 90% of its fees incurred during the Fee Period and requested herein.

Dated:        April 1, 2021
              McKinsey & Company Puerto Rico Consulting, Inc.
              Washington DC


                              *s/ Thomas Dohrmann*
                              Thomas Dohrmann
                              President
                              McKinsey & Company Puerto Rico Consulting, Inc.
                              1200 19th St NW #1000
                              Washington, DC 20036
                              Telephone: (202) 662-3100
                              Email: Thomas_Dohrmann@McKinsey.com

                              *Strategic Consultant to the Debtors*

# <u>EXHIBIT A</u>

## *Consulting Agreement*



**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**

**Title III Support**

**EFFECTIVE DATE: July 1, 2020**

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. **(**the "**Contractor**"). The Board and Contractor hereby agree as follows:

**1.**     **Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as ***Exhibit A ("Project Assignment")***. Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

**2.**     **Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

**3.**     **Independent Contractor Relationship.**

**3.1**     Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

**3.2**     Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

**3.3**     Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**     Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**     Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**     Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**     Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**     Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

**4.**     **Nondisclosure.**

**4.1**     **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2**     **Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement. By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and

2

agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

      **4.3**    **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

      **4.4**    **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4. If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

      **4.5**    **No Improper Use of Information.** During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

      **4.6**    **Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables

3

or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

5. **Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

6. **Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

7. **No Conflict of Interest.**

7.1. **Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO.

---

[1] For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2] The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3] Disclosures relating to MIO shall be as indicated in the paragraph below.

[4] Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5] Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for*

4

Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the  avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

72.   **During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all

---

*Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

related Project Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

      **7.3.   Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

      **7.4.   Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

    **8.   Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as ***Appendix A*** hereto.

    **9.   Term and Termination.**

      **9.1   Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2021. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

      **9.2   Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

      **9.3   Termination by Contractor**. Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

      **9.4   Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

    **10.   Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service

Team shall:

      **10.1**    solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

      **10.2**    hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

      **10.3**    solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

      **10.4**    for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

      **11.**    **Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees.  Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

      **12.**    **Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

      **13.**    **Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees.  Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

      **14.**    **Reasonableness of Restrictions.**

      **14.1**    Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

      **14.2**    In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be

automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

**15.     Legal and Equitable Remedies.**

**15.1**     Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

**15.2**     If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

**15.3**     In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

**16.     Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

**17.     Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.     Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.     Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.     Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between

the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

By: _____

Name Natalie A. Jaresko

Title Executive Director

MCKINSEY & COMPANY PUERTO RICO CONSULTING
INC

By: _____

Name: Thomas Dohrmann

Title: President

Address    200 Nineteenth Street,
Floors  0-11
Washington, DC 20036

**ATTACHMENT 1**
**Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors

- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:

- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other Commonwealth Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 – June 2021 | $950,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2022 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

During the month of July, McKinsey will provide extended support on additional topics included in FY2020 scope in order to enable transition planning.

The parties agree that matters not covered above including, but not limited to the following items, *are not covered by this agreement* and would be subject to separate agreements between the Oversight Board and McKinsey:
- Coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Expert testimony on the Fiscal Plan as well as analytical support for such expert testimony
- Preparation of a "best interests" analysis

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that

represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month.
The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for
services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $740,000 / month |
| August 2020 - June 2021 | $326,525 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each
calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2020 to June 2021** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  - Enhanced performance of the transit system and its performance and fiscal outcomes
  - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  - Governance and management plans to enable delivery of actions
  - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 - June 2021 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.


THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

MCKINSEY & COMPANY PUERTO RICO
CONSULTING, INC.

By: _Natalie A. Jaresko_____

By: _Thomas Mohrmann_____

Name: Natalie A. Jaresko

Name: Thomas Dohrmann

Title: Executive Director

Title: President

## APPENDIX A

## [CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.      Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.     Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o  Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper advantage, or otherwise improperly promote the interests of the Board in any respect;

  o  Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

11

- o   Ask for or accept anything of value which the Contractor knows or suspects is being
    offered to influence a Board decision or otherwise obtain an improper advantage in
    connection with the Contractor's work with or on behalf of the Board.

- Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance
  with antitrust and fair competition laws that govern the jurisdictions in which they conduct
  business. Contractors must also uphold all standards of fair dealing and abide by all fair business
  practices, including truthful and accurate advertising.

- Trade. Contractors shall comply with all applicable trade controls, as well as any applicable
  export, re-export, and import laws and regulations. Contractors must not knowingly employ or
  do business with anyone reasonably suspected of being connected with criminal or terrorist
  activities or who is otherwise subject to applicable trade sanctions.

- Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a
  workplace free from harassment and/or discrimination in hiring, compensation, access to
  training, promotion, termination, and/or retirement on the basis of race, color, creed, religion,
  sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital
  status, national origin, ancestry, citizenship status, physical or mental disability or serious
  medical condition, protected genetic information, political beliefs, status as a veteran, or any
  other characteristic protected by law. Contractors shall further prohibit any form of reprisal or
  retaliation against any employee for reporting harassment or discrimination in good faith or for
  participating in good faith in a harassment or discrimination investigation.

- Wages, Benefits and Working Hours. Contractors must comply with local applicable laws
  regarding wages, overtime hours and mandated benefits. Contractors must also communicate
  with workers about compensation, including any overtime pay, in a timely and honest manner.

- Freely Chosen Employment. No Contractor shall use any form of indentured, slave, or forced
  labor, including involuntary prison labor. Contractors are also prohibited from supporting or
  engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent
  claims, or other coercion.

- Child Labor. Contractors shall comply with all local and national minimum working age laws
  or regulations and not use child labor. All employees shall be age 18 and over unless: (i) a
  country's legal age for employment or age for completing compulsory education is under 18; and
  (ii) the work is non-hazardous.

III.   <u>Business Practices and Ethics</u>

Contractors must conduct their business interactions and activities with integrity.

- Honesty and Integrity. Contractors must at all times be honest, direct, and truthful in
  discussions with the Board, its staff and agents, regulatory agency representatives, and
  government officials.

- Business and Financial Records. The Board expects Contractors to timely, honestly, and
  accurately record and report all business information, including without limitation any invoices
  for payment, and comply with all applicable laws regarding their creation, completion, accuracy,
  retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported

12

by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest.  On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board.  Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor.  In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited.  Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment.  Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage.  Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence.  Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest.  Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

- Confidentiality, Privacy and Data Security.  Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements.  Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards.  Contractors shall also be subject to an information and data security assessment.

- Media.  Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns.  Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment.  If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

13

[Signature Page Follows]

14

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Code of Conduct:

Contractor Name: __McKinsey & Company Puerto Rico Consulting, Inc._____

_____      7/1/2020__
Signature of Contractor Authorized Representative      Date

Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

## APPENDIX B

### CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest:** Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |

If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:

Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received or will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

18

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has provided to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |

If you answered "yes" to Question 8, please describe the nature of such public debt investments

With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018.

Contractor Name: <u>Mc Ki nsey & Company Puerto Rico Consulting. Inc.</u>

<u>Dmitry Krivin</u>                                              <u>7/1/20</u>
Signat ure of Contr ctor Authorized Representative          Date


<u>Dmitry  Krivin</u>
Printed Name and Title of Co ntractor Authorize d Represe ntative

## **SCHEDULE A**

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

2

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

3

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

4

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

5

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aquasur Corporation

Arc American, Inc.

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

6

Arthur J. Gonzalez

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

8

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

10

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

11

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

13

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

15

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

16

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

17

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional CenterCorporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

18

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

19

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

21

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

CSA Architects & Engineers, LLP

22

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

23

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

25

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

27

EDUARDO ARTAU GOMEZ

Eduardo      Bhatia      Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

28

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

30

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

32

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

35

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

36

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GT Fixed Income Fund LP

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Gui-Mer-Fe Inc.

37

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Honorable Rosanna López León

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

40

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

41

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

44

John Santos Russo

Johnjavi Corporation

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

45

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

46

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

47

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

61

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

62

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

63

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Noel Zamot, Ex-Revitalization Coordinator

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

66

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

67

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar             Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Oppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

Pablo Del Valle Rivera

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

71

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLUMBING & SEWER CLEANING RUS CORP.

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

74

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

76

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

77

Ramos & Ramos Realty Inc

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

Rodriguez-Parissi & Co., C.S.P.

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Pacheco

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santos Gonzalez Morales

Santos Mulero Sierra

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

82

School of Plastic Arts

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

83

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

86

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María
Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel,
Jorge L. and Jose R. Fuentes-Benejam

89

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

90

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

93

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vazquez Y Pagan Bus Line, Inc.

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

96

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

## APPENDIX C

## [CONTRACTOR CERTIFICATION REQUIREMENT]

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or

66

indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

67

I certify by my signature below that I have received and reviewed, and am authorized
on Contractor's behalf to agree that Contractor shall abide by this Contractor
Certification Requirement:


Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>


<u>       Thomas Dohrmann                   </u>       <u>7/1/2020</u>
Signature of Contractor Authorized Representative     Date


<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

<u>APPENDIX D</u>

[FOMB EXPENSE REIMBURSEMENT]

Financial Oversight and Management Board for Puerto Rico
June 30, 2017

Expense Reimbursement Policy

1.  Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the P<182,- 8*7<@5.U*/ ( )1( 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᵷ <Q ()* P<182 O14 3* required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of reasonable, defined expenses incurred on authorized Board activities.  Consequently, all reimbursed expenses must be consistent with a business objective and carried out in a timely and cost-effective manner.

O).╱ 9<ᴱ.74 1LLᴱ.*/ (< 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᵷ 6)< .57;8 1;()<8.U*2 152 approved travel and other expense items in the context of the Board's business. While exceptions are not normally permitted, there is clear recognition of certain special business needs. In any ╱;7) *T7*L(.<51ᴱ /.(;1(.<5/ᴀ 1ᴱᴱ 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᵷ 18* *TL*7(*2 (< apply a high degree of common sense and good judgment.

2.  Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board to reimburse only reasonable and necessary expenses incurred by board members, officers, staff, and contractors.

3.  Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the following principles:

3.1     O).╱ 9<ᴱ.74 1LLᴱ.*/ (< 3<182 O*O3*8/ᴀ <QQ.7*8/ᴀ /(1QQᴀ 152 7<5(817(<8/ᵷ ;52*8(1X.5@ (81?*ᴱ other expenses on Board business and for the purposes of this Policy, the term "staff" shall mean employees of the Board.

3.2   Ɏ( ./ ()* 8*/L<5/.3.E.(4 <Ɋ 3<182 O*O3*8/ᴀ <ɊɊ.7*8/ᴀ /(1ɊɊᴀ 152 7<5(817(<8/ᴩ (< *5/;8* ()* selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

3.3   P<182 O*O3*8/ᴀ <ɊɊ.7*8/ᴀ /(1ɊɊᴀ 152 7<5(817(<8/ᴩ /)1EE 3* *5(.(E*2 (< 8*.O3;8/*O*5( <Ɋ expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

3.4   Ɏ( ./ ()* 8*/L<5/.3.E.(4 <Ɋ ()* P<182 O*O3*8/ᴀ <ɊɊ.7*8/ᴀ /(1ɊɊᴀ 152 7<5(817(<8/ᴩ (< <3(1.5 travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

3.5   The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

4.   Travel Expenses

4.1 Air Travel

4.1.1   Costs for air travel will be reimbursed on an actual cost incurred basis.

4.1.2   a<8 1EE ɊE.@)(/ᴀ 3<182 O*O3*8/ᴀ <ɊɊ.7*8/ᴀ /(1ɊɊᴀ 152 7<5(817(<8/ᴩ 18* 8*V;.8*2 (< (81?*E .5 1 cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

4.1.3   Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

4.1.4   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

70

**4.1.5**   Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**   The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**   Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**   Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**   Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**   Transportation costs during trips associated to Board business will be reimbursed. Board O*O3*8/ʌ <QQ.7*8/ʌ 152 /(1QQ□ 715 *TL*5/* ()* Q<ᴇᴇ<6.5@ (815/L<8(1(.<5 7</(/ℝ &- transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**   When travelling to a location other than the Board members, officers, staff, and 7<5(817(<8/ᴡ□ ᴇ<71ᴇ 7.(4ʌ 3;/.5*// O*1ᴇ/ 18* 8*.O3;8/13ᴇ* 31/*2 <5 ()* Q<ᴇᴇ<6.5@ ᴇ.O.(/ℝ

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2**   If meals are provided during the meeting, only meals not provided can be expensed.

## 5.   Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6.  Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff. Reimbursement will be limited to the following:

  • Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

72

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
| --- | --- |
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | *NIA* |

APPENDIX B: Expense Report

Financial Management and Oversight Board for Puerto Rico

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
|      |             |          |             |       |       |       | $ |
| TOTAL |            | $        | $           | $     | $     | $     | $ |

Signature:_____        Date:_____

Approved by:_____        Date:_____

(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE
REIMBURSED.

APPENDIX C: Expense Report Approval Authority

74

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

*[Signature Page Follows]*

75

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:

Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>                                          </u>        <u>7/1/2020</u>
Signature of Contractor Authorized Representative     Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  October 15, 2020**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto  Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Project Assignment through November 7, 2020.

The Board agrees that Contractor may delay certain other activities underway pursuant to Attachment 1 to the Agreement  ("Scope of Work for Commonwealth Title III Support") in order to accommodate the provision of services described in the attached Project Assignment ("Attachment 4").  The specific activities to be delayed are subject to mutual agreement of the Board and Contractor.

Contractor shall not be entitled to additional compensation as a result of this modification in scope.

In the event that support on the additional activities described in Attachment 4 is required after November 7, 2020, the Parties will discuss and agree on such additional services and the associated compensation and will enter into a further amendment to the Agreement.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | McKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
|---|---|
| By: *Natalie A. Jaresko* | By: *Thomas Dohrmann* |
| Name: *Natalie A. Jaresko* | Name: Thomas Dohrmann |
| Title: *Executive Director* | Title: President |

**ATTACHMENT 4**

**Modification to Prior Project
Assignment for
Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the
support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still
providing the Board with expert-based support on more complex issues across a wide range of topics related to the
Commonwealth as well as its instrumentalities.  This approach was memorialized in the Independent Contractor
Services Agreement for Title III Support effective as of July 1, 2020 (the "Agreement"), outlined in the Project
Assignments in Attachments 1-3.

**Services:**

In regards to support for the Commonwealth Title III proceedings, in addition to the scope agreed to in Attachments
1-3 of the Agreement, from **October 15, 2020 to November 7, 2020** the scope of work shall be modified as follows:

**Activities:**

Additional Activities
*Preparation and maintenance of a Best Interests Test*
- Incorporate updates to legal assumptions from Board's legal counsel as well as any other
  dependent data updates from other advisors
- Update supporting analyses and approach from prior Best Interest Test to account for most recent
  certified fiscal plan
- Prepare updated exhibit detailing the analysis and summarizing the outputs and scenario analyses

The Oversight Board and McKinsey explicitly agreed that these additional services were not part of the previously
entered into Agreement or the Attachments 1–3 thereto and that the Oversight Board and McKinsey would
separately agree any such provision of additional services.  This Attachment 4 sets out additional services to support
near-term Board priorities related to the Commonwealth Title III proceedings that have now been discussed and
agreed as set out above.

Adjustments to Activities Underway
Upon execution of this Amendment, McKinsey will provide a list of activities under the existing project assignment
that will be delayed to accommodate these additional services. Board will provide timely feedback for discussion
and mutual agreement.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.

| THE FINANCIALOVERSIGHT AND | McKINSEY & COMPANY PUERTO RICO |
|---|---|
| MANAGEMENT BOARD FOR PUERTO RICO | CONSULTING, INC. |

By: *Natalie A Jaresko*                     By: *Thomas Dohrmann*

Name: Natalie A. Jaresko            Name:  Thomas Dohrmann

Title: Executive Director              Title:  President

**AMENDMENT TO**
**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**
**Title III Support**

**Effective Date:  February 1, 2021**

THIS AMENDMENT ("Amendment") to the INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "Agreement") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "Board"),  created by  the  Puerto   Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("PROMESA"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "Contractor") (each of the Board and Contractor is a "Party").

WHEREAS, the Board and Contractor entered into the Agreement effective as of July 1, 2020;

WHEREAS, the Agreement described certain agreed services to be provided by Contractor in Attachments 1-3, and further modified as of October 15, 2020, in Attachment 4 to the Agreement;

WHEREAS, the Board and Contractor have discussed and agreed to further modify the scope of services to be provided by Contractor.

NOW THEREFORE, the Board and Contractor agree as follows:

Contractor agrees to provide additional services as described in the attached Modification to Project Assignment from February 1, 2021 through June 30, 2021, for the fees described herein.

The Board and Contractor agree that these services will be governed by the Agreement in all respects except as the Project Assignment is modified herein.  All defined terms shall have the meaning assigned in the Agreement.

This Amendment shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles.

**In Witness Whereof**, the parties have executed this Project Assignment as of the date first written above.


**THE FINANCIALOVERSIGHT AND**          **McKINSEY & COMPANY PUERTO RICO**
**MANAGEMENT BOARD FOR PUERTO RICO**          **CONSULTING, INC.**

By:_____          By:_____

Name:_____Natalie A. Jaresko_____          Name: Thomas Dohrmann

Title:___Executive Director_____          Title:  President

**ATTACHMENT 5**

**Modification to Project Assignment**
**for Commonwealth Title III Support**

**Context:**
McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the
support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still
providing the Board with expert-based support on more complex issues across a wide range of topics related to the
Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition
for the long-term sustainability of the Oversight Board.

**Services:**
In regard to support for the Commonwealth Title III proceedings, from February 1, 2021 to June 30, 2021 the scope
of work shall be amended and replaced as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or
  models
- Provide factual inputs and advice to the responsible Board staff members as they assemble
  materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, government and stakeholders advisors on
  matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to
  the Title III proceedings
- Support Board staff to coordinate with government advisors and government representatives on
  development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or
  supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts
  on government spending and revenues, federal and local economic support programs, and impacts
  on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal
plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, develop approach to enabling Board staff to fully
  manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Develop training materials and conduct capability building activities to enable this approach over the first
  half of Fiscal Year 2021
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance
  processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local
  government health care revenues and expenditures, including analyses of government data on
  enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's
  actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan
  measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff
  consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding,
  consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB
  associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*
- Prepare content, participate in, coordinate and support cross advisor meetings and support stakeholder interactions
- Prepare content, participate in and advise the Oversight Board with respect to future mediation sessions
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2020 | $1,417,500 / month |
| August 2020 – December 2020 | $1,020,000 / month |
| January 2021 | $950,000 / month |
| February 2021 | $1,240,000 / month |
| March 2021 – June 2021 | $1,417,500 / month |

*Note*: fees for July 2020 – January 2021 are provided for historical reference

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

# <u>EXHIBIT B</u>

## *Certification of McKinsey Puerto Rico President Thomas Dohrmann*

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATION OF THOMAS DOHRMANN

I, Thomas Dohrmann, hereby declare the following under penalty of perjury:

1.      I am providing consulting services on behalf of McKinsey & Company Puerto Rico
Consulting, Inc. related to the above-captioned Title III case;

2.      I have been involved in, and managed the provision of professional services rendered by
McKinsey Puerto Rico as strategic consultant to The Financial Oversight And Management Board
For Puerto Rico, as representative of Debtors and am generally familiar with the work performed
by the Partners, managers, associates, and other persons in the Firm;

3.      The facts set forth in the foregoing Nineteenth Monthly Fee Statement: Commonwealth
Title III Support are true and correct to the best of my knowledge, information, and belief;

4.      I have reviewed the Interim Compensation Procedures and believe that McKinsey Puerto
Rico's Nineteenth Monthly Fee Statement: Commonwealth Title III Support complies therewith;
and

5.      In accordance with Section 11.a. of the Interim Compensation Procedures, I hereby certify
as follows:

  i.      No public servant of the Department of Treasury is a party to or has any interest in
            the gains or benefits derived from the Consulting Agreement (the contract) that is
            the basis of this invoice;

9

ii.      The only consideration for providing services under the Consulting Agreement (the contract) is the payment agreed upon with the authorized representatives of the Debtor;

iii.     The amount of this invoice is reasonable;

iv.      The services were rendered, and the corresponding payment has not been made; and

v.       To the best of my knowledge, McKinsey Puerto Rico does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:          April 1, 2021
                Washington, DC


                               _s/Thomas Dohrmann_____
                               Thomas Dohrmann
                               President
                               McKinsey & Company Puerto Rico Consulting, Inc.

10

# EXHIBIT C

*Certification of FOMB Executive Director Natalie Jaresko*

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO,
  et al.

                Debtors.
-------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO AUTHORIZING SUBMISSION OF MCKINSEY & COMPANY
PUERTO RICO CONSULTING, INC.'S
MONTHLY FEE STATEMENTS FOR THE MONTH OF JANUARY 2021**

In accordance with the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket Number 3269, June 6, 2018] ("Interim Compensation Procedures"), I hereby certify as follows:

1.    I am the Executive Director of The Financial Oversight And Management Board For Puerto Rico ("FOMB");

2.    On my authorization, FOMB entered into a consulting agreement with McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") for consulting services in support of the Title III proceedings, which has an Effective Date of July 1, 2020, as amended effective October 15, 2020, and further amended as of February 1, 2021 (the October 15, 2020 amendment, along with the February 1, 2021 amendment, the "Amendments", and collectively with the July 1, 2020 agreement, the "Consulting Agreement");

3.    McKinsey Puerto Rico has satisfactorily performed and fulfilled its obligations under the Consulting Agreement for the services provided in January 2021 under each of the three (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA"; now, therefore,

4.    Pursuant to Section 11.b. of the Interim Compensation Procedures, McKinsey Puerto Rico
is hereby authorized to submit its Monthly Fee Statements for the allowance of
compensation for reasonable and necessary strategic consulting services and support
provided during the month of January 2021, pursuant to each of the three (3) Project
Assignments of the Consulting Agreement, as may be modified by the Amendments, namely
"Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support
for HTA."


Dated:  March 30, 2021

_____

Natalie Jaresko, Executive Director
The Financial Oversight and
Management Board For Puerto Rico

# EXHIBIT D

## Title III Support for Commonwealth

### January 2021

**Summary of Work**

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, capability building, and targeted expertise in key Fiscal Plan domains. McKinsey Puerto Rico's work on the Fiscal Plan centered on beginning the Fiscal Plan update process for 2021. McKinsey Puerto Rico continued leading a capability building program for FOMB staff. In addition, the team  provided targeted expertise to support the FOMB during the mediation process with creditors.

For the Fiscal Plan, the team supported the identification of updates necessary for 2021 certification and reviewed the workplan with the Executive Director. Significant work was also dedicated to developing Board materials related to the 2020 Fiscal Plan for the Board Sessions on January 15, 22 and 29.

As part of the capability building program, most FOMB participants completed a final simulation exercise and presented to FOMB and McKinsey Puerto Rico leadership. Furthermore, targeted capability building was conducted with tfhe new FOMB Fiscal Plan model leader and the new Fiscal Plan word document leader.

In terms of targeted expertise, McKinsey Puerto Rico provided support to the Board as they engaged in mediation activities. This included developing analysis of the SUT 5.5% share under different scenarios as well as an analysis of revenue forecast accuracy.


**McKinsey Puerto Rico's Commonwealth Title III Team Detailed Activities by Deliverable**

- Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions
  - Prepared materials for all Board Sessions in January (15th, 22nd, 29th), including providing overview of Fiscal Plan assumptions for Board Strategy Sessions on FOMB counter to creditor POA proposal
  - At the request of the Board, developed a scenario analysis of the Government's asks related to the Fiscal Plan surplus
  - Kicked-off the Fiscal Plan word document update process with the new FOMB word document leader
  - Identified list of updates to the Fiscal Plan model necessary for 2021 Certification
  - Reviewed proposed Fiscal Plan Certification process for 2021 with the FOMB Executive Director
  - Launched working groups and data gathering for updates to macroeconomic projections, including disaster relief funding and Covid-19 related stimulus funds

- Simplify Fiscal Plan processes and continue to build FOMB staff capabilities with the goal of FOMB leading fiscal plan process in Spring 2021
  - Held kick-off session for the onboarding of the FOMB Fiscal Plan model lead and began his capability building program
  - Held final presentation of the Fiscal Plan update simulation exercise with FOMB associates and managers participating in the capability building program
  - Developed recommendations to FOMB based on an analysis of the Time Management Survey
  - Continued providing individualized on-the-job training for FOMB staff on new Fiscal Plan roles
- Provide targeted expertise in key Fiscal Plan domains
  - Prepared scenario analysis  of the 5.5% SUT  , including CBO update scenario
  - Attended and provided input during several meetings with FOMB and advisors regarding the mediation process
  - Modeled  revenues forecast accuracy, including deep dives in specific revenue streams such as CIT, SUT, and others
  - Prepared materials on Fiscal Plan measures overview for the public Board meeting

**McKinsey Puerto Rico's Commonwealth Title III Team Detail and Contributions**

The McKinsey team was led by Bertil Chappuis, Thomas Dohrmann, Jonathan Davis, Ojas Shah and Todd Wintner, who provided overall strategic guidance and expert input and coordination. Additionally, Associate Partner Sara O'Rourke provided direction to the working team, expert input, and stakeholder management. The team was supported by Brian Latko, who provided expert input on healthcare-related topics. The working team consisted of 2 full-time Engagement Managers (Juan Rebolledo, and Dean Udom), 1 full-time Associate (Jose Gonzalez-Garilleti) and 5 full-time Analysts (Luisa Lopez Sanchez, Andrea Pagola, Sharline Mata, Fernanda Hernandez and Andrea Delgado).

- Bertil Chappuis (Senior Partner – part time – overall strategic direction)

  ***Week of January 4th to 10th***
  - Reviewed preliminary analysis of December CRSAA bill implications on the Puerto Rico economy
  - Reviewed scenarios analysis on potential changes to expenditure levels due based on government's proposals
  - Managed and coordinated overall work, teams, and client interactions
  - Provided context and issue awareness to guide all work across teams
  - Attended weekly Board sessions and other FOMB advisor calls

  ***Week of January 11th to 17th***
  - Reviewed proposal of Fiscal Plan model updates and process for 2021 certification
  - Oversaw thematic proposal for inter-advisory group on macroeconomic analysis
  - Managed and coordinated overall work, teams, and client interactions

- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls

***Week of January 18th to 24th***
- Reviewed Fiscal Plan workplan with FOMB leadership
- Reviewed and provided feedback on material prepared for Board Meeting strategy session
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls

***Week of January 25th to 31st***
- Reviewed and provided feedback on the material prepared for the Executive Director's updated at the Public Board Meeting
- Reviewed analysis of the Time Management Survey and structured path forward for providing recommendations
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Attended weekly Board sessions and other FOMB advisor calls

■ Thomas Dohrmann (Senior Partner – part time – overall strategic direction)

***Week of January 4th to 10th***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input into Fiscal Plan SUT projections and allocations

***Week of January 11th to 17th***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on 2021 Fiscal Plan workplan
- Reviewed and provided input on draft Board analyses of expenditure savings scenarios and impact on Fiscal Plan forecasts

***Week of January 18th to 24th***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Provided input on Fiscal Plan assumptions

***Week of January 25th to 31st***
- Managed and coordinated overall work, teams, and client interactions
- Provided context and issue awareness to guide all work across teams
- Reviewed and provided input on updated FOMB proposal document for mediation

■ Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms)

*Week of January 4th to 10th*

- Conducted sessions related to fiscal plan SUT projections and allocations
- Held meeting with Government advisors on revenue projections, including SUT allocations
- Attended Board sessions related to mediation activities in order to answer questions about the Fiscal Plan
- Reviewed and provided input into sensitivity analyses around Fiscal Plan projections
- Conducted analysis of total monthly SUT collections year over year

*Week of January 11th to 17th*

- Supported FOMB leadership in mapping 2021 Fiscal Plan process, including key milestones, dates, etc.
- Participated in prep session with FOMB associates regarding updates to agency expenditures and performance on Fiscal Plan measures
- Participated in read out session with FOMB Fiscal Plan Director on agency expenditures and performance on Fiscal Plan measures
- Participated in cross-advisor / FOMB staff meeting on issues affecting macroeconomic conditions in Puerto Rico
- Provided analyses for FOMB leadership of year to date revenue performance
- Conducted work planning session with Fiscal Plan team of major topics and analyses to be conducted in the coming weeks

*Week of January 18th to 24th*

- Reviewed Fiscal Plan workplan with FOMB leadership and coordinated with team to incorporate feedback
- Conducted technical review of potential changes to Fiscal Plan forecasts by incorporating new information
- Prepared summary of Fiscal Plan revenue forecasts for working session with Hacienda
- Conducted session with FOMB staff and Fiscal Plan team regarding changes to tax law / collections from partnership entities
- Participated in sessions with Board co-advisors on power rates and economic forecasts
- Participated in Board strategy session to answer questions related to Fiscal Plan analyses

*Week of January 25th to 31st*

- Participated in working session with FOMB staff related to latest information on federal disaster recovery funding (FEMA / CDBG)
- Participated in working session with FOMB economist related to macroeconomic performance year to date
- Conducted working session with Fiscal Plan team on new information related to short-term revenue forecasts (e.g., latest Hacienda perspective)
- Participated in Board strategy session to answer relevant questions related to the 2021 Fiscal Plan process
- Provided input to Board advisors on SUT performance in the Certified Fiscal Plan in support of mediation activities
- Conducted working session with Board's economics advisors on unemployment forecast year to date relative to projections and fiscal implications

■ Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures)

*Week of January 4th to 10th*
- Participate in meeting with Government advisors on Fiscal Plan revenue projections
- Attended Board working sessions related to mediation activities
- Attending mediation session regarding creditor proposal
- Reviewed and assessed working capital assumptions outlined in Board Cash Presentation
- Reviewed and shared feedback regarding sensitivity analyses around Fiscal Plan projections

*Week of January 11th to 17th*
- Attended creditor mediation session regarding FOMB proposal
- Participated in cross-advisor / FOMB staff meeting on issues affecting macroeconomic conditions in Puerto Rico
- Reviewed and provided feedback on draft Board analyses of expenditure savings scenarios based on Fiscal Plan forecasts
- Participated in  planning working session with Fiscal Plan team of major topics and analyses to be conducted

*Week of January 18th to 24th*
- Participated in Board strategy session
- Participated in meetings with FOMB advisors regarding Fiscal Plan assumptions
- Reviewed and provided feedback on expenditure scenario analyses prepared by team

*Week of January 25th to 31st*
- Participated in creditor mediation sessions organized by mediation team
- Participated in working session with Fiscal Plan team on new information related to short-term revenue forecasts
- Participated in Board strategy session
- Reviewed historical recovery analysis to assess key data updates necessary for refresh of analysis


■ Todd Wintner (Partner – part time – content director on healthcare and education)

*Week of January 4th to 10th*
- Joined multiple calls to advise on modeling methodology related to Board scenarios for informing creditor negotiations
- Supported team in understanding the macroeconomic implications of federal relief and stimulus programs in FY20 and FY21

*Week of January 11th to 17th*
- Supported team in tracing evolution of education and other subsidy measures in Commonwealth Fiscal Plan

*Week of January 18th to 24th*
- Joined cross-advisor session to pressure test assumptions around federal funding for education in the Fiscal Plan

- Supported team in developing FOMB Board summary of assumptions for UPR subsidy reductions across past Fiscal Plans

*Week of January 25th to 31st*
- Joined Board call with external stakeholders to discuss potential Fiscal Plan impacts from future CMS regulations regarding pharmacy reimbursements
- Joined multiple calls to review and modify proposed edits to the Fiscal Plan related to public health care expenditures


■ Brian Latko (Partner – part time – expert on healthcare)

*Week of January 18th to 24th*
- Reviewed and provided input on potential implications of Senate Bills 1 and 2 for Fiscal Plan

*Week of January 25th to 31st*
- Reviewed government submissions related to implementation of DRG model and participated in discussion with FOMB staff to develop comments and questions in response to government submission


■ Sara O'Rourke (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics)

*Week of January 4th to 10th*
- Supported analysis of potential changes to SUT projections based on various growth scenarios
- Attended and supported onboarding of Dr. Rosa on Fiscal Plan and debt topics
- Kicked off analysis of implications for Puerto Rico of December CRRSAA bill and potential Biden stimulus package
- Oversaw modeling of various scenarios based on potential changes in expenditure levels in future years and government proposals; supported presentation to Board
- Reviewed creditor presentation of cash in FY21 to ensure accurate interpretation of Fiscal Plan assumptions and actuals
- Developed list of updates to be made between 2020 and 2021 Fiscal Plan
- Provided responses to mediation questions on Fiscal Plan components

*Week of January 11th to 17th*
- Oversaw and provided coaching for "Fiscal Plan Simulation" exercise as part of FOMB capability building
- Supported weekly calls with FOMB economists to discuss potential updates to Fiscal Plan macro, unemployment, and stimulus data
- Worked with team to compile expenditures and pensions updates identified between FY2020 and FY2021 Fiscal Plans
- Began detailed planning of Fiscal Plan process through April, including enhanced role of Board staff

- Oversaw initial development of presentation for Board on the core assumptions and components of the Fiscal Plan
- Attended working session with government to kick off collaboration on updating macroeconomic projections

### Week of January 18th to 24th
- Collaborated with FOMB financial, legal, and other advisors on outline and content creation for Board strategy session on creditor POA proposal
- Attended and presented during Board strategy session to support FOMB counter to creditor POA proposal
- Participated in call on treatment of Federal Funds for PRDE and implications of measures
- Hosted session with Executive Director on proposed approach for FP update process

### Week of January 25th to 31st
- Supported onboarding kick-off for new FOMB Fiscal Plan Model / Process leader
- Joined Board Public Meeting to provide support for Fiscal Plan questions
- Oversaw efforts to model "post certification changes" to reflect changes made to budget post-Fiscal Plan certification in 2020
- Oversaw creation of slides on Fiscal Plan process to support Executive Director Update at Public Board Meeting
- Supported data request to COR3 related to disaster relief funding actual disbursements and projections
- Provided input on updated FOMB proposal document for mediation


- Juan Rebolledo (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

### Week of January 4th to 10th
- Oversaw scenario analysis on potential impact of CBO updated numbers on total revenue collections, SUT, and surplus for FY2021-49
- Participated in meeting with Government advisors on revenue projections, including SUT allocations
- Coordinated analysis of December CRSAA bill implications for Puerto Rico
- Analyzed several scenarios on potential changes to expenditure levels based on government proposals

### Week of January 11th to 17th
- Led discussion on the Fiscal Plan certification process for FOMB, including key milestones and dates
- Participated in final simulation exercise for FOMB associates as part of capability building program
- Coordinated and led cross-advisor / FOMB staff meeting on issues affecting macroeconomic conditions in Puerto Rico
- Developed list of needed changes to the Fiscal Plan model estimates for 2021 certification

- Participated in working session with government to kick off collaboration on macroeconomic projections
- Helped develop materials for Board meeting on January 15th

**Week of January 18th to 24th**
- Reviewed Fiscal Plan workplan with FOMB leadership and worked with team to incorporate feedback
- Supported technical review of potential changes to fiscal plan forecasts based on incorporating new information
- Participated in session with FOMB staff and Fiscal Plan team regarding changes to tax law / collections from partnership entities
- Developed materials for Board Strategy Session

**Week of January 25th to 31st**
- Coordinated onboarding kick off for new FOMB Fiscal Plan Model Process leader
- Developed materials for Executive Directors update at Public Board meeting
- Coordinated data request to COR3 related to disaster relief funding
- Prepared materials for Fiscal Plan process kick-off with FOMB associates and advisors

- ■ Dean Udom (Engagement Manager – full time – focused on restructuring processes)

  **Week of January 4th to 10th**
  - Reviewed scenario analysis of potential impact of CBO updated numbers in total revenue collections, SUT, and surplus FY2021-49
  - Led analysis of SUT waterfall in support of mediation process
  - Reviewed analysis of working capital assumptions presented in Board Cash Presentation
  - Led working session on updates needed to pension assumptions in new fiscal plan

  **Week of January 11th to 17th**
  - Led Budget Model working sessions to analyze drivers of variance between Fiscal Plan forecasts and certified budgets in support of mediation process
  - Supported Board analyses of various expenditure savings scenarios based on Fiscal Plan forecasts

  **Week of January 18th to 24th**
  - Reviewed expenditure scenario analyses in support of various requests from Board staff and mediation co-advisors
  - Analyzed Legislature and Governor Proposal for Board meeting

  **Week of January 25th to 31st**
  - Participated in working session with Board co-advisors on SUT forecasts and scenarios
  - Participated in working sessions with Board co-advisors on disaster recovery assumptions and roll out profile
  - Reviewed analyses on assumptions around impact of stimulus funds on Puerto Rico economy

- ■ Jose Gonzalez-Garilleti (Associate – full time – focused on Fiscal Plan expenditures and agency efficiency measures)

  ***Week of January 4th to 10th***
  - Performed analysis based on various expenditures scenarios  for the Board
  - Compiled a list of all Fiscal Plan investments for the Board

  ***Week of January 11th to 17th***
  - Discussed updates to the Fiscal Plan measures list
  - Began discussing changes related to expenditures in the Fiscal Plan
  - Supported analysis on measures savings to date and modeled various scenarios rolling back measures for the Board

  ***Week of January 18th to 24th***
  - Completed analysis on measures rollback scenarios, compiled list of investments, and identified key categories of reductions for the Board
  - Analyzed Legislature and Governor proposals for Board meeting
  - Hosted a call with FOMB associates to discuss questions they had on Fiscal Plan to support capability building program

  ***Week of January 25th to 31st***
  - Started to incorporate FY21 post-certification decisions and adjustments to the updated Fiscal Plan model
  - Attended a session with EY to discuss differences between historical certified budgets and the post-measures expenditures of the Fiscal Plan

- ■ Luisa Lopez (Business Analyst – full time – focused on Fiscal Plan expenditures and agency efficiency measures and Capability Building)

  ***Week of January 4th to 10th***
  - Further refined recommendations based on the time management survey
  - Analyzed several expenditures scenarios for the Board
  - Analyzed the impact of the Uniform Remuneration Plan on the Fiscal Plan surplus
  - Compiled a list of all Fiscal Plan investments for the Board
  - Analyzed past reapportionments for the time management survey

  ***Week of January 11th to 17th***
  - Hosted small group session on independent agencies as part of capability building program
  - Discussed approach for updating the Fiscal Plan measures list
  - Hosted call with FOMB associates on Fiscal Plan simulation final presentation as part of capability building program
  - Attended sessions with FOMB associates to discuss COVID-19 relief funds impact for PRDE, Nutrition Assistance Program,  and Housing
  - Hosted final presentation of the Fiscal Plan simulation exercise with FOMB associates and FOMB Director as part of capability building program
  - Discussed changes related to expenditures in the Fiscal Plan model

- Supported analysis on savings to date and on scenarios of potential measures rollback for the Board

### Week of January 18th to 24th
- Attended working session to discuss the treatment of the Federal Funds of PRDE in the Fiscal Plan with FOMB and advisors
- Prepared materials summarizing the capability building program and the time management survey results
- Supported analysis of measures rollback scenarios and identified comprehensive list of investments key categories of reductions for Board
- Completed analysis on Governor's Proposal for Board meeting

### Week of January 25th to 31st
- Started to incorporate FY21 post-certification decisions and adjustments to the updated Fiscal Plan model
- Attended a session with Board advisor (EY) to discuss differences between historical certified budgets and the post-measures expenditures of the Fiscal Plan
- Prepared materials summarizing the capability building program for meeting with FOMB Chief of Staff
- Prepared materials for the public Board meeting


- Andrea Pagola (Business Analyst – full time – focused on Fiscal Plan Model, and revenues)

### Week of January 4th to 10th
- Performed scenario analysis on potential impact of CBO updated data on total revenue collections, SUT, and surplus FY2021-49
- Analyzed SUT waterfall to update the Fiscal Plan to reflect most recent distributions
- Developed materials summarizing December activities and priorities for January
- Worked on updating the Fiscal Plan with new information
- Analyzed working capital assumptions presented in Cash Presentation materials
- Assisted in analysis of recent FEMA funding announced for PRASA compared to assumptions in the Fiscal Plan

### Week of January 11th to 17th
- Attended meeting with Hacienda to discuss the workplan for Fiscal Plan certification as well as outstanding items
- Prepared materials related to revenues and surplus for Board meeting on January 15th
- Analyzed SUT waterfall and developed new methodology for Fiscal Plan model
- Worked on updating the Fiscal Plan model with new information, including health and macroeconomics updates
- Prepared materials for the process of certification of the 2021 Fiscal Plan
- Analyzed December General Fund revenue actuals and reviewed and provided input on associated materials prepared by FOMB associates

### Week of January 18th to 24th
- Prepared materials for Board meetings on impact of revenue measures and
- Updated Fiscal Plan model with new information and features

- Attended meeting with Hacienda to discuss other General Fund revenue outperformance
- Prepared detailed data request to send to Hacienda regarding the Fiscal Plan

***Week of January 25th to 31st***
- Attended meeting with Board advisors (PJT and EY) to discuss SUT projections in the Fiscal Plan
- Attended meeting with Hacienda to discuss revenue forecasts and Hacienda expectations per revenue stream
- Prepared materials for Fiscal Plan process kick-off with FOMB associates and advisors
- Helped prepare materials for Executive Director meeting with Congress President
- Discussed revenues process for the Fiscal Plan certification process with FOMB associate

- Sharline Mata (Analyst – full time – focused on DRF and macro)

  ***Week of January 4th to 10th***
  - Developed analysis of the compatibility of FCC funding with funds allocated for broadband in the 2020 Fiscal Plan
  - Prepared document on Broadband expansion costs benchmarking for Puerto Rico
  - Analyzed FEMA funding announced for PRASA and compared to assumptions in the Fiscal Plan 2020

  ***Week of January 11th to 17th***
  - Assisted in the analysis of partnership treatment for corporate tax in Puerto Rico
  - Collaborated in preparing materials on the certification process of the 2021 Fiscal Plan

  ***Week of January 18th to 24th***
  - Updated the Fiscal Plan with new macroeconomics data and add Disaster Recovery Fund toggle
  - Assisted in the preparation of materials on the current status of structural reforms

  ***Week of January 25th to 31st***
  - Prepared  update calendar and workplan for the 2021 certification process
  - Met with FOMB associates and Fiscal Plan owner to kick-off Macroeconomic and Disaster Relief Fund update process
  - Met with FOMB Fiscal Plan owner to discuss Disaster Relief Fund impact assumptions and COR3 planning/reimbursement processes for FEMA funding
  - Collaborated with FOMB associate and Fiscal Plan owner to send out request letters for data from FEMA and the Commissioner of Insurance
  - Reached out to FOMB associates regarding information available on PRDE's spending plan for FEMA PA obligated funds

- Fernanda Hernandez (Business Analyst – full time – focused on DRF and macro)

  ***Week of January 4th to 10th***
  - Prepared materials on the impact of COVID-19 stimulus resources on revenues collections

- Met with Board's economist to discuss methodology for estimating income loss in Puerto Rico due to COVID-19 and related adjustments to the Fiscal Plan model
- Prepared document on Broadband expansion costs benchmarking for Puerto Rico
- Met with FOMB associates to discuss the current status of COVID-19 stimulus funds for Education and Health

### Week of January 11th to 17th
- Met with Board advisor (EY) to review updated unemployment data and potential updates to the Fiscal Plan model
- Met with Government advisors (Ankura, DevTech), Board advisor (EY), and FOMB economists to discuss relevant topics in preparation for 2021 Fiscal Plan certification process
- Analyzed impact of updating data on commodities prices on the macroeconomic projection used in the Fiscal Plan model
- Met with FOMB associates to discuss the current status of COVID-19 stimulus funds for Nutrition and Housing
- Met with Board's economist to review the impact of updated macroeconomic data on the Fiscal Plan model macro projection

### Week of January 18th to 24th
- Supported the preparation of materials on the current status of structural reforms, fiscal measures, and total surplus
- Modeled the potential impact additional/unpursued structural reforms could have on Puerto Rico's economy
- Analyzed unemployment benefits claims data and its potential ability to predict income loss in the Island

### Week of January 25th to 31st
- Prepared materials for meeting with Legislature Leadership
- Met with FOMB associates and Fiscal Plan owner to kick-off Macroeconomic and Disaster Relief Fund Fiscal Plan model update process
- Met with Board's economist to discuss COVID-19 income loss projection methodology
- Met with Board's advisors (economist and EY) to discuss COVID-19 income loss projections
- Prepared COVID-19 unemployment benefits programs descriptive pages to share with advisors
- Attended meeting with FOMB Fiscal Plan owner to discuss Disaster Relief Funding impact assumptions


- Andrea Delgado (Business Analyst – full time – focused on Healthcare measures and expenditures)

### Week of January 4th to 10th
- Prepared health and pensions expenditures scenarios and compiled list of all Fiscal Plan investments to support mediation strategy
- Developed materials on the certification process for the 2021 Fiscal Plan word document
- Continued updating to Fiscal Plan model

*Week of January 11th to 17th*
- Continued developing materials for certification process for the 2021 Fiscal Plan word document
- Continued analysis of health and pensions expenditures scenarios to support mediation strategy
- Facilitated meeting with FOMB associates to discuss impact of COVID-19 healthcare relief funds
- Continued updating Fiscal Plan model
- Participated in meeting with ASES / DOH on updates regarding implementation of PRPL change

*Week of January 18th to 24th*
- Conducted analysis of Governor and Legislature proposals to support mediation strategy
- Continued developing materials for the certification process for the 2021 Fiscal Plan word document
- Continued updated 2021 Fiscal Plan model
- Summarized potential Fiscal Plan implications of two new health bills introduced in Puerto Rico Senate

*Week of January 25th to 31st*
- Prepared materials for the public Board meeting
- Continued making updates to the Fiscal Plan model
- Conducted initial onboarding of FOMB owner of Fiscal Plan word document
- Prepared materials for Fiscal Plan process discussion with FOMB Chief of Staff
- Refined list of previous Fiscal Plan investments
- Began research on potential Fiscal Plan impacts from future CMS regulations regarding pharmacy reimbursements

# **EXHIBIT E**

## *January 2021 Invoice*

# McKinsey&Company

The Financial Oversight and
Management Board for Puerto Rico
PO Box 195556
San Juan, Puerto Rico 00919-5556

ATTN: Promesa Assistant

accountspayable@promesa.gov

**Invoice No: PRC-4984LT-65**

Consulting Agreement
Client for Strategic Consulting support related to
the Title III Cases
Effective Agreement Date: July 1, 2020

Invoice Date: 2/9/2021

**Net 30**

**FFP Payment Schedule for Commonwealth Services**

**Invoice PoP:** January 1, 2021 – January 31, 2021

|  | Gross Amount | Total Invoice Payable |
|---|---|---|
| Invoice amount for services performed inside Puerto Rico | $ - | $ - |
| Invoice amount for services performed outside Puerto Rico | $ 950,000.00 | $ 950,000.00 |
| **Sub-total** | $ 950,000.00 | $ 950,000.00 |
| SUT1 | | Exempt |
| SUT2 | | Exempt |
| **Total Invoice Payable** | | $ 950,000.00 |

**Total Invoice:**     $950,000.00

**McKinsey reserves the right to reissue an invoice to account for changes in applicable taxes.
Please wire transfer payment to:**

| Account Name | MCK & CO PR CONSULTING INC |
|---|---|
| Account Number | ███████ |
| Currency | ███ |
| Branch | ██████████ |
| ABA | █████████ |
| SWIFT: | █████████ |

**Please reference the invoice number and invoice date on your remittance advice.**

For advice or questions on remittances, please contact ███████████████.