# **EXHIBIT F**

```
 1                     UNITED STATES DISTRICT COURT

 2                        DISTRICT OF PUERTO RICO

 3
     In Re:                        )        Docket No. 3:17-BK-3283(LTS)
 4                                 )
                                   )        PROMESA Title III
 5   The Financial Oversight and   )
     Management Board for          )
 6   Puerto Rico,                  )        (Jointly Administered)
                                   )
 7   as representative of          )
                                   )
 8   The Commonwealth of           )
     Puerto Rico, et al.           )        March 17, 2021
 9                                 )
                 Debtors,          )
10
     _____
11

12   The Financial Oversight and   )
     Management Board for          )
13   Puerto Rico,                  )  Docket No. 3:20-AP-00003(LTS)
                                   )
14   as representative of          )
                                   )
15   The Commonwealth of           )
     Puerto Rico, et al.           )        in 3:17-BK-3283(LTS)
16                                 )
                 Plaintiff,        )
17                                 )
     v.                            )
18                                 )
     Ambac Assurance Corporation,  )
19   et al.                        )
                                   )
20               Defendants.       )

21   _____

22

23

24

25
```

```
 1  _____

 2

 3    The Financial Oversight and )
      Management Board for        )
 4    Puerto Rico,                ) Docket No. 3:20-AP-00004(LTS)
                                  )
 5    as representative of        )
                                  )
 6    The Commonwealth of         )
      Puerto Rico, et al.         )      in 3:17-BK-3283(LTS)
 7                                )
                Plaintiff,        )
 8                                )
      v.                          )
 9                                )
      Ambac Assurance Corporation,)
10    et al.                      )
                                  )
11              Defendants.       )

12  _____

13
      The Financial Oversight and )
14    Management Board for        )
      Puerto Rico,                ) Docket No. 3:20-AP-00005(LTS)
15                                )
      as representative of        )
16                                )
      The Commonwealth of         )
17    Puerto Rico, et al.         )      in 3:17-BK-3283(LTS)
                                  )
18              Plaintiff,        )
                                  )
19    v.                          )
                                  )
20    Ambac Assurance Corporation,)
      et al.                      )
21                                )
                Defendants.       )
22

23  _____

24

25
```

```
 1  _____

 2                         HEARING ON MOTIONS

 3     BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

 4                  UNITED STATES DISTRICT COURT JUDGE

 5  _____

 6  APPEARANCES:

 7  ALL PARTIES APPEARING VIA ZOOM

 8  For The Commonwealth
    of Puerto Rico, et al.:   Mr. Michael Firestein, PHV
 9                            Mr. Lary Rappaport, PHV
                              Mr. Colin Kass, PHV
10

11  For Puerto Rico Fiscal
    Agency and Financial
12  Advisory Authority:       Ms. Elizabeth McKeen, PHV
                              Ms. Ashley Pavel, PHV
13

14  For Financial Guaranty
    Insurance Company:        Mr. Adam Langley, PHV
15

    For National Public
16  Finance Guarantee
    Corporation:              Mr. Robert Berezin, PHV
17

    For Assured Guaranty
18  Corporation:              Mr. William Natbony, PHV

19  For Ambac Assurance
    Corporation:              Ms. Atara Miller, PHV
20

21

22

23

24

25  Proceedings recorded by stenography.  Transcript produced by
    CAT.
```

```
 1                         I N D E X
 2  WITNESSES:                                        PAGE
 3        None.
 4
 5  EXHIBITS:
 6        None.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   I am assuming that the audit materials will come from KPMG as
2   opposed to -- unless PRIFA has audit files of communications
3   with KPMG?
4            MS. MCKEEN:  That's a good question, Your Honor.  I
5   think I'm going to have to look into that.
6            THE COURT:  All right.  I want you to look into
7   that.
8            MS. MCKEEN:  I will.
9            THE COURT:  All right.
10           MR. FIRESTEIN:  Your Honor --
11           THE COURT:  And request that information from KPMG.
12           MR. FIRESTEIN:  I have a -- it's Michael Firestein,
13  Your Honor.
14           I have a question on that.  I gather, so that we can
15  avoid going through the exercise of dealing further on the
16  KPMG subpoena, that that is the limit of the materials, or
17  something -- or something different?
18           THE COURT:  That issue really isn't in front of me,
19  and I don't begin to know what it looks like.
20           MR. FIRESTEIN:  At least as it relates to this issue,
21  though, that --
22           THE COURT:  I don't know what to tell you on that --
23           MR. FIRESTEIN:  All right.
24           THE COURT:  -- so I don't want to go down that rabbit
25  hole.