# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**RESERVATION OF RIGHTS OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION IN THEIR CAPACITY AS REVENUE BONDHOLDERS, TO DEBTORS' JOINT MOTION FOR AN ORDER (I) SCHEDULING A HEARING TO CONSIDER THE ADEQUACY OF INFORMATION CONTAINED IN THE DISCLOSURE STATEMENT, (II) ESTABLISHING THE DEADLINE FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND REPLIES THERETO, (III) APPROVING FORM OF NOTICE THEREOF, (IV) ESTABLISHING DOCUMENT DEPOSITORY PROCEDURES IN CONNECTION THEREWITH, AND (V) GRANTING RELATED RELIEF (ECF NO. 16332)**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp., ("AGM", and together with AGC, "Assured"), and National Public Finance Guarantee Corporation ("National"), solely in their capacities as insurers or holders of revenue bonds issued by HTA, the Puerto Rico Convention Center District Authority, and the Puerto Rico Infrastructure Financing Authority,[2] hereby submit this reservation of rights (the "Reservation of Rights") with respect to the *Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief* (ECF No. 16332, the "Motion"), and respectfully state as follows:[3]

## RESERVATION OF RIGHTS

1. On April 6, 2021, FOMB filed the Motion.

2. On April 12, 2021, FOMB extended to Saturday, April 17, 2021, at 4:00 PM AST, Assured and National's time to respond to the Motion.

3. Assured and National hereby reserve all of their rights with respect to the Motion, including (i) their right to file a response to the Motion at a later time, (ii) their right to join in responses to the Motion filed by other parties, and (iii) their right to be heard at any hearing on the Motion.

---

[2] On February 22, 2021, Assured and National conditionally joined a plan support agreement (the "PSA") "solely in their capacities as insurers, and asserted holders, deemed holders, or subrogees with respect to GO Bonds and PBA Bonds," each as defined in the PSA. See Mot. ¶¶ 3, 20. For the avoidance of doubt, Assured and National do not file this Reservation of Rights in their capacities as insurers, and asserted holders, deemed holders, or subrogees with respect to GO Bonds and PBA Bonds.

[3] Unless otherwise indicated, ECF numbers referenced in this Reservation of Rights refer to the docket in Case Number 17-3283-LTS.

Dated: April 17, 2021
New York, New York

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| */s/ Heriberto Burgos Pérez* | */s/ Howard R. Hawkins, Jr.* |
| Heriberto Burgos Pérez<br>USDC-PR No. 204,809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR No. 203,114<br>Diana Pérez-Seda<br>USDC–PR No. 232,014<br>E-mail: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br><br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Tel.: (787) 756-1400<br>Fax: (787) 756-1401<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>William Natbony*<br>Thomas J. Curtin*<br>Casey J. Servais*<br>200 Liberty Street<br>New York, New York 10281<br>Tel.: (212) 504-6000<br>Fax: (212) 406-6666<br>Email:<br>howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>bill.natbony@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br><br>\* admitted pro hac vice<br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**<br>By: */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>(USDC-PR No. 206314)<br>Email: epo@amgprlaw.com<br><br>By: */s/ Luis A. Oliver-Fraticelli*<br>Luis A. Oliver-Fraticelli<br>(USDC-PR No. 209204)<br>Email: loliver@amgprlaw.com<br><br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Telephone: (787) 756-9000<br>Facsimile: (787) 756-9010<br><br>*Attorneys for National Public Finance Guarantee Corp.* | **WEIL, GOTSHAL & MANGES LLP**<br>By: */s/ Robert S. Berezin*<br>Jonathan D. Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert S. Berezin (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br><br>*Attorneys for National Public Finance Guarantee Corp.* |

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, this 17th day of April, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* admitted pro hac vice