# **EXHIBIT A**

**O'Melveny**

O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429

T: +1 949 823 6900
F: +1 949 823 6994
omm.com

March 30, 2021

**Elizabeth L. McKeen**
D: +1 949 823 7150
emckeen@omm.com

<u>VIA E-MAIL</u>

Robert S. Berezin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

John Hughes, III
Atara Miller
MILBANK LLP
55 Hudson Yards
New York, New York 10001

William Natbony
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281

Martin Sosland
BUTLER SNOW LLP
5430 Lyndon B. Johnson Freeway, Suite 1200
Dallas, Texas 75240

Re:     <u>**Discovery in CCDA Revenue Bond Adversary Proceeding, No. 20-00004**</u>

Counsel:

AAFAF, as fiscal agent for the Tourism Company, is providing the below-listed information in response to Request No. 7 of Defendants subpoena to the Tourism Company. Supporting documentation was produced today at bates numbers indicated below.

| Date | Defendants' Description | Tourism Note | Supporting Document |
|---|---|---|---|
| 01/15/2015 | Withdrawal of **$3,500,000** out of GDB -9758.<br><br>(CCDA_STAY0001694 – CCDA_STAY0001695.) | Transfer from GDB -9758 to an investment account held with GDB. The investment account was used by the Tourism Company in its cash management to increase interest returns on its deposits. | CCDA_STAY0016908 |
| 04/13/2015 | Withdrawal of **$1,500,000** out of GDB -9758.<br><br>(CCDA_STAY0001700 – CCDA_STAY0001701.) | Transfer from GDB -9758 to investment account held with GDB. The investment account was used by the Tourism Company in its cash management to increase | CCDA_STAY0016912 |

| Date | Defendants' Description | Tourism Note | Supporting Document |
|---|---|---|---|
| | | interest returns on its deposits. | |
| 04/13/2015 | Withdrawal of **$1,000,000** out of GDB -9758.<br><br>(CCDA_STAY0001700 – CCDA_STAY0001701.) | Transfer from GDB -9758 to investment account held with GDB. The investment account was used by the Tourism Company in its cash management to increase interest returns on its deposits. | CCDA_STAY0016912 |
| 04/15/2015 | Withdrawal of **$5,000,000** out of GDB -9758.<br><br>(CCDA_STAY0001700 – CCDA_STAY0001701.) | Transfer from GDB -9758 to investment account held with Popular Asset Management. The investment account was used by the Tourism Company in its cash management to increase interest returns on its deposits. | CCDA_STAY0016915 |
| 7/22/2015 | A withdrawal of **$4,000,000** out of GDB -9758.<br><br>(CCDA_STAY0000004 – CCDA_STAY0000005.) | Transfer from GDB -9758 to investment account held with GDB. The investment account was used by the Tourism Company in its cash management to increase interest returns on its deposits. | CCDA_STAY0016919 |
| 08/14/2015 | Withdrawal of **$2,000,000** out of GDB -9758.<br><br>(CCDA_STAY0000006 – CCDA_STAY0000009.) | Transfer from GDB -9758 to investment account held with GDB. The investment account was used by the Tourism Company in its cash management to increase interest returns on its deposits. | CCDA_STAY0016920 |
| 9/22/2015 | A withdrawal of **$3,100,000** out of GDB -9758. | Transfer from GDB -9758 to investment account held with GDB. The investment account was | CCDA_STAY0016924 |

2

| Date | Defendants' Description | Tourism Note | Supporting Document |
|---|---|---|---|
| | (CCDA_STAY0000010 – CCDA_STAY0000013.) | used by the Tourism Company in its cash management to increase interest returns on its deposits. | |
| 2/22/2016 | A withdrawal of **$7,000,000** out of GDB -9758. (CCDA_STAY0000036 – CCDA_STAY0000041.) | Transfer from GDB -9758 to investment account held with GDB. The investment account was used by the Tourism Company in its cash management to increase interest returns on its deposits. | CCDA_STAY0016926 |
| 07/11/2016 | Withdrawal of **$3,644,377.57** out of Scotiabank -5142. (CCDA_STAY0000679 – CCDA_STAY0000684.) | Transfer to Tourism Company account used to pay suppliers. | CCDA_STAY0016930 |
| 09/09/2016 | Withdrawal of **$375,720.00** out of BPPR -2306. (CCDA_STAY0000646 – CCDA_STAY0000647.) | Transfer to Tourism Company account BPPR -5085. This account was used for operations of the slot machines at the San Juan Luis Muñoz Marin International Airport, which at the time of the transfer were managed by the Tourism Company. | CCDA_STAY0016936 CCDA_STAY0016938 |
| 04/13/2017 | Withdrawal of **$50,000.00** out of BPPR - 2306. (CCDA_STAY0000675 – CCDA_STAY0000676.) | Transfer to Tourism Company account BPPR -4773, which was used to cover Tourism Company payroll expense disbursements. | CCDA_STAY0016940 CCDA_STAY0016942 |
| 5/10/2017 | Withdrawal of **$10,607,824.72** out of Scotiabank -5138. | Monthly disbursement to casino operators based on percentage of slot machine revenues. | CCDA_STAY0016945 |

3

| Date | Defendants' Description | Tourism Note | Supporting Document |
|---|---|---|---|
| | (CCDA_STAY0009770 – CCDA_STAY0009786.) | | |
| 4/30/2019 | Withdrawal of **$73,872.55** out of FirstBank -2984. (CCDA_STAY0007470 – CCDA_STAY0007471.) | Internal transfer from FirstBank -2984's deposit account to its investment account to generate higher interest. | CCDA_STAY0016963 |
| 12/13/2019 | Withdrawal of **$423,601.81** out of Scotiabank -5144. (CCDA_STAY0006757 – CCDA_STAY0006763.) | Transfer to Tourism Company account Scotiabank -5143, which was used to cover Tourism Company payroll expense disbursements. | CCDA_STAY0016965 CCDA_STAY0016972 |
| 1/10/2020 | Withdrawal of **$12,342,306.14** out of Scotiabank -5138. (CCDA_STAY0012669 – CCDA_STAY0012680.) | Monthly disbursement to casino operators based on percentage of slot machine revenues. | CCDA_STAY0016980 CCDA_STAY0017053 |
| 01/13/2020 | Withdrawal of **$50,000.00** out of BPPR -2306. (CCDA_STAY0007384 – CCDA_STAY0007387.) | Transfer to Tourism Company account BPPR -4773, which was used to cover Tourism Company payroll expense disbursements. | CCDA_STAY0017061 CCDA_STAY0017063 |
| 02/14/2020 | Withdrawal of **$417,620.88** out of Scotiabank -5144. (CCDA_STAY0006772 – CCDA_STAY0006779.) | Transfer to Tourism Company account Scotiabank -5143, which was used to cover Tourism Company payroll expense disbursements. | CCDA_STAY0017066 CCDA_STAY0017074 |

**O'Melveny**

| Date | Defendants' Description | Tourism Note | Supporting Document |
|---|---|---|---|
| 02/28/2020 | Withdrawal of **$67,926.94** out of FirstBank -2984.<br><br>(CCDA_STAY0014185 – CCDA_STAY0014188.) | Internal transfer from FirstBank -2984's deposit account to its investment account to generate higher interest. | CCDA_STAY0017084 |

Sincerely,

*/s/ Elizabeth L. McKeen*

Elizabeth L. McKeen