# **EXHIBIT C**

# Milbank

**JOHN J. HUGHES III**

*Special Counsel*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5127
Jhughes2@milbank.com | milbank.com

April 14, 2021

**VIA EMAIL**

| | |
|---|---|
| Michael A. Firestein, Esq. | Elizabeth L. McKeen, Esq. |
| Lary A. Rappaport, Esq. | Ashley Pavel, Esq. |
| Proskauer Rose LLP | O'Melveny & Myers LLP |
| 2029 Century Park East, Suite 2400 | 610 Newport Center Drive, 17th Floor |
| Los Angeles, CA 90067 | Newport Beach, CA 92660 |

Re: Discovery in Revenue Bond Adversary Proceedings,
Nos. 20-00003, 20-00004, 20-00005

Counsel:

I write on behalf of Ambac Assurance Corporation ("Ambac") and Financial Guaranty Insurance Company ("FGIC") in response to AAFAF's April 6, 2021 letter (the "April 6 Letter") and to address additional matters concerning discovery.[1]

**AAFAF's Search Efforts on Behalf of Certain Government Entities**

On April 6, 2021, AAFAF provided Defendants with information concerning the search undertaken by Government Entities[2] to locate responsive documents, as required by the Court's *Order on Defendants' Motion to Compel Document Discovery from the Government in the Revenue Bond Adversary Proceedings* (ECF No. 16236) ("Order Compelling Document Discovery"). Ambac and FGIC appreciate this information, and AAFAF's representation that it will continue to supplement its production pending the results of such ongoing searches.

Based on a review of documents produced in discovery and other available information, Ambac and FGIC have identified additional individuals that Ambac and FGIC believe are likely

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in Defendants' March 31, 2021 letter.

[2] The Government has defined the term "Government Entities" to mean the following: the Puerto Rico Fiscal Agency and Financial Advisory Authority, including as successor to the Government Development Bank for Puerto Rico as fiscal agent, the Puerto Rico Convention Center District Authority, the Puerto Rico Tourism Company, and the Puerto Rico Department of Treasury. As defined by the Government, this term does not include the Plaintiff.

Michael A. Firestein, Lary A. Rappaport  April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

to have relevant information. Ambac and FGIC request that the Government consider asking the individuals listed in Appendix A for relevant information.

Additionally, Ambac and FGIC request that the Government consider using the search terms listed in Appendix B in addition to the terms it identified in its letter for electronic documents.

Ambac and FGIC will request clarification on the Parties' next meet-and-confer concerning the portions of AAFAF's letter indicating that "individual computer hard drives" and "individual outlook files" were searched, including how the hard drives were searched and what files were collected from them.

Finally, Ambac and FGIC request an update concerning when the Plaintiff plans to comply with paragraph 1 of Order Compelling Document Discovery.

**Outstanding and Additional Requests**

On March 31, 2021, Defendants sent the Government a letter containing several requests following up on Defendants' Revenue Bond Discovery Requests, including a meet-and-confer regarding PRIFAS and a request for information regarding the CCDA flow of funds (including a Banco Popular account from which GDB -9758 received transfers prior to 2012). Please provide an update on when the Government will address these requests.

With respect to PRIFA, Ambac and FGIC request that the Government provide the name(s) of any outside counsel that represented PRIFA as issuer in connection with the PRIFA bond issuances.

Very truly yours,

/s/ *John J. Hughes, III*
John J. Hughes, III


cc:  Atara Miller, Esq.
     Grant Mainland, Esq.

Michael A. Firestein, Lary A. Rappaport  April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

## Appendix A

| PRIFA | | |
|---|---|---|
| **Name** | **Title/Organization** | **Reference(s)** |
| **Francisco Pares** | President, Board of Directors, PRIFA | http://www.afi.pr.gov/PerfiAFI/Pages/Junta-de-Directores.aspx |
| **Eduardo Rivera Cruz** | Executive Director, PRIFA | http://www.afi.pr.gov/PerfiAFI/Pages/Equipo-Ejecutivo.aspx |
| **Juan C. Mendez-Torres** | Former Chairman of Board, PRIFA | PRIFA_STAY0001660; PRIFA_STAY0001749 |
| **Olga L. Ortiz-Guadalupe** | Former Secretary, PRIFA | PRIFA_STAY0001660; PRIFA_STAY0001683; PRIFA_STAY0001749<br>Signatory, PRIFA Bond Resolution |
| **Alfredo Salazar-Conde** | Former Vice President, PRIFA | PRIFA_STAY0001685 |
| **GDB Income Obligations Division (F**ED**. R. C**IV**. P. 30(b)(6))** | N/A | PRIFA_STAY0004737; PRIFA_STAY0003472 |
| **Melba Acosta-Febo** | President, GDB | http://www.gdb-pur.com/about-gdb/management.html<br>PRIFA_STAY0000472<br>Signatory, Lockbox Agreement |
| **Gabriel Rivera** | Director of Public Financing, GDB | PRIFA_STAY0004737<br>Ahlberg (30)(b)(6) Deposition Tr. 360:23-362:13<br>Authorized signatory, account opening documents, GDB - 1891 |
| **Jesus Garcia** | Assistant Director of Public Financing, GDB | PRIFA_STAY0004737<br>Ahlberg (30)(b)(6) Deposition Tr. 360:23-362:13<br>Authorized signatory, account opening documents, GDB - 1891 |
| **Hector Betancourt** | Senior Account Executive, GDB | PRIFA_STAY0001080; PRIFA_STAY0003472<br>Requested approval to transfer moneys from GDB -0006 to GDB -1891 and approved transfer orders |
| **Maria Ocasio** | Manager of Finances, Deposit | PRIFA_STAY0001077<br>Received approval letters to transfer moneys to PRIFA's general operational account for expenses |

-3-

Michael A. Firestein, Lary A. Rappaport  April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

| PRIFA |||
|---|---|---|
| **Name** | **Title/Organization** | **Reference(s)** |
|  | Accounts Division GDB |  |
| **Ana Garcia Noya** | Assistant Secretary, Treasury | PRIFA_STAY0000472; PRIFA_STAY0001071; PRIFA_STAY0001079; PRIFA_STAY0003472<br>Signatory, Lockbox Agreement |
| **Jorge Aponte Hernandez** | Management Team (Budgets), OMB | CW_STAY0034225; CW_STAY0034226 |
| **Pamela Sikowitz** | Deputy Assistant Administrator, Alcohol and Tobacco Tax Bureau, U.S. Dep't of Treasury | PRIFA_STAY0000613 |

| HTA |||
|---|---|---|
| **Name** | **Title/Organization** | **Reference(s)** |
| **Fernando Fagundo** | Executive Director, HTA | Natbony Declaration, Exhibit 59 |
| **Jayson O Padilla Morales** | Assistant Secretary, Central Accounting Office of the Government | HTA_STAY0028471 |
| **Rosemary Pedrero Ayala** | Director, Accounting Bureau | HTA_STAY0028471 |
| **Xenia Velez Silva** | Treasury | Signatory to Treasury Circular 1300-1-00 delegating SC-735 approval authority to agencies like HTA |
| **Cesar M. Gandiaga Texidor** | Assistant Executive Director for Administration and Finance, HTA | Ahlberg (30)(b)(6) Deposition Tr. 120:4 -121:3; Oriental_000467; Oriental_00069; Oriental_00080; Oriental_00082; Oriental_00084 |
| **Ana Garcia Noya** | Assistant Secretary, Treasury | HTA_STAY0000454 |
| **Sergio Gonzalez** | HTA | Ahlberg (30)(b)(6) Deposition Tr. 20:3-12 |

Michael A. Firestein, Lary A. Rappaport                                        April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

| HTA |||
|---|---|---|
| **Name** | **Title/Organization** | **Reference(s)** |
| **Angel Bulik** | Accounting Department, HTA | Ahlberg (30)(b)(6) Deposition Tr. 20:3-12 |
| **"Rebecca"** | Accounting Department, HTA | Ahlberg (30)(b)(6) Deposition Tr. 20:3-12 |
| **Carmen Villar Prados** | Executive Director, HTA | Oriental_000467 |
| **Jose Milan Malave Durant** | Interim Director of Finance, HTA | Oriental_000467-68; Oriental_00070; Oriental_00074-77 |
| **Jose R. Perez Torrellas** | Interim Treasurer, HTA | Oriental_000467-68 |
| **Carlos Contreras Aponte** | Executive Director, HTA | Oriental_000470 |
| **Javier E. Hernandez Carreras** | Assistant Executive Director for Administration and Finance, HTA | Oriental_000470 |
| **Javier E. Ramos Hernandez** | Executive Director, HTA | Oriental_000480; Oriental_00081; Oriental_00083 |
| **Enoc F. Ramos Perez** | Director of Finance, HTA | Oriental_000480; Oriental_00081; Oriental_00083 |
| **Juan Zaragoza Gómez** | Secretary of Treasury | Signatory for "DDO Prioridad Const. Clawback" account opened 3/4/2016 |
| **Héctor R. Melendez** | Accounting Supervisor | BDO Production |
| **Raúl Maldonado Gautier** | Secretary of the Interior and Chief Public Finance Officer | https://www.camarapr.org/Pres-Kenneth/OpportunityZones/Bio-Raul-Maldonado.pdf |

| CCDA |||
|---|---|---|
| **Name** | **Title** | **Reference(s)** |
| **Ingrid I. Rivera Rocafort** | Executive Director, Tourism Company | CCDA_STAY0006888; CCDA_STAY0006894; CCDA_STAY0013856 |

-5-

Michael A. Firestein, Lary A. Rappaport                                                                      April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

| CCDA ||| 
|---|---|---|
| **Name** | **Title** | **Reference(s)** |
| **Carlos Mercado Santiago** | Executive Director, Tourism Company | CCDA_STAY0006806; CCDA_STAY0013856 |
| **Samuel Sierra Rivera or Carlo Samuel Sierra Rivera**[3] | Chief Financial Officer, Tourism Company | CCDA_STAY0006894; CCDA_STAY0013856; CCDA_STAY004005; CCDA_STAY0004007; CCDA_STAY0006860; CCDA_STAY0016908; CCDA_STAY0016912; CCDA_STAY0016920; CCDA_STAY0016919; CCDA_STAY0016920; CCDA_STAY0016924; CCDA_STAY0016926; CCDA_STAY0004147 |
| **Daniel Rodriguez** | Chief Financial Officer, Tourism Company | CCDA_STAY0006888 |
| **Luis J. Umpierre Ferrer** | Chief Financial Officer, Tourism Company | CCDA_STAY0006880; CCDA_STAY0013856 |
| **Manuel Barreiro Rivera** | Chief Financial Officer, Tourism Company | CCDA_STAY0006888; CCDA_STAY0006894; CCDA_STAY0004020; CCDA_STAY0016912; CCDA_STAY0016915; CCDA_STAY0016919; CCDA_STAY0016920; CCDA_STAY0016924; CCDA_STAY0016926 |
| **Lizamarie Serrano Rodriguez** | Legal Advisor, Tourism Company | CCDA_STAY0006894; CCDA_STAY0013856 |
| **Carla G. Campos Vidal** | Executive Director, Tourism Company | CCDA_STAY0006866; CCDA_STAY0006880; CCDA_STAY013856; CCDA_STAY000001 |
| **Jose R. Izquierdo II** | Executive Director, Tourism Company | CCDA_STAY0006888; CCDA_STAY013856 |
| **Laura Y. Femenias Jove** | Deputy Executive Director, Tourism Company | CCDA_STAY0006888; CCDA_STAY013856 |
| **Luis D. Muniz Martinez** | Deputy Executive Director, Tourism Company | CCDA_STAY0006894; CCDA_STAY0006860; CCDA_STAY0013856 |
| **Janice M. Ramirez Valez** | Legal Director, Tourism Company | CCDA_STAY0006888; CCDA_STAY013856 |

---

[3] For each of the individuals listed under each revenue bond, any search of the individual should include the name as listed as well as any alternative form or spelling of the name of which the Government is aware.

Michael A. Firestein, Lary A. Rappaport                                                                 April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

| CCDA | | |
|---|---|---|
| **Name** | **Title** | **Reference(s)** |
| **Ricardo Rosello Rodriguez** | Director of Human Resources, Tourism Company | CCDA_STAY0006888 |
| **Mari Jo Laborde or Mari J. Leborde-Carlo** | Chief Sales & Marketing Officer, Tourism Company | CCDA_STAY0013856 |
| **Luis G. Rivera Marin** | Executive Director, Tourism Company | BPPR Production 20-00004-000001 |
| **Linda Guzman** | Room Tax Manager, Tourism Company | BPPR Production 20-00004-000001 |
| **Jose M. Suarez** | Tourism Company | BPPR Production 20-00004-000001 |
| **Cristina Rivera** | Executive Director, Tourism Company | BPPR Production 20-00004-000001 |
| **William Mendez** | Room Tax Manager, Tourism Company | BPPR Production 20-00004-000001 |
| **Myrna I. Rodriguez** | Tourism Company | BPPR Production 20-00004-000001 |
| **Sonia Ivette Rivera or Sonia Rivera Ayala** | Administrator of Tax Matters Office, Tourism Company | CCDA_STAY0004147; CCDA_STAY0004020; CCDA_STAY0016908; CCDA_STAY0016912; CCDA_STAY0016915; CCDA_STAY0016919; CCDA_STAY0016924; CCDA_STAY0016926 |
| **Gabriel F. Rivera** | Director of Finance, CCDA | CCDA_STAY0004332 |
| **Jesus Garcia** | Assistant Director, CCDA | CCDA_STAY0004332 |

Michael A. Firestein, Lary A. Rappaport                                April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

**Appendix B**

PRIFA

- ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI") w/10 "Fund" OR "Fondo"

- "Infrastructure Fund" AND ("special fund" OR "fondo especial" OR "special revenue fund" OR "special deposit")

- ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI") AND ((Rum w/3 Tax*) OR (Cover w/3 Rum) OR ("Cover" w/3 "Revenue") OR "COR" OR ("Cover" w/3 "Payment"))

- ("$117 million" OR "117,000,000" OR "one hundred seventeen million" OR "ciento diecisiete millones") AND (rum w/3 tax* OR revenue*) OR ((Cover* OR "Cover Over" OR "Cover-Over") w/5 (Rum OR Revenue* OR Tax* OR Payment* OR Proceeds)) OR ("Pledged Cover Over Requirement") OR ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI")

- ((Rum w/3 Tax*) OR (Cover w/3 Rum) OR (Cover w/3 "Revenue") OR "COR" OR ("Cover" w/3 "Payment") OR ("$117 million" OR "117,000,000" OR "one hundred seventeen million" OR "ciento diecisiete millones") OR "Pledged Cover Over Requirement") w/10 ("Special Revenue Fund" OR "Debt Service Fund" OR "Fondo de la Infraestructura de Puerto Rico")

- ███9028 AND "Citibank"

- ███2004 AND "U.S. Bank"

- ███0006 AND (GDB OR "Government Development Bank" OR "Banco Gubernamental de Fomento")

- (Deposit* OR transfer* OR credit*) w/10 ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI")

- ("Infrastructure Fund" OR "Fondo de la Infraestructura de Puerto Rico" OR "Special Revenue Fund" OR "Debt Service Fund") w/5 ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI")

- "Sinking Fund" AND ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI")

- ((Rum w/3 Tax*) OR (Cover w/3 Rum) OR ("Cover" w/3 "Revenue") OR "COR" OR ("Cover" w/3 "Payment") OR ("$117 million" OR "117,000,000" OR

Michael A. Firestein, Lary A. Rappaport April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

        "one hundred seventeen million" OR "ciento diecisiete millones") OR "Pledged Cover Over Requirement") w/10 ("Special Revenue Fund" OR "Debt Service Fund")

- ■0704 AND (GDB OR "Government Development Bank" OR "Banco Gubernamental de Fomento")
- ■1891 AND (GDB OR "Government Development Bank" OR "Banco Gubernamental de Fomento")"R4220" AND ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI") OR (Treasury OR Hacienda)
- "R4220" AND ("Fund 111" or "Fondo 111" or "general fund")
- "R4220" AND ("Fund 141" or "Fondo 141")
- "Fund 141" AND ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI") OR (Treasury OR Hacienda)
- "Fund 111" AND ("PRIFA" OR "Puerto Rico Infrastructure Financing Authority" OR "Autoridad Para El Financiamiento de la Infraestructura del Gobierno de Puerto Rico" OR "AFI") OR (Treasury OR Hacienda)

HTA
- "Highways and Transportation Authority" OR "HTA"
- ((Resolution OR Resolución) w/5 1968) OR ((Resolution OR Resolución) w/5 68-18)
- ((Resolution OR Resolución w/5 1998)) OR ((Resolution OR Resolución) w/5 98-06)
- "Fund 278" OR "fondo 278"
- "278-660000"
- "Security Agreement"
- "Bond Resolution*"
- "Sinking Fund"
- "Special Revenue Fund"
- Fund w/3 designa*
- (excise w/3 tax*)
- (Tax* w/3 revenue*")
- toll* w/3 revenue*
- "SC-735 voucher*" OR "SC-735 transfer voucher*"

-9-

Michael A. Firestein, Lary A. Rappaport                                         April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

- "Pass Throughs" OR "Pass-Throughs"
- TSA OR "Treasury Single Account"
- "PRIFAS"
- (Act w/5 30-2013) OR "Act 30"
- (Act w/5 31-2013) OR Act "31"
- 13 L.P.R.A. § 31751
- 9 L.P.R.A. § 2021
- 9 L.P.R.A. § 5681
- 278-0660000-781-2014
- 278-0660000-993-2014
- 278-0660000-782-2014
- 278-0660000-994-2015
- 278-0660000-081-2014
- 278-0660000-00302014
- 278-0660000-779-2014
- 278-0660000-780-2014
- 278-0660000-784-2015
- 278-0660000-785-2015
- 5191
- 9458
- 9857
- 0303
- 6438
- 6411
- 5116
- 9874
- 0006
- 4276
- 3466
- 6048
- 9839

Michael A. Firestein, Lary A. Rappaport                                  April 14, 2021
Elizabeth L. McKeen, Ashley Pavel

CCDA

- (Hotel OR room) w/2 Tax*
- "Assignment Agreement"
- "Pledge Agreement"
- "Trust Agreement"
- cuenta* w/3 transfer*
- cuenta* w/3 surplus*
- cuenta* w/3 pledge*
- 6545
- 9458
- 2984
- 3961
- 5142
- 5144
- 5138
- "Holding Fund"
- "Computadora Suplidores"
- "Hacienda Operacional"
- "Sweep Concentration"
- "Debt Service Reserve"
- "Public Funds Account"
- (polic* OR procedur*) w/10 ("Assignment Agreement" OR "Pledge Agreement" OR (Hotel Tax*) OR "Room Tax*" OR CCDA OR "Tourism Company"))
- ((Financ* w/4 Statement) AND RSM AND (Hotel Tax*))
- (Renew* /3 School)

-11-