# EXHIBIT F

1

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF PUERTO RICO

3
   In Re:                        )        Docket No. 3:17-BK-3283(LTS)
4                                )
                                 )        PROMESA Title III
5  The Financial Oversight and )
   Management Board for          )
6  Puerto Rico,                  )        (Jointly Administered)
                                 )
7  *as representative of*        )
                                 )
8  The Commonwealth of           )
   Puerto Rico, *et al.*         )        March 17, 2021
9                                )
                Debtors,         )
10
   _____

11

12 The Financial Oversight and )
   Management Board for          )
13 Puerto Rico,                  ) Docket No. 3:20-AP-00003(LTS)
                                 )
14 *as representative of*        )
                                 )
15 The Commonwealth of           )
   Puerto Rico, *et al.*         )        *in 3:17-BK-3283(LTS)*
16                               )
                Plaintiff,       )
17                               )
18 v.                            )
                                 )
19 Ambac Assurance Corporation,)
   *et al.*                      )
20                               )
                Defendants.      )
21
   _____

22

23

24

25

```
 1  _____

 2

 3   The Financial Oversight and )
     Management Board for        )
 4   Puerto Rico,                )  Docket No. 3:20-AP-00004(LTS)
                                 )
 5   as representative of        )
                                 )
 6   The Commonwealth of         )
     Puerto Rico, et al.         )       in 3:17-BK-3283(LTS)
 7                               )
                     Plaintiff,  )
 8                               )
     v.                          )
 9                               )
     Ambac Assurance Corporation,)
10   et al.                      )
                                 )
11                   Defendants. )

12  _____

13

14   The Financial Oversight and )
     Management Board for        )
15   Puerto Rico,                )  Docket No. 3:20-AP-00005(LTS)
                                 )
16   as representative of        )
                                 )
17   The Commonwealth of         )
     Puerto Rico, et al.         )       in 3:17-BK-3283(LTS)
18                               )
                     Plaintiff,  )
19                               )
     v.                          )
20                               )
     Ambac Assurance Corporation,)
21   et al.                      )
                                 )
22                   Defendants. )

23  _____

24

25
```

```
 1  _____

 2                        HEARING ON MOTIONS

 3     BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

 4                  UNITED STATES DISTRICT COURT JUDGE

 5  _____

 6  APPEARANCES:

 7  ALL PARTIES APPEARING VIA ZOOM

 8  For The Commonwealth
    of Puerto Rico, et al.:  Mr. Michael Firestein, PHV
 9                           Mr. Lary Rappaport, PHV
                             Mr. Colin Kass, PHV
10

11  For Puerto Rico Fiscal
    Agency and Financial
12  Advisory Authority:      Ms. Elizabeth McKeen, PHV
                             Ms. Ashley Pavel, PHV
13
    For Financial Guaranty
14  Insurance Company:       Mr. Adam Langley, PHV

15  For National Public
    Finance Guarantee
16  Corporation:             Mr. Robert Berezin, PHV

17  For Assured Guaranty
    Corporation:             Mr. William Natbony, PHV
18
    For Ambac Assurance
19  Corporation:             Ms. Atara Miller, PHV

20

21

22

23

24

25  Proceedings recorded by stenography.  Transcript produced by
    CAT.
```

```
 1                            I N D E X

 2   WITNESSES:                                        PAGE

 3        None.

 4

 5   EXHIBITS:

 6        None.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    I am assuming that the audit materials will come from KPMG as

2    opposed to -- unless PRIFA has audit files of communications

3    with KPMG?

4            MS. MCKEEN:  That's a good question, Your Honor.  I

5    think I'm going to have to look into that.

6            THE COURT:  All right.  I want you to look into

7    that.

8            MS. MCKEEN:  I will.

9            THE COURT:  All right.

10           MR. FIRESTEIN:  Your Honor --

11           THE COURT:  And request that information from KPMG.

12           MR. FIRESTEIN:  I have a -- it's Michael Firestein,

13    Your Honor.

14           I have a question on that.  I gather, so that we can

15    avoid going through the exercise of dealing further on the

16    KPMG subpoena, that that is the limit of the materials, or

17    something -- or something different?

18           THE COURT:  That issue really isn't in front of me,

19    and I don't begin to know what it looks like.

20           MR. FIRESTEIN:  At least as it relates to this issue,

21    though, that --

22           THE COURT:  I don't know what to tell you on that --

23           MR. FIRESTEIN:  All right.

24           THE COURT:  -- so I don't want to go down that rabbit

25    hole.