Exhibit J Page 1 of 5

# **<u>EXHIBIT J</u>**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00005-LTS |

**[PROPOSED] ORDER ORDERING THE GOVERNMENT TO DISCLOSE COMMUNICATIONS WITH THIRD PARTIES REGARDING THEIR RESPONSES TO SUBPOENAS DUCES TECUM AND TO WITHDRAW INSTRUCTIONS RELATING <u>TO THOSE RESPONSES</u>**

THIS MATTER is before the Court on the *Joint Status Report Regarding Discovery in the Revenue Bond Adversary Proceedings* (the "Joint Status Report"), filed by Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, The Bank of New York Mellon, and U.S. Bank Trust National Association (collectively, the "Defendants") and by the Financial Oversight and Management Board for Puerto Rico (the "Board"), the sole representative of the Commonwealth in these Title III proceedings ("Plaintiff") and the Government Entities[2] (together, with Plaintiff, the "Government") in Adv. Proc. No. 20-00003 ("PRIFA Adversary Proceeding"), Adv. Proc. No. 20-00004 ("CCDA Adversary Proceeding"), and Adv. Proc. No. 20-00005 ("HTA Adversary Proceeding," and collectively with the PRIFA Adversary Proceeding and the CCDA Adversary Proceeding, the "Revenue Bond Adversary Proceedings"). Capitalized terms not defined herein shall have the meanings given to them in the Joint Status Report.

The Court, having reviewed the Joint Status Report, hereby ORDERS that:

1. The Government shall disclose the substance of any non-attorney-client privileged communications it has had with any third parties that have received subpoenas in the Revenue Bond Adversary Proceedings concerning potential objections to the subpoenas, how to respond to subpoenas, or whether to withhold documents;

2. To the extent not already produced by the Government or the third party, the Government shall produce to Defendants copies of any non-privileged documents the Government has received from or sent to subpoena recipients in connection with the Revenue Bond Adversary Proceedings;

---

[2] "Government Entities" refers to the Commonwealth's agencies and instrumentalities on which Defendants served subpoenas in these Adversary Proceedings, including the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Puerto Rico Government Development Bank, the Puerto Rico Department of Treasury, HTA, PRIFA, CCDA, and the Puerto Rico Tourism Company.

3. To the extent the Government asserts attorney-client privilege over any communications with third parties regarding the subpoenas, objections thereto, or productions thereunder, or with respect to any documents received from or sent to subpoena recipients in connection with the Revenue Bond Adversary Proceedings, the Government shall produce to Defendants a privilege log of such communications and documents; and

4. The Government shall refrain from any further communications with subpoena recipients concerning potential objections to the subpoenas, how to respond to subpoenas, or whether to withhold documents, except to the extent necessary to state whether the Government is asserting or waiving a privilege that belongs to the Government or to advise a third party that the Government has filed a motion to modify or quash a subpoena directed to that third party.

Dated: April ___, 2020

SO ORDERED:

_____
Honorable Judith G. Dein
United States Magistrate Judge