B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re  The Financial Oversight and Management Board   Case No.  17 BK 3283-LTS
for Puerto Rico, as representative of
The Commonwealth of Puerto Rico

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Holdings Inc.
Name of Transferee

Lehman Brothers Special Financing Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:
Lehman Brothers Holdings Inc.
110 E. 42nd Street, Suite 820
New York, NY 10017

Court Claim # (if known):  32224
Amount of Claim:  $15,972,584.85
Date Claim Filed:  05/29/2018

Phone:  (646) 285-9000
Last Four Digits of Acct #:  4686

Phone:  (646) 285-9000
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Citibank NA, SWIFT: CITIUS33
Account: 3078-4686

Phone:  (646) 285-9000
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Claire Leonard, Vice President_   Date:  4/13/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.