B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re The Financial Oversight and Management Board for Puerto Rico as representative of Puerto Rico Sales Tax Financing Corporation "COFINA"

Case No. 17 BK 3283-LTS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Holdings Inc.
Name of Transferee

Lehman Brothers Special Financing Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:
Lehman Brothers Holdings Inc.
110 E. 42nd Street, Suite 820
New York, NY 10017

Court Claim # (if known): 34857
Amount of Claim: $39,265,178.38
Date Claim Filed: 05/29/2018

Phone: (646) 285-9000
Last Four Digits of Acct #: 4686

Phone: (646) 285-9000
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Citibank NA, SWIFT: CITIUS33
Account: 3078-4686

Phone: (646) 285-9000
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Clare Lennad, Vice President_ Date: 4/13/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.