B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re  The Financial Oversight and Management Board    Case No.  17 BK 3283-LTS
for Puerto Rico, as a representative of
Puerto Rico Sales Tax Financing Corporation
("COFINA")

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | Lehman Brothers Special Financing Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Lehman Brothers Holdings Inc.
110 E. 42nd Street, Suite 820
New York, NY 10017
Phone:  (646) 285-9000
Last Four Digits of Acct #:  4686

Court Claim # (if known):  168074
Amount of Claim:  $79,549,334.00
Date Claim Filed:  01/04/2019

Phone:  (646) 285-9000
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Citibank NA, SWIFT: CITIUS33
Account: 3078-4686

Phone:  (646) 285-9000
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Claire Leonard, Vice President_   Date: 4/13/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.