UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

    Debtors.[1]

------------------------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Joint Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

**To the Honorable Court:**

    **COMES NOW** creditor Baxter Sales and Distribution Puerto Rico Corp. ("Baxter S&D") through the undersigning counsel, and respectfully states and prays as follows:

    1.    The undersigned attorneys, who have appeared in this case on behalf of creditor Baxter S&D, also a member of the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA and PBA) ("UCC"), respectfully notify the Court that Baxter S&D has requested their withdrawal as counsel of record in these Title III proceedings.

    2.    The undersigning counsel have advised Baxter S&D on the status of these proceedings and especially noted the importance of retaining new counsel as soon as possible.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Consequently, counsel José L. Ramírez-Coll, Esq., of Antonetti Montalvo & Ramírez Coll, appeared before this Court on behalf of Baxter S&D on April 13, 2021. *See* Docket No. 16399, 17-bk-3283. The colleague will continue with Baxter S&D's defense in these Title III proceedings.

4. Accordingly, Baxter S&D respectfully requests that the Court allow the withdrawal of Mr. Casillas and Mr. Añeses and remove them from applicable service lists in the matters related to Baxter S&D.

5. Furthermore, the withdrawal of Mr. Casillas and Mr. Añeses will not affect the representation of the UCC by Mr. Casillas and other counsel of Casillas, Santiago and Torres LLC.

**WHEREFORE**, the undersigned attorneys respectfully notify the Honorable Court of their withdrawal as counsel for Baxter S&D.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 20th of April, 2021.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of this filing to the case participants. Further service will be done pursuant to the *Fourteenth Amended Notice, Case Management and Administrative Procedures* [Docket Entry No. 15894 in Case No. 17-bk-3283], and a certificate of compliance therewith shall be timely filed.



www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434

Fax: (787) 523-3433
jcasillas@cstalwpr.com

*s/Juan J. Casillas-Ayala*
**Juan J. Casillas-Ayala**
USDC-PR No. 218312

**Alberto J. E. Añeses-Negrón**
USDC-PR No. 302710
PO Box 3966
Aguadilla, PR 00605
alberto@doradotechpark.com
Tel.: (787) 475-4211

*s/Alberto J. E. Añeses-Negrón*
**Alberto J. E. Añeses-Negrón**
USDC-PR No. 302710

3