**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Joint Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

Debtor.

PROMESA
Title III

Case No. 17-BK-3284 (LTS)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,

Debtor.

PROMESA
Title III

Case No. 17-BK-3567 (LTS)

---------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Debtor.<br>------------------------------------------------------------------------x | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor.<br>------------------------------------------------------------------------x | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

To the Honorable Court:

**PLEASE TAKE NOTICE** that Alberto J. E. Añeses Negrón's appearance is hereby withdrawn as local counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than PBA and COFINA) ("UCC") in these Title III cases and the adversary proceedings listed in Appendix A. Mr. Añeses Negrón is no longer employed in Casillas, Santiago & Torres, LLC ("CST Law"). The appearances of other counsel of CST Law on behalf of the UCC will remain unaffected by this request. The UCC will continue to be represented locally by the other attorneys of CST Law, therefore, the withdrawal of Mr. Añeses Negrón will not disrupt the cases.

2

**WHEREFORE**, pursuant to Local Bankruptcy Rule 9010-1(d)(3)(A), the UCC hereby respectfully requests that the Court order the withdrawal of Mr. Añeses Negrón as counsel to the UCC and remove him from all applicable service lists.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 20th of April, 2021.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of this filing to the case participants. Further service will be done pursuant to the *Fourteenth Amended Notice, Case Management and Administrative Procedures* [Docket Entry No. 15894 in Case No. 17-bk-3283], and a certificate of compliance therewith shall be timely filed.

*/s/ Juan J. Casillas-Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC-PR 218312)
El Caribe Office Bldg.
53 Palmeras St., Ste. 1601
San Juan, PR 00901-2419
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com

# Appendix A

| Adversary Proceedings ||
|---|---|
| 17-151 | 19-160 |
| 17-152 | 19-164 |
| 18-028 | 19-182 |
| 18-059 | 19-183 |
| 19-048 | 19-186 |
| 19-051 | 19-200 |
| 19-053 | 19-202 |
| 19-054 | 19-218 |
| 19-055 | 19-229 |
| 19-056 | 19-236 |
| 19-060 | 19-245 |
| 19-063 | 19-249 |
| 19-067 | 19-255 |
| 19-068 | 19-265 |
| 19-075 | 19-266 |
| 19-081 | 19-268 |
| 19-088 | 19-282 |
| 19-102 | 19-283 |
| 19-112 | 19-285 |
| 19-117 | 19-286 |
| 19-127 | 19-287 |
| 19-128 | 19-288 |
| 19-130 | 19-290 |
| 19-134 | 19-396 |
| 19-143 | 20-003 |
| 19-145 | 20-004 |
| 19-148 | 20-005 |