# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING AMBAC ASSURANCE CORPORATION'S URGENT MOTION TO COMPEL MILLIMAN, INC. TO COMPLY WITH SUBPOENA ISSUED PURSUANT TO THE COURT'S JANUARY 13, 2021 ORDER AUTHORIZING RULE 2004 DISCOVERY**

Upon consideration of the *Ambac Assurance Corporation's Urgent Motion to Compel Milliman, Inc. to Comply with the Court's January 13, 2021 Order Authorizing Rule 2004 Discover,* (the "Motion"),[2] and the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein;

2. Milliman is ordered to produce all documents, from January 1, 2013 through the present, showing:

    a) assumption studies or studies of demographic experience relied on in the Actuarial Valuation Reports, which would address, *inter alia*, assumptions regarding mortality, incidence of retirement and disability, and employee turnover;

    b) analyses of plan experience or experience studies;

    c) results of death audits; and

    d) copies of the input screens for the valuation software showing plan provisions valued and assumptions used.

3. To the extent Milliman determines that the materials set forth in 2(a)-(d) above do not exist, Milliman is ordered to provide a detailed explanation regarding the nature of the searches it has undertaken to locate such documents and the basis for its determination that no such documents exist.

4. Milliman is ordered to produce all communications between Milliman and the Government Parties, from January 1, 2013 through the present, concerning the Actuarial Valuation Reports.

5. Milliman is ordered to produce a records custodian for a deposition concerning its document search and review process in response to the Subpoena.

6. Milliman is ordered to meet-and-confer in good faith with Ambac about additional searches using different or additional search parameters.

SO ORDERED.

Dated: _____

                                                                                               _____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE