# EXHIBIT I

| | |
|---|---|
| **From:** | Harrison, Frank <FHarrison@williamskastner.com> |
| **Sent:** | Monday, April 19, 2021 1:01 PM |
| **To:** | Andrew K. Glenn |
| **Cc:** | Paslawsky, Alexandra; Olga L. Fuentes; Marissa E. Miller |
| **Subject:** | RE: Ambac/Milliman |

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andrew,

We should have a production to you on Friday.

Best,

Frank

**From:** Harrison, Frank
**Sent:** Wednesday, April 14, 2021 5:45 AM
**To:** Andrew K. Glenn <aglenn@glennagre.com>
**Cc:** Paslawsky, Alexandra <apaslawsky@milbank.com>; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>
**Subject:** RE: Ambac/Milliman

Andrew,

I'm trying to get you a realistic date today.

Thanks,

Frank

**From:** Andrew K. Glenn <aglenn@glennagre.com>
**Sent:** Monday, April 12, 2021 1:36 PM
**To:** Harrison, Frank <FHarrison@williamskastner.com>
**Cc:** Paslawsky, Alexandra <apaslawsky@milbank.com>; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>
**Subject:** Re: Ambac/Milliman

We have still not received your production. Please give us a specific date.

Thanks,

1

Andrew K. Glenn
Managing Partner
Glenn Agre Bergman & Fuentes LLP
55 Hudson Yards
20th Floor
New York, New York 10001

**From:** Harrison, Frank <FHarrison@williamskastner.com>
**Sent:** Friday, April 2, 2021 1:39 PM
**To:** Andrew K. Glenn <aglenn@glennagre.com>
**Cc:** Paslawsky, Alexandra <apaslawsky@milbank.com>; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>
**Subject:** RE: Ambac/Milliman

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andrew,

I am pushing to have something rolled out to you late next week.

Frank

**From:** Andrew K. Glenn <aglenn@glennagre.com>
**Sent:** Wednesday, March 31, 2021 12:25 PM
**To:** Harrison, Frank <FHarrison@williamskastner.com>
**Cc:** Paslawsky, Alexandra <apaslawsky@milbank.com>; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>
**Subject:** Re: Ambac/Milliman

Frank,

When can we expect your document production?

Thanks,

Andrew K. Glenn
Managing Partner
Glenn Agre Bergman & Fuentes LLP
55 Hudson Yards
20th Floor
New York, New York 10001

2

**From:** Harrison, Frank <FHarrison@williamskastner.com>
**Sent:** Monday, March 22, 2021 5:33 PM
**To:** Andrew K. Glenn <aglenn@glennagre.com>
**Cc:** Paslawsky, Alexandra <apaslawsky@milbank.com>; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>
**Subject:** RE: Ambac/Milliman

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andrew:

I disagree with just about everything you've written in your March 18 letter but do not want to cause Milliman, a non-party, the fees for me to spell out each reason why at this point.  Candidly, I don't see how you run into a court and ask it to compel Milliman to produce what it simply doesn't have.  I do agree we have met and conferred and thought we were making progress.  I had asked you to provide more specific requests in response to Milliman's objections.  You did that, and I promptly told you that Milliman did not have documents responsive to your more specific requests (the first five romanettes in your letter).  As to the sixth romanette, the e-mails, we will add the domains you (for the first time in your letter) identified to the search.  Glenn Bowen's e-mails are being searched because he would be on any e-mails with Katherine Warren and Tim Nugent, who you also for the first time identified in your letter.  If you have specific yahoo or gmail accounts you want Milliman to also search, please send my way.  I can't search those without knowing what they are.  At the moment, the plan is to do a linear review, rather than search terms, of all e-mails with Glenn Bowen and those domains.

Know that if you file a motion that requires a response from Milliman, Milliman will seek to recover the fees and consultant time for doing so here.  Rule 9016 provides that Rule 45 applies, including Rule 45(d)(1).  Also know that such a motion is going to distract from review of the e-mails we have agreed to produce and slow that process down.  All rights reserved.

Frank

**Frank S. Harrison**
Williams Kastner | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-628-2789 | F: 206-628-6611
www.williamskastner.com | Bio | V-Card

**WASHINGTON** OREGON

---

**From:** Andrew K. Glenn <aglenn@glennagre.com>
**Sent:** Thursday, March 18, 2021 3:01 PM
**To:** Harrison, Frank <FHarrison@williamskastner.com>

3

**Cc:** Paslawsky, Alexandra <apaslawsky@milbank.com>; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>
**Subject:** Ambac/Milliman

Frank,

Please see the attached correspondence.

Andrew

*******************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.