TRIBUNAL DE DISTRITO DE LOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,

CASO: 17-03283-LTS

NOTIFICACIÓN DE LA TRICENTÉSIMA TERCERA OBJECIÓN GLOBAL(SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES POR LAS QUE EL ELA Y EL SRE NO TIENEN RESPONSABILIDAD

NUMERO DE RECLAMACION: 50437

Motivos para oponerse a la Objeción Global:

Para el año 2017, la Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico, Desarrollo Industrial (Formulario 480.3 (II)DI) de Quality Consulting Group, LLC fue radicada el día 22 de junio de 2018 (en tiempo). La misma refleja en la Parte I, Línea 7 - Una Contribución pagada en exceso de $160,142.00 (Refiérase al Anejo I).

Para el año 2018, la planilla de contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico, Desarrollo Industrial (Formulario 480.3 (II)DI) de Quality Consulting Group, LLC fue radicada el día 15 de abril de 2019 (en tiempo). La misma refleja en la Parte I, Línea 7 - Una Contribución pagada en exceso de $149, 365.00 (Refiérase al Anejo I). Luego de haber acreditado nuestra responsabilidad contributiva de $4,718.00 en contra del crédito existente retenido por el Gobierno de Puerto Rico, Departamento de Hacienda. La Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico Desarrollo Industrial (Formulario 480.3 (II)DI) de Quality Consulting Group, LLC fue radicada el día 15 de abril de 2019 refleja una Contribución a Reintegrar en la Parte I, Línea 10, la cual nunca fue recibida. (Refiérase al Anejo II).

Para el año 2019, la planilla de contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico, Desarrollo Industrial (Formulario 480.3 (II)DI) de Quality Consulting Group, LLC fue radicada el día 25 de noviembre de 2020 (en tiempo). La misma refleja en la Parte I, Línea 7 - Una Contribución pagada en exceso de $161,316.00 (Refiérase al Anejo I). Luego de haber acreditado muestra responsabilidad contributiva de $7,928.00 en contra del crédito existente retenido por el Gobierno de Puerto Rico, Departamento de Hacienda. (Refiérase al Anejo III)

La razón incluida por el Estado Libre Asociado de Puerto Rico en la reclamación no.: 50347 y cito: "La evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del departamento de hacienda indican que dicho crédito fiscal de $160,142.00 se aplico a deudas tributarias de los años 2018 y 2019." es incorrecta y no se ajusta a la situación real del

contribuyente con respecto a su balance por cobrar con el Departamento de Hacienda del Gobierno de Puerto Rico.

Al día 14 de abril de 2021, el Estado Libre Asociado de Puerto Rico, et al., adeuda a Quality Consulting Group, LLC un monto que asciende a la cantidad de **$171, 316.00**. (Ver detalles en Tabla 1 – Historial Contributivo Quality Consulting Group, LLC (2017-2019)

Tabla 1 – Historial Contributivo Quality Consulting Group, LLC (2017-2019)

| Año | Balance Inicial | Retencion 480.6 | Responsabilidad Contributiva | Reintegro Solicitado | Balance Credito |
|---|---|---|---|---|---|
| 2017 | $ 49,063.00 | $111,079.00 | $ - | | $160,142.00 |
| 2018 | $160,142.00 | $ 3,941.00 | $ 4,718.00 | $ 10,000.00 | $149,365.00 |
| 2019 | $149,365.00 | $ 19,879.00 | $ 7,928.00 | | $161,316.00 |
| **Total de balance adeudado $161,316.00 + $10,000(reintegro)= $171,316.00** | | | | | |

**POR TODO LO CUAL,** muy respetuosamente se solicita que se desestime la moción que busca cancelar el crédito adeudado a Quality Consulting Group, LLC y se confirme la validez de esta deuda.

**RESPETUOSAMENTE SOMETIDO.**

**EN GUAYNABO, PUERTO RICO; el 14 de abril de 2021.**

*[firma]*
**Yanira Torrellas Cruz**
**Presidenta & CEO Quality Consulting Group, LLC.**
**PMB 303 405**
**Ave. Esmeralda Suite 2**
**Guaynabo, PR. 00969**
**(787) 988-8418**
ytorrellas@wearequality.co

**Se incluye Resolución de la Junta de Miembros autorizando a la Sr. Torruellas a representar a la entidad**