Anejo #4 - Informacion de la Reclamacion #50437 y razon del ELA

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Quality Consulting Group, Inc. | 50437 | 6/26/2018 | Commonwealth of Puerto Rico | $160,142.00 |
| Reason: | Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such tax credit of $160,142.00 has been applied to 2018 and 2019 tax years. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Quality Consulting Group, Inc. | 50437 | 6/26/2018 | Commonwealth of Puerto Rico | $160,142.00 |
| Base para: | La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $160,142.00 se aplicó a deudas tributarias de los años 2018 y 2019. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Honorable Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

16 de abril de 2021

**CERTIFICO QUE:**

El 14 de abril de 2021, llegamos a la entrada del Tribunal Federal para entregar una réplica del Caso:17-03283-LTS, Doc-16030 y número de reclamación-50437 con fecha de vencimiento el 14 de abril de 2021 a las 4:00pm.

Al llegar al Tribunal Federal en la entrada el guardia de turno nos indica que por razones de COVID-19 la oficina que recibe estos documentos esta cerrada ese día y que el próximo día hábil para entregar documentos es hoy, viernes 16 de abril de 2021.

Para asegurarnos que se sometió a tiempo, enviamos copia por correo certificado con acuse de recibo el 14 de abril de 2021. Se notifico a todas las partes que se nos requería notificar por correo certificado, incluyendo la certificación de notificación requerida.

Atentamente,

*[firma]*
Yanira Torrellas

RECEIVED & FILED
2021 APR 16 AM 10:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Anejo #1 - 2017 (Quality Consulting Group, LLC) Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el programa de Incetivos de Puerto Rico Desarrollo Industrial

Formulario 480.3(II)DI Rev. 03.18

| Liquidador: | Revisor: | 20 17 | GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | 20 17 | Número de Serie |

Investigado por: _____

Fecha ___/___/___
R M N

**Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico Desarrollo Industrial**

PLANILLA ENMENDADA ◯
AÑO CONTRIBUTIVO:
1 ⓧ NATURAL  2 ◯ ECONÓMICO  3 ◯ 52-53 SEMANAS

AÑO CONTRIBUTIVO COMENZADO EL 01 de ene. de 2017 Y TERMINADO EL 31 de dic. de 2017

Nombre del Contribuyente: QUALITY CONSULTING GROUP, INC.
Dirección Postal: PMB 303 405 AVE ESMERALDA SUITE 2
GUAYNABO PR    Código Postal 00989
Localización de la Industria o Negocio Principal - Número, Calle y Pueblo
C5 AVENIDA ALEJANDRINO
GUAYNABO PR    00969-4704
Naturaleza de la Industria o Negocio Principal: CONSULTORIA Y RECLUTAMIENTO
Correo Electrónico de Persona Contacto (E-mail): ytorrellas@qualityconsultinggrouppr.com

Número de Identificación Patronal: 66-0773559
Núm. Registro del Departamento de Estado: 305059
Clave Industrial: 5412   Cod. Municipal: 12
Número de Registro de Comerciante: 05014630013
Número de Teléfono - Extensión: (787) 418 - 0240
Fecha de Incorporación: Día 13 / Mes oct. / Año 2011
Lugar de Incorporación: PUERTO RICO
Cambio de Dirección: ◯ SI ⓧ No
Solicitó Prórroga: ⓧ SI ◯ No
Contratos con Organismos Gubernamentales: ◯ SI ⓧ No

Sello de Pago: Gobierno de Puerto Rico DEPARTAMENTO DE HACIENDA Oficina de Correspondencia y Conservación RECIBIDO JUN 2 2 2018 PLANILLA SIN PAGO — SECRETARIO DE HACIENDA
17-004

COPY

Tipo de Entidad: LLC
Indique si es miembro de un grupo de entidades relacionadas: ◯ SI ⓧ No
Número de grupo: _____

Ingreso parcialmente exento bajo:
◯ Ley 8 de 1987 (Anejo N Incentivos) Caso Núm: _____
◯ Ley 135-1997 (Anejo V Incentivos) Caso Núm: _____
ⓧ Ley 73-2008 (Anejo X Incentivos) Caso Núm: 14-73-I-58
◯ Ley 20-2012 (Anejo AA Incentivos) Caso Núm: _____

**Parte I**

1. Responsabilidad contributiva:
   a) Anejo N Incentivos, Parte II, línea 9 .......... (1a) 0|00
   b) Anejo V Incentivos, Parte III, línea 5 .......... (1b) 0|00
   c) Anejo X Incentivos, Parte IV, línea 11 .......... (1c) 0|00
   d) Anejo AA Incentivos, Parte III, línea 5 .......... (1d) 0|00
   e) Anejo P Incentivos, Parte II, línea 19 (Véanse Instrucciones) .......... (1e) 0|00
   f) Total (Sume líneas 1(a) a la 1(e)) .......... (1f) 0|00

2. Menos:
   a) Contribución retenida en el origen .......... (2a) 0|00
   b) Pagos de contribución estimada del año corriente .......... (2b) 0|00
   c) Exceso de años anteriores no incluido en la línea 2(b) .......... (2c) 49,063|00
   d) Contribución retenida sobre la participación distribuible a socios de sociedades o sociedades especiales (Formulario 480.6 EC) .......... (2d) 0|00
   e) Cantidad pagada con prórroga automática o con planilla original .......... (2e) 0|00
   f) Contribución retenida por servicios profesionales (Formulario 480.6B) .......... (2f) 111,079|00
   g) Contribución retenida en el origen sobre intereses elegibles .......... (2g) 0|00
   h) Total de pagos (Sume líneas 2(a) a la 2(g)) .......... (2h) 160,142|00

3. Balance de contribución a pagar (Si la línea 1(f) es mayor que la línea 2(h), anote la diferencia aquí, de lo contrario, en la línea 5):
   a) Contribución .......... (3a) 0|00
   b) Intereses .......... (3b) 0|00
   c) Recargos .......... (3c) 0|00
   d) Total (Sume líneas 3(a) a la 3(c)) .......... (3d) 0|00

4. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Incentivos, Parte II, línea 21) .......... (4) 0|00
5. Exceso de contribución retenida o pagada (Véanse Instrucciones) .......... (5) 160,142|00
6. Cantidad pagada con esta planilla (Sume líneas 3(d) y 4 menos línea 5) .......... (6) 0|00
7. Contribución pagada en exceso para acreditar a la contribución estimada del año 2018 .......... (7) 160,142|00
8. Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (8) 0|00
9. Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (9) 0|00
10. Contribución a reintegrar .......... (10) 0|00

**JURAMENTO**

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar) o agente del negocio exento a nombre del cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan) y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe y de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Anira Torrellas Cruz  /  Firma  /  06-14-2018
Nombre del presidente o vicepresidente / Firma del presidente o vicepresidente / Fecha

Yanira Torrellas Cruz  /  Firma  /  06-14-2018
Nombre del tesorero o tesorero auxiliar / Firma del tesorero o tesorero auxiliar / Fecha

Nombre del agente / Firma del Agente / Fecha

**PARA USO DEL ESPECIALISTA SOLAMENTE**

Declaro bajo penalidad de perjurio que esta planilla (incluyendo los anejos y estados adjuntos) ha sido examinada por mí, y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

Nombre del especialista (Letra de molde): MARIA E DE LA CRUZ
Núm. de registro: 6 5 1 8
Fecha: 06-14-2018

Nombre de la firma: MEC CONSULTING SERVICE GROUP LLC
Marque si es especialista por cuenta propia: ◯

Firma del especialista: _____
Dirección: PO BOX 367814 SAN JUAN PR
Código postal: 00936-7814

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ⓧ Sí ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Case:17-03283-LTS   Doc#:16491-1   Filed:04/16/21   Entered:04/21/21 10:54:03   Desc:
Exhibit   Page 4 of 7

Anejo #2 - 2018 (Quality Consulting Group, LLC) Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el programa de Incentivos de Puerto Rico Desarrollo Industrial

Formulario 480.3(II)DI Rev. 03.19

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico**
**Desarrollo Industrial**

AÑO CONTRIBUTIVO COMENZADO EL 01 de ene. de 2018 Y TERMINADO EL 31 de dic. de 2018

PLANILLA ENMENDADA ◯
AÑO CONTRIBUTIVO:
1 ⊗ NATURAL 2 ◯ ECONÓMICO 3 ◯ 52-53 SEMANAS

Número de Serie: 18-002

Sello de Pago:
Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Conservación
RECIBIDO
15 ABR. 2019
PLANILLA SIN PAGO
SECRETARIA DE HACIENDA

**Nombre del Contribuyente:** Quality Consulting Group LLC
**Dirección Postal:** PMB 303 405 Suite 2, Ave Esmeralda, Guaynabo PR, Código Postal 00969
**Localización de la Industria o Negocio Principal:** Villa Clementina C-5, Ave Alejandrino, PR 00969
**Número de Identificación Patronal:** 66-0773559
**Núm. Registro del Departamento de Estado:** 305059
**Clave Industrial:** 5412   **Cod. Municipal:** 10
**Número de Registro de Comerciante:** 05014630013
**Número de Teléfono - Extensión:** (787) 418-0240
**Fecha de Incorporación:** Día 13 / Mes oct. / Año 2011
**Lugar de Incorporación:** 1 [X] Doméstica (PR)  2 ◯ Extranjera - Puerto Rico
**Tipo de Entidad:** LLC

**Naturaleza de la Industria o Negocio Principal:** Consultoria y Reclutamiento
**Cambio de Dirección:** ◯ Sí ⊗ No
**Correo Electrónico de Persona Contacto (E-mail):** ytorrellas@wearequality.co
**Solicitó Prórroga:** ◯ Sí ⊗ No
**Contratos con Organismos Gubernamentales:** ◯ Sí ⊗ No

**Indique si es miembro de un grupo de entidades relacionadas:** ◯ Sí ⊗ No
Número de grupo: _____

**Ingreso parcialmente exento bajo:**
◯ Ley 8 de 1987 (Anejo N Incentivos) Caso Núm:
◯ Ley 135-1997 (Anejo V Incentivos) Caso Núm:
⊗ Ley 73-2008 (Anejo X Incentivos) Caso Núm: 14-73-I-58
◯ Ley 20-2012 (Anejo AA Incentivos) Caso Núm:

### Parte I

| | | |
|---|---|---|
| 1. Responsabilidad contributiva: a) Anejo N Incentivos, Parte II, línea 9 | (1a) | 0.00 |
| b) Anejo V Incentivos, Parte III, línea 5 | (1b) | 0.00 |
| c) Anejo X Incentivos, Parte IV, línea 11 | (1c) | 1,716.00 |
| d) Anejo AA Incentivos, Parte III, línea 5 | (1d) | 0.00 |
| e) Anejo P Incentivos, Parte II, línea 19 (Véanse instrucciones) | (1e) | 3,002.00 |
| f) Total (Sume líneas 1(a) a la 1(e)) | (1f) | 4,718.00 |
| 2. Menos: a) Contribución retenida en el origen | (2a) | 0.00 |
| b) Pagos de contribución estimada del año corriente | (2b) | 0.00 |
| c) Exceso de años anteriores no incluido en la línea 2(b) | (2c) | 160,142.00 |
| d) Contribución retenida sobre la participación distribuible a socios de sociedades o sociedades especiales (Formulario 480.6 EC) | (2d) | 0.00 |
| e) Cantidad pagada con prórroga automática o con planilla original | (2e) | 0.00 |
| f) Contribución retenida por servicios profesionales (Formulario 480.6B) | (2f) | 3,941.00 |
| g) Contribución retenida en el origen sobre intereses elegibles | (2g) | 0.00 |
| h) Total de pagos (Sume líneas 2(a) a la 2(g)) | (2h) | 164,083.00 |
| 3. Balance de contribución a pagar (Si la línea 1(f) es mayor que la línea 2(h), anote la diferencia aquí, de lo contrario, en la línea 5) (a) Contribución | (3a) | 0.00 |
| (b) Intereses | (3b) | 0.00 |
| (c) Recargos | (3c) | 0.00 |
| (d) Total (Sume líneas 3(a) a la 3(c)) | (3d) | 0.00 |
| 4. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Incentivos, Parte II, línea 21) | (4) | 0.00 |
| 5. Exceso de contribución retenida o pagada (Véanse Instrucciones) | (5) | 159,365.00 |
| 6. Cantidad pagada con esta planilla (Sume líneas 3(d) y 4 menos línea 5) | (6) | 0.00 |
| 7. Contribución pagada en exceso para acreditar a la contribución estimada del año 2019 | (7) | 149,365.00 |
| 8. Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (8) | 0.00 |
| 9. Aportación al Fondo Especial para la Universidad de Puerto Rico | (9) | 0.00 |
| 10. Contribución a reintegrar | (10) | 10,000.00 |

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar) o agente del negocio exento a nombre del cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan) y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Nombre del presidente o vicepresidente: Yanira Torrellas Cruz   Fecha: 04/15/19
Nombre del tesorero o tesorero auxiliar: Yanira Torrellas Cruz   Fecha: 04/15/19
Nombre del Agente: _____   Fecha: _____

### PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que esta planilla (incluyendo los anejos y estados adjuntos) ha sido examinada por mí, y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

Nombre del especialista (Letra de molde): _____   Núm. de registro: _____   Fecha: _____
Nombre de la firma: _____   Marque si es especialista por cuenta propia ◯
Firma del especialista: _____   Dirección: _____   Código postal: _____

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ◯ Sí ⊗ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Case:17-03283-LTS Doc#:16491-1 Filed:04/16/21 Entered:04/21/21 10:54:03 Desc: Exhibit Page 5 of 7

Anejo #3 2019 (Quality Consulting Group, LLC) Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el programa de Incetivos de Puerto Rico Desarrollo Industrial

Formulario 480.30(DI) Rev. 13.50

| Liquidador | Revisor | 2019 | GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | 20__19__ | Número de Serie |

Planilla de Contribución sobre Ingresos para Negocios Exentos bajo el Programa de Incentivos de Puerto Rico Desarrollo Industrial

AÑO CONTRIBUTIVO: COMENZADO EL ___ de ___ y TERMINADO EL ___ de ___

PLANILLA ENMENDADA ☐
AÑO CONTRIBUTIVO: ___
☐ NATURAL ☐ ECONÓMICO ☐ 52-53 SEMANAS

Nombre del Contribuyente: **Quality COnsulting Group LLC**
Dirección Postal: **PMB 303 405 Suite 2 Ave Esmeralda Guaynabo PR**
Código Postal **00969-**

Número de Identificación Patronal: **66-0773559**
Núm. Registro del Departamento de Estado: **305059**
Clave Industrial: **5412**   Cod. Municipal: ___
Número de Registro de Comerciante: **05014630013**

Localización de la Industria o Negocio Principal - Número Calle y Pueblo:
**Ave Alejandrino Villa Clementina C5 Guaynabo PR**

Número de Teléfono - Extensión: **(787) 418-0240**

Número de Manufacturero: ___
Código NAICS: ___

Naturaleza de la Industria o Negocio Principal: **Consultoria y Reclutamiento**

Cambio de Dirección: ☐ Sí ☒ No
Solicito Prórroga: ☒ Sí ☐ No
Contratos con Organismos Gubernamentales: ☐ Sí ☒ No

Fecha de Incorporación: Día **13** / Mes **10** / Año **2011**
Lugar de Incorporación: ① ☒ Doméstica (PR)  ② ☐ Extranjera

Correo Electrónico de Persona Contacto (E-mail): **accounts@wearequality.co**

Número de Recibo: ___
Importe: ___
Tipo de Entidad: **CLCORP**

Ingreso parcialmente exento bajo:
☒ Ley 73-2008 (Anejo X Incentivos) Caso Núm: **14-73-I-58**
☐ Ley 20-2012 (Anejo AA Incentivos) Caso Núm: ___
☐ Ley 60e (Anejo N Incentivos) Caso Núm: ___
☐ Ley 135-1997 (Anejo V Incentivos) Caso Núm: ___
☐ Otro ___ Caso Núm: ___

Indique si es miembro de un grupo de entidades relacionadas: ☐ Sí ☒ No
Número de grupo: ___

**Parte I**

1. Responsabilidad contributiva:
   a) Anejo N Incentivos, Parte II, línea 9 ............................ (1a) ___ 00
   b) Anejo V Incentivos, Parte III, línea 5 ........................... (1b) ___ 00
   c) Anejo X Incentivos, Parte IV, línea 11 .......................... (1c) 7,928 00
   d) Anejo AA Incentivos, Parte III, línea 7 ......................... (1d) ___ 00
   e) Anejo BB Incentivos, Parte II, línea 3 .......................... (1e) ___ 00
   f) Anejo P Incentivos, Parte II, línea 19 (Véanse instrucciones) .. (1f) ___ 00
   g) Total (Sume líneas 1(a) a la 1(f)) .............................. (1g) 7,928 00

2. Menos:
   a) Contribución retenida en el origen ............................. (2a) ___ 00
   b) Pagos de contribución estimada del año corriente ............... (2b) ___ 00
   c) Exceso de años anteriores no incluido en la línea 2(b) ......... (2c) 149,355 00
   d) Contribución retenida sobre la participación distribuible a socios de sociedades o sociedades especiales (Formulario 480.6 EC) .. (2d) ___ 00
   e) Cantidad pagada con prórroga automática o con planilla original . (2e) ___ 00
   f) Contribución retenida en el origen sobre pagos por servicios prestados (Formulario 480.6SP) ...... (2f) 19,889 00
   g) Contribución retenida en el origen sobre intereses elegibles ... (2g) ___ 00
   h) Total de pagos (Sume líneas 2(a) a la 2(g)) .................... (2h) 169,244 00

3. Balance de contribución a pagar (Si la línea 1(g) es mayor que la línea 2(h) anote la diferencia aquí, de lo contrario, en la línea 5):
   (a) Contribución ............... (3a) ___ 00
   (b) Intereses .................. (3b) ___ 00
   (c) Recargos .................. (3c) ___ 00
   (d) Total (Sume líneas 3(a) a la 3(c)) ............................ (3d) 0 00

4. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Incentivos, Parte II, línea 21) .... (4) ___ 00
5. Exceso de contribución retenida o pagada (Véanse instrucciones) .... (5) 161,316 00
6. Cantidad pagada con esta planilla (Sume líneas 3(d) y 4 menos línea 5) ... (6) ___ 00
7. Contribución pagada en exceso para acreditar a la contribución estimada del año 2020 ... (7) 161,316 00
8. Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... (8) ___ 00
9. Aportación al Fondo Especial para la Universidad de Puerto Rico .... (9) ___ 00
10. Contribución a reintegrar ..................................... (10) ___ 00

**JURAMENTO**

Yo, el suscribiente (presidente, vicepresidente, tesorero, tesorero auxiliar u otro oficial principal o de finanzas) de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, bajo el más solemne juramento y so pena de perjurio, declaro que he examinado la misma (incluyendo anejos y estados que la acompañan), y que según mi mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Nombre y Título del Oficial Autorizado: _____
Firma del Oficial Autorizado: _____
Fecha: **11/25/2020**

**PARA USO DEL ESPECIALISTA SOLAMENTE**

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados que se acompañan) y que según mi mejor información y creencia es cierta, correcta y completa. La declaración de la persona que prepara la planilla es con respecto a la información recibida y dicha información puede ser verificada.

Nombre del Especialista (Letra de molde): _____
Marque si es especialista por cuenta propia: ☐
Número de Registro: _____

Nombre de la Firma: _____
Dirección: _____
Código postal: _____
Firma del especialista: _____
Fecha: _____

**PARA USO DEL CPA SOLAMENTE**
Número de Licencia del CPA: _____
Número de Estampilla del Colegio de CPA: _____
Estampilla del Colegio de CPA

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla. ☐ Sí ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

RESOLUCIÓN CORPORATIVA

QUALITY CONSULTING GROUP, LLC.

Yo, Yanira Torrellas Cruz, mayor de edad, casada, administradora y vecina de Guaynabo, Puerto Rico, Presidenta de QUALITY CONSULTING GROUP, LLC. (en adelante la "Corporación"), una corporación debidamente organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, por la presente CERTIFICO que en reunión extraordinaria de la Junta de Accionistas de la Corporación celebrada el día 13 de abril de 2021, habiendo el quorum necesario, se aprobó la siguiente resolución:

RESUÉLVASE, que la Junta de Directores, autoriza a Yanira Torrellas Cruz a replicar el Caso 17-03283-LTS y someter la documentacion aplicable de acuero a las especificaciones establecidas en dicho documento. (DOC #16030-4).

Que la Resolución antes relacionada se encuentra en plena fuerza y vigor y no ha sido alterada, modificada, enmendada ni en forma alguna revocada.

Y PARA QUE ASÍ CONSTE, firmo esta CERTIFICACIÓN, estampando en la misma el sello de la Corporación.

En Guaynabo, Puerto Rico, a 13 de abril de 2021.

_____
**Yanira Torrellas Cruz**
Presidenta & Tesorera
Quality Consulting Group, LLC.

CERTIFICO: Que se ha remitido personalmente en el Tribunal del Distrito de los Estados Unidos, Sala 150 Edificio Federal, San Juan, PR 00918-1767 y por correo certificado con acuse de recibo a las siguientes direcciones:

1. Tribunal del Distrito de los Estados Unidos
   Sala 150 Edificio Federal
   San Juan, PR 00918-1767
   **# 7017 1450 0000 5478 6117**

2. Proskauer Rose LLP
   Eleven Times Square
   New York, New York 10036-8299
   Attn: Martin J. Bienenstock
   **# 7017 1450 0000 5478 6131**

3. Paul Hastings LLP
   200 Park Avenue
   New York, New York, 10166
   Attn. Luc A. Despins
       James Bliss
       James Worthington
   **# 7017 1450 0000 5478 6148**

En Guaynabo, Puerto Rico; 14 de abril de 2021.

Yanira Torrellas Cruz
Presidente & CEO
RMB 303 405 Suite 2
Ave. Esmeralda
Guaynabo, PR 00969