(i) **Edwin A. Serrano**
13015 Plantation Park Cir
Apt. 1022
Orlando, Fl 32821
512-214-0883
serrano_edwin@yahoo.com

(ii) Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
**Caso Num. 17 BK 3283-LTS**
**Num de caso #174178**

(iii) El motivo por la cual me opongo a la Objeción General en este caso es que fui empleado del Departamento de Instrucción Pública del ELA de Puerto Rico, como maestro de Inglés, en la Escuela de Inmersión de Idioma Inglés en Catalana (Municipio de Barceloneta Región Educativa de Arecibo) de Agosto 1982 hasta Julio de 1985 y mensualmente aportaba al Sistema de Retiro para Maestros. Nunca solicité que se me devolviera ese dinero aportado. Por tal motivo, me veo obligado a exigir que ese dinero ($3600) me sea devuelto.

(iv) Al no tener copias de los talonarios de pago (esto fue hace 35 años), le estoy proveyendo mi # de seguro social para que puedan verificar la veracidad de lo anteriormente planteado.
Redacted -8697

(v) Edwin A. Serrano

*[signature]*

Favor de adjuntar esta carta al archivo de mi caso.

Gracias!