








**FROM:**
Edwin A. Serrano
13015 Plantation Park Cir
Apt. 1022
Orlando, Fl 32821
PHONE: 512-214-0883

**TO:**
Clerk's office
United States Court Office
Room 150 Federal Building
San Juan, PR
00918-1767

USPS Priority Mail Express — EJ 754 608 535 US
PO ZIP Code: 34741
Scheduled Delivery Date: 4-14-2021
Postage: $26.35
Date Accepted: 4-13-2021
Time Accepted: 10:30 AM

U.S. POSTAGE PAID
PME 1-Day
KISSIMMEE, FL 34741
APR 13, 21
AMOUNT $26.35
R2305E124481-12