# EXHIBIT A

# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

ANZ600001323 0121 JX 0

0003599 02 AB 0.425 02 TR 00016 B602B012 000000 edg
HELVIA S CAPARROS SANTOS
PO BOX 361839
SAN JUAN PR 00936-1839

# Investment Account

January 2021

**Account name:** HELVIA S CAPARROS SANTOS
**Account number:**

**Your Financial Advisor:**
FRANCISCO LANDIVAR
Phone: 787-250-3600/800-221-9825

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
- Help protect yourself from fraud and review bank, credit card, and brokerage statements regularly. Also, get your free credit report annually from www.annualcreditreport.com.

## Value of your account

|  | on December 31 ($) | on January 29 ($) |
|---|---|---|
| Your assets | 4,900.00 | 5,540.00 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$4,900.00** | **$5,540.00** |

## Tracking the value of your account



| Dec 2014 | Dec 2015 | Dec 2016 | Dec 2017 | Dec 2018 | Dec 2019 | Dec 2020 | Jan 2021 |
|---|---|---|---|---|---|---|---|
| 8,960.0 | 5,180.0 | 7,400.0 | 5,288.0 | 6,154.3 | 7,518.4 | 4,900.0 | 5,540.0 |

## Sources of your account growth during 2021

| | |
|---|---|
| Value of your account at year end 2020 | $4,900.00 |
| Net deposits and withdrawals | -$25.00 |
| Your investment return: | |
| Dividend and interest income | $25.00 |
| Change in market value | $640.00 |
| **Value of your account on Jan 29, 2021** | **$5,540.00** |

# UBS

Investment Account
January 2021

**Account name:** HELVIA S CAPARROS SANTOS
**Account number:**

**Your Financial Advisor:**
FRANCISCO LANDIVAR
787-250-3600/800-221-9825

# Your account balance sheet

## Summary of your assets

| | | Value on January 29 ($) | Percentage of your account |
|---|---|---|---|
| A | Cash and money balances | 0.00 | 0.00% |
| B | Cash alternatives | 0.00 | 0.00% |
| C | Equities | 0.00 | 0.00% |
| D | Fixed income | 5,540.00 | 100.00% |
| E | Non-traditional | 0.00 | 0.00% |
| F | Commodities | 0.00 | 0.00% |
| G | Other | 0.00 | 0.00% |
| | **Total assets** | **$5,540.00** | **100.00%** |

**Value of your account** $5,540.00

## Your current asset allocation

D

## Eye on the markets

| Index | Percentage change | |
|---|---|---|
| | January 2021 | Year to date |
| S&P 500 | -1.01% | -1.01% |
| Russell 3000 | -0.44% | -0.44% |
| MSCI - Europe, Australia & Far East | -1.06% | -1.06% |
| Barclays Capital U.S. Aggregate Bond Index | -0.72% | -0.72% |

**Interest rates on January 29, 2021**
3-month Treasury bills: 0.06%
One-month LIBOR: 0.12%



# UBS

Investment Account
January 2021

**Account name:** HELVIA S CAPARROS SANTOS
**Account number:**

**Your Financial Advisor:**
FRANCISCO LANDIVAR
787-250-3600/800-221-9825

## Change in the value of your account

| | January 2021 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$4,900.00** | **$4,900.00** |
| Withdrawals and fees, including investments transferred out | -25.00 | -25.00 |
| Dividend and interest income | 25.00 | 25.00 |
| Change in market value | 640.00 | 640.00 |
| **Closing account value** | **$5,540.00** | **$5,540.00** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | January 2021 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 9.21 | 9.21 |
| Tax-exempt dividends | 15.79 | 15.79 |
| **Total current year** | **$25.00** | **$25.00** |
| **Total dividend & interest** | **$25.00** | **$25.00** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | January 2021 ($) | Year to date ($) | gains and losses ($) |
| Long term | 0.00 | 0.00 | -14,465.25 |

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC Insured Deposit Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | January 2021 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$0.00** | **$0.00** |
| Additions | | |
| Dividend and interest income | 25.00 | 25.00 |
| Total additions | $25.00 | $25.00 |
| Subtractions | | |
| Checks and bill payments | -23.62 | -23.62 |
| Other funds debited | -1.38 | -1.38 |
| Total subtractions | -$25.00 | -$25.00 |
| **Closing balances** | **$0.00** | **$0.00** |

## Withholdings and tax summary

| | January 2021 ($) | Year to date ($) |
|---|---|---|
| Puerto Rico taxes paid | -1.38 | -1.38 |



Investment Account
January 2021

**Account name:** HELVIA S CAPARROS SANTOS
**Account number:**

**Your Financial Advisor:**
FRANCISCO LANDIVAR
787-250-3600/800-221-9825

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation

**Your risk profile:**
Primary - Moderate

Investment eligibility consideration - None selected

# Your account instructions

- Your account cost basis default closing method is FIFO, First In, First Out.

Exhibit A   Page 6 of 7

# UBS

Investment Account
January 2021

**Account name:** HELVIA S CAPARROS SANTOS
**Account number:**

**Your Financial Advisor:**
FRANCISCO LANDIVAR
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Fixed income

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price"), as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at *www.ubs.com/prfunds*.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jan 29 ($) | Value on Jan 29 ($) | Unrealized (tax) gain or loss ($) | Estimated annual income ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FUND IV INC |  |  |  |  |  |  |  |  |  |  |
| Trade date: Aug 29, 05 EAI: $300 Current yield: 5.42% | 2,000.000 | 10.002 | 20,005.25 | 20,005.25 | 2.770 | 5,540.00 | -14,465.25 | 300.00 | -14,465.25 | LT |

### Your total assets

| | Closed end funds & Exchange traded products | Value on Jan 29 ($) | Percentage of your account | Cost basis ($) | Value on Jan 29 ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Fixed income | | 5,540.00 | 100.00% | 20,005.25 | 5,540.00 | -14,465.25 |
| **Total** | | **$5,540.00** | **100.00%** | **$20,005.25** | **$5,540.00** | **-$14,465.25** |

003599 B602B012 009025    ANZ60001000013327 NZ60000001380 00001 0121 000000000 JX540494D0 000000

# UBS

Investment Account
January 2021

**Account name:** HELVIA S CAPARROS SANTOS
**Account number:**

**Your Financial Advisor:**
FRANCISCO LANDIVAR
787-250-3600/800-221-9825

## Account activity this month

### Dividend and interest income

*Taxable dividends*

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Jan 11 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND IV INC PAID ON 2000 | 9.21 |
| **Total taxable dividends** | | | **$9.21** |

*Tax-exempt dividends*

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Jan 11 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND IV INC PAID ON 2000 | 15.79 |
| **Total tax-exempt dividends** | | | **$15.79** |
| **Total dividend and interest income** | | | **$25.00** |

### Bill payments

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Jan 15 | Withdrawal | EARNINGS DISBURSEMENT TO HELVIA S CAPARROS SANTOS AT BANCO POPULAR DE PUERTO RIC | -23.62 |
| **Total bill payments** | | | **-$23.62** |

### Other funds debited

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Jan 11 | Puerto Rico Tax Withheld | PUERTO RICO FIXED INCOME FUND IV INC | -1.38 |
| **Total other funds debited** | | | **-$1.38** |

### Money balance activities

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Dec 31 | Balance forward | | $0.00 |
| Jan 12 | Deposit | UBS BANK USA DEPOSIT ACCOUNT | 23.62 |
| Jan 19 | Withdrawal | UBS BANK USA DEPOSIT ACCOUNT AS OF 01/15/21 | -23.62 |
| Jan 29 | Closing UBS Bank USA Deposit Account | | $0.00 |