Sixto Bernard
Urb. Bucare Esmeralda 19
Guaynabo, P.R  00969





Clerk Office Dist. Court of U.S.A.
Room 150 Federal Building
150 Carlos Chardon Ave.
Hato Rey  00918-1767