# **EXHIBIT B**



# Municipal Secondary Market Disclosure Information Cover Sheet
# Municipal Securities Rulemaking Board (MSRB)
# Electronic Municipal Market Access System (EMMA)

## Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name:   Commonwealth of Puerto Rico; Puerto Rico Public Buildings Authority; Employees Retirement System of the Government of the Commonwealth of Puerto Rico; and Puerto Rico Infrastructure Financing Authority

Other Obligated Person's Name (if any): _____

Nine-digit CUSIP number(s):   745145, 74514L; 29216M; 745235, 745232; 745223AA5

## TYPE OF INFORMATION PROVIDED:

- A.  ☐  Amendment to Continuing Disclosure Undertaking
- B.  ☐  Change in Obligated Person
- C.  ☐  Notice to Investor Pursuant to Bond Documents
- D.  ☐  Communication from the Internal Revenue Service
- E.  ☐  Bid for Auction Rate and Other Securities
- F.  ☐  Capital or Other Financing Plan
- G.  ☐  Litigation / Enforcement Action
- H.  ☐  Change of Tender Agent.  Remarketing Agent or Other On-going Party
- I.  ☐  Derivative or Other Similar Transaction
- J.  ☒  Other Event-Based Disclosures:   Statement of the Financial Oversight and Management Board for Puerto Rico in connection with the extension of the date set forth in Sections 7.1(g) and (h) of the Plan Support Agreement dated February 22, 2021.

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.

/s/ Carlos J. Saavedra Gutiérrez
Carlos J. Saavedra Gutiérrez
Puerto Rico Fiscal Agency and Financial Advisory Authority,
    as Fiscal Agent for the Commonwealth and its instrumentalities

Dated: April 20, 2021

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

787.722.2525         contact@aafaf.pr.gov         aafaf.pr.gov



**Financial Oversight and Management Board for Puerto Rico**

**STATEMENT**

*San Juan, PR – April 20, 2021* – The Financial Oversight and Management Board for Puerto Rico announced today that, in connection with the previously announced agreement in principle with (a) Assured Guaranty Corp. and Assured Guaranty Municipal Corp. and (b) National Public Finance Guarantee Corporation (collectively, the "Monolines") regarding a plan of adjustment, and to afford time for the completion of definitive documentation of such agreement, it has agreed to extend the date set forth in Sections 7.1(g) and (h) of the Plan Support Agreement by which the Monolines may terminate the Plan Support Agreement, solely as to such entities, up to and including April 22, 2021 at 5:00 p.m. EDT.

###

About the Financial Oversight and Management Board for Puerto Rico:

The Financial Oversight and Management Board for Puerto Rico was created under the bipartisan Puerto Rico Oversight, Management and Economic Stability Act (PROMESA) of 2016. The purpose of the Oversight Board is to provide a method for Puerto Rico to achieve fiscal responsibility and access to the capital markets.

Website: www.oversightboard.pr.gov

Contact:
Edward Zayas
Edward.zayas@promesa.gov
787-641-0001

Matthias Rieker
Matthias.rieker@promesa.gov
787-641-0001

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@promesa.gov