UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2021, a copy of *Ambac Assurance Corporation's Urgent Motion to Compel Milliman, Inc. to Comply with Subpoena Issued Pursuant to the Courts January 13, 2021 Order Authorizing Rule 2004 Discovery* (Docket No. 16487) was served upon Milliman, Inc., through its counsel, via email at FHarrison@williamskastner.com.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: April 21, 2021
       San Juan, Puerto Rico

                **FERRAIUOLI LLC**
                By: ***/s/ Roberto Cámara-Fuertes***
                    Roberto Cámara-Fuertes (USDC-PR No. 219002)
                    Sonia Colón (USDC-PR No. 213809)
                    221 Ponce de León Avenue, 5th Floor
                    San Juan, PR 00917
                    Telephone: (787) 766-7000
                    Facsimile: (787) 766-7001
                    Email: rcamara@ferraiuoli.com
                             scolon@ferraiuoli.com

                **GLENN AGRE BERGMAN & FUENTES LLP**
                By: /s/ Andrew K. Glenn
                    Andrew K. Glenn (admitted *pro hac vice*)
                    Olga Fuentes-Skinner (admitted *pro hac vice)*
                    Marissa E. Miller (admitted *pro hac vice)*
                    55 Hudson Yards – 19th Floor
                    New York, New York 10001
                    Telephone: (212) 358-5600
                    Email: aglenn@glennagre.com
                             ofuentes@glennagre.com
                             mmiller@glennagre.com

                ***Attorneys for Ambac Assurance Corporation***