November 30, 2020.

CLERK'S OFFICE
District Court of the United States of America
ROOM 150-FEDERAL BUILDING
CARLOS CHARDON AVE.
HATO REY, PR 00918-1767

Counsel for the Overside Board
Proskauer Rose L.L.P.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienestock
Brian S. Rosen

Counsel for the Creditors Comittee
Paul Hastings L.L.P.
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luis A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

RE: Promesa Título III
Number 17 BK 1283-LTS

Answer to Objection
Claim 16366/42949/33643
Carmen Yolanda Rivera

Dear Sirs:

Attached please find a certified transalation into English of the Answer to Objection filed on Docket Entry No. 16263.

Cordially,

*[signature: Carmen Yolanda Rivera]*

Carmen Yolanda Rivera
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969

November 30, 2020.

CLERK'S OFFICE
District Court of the United States of America
ROOM 150-FEDERAL BUILDING
CARLOS CHARDON AVE.
HATO REY, PR 00918-1767

Counsel for the Overside Board
Proskauer Rose L.L.P.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienestock
Brian S. Rosen

Counsel for the Creditors Comittee
Paul Hastings L.L.P.
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luis A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

RE: Promesa Título III
Number 17 BK 1283-LTS

Answer to Objection
Claim 16366/42949/33643
Carmen Yolanda Rivera

Dear Sirs:

Hereby is the answer to the Objection to the claim for payment of the oweed monies related with the beneficits of the Commonwealth of Puerto and the Puerto Rico Highway Authority Retirement.

The objection presented indicates that the claim did not include sufficient evidence to establish that there is a debt in my favor.

Such objection is rejected since, prior to this notification, evidence of the contributions I made to the Retirement Plan was filed in court where it is proven that the aforementioned entities owe me the payment corresponding to said contributions as established in the retirement contract.

For this reason, it is requested that the objection presented be not allowed.

Pending your prompt attention to this matter, I remain

Cordially,


/Signed Carmen Yolanda Rivera

Carmen Yolanda Rivera
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969

Carmen Yolanda Rivera
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969