Zolanda Rivera
Urb. Buccare
Esmeralda 19
Guaynabo, P.R. 00969

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 APR 16 AM 7:56

District Court of the U.S
Room 150 Federal Building
150 Carlos Chardon Ave.
Hato Rey, P.R 00918-1767

00918-170399