# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Plaintiff,<br><br>        v.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, *et al.*,<br><br>     Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>No. 17 BK 3567-LTS |

## RESERVATION OF RIGHTS OF AMBAC ASSURANCE CORPORATION AND FINANCIAL GUARANTY INSURANCE CORPORATION TO THE DRA PARTIES' AMENDED MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR REQUEST FOR ADEQUATE PROTECTION OR RELIEF FROM THE AUTOMATIC STAY

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Ambac Assurance Corporation ("Ambac") and Financial Guaranty Insurance Company ("FGIC"), hereby submit this reservation of rights (the "Reservation of Rights") with respect to the *DRA Parties' Amended Motion and Memorandum of Law in Support of their Request for Adequate Protection or Relief from the Automatic Stay* (ECF No. 16276, the "Motion"), and respectfully state as follows:[2]

## **RESERVATION OF RIGHTS**

1.      On March 31, 2021, the DRA Parties filed the Motion.

2.      Ambac and FGIC understand that, at this time, the Court is only considering the Standing Issue on this Motion, and not issues relating to substantive property interests or subordination.   Ambac and FGIC hereby reserve all of their rights with respect to those issues including (i) their right to file a response on those issues at a later time, (ii) their right to join in responses on those issues filed by other parties, and (iii) their right to be heard at any hearing on those issues.

---

[2]  Capitalized terms used in this Reservation of Rights but not defined herein shall have the meanings ascribed to them in the Motion as applicable.  Unless otherwise indicated, ECF numbers referenced in this Reservation of Rights refer to the docket in Case Number 17-3283-LTS.

Dated:  April 21, 2021
        San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
        Roberto Cámara-Fuertes (USDC-PR No.
        219002)
        Sonia Colón (USDC-PR No. 213809)
        221 Ponce de León Avenue, 5th Floor
        San Juan, PR 00917
        Telephone: (787) 766-7000
        Facsimile:  (787) 766-7001
        Email:  rcamara@ferraiuoli.com
                scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
        Dennis F. Dunne (admitted *pro hac vice*)
        Atara Miller (admitted *pro hac vice*)
        Grant R. Mainland (admitted *pro hac vice*)
        John J. Hughes, III (admitted *pro hac vice*)
        Jonathan Ohring (admitted *pro hac vice*)
        55 Hudson Yards
        New York, NY 10001
        Telephone: (212) 530-5000
        Facsimile:  (212) 530-5219
        Email: ddunne@milbank.com
                amiller@milbank.com
                gmainland@milbank.com
                jhughes2@milbank.com
                johring@milbank.com

*Attorneys for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
        María E. Picó
        (USDC-PR No. 123214)
        802 Ave. Fernández Juncos
        San Juan, PR 00907-4315
        Telephone: (787) 723-8520
        Facsimile: (787) 724-7844
        Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
        Martin A. Sosland (admitted *pro hac vice*)
        2911 Turtle Creek Blvd., Suite 1400
        Dallas, TX 75219
        Telephone: (469) 680-5502
        Facsimile: (469) 680-5501
        Email: martin.sosland@butlersnow.com

        James E. Bailey III (admitted *pro hac vice*)
        Adam M. Langley (admitted *pro hac vice*)
        6075 Poplar Ave., Suite 500
        Memphis, TN 38119
        Telephone: (901) 680-7200
        Facsimile: (901) 680-7201
        Email: jeb.bailey@butlersnow.com
                adam.langley@butlersnow.cow

*Attorneys for Financial Guaranty Insurance
Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

CM/ECF participants in this case.

/s/ *Roberto Camara Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email:  rcamara@ferraiuoli.com