DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**<br><br>As a representative of the **COMMONWEALTH OF PUERTO RICO** | CASE NO. 17-BK-3283 (LTS)<br><br><br><br>PETITION UNDER TITLE III OF THE PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT |
| **HON. RAFAEL HERNÁNDEZ-MONTAÑEZ,** in his official capacity as Speaker of the Puerto Rico House of Representatives<br><br>                    Plaintiff<br><br>                    V.S. | ADV. NO. |
| **HON. PEDRO PIERLUISI-URRUTIA,** in his official capacity as Governor of the Commonwealth of Puerto Rico; **PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO; HON. FRANCISCO ROSADO-COLOMER,** in his official capacity as President of the Puerto Rico State Elections Commission; **FRANCISCO PARÉS-ALICEA,** in his official capacity as Secretary of the Puerto Rico Treasury Department<br>                    Defendants | DECLARATORY JUDGMENT; INJUNCTIVE AND OTHER EQUITABLE RELIEF |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
Edificio World Plaza, A2 Piso 11, 268 Avenida Muñoz Rivera, San Juan, PR 00918

   YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **JORGE MARTÍNEZ-LUCIANO**      **EMIL RODRÍGUEZ-ESCUDERO**
          e-mail: jorge@mlrelaw.com         e-mail: emil@mlrelaw.com
                        **M.L. & R.E. LAW FIRM**
      Cobian's Plaza, 1607 Ave. Ponce de León, Suite 404, San Juan, PR 00909
              Tel (787) 999-2972  Fax (787) 751-2221

   If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
   If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

                                                  MARÍA ANTONGIOGI-JORDÁN, ESQ.
                                                        CLERK OF COURT

Date: _____                        _____
                                                               Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____  Signature: _____

Print Name:  _____

Business Address:  _____

_____