# EXHIBIT A

**Schedule of Eleventh ACR Designated Claims**

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---|---|---|---|
| 37 | MALDONADO JIMNEZ, VIVIAN G. | Tax Refund Claims | $49.00 |
| 63 | AFREDO ACEVEDO-CRUZ / HIURISAN CASTRO ZAYAS | Tax Refund Claims | $2,185.00 |
| 73 | MERCADO MERCADO, HECTOR M | Tax Refund Claims | $1,863.00 |
| 539 | WILLIAMS, JAMES | Tax Refund Claims | $3,204.00 |
| 828 | RODRIGUEZ, LATOYA | Tax Refund Claims | $1,372.00 |
| 946 | VAZQUEZ BRENES, ANGEL MARIO | Tax Refund Claims | $3,500.00 |
| 1158 | MELENDEZ APONTE, ROBERTO | Tax Refund Claims | $3,114.00 |
| 1177 | MELENDEZ MELENDEZ, JOSE | Tax Refund Claims | $2,229.00 |
| 1182 | CRUZ, MARITZA | Tax Refund Claims | $925.00 |
| 1312 | LOPEZ VELEZ, LUIS A | Tax Refund Claims | $600.00 |
| 1639 | MORALES DELGADO, AGUSTIN | Tax Refund Claims | $1,200.00 |
| 1839 | MARTINEZ MENDEZ, WILFREDO | Tax Refund Claims | $1,973.00 |
| 1842 | ORTIZ RIVERA, MIGDALIA | Tax Refund Claims | $0.00 |
| 1871 | MATIAS MARTINEZ, SULLYBETH | Tax Refund Claims | $650.00 |
| 1937 | COLON MORALES, MIGUEL | Tax Refund Claims | $0.00 |
| 2005 | DE MAN, PATRICK | Tax Refund Claims | $0.00 |
| 2030 | FIGUEROA FIGUEROA, CARLOS | Tax Refund Claims | $2,856.00 |
| 2039 | RODRIGUEZ RIVERA, EDWIN | Tax Refund Claims | $1,970.00 |
| 2059 | GARCIA BURGOS, RAQUEL | Tax Refund Claims | $1,188.00 |
| 2196 | LOPEZ LOPEZ, VICTOR | Tax Refund Claims | $0.00 |
| 2399 | QUINONES GONZALEZ, CLARO | Tax Refund Claims | $4,000.00 |
| 2612 | LOPEZ COTTO, YESENIA | Tax Refund Claims | $0.00 |
| 2629 | VELEZ GONZALEZ, JORGE | Tax Refund Claims | $0.00 |
| 2728 | CHICO ACEVEDO, LUZ M | Tax Refund Claims | $1,000.00 |
| 2733 | RIVERA SANTIAGO, VICTOR | Tax Refund Claims | $3,686.00 |
| 2820 | COLON ROSADO, JOSE | Tax Refund Claims | $2,504.00 |
| 3066 | RIOS PASTRANA, VICTOR | Tax Refund Claims | $1,928.00 |
| 3080 | HERNANDEZ SUAZO, JORGE | Tax Refund Claims | $0.00 |
| 3174 | MARRERO ORTIZ, MIGUEL ANGEL | Tax Refund Claims | $3,830.00 |
| 3426 | RODRIGUEZ SANTANA, SAMUEL | Tax Refund Claims | $1,700.00 |
| 3583 | RODRIGUEZ BENITEZ, LUIS | Tax Refund Claims | $2,012.00 |
| 3649 | FUENTES, CARLOS E | Tax Refund Claims | $2,706.00 |
| 3754 | SAA SOLORZANO, JORGE V. | Tax Refund Claims | $795.00 |
| 3842 | MELENDEZ LEBRON, JUAN JOSE | Tax Refund Claims | $100.00 |
| 3987 | DE JESUS RODRIGUEZ PSC, DR REYNALDO | Tax Refund Claims | $0.00 |
| 4473 | ROMAN MILLET, JULIO E | Tax Refund Claims | $1,018.00 |
| 4599 | MIRANDA RIVERA, JAVIER | Tax Refund Claims | $2,376.00 |
| 4730 | TORRES RODRIGUEZ, IVELISSE | Tax Refund Claims | $1,808.00 |
| 5196 | PACHECO COLLAZO, HECTOR | Tax Refund Claims | $655.08 |
| 5263 | SANTIAGO MALDONADO, IVETTE | Tax Refund Claims | $500.00 |
| 5348 | CHARNECO SANCHEZ, DEIXTER MARIA | Tax Refund Claims | $1,902.00 |
| 5501 | MARTINEZ RIVERA, ANGEL | Tax Refund Claims | $2,438.00 |
| 6150 | FELIX MONTILLA, JUAN | Tax Refund Claims | $0.00 |
| 6313 | WOLFROM DE JESUS, WILLIAM | Tax Refund Claims | $0.00 |
| 6381 | HERNANDEZ DIAZ, JULIO | Tax Refund Claims | $796.00 |
| 6463 | RIVERA ORTIZ, ERIC | Tax Refund Claims | $1,490.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 6479 | NEGRON ORTIZ, EVELYN | Tax Refund Claims | $859.00 |
| 6634 | PADRO RIOS, RAFAEL | Tax Refund Claims | $672.65 |
| 6851 | FREYTES DE CHOUDENS, NICOLE | Tax Refund Claims | $1,868.00 |
| 6898 | GOMEZ QUINONES, ROLANDO | Tax Refund Claims | $772.00 |
| 6921 | RIVERA FIGUEROA, WANDA | Tax Refund Claims | $2,126.00 |
| 7169 | ALVAREZ VILLAREAL, EDUARDO | Tax Refund Claims | $2,100.00 |
| 7514 | QUILES SOTO, JOSE | Tax Refund Claims | $2,834.00 |
| 8226 | LOPEZ RUIZ, JEAN | Tax Refund Claims | $3,673.00 |
| 8464 | ALVARADO BAEZ, EVELYN | Tax Refund Claims | $0.00 |
| 8639 | PEREZ ZAYAS, RAFAEL | Tax Refund Claims | $1,470.00 |
| 9130 | MORALES MORALES, RICARDO | Tax Refund Claims | $2,018.00 |
| 10204 | BANKRUPTCY ESTATE OF PONTE INC CASE NO 15-03236 | Tax Refund Claims | $6,196.00 |
| 10339 | TORRES ANDINO, PABLO | Tax Refund Claims | $784.40 |
| 10921 | ANDINO FIGUEROA, JAIME | Tax Refund Claims | $3,997.00 |
| 11118 | VARGAS SALERNA, WANDA | Tax Refund Claims | $417.00 |
| 11639 | CESTERO-RODRIGUEZ, HERMAN | Tax Refund Claims | $3,899.00 |
| 11760 | RODRIGUEZ MARTINEZ, JAVIER | Tax Refund Claims | $2,320.00 |
| 12063 | VELAZQUEZ DELGADO, ALEXANDRA | Tax Refund Claims | $0.00 |
| 12120 | SANTOS DE JESUS, RAFAEL | Tax Refund Claims | $0.00 |
| 12383 | JIMENEZ MEDINA, GRISSEL | Tax Refund Claims | $0.00 |
| 12887 | RIVERA AYALA, JUAN | Tax Refund Claims | $0.00 |
| 13159 | GOMEZ, ANDRES RICARDO | Tax Refund Claims | $572.00 |
| 13356 | LOPEZ ARREDONDO, GUADALUPE | Tax Refund Claims | $0.00 |
| 13671 | APONTE LEON, LUIS | Tax Refund Claims | $983.00 |
| 14416 | FELICIANO FIGUEROA, EDNA | Tax Refund Claims | $1,844.00 |
| 14617 | RAMOS P, TANIA | Tax Refund Claims | $0.00 |
| 14952 | TORRES COLON, LUIS ALBERTO | Tax Refund Claims | $2,464.00 |
| 15397 | PEREZ OTERO, MARIA L | Tax Refund Claims | $1,000.00 |
| 16159 | LAGO SANTIAGO, MARIA | Tax Refund Claims | $0.00 |
| 16871 | RODRIGUEZ JIMENEZ, JESUS | Tax Refund Claims | $0.00 |
| 17140 | WISCOVITCH-RENTAS, NOREEN | Tax Refund Claims | $378.00 |
| 18374 | ROSA RIVERA, JUAN CARLOS | Tax Refund Claims | $747.52 |
| 18431 | CASTRO CRUZ, LUCY | Tax Refund Claims | $962.68 |
| 18707 | CRUZ MARRERO, FABIOLA | Tax Refund Claims | $3,200.00 |
| 18931 | WILLIAMS ROUSS, GEORGE | Tax Refund Claims | $1,393.55 |
| 20896 | DIAZ MARRERO, JOSE | Tax Refund Claims | $1,228.00 |
| 20909 | PEREZ AMARO, MARYLI | Tax Refund Claims | $1,852.00 |
| 21026 | URBINA REYES, GLORIMAR | Tax Refund Claims | $2,470.00 |
| 21552 | EMMANUEL RIVERA SANCHEZ AND ESTHER MOLINA BERN | Tax Refund Claims | $1,980.00 |
| 22565 | GONZALEZ BEAUCHAMP, MAYRA E | Tax Refund Claims | $1,457.00 |
| 23271 | MONCLOVA GARCIA, SARA | Tax Refund Claims | $0.00 |
| 23294 | RIVERA-GIERBOLINI, HECTOR H | Tax Refund Claims | $871.00 |
| 23474 | SANTIAGO RAMOS, CARLOS | Tax Refund Claims | $3,524.00 |
| 25053 | ACCARIA, DIANE | Tax Refund Claims | $858.00 |
| 26010 | LIMA BEAZ, SUCN JOSEFINA | Tax Refund Claims | $0.00 |
| 26059 | VALENZUELA CARABALLO, GILBERTO | Tax Refund Claims | $1,903.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 26231 | ALICEA, JOSE E | Tax Refund Claims | $318.00 |
| 26330 | GARCIA, MIGUEL A. | Tax Refund Claims | $997.00 |
| 26433 | SANDRA PACHECO SANTIAGO | Tax Refund Claims | $99.84 |
| 27087 | CARRASQUILLO GARCIA, JOSE | Tax Refund Claims | $2,434.00 |
| 27200 | ROQUE, JORGE | Tax Refund Claims | $4,000.00 |
| 27266 | FAMILIA JIMENEZ, FLOR M | Tax Refund Claims | $0.00 |
| 28263 | MOREL DE LOS SANTOS, FRANCISCA | Tax Refund Claims | $2,000.00 |
| 28614 | PEREZ BERDEGUER MD, DOMINGO | Tax Refund Claims | $1,628.00 |
| 29558 | COLON PAGAN, HECTOR L | Tax Refund Claims | $0.00 |
| 29624 | ORTIZ NIEVES, LYMARI | Tax Refund Claims | $743.00 |
| 29767 | RAMOS CASIANO, RAUL ALBERTO | Tax Refund Claims | $3,214.00 |
| 30156 | MONTANEZ LOPEZ, NEYSA N | Tax Refund Claims | $441.65 |
| 30191 | FUSTER LAVIN, JOSE | Tax Refund Claims | $4,000.00 |
| 30468 | ASTACIO DELGADO, NANCY STELLA | Tax Refund Claims | $3,045.96 |
| 30671 | SANCHEZ SOULTAIRE, IVELISSE | Tax Refund Claims | $2,939.00 |
| 30917 | MELENDEZ FRAGUADA, EVA E. | Tax Refund Claims | $2,326.00 |
| 31817 | ORAMAS NIVAL, DOMINGO G. | Tax Refund Claims | $582.00 |
| 31839 | ESPASAS PEREZ, CARLOS | Tax Refund Claims | $0.00 |
| 31887 | ERNESTO RODRIGUEZ RODRIGUEZ Y GLORIGLORIA L DIAZ | Tax Refund Claims | $345.00 |
| 33141 | FIGUEROA NIEVES, MAYRA | Tax Refund Claims | $2,385.00 |
| 34451 | QUINONES HERNANDEZ, RAMON | Tax Refund Claims | $1,716.00 |
| 34569 | ANTHONY ALICEA GARCIA - ESTATE | Tax Refund Claims | $3,469.00 |
| 34645 | RODRIGUEZ, LEANDRO | Tax Refund Claims | $0.00 |
| 35081 | MORENO MARTINEZ, LOURDES | Tax Refund Claims | $0.00 |
| 35199 | NEGRON COLON, EUTIMIO | Tax Refund Claims | $0.00 |
| 35350 | SOLER RODRIGUEZ, DIANNA | Tax Refund Claims | $2,446.00 |
| 35525 | RODRIGUEZ BONILLA, LUIS | Tax Refund Claims | $0.00 |
| 35556 | POPELNIK, RODOLFO B | Tax Refund Claims | $901.00 |
| 35709 | LOPEZ DAVID, MIRIAM | Tax Refund Claims | $2,250.00 |
| 35887 | GONZALEZ, AUGUSTO | Tax Refund Claims | $1,511.00 |
| 35931 | CONTRERAS GOMEZ, FIDEICOMISO | Tax Refund Claims | $884.00 |
| 36578 | JOSE LUIS OPPENHEIMER ALMODOVAR ARCADIA FIGUERO | Tax Refund Claims | $440.00 |
| 36947 | NAZARIO CHACON, BLANCA | Tax Refund Claims | $0.00 |
| 37007 | GANDIAGA CABRERA, CARLOS | Tax Refund Claims | $2,704.00 |
| 37756 | MARIN ALGARIN , ERNESTO | Tax Refund Claims | $0.00 |
| 37786 | HERNANDEZ CAJIGAS, GILBERTO | Tax Refund Claims | $2,200.00 |
| 37860 | RUIZ CASTRO, PEDRO | Tax Refund Claims | $0.00 |
| 38071 | PASTOR RAMOS, HARVEY | Tax Refund Claims | $1,799.00 |
| 38442 | MUNOZ, MIGUEL LEON | Tax Refund Claims | $1,408.00 |
| 39609 | RODRIGUEZ MALDONADO, EVERLIDIS | Tax Refund Claims | $0.00 |
| 39933 | GANDIAGA CABRERA, CARLOS | Tax Refund Claims | $1,915.00 |
| 40602 | MALARET, MYRIAM COSTA | Tax Refund Claims | $3,000.00 |
| 41105 | ARROYO ARROYO, RAMONA C | Tax Refund Claims | $1,000.00 |
| 41189 | RIVERA COLON, FELIX | Tax Refund Claims | $2,026.00 |
| 41395 | MORENO MARTINEZ,  LOURDES | Tax Refund Claims | $413.00 |
| 41571 | DIAZ RAMOS, LUZ | Tax Refund Claims | $1,177.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 42341 | GARCIA MARTINEZ, JOSE | Tax Refund Claims | $0.00 |
| 42664 | RAMIREZ DE LEON, JOSE L | Tax Refund Claims | $0.00 |
| 42841 | LEON LEON, SONIA | Tax Refund Claims | $0.00 |
| 42909 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCES | Tax Refund Claims | $3,220.00 |
| 42959 | RAVELO CRUZ, MELVIN | Tax Refund Claims | $0.00 |
| 43063 | OSORIO OSORIO, JUSTINIANO | Tax Refund Claims | $1,303.00 |
| 43336 | BONILLA NEGRON, INGRID | Tax Refund Claims | $447.00 |
| 43547 | ZAITERTRIFILIO, SANDRA | Tax Refund Claims | $3,277.00 |
| 43653 | PEREZ, CARLOS ESPASAS | Tax Refund Claims | $0.00 |
| 43743 | NIEVES LOPEZ, GLORIA | Tax Refund Claims | $367.00 |
| 44997 | BONILLA ACEVEDO, WILDANNY | Tax Refund Claims | $0.00 |
| 45709 | GANDIAGA CABRERA, CARLOS | Tax Refund Claims | $889.00 |
| 46571 | QUINONEZ MENDEZ, JUAN DE DIOS | Tax Refund Claims | $0.00 |
| 46589 | ORTIZ, FELIX TORRES | Tax Refund Claims | $1,916.00 |
| 46784 | ESQUILIN QUINONEZ, YADIER | Tax Refund Claims | $0.00 |
| 47086 | VALENTIN PEREZ, EDWARDO | Tax Refund Claims | $984.00 |
| 47167 | GONZALEZ NIEVES, LUIS | Tax Refund Claims | $2,874.00 |
| 47657 | ANDUJAR ROMERO, BRITTANY | Tax Refund Claims | $2,322.00 |
| 48577 | JOSE A. CRIADO MARRERO ESTATE | Tax Refund Claims | $1,825.00 |
| 49148 | ALVELO ORTIZ, VIRNA L | Tax Refund Claims | $559.00 |
| 49160 | BEAZ ESTATE, JOSEFINA LIMA | Tax Refund Claims | $2,173.00 |
| 49262 | GARCIA VELEZ, MARTA I. | Tax Refund Claims | $0.00 |
| 49542 | GONZALEZ VALLES, GLADYS | Tax Refund Claims | $0.00 |
| 49611 | PIOVANETTI PIETRI MD, ENRIQUE J | Tax Refund Claims | $0.00 |
| 49667 | TORRES GONZALEZ, VICTOR | Tax Refund Claims | $1,209.00 |
| 49684 | CAMACHO ROBLES, SANDRO | Tax Refund Claims | $1,394.00 |
| 51570 | CALDERON FIGUEROA, JOSE M | Tax Refund Claims | $1,000.00 |
| 52135 | RAMOS ROSA, YAMARIS | Tax Refund Claims | $1,000.00 |
| 54127 | PEREZ RIVERA, ELIZABETH | Tax Refund Claims | $1,582.00 |
| 54312 | GONZALEZ, , GERARDO DIAZ | Tax Refund Claims | $0.00 |
| 54925 | ROSARIO RODRIGUEZ , ADALIZ | Tax Refund Claims | $624.00 |
| 56852 | RAMIREZ DE LEON, JOSE L | Tax Refund Claims | $0.00 |
| 57252 | NIEVES MENDEZ, LUZ N | Tax Refund Claims | $0.00 |
| 64308 | SOTO NEGRON, RICARDO | Tax Refund Claims | $740.00 |
| 66633 | HERNANDEZ ROSADO, WILLIAM | Tax Refund Claims | $0.00 |
| 73647 | FRANCO PARIS, MAYRA ENID | Tax Refund Claims | $500.00 |
| 74343 | SANTIAGO, DIANA | Tax Refund Claims | $550.00 |
| 75098 | SOSE MORALES, HERIBERTO O | Tax Refund Claims | $0.00 |
| 75976 | CANDELARIO ROBLES, ANGEL | Tax Refund Claims | $0.00 |
| 76894 | CARRASQUILLO GONZALEZ, JENNIFER | Tax Refund Claims | $110.00 |
| 79460 | RODRIGUEZ CRESPO, KATHYA N | Tax Refund Claims | $350.00 |
| 79671 | SOSA MORALES, HERIBEITO O | Tax Refund Claims | $0.00 |
| 83290 | CARDONA CORTES, IVELICE | Tax Refund Claims | $0.00 |
| 84560 | HERNANDEZ OPIO, ALBERTO | Tax Refund Claims | $0.00 |
| 85283 | BURGOS, MAGNA I. | Tax Refund Claims | $500.00 |
| 86603 | LECTORA SOTO, PABLO | Tax Refund Claims | $0.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 86960 | TIRADO MEDINA, SAMUEL | Tax Refund Claims | $0.00 |
| 87544 | COELLO MATIAS, MYRTA | Tax Refund Claims | $0.00 |
| 87749 | SOLER RODRIGUEZ, DIANNA | Tax Refund Claims | $2,466.00 |
| 88085 | ORTIZ COLLAZO, KEVIN | Tax Refund Claims | $0.00 |
| 88220 | ROSA CORREA, MARIA DEL C. | Tax Refund Claims | $0.00 |
| 88484 | MUNIZ BATISTA, LISSETTE | Tax Refund Claims | $997.00 |
| 89043 | ROLON RODRIGUEZ, EDGARDO | Tax Refund Claims | $0.00 |
| 89642 | NIEVES TORRES, ALFREDO | Tax Refund Claims | $0.00 |
| 90697 | ROSADO DE JESUS, WILFREDO | Tax Refund Claims | $0.00 |
| 90905 | ORTIZ ROLDAN, ISMAEL J | Tax Refund Claims | $0.00 |
| 91968 | CRUZ NEGRON, NESTOR GERARDO | Tax Refund Claims | $0.00 |
| 95372 | TORO ECHEVARRIA, NILDA | Tax Refund Claims | $0.00 |
| 98093 | ZENO SERRANO, JONATHAN | Tax Refund Claims | $1,298.00 |
| 98258 | FELICIANO ROSADO, JESUS | Tax Refund Claims | $0.00 |
| 98904 | RAMOS RODRIGUEZ, JOSE | Tax Refund Claims | $205.00 |
| 102869 | CAPIELO ORTIZ, JORGE D | Tax Refund Claims | $400.00 |
| 104038 | GONZALEZ NORAT, ARISTIDES | Tax Refund Claims | $1,981.00 |
| 106915 | LOPEZ RODRIGUEZ, SANTOS | Tax Refund Claims | $972.00 |
| 108036 | HERNANDEZ SILVA, LIZAIRA | Tax Refund Claims | $0.00 |
| 110460 | DE JESUS GOMEZ, GRISELY | Tax Refund Claims | $0.00 |
| 111764 | HERNANDEZ VELEZ, NELIANNE | Tax Refund Claims | $700.00 |
| 114160 | COTTO RODRIGUEZ, CARMELO | Tax Refund Claims | $1,553.00 |
| 114873 | JIMENEZ CORDERO, LORNA A. | Tax Refund Claims | $538.69 |
| 115271 | RODRIGUEZ RIVERA, JOHANNA | Tax Refund Claims | $0.00 |
| 116199 | RIVERA SANCHEZ, EFRAIN | Tax Refund Claims | $0.00 |
| 116498 | TORRES SANCHEZ, VERONICA | Tax Refund Claims | $0.00 |
| 118188 | PAGAN RUIZ, DENISSE | Tax Refund Claims | $0.00 |
| 119703 | ESTATE OF ANTONIO PAVIA VILLAMIL | Tax Refund Claims | $1,255.00 |
| 121904 | ESQUILLIN RAMOS, ZOE | Tax Refund Claims | $700.00 |
| 122468 | RIVERA, GUSTAVO | Tax Refund Claims | $2,841.00 |
| 122804 | BERRIOS SANTOS, ADA C. | Tax Refund Claims | $0.00 |
| 126152 | ROQUE DE JESUS, ISMAEL | Tax Refund Claims | $884.00 |
| 127157 | RUBEN HERNANDEZ SANTIAGO | Tax Refund Claims | $0.00 |
| 128065 | CARDONA ROSARIO, JOSE ANTONIO | Tax Refund Claims | $826.00 |
| 128196 | IRIZARRY VAZQUEZ, JOSE | Tax Refund Claims | $0.00 |
| 128979 | ESCOBAR BARRETO, MARIA | Tax Refund Claims | $1,011.00 |
| 131875 | ALVARADO LABRADOR, ALEIDA MARIA | Tax Refund Claims | $500.00 |
| 132055 | MANGUAL LOPEZ, MARICELI | Tax Refund Claims | $0.00 |
| 132191 | COLON BAEZ, CRUZ | Tax Refund Claims | $0.00 |
| 135195 | SANTIAGO DIAZ, MAGALY | Tax Refund Claims | $0.00 |
| 135257 | FLORES RODRIGUEZ, LAURA C | Tax Refund Claims | $1,065.00 |
| 135284 | CORDERO JIMENEZ, EDGAR | Tax Refund Claims | $0.00 |
| 135404 | TORO CRUZ, DAMASO | Tax Refund Claims | $1,417.00 |
| 138578 | LECTORA SOTO, PABLO | Tax Refund Claims | $0.00 |
| 138682 | BRUNO ROMAN, HENRY | Tax Refund Claims | $0.00 |
| 140520 | CARLO VIERA, BRENDA | Tax Refund Claims | $0.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---|---|---|---|
| 147729 | RODRIGUEZ CANDELARIO, RAUL A. | Tax Refund Claims | $595.00 |
| 149155 | GUZMAN RIVERA, EDWARD | Tax Refund Claims | $0.00 |
| 149401 | MARTINEZ GONZALEZ, ELVIN | Tax Refund Claims | $0.00 |
| 150982 | QUINONES VELAZQUEZ, ALFRED | Tax Refund Claims | $0.00 |
| 151137 | NAVEDO ROSADO, CARMEN | Tax Refund Claims | $1,200.00 |
| 151583 | FELICIANO ROSADO, JESUS | Tax Refund Claims | $0.00 |
| 151627 | NAZARIO PADRO, DARIO | Tax Refund Claims | $0.00 |
| 156864 | HERNANDEZ OLIVENCIA, GABRIEL O. | Tax Refund Claims | $2,994.00 |
| 158921 | LOPEZ GARCIA, ELVIN | Tax Refund Claims | $0.00 |
| 159802 | MARCHANY CARRASQUILLO, MELISSA | Tax Refund Claims | $1,457.00 |
| 160535 | RODRIGUEZ VARELA, FRANCES L. | Tax Refund Claims | $2,023.00 |
| 164424 | DIAZ SUAREZ, ANGEL | Tax Refund Claims | $0.00 |
| 165313 | CRUZ, ARNALDO | Tax Refund Claims | $3,382.00 |
| 165443 | FELICIANO ROSADO, JESUS | Tax Refund Claims | $0.00 |
| 167077 | SANCHEZ, HECTOR | Tax Refund Claims | $3,472.00 |
| 167101 | SALAZAR GONZALEZ, ERMELINDA | Tax Refund Claims | $0.00 |
| 169238 | AMBEL BUGOS, MIGUEL A. | Tax Refund Claims | $0.00 |
| 169991 | SANCHEZ QUINONES, MARIA M. | Public Employee Claims | $0.00 |
| 172934 | TORRES GONZALEZ, SILVERIO | Public Employee Claims | $0.00 |
| 173137 | TORRES GONZALEZ, SANTIAGO | Public Employee Claims | $0.00 |
| 173731 | NAVARRO MARTINEZ, JOSEPHINE | Tax Refund Claims | $1,925.00 |
| 174078 | VAZQUEZ CLAUSELL, GERALDO | Public Employee Claims | $0.00 |
| 174079 | VAZQUEZ RAMOS, SAUL | Public Employee Claims | $0.00 |
| 174084 | VAZQUEZ CLAUSELL, CARMEN | Public Employee Claims | $0.00 |
| 174290 | MAS GONZÁLEZ, EDNA V. | Public Employee Claims | $0.00 |
| 174471 | ROSADO COLON, JACQUELINE | Public Employee Claims | $4,800.00 |
| 174615 | WEST MUNOZ, CARL | Public Employee Claims | $0.00 |
| 174638 | BONILLA PONTON, LORRAINE | Public Employee Claims | $4,800.00 |
| 174639 | MALDONADO SANCHEZ, FIDEL | Public Employee Claims | $0.00 |
| 174658 | MORO ORTIZ, MARICELIS | Public Employee Claims | $0.00 |
| 174687 | SANCHEZ CRUZ, SOTERO | Public Employee Claims | $0.00 |
| 174863 | TRINIDAD MORENO, EDWIN | Public Employee Claims | $0.00 |
| 175863 | BERNIER BERNIER, MINERVA | Tax Refund Claims | $0.00 |
| 175955 | ALDREY AQUINO, SANTIAGO | Public Employee Claims | $4,800.00 |
| 176065 | RAMOS RODRIGUEZ, AIDA LUZ | Tax Refund Claims | $0.00 |
| 176226 | SANTIAGO, JORGE RAMOS | Tax Refund Claims | $0.00 |
| 178142 | PADIN, JUAN GREGORIO | Public Employee Claims | $28,800.00 |
| 178962 | HERNANDEZ HERNANDEZ, CARLOS M. | Tax Refund Claims | $2,969.00 |