**EXHIBIT A**

**Schedule of Eleventh ADR Designated Claims**

Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| AJAG Y LAVINIA GARCIA CUEBAS | 47219 | a | Tort-related Litigation Claims | Unknown | Initial Transfer |
| CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY MIX CONCRETE, INC. | 78288 | c | Contract Litigation Claims | GCD-2006-0453 | Initial Transfer |
| COLON NEGRON, NILDA L. | 166526 | c | Employment-related Litigation Claims | 2012-08-0197, 2013-04-1542, 2013-11-024, 2012-05-2084, SJ-2019-CV-07914 | Initial Transfer |
| CRUZ LOPEZ, MARIA | 29049 | a | Employment-related Litigation Claims | 2017-0042, 2014-0436 | Initial Transfer |
| CRUZ SOTO, ROBERT | 230 | c | Employment-related Litigation Claims | 2016-0204 | Initial Transfer |
| CRUZ VAZQUEZ, LIZZY | 13502 | a | Employment-related Litigation Claims | KAC-2012-1259, CC-2014-0790 | Initial Transfer |
| FIGUEROA CARRION, AMPARO | 112364 | a | Employment-related Litigation Claims | KDP-2005-0150 | Initial Transfer |
| FIGUEROA CARRION, AMPARO | 116287 | a | Employment-related Litigation Claims | KDP-2005-0150 | Initial Transfer |
| FIGUEROA RIVERA, ANA R. | 49106 | a | Employment-related Litigation Claims | KAC-1991-0665 | Initial Transfer |
| GONZALEZ CUEVAS, SANDRA | 163688 | a | Employment-related Litigation Claims | KAC-2012-1259 | Initial Transfer |
| GONZALEZ VEGA, MIGDALIA | 106655 | b | Employment-related Litigation Claims | SJ-2017-CV-00542 | Initial Transfer |
| GUARDIOLA, ALVIN RIVERA | 49316 | c | Employment-related Litigation Claims | 2014-0381 | Initial Transfer |
| HERNANDEZ MENDOZA, ZORIDA | 33898 | c | Employment-related Litigation Claims | KAC-2005-0608 | Initial Transfer |
| HERNANDEZ RODRIGUEZ, ANETTE | 35758 | a | Employment-related Litigation Claims | 2016-05-1430 | Initial Transfer |
| JANICE OLIVERAS RIVERA Y JAN A. ROSADO OLIVERAS | 47495 | a | Tort-related Litigation Claims | Unknown | Initial Transfer |
| LAGO ESCALET, NANCY | 110833 | c | Employment-related Litigation Claims | KAC-1998-0532 | Initial Transfer |
| LEBRON SANTIAGO, JOSE CARLOS | 34505 | a | Tort-related Litigation Claims | Unknown | Initial Transfer |
| MATIAS PEREZ, JOSE A. | 122439 | a | Employment-related Litigation Claims | 2013-04-1542 | Initial Transfer |
| MEDINA ALVERIO, MIGDALIA | 2306 | c | Tort-related Litigation Claims | E2CI-2016-00040 | Initial Transfer |
| MELENDEZ GONZALEZ, ANGEL L. | 113415 | b | Employment-related Litigation Claims | AQ-16-0825, HUM-17-00414, HUM-17-00405 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key at the end of Exhibit A.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f) | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| OLMEDA ALMADOVOR, LYDIA E | 70770 | a | Employment-related Litigation Claims | 199-0665, KAL-1998-0532 | Initial Transfer |
| ORTIZ CADIZ, INGRID | 32371 | c | Employment-related Litigation Claims | KPE-2010-4343 | Initial Transfer |
| ORTIZ HERNANDEZ, GLADYS M. | 148549 | a | Employment-related Litigation Claims | SJ-2019-CV-07914, 2012-05-2084 | Initial Transfer |
| ORTIZ PÉREZ, GEOVANNY | 4809 | a | Tort-related Litigation Claims | GDP-2017-0090 | Initial Transfer |
| ORTIZ TORRES, SUHEIL | 135326 | c | Employment-related Litigation Claims | 2012-05-2084 | Initial Transfer |
| PADILLA RODRIGUEZ, GLENN A | 58728 | a | Employment-related Litigation Claims | 2013-11-0224 | Initial Transfer |
| PADILLA RODRIGUEZ, GLENN A. | 76801 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| PÉREZ BONILLA, MARÍA D. | 37866 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| PEREZ TORRES, BLANCA I | 58788 | c | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| QUETELL VILARINO, FRANCISCO HUMBERTO | 128176 | a | Employment-related Litigation Claims | KAC-2002-5357 | Initial Transfer |
| RAMÍREZ ALAMEDA, ISRAEL | 65121 | a | Employment-related Litigation Claims | 2000-06-1639 | Initial Transfer |
| RAMOS CRUZ, MARIA | 111673 | b | Employment-related Litigation Claims | 2012-05-2084 | Initial Transfer |
| RAMOS DIAZ, MILDRED A | 59072 | c | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| RAMOS PEREZ, CARMEN D. | 144878 | a | Employment-related Litigation Claims | 199-0665, KAL-1998-0532 | Initial Transfer |
| RENTA MATEO, MIRIAM YOLANDA | 55315 | a | Employment-related Litigation Claims | KAC-1998-0532 | Initial Transfer |
| RENTAS, RAFAEL | 170128 | b | Tort-related Litigation Claims | JDP-2012-0290 | Initial Transfer |
| RENTAS, RAFAEL | 170129 | e | Tort-related Litigation Claims | JDP-2012-0290 | Initial Transfer |
| RENTAS, RAFEAL | 170238 | b | Tort-related Litigation Claims | JDP-2012-0290 | Initial Transfer |
| RODRIGUEZ MARIN, MIRLA M. | 119452 | d | Employment-related Litigation Claims | 2010-09-0236 | Initial Transfer |
| RODRIGUEZ OQUENDO, CATALINA | 74891 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f) | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RODRIGUEZ OQUENDO, CATALINA | 77246 | a | Employment-related Litigation Claims | 2013-11-0224 | Initial Transfer |
| RODRIGUEZ PEREZ, EDDIE | 30966 | b | Employment-related Litigation Claims | KAC-2000-5670 | Initial Transfer |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 77150 | a | Employment-related Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| ROMAN PADILLA, RAMONITA | 51615 | a | Employment-related Litigation Claims | 2013-11-0224, 2013-04-1542, 2012-05-2084, J-2019 CVO 7914 | Initial Transfer |
| SANCHEZ CARRION, NIDIA E | 51905 | c | Employment-related Litigation Claims | KPE-2008-1639 | Initial Transfer |
| SANTIAGO BURGOS, IVONNE | 150402 | c | Employment-related Litigation Claims | AQ-09-511 | Initial Transfer |
| SANTIAGO CRUZ, RAMON L | 88715 | a | Employment-related Litigation Claims | KAC-2001-1692 | Initial Transfer |
| SERRANO HERNANDEZ, LUZ NEREIDA | 159500 | a | Employment-related Litigation Claims | 2005-07-0091 | Initial Transfer |
| SOTO CRUZ, JESUS MANUEL | 134813 | a | Employment-related Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| TARRATS AGOSTO, LUISA M M | 9341 | a | Employment-related Litigation Claims | KAC-1998-0532 | Initial Transfer |
| TORO SANTOS, JENNY | 47848 | a | Employment-related Litigation Claims | KAC-1999-0669 | Initial Transfer |
| TORRES HERMIDAS, CARMEN M. | 113439 | a | Employment-related Litigation Claims | SJ-2019-CV-07914, 2013-11-0224, 2013-04-1542, SJ-2017-CV-00542, 2012-08-0197, 2012-05-2084 | Initial Transfer |
| TORRES QUIRINDONG, MILDRED | 167538 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| TORRES QUIRINDONGO, MILDRED | 91025 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| TORRES QUIRINDONGO, MIVIAN | 51791 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| TORRES RIVERA, HELEN | 167970 | a | Employment-related Litigation Claims | 2012-05-2084 | Initial Transfer |
| TORRES RODRIGUEZ, MYRNA | 153011 | c | Employment-related Litigation Claims | 2012-05-2084 | Initial Transfer |
| VAZQUEZ OLIVIERI, MILDRED M. | 83586 | a | Employment-related Litigation Claims | SJ-2017-CV-00542 | Initial Transfer |
| VELAZQUES MADERA, AMADO | 140658 | a | Employment-related Litigation Claims | 2002-05-1329, 2004-08-0264 | Initial Transfer |
| VELEZ ECHEVARRIA, ENEIDA | 81756 | a | Employment-related Litigation Claims | KAC-2001-1692 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f) | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| VELEZ MARTINEZ, ELIZABETH | 75326 | a | Employment-related Litigation Claims | KAC-2002-5357 | Initial Transfer |
| CARABALLO RODRIGUEZ, LUIS ENRIQUE | 118040 | a | Employment-related Litigation Claims | Q-04-03-36-183 | Initial Transfer |
| FALCON AYALA, JEANNETTE | 57605 | a | Employment-related Litigation Claims | AQ-14-14-922 | Initial Transfer |
| GONZALEZ PEREZ, ANETTE A. | 157553 | a | Employment-related Litigation Claims | AQ-16-0450 | Initial Transfer |
| MORENO SOTO, IRMA T | 92741 | c | Employment-related Litigation Claims | Unknown | Initial Transfer |
| NEGRON, CARLOTA COLON | 112436 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| OTERO MORALES, ANTONIO | 30799 | a | Employment-related Litigation Claims | Unknown | Initial Transfer |
| RODRIGUEZ SANCHEZ, ARNOLD | 62872 | c | Employment-related Litigation Claims | 2008-07-0097, 2011-03-3210 | Initial Transfer |
| ROSA, ELMER PAGAN | 170250 | a | Employment-related Litigation Claims | Unknown | Initial Transfer |
| SANCHEZ GLZ, FELIX M. | 170329 | a | Employment-related Litigation Claims | Unknown | Initial Transfer |
| SANCHEZ RAMOS, SONIA | 38807 | a | Employment-related Litigation Claims | Unknown | Initial Transfer |
| VEGA KLIMEZEK, SARAY N. | 134201 | a | Employment-related Litigation Claims | A2CI-2000-400702 | Initial Transfer |
| SOFTEK, INC. | 6315 | c | Accounts Payable Claim | N/A | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |