**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE APRIL 28-29, 2021 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's April 20 Order (*see* Case No. 17 BK 3283-LTS [Dkt. No. 16475]) (the "Order") concerning attendance at the April 28-29 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Stuart T. Steinberg and/or Yehuda Goor of Dechert LLP reserve the right to present argument at the Hearing with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests, including in connection with the *Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board,*

27663206

*for Stay Relief Granting Leave to Prosecute Further Motions for Summary Judgment* (ECF No. 16326) and the related memorandum of law (ECF No. 16327).

**RESPECTFULLY SUBMITTED**, this 22nd day of April, 2021.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| |   */s/ Allan S. Brilliant* |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| 101 San Patricio Avenue | Stuart T. Steinberg (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | Yehuda Goor (*pro hac vice*) |
| Guaynabo, Puerto Rico 00968 | Three Bryant Park |
| Tel.: (787) 620-5300 | 1095 Avenue of the Americas |
| Fax: (787) 620-5305 | New York, NY 10036-6797 |
| | allan.brilliant@dechert.com |
| | eric.brunstad@dechert.com |
| | stuart.steinberg@dechert.com |
| | yehuda.goor@dechert.com |
| | Tel: (212) 698-3500 |
| | Fax: (212) 698-3599 |

*Counsel to Peaje Investments LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: April 22, 2021

                                                 */s/ Brett Stone*
                                                 By: Brett Stone
                                                 Title: Paralegal, Dechert LLP

27663206