# Exhibit B

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Defendant in Adversary Proceeding 19-00296 | Alan Friedman | | 124 Lander Ave. | | Staten Island | NY | 10314 | | | |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 | | | |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 | | | |
| Defendant in Adversary Proceeding 19-00296 | Banco Popular de Puerto Rico, as Trustee | | Popular Fiduciary Services, Popular Center North Building | #209 Munoz Rivera, Ave, 2nd Level | Hato Rey | PR | 00918 | | | |
| Defendant in Adversary Proceeding 19-00296 | Bank of New York Mellon as PRIFA Indenture Trustee Pursuant to the Trust Agreement Dated as of March 1, 2015 | | 225 Fifth Ave, Suite 1200 | | Pittsburgh | PA | 15222 | | | |
| Defendant in Adversary Proceeding 19-00296 | Candlewood Investment Group, LP | | 555 Theodore Fremd Avenue, Suite C-303 | | Rye | NY | 10580 | | | |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 | | | |
| Intervenor in Adversary Proceeding 17-00250 | Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | 900 Third Ave | 21st Floor | New York | NY | 10022 | | 212-356-0205 | 646-473-8205 |
| Defendant in Adversary Proceeding 19-00296 | Cooperativa De A/C Aibonitena | | 100 Calle Jose C. Vazquez | | Aibonito | PR | 00705 | | | |
| Defendant in Adversary Proceeding 19-00296 | Cooperativa De Ahorro Y Credito De Lares | Attn: Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | San Juan | PR | 00919 | | | |
| PBA Top 20 Creditor | Correction Corporation of America | Attn: President or General Counsel | 10 Burton Hills Boulevard | | Nashville | TN | 37215 | | | |
| Plaintiff in Adv. Proc. No. 19-00364 | Davidson Kempner Capital Management LP | | 520 Madison Avenue | 30th Floor | New York | NY | 10022 | | 212-446-4000 | |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | |
| Federal Agency | Department of Defense (DOD) | Attn: Patrick Shanahan | 1400 Defense Pentagon | | Washington | DC | 20301-1400 | | | |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 | | | |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Kirstjen M. Nielsen | 245 Murray Lane., SW | | Washington | DC | 20528-0075 | | | |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 | | | |
| Federal Agency | Department of Human and Health Services | Attn: Alex Azar | 200 Independence Ave, SW | | Washington | DC | 20201 | | | |
| Federal Agency | Department of the Interior (DOI) | Attn: David Bernhardt | 1849 C St., NW | | Washington | DC | 20240 | | | |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 | | | |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Robert Wilkie | 810 Vermont Ave., NW | | Washington | DC | 20420 | | | |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 | | | |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 | | | |
| Defendant in Adversary Proceeding 19-00296 | Fir Tree Partners | | 55 West 46th Street, 29th Floor | | New York | NY | 10036 | | | |
| Defendant in Adversary Proceeding 19-00296 | FPA Select Drawdown Fund L.P. | | 250 West 55th Street | | New York | NY | 10019 | | | |
| PBA Top 20 Creditor | G RG Engineering S E | Attn: President or General Counsel | Urb. Belisa 1515 Calle Bori | | San Juan | PR | 00927 | | 787-757-8033 | |
| Defendant in Adversary Proceeding 19-00296 | Goldentree Asset Management LP | | 300 Park Avenue, 20th Floor | | New York | NY | 10022 | | | |
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 | | 787-781-0707 | |
| Defendant in Adversary Proceeding 19-00296 | Ismael Vincenty Perez | | Apt 6105 350 Via Aventura | | Trujillo Alto | PR | 00976 | | | |
| Counsel to PFZ Properties, Inc. | Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 | | | |
| Defendant in Adversary Proceeding 19-00296 | Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo | | PO Box 363101 | | San Juan | PR | 00936 | | | |
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | Yauco | PR | 00698 | | 787-647-4915 | |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 | | 787-521-4747, 877-454-4747 | 787-521-4745 |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 | | 787-538-3468 | |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 | | 787-657-3050 | 787-355-9681 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 | | 787-753-1565 | 787-763-1704 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Steve Schoenberg IRA, Steve and Sharon Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP | McNamee Lochner P.C. | Attn: General Counsel | 677 Broadway #500 | | Albany | NY | 12207 | | 518-447-3200 | |
| Counsel to Metro Pavia Health System | Metro Pavia Health System | Attn: Zarel J Soto Acaba | PO Box 3180 | | Carolina | PR | 00984 | | 787-625-8763 | 787-625-8543 |
| PBA Top 20 Creditor | Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | Condominio Parque De Las Fuentes PH204 | 680 Calle Cesar Gonzalez | San Juan | PR | 00918-3912 | | 787-287-0212 | |
| N. Harris Computer Corporation | N. Harris Computer Corporation | Attn: President or General Counsel | 100 Quannapowitt Parkway Suite 405 | | Wakefield | MA | 01880 | | 781-557-3000 | |
| Defendant in Adversary Proceeding 19-00296 | Oppenheimerfunds Inc. | | 350 Linden Oaks | | Rochester | NY | 14625 | | | |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | | PO Box 2319 | | Toa Baja | PR | 00951-2319 | | | |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR | 00936-4267 | | | |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 | | | |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR | 00936-2350 | | 787-758-4747 | 787-754-7131 |
| PBA Top 20 Creditor | Quintero Construction S E | Attn: President or General Counsel | Carr 734 Km 0.5 Bo Arenas | | Cidra | PR | 00739 | | 787-739-6040 | |
| Defendant in Adversary Proceeding 19-00296 | Reinaldo Vincenty Perez | | 917 Calle Isaura Arnau | | San Juan | PR | 00924 | | | |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | PO Box 2316 | | Toa Baja | PR | 00951-2316 | | | |
| Defendant in Adversary Proceeding 19-00296 | Santander Asset Management, LLC | | GAM Tower, 2nd Floor, 2 Tabonuco Street | | Guaynabo | PR | 06968 | | | |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 | | | |
| SOMOS, Inc. | SOMOS, Inc. | | 1605 Ponce De Leon Avenue | Suite 300, San Martin Bldg. | San Juan | PR | 00909 | | | |
| Defendant in Adversary Proceeding 19-00296 | Sucesion Francisco Xavier Gonzalez Goenaga | | PO Box 364643 | | San Juan | PR | 00936 | | | |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 | | | |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 | | | |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 | | | |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 | | | |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 | | | |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | | 787-766-5656 | 787-771-4043 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 | | | |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 | | | |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 | | | |
| Federal Agency | US Department of Justice (DOJ) | Attn: William Barr | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 | | | |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Office of the Solicitor, N-2700 | Frances Perkins Building, 200 Constitution Ave | Washington | DC | 20210 | | | |