# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTORICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW AS COUNSEL

To the Honorable Judge Laura Taylor Swain, U.S. District Court Judge:

Attorney Arturo V Bauermeister moves to withdraw his appearance as co-counsel for Asociación de Jubilados de la Judicatura de Puerto Rico, Inc., which will continue to be represented by Atttorney Jaile L. Sanabria Montanez (ECF No. 3942). Thus, undersigned's withdrawal will neither delay nor disrupt the proceedings.

Accordingly, under Local Rule 9010-1(d), Asociación de Jubilados de la Judicatura de Puerto Rico, Inc. respectfully requests that this Court order the withdrawal of Attorney

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits TaxID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement Systemof the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal TaxID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Bauermeister and no longer send him docketing notifications via the ECF System.

Dated: April 22, 2021    Respectfully submitted,

**Bauermeister & Dávila LLC**
Firstbank Plaza | Ste. 201
1519 Ponce de León Ave.
San Juan, PR 00909
Tel. 787.931.0941

*/s/ Arturo V. Bauermeister*
Arturo V. Bauermeister
arturo@bdlawpr.com
USDCPR No. 302604

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April 2021, I caused a true and correct copy of the foregoing Notice to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

*/s/ Arturo V. Bauermeister*
Arturo V. Bauermeister