**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

**INFORMATIVE MOTION
REGARDING NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION'S APPEARANCE AT APRIL 28-29, 2021 OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that Kelly DiBlasi and Robert Berezin from the New York,

New York office of Weil, Gotshal & Manges LLP will appear and present argument on behalf of

National Public Finance Guarantee Corporation ("National") at the April 28-29, 2021 Omnibus

Hearing, which will be conducted telephonically via CourtSolutions due to the ongoing public

health crisis.   National's legal representatives reserve the right to be heard on any matter

concerning:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(i)     *Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief* (ECF No. 16332 of Case No. 17-03283 (LTS)), and any other responses or filings related to the foregoing;

(ii)    *Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment* (ECF No. 16326 of Case No. 17-03283 (LTS), ECF No. 142 of Adv. Proc. No. 20-00003 (LTS), ECF No. 133 of Adv. Proc. No. 20-00004 (LTS), and ECF No. 154 of Adv. Proc. No. 20-00005 (LTS)) and *Memorandum of Law in Support of Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Order Granting Stay Relief to Permit Prosecution of Further Motions for Partial Summary Judgment* (ECF No. 16327 of Case No. 17-03283 (LTS), ECF No. 143 of Adv. Proc. No. 20-00003 (LTS), ECF No. 134 of Adv. Proc. No. 20-00004 (LTS), and ECF No. 155 of Adv. Proc. No. 20-00005 (LTS)), and any other responses or filings related to the foregoing;

(iii)   *Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021* (ECF No. 16396 of Case No. 17-03283 (LTS)), and any other responses or filings related to the foregoing;

(iv)    *Official Committee of Unsecured Creditors' (I) Response to Motion of Commonwealth of Puerto Rico, by and through Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene* (ECF No. 16403 of Case No. 17-03283 (LTS), ECF No. 147 of Adv. Proc. No. 20-00003 (LTS), ECF No. 138 of Adv. Proc. No. 20-00004 (LTS), and ECF No. 159 of Adv. Proc. No. 20-00005 (LTS)), and any other responses or filings related to the foregoing; and

(v)     any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of National.

    **RESPECTFULLY SUBMITTED**, this 22nd  day of April, 2021.

    **WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.  Also, copy of this document will be notified via electronic mail to all case participants.


                            [*Signature page to follow*]

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
PO Box 70294
San Juan PR 00936-8294
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
        loliver@amgprlaw.com
        acasellas@amgprlaw.com
        larroyo@amgprlaw.com


By:   */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis Oliver-Fraticelli*
Luis Oliver-Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/ Lourdes Arroyo Portela*
Lourdes Arroyo Portela
USDC-PR No. 226501

**WEIL, GOTSHAL & MANGES LLP**
Kelly DiBlasi (admitted *pro hac vice*)
Gabriel A. Morgan (admitted *pro hac vice*)
Jonathan Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: kelly.diblasi@weil.com
        gabriel.morgan@weil.com
        jonathan.polkes@weil.com
        gregory.silbert@weil.com
        robert.berezin@weil.com
        jared.friedmann@weil.com

4