**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
FOR APPEARANCE AT APRIL 28-29, 2021, OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at April 28-29, 2021, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and Adam M. Langley intend to speak and participate on behalf of FGIC at the Hearing[1] conducted by the Court telephonically via CourtSolutions due to the ongoing COVID-19 on the following items:

**17-bk-3283**

[Dkt No. 16326] Notice of Motion and Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment **(20-ap-0003 [Dkt. No. 142], 20-ap-0004 [Dkt. No. 133], and 20-ap-0005 [Dkt No. 154]).**

    [16419] FGIC's Objection and Memorandum of Law in Response to the Motion of the
    Commonwealth of Puerto Rico, by and Through the Financial Oversight and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of April 28-29, 2021 Omnibus Hearing* [Case No. 17-3283, Dkt. # 16475] (the "***Order***").

58520705.v1

    Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment (20-ap-0003 [Dkt. No. 149], 20-ap-0004 [Dkt. No. 140], and 20-ap-0005 [Dkt No. 161]).

[Dkt. No. 16332] Joint Motion for an Order (i) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (ii) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (iii) Approving Form of Notice thereof, (iv) Establishing Document Depository Procedures in Connection therewith, and (v) Granting Related Relief.

    [Dkt. No. 16423] Objection of FGIC to Debtors' Joint Motion for an Order (i) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (ii) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (iii) Approving Form of Notice thereof, (iv) Establishing Document Depository Procedures in Connection therewith, and (v) Granting Related Relief.

[Dkt. No. 16403] Official Committee of Unsecured Creditors' (I) Response to Motion of commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene.

    [Dkt. No. 16506] Ambac Assurance Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association's Opposition to the Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene.

    2.    Further, Martin A. Sosland and Adam M. Langley also reserve the right to present argument or respond to any agenda item, matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

    3.    María E. Picó also intends to appear telephonically but does not intend to address the Court.

Dated: April 22, 2021.

Respectfully submitted,

REXACH & PICÓ, CSP

By: /s/ *María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: /s/ *Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    James E. Bailey III (*pro hac vice*)
    Adam M. Langley (*pro hac vice*)
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7347
    Facsimile: (615) 680-7201
    E-mail: jeb.bailey@butlersnow.com
    adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

58520705.v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: April 22, 2021.

                                  Respectfully submitted,

                                  By: */s/ Martin A. Sosland*
                                      Martin A. Sosland

                                *Attorney for Financial Guaranty Insurance Company*

58520705.v1