IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>Jointly Administered |

**INFORMATIVE MOTION OF SALUD INTEGRAL DE LA MONTAÑA REGARDING APRIL 28-29, 2021, OMNIBUS HEARING**

**TO THE HONORABLE COURT:**

COME NOW, Salud Integral de la Montaña, Inc. (SIM), through its undersigned attorney and respectfully states as follows:

1. John E. Mudd will appear telephonically on behalf of the SIM at the Hearing (as defined in the Scheduling Order), and address, as necessary, on Debtors' Joint Motion for an

Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief [Case No. 17-3283; Docket No. 16332 ]. In addition, he may address the Court in any other matter pertaining or in relation to the interest of SIM during the hearing.

WHEREFORE: SIM requests from the Honorable Court that it take notice of this motion.

Respectfully submitted on this 22nd day of April, 2021.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com