**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**JOINT INFORMATIVE MOTION REGARDING ARGUMENT AT APRIL 28-29, 2021 HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT CROSS-MOTION FOR STAY RELIEF FOR LEAVE TO FILE LIMITED OBJECTION, OR IN ALTERNATIVE, TO INTERVENE**

---

[1] The Debtors in these jointly-administered Title III cases, along with each Debtor's respective Title III case number (listed as a bankruptcy case number due to software limitations) and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee"),[1] the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp., ("AGM", and together with AGC, "Assured"), National Public Finance Guarantee Corporation ("National"), Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company ("FGIC"), The Bank of New York Mellon ("BNYM"), and U.S. Bank Trust National Association ("U.S. Bank"), respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures For April 28-29, 2021, Omnibus Hearing* [Case No. 17-3283, Docket No. 16475] (the "Scheduling Order") and respectfully state as follows:

1. The following parties (the "Parties") will appear telephonically at the April 28-29, 2021 hearing (the "Hearing") to address, as necessary, the *Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in Alternative, to Intervene* [Case No. 17-3283, Docket No. 16403] (the "Cross-Motion") as well as any and all objections, responses, statements, joinders and replies to the Cross-Motion:

2. The following individuals may appear and speak on behalf of the Parties:

   a. Committee:  Luc Despins and Nicholas Bassett of Paul Hastings LLP

   b. Oversight Board:  Martin Bienenstock of Proskauer Rose LLP

   c. Assured:  William Natbony of Cadwalader, Wickersham & Taft LLP

   d. National:  Robert Berezin of Weil, Gotshal & Manges LLP

   e. Ambac:  Atara Miller of Milbank LLP

---

[1] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

      f. <u>FGIC</u>: Martin Sosland of Butler Snow LLP

3. The Parties understand the Oversight Board has requested 24 minutes for argument on the Motion, to be split evenly between the Supporting Parties and the Objecting Parties. The Parties have agreed to allocate such time as follows:

    a. Supporting Party's Opening Arguments:

        i. Committee: 10 minutes

    b. Objecting Parties' Arguments (12 minutes):

        i. Oversight Board: 4 minutes

        ii. Assured: 2 minutes

        iii. National: 2 minutes

        iv. Ambac: 2 minutes

        v. FGIC: 2 minutes

    c. Supporting Party's Rebuttal Argument:

        i. Committee: 2 minutes

WHEREFORE, the Parties respectfully requests that the Court take notice of the above.

Dated: April 22, 2021

/s/ Luc A. Despins

PAUL HASTINGS LLP
Luc A. Despins, Esq. (*Pro Hac Vice*)
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors*

– and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
Carla Garcia Benitez
USDC No. 203708
Gabriel A. Miranda
USDC No. 306704
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com
carla.garcia@oneillborges.com
gabriel.miranda@oneillborges.com

/s/ Martin J. Bienenstock
Martin J. Bienenstock
Jeffrey Levitan
Timothy W. Mungovan
Ehud Barak
(Admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
jlevitan@proskauer.com
tmungovan@proskauer.com
ebarak@proskauer.com

Michael A. Firestein
Lary Alan Rappaport
(Admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
2029 Century Park East Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
lrappaport@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico as Representative of the Commonwealth of Puerto Rico*

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |

/s/ *Heriberto Burgos Pérez*       /s/ *Howard R. Hawkins, Jr.*

Heriberto Burgos Pérez
USDC-PR No. 204,809
Ricardo F. Casellas-Sánchez
USDC-PR No. 203,114
Diana Pérez-Seda
USDC-PR No. 232,014
E-mail: hburgos@cabprlaw.com
        rcasellas@cabprlaw.com
        dperez@cabprlaw.com

P.O. Box 364924
San Juan, PR 00936-4924
Tel.: (787) 756-1400
Fax: (787) 756-1401

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
William Natbony*
Thomas J. Curtin*
Casey J. Servais*
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 406-6666
E-mail: howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        bill.natbony@cwt.com
        thomas.curtin@cwt.com
        casey.servais@cwt.com

\* admitted *pro hac vice*
*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

---

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: /s/ *Eric Pérez-Ochoa*
    Eric Pérez-Ochoa
    (USDC-PR No. 206314)
    Email: epo@amgprlaw.com

By: /s/ *Luis A. Oliver-Fraticelli*
    Luis A. Oliver-Fraticelli
    (USDC-PR No. 209204)
    Email: loliver@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone: (787) 756-9000
    Facsimile: (787) 756-9010

*Attorneys for National Public Finance Guarantee Corp.*

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Robert S. Berezin*
    Jonathan D. Polkes (admitted *pro hac vice*)
    Gregory Silbert (admitted *pro hac vice*)
    Robert S. Berezin (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    Gabriel A. Morgan (admitted *pro hac vice*)
    767 Fifth Avenue New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: jonathan.polkes@weil.com
             gregory.silbert@weil.com
             robert.berezin@weil.com
             kelly.diblasi@weil.com
             gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corp.*

| | |
|---|---|
| **FERRAIUOLI LLC** | **REXACH & PICÓ, CSP** |
| By: /s/ *Roberto Cámara-Fuertes* <br> Roberto Cámara-Fuertes <br> (USDC-PR No. 219002) <br> Sonia Colón <br> (USDC-PR No. 213809) <br> 221 Ponce de León Avenue, 5th Floor <br> San Juan, PR 00917 <br> Telephone: (787) 766-7000 <br> Facsimile: (787) 766-7001 <br> Email: rcamara@ferraiuoli.com <br> scolon@ferraiuoli.com | By: /s/ *María E. Picó* <br> María E. Picó <br> (USDC-PR No. 123214) <br> 802 Ave. Fernández Juncos <br> San Juan, PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> Email: mpico@rexachpico.com |
| **MILBANK LLP** | **BUTLER SNOW LLP** |
| By: /s/ *Atara Miller* <br> Dennis F. Dunne (admitted *pro hac vice*) <br> Atara Miller (admitted *pro hac vice*) <br> Grant R. Mainland (admitted *pro hac vice*) <br> John J. Hughes, III (admitted *pro hac vice*) <br> Jonathan Ohring (admitted *pro hac vice*) <br> 55 Hudson Yards <br> New York, NY 10001 <br> Telephone: (212) 530-5000 <br> Facsimile: (212) 530-5219 <br> Email: ddunne@milbank.com <br> amiller@milbank.com <br> gmainland@milbank.com <br> jhughes2@milbank.com <br> johring@milbank.com | By: /s/ *Martin A. Sosland* <br> Martin A. Sosland (admitted *pro hac vice*) <br> 2911 Turtle Creek Blvd., Suite 1400 <br> Dallas, TX 75219 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> Email: martin.sosland@butlersnow.com <br><br> James E. Bailey III (admitted *pro hac vice*) <br> Adam M. Langley (admitted *pro hac vice*) <br> 6075 Poplar Ave., Suite 500 <br> Memphis, TN 38119 <br> Telephone: (901) 680-7200 <br> Facsimile: (901) 680-7201 <br> Email: jeb.bailey@butlersnow.com <br> adam.langley@butlersnow.cow |
| ***Attorneys for Ambac Assurance Corporation*** | ***Attorneys for Financial Guaranty Insurance Company*** |

**RIVERA, TULLA AND FERRER, LLC**

By: /s/ *Eric A. Tulla*
Eric A. Tulla
(USDC-DPR No. 118313)
Email: etulla@ riveratulla.com
Iris J. Cabrera-Gómez
(USDC-DPR No. 221101)
Email: icabrera@ riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Telephone: (787) 753-0438
Facsimile: (787) 767-5784

**SEPULVADO, MALDONADO & COURET**

By: /s/ *Albéniz Couret Fuentes*
Albéniz Couret Fuentes
(USDC-PR No. 222207)
304 Ponce de León Ave. Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**HOGAN LOVELLS US LLP**

By: /s/ *Ronald J. Silverman*
Ronald J. Silverman, Esq.
Michael C. Hefter, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
michael.hefter@hoganlovells.com

***Attorneys for U.S. Bank Trust National Association, in its Capacity as Trustee to PRIFA Bondholders***

**REED SMITH LLP**

By: /s/ *Jared S. Roach*
Luke A. Sizemore (admitted *pro hac vice*)
Jared S. Roach (admitted *pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: lsizemore@reedsmith.com
        jroach@reedsmith.com

***Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders***