**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------------ x
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
        as representative of                          :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO, et al.,              :   (Jointly Administered)
                                                      :
        Debtors.¹                                     :
------------------------------------------------------------------------ x
```

**JOINT INFORMATIVE MOTION REGARDING ARGUMENT AT APRIL 28-29, 2021
HEARING ON URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO SCHEDULE HEARING ON RENEWED MOTION
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3013 FOR ENTRY OF ORDER
RECLASSIFYING CLASS 48A AND CLASS 55 CLAIMS UNDER OVERSIGHT
BOARD'S PLAN OF ADJUSTMENT DATED MARCH 8, 2021**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee"),[1] the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Official Committee of Retired Employees (the "Retiree Committee"), Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp., ("AGM" and, together with AGC, "Assured"), and National Public Finance Guarantee Corporation ("National") respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures For April 28-29, 2021, Omnibus Hearing* [Docket No. 16475] (the "Scheduling Order") and respectfully state as follows:

1. The following parties (the "Parties") will appear telephonically at the April 28-29, 2021 hearing (the "Hearing") to address, as necessary, the *Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims Under Oversight Board's Plan of Adjustment Dated March 8, 2021* [Docket No. 16397] (the "Scheduling Motion") as well as any and all objections, responses, statements, joinders and replies to the Scheduling Motion.

2. The following individuals may appear and speak on behalf of the Parties:

   a. Committee: Luc Despins of Paul Hastings LLP

   b. Oversight Board: Martin Bienenstock of Proskauer Rose LLP

   c. Retiree Committee: Melissa Root of Jenner & Block LLP

---

[1] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

3. The Parties request an aggregate of 20 minutes for argument on the Scheduling Motion, which amount would to be split evenly between, on the one hand, the Committee, and, on the other hand, the Oversight Board and the Retiree Committee (together, the "<u>Objecting Parties</u>"). The Parties have agreed to allocate such time as follows:

    a. Committee's Opening Arguments: 8 minutes

    b. Objecting Parties' Arguments (10 minutes total):

        i. Oversight Board: 5 minutes

        ii. Retiree Committee: 5 minutes

    c. Committee's Rebuttal Argument: 2 minutes

4. Assured and National are not seeking at this time an allocation of time but reserves the right to request on the hearing date an opportunity to be heard.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Parties respectfully requests that the Court take notice of the above.

Dated: April 22, 2021

/s/ Luc A. Despins

PAUL HASTINGS LLP
Luc A. Despins, Esq. (*Pro Hac Vice*)
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors*

– and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors*

Dated: April 22, 2021      Respectfully submitted,
    San Juan, Puerto Rico

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
Daniel S. Desatnik
(*Admitted Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for the Debtors*

Dated: April 22, 2021

| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
|---|---|
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |

| | |
|---|---|
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Héctor M. Mayol Kauffmann |
| 919 Third Ave | Francisco del Castillo Orozco |
| New York, NY 10022-3908 | Edificio Union Plaza, |
| rgordon@jenner.com | 1701 Avenida Ponce de León #416 |
| rlevin@jenner.com | Hato Rey, San Juan |
| 212-891-1600 (telephone) | Puerto Rico 00918 |
| 212-891-1699 (facsimile) | ajb@bennazar.org |
| | hector.mayol@bennazar.com |
| | 787-754-9191 (telephone) |
| | 787-764-3101 (facsimile) |

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

Dated: April 22, 2021
     New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| */s/ Heriberto Burgos Pérez* | */s/ Howard R. Hawkins, Jr.* |
|    Heriberto Burgos Pérez |    Howard R. Hawkins, Jr.* |
|    USDC-PR No. 204,809 |    Mark C. Ellenberg* |
|    Ricardo F. Casellas-Sánchez |    William Natbony* |
|    USDC-PR No. 203,114 |    Thomas J. Curtin* |
|    Diana Pérez-Seda |    Casey J. Servais* |
|    USDC–PR No. 232,014 |    200 Liberty Street |
|    E-mail: hburgos@cabprlaw.com |    New York, New York 10281 |
|        rcasellas@cabprlaw.com |    Tel.: (212) 504-6000 |
|        dperez@cabprlaw.com |    Fax: (212) 406-6666 |
| |    Email: |
| P.O. Box 364924 |        howard.hawkins@cwt.com |
| San Juan, PR 00936-4924 |        mark.ellenberg@cwt.com |
| Tel.: (787) 756-1400 |        bill.natbony@cwt.com |
| Fax: (787) 756-1401 |        thomas.curtin@cwt.com |
| |        casey.servais@cwt.com |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp* | * admitted pro hac vice<br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: */s/ Eric Pérez-Ochoa* | By: */s/ Robert S. Berezin* |
|    Eric Pérez-Ochoa |    Jonathan D. Polkes (admitted *pro hac vice*) |
|    (USDC-PR No. 206314) |    Gregory Silbert (admitted *pro hac vice*) |
|    Email: epo@amgprlaw.com |    Robert S. Berezin (admitted *pro hac vice*) |
| |    Kelly DiBlasi (admitted *pro hac vice*) |
| By: */s/ Luis A. Oliver-Fraticelli* |    Gabriel A. Morgan (admitted *pro hac vice*) |
|    Luis A. Oliver-Fraticelli | 767 Fifth Avenue |
|    (USDC-PR No. 209204) | New York, NY 10153 |
|    Email: loliver@amgprlaw.com | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
|    208 Ponce de Leon Ave., Suite 1600 | Email: jonathan.polkes@weil.com |
|    San Juan, PR 00936 |        gregory.silbert@weil.com |
|    Telephone: (787) 756-9000 |        robert.berezin@weil.com |
|    Facsimile: (787) 756-9010 |        kelly.diblasi@weil.com |
| |        gabriel.morgan@weil.com |
| ***Attorneys for National Public Finance Guarantee Corp.*** | ***Attorneys for National Public Finance Guarantee Corp.*** |