UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING INFORMATIVE MOTION FILED BY PETER C. HEIN

    The Court has received and reviewed *Informative Motion – April 28, 2021 Hearing, and Request for Clarification of the Docket #16475 Procedures Order* (Docket Entry No. 16525, the "Motion"), filed by Peter C. Hein.

    Section III.L of the *Fourteenth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 15894-1) provides that "[s]ur-replies shall not be permitted or considered unless authorized by the Court." Accordingly, Section 1 of the Motion is hereby stricken.

    Mr. Hein's request to participate telephonically at the April 28, 2021, omnibus hearing is governed by the Court's *Order Regarding Procedures for April 28-29, 2021, Omnibus*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Hearing* (Docket Entry No. 16475, the "Hearing Procedures Order"), which provides that "[a]ttorneys who have entered an appearance in the Title III proceedings may register to participate as speakers or listen-in on the proceedings by telephone." (Hearing Procedures Order ¶ 1.) The Court understands that Mr. Hein is an attorney, but that he has not filed a notice of appearance in these Title III cases. Thus, if Mr. Hein wishes to be heard at the hearing, he may do so if he files a notice of appearance, registers with CourtSolutions, and otherwise follows the directions set forth in the Hearing Procedures Order.

    SO ORDERED.      /s/ Laura Taylor Swain
                                                                                                                    LAURA TAYLOR SWAIN
Dated: April 23, 2021                          United States District Judge