**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION AND NOTICE OF REQUEST
TO BE HEARD AT APRIL 28-29, 2021 OMNIBUS HEARING**

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding Procedures for April 28-29, 2021, Omnibus Hearing*, Dkt. No. 16475, the Ad Hoc Group of General Obligation Bondholders (the "GO Group")[2] respectfully states as follows:

1. Mark T. Stancil of Willkie Farr & Gallagher LLP and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear telephonically on behalf of the GO Group via CourtSolutions on speaking lines.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

[2] Members of the GO Group file this informative motion exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

2. Messrs. Stancil and Burke do not intend to present argument. The GO Group reserves the right, however, to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: April 23, 2021                                   Respectfully submitted,

/s/ Ramón Rivera Morales                                /s/ Mark T. Stancil
J. Ramón Rivera Morales                                 Mark T. Stancil (admitted *pro hac vice*)
USDC-PR Bar No. 200701                                  WILLKIE FARR & GALLAGHER LLP
Andrés F. Picó Ramírez                                  1875 K Street, N.W.
USDC-PR Bar No. 302114                                  Washington, DC 20006
JIMÉNEZ, GRAFFAM & LAUSELL                              Telephone: (202) 303-1133
P.O. Box 366104                                         Facsimile: (202) 303-2133
San Juan, PR 00936                                      Email: mstancil@willkie.com
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com


/s/ Andrew N. Rosenberg                                 /s/ Lawrence S. Robbins
Andrew N. Rosenberg (admitted *pro hac vice*)           Lawrence S. Robbins (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)              Gary A. Orseck (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON                           Donald Burke (admitted *pro hac vice*)
& GARRISON LLP                                          ROBBINS, RUSSELL, ENGLERT, ORSECK,
1285 Avenue of the Americas                             UNTEREINER & SAUBER LLP
New York, NY 10019                                      2000 K Street, N.W., 4th Floor
Telephone: (212) 373-3000                               Washington, DC 20006
Email: arosenberg@paulweiss.com                         Telephone: (202) 775-4500
                                                        Facsimile: (202) 775-4510
                                                        Email: lrobbins@robbinsrussell.com


*Counsel to the Ad Hoc Group of General Obligation Bondholders*