UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

RE: ECF No. 16553

### AMENDED[2] INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING APRIL 28–29, 2021 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order Regarding Procedures for April 28–29, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 16475], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This Informative Motion amends the *Informative Motion of Financial Oversight and Management Board Regarding April 28–29, 2021 Omnibus Hearing* [Case No. 17-3283, ECF No. 16553], in which the matters listed in paragraph 7 of this amended Informative Motion were inadvertently omitted.

*Management, and Economic Stability Act* ("PROMESA"),[3] the Oversight Board respectfully states as follows:

1. The following parties will appear telephonically to address questions and comments, if any, related to the Oversight Board's status report: Martin J. Bienenstock and Brian S. Rosen of Proskauer Rose LLP.

2. Elliot Stevens of Proskauer Rose LLP will appear telephonically and seek to be heard on the *Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**.

3. Paul Possinger of Proskauer Rose LLP will appear telephonically and seek to be heard on the *Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to Be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract* **[Case No. 17-3283, ECF No. 16241; Case No. 17-4780, ECF No. 2417]**.

4. Michael Firestein of Proskauer Rose LLP will appear telephonically and seek to be heard on the *Motion and Memorandum of Law in Support of Motion for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment* **[Case No. 17-3283, ECF Nos. 16326-27; Adv. Case No. 20-0003, ECF Nos. 142-43; Adv. Case No. 20-0004, ECF Nos. 133-34; Adv. Case No. 20-0005, ECF Nos. 154-55]**.

5. Martin Bienenstock of Proskauer Rose LLP will appear telephonically and seek to be heard on the *Official Committee of Unsecured Creditors' (I) Response to Motion of the*

---

[3] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

*Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or, in the Alternative, to Intervene* **[Case No. 17-3283, ECF No. 16403; Adv. Case No. 20-0003, ECF No. 147; Adv. Case No. 20-0004, ECF No. 138; Adv. Case No. 20-0005, ECF No. 159]** and the *Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021* **[Case No. 17-3283, ECF No. 16397]**

6.  Brian Rosen of Proskauer Rose LLP will appear telephonically and seek to be heard on the *Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief* **[Case No. 17-3283, ECF No. 16332]**.

7.  Brian Rosen and/or Laura Stafford of Proskauer Rose LLP will appear telephonically and seek to be heard on the *Two Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims* **[Case No. 17-3283, ECF No. 16018]** and the *Two Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement*

*System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims* **[Case No. 17-3283, ECF No. 16018]**.

8. Margaret Dale of Proskauer Rose LLP will appear telephonically and seek to be heard on *Vitol Inc. & Vitol S.A.'s Motion for Summary Judgment*. **[Adv. Case No. 19-453, ECF No. 37]** and the *Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment* **[Adv. Case No. 19-453, ECF No. 53]**.

9. Martin Bienenstock, Brian Rosen, Margaret Dale, Paul Possinger, Michael Firestein, Laura Stafford, and Elliot Stevens reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of the Oversight Board or any of the Debtors in these Title III cases.

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

Dated: April 23, 2021
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*