# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE BANK OF NEW YORK MELLON, AS TRUSTEE REGARDING APRIL 28-29, 2021 OMNIBUS HEARING

The Bank of New York Mellon (the "Trustee")[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for April 28-29, 2021 Omnibus Hearing* (Case No. 17-BK-3283, ECF. No. 16475), and respectfully states as follows:

1. Jared S. Roach of Reed Smith LLP will appear telephonically on behalf of the Trustee at the April 28-29, 2021 omnibus hearing (the "Hearing").

2. The Trustee is a signatory to the following Oppositions, which are scheduled to be heard at the Hearing:

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] The Bank of New York Mellon is the is the successor trustee under the Trust Agreement (as amended and supplemented from time to time, the "Trust Agreement"), dated as of March 24, 2006, between the Puerto Rico Convention Center District Authority (the "Authority"), as issuer, and JPMorgan Chase Bank, N.A., as trustee, pursuant to which the Authority issued its Hotel Occupancy Tax Revenue Bonds, Series A (the "Bonds").

    (a)    *Ambac Assurance Corporation, the Bank of New York Mellon, and U.S. Bank Trust National Association's Memorandum of Law Opposing the Oversight Board's Motion Seeking Stay Relief in Revenue Bond Adversary Proceedings* [ECF No. 16400];

    (b)    *Ambac Assurance Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association's Opposition to the Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene* [ECF No. 16506].

3. Counsel to the Trustee reserves the right to be heard on any matter relating to the above-listed filings and to respond to any statements made by any party during the Hearing.

WHEREFORE, the Trustee respectfully requests that the Court take notice of the foregoing.

Dated: April 23, 2021
        San Juan, Puerto Rico

| **REED SMITH LLP** | **SEPULVADO, MALDONADO & COURET** |
|---|---|
| By: */s/ Jared S. Roach* | By: */s/ Albéniz Couret Fuentes* |
| Luke A. Sizemore (admitted *pro hac vice*) | Albéniz Couret Fuentes (USDC-PR No. 222207) |
| Jared S. Roach (admitted *pro hac vice*) | 304 Ponce de León Ave. Suite 990 |
| 225 Fifth Avenue, Suite 1200 | San Juan, PR 00918 |
| Pittsburgh, PA 15222 | Telephone: (787) 765-5656 |
| Telephone: (412) 288-3131 | Facsimile: (787) 294-0073 |
| Facsimile: (412) 288-3063 | Email: acouret@smclawpr.com |
| Email: lsizemore@reedsmith.com | |
|        jroach@reedsmith.com | |

***Attorneys for The Bank of New York Mellon***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Albéniz Couret Fuentes*
Albéniz Couret Fuentes
(USDC-PR No. 222207)
304 Ponce de León Ave. Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com