# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>**This Stipulation relates only to the Commonwealth, HTA and ERS** |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 23832 FILED BY UNIQUE BUILDERS, INC. AND AMENDED RESPONSE TO TWO HUNDRED NINETY-EIGHT OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS**

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COMES NOW respondent Unique Builders, Inc. ("Unique")represented by the undersigned attorney and respectfully sets forth and prays:

**Procedural Posture**

On March 12, 2021, Movants filed the Two Hundred Ninety-Eight Omnibus Objection (non-substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Retirement System of the Government of the Commonwealth of Puerto Rico to subsequently Amended Claims (docket # 16018, Case: 17-3283-LTS).

Respondents were granted until April 14, 2021 at 4:00 p.m. to file a response if needed (docket # 16018-4, Case: 17-3283 LTS).

On April 21, 2021, the Commonwealth of Puerto Rico filed a reply to Unique's response to the Commonwealth's objection to claim number 23832 (docket # 16513, Case No. 17 BK 03567-LTS).

**The Facts**

1. On May 25, 2018, Unique Builders, Inc. ("Unique") filed claim number 23832 in the Puerto Rico Highways and Transportation Authority, Case No. 17 BK 03567-LTS in the aggregate amount of $1,924,135.61.

2. On May 29, 2018, Unique filed claim number 29911 in the Puerto Rico Highways and Transportation Authority, Case No. 17 BK 03567-LTS in the aggregate amount of $2,271,539.78.

3. Claim number 29911 <u>amended and superseded</u> claim number 23832.

4. That based on the Commonwealth and Unique's pleadings there is no controversy as to the fact that Claim number 29911 <u>amended and superseded</u> claim number 23832 and that as of this date Claim number 29911 is deemed allowed as filed.

5. In view of the aforementioned undisputed facts Unique hereby gives notice of its withdrawal of claim number 23832, thus, Commonwealth objection to claim number 23832 by Unique, must be denied as moot.

WHEREFORE, Unique moves the Court for the entry of an order denying objection claim number 23832 as it became moot by the notice of withdrawal of claim number 23832; and further prays that the undersigned counsel be excused from the attendance to the April 28, 2021 hearing.

In San Juan, Puerto Rico this 23rd day of April 2021.

> CARDONA JIMENEZ LAW OFFICES, PSC
> Attorneys for Unique Builders, Inc.
> PO Box 9023593
> San Juan, PR 00902-3593
> Tel. (787) 724-1303
> Fax (787) 724-1369
> E-mail: jf@cardonalaw.com
>
> By: */s/ José F. Cardona-Jiménez*
> USDC-PR 124504

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: As per *Exhibit 1*, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None

> CARDONA JIMENEZ LAW OFFICES, PSC
> Attorneys for Unique Builders, Inc.
> PO Box 9023593
> San Juan, PR 00902-3593
> Tel. (787) 724-1303
> Fax (787) 724-1369
> E-mail: jf@cardonalaw.com
>
> By: */s/ José F. Cardona-Jiménez*
> USDC-PR 124504

## Service List - Exhibit 1

*(i)* Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212 New York, New York 10007-1312

*(ii)* Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

*(iii)* Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22 San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq.
Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

*(iv)* Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq. Peter Friedman, Esq.
Nancy A. Mitchell, Esq. Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com
Marini Pietrantoni Muñiz LLC
250 Ponce de Leon Ave. Suite 900
San Juan, PR 00918
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Iván Garau-González, Esq.
E-Mail: lmarini@mpmlawpr.com
 cvelaz@mpmlawpr.com
igarau@mpmlawpr.com

*(v)* Counsel for the Oversight Board:
Proskauer Rose LLP

Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
 Brian S. Rosen
Paul V. Possinger
Ehud Barak Maja Zerjal

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer @oneillborges.com
Mail: mbienenstock@proskauer.com
brosen@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com

*(vi)* Counsel for the Creditors' Committee:
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*(vii)* Counsel for the Retiree Committee:

5

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416 Hato Rey,
San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org