**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING U.S. BANK'S
APPEARANCE AT APRIL 28-29, 2021 OMNIBUS HEARING**

U.S. Bank Trust National Association ("U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding Procedures for April 28-29, 2021 Omnibus Hearing* (Case No. 17-BK-3283, ECF. No. 16475), and respectfully states as follows:

1. Michael C. Hefter from the New York, New York office of Hogan Lovells US LLP will appear telephonically on behalf of U.S. Bank, at the April 28-29, 2021 hearing.

2. U.S. Bank is a defendant in the adversary proceeding *The Commonwealth of Puerto Rico, by and through The Financial Oversight and Management Board for Puerto Rico v. Ambac Assurance Corporation, Assured Guaranty Corp., Financial Guaranty Insurance Company, and U.S. Bank Trust National Association, as Trustee* [Case No. 20-00003] and a defendant in respect of the *Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

*Management Board, Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims* [Case No. 20-00003, ECF No. 43] (the "<u>Motion for Partial Summary Judgment</u>"). U.S. Bank is a signatory to the following Oppositions, which are scheduled to be heard at the Hearing:

> (a) *Ambac Assurance Corporation, the Bank of New York Mellon, and U.S. Bank Trust National Association's Memorandum of Law Opposing the Oversight Board's Motion Seeking Stay Relief in Revenue Bond Adversary Proceedings* [ECF No. 16400];

> (b) *Ambac Assurance Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association's Opposition to the Official Committee of Unsecured Creditors' Urgent Cross Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene* [ECF No. 16506].

3. U.S. Bank reserves the right to be heard on any matter relating to the above listed filings and to respond to any statements made by any party during the Hearing.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 23nd day of April, 2021.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

[*Remainder of page left intentionally blank*]

Dated: April 23, 2021

By: /s/ Eric A. Tulla

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Michael C. Hefter, Esq.
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
michael.hefter@hoganlovells.com
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that this 23nd day of April 2021 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

San Juan, Puerto Rico

By: *Iris J. Cabrera-Gomez*

Iris J. Cabrera-Gomez