UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| HON. RAFAEL HERNÁNDEZ-MONTAÑEZ, in his official capacity as Speaker of the Puerto Rico House of Representatives, | |
| Plaintiff, | Adv. Proc. No. 21-00042-LTS |
| -v- | |
| HON. PEDRO PIERLUISI-URRUTIA, in his official capacity as Governor of the Commonwealth of Puerto Rico; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; HON. FRANCISCO ROSADOCOLOMER, in his official capacity as President of the Puerto Rico State Elections Commission; FRANCISCO PARÉSALICEA, in his official capacity as Secretary of the Puerto Rico | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Treasury Department,

        Defendants.

-----------------------------------------------------------------x

ORDER SETTING BRIEFING SCHEDULE AND HEARING CONCERNING MOTION TO
REQUEST THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND, IN THE
<u>ALTERNATIVE, FOR PRELIMINARY INJUNCTIVE RELIEF (DOCKET ENTRY NO. 3)</u>

        The Court has received and reviewed the *Motion to Request the Issuance of a Temporary Restraining Order and, in the Alternative, for Preliminary Injunctive Relief* (Docket Entry No. 3, the "Motion"), filed by the Honorable Rafael Hernández-Montañez ("Plaintiff"). In light of the nature of the relief sought in the Motion and the time sensitivity of the issues therein, the Motion will be treated as an application for entry of a preliminary injunction.

        Plaintiff is directed to promptly pay the filing fee in connection with the above-captioned adversary proceeding. Plaintiff must file a certificate of electronic service of this Order by **4:00 p.m. (Atlantic Standard Time) on April 23, 2021**. Plaintiff must file a proposed preliminary injunction order by **12:00 p.m. on April 24, 2021**. Oppositions to the Motion must be filed by **April 27, 2021, at 9:00 a.m. (Atlantic Standard Time)**. Plaintiff's reply must be filed by **April 28, 2021, at 12:00 p.m. (Atlantic Standard Time)**. The Motion will be heard (the "Hearing") on **April 29, 2021,** at **9:30 a.m. (Atlantic Standard Time)** in connection with the omnibus hearing.

        The *Order Regarding Procedures for April 28-29, 2021, Omnibus Hearing* (Docket Entry No. 16475 in Case No. 17-3283, the "Hearing Procedures Order") is deemed applicable to the Hearing, with the following modifications **applicable solely in connection with the Motion**:

1. The deadline for registration with CourtSolutions (Hearing Procedures Order ¶ 1) will be **April 26, 2021, at 5:00 p.m. (Atlantic Standard Time)**. Parties to the above-captioned adversary proceeding who wish to be heard at the Hearing will be limited to two CourtSolutions speaking lines each (for the avoidance of doubt, the limits on speaking lines are in addition to any speaking lines for which any party has registered or will register in connection with the April 28, 2021, omnibus hearing, but a maximum of two attorneys per party will be allowed to present argument in connection with the Motion).

2. The deadline to file informative motions identifying counsel and other pertinent information (Hearing Procedures Order ¶ 3) will be **April 26, 2021, at 12:00 p.m. (Atlantic Standard Time)**.

3. The Debtors must file a revised hearing agenda (<u>see</u> Hearing Procedures Order ¶ 6) on **April 27, 2021**.

4. The deadlines to (i) file demonstratives and exhibits and (ii) file informative motions with objections to any such demonstratives and exhibits (Hearing Procedures Order ¶ 7) will

be **12:00 p.m. (Atlantic Standard Time) on April 28, 2021** and **9:00 p.m. (Atlantic Standard Time) on April 28, 2021**, respectively.

SO ORDERED.

Dated: April 23, 2021

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge