# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>   Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et. al.,*<br><br>   Defendants. | Adv. Proc. No. 20-0003-LTS |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,

      Plaintiff,

v.

AMBAC ASSURANCE CORPORATION, *et. al.,*

      Defendants.

Adv. Proc. No. 20-0004-LTS

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,

      Plaintiff,

v.

AMBAC ASSURANCE CORPORATION, *et al.,*

      Defendants.

Adv. Proc. No. 20-0005-LTS

## **ORDER SETTING BRIEFING SCHEDULE**

The Court has received and reviewed the *Joint Status Report Regarding Discovery in the Revenue Bond Adversary Proceedings* (Dkt. No. 16543 in 17-BK-3283; Dkt. No. 166 in 20-AP-03; Dkt. No. 157 in 20-AP-04; and Dkt. No. 178 in 20-AP-05) (the "Status Report").  The Court hereby sets the following briefing schedule on Defendants' forthcoming Motion to Compel and the Government Parties' forthcoming Motion for Entry of a Protective Order:

1.  Opening motion shall be filed by **April 29, 2021;**

2

2. Any oppositions shall be filed by **May 3, 2021;**

3. Any reply shall be filed by **May 6, 2021;**

4. If the Court determines that a hearing is necessary, such hearing will be held

   virtually on **May 11, 2021** at **1:00 p.m. EST** and a procedures order will follow.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 23, 2021