UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | |
|     as representative of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| | |
|     Debtors. | |

---------------------------------------------------------------------x

**[Response to Docket #16551]**

**NOTICE OF APPEARANCE OF PETER C. HEIN, APPEARING PRO SE**

Dated: April 23, 2021

Peter C. Hein, pro se, hereby submits this notice of appearance, appearing pro se. I hold GO and Commonwealth guaranteed bonds. *See* my claim 10696. This notice of appearance is submitted in response to Docket #16551 and I reserve all rights and objections.

April 23, 2021

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com