# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON APRIL 28-29, 2021 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, April 28, 2021**, from 9:30 a.m. to 11:45 a.m., from 2:15 p.m. to 5:00 p.m. and **Thursday, April 29, 2021**, from 9:30 a.m. to 1:00 p.m., and from 2:00 p.m. to 5:00 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.** |
| | Attorney Participation:  Pursuant to the *Order Regarding Procedures for April 28-29, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 16475], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

register with CourtSolutions at www.court-solutions.com. The FOMB
may register up to eight speaking lines per day, AAFAF may register
up to five speaking lines per day, and all other parties shall be limited
to two speaking lines per day. There will be no limitation on listen-
only lines.

Members of the Public and Press: Members of the public and press
may listen in on the proceedings on a listen-only line by dialing
(888) 363-4749 and entering the access code (7214978) and security
code (6298) when prompted.

**Copies of Documents:**     Copies of all documents filed in these Title III cases are available free
of charge (a) by visiting https://cases.primeclerk.com/puertorico or by
calling +1 (844) 822-9231, and (b) on the Court's website at
http://www.prd.uscourts.gov, subject to the procedures and fees set
forth therein.

## I.   STATUS REPORTS:

1. **Report from the Oversight Board**.

   Description: Pursuant to the Procedures Orders, the Financial Oversight and Management
   Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report
   prior to the hearing. The FOMB will report on (i) the general status and activities of the
   Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii)
   the general status of relations among the Oversight Board and the Commonwealth and
   federal governments, (iii) the general status of work toward plans of adjustment, and (iv)
   the general status of the ADR and ACR processes, including the anticipated number of
   matters to be directed into the ADR process and anticipated timetable for initiation of ADR
   procedures with respect to such matters.

   Speakers: Should the Court have questions or comments regarding the FOMB's Status
   Report, the names of counsel who intend to speak on the Status Report are Martin J.
   Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

   Description: Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and
   Financial Advisory Authority ("AAFAF") will file a written status Report prior to the
   hearing. AAFAF will provide a general status report on its status and activities, including
   an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

   Speakers: Should the Court have questions or comments regarding AAFAF's Status
   Report, the name of counsel who intends to speak on the Status Report is Luis C. Marini-
   Biaggi.

## II.   CONTESTED MATTERS

1. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.**  Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

   Description:  PREPA's motion for order authorizing its rejection of certain power purchase and operating agreements.

   Objection Deadline: January 8, 2021 at 5:00 p.m. (Atlantic Standard Time) for Windmar Operational PPOAs, M Solar PPOA, and YFN Yabucoa PPOA.

   Responses:
   A. Opposition by M Solar to Puerto Rico Electric Power Authority (PREPA) Omnibus Motion for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements and (B) Grating Related Relief (Dkt 15780; Dkt 2298) **[Case No. 17-4780, ECF No. 2360]**

   B. Opposition by YFN Yabucoa/Solar to Puerto Rico Electric Power Authority (PREPA) Omnibus Motion for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements and (B) Grating Related Relief (Dkt 15780; Dkt 2298) **[Case No. 17-4780, ECF No. 2361]**

   C. Motion Submitting Proposed Order to Accompaning to Response to Opposition by M Solar to Puerto Rico Electric Power Authority (PREPA) Omnibus Motion for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements and (B) Grating Related Relief (Dkt 15780; Dkt 2298) **[Case No. 17-4780, ECF No. 2362]**

   D. Motion Submitting Proposed Order to Accompaning Response to Opposition by YFN Yabucoa/Solar to Puerto Rico Electric Power Authority (PREPA) Omnibus Motion for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements and (B) Grating Related Relief (Dkt 15780; Dkt 2298) **[Case No. 17-4780, ECF No. 2363]**

   Reply, Joinder & Statement Deadlines: April 14, 2021, 2021 at 5:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. PREPA's Omnibus Reply to Oppositions of M Solar and YFN Yabucoa to PREPA's Omnibus Motion for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief (ECF No. 2296) **[Case No. 17-3283, ECF No. 16422; Case No. 17-4780, ECF No. 2446]**

   Related Documents:

A.  Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

B.  Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

C.  Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

D.  Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E.  Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G.  Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H.  Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.  Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power

Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.  Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A.  Movants:
       1.  **PREPA**: Elliot R. Stevens, 8 minutes
   B.  Objecting Parties:
       1.  **M Solar and YFN Yabucoa/Solar**:  Fernando E. Agrait, 10 minutes
   C.  Movants:
       1.  **PREPA**: Elliot R. Stevens, 2 minutes

2.  **Government Parties' Motion for Order Allowing LUMA Administrative Expense Claim.**  Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16241; Case No. 17-4780, ECF No. 2417]**

Description:  Government Parties' motion for an order allowing an administrative claim for LUMA.

Objection Deadline:  April 12, 2021 at 12:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Limited Objection of Whitefish Energy Holdings, LLC to Government Parties' Motion for Order Allowing Administrative Claims for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16377; Case No. 17-4780, ECF No. 2436]**

5

    B.   UTIER's Objection to the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16378; Case No. 17-4780, ECF No. 2435]**

    C.   SREAEE's Objection to the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16379; Case No. 17-4780, ECF No. 2437]**

    D.   Cobra Acquisitions LLC's Objection to Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16380; Case No. 17-4780, ECF No. 2438]**

    E.   Renewed Limited Objection of Official Committee of Unsecured Creditors to Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16381; Case No. 17-4780, ECF No. 2439]**

<u>Reply, Joinder & Statement Deadlines</u>: April 21, 2021.

<u>Replies, Joinders & Statements</u>:
    A.   Omnibus Reply in Support of Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and T&D Contract **[Case No. 17-3283, ECF No. 16520; Case No. 17-4780, ECF No. 2458]**

<u>Related Documents</u>:
    A.   Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16243; Case No. 17-4780, ECF No. 2418]**

    B.   Order Scheduling Briefing of Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Administrative Expense Motion **[Case No. 17-3283, ECF No. 16245; Case No. 17-4780, ECF No. 2419]**

    C.   Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the

T&D Contract **[Case No. 17-3283, ECF No. 16248; Case No. 17-4780, ECF No. 2420]**

D. Reservation of Rights of Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. (UTIER) and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE) with Respect to Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16250; Case No. 17-4780, ECF No. 2421]**

E. Order Scheduling Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16256; Case No. 17-4780, ECF No. 2422]**

F. Corrected Stipulation and Order in Connection with Discovery Regarding Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract **[Case No. 17-3283, ECF No. 16349; Case No. 17-4780, ECF No. 2432]**

Status:  This matter is going forward.

Estimated Time Required:  45 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A. Movants:
      1. **FOMB**: Paul Possinger, 10.5 minutes
      2. **AAFAF**: Peter Friedman, 4 minutes
  B. Objecting Parties:
      1. **UCC**: Luc Despins, 9 minutes
      2. **UTIER and SREAEE**: Jessica Mendez Colberg, 9 minutes
      3. **Whitefish**: Carmen D. Conde Torres, 4 minutes
  C. Movants:
      1. **FOMB**: Paul Possinger, 6 minutes
      2. **AAFAF**: Peter Friedman, 2 minutes

3. **Commonwealth's Motion for Stay Relief to Prosecute Further Motions for Partial Summary Judgment.**  Motion and Memorandum of Law in Support of Motion for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment **[Case No. 17-3283, ECF Nos. 16326-27; Adv. Case No. 20-0003, ECF Nos. 142-43; Adv. Case No. 20-0004, ECF Nos. 133-34; Adv. Case No. 20-0005, ECF Nos. 154-55]**

<u>Description</u>:  Motion of the Commonwealth of Puerto Rico, by and through the FOMB, for entry of an order lifting the stay currently imposed on certain revenue bond complaints and allowing the Commonwealth to file partial summary judgment motions with respect to certain counts.

<u>Objection Deadline</u>: April 13, 2021 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

A. Ambac Assurance Corporation, The Bank of New York Mellon, and U.S. Bank Trust National Association's Memorandum of Law Opposing the Oversight Board's Motion Seeking Stay Relief in Revenue Bond Adversary Proceedings **[Case No. 17-3283, ECF No. 16400; Adv. Case No. 20-0003, ECF No. 146; Adv. Case No. 20-0004, ECF No. 137; Adv. Case No. 20-0005, ECF No. 158]**

B. Limited Objection of PSA Creditors to the Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Stay Relief to Prosecute Further Motions for Partial Summary Judgment **[Case No. 17-3283, ECF No. 16401]**

C. Official Committee of Unsecured Creditors' (I) Response to Motion of Commonwealth of Puerto Rico, by and through Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in Alternative, to Intervene **[Case No. 17-3283, ECF No. 16403; Adv. Case No. 20-0003, ECF No. 147; Adv. Case No. 20-0004, ECF No. 138; Adv. Case No. 20-0005, ECF No. 159]**

D. Financial Guaranty Insurance Company's Objection and Memorandum of Law in Response to the Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment **[Case No. 17-3283, ECF No. 16419; Adv. Case No. 20-0003, ECF No. 149; Adv. Case No. 20-0004, ECF No. 140; Adv. Case No. 20-0005, ECF No. 161]**

<u>Reply, Joinder & Statement Deadlines</u>: April 21, 2021.

<u>Replies, Joinders & Statements</u>:

A. Response of the Financial Oversight and Management Board, as Title III Representative of the Commonwealth of Puerto Rico, to Limited Objection of PSA Creditors to the Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Stay Relief to Prosecute Further Motions for Partial Summary Judgment **[Case No. 17-3283, ECF No. 16501; Adv. Case No. 20-0003, ECF No. 162; Adv. Case No. 20-0004, ECF No. 153; Adv. Case No. 20-0005, ECF No. 174]**

B. Reply Memorandum (I) in Support of Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Order Granting Stay Relief to Permit Prosecution of Further Motions for Partial Summary Judgment, and (II) in Response to Objections of AMBAC, Bank of New York Mellon, U.S. Bank and FGIC **[Case No. 17-3283, ECF No. 16502; Adv. Case No. 20-0003, ECF No. 163; Adv. Case No. 20-0004, ECF No. 154; Adv. Case No. 20-0005, ECF No. 175]**

Related Documents:

A. Urgent Motion Requesting Entry of Order Setting Briefing Schedule and Hearing on Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 16404; Adv. Case No. 20-0003, ECF No. 148; Adv. Case No. 20-0004, ECF No. 139; Adv. Case No. 20-0005, ECF No. 160]**

B. Order Scheduling Briefing of Urgent Motion Requesting Entry of Order Setting Briefing Schedule and Hearing on Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 16407]**

C. Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to (I) Motion of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Summary Judgment (ECF No. 16326), and (II) Related Memorandum of Law (ECF No. 16327) **[Case No. 17-3283, ECF No. 16458; Case No. 20-0003, ECF No. 157; Adv. Case No. 20-0004, ECF No. 148; Adv. Case No. 20-0005, ECF No. 169]**

Status:  This matter is going forward.

Estimated Time Required:  50 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:

A. Movants:
   1. **FOMB**: Michael Firestein, 13 minutes
   2. **UCC**: Luc Despins, 1 minute
B. Objecting Parties:
   1. **FGIC**: Martin Sosland, 12.5 minutes
   2. **Ambac**: Atara Miller, 12.5 minutes
C. Movants:
   1. **FOMB**: Michael Firestein, 11 minutes

4. **UCC's Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene.** Official Committee of Unsecured Creditors' (I) Response to Motion of Commonwealth of Puerto Rico, by and through Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in Alternative, to Intervene **[Case No. 17-3283, ECF No. 16403; Adv. Case No. 20-0003, ECF No. 147; Adv. Case No. 20-0004, ECF No. 138; Adv. Case No. 20-0005, ECF No. 159]**

Description:  Cross-motion of the Official Committee of Unsecured Creditors for entry of an order lifting stay to allow the Committee to file limited objections to disallow certain proofs of claim filed in the Commonwealth Title III case on account of certain revenue bonds issued by HTA, CCDA, and PRIFA, or in the alternative, to intervene in certain counts in the revenue bond adversary proceedings.

Objection Deadline: April 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to Official Committee of Unsecured Creditors' (I) Response to Motion of Commonwealth of Puerto Rico, by and through Financial Oversight and Management Board, for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene (ECF No. 16403) **[Case No. 17-3283, ECF No. 16499; Adv. Case No. 20-0003, ECF No. 161; Adv. Case No. 20-0004, ECF No. 152; Adv. Case No. 20-0005, ECF No. 173]**

    B. Response of the Financial Oversight and Management Board, as Title III Representative of the Commonwealth of Puerto Rico, to Official Committee of Unsecured Creditors' (I) Response to Motion for Stay Relief Granting Leave to Prosecute Further Motions for Partial Summary Judgment, and (II) Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 16504; Adv. Case No. 20-0003, ECF No. 164; Adv. Case No. 20-0004, ECF No. 155; Adv. Case No. 20-0005, ECF No. 176]**

    C. Ambac Assurance Corporation, Financial Guaranty Insurance Company, The Bank of New York Mellon, and U.S. Bank Trust National Association's Opposition to the Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 16506; Adv. Case No. 20-0003, ECF No. 165; Adv. Case No. 20-0004, ECF No. 156; Adv. Case No. 20-0005, ECF No. 177]**

Reply, Joinder & Statement Deadlines: April 24, 2021 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Official Committee of Unsecured Creditors' Reply in Support of Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in Alternative, to Intervene **[Case No. 17-3283, ECF No. 16577; Adv. Case No. 20-0003, ECF No. 168; Adv. Case No. 20-0004, ECF No. 159; Adv. Case No. 20-0005, ECF No. 180]**

Related Documents:
    A.  Urgent Motion Requesting Entry of Order Setting Briefing Schedule and Hearing on Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 16404; Adv. Case No. 20-0003, ECF No. 148; Adv. Case No. 20-0004, ECF No. 139; Adv. Case No. 20-0005, ECF No. 160]**

    B.  Order Scheduling Briefing on Official Committee of Unsecured Creditors' Urgent Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 16440; Adv. Case No. 20-0003, ECF No. 154; Adv. Case No. 20-0004, ECF No. 145; Adv. Case No. 20-0005, ECF No. 166]**

Status:  This matter is going forward.

Estimated Time Required:  24 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A.  Movants:
        1.  **UCC**: Luc Despins and Nicholas Bassett, 10 minutes
    B.  Objecting Parties:
        1.  **FOMB**: Martin Bienenstock, 4 minutes
        2.  **Assured**: William Natbony, 2 minutes
        3.  **National**: Robert Berezin, 2 minutes
        4.  **Ambac**: Atara Miller, 2 minutes
        5.  **FGIC**: Martin Sosland, 2 minutes
    C.  Movants:
        1.  **UCC**: Luc Despins, 2 minutes

5.  **Debtors' Joint Motion to Schedule Hearing to Consider Adequacy of Information Contained in Disclosure Statement.**  Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16332]**

<u>Description</u>:  Joint motion of the Commonwealth, ERS, and PBA for an order scheduling a hearing on adequacy of information contained in the Disclosure Statement, establishing deadlines for filing objections to the Disclosure Statement and related replies, approving form of notice, and establishing document repository procedures in connection with the Disclosure Statement.

<u>Objection Deadline</u>: April 13, 2021 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

A. [Peter C. Hein's] Response and Objection of Individual Bondholder to Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement, (III) Approving Form of Notice, and (IV) Establishing Document Depository Procedures **[Case No. 17-3283, ECF No. 16387]**

B. [Salud Integral de la Montaña, Inc.'s] Limited Opposition to Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16388]**

C. Objection of Ambac Assurance Corporation to Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16395]**

D. Limited Objection of Official Committee of Unsecured Creditors to Debtors' Joint Motion for Order (I) Scheduling a Hearing to Consider Adequacy of Information Contained in Disclosure Statement, (II) Establishing Deadline for Filing Objections to Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16398]**

E. The DRA Parties' Limited Objection to Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16402]**

F. Objection of Financial Guaranty Insurance Company to the Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form

of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16423]**

Reply, Joinder & Statement Deadlines: April 21, 2021.

Replies, Joinders & Statements:
   A. Omnibus Reply of the Financial Oversight and Management Board for Puerto Rico in Support of Debtors' Joint Motion for an Order (I) Scheduling Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief **[Case No. 17-3283, ECF No. 16507]**

Related Documents:
   A. Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation in Their Capacity as Revenue Bondholders, to Debtors' Joint Motion for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief (ECF No. 16332) **[Case No. 17-3283, ECF No. 16457]**

   B. Status Report of Financial Oversight and Management Board for Puerto Rico Regarding Proposed Disclosure Statement Schedule **[Case No. 17-3283, ECF No. 16508]**

Status:  This matter is going forward.

Estimated Time Required:  46 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. Movants:
      1. **FOMB**: Brian Rosen, 15 minutes
   B. Objecting Parties:
      1. **UCC**: Luc Despins, 7 minutes
      2. **DRA Parties**: Peter Amend and/or Nayuan Zouairabani, 5 minutes
      3. **FGIC**: Martin Sosland, 3 minutes
      4. **Ambac**: Atara Miller, 4 minutes
      5. **Peter C. Hein**: Peter C. Hein, 2.5 minutes
      6. **Salud Integral de la Montaña**: John Mudd, 2 minutes
   C. Movants:
      1. **FOMB**: Brian Rosen, 7.5 minutes

13

6. **UCC's Urgent Motion to Schedule Hearing on Renewed Rule 3013 Motion.**  Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16397]**

Description:  Urgent motion of the Official Committee of Unsecured Creditors requesting a hearing on its renewed motion for entry of an order reclassifying Class 48A and Class 55 claims under Oversight Board's Plan of Adjustment dated March 8, 2021.

Objection Deadline: April 20, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:

A. Objection by Service Employees International Union to the Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Date March 8, 2021 **[Case No. 17-3283, ECF No. 16476]**

B. Objection of American Federation of Teachers, AFL-CIO on Behalf of Itself and Its Local Affiliates, Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical, to Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankrutpcy Procedure 3013 for Entry of an Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16477]**

C. Objection of Financial Oversight and Management Board to Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16483]**

D. Objection of the Official Committee of Retired Employees to the Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16486]**

E. Notice of Submission of Amended Objection of Financial Oversight and Management Board to Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for

Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16521]**

Reply, Joinder & Statement Deadlines: April 22, 2021.

Replies, Joinders & Statements:
  A. Reply in Support of Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims Under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16531]**

Related Documents:
  A. Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16396]**

  B. Order Scheduling Briefing and Hearing Concerning Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 **[Case No. 17-3283, ECF No. 16408]**

  C. Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation with Respect to the Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims under Oversight Board's Plan of Adjustment Dated March 8, 2021 (ECF No. 16396) **[Case No. 17-3283, ECF No. 16479]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A. Movants:
      1. **UCC:** Luc Despins, 8 minutes
  B. Objecting Parties:
      1. **FOMB**: Martin Bienenstock, 5 minutes
      2. **Retiree Committee**: Melissa Root, 5 minutes
  C. Movants:
      1. **UCC:** Luc Despins, 2 minutes

15

7. **Two Hundred Ninety Third Omnibus Objection to Claims.**  Two Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Deficient Bond Claims **[Case No. 17-3283, ECF No. 15716]**

Objection Deadline: February 24, 2021 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline:  April 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Response to Objection to Claim Number 17107 [filed by Helvia S. Caparros Santos] **[Case No. 17-3283, ECF No. 15856]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Response Filed by Helvia Caparros Santos [ECF No. 15856] to the Two Hundred Ninety-Third Omnibus Objection (Non-Substantive) to Deficient Bond Claims **[Case No. 17-3283, ECF No. 16495]**

Related Documents:
   A. Notice of Presentment of Proposed Order Granting the Two Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Deficient Bond Claims (ECF No. 15716) **[Case No. 17-3283, ECF No. 15960]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
   A. Debtors:
       1. **FOMB**: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties:
       1. N/A.

8. **Two Hundred Ninety-Eighth Omnibus Objection to Claims.**  Two Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 16018]**

Objection Deadline: April 14, 2021 at 4:00 p.m. (Atlantic Standard Time).

<u>Reply Deadline</u>:  April 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

A.  Unique Builders, Inc. Response to Two Hundred Ninety-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Claim No. 23832] **[Case No. 17-3283, ECF No. 16386]**

B.  Response and Reservation of Rights in Connection with Two Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims [filed by Baxter Sales and Distribution Puerto Rico Corp. (Claim No. 111825)] **[Case No. 17-3283, ECF No. 16399]**

C.  Notice of Withdrawal of Claim Number 23832 Filed by Unique Builders, Inc. and Amended Response to Two Hundred Ninety-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 16566]**

<u>Replies, Joinders & Statements</u>:

A.  Reply of the Commonwealth of Puerto Rico to Responses Filed by Unique Builders, Inc. [ECF No. 16386] and Baxter Sales and Distribution Puerto Rico Corp. [ECF No. 16399] to the Two Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 16513]**

<u>Related Documents</u>:

A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes.

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A.  <u>Debtors</u>:
  1.  **FOMB**: Laura Stafford and/or Brian Rosen, 4 minutes
B.  <u>Objecting Parties</u>:
  1.  **Baxter Sales**: Jose L. Ramirez-Coll, 4 minutes
C.  <u>Debtors</u>:
  1.  **FOMB**: Laura Stafford and/or Brian Rosen, 2 minutes

III.   **ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** [Adv. Case No. 19-453]

**Oral Argument on Cross-Motions for Summary Judgment.**   Pursuant to the Court's Order **[Adv. Case No. 19-453, ECF No. 47]**, the matters detailed below in sections IV.1 and IV.2 of this Agenda (collectively, the "Cross-Motions for Summary Judgment") shall be heard together at the omnibus hearing.

Estimated Time Required:  60 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument (including time that may be reserved for rebuttal):
  A. **PREPA**: Margaret Dale, 30 minutes
  B. **Vitol**: Alex Kaplan and/or Michael Kelso, 30 minutes

**Documents Related to All Cross-Motions for Summary Judgment**:
  A. Scheduling Order **[Adv. Case No. 19-453, ECF No. 34]**

  B. Order **[Adv. Case No. 19-453, ECF No. 45]**

  C. Order **[Adv. Case No. 19-453, ECF No. 47]**

  D. Order **[Adv. Case No. 19-453, ECF No. 58]**

1. **Vitol's Motion for Summary Judgment.** Vitol Inc. & Vitol S.A.'s Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 37]**

Description:  Vitol Inc. & Vitol S.A.'s Motion for Summary Judgment.

Objection Deadline: November 9, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:
  A. Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 53]**

Reply, Joinder & Statement Deadlines: February 8, 2021, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. Vitol Inc. & Vitol S.A.'s Consolidated Reply in Support of Their Motion for Summary Judgment & Opposition to PREPA's Cross-Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 54]**

Related Documents:
  A. Defendants' Statement of Material Facts **[Adv. Case No. 19-453, ECF No. 38]**

18

    B.  Notice of Filing of Exhibits to Defendants' Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 39]**

    C.  Notice of Filing of Exhibits to Defendants' Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 40]**

    D.  Notice of Filing of Exhibits to Defendants' Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 41]**

    E.  Notice of Filing of Exhibits to Defendants' Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 42]**

    F.  Notice of Filing of Exhibits to Defendants' Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 43]**

    G.  Plaintiff's Response to Defendants' Statement of Undisputed Material Facts **[Adv. Case No. 19-453, ECF No. 51]**

    H.  Defendants' Reply to PREPA's Response to Defendants' Statement of Undisputed Material Facts **[Adv. Case No. 19-453, ECF No. 56]**

Status:  This matter is going forward.

2.  **PREPA Cross-Motion for Summary Judgment.** Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 53]**

Description:  PREPA's Cross-Motion Pursuant to Bankruptcy Rule 7056 for Summary Judgment on Claims And Counterclaims.

Objection Deadline: February 8, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Vitol Inc. & Vitol S.A.'s Consolidated Reply in Support of Their Motion for Summary Judgment & Opposition to PREPA's Cross-Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 54]**

Reply, Joinder & Statement Deadlines: March 12, 2021, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Puerto Rico Electric Power Authority's Reply in Support of Its Cross-Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 61]**

Related Documents:

A. Puerto Rico Electric Power Authority's Notice of Cross-Motion Pursuant to Bankruptcy Rule 7056 for Summary Judgment on Claims And Counterclaims **[Adv. Case No. 19-453, ECF No. 48]**

B. Statement of Undisputed Material Facts in Support of Puerto Rico Electric Power Authority's Cross-Motion Pursuant to Bankruptcy Rule 7056 for Summary Judgment **[Adv. Case No. 19-453, ECF No. 49]**

C. Declaration of Chantel L. Febus in Respect of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 and in Opposition to Vitol's Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 50]**

D. Informative Motion Regarding Submission of Certified Translations **[Adv. Case No. 19-453, ECF No. 52]**

E. Defendants' Opposing Statement of Material Facts **[Adv. Case No. 19-453, ECF No. 55]**

F. Puerto Rico Electric Power Authority's Reply Statement of Material Facts in Support of PREPA's Cross-Motion for Summary Judgment **[Adv. Case No. 19-453, ECF No. 62]**

Status:  This matter is going forward.

IV.   **ORAL ARGUMENT ON MOTION FOR PRELIMINARY INJUNCTION [Adv. Case No. 21-042]**

1. **Hon. Rafael Hernández-Montañez's Motion for Temporary Restraining Order and, in the Alternative, Preliminary Injunctive Relief.** Motion to Request the Issuance of a Temporary Restraining Order and, in the Alternative, for Preliminary Injunctive Relief **[Adv. Case No. 21-042, ECF No. 3]**[2]

Description:  Motion of Hon. Rafael Hernández-Montañez, in his capacity as Speaker of the Puerto Rico House of Representatives, seeking entry of an order enjoining certain Commonwealth government spending.

Objection Deadline: April 27, 2021 at 9:00 a.m. (Atlantic Standard Time).

Responses:
    A. N/A.

---

[2] Pursuant to the Court's Order **[Adv. Case No. 21-042, ECF No. 4]**, this matter will be treated as an application for entry of a preliminary injunction, and will be heard on April 29, 2021, beginning at 9:30 a.m. (Atlantic Standard Time).  Pursuant to the Court's Order, the Debtors will file an amended agenda on April 27, 2021 setting forth additional pleadings to be filed, the estimated time required for this matter, and the order and number of speakers.

Reply, Joinder & Statement Deadlines: April 28, 2021 at 12:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. N/A.

Related Documents:
    A. Order Setting Briefing Schedule and Hearing Concerning Motion to Request the Issuance of a Temporary Restraining Order and, in the Alternative, for Preliminary Injunctive Relief **[Case No. 17-3283, ECF No. 16570; Adv. Case No. 21-042, ECF No. 4]**

    B. Motion in Compliance with Order (Docket No. 4) **[Adv. Case No. 21-042, ECF No. 6]**

Status:  This matter is going forward.

## V.    ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

   Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

   Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993, Case No. 17-3284, ECF No. 686]**

   Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
       A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649, Case No. 17-3284, ECF No. 693]**

   Related Documents:
       A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648

and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466, Case No. 17-3284, ECF No. 666]**

C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688, Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839, Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589, Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223, Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768, Case No. 17-3284, ECF No. 719]**

L. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320, Case No. 17-3284, ECF No. 722]**

M. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682, Case No. 17-3284, ECF No. 724]**

N. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927, Case No. 17-3284, ECF No. 735]**

O. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574, Case No. 17-3284, ECF No. 743]**

Status:  This matter has been adjourned to the June 16, 2021 omnibus hearing.

Estimated Time Required:  N/A

2. **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description:  Certain medical centers' motion seeking (a) to compel the Commonwealth to pay certain amounts to the movants, (b) relief from the automatic stay to allow related prepetition litigation to go forward, and (c) prospective enforcement of certain statutory payments by the Commonwealth.

Objection Deadline:  February 24, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:

A. Opposition of the Financial Oversight and Management Board of Puerto Rico to Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15883]**

23

Reply, Joinder & Statement Deadlines: March 3, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

B. Reply of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. in Further Support of Motion to (I) Enforce the Court's Prior Order and (II) Obtain Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15910]**

Related Documents:
A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

B. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

C. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

D. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14575]**

F. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14581]**

G. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15237]**

H. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15270]**

I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15599]**

24

Case:17-03283-LTS   Doc#:16586   Filed:04/26/21   Entered:04/26/21 16:28:42   Desc: Main
Document   Page 25 of 29

J.   Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15608]**

K.   Order Adjourning Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 16002]**

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the June 16, 2021 omnibus hearing.

Estimated Time Required:  N/A

3.   **Cobra Acquisitions LLC's Motion to Lift Stay Order.**  Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16328; Case No. 17-4780, ECF No. 2428]**

Description:  Motion of Cobra Acquisitions LLC for entry of an order lifting stay applicable to Cobra's Motion for Allowance and Payment of Administrative Expense Claims.

Objection Deadline: June 1, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: June 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 9, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Joint Motion of Government Parties and Cobra Acquisitions LLC to Adjourn Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16405; Case No. 17-4780, ECF No. 2443]**

   B.  Order Granting Joint Motion of Government Parties and Cobra Acquisitions LLC to Adjourn Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16410; Case No. 17-4780, ECF No. 2445]**

Status:  This matter has been adjourned to the June 16, 2021 omnibus hearing.

Estimated Time Required:  N/A

4.  **Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim.**  Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 16331]**

Description:  Motion of Fir Tree Capital Management, LP for entry of an order allowing and directing payment of its administrative expense claim against the Commonwealth of Puerto Rico.

Objection Deadline: June 1, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: June 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 9, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the June 16, 2021 omnibus hearing.

Estimated Time Required:  N/A

5.  **Debtors' Omnibus Objections to Claims.**

Related Documents:
    A.  Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    B.  Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15437]**

    C.  Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 28, 2021 Omnibus Hearing to the June 16, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 16567]**

The following omnibus objections to claims were scheduled for hearing at the April 28, 2021 omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

26

Two Hundred Ninety-Ninth [ECF No. 16019]; Three Hundredth [ECF No. 16020]; Three Hundred Second [ECF No. 16022]; Three Hundred Fourth [ECF No. 16031]; Three Hundred Sixth [ECF No. 16024]; Three Hundred Seventh [ECF No. 16025]; Three Hundred Eighth [ECF No. 16026]; Three Hundred Tenth [ECF No. 16028]; and Three Hundred Eleventh [ECF No. 16029].

The following omnibus objections to claims have been adjourned to the June 16, 2021 omnibus hearing.

Two Hundred Eighty-Eighth [ECF No. 15703]; Two Hundred Ninety-Fifth [ECF No. 15718]; Three Hundred First [ECF No. 16021]; Three Hundred Third [ECF No. 16030]; Three Hundred Fifth [ECF No. 16023]; and Three Hundred Ninth [ECF No. 16027].

The following omnibus objections to claims have been adjourned, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

One Hundred Sixteenth [ECF No. 9566]; One Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Eighty-Sixth [ECF No. 12852]; and Two Hundred Thirty-Fourth [ECF No. 13918].

Status: This matter has been adjourned.

Estimated Time Required:  N/A.

Dated: April 26, 2021
        San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

27

/s/  Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and*
*Management Board as representative for the*
*Debtors*

28

**Exhibit A**

**Order Regarding Procedures for April 28-29, 2021 Omnibus Hearing**