In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Tenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 1-a | O'Melveny & Myers [Dkt. No. 6047] | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | $ 260,285.33 | $ 136,119.82 | $ 539.50 | $ 4,142,362.93 | FN1 | $ 135,580.32 |
| | *Counsel to AAFAF - COFINA* | | | | | | | | |
| 1-b | O'Melveny & Myers [Dkt. No. 6043] | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | $ - | $ 16,394.02 | $ - | $ 1,412,850.36 | | $ 16,394.02 |
| | *Counsel for AAFAF - ERS* | | | | | | | | |
| 1-c | O'Melveny & Myers [Dkt. No. 6044] | 10/1/2018 - 1/31/2019 | $ 188,464.21 | $ - | $ 10,558.23 | $ - | $ 188,464.21 | | $ 10,558.23 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 1-d | O'Melveny & Myers [Dkt. No. 6045] | 10/1/2018 - 1/31/2019 | $ 180,162.60 | $ - | $ 6,214.30 | $ - | $ 180,162.60 | | $ 6,214.30 |
| | *Counsel to AAFAF - PREPA* | | | | | | | | |
| 1-e | O'Melveny & Myers [Dkt. No. 6042 and 17-4780 Dkt. No. 1147] | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | $ - | $ 57,507.47 | $ - | $ 4,076,587.31 | | $ 57,507.47 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | | |
| | *Financial Advisor to FOMB* | | | | | | | | |
| 2 | Ernst & Young LLP [Dkt. No. 10829] | 6/1 - 9/30/2019 | $ 5,034,312.80 | $ 46,463.03 | $ 116,907.08 | $ 47,132.92 | $ 4,987,849.77 | | $ 69,774.16 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Servicing Agent for PROMESA* | | | | | | | | |
| 3 | Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14454] | 12/1/2018 - 12/31/2019 | $ 78,640.00 | $ 4,393.50 | $ 96,562.23 | $ - | $ 74,246.50 | | $ 96,562.23 |
| | *Puerto Rico Counsel to FOMB* | | | | | | | | |
| 4 | O'Neill & Borges LLC [Dkt. No. 13891] | 10/1/2019 - 1/31/2020 | $ 341,410.50 | $ 732.00 | $ 8,989.93 | $ 114.35 | $ 340,678.50 | | $ 8,875.58 |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Servicing Agent for PROMESA* | | | | | | | | |
| 5 | Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14456] | 1/1 - 8/31/2020 | $ 31,647.50 | $ - | $ 61,805.64 | $ - | $ 31,647.50 | | $ 61,805.64 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | Paul Hastings [Dkt. No. 15160] | 6/1 - 9/30/2020 | $ 2,465,639.50 | $ 195,361.90 | $ 150,285.59 | $ 170.77 | $ 2,270,277.60 | FN2 | $ 150,114.82 |
| | *Members of the Official Committee of Retired Employees* | | | | | | | | |
| 7 | Retired Employees Committee Members [Dkt. No. 15151] | 10/1/2019 - 9/30/2020 | $ - | $ - | $ 882.99 | $ - | $ - | | $ 882.99 |

**FN1** - The $260,285.33 is exclusive of the $51,209.48 in rate increase reductions that PREPA and OMM agreed to separately.

**FN2** - The Fee Examiner recommends that, for the tenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $162,080.45, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $2,131,187.57 (i.e., $2,465,639.50 minus (a) the aforementioned credit of $162,080.45 and (b) a credit of $172,371.48 for fee reductions pursuant to the orders approving Paul Hastings' Seventh and Eighth Interim Fee Applications).