# Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### ORDER GRANTING TWO HUNDRED SIXTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS FOR WHICH IT IS NOT LIABLE

Upon the *Two Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims For Which It Is Not Liable* [ECF No. 14912] (the "Two Hundred Sixty-Sixth Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated October 23, 2020, for entry of an order disallowing in their entirety certain

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Sixty-Sixth Omnibus Objection.

1

claims filed against PREPA, as more fully set forth in the Two Hundred Sixty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Sixty-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Sixty-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Two Hundred Sixty-Sixth Omnibus Objection (collectively, the "<u>Claims to Be Disallowed</u>") having been found to be claims as to which PREPA is not liable; and the Court having determined that the relief sought in the Two Hundred Sixty-Sixth Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Sixty-Sixth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Sixty-Sixth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

   ORDERED that the Two Hundred Sixty-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

   ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

   ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 14912 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Sixty-Sixth Omnibus Objection**

# TWO HUNDRED SIXTY SIXTH OMNIBUS OBJECTION

### Exhibit A – No Liability (Ley 164)

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AGUIRRE SOTO, ELVIRA<br>URB. VILLA SERENA 79<br>CALLE VOLGA<br>SANTA ISABEL, PR 00757 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 120109 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 2 | ALICEA CINTRON, NOE LUIS<br>SANTA ELEMA FLAMBOGAN<br>GUAGAMILLA, PR 00656 | 6/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 127007 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 3 | COLON ALVARADO, MAYDA L.<br>9 SEGUNDO BERNIER<br>COAMO, PR 00769 | 6/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 94717 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 4 | RIGUAL VELAZQUEZ, MARIA TERESA<br>2434 CALLE GRAN VIA<br>BDA. BELGICA<br>PONCE, PR 00717-1749 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 146390 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 5 | RIVERA IRIZARRY, ISMAEL<br>URB VALLE ALTA<br>CALLE CIMA 1413<br>PONCE, PR 00730 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 136760 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.