## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

### ORDER GRANTING TWO HUNDRED SIXTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTING DUPLICATE LIABILITIES

Upon the *Two Hundred Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities* [ECF No. 14916] (the "Two Hundred Sixty-Ninth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Sixty-Ninth Omnibus Objection.

("Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated October 23, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth or ERS, as more fully set forth in the Two Hundred Sixty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Sixty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Sixty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Two Hundred Sixty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Two Hundred Sixty-Ninth Omnibus Objection is in the best interests of the Commonwealth, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Sixty-Ninth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Sixty-Ninth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Sixty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that this Order resolves Docket Entry No. 14916 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Sixty-Ninth Omnibus Objection**

## Two Hundred and Sixty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BERAS AULET, CAROLINA<br>HC 02 BOX 27226<br>CABO ROJO, PR 00623 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 98108 | $ 8,400.00* | BERAS AULET, CAROLINA<br>HC-02 BOX 27226<br>CABO ROJO, PR 00623 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 141141 | $ 8,400.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | BERAS AULET, CAROLINA<br>HC-02 BOX 27226<br>CABO ROJO, PR 00623 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 108461 | $ 24,976.41* | BERAS AULET, CAROLINA<br>HC 02 BZN 2722 6<br>CABO ROJO, PR 00623 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 119669 | $ 24,976.41 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | BURGOS APONTE, CARMEN<br>CALLE DRAGRON X44<br>EXT. LOMAS VERDES<br>BAYAMON, PR 00956 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 32499 | $ 100,000.00 | BURGOS APONTE, CARMEN<br>EXT LOMAS VERDES<br>X44 CALLE DRAGON<br>BAYAMON, PR 00956 | 10/03/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167605 | $ 100,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | CRUZ BENITEZ, RALPH CARLOS MONDRIGUEZ TORRES<br>P.O. BOX 295<br>LAS PIEDRAS, PR 00771 | 08/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174494 | $ 37,500.00 | CRUZ BENITEZ, RALPH CARLOS MONDRÍGUEZ TORRES<br>PO BOX 295<br>LAS PIEDRAS, PR 00771 | 07/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 103140 | $ 37,500.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | DIEPPA, HILDA MASSA<br>F1-48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174256 | $ 30,000.00 | MASSA DIEPPA, HILDA<br>F 1-48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174206 | $ 30,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Sixty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | HL CENTROVISION GROUP HR INC #652 AVE MUNOZ RIVERA MONTE MALL SUITE 2000 HATO REY, PR 00918 | 05/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 43770 | $ 517,168.60 | HL CENTROVISION GROUP HR INC. AVE MUNOZ RIVERA #652 EL MONTE MALL SUITE 2000 HATO REY, PR 00918 | 05/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 43066 | $ 517,168.60 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | KCI 12930 INTERSTATE 10 WEST SAN ANTONIO, TX 78249 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 21190 | $ 107,065.13 | KCI - KINETIC CONCEPTS INC. 12930 INTERSTATE 10 WEST SAN ANTONIO, TX 78249 | 06/05/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 46203 | $ 107,065.13 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 173749 | $ 4,000.00 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174279 | $ 4,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 04/21/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 173751 | $ 2,375.52 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 174266 | $ 2,375.52 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | NUNEZ RIOS, MAYRA PO BOX 40016 SAN JUAN, PR 00940 | 05/16/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 16231 | $ 148,825.12 | NUNEZ RIOS, MAYRA COND MIRAMAR ROYAL TORRE SUR 706 CALLE ROOSVELT APT 301 SAN JUAN, PR 00907 | 05/15/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 39505 | $ 148,825.12 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Two Hundred and Sixty-Ninth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | PACHECO MARTINEZ, NORMA J<br>PO BOX 767<br>HORMIGUEROS, PR 00660 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 145907 | $ 25,000.00 | PACHECO MARTINEZ, NORMA J<br>PO BOX 767<br>HORMIGUEROS, PR 00660 | 07/03/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 153793 | $ 25,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 12 | SOTELO SANTIAGO, NELSON<br>P 21 CALLE 8 URB MEDINA<br>ISABELA, PR 00662-3814 | 10/17/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 237 | $ 1,159.00 | NELSON SOTELO SANTIAGO & MARIA L. ACEVEDO RUIZ<br>URB MEDINA<br>P 21 CALLE 8<br>ISABELA, PR 00662-3814 | 10/17/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 252 | $ 1,159.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | ZAYAS BURGOS, ANA VIOLETA<br>RR 9 BOX 1079<br>SAN JUAN, PR 00926 | 07/23/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174295 | $ 1,548.30 | ZAYAS BURGOS, ANA VIOLETA<br>RR 9 BOX 1079<br>SAN JUAN, PR 00926 | 07/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174298 | $ 1,548.30* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |