**Exhibit A**

**Proposed Order**

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

ORDER GRANTING THREE HUNDRED SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS THAT ARE DEFICIENT AND BASED ON INVESTMENTS IN MUTUAL FUNDS

Upon the *Three Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims that are Deficient and Based on Investments in Mutual Funds* [ECF No. 16025] (the "Three Hundred Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated March 12, 2021, for entry of an order

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Seventh Omnibus Objection.

1

disallowing, in whole or in part, certain claims filed against the Commonwealth, as more fully set forth in the Three Hundred Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Three Hundred Seventh Omnibus Objection (collectively, the "<u>Deficient Bond Claims</u>") having been found to be deficient, and the Court having determined that the claims identified in <u>Exhibit A</u> to the Three Hundred Seventh Omnibus Objection (the "<u>Deficient Bond Claims</u>") seek recovery of amounts for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Three Hundred Seventh Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Seventh Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Seventh Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Bond Claims are hereby disallowed in whole or in part; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate as expunged the Deficient Bond Claims on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 16025 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Seventh Omnibus Objection**

## Three Hundred and Seventh Omnibus Objection
## Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANA D RODRIGUEZ HERNANDEZ & MIGUEL A BURGOS FIGUEROA<br>URB MUNOZ RIVERA<br>8 CALLE ALBORADA<br>GUAYNABO, PR 00969-3566 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22446 | $ 290,997.60 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | BARRIOS RIVERA, GREGORIO<br>HC 4 BOX 136751<br>ARECIBO, PR 00612-9222 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6373 | $ 663,883.62 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | CINTRON OTERO, BLANCA I<br>BARRIO ACHIOTE<br>SECTOR ALDEA<br>NARANJITO, PR 00719 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18226 | Undetermined* |

Reason: Claimant does not provide a bankruptcy form and appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | DEFENDINI GARCIA, IRAIDA<br>URB. FLORAL PARK<br>422 CALLE FRANCISCO SEIN<br>SAN JUAN, PR 00917 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4119 | Undetermined* |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | FIDEICOMISO BASORA CHABRIER<br>VICTOR MANUEL BASORA, TRUSTEE<br>PASTERALE 1715, PURPLE TREE<br>SAN JUAN, PR 00926 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32088 | $ 5,000.00 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventh Omnibus Objection
Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | GONZALEZ MANRIQUE, MIGUEL<br>14 AMAPOLA ST.APT.1001<br>URB. BIASCOLHEA<br>CAROLINA, PR 00979 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16369 | $ 426,308.39 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in "bonds and funds" issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 7 | HERNANDEZ, ESTELA<br>UNIVERSITY GARDENS<br>265 GEORGETOWN<br>SAN JUAN, PR 00927-4114 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149044 | $ 269,435.14 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 8 | LUTGARDO ACEVEDO LOPEZ/PV SYSTEMS INTEGRATORS @ ENGINEERS OF PR<br>5 CALLE PALOMA<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17722 | $ 310,170.98 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 9 | QUILICHINI ORTIZ, JESSICA M<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23807 | $ 5,959.98 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 10 | QUILICHINI PAZ , CARLOS A<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27646 | $ 12,173.22 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |

Three Hundred and Seventh Omnibus Objection
Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | SANTANDER QUE PASO SUS CUANTA EN BOSTON<br>SIXTO HERNANDEZ LOPEZ<br>URB. BUCARE ESMERALDA 19<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154015 | $ 25,873.07 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 12 | SOLA APONTE, LISETTE<br>TERRALINDA<br>3 CALLE ARAGON<br>CAGUAS, PR 00727 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26888 | $ 299,050.57 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| | | | | | TOTAL | $ 2,308,852.57* |

\* Indicates claim contains unliquidated and/or undetermined amounts