## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on (1) the CW ACR Notice Parties Service List attached hereto as **Exhibit A**, (2) the ERS ACR Notice Parties Service List attached hereto as **Exhibit B**, and (3) the HTA ACR Notice Parties Service List attached hereto as **Exhibit C**:

- Eleventh Notice of Transfer of Claims to Administrative Claims Reconciliation, a copy of which is attached hereto as **Exhibit D**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Administrative Claims Reconciliation Procedures, a copy of which is attached hereto as **Exhibit E**

On April 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit F**, to be served via first class mail on the CW ACR Notice Parties Service List.

On April 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit G**, to be served via first class mail on the ERS ACR Notice Parties Service List.

On April 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit H**, to be served via first class mail on the HTA ACR Notice Parties Service List.

Dated: April 27, 2021

                                                    */s/ Matthew Gonzalez*
                                                    Matthew Gonzalez

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 27, 2021, by Matthew Gonzalez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 53094

**<u>Exhibit A</u>**

Exhibit A
CW ACR Notice Parties Service List
Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 1569334 | Accaria, Diane | Cond. Las Gaviotas | 3409 Ave. Isla Veide Apt. 1502 | | Carolina | PR | 00979-4901 |
| 605140 | Afredo Acevedo-Cruz / Hiurisan Castro Zayas | PO Box 93 | | | Juana Diaz | PR | 00795 |
| 2205809 | Aldrey Aquino, Santiago | 1306 Montecarlo Ave. | Apt. 141 | | San Juan | PR | 00924-5757 |
| 1514148 | Alicea, Jose E | PO Box 361274 | | | San Juan | PR | 00936-1274 |
| 159646 | ALVARADO BAEZ, EVELYN | 547-41 ST | | | BROOKLYN | NY | 11232-3100 |
| 1822184 | Alvarado Labrador, Aleida Maria | Calle 10 H35 | Urb. Magnolia Gardens | | Bayamon | PR | 00956 |
| 20038 | ALVAREZ VILLAREAL, EDUARDO | URB LAS BRISAS | 125 CALLE 3 | | ARECIBO | PR | 00612 |
| 1582791 | Alvelo Ortiz, Virna L | Calle 14 J. Martinez Cond. Malaga Park #23 | | | Guaynabo | PR | 00971 |
| 2145638 | Ambel Bugos, Miguel A. | Villa Carnabero | 5612 Calle Bricoo | | Santa Isabel | PR | 00757-2440 |
| 23682 | ANDINO FIGUEROA, JAIME | URB MONTECASINO HTS | 84 CALLE RIO YAGUEZ | | TOA ALTA | PR | 00953 |
| 1649489 | Andujar Romero, Brittany | HC-01 Box 9373 | Bo.Macun | | Toa Baja | PR | 00949 |
| 1531575 | Anthony Alicea Garcia - Estate | C/O Ruth M. Pizarro Rodriguez | Attorney | P.O. Box 2783 | Carolina | PR | 00984-2783 |
| 29806 | Aponte Leon, Luis | URB LOS MONTES | 447 CALLE FLACON | | DORADO | PR | 00646 |
| 1615248 | Arroyo Arroyo, Ramona C | Calle C F-7 | Urbanizacion Santa Marta | | San German | PR | 00683 |
| 1537631 | Astacio Delgado, Nancy Stella | Raul E. Rosado Toro, Esq. | Club Manor Village | B-4 Tomas Agrait Street | SAN JUAN | PR | 00924 |
| 1460738 | Bankruptcy Estate of Ponte Inc Case No 15-03236 | Noreen Wiscovitch-Rentas Chapter 7 Trustee | PMB 136400 Calle Juan Calaf | | San Juan | PR | 00918 |
| 1609457 | BEAZ ESTATE, JOSEFINA LIMA | URB. COLINAS VERDES | CALLE 1 B17 | | SAN JUAN | PR | 00924 |
| 2205529 | Bernier Bernier , Minerva | PO Box 3353 | | | Bayamon | PR | 00958 |
| 1894483 | Berrios Santos, Ada C. | P.O. Box 1249 | | | Ciales | PR | 00638 |
| 54461 | BONILLA ACEVEDO, WILDANNY | HC 1 BOX 7168 | | | MOCA | PR | 00676 |
| 54461 | BONILLA ACEVEDO, WILDANNY | HC 1 BOX 7168 | | | MOCA | PR | 00676 |
| 54967 | BONILLA NEGRON, INGRID | HC 02 BOX 7925 | | | HORMIGUEROS | PR | 00660 |
| 2197821 | Bonilla Ponton, Lorraine | PO Box 801523 | | | Coto Laurel | PR | 00780 |
| 1756037 | Burgos, Magna I. | 314 Cervantes Dr. | | | Kissimmee | FL | 34743 |
| 1756037 | Burgos, Magna I. | 314 Cervantes Dr. | | | Kissimmee | FL | 34743 |
| 1641709 | Calderon Figueroa, Jose M | Calle Antonio Robles Vega DD 22 | Urb Las Vegas | | Cataño | PR | 00962 |
| 1657734 | Camacho Robles, Sandro | HC 8 BOX 2842 | | | SABANA GRANDE | PR | 00637 |
| 1799233 | CANDELARIO ROBLES, ANGEL | URB JARDINES DE JAYUYA | 108 CALLE MIRAMELINDA | | JAYUYA | PR | 00664 |
| 1772043 | CARDONA CORTES, IVELICE | URB VICTORIA | 4 CALLE VIOLETA | | AGUADILLA | PR | 00603 |
| 2067215 | Cardona Rosario, Jose Antonio | Camino de Reina 624, Carr 8860 Apt 5203 | | | Trujillo Alto | PR | 00976 |
| 71643 | CARLO VIERA, BRENDA | COND VISTAS DEL RIO | 8 CALLE 1 APT 43A | | BAYAMON | PR | 00959 |
| 1516944 | CARRASQUILLO GARCIA, JOSE | CIUDAD MASSO | A1-26 CALLE 4 | | SAN LORENZO | PR | 00754-3602 |
| 1741029 | CARRASQUILLO GONZALEZ, JENNIFER | 377 CALLE UNION | | | PUERTO REAL | PR | 00740 |
| 83382 | Castro Cruz, Lucy | Urb April Cons | C17 Calle 6 | | Las Piedras | PR | 00771-405 |
| 1474995 | Cestero-Rodriguez, Herman | 27 Gonzalez Giusti Oficina 300 | | | Guaynabo | PR | 00968 |
| 1452392 | CHARNECO SANCHEZ, DEIXTER MARIA | P O BOX 254 | | | AGUADA | PR | 00602-0254 |
| 1037418 | CHICO ACEVEDO, LUZ M | 2345 CALLE GENARO BADILLO | | | SAN ANTONIO | PR | 00690 |
| 1811541 | COELLO MATIAS, MYRTA | CALLE CARMEN MM-22 | BAYAMON GARDENS | | BAYAMON | PR | 00957 |
| 95924 | COLON BAEZ, CRUZ | PO BOX 1887 | | | OROCOVIS | PR | 00720 |
| 98975 | COLON MORALES, MIGUEL | ESTANCIAS DEL GOLF CLUB | 413 CALLE MILITO NAVARRO | | PONCE | PR | 00730 |
| 664506 | COLON PAGAN, HECTOR L | PO BOX 913 | | | PATILLAS | PR | 00723 |
| 101031 | Colon Rosado, Jose | 14 Dutch Loop | | | Fort Bragg | NC | 28307 |
| 1568317 | CONTRERAS GOMEZ, FIDEICOMISO | 255 CALLE ROSARIO PH | | | SAN JUAN | PR | 00912 |
| 106120 | CORDERO JIMENEZ, EDGAR | 1623 CALLE NAVARRA | URB LA RAMBLA | | PONCE | PR | 00731 |
| 1790220 | Cotto Rodriguez, Carmelo | Urb. Rio Verde | Calle 25 ZZ 43 | | Caguas | PR | 00725 |
| 1508239 | Cruz Marrero, Fabiola | Calle Coral A-6 | Mansiones Santa Barbara | | Gurabo | PR | 00778 |
| 1917936 | Cruz Negron, Nestor Gerardo | c/o Edgardo Veguilla Gonzalez | 30 Calle Padial Suite 244 | | Caguas | PR | 00725 |
| 2087155 | Cruz, Arnaldo | Estancias del Rio, 192 Guayanes St. | | | Hormigueros | PR | 00660 |
| 1427609 | CRUZ, MARITZA | PO BOX 1844 | | | GUAYNABO | PR | 00970 |
| 2005410 | DE JESUS GOMEZ, GRISELY | PARCELAS MANI 265 | CALLE CLAUDIO CARRERO | | MAYAGUEZ | PR | 00682 |
| 144725 | DE JESUS RODRIGUEZ PSC, DR REYNALDO | 909 AVE TITO CASTRO, STE 614 | | | COTO LAUREL | PR | 00780 |
| 130430 | DE MAN, PATRICK | SABANERA DORADO | 544 CALLE CORREDOR DEL BOSQUE | | DORADO | PR | 00646 |
| 138898 | DIAZ MARRERO, JOSE | JARDINES DE SAN FRANCISCO | EDIF 2 APT 616 | | SAN JUAN | PR | 00927 |
| 140172 | DIAZ RAMOS, LUZ | URB. VISTA VERDE | 271 CALLE 22 | | AGUADILLA | PR | 00603 |
| 141681 | DIAZ SUAREZ, ANGEL | COMUNIDAD CARRASQUILLO NUM | 239 CALLE JUAN SOTO | | CAYEY | PR | 00736 |
| 649878 | Emmanuel Rivera Sanchez and Esther Molina Bernazar | 75 Ciudad Del Lago | | | Trujillo Alto | PR | 00976-5450 |
| 155941 | ERNESTO RODRIGUEZ RODRIGUEZ Y GLORIGLORIA L DIAZ CO TTEE UAD 9/17/1998 FBO MICHELLE M. RODRIGUEZ DIA | PO BOX 330190 | | | PONCE | PR | 00733-0190 |
| 156504 | ESCOBAR BARRETO, MARIA | URB VALLE ARRIBA HEIGHTS | X-5 CALLE YAGRUMO | | CAROLINA | PR | 00983 |
| 1566461 | Espasas Perez, Carlos | Paseo del Prado 134 calle Eucalipto | | | Carolina | PR | 00987 |

Exhibit A
CW ACR Notice Parties Service List
Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 1584373 | ESQUILIN QUINONEZ, YADIER | PO BOX 22 | | | TRUJILLO ALTO | PR | 00976 |
| 1985831 | Esquilin Ramos, Zoe | 129 Borinquen | | | Trujillo Alto | PR | 00976 |
| 1815016 | Estate of Antonio Pavia Villamil | C/O Pavia & Lazaro, PSC | Attn: Gerardo Pavia Cabanillas | PO Box 9746 | San Juan | PR | 00908 |
| 791049 | FAMILIA JIMENEZ, FLOR M | COND. PLAYA DORADA APT. 414 A | | | CAROLINA | PR | 00979 |
| 1193120 | FELICIANO FIGUEROA, EDNA | COND VILLAS DE MONTECARLO | 2 CALLE B APT 1802 | | SAN JUAN | PR | 00924-4125 |
| 1193120 | FELICIANO FIGUEROA, EDNA | COND VILLAS DE MONTECARLO | 2 CALLE B APT 1802 | | SAN JUAN | PR | 00924-4125 |
| 1952535 | FELICIANO ROSADO, JESUS | PERLA DEL SUR 4413 PEDRO CARATINI | | | PONCE | PR | 00717 |
| 165114 | Felix Montilla, Juan | PO Box 22679 | | | San Juan | PR | 00931 |
| 165114 | Felix Montilla, Juan | PO Box 22679 | | | San Juan | PR | 00931 |
| 169943 | FIGUEROA FIGUEROA, CARLOS | B-9 URB RIVERA | | | CABO ROJO | PR | 00623 |
| 171231 | FIGUEROA NIEVES, MAYRA | HC 3 BOX 16129 | | | AGUAS BUENAS | PR | 00703 |
| 175209 | Flores Rodriguez, Laura C | Urb. Parque Del Monte | MB-100 Calle Paseo del Campo | | Trujillo Alto | PR | 00976 |
| 175209 | Flores Rodriguez, Laura C | Urb. Parque Del Monte | MB-100 Calle Paseo del Campo | | Trujillo Alto | PR | 00976 |
| 1697350 | Franco Paris, Mayra Enid | Urb. Quintas II | 876 Calle Diamante | | Canovanas | PR | 00729 |
| 179874 | FREYTES DE CHOUDENS, NICOLE | PMB 177 35 JUAN C BORBON STE 67 | | | GUAYNABO | PR | 00969 |
| 1436033 | Fuentes, Carlos E | HC 3 Box 8060 | | | Barranquitas | PR | 00794 |
| 181513 | FUSTER LAVIN, JOSE | 1511 CAMINO GONZALEZ APT3 | | | SAN JUAN | PR | 00926 |
| 183179 | GANDIAGA CABRERA, CARLOS | 708 Calle Cupido | | | San Juan | PR | 00926 |
| 1639108 | GANDIAGA CABRERA, CARLOS | 708 CALLE CUPIDO | | | SAN JUAN | PR | 00926 |
| 1605681 | Gandiaga Cabrera, Carlos | 708 Calle Cupido | | | San Juan | PR | 00926 |
| 184033 | GARCIA BURGOS, RAQUEL | HC 03 BOX 15589 | | | AGUAS BUENAS | PR | 00703 |
| 186159 | GARCIA MARTINEZ, JOSE | URB SANTIAGO IGLESIAS | 1435 CALLE J FERRER Y FERRER | | SAN JUAN | PR | 00921 |
| 1602518 | GARCIA VELEZ, MARTA I. | LA TROCHA #35 | | | YAUCO | PR | 00698 |
| 1506383 | Garcia, Miguel A. | Calle Francisco Mendez 2f12 | Urb.Bairoa Park | | Caguas | PR | 00727 |
| 195127 | GOMEZ QUINONES, ROLANDO | URB URB PORTO FINO | 188 CALLE AGUAVIVA | | MANATI | PR | 00674 |
| 24345 | GOMEZ, ANDRES RICARDO | URB BALDRICH | 203 CALLE PRESIDENTE RAMIREZ | | SAN JUAN | PR | 00918-4319 |
| 1059834 | GONZALEZ BEAUCHAMP, MAYRA E | REPARTO METROPOLITANO | CALLE 30 SE #1009 | | RIO PIEDRAS | PR | 00921 |
| 1583809 | GONZALEZ NIEVES, LUIS | 456 CALLE SANTO DOMINGO | | | VEGA ALTA | PR | 00692 |
| 1820263 | Gonzalez Norat, Aristides | PO Box 1254 | | | Santa Isabel | PR | 00757 |
| 1590052 | GONZALEZ VALLES, GLADYS | 2454 CALLE TURIN | VILLA DEL CARMEN | | PONCE | PR | 00716 |
| 1564596 | Gonzalez, Augusto | 467 Sagrado Corazon Cond Imperial Suites | 402-D | | San Juan | PR | 00915 |
| 2114600 | GUZMAN RIVERA, EDWARD | 1208 AVE MUNOZ RIVERA | | | PONCE | PR | 00717 |
| 1598844 | Hernandez Cajigas, Gilberto | Urb. Alturas de Aguada | Calle 4 E-35 | | Aguada | PR | 00602 |
| 217678 | HERNANDEZ DIAZ, JULIO | COND LAGOMAR | 7 AVE LAGUNA APT 6 I | | CAROLINA | PR | 00979 |
| 2231303 | Hernandez Hernandez, Carlos M. | 1004 Alturas de Cidra | | | Cidra | PR | 00739 |
| 2068798 | Hernandez Olivencia, Gabriel O. | Cond Pisos de Caparra Calle Milan Apt. 8G | | | Guaynabo | PR | 00966 |
| 1783355 | HERNANDEZ OPIO, ALBERTO | URB LA CEIBA | 147 CALLE LOS NARDOS | | JUNCOS | PR | 00777 |
| 221609 | HERNANDEZ ROSADO, WILLIAM | HC 8 BOX 84354 | | | SAN SEBASTIAN | PR | 00685 |
| 500077 | HERNANDEZ SANTIAGO, RUBEN | HC 02 BOX 6877 | BO MAMEYES | | FLORIDA | PR | 00650 |
| 1983682 | Hernandez Silva, Lizaira | 183 Marmol | Urb. Paseo Sta. Barbara | | Gurabo | PR | 00778 |
| 222180 | HERNANDEZ SUAZO, JORGE | LA MARINA 65 CALLE FENIX | | | CAROLINA | PR | 00979 |
| 1694322 | HERNANDEZ VELEZ, NELJANNE | URB SAN ANTONIO | 1430 CALLE DAMASCO | | PONCE | PR | 00728-1606 |
| 1996435 | IRIZARRY VAZQUEZ, JOSE | PO BOX 1029 | | | PENUELAS | PR | 00624 |
| 1678287 | Jimenez Cordero, Lorna A. | 42185 Carr. 482 | | | Quebradillas | PR | 00678 |
| 1470233 | Jimenez Medina, Grissel | URB Pradera Real | 1206 Calle UCares | | Isabella | PR | 00662 |
| 1628746 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCESCHINI | URB. PUNTO ORO 4447 EL ANGEL | | | PONCE | PR | 00728-2048 |
| 1595570 | JOSE A. CRIADO MARRERO ESTATE | C/O MILDRED CRIADO CRIADO | PO BOX 10715 | | PONCE | PR | 00732 |
| 1595570 | JOSE A. CRIADO MARRERO ESTATE | C/O MILDRED CRIADO CRIADO | PO BOX 10715 | | PONCE | PR | 00732 |
| 1591301 | Jose Luis Oppenheimer Almodovar Arcadia Figueroa Diaz | PO Box 331287 | | | Ponce | PR | 00733-1287 |
| 261021 | LAGO SANTIAGO, MARIA | URB LAS LOMAS | 772 CALLE 31 SW | | SAN JUAN | PR | 00921 |
| 264786 | LECTORA SOTO, PABLO | PO BOX 224 | | | MERCEDITA | PR | 00715 |
| 265586 | LEON LEON, SONIA | HC-02 BOX 3867 | | | MAUNABO | PR | 00707 |
| 1502691 | Lima Beaz, Sucn Josefina | Urb. Colinas Verdes | Calle 1 B-17 | | San Juan | PR | 00924 |
| 270324 | LOPEZ ARREDONDO, GUADALUPE | SAN JUAN VIEW | 850 CALLE EIDER APT 807 | | SAN JUAN | PR | 00924 |
| 271327 | Lopez Cotto, Yesenia | PO Box 972 | | | Gurabo | PR | 00778 |
| 271327 | Lopez Cotto, Yesenia | PO Box 972 | | | Gurabo | PR | 00778 |
| 272185 | LOPEZ GARCIA, ELVIN | ALTURAS DE PENUELAS 2 | N-2 CALLE 14 | | PENUELAS | PR | 00624 |
| 273164 | LOPEZ LOPEZ , VICTOR | PO BOX 620 | | | RIO BLANCO | PR | 00744 |
| 1877790 | Lopez Rodriguez, Santos | 654 Ave Munos Rivera | Edif. Plaza 654 Ste. 911 | | San Juan | PR | 00918 |

Exhibit A

CW ACR Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 276232 | Lopez Ruiz, Jean | PO BOX 1103 | | | YAUCO | PR | 00698 |
| 1251774 | Lopez Velez, Luis A | Urb. Salvador Rios | 135 Calle Dorado | | Isabela | PR | 00662 |
| 1582727 | MALARET, MYRIAM COSTA | URB. BOSQUE DE LAS PALMAS | CALLE COCOPLUMOSO 238 | | BAYAMON | PR | 00956 |
| 834244 | Maldonado Jimnez, Vivian G. | Cond. Bosque Real Apt. 516 | | | San Juan | PR | 00926 |
| 2197964 | Maldonado Sanchez, Fidel | 227 Coleus Dr. | | | Orlando | FL | 32807 |
| 294072 | MANGUAL LOPEZ, MARICELI | P.O. BOX 204 | | | SALINAS | PR | 00751 |
| 2114553 | Marchany Carrasquillo, Melissa | Santa Paula, 34 Jaime Rodriguez | | | Guaynabo | PR | 00969 |
| 2114553 | Marchany Carrasquillo, Melissa | Santa Paula, 34 Jaime Rodriguez | | | Guaynabo | PR | 00969 |
| 301810 | MARIN ALGARIN , ERNESTO | URB. LA CAMPINA II | CALLE PAZ #13 | | LAS PIEDRAS | PR | 00771 |
| 305454 | Marrero Ortiz, Miguel Angel | PO Box 2011 | | | San Sebastian | PR | 00685 |
| 305454 | Marrero Ortiz, Miguel Angel | PO Box 2011 | | | San Sebastian | PR | 00685 |
| 309275 | MARTINEZ GONZALEZ, ELVIN | ALT DE VILLA FONTANA | G 14 CALLE 5 | | CAROLINA | PR | 00982 |
| 1436175 | Martinez Mendez, Wilfredo | Urb Olympic Hills | 37 calle Lyra | | Las Piedras | PR | 00771 |
| 311857 | MARTINEZ RIVERA, ANGEL | HC 07 BOX 33150 | | | CAGUAS | PR | 00727 |
| 2192489 | Mas González, Edna V. | 5201 Par Dr. | Apt. 1126 | | Denton | TX | 76208 |
| 2192489 | Mas González, Edna V. | 5201 Par Dr. | Apt. 1126 | | Denton | TX | 76208 |
| 315330 | MATIAS MARTINEZ, SULLYBETH | HC 59 BOX 6485 | BO. NARANJO | | AGUADA | PR | 00602 |
| 315330 | MATIAS MARTINEZ, SULLYBETH | HC 59 BOX 6485 | BO. NARANJO | | AGUADA | PR | 00602 |
| 1430997 | MELENDEZ APONTE, ROBERTO | 54 CALETA DE SAN JUAN | | | SAN JUAN | PR | 00901 |
| 1557099 | Melendez Fraguada, Eva E. | P.O. Box 361 | | | Canovanas | PR | 00729 |
| 322877 | MELENDEZ LEBRON, JUAN JOSE | CALLE ENRIQUE GONZALEZ | 121 OESTE | | GUAYAMA | PR | 00784 |
| 1427503 | MELENDEZ MELENDEZ, JOSE | 13 BDA CANTERA AVE ROBERTO DIAZ | | | CAYEY | PR | 00736 |
| 834971 | Mercado Mercado, Hector M | Urb Rio Cristal | 5162 Calle Roberto Cole | | Mayaguez | PR | 00680-1945 |
| 335953 | MIRANDA RIVERA, JAVIER | PO Box 2001 | | | COAMO | PR | 00769 |
| 339255 | MONCLOVA GARCIA, SARA | BARRIO CALZADA | BUZON 117 | | MAUNABO | PR | 00707 |
| 728939 | MONTANEZ LOPEZ, NEYSA N | BOX 165 | | | LAS MARIAS | PR | 00670 |
| 728939 | MONTANEZ LOPEZ, NEYSA N | BOX 165 | | | LAS MARIAS | PR | 00670 |
| 343958 | MORALES DELGADO, AGUSTIN | PO BOX 895 | | | LAJAS | PR | 00667 |
| 345663 | MORALES MORALES, RICARDO | URB RIO CRISTAL | AVE SANTITOS COLON 1070 | | MAYAGUEZ | PR | 00680 |
| 348639 | MOREL DE LOS SANTOS, FRANCISCA | URB CAPARRA TERRACE | 837 CALLE 11 SO | | SAN JUAN | PR | 00921 |
| 348639 | MOREL DE LOS SANTOS, FRANCISCA | URB CAPARRA TERRACE | 837 CALLE 11 SO | | SAN JUAN | PR | 00921 |
| 348931 | MORENO MARTINEZ,  LOURDES | PO BOX 901 | | | BARCELONETA | PR | 00617 |
| 699563 | MORENO MARTINEZ, LOURDES | PO BOX 901 | | | BARCELONETA | PR | 00617 |
| 2197473 | Moro Ortiz, Maricelis | Urb. Villa El Encanto M-21, Calle 8 | | | Juana Diaz | PR | 00795 |
| 1749219 | Muniz Batista, Lissette | HC 02 Box 9015 | | | Aibonito | PR | 00705 |
| 1601550 | MUNOZ, MIGUEL LEON | EXT VISTA BAHIA | 415 CALLE PASEO DEL PUERTO | | PENUELAS | PR | 00624 |
| 2186336 | Navarro Martinez, Josephine | 1952 Peoria Street | | | Delton | FL | 32738 |
| 942675 | NAVEDO ROSADO, CARMEN | HC 77 BOX 8715 | | | VEGA ALTA | PR | 00692 |
| 356284 | NAZARIO CHACON, BLANCA | BO BUENAVENTURA | 567 CALLE HORTENCIA APT 314A | | CAROLINA | PR | 00987 |
| 636081 | NAZARIO PADRO, DARIO | HC 01 BOX 8045 | | | SAN GERMAN | PR | 00683 |
| 1583338 | NEGRON COLON, EUTIMIO | PO BOX 166 | | | MARICAO | PR | 00606 |
| 159911 | NEGRON ORTIZ, EVELYN | RES RAMOS ANTONINI | EDF 34 APTO 335 | | PONCE | PR | 00717 |
| 159911 | NEGRON ORTIZ, EVELYN | RES RAMOS ANTONINI | EDF 34 APTO 335 | | PONCE | PR | 00717 |
| 1586357 | NIEVES LOPEZ, GLORIA | ALTURAS DE BAYAMON | 140 PASEO 6 | | BAYAMON | PR | 00956 |
| 1649311 | Nieves Mendez, Luz N | Apartado 1042 | | | Moca | PR | 00676 |
| 1816559 | NIEVES TORRES, ALFREDO | PO BOX 630 | | | MERCEDITA | PR | 00715 |
| 143506 | ORAMAS NIVAL, DOMINGO G. | 506 OLIMPO PLAZA | | | SAN JUAN | PR | 00927 |
| 1793739 | Ortiz Collazo, Kevin | HC 1 Box 5080 | | | Orocovis | PR | 00720 |
| 381205 | ORTIZ NIEVES, LYMARI | PO BOX 157 | | | NARANJITO | PR | 00719 |
| 1436191 | ORTIZ RIVERA, MIGDALIA | PO BOX 764 | | | MAUNABO | PR | 00707 |
| 1909215 | ORTIZ ROLDAN, ISMAEL J | HC 6 BOX 66738 | | | AGUADILLA | PR | 00603 |
| 1582858 | ORTIZ, FELIX TORRES | URB CIUDAD CRISTIANA | 133 CALLE EL SALVADOR | | HUMACAO | PR | 00791 |
| 386207 | OSORIO OSORIO, JUSTINIANO | URB CIUDAD MASSO | R11 CALLE 1 | | CAGUAS | PR | 00725 |
| 389644 | PACHECO COLLAZO, HECTOR | VILLA PALMERAS 318 CALLE BETANCES | | | SAN JUAN | PR | 00918 |
| 936506 | PACHECO SANTIAGO, SANDRA | HC 37 BOX 6682 | | | GUANICA | PR | 00653 |
| 2233743 | Padin, Juan Gregorio | H5-Calle 10, | Rpto. Marquez | | Arecibo | PR | 00612 |
| 740748 | PADRO RIOS, RAFAEL | 1 PLAZA DE MERCADO | CALLE DR LOPEZ | | FAJARDO | PR | 00738 |
| 740748 | PADRO RIOS, RAFAEL | 1 PLAZA DE MERCADO | CALLE DR LOPEZ | | FAJARDO | PR | 00738 |
| 1986525 | PAGAN RUIZ, DENISSE | EXT SANTA TERESITA | 3641 CALLE SANTA JUANITA | | PONCE | PR | 00730 |

Exhibit A

CW ACR Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 395926 | PASTOR RAMOS, HARVEY | HC 4 BOX 9147 | | | CANOVANAS | PR | 00729 |
| 1516318 | PEREZ AMARO, MARYLI | CONDOMINO LAGO PLAYA | APT 2111 | | TOA BAJA | PR | 00949 |
| 1516318 | PEREZ AMARO, MARYLI | CONDOMINO LAGO PLAYA | APT 2111 | | TOA BAJA | PR | 00949 |
| 400397 | PEREZ BERDEGUER MD, DOMINGO | 100 GRANBOULEVARD PASEO | MSC 333 STE 112 | | SAN JUAN | PR | 00926-5955 |
| 400397 | PEREZ BERDEGUER MD, DOMINGO | 100 GRANBOULEVARD PASEO | MSC 333 STE 112 | | SAN JUAN | PR | 00926-5955 |
| 1483291 | Perez Otero, Maria L | Con Vizcaya | 200 Calle 535 | Apt 7-13 | Carolina | PR | 00985 |
| 406160 | PEREZ RIVERA, ELIZABETH | EXT PARKVILLE | AVE MEJICO B2 | | GUAYNABO | PR | 00969 |
| 408739 | PEREZ ZAYAS, RAFAEL | 1353 LUIS VIGOREAUX AVE PMB 259 | | | GUAYNABO | PR | 00966 |
| 1557028 | PEREZ, CARLOS ESPASAS | PASEO DEL PRADO | 134 CALLE EUCALIPTO | | CAROLINA | PR | 00987 |
| 154724 | PIOVANETTI PIETRI MD, ENRIQUE J | PO BOX 10431 | | | SAN JUAN | PR | 00922-0431 |
| 154724 | PIOVANETTI PIETRI MD, ENRIQUE J | PO BOX 10431 | | | SAN JUAN | PR | 00922-0431 |
| 1570097 | POPELNIK, RODOLFO B | 3409 AVE ISLA VERDE | APTO 1502 | | CAROLINA | PR | 00979 |
| 416569 | QUILES SOTO, JOSE | PO BOX 1404 | | | SABANA HOYOS | PR | 00688 |
| 1438174 | QUINONES GONZALEZ, CLARO | 1055 13 Asomate | | | Aguada | PR | 00602 |
| 417347 | QUINONES HERNANDEZ, RAMON | PO BOX 709 | | | ANASCO | PR | 00610 |
| 2114695 | Quinones Velazquez, Alfred | HC 2 Box 6161 | | | Penuelas | PR | 00624 |
| 1582681 | Quinonez Mendez, Juan De Dios | BOX 1194 | | | MOCA | PR | 00676-1194 |
| 1582681 | Quinonez Mendez, Juan De Dios | BOX 1194 | | | MOCA | PR | 00676-1194 |
| 1582681 | Quinonez Mendez, Juan De Dios | BOX 1194 | | | MOCA | PR | 00676-1194 |
| 421960 | RAMIREZ DE LEON, JOSE  L | APT 1002 C/HONDURAS 201 | COND HATO REY | | SAN JUAN | PR | 00917 |
| 421960 | RAMIREZ DE LEON, JOSE  L | APT 1002 C/HONDURAS 201 | COND HATO REY | | SAN JUAN | PR | 00917 |
| 1668500 | RAMIREZ DE LEON, JOSE L | PO BOX 190251 | | | SAN JUAN | PR | 00919-0251 |
| 1668500 | RAMIREZ DE LEON, JOSE L | PO BOX 190251 | | | SAN JUAN | PR | 00919-0251 |
| 1521057 | RAMOS CASIANO, RAUL ALBERTO | URB. EL VERDE | 86 MERCURIO STREET | | CAGUAS | PR | 00725-6331 |
| 1472986 | Ramos P, Tania | Tania Levy | 677 Sagamore Dr | | Deltona | FL | 32738 |
| 2206378 | Ramos Rodriguez, Aida Luz | F-1 Calle 3 | Urb. Villa Del Carmen | | Cidra | PR | 00739-3014 |
| 428923 | RAMOS RODRIGUEZ, JOSE | HC 1 BOX 5969 | | | LAS MARIAS | PR | 00670 |
| 428923 | RAMOS RODRIGUEZ, JOSE | HC 1 BOX 5969 | | | LAS MARIAS | PR | 00670 |
| 1666208 | RAMOS ROSA, YAMARIS | 4TA SECC LEVITTOWN | T 30 CALLE LEILA OESTE | | TOA BAJA | PR | 00949 |
| 1585812 | RAVELO CRUZ, MELVIN | 1 VILLAS CENTRO AMERICANA | APT 145 | | MAYAGUEZ | PR | 00680 |
| 439530 | RIOS PASTRANA, VICTOR | DORADO BEACH ESTATE 15 | | | DORADO | PR | 00646 |
| 442035 | RIVERA AYALA, JUAN | HC 04 BOX 8690 | | | AGUAS BUENAS | PR | 00703 |
| 443987 | RIVERA COLON, FELIX | HC 2 BOX 5105 | | | COAMO | PR | 00769 |
| 446513 | RIVERA FIGUEROA, WANDA | HC 01 BOX 11350 | | | CAROLINA | PR | 00987 |
| 452777 | RIVERA ORTIZ , ERIC | PO BOX 2439 | | | CANOVANAS | PR | 00729 |
| 1844853 | Rivera Sanchez, Efrain | Urb San Antonio Calle Casa 2A | | | Aguas Buenas | PR | 00703 |
| 459386 | RIVERA SANTIAGO, VICTOR | PO BOX 2014 | | | JUNCOS | PR | 00777 |
| 462097 | Rivera, Gustavo | HC 45 Box 14552 | | | Cayey | PR | 00736 |
| 864034 | RIVERA-GIERBOLINI, HECTOR H | COLINAS DE FAIR VIEW | 4K-3 CALLE 210 | | TRUJILLO ALTO | PR | 00976 |
| 466419 | RODRIGUEZ BENITEZ, LUIS | 8 CHALETS DEL PARQUE | 12 AVE ARBOLOTE APT 8 | | GUAYNABO | PR | 00969 |
| 466652 | RODRIGUEZ BONILLA, LUIS | BARRIO LOMAS | HC-03 BUZON 7994 | | CANOVANAS | PR | 00729 |
| 2006033 | Rodriguez Candelario, Raul A. | Villas Rica Calle Sofia AJ-20 | | | Bayamon | PR | 00959 |
| 1799215 | RODRIGUEZ CRESPO, KATHYA N | 25 BILBOA | URB. JARDINES DE BORINQUEN | | AGUADILLA | PR | 00603 |
| 472144 | RODRIGUEZ JIMENEZ, JESUS | HC 6 BOX 65217A | | | CAMUY | PR | 00627 |
| 473087 | RODRIGUEZ MALDONADO, EVERLIDIS | COND EL MIRADOR | 100 CALLE JESUS VELAZQUEZ APT 302 | | CAROLINA | PR | 00987 |
| 473478 | RODRIGUEZ MARTINEZ, JAVIER | CIUDAD CRISTIANA | BZN 416 CALLE BOLIVIA | | HUMACAO | PR | 00791 |
| 478213 | RODRIGUEZ RIVERA, EDWIN | HC 61 BOX 5024 | | | TRUJILLO ALTO | PR | 00976 |
| 478388 | RODRIGUEZ RIVERA, JOHANNA | PO BOX 1887 OROCOVIS | BO GATO SECTOR BAJURAS | | OROCOVIS | PR | 00720 |
| 481098 | RODRIGUEZ SANTANA, SAMUEL | PO BOX 660 | | | TOA BAJA | PR | 00951 |
| 481098 | RODRIGUEZ SANTANA, SAMUEL | PO BOX 660 | | | TOA BAJA | PR | 00951 |
| 2118968 | Rodriguez Varela, Frances L. | Villa Rica Calle Sofia AJ-20 | | | Bayamon | PR | 00959 |
| 1426902 | Rodriguez, Latoya | 1429 New Haven Ct. | | | Glen Allen | VA | 23059 |
| 1412455 | RODRIGUEZ, LEANDRO | APARTADO 335 | | | MAYAGUEZ | PR | 00681 |
| 1887569 | Rolon Rodriguez, Edgardo | Urb Villa Jauca A13 | | | Santa Isabel | PR | 00757 |
| 693196 | ROMAN MILLET, JULIO E | HC 04 BOX 17828 | | | CAMUY | PR | 00627 |
| 490242 | ROQUE DE JESUS, ISMAEL | 226 CALLE 13 | URB. SAN VICENTE | | VEGA BAJA | PR | 00693 |
| 1514015 | Roque, Jorge | Calle 3, H 10 | URB Berwind State | | San Juan | PR | 00924 |
| 1487391 | Rosa Rivera, Juan Carlos | PO Box 1531 | | | Guánica | PR | 00653 |
| 2195491 | Rosado Colon, Jacqueline | Urb Sombras del Real | 901 Calle: El Caobo | | Coto Laurel | PR | 00780 |

Exhibit A
CW ACR Notice Parties Service List
Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 1907533 | ROSADO DE JESUS, WILFREDO | URB VILLA DEL CARMEN | 3228 CALLE TOSCANIA | | PONCE | PR | 00716 |
| 1654537 | ROSARIO RODRIGUEZ , ADALIZ | COND OLIMPO PLAZA 1002 AVE MUNOZ RIVERA APT 401 | | | SAN JUAN | PR | 00927 |
| 500959 | RUIZ CASTRO, PEDRO | LAGO ALTO | F82 CALLE LOIZA | | TRUJILLO ALTO | PR | 00976 |
| 1447098 | Saa Solorzano, Jorge V. | 3539 Courtney Lane | | | Bethpage | NY | 11714 |
| 505050 | SALAZAR GONZALEZ, ERMELINDA | URB PARQUE ECUESTRE | L-37 CALLE MADRILENA | | CAROLINA | PR | 00987 |
| 2196610 | Sanchez Cruz, Sotero | HC 02 Box 8888 | | | Yabucoa | PR | 00707 |
| 2149611 | Sanchez Quinones, Maria M. | P.O. Box 210 | | | Aguirre | PR | 00704 |
| 510926 | SANCHEZ SOULTAIRE, IVELISSE | COND PALMAR DEL RIO 4-61 | 18 AVE ARBOLOTE APT 4-61 | | GUAYNABO | PR | 00969 |
| 511356 | SANCHEZ, HECTOR | URB VILLA CAROLINA | 184 65 CALLE 518 | | CAROLINA | PR | 00985 |
| 2088390 | Santiago Diaz, Magaly | PO Box 1845 | | | Caguas | PR | 00726 |
| 673314 | SANTIAGO MALDONADO, IVETTE | PO BOX 745 | | | HATILLO | PR | 00659 |
| 519595 | SANTIAGO RAMOS, CARLOS | HC 2 BOX 6346 | | | UTUADO | PR | 00641 |
| 1726402 | Santiago, Diana | Calle A 111 No. Vietnam | | | Cataño | PR | 00962 |
| 429426 | SANTIAGO, JORGE RAMOS | HC 64 BOX 8487 | | | PATILLAS | PR | 00723 |
| 523436 | SANTOS DE JESUS, RAFAEL | BO. PLAYA,C-37 | | | SALINAS | PR | 00751 |
| 1556468 | SOLER RODRIGUEZ, DIANNA | COND COND. PARQUE DE LOYOLA | 500 AVE JT PINEIRO | APT 1403 | SAN JUAN | PR | 00918 |
| 1872228 | SOLER RODRIGUEZ, DIANNA | COND COND. PARQUE DE LOYOLA | 500 AVE JT PINEIRO | APT 1403 | SAN JUAN | PR | 00918 |
| 1814983 | Sosa Morales, Heriberto O | #16 Calle Valle Hermoso | | | Aguada | PR | 00602 |
| 1782782 | SOSE MORALES, HERIBERTO O | #16 CALLE VALLE HEIMOSO | | | AGUADA | PR | 00602 |
| 1730175 | SOTO NEGRON, RICARDO | URB CIUDAD JARDIN GURABO | 3 CALLE MAGUEY | | GURABO | PR | 00778 |
| 546782 | TIRADO MEDINA, SAMUEL | HC 6 BOX 12404 | | | SAN SEBASTIAN | PR | 00685 |
| 548239 | TORO CRUZ, DAMASO | MANSIONES DE CABO ROJO | F-83 CALLE HORIZONTE | | CABO ROJO | PR | 00623 |
| 1847438 | TORO ECHEVARRIA, NILDA | HC - 02 BOX 4874 | | | PEÑUELAS | PR | 00624 |
| 549234 | TORRES ANDINO, PABLO | MONTE VISTA | C26 CALLE 2 | | FAJARDO | PR | 00738 |
| 1494158 | Torres Colon, Luis Alberto | 18 Calle Lajas | Bonneville Heights | | Caguas | PR | 00727-4919 |
| 2172931 | Torres Gonzalez, Santiago | Maria Celeste Torres Gonzalez | Calle San Judas Parcela 220 Buzon 12 | | Guayama | PR | 00784 |
| 2168349 | Torres Gonzalez, Silverio | Calle San Judas Parcela 220 Buzon 12 | | | Guayama | PR | 00784 |
| 2168349 | Torres Gonzalez, Silverio | Calle San Judas Parcela 220 Buzon 12 | | | Guayama | PR | 00784 |
| 552361 | TORRES GONZALEZ, VICTOR | 17 COOP JARDINES DE TRUJILLO ALTO | EDIF F APT 208 | | TRUJILLO ALTO | PR | 00976 |
| 556880 | TORRES RODRIGUEZ, IVELISSE | 91 URB LIRIOS DEL VALLE | | | ANASCO | PR | 00610 |
| 1259778 | TORRES SANCHEZ, VERONICA | URB BOSQUE LLANO | 713 CALLE JAGUEY | | SAN LORENZO | PR | 00754 |
| 2199582 | Trinidad Moreno, Edwin | PO Box 10020 | | | Humacao | PR | 00792-1020 |
| 563409 | URBINA REYES, GLORIMAR | URB L'ANTIGUA CALLE 4 VIA PARIS LH-105 | | | TRUJILLO ALTO | PR | 00976 |
| 565170 | VALENTIN PEREZ, EDWARDO | URB VILLA ROSA 3 | B21 CALLE 1 | | GUAYAMA | PR | 00784 |
| 565685 | VALENZUELA CARABALLO, GILBERTO | SANS SOUCI COURT | Calle 1 A-4 | | BAYAMON | PR | 00957 |
| 568589 | VARGAS SALERNA, WANDA | PO BOX 1435 | | | MAYAGUEZ | PR | 00681 |
| 1426823 | VAZQUEZ BRENES, ANGEL MARIO | 281 VALLES DE TORRIMAR | | | GUAYNABO | PR | 00966 |
| 2189735 | Vazquez Clausell, Carmen | RR-2 Box 6970 | | | Guayama | PR | 00784 |
| 2189732 | Vazquez Clausell, Geraldo | RR 2 Box 6970 | | | Guayama | PR | 00784 |
| 2189726 | Vazquez Ramos, Saul | RR-2 Box 6970 | | | Guayama | PR | 00784 |
| 1472952 | Velazquez Delgado, Alexandra | PO Box 555 | | | San Lorenzo | PR | 00754 |
| 580953 | VELEZ GONZALEZ, JORGE | EXT MELENDEZ | 43 CALLE F | | FAJARDO | PR | 00738 |
| 2197786 | West Munoz, Carl | Urb. Villa el Encanto M-21-Calle 8 | | | Juana Diaz | PR | 00795 |
| 593477 | WILLIAMS ROUSS, GEORGE | 7840 BROADSTONE LOOP APT 204 | | | TAMPA | FL | 33625-2462 |
| 593489 | WILLIAMS, JAMES | 10352 WOODWARD WINDS | | | ORLANDO | FL | 32827 |
| 1482496 | Wiscovitch-Rentas, Noreen | 400 Calle Juan Calaf, PMB 136 | | | San Juan | PR | 00918 |
| 594091 | WOLFROM DE JESUS, WILLIAM | URB QUINTAS DE MIRADERO | 507 CALLE ALMENDRO | | CABO ROJO | PR | 00623 |
| 1565115 | ZaiterTrifilio, Sandra | Laguna Terrace | 6 Calle Mariano Ramirez Bages Apt. 7 E | | San Juan | PR | 00907 |
| 1886012 | Zeno Serrano, Jonathan | Parque Del Rio Encantada | P.C 69 #33 Plaza Centro | | Trujillo Alto | PR | 00976 |
| 1886012 | Zeno Serrano, Jonathan | Parque Del Rio Encantada | P.C 69 #33 Plaza Centro | | Trujillo Alto | PR | 00976 |

**<u>Exhibit B</u>**

Exhibit B

ERS ACR Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 58504 | BRUNO ROMAN, HENRY | COND SANTA ANA | 1026 AVE LUIS VIGOREAUX APT 5D | GUAYNABO | PR | 00971 |
| 58504 | BRUNO ROMAN, HENRY | COND SANTA ANA | 1026 AVE LUIS VIGOREAUX APT 5D | GUAYNABO | PR | 00971 |
| 1809391 | CAPIELO ORTIZ, JORGE D | 1175 CALLE 54 SE REPARTO METROPOLITANO | | SAN JUAN | PR | 00921 |
| 163866 | FELICIANO ROSADO, JESUS | PERLA DEL SUR 4413 PEDRO CARATINI | | PONCE | PR | 00717 |
| 1667233 | GONZALEZ, , GERARDO DIAZ | URB HACIENDA MONTE REY | 25 CALLE MORELIA | COAMO | PR | 00769 |
| 1584749 | Lopez David, Miriam | 425 East 105th Street Apt 5B | | New York | NY | 10029-5157 |
| 1816971 | Rosa Correa, Maria del C. | 7014 NW 57th CT | | Tamarac | FL | 33321-5713 |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)

**<u>Exhibit C</u>**

Exhibit C

HTA ACR Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | City | State | Postal Code |
|-------|------|----------|------|-------|-------------|
| 1952535 | FELICIANO ROSADO, JESUS | PERLA DEL SUR 4413 PEDRO CARATINI | PONCE | PR | 00717 |
| 1874740 | LECTORA SOTO, PABLO | PO BOX 224 | MERCEDITA | PR | 00715 |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

**Exhibit D**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELEVENTH NOTICE OF TRANSFER OF CLAIMS
TO ADMINISTRATIVE CLAIMS RECONCILIATION**

To the Honorable United States District Judge Laura Taylor Swain:

1.        On March 12, 2020, this Court entered the *Order (A) Authorizing Administrative Reconciliation Of Claims, (B) Approving Additional Form Of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order").  The ACR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation").

2.       On October 23, 2020, the Debtors filed the *Two Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 14904] and the *Two Hundred Sixty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to which Deficient Mailing Responses Were Received* [ECF No. 14910], and on March 12, 2021, the Debtors filed the *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* [ECF No. 16021] and the *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* [ECF No. 16030] (collectively, the "Omnibus Objections"), which, among other things, identified claims to be disallowed. The Debtors have identified certain of these claims for transfer into Administrative Claims Reconciliation based on the claimants responses to the Omnibus Objections.

3.       Additionally, the Debtors have identified other claims, which have not previously been objected to, as eligible for transfer into Administrative Claims Reconciliation.

4.       Pursuant to the ACR Order, the Debtors hereby transfer the claims identified on Exhibit A hereto (the "Eleventh ACR Designated Claims") into Administrative Claims

2

Reconciliation.   Each of the Eleventh ACR Designated Claims shall be resolved utilizing the

Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the

Grievance Procedures (each as defined in the ACR Order), as applicable and as set forth on Exhibit

A hereto.

5.       As directed by the ACR Order, the Debtors shall serve a copy of the ACR Transfer

Notice (as defined in the ACR Order) on each claimant whose claim is identified on Exhibit A hereto

(the "Eleventh ACR Designated Claimants").

6.       Prime Clerk is hereby authorized and directed to designate the Eleventh ACR

Designated Claims as "Subject to Administrative Reconciliation" on the Claims Registry in the Title

III cases.

7.       The Debtors shall serve copies of this notice upon the Eleventh ACR Designated

Claimants listed on Exhibit A and the Master Service List (as defined by the *Fourteenth Amended

Case Management Procedures* [Case No. 17-3283, ECF No. 15894-1]).  This notice is also available

on the Debtors' case website at https://cases.primeclerk.com/puertorico.


Dated:  April 21, 2021                                    Respectfully submitted,
        San Juan, Puerto Rico

                                                          */s/ Hermann D. Bauer*
                                                          Hermann D. Bauer
                                                          USDC No. 215205
                                                          Carla García Benítez
                                                          USDC No. 203708
                                                          **O'NEILL & BORGES LLC**
                                                          250 Muñoz Rivera Ave., Suite 800
                                                          San Juan, PR 00918-1813
                                                          Tel: (787) 764-8181
                                                          Fax: (787) 753-8944

                                                          *Attorneys for the Financial Oversight and
                                                          Management Board for Puerto Rico, as
                                                          representative for the Commonwealth of*

*Puerto Rico, Puerto Rico Highways and
Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico, Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico, Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

**<u>EXHIBIT A</u>**

**Schedule of Eleventh ACR Designated Claims**

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---|---|---|---|
| 37 | MALDONADO JIMNEZ, VIVIAN G. | Tax Refund Claims | $49.00 |
| 63 | AFREDO ACEVEDO-CRUZ / HIURISAN CASTRO ZAYAS | Tax Refund Claims | $2,185.00 |
| 73 | MERCADO MERCADO, HECTOR M | Tax Refund Claims | $1,863.00 |
| 539 | WILLIAMS, JAMES | Tax Refund Claims | $3,204.00 |
| 828 | RODRIGUEZ, LATOYA | Tax Refund Claims | $1,372.00 |
| 946 | VAZQUEZ BRENES, ANGEL MARIO | Tax Refund Claims | $3,500.00 |
| 1158 | MELENDEZ APONTE, ROBERTO | Tax Refund Claims | $3,114.00 |
| 1177 | MELENDEZ MELENDEZ, JOSE | Tax Refund Claims | $2,229.00 |
| 1182 | CRUZ, MARITZA | Tax Refund Claims | $925.00 |
| 1312 | LOPEZ VELEZ, LUIS A | Tax Refund Claims | $600.00 |
| 1639 | MORALES DELGADO, AGUSTIN | Tax Refund Claims | $1,200.00 |
| 1839 | MARTINEZ MENDEZ, WILFREDO | Tax Refund Claims | $1,973.00 |
| 1842 | ORTIZ RIVERA, MIGDALIA | Tax Refund Claims | $0.00 |
| 1871 | MATIAS MARTINEZ, SULLYBETH | Tax Refund Claims | $650.00 |
| 1937 | COLON MORALES, MIGUEL | Tax Refund Claims | $0.00 |
| 2005 | DE MAN, PATRICK | Tax Refund Claims | $0.00 |
| 2030 | FIGUEROA FIGUEROA, CARLOS | Tax Refund Claims | $2,856.00 |
| 2039 | RODRIGUEZ RIVERA, EDWIN | Tax Refund Claims | $1,970.00 |
| 2059 | GARCIA BURGOS, RAQUEL | Tax Refund Claims | $1,188.00 |
| 2196 | LOPEZ LOPEZ , VICTOR | Tax Refund Claims | $0.00 |
| 2399 | QUINONES GONZALEZ, CLARO | Tax Refund Claims | $4,000.00 |
| 2612 | LOPEZ COTTO, YESENIA | Tax Refund Claims | $0.00 |
| 2629 | VELEZ GONZALEZ, JORGE | Tax Refund Claims | $0.00 |
| 2728 | CHICO ACEVEDO, LUZ M | Tax Refund Claims | $1,000.00 |
| 2733 | RIVERA SANTIAGO, VICTOR | Tax Refund Claims | $3,686.00 |
| 2820 | COLON ROSADO, JOSE | Tax Refund Claims | $2,504.00 |
| 3066 | RIOS PASTRANA, VICTOR | Tax Refund Claims | $1,928.00 |
| 3080 | HERNANDEZ SUAZO, JORGE | Tax Refund Claims | $0.00 |
| 3174 | MARRERO ORTIZ, MIGUEL ANGEL | Tax Refund Claims | $3,830.00 |
| 3426 | RODRIGUEZ SANTANA, SAMUEL | Tax Refund Claims | $1,700.00 |
| 3583 | RODRIGUEZ BENITEZ, LUIS | Tax Refund Claims | $2,012.00 |
| 3649 | FUENTES, CARLOS E | Tax Refund Claims | $2,706.00 |
| 3754 | SAA SOLORZANO, JORGE V. | Tax Refund Claims | $795.00 |
| 3842 | MELENDEZ LEBRON, JUAN JOSE | Tax Refund Claims | $100.00 |
| 3987 | DE JESUS RODRIGUEZ PSC, DR REYNALDO | Tax Refund Claims | $0.00 |
| 4473 | ROMAN MILLET, JULIO E | Tax Refund Claims | $1,018.00 |
| 4599 | MIRANDA RIVERA, JAVIER | Tax Refund Claims | $2,376.00 |
| 4730 | TORRES RODRIGUEZ, IVELISSE | Tax Refund Claims | $1,808.00 |
| 5196 | PACHECO COLLAZO, HECTOR | Tax Refund Claims | $655.08 |
| 5263 | SANTIAGO MALDONADO, IVETTE | Tax Refund Claims | $500.00 |
| 5348 | CHARNECO SANCHEZ, DEIXTER MARIA | Tax Refund Claims | $1,902.00 |
| 5501 | MARTINEZ RIVERA, ANGEL | Tax Refund Claims | $2,438.00 |
| 6150 | FELIX MONTILLA, JUAN | Tax Refund Claims | $0.00 |
| 6313 | WOLFROM DE JESUS, WILLIAM | Tax Refund Claims | $0.00 |
| 6381 | HERNANDEZ DIAZ, JULIO | Tax Refund Claims | $796.00 |
| 6463 | RIVERA ORTIZ , ERIC | Tax Refund Claims | $1,490.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 6479 | NEGRON ORTIZ, EVELYN | Tax Refund Claims | $859.00 |
| 6634 | PADRO RIOS, RAFAEL | Tax Refund Claims | $672.65 |
| 6851 | FREYTES DE CHOUDENS, NICOLE | Tax Refund Claims | $1,868.00 |
| 6898 | GOMEZ QUINONES, ROLANDO | Tax Refund Claims | $772.00 |
| 6921 | RIVERA FIGUEROA, WANDA | Tax Refund Claims | $2,126.00 |
| 7169 | ALVAREZ VILLAREAL, EDUARDO | Tax Refund Claims | $2,100.00 |
| 7514 | QUILES SOTO, JOSE | Tax Refund Claims | $2,834.00 |
| 8226 | LOPEZ RUIZ, JEAN | Tax Refund Claims | $3,673.00 |
| 8464 | ALVARADO BAEZ, EVELYN | Tax Refund Claims | $0.00 |
| 8639 | PEREZ ZAYAS, RAFAEL | Tax Refund Claims | $1,470.00 |
| 9130 | MORALES MORALES, RICARDO | Tax Refund Claims | $2,018.00 |
| 10204 | BANKRUPTCY ESTATE OF PONTE INC CASE NO 15-03236 | Tax Refund Claims | $6,196.00 |
| 10339 | TORRES ANDINO, PABLO | Tax Refund Claims | $784.40 |
| 10921 | ANDINO FIGUEROA, JAIME | Tax Refund Claims | $3,997.00 |
| 11118 | VARGAS SALERNA, WANDA | Tax Refund Claims | $417.00 |
| 11639 | CESTERO-RODRIGUEZ, HERMAN | Tax Refund Claims | $3,899.00 |
| 11760 | RODRIGUEZ MARTINEZ, JAVIER | Tax Refund Claims | $2,320.00 |
| 12063 | VELAZQUEZ DELGADO, ALEXANDRA | Tax Refund Claims | $0.00 |
| 12120 | SANTOS DE JESUS, RAFAEL | Tax Refund Claims | $0.00 |
| 12383 | JIMENEZ MEDINA, GRISSEL | Tax Refund Claims | $0.00 |
| 12887 | RIVERA AYALA, JUAN | Tax Refund Claims | $0.00 |
| 13159 | GOMEZ, ANDRES RICARDO | Tax Refund Claims | $572.00 |
| 13356 | LOPEZ ARREDONDO, GUADALUPE | Tax Refund Claims | $0.00 |
| 13671 | APONTE LEON, LUIS | Tax Refund Claims | $983.00 |
| 14416 | FELICIANO FIGUEROA, EDNA | Tax Refund Claims | $1,844.00 |
| 14617 | RAMOS P, TANIA | Tax Refund Claims | $0.00 |
| 14952 | TORRES COLON, LUIS ALBERTO | Tax Refund Claims | $2,464.00 |
| 15397 | PEREZ OTERO, MARIA L | Tax Refund Claims | $1,000.00 |
| 16159 | LAGO SANTIAGO, MARIA | Tax Refund Claims | $0.00 |
| 16871 | RODRIGUEZ JIMENEZ, JESUS | Tax Refund Claims | $0.00 |
| 17140 | WISCOVITCH-RENTAS, NOREEN | Tax Refund Claims | $378.00 |
| 18374 | ROSA RIVERA, JUAN CARLOS | Tax Refund Claims | $747.52 |
| 18431 | CASTRO CRUZ, LUCY | Tax Refund Claims | $962.68 |
| 18707 | CRUZ MARRERO, FABIOLA | Tax Refund Claims | $3,200.00 |
| 18931 | WILLIAMS ROUSS, GEORGE | Tax Refund Claims | $1,393.55 |
| 20896 | DIAZ MARRERO, JOSE | Tax Refund Claims | $1,228.00 |
| 20909 | PEREZ AMARO, MARYLI | Tax Refund Claims | $1,852.00 |
| 21026 | URBINA REYES, GLORIMAR | Tax Refund Claims | $2,470.00 |
| 21552 | EMMANUEL RIVERA SANCHEZ AND ESTHER MOLINA BERN | Tax Refund Claims | $1,980.00 |
| 22565 | GONZALEZ BEAUCHAMP, MAYRA E | Tax Refund Claims | $1,457.00 |
| 23271 | MONCLOVA GARCIA, SARA | Tax Refund Claims | $0.00 |
| 23294 | RIVERA-GIERBOLINI, HECTOR H | Tax Refund Claims | $871.00 |
| 23474 | SANTIAGO RAMOS, CARLOS | Tax Refund Claims | $3,524.00 |
| 25053 | ACCARIA, DIANE | Tax Refund Claims | $858.00 |
| 26010 | LIMA BEAZ, SUCN JOSEFINA | Tax Refund Claims | $0.00 |
| 26059 | VALENZUELA CARABALLO, GILBERTO | Tax Refund Claims | $1,903.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---|---|---|---|
| 26231 | ALICEA, JOSE E | Tax Refund Claims | $318.00 |
| 26330 | GARCIA, MIGUEL A. | Tax Refund Claims | $997.00 |
| 26433 | SANDRA PACHECO SANTIAGO | Tax Refund Claims | $99.84 |
| 27087 | CARRASQUILLO GARCIA, JOSE | Tax Refund Claims | $2,434.00 |
| 27200 | ROQUE, JORGE | Tax Refund Claims | $4,000.00 |
| 27266 | FAMILIA JIMENEZ, FLOR M | Tax Refund Claims | $0.00 |
| 28263 | MOREL DE LOS SANTOS, FRANCISCA | Tax Refund Claims | $2,000.00 |
| 28614 | PEREZ BERDEGUER MD, DOMINGO | Tax Refund Claims | $1,628.00 |
| 29558 | COLON PAGAN, HECTOR L | Tax Refund Claims | $0.00 |
| 29624 | ORTIZ NIEVES, LYMARI | Tax Refund Claims | $743.00 |
| 29767 | RAMOS CASIANO, RAUL ALBERTO | Tax Refund Claims | $3,214.00 |
| 30156 | MONTANEZ LOPEZ, NEYSA N | Tax Refund Claims | $441.65 |
| 30191 | FUSTER LAVIN, JOSE | Tax Refund Claims | $4,000.00 |
| 30468 | ASTACIO DELGADO, NANCY STELLA | Tax Refund Claims | $3,045.96 |
| 30671 | SANCHEZ SOULTAIRE, IVELISSE | Tax Refund Claims | $2,939.00 |
| 30917 | MELENDEZ FRAGUADA, EVA E. | Tax Refund Claims | $2,326.00 |
| 31817 | ORAMAS NIVAL, DOMINGO G. | Tax Refund Claims | $582.00 |
| 31839 | ESPASAS PEREZ, CARLOS | Tax Refund Claims | $0.00 |
| 31887 | ERNESTO RODRIGUEZ RODRIGUEZ Y GLORIGLORIA L DIAZ | Tax Refund Claims | $345.00 |
| 33141 | FIGUEROA NIEVES, MAYRA | Tax Refund Claims | $2,385.00 |
| 34451 | QUINONES HERNANDEZ, RAMON | Tax Refund Claims | $1,716.00 |
| 34569 | ANTHONY ALICEA GARCIA - ESTATE | Tax Refund Claims | $3,469.00 |
| 34645 | RODRIGUEZ, LEANDRO | Tax Refund Claims | $0.00 |
| 35081 | MORENO MARTINEZ, LOURDES | Tax Refund Claims | $0.00 |
| 35199 | NEGRON COLON, EUTIMIO | Tax Refund Claims | $0.00 |
| 35350 | SOLER RODRIGUEZ, DIANNA | Tax Refund Claims | $2,446.00 |
| 35525 | RODRIGUEZ BONILLA, LUIS | Tax Refund Claims | $0.00 |
| 35556 | POPELNIK, RODOLFO B | Tax Refund Claims | $901.00 |
| 35709 | LOPEZ DAVID, MIRIAM | Tax Refund Claims | $2,250.00 |
| 35887 | GONZALEZ, AUGUSTO | Tax Refund Claims | $1,511.00 |
| 35931 | CONTRERAS GOMEZ, FIDEICOMISO | Tax Refund Claims | $884.00 |
| 36578 | JOSE LUIS OPPENHEIMER ALMODOVAR ARCADIA FIGUERO | Tax Refund Claims | $440.00 |
| 36947 | NAZARIO CHACON, BLANCA | Tax Refund Claims | $0.00 |
| 37007 | GANDIAGA CABRERA, CARLOS | Tax Refund Claims | $2,704.00 |
| 37756 | MARIN ALGARIN , ERNESTO | Tax Refund Claims | $0.00 |
| 37786 | HERNANDEZ CAJIGAS, GILBERTO | Tax Refund Claims | $2,200.00 |
| 37860 | RUIZ CASTRO, PEDRO | Tax Refund Claims | $0.00 |
| 38071 | PASTOR RAMOS, HARVEY | Tax Refund Claims | $1,799.00 |
| 38442 | MUNOZ, MIGUEL LEON | Tax Refund Claims | $1,408.00 |
| 39609 | RODRIGUEZ MALDONADO, EVERLIDIS | Tax Refund Claims | $0.00 |
| 39933 | GANDIAGA CABRERA, CARLOS | Tax Refund Claims | $1,915.00 |
| 40602 | MALARET, MYRIAM COSTA | Tax Refund Claims | $3,000.00 |
| 41105 | ARROYO ARROYO, RAMONA C | Tax Refund Claims | $1,000.00 |
| 41189 | RIVERA COLON, FELIX | Tax Refund Claims | $2,026.00 |
| 41395 | MORENO MARTINEZ,  LOURDES | Tax Refund Claims | $413.00 |
| 41571 | DIAZ RAMOS, LUZ | Tax Refund Claims | $1,177.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 42341 | GARCIA MARTINEZ, JOSE | Tax Refund Claims | $0.00 |
| 42664 | RAMIREZ DE LEON, JOSE  L | Tax Refund Claims | $0.00 |
| 42841 | LEON LEON, SONIA | Tax Refund Claims | $0.00 |
| 42909 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCES | Tax Refund Claims | $3,220.00 |
| 42959 | RAVELO CRUZ, MELVIN | Tax Refund Claims | $0.00 |
| 43063 | OSORIO OSORIO, JUSTINIANO | Tax Refund Claims | $1,303.00 |
| 43336 | BONILLA NEGRON, INGRID | Tax Refund Claims | $447.00 |
| 43547 | ZAITERTRIFILIO, SANDRA | Tax Refund Claims | $3,277.00 |
| 43653 | PEREZ, CARLOS ESPASAS | Tax Refund Claims | $0.00 |
| 43743 | NIEVES LOPEZ, GLORIA | Tax Refund Claims | $367.00 |
| 44997 | BONILLA ACEVEDO, WILDANNY | Tax Refund Claims | $0.00 |
| 45709 | GANDIAGA CABRERA, CARLOS | Tax Refund Claims | $889.00 |
| 46571 | QUINONEZ MENDEZ, JUAN DE DIOS | Tax Refund Claims | $0.00 |
| 46589 | ORTIZ, FELIX TORRES | Tax Refund Claims | $1,916.00 |
| 46784 | ESQUILIN QUINONEZ, YADIER | Tax Refund Claims | $0.00 |
| 47086 | VALENTIN PEREZ, EDWARDO | Tax Refund Claims | $984.00 |
| 47167 | GONZALEZ NIEVES, LUIS | Tax Refund Claims | $2,874.00 |
| 47657 | ANDUJAR ROMERO, BRITTANY | Tax Refund Claims | $2,322.00 |
| 48577 | JOSE A. CRIADO MARRERO ESTATE | Tax Refund Claims | $1,825.00 |
| 49148 | ALVELO ORTIZ, VIRNA L | Tax Refund Claims | $559.00 |
| 49160 | BEAZ ESTATE, JOSEFINA LIMA | Tax Refund Claims | $2,173.00 |
| 49262 | GARCIA VELEZ, MARTA  I. | Tax Refund Claims | $0.00 |
| 49542 | GONZALEZ VALLES, GLADYS | Tax Refund Claims | $0.00 |
| 49611 | PIOVANETTI PIETRI MD, ENRIQUE J | Tax Refund Claims | $0.00 |
| 49667 | TORRES GONZALEZ, VICTOR | Tax Refund Claims | $1,209.00 |
| 49684 | CAMACHO ROBLES, SANDRO | Tax Refund Claims | $1,394.00 |
| 51570 | CALDERON FIGUEROA, JOSE M | Tax Refund Claims | $1,000.00 |
| 52135 | RAMOS ROSA, YAMARIS | Tax Refund Claims | $1,000.00 |
| 54127 | PEREZ RIVERA, ELIZABETH | Tax Refund Claims | $1,582.00 |
| 54312 | GONZALEZ, , GERARDO DIAZ | Tax Refund Claims | $0.00 |
| 54925 | ROSARIO RODRIGUEZ , ADALIZ | Tax Refund Claims | $624.00 |
| 56852 | RAMIREZ DE LEON, JOSE L | Tax Refund Claims | $0.00 |
| 57252 | NIEVES MENDEZ, LUZ N | Tax Refund Claims | $0.00 |
| 64308 | SOTO NEGRON, RICARDO | Tax Refund Claims | $740.00 |
| 66633 | HERNANDEZ ROSADO, WILLIAM | Tax Refund Claims | $0.00 |
| 73647 | FRANCO PARIS, MAYRA ENID | Tax Refund Claims | $500.00 |
| 74343 | SANTIAGO, DIANA | Tax Refund Claims | $550.00 |
| 75098 | SOSE MORALES, HERIBERTO O | Tax Refund Claims | $0.00 |
| 75976 | CANDELARIO ROBLES, ANGEL | Tax Refund Claims | $0.00 |
| 76894 | CARRASQUILLO GONZALEZ, JENNIFER | Tax Refund Claims | $110.00 |
| 79460 | RODRIGUEZ CRESPO, KATHYA N | Tax Refund Claims | $350.00 |
| 79671 | SOSA MORALES, HERIBEITO O | Tax Refund Claims | $0.00 |
| 83290 | CARDONA CORTES, IVELICE | Tax Refund Claims | $0.00 |
| 84560 | HERNANDEZ OPIO, ALBERTO | Tax Refund Claims | $0.00 |
| 85283 | BURGOS, MAGNA I. | Tax Refund Claims | $500.00 |
| 86603 | LECTORA SOTO, PABLO | Tax Refund Claims | $0.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 86960 | TIRADO MEDINA, SAMUEL | Tax Refund Claims | $0.00 |
| 87544 | COELLO MATIAS, MYRTA | Tax Refund Claims | $0.00 |
| 87749 | SOLER RODRIGUEZ, DIANNA | Tax Refund Claims | $2,466.00 |
| 88085 | ORTIZ COLLAZO, KEVIN | Tax Refund Claims | $0.00 |
| 88220 | ROSA CORREA, MARIA DEL C. | Tax Refund Claims | $0.00 |
| 88484 | MUNIZ BATISTA, LISSETTE | Tax Refund Claims | $997.00 |
| 89043 | ROLON RODRIGUEZ, EDGARDO | Tax Refund Claims | $0.00 |
| 89642 | NIEVES TORRES, ALFREDO | Tax Refund Claims | $0.00 |
| 90697 | ROSADO DE JESUS, WILFREDO | Tax Refund Claims | $0.00 |
| 90905 | ORTIZ ROLDAN, ISMAEL J | Tax Refund Claims | $0.00 |
| 91968 | CRUZ NEGRON, NESTOR GERARDO | Tax Refund Claims | $0.00 |
| 95372 | TORO ECHEVARRIA, NILDA | Tax Refund Claims | $0.00 |
| 98093 | ZENO SERRANO, JONATHAN | Tax Refund Claims | $1,298.00 |
| 98258 | FELICIANO ROSADO, JESUS | Tax Refund Claims | $0.00 |
| 98904 | RAMOS RODRIGUEZ, JOSE | Tax Refund Claims | $205.00 |
| 102869 | CAPIELO ORTIZ, JORGE D | Tax Refund Claims | $400.00 |
| 104038 | GONZALEZ NORAT, ARISTIDES | Tax Refund Claims | $1,981.00 |
| 106915 | LOPEZ RODRIGUEZ, SANTOS | Tax Refund Claims | $972.00 |
| 108036 | HERNANDEZ SILVA, LIZAIRA | Tax Refund Claims | $0.00 |
| 110460 | DE JESUS GOMEZ, GRISELY | Tax Refund Claims | $0.00 |
| 111764 | HERNANDEZ VELEZ, NELIANNE | Tax Refund Claims | $700.00 |
| 114160 | COTTO RODRIGUEZ, CARMELO | Tax Refund Claims | $1,553.00 |
| 114873 | JIMENEZ CORDERO, LORNA  A. | Tax Refund Claims | $538.69 |
| 115271 | RODRIGUEZ RIVERA, JOHANNA | Tax Refund Claims | $0.00 |
| 116199 | RIVERA SANCHEZ, EFRAIN | Tax Refund Claims | $0.00 |
| 116498 | TORRES SANCHEZ, VERONICA | Tax Refund Claims | $0.00 |
| 118188 | PAGAN RUIZ, DENISSE | Tax Refund Claims | $0.00 |
| 119703 | ESTATE OF ANTONIO PAVIA VILLAMIL | Tax Refund Claims | $1,255.00 |
| 121904 | ESQUILLIN RAMOS, ZOE | Tax Refund Claims | $700.00 |
| 122468 | RIVERA, GUSTAVO | Tax Refund Claims | $2,841.00 |
| 122804 | BERRIOS SANTOS, ADA C. | Tax Refund Claims | $0.00 |
| 126152 | ROQUE DE JESUS, ISMAEL | Tax Refund Claims | $884.00 |
| 127157 | RUBEN HERNANDEZ SANTIAGO | Tax Refund Claims | $0.00 |
| 128065 | CARDONA ROSARIO, JOSE ANTONIO | Tax Refund Claims | $826.00 |
| 128196 | IRIZARRY VAZQUEZ, JOSE | Tax Refund Claims | $0.00 |
| 128979 | ESCOBAR BARRETO, MARIA | Tax Refund Claims | $1,011.00 |
| 131875 | ALVARADO LABRADOR, ALEIDA MARIA | Tax Refund Claims | $500.00 |
| 132055 | MANGUAL LOPEZ, MARICELI | Tax Refund Claims | $0.00 |
| 132191 | COLON BAEZ, CRUZ | Tax Refund Claims | $0.00 |
| 135195 | SANTIAGO DIAZ, MAGALY | Tax Refund Claims | $0.00 |
| 135257 | FLORES RODRIGUEZ, LAURA C | Tax Refund Claims | $1,065.00 |
| 135284 | CORDERO JIMENEZ, EDGAR | Tax Refund Claims | $0.00 |
| 135404 | TORO CRUZ, DAMASO | Tax Refund Claims | $1,417.00 |
| 138578 | LECTORA SOTO, PABLO | Tax Refund Claims | $0.00 |
| 138682 | BRUNO ROMAN, HENRY | Tax Refund Claims | $0.00 |
| 140520 | CARLO VIERA, BRENDA | Tax Refund Claims | $0.00 |

| Claim Number | Creditor | ACR Procedures | Total Filed |
|---|---|---|---|
| 147729 | RODRIGUEZ CANDELARIO, RAUL A. | Tax Refund Claims | $595.00 |
| 149155 | GUZMAN RIVERA, EDWARD | Tax Refund Claims | $0.00 |
| 149401 | MARTINEZ GONZALEZ, ELVIN | Tax Refund Claims | $0.00 |
| 150982 | QUINONES VELAZQUEZ, ALFRED | Tax Refund Claims | $0.00 |
| 151137 | NAVEDO ROSADO, CARMEN | Tax Refund Claims | $1,200.00 |
| 151583 | FELICIANO ROSADO, JESUS | Tax Refund Claims | $0.00 |
| 151627 | NAZARIO PADRO, DARIO | Tax Refund Claims | $0.00 |
| 156864 | HERNANDEZ OLIVENCIA, GABRIEL O. | Tax Refund Claims | $2,994.00 |
| 158921 | LOPEZ GARCIA, ELVIN | Tax Refund Claims | $0.00 |
| 159802 | MARCHANY CARRASQUILLO, MELISSA | Tax Refund Claims | $1,457.00 |
| 160535 | RODRIGUEZ VARELA, FRANCES L. | Tax Refund Claims | $2,023.00 |
| 164424 | DIAZ SUAREZ, ANGEL | Tax Refund Claims | $0.00 |
| 165313 | CRUZ, ARNALDO | Tax Refund Claims | $3,382.00 |
| 165443 | FELICIANO ROSADO, JESUS | Tax Refund Claims | $0.00 |
| 167077 | SANCHEZ, HECTOR | Tax Refund Claims | $3,472.00 |
| 167101 | SALAZAR GONZALEZ, ERMELINDA | Tax Refund Claims | $0.00 |
| 169238 | AMBEL BUGOS, MIGUEL A. | Tax Refund Claims | $0.00 |
| 169991 | SANCHEZ QUINONES, MARIA M. | Public Employee Claims | $0.00 |
| 172934 | TORRES GONZALEZ, SILVERIO | Public Employee Claims | $0.00 |
| 173137 | TORRES GONZALEZ, SANTIAGO | Public Employee Claims | $0.00 |
| 173731 | NAVARRO MARTINEZ, JOSEPHINE | Tax Refund Claims | $1,925.00 |
| 174078 | VAZQUEZ CLAUSELL, GERALDO | Public Employee Claims | $0.00 |
| 174079 | VAZQUEZ RAMOS, SAUL | Public Employee Claims | $0.00 |
| 174084 | VAZQUEZ CLAUSELL, CARMEN | Public Employee Claims | $0.00 |
| 174290 | MAS GONZÁLEZ, EDNA V. | Public Employee Claims | $0.00 |
| 174471 | ROSADO COLON, JACQUELINE | Public Employee Claims | $4,800.00 |
| 174615 | WEST MUNOZ, CARL | Public Employee Claims | $0.00 |
| 174638 | BONILLA PONTON, LORRAINE | Public Employee Claims | $4,800.00 |
| 174639 | MALDONADO SANCHEZ, FIDEL | Public Employee Claims | $0.00 |
| 174658 | MORO ORTIZ, MARICELIS | Public Employee Claims | $0.00 |
| 174687 | SANCHEZ CRUZ, SOTERO | Public Employee Claims | $0.00 |
| 174863 | TRINIDAD MORENO, EDWIN | Public Employee Claims | $0.00 |
| 175863 | BERNIER BERNIER , MINERVA | Tax Refund Claims | $0.00 |
| 175955 | ALDREY AQUINO, SANTIAGO | Public Employee Claims | $4,800.00 |
| 176065 | RAMOS RODRIGUEZ, AIDA LUZ | Tax Refund Claims | $0.00 |
| 176226 | SANTIAGO, JORGE RAMOS | Tax Refund Claims | $0.00 |
| 178142 | PADIN, JUAN GREGORIO | Public Employee Claims | $28,800.00 |
| 178962 | HERNANDEZ HERNANDEZ, CARLOS M. | Tax Refund Claims | $2,969.00 |

**<u>Exhibit E</u>**

## Administrative Claims Reconciliation Procedures

1.      The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

> a.  Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "Administrative Reconciliation Notice"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process.  The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

> b.  In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process.  If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2.      With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3.      Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "ACR Designated Claims") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases.  The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

4.        Within sixty (60) days of service of the Administrative Reconciliation Notice, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Department of Treasury ("Hacienda"), or the applicable agency or governmental entity previously responsible for handling a Claim, as the case may be, shall restart the processing of the Claims through Administrative Claims Reconciliation.  ERS, Hacienda, or the applicable agency or governmental entity responsible for handling a Claim, as the case may be, shall reach an initial determination as to whether to grant or deny the Claim within ninety (90) days of the recommencement of consideration of the Claim, unless the parties agree otherwise.  To the extent that the local law or procedure applicable to a Claim provides more than ninety (90) days for resolution of the Claim, the time period provided under such local law or procedure shall prevail. Such ninety (90) day period relates to the initial determination of the Claim only.  In the event that either party seeks further review of an initial determination, such further review shall not be limited by this ninety (90) day period.

5.        Within ninety (90) days of filing the first Administrative Reconciliation Notice, and every sixty (60) days thereafter, the Debtors shall file with the Court a notice (an "Administrative Reconciliation Status Notice") setting forth the status of the ACR Designated Claims.  The Administrative Reconciliation Status Notice shall identify, for each ACR Designated Claim, whether it is a Pension/Retiree Claim, a Tax Refund Claim, a Public Employee Claim, or a Grievance Claim.  The Administrative Reconciliation Status Notice shall provide the following information with respect to each ACR Designated Claim:

    a.  The date the ACR Designated Claim was transferred into Administrative Reconciliation.

    b.  The agency that is responsible for processing the ACR Designated Claim.

    c.  Whether the agency responsible for processing the ACR Designated Claim has begun reviewing the Claim.  If the agency has not begun reviewing the Claim within sixty (60) days of the date the ACR Designated Claim was transferred into Administrative Reconciliation, the Administrative Reconciliation Status Notice will include a brief explanation for the delay.

    d.  Whether the agency responsible for processing the ACR Designated Claim has a complete administrative file for the Claim, including any follow up documentation requested from claimants.

    e.  Whether an initial determination on the ACR Designated Claim has been made. In the event that more than ninety (90) days have elapsed since the recommencement of consideration of the Claim, and an initial determination has not yet been reached, the Administrative Reconciliation Status Notice shall indicate whether the time period was extended by agreement of the parties or because the time period provided under local laws or procedures for resolving the Claim exceeds ninety (90) days.

    f.  Whether the claimant has taken an appeal from the initial determination and if so, the status of that appeal.

2

g.  Whether the ACR Designated Claim has been resolved (the "ACR Resolved
Claims"), either because the claimant has exhausted any available appeals or
because the claimant has not filed an appeal within the applicable time period for
doing so, and the date on which the ACR Designated Claim was resolved.

h.  Whether an ACR Resolved Claim has been paid within one-hundred and twenty
(120) days of the date it was resolved.

6.  For the avoidance of doubt, Administrative Claims Reconciliation shall not pertain
to any proofs of claim filed by Doral Financial Corporation or any agreements underlying such
claims.

**<u>Exhibit F</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered)[1] |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **April 23, 2021**

Designated Claimant(s):

Address:


Designated Claim Number(s):

Amount(s) Stated in Proof(s) of Claim:

Claim Type:


> This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, **the Commonwealth of Puerto Rico** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in **the Commonwealth of Puerto Rico's** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: Claims for pension or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("<u>Tax Refund Claims</u>"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and **the Commonwealth of Puerto Rico** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim:

If you do not hear from a Commonwealth agency representative within **SIXTY DAYS OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

## <u>Overview of Administrative Claims Reconciliation Procedures</u>

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "<u>Initial Determination</u>") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **<u>Pension/Retiree Claims</u>**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **<u>Tax Refund Claims</u>**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **<u>Public Employee Claims</u>**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **<u>Grievance Claims</u>**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

3

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

4

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

### AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES

Fecha de Notificación: **23 de abril de 2021**

Reclamante(s) designados:

Dirección:


Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación:

> Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]     Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

5

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, el **Estado Libre Asociado de Puerto** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III del **Estado Libre Asociado de Puerto Rico** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la *Orden* emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: *(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado*. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y el **Estado Libre Asociado de Puerto Rico** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

## Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "Determinación Inicial") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de contribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

7

- **Reclamaciones de empleados públicos**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **Reclamaciones de quejas/agravios**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo. Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

### Administrative Claims Reconciliation Procedures

1.      The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

      a.   Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "Administrative Reconciliation Notice"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process.  The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

      b.   In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process.  If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2.      With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3.      Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "ACR Designated Claims") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases. The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

4.      Within sixty (60) days of service of the Administrative Reconciliation Notice, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Department of Treasury ("Hacienda"), or the applicable agency or governmental entity previously responsible for handling a Claim, as the case may be, shall restart the processing of the Claims through Administrative Claims Reconciliation.  ERS, Hacienda, or the applicable agency or governmental entity responsible for handling a Claim, as the case may be, shall reach an initial determination as to whether to grant or deny the Claim within ninety (90) days of the recommencement of consideration of the Claim, unless the parties agree otherwise.  To the extent that the local law or procedure applicable to a Claim provides more than ninety (90) days for resolution of the Claim, the time period provided under such local law or procedure shall prevail. Such ninety (90) day period relates to the initial determination of the Claim only.  In the event that either party seeks further review of an initial determination, such further review shall not be limited by this ninety (90) day period.

5.      Within ninety (90) days of filing the first Administrative Reconciliation Notice, and every sixty (60) days thereafter, the Debtors shall file with the Court a notice (an "Administrative Reconciliation Status Notice") setting forth the status of the ACR Designated Claims.  The Administrative Reconciliation Status Notice shall identify, for each ACR Designated Claim, whether it is a Pension/Retiree Claim, a Tax Refund Claim, a Public Employee Claim, or a Grievance Claim.  The Administrative Reconciliation Status Notice shall provide the following information with respect to each ACR Designated Claim:

   a.  The date the ACR Designated Claim was transferred into Administrative Reconciliation.

   b.  The agency that is responsible for processing the ACR Designated Claim.

   c.  Whether the agency responsible for processing the ACR Designated Claim has begun reviewing the Claim.  If the agency has not begun reviewing the Claim within sixty (60) days of the date the ACR Designated Claim was transferred into Administrative Reconciliation, the Administrative Reconciliation Status Notice will include a brief explanation for the delay.

   d.  Whether the agency responsible for processing the ACR Designated Claim has complete administrative file for the Claim, including any follow up documentation requested from claimants.

   e.  Whether an initial determination on the ACR Designated Claim has been made. In the event that more than ninety (90) days have elapsed since the recommencement of consideration of the Claim, and an initial determination has not yet been reached, the Administrative Reconciliation Status Notice shall indicate whether the time period was extended by agreement of the parties or because the time period provided under local laws or procedures for resolving the Claim exceeds ninety (90) days.

   f.  Whether the claimant has taken an appeal from the initial determination and if so, the status of that appeal.

2

g.  Whether the ACR Designated Claim has been resolved (the "<u>ACR Resolved Claims</u>"), either because the claimant has exhausted any available appeals or because the claimant has not filed an appeal within the applicable time period for doing so, and the date on which the ACR Designated Claim was resolved.

h.  Whether an ACR Resolved Claim has been paid within one-hundred and twenty (120) days of the date it was resolved.

6.     For the avoidance of doubt, Administrative Claims Reconciliation shall not pertain to any proofs of claim filed by Doral Financial Corporation or any agreements underlying such claims.

**Exhibit G**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **April 23, 2021**

Designated Claimant(s):

Address:


Designated Claim Number(s):

Amount(s) Stated in Proof(s) of Claim:

Claim Type:


> This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, **Employees Retirement System of the Government of the Commonwealth of Puerto Rico** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in **Employees Retirement System of the Government of the Commonwealth of Puerto Rico's** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: Claims for pension or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("<u>Tax Refund Claims</u>"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and **Employees Retirement System of the Government of the Commonwealth of Puerto Rico** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim:

If you do not hear from a Commonwealth agency representative within **<u>SIXTY DAYS</u> OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

2

## <u>Overview of Administrative Claims Reconciliation Procedures</u>

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "<u>Initial Determination</u>") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **<u>Pension/Retiree Claims</u>**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **<u>Tax Refund Claims</u>**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **<u>Public Employee Claims</u>**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **<u>Grievance Claims</u>**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

3

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES

Fecha de Notificación: **23 de abril de 2021**

Reclamante(s) designados:

Dirección:


Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación:

---

Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]       Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

5

> Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada
> gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales),
> disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, el **Sistema de Retiro de los Empleados** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III del **Sistema de Retiro de los Empleados** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la *Orden* emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: *(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado*. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y el **Sistema de Retiro de los Empleados** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

## Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "Determinación Inicial") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de contribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

- **<u>Reclamaciones de empleados públicos</u>**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **<u>Reclamaciones de quejas/agravios</u>**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo. Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

## <u>Administrative Claims Reconciliation Procedures</u>

1.      The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

a.   Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "<u>Administrative Reconciliation Notice</u>"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process.  The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

b.   In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process.  If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2.      With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3.      Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "<u>ACR Designated Claims</u>") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases.  The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

4.      Within sixty (60) days of service of the Administrative Reconciliation Notice, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Department of Treasury ("Hacienda"), or the applicable agency or governmental entity previously responsible for handling a Claim, as the case may be, shall restart the processing of the Claims through Administrative Claims Reconciliation.  ERS, Hacienda, or the applicable agency or governmental entity responsible for handling a Claim, as the case may be, shall reach an initial determination as to whether to grant or deny the Claim within ninety (90) days of the recommencement of consideration of the Claim, unless the parties agree otherwise.  To the extent that the local law or procedure applicable to a Claim provides more than ninety (90) days for resolution of the Claim, the time period provided under such local law or procedure shall prevail.  Such ninety (90) day period relates to the initial determination of the Claim only.  In the event that either party seeks further review of an initial determination, such further review shall not be limited by this ninety (90) day period.

5.      Within ninety (90) days of filing the first Administrative Reconciliation Notice, and every sixty (60) days thereafter, the Debtors shall file with the Court a notice (an "Administrative Reconciliation Status Notice") setting forth the status of the ACR Designated Claims.  The Administrative Reconciliation Status Notice shall identify, for each ACR Designated Claim, whether it is a Pension/Retiree Claim, a Tax Refund Claim, a Public Employee Claim, or a Grievance Claim.  The Administrative Reconciliation Status Notice shall provide the following information with respect to each ACR Designated Claim:

   a. The date the ACR Designated Claim was transferred into Administrative Reconciliation.

   b. The agency that is responsible for processing the ACR Designated Claim.

   c. Whether the agency responsible for processing the ACR Designated Claim has begun reviewing the Claim.  If the agency has not begun reviewing the Claim within sixty (60) days of the date the ACR Designated Claim was transferred into Administrative Reconciliation, the Administrative Reconciliation Status Notice will include a brief explanation for the delay.

   d. Whether the agency responsible for processing the ACR Designated Claim has a complete administrative file for the Claim, including any follow up documentation requested from claimants.

   e. Whether an initial determination on the ACR Designated Claim has been made. In the event that more than ninety (90) days have elapsed since the recommencement of consideration of the Claim, and an initial determination has not yet been reached, the Administrative Reconciliation Status Notice shall indicate whether the time period was extended by agreement of the parties or because the time period provided under local laws or procedures for resolving the Claim exceeds ninety (90) days.

   f. Whether the claimant has taken an appeal from the initial determination and if so, the status of that appeal.

2

g.  Whether the ACR Designated Claim has been resolved (the "ACR Resolved Claims"), either because the claimant has exhausted any available appeals or because the claimant has not filed an appeal within the applicable time period for doing so, and the date on which the ACR Designated Claim was resolved.

h.  Whether an ACR Resolved Claim has been paid within one-hundred and twenty (120) days of the date it was resolved.

6.      For the avoidance of doubt, Administrative Claims Reconciliation shall not pertain to any proofs of claim filed by Doral Financial Corporation or any agreements underlying such claims.

3

**<u>Exhibit H</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **April 23, 2021**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
Claim Type:


This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, **Puerto Rico Highways and Transportation Authority** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in **Puerto Rico Highways and Transportation Authority's** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III</u> <u>Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: Claims for pension or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("<u>Tax Refund Claims</u>"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and **Puerto Rico Highways and Transportation Authority** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim:

If you do not hear from a Commonwealth agency representative within **<u>SIXTY DAYS</u> OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

2

## <u>Overview of Administrative Claims Reconciliation Procedures</u>

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "<u>Initial Determination</u>") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **<u>Pension/Retiree Claims</u>**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **<u>Tax Refund Claims</u>**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **<u>Public Employee Claims</u>**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **<u>Grievance Claims</u>**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES

Fecha de Notificación: **23 de abril de 2021**

Reclamante(s) designados:

Dirección:


Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación:

> Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]      Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

> Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231</u> (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, el **Autoridad de Carreteras y Transportación** presenta las reclamaciones anteriormente identificadas (las "<u>Reclamacion(es) de Reconciliación Administrativa Designada(s)</u>") en el caso de Título III del **Autoridad de Carreteras y Transportación** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("<u>Procedimientos de Reconciliación Administrativa</u>") establecidos por la ***Orden*** emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: ***(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado***. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("<u>Reclamaciones de jubilación/pensión</u>"), las reclamaciones por reembolso de contribuciones ("<u>Reclamaciones de reembolso de contribuciones</u>"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("<u>Reclamaciones de empleados públicos</u>") y las querellas sindicales ("<u>Reclamaciones de quejas/agravios</u>"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y el **Autoridad de Carreteras y Transportación** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

Si no recibe comunicación de un representante de la agencia dentro de los **<u>SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.</u>**

## <u>Descripción General de los Procedimientos de Reconciliación</u> <u>Administrativa de</u> <u>Reclamaciones</u>

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "<u>Determinación Inicial</u>") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de contribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

7

- **<u>Reclamaciones de empleados públicos</u>**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **<u>Reclamaciones de quejas/agravios</u>**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo. Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

## Administrative Claims Reconciliation Procedures

1. The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

> a. Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "Administrative Reconciliation Notice"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process. The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

> b. In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process. If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2. With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3. Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "ACR Designated Claims") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases. The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

4.      Within sixty (60) days of service of the Administrative Reconciliation Notice, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Department of Treasury ("Hacienda"), or the applicable agency or governmental entity previously responsible for handling a Claim, as the case may be, shall restart the processing of the Claims through Administrative Claims Reconciliation.  ERS, Hacienda, or the applicable agency or governmental entity responsible for handling a Claim, as the case may be, shall reach an initial determination as to whether to grant or deny the Claim within ninety (90) days of the recommencement of consideration of the Claim, unless the parties agree otherwise.  To the extent that the local law or procedure applicable to a Claim provides more than ninety (90) days for resolution of the Claim, the time period provided under such local law or procedure shall prevail. Such ninety (90) day period relates to the initial determination of the Claim only.  In the event that either party seeks further review of an initial determination, such further review shall not be limited by this ninety (90) day period.

5.      Within ninety (90) days of filing the first Administrative Reconciliation Notice, and every sixty (60) days thereafter, the Debtors shall file with the Court a notice (an "Administrative Reconciliation Status Notice") setting forth the status of the ACR Designated Claims.  The Administrative Reconciliation Status Notice shall identify, for each ACR Designated Claim, whether it is a Pension/Retiree Claim, a Tax Refund Claim, a Public Employee Claim, or a Grievance Claim.  The Administrative Reconciliation Status Notice shall provide the following information with respect to each ACR Designated Claim:

a.  The date the ACR Designated Claim was transferred into Administrative Reconciliation.

b.  The agency that is responsible for processing the ACR Designated Claim.

c.  Whether the agency responsible for processing the ACR Designated Claim has begun reviewing the Claim.  If the agency has not begun reviewing the Claim within sixty (60) days of the date the ACR Designated Claim was transferred into Administrative Reconciliation, the Administrative Reconciliation Status Notice will include a brief explanation for the delay.

d.  Whether the agency responsible for processing the ACR Designated Claim has a complete administrative file for the Claim, including any follow up documentation requested from claimants.

e.  Whether an initial determination on the ACR Designated Claim has been made. In the event that more than ninety (90) days have elapsed since the recommencement of consideration of the Claim, and an initial determination has not yet been reached, the Administrative Reconciliation Status Notice shall indicate whether the time period was extended by agreement of the parties or because the time period provided under local laws or procedures for resolving the Claim exceeds ninety (90) days.

f.  Whether the claimant has taken an appeal from the initial determination and if so, the status of that appeal.

g.  Whether the ACR Designated Claim has been resolved (the "ACR Resolved Claims"), either because the claimant has exhausted any available appeals or because the claimant has not filed an appeal within the applicable time period for doing so, and the date on which the ACR Designated Claim was resolved.

h.  Whether an ACR Resolved Claim has been paid within one-hundred and twenty (120) days of the date it was resolved.

6.    For the avoidance of doubt, Administrative Claims Reconciliation shall not pertain to any proofs of claim filed by Doral Financial Corporation or any agreements underlying such claims.

3