**Exhibit A**

**Proposed Order**

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### ORDER GRANTING TWO HUNDRED SIXTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS

Upon the *Two Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 14915] (the "Two Hundred Sixty-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated October 23, 2020, for entry of an order disallowing in their entirety certain claims filed

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Sixty-Eighth Omnibus Objection.

1

against the Commonwealth, as more fully set forth in the Two Hundred Sixty-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Sixty-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Sixty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Two Hundred Sixty-Eighth Omnibus Objection (collectively, the "Satisfied Claims") having been found to be fully satisfied; and the Court having determined that the relief sought in the Two Hundred Sixty-Eighth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Sixty-Eighth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Sixty-Eighth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Sixty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Satisfied Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Satisfied Claims as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 14915 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Sixty-Eighth Omnibus Objection**

Two Hundred and Sixty-Eighth Omnibus Objection
Exhibit A - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | APONTE BARRIOS, GERARDO<br>1123 WALT WILLIAMS RD LOT 207<br>LAKELAND, FL 33809-2394 | 3/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 542 | $ 590.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90142910 dated 08/15/2018 and Check No. 90151401 dated 04/23/2019 | | | | | |
| 2 | BLESS THERAPY PLACE P S C<br>PLAZA CAROLINA STATION<br>PO BOX 10038<br>CAROLINA, PR 00988-1038 | 3/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1168 | $ 2,294.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90143537 dated 9/14/2018. | | | | | |
| 3 | BLESS THERAPY PLACE PSC<br>PLAZA CAROLINA STATION<br>PO BOX 10038<br>CAROLINA, PR 00988-1038 | 8/22/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87 | $ 9,144.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90143537 dated 09/14/2018 and Check No. 90135091 dated 02/26/2018. | | | | | |
| 4 | CARIBBEAN DATA SYSTEM INC.<br>AVE. SAN PATRICIO # 636<br>SAN JUAN, PR 00920 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36320 | $ 22,630.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 20171100. The records of the Public Housing Administration show such invoices have been fully satisfied, pursuant to EFT Nos. 9506 and 198695 dated 05/02/2019. | | | | | |
| 5 | CORDOVA, JEANNETTE FERNANDEZ<br>URB SAN PEDRO<br>G1 CALLE DAVID<br>TOA BAJA, PR 00949-5415 | 8/16/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45 | $ 674.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90155791 dated 07/18/2019. | | | | | |
| 6 | GENERAL INVESTMENT LLC (EIN NO. 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)<br>PO BOX 365051<br>SAN JUAN, PR 00936-5051 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43068 | $ 47,645.60 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 12-0947-13, 04-0945-14, 2015-07-038, 2015-10-038, and 2016-05-048. The records of the Department of Labor and Human Resources show such invoices have been fully satisfied, pursuant to EFT No. 00098512 dated 09/07/2018 and Check No. 03365451 dated 02/16/2016. | | | | | |
| 7 | HERNANDEZ, LUCAS MARTINEZ<br>URB VISTA LAGO 98 CALLE LAGO CARITE<br>GURABO, PR 00778 | 9/13/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154 | $ 4,464.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90621284 dated 07/13/2018. | | | | | |

## Two Hundred and Sixty-Eighth Omnibus Objection
### Exhibit A - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | PUERTO RICO LEGAL ADVOCATES PSC<br>PO BOX 7462<br>PONCE, PR 00732 | 12/6/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 352 | $ 70,856.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90142910 dated 08/15/2018 and Check No. 90142907 dated 08/15/2018. | | | | | |
| 9 | RIVERA SIACA, LUIS A.<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA STREET 2 FLOOR<br>SAN JUAN, PR 00901 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58318 | $ 455,433.24 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 14-35DE, 14-40DE, 14-42DE, l4-38DE, 14-41DE, 14-36DE, 14-37DE, DE-AAA-92, 14-39DE, DE-AAA-95, DE-AAA-89, and DE-AAA-96. The records of the Department of Education show such invoices has been fully satisfied, pursuant to ACH Nos. 00004148, 00004148, 00004148, 00004381, 00004381, 00005653, 00005653, 00005653, 00005653, 00005653, 00006725, and 00006725 dated 06/18/2018, 06/18/2018, 06/18/2018, 06/21/2018, 06/21/2018, 07/09/2018, 07/09/2018, 07/09/2018, 07/09/2018, 07/09/2018, 08/02/2018, and 08/02/2018, respectively. | | | | | |
| 10 | SMART PAVE SOLUTION LLC<br>352 AVE SAN CLAUDIO PMB 351<br>SAN JUAN, PR 00926 | 9/13/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152 | $ 1,196.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90149207 dated 02/12/2019. | | | | | |
| 11 | SOLIDARITY MEDICAL GROUP INC<br>PO BOX 6833<br>MAYAGUEZ, PR 00681 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 765 | $ 21,281.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 901290989 dated 09/15/2017. | | | | | |
| 12 | WOLFF, GEORGE<br>5576 LUCIA PLACE<br>SARASOTA, FL 34238-6206 | 3/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 589 | $ 1,020.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017. | | | | | |
| | | | | | TOTAL | $ 637,227.84 |