# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Andrew Jiménez-Cancel hereby respectfully withdraws his appearance as counsel for Sidley Austin LLP (the "Party"), and respectfully requests that he be removed from the master service list of attorneys in this case.

The Party will continue to be represented by attorney Sergio Ramirez de Arellano (Docket No. 16617), who will also act as local counsel of record for the following counsel who have been admitted pro hac vice to act as counsel for Sidley Austin LLP in the above captioned case, pursuant to applications filed at Docket Nos. 8484, 8485, and 8486, respectively:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

(1) Anne E. Beaumont, Esq.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
E-mail: abeaumont@fklaw.com

(2) Eric Seiler, Esq.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
E-mail: eseiler@fklaw.com

(3) Danielle E. Tepper, Esq.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
E-mail: dtepper@fklaw.com

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all CM/ECF participants in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of April of 2021.

By: /s/Andrew Jiménez-Cancel
Andrew Jiménez-Cancel
ANDREW JIMENEZ LLC
USDC-PR # 226510
P.O. Box 9023654
San Juan, PR 00902-3654
Telephone: (787) 638-4778
ajimenez@ajlawoffices.com