# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 11:45 AM (AST)

**Afternoon Session:**
Set: 2:15 PM (AST)
Started: 2:20 PM (AST)
Ended: 4:13 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**          DATE: April 28, 2021
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, et al.<br>Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority<br>Debtor | 3:17-BK-4780 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| Autoridad de Energía Eléctrica de Puerto Rico,<br>Plaintiff<br><br>v.<br><br>Vitol Inc. and Vitol S.A., et al.,<br>Defendants | 3:19-AP-00453 (LTS)<br><br>in 17-4780 (LTS) |

3:17-BK-3283 (LTS)
Omnibus Hearing -- April 28, 2021

| | |
|---|---|
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-00003 (LTS)<br><br>in 17-3283 (LTS) |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-00004 (LTS)<br><br>in 17-3283 (LTS) |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-00005 (LTS)<br><br>in 17-3283 (LTS) |

3:17-BK-3283 (LTS)
Omnibus Hearing -- April 28, 2021

| Rafael Hernández-Montañez, Plaintiff<br><br>v.<br><br>Pedro Pierluisi Urrutia, et al. Defendants | 3:21-AP-00042 (LTS)<br><br>in 17-3283 (LTS) |
|---|---|

**Omnibus Hearing held.** [1]

I. **STATUS REPORT**

1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 16614]
2. Report from AFAAF. [Case No. 17-3283; ECF No. 16616]

II. **CONTESTED MATTERS**

1. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

    - Matter taken under advisement. Order to be issued.

2. Government Parties' Motion for Order Allowing LUMA Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract [Case No. 17-3283, ECF No. 16241; Case No. 17-4780, ECF No. 2417]

    - Matter taken under advisement. Order to be issued.

3. Commonwealth's Motion for Stay Relief to Prosecute Further Motions for Partial Summary Judgment. [Case No. 17-3283, ECF Nos. 16326; Adv. Case No. 20-00003, ECF Nos. 142; Adv. Case No. 20-00004, ECF Nos. 133; Adv. Case No. 20-00005, ECF Nos. 154]

    - Denied. Order to be issued.

4. UCC's Cross-Motion for Stay Relief for Leave to File Limited Objection, or in the Alternative, to Intervene. [Case No. 17-3283, ECF No. 16403; Adv. Case No. 20-00003, ECF No. 147; Adv. Case No. 20-00004, ECF No. 138; Adv. Case No. 20-00005, ECF No. 159]

---

[1] Notice of Amended Agenda of Matters Scheduled for the Hearing on April 28-29, 2021 at 9:30 A.M. AST [Case No. 17-3283, ECF No. 16615].

- Denied. Order to be issued.

5. Debtors' Joint Motion to Schedule Hearing to Consider Adequacy of Information Contained in Disclosure Statement. [Case No. 17-3283, ECF No. 16332]

    - Granted with modifications.
    - Revised proposed order to be submitted.

6. UCC's Urgent Motion to Schedule Hearing on Renewed Rule 3013 Motion. [Case No. 17-3283, ECF No. 16397]

    - Denied without prejudice. Order to be issued.

7. Two Hundred Ninety Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 15716]

    - Granted.
    - Proposed order to be submitted.

8. Two Hundred Ninety-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16018]

    - Granted.
    - Revised proposed order to be submitted.

**Further Omnibus Hearing set for April 29, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk