# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 9:30 AM (AST)
Started: 9:47 AM (AST)
Ended: 12:59 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**    DATE: April 29, 2021
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, et al., Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority<br>Debtor | 3:17-BK-4780 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| Autoridad de Energía Eléctrica de Puerto Rico, Plaintiff<br><br>v.<br><br>Vitol Inc. and Vitol S.A., et al., Defendants | 3:19-AP-00453 (LTS)<br><br>in 17-4780 (LTS) |

3:17-BK-3283 (LTS)
Further Omnibus Hearing -- April 29, 2021

| | |
|---|---|
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-00003 (LTS)<br><br>in 17-3283 (LTS) |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-00004 (LTS)<br><br>in 17-3283 (LTS) |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v.<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-00005 (LTS)<br><br>in 17-3283 (LTS) |

3:17-BK-3283 (LTS)
Further Omnibus Hearing -- April 29, 2021

| | |
|---|---|
| Rafael Hernández-Montañez, Plaintiff<br><br>v.<br><br>Pedro Pierluisi Urrutia, et al., Defendants | 3:21-AP-00042 (LTS)<br><br>in 17-3283 (LTS) |

**Further Omnibus Hearing held.**

### III. ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT [Adv. Case No. 19-00453]

1. Vitol's Motion for Summary Judgment. [Adv. Case No. 19-00453, ECF No. 37]
2. PREPA's Cross-Motion for Summary Judgment. [Adv. Case No. 19-00453, ECF No. 53]

Motions taken under advisement. Order to be issued.

### IV. ORAL ARGUMENT ON MOTION FOR PRELIMINARY INJUNCTION [Adv. Case No. 21-00042]

1. Hon. Rafael Hernández-Montañez's Motion for Temporary Restraining Order and, in the Alternative, Preliminary Injunctive Relief. [Adv. Case No. 21-00042, ECF No. 3]
    - Denied. Order to be issued.

### V. ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
2. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]
3. Cobra Acquisitions LLC's Motion to Lift Stay Order. [Case No. 17-3283, ECF No. 16328; Case No. 17-4780, ECF No. 2428]
4. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 16331]
5. Debtors' Omnibus Objections to Claims.

3:17-BK-3283 (LTS)
Further Omnibus Hearing -- April 29, 2021

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 28, 2021 Omnibus Hearing to the June 16, 2021 Omnibus Hearing [Case No. 17-3283, ECF No. 16567]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk