# **EXHIBIT A**

**O'Melveny**

O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429

T: +1 949 823 6900
F: +1 949 823 6994
omm.com

April 19, 2021

**Elizabeth L. McKeen**
D: +1 949 823 7150
emckeen@omm.com

<u>**VIA E-MAIL**</u>

Robert S. Berezin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

John Hughes, III
Atara Miller
MILBANK LLP
55 Hudson Yards
New York, New York 10001

William Natbony
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281

Martin Sosland
BUTLER SNOW LLP
5430 Lyndon B. Johnson Freeway, Suite 1200
Dallas, Texas 75240

Re: <u>***Discovery in Revenue Bond Adversary Proceeding, Nos. 20-00003, 20-00004, 20-00005***</u>

Counsel:

In connection with its discovery efforts in the revenue bond adversary proceedings, AAFAF has located the bound volume for PRIFA Special Tax Revenue Bonds, Series 1988A, which exists only in hard copy form. Given the age of the bound volume, the documents cannot be scanned without damaging the originals. AAFAF today produced photographs of the Table of Contents for the bound volume at PRIFA_STAY0006981. If you desire, we will meet and confer to make this bound volume available for inspection at a mutually agreeable time and location. Please advise so that we can make necessary arrangements.

Sincerely,

*/s/ Elizabeth L. McKeen*

Elizabeth L. McKeen

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo