# **EXHIBIT F**

O'Melveny

O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429

T: +1 949 823 6900
F: +1 949 823 6994
omm.com

April 21, 2021

Elizabeth L. McKeen
D: +1 949 823 7150
emckeen@omm.com

**VIA E-MAIL**

Robert S. Berezin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

John Hughes, III
Atara Miller
MILBANK LLP
55 Hudson Yards
New York, New York 10001

William Natbony
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, New York 10281

Martin Sosland
BUTLER SNOW LLP
5430 Lyndon B. Johnson Freeway, Suite 1200
Dallas, Texas 75240

Re:    **Discovery in CCDA Revenue Bond Adversary Proceeding, No. 20-00004**

Counsel:

We write in response to your letter dated March 31, 2021. AAFAF, as fiscal agent for the Tourism Company, is providing the below-listed information in response to the requests in your March 31 letter and Request Nos. 8–11 of *Defendants' Second Set of Document Requests for the Production of Documents in Connection with the CCDA Revenue Bond Adversary Proceeding.* For clarity, this letter repeats both the corresponding headings from the March 31 letter and the request numbers from Defendants' second set of document requests.

**CCDA Flow of Funds**

Request Nos. 8–9

Defendants requested information regarding transfers into the GDB -9758 account listed as "TRANF. RECIBIDA DE BPPR" and "BOOK BAL ROOM TAX TURISMO" in CCDA_STAY0016468 and CCDA_STAY0016472.

Personnel from AAFAF were able to retrieve screen prints from GDB's Security Investment System software providing some additional detail regarding those transfers, which AAFAF is producing today. See CCDA_STAY0017613–CCDA_STAY0017631. Those screen shots identify the bank account that was the source of the transfers in the transfer description as Banco Popular account ▮▮▮▮6545. AAFAF already produced all available account statements and documents relating to this account. See CCDA_STAY0006943–CCDA_STAY0006947, CCDA_STAY0001551–CCDA_STAY0001639, CCDA_STAY0014494–CCDA_STAY0014540.

O'Melveny

The Tourism Company conducted a reasonably diligent search, as described in our April 6, 2021 letter, and was not able to locate any further information in its records.

Request No. 10:

Defendants requested documents sufficient to show the recipient of certain enumerated transfers listed on account statements for the FirstBank -3961 account. The recipient of each of these transfers is the Tourism Company. The FirstBank -3961 includes both a checking and a savings account. As shown in the table below, all of the transactions listed in Request No. 10 involve internal transfers or correction of mistaken transfers between the FirstBank -3691 checking account to the -3961 savings account.

| Date | Defendants' Description | Response | Supporting Document |
|---|---|---|---|
| January 22, 2020 | Withdrawal of $3,033,456.25 out of FirstBank -3961. (CCDA_STAY0014371.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014371 |
| February 20, 2020 | A withdrawal of $3,033,456.25 out of FirstBank -3961. (CCDA_STAY0014375.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014375 |
| March 27, 2020 | Withdrawal of $3,033,456.25 out of FirstBank -3961. (CCDA_STAY0014377.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014377 |
| April 29, 2020 | Withdrawal of $38,495.32 out of FirstBank -3961. (CCDA_STAY0014379.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014379 |
| May 4, 2020 | Withdrawal of $3,033,456.25 out of FirstBank -3961. (CCDA_STAY0014382.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014382 |
| August 4, 2020 | Withdrawal of $16,371.25 out of FirstBank -3961. | Correction of mistaken duplicate transfer from | CCDA_STAY0014387, CCDA_STAY0014389 |

O'Melveny

| Date | Defendants' Description | Response | Supporting Document |
|---|---|---|---|
| | (CCDA_STAY0014389.) | FirstBank -3961's checking account to FirstBank -3961's savings. | |
| September 29, 2020 | Withdrawal of $1,693.58 out of FirstBank -3961. (CCDA_STAY0014392.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014392 |
| December 28, 2020 | Withdrawal of $6,067,562.50 out of FirstBank -3961. (CCDA_STAY0014398.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014398 |
| January 26, 2021 | Withdrawal of $3,033,781.25 out of FirstBank -3961. (CCDA_STAY0014373.) | Internal transfer from FirstBank -3961's checking account to FirstBank -3961's savings account. | CCDA_STAY0014373 |

**Recipients of Transfers**

Request No. 11:

Defendants requested information to identify the recipient and purpose of certain transfers out of the Scotiabank -5138 account (Tourism Company's "Public Funds Account" used for supplier payments) and also out of the Banco Popular -2306 account (Tourism Company's "COMPUTADORA SUPLIDORES LASER" used as a savings account). As shown in the table below, these transfers were either payments to the Tourism Company's suppliers, disbursements to casino operators, payments to the Puerto Rico Direct Marketing Organization, or transfers to the Tourism Company's FirstBank -3961 account.

| Date | Defendants' Description | Response | Supporting Document |
|---|---|---|---|
| January 14, 2020 | Withdrawal of $3,413,573.11 out of Scotiabank -5138. (CCDA_STAY0012669.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0012669–CCDA_STAY0012741 CCDA_STAY0017577–CCDA_STAY0017579 |

O'Melveny

| Date | Defendants' Description | Response | Supporting Document |
|---|---|---|---|
| February 10, 2020 | Withdrawal of $9,914,773.40 out of Scotiabank -5138. (CCDA_STAY0012742.) | Monthly disbursement to casino operators based on percentage of slot machine revenues. | CCDA_STAY0012742–CCDA_STAY0012840<br><br>CCDA_STAY0017605–CCDA_STAY0017608 |
| April 30, 2020 | Withdrawal of $1,343,475.37 out of Scotiabank -5138. (CCDA_STAY0014541.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014541–CCDA_STAY0014548<br><br>CCDA_STAY0017585–CCDA_STAY0017588 |
| May 1, 2020 | Withdrawal of $2,500,000.00 out of Scotiabank -5138. (CCDA_STAY0014737.) | Payment to the Direct Marketing Organization of Puerto Rico for its operations. | CCDA_STAY0014737–CCDA_STAY0014761 |
| May 8, 2020 | Withdrawal of $3,851,650.50 out of Scotiabank -5138. (CCDA_STAY0014737.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014737–CCDA_STAY0014761<br><br>CCDA_STAY0017589–CCDA_STAY0017591 |
| June 25, 2020 | Withdrawal of $1,019,384.86 out of Scotiabank -5138. (CCDA_STAY0014705.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014705–CCDA_STAY0014736<br><br>CCDA_STAY0017598–CCDA_STAY0017604 |
| July 6, 2020 | Withdrawal of $4,500,000.00 out of Scotiabank -5138. (CCDA_STAY0014660.) | Payment to the Direct Marketing Organization of Puerto Rico for its operations. | CCDA_STAY0014660–CCDA_STAY0014704 |
| August 17, 2020 | Withdrawal of $3,805,929.63 out of Scotiabank -5138. (CCDA_STAY0014549.) | Monthly disbursement to casino operators based on percentage of slot machine revenues. | CCDA_STAY0014549–CCDA_STAY0014602<br><br>CCDA_STAY0017609–CCDA_STAY0017612 |

O'Melveny

| Date | Defendants' Description | Response | Supporting Document |
|---|---|---|---|
| September 10, 2020 | Withdrawal of $993,219.32 out of Scotiabank -5138. (CCDA_STAY0014821.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014821– CCDA_STAY0014853 CCDA_STAY0017567– CCDA_STAY0017571 |
| October 8, 2020 | Withdrawal of $615,457.25 out of Scotiabank -5138. (CCDA_STAY0014783.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014783– CCDA_STAY0014820 CCDA_STAY0017592– CCDA_STAY0017597 |
| December 3, 2020 | Withdrawal of $645,234.89 out of Scotiabank -5138. (CCDA_STAY0014603.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014603– CCDA_STAY0014622 CCDA_STAY0017572– CCDA_STAY0017576 |
| December 7, 2020 | Withdrawal of $11,799,505.81 out of BPPR -2306. (CCDA_STAY0014486.) | Reversal of mistaken December 4, 2020 transfer from another Tourism Company account. | CCDA_STAY0014486– CCDA_STAY0014489 |
| December 29, 2020 | Withdrawal of $6,067,562.50 out of BPPR -2306. (CCDA_STAY0014486.) | Transfer to Tourism's FirstBank -3961 account. | CCDA_STAY0014486– CCDA_STAY0014489 CCDA_STAY0014398– CCDA_STAY0014399 |
| February 11, 2021 | Withdrawal of $3,068,701.86 out of Scotiabank -5138. (CCDA_STAY0014623.) | Withdrawal to fund payments to Tourism Company suppliers. | CCDA_STAY0014623– CCDA_STAY0014644 CCDA_STAY0017580– CCDA_STAY0017584 |

O'Melveny

Sincerely,

/s/ *Elizabeth L. McKeen*

Elizabeth L. McKeen