# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, <br> Plaintiff, <br> v. <br> AMBAC ASSURANCE CORPORATION, *et al.*, <br> Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, <br> Plaintiff, <br> v. <br> AMBAC ASSURANCE CORPORATION, *et al.*, <br> Defendants. | Adv. Proc. No. 20-00005-LTS |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS IN THE REVENUE BOND <u>ADVERSARY PROCEEDINGS</u>**

THIS MATTER is before the Court on the Defendants' *Motion to Compel Production of Withheld Documents in the Revenue Bond Adversary Proceedings* (the "Motion to Compel"), filed by Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, The Bank of New York Mellon, and U.S. Bank Trust National Association (collectively, the "Defendants") in Adv. Proc. No. 20-00003 ("PRIFA Adversary Proceeding"), Adv. Proc. No. 20-00004 ("CCDA Adversary Proceeding"), and Adv. Proc. No. 20-00005 ("HTA Adversary Proceeding," and collectively with the PRIFA Adversary Proceeding and the CCDA Adversary Proceeding, the "Revenue Bond Adversary Proceedings"). The Motion to Compel sought to compel certain disclosures from the Financial Oversight and Management Board for Puerto Rico (the "Board"), the sole representative of the Commonwealth in these Title III proceedings ("Plaintiff"), and certain Commonwealth instrumentalities[2] (together, with Plaintiff, the "Government"), regarding bonds issued by the Puerto Rico Infrastructure Finance Authority ("PRIFA"), the Puerto Rico Convention Center District Authority ("CCDA"), and the Puerto Rico Highways and Transportation Authority ("HTA"), in connection with discovery authorized under the *Order Regarding Discovery in Connection with Motions of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims* (Dkt. No. 15656 in 17-BK-3283; Dkt. No. 115 in 20-AP-03; Dkt. No. 108 in 20-AP-04; and Dkt. No. 129 in 20-AP-05) (the "Rule 56(d) Order").

---

[2] "PRIFA-Related Instrumentalities" refers to AAFAF, the Commonwealth Treasury, GDB, and PRIFA; "CCDA-Related Instrumentalities" refers to AAFAF, the Commonwealth Treasury, GDB, CCDA, and the Tourism Company; and "HTA-Related Instrumentalities" refers to AAFAF, the Commonwealth Treasury, GDB, and HTA.

The Court hereby **GRANTS** the Motion to Compel in accordance with the following:

1. The Government shall produce any documents that it instructed third parties to withhold (or prepare a privilege log with respect to any documents subject to an assertion of privilege).

2. The Government shall produce any documents it has collected but withheld on the basis of scope objections to Defendants' document requests.

3. To the extent not already produced by the Government or third parties, the Government shall produce any documents the Government has received from subpoena recipients in connection with the Revenue Bond Adversary Proceedings (or prepare a privilege log with respect to any documents subject to an assertion of privilege).

4. The Government shall provide the following disclosures regarding its communications with subpoena recipients: (i) whether its communications with any rum producers or accounting firms that received subpoenas included discussions regarding potential objections (and if so, which ones); (ii) who initiated these communications and the dates thereof; and (iii) which counsel for the third parties participated in the communications.

This Order resolves Dkt. No. ___ in 17-BK-3283, Dkt. No. ___ in 20-AP-03, Dkt. No. ___ in 20-AP-04, and Dkt. No. ___ in 20-AP-05.

SO ORDERED.

_____
Judith Gail Dein
United States Magistrate Judge

Dated: May ___ , 2021