# **EXHIBIT N**

| | |
|---|---|
| **From:** | Natbony, Bill |
| **To:** | Hughes, John; Miller, Atara; Adam Langley; Martin Sosland; Robert Berezin; Reed Collins; Hall, Jaclyn; Schrieber, Zack; Ellenberg, Mark; Hawkins, Howard; Servais, Casey |
| **Subject:** | [EXT] Fwd: Squire Patton Boggs Subpoena - HTA Bonds Adversary Proceeding (Adv. No. 20-05 Bankr. D. Puerto Rico) |
| **Date:** | Thursday, April 22, 2021 9:54:40 AM |
| **Attachments:** | image001.jpg |

See below

Sent from my iPhone

Begin forwarded message:

> From: "Talisman, Charles" <charles.talisman@squirepb.com>
> Date: April 22, 2021 at 9:18:52 AM EDT
> To: "Natbony, Bill" <Bill.Natbony@cwt.com>
> Cc: rcamara@ferraiuoli.com
> **Subject: Squire Patton Boggs Subpoena - HTA Bonds Adversary Proceeding (Adv. No. 20-05 Bankr. D. Puerto Rico)**
>
> Dear Bill:
>
> Thank you for speaking to me on Tuesday regarding the subpoena issued to our firm in the above-captioned matter. As you know, we already produced a copy of the closing binders we maintained for the 2005 HTA 2005 Series K, L and BB Bonds. We also agreed, during our call, to search for and produce any other controlling documents relating to these Bonds Series that may have been omitted from the closing binders or finalized after the closing binders were prepared. As discussed, I do not know if any such documents exist, but we will produce them this week if we locate any such documents.
>
> We also discussed the following categories of documents:
>
> 1. <!--[endif]-->Non-privileged drafts of the closing documents, to the extent they contain different language than the final documents regarding (i) the assets used as a source of payment of the bonds, or (ii) the use or legal or beneficial ownership of those assets.
> 2. <!--[endif]-->Any non-privileged notes or communications regarding any such change in language.
> 3. <!--[endif]-->Any narrative documents describing the assets used as a source of payment.
>
> I explained that, having conferred with the Government's attorneys, it is the Government's position that any documents in these categories are outside the scope of the limited Rule 56(d) discovery ordered by the Court, and that any documents we hold

are Government documents as to which we are bound to follow our former client's instructions. We believe we are bound to honor those instructions, barring any contrary ruling by the Court.

I also requested, as discussed last week, that you identify any particular provisions in the closing documents that defendants believe are key to the issues in the case. The reason for this request is so that I can determine whether we even hold any documents reflecting changes to those provisions.

I believe this is an accurate summary of the key points of our discussion, but if you believe it is inaccurate, please let me know.

Best regards,

Rick

P.S. – I have copied Roberto Camara Fuertes as you requested. I did not make a full record of who was on the call, so please feel free to forward as appropriate.



**Charles E. (Rick) Talisman**
Partner
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T +1 202 457 6438
O +1 202 457 6000
F +1 202 457 6315

charles.talisman@squirepb.com | squirepattonboggs.com

---

45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal

entities. Please visit www.squirepattonboggs.com for more information.

#US

-------------------------------------------------------------------

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.