# **EXHIBIT Q**

| | |
|---|---|
| **From:** | Hughes, John |
| **To:** | Pavel, Ashley; McKeen, Elizabeth L.; Roth, Joseph L.; Firestein, Michael A.; Rappaport, Lary Alan; Friedman, Peter; Olivera, Gabriel L.; Kremer, Matthew P.; Hammack, Scott; Mervis, Michael T.; Munkittrick, David A.; Stafford, Laura; Dale, Margaret A.; ebarak@proskauer.com; Jones, Jennifer L.; Desatnik, Daniel; Kass, Colin; Triggs, Matthew; Mungovan, Timothy W.; Dalog, John Paolo; Covucci, Amber L.; Carolina Velaz Rivero; Beiswenger, Jacob T. |
| **Cc:** | Zwillinger, Zachary S.; Amend, Peter; Nayuan Zouairabani Trinidad; Mintz, Doug; Walsh, Abbey; Koff, Douglas; Gillespie, Noah; Bassett, Nicholas; lucdespins@paulhastings.com; Bongartz, Alex; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz; Arturo J. Garcia; Roach, Jared S.; eschaffer@reedsmith.com; Silverman, Ronald J.; Keller, Robin; Hefter, Michael C.; Posner, Sara; Bailey, Jeb; Berezin, Robert; Calabrese, Christine; Carson, Candice; Collins, Reed; Curtin, Thomas; Hall, Jaclyn; Langley, Adam; Natbony, Bill; PR.Assured@cwt.com; Servais, Casey; Silbert, Gregory; Sosland, Martin; Miller, Atara; Mainland, Grant; Ohring, Jonathan; Paslawsky, Alexandra; Denker, Will |
| **Subject:** | RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence |
| **Date:** | Friday, April 23, 2021 4:15:00 PM |

Ashley,

Since I understand the parties will not be having any further meet-and-confers on the issues addressed in the emails below, can the Government please provide by email (i) a list of the lawyers who should be copied on the calendar invites going forward, (ii) a list of the firms that formerly represented the Government and thus should be included within the agreement to include the Government on meet-and-confers (the letter from Tuesday lists Greenberg Traurig, Hawkins, Squire Patton Boggs, and Nixon Peabody, as the firms the Government has been speaking to), and (iii) a list of the subpoenas that are subject to the Government's forthcoming motion to quash (or confirmation that it's the same list as the preceding list, if that is the case).

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

**From:** Pavel, Ashley <apavel@omm.com>
**Sent:** Thursday, April 22, 2021 8:32 PM
**To:** Hughes, John <JHughes2@milbank.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>; Carolina Velaz Rivero <cvelaz@mpmlawpr.com>; Beiswenger, Jacob T. <jbeiswenger@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug

<Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** [EXT] RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John-

You have our sign off to file with these changes.

Best,
Ashley

---

**From:** Hughes, John <JHughes2@milbank.com>
**Sent:** Thursday, April 22, 2021 4:12 PM
**To:** Pavel, Ashley <apavel@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>; Carolina Velaz Rivero <cvelaz@mpmlawpr.com>; Beiswenger, Jacob T. <jbeiswenger@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>;

eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

[EXTERNAL MESSAGE]

Ashley,

Defendants have made two minor changes, (i) adding Assured and National's signature block, and (ii) clarifying that Defendants have agreed to the Government's proposed briefing schedule.

On the latter point, Defendants' preference would be a schedule that is shorter than what the Government has proposed (specifically, Defendants would propose motions on 4/27, oppositions on 4/30, replies on 5/3, and the hearing, if any, on 5/4). That said, in the spirit of compromise, Defendants are willing to agree to the Government's preferred schedule, as long as the report is revised as noted. Please let us know if the Government is signed off on this version.

I understand your statement that the parties have reached an impasse on "these issues" to mean that the Government does not believe a further meet-and-confer regarding issues #1 and #2 in our e-mail exchanges today would be productive. If that is incorrect, please let me know. Defendants are happy to have another conversation before filing the motions next week if that would be fruitful in narrowing any disputes or clarifying the parties' respective positions.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

---

**From:** Pavel, Ashley <apavel@omm.com>
**Sent:** Thursday, April 22, 2021 5:29 PM
**To:** Hughes, John <JHughes2@milbank.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel

3

L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>; Carolina Velaz Rivero <cvelaz@mpmlawpr.com>; Beiswenger, Jacob T. <jbeiswenger@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** [EXT] RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John-

The parties appear to have reached an impasse on these issues. In the attached document we accepted your changes and tracked our additions, which reflect that the Government Parties will simultaneously be moving for a protective order. Let us know if this works for you.

Best,
Ashley

---

**From:** Hughes, John <JHughes2@milbank.com>
**Sent:** Thursday, April 22, 2021 12:58 PM
**To:** Pavel, Ashley <apavel@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A.

4

<mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

### [EXTERNAL MESSAGE]

Ashley,

Please find attached a revised version of the status report. Defendants view this as the kind of issue on which a hearing might be appropriate. We have revised to have the parties express no position on whether there should be a hearing, merely providing a date on which the parties are available if the Court does wish to schedule one.

With regard to the other issues:

1. As Defendants have noted, we do not have anything from the Government explaining which objections form the basis of its decisions to *withhold* (and instruct others to withhold) responsive documents. While the Government has made a number of objections, there was quite explicit discussion, for example on the March 1, 2021, meet-and-confer, that the Government was not planning to apply the objections in a "technical" manner and was not planning to withhold documents that are found based on the objections. For instance, in response to a series of questions about what the Government was going to withhold, Liz said, "We are not being technical in our collection efforts. Where we are drawing the line is we are not asking for emails." Accordingly, Defendants do believe they need some explanation of which objections were actually the basis of decisions to withhold. If the Government is not

5

   willing to provide anything more, we will address it in the motion.

2. We view these questions as relevant to the core issue of whether there was an improper effort to interfere with Defendants' legitimate efforts to seek discovery from third parties. Who initiated the communication and who it was with are highly relevant context, from which inferences about the purpose of the communication can be drawn. In our view, the Government's letter last night also did not directly answer the question of whether the Government's communications with third parties included discussions concerning the three specific topics we identified. If a further meet-and-confer would be productive, we're happy to do that. If the Government's view is that it has provided all the information it is willing to provide, then Defendants will respectfully reserve their rights and address the issue as appropriate in connection with upcoming motions.

3. Defendants are open to including O'Melveny and Proskauer on calendar invites for meet-and-confers with law firms that previously represented the Government, on the understanding that (i) any representatives from the Government are going to be primarily in listening mode, not having debates with us that the parties should properly be having in their own meet-and-confers without burdening a third party, and (ii) we will not schedule the calls around O'Melveny and Proskauer's availability, which would be unworkable given the number of calls and short timeframe on which they are sometimes scheduled. We understand the Government's request to be limited to meet-and-confers that involve former counsel for the Government, as opposed to counsel for underwriters or other parties.

With regard to whether the Government should separately move for a protective order, Defendants of course will abide fully by the letter and spirit or any order the Court enters, but the effect of the order necessarily turns on what the Court actually says. For example, in connection with the last motion to compel, the Court denied our request that the Government conduct an e-mail review based on burden and time considerations, but the Court also said it was not addressing third-party subpoenas and that the Rule 56(d) Order did not categorically bar e-mail discovery. Obviously, Defendants' motion to compel will tee up the specific issue of the Government's instructions to law firms to withhold documents, but without knowing how broadly or narrowly the Court might rule on that issue, Defendants would have to reserve their rights to proceed in accordance with the letter and spirit of whatever ruling the Court ultimately makes.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

---

**From:** Pavel, Ashley <apavel@omm.com>
**Sent:** Thursday, April 22, 2021 1:07 PM
**To:** Hughes, John <JHughes2@milbank.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth,

Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** [EXT] RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John-

While it appears that the parties no longer have a dispute regarding our communications with subpoenaed third parties, it does seem we have a fundamental disagreement regarding the appropriate scope of production from the Government Parties (and the law firms in possession of certain client files).  We believe the joint status report for filing today should propose a briefing schedule on your proposed motion to compel without previewing arguments. To that end, we are attaching a revised joint statement for your review.  We accepted your proposal for Defendants to file their motion to compel on Monday, but shifted the rest of the briefing schedule by one day and suggested the Court take the motion under submission.  Let us know if the attached is agreeable to you and your colleagues.

In the meantime, below are our responses to the questions you've raised:

1. The Government Parties have disclosed to Defendants exactly what they agreed to search for and produce, if located.  For example, in our March 4, 2021 meet and confer letter, we specified that in

response to PRIFA Request No. 1, CCDA Request No. 1, and HTA Request No. 1, we would produce "official statements or agreements related to the PRIFA, CCDA, or HTA bonds." As detailed in our letter from yesterday, we have consistently made clear that we did not agree that drafts or emails relating to the bond documents (which Defendants are now seeking from the Government's law firms) were within the scope of discovery allowed under the Rule 56(d) Order.

2. We do not understand how this information is remotely relevant.

3. The Government Parties agree that O'Melveny and/or Proskauer should be included in all meet and confers with the subpoenaed law firms going forward. If Defendants agree the Court's ruling on any motion to compel with respect to the Government's documents will govern the appropriate scope of subpoenas to the law firms, the Government Parties agree there is not a need for the Government Parties to separately move to quash the subpoenas or move for a protective order, but reserve all rights to seek relief in the future if it becomes necessary.

---

**From:** Hughes, John <JHughes2@milbank.com>
**Sent:** Thursday, April 22, 2021 9:56 AM
**To:** Pavel, Ashley <apavel@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant

<GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

[EXTERNAL MESSAGE]

Ashley,

Further to my email from this morning, and in the interest of time, here are some comments from Defendants on the status report.  We reserve the right to revise once the parties have an opportunity to discuss the open issues.

Best,
John

John J. Hughes, III  |  Milbank  |  Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

---

**From:** Hughes, John
**Sent:** Thursday, April 22, 2021 9:30 AM
**To:** 'Pavel, Ashley' <apavel@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam

9

<Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

Ashley,

Thank you for your response.  Is the Government available to meet-and-confer sometime today?  There are a few open issues.

1.  When is the government going to provide the list of objections on the basis of which it withheld documents (or instructed others to withhold)?  We need to understand the basis of the Government's withholding before we can file the motion to compel production of the withheld documents.  Can the Government describe conceptually the objections today and provide a date by which it will follow up with a written summary of the objections that were the basis of withholding?

2.  Regarding your letter, in view of the fact that the Government is not indicating who initiated the conversations with rum producers, can the Government identify the specific lawyers from Bacardi and Serralles who joined these conversations.

3.  With regard to the proposed motion to quash or modify the subpoenas addressed to law firms, the parties have not really met-and-conferred regarding this issue, and I think this is one where a meet-and-confer could be productive.  For example, Defendants would not necessarily rule out the possibility of inviting the Government to participate in meet-and-confers with law firms, if that is an area of concern for the Government.  Defendants served notice of all subpoenas on the Government and assumed the Government would reach out to discuss any concerns it had (that is one reason why notice of subpoenas is required under the rules).  Indeed, part of our point in the status report on Friday was that the parties should be meeting-and-conferring transparently with each other regarding any disputes about subpoenas.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

**From:** Pavel, Ashley <apavel@omm.com>
**Sent:** Wednesday, April 21, 2021 9:52 PM
**To:** Hughes, John <JHughes2@milbank.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott

<shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** [EXT] RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John-

Please see the attached correspondence in response to your letter from earlier today. By any reasonable measure, this should satisfy Defendants' desire for information regarding conversations the Government Parties have had with third party subpoena recipients. As we have indicated in our prior discussions, if Defendants have a problem with what has been produced by the Government or its agents, the appropriate vehicle for that is a motion to compel. Your current approach is improper and transparently designed to clog up the discovery process with questions like whether Bacardi reached out to Proskauer, or vice versa. Such information is entirely irrelevant.

In the event our correspondence does not resolve your issues regarding the Government Parties' conversations with third party subpoena recipients, we have prepared a joint status report for your review. We have left a blank for you to describe the relief you intend seek, as that remains unclear to us. As you will see, if you intend to move forward with these issues, we intend to move to quash your subpoenas to the Government's law firms (including the one served on PMA at this late date today) as it has become clear to us that the current discovery strategy you are pursuing is antithetical to the efficient process ordered by Judge Swain. In the draft statement, we have proposed that these motions be briefed on the same schedule.

Our draft is mindful of the direction of the Court that the status report be brief.  We do not agree with the inclusion of position statements in your draft.  Any arguments about the substance will be presented in the parties' respective briefs.  Per the Court's order they do not belong in this status report and we ask that you not insert an improper multi-page description of your legal position in this document as you did in the last report.

Please let us know by noon ET tomorrow if, upon receipt of the information we provided in our attached letter, Defendants believe the Parties still have a live dispute.  If not, we can revise the status report accordingly.

Best,
Ashley

---

**From:** Hughes, John <JHughes2@milbank.com>
**Sent:** Wednesday, April 21, 2021 6:31 PM
**To:** McKeen, Elizabeth L. <emckeen@omm.com>; Pavel, Ashley <apavel@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

[EXTERNAL MESSAGE]

Liz,

In an effort to address the Government's concerns about timing, please find attached a preliminary draft of the joint status report, which we are sharing now so that the Government has more time to review and draft its position. We're endeavored to follow Judge Dein's instruction that this report should be "brief."

Obviously, we have prepared this draft without the benefit of the Government's answers to the questions. The draft is premised on the assumption that the Government is planning to substantively answer the questions Defendants have asked about third-party communications—which could remove that as a source of dispute in the present posture, and leave as the only immediate dispute the question of whether the underlying documents should be produced. If there are gaps in what information the Government is willing to provide in responses to the questions, we would need to frame the report differently.

We're happy to have a brief call tonight or tomorrow if there are any issues that could be resolved more efficiently that way.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

**From:** Hughes, John
**Sent:** Wednesday, April 21, 2021 1:20 PM
**To:** 'McKeen, Elizabeth L.' <emckeen@omm.com>; Pavel, Ashley <apavel@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz

<Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

Liz,

Please see the attached correspondence, which contains the questions and also describes issues Defendants plan to raise in the status report tomorrow.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

**From:** McKeen, Elizabeth L. <emckeen@omm.com>
**Sent:** Wednesday, April 21, 2021 1:11 PM
**To:** Hughes, John <JHughes2@milbank.com>; Pavel, Ashley <apavel@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>;

14

eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** [EXT] RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John –

On our call yesterday at 5pm ET, you indicated you had a list of specific questions to ask the government parties about their communications with subpoenaed entities, in addition to the information that we had already communicated in our written correspondence. We asked that you send us those questions in writing so we could respond quickly and efficiently, and you said you would. It's now after 1pm ET, and we still have not received your list -- which is surprising since you said on the call that your questions were already prepared.

If you still intend to ask us questions, please do so now. The Court is expecting the parties to report tomorrow regarding whether there remains a dispute about the sufficiency of what we have disclosed to you about our communications with subpoenaed entities. You indicated yesterday that our answers to your questions could obviate the need for briefing, but we quite obviously cannot consider your questions until we receive them. Your delay is prejudicing our ability to meaningfully respond in advance of tomorrow's deadline.

Thanks,
Liz

# O'Melveny

**Elizabeth L. McKeen**
emckeen@omm.com
O: +1-949-823-7150

O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Website | LinkedIn | Twitter | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** McKeen, Elizabeth L.
**Sent:** Tuesday, April 20, 2021 12:48 PM
**To:** 'Hughes, John' <JHughes2@milbank.com>; Pavel, Ashley <apavel@omm.com>; Roth, Joseph L. <joeroth@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John –

I'm not sure that it will be productive to share dueling authorities with you.  As I'm sure your own research has revealed, courts have expressly recognized that a client, or a former client, has control over its former attorney's files for discovery purposes.  The Government's client files located at Greenberg Traurig, for example, are no less the Government's than if those files were located at AAFAF.  (Indeed, had the Government requested that Greenberg Traurig return all its files to the Government, Greenberg would have been obligated to do so.)  As such, the Government and its lawyers (e.g., O'Melveny) have the right to preserve the government's objections to your requests for the government's documents, regardless of where such documents are physically located.

Your repeated suggestion that something is untoward about these communications is not well-taken.  In our view, the far more problematic issue is your subpoenaing of the government's current

and former law firms – for the government's documents -- in what you appear to have acknowledged is an attempt to get around the government's own production objections. We had understood the purpose of your third-party law firm subpoenas was to efficiently coordinate with these firms for the production of documents that were not in the government's physical possession but which the government had agreed to provide – much like you subpoenaed third-party banks for categories of documents that the government had agreed to provide but, in some instances, could not physically locate.

Now that we understand the purpose of these subpoenas to current and former law firms, from your perspective, was to simply end-run the Government's objections, we ask that you immediately withdraw them. We ask that you advise on our call whether you will do so.

Thanks,
Liz

**From:** Hughes, John <JHughes2@milbank.com>
**Sent:** Tuesday, April 20, 2021 11:14 AM
**To:** Pavel, Ashley <apavel@omm.com>; Roth, Joseph L. <joeroth@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>

**Subject:** RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

[EXTERNAL MESSAGE]

Ashley,

Thanks, we're available at 5 p.m.  I'll send an invite.

In the interest of making our discussion more productive, Defendants request that the Government provide any authority supporting its assertion that "it is entirely proper for the lawyers representing the Government in this litigation to communicate direction to current and former lawyers for the Government regarding a subpoena for the Government's client files."

As you know, the dispute here concerns instructions to withhold documents on grounds other than privilege, in circumstances where the instructions were given without notice to the party that served the subpoena, without a protective order in place limiting the subpoena, and without any motion to quash or modify the subpoena being filed after the instructions were given.  Defendants will review any authority the Government has supporting its position, in the interest of resolving the dispute.  Defendants cited several cases supporting their view in the joint status report filed on Friday.

For the record, Defendants note that the Government's letter from today mischaracterizes the Court's order yesterday, and the Joint Status Report.  The Court has not "denied [Defendants'] request."  Quite the contrary, in the Joint Status Report, Defendants identified the substantive dispute and expressly offered to submit briefing to the Court if the Court would find that helpful.  Far from denying Defendants' request, the Court directed the parties to file a briefing schedule by Thursday if the parties cannot resolve the dispute before then.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

**From:** Pavel, Ashley <apavel@omm.com>
**Sent:** Tuesday, April 20, 2021 12:24 PM
**To:** Hughes, John <JHughes2@milbank.com>; Roth, Joseph L. <joeroth@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs,

Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Arturo J. Garcia <Ajg@mcvpr.com>; Roach, Jared S. <JRoach@reedsmith.com>; eschaffer@reedsmith.com; Silverman, Ronald J. <ronald.silverman@hoganlovells.com>; Keller, Robin <robin.keller@hoganlovells.com>; Hefter, Michael C. <michael.hefter@hoganlovells.com>; Posner, Sara <Sara.Posner@hoganlovells.com>; Bailey, Jeb <Jeb.Bailey@butlersnow.com>; Berezin, Robert <robert.berezin@weil.com>; Calabrese, Christine <Christine.Calabrese@weil.com>; Carson, Candice <Candice.Carson@butlersnow.com>; Collins, Reed <Reed.Collins@weil.com>; Curtin, Thomas <Thomas.Curtin@cwt.com>; Hall, Jaclyn <Jaclyn.Hall@cwt.com>; Langley, Adam <Adam.Langley@butlersnow.com>; Natbony, Bill <Bill.Natbony@cwt.com>; PR.Assured@cwt.com; Servais, Casey <Casey.Servais@cwt.com>; Silbert, Gregory <gregory.silbert@weil.com>; Sosland, Martin <martin.sosland@butlersnow.com>; Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>; Paslawsky, Alexandra <APaslawsky@milbank.com>; Denker, Will <WDenker@milbank.com>
**Subject:** [EXT] RE: Revenue Bond Adversary Proceeding Meet-and-Confer Correspondence

John-

Please see the attached correspondence.  We are available at 5pm Eastern to meet and confer.

---

**From:** Hughes, John <JHughes2@milbank.com>
**Sent:** Monday, April 19, 2021 7:16 PM
**To:** Pavel, Ashley <apavel@omm.com>; Roth, Joseph L. <joeroth@omm.com>; McKeen, Elizabeth L. <emckeen@omm.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Friedman, Peter <pfriedman@omm.com>; Olivera, Gabriel L. <golivera@omm.com>; Kremer, Matthew P. <mkremer@omm.com>; Hammack, Scott <shammack@omm.com>; Mervis, Michael T. <MMervis@proskauer.com>; Munkittrick, David A. <DMunkittrick@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; ebarak@proskauer.com; Jones, Jennifer L. <jljones@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>; Kass, Colin <CKass@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; Dalog, John Paolo <jdalog@omm.com>; Covucci, Amber L. <acovucci@omm.com>
**Cc:** Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Amend, Peter <Peter.Amend@srz.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Gillespie, Noah <Noah.Gillespie@srz.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; lucdespins@paulhastings.com; Bongartz, Alex <alexbongartz@paulhastings.com>; igarau@mpmlawpr.com; Alejandro J. Cepeda Diaz