# **EXHIBIT R**

Case:17-03283-LTS Doc#:16632-18 Filed:04/29/21 Entered:04/29/21 22:55:28 Desc: Exhibit R: Hearing on Motions Mar. 17 2021 Page 2 of 6

1

```
 1                    UNITED STATES DISTRICT COURT

 2                       DISTRICT OF PUERTO RICO

 3
     In Re:                          )      Docket No. 3:17-BK-3283(LTS)
 4                                   )
                                     )      PROMESA Title III
 5   The Financial Oversight and     )
     Management Board for            )
 6   Puerto Rico,                    )      (Jointly Administered)
                                     )
 7   as representative of            )
                                     )
 8   The Commonwealth of             )
     Puerto Rico, et al.             )      March 17, 2021
 9                                   )
                Debtors,             )
10
   _____
11

12   The Financial Oversight and     )
     Management Board for            )
13   Puerto Rico,                    )  Docket No. 3:20-AP-00003(LTS)
                                     )
14   as representative of            )
                                     )
15   The Commonwealth of             )
     Puerto Rico, et al.             )      in 3:17-BK-3283(LTS)
16                                   )
                Plaintiff,           )
17                                   )
     v.                              )
18                                   )
     Ambac Assurance Corporation,    )
19   et al.                          )
                                     )
20              Defendants.          )

21
   _____
22

23

24

25
```

Case:17-03283-LTS Doc#:16632-18 Filed:04/29/21 Entered:04/29/21 22:55:28 Desc:
Exhibit R: Hearing on Motions Mar. 17 2021 Page 3 of 6

2

```
 1  _____

 2

 3  The Financial Oversight and )
    Management Board for        )
 4  Puerto Rico,                ) Docket No. 3:20-AP-00004(LTS)
                                )
 5  as representative of        )
                                )
 6  The Commonwealth of         )
    Puerto Rico, et al.         )        in 3:17-BK-3283(LTS)
 7                              )
              Plaintiff,        )
 8                              )
    v.                          )
 9                              )
    Ambac Assurance Corporation,)
10  et al.                      )
                                )
11            Defendants.       )

12  _____

13
    The Financial Oversight and )
14  Management Board for        )
    Puerto Rico,                ) Docket No. 3:20-AP-00005(LTS)
15                              )
    as representative of        )
16                              )
    The Commonwealth of         )
17  Puerto Rico, et al.         )        in 3:17-BK-3283(LTS)
                                )
18            Plaintiff,        )
                                )
19  v.                          )
                                )
20  Ambac Assurance Corporation,)
    et al.                      )
21                              )
              Defendants.       )
22
23  _____

24

25
```

Case:17-03283-LTS Doc#:16632-18 Filed:04/29/21 Entered:04/29/21 22:55:28 Desc: Exhibit R: Hearing on Motions Mar. 17 2021 Page 4 of 6

3

```
 1  _____

 2                         HEARING ON MOTIONS

 3    BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

 4                   UNITED STATES DISTRICT COURT JUDGE

 5  _____

 6  APPEARANCES:

 7  ALL PARTIES APPEARING VIA ZOOM

 8  For The Commonwealth
    of Puerto Rico, et al.:  Mr. Michael Firestein, PHV
 9                           Mr. Lary Rappaport, PHV
                             Mr. Colin Kass, PHV
10

11  For Puerto Rico Fiscal
    Agency and Financial
12  Advisory Authority:      Ms. Elizabeth McKeen, PHV
                             Ms. Ashley Pavel, PHV
13

14  For Financial Guaranty
    Insurance Company:       Mr. Adam Langley, PHV
15
    For National Public
16  Finance Guarantee
    Corporation:             Mr. Robert Berezin, PHV
17
    For Assured Guaranty
18  Corporation:             Mr. William Natbony, PHV

19  For Ambac Assurance
    Corporation:             Ms. Atara Miller, PHV
20

21

22

23

24

25  Proceedings recorded by stenography.  Transcript produced by
    CAT.
```

Case:17-03283-LTS Doc#:16632-18 Filed:04/29/21 Entered:04/29/21 22:55:28 Desc:
Exhibit R: Hearing on Motions Mar. 17 2021 Page 5 of 6

39

1 they're -- you know, Ms. Miller said they were being targeted,
2 because they hadn't asked for, quote, everything. That's not
3 our view of what being targeted is. And I think that's what
4 the Court has to resolve today, so that this doesn't balloon
5 out of control.
6     THE COURT: Well, I think that the fundamental that
7 I'd like you all to think about and we'll circle around to is
8 how to define and have input into the appropriate places to
9 look for these materials. I mean, if you're interviewing
10 people who have knowledge about it, it seems to me that Ambac
11 or that the defendants are going to turn around and say, well,
12 we should be able to depose these people. Somehow they need
13 to be disclosed in this, if these are the people with
14 information.
15     MS. MCKEEN: Well, I suppose -- I suppose I haven't
16 tussled with that just because the idea that the kinds of
17 folks who know where to send us to look for materials are the
18 same folks that you'd want to depose about the underlying
19 subject matter. I'm not sure again that that would be
20 efficient here. I don't think that we need to have discovery
21 about the discovery process. I think if --
22     THE COURT: I think that's part of the problem,
23 though. I'm sorry. I didn't mean to interrupt you, but that
24 is part of the problem. It has to do -- when I read these,
25 it's like ships passing in the night. It's your opening that

Case:17-03283-LTS Doc#:16632-18 Filed:04/29/21 Entered:04/29/21 22:55:28 Desc:
Exhibit R: Hearing on Motions Mar. 17 2021 Page 6 of 6

40

1 says, but we are producing these things; and the defendant
2 saying, they're limiting their production to some central
3 file, which I don't know what it is, and I don't understand
4 the investigation that goes into it.
5 That's been a fundamental disconnect, I think, since
6 we started discovery in this many, many years ago; and I think
7 we need to spend a little time on how to make that a better
8 communication, so that if the defendants are feeling that
9 they're not getting -- they always have to bring their motion
10 to compel before they've had a chance to review the documents,
11 because obviously we're in a short time frame here, but the
12 search has to be complete on the topics. And --
13 MS. MCKEEN: I think -- I think to the extent the
14 Court thinks it would be helpful for us to provide more
15 detailed information about our searches, that is absolutely
16 something that we're willing to do, because, as I said before,
17 we think those searches have been robust, and, as I said,
18 continue to be robust, because we're not finished yet.
19 So that's information that we can provide. I think,
20 you know, while we want to be transparent, you know, we still
21 want to be efficient. And I don't think the fact that we talk
22 to somebody about, like, hey, where might a certain document
23 be necessarily means that person ought to be deposed, but
24 that's of course a discussion we could have at a future date.
25 I don't see any concern with saying that we have to