# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3283 (LTS) |
|     as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
|     Debtors.[1] | |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK- 3567 (LTS) |
|     as representative of | |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
|     Debtor. | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

**MOTION BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH THE MEMBERS OF THE SPECIAL CLAIMS COMMITTEE, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND DEADLINES RELATING TO MOTION TO ESTABLISH PROCEDURES FOR THE APPROVAL OF SETTLEMENTS, AND <u>RELATED RELIEF</u>**

To the Honorable United States Magistrate Judge Judith G. Dein:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), acting by and through the members of the Special Claims Committee (the "SCC," and hereinafter, the SCC may be more broadly referred to as the "Oversight Board"), and the Official Committee of Unsecured Creditors of all Title III Debtors (except PBA and COFINA) (the "Committee," and together with the Oversight Board, "Movants"), hereby file this motion (the "Motion"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code")[1] and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), all made applicable to these Title III cases by section 301 and 310 of the Puerto Rico Oversight and Management, and Economic Stability Act ("PROMESA"), requesting entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), extending certain deadlines and clarifying notice and service requirements in connection with the Movants' *Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to Establish Procedures for the Approval of Settlements* (the "Settlement Procedures Motion") [ECF No. 16372]. In support of this Motion, Movants respectfully state as follows:

1. The Movants filed the Settlement Procedures Motion on April 9, 2021. The Settlement Procedures Motion would bind certain "Tolled Parties" as defined therein to, among other things, jurisdiction of this Court over certain potential disputes.[2] The Movants did not identify the Tolled Parties within the Settlement Procedures Motion, for reasons of confidentiality. *See* Settlement Procedures Motion at 3, fn. 4.

---

[1] 11 U.S.C. §§ 101 *et seq*., as incorporated into these proceedings by PROMESA, defined above.

[2] Capitalized terms not otherwise defined herein shall have the meaning provided in the Settlement Procedures Motion.

2. The Movants served the Settlement Procedures Motion via their notice agent, which filed a certificate of service thereof at ECF No. 16426 (the "Certificate of Service"). The notice agent did not have service information for the unidentified Tolled Parties, however, and therefore did not serve such parties or identify them on the Certificate of Service.

3. On April 21, 2021, the Court entered an *Order Setting Briefing Schedule* on the Settlement Procedures Motion (the "Briefing Order") [ECF No. 16489]. The Briefing Order did not direct service thereof, and the Movants did not serve the Briefing Order upon any particular party, including the Tolled Parties.

4. As a result of the foregoing, the record before the Court does not reflect certification that the Tolled Parties received service of the Briefing Order or the Settlement Procedures Motion, and it is not clear whether Tolled Parties in fact received such service. The Movants believe that the notice agent is capable of effectuating service of these documents on the Tolled Parties without publicly identifying such parties by name.

5. Accordingly, to ensure that all interested parties, including the Tolled Parties, have sufficient notice of the Settlement Procedures Motion and the Court-imposed briefing schedule, the Movants request that the Court enter an order, substantially in the form attached as **Exhibit A** hereto, extending the deadlines for responses to and replies in support of the Settlement Procedures Motion as provided in the Briefing Order, and permitting the Movants to certify service of the Settlement Procedures Motion and the revised scheduling order upon all parties in interest described in the Settlement Procedures Motion, including the Tolled Parties without identifying such parties by name.

## NOTICE

6. The Oversight Board has provided notice of this Motion to: (i): the Chambers of the Honorable Laura Taylor Swain; (ii) the Chambers of the Honorable Magistrate Judge Judith

G. Dein; (iii) the Office of the United States Trustee for Region 21; (iv) AAFAF; (v) counsel for AAFAF; (vi) counsel for the Oversight Board; (vii) Counsel for the Creditors' Committee; (viii) Counsel for the Retiree Committee; (ix) the entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III case; (x) counsel to any other statutory committee appointed in these Title III Cases; and (xi) the Tolled Parties to whom this Motion and proposed order apply, through their counsel, if known, or through their resident agent or a representative.

WHEREFORE, Movants respectfully request that this Court enter an order substantially in the form attached hereto as <u>Exhibit A</u> granting the relief requested herein and granting Movants such other relief as this court deems just and proper.

Dated: April 30, 2021

Respectfully submitted,

/s/ Sunni P. Beville
**BROWN RUDNICK LLP**
Sunni P. Beville, Esq. (*Pro Hac Vice*)
Tristan G. Axelrod, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

*Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

-and-

/s/ Luc A. Despins
**PAUL HASTINGS LLP**
Luc A. Despins, Esq. (*Pro Hac Vice*)
James R. Bliss, Esq. (*Pro Hac Vice*)
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA) in Certain of the Avoidance Actions*

-and-

3

| | |
|---|---|
| /s/ Kenneth C. Suria<br>**ESTRELLA, LLC**<br>Kenneth C. Suria (USDC-PR 213302)<br>Alberto Estrella (USDC-PR 209804)<br>Carlos Infante, Esq. (USDC-PR 301801)<br>P. O. Box 9023596<br>San Juan, Puerto Rico 00902–3596<br>Tel.: (787) 977-5050<br>Fax: (787) 977-5090<br><br>*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members* | /s/ John Arrastia<br>GENOVESE JOBLOVE & BATTISTA, P.A<br>John Arrastia, Esq. (*Pro Hac Vice*)<br>John H. Genovese, Esq. (*Pro Hac Vice*)<br>Jesus M. Suarez, Esq. (*Pro Hac Vice*)<br>Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Tel: 305-349-2300<br>jarrastia@gjb-law.com<br>jgenovese@gjb-law.com<br>jsuarez@gjb-law.com<br>mguitian@gjb-law.com<br><br>*Special Litigation Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*<br><br>-and-<br>/s/ Juan J. Casillas Ayala<br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq.,<br>    (USDC-PR 218312)<br>Israel Fernández Rodriguez, Esq.,<br>    (USDC-PR 225004)<br>Juan C. Nieves González, Esq.,<br>    (USDC-PR 231707)<br>Cristina B. Fernández Niggemann, Esq.<br>    (USDC-PR 306008)<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Telephone: (787) 523-3434<br>jcasillas@cstlawpr.com<br>jfernandez@cstlawpr.com<br>jnieves@cstlawpr.com<br>cfernandez@cstlawpr.com<br><br>*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)* |