# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima décima cuarta objeción global**

## Tricentésima decimocuarta Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO ALMODORAR, CARMELO<br>HC 1 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177356 | $ 2,699.00 |
| | Base para: El reclamo formulado no adjunta documentación que respalde la obligación contra los Deudores. Además, tras una revisión razonable de los libros y registros de los Deudores o de la ley aplicable, se concluye que los Deudores no tienen ninguna obligación con respecto al reclamo. Los conceptos por viaje del Deudor no forma parte de estos casos. | | | | | |
| 2 | B.P.S.E.<br>CARLOS J. SAGARDIA-ABREU, ESQ.<br>1353 AVE. LUIS VIGOREAUX<br>PMB 678<br>GUAYNABO, PR 00966 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63768 | $ 15,000,000.00 |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda por indemnización relativa a una expropiación presentada contra el Estado Libre Asociado, pero la demanda fue desestimada con carácter definitivo. | | | | | |
| 3 | BAEZ LAUREANO, ANGEL<br>JESÚS JIMÉNEZ RUBIO<br>APARTADO 3025<br>GUAYAMA, PR00785 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6459 | $ 45,000.00* |
| | Base para: En la Evidencia de reclamo se adjunta documentación de apoyo que solo plasma una petición para que el Tribunal, conforme al Título III, investigue las circunstancias de la prisión del demandante, lo que no constituye un fundamento válido para un reclamo en estos procedimientos. | | | | | |
| 4 | BAEZ LAUREANO, ANGEL<br>JESÚS JIMÉNEZ RUBIO<br>APARTADO 3025<br>GUAYAMA, PR00785 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6466 | Indeterminado* |
| | Base para: En la Evidencia de reclamo se adjunta documentación de apoyo que solo plasma una petición para que el Tribunal, conforme al Título III, investigue las circunstancias de la prisión del demandante, lo que no constituye un fundamento válido para un reclamo en estos procedimientos. | | | | | |
| 5 | BAHÍA PARK S.E.<br>CARLOS J. SAGARDÍA-ABREU, ESQ.<br>1353 AVE. LUIS VIGOREAUX PMB678<br>GUAYNABO, PR 00966 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63877 | $ 35,000,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda por indemnización relativa a una expropiación presentada contra el Estado Libre Asociado, pero la demanda fue desestimada con carácter definitivo. | | | | | |
| 6 | CALIZ LOPEZ, RUTH E<br>HC 1 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177430 | $ 2,699.00 |
| | Base para: El reclamo formulado no adjunta documentación que respalde la obligación contra los Deudores. Además, tras una revisión razonable de los libros y registros de los Deudores o de la ley aplicable, se concluye que los Deudores no tienen ninguna obligación con respecto al reclamo. Los conceptos por viaje del Deudor no forma parte de estos casos. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima decimocuarta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | CALIZ, RUTH<br>HC 01 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177399 | $ 2,699.00 |
| | Base para: El reclamo formulado no adjunta documentación que respalde la obligación contra los Deudores. Además, tras una revisión razonable de los libros y registros de los Deudores o de la ley aplicable, se concluye que los Deudores no tienen ninguna obligación con respecto al reclamo. Los conceptos por viaje del Deudor no forma parte de estos casos. | | | | | |
| 8 | COLON ALICEA, MARIBEL<br>PO BOX 580<br>CIDRA, PR 00739 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17898 | $ 2,948.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Según los registros del Departamento de Hacienda, no hay ningún reembolso pendiente para el acreedor. | | | | | |
| 9 | ESTATE OF VERA BRYANT<br>4828 WILDER AVE<br>BRONX, NY 10470-1212 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8105 | $ 9,149.92 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la United Federal Savings and Loans Assoc, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 10 | GANDIA GARCIA, GILBERTO<br>URB LAS LOMAS<br>1698 CALLE 28 SW<br>SAN JUAN, PR 00921 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25899 | $ 793.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento de Hacienda, el rembolso o devolución se aplicaron a una deuda anterior relacionada con pagos de la Administración para el Sustento de Menores [ASUME]. | | | | | |
| 11 | GARCIA HICKS, JASLIND<br>STA. JUANITA P18 CALLE FORMOSA<br>BAYAMON, PR00956 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 116159 | Indeterminado* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda presentada contra una agencia del Estado Libre Asociado de Puerto Rico sobre una disputa laboral, pero la cual fue desestimada con carácter definitivo en relación con todas las partes demandadas. | | | | | |
| 12 | GARCIA RIVERA, FRANCIS<br>URB SAN IGNACIO<br>1711 CALLE EDMUNDO<br>SAN JUAN, PR 00927-6541 | 6/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 67736 | $ 258,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda presentada contra la Autoridad de Carreteras y Transportación por presunta discriminación en la adjudicación de contratos de construcción, pero la demanda fue desestimada en relación con todas las partes demandadas. | | | | | |

Tricentésima decimocuarta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | LAS LOMAS CONSTRUCTION SE<br>JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902-3914 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 150185 | $ 3,226,452.68* |
| | Base para: La Evidencia de reclamo invoca una obligación derivada de proceso contencioso por incumplimiento de contrato inicialmente presentado en el caso de quiebra principal del demandante, pero el caso de quiebra y el proceso contencioso relacionado fueron desestimados. | | | | | |
| 14 | LASER PRODUCTS, INC.<br>LEDESMA & VARGAS, LLC<br>221 PLAZA BUILDING, SUITE 900<br>221 AVE. PONCE DE LEON<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35242 | $ 825,283.63 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 15 | LUGO SANTIAGO, VICTOR<br>PO BOX 13275<br>SAN JUAN, PR 00908 | 4/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5224 | $ 1,925.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento de Hacienda, el rembolso o devolución se aplicaron a una deuda anterior relacionada con pagos de la Administración para el Sustento de Menores [ASUME]. | | | | | |
| 16 | MALDONADO RIVERA, WILBERTO<br>PO BOX 523<br>VEGA BAJA, PR 00694 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25046 | $ 5,297.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución de $5.297,00 se aplicó a una deuda tributaria correspondiente al año 2011. | | | | | |
| 17 | MIRANDA MALDONADO, MARIA L.<br>COND RIVERSIDE PLAZA<br>APT 12I<br>74 CALLE SANTA CRUZ<br>BAYAMON, PR00961 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86001 | Indeterminado* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda presentada contra el Estado Libre Asociado de Puerto Rico en representación del demandante y otros, pero la demanda fue desestimada y se ordenó a cada demandante individual que presentara sus reclamos por separado ante la Comisión Apelativa del Servicio Público. | | | | | |
| 18 | MUNICIPALITY OF SAN SEBASTIAN<br>JOHN E. MUDD<br>PO BOX 194134<br>SAN JUAN, PR 00919 | 6/25/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12 | $ 300,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda presentada por la Municipalidad de San Sebastián contra el Estado Libre Asociado de Puerto Rico, pero desde entonces todos los reclamos contra el Estado Libre Asociado han sido desestimados con carácter definitivo.   Véase, por ejemplo, Municipalidad de San Sebastián contra el Estado Libre Asociado de Puerto Rico, y otros, 89 F. Supp 3d 266 (D.P.R. 2015); Municipalidad de San Sebastian. Contra el Estado Libre Asociado de Puerto Rico, y otros, 116 F. Supp. 3d 49, 55-58 (D.P.R. 2015). | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima decimocuarta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | NETWAVES EQUIPMENT CO.<br>HECTOR FIGUEROA-VICENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18518 | $ 90,000.00 |
| | Base para: La Evidencia de reclamo formula la responsabilidad sobre la base de la Factura n.º 6301. Los registros de la Oficina de Gestión y Presupuesto muestran que dicha factura se pagó en su totalidad a través de la transferencia electrónica de fondos n.º 49858, con fecha 24 de agosto de 2017 ($22.500,00). Según los libros y registros de la Oficina de Gestión y Presupuesto, las facturas 4308, 4345 y 6301 se emitieron fuera de las fechas de entrada en vigor del contrato y, por lo tanto, no se las reconoce como una obligación. ($67.500,00). | | | | | |
| 20 | PIRTLE, JEANETTE & HUMBERTO MEDINA-TORRES<br>DAVID FERNANDEZ-ESTEVES (PIRTLE)<br>PO BOX 9023518<br>SAN JUAN, PR 00902-3518 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27635 | $ 1,635,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación derivada de una demanda presentada contra una municipalidad por lesiones personales presuntamente sufridas en terrenos que son de propiedad de la municipalidad, pero el Estado Libre Asociado de Puerto Rico no tiene jurisdicción en el área en cuestión.  Además, el litigio ha sido desestimado con carácter definitivo. | | | | | |
| 21 | RAMOS VEGUILLA, JAVIER<br>11 URB TERRA DEL VALLE<br>CAYEY, PR00736 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22209 | $ 9,373.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución de $9.373,00 se aplicó a una deuda tributaria anterior correspondiente a los años 2011 y 2012. | | | | | |
| 22 | RIOS TORRES, EDUARDO<br>C/O CHARLES M. BRIERE<br>BRIERE LAW OFFICES<br>PO BOX 10360<br>PONCE, PR 00732 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11091 | $ 200,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda presentada contra una municipalidad por lesiones personales presuntamente sufridas debido a una instalación de construcción negligente, pero el Estado Libre Asociado de Puerto Rico carece de jurisdicción sobre el ámbito en cuestión. | | | | | |
| 23 | RIOS TORRES, EDUARDO<br>C/O CHARLES M BRIERE<br>BRIERE LAW OFFICES<br>PO BOX 10360<br>PONCE, PR 00732 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11092 | $ 200,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación que surge de una demanda presentada contra una municipalidad por lesiones personales presuntamente sufridas debido a una instalación de construcción negligente, pero la Autoridad de Carreteras y Transportación carece de jurisdicción sobre el ámbito en cuestión. | | | | | |
| 24 | RIVERA DE JESUS, ARIEL<br>22 JENNIFER PL<br>HINESVILLE, GA 31313-1358 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25274 | $ 692.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución de $692,00 se aplicó a una deuda tributaria correspondiente al año 2014. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima decimocuarta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | ROBLES RODRIGUEZ, ZAIDA L.<br>ZAIDA L. ROBLES RODRIGUEZ<br>P.O. BOX 203<br>FUJARDO, PR 00738 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30039 | Indeterminado* |
| | Base para: La Evidencia de reclamo omite presentar fundamentos para el reclamo y la única documentación de respaldo presentada es una certificación relacionada con un préstamo personal tomado por el demandante. | | | | | |
| 26 | ROHENA SANTIAGO, OSCAR<br>PO BOX 51663<br>TOA BAJA, PR 00950 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26406 | $ 753.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $753,00 se aplicó a una deuda tributaria anterior correspondiente al año 2012. | | | | | |
| 27 | ROSA LABOY, LUZ MERCEDES<br>HC #3, BOX 12,905<br>YABUCOA, PR 00767-9782 | 10/14/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177272 | $ 1,409.00 |
| | Base para: El reclamo formulado no adjunta documentación que respalde la obligación contra los Deudores. Además, tras una revisión razonable de los libros y registros de los Deudores o de la ley aplicable, se concluye que los Deudores no tienen ninguna obligación con respecto al reclamo. Los conceptos por viaje del Deudor no forma parte de estos casos. | | | | | |
| 28 | SANTIAGO, SOFIA MERCADO<br>VILLA EL RECREO B-9 CALLE 2<br>YABUCOA, PR 00767-3432 | 10/14/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177363 | $ 1,409.00 |
| | Base para: El reclamo formulado no adjunta documentación que respalde la obligación contra los Deudores. Además, tras una revisión razonable de los libros y registros de los Deudores o de la ley aplicable, se concluye que los Deudores no tienen ninguna obligación con respecto al reclamo. Los conceptos por viaje del Deudor no forma parte de estos casos. | | | | | |
| | | | | | TOTAL | $ 56,821,582.23* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados