# EXHIBIT A
**Schedule of Claims Subject to the Three Hundred Fourteenth Omnibus Objection**

## Three Hundred and Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO ALMODORAR, CARMELO<br>HC 1 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177356 | $ 2,699.00 |
| | Reason: The asserted claim fails to attach documentation supporting liability against the Debtors. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim. Debtor Travel Concepts is not part of these cases. | | | | | |
| 2 | B.P.S.E.<br>CARLOS J. SAGARDIA-ABREU, ESQ.<br>1353 AVE. LUIS VIGOREAUX<br>PMB 678<br>GUAYNABO, PR 00966 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63768 | $ 15,000,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of a complaint for inverse condemnation filed against the Commonwealth for alleged, but the complaint was dismissed with prejudice. | | | | | |
| 3 | BAEZ LAUREANO, ANGEL<br>JESÚS JIMÉNEZ RUBIO<br>APARTADO3025<br>GUAYAMA, PR00785 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6459 | $ 45,000.00* |
| | Reason: Proof of Claim attaches supporting documentation only showing a request for the Title III Court to investigate the circumstances of the claimant's imprisonment, which is not a valid basis for a claim in these proceedings. | | | | | |
| 4 | BAEZ LAUREANO, ANGEL<br>JESÚS JIMÉNEZ RUBIO<br>APARTADO3025<br>GUAYAMA, PR00785 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6466 | Undetermined* |
| | Reason: Proof of Claim attaches supporting documentation only showing a request for the Title III Court to investigate the circumstances of the claimant's imprisonment, which is not a valid basis for a claim in these proceedings. | | | | | |
| 5 | BAHÍA PARK S.E.<br>CARLOS J. SAGARDÍA-ABREU, ESQ.<br>1353 AVE. LUIS VIGOREAUX PMB678<br>GUAYNABO, PR 00966 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63877 | $ 35,000,000.00* |
| | Reason: Proof of Claim asserts liability on the basis of a complaint for inverse condemnation filed against the Commonwealth for alleged, but the complaint was dismissed with prejudice. | | | | | |
| 6 | CALIZ LOPEZ, RUTH E<br>HC 1 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177430 | $ 2,699.00 |
| | Reason: The asserted claim fails to attach documentation supporting liability against the Debtors. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim. Debtor Travel Concepts is not part of these cases. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts                                                                 Page 1 of 5

## Three Hundred and Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CALIZ, RUTH<br>HC 01 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177399 | $ 2,699.00 |

Reason: The asserted claim fails to attach documentation supporting liability against the Debtors. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim. Debtor Travel Concepts is not part of these cases.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | COLON ALICEA, MARIBEL<br>PO BOX 580<br>CIDRA, PR 00739 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17898 | $ 2,948.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show there is no record of pending refund due to creditor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ESTATE OF VERA BRYANT<br>4828 WILDER AVE<br>BRONX, NY 10470-1212 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8105 | $ 9,149.92 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and United Federal Savings and Loans Assoc, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GANDIA GARCIA, GILBERTO<br>URB LAS LOMAS<br>1698 CALLE 28 SW<br>SAN JUAN, PR 00921 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25899 | $ 793.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to "ASUME" payments.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | GARCIA HICKS, JASLIND<br>STA. JUANITA P18 CALLE FORMOSA<br>BAYAMON, PR00956 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116159 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a complaint filed against an agency of the Commonwealth of Puerto Rico concerning an employment dispute, but which was dismissed with prejudice as to all defendants.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GARCIA RIVERA, FRANCIS<br>URB SAN IGNACIO<br>1711 CALLE EDMUNDO<br>SAN JUAN, PR 00927-6541 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 67736 | $ 258,000.00* |

Reason: Proof of Claim asserts liability on the basis of a complaint filed against the Highways and Transportation Authority for alleged discrimination in the awarding of construction contracts, but the complaint was dismissed against all defendants.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | LAS LOMAS CONSTRUCTION SE<br>JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902-3914 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150185 | $ 3,226,452.68* |

Reason: Proof of Claim asserts liability on the basis of a breach of contract adversary proceeding initially filed in the claimant's principal bankruptcy case, but the claimant's bankruptcy case and the related adversary proceeding were both dismissed.

\* Indicates claim contains unliquidated and/or undetermined amounts  Page 2 of 5

## Three Hundred and Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | LASER PRODUCTS, INC.<br>LEDESMA & VARGAS, LLC<br>221 PLAZA BUILDING, SUITE 900<br>221 AVE. PONCE DE LEON<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35242 | $ 825,283.63 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | LUGO SANTIAGO, VICTOR<br>PO BOX 13275<br>SAN JUAN, PR 00908 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5224 | $ 1,925.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to "ASUME" payments.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MALDONADO RIVERA, WILBERTO<br>PO BOX 523<br>VEGA BAJA, PR 00694 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25046 | $ 5,297.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such tax refund/return of $5,297.00 has been applied to 2011 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MIRANDA MALDONADO, MARIA L.<br>COND RIVERSIDE PLAZA<br>APT 12I<br>74 CALLE SANTA CRUZ<br>BAYAMON, PR00961 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86001 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a complaint filed against the Commonwealth of Puerto Rico on behalf of the claimant and others, but the complaint was dismissed and each individual plaintiff was ordered to bring their claims individually before the Public Service Appeals Commission.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | MUNICIPALITY OF SAN SEBASTIAN<br>JOHN E. MUDD<br>PO BOX 194134<br>SAN JUAN, PR 00919 | 6/25/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12 | $ 300,000.00* |

Reason: Proof of Claim asserts liability on the basis of a complaint filed by the Municipality of San Sebastian against the Commonwealth of Puerto Rico, but all claims against the Commonwealth have since been dismissed with prejudice. See, e.g., Municipality of San Sebastian v. Commonwealth of Puerto Rico, et al., 89 F. Supp. 3d 266 (D.P.R. 2015); Municipality of San Sebastian. v. Commonwealth of Puerto Rico, et al., 116 F. Supp. 3d 49, 55-58 (D.P.R. 2015).

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | NETWAVES EQUIPMENT CO.<br>HECTOR FIGUEROA-VICENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18518 | $ 90,000.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 6301. The records of the Office of Management and Budget show such invoice has been fully satisfied, pursuant to EFT no. 49858 dated 08/24/2017. ($22,500.00). Per the books and records of the Office of Management and Budget, invoices 4308, 4345, and 6301 were issued outside of the contract effective dates and are therefore not a liability recognized. ($67,500.00).

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | PIRTLE, JEANETTE & HUMBERTO MEDINA-TORRES<br>DAVID FERNANDEZ-ESTEVES (PIRTLE)<br>PO BOX 9023518<br>SAN JUAN, PR 00902-3518 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27635 | $ 1,635,000.00* |
| | Reason: Proof of Claim asserts liability on the basis of a complaint filed against a municipality for personal injuries allegedly suffered on land owned by the municipality, but the Commonwealth of Puerto Rico has no jurisdiction in the area in question. In addition, the litigation has been dismissed with prejudice. | | | | | |
| 21 | RAMOS VEGUILLA, JAVIER<br>11 URB TERRA DEL VALLE<br>CAYEY, PR00736 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22209 | $ 9,373.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such tax refund/return of $9,373.00 has been applied prior tax debt for the years 2011 and 2012. | | | | | |
| 22 | RIOS TORRES, EDUARDO<br>C/O CHARLES M. BRIERE<br>BRIERE LAW OFFICES<br>PO BOX 10360<br>PONCE, PR 00732 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11091 | $ 200,000.00* |
| | Reason: Proof of Claim asserts liability on the basis of a complaint filed against a municipality for personal injuries allegedly suffered due to a negligent construction site, but the Commonwealth of Puerto Rico has no jurisdiction in the area in question. | | | | | |
| 23 | RIOS TORRES, EDUARDO<br>C/O CHARLES M BRIERE<br>BRIERE LAW OFFICES<br>PO BOX 10360<br>PONCE, PR 00732 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11092 | $ 200,000.00* |
| | Reason: Proof of Claim asserts liability on the basis of a complaint filed against a municipality for personal injuries allegedly suffered due to a negligent construction site, but the Highways and Transportation Authority has no jurisdiction in the area in question. | | | | | |
| 24 | RIVERA DE JESUS, ARIEL<br>22 JENNIFER PL<br>HINESVILLE, GA 31313-1358 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25274 | $ 692.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such tax refund/return of $692.00 has been applied to 2014 tax year liabilities. | | | | | |
| 25 | ROBLES RODRIGUEZ, ZAIDA L.<br>ZAIDA L. ROBLES RODRIGUEZ<br>P.O. BOX 203<br>FUJARDO, PR 00738 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30039 | Undetermined* |
| | Reason: Proof of Claims fails to provide any basis for the claim, and the only supporting documentation provided is a certification regarding a personal loan taken out by claimant. | | | | | |

Three Hundred and Fourteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | ROHENA SANTIAGO, OSCAR<br>PO BOX 51663<br>TOA BAJA, PR 00950 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26406 | $ 753.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $753.00 has been applied to prior tax debt for the year of 2012. | | | | | |
| 27 | ROSA LABOY, LUZ MERCEDES<br>HC #3, BOX 12,905<br>YABUCOA, PR 00767-9782 | 10/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177272 | $ 1,409.00 |
| | Reason: The asserted claim fails to attach documentation supporting liability against the Debtors. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim. Debtor Travel Concepts is not part of these cases. | | | | | |
| 28 | SANTIAGO, SOFIA MERCADO<br>VILLA EL RECREO B-9 CALLE 2<br>YABUCOA, PR 00767-3432 | 10/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177363 | $ 1,409.00 |
| | Reason: The asserted claim fails to attach documentation supporting liability against the Debtors. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim. Debtor Travel Concepts is not part of these cases. | | | | | |
| | | | | | TOTAL | $ 56,821,582.23* |