**ANEXO A**
**Relación de reclamaciones objeto de la Tricentésima décima séptima objeción global**

Tricentésima decimoséptima Objeción Global
Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | APONTE NAVEDO, DONATO<br>1364 EAGLE CREEK BLVD APT 205<br>SHAKOPEE, MN 55379-2969 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25985 | Indeterminado* |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante depósito directo, con fecha 31/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CASTRO BADILLO, MYRKA L<br>URBANIZACION MONTE CLARO<br>PASEO DEL VALLE MO26<br>BAYAMON, PR00961 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27048 | $ 1,306.00* |

Base para: La Evidencia de reclamo invoca una obligación con base en rembolsos o devoluciones de impuestos de 2015 y 2016. Los registros del Departamento de Hacienda muestran que los rembolsos o devoluciones se efectuaron en su totalidad mediante depósito directo el 6/9/2016 y el 5/5/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CORTEZ DIAZ, MARIAM<br>HC 06 BOX 10140<br>GUAYNABO, PR 00971 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32496 | $ 700.00* |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19267509 en el 10/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DE JESUS MORALES, ANGEL<br>LCDO JOSE A FELICIANO<br>URB SANTIAGO IGLESIAS<br>1416 AVE PAZ GRANELA<br>SAN JUAN, PR 00921 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41944 | $ 231,113.84 |

Base para: La evidencia de reclamo y la documentación de respaldo invocan obligaciones derivadas de un supuesto fallo impago a favor del demandante. Los registros del Estado Libre Asociado reflejan que el fallo se pagó en su totalidad conforme a un plan de pagos establecido.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | DIAZ COSME, JOCELYN<br>HHC 3 BOX 9431<br>GURABO, PR 00778 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29242 | Indeterminado* |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19271201, el 10/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | DIAZ RAMIREZ, LUIS<br>RR 1 BOX 15057<br>MANATI, PR 00674 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22079 | $ 1,826.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19233321, el 9/6/2017.

## Tricentésima decimoséptima Objeción Global
### Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | FIDEICOMISO VANNESA BAYONET DIAZ<br>URB TORREMOLINOS<br>H14 CALLE E<br>GUAYNABO, PR 00969-3728 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21896 | $ 355.00 |

Base para: La Evidencia de reclamo invoca una obligación fundada en rembolsos o devoluciones de 2014 y 2016. Los registros del Departamento de Hacienda muestran que tales rembolsos o devoluciones se realizaron en su totalidad a través de los Cheques n.° 90149946 con fecha 11/3/2019 en 2014 y el Cheque n.° 90148372 del 22/1/2019 en 2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FIRSTBANK PUERTO RICO<br>MOORE AND VAN ALLEN PLLC<br>C/O ZACHARY H SMITH<br>100 NORTH TRYON ST. SUITE4700<br>CHAROLETTE, NC 28202 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25387 | $ 6,853,636.90* |

Base para: La evidencia de reclamo y la información de respaldo invocan obligaciones que surgen de un acuerdo de préstamo a plazo celebrado entre la Oficina de Ética del Gobierno y el demandante. Según consta en los registros del Estado Libre Asociado, el préstamo celebrado con el demandante se pagó en su totalidad el 7 de diciembre de 2018, por lo que en la actualidad dicho Estado no tiene ninguna obligación pendiente con el demandante.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GONZALEZ MARTINEZ, REINALDO<br>276 CALLE JILGUERO MONTEHIEDRA<br>SAN JUAN, PR 00926 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22999 | $ 26,586.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2017. Los registros del Departamento de Hacienda dan cuenta de que dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19682815, el 14/11/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GONZALEZ VILLANUEVA, CARLOS<br>RR 3 BOX 9923<br>TOA ALTA, PR00953 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21641 | $ 2,300.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante depósito directo, con fecha 31/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | HERNANDEZ GIERBOLINI, ALBERTO<br>PARQUE MEDITERRANEO J 2 FLORENCIA<br>GUAYNABO, PR 00966 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21925 | $ 2,043.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuaron en su totalidad mediante el Cheque n.° 19298955, el 31/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | IRIZARRY COLON, JANNICEL<br>COND ACQUALINA<br>186 CARR 2 APT 404<br>GUAYNABO, PR 00966 | 6/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23804 | $ 3,593.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Según los registros del Departamento de Hacienda, dicho rembolso o devolución se efectuó en su totalidad mediante depósito directo el 11/7/2017.

## Tricentésima decimoséptima Objeción Global
### Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | JIMENEZ FERNANDINI, ANA<br>URB VISTAS DE MONTE SOL<br>106 CALLE SATURNO<br>YAUCO, PR 00698 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25123 | Indeterminado* |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Según los registros del Departamento de Hacienda, dicho rembolso o devolución se realizó en su totalidad mediante depósito directo efectuado el 1/6/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | LACOMBA GONZALEZ, RAFAEL<br>URB SANTA ROSA<br>34-27 CALLE 26<br>BAYAMON, PR 00957 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23729 | $ 1,500.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2017. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19298031 el 31/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | LOPEZ AVILES, HECTOR M.<br>HC 43 BOX 11888<br>CAYEY, PR 00736-9202 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26565 | $ 650.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad mediante depósito directo, con fecha 15/6/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MARTI LUGO, LUIS<br>HC 7 BOX 32047<br>HATILLO, PR 00659 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14903 | $ 1,022.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2015. Los registros del Departamento de Hacienda muestran que el rembolso del impuesto de 2015 se aplicó a una deuda impositiva anterior del año 2013, que ascendía a $672,49 y otra de 2014 por $101,25. El acreedor recibió el saldo remanente de la devolución de 2015, de $248,26, mediante el Cheque n.° 18883228, el 20/8/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MENDEZ RIVERA, FRANCISCO J<br>URB SAN FRANCISCO<br>1704 CALLE CRISANTEMO<br>SAN JUAN, PR 00927-6332 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26032 | $ 1,320.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2017. Los registros del Departamento del Hacienda indican que dicho reembolso o devolución se efectuó en su totalidad mediante depósito directo. con fecha 31/5/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | MIRANDA RODRIGUEZ, JAVIER A<br>ESTANCIAS DE LA FUENTE<br>10 CALLE PRADERA<br>TOA ALTA, PR 00953 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19710 | $ 392.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19880120 con fecha 25/4/2019.

Tricentésima decimoséptima Objeción Global

Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | MONTANES VAZQUEZ, MIGUEL<br>HC 6 BOX 10130<br>YABUCOA, PR 00767 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28374 | Indeterminado* |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro muestran que dicho rembolso o devolución se efectuó en su totalidad mediante el Cheque n.° 19252811, el 9/7/2017.

| 20 | OMEGA ENGINEERING, LLC<br>OSCAR I. RIVERA<br>PO BOX 331180<br>MIAMI, FL 33233 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35979 | $ 7,020,682.11 |

Base para: La Evidencia de reclamo invoca una obligación sobre la base de la Factura n.º 2002-142-14. Según los registros del Departamento de Servicios Generales, dicha obligación se pagó en su totalidad en virtud del acuerdo con fecha septiembre de 2018.

| 21 | ORTIZ MENENDEZ, HECTOR<br>PO BOX 135<br>CASTANER, PR 00631 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38595 | Indeterminado* |

Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19283925 el 31/7/2017.

| 22 | PEREZ GONZALES, VANESSA<br>CARIBE GARDENS<br>CALLE ORQUIDEA I 12<br>CAGUAS, PR 00725 | 3/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3021 | $ 1,781.22 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2013 y 2014. Los registros del Departamento de Hacienda muestran que esos rembolsos o devoluciones se efectuaron en su totalidad mediante el Cheque n.° 19629415 del 8/9/2020 y Cheque n.° 90143015 del 17/8/2020.

| 23 | PORTALATIN IRIZARRY, MIGUEL<br>PO BOX 403<br>ANGELES, PR 00611 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19167 | $ 1,145.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2015. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad mediante el Cheque n.° 90150739, el 29/3/2019.

| 24 | RIOS VAN DE LINDEN, TANIA<br>420 SAGRADO LOFTS<br>CALLE SAN ANTONIO APTO 201<br>SAN JUAN, PR 00915 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24373 | $ 1,320.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2017. Los registros del Departamento del Hacienda indican que dicho reembolso o devolución se efectuó en su totalidad mediante depósito directo. con fecha 31/5/2018.

## Tricentésima decimoséptima Objeción Global
### Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | RIVERA CANDELARIO, ERIC<br>HC2 BOX 47053<br>ARECIBO, PR 00612 | 5/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23969 | $ 1,862.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad mediante depósito directo, con fecha 13/7/2017. | | | | | |
| 26 | RIVERA LOPEZ, MARIA VICTORIA<br>X-47 CALLE SAN ALFONSO<br>URB MARIOLGA<br>CAGUAS, PR 00725 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18352 | Indeterminado* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolsos o devoluciones se efectuaron en su totalidad mediante depósito directo con fechas 11/7/2016, 20/4/2017, 11/4/2018 y 29/3/2019. | | | | | |
| 27 | ROSADO ARISTUD, ALEX<br>URB SENDEROS DE JUNCOS<br>20 CALLE MANDARINA<br>JUNCOS, PR 00777 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31543 | Indeterminado* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que ese rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19254979 del 10/7/2017. | | | | | |
| 28 | RUIZ BERRIOS, CARLOS<br>HC 12 BOX 7265<br>HUMACAO, PR 00791 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26195 | Indeterminado* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Según los registros del Departamento de Hacienda, dicho rembolso o devolución se efectuó en su totalidad a través del Cheque n.° 19259747 el 10/7/2017. | | | | | |
| 29 | VAZQUEZ, ANTONIO<br>RR 2 BOX 7111<br>GUAYAMA, PR00784 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6955 | $ 3,672.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuaron en su totalidad mediante el Cheque n.° 19231478 del 1/6/2017. | | | | | |
| 30 | VILLANUEVA ROMAN, IVONNE<br>VICTOR ROJAS 2<br>125 CALLE I<br>ARECIBO, PR 00612 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18738 | $ 1,615.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2015. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se efectuó en su totalidad mediante el Cheque n.° 90138700, el 16/5/2018. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima decimoséptima Objeción Global
### Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | XAVIER ZEQUEIRA, INC<br>P.O. BOX 190191<br>SAN JUAN, PR 00919-0191 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8954 | $ 662,166.71 |

Base para: Los registros de la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico muestran que dicha factura se pagó en su totalidad a través de los cheques n.° 00217157, 00217158, 00184797 y 00322807 con fecha 15/6/2018, 15/6/2018, 21/12/2017 y 30/6/2020.

| | | | | | TOTAL | $ 14,822,587.78* |