## EXHIBIT A
**Schedule of Claims Subject to the Three Hundred Thirteenth Omnibus Objection**

## Three Hundred and Thirteenth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MELENDEZ RIVERA, EDUARDO<br>85 CALLE MARTE<br>VEGA BAJA, PR 00693-4727 | 4/1/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178150 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | ROSADO CUPELES, RAFAEL<br>HC 1 BOX 6084<br>OROCOVIS, PR 00720 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2475 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | TORRES DE JESUS, NORA LDIA<br>HC 2 BOX 3696<br>SANTA ISABEL, PR 00757 | 4/3/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178179 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | Undetermined* |

* Indicates claim contains unliquidated and/or undetermined amounts