# **ANEXO A**
**Relación de reclamaciones objeto de la Tricentésima décima tercera objeción global**

### Tricentésima decimotercera Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | MELENDEZ RIVERA, EDUARDO<br>85 CALLE MARTE<br>VEGA BAJA, PR 00693-4727 | 4/1/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178150 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ROSADO CUPELES, RAFAEL<br>HC 1 BOX 6084<br>OROCOVIS, PR 00720 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2475 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | TORRES DE JESUS, NORA LDIA<br>HC 2 BOX 3696<br>SANTA ISABEL, PR 00757 | 4/3/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178179 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | TOTAL | Indeterminado* |
|---|---|---|---|---|---|---|