# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima décima octava objeción global**

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 ALICEA DAPENA, OBDULIA<br>HC 3 BOX 15441<br>JUANA DIAZ, PR 00795 | 12/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178935 | Indeterminado* | ALICEA DAPENA, OBDULIA<br>HC 3 BOX 15441<br>JUANA DIAZ, PR 00795 | 07/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177770 | $ 54,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 2 APONTE COLON, DAMARIS<br>MILAGROS ACEVEDO COLON<br>COND COLINA REAL<br>2000 AVE F RINCON BOX 1405<br>SAN JUAN, PR 00926 | 04/27/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 9215 | $ 52,418.92 | DAMARIS APONTE COLON 1775<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 04/25/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 8106 | $ 52,418.92 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 3 ARCE, MARY ELIN<br>BOX 620 CARR. 112<br>ARENALES ALTOS<br>ISABELA, PR 00662 | 09/28/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175604 | $ 10,000.00 | ARCE CORCHADO, MARY ELIN<br>ARENALES ALTOS<br>BUZÓN 620<br>CARRETERA 112<br>ISABELA, PR 00662 | 12/03/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178897 | $ 10,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 4 BARRETO REYES, ANA M<br>HC 2 BOX 16588<br>ARECIBO, PR 00612-9048 | 06/18/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 54627 | $ 150,000.00* | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 62005 | $ 150,000.00* |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 5 BATISTA MONTANER, ESTHER<br>URB. LOS CAOBOS<br>2731 CALLE COROZO<br>PONCE, PR 00716 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176483 | $ 56,400.00 | BATISTA MONTANER, ESTHER<br>2731 CALLE COROZO<br>URB. LOS CAOBUS<br>PONCE, PR 00716 | 08/27/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174871 | $ 60,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | BLANCO BOU, FIDEICOMISO PO BOX 1228 MANATI, PR 00674-1228 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 125557 | $ 5,707,670.03 | BLANCO BOU, FIDEICOMISO PO BOX 1228 MANATI, PR 00674-1228 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 92878 | $ 5,707,670.03 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | BURGOS CRUZ, JULIA HC 5 BOX 13479 JUANA DIAZ, PR 00795-9515 | 06/17/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 169341 | Indeterminado* | BURGOS CRUZ, JULIA HC 5 BOX 13479 JUANA DIAZ, PR 00795-9515 | 02/22/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179113 | $ 10,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CALDERON LOPEZ, ELISEO HC-02 BOX 4853 BO. MINI MINI LORZA, PR 00772-9720 | 02/11/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179137 | Indeterminado* | CALDERON LOPEZ, ELISEO HC 02 BOX 4853 BO. MINI MINI LOIZA, PR 00772-9720 | 02/05/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179116 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | COFAN HERNANDEZ, MELISSA PO BOX 944 DORADO, PR 00646 | 03/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 3036 | $ 25,000.00* | COFAN HERNANDEZ, MELISSA PEDRO ORTIZ ALVAREZ LLC P.O. BOX 9009 PONCE, PR 00732 | 05/24/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 34965 | $ 25,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | COLON SANTIAGO, MARIBEL 263 CALLE MAGA URB JARDUIS DE JAYUYA JAYUYA, PR 00664 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 141253 | Indeterminado* | COLON SANTIAGO, MARIBEL 263 CALLE MAGA URB. JARDINES DE JAYUYA JAYUYA, PR 00664 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 39862 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 COLON TORRES, FRANCISCA HC 05 BOX 5828 JUANA DIAZ, PR 00795 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176490 | $ 12,000.00 | COLON TORRES, FRANCISCA HC 5 BOX 5820 JUANA DIAZ, PR 00795 | 08/10/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174668 | $ 13,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 12 CRUZ FIGUEROA, MARITZA PO BOX 1844 GUAYNABO, PR 00970 | 09/16/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175774 | $ 10,800.00 | CRUZ FIGUEROA, MARITZA PO BOX 1844 GUAYNABO, PR 00970 | 08/05/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174749 | $ 10,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 13 DEYA ELEVATOR SERVICE INC GPO BOX 362411 SAN JUAN, PR 00936-2411 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 36115 | $ 48,433.39 | DEYA ELEVATOR SERVICE INC GPO BOX 362411 SAN JUAN, PR 00936-2411 | 05/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 17434 | $ 48,433.39 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 14 DIAZ DEL VALLE, ANGEL L PO BOX 366877 SAN JUAN, PR 00936-6877 | 04/02/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 5734 | $ 50,000.00* | DIAZ DEL VALLE, ANGEL L. PO BOX 366877 SAN JUAN, PR 00936-6877 | 03/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 5137 | $ 50,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 15 FRANCISCO ALVARADO-ZAYAS, MARIA H. MATEO-SANTIAGO & CAROL L. ALVARADO-MATEO M-14 CALLE TENIENTE BERMUDEZ, VILLA RETIRO SU SANTA ISABEL, PR 00757 | 02/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 516 | $ 15,000.00 | FRANCISCO ALVARADO-ZAYAS, MARIA H. MATEO-SANTIAGO & CAROL L. ALVARADO-MATEO M-14 CALLE TENIENTE BERMUDEZ, VILLA RETIRO SU SANTA ISABEL, PR 00757 | 02/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 533 | $ 20,232.75 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | FUENTES RIVERA, EUNICE<br>RR 12 BOX 977<br>BAYAMÓN, PR 00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175745 | $ 4,800.00 | FUENTES RIVERA, EUNICE<br>RR 12 BOX 977<br>BAYAMON, PR 00956 | 09/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175510 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 17 | GONZALEZ BRIETS, ROSA M<br>T-706 CALLE PASIONUIA URB LOITA<br>CANOVANAS, PR 00729 | 05/31/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 45261 | $ 48,000.00* | GONZALEZ BENITEZ, ROSA M<br>T 706 CALLE PASIONARIA<br>CANOVANAS, PR 00729 | 05/31/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 90365 | $ 48,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 18 | GONZALEZ, ERIC O.<br>P.O. BOX 142311<br>ARECIBO, PR 00614-2311 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176644 | $ 4,800.00 | GONZALEZ SUAREZ, ERIC O.<br>P.O. BOX 142311<br>ARECIBO, PR 00614-2311 | 10/09/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176654 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 19 | LOPEZ GRACIA, MARTA<br>HC 03 BOX 15410<br>JUANA DIAZ, PR 00795 | 11/23/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178911 | $ 84,000.00 | LOPEZ GRACIA, MARTA<br>HC 03 BOX 15410<br>JUANA DIAZ, PR 00795 | 11/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178856 | $ 84,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 20 | LUGO, ROBERTO NAVARRO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 09/30/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175933 | $ 6,000.00* | LUGO, ROBERTO NAVARRO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 09/30/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175997 | $ 6,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 21 | MALAVE RAMOS, ISIDRO<br>22-7 CALLE 10 URB. MIRAFLORES<br>BAYAMON, PR 00957 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177385 | $ 8,844.00 | MALAVE RAMOS, ISIDRO<br>22-7 CALLE 10 MIRAFLORES<br>BAYAMÓN, PR 00957 | 09/28/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176254 | $ 8,844.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 | MALAVE ZAYAS, RAUL<br>P.O. BOX 1236<br>CIDRA, PR 00739 | 12/31/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 179006 | Indeterminado* | MALAVE ZAYAS, RAUL<br>PO BOX 1236<br>CIDRA, PR 00739 | 12/31/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178987 | $ 6,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 23 | MARQUEZ CRUZ, NITZA M.<br>KENNEDY #718 URB. LA CUMBRE<br>SAN JUAN, PR 00926 | 08/31/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178528 | $ 13,200.00 | MARQUEZ CRUZ, NITZA M.<br>718 KENNEDY URB. LA CUMBRE<br>SAN JUAN, PR 00926 | 08/28/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178522 | $ 13,200.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 24 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28 AC7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 11/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178800 | $ 42,000.00 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28A C7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 11/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178810 | $ 47,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 25 | MORALES RIOS, CARMEN L.<br>URB. VALLE ARRIBA HEIGHTS T21 GRANADILLA ST.<br>CAROLINA, PR 00983 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176791 | $ 13,200.00 | MORALES RIOS, CARMEN L.<br>URB. VALLE ARRIBA HEIGHTS T21 GRANADILLA ST.<br>CAROLINA, PR 00983 | 09/18/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178314 | $ 13,200.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 26 | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 10/02/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 176320 | Indeterminado* | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 10/13/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 176678 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

## Tricentésima decimoctava Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 27 | NAVARRO LUGO, ROBERTO HC-15 BOX 16233 HUMACAO, PR 00791 | 11/12/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 178788 | $ 60,000.00 | NAVARRO LUGO, ROBERTO HC-15 BOX 16233 HUMACAO, PR 00791 | 11/17/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 178815 | $ 60,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | NAVARRO LUGO, ROBERTO HC 15 BOX 16233 HUMACAO, PR 00791 | 11/25/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 178901 | $ 60,000.00 | NAVARRO LUGO, ROBERTO HC-15 BOX 16233 HUMACAO, PR 00791 | 11/20/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 178849 | $ 60,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | NIEVES ALVAREZ, MIRNA A. 445 VALLE DE TORRIMAR GUAYNABO, PR 00966-8710 | 09/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175432 | $ 4,800.00 | NIEVES ALVAREZ, MIRNA 445 VALLES DE TORRIMAR GUAYNABO, PR 00966-8710 | 09/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175196 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | NIEVES HERNANDEZ, MIGUEL A. URB. KENNEDY CALLE PEDRO HNDEZ #95 QUEBRADILLAS, PR 00678 | 07/11/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 142307 | $ 18,000.00 | NIEVES HERNANDEZ, MIGUEL A. URB. KENNEDY CALLE PEDRO HERNANDEZ #95 QUEBRODILLAS, PR 00678 | 07/11/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 153878 | $ 38,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | ORTEGA ORTIZ, DELFIN ROSALINA GONZALEZ FIGUEROA CALLE #4, G11B URB SAN CRISTOBAL BARRANQUITAS, PR 00794 | 11/27/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177668 | $ 45,000.00 | ORTEGA ORTIZ, DELFIN ROSALINA GONZALEZ FIGUEROA CALLE #4, G11B URB SAN CRISTOBAL BARRANQUITAS, PR 00794 | 12/02/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177685 | $ 45,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 32 | OTERO, ROBERTO TORRES<br>CIUDAD JARDIN CALLE LILA 132<br>CAROLINA, PR 00987 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177349 | $ 28,800.00 | TORRES OTERO, ROBERTO<br>132 LILA CIUDAD JARDIN<br>CAROLINA, PR 00987 | 09/18/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176155 | $ 28,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 33 | P.D.C.M ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/23/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 20377 | $ 14,451.60 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/26/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 30421 | $ 14,451.60 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 34 | P.D.C.M ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/23/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 27530 | $ 55,920.47 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/26/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 27593 | $ 55,920.47 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 35 | PELLOT CANCELA, JESUS M<br>PO BOX 1374<br>AGUADA, PR 00602 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176535 | $ 3,600.00 | PELLOT CANCELA , JESUS M<br>P.O. BOX 1374<br>AGUADA, PR 00602 | 09/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175026 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 36 | PELLOT CANCELA, JESUS M.<br>P.O. BOX 1374<br>AGUADA, PR 00602 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176561 | $ 3,600.00 | PELLOT CANCELA , JESUS M<br>P.O. BOX 1374<br>AGUADA, PR 00602 | 09/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175026 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 37 | RIVERA GARCIA, IRMA M.<br>URB. BELINDA CALLE 1 CASA B20<br>ARROYO, PR 00714 | 11/16/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 178812 | Indeterminado* | RIVERA GARCIA, IRMA M.<br>URB. BELINDA CALLE 1 B-20<br>ARROYO, PR 00714 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 97172 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 38 | RIVERA PEREZ, FELICITA M. PO BOX 423 ADJUNTAS, PR 00601 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 55095 | Indeterminado* | RIVERA PEREZ, FELICITA M. PO BOX 423 ADJUNTAS, PR 00601 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 39977 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | RODRIGUEZ ALICIA, FELIPE CALLE 4 B1 COUNTRY STATE BAYAMON, PR00956 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176487 | Indeterminado* | RODRIGUEZ ALICIA, FELIPE C/4 B1 COUNTY ESTATE BAYAMON, PR00986 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176012 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | RODRIGUEZ SANCHEZ, ARNOLD COND LUCERNA EDF-A-1 APT-Ml CAROLINA, PR 00983 | 07/03/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 154723 | Indeterminado* | RODRIGUEZ SANCHEZ, ARNOLD COND. LUCERNA EDF. A-1 APT. M-1 CAROLINA, PR 00983 | 06/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 62872 | $ 41,645.63 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | ROMAN, FRANCISCO RUIZ URB. BUENA VISTA, CALLE 3 A1 LARES, PR 00669 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176800 | $ 4,800.00 | RUIZ ROMAN, FRANCISCO URB. BUENA VISTA CALLE 3A1 LARES, PR 00669 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177478 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | ROSADO PEREZ, MILDRED 1473 C/JAQUEY URB. LOS CAOBOS PONCE, PR 00716-2630 | 07/27/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174566 | Indeterminado* | ROSADO PEREZ, MILDRED 1473 CALLE JAGUEY URB LOS CAOBOS PONCE, PR 00716-2630 | 08/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178517 | $ 28,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima decimoctava Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 43 | ROSADO PEREZ, MILDRED<br>1473 CALLE JAGUEY<br>URB. LOS CAOBOS<br>PONCE, PR 00716-2630 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176006 | $ 28,800.00 | ROSADO PEREZ, MILDRED<br>1473 CALLE JAGUEY<br>URB LOS CAOBOS<br>PONCE, PR 00716-2630 | 08/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178517 | $ 28,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 44 | TORRES OTERO, ROBERTO<br>CIUDAD JARDIN<br>CALLE LILA 132<br>CAROLINA, PR 00987 | 09/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175900 | $ 28,800.00 | TORRES OTERO, ROBERTO<br>132 LILA CIUDAD JARDIN<br>CAROLINA, PR 00987 | 09/18/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176155 | $ 28,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 45 | TORRES OTERO, ROBERTO<br>CIUDAD JARDIN<br>CALLE LILA 132<br>CAROLINA, PR 00987 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176909 | $ 28,800.00 | TORRES OTERO, ROBERTO<br>132 LILA CIUDAD JARDIN<br>CAROLINA, PR 00987 | 09/18/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176155 | $ 28,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 46 | TORRES, LESLIE M<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 153317 | Indeterminado* | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 140140 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 47 | UNIQUE BUILDERS, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 27140 | $ 2,039,215.78* | UNIQUE BUILDERS, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 29911 | $ 2,271,539.78 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima decimoctava Objeción Global

Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 48 | UNITED STATES OF AMERICA MATTHEW J. TROY, U.S. DEPT. OF JUSTICE CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 40262 | $ 8,904,028.34* | UNITED STATES OF AMERICA MATTHEW J. TROY, U.S. DEPT. OF JUSTICE CIVIL DIVISION P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 42189 | $ 8,904,028.34 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 49 | VALLE UMPIERRE, LUZ E IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 11651 | $ 57,996.70 | VALLE UMPIERRE, LUZ E. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 11988 | $ 57,996.70 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 50 | VILMA M DAPENA RODRIGUEZ, KATHERINE FIGUEROA, GUY SANCHEZ COND QUANTUM METRO NORTE AVE CHARDON 120 1202 SAN JUAN, PR 00918-1731 | 05/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 40728 | $ 5,000,000.00* | KATHERINE FIGUEROA AND GUY SANCHEZ VILMA M. DAPENA RODRIGUEZ 120 CARLOS CHARDON AVENUE QUANTUM METROCENTER BOX 28 SAN JUAN, PR 00918 | 03/01/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179114 | $ 5,000,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.