# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Nineteenth Omnibus Objection**

## Three Hundred and Nineteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GARCIA, MARIA M. PO BOX 1584 ARECIBO, PR 00613 | 06/07/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 61381 | $ 98,673.90* | GARCIA, MARIA M. PO BOX 1584 ARECIBO, PR 00613 | 06/07/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 58950 | $ 98,673.90* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | NIEVES VAZQUEZ, ALMA E. H-33 CALLE CEREZA CAMPO ALEGRE BAYAMON, PR00956 | 08/03/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 174729 | $ 80,000.00 | NIEVES VAZQUEZ, ALMA E. H-33 CALLE CEREZA CAMPO ALEGRE BAYAMON, PR00956 | 08/03/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174730 | $ 80,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ORTIZ GUZMAN, NIRMA ENID A-11 CALLE 4 FOREST HILLS BAYAMON, PR00959 | 08/05/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 174751 | $ 42,000.00 | ORTIZ GUZMAN, NIRMA ENID A-11 CALLE 4 FOREST HILLS BAYAMON, PR00959 | 08/05/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174752 | $ 42,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | P.D.C.M. ASSOCIATES, S.E. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/26/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 27596 | $ 437,284.26 | P.D.C.M. ASSOCIATES, S.E. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/26/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 29504 | $ 437,284.26 |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1