# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima décima novena objeción global**

Tricentésima decimonovena Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 GARCIA, MARIA M. PO BOX 1584 ARECIBO, PR 00613 | 06/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 61381 | $ 98,673.90* | GARCIA, MARIA M. PO BOX 1584 ARECIBO, PR 00613 | 06/07/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 58950 | $ 98,673.90* |
| Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |
| 2 NIEVES VAZQUEZ, ALMA E. H-33 CALLE CEREZA CAMPO ALEGRE BAYAMON, PR00956 | 08/03/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 174729 | $ 80,000.00 | NIEVES VAZQUEZ, ALMA E. H-33 CALLE CEREZA CAMPO ALEGRE BAYAMON, PR00956 | 08/03/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174730 | $ 80,000.00 |
| Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 3 ORTIZ GUZMAN, NIRMA ENID A-11 CALLE 4 FOREST HILLS BAYAMON, PR00959 | 08/05/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 174751 | $ 42,000.00 | ORTIZ GUZMAN, NIRMA ENID A-11 CALLE 4 FOREST HILLS BAYAMON, PR00959 | 08/05/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174752 | $ 42,000.00 |
| Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor – Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 4 P.D.C.M. ASSOCIATES, S.E. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/26/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 27596 | $ 437,284.26 | P.D.C.M. ASSOCIATES, S.E. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/26/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 29504 | $ 437,284.26 |
| Base para: Presentación de un reclamo de responsabilidad duplicado contra el Deudor –Autoridad de Carreteras y Transportación de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |