# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Twentieth Omnibus Objection**

Case:17-03283-LTS Doc#:16646-1 Filed:04/30/21 Entered:04/30/21 18:12:27 Desc:
Exhibit A Page 1 of 2

Three Hundred and Twentieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | NOREEN WISCOVITCH RETIREMENT PLAN (NW PLAN)<br>NOREEN WISCOVITCH-RENTAS, TRUSTEE<br>PMB 136<br>400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 10/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171656 | $ 25,219.50 |
| | Reason: Claimant asserts liabilities associated with mutual funds that claimants held at one time, but subsequently sold. Because claimant sold the mutual funds they purport to assert, they no longer have any right to payment from the Commonwealth in respect of bonds issued by the Commonwealth and accordingly, have no claim against the Commonwealth for alleged unpaid interest and/or loss on investment. | | | | | |
| 2 | PETER COLLOTTA & DARLA WITMER<br>PO BOX 594<br>STOWE, VT 05672 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9642 | $ 72,793.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by the Commonwealth, the Puerto Rico Infrastructure Financing Authority (PRIFA), and the Puerto Rico Public Buildings Authority (PBA) that claimants held at one time, but subsequently sold. Because claimant sold the bonds they purport to assert, they no longer have any right to payment from the Commonwealth in respect of bonds issued by the Commonwealth and accordingly, have no claim against the Commonwealth for alleged unpaid interest and/or loss on investment. | | | | | |
| 3 | ROMERO LOPEZ, LUIS R<br>P.O. BOX 577<br>ISABELA, PR 00662 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9426 | $ 3,605,475.50 |
| | Reason: Claimant asserts liabilities associated with bonds issued by the Commonwealth, the Puerto Rico Aqueduct and Sewer Authority (PRASA), the Puerto Rico Industrial Development Company (PRIDCO), the Puerto Rico Public Buildings Authority (PBA), and the Puerto Rico Government Development Bank (GDB) that claimants held at one time, but subsequently sold. Because claimant sold the bonds they purport to assert, they no longer have any right to payment from the Commonwealth in respect of bonds issued by the Commonwealth and accordingly, have no claim against the Commonwealth for alleged unpaid interest and/or loss on investment. | | | | | |
| 4 | SANDRA K CHANG TRUST<br>SANDRA K CHANG<br>2500 KALAKAUA AVE<br>STE 2105<br>HONOLULU, HI 96815 | 5/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 44473 | $ 25,908.13 |
| | Reason: Claimant asserts liabilities associated with bonds issued by the Puerto Rico Highways and Transportation Authority (HTA), including insured notes by the issuer, that claimants held at one time but subsequently sold. Because claimant sold the bonds they purport to assert, they no longer have any right to payment from the Puerto Rico Highways and Transportation Authority in respect of bonds issued by the Puerto Rico Highways and Transportation Authority and accordingly, have no claim against the Puerto Rico Highways and Transportation Authority for alleged unpaid interest and/or loss on investment. | | | | | |
| | | | | | TOTAL | $ 3,729,396.13 |