# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima vigésima objeción global**

Tricentésima vigésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | NOREEN WISCOVITCH RETIREMENT PLAN (NW PLAN) NOREEN WISCOVITCH-RENTAS, TRUSTEE PMB 136 400 CALLE JUAN CALAF SAN JUAN, PR 00918 | 10/9/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171656 | $ 25,219.50 |

Base para: El Demandante reclama obligaciones asociadas a fondos comunes que mantuvo en un momento pero que vendió con posterioridad. Dado que el demandante vendió los fondos comunes objeto del reclamo, ya no tiene ningún derecho a recibir un pago del Estado Libre Asociado con respecto a bonos emitidos por dicho Estado y, por añadidura, no tiene ningún reclamo para formular contra el Estado Libre Asociado por supuestos intereses impagos o por pérdida de la inversión.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PETER COLLOTTA & DARLA WITMER PO BOX 594 STOWE, VT 05672 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9642 | $ 72,793.00 |

Base para: El Demandante reclama obligaciones asociadas a bonos emitidos por el Estado Libre Asociado, la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (AFI) y la Autoridad de Edificios Públicos de Puerto Rico (PBA) que en su momento estuvieron en poder de los demandantes pero que estos vendieron con posterioridad. Dado que el demandante vendió los bonos objeto de reclamo, ya no tiene ningún derecho a recibir un pago del Estado Libre Asociado con relación a bonos emitidos por dicho estado y, en consecuencia, no tiene reclamo alguno contra el Estado Libre Asociado por supuestos intereses impagos o por pérdida de la inversión.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ROMERO LOPEZ, LUIS R P.O. BOX 577 ISABELA, PR 00662 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9426 | $ 3,605,475.50 |

Base para: El Demandante reclama obligaciones vinculadas a bonos emitidos por el Estado Libre Asociado, la Autoridad de Acueductos y Alcantarillados de Puerto Rico (PRASA, en inglés), la Empresa para el Desarrollo Industrial de Puerto Rico (PRIDCO), la Autoridad de Edificios Públicos de Puerto Rico (PBA) y el Banco Gubernamental de Fomento (BGF), que los demandantes mantuvieron en un momento pero que posteriormente vendieron. Dado que el demandante vendió los bonos objeto del reclamo, ya no tiene ningún derecho a recibir un pago del Estado Libre Asociado con relación a bonos emitidos por dicho estado y, en consecuencia, no tiene reclamo alguno contra el Estado Libre Asociado por supuestos intereses impagos o por pérdida de la inversión.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | SANDRA K CHANG TRUST SANDRA K CHANG 2500 KALAKAUA AVE STE 2105 HONOLULU, HI 96815 | 5/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 44473 | $ 25,908.13 |

Base para: El Demandante reclama obligaciones asociadas a bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), incluidas notas aseguradas por el emisor, que los demandantes tuvieron en un momento pero que posteriormente vendieron. Dado que el demandante vendió los bonos objeto del reclamo, ya no tiene ningún derecho a percibir el pago de parte de la Autoridad de Carreteras y Transportación de Puerto Rico de los bonos emitidos por la autoridad mencionada y, por consiguiente, no tiene ningún reclamo contra dicha autoridad por supuestos intereses impagos o por pérdida de la inversión.

| | | | | | TOTAL | $ 3,729,396.13 |
|---|---|---|---|---|---|---|