# **ANEXO A**
**Relación de reclamaciones objeto de la Tricentésima vigésima primera objeción global**

Tricentésima vigésimo primera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CORPORACION DEL FONDO DEL SEGURO DEL ESTADO<br>P.O. BOX 365028<br>SAN JUAN, PR 00936-5028 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31712 | $ 31,424,668.44 |
| | Base para: El reclamo pretende invocar una obligación con base en supuestos depósitos en BGF. La obligación por el reclamo recaería, si fuere el caso, sobre el Fideicomiso PET. | | | | | |
| 2 | CORPORACION DEL FONDO DEL SEGURO DEL ESTADO<br>P.O. BOX 365028<br>SAN JUAN, PR 00936-5028 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36276 | $ 12,096,124.56 |
| | Base para: El reclamo pretende invocar una obligación con base en supuestos depósitos en BGF. La obligación por el reclamo recaería, si fuere el caso, sobre el Fideicomiso PET. | | | | | |
| 3 | CORPORACION DEL FONDO DEL SEGURO DEL ESTADO<br>P.O.BOX 365028<br>SAN JUAN, PR 00936-5028 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36818 | $ 126,866,649.80 |
| | Base para: El Reclamo pretende invocar una responsabilidad basada en la presunta propiedad de los Bonos del BGF que estuvieron sujetos a la Modificación Cualificada, la cual habilitaba la emisión de títulos nuevos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía por parte del Estado Libre Asociado de determinados Bonos del BGF, razón por la cual el Estado Libre Asociado ya no tiene responsabilidad alguna en relación con estos reclamos. | | | | | |
| 4 | PUERTO RICO LAND ADMINISTRATION<br>419 DE DIEGO ST., STE. 301<br>SAN JUAN, PR 00923 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50438 | $ 1,129,811.76 |
| | Base para: El reclamo pretende invocar una obligación con base en supuestos depósitos en BGF. La obligación por el reclamo recaería, si fuere el caso, sobre el Fideicomiso PET. | | | | | |
| 5 | PUERTO RICO LAND ADMINISTRATION<br>419 DE DIEGO ST., STE 301<br>SAN JUAN, PR 00923 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 73021 | $ 36,386,620.57 |
| | Base para: El reclamo pretende invocar una obligación con base en supuestos depósitos en BGF. La obligación por el reclamo recaería, si fuere el caso, sobre el Fideicomiso PET. | | | | | |
| | | | | | TOTAL | $ 207,903,875.13 |