# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima vigésima segunda objeción global**

Tricentésima vigésima segunda Objeción Global
Anexo A: Reclamos de bonos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BUSO TORRES, JOSE J.<br>PO BOX 492<br>HUMACAO, PR 00792 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35364 | $ 73,502.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones asociadas a bonos emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar un fundamento o documentación de respaldo que identifique a los bonos supuestamente mantenidos o que formule un reclamo contra los Deudores. Asimismo, el demandante no respondió a una carta de seguimiento en la que se solicitaba información adicional. Así pues, los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquier otro de los deudores al amparo de Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | SECOLA, ANTONIO<br>CHURCH HILL J-4<br>TORRIMAR<br>GUAYNABO, PR 00966 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21506 | $ 200,000.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones asociadas a bonos emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar un fundamento o documentación de respaldo que identifique a los bonos supuestamente mantenidos o que formule un reclamo contra los Deudores. Asimismo, el demandante no respondió a una carta de seguimiento en la que se solicitaba información adicional. Así pues, los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquier otro de los deudores al amparo de Título III.

| | | | | | TOTAL | $ 273,502.00 |
|---|---|---|---|---|---|---|