# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima vigésima tercera objeción global**

## Tricentésima vigésimo tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CASTRO PADILLA, MARTIN<br>URB MANSIONES DE CABO ROJO<br>76 CALLE PALMAS<br>CABO ROJO, PR 00623 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32700 | $ 225,681.77 |
| | Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | |
| 2 | COLL DE SILVA, MARGARITA<br>URB. VILLA CAPRI<br>1166 CALLE CATANIA<br>SAN JUAN, PR 00924 | 10/9/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176648 | $ 438,594.00 |
| | Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | |
| 3 | DALMAU NADAL, CARLOS<br>COND LAGUNA GARDENS III<br>APTO 11-B<br>CAROLINA, PR 00979 | 4/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8066 | $ 638,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | |
| 4 | FORSYTHE ISALES, PHOEBE<br>CALLE LILAS #1724<br>SAN JUAN, PR 00927 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15395 | $ 209,309.96 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. La Evidencia de Reclamo pretende reclamar, en parte, obligaciones asociadas a uno o más bonos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular un reclamo contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | |

## Tricentésima vigésimo tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | JOSE O TORRES FRANCESCHINI VIXMA I RODRIGUEZ MATINEZ ALBERTO J TORRES PO BOX 1305 YAUCO, PR 00698 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23691 | $ 411,625.00* |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.  Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LOPEZ VICENTE, JUAN M. 26 CALLE CYCA, URB. PALMA REAL GUAYNABO, PR 00969-5803 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74234 | $ 262,694.25 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, obligaciones asociadas a bonos emitidos por la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), la Autoridad de Acueductos y Alcantarillados de Puerto Rico (PRASA) y el Banco Gubernamental de Fomento (BGF), que mantuvieron en un momento pero que posteriormente vendieron. Como el demandante vendió los bonos objeto del reclamo, ya no tiene derecho a recibir ningún pago del Estado Libre Asociado con relación a los bonos emitidos por el Estado Libre Asociado, ni tiene ningún reclamo contra dicho Estado por supuestos intereses impagos o por pérdida de la inversión. El reclamo también pretende reclamar, en parte, una obligación fundada en la presunta titularidad de Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.  Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MERCADO ROSSO MD, WILFREDO PO BOX 363624 SAN JUAN, PR 00936-3624 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29927 | $ 139,277.08 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. El Demandante reclama inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental [AFICA], que no es un Deudor al amparo del Título III. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

## Tricentésima vigésimo tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | MONTALVO MONTALVO, EDDIE<br>1 COND SAN FERNANDO VLG APT 102<br>CAROLINA, PR 00987 | 7/26/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178443 | $ 32,615.38 |

Base para: Conforme a un examen diligente de la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar una obligación con base en la supuesta titularidad de los Bonos de COFINA y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque los reclamos (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | NARVAEZ RODRIGUEZ, JESUS M<br>261 CALLE LUNA<br>SAN JUAN, PR 00901 | 4/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6427 | $ 75,000.00 |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieren haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RIVERA MERCADO, BRUNILDA<br>EDIF BARCELONA COURT<br>113 CALLE BARCELONA<br>APT 201<br>SAN JUAN, PR 00907-2761 | 5/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12902 | $ 45,659.49* |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieren haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | SANCHEZ SALDANA, CLARIVETTE<br>C/ OLIMPIC #601 URB. SUMMIT HILLS<br>SAN JUAN, PR 00920 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15911 | $ 42,444.77 |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieren haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

Tricentésima vigésimo tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | VARGAS VELAZQUEZ, EDWIN<br>URB PUERTO NUEVO<br>626 CALLE ANDALUCIA<br>SAN JUAN, PR 00920 | 4/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7951 | $ 60,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | TOTAL | $ 2,580,901.70* |
|---|---|---|