## <u>ANEXO A</u>
**Relación de reclamaciones objeto de la Tricentésima vigésima cuarta objeción global**

Tricentésima vigésima cuarta Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BENABE DE FONSECA, CARMEN BOSQUE DEL LAGO-ENCANTADA PLAZA 19 BI-13 TRUJILLO ALTO, PR 00976 | 12838 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $403,452.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,452.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar; dichos reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.  El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.  Asimismo, en la medida en que el Demandante busca reclamar obligaciones que surgen de las pérdidas de la inversión, el reclamo omite proporcionar un fundamento para reclamar dichos reclamos en contra del Estado Libre Asociado. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | SHEN T & TAMMY T LIU FAMILY TRUST UA 07-21-2014 8318 SADDLEBACK LEDGE AVE. LAS VEGAS, NV 89147 | 5051 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $205,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $33,353.66 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.  Además, en la medida en que el Demandante busca reclamar obligaciones surgidas de pérdidas de inversión, el reclamo no proporciona un fundamento para aseverar dichos reclamos contra el Estado Libre Asociado. Otra porción permanecerá en el Estado Libre Asociado.

| | | | TOTAL | | $ 608,452.00 | TOTAL | | $ 78,805.66 |
|---|---|---|---|---|---|---|---|---|