# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima vigésima sexta objeción global**

Tricentésima vigésima sexta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CINTRON, BLANCA<br>BARRIO ACHIOTE<br>SECTOR ALDEA<br>NARANJITO, PR 00719 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30924 | Indeterminado* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | COMAS DEL TORO, EMILIA<br>826 VEREDA ST. VALLE VERDE<br>PONCE, PR 00716 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9588 | $ 100,000.00* |

Base para: Conforme a un examen diligente de la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar una obligación asociada a uno o más bonos emitidos por ERS, que es un duplicado de la evidencia o evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | CRUZ SANTIAGO, IRIS<br>BDA MARIN<br>75B CALLE 5<br>GUAYAMA, PR00784 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2562 | Indeterminado* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | DOCTOR'S CENTER HOSPITAL BAYAMON,INC.<br>PO BOX 30532<br>MANATI, PR 00674-8513 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32386 | $ 560,504.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima sexta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | DOCTOR'S CENTER HOSPITAL, INC.<br>PO BOX 30532<br>MANATI, PR 00674-8513 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39513 | $ 1,112,694.34 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.  El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FREIRIA GARRATON, FRANCISCO<br>327 CALLE REY FREIRCIANO<br>GUAYNABO, PR 00969 | 5/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 10519 | $ 250,000.00 |

Base para: Conforme a un examen diligente de la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar una obligación con base en la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación Cualificada, que establecía la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y de la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GOHARKHAY, NIMA<br>1816 AUSTIN CREEK<br>FRIENDSWOOD, TX 77546 | 4/2/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5124 | $ 130,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. Asimismo, el Demandante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | GUZMAN, LILLIAN<br>BROMELIA #34 PARQUE DE BUCARE<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152457 | $ 135,000.00 |

Tricentésima vigésima sexta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | | |
| 9 | LOPEZ MUJICA, NORMA L.<br>URB. BORINQUEN GDNS<br>CALLE MAGNOLIA GG2<br>SAN JUAN, PR 00926 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27062 | $ 25,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.  El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | | |
| 10 | LUGO CARABALLO, LUIS<br>URB LOS PINOS<br>435 CALLE IRIS<br>YAUCO, PR 00698 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23407 | $ 479,251.47 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.  El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima sexta Objeción Global

Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | LUTGARDO ACEVEDO LOPEZ TTEE FIDEICOMISO LALMFC 5 CALLE PALOMA MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30955 | Indeterminado* |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MONTOTO, CARLOS E. AND MARGARITA SABANA LLANA INDUSTRIAL PARK 16 LA BRISA SAN JUAN, PR 00924-3836 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16709 | $ 930,305.28 |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | NEGRON JIMENEZ, EDWIN 352 AVE SAN CLAUDIO PMB 115 SAN JUAN, PR 00926-4143 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5548 | $ 20,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PABLO DEL VALLE RIVERA AND MARIA A. MARTINEZ, TENANTS IN COMMON PABLO DEL VALLE RIVERA PO BOX 2319 TOA BAJA, PR 00951-2319 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99143 | $ 2,744,545.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.  En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

## Tricentésima vigésima sexta Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | PADILLA MORALES, SUCESION<br>URB. MARTONELL<br>CALLE LUIS MUNOZ RIVERA E-8<br>DORADO, PR 00646-2708 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29812 | $ 728,837.83 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | QUILICHINI PAZ, MADELINE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23727 | $ 125,572.03 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El Demandante reclama inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RIVERA LOPEZ DE VICTORIA, LIZZETTE<br>12 PARQUE LAS RAMBLAS URB. PASEO DEL PARQUE<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21876 | $ 612,786.41 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

Tricentésima vigésima sexta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | SECURITY TACTICAL FORCES INC. C/O ANGEL PONT COLON & IRMA M. NAVARRO JTTEN PO BOX 636 GUAYAMA, PR 00785-0636 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70028 | Indeterminado* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | SIFONTES, TOMAS C M1 CALLE 9 URB. PRADO ALTO GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4230 | $ 3,000,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados ("ERS"), que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | SOLA APONTE, CARLOS A. PO BOX 9705 CAGUAS, PR 00726-9705 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58249 | $ 316,050.29 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

## Tricentésima vigésima sexta Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | SOTO BARRETO, OMAR<br>PO BOX 3161<br>AGUADILLA, PR 00605 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45097 | Indeterminado* |

Base para: Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo.

| | | | | | TOTAL | $ 11,270,546.65* |