# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima vigésima séptima objeción global**

## Tricentésima vigésima séptima Objeción Global
### Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | BERMUDEZ DIAZ, MIGUEL A<br>HC 1 BOX 3698<br>BO MAVILLAS CARR 159 KM 18.8<br>COROZAL, PR 00783 | 10802 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | BHATIA, MOHINDER S.<br>36 CALLE NEVARES PH-D<br>SAN JUAN, PR 00927-4538 | 9795 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $393,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | BLANCO BOU, FIDEICOMISO<br>PO BOX 1228<br>MANATI, PR 00674-1228 | 92878 | El Estado Libre Asociado de Puerto Rico | Garantizada | $5,707,670.03 | El Estado Libre Asociado de Puerto Rico | Garantizada | $349,375.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima séptima Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | CARLOS VALDES DE LLAUGER/CARMEN CASTRO DE VALDES<br>COND. KINGS COURT PLAYA<br>KINGS COURT 59<br>APT. 304<br>SAN JUAN, PR 00911-1160 | 84992 | El Estado Libre Asociado de Puerto Rico | Garantizada | $481,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | ESTATE OF ENRIQUE DIAZ AQUINO AND BELIA ROLON MELENDEZ<br>BELIA ROLON MELENDEZ<br>CALLE 128 BY6<br>VALLE ARRIBA HEIGHTS<br>CAROLINA, PR 00983-3328 | 128072 | El Estado Libre Asociado de Puerto Rico | Garantizada | $13,070.76* | El Estado Libre Asociado de Puerto Rico | Garantizada | $4,533.97 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Agencia de Financiamiento Municipal de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de estos bonos, en el caso del Estado Libre Asociado. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | ESTATE OF JOSE A ROMAN - TOLEDO<br>MARCOS A ROMAN-LOPEZ<br>T - 22 13 STREET EXT VILLA RICA<br>BAYAMON, PR00959 | 38430 | El Estado Libre Asociado de Puerto Rico | Garantizada | $221,495.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $10,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Otra porción permanecerá en el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima séptima Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados

|  | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | FROHLICH, TRUDY<br>12618 MACDONALD DR.<br>OJAI, CA 93023 | 15891 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $300,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $300,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | GNOCCHI FRANCO, ANTONIO<br>PO BOX 193408<br>SAN JUAN, PR 00919-3408 | 10098 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $915,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $840,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | GUZMAN DE AMADOR, IRMITA<br>CONDOMINIO PLAZA DEL PRADO #5<br>CALLE 833 APT 1203 B<br>GUAYNABO, PR 00969 | 74206 | El Estado Libre Asociado de Puerto Rico | Garantizada | $532,501.21 | El Estado Libre Asociado de Puerto Rico | Garantizada | $25,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | HOROWITZ, GERALD<br>7 MAIDEN STONE LANE<br>MONROE TOWNSHIP, NJ 08831 | 8507 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima séptima Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar una obligación asociada a uno o más bonos emitidos por el Children's Trust Tobacco Settlement, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado. | | | | | | | |
| 11 | LINERA DE ROSADO, MYRGIA M<br>SUCHVILLE 19<br>GUAYNABO, PR 00966 | 6441 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $573,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante pretende reclamar cualesquier obligaciones adicionales, el Reclamo resulta insuficiente pues no brinda información suficiente para permitirles a los Deudores conciliar el Reclamo. Otra porción quedará en el Estado Libre Asociado. | | | | | | | |
| 12 | LOPEZ, ANA R<br>MARCOS A RAMON<br>T-22 13 ST EXT VILLA RICA<br>BAYAMON, PR00959 | 37996 | El Estado Libre Asociado de Puerto Rico | Garantizada | $221,495.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $10,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado. | | | | | | | |
| 13 | MOLINI DIAZ, DORIS ANN<br>PO BOX 331283<br>PONCE, PR 00733 | 40537 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima séptima Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 14 | RIOS PENA, RENE<br>9 CEMI VILLA BORINQUEN<br>CAGUAS, PR 00725 | 10035 | El Estado Libre Asociado de Puerto Rico | Garantizada | $771,815.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $90,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| 15 | ROMAN-LOPEZ, MARCOS A.<br>T-22 13ST EXT VILLA RICA<br>BAYAMON, PR00959 | 24258 | El Estado Libre Asociado de Puerto Rico | Garantizada | $241,495.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $10,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| 16 | SNIDER, WILMA K<br>893 FOREST GLEN DR.<br>MOOREFIELD, WV 26836 | 10142 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima séptima Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 17 | VAZQUEZ STEFANI, EMILIA<br>651 CALLE ROOSEVELT APT7 A<br>SAN JUAN, PR 00907 | 9048 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $541,144.44 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| | | | TOTAL | | $ 11,002,686.44* | TOTAL | | $ 1,918,908.97* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados