# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima vigésima octava objeción global**

Tricentésima vigésima octava Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | HECTOR R GONZALEZ ROMANACE & FAMILY (WIFE &3 ADULT CHILDREN) 47 HARBOUR LIGHTS DR PALMAS DEL MAR HUMACAO, PR 00791-6053 | 47721 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $26,033,998.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $1,103,660.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $873,837.00 |
| | | | | | | Subtotal | | $1,977,497.00 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Asimismo, en la medida en que el Demandante busca reclamar obligaciones que surgen de las pérdidas de la inversión, el reclamo omite proporcionar un fundamento para reclamar dichos reclamos en contra del Estado Libre Asociado. Otra porción permanecerá en el Estado Libre Asociado.

| 2 | POLLARD, JULITA 5 SW 52ND ST DES MOINES, IA 50312 | 6814 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,500.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,500.00* |
| | | | | | | Subtotal | | $2,500.00* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar una obligación asociada a uno o más bonos emitidos por la Universidad de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Asimismo, en la medida en que el Demandante busca reclamar obligaciones que surgen de las pérdidas de la inversión, el reclamo omite proporcionar un fundamento para reclamar dichos reclamos en contra del Estado Libre Asociado. Otra porción permanecerá en el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima vigésima octava Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | POLLARD, THOMAS<br>5 SW 52ND STREET<br>DES MOINES, IA 50312 | 6627 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,500.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,500.00* |
| | | | | | | Subtotal | | $2,500.00* |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar la tenencia de los siguientes bonos. El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de los bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar una obligación asociada a uno o más bonos emitidos por la Universidad de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El demandante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. Otra porción permanecerá en el Estado Libre Asociado.

| | | | | TOTAL | $ 26,038,998.00* | TOTAL | | $ 1,982,497.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados