**<u>EXHIBIT A</u>**

**Schedule of Claims Subject to the Three Hundred Twenty-Ninth Omnibus Objection**

## Three Hundred and Twenty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO LOPEZ, LUTGARDO<br>CALLE PALOMA 5<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14707 | $ 30,454.50 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims; Claimant also provides no basis for asserting GDB Bonds against ERS. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth or its instrumentalities. The claim thus seeks recovery for an amount for which the Commonwealth and its instrumentalities are not liable because the claimant is not a "creditor" of the Commonwealth or its instrumentalities and lacks standing to assert this derivative claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AUGUSTO ENRIQUE CARBONELL AND EDUARDO A CARBONELL GARCIA<br>PO BOX 367013<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32605 | $ 80,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ESCUELA FEDERICO FROEBEL<br>P.O BOX 250641<br>AGUADILLA, PR 00603 | 12/14/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 367 | $ 165,000.00 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FUENTES CABAN, MIGDALIA<br>5 PALOMA SEC LA SIERRA<br>PUEBLO<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14711 | $ 533,887.95 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | LUTGARDO ACEVEDO LOPEZ Y MIGDALIA FUENTES CABAN<br>5 CALLE PALOMA<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14727 | $ 533,887.95 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PORTILLA RODRIGUEZ, MARILU<br>6 CARRION CT APT 202<br>SAN JUAN, PR 00911-1291 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18599 | $ 272,899.84 |

## Three Hundred and Twenty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. | | | | | |
| 7 | SOTO DIAZ, VICTOR<br>PO BOX 9508<br>CAROLINA, PR 00988-9508 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40414 | $ 100,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, which do not constitute a debt of the Commonwealth, and which are associated with an entity, the Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| | | | | | TOTAL | $ 1,716,130.24 |