# ANEXO A
**Relación de reclamaciones objeto de la Tricentésima vigésima novena objeción global**

## Tricentésima vigésima novena Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO LOPEZ, LUTGARDO<br>CALLE PALOMA 5<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14707 | $ 30,454.50 |
| | Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de reclamo maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento, sujetos a la Modificación Cualificada, que establecía la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante tampoco proporciona ningún fundamento para reclamar los Bonos del BGF en contra del ERS. El Demandante además reclama, en parte, inversiones en uno o más fondos comunes, los cuales a su vez pudieron haberlos invertido en bonos emitidos por el Estado Libre Asociado o sus organismos. Por lo tanto, el reclamo busca recuperar un monto del cual el Estado Libre Asociado y sus organismos no son responsables pues el demandante no es un "acreedor" del Estado Libre Asociado ni de sus organismos y carece de capacidad para formular este reclamo derivativo. ||||||
| 2 | AUGUSTO ENRIQUE CARBONELL AND EDUARDO A CARBONELL GARCIA<br>PO BOX 367013<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32605 | $ 80,000.00 |
| | Base para: El Demandante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. ||||||
| 3 | ESCUELA FEDERICO FROEBEL<br>P.O BOX 250641<br>AGUADILLA, PR 00603 | 12/14/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 367 | $ 165,000.00 |
| | Base para: El reclamo pretende reclamar una obligación fundada en la presunta propiedad de bonos de COFINA y, por lo tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar pues los reclamos (1) se acordaron y conciliaron conforme a la Orden de Resolución y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. ||||||
| 4 | FUENTES CABAN, MIGDALIA<br>5 PALOMA SEC LA SIERRA PUEBLO<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14711 | $ 533,887.95 |
| | Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados [ERS], que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. ||||||

Tricentésima vigésima novena Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | LUTGARDO ACEVEDO LOPEZ Y MIGDALIA FUENTES CABAN<br>5 CALLE PALOMA<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14727 | $ 533,887.95 |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados [ERS], que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PORTILLA RODRIGUEZ, MARILU<br>6 CARRION CT APT 202<br>SAN JUAN, PR 00911-1291 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18599 | $ 272,899.84 |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados [ERS], que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | SOTO DIAZ, VICTOR<br>PO BOX 9508<br>CAROLINA, PR 00988-9508 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40414 | $ 100,000.00 |

Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | TOTAL | $ 1,716,130.24 |