## ANEXO A

**Relación de reclamaciones objeto de la Tricentésima décima quinta objeción global**

Tricentésima decimoquinta Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ESPARRA MULERO, MYRA<br>ESTANCIAS DE METROPOLIS<br>500 AVE A APT514<br>CAROLINA, PR 00987 | 1063 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,289.29* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $139.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,150.29* |
| | | | | | | Subtotal | | $51,289.29* |
| | Base para: El Demandante pretende formular un reclamo contra un depósito de PREPA de $139. Identifica como garante al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo muestran que cualquier responsabilidad, si la hubiere, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | LOPEZ ALVARADO, RAMON<br>10 CALLE RUFINA<br>GUAYANILLA, PR00656 | 105622 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 3 | LOPEZ ALVARADO, RAMON<br>10 CALLE RUFINA<br>GUAYANILLA, PR00656 | 106956 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 51,289.29* | TOTAL | | $ 51,289.29* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados