## EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Thirty-Second Omnibus Objection**

THREE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION

Exhibit A - Partially Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|
| 1 | EC WASTE LLC<br>PO BOX 918<br>PUNTA SANTIAGO, PR  00741-0918 | 6/8/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 33825 | $21,177.35 | $4,096.35 | $17,081.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | |
| 2 | MARITIME TRANSPORTATION AUTHORITY OF PUERTO RICO AND ISLAND MUNICIPALITIES<br>PO BOX 41118<br>SAN JUAN, PR  00940 | 7/6/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 155478 | $56,357.75 | $746.25 | $55,611.50 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | |
| 3 | ST. JAMES SECURITY SERVICES LLC<br>PO BOX 270027<br>SAN JUAN, PR  00928-2827 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 46936 | $80,848.82 | $49,203.44 | $31,645.38 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | |
| 4 | VALENTIN, RACHEL M<br>208 CASA LINDA VILLAGE<br>BAYAMON, PR  00959 | 4/3/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3535 | $17,154.58 | $916.65 | $16,237.93 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.