# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima trigésima segunda objeción global**

TRICENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Parcialmente Resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|
| 1 | EC WASTE LLC<br>PO BOX 918<br>PUNTA SANTIAGO, PR 00741-0918 | 6/8/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 33825 | $21,177.35 | $4,096.35 | $17,081.00 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas por la PREPA en parte | | | | | | | |
| 2 | MARITIME TRANSPORTATION AUTHORITY OF PUERTO RICO AND ISLAND MUNICIPALITIES<br>PO BOX 41118<br>SAN JUAN, PR 00940 | 7/6/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 155478 | $56,357.75 | $746.25 | $55,611.50 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas por la PREPA en parte | | | | | | | |
| 3 | ST. JAMES SECURITY SERVICES LLC<br>PO BOX 270027<br>SAN JUAN, PR 00928-2827 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 46936 | $80,848.82 | $49,203.44 | $31,645.38 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas por la PREPA en parte | | | | | | | |
| 4 | VALENTIN, RACHEL M<br>208 CASA LINDA VILLAGE<br>BAYAMON, PR 00959 | 4/3/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3535 | $17,154.58 | $916.65 | $16,237.93 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas por la PREPA en parte | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Página 1 de 1*