## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Tricentésima trigésima objeción global**

Tricentésima trigésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 FRANCISCO BELTRÁN-CINTRÓN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRÁN-CINTRÓN PLAINTIFF GROUP"), CIVIL CASE NUM. KAC 2009-0805 / TSPR AC 2016-0120 LCDA. IVONNE GONZÁLEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 32789 | $ 85,000,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179140 | $ 105,000,000.00* |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 2 JORGE ABRAHAM GIMENEZ ET AL (1046 PLAINTIFFS) ABRAHAM GIMENEZ PLAINTIFF GROUP YVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 22818 | $ 35,000,000.00* | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179141 | $ 35,000,000.00* |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 3 OLMEDA UBILES, REYNALDO HC-15 BOX 15189 HUMACAO, PR 00791 | 11/16/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178802 | Indeterminado* | OLMEDA UBILES, REYNALDO HC-15 BOX 15189 HUMACAO, PR 00791-9477 | 12/04/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178921 | $ 40,000.00 |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 4 RIVERA GALARZA, CARMEN IRIS P.O. BOX 512 YABUCOA, PR 00767 | 08/31/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174883 | Indeterminado* | RIVERA GALARZA, CARMEN I. PO BOX 512 YABUCOA, PR 00767 | 01/11/21 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 179016 | Indeterminado* |
| Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima trigésima Objeción Global

Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 VIELLA GARCIA, FIORINA MARIA, ET AL C/O JOSE F. CARDONA JIMENEZ, ESO. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 05/21/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 17736 | $ 33,081,059.47* | FIORINA MARIA VILELLA GARCIA, ET ALS SEE EXHIBIT 1 C/O JOSE F. CARDONA JIMENEZ, ESQ. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 09/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 167504 | $ 10,108,544.94 |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.

* Indica que la reclamación contiene montos por liquidar o indeterminados