# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Thirty-First Omnibus Objection**

THREE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ENLACE MERCANTIL INTERNATIONAL<br>URB LA CUMBRE<br>497 AVE E POL STE 94<br>SAN JUAN, PR 00926 | 7/11/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 142322 | $426,056.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full. | | | | | |
| 2 | S O P INC D/B/A SPECIALTY OFFICE PRODUCT<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 24372 | $1,782.80 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.