# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima trigésima primera objeción global**

TRICENTÉSIMA TRIGÉSIMA PRIMERA OBJECIÓN COLECTIVA

Anexo A – Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | ENLACE MERCANTIL INTERNATIONAL<br>URB LA CUMBRE<br>497 AVE E POL STE 94<br>SAN JUAN, PR 00926 | 7/11/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 142322 | $426,056.00 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas completamente por la PREPA | | | | | |
| 2 | S O P INC D/B/A SPECIALTY OFFICE PRODUCT<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 24372 | $1,782.80 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas completamente por la PREPA | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Página 1 de 1*