# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Thirty-Third Omnibus Objection**

### THREE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION
#### Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FLORES LABAULT DBA, CARLOS M<br>HERMANAS DAVILA<br>J 5 AVE BETANCES<br>BAYAMON, PR 00959 | 5/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 12097 | Undetermined* | $51,150.61 | $1,720.64 | $140,568.90 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 2 | FRANCISCO DIAZ MASSO /<br>BERMUDEZ, LONGO, DIAZ - MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR 00919 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 39678 | $912,166.36 | $897,719.66 | $3,294.74 | $11,151.96 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 3 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 149209 | $180,813.21 | $152,710.30 | $74.52 | $28,028.39 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because the attendance punch record was not used. | | | | | | | | |
| 4 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 5/31/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 59656 | Undetermined* | $16,297.68 | $591.67 | $150.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 5 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 29658 | $61,834.00 | $54,049.67 | $1,060.33 | $6,724.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

THREE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION

Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 6 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 31326 | $150,125.00 | $109,891.48 | $10,208.52 | $30,025.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 7 | TORRES NAVEIRA, MANUEL BISMARCK<br>DBA MBT ASSOCIATES<br>PO BOX 8642<br>SAN JUAN, PR 00910-0642 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 38563 | $22,391.83 | $15,540.76 | $0.00 | $6,851.07 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.