# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima trigésima tercera objeción global**

Case:17-03283-LTS Doc#:16660-2 Filed:04/30/21 Entered:04/30/21 22:27:18 Desc: Anexo A Page 1 of 3

## TRICENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN COLECTIVA

### Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FLORES LABAULT DBA, CARLOS M HERMANAS DAVILA<br>J 5 AVE BETANCES<br>BAYAMON, PR 00959 | 5/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 12097 | Indeterminado* | $51,150.61 | $1,720.64 | $140,568.90 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque fue debidamente retenida conforme a las leyes de Impuestos de Puerto Rico. | | | | | | | | |
| 2 | FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ - MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR 00919 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 39678 | $912,166.36 | $897,719.66 | $3,294.74 | $11,151.96 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque fue debidamente retenida conforme a las leyes de Impuestos de Puerto Rico. | | | | | | | | |
| 3 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 6/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 149209 | $180,813.21 | $152,710.30 | $74.52 | $28,028.39 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque el registro de asistencia no fue usado | | | | | | | | |
| 4 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 5/31/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 59656 | Indeterminado* | $16,297.68 | $591.67 | $150.00 |
| | Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque fue debidamente retenida conforme a las leyes de Impuestos de Puerto Rico. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## TRICENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN COLECTIVA

### Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 29658 | $61,834.00 | $54,049.67 | $1,060.33 | $6,724.00 |

Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque fue debidamente retenida conforme a las leyes de Impuestos de Puerto Rico.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 6 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 31326 | $150,125.00 | $109,891.48 | $10,208.52 | $30,025.00 |

Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque fue debidamente retenida conforme a las leyes de Impuestos de Puerto Rico.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 7 | TORRES NAVEIRA, MANUEL BISMARCK<br>DBA MBT ASSOCIATES<br>PO BOX 8642<br>SAN JUAN, PR 00910-0642 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 38563 | $22,391.83 | $15,540.76 | $0.00 | $6,851.07 |

Basa para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la obligación asociada con la reclamación porque fue debidamente retenida conforme a las leyes de Impuestos de Puerto Rico.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados