# **EXHIBIT B**

**Declaration of Mark Shankweiler**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**DECLARATION OF MARK SHANKWEILER IN SUPPORT OF THE THREE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS THAT ARE PARTIALLY SATISFIED AND PARTIALLY FOR AMOUNTS FOR WHICH PREPA IS NOT LIABLE**

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"). The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*inter alia*, the claims reconciliation process for the Puerto Rico Electric Power Authority's ("PREPA") case filed pursuant to *the Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in PREPA's case filed pursuant to PROMESA. PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for PREPA.

3. I submit this declaration in support of the *Three Hundred Thirty-Third Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims That Are Partially Satisfied and Partially for Amounts for Which PREPA Is Not Liable* (the "Three Hundred Thirty-Third Omnibus Objection").[3] I have personally reviewed the Three Hundred Thirty-Third Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Three Hundred Thirty-Third Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Three Hundred Thirty-Third Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the partially satisfied / partial no-liability claims, as identified in Exhibit A to the Three Hundred Thirty-Third Omnibus Objection.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Three Hundred Thirty-Third Omnibus Objection.

2

5. To the best of my knowledge, information, and belief, each of the claims identified on <u>Exhibit A</u> to the Three Hundred Thirty-Third Omnibus Objection (collectively, the "<u>Claims to Be Partially Disallowed</u>") purport to assert liability against PREPA based on a contract entered into by PREPA and/or an invoice issued by the claimant. To the best of my knowledge, information, and belief, PREPA's records show that a portion of the Claims to Be Partially Disallowed has been paid. Additionally, PREPA's records show that PREPA is not liable for another portion of the Claims to Be Disallowed due to (*i*) tax withholdings it remits to the Puerto Rico Treasury Department of 1.5%, 7%, and 10% from certain amounts owed pursuant to Law 48-2013, and Puerto Rico Internal Revenue Code § 1143 as amended by Act No. 81, and Law 257-2018, respectively; (*ii*) invoices adjusted to reflect a contractor's failure to use the required punch administration system; or (*iii*) invoices adjusted to reflect that some invoice product was never received. Accordingly, to prevent multiple recoveries by the claimants, and/or recoveries by the claimants of amounts PREPA does not owe, PREPA requests that the Claims to Be Partially Disallowed be partially disallowed to the extent they have been satisfied and PREPA is not liable for a portion of the remaining amount.

6. To the extent the Claims to Be Disallowed purport to assert liability not subject to this objection, the claimant will retain a remaining claim for the amount identified in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Three Hundred Thirty-Third Omnibus Objection.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 30, 2021

By: <u>/s/ *Mark Shankweiler*</u>
Mark Shankweiler

# **ANEXO B**

**Declaración de Mark Shankweiler**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>                                     Deudores.[1] | PROMESA<br>Título III<br><br>núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con la AEE.** |

**DECLARACIÓN DE MARK SHANKWEILER EN APOYO DE LA TRICENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES QUE ESTÁN PARCIALMENTE SATISFECHAS Y QUE EN PARTE SON POR UNOS MONTOS POR LOS QUE LA AEE NO ES RESPONSABLE**

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de BRG, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco del caso de la AEE radicado conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la AEE.

3. Realizo esta declaración en apoyo de la *Tricentésima trigésima tercera objeción global (sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones que están parcialmente satisfechas y que en parte son por unos montos por los que la AEE no es responsable* (la "Tricentésima trigésima tercera objeción global").[3] He revisado personalmente la

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Tricentésima trigésima tercera objeción global.

Tricentésima trigésima tercera objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Tricentésima trigésima tercera objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Tricentésima trigésima tercera objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones parcialmente satisfechas/ parcialmente sin responsabilidad, según se identifica en el <u>Anexo A</u> de la Tricentésima trigésima tercera objeción global.

5. A mi leal saber y entender, cada una de las reclamaciones identificadas en el <u>Anexo A</u> de la Tricentésima trigésima tercera objeción global (conjuntamente, las "<u>Reclamaciones que han de ser rechazadas parcialmente</u>") pretende alegar responsabilidad contra la AEE sobre la base de un contrato celebrado por la AEE y/o una factura emitida por el reclamante. A mi fiel saber y entender, los datos de la AEE indican que una parte de las Reclamaciones que han de ser rechazadas parcialmente ha sido pagada. Además, los datos de la AEE indican que la AEE no es responsable por otra parte de las Reclamaciones que han de ser rechazadas debido a *i)* retenciones de impuestos que remite al Departamento de Hacienda de Puerto Rico (del 1.5%, del 7% y del 10%) de determinados montos adeudados conforme a la Ley 48-2013 y el Código de Impuestos Internos de Puerto Rico (sección 1143), según enmendada por la Ley núm. 81, y la Ley 257-2018, respectivamente; *ii)* facturas ajustadas para reflejar el hecho de que el contratista no utilizó el sistema obligatorio de administración de horas de entrada y salida (fichaje); o *iii)* facturas ajustadas para reflejar el hecho de que algunos productos facturados nunca se recibieron. En consecuencia, para evitar múltiples recuperaciones por parte de los reclamantes y/o recuperaciones por los

3

reclamantes de montos que la AEE no adeuda, la AEE solicita que las Reclamaciones que han de ser rechazadas parcialmente sean rechazadas parcialmente en la medida en que hayan sido satisfechas y la AEE no tenga responsabilidad por una parte del monto restante.

6. En la medida en que las Reclamaciones que han de ser rechazadas pretendan alegar responsabilidades q no sujetas a esta objeción, el reclamante conservará una reclamación restante por el monto identificado en la columna titulada "Reclamación Restante" en el **Anexo A** de la Tricentésima trigésima tercera objeción global.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 30 de abril de 2021

Por: [*Firma en la versión en inglés*]
Mark Shankweiler

4