# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | Re: ECF No. 16481 |
| THE COMMONWEALTH OF PUERTO RICO, *et al* | (Jointly Administered) |
| Debtors | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al* | |
| Debtors | |

**MOTION TO JOIN OBJECTION TO "SECOND AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET. AL." (DOCKET NO. 16481)**

**TO THE HONORABLE COURT:**

Now Comes Vicente Pérez Acevedo and Corporación Marcaribe Investment ("Petitioners") through their attorney states as follows:

1. Petitioners file this motion to join the motion of objection to the "Second Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." at Docket 16481 ("Objection Motion").

2. The Objection Motion was filed in order to object the second amended plan for classifying inverse condemnation claimants in "Class 51 generally labeled as "Eminent Domain Claim", for totally impairing inverse condemnation's claims either by ignoring it or attempting to covert the claim into general unsecured claim.

3. The Petitioners have an inverse condemnation claim against Debtor. (See Claims #166 and #167).

4. Petitioners hereby join the Objection Motion as they have similar claims and allegations.

5. Petitioners reserve their right to adopt any argument or allegations that it has not expressly joined in the future in this or other proceedings.

WHEREFORE, Vicente Perez-Acevedo and Marcaribe, Petitioners, request that this Honorable Court allows them to join in as stated above and for any other request deemed necessary and proper.

Dated: May 3, 2021

RESPECTFULLY SUBMITTED by Debtor, through Counsel
/s/Carmenelisa Perez-Kudzma, Esq.
Perez-Kudzma Law Office, PC
35 Main Street, Wayland, MA 01778
carmenelisa@pklaw.law
978-505-3333

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al* <br><br>    Debtors | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> Re: ECF No. 1065-1, 1512-1, 2839-1, 4493, 4499, 4500, 4595, 4720, 4723 <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al* <br><br>    Debtors | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS |

**CERTIFICATE OF SERVICE**

I, Carmenelisa Perez-Kudzma, hereby state that a copy of the Motion to Join Objection to Second Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico was served upon all ECF participants including the Commonwealth of Puerto Rico on May 3, 2021.

Attorney Charles A. Cuprill-Hernández
Fortaleza Street, Second Floor
San Juan, PR 00901
Email: ccuprill@cuprill.com

Chambers of the Honorable Laura Taylor Swain:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq. Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
　　　　Rocio.Valentin@aafaf.pr.gov

Counsel for AAFAF:

| O'Melveny & Myers LLP | Marini Pietrantoni Muñiz LLC |
|---|---|
| 7 Times Square | 250 Ponce de Leon Ave. |
| New York, New York 10036 | Suite 900 |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00918 |
| 　　　Suzzanne Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
| 　　　Peter Friedman, Esq. | 　　　Carolina Velaz-Rivero, Esq. |
| 　　　Nancy A. Mitchell, Esq. | 　　　Iván Garau-González, Esq. |
| 　　　Maria J. DiConza, Esq. | E-Mail: lmarini@mpmlawpr.com |
| E-Mail: jrapisardi@omm.com | 　　　cvelaz@mpmlawpr.com |
| 　　　suhland@omm.com | 　　　igarau@mpmlawpr.com |
| 　　　pfriedman@omm.com | |
| 　　　mitchelln@omm.com | |
| 　　　mdiconza@omm.com | |

Counsel for the Oversight Board:

| Proskauer Rose LLP | O'Neill & Borges LLC |
|---|---|
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |
| Attn: Martin J. Bienenstock | Attn: Hermann D. Bauer, Esq. |
| 　　　Brian S. Rosen | E-Mail: hermann.bauer@oneillborges.com |
| 　　　Paul V. Possinger | |
| 　　　Ehud Barak | |
| 　　　Maja Zerjal | |
| E-Mail:mbienenstock@proskauer.com | |
| 　　　brosen@proskauer.com | |
| 　　　ppossinger@proskauer.com | |
| 　　　ebarak@proskauer.com | |
| 　　　mzerjal@proskauer.com | |

Counsel for the Creditors' Committee:

| Paul Hastings LLP | Casillas, Santiago & Torres LLC |
|---|---|

| | |
|---|---|
| 200 Park Avenue | El Caribe Office Building |
| New York, New York 10166 | 53 Palmeras Street, Ste. 1601 |
| Attn: Luc. A. Despins | San Juan, Puerto Rico 00901-2419 |
|     James Bliss | Attn: Juan J. Casillas Ayala |
|     James Worthington |     Diana M. Batlle-Barasorda |
|     G. Alexander Bongartz |     Alberto J. E. Añeses Negrón |
| E-Mail: lucdespins@paulhastings.com |     Ericka C. Montull-Novoa |
| jamesbliss@paulhastings.com | E-Mail: jcasillas@cstlawpr.com |
| jamesworthington@paulhastings.com | dbatlle@cstlawpr.com |
| alexbongartz@paulhastings.com | aaneses@cstlawpr.com |
| | emontull@cstlawpr.com |

Counsel for the Retiree Committee:

| | |
|---|---|
| Jenner & Block LLP | Bennazar, García & Milián, C.S.P. |
| 919 Third Avenue | Edificio Union Plaza PH-A piso 18 |
| New York, New York 10022 | Avenida Ponce de León #416 |
| Attn: Robert Gordon | Hato Rey, San Juan, Puerto Rico 00918 |
|     Richard Levin | Attn: A.J. Bennazar-Zequeira |
|     Catherine Steege | E-Mail: ajb@bennazar.org |
| E-Mail: rgordon@jenner.com | |
|     rlevin@jenner.com | |
|     csteege@jenner.com | |

Dated: May 3, 2021

RESPECTFULLY SUBMITTED by Debtor, through Counsel
/s/Carmenelisa Perez-Kudzma, Esq.
Perez-Kudzma Law Office, PC
35 Main Street, Wayland, MA 01778
carmenelisa@pklaw.law
978-505-3333