# EXHIBIT 1

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Dianne Coffino

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1043
dcoffino@cov.com

May 3, 2021

**VIA ELECTRONIC MAIL**

John J. Hughes, III
Milbank
55 Hudson Yards
New York, NY 10001-2163
JHughes2@milbank.com

    Re:  The Commonwealth of Puerto Rico
        Adversary Proceeding No. 20-00003

Dear John:

    This letter confirms that we have reached agreement on the scope of further document production from Bacardi Corporation and Bacardi International Limited (together, "**Bacardi**") pursuant to the Federal Rule 45 subpoenas that Ambac Assurance Corporation ("**Ambac**") served on Bacardi.  The terms of our agreement are reflected in my e-mail correspondence to you dated April 30, 2021.

    I also wish to confirm that, as we have discussed, neither the FOMB, the Commonwealth or their respective counsel has ever instructed, directed or even suggested what objections Bacardi should make in responding to Ambac's Federal Rule 45 subpoenas or what documents to produce. Indeed, counsel to the Commonwealth and the FOMB first received copies of Bacardi's earlier production at the same time, and via the same e-mail in which, those documents were conveyed to counsel to the Defendants.

    Sincerely,

*Dianne Coffino*

Dianne Coffino

Copies to:  Lary A. Rappaport, Esq.
           Proskauer Rose LLP
           Elizabeth L. McKeen, Esq.
           Ashley M. Pavel, Esq.
           O'Melveny & Myers LLP