UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
: 
In re: :
 :
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
 :
    as representative of : Case No. 17-BK-3283 (LTS)
 :
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
 :
Debtors.¹ :
------------------------------------------------------------------- X

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATION
## OF JOFF MITCHELL OF ZOLFO COOPER, LLC

**PLEASE TAKE NOTICE** that on July 11, 2017 the Official Committee of Unsecured Creditors of all title III Debtors (other than PBA and COFINA) (the "Committee") filed the *Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor Effective as of June 27, 2017* (the "Application") [Docket No. 615], and an order was entered by the Court approving the Application on August 10, 2017 [Docket No. 1001].

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2017, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton in Furtherance of Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017* (the "Second Supplemental Declaration) [Docket No. 1304].

**PLEASE TAKE FURTHER NOTICE** that on November 14, 2017, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton in Furtherance of Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017* (the "Third Supplemental Declaration") [Docket No. 1769].

**PLEASE TAKE FURTHER NOTICE** that on November 6, 2018, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton in Furtherance of Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017* ("Fourth Supplemental Declaration") [Docket No. 4189].

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2018, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton of Zolfo Cooper, LLC* ("Fifth Supplemental Declaration") [Docket No. 4445].

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2019, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton of Zolfo Cooper, LLC* ("Sixth Supplemental Declaration") [Docket No. 6780].

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2019, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Seventh Supplemental Declaration") [Docket No. 7778].

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Eighth Supplemental Declaration") [Docket No. 12988].

**PLEASE TAKE FURTHER NOTICE** that on July 27, 2020, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Ninth Supplemental Declaration") [Docket No. 13848].

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2020, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Tenth Supplemental Declaration") [Docket No. 15040].

**PLEASE TAKE FURTHER NOTICE** that in support of the Application, attached hereto as Exhibit A, is the *Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* (the "Eleventh Supplemental Declaration").

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: May 4, 2021 | By: */s/ G. Alexander Bongartz* |

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: */s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

4