# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Eighty-Seventh Omnibus Objection**

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALEGRIA GANDIA, GERARDO V.<br>K-13 CALLE 3 ALTURAS DE FLAMBOYAN<br>BAYAMON, PR00959-8123 | 09/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178045 | $ 24,000.00 | ALEGRIA GANDIA, GERARDO V.<br>K-13 CALLE 3 ALTURAS DE FLAMBOYAN<br>BAYAMON, PR00959-8123 | 09/17/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178428 | $ 24,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | ARBOLAY VAZQUEZ, LILLIAN<br>P.O. BOX 8527<br>PONCE, PR 00732 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177259 | $ 4,800.00 | ARBOLAY VAZQUEZ, LILLIAN<br>P.O. BOX 8527<br>PONCE, PR 00732 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177112 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | AREVALO CRUZ, ESPERANZA<br>BOX 507<br>MERCEDITA, PR 00715 | 07/17/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177987 | $ 28,800.00 | AREVALO CRUZ, ESPERANZA<br>BOX 507<br>MERCEDITA, PR 00715 | 07/26/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178119 | $ 28,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | ARROYO DIAZ, RAMON L.<br>JARD. ARROYO CALLE BB-2-25<br>ARROYO, PR 00714 | 10/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178260 | Undetermined* | ARROYO DIAZ, RAMON L.<br>JARD. ARROYO CALLE BB-2-25<br>ARROYO, PR 00714 | 10/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178747 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | ARROYO DIAZ, RAMON L.<br>JARD. ARROYO CALLE BB-Z-25<br>ARROYO, PR 00714 | 10/29/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178383 | Undetermined* | ARROYO DIAZ, RAMON L.<br>JARD. ARROYO CALLE BB-2-25<br>ARROYO, PR 00714 | 10/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178747 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts                                                                                      Page 1 of 8

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | BARBOT RODRIGUEZ, CARMEN<br>URB. MANSIONES<br>3078 CAMINO REAL<br>CABO ROJO, PR 00623-8951 | 10/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178611 | $ 4,800.00 | BARBOT RODRIGUEZ, CARMEN<br>URB. MANSIONES<br>3078 CAMINO REAL<br>CABO ROJO, PR 00623-8951 | 10/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178757 | $ 4,800.00 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | BARRIOS AYALA, AUGUSTO J<br>309 OHIO URB. SAN GERARDO<br>SAN JUAN, PR 00926 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178577 | $ 28,140.00 | BARRIOS AYALA, AUGUSTO J.<br>URB. SAN GERARDO<br>309 OHIO<br>SAN JUAN, PR 00926 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178655 | $ 28,140.00 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 09/08/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 175216 | Undetermined* | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 177442 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 09/11/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 175426 | Undetermined* | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 177442 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 176697 | Undetermined* | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 177442 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CABRET FUENTES, JOSE A.<br>PO BOX 2195<br>GUAYNABO, PR 00970-2195 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178295 | $ 20,400.00 | CABRET FUENTES, JOSE A.<br>PO BOX 2195<br>GUAYNABO, PR 00970-2195 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178475 | $ 20,400.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 12 | CARRASQUILLO SANTIAGO, ARLENE<br>VALLE ARRIBA HAIGATS<br>CALLE 130, CC#7<br>CAROLINA, PR 00983-3331 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178213 | $ 15,600.00 | CARRASQUILLO SANTIAGO, ARLENE<br>VALLE ARRIBA HEIGHTS<br>CALLE 130, CC#7<br>CAROLINA, PR 00983-3331 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178565 | $ 15,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 13 | CLAUDIO GINES, OLGA<br>URB. COUNTRY CLUB<br>QO-25 CALLE 536<br>CAROLINA, PR 00982 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177666 | $ 26,400.00 | CLAUDIO GINES, OLGA<br>URB. COUNTRY CLUB<br>QO-25 CALLE 536<br>CAROLINA, PR 00982 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177702 | $ 26,400.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 14 | COFFIE, GLORIA E.<br>7902 W. HIAWATHA ST<br>TAMPA, FL 33615 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178229 | $ 25,200.00 | COFFIE, GLORIA E.<br>7902 W. HIAWATHA ST<br>TAMPA, FL 33615 | 09/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178602 | $ 25,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 15 | COLON VIRUET, MARVELLA E<br>HC2 BOX 7204<br>UTUADO, PR 00641 | 06/19/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178167 | $ 4,800.00* | COLON VIRUET, MARVELIA E.<br>HC2 BOX 7204<br>UTAUDO, PR 00641 | 10/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178266 | $ 4,800.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 16 | CORREA YAMBO, EDUARDO<br>PO BOX 2318<br>ARECIBO, PR 00613-2318 | 10/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178542 | $ 15,600.00 | CORREA YAMBO, EDUARDO<br>PO BOX 2318<br>ANECIBO, PR 00613-2318 | 10/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178564 | $ 15,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | CRESPO GONZALEZ, MARIA S. PO BOX 6054 CAGUAS, PR 00726-6054 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177927 | Undetermined* | CRESPO GONZALEZ, MARIA S. PO BOX 6054 CAGUAS, PR 00726-6054 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178112 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 18 | CRUZ MIRANDA, CARLOS 7065 CALLEJON A. ROMAN QUEBRADILLAS, PR 00678 | 10/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178317 | $ 4,800.00 | CRUZ MIRANDA, CARLOS 7065 CALLEJON A. ROMAN QUEBRADILLAS, PR 00678 | 10/06/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178342 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 19 | CRUZ ZAVALA, NYHRA Z. HIGHLAND PARK 760 ALGARROBO SAN JUAN, PR 00924 | 09/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175906 | $ 4,800.00* | CRUZ ZAVALA, NYHRA Z. HIGHLAND PARK 760 ALGARROBO SAN JUAN, PR 00924 | 09/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175988 | $ 4,800.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 20 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR. APOPKA, FL 32703 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178326 | $ 21,600.00 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178512 | $ 21,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 21 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178399 | $ 21,600.00 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178512 | $ 21,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 22 | DIAZ SEGURA, NEREIDA E. 787 PANICAL DR. APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178321 | $ 21,600.00 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178512 | $ 21,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 | FEBRE SANTIAGO, LOURDES<br>9224 RANDAL PARK BLVD<br>APT. 5114<br>ORLANDO, FL 32832 | 07/26/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177849 | $ 28,800.00 | FEBRE SANTIAGO, LOURDES<br>9224 RANDAL PARK BLVD<br>APT 5114<br>ORLANDO, FL 32832 | 07/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178025 | $ 28,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 24 | FIGUEROA FONTANEZ, ELIZABETH<br>URB EDO J SALDAÑA ST. ISLA VERDE J-16<br>CAROLINA, PR 00983 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175162 | $ 4,800.00 | FIGUEROA FONTANEZ, ELIZABETH<br>URB EDO J SALDAÑA ST. ISLA VERDE J-16<br>CAROLINA, PR 00983 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175161 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 25 | FRANCESCHI ZAYAS, CARLOS A.<br>PO BOX 3003<br>AGUADILLA, PR 00605 | 07/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178447 | $ 4,800.00 | FRANCESCHI ZAYAS, CARLOS A.<br>PO BOX 3003<br>AGUADILLA, PR 00605 | 06/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178541 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 26 | GARCIA RODRIGUEZ, IDA GRICELL<br>7185 CARR. 187 APT. 12-H<br>CAROLINA, PR 00979-7006 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178254 | $ 34,800.00 | GARCIA RODRIGUEZ, IDA GRICELL<br>7185 CARR. 187 APTO. 12-H<br>CAROLINA, PR 00979-7006 | 09/22/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178525 | $ 34,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 27 | GONZALEZ FELICIANO, JORGE A.<br>RR-4 BOX 3005<br>BAYAMON, PR00956-9419 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178373 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A.<br>RR-4-BOX 3005<br>BAYAMON, PR00956-9419 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178555 | $ 18,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | GONZALEZ PEREZ, FREDDIE<br>8059 PLAZA GAVIOTA<br>TOA BAJA, PR 00949 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178341 | $ 18,200.00 | GONZALEZ PEREZ, FREDDIE<br>8059 PLAZA GAVIOTA<br>TOA BAJA, PR 00949 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178539 | $ 18,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 29 | GONZALEZ RIVERA, JUAN E.<br>CALLE ARMANDO MEJIAS<br>BUZON 158<br>BARRIO TORRECILLAS<br>MOROVIS, PR 00687 | 10/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177567 | Undetermined* | GONZALEZ RIVERA, JUAN E.<br>CALLE ARMANDO MEGIAS<br>BO 200 158<br>BARRIO TORRECILLAS<br>MOROVIS, PR 00687 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178091 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 30 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174842 | $ 100,000.00 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174846 | $ 100,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 31 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174845 | $ 100,000.00 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174846 | $ 100,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 32 | LOPEZ RODRIGUEZ, MARIA DEL CARMEN<br>HC 6 BOX 69882<br>CAMUY, PR 00627-9000 | 07/26/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178088 | $ 4,800.00 | LOPEZ RODRIGUEZ, MARIA DEL CARMEN<br>HC 6 BOX 69882<br>CAMUY, PR 00627-9000 | 07/30/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178303 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178439 | $ 4,800.00 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177361 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 34 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178441 | $ 4,800.00 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177361 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 35 | MALDONADO MALDONADO, MIGUEL CALLE 9 DD-29 URB. LAS AMERICAS BAYAMON, PR00956 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178652 | $ 18,000.00 | MALDONADO MALDONADO, MIGUEL CALLE 9, DD-29, URB. LAS AMERICAS BAYAMON, PR00956 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178702 | $ 18,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 36 | MALDONADO MALDONADO, MIGUEL CALLE 9 DD-29 URB. LAS AMERICAS BAYAMON, PR00956 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178660 | $ 18,000.00 | MALDONADO MALDONADO, MIGUEL CALLE 9, DD-29, URB. LAS AMERICAS BAYAMON, PR00956 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178702 | $ 18,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 37 | MARQUEZ PACHECO, FERNANDO P.O. BOX 800 PUNTA SANTIAGO, PR 00741 | 11/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178829 | $ 25,200.00 | MARQUEZ PACHECO, FERNANDO P.O. BOX 800 PUNTA SANTIAGO, PR 00741 | 11/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178842 | $ 25,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178273 | $ 22,800.00 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178365 | $ 22,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 39 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178315 | $ 22,800.00 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178365 | $ 22,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 40 | PEREZ VEGA, ANGEL L.<br>PO BOX 609<br>COMERIO, PR 00782 | 12/02/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177632 | $ 55,350.00 | PEREZ VEGA, ANGEL L.<br>P.O. BOX 642<br>COMERIO, PR 00782 | 11/26/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177663 | $ 55,350.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 41 | RIVERA GUZMAN, LEOMARIS D.<br>P.O. BOX 612<br>FLORIDA, PR 00630 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178054 | $ 3,600.00 | RIVERA GUZMAN, LEOMARIS D.<br>P.O. BOX 612<br>FLORIDA, PR 00650 | 09/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178109 | $ 3,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 42 | RIVERA MARTINEZ, MARIA DEL CARMEN<br>AF24 CALLE QUEBEC<br>URB. CAGUAS NORTE<br>CAGUAS, PR 00725 | 09/22/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178277 | Undetermined* | RIVERA MARTINEZ, MARIA DEL CARMEN<br>AF-24 QUEBEC URB. CAGUAS NORTE<br>CAGUAS, PR 00725 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178350 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |