# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Fourth Omnibus Objection**

## Two Hundred and Ninety-Fourth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CENTRO DE ESTUDIOS AVANZADOS DE PUERTO RICO Y EL CARIBE<br>PO BOX 9023970<br>SAN JUAN, PR 00902-3970 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13717 | $ 76,800.81 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | NEWTYN PARTNERS, LP<br>NOAH LEVY<br>405 PARK AVENUE<br>SUITE 1104<br>NEW YORK, NY 10022 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11157 | $ 35,171,200.00 |

Reason: Claimant asserts, in part, defeased notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | NEWTYN TE PARTNERS, LP<br>NOAH LEVY<br>405 PARK AVENUE<br>SUITE 1104<br>NEW YORK, NY 10022 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13557 | $ 19,688,400.00 |

Reason: Claimant asserts, in part, defeased notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | WHITEFORT CAPITAL MASTER FUND, LP<br>C/O JOSEPH KAPLAN<br>780 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146002 | $ 10,886,253.00* |

Reason: Claimant asserts, in part, defeased notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | WINDERWEEDLE, WILLIAM H<br>2512 WINGED DOVE DR<br>LEAGUE CITY, TX 77573 | 4/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6666 | $ 35,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | TOTAL | $ 65,857,653.81* |

\* Indicates claim contains unliquidated and/or undetermined amounts