# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Sixth Omnibus Objection**

### TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION

### Exhibit A - Incorrect Debtor

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 1 | IBANEZ GALARZA, RAFAEL<br>69 CALLE ESMERALDA<br>LOMAS VERDES<br>MOCA, PR 00676 | 27312 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 2 | ORTIZ RIVERA, AGUSTIN<br>HC 2 BOX 6732<br>BARRANQUITAS, PR 00794 | 149133 | PUERTO RICO ELECTRIC POWER AUTHORITY | $85,000 | COMMONWEALTH OF PUERTO RICO | $85,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.