# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS

| | |
|---|---|
| OLIVIERI TORRES, MARIA D L | PROMESA |
| SECTOR BORINQUEN #2 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 363-3186 | No. de Reclamación: 56009 |

RÉPLICA A LA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales. Durante el término de esa ley (1980-2005), yo era empleada del DE. De acuerdo con mis cálculos, el período comprende 25 años a $1,200.00 por año, lo que representa $30,000.00.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

Cantidad adeudada estimada: $30,000.00

*[signature]*

María de L. Olivieri Torres

## Solicitud de retiro al Sistema de Retiro de Maestros de Puerto Rico

RM-asr-3
Rev. 05/04

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Area Servicios de Retiro

### SOLICITUD DE RETIRO

Para uso de la SRM

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use papel en blanco adjunto a esta solicitud. LEA INSTRUCCIONES AL DORSO.

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

**1. Nombre:** Maria de L.    **Apellido Paterno:** Olivieri    **Apellido Materno:** Torres
**2. Seguro Social:** Redacted 8730
**3. Sexo:** ✓ Femenino / Masculino
**4. Estado Civil:** ✓ Soltero(a) / Casado(a) / Divorciado(a) / Viudo(a) / Separado(a)
**5. Dirección Postal:** Borinquen #2, Villalba, PR 00766
**6. Número de Teléfono:** —0— (787) 363-3186
**7. Fecha de Nacimiento:** Día 02 Mes 02 Año 1953
**8. Dirección Residencial:** Borinquen #2, Villalba, PR 00766
**9. Agencia donde trabaja:** Dpto. Educación
**10. Pueblo donde trabaja:** Villalba
**11. Puesto que ocupa:** Maestra
**12. Fecha de efectividad de la renuncia:** 20 de noviembre de 2009
**13. Préstamo con SRM:** Sí / No — Tipo: Hipotecario / Personal / Viaje Cultural
**14. Razón para el Retiro:** ✓ Años de Servicio y Edad / Diferido / Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)
**15. Nombre del Cónyuge:** N/A
**16. Nombre de niños menores de 18 años de edad:** N/A    **Fecha de Nacimiento (Mes, Día y Año):** N/A

Fecha _____    Firma del Solicitante _____

### PARA USO DEL PATRONO

#### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

17. CERTIFICO que _Maria de L. Olivieri_ se encuentra actualmente en ✓ Servicio Activo / Uso de licencia (especifique) _____ ; la fecha de Renuncia es efectiva el 20 noviembre 09 (Día/Mes/Año)

Fecha: 10/Septiembre/09

_____ Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia

Vea Instrucciones al dorso

Certificación maestra escuela Norma I. Torres en Villalba



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Escuela Norma I. Torres Colón
Villalba, Puerto Rico



26 de abril de 2021

CERTIFICACIÓN

Certifico que María de Lourdes Olivieri Torres, seguro social número Redacted trabajó para el Departamento de Educación en la Escuela Norma Iris Torres Colón de Villalba. Ocupó el puesto de Maestra de Educación Comercial desde el 3 de agosto de 2016 hasta el 20 de noviembre de 2019.

Atentamente,

Damaris Chabrier Rosado
Directora Escolar

## Comprobante de Pensión como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | Desde: | 03/16/2021 | | Aviso #: 3367170 |
| | | | | Hasta: | 03/31/2021 | | Fecha Aviso: 03/30/2021 |
| **MARIA DE L OLIVIERI TORRES** | | # Empleado: | XXXXX8730 | | DATA IMP: | Federal | PR |
| 2 BDA BORINQUEN | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married |
| VILLALBA PR 00766-1901 | | Lugar: | A/OS SERVICIO LEY 91 | | Concesiones: | 0 | 39 + 99 |
| | | Título: | Pensionado | | Pct. Adel.: | | |
| SS: XXX-XX-8730 | | Sueldo: | $1,959.26 Monthly | | Cant. Adel.: | | |

**HORAS E INGRESOS** — **IMPUESTOS**

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripción | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripción | Corriente | Acumulado |
| Pago de Salarios Regulares | | 979.63 | 480.00 | 5,877.78 | | | | |
| Total: | | 979.63 | 480.00 | 5,877.78 | | Total: | 0.00 | 0.00 |

**DEDUCCIONES** — **DEDUCCIONES GENERALES** — **BENEFICIOS PATRONALES PAGADOS**

| Descripción | Corriente | Acumulado | Descripción | Corriente | Acumulado | Descripción | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 320.88 | SM-First Medical Health Plan | 100.00 | 300.00 |
| | | | SM-First Medical Health Plan | 64.00 | 384.00 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 51.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 125.98 | 755.88 | *Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 979.63 | 0.00 | 125.98 | 853.65 |
| Acumulado: | 5,877.78 | 0.00 | 755.88 | 5,121.90 |

**PTO HORAS** — **DISTRIBUCION PAGA NETA**

| | ACUM | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #3367170 | 853.65 |
| + Acumulado: | | Total: | 853.65 |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 03/30/2021

Aviso No. 3367170

Cant. Deposito: $853.65

TRAY 110 SQ 27671************SCH 5-DIGIT 00751  27671 2 AV 0.398
MARIA DE L OLIVIERI TORRES
2 BDA BORINQUEN
VILLALBA PR 00766-1901

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | Redacted | $853.65 |
| Total: | | $853.65 |

NO-NEGOCIABLE