Maria de Lourdes Olivieri Torres
Sector Borinquen #2
Villalba, PR 00766

7020 3160 0001 4451 1177



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
APR 27 21
AMOUNT
$4.80
R2305M147983-8

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 APR 30 PM 4:33

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Edificio
Sala 150 federal (Federal Building)
San Juan (Puerto Rico) 00918-1767