# **EXHIBIT U**

| | |
|---|---|
| **From:** | Adam Langley <Adam.Langley@butlersnow.com> |
| **Sent:** | Monday, May 3, 2021 3:10 PM |
| **To:** | 'Smurzynski, Kenneth'; Snyderwine, William |
| **Cc:** | Pavel, Ashley; Hughes, John; Natbony, Bill |
| **Subject:** | RE: Financial Oversight Management Board v. AMBAC Assurance Corp. et al. - Case Nos. 17-BK-3283, 20-AP-00003 - Subpoena to GT |

[EXTERNAL MESSAGE]

Let's do 3:30. I'll circulate a calendar invite to this group. Given the pending motions, I want to make sure the government parties have an opportunity to be on the phone when discussing the GT subpoena.

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Smurzynski, Kenneth <KSmurzynski@wc.com>
**Sent:** Monday, May 3, 2021 1:57 PM
**To:** Adam Langley <Adam.Langley@butlersnow.com>; Snyderwine, William <WSnyderwine@wc.com>
**Cc:** Pavel, Ashley <apavel@omm.com>; Hughes, John <JHughes2@milbank.com>; Natbony, Bill <Bill.Natbony@cwt.com>
**Subject:** RE: Financial Oversight Management Board v. AMBAC Assurance Corp. et al. - Case Nos. 17-BK-3283, 20-AP-00003 - Subpoena to GT

Adam,

I thought our requested extension was fairly obviously one that would be agreed to and thus I'm not really sure why we need to meet and confer. Your email certainly doesn't identify a reason. But if you want to do so, we could do so today 3:30-4, 5-5:30.

**Ken Smurzynski**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5903 | (F) 202-434-5029
ksmurzynski@wc.com

1

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Monday, May 3, 2021 2:09 PM
**To:** Snyderwine, William <WSnyderwine@wc.com>
**Cc:** Smurzynski, Kenneth <KSmurzynski@wc.com>; Pavel, Ashley <apavel@omm.com>; Hughes, John <JHughes2@milbank.com>; Natbony, Bill <Bill.Natbony@cwt.com>
**Subject:** RE: Financial Oversight Management Board v. AMBAC Assurance Corp. et al. - Case Nos. 17-BK-3283, 20-AP-00003 - Subpoena to GT

Will,

Thanks for reaching out. Do you have time this afternoon or tomorrow morning to meet and confer on your request? I've copied Ashley Pavel at OMM (AFFAF), John Hughes at Milbank (Ambac), and Bill Natbony at Cadwallader (Assured) on this email for informational purposes.

Adam

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Snyderwine, William <WSnyderwine@wc.com>
**Sent:** Friday, April 30, 2021 10:02 AM
**To:** Adam Langley <Adam.Langley@butlersnow.com>
**Cc:** Smurzynski, Kenneth <KSmurzynski@wc.com>
**Subject:** Financial Oversight Management Board v. AMBAC Assurance Corp. et al. - Case Nos. 17-BK-3283, 20-AP-00003 - Subpoena to GT

Mr. Langley,

Williams & Connolly represents Greenberg Traurig, LLP ("GT") in connection with the subpoena served on GT by Financial Guaranty Insurance Company ("FGIC"). The subpoena broadly seeks all documents governing or concerning PRIFA Bonds dating back over 30 years. We also understand that the parties are presently litigating the proper scope of discovery in the adversary proceedings with briefing to be completed on May 6. Given the broad scope of your requests and to provide time for the ongoing litigation on the scope of discovery, we ask that FGIC agree to an extend the time for GT to serve responses and objections to May 14 provided the Court has ruled on the scope of discovery by that date.

Many thanks,

Will

**William Snyderwine**

**Associate | Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5322 | (F) 202-434-5029
wsnyderwine@wc.com | www.wc.com

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.