## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

```
-------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on (1) the ADR Notice Parties Round 4 Service List attached hereto as **Exhibit B**, (2) the ADR Notice Parties Round 5 Service List attached hereto as **Exhibit C**, (3) the ADR Notice Parties Round 6 Service List attached hereto as **Exhibit D**, (4) the ADR Notice Parties Round 7 Service List attached hereto as **Exhibit E**, and (5) the ADR Notice Parties Round 8 Service List attached hereto as **Exhibit F**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: May 7, 2021

/s/ Matthew Gonzalez
Matthew Gonzalez

State of New York
County of New York

Subscribed and sworn (or affirmed) me on May 7, 2021, by Matthew Gonzalez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2021

SRF 53409

## **Exhibit A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date:
Designated Claimant(s):
Address:
Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE:

> This Information Request <u>only</u> applies to the Designated Claim Number listed
> above. You should read the Notice carefully and discuss it with your attorney. If
> you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and
the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i)
Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS)
(Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii)
Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-
LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS)
(Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto
Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA,
ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of
Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

1

> **If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth's Title III case.  The Commonwealth (the "<u>Debtor</u>") submitted the Designated Claim in the Commonwealth's Title III case to alternative dispute resolution in the *XXX Notice of Transfer of Claims to Alternative Dispute Resolution* on Month XX, XXXX [ECF No. XXXXX], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated
Claim No. XXXX: any documents responsive to the requests for documents, written responses
to the requests for information, and any documents you possess supporting your written
responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Proskauer Rose.*

## **RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY DAY, MONTH XX, 2021:**

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Signature of the Designated
Claimant's Authorized Representative]

By: _____

[Printed Name]

**[N.B. – Additional Signature Lines
as Needed.]**

[Signature of the Designated
Claimant's Authorized Representative]

By: _____

[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y
otros*,

               Deudores.[2]

PROMESA
Título III

No. 17 BK 3283-LTS

(Administrados en forma
conjunta)

---

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio:
Reclamante(s) designado(s):
Dirección:
Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA:**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico.  El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III del Estado Libre Asociado de Puerto Rico a resolución alternativa de conflictos en el *XXX Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el XX de mes de XXXX [ECF Núm. XXXXX], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.primeclerk.com/puertorico.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. XXXX: cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS** |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL DÍA DE MES DE 2021 A LA SIGUIENTE DIRECCIÓN:**

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
     [Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
     [Nombre en letra de molde]

8

**Exhibit B**

## Exhibit B

ADR Notice Parties Round 4 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|-----------|------|-------|-------------|
| 1701618 | ACOSTA SANTIAGO, ZUZETH ENID | URB. ESTANCIAS YAUCO CALLE GARNET H9 | | | | YAUCO | PR | 00698 |
| 1767018 | AGOSTO VEGA, ANA | 2202 LUCAYA BEND APT.M -3 | COCCONUT CREEK | | | MIAMI | FL | 33066 |
| 1653035 | ALBETORIO DIAZ, MARIA E | 1690 SAN GUILLERMO ST. APT. 1812-A | | | | SAN JUAN | PR | 00927 |
| 1653035 | ALBETORIO DIAZ, MARIA E | COOP. JARD. DE SAN IGNACIO | APT.1812-1 | | | SAN JUAN | PR | 00927 |
| 1588141 | BESSOM CABANILLAS, BRENDA | 1847 CARR 108 KM 5.5 | | | | MAYAGUEZ | PR | 00682-7510 |
| 1482414 | CALDERON RIVERA, LUZ E | URB. LOS DOMINICOS | CALLE SAN ALFONSO L-213 | | | BAYAMON | PR | 00957 |
| 1673804 | CINTRON, MARIA L. | F 19 CALLE 2 | SANTA ISIDRA 3 | | | FAJARDO | PR | 00738 |
| 1814234 | COLON MALDONADO, ADELAIDA | 65 CALLE 4 URB. DEL CARMEN | | | | JUANA DIAZ | PR | 00795 |
| 1804730 | COLON MALDONADO, CARMEN G | 10 FLAMINGO APARTMENTS APT. APT. 6203 | | | | BAYAMON | PR | 00959 |
| 1804730 | COLON MALDONADO, CARMEN G | CALLE 3 H-3 FOREST HILL | | | | BAYAMON | PR | 00959 |
| 1948844 | COLON NEGRON, CARLOTA | 1-1A 14 | URB. LOMAS | | | JUANA DIAZ | PR | 00795 |
| 1793983 | COLON NEGRON, CARLOTA | 1-1A 1Y URB LAMAS | | | | JUANA DIAZ | PR | 00795 |
| 1948844 | COLON NEGRON, CARLOTA | CALLE 14 URB LOMAS | APT. 963 | | | JUANA DIAZ | PR | 00795 |
| 1793983 | COLON NEGRON, CARLOTA | CALLE 14 URB LUMAS APT 963 | | | | JUANA DIAZ | PR | 00795 |
| 2036329 | CRUZ MADERA, WALTER L. | 472 COM. CARACOLES 2 | | | | PENUELAS | PR | 00624 |
| 2039186 | DIAZ CARRASQUILLO, JOSUE A. | CALLE 20 T1 | URB VILLAS DE LOIZA | | | CANOVANAS | PR | 00729 |
| 1750699 | DIAZ GONZALEZ, ILIA | BRISAS DE CANOVANS | 159 CALLE GAVIOTA | | | CANOVANAS | PR | 00729-2975 |
| 2026924 | DIAZ ORTIZ, LISSETTE | CALLE 11 F-10 | URB MONTE SEBASIO | | | GURABO | PR | 00778 |
| 1483928 | ESCUDERO ORTIZ, JUDITH | 437 VILLAS DE HATO TEHAS | | | | BAYAMON | PR | 00959 |
| 969532 | FERRER ALMA, CARMEN | VISTA AZUL | G24 CALLE 7 | | | ARECIBO | PR | 00612-2505 |
| 1017280 | FIGUEROA FIGUEROA, JOSE | URB COUNTRY CLUB | HE32 CALLE 222 | | | CAROLINA | PR | 00982-2642 |
| 1498932 | FRANCO SOTO, MARIA | THE COLISEUM TOWER, APT. 2202 | 576 ARTERIAL B AVE. | | | SAN JUAN | PR | 00918-1400 |
| 1498969 | FRANCO SOTO, MARIA M. | THE COLISEUM TOWER, APT. 2202 | 576 ARTERIAL B AVE. | | | SAN JUAN | PR | 00918-1400 |
| 1686695 | GONZÁLEZ MARTÍNEZ, ELISA EILEEN | URBANIZACIÓN SANTA MARTA | CALLE D BLOQUE C # 11 | | | SAN GERMÁN | PR | 00683 |
| 1502892 | GONZALEZ OLIVERO, VIVIAN | PO BOX 243 | | | | UTUADO | PR | 00641 |
| 1747824 | GONZALEZ RODRIGUEZ, JUANA | CALLE 27 II 10 | SANTA JUANITA BAYAMON | | | BAYAMON RICO | PR | 00956 |
| 1674423 | KERCADO SANCHEZ, EDNA MARIA | D 12 CALLE C LA MILAGROSA | | | | BAYAMON | PR | 00959 |
| 260601 | LABOY SANCHEZ, TERESA | BOX 131 | | | | ARROYO | PR | 00714 |
| 260601 | LABOY SANCHEZ, TERESA | PO BOX 589 | | | | ARROYO | PR | 00714 |
| 1789117 | LEDESMA-MOULIER , ZENAIDA | H-11 | CALLE 8 | EXT VILLA BICA | | BAYAMON | PR | 00959-5011 |
| 1605239 | LOPEZ RUYOL, CARMEN MERCEDES | AVENIDA SAN JUAN BOSCO | GG-22, URB. LAS VEGAS | | | CATANO | PR | 00962 |
| 1605239 | LOPEZ RUYOL, CARMEN MERCEDES | C/O NOELIA MERCEDES FUENTES | 785 ASHWOOD AVENUE | | | LEWISBURG | TN | 37091 |
| 1776141 | LUGO SANTANA, INES M | LOS CAOBOS CALLE ACEROLA 1021 | | | | PONCE | PR | 00716 |
| 1726597 | LUGO SUAREZ, NOE | 29 NELSON AVE | | | | WATERBURY | CT | 06705 |
| 1660210 | MALDONADO BLANCO, CARMEN M. | DEPARTAMENTO DE EDUCACION | PO BOX 0759 CALLE CALAF | | | SAN JUAN | PR | 00719 |
| 1674224 | MALDONADO BLANCO, CARMEN M. | HC 01 BOX 7204 | | | | VILLALBA | PR | 00766 |
| 1660210 | MALDONADO BLANCO, CARMEN M. | HC 01 BOX 7204 | | | | VILLALBA | PR | 00766 |
| 1674224 | MALDONADO BLANCO, CARMEN M. | P.O. BOX 0759 | | | | SAN JUAN | PR | |
| 1591499 | MALDONADO MARTINEZ, VÍCTOR | URB. CASA MÍA 4824 CALLE CIGÜEÑA | | | | PONCE | PR | 00728 |
| 1733854 | MARRERO GARCIA, MIRIAM | 207 EVERGREEN II | | | | VEGA ALTA | PR | 00692 |
| 1644886 | MARTINEZ HERNANDEZ, BLANCA I. | APARTADO 1504 | | | | TOA ALTA | PR | 00953 |
| 1643522 | MARTINEZ HERNANDEZ, BLANCA I. | APARTADO 1504 | | | | TOA ALTA | PR | 00953 |
| 1808317 | MARTINEZ MENENDEZ , WILLIAM | SECTOR LAS FLORES | #17B CALLE 5 | | | JUANA DIAZ | PR | 00795-2226 |
| 964367 | MEDINA TORRES, BRENDA I. | URB CASA MIA | 4824 CALLE CIGUENA | | | PONCE | PR | 00728-3415 |
| 1590737 | MEDINA TORRES, BRENDA I. | URB. CASAMIA 4824 CALLE CIGÜEÑA | | | | PONCE | PR | 00728 |
| 1591166 | MELÉNDEZ NEGRÓN, MARIBEL Y. | URBANIZACIÓN ESTANCIAS DE COAMO | 7 CALLE OBISPO | | | COAMO | PR | 00769 |
| 1491054 | MENDEZ LARACUENTE, RAMON | 61 CALLE MENDEZ VIGO | APARTAMENTO 5 | | | PONCE | PR | 00730 |
| 1490710 | MENDEZ LARACUENTE, RAMON | 61 CALLE MENDEZ VIGO | APARTAMENTO 5 | | | PONCE | PR | 00730 |
| 1490635 | MILAGROS LUNA SANTIAGO, MARTA | URB. SANTA RITA 2 | #1056 CALLA SAN MIGUEL | | | COTO LAUREL | PR | 00780-2892 |

## Exhibit B
### ADR Notice Parties Round 4 Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|-----------|------|-------|-------------|
| 1652994 | RAMIREZ ALAMEDA, ISRAEL | HC-02 | BOX 11406 | | | SAN GERMAN | PR | 00683 |
| 1512642 | RAMIREZ LOZANO, EVELYN | I-4 APARTAMENTO 1602 | AVE. SAN PATRICIO | | | GUAYNABO | PR | 00968 |
| 1605660 | RAMOS DIAZ, MILDRED ANGELITA | PASEO LOS CORALES I, 680 CALLE MAR INDICO | | | | DORADO | PR | 00646-4518 |
| 1689355 | RIVERA AYALA, MARIA I | PMB 96 STE 1980 | | | | LOIZA | PR | 00772 |
| 1641266 | RIVERA AYALA, MARIA I. | PMB #96 SUITE 1980 | | | | LOIZA | PR | 00772 |
| 1468223 | ROBLES GARCÍA, ELIEZER | HC 4 BOX 4220 | BO PASTO SECO | | | LAS PIEDRAS | PR | 00771 |
| 1476901 | RODRIGUEZ FARIA, MARILYN | URB PASEO SOL Y MAR CALLE CORAL 640 | | | | JUANA DIAZ | PR | 00795 |
| 1588993 | RODRIGUEZ LUGO, LUZ C. | PO BOX 255 | | | | YAUCO | PR | 00698-0255 |
| 1468380 | RODRÍGUEZ RODRÍGUEZ, CARMEN M. | HC-04 BOX 7488 | | | | JUANA DIAZ | PR | 00795 |
| 1134819 | RUIZ, RAFAEL PARES | HC 3 BOX 37680 | | | | MAYAGUEZ | PR | 00680-9351 |
| 1483236 | SANES FERRER, MARISOL | COLINAS DEL OESTE | CALLE 9 E-13 | | | HORMIGUEROS | PR | 00660 |
| 1483196 | SANES FERRER, MARISOL | COLINAS DEL OESTE | CALLE 9 E-13 | | | HORMIGUEROS | PR | 00660 |
| 1473983 | SANTIAGO RENTA, ANAIDA M | HC 5 BOX 5624 | | | | JUANA DIAZ | PR | 00795 |
| 1473819 | SANTIAGO RENTA, ANAIDA M | HC 5 BOX 5624 | | | | JUANA DIAZ | PR | 00795 |
| 1475728 | SANTIAGO RENTA, ANAIDA M. | HC 5 BOX 5624 | | | | JUANA DÍAZ | PR | 00759 |
| 1470035 | TORRES CORREA, GERARDO | HC 07 BOX 3035 | | | | PONCE | PR | 00731 |
| 1474835 | TORRES LOPEZ, IVETTE G | URB. BRISAS DEL PRADO BOX 2008 | | | | SANTA ISABEL | PR | 00757 |
| 1474376 | TORRES LOPEZ, IVETTE G | URB. BRISAS DEL PRADO BOX 2008 | | | | SANTA ISABEL | PR | 00757 |
| 1610181 | TORRES ROSADO, JULIO | PO BOX 100 43 | | | | CIDRA | PR | 00739 |
| 1610181 | TORRES ROSADO, JULIO | PO BOX 100 43 CIDRA, PUERTO RICO 00739 | | | | CIDRA | PR | 00739 |
| 1507283 | TORRES TORRES, CARLOS R. | O6 URB. JESUS M. LAGO | | | | UTUADO | PR | 00641 |
| 1510626 | TORRES TORRES, CARLOS R. | O6 URB. JESÚS M. LAGO | | | | UTUADO | PR | 00641 |
| 563409 | URBINA REYES, GLORIMAR | URB L'ANTIGUA CALLE 4 VIA PARIS LH-105 | | | | TRUJILLO ALTO | PR | 00976 |
| 1047651 | VAZQUEZ ESMURRIA, MAGALY | PO BOX 410 | | | | JUANA DIAZ | PR | 00795 |
| 571364 | VAZQUEZ MELENDEZ, JOAQUIN | SANTA ROSA | NEISY E-27 | | | CAGUAS | PR | 00725 |
| 1655759 | VILLEGAS FALU, EDNA M. | 12 SECTOR MINAO | | | | SAN JUAN | PR | 00926-8336 |
| 1492353 | VIVIAN NEGRON RODRIGUEZ REPRESENTING GENOVEVA RIOS QUINTERO | LCDA. VIVIAN NEGRON RODRIGUEZ | ASOCIACION DE EMPLEADOS DEL ELA | OFICINA DE ASUNTOS LEGALES | PO BOX 70199 | SAN JUAN | PR | 00936-8190 |

**Exhibit C**

Exhibit C

ADR Notice Parties Round 5 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 29404 | APONTE CALDERON, ISABEL M | Urb El Rosario T13 Calle G | | | Vega Baja | PR | 00693 |
| 29404 | APONTE CALDERON, ISABEL M | Urb. El Rosario T-13 Calle G | | | Vega Baja | PR | 00693-5736 |
| 1172671 | ARRIETA ORTIZ, BELEN E | EMB SAN JOSE | 430 CALLE TORRELAGUNA | | SAN JUAN | PR | 00923 |
| 634569 | BALBIN PADILLA, CYNTHIA | URB LOS ALMENDROS | EB 5 CALLE TILO | | BAYAMON | PR | 00961 |
| 605164 | BENITEZ DELGADO, ALFREDO | P O BOX 244 | | | CATANO | PR | 00963-0244 |
| 1859073 | CENTENO ALVARADO, RAFAEL | E38 CALLE 8 | ALTURAS DE PENUELAS III | | PENUELAS | PR | 00624 |
| 1900266 | Clemente Rosa, Maria A. | 9546 Calle Diaz Way Apt 311 | Condominio Astralis | Torre #6 | Carolina | PR | 00979 |
| 1832703 | Colon Maldonado, Adelaida | #65 Calle 4 Urb Del Carmen | | | Juana Diaz | PR | 00795 |
| 1844532 | COLON NEGRON , CARLOTA | CALLE 14 | URB LOMAS | | JUANA DIAZ | PR | 00795 |
| 1844532 | COLON NEGRON , CARLOTA | Urb. Las Lomas Calle 1-A-1 Juana Diaz Pr | Apt 963 | | Juana Diaz | PR | 00795 |
| 1877962 | Colon Negron, Carlota | Apto 963 | | | Juana Diaz | PR | 00795 |
| 1877962 | Colon Negron, Carlota | Calle 14 | Urb. Lomas | | Juana Diaz | PR | 00795 |
| 1877962 | Colon Negron, Carlota | Urb. Las Lomas Calle 1 A-1 | | | Juana Diaz | PR | 00795 |
| 1944422 | Colon Torres, Tamara | 1391 San Lucas, Altamesa | | | San Juan | PR | 00921 |
| 1833538 | Colon Vazquez, Nancy R | Estudio Laboral, LLC | Apartado 1211 | | Las Piedras | PR | 00771-1211 |
| 1833538 | Colon Vazquez, Nancy R | Urb. Country Club | Calle Durbec 963 | | San Juan | PR | 00924-3343 |
| 1148190 | DALECCIO RODRIGUEZ, SONIA V | 4 CALLE M NADAL | | | JUANA DIAZ | PR | 00795-2306 |
| 1669586 | Garcia Piñero, Ariana | HC02 Box 9906 | | | Juncos | PR | 00777 |
| 1957624 | Garcia Torres, Jorge L. | Carr 149 KM 54.6 | | | Villalba | PR | 00766 |
| 1957624 | Garcia Torres, Jorge L. | P.O. Box 323 | | | Villalba | PR | 00764 |
| 1538970 | Lebron Flores, Amanlys | Urb. Villa Ana Calle Roberto Mojica D-15 | | | Juncos | PR | 00777 |
| 1830267 | MALDONADO FONTANEZ, MARITZA | PO BOX 965 | | | COROZAL | PR | 00783 |
| 1540035 | Maldonado Negron, Mariano | Bo. Indios | Calle Mariano Lugo #4 | | Guayanilla | PR | 00656 |
| 1540035 | Maldonado Negron, Mariano | HC 2 Box 7940 | | | Guayanilla | PR | 00656-9764 |
| 1895040 | MEDINA GALINDO , RAMON | BOX 1646 | | | SAN GERMAN | PR | 00683 |
| 1535537 | MELENDEZ RIVERA, IVETTE | E-27 CALLE NEISY | | | CAGUAS | PR | 00725 |
| 1481714 | Mendez Mendez, Marcelino | Inst. Fase 3 Azul 131 | 3793 Ponce Bypass | | Ponce | PR | 00728-1504 |
| 1481714 | Mendez Mendez, Marcelino | Institucion Ponce Principal Fase 3 | Anexo A #25 PO Box 7285 | | Ponce | PR | 00732 |
| 1675779 | Mercado Vazquez, Luz Maria | Box 347 | | | Rio Grande | PR | 00745 |
| 1807577 | MERCADO, MARIA M | URB LAS VEGAS H21 CALLE P | JORGE MARTI LLORENS | | CATANO | PR | 00962 |
| 804479 | MONTES MONSEGUR, CARMEN | URB. BRISAS DE ANASCO | CA 12 C44 | PO BOX 1885 | ANASCO | PR | 00610 |
| 1704128 | Montes Monsegur, Maria I. | PO Box 486 | | | Anasco | PR | 00610 |
| 1704128 | Montes Monsegur, Maria I. | Urb Brisas Calle 10 GG14 | | | Anasco | PR | 00610 |
| 1346180 | MUNIZ SUAREZ, JUAN B | COMMUNIDAD LOS PONCES 180 CALLE PLAYERAS | | | ISABELA | PR | 00662 |
| 1346180 | MUNIZ SUAREZ, JUAN B | HC3 BOX 9050 | | | MOCA | PR | 00676 |
| 1787867 | Munoz Franceschi, Iraida Margarita | D-1 Mansiones Reales Calle Fernando I | | | Guaynabo | PR | 00969 |
| 1912889 | Ortiz Ortiz, Efrain | Bo. La Loma Carr 156 KM 31.5 | P.O. Box 793 | | Comerio | PR | 00782 |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)

Exhibit C

ADR Notice Parties Round 5 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1671996 | Perez Santiago, Martha E. | D11 Calle 3 | URB El Madrigal | | Ponce | PR | 00731-1410 |
| 1809627 | Perez Santiago, Martha E. | D11 Calle 3 El Madrigal | | | Ponce | PR | 00731-1410 |
| 1541137 | Quinones Maldonado, Carmen D. | Urb Jards de Country Club | CJ28 Calle 147 | | Carolina | PR | 00983 |
| 1544094 | Ramirez Melendez, Rafael Angel | Jardines de Country Club | CD 9 Calle 135 | | Carolina | PR | 00983 |
| 1910007 | Ramirez Miranda, Rosa Esther | HC-01 Box 7923 | | | San German | PR | 00683 |
| 535613 | REYES ORTIZ, SONIA | URB TURABO GARDENS | 2DA SECC K 56 CALLE 28 | | CAGUAS | PR | 00727-9401 |
| 535613 | REYES ORTIZ, SONIA | Urb. Altos de la Fuente | E-1 Calle 2 | | Caguas | PR | 00727 |
| 1563124 | REYES ORTIZ, SONIA I | TURABO GARDENS 2DA SECCION | K 56 CALLE 28 | | CAGUAS | PR | 00727 |
| 1563124 | REYES ORTIZ, SONIA I | Urb Altos de la Fuente E1 Calle 2 | | | Caguas | PR | 00727 |
| 1354807 | RIVERA COSME, MARIA  A | 109 PLAIN DR | | | EAST HARTFORD | CT | 06118 |
| 1354807 | RIVERA COSME, MARIA  A | 527 Main St Apt A2 | | | East Hartford | CT | 06108 |
| 628574 | RIVERA MARTINEZ, CARMEN | HC 7 BOX 2424 | | | PONCE | PR | 00731 |
| 1971580 | Rodriguez Bachier, Nestor R. | Morse #84 | Box 1046 | | Arroyo | PR | 00714 |
| 467639 | RODRIGUEZ CHAPARRO, MARIA | MSC 784 | PO BOX 5000 | | AGUADA | PR | 00602 |
| 1103777 | RODRIGUEZ FELICIANO, WILLIAM | 257 Tarc Del Valle | | | Cidra | PR | 00739 |
| 1103777 | RODRIGUEZ FELICIANO, WILLIAM | GUARDIA RACIONAL DE PUERTO RICO | OFICINA DE RECURSOS HUMANOS | P.O. BOX 8476 | SAN JUAN | PR | 00910-8476 |
| 1495332 | Rodriguez Mercado, Ivette | NUM 5288 Calle Igenio | Urbanizacion Hacienda La Matilde | | Ponce | PR | 00728-2430 |
| 1094842 | RODRIGUEZ RODRIGUEZ, SONIA | PO BOX 1604 | | | JUANA DIAZ | PR | 00795-5501 |
| 1650548 | Rodriguez Vega, Francisco Javier | #65 Calle 4 Urb.Del Carmen | | | Juana Diaz | PR | 00795 |
| 1852520 | RODRIGUEZ VEGA, FRANCISCO JAVIER | 65 CALLE 4 URB. DEL CARMEN | | | JUANA DIAZ | PR | 00795 |
| 964184 | SANTIAGO CONDE, BLANCA | PO BOX 370038 | | | CAYEY | PR | 00737-0038 |
| 2094715 | SANTIAGO NARUAEZ, IVAN | PO BOX 330387 | | | PONCE | PR | 00733-0387 |
| 839704 | Santiago Rivera, Marylin | P.O. Box 1323 | | | Vega Baja | PR | 00694 |
| 75760 | SANTIAGO RODRIGUEZ, CARMEN L | URB LEVITTOWN | 3315 PASEO CLARO | | TOA BAJA | PR | 00949 |
| 1584783 | Santiago Rodriguez, Serafin | Jardiros D-8 Calle 6 | | | Santa Isabol | PR | 00757 |
| 1730629 | Silva Bernier, Jose V. | P.O. Box 1703 | | | Guayama | PR | 00785 |
| 551806 | TORRES FORTI, JOSE A | CALLE WILLIAN ROSARIO # 74 | | | COAMO | PR | 00762 |

**<u>Exhibit D</u>**

# Exhibit D

ADR Notice Parties Round 6 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1897606 | Acosta Vicenty, Milton | 1223 C/Nicolas Aguayo | | Rio Pierdas | PR | 00924 |
| 2103463 | Acosta Vincenty , Milton | Calle Nicolas Aguayo 1223 | Urb El Comandante | San Juan | PR | 00924 |
| 2112821 | ACOSTA VINCENTY, EVELYN | BOX 1051 | | VIEQUES | PR | 00765 |
| 1942694 | Aguirre Figueroa, Edwin E. | M-1 12 Urb. La Lula | | Ponce | PR | 00730 |
| 4952 | Alicea Cruz, Ada E | Urb. Monte Casino Heights | Calle Rio Guamani #229 | Toa Alta | PR | 00953 |
| 4952 | Alicea Cruz, Ada E | Urb. Monte Casino Heights | Calle Rio Guamani R 3 | Toa Alta | PR | 00953 |
| 618856 | ALVALLE ALVARADO, BETTY | CALLE 1 A-3 URB JARDINES DE  SANTA ISABEL | | SANTA ISABEL | PR | 00757 |
| 618856 | ALVALLE ALVARADO, BETTY | Calle 1 A3 Urb. Jardino Sta. Isabel | | Santa Isabel | PR | 00757 |
| 618856 | ALVALLE ALVARADO, BETTY | PO BOX 1624 | | GUAYAMA | PR | 00785 |
| 1189990 | ARES, DIANA H | HC 04 BOX 4994 | | HUMACAO | PR | 00791 |
| 1480301 | ARVELO PLUMEY, ALMA M | DEPARTAMENTO DE LA FAMILIA | P.O. BOX 504 | ARECIBO | PR | 00613-0504 |
| 1480301 | ARVELO PLUMEY, ALMA M | HC4 Box 17263 | | CAMUY | PR | 00627-7601 |
| 1480301 | ARVELO PLUMEY, ALMA M | HC4 Box 17263 | | CAMUY | PR | 00627-7601 |
| 1480301 | ARVELO PLUMEY, ALMA M | PO Box 142726 | | Arecibo | PR | 00627 |
| 1822899 | Balbin Padilla, Cynthia | EB-5 Calle Tilo | Urb. Los Almendros | Bayamon | PR | 00961 |
| 1822844 | Balbin Padilla, Cynthia | EB-5 Calle Tilo | Urb. Los Almendros | Bayamon | PR | 00961 |
| 710852 | Beniquez Rios, Maria Del C | HC 67 Box 126 | | Bayamon | PR | 00956 |
| 2112006 | BOCANEGRA GONZALEZ, MARISEL | Chalets De Royal Palm | Apt. 1003 | Bayamon | PR | 00960 |
| 2112006 | BOCANEGRA GONZALEZ, MARISEL | PO BOX 3540 | | BAYAMON | PR | 00958 |
| 1793912 | Bonilla Heredia, Americo | 1369 Calle Salud Ste 104 | | Ponce | PR | 00717-2014 |
| 1793912 | Bonilla Heredia, Americo | Tibes Town House | Edificio 2 Apto II | Ponce | PR | 00731 |
| 1893210 | CASASNOVAS CUEVAS, LUZ N | URB VILLA CRISTINA CALLE 3/B-12 | | COAMO | PR | 00769 |
| 718540 | CHACON RODRIGUEZ, MAYRA | URB MONTE VERDE | M 1303 CALLE MONTE GRANDE | MANATI | PR | 00674 |
| 2048875 | Colon Cintron, Maria I. | Via 17 CR 1 Villa Fontana | | Carolina | PR | 00983 |
| 1583565 | Cordero Rosa, Carlos J. | HC-6 Box 12404 | | San Sebastian | PR | 00685 |
| 300666 | CRUZ ACEVEDO, MARIBEL | URB MONTEMAR #13 | | AGUADA | PR | 00602 |
| 1890468 | LOPEZ MATOS, MARIA E. | HC 75 BOX 1813 | BO. ANONES | NARANJITO | PR | 00719 |
| 1890468 | LOPEZ MATOS, MARIA E. | Miriam Ramos Vazquez | Apartado 123 | Toa Alta | PR | 00954 |
| 295463 | Marcano Garcia, Luis | 839 Calle Anasco Apto. 811 | | San Juan | PR | 00925-2455 |
| 295463 | Marcano Garcia, Luis | Plaza Universidad 2000 | 839 Calle Anasco Apt 811 | San Juan | PR | 00925 |
| 1070101 | Miranda Rosario, Neysa | PO Box 1889 | | Corozal | PR | 00783 |
| 766886 | ORTIZ RIVERA, WILMA | P.O. BOX 5026 | | CAGUAS | PR | 00726-5026 |
| 766886 | ORTIZ RIVERA, WILMA | Urb. San Jose Villa | Caribe 1515 Calle Via Canaveral | Caguas | PR | 00725 |
| 766886 | ORTIZ RIVERA, WILMA | Urb. San Jose Villa | Caribe 1515 Calle Via Canaveral | Caguas | PR | 00725 |
| 1164030 | Parrilla Perez, Ana | SAN ISIDRO | PARC 97 CALLE 7 | CANOVANAS | PR | 00729 |
| 1809548 | Perez Santiago , Martha E | D 11 Calle 3 Urb. El Madrigal | | Ponce | PR | 00731-1410 |
| 1592449 | PEREZ TALAVERA, IVELISSE | HC 05 BOX 10975 | | MOCA | PR | 00676 |
| 1752825 | Pinet, Lisandra | HC-01Box 2804 | | Loiza | PR | 00772 |

Exhibit D

ADR Notice Parties Round 6 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1752825 | Pinet, Lisandra | Lisandra Pinet Lanzo   Estudiante     edif A #4 medianía baja  Loiza Gardens | | Loiza | PR | 00772 |
| 2007677 | Rivera Alonso, Maria M. | Coordinadora Unitaria de Trabajadores del Estado (CUTE), Inc. | 1214 Calle Cadiz, Urb Puerto Nuevo | San Juan | PR | 00920 |
| 645677 | Rodriguez Ruiz, Elliott | 2 CALLE TENIENTE ALVARADO | | YAUCO | PR | 00698 |
| 2115463 | Roldan Burgos, Fernando | Apartado 294 | | Jayuya | PR | 00664 |
| 1586499 | Torres, Tamara Colon | 1391 San Lucas, Altamesa | | San Juan | PR | 00921 |
| 1771260 | Vega Cadavedo, Silvia | 1020 Calle Jarea Brisas | De juliana | Coto Laurel | PR | 00780 |
| 1857144 | Vega Cotto, Carmen Julia | HC-03 Box 10852 | | Juana Diaz | PR | 00795-9502 |
| 1816541 | Velez Martinez, Elizabeth | Ana M. Narvaez Ferrer | HC-2 Box 7605 | Corozal | PR | 00783 |
| 1816541 | Velez Martinez, Elizabeth | Urb Rio Canas | 3131 Calle Tamesis | Ponce | PR | 00728 |
| 1954723 | Velez Martinez, Elizabeth | Urb. Rio Canas | 3131 Calle Tamesis | Ponce | PR | 00728 |

**<u>Exhibit E</u>**

Exhibit E

ADR Notice Parties Round 7 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|
| 1566524 | ADORNO-GONZALEZ, ANGEL | 802 AVE. SAN PATRICIO, URB. LAS LOMAS | | | SAN JUAN | PR | 00921 |
| 1501816 | Amam, a minor (Judy Ann Morales-Ramos, parent) | Judy Ann Morales Ramos | 802 Ave. San Patricio | Urb. Las Lomas | San Juan | PR | 00921 |
| 1419453 | DE LOS ANGELES TORRES CRUZ, MARIA | HÉCTOR CASTRO | PO BOX 227 | | YABUCOA | PR | 00767-0227 |
| 1420694 | MORALES RAMOS, JUDYANN | ALICA M SANTOS IRIZARRY | 802 AVE SAN PATRICIO URB. LAS LOMAS | | SAN JUAN | PR | 00921 |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)

**<u>Exhibit F</u>**

Exhibit F

ADR Notice Parties Round 8 Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 631950 | BURGOS MALDONADO, CLAUDIO | BO MONTESORIA II | 154 CALLE MARLIN | AGUIRRE | PR | 00704 |
| 1604949 | Candelario Ortiz, Alba L. | Carr. 865 Calle Palma | #2 Bo. Candel Arenas | Toa Baja | PR | 00949 |
| 1604949 | Candelario Ortiz, Alba L. | HC 01 Box 10240 | | Tao Baja | PR | 00949-9597 |
| 1604949 | Candelario Ortiz, Alba L. | HC 01 Box 10240 | | Toa Baja | PR | 00949-9795 |
| 1563651 | Carbo Fernandez, Amarillys | HC-9 Box 59562 | | Caguas | PR | 00725-9276 |
| 1976165 | CARRERAS AMADEO, CHRISTINE | COORDINADORA UNITARIA TRABAJADORES DEL ESTADO (CUTE), Inc. | 1214 CALLE CADIZ URB. PUERTO NUEVO | SAN JUAN | PR | 00920 |
| 718540 | CHACON RODRIGUEZ, MAYRA | URB MONTE VERDE | M 1303 CALLE MONTE GRANDE | MANATI | PR | 00674 |
| 88072 | CHACON RODRIGUEZ, MAYRA I. | URB. MONTE VERDE | M-1303 CALLE MONTE GRANDE | MANATI | PR | 00674 |
| 1042125 | CLEMENTE TAPIA, MARGARITA | CALLE 7 PARC 213A GUSMARABAJO | | RIO GRANDE | PR | 00745 |
| 1042125 | CLEMENTE TAPIA, MARGARITA | HC 3 BOX 22922 | | RIO GRANDE | PR | 00745-8868 |
| 1465408 | Colon Arroyo, Ana | Ivonne González Morales | P.O. BOX 9021828 | San Juan | PR | 00902-1828 |
| 1818565 | COLON LOZADA, EMILY | HC 71 BOX 3150 | | NARANJITO | PR | 00719-9713 |
| 1457148 | PEREZ VALDIVIESO, LUCAS AND JORGE L. | CHARLES A. CUPRILL, ESQ. | 356 FORTALEZA STREET 2ND FLOOR | SAN JUAN | PR | 00901 |
| 1457148 | PEREZ VALDIVIESO, LUCAS AND JORGE L. | P.O. BOX 1144 | | PENUELAS | PR | 00624-1144 |
| 2042140 | Torres Mercado, Gumersinda | El Tuque Calle GA D20 | | Ponce | PR | 00731 |
| 2042140 | Torres Mercado, Gumersinda | Rosa H Velez Torres | P39 Jose F Rivera | Ponce | PR | 00728 |