One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RIVERA TORRES, MARYALIN<br>URB. VILLA ALBA C-15<br>SABANA GRANDE, PR 00637 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34958 | $ 3,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RIVERA, MARGARITA LEBRON<br>URB IDAMARIS GARDENS<br>C52 CALLE BENITO RODRIGUEZ<br>CAGUAS, PR 00725 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101134 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ROBLES ALICEA, ELVIN<br>P.O. BOX 8732<br>PENUELAS, PR 00624 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34150 | $ 13,200.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ROCHE GARCIA, VIVIAN<br>HC 05 BOX 5835<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107255 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ROCHE GARCIA, VIVIAN<br>BO. PIEDRA AGUZA<br>CALLE-7 #12<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101458 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | ROCHE GARCIA, VIVIAN<br>BO PIEDRA AGUZA CALLE-7 #12<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101500 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | ROCHE NEGRON, EVELYN<br>K-23 CALLE BIENTEVEO<br>PONCE, PR 00795 | 6/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70320 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RODRIGUEZ CANSOBRE, SUSSANNE JOAN<br>URB. VALLE ESCONDIDO CALLE ESPINO RUBIAL<br>NUMERO A15<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92005 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RODRIGUEZ COLON, CARMEN T<br>URB SAN MARTIN AVE DEL PLATA BOX 19N<br>CAYEY, PR 00736 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90726 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ CORNIEL, SARA<br>PMB 141 PO BOX 7105<br>JUANA DIAZ, PR 00731 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45928 | $ 16,200.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ DIAZ, ILIANA<br>ESTANCIAS DEL BRIOL APT 362<br>CALLE JULIA BURGOS 1010<br>PONCE, PR 00728 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92192 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | RODRIGUEZ GARCIA, ALBERTO<br>BARRIO GUAYABEL SETOR MAGAS<br>JUANA DIAZ, PR 00795 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50285 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | RODRIGUEZ GONZALEZ, BETHZAIDA<br>URB. LA GUADALUPE C. SAN JUDAS #3060<br>PONCE, PR 00730-4201 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32216 | $ 8,400.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 14 | RODRIGUEZ HERNANDEZ , EMANUEL<br>CARR 833 K.14.6<br>BO LOS FITOS<br>GURABO, PR 00971 | 6/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84935 | $ 8,176.11 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 15 | RODRIGUEZ HERNANDEZ, JORGE ALBERTO<br>HC-05 BOX 7051<br>GUAYANILLA, PR 00971 | 6/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80871 | $ 11,071.62 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | RODRIGUEZ LERDO, LINDA<br>79A PARCELAS POLVORIN<br>CAYEY, PR 00736 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67997 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | RODRIGUEZ LOPEZ, JOSE ENRIQUE<br>H-3 CALLE HAITI<br>SALINAS, PR 00751 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99779 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | RODRIGUEZ LOPEZ, JOSE R<br>CARRETERA 187 MEDIANIA ALTA LOIZA<br>LOIZA, PR 00772 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93043 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | RODRIGUEZ MARTINEZ, MARIA E.<br>4627 PAQUITO MONTENER<br>PONCE, PR 00731 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108265 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RODRIGUEZ MORALES, WILLIAM E.<br>BO. SINGAPUR CALLE 4 99<br>JUANA DIAZ, PR 00795 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58675 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | RODRIGUEZ NEGRON, JOSE<br>APARTADO 488<br>JUANA DIAZ, PR 00795 | 6/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66356 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ PADILLA, ANA MARIA<br>COL. GODREAU B-4<br>SALINAS, PR 00751 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93735 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ PINO, MAGGIO<br>URB. CABUCA C/6 647<br>COROZAL, PR 00783 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47543 | $ 14,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ QUINONES, MARIA M<br>59 CALLE SS RODRIGUEZ STE 1<br>GUANICA, PR 00653-2656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110836 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ RAMOS, ROBERTO<br>HC 03 BOX 15554<br>YAUCO, PR 00798 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42762 | $ 12,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixteenth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | RODRIGUEZ REYES, CARLOS HUMBERTO<br>CARR. 7787 KM 0.7<br>BO. BEATRIZ<br>CIDRA, PR 00739 | 7/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102488 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | RODRIGUEZ RIVERA , ELTA M.<br>HC 01 BOX 4718<br>SALINAS, PR 00751 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101211 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | RODRIGUEZ RIVERA, ELTA  M.<br>HC 01 BOX 4718<br>SALINAS, PR 00751 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106546 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | RODRIGUEZ RIVERA, MARIA M<br>URB SANTA TERESITA 3416 CALLE SANTA ANASTASIA<br>PONCE, PR 00730 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83100 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ RODRIGUEZ, DELIO  ESTHER<br>URB VILLA DELICIOS<br>CALLE<br>PONCE, PR 00728 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66103 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | RODRIGUEZ RODRIGUEZ, IVETTE M.<br>SANTA TERESITA 93730<br>CALLE SANTA SUZANA<br>PONCE, PR 00730-4613 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95252 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Sixteenth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | RODRIGUEZ SANABRIA, LEILA<br>HC 02 BOX 19088<br>GURABO, PR 00778 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110424 | $ 12,600.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | RODRIGUEZ SANTIAGO, ADA<br>T-26 CALLE 24<br>URBANIZACION ALTA VISTA<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85519 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 34 | RODRIGUEZ SOSA, CARMEN DOLORES<br>9 D<br>SALINAS, PR 00751 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68992 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 35 | RODRIGUEZ VAZQUEZ, MILAGROS<br>P.O. BOX 1459<br>SABANA GRANDE, PR 00637 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58517 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 36 | RODRIGUEZ VEGA, IRVING D.<br>URB. LUCHETTI<br>CALLE 1 G-1<br>YAUCO, PR 00698 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100850 | $ 75,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 37 | RODRIGUEZ, ELOINA ARZOLA<br>URB. ALTA VISTA CALLE 17<br>PONCE, PR 00716 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86710 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 38 | ROJAS BENITEZ, RAMON<br>CAIMITO BAJO RR 3 BOX 5172<br>SAN JUAN, PR 00926-9678 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104570 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | ROJAS RUIZ, ELIZABETH L.<br>P.O. BOX 2101<br>SAN SEBASTIAN, PR 00685 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104567 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | ROLDAN VENANCIO, MATILDE<br>33 URB. BAIROA AJ 8-4<br>CAGUAS, PR 00725 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106759 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | ROMAN FELICIANO, RAMONITA<br>HC 02 BOX 6281<br>GUAYANILLA, PR 00656 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71133 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | ROMAN SEGARRA, ROSA A<br>EXT. URB. SANTA TERESITA<br>CALLE SANTA NARCISA 3550<br>PONCE, PR 00730 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86723 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | ROSA PARRILLA, SANDRA I<br>2246 CALLE PARANA<br>URB RIO CANAS<br>PONCE, PR 00728-1833 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75364 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | ROSADO CARDONA, ZAIDA ENID<br>BO. RINCON BZ. 3573<br>CIDRA, PR 00739 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67764 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | ROSADO CARDONA, ZAIDA ENID<br>BO. RINCON BZ. 3573<br>CIDRA, PR 00739 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89039 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | ROSADO CARDONA, ZAIDA ENID<br>BO. RINCON BZ. 3573<br>CIDRA, PR 00739 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80658 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | ROSADO RIVERA, JOEL<br>K30 CARR #393<br>SAN GERMAN, PR 00683 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34032 | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | ROSARIO ANGUEIRA, VIVIAN<br>PO BOX 668<br>RIO GRANDE, PR 00745 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79714 | $ 21,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | ROSARIO LOPEZ, PERFECTO<br>BAMO. JACABOA<br>PATILLAS, PR 00723 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14270 | $ 19,200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | ROSARIO TORRES, ARLEEN Y.<br>HC-05 BOX 13822<br>JUANA DIAZ, PR 00795 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43707 | $ 10,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | RUIZ RAMOS, GRISELLE M.<br>14130 PURITAS AVE. APT. 108<br>CLEVELAND, OH 44135 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111118 | $ 13,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | SALABARRIA CARRASGUILLO, LYDIA E.<br>AJ-2 CALLE 32A<br>CAGUAS, PR 00725 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108987 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 53 | SANCHEZ GARCED, BRUNILDA<br>APARTADO 240<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107903 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 54 | SANCHEZ GARCED, BRUNILDA<br>APARTADO 240<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 110445 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 55 | SANCHEZ GONZALEZ , AIDA<br>URB VILLA FLORES<br>1760 CALLE BEGONIA<br>PONCE, PR 00716-2930 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109017 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 56 | SANCHEZ MELENDEZ, CARMEN IRIS<br>CARRETERA 171 BO. RINCON RES SANCHEZ<br>CAYEY, PR 00736 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98288 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 250,047.73* |

* Indicates claim contains unliquidated and/or undetermined amounts