# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION OF RICHARD HOLM FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW Richard Holm** (the "Applicant") and respectfully request *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm O'Melveny & Myers LLP with an office at:

   **Address:** O'Melveny & Myers LLP
   400 S. Hope St.
   Los Angeles, CA 90071
   **Email:** Rholm@omm.com
   **Telephone:** 213-430-8313
   **Fax:** 213-430-6407

2. Applicant will sign all pleadings with the name Richard Holm.

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") to provide legal representation in connection with the above-captioned case now pending before the United States District Court for the District of Puerto Rico.

5. Since December 5, 2011, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is # 280688.

6. Since October 3, 2018, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant also regularly practices law. Applicant's bar license number is # 5612072 .

7. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| United States District Court, Central District of California | 08/20/2020 |

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

10. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with Applicant in this matter is:

**Name:** Luis C. Marini-Biaggi
**USDC-PR Bar No.** 222301

|  |  |
|---|---|
| **Email:** | lmarini@mpmlawpr.com |
| **Address:** | 250 Ponce de León Ave. |
|  | Suite 900 |
|  | San Juan, Puerto Rico 00918 |
| **Telephone:** | 787-705-2171 |
| **Fax:** | 787-936-7494 |

12. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agreed to comply with them in their entirety.

13. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (suing the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Court for the District of Puerto Rico for the above-captioned case.

In Los Angeles, California, this 10th day of May 2021.

Richard Holm
Printed Name of Applicant

/s/*Richard Holm*
Signature of Applicant

**I HEREBY CERTIFY** that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83A (f).

In San Juan, Puerto Rico, this 10th day of May 2021.

Luis C. Marini Biaggi

                Printed Name of Local Counsel

                /s/ *Luis C. Marini Biaggi*
                Signature Name of Local Counsel

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.


/s/ *Luis C. Marini- Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301


**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

4