IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTH OF PUERTO RICO,

Debtor

PROMESA

Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, _Frank S. Harrison_____, applicant herein and respectfully states:

1.  Applicant is an attorney and a member of the law firm of (or practices under the name of

_____Williams Kastner| Attorney at Law_____, with offices at:

| Address | 601 Union Street, Suite 4100 |
|---|---|
| | Seattle, WA 98101-2380 |
| Email | FHarrison@williamskastner.com |
| Telephone No. | 206-628-2789 |
| Fax No. | 206-628-6611 |

2.  Applicant will sign all pleadings with the name _Frank S. Harrison_____.

3.  Applicant has been retained personally or as a member of the above-named firm by

_Milliman, Inc._____ to provide legal representation in connection with the above-

styled matter now pending before the United States District Court for the District of Puerto Rico.

4.  Since _2018_____, applicant has been and presently is a member in good

standing of the bar of the highest court of the State of _____Washington_____, where applicant

regularly practices law.  Applicant's bar license number is _53890_____.

5.  Applicant has been admitted to practice before the following courts:

<u>Court</u>:                                        <u>Admission Date</u>:

FLORIDA – 9/27/12; U.S COURT OF APPEALS 11th Circuit – 5/31/17;

U.S. DISTRICT COURT:  Western District of Washington – 9/21/18;
Middle District of Florida – 2012; Northern District of Florida - 2012;

 Southern District of Florida - 2012; WASHINGTON – 8/29/18

6.  Applicant is a member in good standing of the bars of the courts listed in

paragraph 5.

7.  Applicant is not currently suspended from the practice of law before any court or

jurisdiction.

8.  Applicant is not currently the subject of any complaint for unethical conduct,

disciplinary proceeding or criminal charges before any court or jurisdiction.

9.  During the past three years, applicant has filed for pro hac vice admission in the

United States District Court for the District of Puerto Rico, in the following matters:

<u>Date of Application</u>:                         <u>Case Number and Style</u>:

N/A

10.  Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Mariana Muñiz-Lara |
| USDC-PR Bar No. | 231,706 |
| Address | 500 Calle de la Tanca, Ste. 401, San Juan, PR 00901-1969 |
| Email | mariana.muniz@us.dlapiper.com |
| Telephone No. | 787-945-9106 |
| Fax No. | 939-697-6141 |

11.  Applicant has read the local rules of this court and will comply with same.

12.  Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court.  Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to:  "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date:    05/10/2021                            .

Frank S. Harrison
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the

designation of local counsel of record for all purposes.

Date:   05/10/2021                                  .

Mariana Muñiz-Lara
Printed Name of Local Counsel

/S/ Mariana Muñiz Lara

Signature of Local Counsel


I HEREBY CERTIFY that I have served a true and correct copy of this document upon

each attorney of record and the original upon the Clerk of Court accompanied by a

$300.00 pro hac vice admission fee.

Signature of Applicant

<u>ORDER</u>

The Court, having considered the above Application for Admission Pro Hac Vice,

orders that:

❏          the application be granted.  The Clerk of Court shall deposit the admission

fee to the account of Non-Appropriated Funds of this Court.

❏          the application be denied.  The Clerk of Court shall return the admission fee

to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
**U.S. DISTRICT JUDGE**