# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF JOINDER OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO AMBAC ASSURANCE CORPORATION'S MOTION FOR AN ORDER DIRECTING CASH RULE 2004 DISCOVERY FROM THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (ECF NO. 15268)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

PLEASE TAKE NOTICE that National Public Finance Guarantee Corporation ("National") hereby withdraws its *Joinder of National Public Finance Guarantee Corporation to Ambac Assurance Corporation's Motion for an Order Directing Cash Rule 2004 Discovery From the Financial Oversight and Management Board for Puerto Rico (ECF No. 15220)* (ECF No. 15268) (the "Joinder").

On May 5, 2021, National entered the HTA/CCDA Related Plan Support Agreement (the "HTA PSA") with the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), under which National agreed to withdraw its joinders to requests for discovery filed in accordance with Bankruptcy Rule 2004. Pursuant to the HTA PSA, National is withdrawing the Joinder without prejudice.

Dated: May 11, 2021
New York, New York

| ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA PSC | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: */s/ Eric Pérez-Ochoa* | By: */s/ Robert S. Berezin* |
| Eric Pérez-Ochoa | Jonathan D. Polkes (admitted *pro hac vice*) |
| (USDC-PR No. 206314) | Gregory Silbert (admitted *pro hac vice*) |
| Email: epo@amgprlaw.com | Robert S. Berezin (admitted *pro hac vice*) |
| | Kelly DiBlasi (admitted *pro hac vice*) |
| By: */s/ Luis A. Oliver-Fraticelli* | Gabriel A. Morgan (admitted *pro hac vice*) |
| Luis A. Oliver-Fraticelli | 767 Fifth Avenue |
| (USDC-PR No. 209204) | New York, NY 10153 |
| Email: loliver@amgprlaw.com | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| PO Box 70294 | Email: jonathan.polkes@weil.com |
| San Juan PR 00936 | gregory.silbert@weil.com |
| Telephone: (787) 756-9000 | robert.berezin@weil.com |
| Facsimile: (787) 756-9010 | kelly.diblasi@weil.com |
| | gabriel.morgan@weil.com |
| *Attorneys for National Public Finance Guarantee Corp.* | *Attorneys for National Public Finance Guarantee Corp.* |

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, May 11, 2021.

By: /s/ *Eric Pérez-Ochoa*
Eric Pérez-Ochoa