# EXHIBIT B

October 21, 2020

**VIA E-MAIL**

John J. Hughes III, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163

**Re: Milliman Subpoena**

Counsel:

Thank you for your October 18, 2020 letter, which follows up on the parties' October 15, 2020 call regarding Milliman.

During the call, we raised concerns with Ambac's compliance with the requirements for serving a subpoena on Milliman and the necessity of the discovery. We do not consent to Ambac's seeking court authorization to serve the third-party subpoena.

As discussed during the call, we do not believe the subpoena is necessary. For several years, we have been producing Milliman's actuarial valuation reports and updated census data as they become available for the ERS, TRS, and JRS retirement systems.[1] Milliman has informed us that an experienced actuary can review Milliman's work based on the information in their reports and the census data. We first discussed the issue last year, including that internal work papers are not necessary for an actuary to evaluate Milliman's analysis.[2] *See* Government Parties' July 8, 2019 Letter to Ambac.

Because you had questions, we arranged for Milliman to speak with you and your financial advisors directly. You sent us written questions on October 1, 2019, and we sent you written responses from Milliman on October 25, 2019. But after that, we did not receive any additional questions, and you declined to speak with Milliman. Nevertheless, we have been conferring with you on a regular basis, and we informed you that we will consider doing a targeted email search related to Milliman's work. Given the circumstances and the absence of any pertinent upcoming deadlines (court or otherwise), there appears to be no urgency for the subpoena.

This is not intended to be an exhaustive list of concerns (for example, as noted on the call, we also think the subpoena requests are overbroad), and we reserve all rights. We hope the parties

---

[1] Ambac has also received tens of thousands of internal financial documents regarding the retirement systems. For example, AAFAF and ERS have made five productions since May 15, 2020 alone.

[2] Footnote 2 of your letter incorrectly suggests that we stated that Milliman "relied on" dynamic spreadsheets and work papers for its actuarial valuation reports. It appears you are incorrectly conflating the factual basis for Milliman's analysis (i.e., data) with Milliman's internal work product.

Mr. John J. Hughes, Esq.
October 21, 2020
Page 2

will continue to meet and confer in good faith, and we will get back to you separately regarding the remaining discovery issues referenced in your letter.

Sincerely,

/s/ *Margaret A. Dale*                                   /s/ *Madhu Pocha*

Margaret A. Dale, Esq.                                Madhu Pocha, Esq.