**Objection Deadline: TBD**
**Hearing Date: TBD**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, <br><br>    Plaintiff, <br><br>v. <br><br>AMBAC ASSURANCE CORPORATION, *et al.*, <br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, <br><br>    Plaintiff, <br><br>v. <br><br>AMBAC ASSURANCE CORPORATION, *et al.*, <br><br>    Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, <br><br>    Plaintiff, <br><br>v. <br><br>AMBAC ASSURANCE CORPORATION, *et al.*, <br><br>    Defendants. | Adv. Proc. No. 20-00005-LTS |

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>      Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, et al.,<br><br>      Defendants. | Adv. Proc. No. 20-00007-LTS |
| ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; and FINANCIAL GUARANTY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; GERARDO PORTELA FRANCO; and HON. RAÚL MALDONADO GAUTIER,<br><br>      Defendants. | Adv. Proc. No. 18-00059-LTS |

**NOTICE OF HEARING ON URGENT JOINT
MOTION TO STAY CERTAIN CONTESTED MATTERS AND
ADVERSARY PROCEEDINGS RELATED TO BONDS ISSUED BY THE
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),
THE PUERTO RICO CONVENTION CENTER DISTRICT AUTHORITY ("CCDA"),
AND THE PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY ("PRIFA")**

      **PLEASE TAKE NOTICE** that, upon the *Urgent Joint Motion to Stay Certain Contested Matters and Adversary Proceedings Related to Bonds Issued by the Puerto Rico Highways and Transportation Authority ("HTA") the Puerto Rico Convention Center District*

2

*Authority "CCDA") and the Puerto Rico Infrastructure Financing Authority ("PRIFA")* (the "**Motion**"), filed by Assured Guaranty Corp. ("**AGC**"), Assured Guaranty Municipal Corp. ("**AGM**" and together with AGC, "**Assured**"), National Public Finance Guarantee Corporation ("**National**," and along with Assured, each an "**Initial PSA Creditor**" and together "**Initial PSA Creditors**"), and the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**") on behalf of itself and as sole Title III representative for the Commonwealth of Puerto Rico (the "**Commonwealth**") and HTA and its related Title III debtors (the "**Debtors**," and together with Assured, National, the Oversight Board, and the Commonwealth, the "**Parties**"), pursuant to Section 315(b) of the Puerto Rico Oversight Management and Economic Stability Act ("**PROMESA**") 48 U.S.C. § § 2201-2241, will request this Court before the Honorable Laura Taylor Swain, United District Court Judge, **on a date and time to be determined**, at this Honorable Court's convenience (the "**Hearing**") to grant the relief requested in the Motion (but note that Movants have requested that the Hearing be held as soon as possible through telephonic communication due to the ongoing public health crisis). Through the Motion, Movants request a stay, or continuation of existing stays, of certain matters between and among the Movants in (1) Case No. 17-3283-LTS, (2) Case No. 17-3567-LTS, (3) Adv. Proc. No. 18-00059, (4) Adv. Proc. No. 20-00003, (5) Adv. Proc. No. 20-00004, (6) Adv. Proc. No. 20-00005, and (7) Adv. Proc. No. 20-00007, and preserving Movants' arguments, claims, defenses and rights as they currently exist in such matters.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (any "**Opposition**") to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, to the extent applicable, and the Fourteenth Amended Case Management Procedures (ECF No. 15894-1, the "**Case**

3

**Management Procedures**"), and must be filed and served in accordance with the Case Management Procedures. Oppositions to the Motion are due at a date and time to be determined by the Court (the "**Opposition Deadline**") and Replies in support of the Motion are due at a date and time to be determined by the Court (the "**Reply Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an Opposition to the Motion is not received by the Opposition Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the Court's Case Management Procedures.

[*Remainder of Page Intentionally Omitted*]

Dated: May 11, 2021
New York, New York

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| */s/ Heriberto Burgos Pérez* | */s/ Howard R. Hawkins, Jr.* |
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr.* |
| USDC-PR No. 204,809 | Mark C. Ellenberg* |
| Ricardo F. Casellas-Sánchez | William Natbony* |
| USDC-PR No. 203,114 | Thomas J. Curtin* |
| Diana Pérez-Seda | Casey J. Servais* |
| USDC-PR No. 232,014 | 200 Liberty Street |
| E-mail: hburgos@cabprlaw.com | New York, New York 10281 |
| rcasellas@cabprlaw.com | Tel.: (212) 504-6000 |
| dperez@cabprlaw.com | Fax: (212) 406-6666 |
| | E-mail: howard.hawkins@cwt.com |
| P.O. Box 364924 | mark.ellenberg@cwt.com |
| San Juan, PR 00936-4924 | bill.natbony@cwt.com |
| Tel.: (787) 756-1400 | thomas.curtin@cwt.com |
| Fax: (787) 756-1401 | casey.servais@cwt.com |
| | |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | * admitted *pro hac vice* |
| | *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: */s/ Eric Pérez-Ochoa* | By: */s/ Robert S. Berezin* |
| Eric Pérez-Ochoa | Jonathan D. Polkes (admitted *pro hac vice*) |
| (USDC-PR No. 206314) | Gregory Silbert (admitted *pro hac vice*) |
| Email: epo@amgprlaw.com | Robert S. Berezin (admitted *pro hac vice*) |
| | Kelly DiBlasi (admitted *pro hac vice*) |
| By: */s/ Luis A. Oliver-Fraticelli* | Gabriel A. Morgan (admitted *pro hac vice*) |
| Luis A. Oliver-Fraticelli | 767 Fifth Avenue |
| (USDC-PR No. 209204) | New York, NY 10153 |
| Email: loliver@amgprlaw.com | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| 208 Ponce de Leon Ave., Suite 1600 | Email: jonathan.polkes@weil.com |
| San Juan, PR 00936 | gregory.silbert@weil.com |
| Telephone: (787) 756-9000 | robert.berezin@weil.com |
| Facsimile: (787) 756-9010 | kelly.diblasi@weil.com |
| | gabriel.morgan@weil.com |
| *Attorneys for National Public Finance Guarantee Corp.* | *Attorneys for National Public Finance Guarantee Corp.* |

/s/ *Hermann D. Bauer*

Hermann D. Bauer
USDC No. 15205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

/s/ *Michael A. Firestein-*

Martin J. Bienenstock
Brian Rosen
Ehud Barak
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       jlevitan@proskauer.com
       ebarak@proskauer.com

Michael A. Firestein
Lary Alan Rappaport
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
       lrappaport@proskauer.com

*Attorneys for the Financial
Oversight and Management Board,
as Representative of the Commonwealth and HTA*

-6-

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, this 11th day of May, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* admitted *pro hac vice*