# **EXHIBIT K**

LIST OF ENTITIES THAT COMPRISE THE
COMMONWEALTH CENTRAL GOVERNMENT

## List of Entities that Comprise the Commonwealth Central Government[1]

| No. | Agency (Spanish) | Agency (English) |
|---|---|---|
| 1. | Administración de Asuntos Federales de Puerto Rico (PRFAA) | PR Federal Affairs Administration |
| 2. | Administración de Desarrollo Socioeconómico de la Familia (ADSEF) | Socioeconomic Development of the Family Administration |
| 3. | Administración de Familias y Niños (ADFAN) | Family and Children Administration |
| 4. | Comisión de Juegos | Gaming Commission |
| 5. | Administración de Rehabilitación Vocacional (ARV) | Vocational Rehabilitation Administration |
| 6. | Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA) | Mental Health Services and Addiction Control Administration |
| 7. | Administración de Servicios Generales (ASG) | General Services Administration |
| 8. | Administración de Vivienda Pública (AVP) | Public Housing Administration |
| 9. | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) | Childcare and Childhood Integral Development Administration |
| 10. | Administración para el Sustento de Menores (ASUME) | Child Support Administration |
| 11. | Cámara de Representantes | House of Representatives |
| 12. | Comisión Apelativa del Servicio Público (CASP) | Public Service Appellate Commission |
| 13. | Comisión de Derechos Civiles (CDC) | Civil Rights Commission |
| 14. | Comisión de Desarrollo Cooperativo de Puerto Rico (CDCOOP) | Cooperative Development Commission |
| 15. | Comisión de Investigación, Procesamiento y Apelación (CIPA) | Investigation, Processing and Appellate Commission |
| 16. | Negociado de Transporte y Otros Servicios Públicos (NTSP) | Transportation and Other Public Services Bureau |
| 17. | Comisión Estatal de Elecciones de Puerto Rico (CEEPR) | State Elections Commission |
| 18. | Comisión Industrial de Puerto Rico (CIPR) | Industrial Commission |
| 19. | Comisión para la Seguridad en el Tránsito | Transit Safety Commission |
| 20. | Junta de Instituciones Postsecundarias | Board of Postsecondary Institutions |
| 21. | Defensoría de las Personas con Impedimentos | Persons with Disabilities Advocacy Office |
| 22. | Departamento de Agricultura (DA) | Department of Agriculture |
| 23. | Departamento de Asuntos del Consumidor (DACO) | Department of Consumer Affairs |

---

[1] The Central Government was described in the *Informative Motion Regarding Entities Constituting the Central Government of the Commonwealth* [ECF No. 2828] (the "Central Government Informative Motion"). The Central Government Informative Motion listed 88 entities that comprised the Commonwealth. Since then, three entities have either merged with other entities or have been eliminated pursuant to Commonwealth law: (i) the Labor Development Administration was merged into the Department of Economic Development and Commerce; (ii) the Office of Municipal Management was merged into the Office of Management and Budget; and (iii) the Puerto Rico Energy Administration was eliminated by Act 17-2019. Additionally, the Transit Safety Commission does not maintain its own bank accounts as its financial activities are managed by the Puerto Rico Automobile Accident Compensation Administration ("AACA") which is not considered in scope for the analysis. The Transit Safety Commission enabling act provides that the funding that ACAA assigns to the Transit Safety Commission shall remain under the custody of ACAA. The Public Service Regulatory Board, Gaming Commission of the Government of Puerto Rico, and the Puerto Rico Innovation and Technology Service were created after the Central Government Informative Motion was filed.

| No. | Agency (Spanish) | Agency (English) |
| --- | --- | --- |
| 24. | Departamento de Corrección y Rehabilitación (DCR) | Department of Correction and Rehabilitation |
| 25. | Departamento de Desarrollo Económico y Comercio (DDEC) | Department of Economic Development and Commerce |
| 26. | Departamento de Educación (DE) | Department of Education |
| 27. | Departamento de Estado | Department of State |
| 28. | Departamento de Familia (DF) | Department of Family |
| 29. | Departamento de Hacienda | Department of Treasury |
| 30. | Departamento de Justica (DJ) | Department of Justice |
| 31. | Departamento de Justicia - Oficina del Procurador General | Department of Justice - Office of the Solicitor General |
| 32. | Departamento de Recreación y Deportes (DRD) | Department of Sports and Recreation |
| 33. | Departamento de Recursos Naturales Y Ambientales (DRNA) | Department of Natural and Environmental Resources |
| 34. | Departamento de Salud (DS) | Department of Health |
| 35. | Departamento de Seguridad Pública de Puerto Rico | Department of Public Safety |
| 36. | Departamento de Transportación y Obras Públicas (DTOP) | Department of Transportation and Public Works |
| 37. | Departamento de Vivienda (DV) | Department of Housing |
| 38. | Departamento del Trabajo y Recursos Humanos (DTRH) | Department of Labor and Human Resources |
| 39. | Gobernador | Office of the Governor |
| 40. | Guardia Nacional de Puerto Rico (GNPR) | Puerto Rico National Guard (PRNG) |
| 41. | Instituto de Estadísticas de Puerto Rico | Statistics Institute of PR |
| 42. | Junta de Libertad Bajo Palabra (JLBP) | Parole Board |
| 43. | Junta de Planificación (JP) | Planning Board |
| 44. | Junta de Relaciones del Trabajo (JRT) | Labor Relations Board |
| 45. | Junta Reglamentadora de Servicio Público | Public Service Regulatory Board |
| 46. | Instituto de Ciencias Forenses de Puerto Rico (ICF) | Forensics Science Institute |
| 47. | Negociado de Energía de Puerto Rico | Puerto Rico Energy Bureau |
| 48. | Negociado de Investigaciones Especiales (NIE) | Bureau of Special Investigations |
| 49. | Negociado de la Policía de Puerto Rico (PPR) | Puerto Rico Police Bureau |
| 50. | Negociado de Sistemas de Emergencia 9-1-1 | 911 Emergency System Bureau |
| 51. | Negociado de Telecomunicaciones (NET) | Telecommunications Bureau |
| 52. | Negociado del Cuerpo de Bomberos de Puerto Rico | Corps of Firefighters Bureau |
| 53. | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) | Corps of Medical Emergencies Bureau |
| 54. | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) | Emergency and Disaster Management Bureau |
| 55. | Oficina De Administración De Los Tribunales (OAT) | Office of Court Administration |
| 56. | Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OATRH) | Office of Administration and Transformation of Human Resources in the Government of Puerto Rico |
| 57. | Oficina de Ética Gubernamental de Puerto Rico (OEGPR) | Government Ethics Office |

| No. | Agency (Spanish) | Agency (English) |
|---|---|---|
| 58. | Oficina de Incentivos para Negocios en Puerto Rico | Office of Incentives for Businesses in Puerto Rico |
| 59. | Oficina del Inspector General | Office of the Inspector General |
| 60. | Oficina de Gerencia de Permisos (OGPe) | Permits Management Office |
| 61. | Oficina de Gerencia y Presupuesto (OGP) | Office of Management and Budget |
| 62. | Oficina de la Procuradora de las Mujeres (OPM) | Women's Advocate Office |
| 63. | Oficina de Servicios Legislativos (OSLPR) | Office of Legislative Services |
| 64. | Oficina del Comisionado de Instituciones Financieras (OCIF) | Office of the Commissioner of Financial Institutions |
| 65. | Oficina del Comisionado de Seguros (OCS) | Office of the Commissioner of Insurance |
| 66. | Oficina del Contralor (OCPR) | Comptroller's Office |
| 67. | Oficina del Contralor Electoral (OCE) | Office of Electoral Comptroller |
| 68. | Oficina del Procurador del Ciudadano (Ombudsman) | Office of the OMBUDSMAN |
| 69. | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) | Office of the Ombudsman for the Elderly |
| 70. | Oficina del Procurador del Paciente (OPP) | Patient Advocate Office |
| 71. | Oficina del Procurador del Veterano (OPV) | Veteran's Advocate Office |
| 72. | Oficina Estatal de Conservación Histórica (OECH) | State Historic Conservation Office |
| 73. | Oficina Independiente de Protección al Consumidor (OIPC) | Independent Consumer Protection Office |
| 74. | Oficina para el Desarrollo Socioeconómico y Comunitario de Puerto Rico (ODSEC) | Office for Community and Socioeconomic Development of Puerto Rico |
| 75. | Panel Fiscal Especial Independiente (PFEI) | Office of the Solicitor - Special Independent Prosecutor |
| 76. | Programa de Desarrollo de la Juventud (OAJ) | Program of Youth Affairs |
| 77. | Programa de Servicios con Antelación al Juicio (PSAJ) | Pretrial Services Program |
| 78. | Registro Inmobiliario Digital | Property Digital Registry |
| 79. | Secretaría de la Gobernación | Chief of Staff |
| 80. | Senado | Senate |
| 81. | Sistemas de Información de Justicia Criminal (SIJC) | Criminal Justice Information System |
| 82. | Superintendente del Capitolio | Superintendent of the Capitol |
| 83. | Tribunal de Apelaciones | Court of Appeals |
| 84. | Tribunal de Primera Instancia | Court of First Instance |
| 85. | Tribunal Supremo | Supreme Court |
| 86. | N/A | Puerto Rico Innovation and Technology Service (PRITS) |