UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

---------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF REQUESTS CONCERNING THE STATUS REPORT OF THE
GOVERNMENT PARTIES REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

    The Court has received and reviewed the *Status Report of the Government Parties Regarding the Covid-19 Pandemic and the 9019 Motion* (Docket Entry No. 2476 in Case No. 17-4780, the "Status Report"), filed by the Financial Oversight and Management Board for Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico and the Puerto Rico Fiscal Agency and Financial Authority (together, the "Government Parties"). The Status Report requests that the Court require the Government Parties to file an updated status report on or before July 11, 2021. (Status Report ¶ 24.) The Court has also received and reviewed the *Official Committee of Unsecured Creditors' Response to Status Report of the Government Parties Regarding the Covid-19 Pandemic and the 9019 Motion* (Docket Entry No. 16750 in Case No. 17-3283 and Docket Entry No. 2477 in Case No. 17-4780).

Any further responsive papers to the Status Report must be filed by **May 17, 2021**. The Government Parties' reply papers must be filed by **May 21, 2021**. The Court will thereafter take the matter on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: May 13, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge