# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | Re: ECF No. 14995 |
| Debtors.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 4780-LTS |
| as representative of | Re: ECF No. 2281 |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

## URGENT CONSENSUAL MOTION FOR SEVENTH EXTENSION OF DEADLINES REGARDING MOTION OF WHITEFISH ENERGY HOLDINGS, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To The Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent motion for an order extending the briefing schedule related to the *Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim* [ECF No. 14995 in Case No. 17-3283 and ECF No. 2281 in Case No. 17-4780] (the "Motion") and established by the *Order Granting Urgent Consensual Motion for Sixth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim* [ECF No. 16473 in Case No. 17-3283 and ECF No. 2451 in Case No. 17-4780] (the "Scheduling Order"), and represents as follows:

## REQUEST FOR RELIEF

1. On October 30, 2020, Whitefish Energy Holdings, LLC (the "Movant"), filed the Motion, seeking payment of certain asserted administrative expenses, as described further in the Motion.

2. On November 2, 2020, the court entered an initial schedule on the Motion, which was later modified including most recently by the Scheduling Order, dated April 20, 2021, which established a deadline of May 20, 2021 at 5:00 p.m. (AST) for the filing of any opposition papers (the "Objection Deadline") and a deadline of May 27, 2021 at 5:00 p.m. (AST) for the filing of the Movant's reply papers (the "Reply Deadline"), with the Motion to be taken under submission without a hearing.

---

[2] PROMESA is codified at 48 U.S.C §§ 2101-2241.

3. The Parties are continuing to engage in discussions to resolve the Motion consensually. Accordingly, with the Movant's consent, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the Objection Deadline and Reply Deadline to **June 17, 2021 at 5:00 p.m. (prevailing Atlantic Time)**, and **June 24, 2021 at 5:00 p.m. (prevailing Atlantic Time)**, respectively.

4. The Debtor has discussed this request with counsel for the Movant, who has consented to the relief requested herein.

5. Pursuant to Paragraph 1.H of the *Fourteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 15894-1] (the "Case Management Procedures"), the Debtor hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

## NOTICE

6. The Debtor has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for PREPA's bonds; (c) the administrative agent(s) for lenders under that certain Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank de Puerto Rico, and the lenders party thereto, as amended, and that certain Trade Finance Facility Agreement, dated as July 20, 2012; (d) the statutory unsecured claimholders' committee appointed in this Title III Case; (e) the Office of the

United States Attorney for the District of Puerto Rico; (f) counsel to AAFAF; and (g) the Puerto Rico Department of Justice; (h) all parties filing a notice of appearance in this Title III case; and (i) the Movant. A copy of the motion is also available on the Debtor's case website at https://cases.primeclerk.com/puertorico/.

7. The Debtor submits that, in light of the nature of the relief requested herein, no other or further notice need be given.

WHEREFORE the Debtor requests the Court enter the Proposed Order and grant such other relief as is deemed just and proper.

Dated: May 17, 2021  
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Paul V. Possinger*  
Martin J. Bienenstock  
Paul V. Possinger  
Ehud Barak  
(Admitted *Pro Hac Vice*)  
**PROSKAUER ROSE LLP**  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900  
Email: mbienenstock@proskauer.com  
      ppossinger@proskauer.com  
      ebarak@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for PREPA*

        */s/ Hermann D. Bauer*
        Hermann D. Bauer
        USDC No. 215205
        **O'NEILL & BORGES LLC**
        250 Muñoz Rivera Ave., Suite 800
        San Juan, PR 00918-1813
        Tel: (787) 764-8181
        Fax: (787) 753-8944
        Email: hermann.bauer@oneillborges.com

        *Co-Attorney for the Financial Oversight and Management Board as representative for PREPA*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer

## **EXHIBIT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 14995 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 2281 |

**[PROPOSED] ORDER GRANTING URGENT CONSENSUAL MOTION FOR SEVENTH EXTENSION OF DEADLINES REGARDING MOTION OF WHITEFISH ENERGY HOLDINGS, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Consensual Motion for Seventh Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim* (Docket Entry No. ____ in Case No. 17-3283 and Docket Entry No. ___ in Case No. 17-4780, the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein:

1. The Urgent Motion is **GRANTED** as set forth herein.

2. The Scheduling Order shall be modified as provided herein.

3. The following briefing schedule is set for filing responsive pleadings to the Motion:

    - The deadline for parties to file an opposition to the Motion shall be **June 17, 2021 at 5:00 p.m. (AST).**

    - The deadline for the Movant to file a reply to all oppositions and responses shall be **June 24, 2021 at 5:00 p.m. (AST)**.

4. The Court will thereafter take the Motion on submission.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2021

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

2