# EXHIBIT A

## Schedule of Thirteenth ADR Designated Claims

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| DE JESUS SILVA, ERICK J. | 13930 | e | Tort-Related Litigation Claim | E2CI 2014-0885 | Initial Transfer |
| RIVERA PEREZ, JAIME JAFFET | 32368 | d | Electrical Contact | ABCI2014-01238 | Initial Transfer |
| VELEZ SERRANO, JOSUE | 74793 | d | Tort-Related Litigation Claim | Unknown | Initial Transfer |
| VELEZ SERRANO, JOSUE | 81788 | d | Tort-Related Litigation Claim | FDP 07-0485 | Initial Transfer |
| RUSSELL, HAZEL | 502 | c | Tort-Related Litigation Claim | Unknown | Initial Transfer |
| ANTONIO GONZALEZ, EDWIN | 47601 | d | Tort-Related Litigation Claim | CDP2011-0035 | Initial Transfer |
| TORRES ACOSTA, LIRMARIS | 27045 | f | Political Discrimination | 14-1712 (JAG) (SCC) | Initial Transfer |
| GUEVARA-BARISKA, PATRICIA, DANIEL, DAVID; SILOVIC, RUTH | 45629 | e | Electrical Contact | 14-01112 (JAG) | Initial Transfer |
| ROSARIO ACEVEDO, WILLIAMN G.; ET AL. | 28859 | f | Electrical Contact | B4CI2017-00062 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Claim Amount Key |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |