ENRIQUE VAZQUEZ QUINTANA, MD, FACS
URB. EL REMANSO
F-15 CORRIENTE ST
SAN JUAN, P.R. 00926-6108
Email evazquezmd@gmail.com
Tel. 787 462-0658

May 18, 2021

Hon. Laura Taylor Swain             PROMESA
United States District Court        Title III
PROMESA Act
San Juan, PR                        No. 17 BK 3283-LTS

Honorable Judge Taylor Swain:

On March 24, 2021 I initiated the process to lift the stay in the above case. On April 15, 2021 I signed a Stipulation with the Department of Justice (copy included). I was informed that I had nothing else to do to this effect. Copy of the Stipulation was sent to the Boston Court of appeals by Mr. Fernando Figueroa-Santiago, Solicitor General of Puerto Rico.

I am sending the documents at hand for your final decision on the stay.

Respectfully submitted,

*Enrique Vázquez Quintana M.D.*

Enrique Vázquez Quintana, MD
Pro Se