RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 MAY 18 PM 1:57

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
PROMESA ACT
AVE. CHARDON
CLERKS OFFICE
SAN JUAN, PR



Enrique Vazquez Quintana, M.D.
Urb El Remanso
F15 Calle Corriente
San Juan, PR 00926-6108

