# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

### COVER SHEET TO THIRTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2020 through February 29, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $692.10 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $692.10 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-fourth monthly fee application in these cases.

{00747189; 1}

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period Februry 1 through February 29, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $ 305.00 | 1.20 | $ 366.00 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 1.80 | $ 333.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.50 | $ 70.00 |
| | | | | | |
| | **Totals** | | | **3.50** | **$ 769.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (76.90)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 692.10** |

**ERS TITLE III**

**Summary of Disbursements for the Period Februry 1 through February 29, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | $                    - |
| **SUMMARY OF DISBURSEMENTS** | $                    - |

{00747189; 1}

| | ERS TITLE III | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period Februry 1 through February 29, 2020** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.90 | $ 166.50 |
| 210 | Analysis and Strategy | 1.20 | $ 366.00 |
| 219 | Docketing | 0.50 | $ 70.00 |
| 220 | Claims and Claims Objection | 0.90 | $ 166.50 |
| | | | |
| | | | $ 769.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (76.90) |
| | | | |
| | **TOTALS** | **3.50** | $ 692.10 |

{00747189; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $622.89, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $622.89.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747189; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE ERS TITLE III

## RE: GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

March 23, 2020
Bill #: 371198
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 769.00 |
| Less Discount | $ -76.90 |
| | |
| Net Professional Services | $ 692.10 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 692.10** |

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/20 | MMB | 219 | Docket court notice received by email dated February 3, 2020, regarding order dkt. 807 setting deadline to file opposition papers, reply papers - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/07/20 | MMB | 219 | Docket court notice received by email dated February 6, 2020, regarding order dkt. 808 on urgent joint motion to modify discovery and briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .30 | 140.00 | 42.00 |
| 2/10/20 | HDB | 210 | Review Appellee's Brief by the FOMB Counsel (.7) and AAFAF Appellee brief in Appeal No. 20-1065 (.5). | 1.20 | 305.00 | 366.00 |
| 2/10/20 | GMR | 220 | Provide comments to the information forms and directions in connection with pre-solicitation procedures. | .90 | 185.00 | 166.50 |
| 2/10/20 | MMB | 219 | Docket court notice received by email dated February 7, 2020, regarding order setting deadline to file nine paper copies of brief in COA case 20-1065 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/26/20 | GMR | 206 | File the Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof in the ERS Docket. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  371198                                                                March 23, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/27/20 | GMR | 206 | File the Urgent motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures in the ERS Docket (17-3566). | .20 | 185.00 | 37.00 |
| 2/28/20 | GMR | 206 | File the Disclosure Statement in the ERS docket (17-3566). | .30 | 185.00 | 55.50 |
| 2/28/20 | GMR | 206 | File the Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures,(VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures in the ERS docket (17-3566). | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                          $ 769.00

Less Discount                                                      $ -76.90

NET PROFESSIONAL SERVICES:                          $ 692.10

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.20 | 305.00 | 366.00 |
| GABRIEL MIRANDA RIVERA | 1.80 | 185.00 | 333.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371198                                                    March 23, 2020

| | | | |
|---|---|---|---|
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| **Total** | **3.50** | | **$ 769.00** |


**TOTAL THIS INVOICE**                                    **$ 692.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO THIRTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $837.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $837.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-fifth monthly fee application in these cases.

00758553; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2020.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00758553; 1

On July 6th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.50 | $ 152.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.80 | $ 176.00 |
| Gabriel Miranda | Associate | Litigation | $185.00 | 1.60 | $ 296.00 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 0.80 | $ 152.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.10 | $ 154.00 |
| | **Totals** | | | 4.80 | $ 930.50 |
| | **Less: 10% Courtesy discount** | | | | $ (93.05) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 837.45 |

**ERS TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| | **ERS TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period March 1 through March 31, 2020** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 206 | Documents Filed on Behalf of the Board | 2.40 | $ | 448.00 |
| 209 | Adversary Proceeding | 0.50 | $ | 152.50 |
| 219 | Docketing | 1.10 | $ | 154.00 |
| 224 | Fee Application - O&B | 0.80 | $ | 176.00 |
| | | | | |
| | | | $ | 930.50 |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | (93.05) |
| | | | | |
| | **TOTALS** | **4.80** | $ | 837.45 |

00758553; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $753.71, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $753.71.

## **Professional Certification**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00758553; 1

# **Exhibit A**

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

April 3, 2020
Bill #:  373978
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 778.00 |
| Less Discount | $ -77.80 |
| Net Professional Services | $ 700.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 700.20** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/04/20 | UMF | 224 | Draft thirtieth monthly fee application for October 2019 in the Title III case of the ERS. | .40 | 220.00 | 88.00 |
| 3/04/20 | UMF | 224 | Draft thirty-first monthly fee application for November 2019 in the Title III case of the ERS. | .40 | 220.00 | 88.00 |
| 3/06/20 | DJP | 206 | Analyze the Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment and (C) Approving Form and Manner of Notice Thereof, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 3/06/20 | DJP | 206 | File the Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment and (C) Approving Form and Manner of Notice Thereof, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/06/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment and (C) Approving Form and Manner of Notice Thereof. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  373978                                                    April 3, 2020

| 3/12/20 | GMR | 206 | Analyze the Fifth Interim Fee Application of Alvarez and Marsal for services rendered to the ERS in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 3/12/20 | GMR | 206 | File the Fifth Interim Fee Application of Alvarez and Marsal for services rendered to the ERS in Case No. 17-3566. | .20 | 185.00 | 37.00 |
| 3/17/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Notice of Submission of Fourth Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof, as filed in Case No. 17-3283 and 17-3566. | .20 | 185.00 | 37.00 |
| 3/17/20 | GMR | 206 | File the Notice of Submission of Fourth Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof in Case No. 17-3566. | .20 | 185.00 | 37.00 |
| 3/17/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing courtesy copy of the Notice of Submission of Fourth Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof and the proposed order in WORD format. | .20 | 185.00 | 37.00 |
| 3/19/20 | MMB | 219 | Docket court notice received by email dated March 10, 2020, regarding order dkt. 832 setting preliminary hearing - H. Bauer, U. Fernandez, D. Pérez. | .20 | 140.00 | 28.00 |
| 3/20/20 | GMR | 206 | File the Spanish Translation of the Disclosure Statement and exhibits thereto in the ERS Case. | .30 | 185.00 | 55.50 |
| 3/25/20 | MMB | 219 | Docket court notice received by email dated March 20, 2020, regarding order dkt. 843 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  373978                                                                    April 3, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/25/20 | MMB | 219 | Docket court notice received by email dated March 18, 2020, regarding order dkt. 838 setting multiple deadlines - H. Bauer, U. Fernandez, D. Pérez. | .50 | 140.00 | 70.00 |
| 3/25/20 | MMB | 219 | Docket court notice received by email dated March 18, 2020, regarding order dkt. 837 setting deadline for employee claimants to submit Information Form to Prime Clerk - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/26/20 | MMB | 219 | Docket court notice received by email dated March 26, 2020, regarding order dkt. 849 setting deadline to file joint status report addressing appropriate litigation schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/31/20 | GMR | 206 | File the Motion to Inform Publication of (A) Notice of Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority, (B) Notice of Extended Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority, and (C) Notice of Deadline for Submitting Information Forms for Retirement Beneficiaries of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico on the ERS Docket. | .20 | 185.00 | 37.00 |
| 3/31/20 | MMB | 219 | Docket notice dkt. 854 received by email dated March 30, 2020, regarding hearing on UBS Financial Services PR renewed motion for relief from stay - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                          $ 778.00

Less Discount                                                        $ -77.80

NET PROFESSIONAL SERVICES:                          $ 700.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .80 | 220.00 | 176.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| GABRIEL MIRANDA RIVERA | 1.60 | 185.00 | 296.00 |
| MILAGROS MARCANO BAEZ | 1.10 | 140.00 | 154.00 |
| **Total** | **4.30** | | **$ 778.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  373978                                                                April 3, 2020

**TOTAL THIS INVOICE**                                            **$ 700.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
4

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 3, 2020

FOMB IN RE ERS TITLE III

**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

FOMB IN RE ERS TITLE III

April 3, 2020
Bill #: 371339
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1704 - 805**

**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 152.50 |
| Less Discount | $ -15.25 |
| Net Professional Services | $ 137.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 137.25** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 805**
**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/27/20 | HDB | 209 | Analyze Opinion and Order denying Motion to Dismiss, but staying adversary proceeding through Plan Confirmation process. | .50 | 305.00 | 152.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 152.50 |
| Less Discount | | $ -15.25 |
| NET PROFESSIONAL SERVICES: | | $ 137.25 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| **Total** | **.50** | | **$ 152.50** |

**TOTAL THIS INVOICE**                                   **$ 137.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO THIRTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April1, 2020 through April 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,240.65 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,240.65 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-sixth monthly fee application in these cases.

00758559; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2020.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 6th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.30 | $ 91.50 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 2.60 | $ 923.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.90 | $ 198.00 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 0.80 | $ 152.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | | | | | |
| | Totals | | | 4.70 | $ 1,378.50 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (137.85) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 1,240.65 |

**ERS TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2020**

| Description - Expenses | Amounts | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Totals | $ | - |
| **SUMMARY OF DISBURSEMENTS** | $ | - |

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period April 1 through April 30, 2020** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.30 | 91.50 |
| 215 | Plan of Adjustment and Disclosure Statem | 2.60 | 923.00 |
| 219 | Docketing | 0.10 | 14.00 |
| 224 | Fee Application - O&B | 0.90 | 198.00 |
| 225 | Fee Applications Proskauer | 0.80 | 152.00 |
| | | | |
| | | | $ 1,378.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (137.85) |
| | | | |
| | **TOTALS** | **4.70** | $ 1,240.65 |

00758559; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,116.59, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,116.59.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00758559; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE ERS TITLE III
Bill #: 375567
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 1,378.50 |
| Less Discount | $ -137.85 |
| Net Professional Services | $ 1,240.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,240.65** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/07/20 | UMF | 224 | Draft letter to notice parties regarding monthly fee applications in the Title III cases for the month of December 2019. | .20 | 220.00 | 44.00 |
| 4/07/20 | UMF | 224 | Draft thirty-second monthly fee application of O&B for the Title III case of the ERS corresponding to the month of December 2019. | .40 | 220.00 | 88.00 |
| 4/07/20 | UMF | 224 | Draft thirty-fourth monthly fee application of O&B for the Title III case of the RS corresponding to the month of February 2020. | .30 | 220.00 | 66.00 |
| 4/15/20 | DJP | 225 | Analyze the Eighth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/15/20 | DJP | 225 | File the Eighth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  375567                                                                                    May 5, 2020

| 4/15/20 | DJP | 225 | Analyze the Notice of Filing of the Eighth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, in anticipation of its filing. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 4/15/20 | DJP | 225 | File the Notice of Filing of the Eighth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, through the court's electronic filing system. | .10 | 190.00 | 19.00 |
| 4/23/20 | MMB | 219 | Docket court notice received by email dated April 23, 2020, regarding order dkt. 881 setting deadlines in relation with transcript of April 22, 2020 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/24/20 | JP | 215 | Review assumptions in ERS best interest test analysis | .70 | 355.00 | 248.50 |
| 4/27/20 | JP | 215 | Review the ERS best interest test analysis. | .70 | 355.00 | 248.50 |
| 4/28/20 | JP | 215 | Draft comments to ERS best interest test analysis. | 1.20 | 355.00 | 426.00 |
| 4/30/20 | HDB | 206 | Revise and sign-off to file Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date and (B) Approving Form and Manner of Notice Thereof. | .30 | 305.00 | 91.50 |

TOTAL PROFESSIONAL SERVICES                    $ 1,378.50

Less Discount                                             $ -137.85

NET PROFESSIONAL SERVICES:                     $ 1,240.65

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375567                                                                                              May 5, 2020

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JULIO PIETRANTONI | 2.60 | 355.00 | 923.00 |
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| UBALDO M. FERNANDEZ BARRERA | .90 | 220.00 | 198.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **4.70** | | **$ 1,378.50** |

**TOTAL THIS INVOICE**                                            **$ 1,240.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------------x

## COVER SHEET TO THIRTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2020 through May 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $981.90 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $981.90 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-seventh monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for May 2020.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millan, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 2.80 | $ 854.00 |
| Daniel Perez Refojos | Associate | Litigation | $ 190.00 | 1.10 | $ 209.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.20 | $ 28.00 |
| | **Totals** | | | **4.10** | **$ 1,091.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (109.10)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 981.90** |

**ERS TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period May 1 through May 31, 2020** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 1.10 | 209.00 |
| 210 | Analysis and Strategy | 0.20 | 61.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 1.20 | 366.00 |
| 219 | Docketing | 0.20 | 28.00 |
| 221 | Discovery/2004 Examinations | 0.10 | 30.50 |
| 222 | Claims and Claims Objections | 1.30 | 396.50 |
| | | | |
| | | | $   1,091.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $   (109.10) |
| | | | |
| | **TOTALS** | **4.10** | **$   981.90** |

00772894; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $883.71, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $883.71.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772894; 1

# __Exhibit A__

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE ERS TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020
FOMB IN RE ERS TITLE III
Bill #:    375654
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 1,091.00 |
| Less Discount | $ -109.10 |
| Net Professional Services | $ 981.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 981.90** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/06/20 | HDB | 215 | Revise (.40) and comment (.20) draft ERS BIT Chart as of May 6, 2020. | .60 | 305.00 | 183.00 |
| 5/07/20 | HDB | 222 | Review Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Disallow and Dismiss Claims Asserted or Filed by ERS Bondholders and the ERS Fiscal Agent. (.80) Review AAFAF Statement in connection with the claim objection. (.30) | 1.10 | 305.00 | 335.50 |
| 5/07/20 | HDB | 215 | Finalize comments to updated ERS BIT Report. | .30 | 305.00 | 91.50 |
| 5/12/20 | MMB | 219 | Docket court notice received by email dated May 11, 2020, regarding order dkt. 904 setting briefing schedule on Motion of Official Committee, dkt. 895 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/19/20 | HDB | 222 | Review Motion for Extension of Time to Respond to Objection to Claim No. 32046 by Milton Portalatin Pérez. | .20 | 305.00 | 61.00 |
| 5/21/20 | DJP | 206 | Email with E. Stevens pertaining to the filing of the Response. | .10 | 190.00 | 19.00 |
| 5/21/20 | DJP | 206 | Analyze the Reply in Connection with Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 5/21/20 | DJP | 206 | File the Reply in Connection with Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, through the court's electronic filing system. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375654                                                                June 4, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/21/20 | MMB | 219 | Docket court notice received by email dated May 18, 2020, regarding order dkt. 911 to modify briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/22/20 | HDB | 215 | Review J. Esses' queries regarding ERS best interest test. | .30 | 305.00 | 91.50 |
| 5/28/20 | HDB | 210 | Review J. Pietrantoni's e-mail responding to J. Esses' questions concerning ERS best interest test assumptions. | .20 | 305.00 | 61.00 |
| 5/29/20 | HDB | 221 | Review Order denying Pension Discovery Motions without Prejudice. | .10 | 305.00 | 30.50 |
| 5/31/20 | DJP | 206 | Analyze the Joint Informative Motion Regarding June 3, 2020 Hearing on PREPA's Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. And Gas Natural Aprovisionamientos Sdg, S.A., in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 5/31/20 | DJP | 206 | File the Joint Informative Motion Regarding June 3, 2020 Hearing on PREPA's Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. And Gas Natural Aprovisionamientos Sdg, S.A., through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                              $ 1,091.00

Less Discount                                                       $ -109.10

NET PROFESSIONAL SERVICES:                            $ 981.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.80 | 305.00 | 854.00 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 190.00 | 209.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **4.10** | | **$ 1,091.00** |

**TOTAL THIS INVOICE**                                      **$ 981.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE