## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

### COVER SHEET TO THIRTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2020 through February 29, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,112.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $6,112.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-second monthly fee application in these cases.

{00747191; 1}

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for February 2020.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

{00747191; 1}

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period Februry 1 through February 29, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Herman D. Bauer | Member | Litigation | $305.00 | 10.20 | $ 3,111.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 2.80 | $ 924.00 |
| Carlos E. George | Member | Labor | $250.00 | 3.20 | $ 800.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 2.60 | $ 546.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.50 | $ 277.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 3.10 | $ 589.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 0.50 | $ 82.50 |
| Astrid Velez | Associate | Corporate | $175.00 | 1.20 | $ 210.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.80 | $ 252.00 |
| | | | | | |
| | Totals | | | 26.90 | $ 6,792.00 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (679.20) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 6,112.80 |

**PREPA TITLE III**

**Summary of Disbursements for the Period Februry 1 through February 29, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| Totals | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period Februry 1 through February 29, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.60 | $ 126.00 |
| 202 | Legal Research | 0.50 | $ 82.50 |
| 203 | Hearings and Non-Field Comm. With Court | 0.30 | $ 91.50 |
| 206 | Documents Filed on Behalf of the Board | 5.20 | $ 1,049.50 |
| 207 | Non-Board Court Filings | 1.00 | $ 305.00 |
| 208 | Stay Matters | 0.60 | $ 183.00 |
| 209 | Adversary Proceeding | 11.70 | $ 3,462.50 |
| 210 | Analysis and Strategy | 0.20 | $ 61.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 3.20 | $ 630.00 |
| 219 | Docketing | 1.80 | $ 252.00 |
| 221 | Discovery/2004 Examinations | 1.80 | $ 549.00 |
| | | | $ 6,792.00 |
| | **Less: 10% Courtesy discount** | | $ (679.20) |
| | **TOTALS** | **26.90** | $ 6,112.80 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,501.52 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $5,501.52.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747191; 1}

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH                                250 Muñoz Rivera, Suite 800
                                                San Juan, PR 00918-1813
                                                Tel. (787) 764-8181
                                                Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

Bill #:    370917

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 836.00 |
| Less Discount | $ -83.60 |
| Net Professional Services | $ 752.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 752.40** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/20 | MMB | 219 | Docket court notice received by email dated January 31, 2020, regarding order dkt. 1889 in relation with transcript of January 29, 2020 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/04/20 | MMB | 219 | Docket court notice received by email dated February 3, 2020, regarding order dkt. 1894 scheduling further status conference on Cobra Acquisitions' motion for allowance and payment of administrative expense claims - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/05/20 | DJP | 206 | Analyze the Puerto Rico Electric Power Authority's (1) Reply to Defendants' Objection to Motion to Remand, and (2) Opposition to Defendants' Alternative Motion for Leave to Extend Deadline for Removal under Fed. R. Bankr. P. 9027(a)(2), in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 2/05/20 | DJP | 206 | File the Puerto Rico Electric Power Authority's (1) Reply to Defendants' Objection to Motion to Remand, and (2) Opposition to Defendants' Alternative Motion for Leave to Extend Deadline for Removal under Fed. R. Bankr. P. 9027(a)(2), through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/05/20 | MMB | 219 | Docket court notice received by email dated February 5, 2020, regarding order dkt. 1898 setting briefing schedule on urgent motion for bridge order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  370917

March 23, 2020

| 2/06/20 | MMB | 219 | Docket court notice received by email dated January 30, 2020, order dkt. 1886 on urgent motion of government parties for 10th revised order modifying certain deadlines applicable to joint motion of PREPA and AAFAF pursuant to Bankruptcy Code sections 362, etc. - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/11/20 | HDB | 207 | Review Joint Response of Fuel Line Lenders and Union Entities to Government Parties' Scheduling Motion (.20);  Review Official Committee of Unsecured Creditors' Limited Objection and Reservation of Rights in Response to Urgent Motion of Government Parties for (1) Bridge Order Pending Determination of Their Motion for a Revised Scheduling Order; and (2) Eleventh Revised Order Modifying Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement (.20). | .40 | 305.00 | 122.00 |
| 2/12/20 | MMB | 219 | Docket court notice received by email dated February 11, 2020, regarding order dkt. 1906 setting briefing schedule on urgent motion to adjourn dkt. 1905 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/12/20 | MMB | 219 | Docket court notice received by email dated February 11, 2020, regarding order setting deadline for unsecured creditors to file appearance form, docketing statement, and transcript report/order form in COA case 20-1122 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/18/20 | HDB | 208 | Respond to query by M.Zerjal regarding Windmar stay relief notice. | .20 | 305.00 | 61.00 |
| 2/18/20 | MMB | 219 | Docket court notice received by email dated February 18, 2020, regarding order dkt. 1914 resetting motion hearing date - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/21/20 | MMB | 219 | Docket court notice received by email dated February 19, 2020, regarding order dkt. 1916 resetting hearing on motions to dismiss amended complaints - H. Bauer, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/25/20 | HDB | 208 | Review stay relief notice regarding Samuel Rodriguez Claudio v. PREPA (.10); Draft e-mail to K.Bolaños concerning the same (.10). | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  370917                                                                    March 23, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/25/20 | HDB | 208 | Review draft stipulation for relief from stay by Windmar. | .20 | 305.00 | 61.00 |
| 2/25/20 | HDB | 207 | Review AAFAF's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount and the Supplement to the Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount by Cobra Acquisitions. LLC | .30 | 305.00 | 91.50 |
| 2/25/20 | HDB | 207 | Review the Official Committee of Unsecured Creditors' Objection to Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928 and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in Restructuring Support Agreement . | .30 | 305.00 | 91.50 |
| 2/26/20 | HDB | 206 | Revise and sign-off to file Reply of Financial Oversight and Management Board to Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES                                   $ 836.00

Less Discount                                                     $ -83.60

NET PROFESSIONAL SERVICES:                                    $ 752.40


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.00 | 305.00 | 610.00 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| MILAGROS MARCANO BAEZ | .80 | 140.00 | 112.00 |
| **Total** | **3.40** | | **$ 836.00** |


**TOTAL THIS INVOICE**                                   **$ 752.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH                                              250 Muñoz Rivera, Suite 800
                                                             San Juan, PR 00918-1813
                                                             Tel. (787) 764-8181
O'NEILL & BORGES LLC                                         Fax (787) 753-8944

---

March 23, 2020
FOMB IN RE PREPA TITLE III                                   Bill #:   371020
                                                             Billing Attorney:  HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 847.50 |
| Less Discount | $ -84.75 |
| Net Professional Services | $ 762.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 762.75** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/02/20 | ETF | 215 | Draft response to P. Possinger regarding Act 4-2016 potential impact upper for the current RSA (.30); Revise 2018 memorandum regarding RSA to adress amendments to Act 4-2018 (1.0). | 1.30 | 210.00 | 273.00 |
| 2/03/20 | HDB | 203 | Review issues to respond to query by P.Possinger regarding Parole Evidence Rule in Puerto Ricoo. | .30 | 305.00 | 91.50 |
| 2/03/20 | ETF | 215 | Draft response to N. Jaresko query regarding amendments to Act 4-2016. | .70 | 210.00 | 147.00 |
| 2/03/20 | AEV | 215 | Legal research regarding Act 4 of February 16, 2016. | 1.20 | 175.00 | 210.00 |
| 2/14/20 | ETF | 201 | Tel. conf. with Y. Hickey regarding PREPA deposits held at GDB. | .20 | 210.00 | 42.00 |
| 2/20/20 | ETF | 201 | Review Section 6.3 of Act 17-2019 (.30); Respond to E. Barack questions regarding same (.10). | .40 | 210.00 | 84.00 |

TOTAL PROFESSIONAL SERVICES          $ 847.50

Less Discount                               $ -84.75

NET PROFESSIONAL SERVICES:          $ 762.75

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| EMILIANO TRIGO FRITZ | 2.60 | 210.00 | 546.00 |
| ASTRID E. VELEZ | 1.20 | 175.00 | 210.00 |
| **Total** | **4.10** | | **$ 847.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371020                                                                March 23, 2020

**TOTAL THIS INVOICE**                                          **$ 762.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

Bill #:    370918

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 29, 2020:

**Client.Matter: P1705 - 801**

**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 305.00 |
| Less Discount | $ -30.50 |
| Net Professional Services | $ 274.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 274.50** |

IN ACCOUNT WITH

255 Ponce de León Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/20 | HDB | 209 | Revise draft Reply Brief in Support of Motion to Remand removal attempt by Vitol. | .40 | 305.00 | 122.00 |
| 2/05/20 | HDB | 209 | Revise and sign-off to file Puerto Rico Electric Power Authority's (1) Reply to Defendants' Objection to Motion to Remand, and (2) Opposition to Defendants' Alternative Motion for Leave to Extend Deadline for Removal under Fed. R. Bankr. P. 9027(a)(2). | .20 | 305.00 | 61.00 |
| 2/19/20 | HDB | 209 | Review the draft motion for leave to sur-reply (.10); a proposed order granting the motion for leave (.10); and the proposed sur-reply (.20) by Vitol in Adv. 17-00218. | .40 | 305.00 | 122.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 305.00 |
| Less Discount | | $ -30.50 |
| NET PROFESSIONAL SERVICES: | | $ 274.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| **Total** | **1.00** | | **$ 305.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 274.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 23, 2020
FOMB IN RE PREPA TITLE III                                          Bill #:   370919
                                                        Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,721.00 |
| Less Discount | $ -172.10 |
| | |
| Net Professional Services | $ 1,548.90 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,548.90** |

255 Ponce de León Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/20 | HDB | 221 | Review AAFAF's Supplemental Responses to UTIER's First Set of Discovery Requests. | .20 | 305.00 | 61.00 |
| 2/14/20 | HDB | 221 | Revise draft meet and confer letter objecting second set of in interrogatories by UTIER. | .20 | 305.00 | 61.00 |
| 2/19/20 | HDB | 221 | Review e-mails by J.Richman and M.Morris concerning status report and privilege logs. | .20 | 305.00 | 61.00 |
| 2/19/20 | CEG | 209 | Review several emails from M. Morris and UTIER legal counsel on pending case discovery (.40); review supplemental production of documents (.80). | 1.20 | 250.00 | 300.00 |
| 2/20/20 | HDB | 209 | Tel. conf with R.Emmanuelli regarding discovery cut-off and revised briefing schedule (.20); Draft e-mail to J.Richman regarding same (.10). | .30 | 305.00 | 91.50 |
| 2/20/20 | CEG | 209 | Exchange emails with M. Miller regarding translation of exhibits (.20); Review English translations of multiple labor laws to be cited in Adv. 17-00229 (.70). | .90 | 250.00 | 225.00 |
| 2/21/20 | HDB | 210 | Review UTIER's proposal to revise briefing schedule. | .20 | 305.00 | 61.00 |
| 2/21/20 | FER | 202 | Tel. conf. with OSL representative regarding translated PR statutes. | .30 | 165.00 | 49.50 |
| 2/24/20 | HDB | 221 | Review discovery pending issues with J.Richman. (.2) Review proposal by R.Emmanuelli. (.1) Tel. conf with R.Emmanuelli (.2). Draft e-mail memorializing agreement with R.Emmanuelli. (.1) | .60 | 305.00 | 183.00 |
| 2/25/20 | HDB | 221 | Review discovery letter to R.Emmanuelli by M.Morris. | .20 | 305.00 | 61.00 |
| 2/25/20 | FER | 202 | Tel. conf. with translations office of the office of legislative services regarding translated PR statutes. | .20 | 165.00 | 33.00 |

O'Neill & Borges LLC

Bill #:  370919                                                                                    March 23, 2020

| Date | | | | | | |
|------|------|-----|------------------------------------------------------------------------------------------------------|-----|--------|--------|
| 2/26/20 | HDB | 221 | Review response by UTIER to the meet and confer letter from the FOMB on discovery issues. | .20 | 305.00 | 61.00 |
| 2/26/20 | CEG | 209 | Review UTIER second interrogatories to FOMB to consider  strategy to follow. | .80 | 250.00 | 200.00 |
| 2/27/20 | HDB | 206 | Revise draft motion to modify briefing schedule in 17-00229. | .20 | 305.00 | 61.00 |
| 2/28/20 | HDB | 221 | Review response to discovery letter by UTIER. | .20 | 305.00 | 61.00 |
| 2/28/20 | CEG | 209 | Review exchange of emails between M. Morris  and counsel for the union regarding pending discovery and extension of deadlines (.20); Review related motion on updated deadlines (.10). | .30 | 250.00 | 75.00 |
| 2/28/20 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Deadline to File a Status Report, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 2/28/20 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Deadline to File a Status Report, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                    $ 1,721.00

Less Discount                                                $ -172.10

NET PROFESSIONAL SERVICES:                     $ 1,548.90


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.50 | 305.00 | 762.50 |
| CARLOS E. GEORGE | 3.20 | 250.00 | 800.00 |
| DANIEL J. PEREZ REFOJOS | .40 | 190.00 | 76.00 |
| FILEX E. ROSADO | .50 | 165.00 | 82.50 |
| **Total** | **6.60** | | **$ 1,721.00** |


**TOTAL THIS INVOICE**                              **$ 1,548.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 23, 2020
Bill #:   371201
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 302.50 |
| Less Discount | $ -30.25 |
| Net Professional Services | $ 272.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 272.25** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/20 | HDB | 209 | Review e-mail from counsel for PREB regarding agenda. | .20 | 305.00 | 61.00 |
| 2/05/20 | HDB | 209 | Sign-off on extension of time concerning status report. | .20 | 305.00 | 61.00 |
| 2/05/20 | GMR | 206 | Finalize the Unopposed Informative Motion with Regard to Status Report and Request for Permission to File Further Status Report | .40 | 185.00 | 74.00 |
| 2/05/20 | GMR | 206 | Exchange several emails with L. Stafford in connection with the Unopposed Informative Motion with Regard to Status Report and Request for Permission to File Further Status Report | .30 | 185.00 | 55.50 |
| 2/05/20 | GMR | 206 | Exchange several emails with Y. Gonzalez enclosing edits to the Unopposed Informative Motion with Regard to Status Report and Request for Permission to File Further Status Report | .20 | 185.00 | 37.00 |
| 2/07/20 | MMB | 219 | Docket court notice received by email dated February 6, 2020, regarding order dkt. 73 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 302.50 |
| Less Discount | | $ -30.25 |
| NET PROFESSIONAL SERVICES: | | $ 272.25 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371201                                                                    March 23, 2020

| | | | |
|---|---|---|---|
| GABRIEL MIRANDA RIVERA | .90 | 185.00 | 166.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.40** | | **$ 302.50** |

**TOTAL THIS INVOICE**                                        **$ 272.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

---

March 23, 2020
FOMB IN RE PREPA TITLE III
Bill #: 370921
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 943.50 |
| Less Discount | $ -94.35 |
| Net Professional Services | $ 849.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 849.15** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/11/20 | CGB | 209 | Review AAFAF's meet-and-confer letter to Plaintiffs regarding proposed motion to dismiss the second amended complaint. | .20 | 330.00 | 66.00 |
| 2/11/20 | HDB | 209 | Review meet and confer letter concerning dismissal of Second Amended Complaint. | .30 | 305.00 | 91.50 |
| 2/11/20 | DJP | 206 | Analyze Defendants' Unopposed Urgent Motion for Scheduling Order Urgent Motion, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 2/12/20 | CGB | 209 | Review the Defendants Unopposed Urgent Motion for scheduling order at Docket No. 71 and corresponding court order at Docket No. 72. | .10 | 330.00 | 33.00 |
| 2/12/20 | MMB | 219 | Docket court notice received by email dated February 12, 2020, regarding order dkt. 72 setting deadline for defendants to respond to second amended complaint - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/21/20 | CGB | 209 | Review the draft of Defendants' motion to dismiss the second amended complaint (.60); Analyze L. Rappaport's suggested edits to the same (.20); Draft email to L. Rappaport (and the O'Melveny team) forwarding proposed edits (.10). | .90 | 330.00 | 297.00 |
| 2/21/20 | HDB | 209 | Revise the draft Defendants' Motion to Dismiss Second Amended Adversary Complaint. | .70 | 305.00 | 213.50 |
| 2/24/20 | CGB | 209 | Review and sign-off on updated draft motion to dismiss the Second Amended Complaint prior to its filing by AFFAF counsel. | .20 | 330.00 | 66.00 |
| 2/24/20 | HDB | 209 | Final review and sign-off to the Motion to Dismiss Second Amended Complaint. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  370921

March 23, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/28/20 | MMB | 219 | Docket court notice received by email dated February 26,2020, regarding order dkt. 75 setting briefing schedule on motion dkt. 74 - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                $ 943.50

Less Discount                                            $ -94.35

NET PROFESSIONAL SERVICES:                $ 849.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 1.40 | 330.00 | 462.00 |
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| DANIEL J. PEREZ REFOJOS | .30 | 190.00 | 57.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **3.20** | | **$ 943.50** |

**TOTAL THIS INVOICE**                                **$ 849.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

## RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020
FOMB IN RE PREPA TITLE III
Bill #:   370922
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 813**

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 127.00 |
| Less Discount | $ -12.70 |
| | |
| Net Professional Services | $ 114.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 114.30** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 813**
**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/18/20 | CGB | 209 | Analyze UTIER's notice of appeal in Adv. 19-00298. | .20 | 330.00 | 66.00 |
| 2/18/20 | HDB | 209 | Review Notice of Appeal of the January 23, 2020 Judgment. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES $ 127.00

Less Discount $ -12.70

NET PROFESSIONAL SERVICES: $ 114.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.40** | | **$ 127.00** |

TOTAL THIS INVOICE $ 114.30

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020
FOMB IN RE PREPA TITLE III
Bill #: 370923
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 814**

**RE: 19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 515.50 |
| Less Discount | $ -51.55 |
| Net Professional Services | $ 463.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 463.95** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:  19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/03/20 | HDB | 209 | Review Informative Motion Regarding Insurers' Objection to Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds. | .20 | 305.00 | 61.00 |
| 2/03/20 | DJP | 206 | Analyze the Informative Motion Regarding Insurers' Objection to Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 2/03/20 | DJP | 206 | Analyze the proposed order to be filed together with the Informative Motion Regarding Insurers' Objection to Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds. | .20 | 190.00 | 38.00 |
| 2/03/20 | DJP | 206 | File the Informative Motion Regarding Insurers' Objection to Notice of Presentment by Puerto Rico Electric Power Authority of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/04/20 | HDB | 209 | Review Order denying Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds. | .10 | 305.00 | 30.50 |
| 2/04/20 | MMB | 219 | Docket court notice received by email dated January 31, 2020, regarding order dkt. 43 in relation with transcript of January 29, 2020 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:   370923                                                                March 23, 2020

| 2/04/20 | MMB | 219 | Docket court notice received by email dated January 31, 2020, regarding order dkt. 10594 in relation with transcript of January 29, 2020 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/27/20 | HDB | 209 | Review Motion for Leave to File Second Amended Complaint in Adv. 19-00369 (.20); Review tendered pleading (.60). | .80 | 305.00 | 244.00 |

TOTAL PROFESSIONAL SERVICES                           $ 515.50

Less Discount                                                      $ -51.55

NET PROFESSIONAL SERVICES:                            $ 463.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **2.10** | | **$ 515.50** |

**TOTAL THIS INVOICE**                                  **$ 463.95**

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00396-LTS CORTLAND V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020
FOMB IN RE PREPA TITLE III
Bill #: 370924
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 29, 2020:

**Client.Matter: P1705 - 815**

**RE: 19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 89.00 |
| Less Discount | $ -8.90 |
| Net Professional Services | $ 80.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 80.10** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE:  19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/20 | HDB | 209 | Review Reply of the Bondholder Defendants and the PREPA Bond Trustee to Fuel Line Lenders' Omnibus Opposition to Motions to Dismiss the Amended Complaint. | .20 | 305.00 | 61.00 |
| 2/12/20 | MMB | 219 | Docket court notice received by email dated February 11, 2020, regarding order dkt. 83 setting briefing schedule on urgent motion to adjourn dkt. 82 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/21/20 | MMB | 219 | Docket court notice received by email dated February 19, 2020, regarding order dkt. 89 resetting hearing on motions to dismiss amended complaints - H. Bauer, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 89.00 |
| Less Discount | $ -8.90 |
| NET PROFESSIONAL SERVICES: | $ 80.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **.40** | | **$ 89.00** |

**TOTAL THIS INVOICE**                              **$ 80.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020
FOMB IN RE PREPA TITLE III
Bill #: 371209
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 816**

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 444.00 |
| Less Discount | $ -44.40 |
| Net Professional Services | $ 399.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 399.60** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/03/20 | HDB | 209 | Revise draft Reply in Support of Motion to Dismiss Amended Complaint. | .60 | 305.00 | 183.00 |
| 2/03/20 | GMR | 206 | Draft email to Chambers of the Hon. Judith G. Dein enclosing courtesy copy of the Reply in Support of the Motion by The Financial Oversight and Management Board, for Itself and as Representative of PREPA and the Commonwealth of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and Governor Wanda Vazquez-Garced for an Order Dismissing Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6), as filed in 19-AP-405 at Docket No. 53. | .20 | 185.00 | 37.00 |
| 2/03/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Reply in Support of the Motion by The Financial Oversight and Management Board, for Itself and as Representative of PREPA and the Commonwealth of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and Governor Wanda Vazquez-Garced for an Order Dismissing Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6), as filed in 19-AP-405 at Docket No. 53. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  371209                                                                    March 23, 2020

| 2/03/20 | GMR | 206 | File the Reply in Support of the Motion by The Financial Oversight and Management Board, for Itself and as Representative of PREPA and the Commonwealth of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and Governor Wanda Vazquez-Garced for an Order Dismissing Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6) in 19-AP-405. | .20 | 185.00 | 37.00 |
| 2/12/20 | MMB | 219 | Docket court notice received by email dated February 11, 2020, regarding order dkt. 57 setting briefing schedule on urgent motion to adjourn dkt. 56 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/14/20 | HDB | 209 | Review Bondholder Parties' Opposition to Joint Motion to Adjourn March 4, 2020 Hearing on Bondholders' and Government Parties' Motions to Dismiss in Adversary Proceedings (.20); Review Order granting adjournment (.20). | .40 | 305.00 | 122.00 |
| 2/21/20 | MMB | 219 | Docket court notice received by email dated February 19, 2020, regarding order dkt. 60 resetting hearing on motions to dismiss amended complaints - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                        $ 444.00

Less Discount                                      $ -44.40

NET PROFESSIONAL SERVICES:                         $ 399.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------|------|------|
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **1.80** | | **$ 444.00** |

**TOTAL THIS INVOICE**                             **$ 399.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 23, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 23, 2020

FOMB IN RE PREPA TITLE III

Bill #:    370926

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 29, 2020:

**Client.Matter: P1705 - 817**

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 661.00 |
| Less Discount | $ -66.10 |
| Net Professional Services | $ 594.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 594.90** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 817**
**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/03/20 | CGB | 209 | Follow-up Tel. Conf. with Plaintiffs' counsel to ascertain Plaintiffs decision on next steps in adversary 19-00412 and potential extension of time to respond to petition (.10); Review and revise proposed Draft extension of time to respond to petition in light of same (.10); Draft email to J. Richman forwarding revised draft extension of time motion (.10); Draft email to Plaintiffs counsel summarizing proposed extension of time and forwarding Draft motion for review (.20). | .50 | 330.00 | 165.00 |
| 2/05/20 | CGB | 209 | Tel. Conf. with counsel for Plaintiffs to ascertain decision regarding continuing with proceeding (.20); Draft Follow-up email to counsel J.A. Garcia confirming agreement with the Draft motion for extension of time to respond to petition (.20); Draft email to J. Richman to coordinate next steps in view of same (.10); Review and sign-off for filing updated draft motion including edits from J. Roche (.10). | .60 | 330.00 | 198.00 |
| 2/05/20 | DJP | 206 | Analyze the Urgent Unopposed Motion for Extension of Time to Respond to the Petition, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 2/05/20 | DJP | 206 | File the Urgent Unopposed Motion for Extension of Time to Respond to the Petition, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/06/20 | CGB | 209 | Draft email to Plaintiffs' counsel forwarding copy of filed motion. | .10 | 330.00 | 33.00 |
| 2/07/20 | DJP | 206 | Draft email to presiding judge and designated magistrate judge attaching stamped version of the Urgent Unopposed Motion for Extension of Time to Respond to the Petition. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  370926

March 23, 2020

| 2/07/20 | DJP | 206 | Analyze order granting in part and denying in part Urgent Unopposed Motion for Extension of Time to Respond to the Petition | .20 | 190.00 | 38.00 |
| 2/07/20 | MMB | 219 | Docket court notice received by email dated February 7, 2020, regarding order dkt. 11 setting deadline to file joint status report - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/11/20 | HDB | 209 | Review Defendants' Unopposed Urgent Motion for Modification of Briefing Schedule. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES $ 661.00

Less Discount $ -66.10

NET PROFESSIONAL SERVICES: $ 594.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 1.20 | 330.00 | 396.00 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 190.00 | 190.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.50** | | **$ 661.00** |

**TOTAL THIS INVOICE** **$ 594.90**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------x
```

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

```
-----------------------------------------------------------------x
```

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

```
-----------------------------------------------------------------x
```

## COVER SHEET TO THIRTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

00758554; 1

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $13,135.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $13,135.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-third monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2020.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 6th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 9.50 | $ 2,897.50 |
| José R. Cacho | Member | Corporate | $ 340.00 | 0.40 | $ 136.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 9.20 | $ 3,036.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 4.00 | $ 1,000.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 4.60 | $ 1,587.00 |
| Jerry Lucas Marrero | Member | Enviromental | $ 310.00 | 0.20 | $ 62.00 |
| Antonio L. Collazo | Jr. Member | Enviromental | $ 220.00 | 8.20 | $ 1,804.00 |
| Ubaldo Fernandez Barrera | Jr. Member | Litigation | $ 220.00 | 0.70 | $ 154.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 19.10 | $ 3,438.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 0.30 | $ 55.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 1.50 | $ 285.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 1.00 | $ 140.00 |
| | | | | | |
| | **Totals** | | | 58.70 | $ 14,595.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (1,459.50) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 13,135.50 |

**PREPA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2020**

| Description - Expenses | | Amounts | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | **Totals** | | | $ - |
| **SUMMARY OF DISBURSEMENTS** | | | | $ - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 16.40 | $ 2,992.00 |
| 206 | Documents Filed on Behalf of the Board | 2.20 | $ 462.50 |
| 207 | Non-Board Court Filings | 0.20 | $ 61.00 |
| 209 | Adversary Proceeding | 10.60 | $ 3,341.50 |
| 210 | Analysis and Strategy | 0.90 | $ 225.00 |
| 212 | General Administration | 0.40 | $ 122.00 |
| 213 | Labor, Pension Matters | 9.10 | $ 2,381.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 12.30 | $ 3,139.00 |
| 219 | Docketing | 1.00 | $ 140.00 |
| 222 | Claims and Claims Objections | 4.90 | $ 1,577.00 |
| 224 | Fee Applications - O&B | 0.70 | $ 154.00 |
| | | | $ 14,595.00 |
| | **Less: 10% Courtesy discount** | | $ (1,459.50) |
| | **TOTALS** | **58.70** | $ 13,135.50 |

00758554; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $11,821.95 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $11,821.95.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00758554; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III                                          Bill #:   371824
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 8,389.50 |
| Less Discount | $ -838.95 |
| Net Professional Services | $ 7,550.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,550.55** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/03/20 | HDB | 222 | Review the FOMB's Motion to Dismiss Appeal No. 20-1122, concerning UCC's claim objection. | .40 | 305.00 | 122.00 |
| 3/04/20 | HDB | 207 | Review Eleventh Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019. | .20 | 305.00 | 61.00 |
| 3/04/20 | UMF | 224 | Draft twenty-eighth monthly fee application for October 2019 in the Title III case of the PREPA | .30 | 220.00 | 66.00 |
| 3/04/20 | UMF | 224 | Draft twenty-ninth monthly fee application for November 2019 in the Title III case of the PREPA. | .40 | 220.00 | 88.00 |
| 3/06/20 | HDB | 222 | Review One Hundred Eighty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor. | .20 | 305.00 | 61.00 |
| 3/16/20 | HDB | 206 | Revise Motion for Interim Compensation Second Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from October 1, 2019 through January 21, 2020. | .20 | 305.00 | 61.00 |
| 3/19/20 | MMB | 219 | Docket court notice received by email dated March 9, 2020, regarding order setting deadline for appellant Official Committee of Unsecured Creditors to respond to motion to dismiss in COA case 20-1122 - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371824

April 3, 2020

| 3/23/20 | MMB | 219 | Docket court notice received by email dated March 16, 2020, regarding notice of hearing dkt. 1940 on Ileana Cardona's application for compensation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/24/20 | HDB | 222 | Review the UCC's Response to the Motion to Dismiss Appeal No. 20-1122. | .60 | 305.00 | 183.00 |
| 3/25/20 | RML | 213 | Review issue regarding applicability of certain PREPA act provisions to retirement plan benefits. | .30 | 345.00 | 103.50 |
| 3/25/20 | HDB | 222 | Review Cobra's Urgent motion to Modify the Stay Order and Allow the Undisputed Tax Claims. | .40 | 305.00 | 122.00 |
| 3/25/20 | MMB | 219 | Docket court notice received by email dated March 25, 2020, regarding order setting deadline for appellees PREPA, FOMB, to file reply in COA case 20-1122 - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/26/20 | JRC | 215 | Review Proskauer memo regarding BIT questions for O&B. | .40 | 340.00 | 136.00 |
| 3/26/20 | RML | 215 | Review inquiry regarding pension obligation under plan of adjustment. (.50) Discuss with J. Candelaria and C. George pension analysis under plan of adjustment. (.40) Send comments to response on inquiry on pension obligation and plan of adjustment. (.30) | 1.20 | 345.00 | 414.00 |
| 3/26/20 | CGB | 215 | Review and analyze key provision of Act 66-2016 (.30); its amendment Act 3-2017 (.10) and associated circular context (.20) to ascertain potential impact upon judgments against PREPA; Brief Conf. with J.A. Candelaria to coordinate strategy in response to Proskauer query regarding impact of statue on pending PREPA claims (.30). | .90 | 330.00 | 297.00 |
| 3/26/20 | CGB | 222 | Analyze email form E. Stevens setting forth queries regarding potential legal challenges to COBRA's purportedly undisputed tax claim (.30); Coordinate initial legal research strategy with J.A. Candelaria (.20); overview of PREPA's legal arguments asserting nullity of Vitol contract in civil 09-cv-02242-SJM to consider applicability to COBRA claims (.40); Draft email to E. Stevens to coordinate next steps (.10). | 1.00 | 330.00 | 330.00 |
| 3/26/20 | JLM | 202 | Review email and inquiry received from Proskauer and McKinsey regarding extent of powers an appointed receiver would have and provide initial reaction. | .20 | 310.00 | 62.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371824                                                                    April 3, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/26/20 | HDB | 215 | Commence analysis of PREPA's BIT Assumptions. (1.30)  Draft e-mail to J. Marrero regarding queries concerning receiver's powers under the PREPA enabling Act (.10). Draft e-mail to R. Lazaro regarding PREPA receiver's authority to restructure pension obligations (.10).  Draft e-mail to J. Esses with questions regarding BIT assumptions (.10). | 1.60 | 305.00 | 488.00 |
| 3/26/20 | HDB | 212 | Review Order setting briefing schedule on Cobra's Motion for Allowance of Tax Payment. (.10). Review query by E. Stevens regarding certain PR Legal issues (.20).  Coordinate research with C. Garcia (.10) | .40 | 305.00 | 122.00 |
| 3/26/20 | ALC | 215 | Review questions about receiver powers if T3 PREPA case is dismissed. | .20 | 220.00 | 44.00 |
| 3/26/20 | ALC | 215 | Analyze PREPA Enabling Act to determine potential extent of the powers that a court appointed Receiver could use for purposes of developing the set of assumptions that would guide the Best-interest Analysis for a potential Plan of Adjustments for PREPA. | 3.60 | 220.00 | 792.00 |
| 3/26/20 | ALC | 215 | Revise proposed short answer to question made about potential extent of the powers that a court-appointed Receiver could use for purposes of developing the set of assumptions that would guide the Best-interest Analysis for a potential Plan of Adjustments for PREPA. | .30 | 220.00 | 66.00 |
| 3/26/20 | JAC | 202 | Analyze inquiry by H. D. Bauer regarding payment plans for judgments against public corporations. | 1.40 | 180.00 | 252.00 |
| 3/26/20 | JAC | 202 | Analyze inquiry by H. D. Bauer regarding receivership authority under Puerto Rico law. | .70 | 180.00 | 126.00 |
| 3/26/20 | JAC | 202 | Call with C. Garcia to discuss research on arguments to reply Cobra's urgent motion seeking payment of alleged uncontested tax reimbursements. | .30 | 180.00 | 54.00 |
| 3/26/20 | MMB | 219 | Docket court notice received by email dated March 26, 2020, regarding order dkt. 1945 setting deadline to file responses, reply on Cobra's urgent motion - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/27/20 | CGB | 222 | Analyze potential avenues to challenge COBRA tax claim (.60); Draft bullets regarding applicability of Law 248 and other Civil Code doctrines to challenge effectiveness of the COBRA contract (.70). | 1.30 | 330.00 | 429.00 |

O'Neill & Borges LLC

Bill #:  371824                                                                                      April 3, 2020

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/27/20 | HDB | 206 | Revise and sign-off to file Urgent Motion of the Government Parties to Adjourn all Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving settlements Embodied in the Restructuring Support Agreement. | .20 | 305.00 | 61.00 |
| 3/27/20 | ALC | 215 | Analyze Energy Public Policy Act (New policy on Distributed Generation) to  determine potential extent of the powers that PREPA (or a court appointed Receiver) could use to desincentivize distributed generation for purposes of developing the set of assumptions that would guide the Best-interest Analysis for a potential Plan of Adjustments for PREPA. | 1.70 | 220.00 | 374.00 |
| 3/27/20 | ALC | 215 | Analyze Energy Public Policy Act amendments to Net Metering Act (Law 114) to  determine potential extent of the powers that PREPA (or a court appointed Receiver) could use to desincentivize distributed generation for purposes of developing the set of assumptions that would guide the Best-interest Analysis for a potential Plan of Adjustments for PREPA. | 1.80 | 220.00 | 396.00 |
| 3/27/20 | ALC | 215 | Draft summary of findings regarding potential extent of the powers that PREPA (or a court appointed Receiver) could use  generation for purposes of developing the set of assumptions that would guide the Best-interest Analysis for a potential Plan of Adjustments for PREPA. | .60 | 220.00 | 132.00 |
| 3/27/20 | DJP | 206 | Analyze the Urgent Motion of the Government Parties to Adjourn all Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving settlements Embodied in the Restructuring Support Agreement [ECF No. 1235], in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371824                                                                    April 3, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/27/20 | DJP | 206 | File the Urgent Motion of the Government Parties to Adjourn all Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving settlements Embodied in the Restructuring Support Agreement [ECF No. 1235], through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/27/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Motion of the Government Parties to Adjourn all Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]. | .10 | 190.00 | 19.00 |
| 3/27/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Motion of the Government Parties to Adjourn all Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]. | .10 | 190.00 | 19.00 |
| 3/27/20 | DJP | 206 | Analyze order setting briefing schedule in connection with the Urgent Motion of the Government Parties to Adjourn all Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]. | .20 | 190.00 | 38.00 |
| 3/27/20 | JAC | 202 | Draft email to C. Garcia detailing pending research items related to arguments in anticipation of reply to Cobra's urgent motion seeking payment of alleged uncontested tax reimbursements. | .20 | 180.00 | 36.00 |
| 3/27/20 | MMB | 219 | Docket court notice received by email dated March 27, 2020, regarding order dkt 1948 setting briefing schedule - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  371824                                                                                April 3, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/30/20 | CGB | 222 | Conf. with J. A. Candelaria to discuss initial findings regarding potential civil code defenses against COBRA's tax reimbursement claim and proposed strategy for draft of responses to Proskauer's queries regarding same. | .50 | 330.00 | 165.00 |
| 3/30/20 | JAC | 202 | Conduct research on rescission of government contracts under Puerto Rico law. | 2.70 | 180.00 | 486.00 |
| 3/30/20 | JAC | 202 | Analyze Puerto Rico Supreme Court case law on government contracting under Act 458-2000. | 1.30 | 180.00 | 234.00 |
| 3/30/20 | JAC | 202 | Conduct research on fraud in the inducement under Puerto Rico law. | 2.30 | 180.00 | 414.00 |
| 3/30/20 | JAC | 202 | Commence to prepare memorandum to answer Proskauer Rose LLP's inquiries on Cobra's urgent motion seeking payment of alleged uncontested tax reimbursements. | .30 | 180.00 | 54.00 |
| 3/30/20 | JAC | 202 | Call with C. Garcia to discuss Proskauer Rose LLP's inquiries on contract between PREPA and Cobra. | .50 | 180.00 | 90.00 |
| 3/31/20 | CGB | 222 | Follow-up with J. A. Candelaria regarding status of response on Proskauer's query regarding applicability of Law 66 to various PREPA creditor claims (.10); revise draft outline of response forwarded by J. A. Candelaria (.20). | .30 | 330.00 | 99.00 |
| 3/31/20 | CGB | 222 | Review (0.1) and respond to (0.1) email from E. Barak regarding current status of COBRA defenses memorandum. | .20 | 330.00 | 66.00 |
| 3/31/20 | JAC | 202 | Analyze Puerto Rico law issues related to Cobra's urgent motion seeking payment of alleged uncontested tax reimbursements. | 1.90 | 180.00 | 342.00 |
| 3/31/20 | JAC | 202 | Continue to work on memorandum to answer Proskauer Rose LLP's inquiries related to Cobra's urgent motion seeking payment of alleged uncontested tax reimbursements. | 2.90 | 180.00 | 522.00 |
| 3/31/20 | JAC | 202 | Conduct research on Puerto Rico anti-corruption and contractor ethics laws. | .90 | 180.00 | 162.00 |
| 3/31/20 | JAC | 202 | Draft email to C. Garcia regarding Act 66-2014. | .20 | 180.00 | 36.00 |

TOTAL PROFESSIONAL SERVICES                        $ 8,389.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371824

April 3, 2020

Less Discount                                          $ -838.95

NET PROFESSIONAL SERVICES:                    $ 7,550.55

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | .40 | 340.00 | 136.00 |
| ROSA M. LAZARO | 1.50 | 345.00 | 517.50 |
| CARLA GARCIA BENITEZ | 4.20 | 330.00 | 1,386.00 |
| JERRY LUCAS MARRERO | .20 | 310.00 | 62.00 |
| HERMANN BAUER | 4.20 | 305.00 | 1,281.00 |
| ANTONIO L. COLLAZO | 8.20 | 220.00 | 1,804.00 |
| UBALDO M. FERNANDEZ BARRERA | .70 | 220.00 | 154.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| JORGE A. CANDELARIA | 15.60 | 180.00 | 2,808.00 |
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| **Total** | **36.40** | | **$ 8,389.50** |

**TOTAL THIS INVOICE**                     **$ 7,550.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III
Bill #: 373979
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 2,624.50 |
| Less Discount | $ -262.45 |
| Net Professional Services | $ 2,362.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,362.05** |

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/03/20 | CEG | 210 | Consider PREPA UTIER CBA provisions that could be impacted in case. | .90 | 250.00 | 225.00 |
| 3/19/20 | RML | 213 | Review inquiry on CBA and PREPA Retirement System. (.40) Tel. conf. with C. George and J. Candelaria regarding inquiry on CBA and PREPA Retirement System. (.50) review PREPA CBA provisions. (.40) telephone conference with EY on CBA and PREPA retirement plan inquiries. (.20) Tel. conf. with J. Candelaria and C. George in preparation for Tel. conf. with EY representatives, P. Possinger, M. Lopez, C. George and J. Candelaria regarding inquiry on CBA and PREPA Retirement System. (.60) Discuss with C. George and J. Candelaria work to be done and analysis in connection with PREPA Retirement System inquiry . (.40). Review CBA and draft email to S. Levy on inquiry on CBA and PREPA Retirement System. (.60) | 3.10 | 345.00 | 1,069.50 |
| 3/19/20 | CEG | 213 | Consider with R. Lazaro and J. Candelaria several issues related to PREPA pension plan and integration with UTIER CBA provisions. | .50 | 250.00 | 125.00 |
| 3/19/20 | CEG | 213 | Review several provisions on retirement plan of UTIER CBA. | .30 | 250.00 | 75.00 |
| 3/19/20 | CEG | 213 | Participate in conference call with EY Team (S. Levy), P. Possinger, M. Lopez, R. Lazaro regarding PREPA obligations under the CBA for the retirement plan and interplay of the CBA and plan regulation. | .80 | 250.00 | 200.00 |
| 3/19/20 | CEG | 213 | Exchange various emails with S. Levy, P. Possinger, M. Lopez, and R. Lazaro regarding PREPA obligations under the CBA. | .40 | 250.00 | 100.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  373979                                                                                                April 3, 2020

| 3/19/20 | JAC | 213 | Conduct research regarding collective bargaining agreements under ERISA. | 1.70 | 180.00 | 306.00 |
|---|---|---|---|---|---|---|
| 3/19/20 | JAC | 213 | Conference call with EY Team, Proskauer Rose LLP, R. M. Lazaro and C. George to discuss PREPA retirement system and collective bargaining issues. | .80 | 180.00 | 144.00 |
| 3/19/20 | JAC | 213 | Call with R. M. Lazaro and C. George to discuss pending items regarding PREPA retirement system issues. | .20 | 180.00 | 36.00 |
| 3/19/20 | JAC | 213 | Call with R. M. Lazaro and C. George regarding PREPA retirement system and collective bargaining agreement issues. | .40 | 180.00 | 72.00 |
| 3/26/20 | CEG | 213 | Consider with R. Lazaro and J. Candelaria several issues related to PREPA pension plan and receivership provision  in PREPA enacting law. | .60 | 250.00 | 150.00 |
| 3/26/20 | CEG | 202 | Conference with R. Lázaro and J. Candelaria regarding receivership authority under Puerto Rico law. | .20 | 250.00 | 50.00 |
| 3/26/20 | JAC | 202 | Call with R. M. Lazaro and C. George regarding receivership authority under Puerto Rico law. | .40 | 180.00 | 72.00 |

TOTAL PROFESSIONAL SERVICES                     $ 2,624.50

Less Discount                                              $ -262.45

NET PROFESSIONAL SERVICES:                     $ 2,362.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 3.10 | 345.00 | 1,069.50 |
| CARLOS E. GEORGE | 3.70 | 250.00 | 925.00 |
| JORGE A. CANDELARIA | 3.50 | 180.00 | 630.00 |
| **Total** | **10.30** | | **$ 2,624.50** |

**TOTAL THIS INVOICE**                              **$ 2,362.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
2

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III
Bill #:   371827
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2020:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 423.00 |
| Less Discount | $ -42.30 |
| Net Professional Services | $ 380.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 380.70** |

Electronic Invoice

IN ACCOUNT WITH

EDIFICIO AMBASSADOR VILLA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/02/20 | CEG | 209 | Participate in tel. conf. With M. Morris regarding pending discovery. | .30 | 250.00 | 75.00 |
| 3/04/20 | HDB | 209 | Review UTIER's response to meet and confer letter in adv. 17-00229. | .20 | 305.00 | 61.00 |
| 3/05/20 | HDB | 209 | Review issues regarding meet and confer with R. Emmanuelli. (.10) Revise R. Emmanuelli's proposed edits to draft status report in ADV. 17-000229 and revised schedule. (.10) Review M. Morris' edits to status report (.10). | .30 | 305.00 | 91.50 |
| 3/06/20 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and Status Report, in anticipation of its filing in Adv. 17-00229. | .20 | 190.00 | 38.00 |
| 3/06/20 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and Status Report, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/06/20 | MMB | 219 | Docket court notice received by email dated March 3, 2020, regarding order dkt. 107 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/06/20 | MMB | 219 | Docket court notice received by email dated March 6, 2020, regarding order dkt. 109 setting deadline to file status report and to file dispositive motions - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/31/20 | HDB | 209 | Review Defendants' Corrected First Supplemental Initial Disclosures Pursuant to Rule 26(a)(1). | .30 | 305.00 | 91.50 |

TOTAL PROFESSIONAL SERVICES                 $ 423.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371827                                                                                   April 3, 2020

Less Discount                                             $ -42.30

NET PROFESSIONAL SERVICES:                                $ 380.70

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| CARLOS E. GEORGE | .30 | 250.00 | 75.00 |
| DANIEL J. PEREZ REFOJOS | .40 | 190.00 | 76.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **1.70** | | **$ 423.00** |

**TOTAL THIS INVOICE**                                    **$ 380.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III
Bill #: 371828
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 625.00 |
| Less Discount | $ -62.50 |
| Net Professional Services | $ 562.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 562.50** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/18/20 | HDB | 209 | Review Opposition to Motion to Dismiss Second Amended Complaint in Adv. 18-0047. | .60 | 305.00 | 183.00 |
| 3/31/20 | CGB | 209 | Email exchange with L. Rappaport regarding deadline for filing of Defendants' reply in support of dismissal (.10); Revise the draft reply in support of dismissal of the second amended complaint (.40); Draft email to L Rappaport forwarding revisions to reply  to be filed in Adv. 18-0047 (.10). | .60 | 330.00 | 198.00 |
| 3/31/20 | HDB | 209 | Review draft reply brief in support of Motion to Dismiss Adv. 18-0047. | .80 | 305.00 | 244.00 |

TOTAL PROFESSIONAL SERVICES $ 625.00

Less Discount $ -62.50

NET PROFESSIONAL SERVICES: $ 562.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .60 | 330.00 | 198.00 |
| HERMANN BAUER | 1.40 | 305.00 | 427.00 |
| **Total** | **2.00** | | **$ 625.00** |

**TOTAL THIS INVOICE** $ 562.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
249 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

205 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III
Bill #: 371830
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1705 - 814**

**RE: 19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 89.00 |
| Less Discount | $ -8.90 |
| Net Professional Services | $ 80.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 80.10** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/02/20 | MMB | 219 | Docket court notice received by email dated March 2, 2020, regarding order dkt. 48 setting deadline for the parties to meet and confer, render brief joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/05/20 | HDB | 209 | Review Joint Status Report Regarding Plaintiffs' Motion for Leave to File Second Amended Complaint filed pursuant to the Court's Order in Adv. 1900369. | .20 | 305.00 | 61.00 |
| 3/06/20 | MMB | 219 | Docket court notice received by email dated March 6, 2020, regarding order dkt. 50 setting deadline for PREPA to file responsive pleading - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 89.00 |
| Less Discount | $ -8.90 |
| NET PROFESSIONAL SERVICES: | $ 80.10 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **.40** | | **$ 89.00** |

## TOTAL THIS INVOICE                    $ 80.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III
Bill #:   371831
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2020:

**Client.Matter: P1705 - 817**

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 1,687.00 |
| Less Discount | $ -168.70 |
| | |
| Net Professional Services | $ 1,518.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,518.30** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

255 PONCE DE LEÓN AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 817**
**RE: 19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/02/20 | CGB | 209 | Review court order deadline (.10); Draft Follow-up email to Petitioner's counsel to ascertain current status of proceeding (.10). | .20 | 330.00 | 66.00 |
| 3/03/20 | CGB | 209 | Tel. conf. with Petitioners' counsel A. Garcia to ascertain status for court ordered joint report (.30); Draft email to J. Richman informing him of contents of communication with A. Garcia (.10). | .30 | 330.00 | 99.00 |
| 3/03/20 | HDB | 209 | Review e-mail regarding adjournment of status report deadline and efforts to confer with counsel for Plaintiffs. | .20 | 305.00 | 61.00 |
| 3/05/20 | CGB | 209 | Tel. conf. with Petitioners' counsel A. Garcia to ascertain status of client future strategy decision (.20); Draft email to J. Richman summarizing same (.20); Draft unopposed status report and motion for extension of time to respond to petition (.60); revise Draft motion in light of comments from J. Richman (.20); coordinate with J. Richman and J. Roche regarding coordination with PREPA counsel (.10); Draft email to PREPA counsel K. Bolanos forwarding Draft (.10); review comments from K. Bolanos to Draft motion (.10); Follow-up conversation with A. Garcia to confirm no further updates (.20); Draft email forwarding Draft motion for review and approval by A. Garcia (.10). | 1.80 | 330.00 | 594.00 |
| 3/05/20 | HDB | 209 | Revise draft status report in Adv. 19-00412. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371831                                                          April 3, 2020

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/06/20 | CGB | 209 | Tel. conf. with Petitioners' counsel A. Garcia to confirm approval of unopposed status report and motion for extension of time to respond to petition (.20); Draft email to J. Richman to regarding same (.20); final review of motion before filing (.20); file the unopposed status report and motion for extension of time to respond to petition (.20); Draft email to Petitioners' counsel forwarding same (.10); coordinate with D. Perez-Refojos the pertinent communication to Magistrate Dein (.10). | 1.00 | 330.00 | 330.00 |
| 3/06/20 | DJP | 206 | Draft email to assigned magistrate judge attaching stamped version of the Unopposed Status Report in Compliance with Order at Docket No. 11 and Request for Extension of Time to Respond to the Petition, as filed through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/10/20 | HDB | 209 | Review Order on the Unopposed Status Report in Compliance with Court Order at Docket. No. 11 and Request for Extension of Time to Respond to the Petition. | .20 | 305.00 | 61.00 |
| 3/20/20 | CGB | 209 | Review court order at Docket No. 11 granting Petitioners' extension of time request (.20); Draft email to A. Garcia forwarding copy of same (.20); Draft email to J. Richman regarding next steps in view of same (.10). | .60 | 330.00 | 198.00 |
| 3/20/20 | MMB | 219 | Docket court notice received by email dated March 10, 2020, regarding order dkt. 13 setting deadline for petitioners to either dismiss the petition without prejudice or indicate how they intend to proceed in the adversary proceeding - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/24/20 | CGB | 209 | Tel. conf. with Petitioner's counsel regarding current plans for the proceeding (.30); Draft email to J. Richman regarding same (.20). | .50 | 330.00 | 165.00 |

TOTAL PROFESSIONAL SERVICES                           $ 1,687.00

Less Discount                                             $ -168.70

NET PROFESSIONAL SERVICES:                     $ 1,518.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371831

April 3, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 4.40 | 330.00 | 1,452.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **5.30** | | **$ 1,687.00** |

**TOTAL THIS INVOICE**                      **$ 1,518.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020
FOMB IN RE PREPA TITLE III
Bill #: 371832
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**



| | |
|---|---|
| Total Professional Services | $ 757.00 |
| Less Discount | $ -75.70 |
| | |
| Net Professional Services | $ 681.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 681.30** |

IN ACCOUNT WITH                                           250 Muñoz Rivera, Suite 800
                                                           San Juan, PR 00918-1813
                                                           Tel. (787) 764-8181
                                                           Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/10/20 | HDB | 209 | Review Vitol Inc. and Vitol S.A.'s Notice of Supplemental Authority in Opposition to PREPA's Motion to Remand. | .20 | 305.00 | 61.00 |
| 3/11/20 | HDB | 209 | Review e-mail from E. Corretjer on the Vitol remand hearing (.10) and response by L. Rappaport (.10). | .20 | 305.00 | 61.00 |
| 3/12/20 | HDB | 209 | Revise draft FOMB Response to Vitol's Notice of Supplemental Authority in Opposition to PREPA's Motion to Remand | .40 | 305.00 | 122.00 |
| 3/13/20 | HDB | 209 | Review edits by M. Bienenstock to draft motion in reaction to Vitol's supplementation (.20).  Tel. conf. with L. Rappaport regarding concurrent jurisdiction issues (.20).  Respond to e-mail query by M. Bienenstock (.30) Revise and sign-off on draft motion (.20) Review Court Order denying remand. (.30) | 1.20 | 305.00 | 366.00 |
| 3/13/20 | GMR | 206 | Finalize the Puerto Rico Electric Power Authority's Response to Defendants' Notice of Supplemental Authority in Opposition to PREPA's Motion to Remand in anticipation to its filing. | .10 | 185.00 | 18.50 |
| 3/13/20 | GMR | 206 | File the Puerto Rico Electric Power Authority's Response to Defendants' Notice of Supplemental Authority in Opposition to PREPA's Motion to Remand in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 3/27/20 | HDB | 209 | Review proposed briefing schedule suggested by M. Kelso on behalf of Vitol. (.10) Draft e-mail to L. Rappaport regarding cross motion for summary judgment in adv. 19-00453. (10)  Review response by L. Rappaport regarding same. (.10) | .30 | 305.00 | 91.50 |

TOTAL PROFESSIONAL SERVICES                     $ 757.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371832                                                     April 3, 2020

Less Discount                                     $ -75.70

NET PROFESSIONAL SERVICES:                        $ 681.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.30 | 305.00 | 701.50 |
| GABRIEL MIRANDA RIVERA | .30 | 185.00 | 55.50 |
| **Total** | **2.60** | | **$ 757.00** |

**TOTAL THIS INVOICE**                            **$ 681.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-----------------------------------------------------------------x

## COVER SHEET TO THIRTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2020 through April 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $28,179.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $28,179.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-fourth monthly fee application in these cases.

00758560; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2020.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 6th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

00758560; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 19.20 | $ 5,856.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 11.00 | $ 3,630.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 3.00 | $ 750.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 1.50 | $ 517.50 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 18.00 | $ 6,390.00 |
| Antonio L. Collazo | Jr. Member | Enviromental | $ 220.00 | 14.80 | $ 3,256.00 |
| Ubaldo Fernandez Barrera | Jr. Member | Litigation | $ 220.00 | 1.30 | $ 286.00 |
| Daniela L. Alvarez | Associate | Litigation | $ 175.00 | 3.70 | $ 647.50 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 30.70 | $ 5,526.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 2.00 | $ 370.00 |
| Karla M. Morales | Associate | Corporate | $ 180.00 | 18.20 | $ 3,276.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 3.50 | $ 665.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 1.00 | $ 140.00 |
| | **Totals** | | | **127.90** | **$ 31,310.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (3,131.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 28,179.00** |

**PREPA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| | | | |
| | **Totals** | | $      - |
| **SUMMARY OF DISBURSEMENTS** | | | $      - |

| | | | |
|---|---|---|---|
| **PREPA TITLE III** | | | |
| **Summary of Legal Fees for the Period April 1 through April 30, 2020** | | | |

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 42.70 | 8,912.50 |
| 206 | Documents Filed on Behalf of the Board | 7.60 | 1,795.00 |
| 209 | Adversary Proceeding | 13.30 | 3,911.50 |
| 210 | Analysis and Strategy | 2.10 | 640.50 |
| 212 | General Administration | 0.90 | 274.50 |
| 214 | Legal/ Regulatory Matter | 8.30 | 1,826.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 47.30 | 12,559.00 |
| 219 | Docketing | 1.00 | 140.00 |
| 221 | Discovery/2004 Examinations | 0.40 | 122.00 |
| 222 | Claims and Claims Objections | 2.10 | 640.50 |
| 223 | Assumption and Rejection of Leases | 0.30 | 91.50 |
| 224 | Fee Applications - O&B | 1.30 | 286.00 |
| 225 | Fee Applications Proskauer | 0.60 | 111.00 |
| | | | |
| | | | $ 31,310.00 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (3,131.00) |
| | | | |
| | **TOTALS** | 127.90 | $ 28,179.00 |

00758560; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $25,361.10 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $25,361.10.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00758560; 1

# **Exhibit A**

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

May 5, 2020
Bill #:   375569
Billing Attorney:  HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 25,426.50 |
| Less Discount | $ -2,542.65 |
| Net Professional Services | $ 22,883.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 22,883.85** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/20 | CGB | 202 | Brief overview of Puerto Rico Appellate Court case law interpreting Act  66 to ascertain potential impact upon current and future judgments against PREPA (.70); final review of response to H. D. Bauer query regarding Law 66's potential impact upon judgments against PREPA (.20). | .90 | 330.00 | 297.00 |
| 4/01/20 | CGB | 202 | Edit Draft analysis of Puerto Rico law issues raised by COBRA's claims drafted by J.A. Candelaria to include additional legal premises and potential issues that remain to be addressed. | 2.60 | 330.00 | 858.00 |
| 4/01/20 | HDB | 215 | Review A. Collazo's response to query concerning potential for PREPA, under its Enabling Act, to use methods to disincentivize adoption of distributed generation (.30).  Draft e-mail to J. Pietrantoni regarding same (.10) | .40 | 305.00 | 122.00 |
| 4/01/20 | HDB | 215 | Review proposed response by C. Garcia to Act 66 query in connection with BIT Analysis. (.30). Draft e-mail with comments to draft response (.10).  Review revised response from C. Garcia(.20). | .60 | 305.00 | 183.00 |
| 4/01/20 | HDB | 206 | Revise and sign-off to file Reply in support of the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the RSA and Tolling Certain Limitations Periods. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  375569 {#right}

May 5, 2020

| 4/01/20 | DJP | 206 | Analyze the Reply in Support of Urgent Joint Motion of the Government Parties to Adjourn All Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235], in anticipation of its filing. | .30 | 190.00 | 57.00 |
|---|---|---|---|---|---|---|
| 4/01/20 | DJP | 206 | File the Reply in Support of Urgent Joint Motion of the Government Parties to Adjourn All Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235], through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/01/20 | JAC | 202 | Analyze Act 66-2014 (.40) and draft email to C. Garcia regarding its applicability (.30). | .70 | 180.00 | 126.00 |
| 4/01/20 | JAC | 202 | Analyze master services contract between PREPA and Cobra. | 1.80 | 180.00 | 324.00 |
| 4/01/20 | JAC | 202 | Conduct research regarding unjust enrichment under Puerto Rico law in the context of services contracts. | 1.10 | 180.00 | 198.00 |
| 4/01/20 | JAC | 202 | Review Puerto Rico Court of Appeals case law on Act 66-2017 in order to answer inquiry by H. D. Bauer. | 2.20 | 180.00 | 396.00 |
| 4/01/20 | JAC | 202 | Edit answer to inquiry on Act 66-2014 and payment plans based on H. D. Bauer's comments. | .20 | 180.00 | 36.00 |
| 4/01/20 | JAC | 202 | Finalize first draft of memorandum regarding contract between PREPA and Cobra. | 1.70 | 180.00 | 306.00 |
| 4/02/20 | CGB | 202 | Overview of updated analysis of legal issues raised by Cobra claim (.20); Tel. conf. with J. A. Candelaria to discuss pending areas of research and coordinate efforts to update draft (.70); Review draft legal analysis of Cobra claim potential defenses to elaborate on additional civil code issues (1.20);  Draft email to H. D. Bauer forwarding draft (.10); Tel. conf. with H. D. Bauer to discuss same (.20); edit draft analysis in view of comments from H. D. Bauer (.40); Draft email to E. Barak forwarding legal analysis of potential defenses against on-going Cobra claims (.10). | 2.90 | 330.00 | 957.00 |

O'Neill & Borges LLC

Bill #:  375569

May 5, 2020

| 4/02/20 | HDB | 223 | Review PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 4/02/20 | HDB | 210 | Revise draft memorandum regarding potential claims against COBRA's motion to compel tax payments. (.60) Tel. conf. with C. Garcia to discuss same. (.20) | .80 | 305.00 | 244.00 |
| 4/02/20 | JAC | 202 | Edit memorandum on contract between PREPA and Cobra. | 2.90 | 180.00 | 522.00 |
| 4/02/20 | JAC | 202 | Continue analysis of Puerto Rico law issues related to contracts between PREPA and Cobra (.40) Tel. conf. with C. Garcia to discuss memorandum regarding contracts between PREPA and Cobra (.70). | 1.10 | 180.00 | 198.00 |
| 4/02/20 | JAC | 202 | Tel. conf. D. Alvarez to discuss pending research on government contract clauses. | .20 | 180.00 | 36.00 |
| 4/02/20 | JAC | 202 | Additional analysis of Puerto Rico law anti-corruption statutes and remedies thereunder. | 1.40 | 180.00 | 252.00 |
| 4/02/20 | JAC | 202 | Edit new version of memorandum regarding contracts between PREPA and Cobra based on comments and edits by C. Garcia. | 1.00 | 180.00 | 180.00 |
| 4/02/20 | JAC | 202 | Conduct research on resolution of contracts under the Puerto Rico Civil Code. | .40 | 180.00 | 72.00 |
| 4/02/20 | DLA | 202 | Research the complete loyalty clause in the context of contract law with the government as one of the contracting parties and potential for implication of a fiduciary duty (3.50). Participate in call with J. Candelaria to discuss research strategy and case context. (.20). | 3.70 | 175.00 | 647.50 |
| 4/02/20 | MMB | 219 | Docket court notice received by email dated April 2, 2020, regarding order dkt. 1954 adjourning events in relation with dkt. 9019, setting deadline to file status report - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/02/20 | MMB | 219 | Docket court notice received by email dated April 2, 2020, regarding order dkt. 1956 setting briefing schedule on PREPA's urgent motion dkt. 1951 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  375569                                                                          May 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/03/20 | CGB | 202 | Analyze M. Skrzynski's Follow-up query regarding the legal consequences of a Cobra contractual annulment under Puerto Rico law (.20); Tel. Conf. with J. A. Candelaria to discuss and coordinate investigation of same (.70); Draft preliminary response thereto (.50); Review revised version circulated by J. A. Candelaria incorporating additional cites to Draft response (.20); Draft email to M. Skrzynski setting forth legal analysis in response to Cobra query (.10). | 1.70 | 330.00 | 561.00 |
| 4/03/20 | HDB | 210 | Review C. Garcia's response to M. Skrzynski queries of restitution under PR Law. | .30 | 305.00 | 91.50 |
| 4/03/20 | HDB | 212 | Tel. conf. with R. Emmanuelli regarding briefing schedule on Contract Assumption Motion (.20) . Draft e-mail to E. Barak and P. Possinger regarding same. (.10) | .30 | 305.00 | 91.50 |
| 4/03/20 | JAC | 202 | Conduct research on the effects of fraud in the inducement under Puerto Rico law. | 2.70 | 180.00 | 486.00 |
| 4/03/20 | JAC | 202 | Call with C. Garcia to discuss inquiry by Proskauer Rose LLP regarding contract between PREPA and Cobra. | .70 | 180.00 | 126.00 |
| 4/03/20 | JAC | 202 | Edit draft response to Proskauer Rose LLP regarding inquiry on contract between PREPA and Cobra. | .30 | 180.00 | 54.00 |
| 4/06/20 | CGB | 206 | Review the draft of the FOMB's opposition to Cobra's motion for lift of stay and payment of allegedly allowed tax claims (0.9); Draft proposed edits to same (0.3); coordinate with J.A. Candelaria to confirm correctness of legal cites to Puerto Rico law in the draft opposition (0.3); final review of edited version including comments from J.A. Candelaria on Puerto Rico case law (0.3); Draft email to M. Skrzynski forwarding proposed edits to the opposition (0.1). | 1.90 | 330.00 | 627.00 |
| 4/06/20 | HDB | 210 | Revise draft Opposition to Cobra's Urgent Motion To Modify The Stay Order And Allow The Undisputed Tax Claims. | .70 | 305.00 | 213.50 |
| 4/06/20 | JAC | 202 | Initial review of draft opposition to the Cobra motion for administrative expense allowance. | .40 | 180.00 | 72.00 |
| 4/06/20 | JAC | 202 | Analyze C. Garcia's revised version of opposition to the Cobra motion for administrative expense allowance (.70) and edit the opposition to include correct case cites (.20). | .90 | 180.00 | 162.00 |

O'Neill & Borges LLC

Bill #:  375569                                                                                    May 5, 2020

| 4/07/20 | HDB | 206 | Revise and sign-off on final draft Opposition to Urgent Motion To Modify The Stay Order And Allow The Undisputed Tax Claims. | .30 | 305.00 | 91.50 |
|---------|-----|-----|---|------|--------|--------|
| 4/07/20 | UMF | 224 | Draft thirtieth monthly fee application of O&B for the Title III case of PREPA corresponding to the month of December 2019. | .60 | 220.00 | 132.00 |
| 4/07/20 | UMF | 224 | Draft thirty-first monthly fee application of O&B for the Title III case of PREPA corresponding to the month of January 2020. | .40 | 220.00 | 88.00 |
| 4/07/20 | UMF | 224 | Draft thirty-second monthly fee application of O&B for the Title III case of PREPA corresponding to the month of February 2020. | .30 | 220.00 | 66.00 |
| 4/07/20 | DJP | 206 | Analyze the Opposition of the Oversight Board, AAFAF, and PREPA to Cobra Acquisition LLC's Urgent Motion to Modify the Stay Order and Allow the Undisputed Tax Claims, in anticipation of its filing. | .50 | 190.00 | 95.00 |
| 4/07/20 | GMR | 206 | File Opposition of the Oversight Board, AAFAF, and PREPA to Cobra Acquisition LLC's Urgent Motion to Modify the Stay Order and Allow the Undisputed Tax Claims in the PREPA Docket. | .20 | 185.00 | 37.00 |
| 4/08/20 | HDB | 212 | Review issues regarding notice of defective filing of COBRA request for payment of tax claims. | .30 | 305.00 | 91.50 |
| 4/08/20 | MMB | 219 | Docket court notice received by email dated April 8, 2020, regarding order dkt. 1960 granting urgent motion for extension of briefing deadlines, setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/14/20 | CGB | 202 | Belatedly join Tel. Conf. with  H. D. Bauer, J. Pietrantoni and J.  A. Candelaria  to discuss potential impact of Act 66 on PREPA's BIT analysis. | .20 | 330.00 | 66.00 |
| 4/14/20 | JP | 215 | Review document listing legal assumptions for PREPA best interest test analysis. | 1.60 | 355.00 | 568.00 |
| 4/14/20 | JP | 215 | Research in connection with questions to O'Neill & Borges by Proskauer in document listing legal assumptions for PREPA best interest test analysis. | 2.30 | 355.00 | 816.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 375569                                                                May 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/14/20 | JP | 215 | Tel. conf. with H. D. Bauer regarding legal issues regarding BIT analysis. (.50) Tel. conf. with H. Bauer, J. Candelaria and C. Garcia relating to questions raised by Proskauer in document containing regarding Act. 66 impact on best interest test analysis. (.50) | 1.00 | 355.00 | 355.00 |
| 4/14/20 | HDB | 215 | Review issues regarding PREPA BIT analysis in preparation for call with J. Pietrantoni (.30) Review analysis regarding PREPA enabling Act as prepared by A. Collazo (.20) and analysis of Act 66, as prepared by J. Candelaria (.20). Tel conf with J. Pietrantoni regarding legal issues regarding BIT analysis. (.50). Review legal issues regarding Act 66 with J. Pietrantoni, J. Candelaria and C. Garcia. (.50) | 1.70 | 305.00 | 518.50 |
| 4/14/20 | HDB | 206 | Revise and sign-off to file Informative Motion regarding Notice of Supplemental and Partial Payment of Insurance Proceeds. | .30 | 305.00 | 91.50 |
| 4/14/20 | HDB | 222 | Review Reply in Support of Cobra's Urgent motion to Modify the Stay Order and Allow the Undisputed Tax Claims. | .50 | 305.00 | 152.50 |
| 4/14/20 | ALC | 215 | Draft detailed answer to question made about potential extent of the powers that PREPA or a court-appointed Receiver could use to disincentivize distributed generation, including Energy Policy Act amendments to incentivize interconnection, for purposes of developing the set of assumptions that would guide the Best-interest Analysis for a potential Plan of Adjustments for PREPA. | 5.60 | 220.00 | 1,232.00 |
| 4/14/20 | DJP | 206 | Analyze the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/14/20 | DJP | 206 | File the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds, through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 4/14/20 | DJP | 206 | Draft email to Prime-Clerk LLC requesting service of the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds. | .10 | 190.00 | 19.00 |
| 4/14/20 | JAC | 202 | Analyze Puerto Rico law issues related to Act 66-2014 and its applicability to public corporation debt. | 1.90 | 180.00 | 342.00 |

O'Neill & Borges LLC

Bill #:  375569                                                                                      May 5, 2020

| 4/14/20 | JAC | 202 | Email exchange with H. D. Bauer, J. Pietrantoni and C. Garcia regarding Act 66-2014 and its applicability to public corporation debt. | .20 | 180.00 | 36.00 |
|---|---|---|---|---|---|---|
| 4/14/20 | JAC | 202 | Belatedly join tel. conf. with  H. D. Bauer, J. Pietrantoni and C. Garcia to discuss potential impact of Act 66-2014 on best interest test analysis. | .30 | 180.00 | 54.00 |
| 4/15/20 | GMR | 225 | Analyze Proskauer's Eighth Interim Fee Application for services rendered and reimbursement of expenses as representative of the Puerto Rico Electric Power Authority and exhibits thereto, in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 4/15/20 | GMR | 225 | File Proskauer's Eighth Interim Fee Application for services rendered and reimbursement of expenses as representative of the Puerto Rico Electric Power Authority and exhibits thereto, in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 4/16/20 | JP | 215 | At the request of Proskauer, research PR law questions raised in Best Interest Test schedule of assumptions. | 2.90 | 355.00 | 1,029.50 |
| 4/16/20 | HDB | 215 | Respond to J. Pietrantoni's queries regarding PREPA BIT. | .20 | 305.00 | 61.00 |
| 4/16/20 | HDB | 222 | Revise draft One Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims, and supporting documents. | .30 | 305.00 | 91.50 |
| 4/16/20 | KMM | 215 | Conduct legal research regarding interest payments applicable to contractual obligations. | 6.50 | 180.00 | 1,170.00 |
| 4/17/20 | JP | 215 | Respond to question from Proskauer relating to PR law assumptions in Best Interest Test analysis. | 2.10 | 355.00 | 745.50 |
| 4/17/20 | HDB | 222 | Revise draft One Hundred Eighty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims. | .30 | 305.00 | 91.50 |
| 4/17/20 | HDB | 222 | Revise draft One Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicative Liabilities, and supporting documents. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  375569

May 5, 2020

| 4/17/20 | HDB | 222 | Revise draft One Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicative Liabilities For 2014 Christmas Bonus, and supporting documents. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 4/17/20 | HDB | 222 | Revise draft One Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Based on Investments in Mutual Funds, including supporting documents. | .30 | 305.00 | 91.50 |
| 4/17/20 | HDB | 222 | Revise draft One Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor. | .20 | 305.00 | 61.00 |
| 4/17/20 | HDB | 215 | Review analysis of interest accrual on unsecured obligations under PR Law for BIT analysis. | .20 | 305.00 | 61.00 |
| 4/17/20 | HDB | 212 | Tel. conf. with M. Del Valle, counsel for Sonnedix (.20). Draft e-mail to J. El Koury and Alejandro Figueroa regarding call with M Del Valle. (.10) | .30 | 305.00 | 91.50 |
| 4/20/20 | JP | 215 | Draft comments on PREPA Best Interest Test assumptions at the request of Proskauer. | 1.40 | 355.00 | 497.00 |
| 4/20/20 | HDB | 210 | Review issues regarding accrual of interest in unsecured claims under PR Law. | .30 | 305.00 | 91.50 |
| 4/20/20 | JAC | 202 | Analyze Act 66-2014 and other related statutes (.50) and respond to J. Pietrantoni's inquiries regarding same (.20). | .70 | 180.00 | 126.00 |
| 4/20/20 | KMM | 215 | Analyze email sent by J. Pietrantoni regarding legal research in connection with interest payments applicable to contractual obligations. | .30 | 180.00 | 54.00 |
| 4/20/20 | KMM | 215 | Conduct legal research regarding applicable interest to public obligations. | .70 | 180.00 | 126.00 |
| 4/20/20 | KMM | 215 | Analyze case law regarding interest accrued in connection with contractual obligations. | 1.90 | 180.00 | 342.00 |
| 4/20/20 | KMM | 215 | Draft email to J. Pietrantoni, J. Cacho and H. Bauer regarding interest accrued in connection with contractual obligations. | .90 | 180.00 | 162.00 |
| 4/21/20 | JP | 215 | Research in connection with PREPA best interest analysis updated draft as of April 21, 2020, at the request of Proskauer. | 2.10 | 355.00 | 745.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375569                                                                                        May 5, 2020

| 4/22/20 | JP | 215 | Draft comments to PREPA best interest analysis updated draft of April 21, 2020, at the request of Proskauer. | 1.90 | 355.00 | 674.50 |
|---------|----|----|------|------|--------|--------|
| 4/24/20 | RML | 215 | Review PREPA retirement plan provisions BIT analysis. | .30 | 345.00 | 103.50 |
| 4/24/20 | JP | 215 | Revise comments to PREPA best interest test analysis. | 1.80 | 355.00 | 639.00 |
| 4/24/20 | ALC | 215 | Revise comments and remarks to Best Interest Assumptions in connection with potential extent of powers of a court-appointed receiver to curtail development of distributed generation and interconnection of net metering clients. | .90 | 220.00 | 198.00 |
| 4/24/20 | JAC | 202 | Review document on PREPA's best interest test analysis in order to provide comments, as necessary, to H. D. Bauer, C. Garcia, and R. M. Lazaro. | 1.30 | 180.00 | 234.00 |
| 4/27/20 | RML | 215 | Review issue regarding pension provision on PREPA's best interest test analysis. | .70 | 345.00 | 241.50 |
| 4/27/20 | KMM | 215 | Conduct legal research regarding compound interests under the Puerto Rico Commercial Code and analyze the applicable case law. | 4.50 | 180.00 | 810.00 |
| 4/28/20 | RML | 215 | Draft email to J. Pietrantoni in response to inquiries on PREPA's best interest analysis. (.30) Draft comment to the revised response to Proskauer's inquiry on best interest analysis. (.20) | .50 | 345.00 | 172.50 |
| 4/28/20 | JP | 215 | Revise comments to PREPA best interest test analysis as of April 28, 2020. | .90 | 355.00 | 319.50 |
| 4/28/20 | KMM | 215 | Draft email to J. Pietrantoni regarding Puerto Rico law provisions on compound interests. | 2.50 | 180.00 | 450.00 |
| 4/28/20 | KMM | 215 | Revise response to assumptions 3 and 14 included in the chart memorandum prepared by Proskauer. | .90 | 180.00 | 162.00 |
| 4/29/20 | ALC | 214 | Review email from E. Barak regarding status of PREB determination over the Eco Electrica PPA amendments to provide support to response to UTIER's objection. | .20 | 220.00 | 44.00 |

O'Neill & Borges LLC

Bill #:  375569                                                                May 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/29/20 | ALC | 214 | Review Motion in Opposition to PREPA's Urgent Motion for Request for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica L.P. and Gas Natural Aprovisionamientos SDG, S.A. in connection with Proskauer request for legal and regulatory support regarding agreements approved by PREB. | .80 | 220.00 | 176.00 |
| 4/29/20 | ALC | 214 | Review Motion for Reconsideration filed by UTIER and multiple NGOs in opposition of PREB's approval of Ecoelectric and Naturgy Agreements in connection with Proskauer request for legal and regulatory support regarding agreements approved by PREB. | 1.10 | 220.00 | 242.00 |
| 4/29/20 | ALC | 214 | Review Windmar  response to PREPA's request for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica L.P. and Gas Natural Aprovisionamientos SDG, S.A. in connection with Proskauer request for legal and regulatory support regarding agreements approved by PREB. | .50 | 220.00 | 110.00 |
| 4/29/20 | ALC | 214 | Review Declaration of Agustin A. Irizarry Rivera PH.D In Support of Motion in Support of Motion in Opposition to PREPA's request for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica L.P. and Gas Natural Aprovisionamientos SDG, S.A. in connection with Proskauer request for legal and regulatory support regarding agreements approved by PREB. | .40 | 220.00 | 88.00 |
| 4/29/20 | ALC | 214 | Review PREB's docket in connection with PREB's approval of Ecoelectrica PPA  to provide Puerto Rico law legal support regarding agreements approved by PREB. | .40 | 220.00 | 88.00 |
| 4/30/20 | ALC | 214 | Analyze PREB-related questions asked by Proskauer in connection with UTIER's opposition to assumption of Ecoelectrica PPOA. | .30 | 220.00 | 66.00 |
| 4/30/20 | ALC | 214 | Analyze Puerto Rico Energy Bureau's resolution and order regarding PREPA's request for reconsideration in connection with Request for Approval of amended and reinstated Power Purchase Agreement with Ecoelectrica and Natural Gas Sale and Purchase Agreement with Naturgy in order to provide Puerto Rico law support to Proskauer in connection with UTIER's objection to assumption of both agreements. | 2.70 | 220.00 | 594.00 |

O'Neill & Borges LLC

Bill #:  375569

May 5, 2020

| 4/30/20 | ALC | 214 | Analyze legal arguments about applicability and interpretation of BREB's PPOA procurement regulation in connection with PREPA's request for reconsideration regarding PREPA's Request for Approval of amended and reinstated Power Purchase Agreement with Ecoelectrica and Natural Gas Sale and Purchase Agreement with Naturgy in order to provide Puerto Rico law support to Proskauer in connection with UTIER's objection to assumption of both agreements. | 1.90 | 220.00 | 418.00 |

TOTAL PROFESSIONAL SERVICES          $ 25,426.50

Less Discount                                      $ -2,542.65

NET PROFESSIONAL SERVICES:            $ 22,883.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | 1.50 | 345.00 | 517.50 |
| CARLA GARCIA BENITEZ | 10.20 | 330.00 | 3,366.00 |
| JULIO PIETRANTONI | 18.00 | 355.00 | 6,390.00 |
| HERMANN BAUER | 9.30 | 305.00 | 2,836.50 |
| ANTONIO L. COLLAZO | 14.80 | 220.00 | 3,256.00 |
| UBALDO M. FERNANDEZ BARRERA | 1.30 | 220.00 | 286.00 |
| DANIEL J. PEREZ REFOJOS | 1.70 | 190.00 | 323.00 |
| JORGE A. CANDELARIA | 24.10 | 180.00 | 4,338.00 |
| KARLA M. MORALES | 18.20 | 180.00 | 3,276.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| DANIELA L. ALVAREZ | 3.70 | 175.00 | 647.50 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **103.90** | | **$ 25,426.50** |

**TOTAL THIS INVOICE**                          **$ 22,883.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

May 5, 2020
Bill #: 373471
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 801**

**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 183.00 |
| Less Discount | $ -18.30 |
| | |
| Net Professional Services | $ 164.70 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 164.70** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE:   17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/20 | HDB | 209 | Revise draft Joint Status Report and Request for Extension of Deadlines to be filed in 17-00218. (.20) Draft e-mail with comments to same (.10). | .30 | 305.00 | 91.50 |
| 4/02/20 | HDB | 209 | Review Vitol's edits to draft Joint Status Report and Extension of Time. | .20 | 305.00 | 61.00 |
| 4/06/20 | HDB | 209 | Review Order granting until May 4 to submit proposed litigation schedule. | .10 | 305.00 | 30.50 |

TOTAL PROFESSIONAL SERVICES                      $ 183.00

Less Discount                                           $ -18.30

NET PROFESSIONAL SERVICES:                      $ 164.70

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| **Total** | **.60** | | **$ 183.00** |

**TOTAL THIS INVOICE**                         **$ 164.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 373472
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,565.50 |
| Less Discount | $ -156.55 |
| Net Professional Services | $ 1,408.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,408.95** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**


### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/07/20 | HDB | 209 | Review e-mails regarding production of documents by J. Roth. | .30 | 305.00 | 91.50 |
| 4/09/20 | HDB | 221 | Review discovery letter by the UTIER's attorneys in Adv. 17-00229 (.30).  Review issues regarding meet and confer arising from same (.10). | .40 | 305.00 | 122.00 |
| 4/09/20 | CEG | 209 | Review  various emails from M. Morris, B. Suchon (AAFAF) W. Torres (PREPA) and K. Bolaños (PREPA) regarding pending discovery and strategy to follow in Adv. 17-00229. | .40 | 250.00 | 100.00 |
| 4/13/20 | CEG | 209 | Participate in conference call with Proskauer team (J. Richman,  M. Morris and others) OMM team, and K. Bolanos regarding status of discovery and strategy to follow in Adv. 17-00229. | .50 | 250.00 | 125.00 |
| 4/13/20 | CEG | 209 | Review tables  for supplemental discovery with PREPA employees head count and related employment information. | .60 | 250.00 | 150.00 |
| 4/14/20 | HDB | 209 | Review draft Report on Macro Economic Issues by A. Wolfe. (1.10) Review proposal by Plaintiffs to resolve discovery issues. (.10) Review proposed response to same by Defendants (.20). Review proposed revised schedule in Adv. 17-00229 (.20). | 1.60 | 305.00 | 488.00 |
| 4/14/20 | CEG | 209 | Participate in conference call with counsels for plaintiff (R. Emmanuelli, W. Rivera and others, Proskauer team (J. Richman,  M. Morris and others) OMM team, and K. Bolanos regarding discovery dispute and process to follow. | .30 | 250.00 | 75.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  373472                                                                                    May 5, 2020

| 4/14/20 | CEG | 209 | Exchanges of emails with counsels for plaintiff ( R. Emmanuelli, W. Rivera and others,  Proskauer team (J. Richman,  M. Morris and others) OMM team, and K. Bolanos regarding discovery dispute and process to follow. | .30 | 250.00 | 75.00 |
| 4/14/20 | CEG | 209 | Revise motion on extension of scheduling order and related deadlines in Adv. 17-00229. | .20 | 250.00 | 50.00 |
| 4/14/20 | CEG | 209 | Review PREPA  draft of expert report in Adv. 17-00229. | .40 | 250.00 | 100.00 |
| 4/15/20 | CEG | 209 | Exchange emails with Proskauer team (J. Richman, M. Morris and others), OMM team, and K. Bolanos regarding status of discovery, new deadlines and related motion. | .30 | 250.00 | 75.00 |
| 4/15/20 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and Status Report, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/15/20 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and Status Report, through the court's electronic filing system. | .30 | 190.00 | 57.00 |

TOTAL PROFESSIONAL SERVICES                              $ 1,565.50

Less Discount                                                         $ -156.55

NET PROFESSIONAL SERVICES:                               $ 1,408.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.30 | 305.00 | 701.50 |
| CARLOS E. GEORGE | 3.00 | 250.00 | 750.00 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| **Total** | **5.90** | | **$ 1,565.50** |

**TOTAL THIS INVOICE**                                          **$ 1,408.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:   373473
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 91.50 |
| Less Discount | $ -9.15 |
| Net Professional Services | $ 82.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 82.35** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**


### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/27/20 | HDB | 209 | Review e-mail from L. Stafford regarding status report. (.10) Reach out to counsel for PREB regarding status report and pending issues in Adv. 17-00256 (.20). | .30 | 305.00 | 91.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 91.50 |
| Less Discount | | $ -9.15 |
| NET PROFESSIONAL SERVICES: | | $ 82.35 |


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| **Total** | **.30** | | **$ 91.50** |


**TOTAL THIS INVOICE**                                    **$ 82.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 373474
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,466.00 |
| Less Discount | $ -146.60 |
| Net Professional Services | $ 1,319.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,319.40** |

IN ACCOUNT WITH

EDIFICIO OCHOA, ZERO UNITE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/07/20 | CGB | 209 | Review appellate briefing schedule order issued in Appeal 201332. | .20 | 330.00 | 66.00 |
| 4/07/20 | MMB | 219 | Docket court notice received by email dated April 7, 2020, regarding order setting briefing schedule set for appellant Union Docket entry for Trabajadores Docket entry for la Industria Electrica y Riego to file brief and appendix in COA case 20-1332 - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/09/20 | CGB | 209 | Review email from J. Richman setting forth areas of potential legal research in anticipation of appeal brief to be filed by UTIER (.20); Draft response to same (.10). | .30 | 330.00 | 99.00 |
| 4/11/20 | CGB | 209 | Review Follow-up email from J. Richman regarding local case law on standard of review in mandamus cases (.10); Draft response to same (.10). | .30 | 330.00 | 99.00 |
| 4/13/20 | JAC | 202 | Analyze memorandum opinion and order granting the Puerto Rico Electric Power Authority's motion to dismiss in order to coordinate research with C. Garcia. | .50 | 180.00 | 90.00 |
| 4/14/20 | JAC | 202 | Call with C. Garcia to discuss pending research on mandamus relief under Puerto Rico law. | .20 | 180.00 | 36.00 |
| 4/16/20 | JAC | 202 | Analyze Puerto Rico Supreme Court case law regarding mandamus relief. | 2.30 | 180.00 | 414.00 |
| 4/22/20 | JAC | 202 | Conduct research on mandamus relief requirements under Puerto Rico law. | 2.40 | 180.00 | 432.00 |
| 4/29/20 | JAC | 202 | Commence to prepare memorandum regarding the writ of mandamus. | 1.20 | 180.00 | 216.00 |

TOTAL PROFESSIONAL SERVICES $ 1,466.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  373474                                                          May 5, 2020

Less Discount                                    $ -146.60

NET PROFESSIONAL SERVICES:                       $ 1,319.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | .80 | 330.00 | 264.00 |
| JORGE A. CANDELARIA | 6.60 | 180.00 | 1,188.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **7.50** | | **$ 1,466.00** |

**TOTAL THIS INVOICE**                          **$ 1,319.40**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

# O'NEILL & BORGES LLC

IN ACCOUNT WITH 250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 5, 2020

FOMB IN RE PREPA TITLE III

Bill #:   373475

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,086.00 |
| Less Discount | $ -108.60 |
| | |
| Net Professional Services | $ 977.40 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 977.40** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/03/20 | HDB | 209 | Review Motion For Leave to Conduct Limited Third-Party Discovery. | .30 | 305.00 | 91.50 |
| 4/03/20 | HDB | 209 | Review Motion for Court Annexed Meditation of Adv. 19-00369. | .30 | 305.00 | 91.50 |
| 4/10/20 | HDB | 209 | Review order setting briefing schedule on mediation motion by Plaintiffs. (10) Review order on proposed mediation cost allocation in Adv. 19-00369 (.10). | .20 | 305.00 | 61.00 |
| 4/13/20 | MMB | 219 | Docket court notice received by email dated April 10, 2020, regarding order dkt. 58 setting deadline to file responses - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/13/20 | MMB | 219 | Docket court notice received by email dated April 10, 2020, regarding order dkt. 59 setting deadline to file status report disclosing cost allocation for proposed mediation, responses thereto - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/17/20 | HDB | 209 | Review status report regarding plaintiffs' request for Court Annexed Mediation. | .20 | 305.00 | 61.00 |
| 4/21/20 | MMB | 219 | Docket court notice received by email dated April 17, 2020, regarding order dkt. 61 setting briefing schedule for plaintiffs to file status report, defendants' response - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/27/20 | HDB | 209 | Review stay report regarding Plaintiffs Motion for Court Annexed Mediation. | .20 | 305.00 | 61.00 |
| 4/29/20 | HDB | 209 | Revise draft Answer, Affirmative Defenses, Counterclaims and Third Party Complaint by PREPA. | 1.30 | 305.00 | 396.50 |

O'Neill & Borges LLC

Bill #:  373475                                                                                              May 5, 2020

| 4/30/20 | HDB | 209 | Final revision and sign-off to file Answer to Complaint, Affirmative Defenses, Counter claims and Third Party Complaint. | .30 | 305.00 | 91.50 |
| 4/30/20 | DJP | 206 | Analyze the Answer, Affirmative Defenses, Counterclaim, And Third-party Claim Of Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs To Second Amended Complaint, in anticipation of its filing. | .80 | 190.00 | 152.00 |
| 4/30/20 | DJP | 206 | File the Answer, Affirmative Defenses, Counterclaim, And Third-party Claim Of Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs To Second Amended Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                    $ 1,086.00

Less Discount                                                        $ -108.60

NET PROFESSIONAL SERVICES:                      $ 977.40

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.80 | 305.00 | 854.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 190.00 | 190.00 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **4.10** | | **$ 1,086.00** |

**TOTAL THIS INVOICE**                                    **$ 977.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00396-LTS CORTLAND V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III                                      Bill #:   373476
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| Less Discount | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE:  19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/02/20 | MMB | 219 | Docket court notice received by email dated April 2, 2020, regarding order dkt. 91 adjourning events in relation with dkt. 9019, setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| Less Discount | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 12.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00396-LTS CORTLAND V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

205 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 373476
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 815**

**RE: 19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| Less Discount | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

LABOULEVETA RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE: 19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/02/20 | MMB | 219 | Docket court notice received by email dated April 2, 2020, regarding order dkt. 91 adjourning events in relation with dkt. 9019, setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| Less Discount | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

### TOTAL THIS INVOICE $ 12.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 373477
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 816**

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

|  |  |
|---|---|
| Total Professional Services | $ 14.00 |
| Less Discount | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

**IN ACCOUNT WITH**

EDIFICIO OCHOA, FOURTH FLOOR, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/02/20 | MMB | 219 | Docket court notice received by email dated April 2, 2020, regarding order dkt. 63 adjourning events in relation with dkt. 9019, setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez, G. Miranda. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 14.00 |
| Less Discount | $ -1.40 |
| NET PROFESSIONAL SERVICES: | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

**TOTAL THIS INVOICE**      **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 373478
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,463.50 |
| Less Discount | $ -146.35 |
| Net Professional Services | $ 1,317.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,317.15** |

Electronic Invoice

IN ACCOUNT WITH

255 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/03/20 | DJP | 206 | Analyze the Joint Status Report, in anticipation of its filing in Adv. 19-00453, in compliance with court order. | .20 | 190.00 | 38.00 |
| 4/03/20 | GMR | 206 | Finalize the Joint Status Report and Request to Continue to May 4, 2020 the Time to Submit a Proposed Litigation Schedule in anticipation to its filing in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 4/03/20 | GMR | 206 | File the Joint Status Report and Request to Continue to May 4, 2020 the Time to Submit a Proposed Litigation Schedule in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 4/06/20 | MMB | 219 | Docket court notice received by email dated April 6, 2020, regarding order dkt. 29 setting deadline to file joint status report - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |
| 4/27/20 | HDB | 209 | Review issues regarding merits of Vitol's claims and defenses (.30). Tel. conf. with C. Febus and L. Stafford regarding PR Legal issues arising from Vitol's claims and defenses. (.40). | .70 | 305.00 | 213.50 |
| 4/28/20 | HDB | 209 | Review Motions for Summary Judgment filed by PREPA and Vitol.  (.50) Commence review of draft memorandum regarding claims and defenses (1.00). Tel. conf. with C. Febus and counsel for Vitol in anticipation of joint status reports. (.40)  Tel. conf. with C. Febus, L. Stafford and E. Corretjer concerning PREPA's claims against Vitol (.80). | 2.70 | 305.00 | 823.50 |
| 4/29/20 | HDB | 209 | Review e-mail from C. Febus regarding extension to file status report (.10).  Advise E. Corretjer of extension (.10).  Revise draft motion for extension of time to submit status report (.20). Review Order granting the same. (.10) | .50 | 305.00 | 152.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  373478                                                                         May 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/29/20 | GMR | 206 | Finalize the Urgent Unopposed Motion to Continue to May 14, 2020 the Time to Submit a Joint Status Report and Proposed Litigation Schedule in anticipation to its filing in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 4/29/20 | GMR | 206 | File the Urgent Unopposed Motion to Continue to May 14, 2020  the Time to Submit a Joint Status Report and Proposed Litigation Schedule in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 4/29/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing courtesy copy and proposed order of the Urgent Unopposed Motion to Continue to May 14, 2020 the Time to Submit a Joint Status Report and Proposed Litigation Schedule. | .20 | 185.00 | 37.00 |
| 4/29/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Urgent Unopposed Motion to Continue to May 14, 2020 the Time to Submit a Joint Status Report and Proposed Litigation Schedule. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES          $ 1,463.50

Less Discount                                         $ -146.35

NET PROFESSIONAL SERVICES:          $ 1,317.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.90 | 305.00 | 1,189.50 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| GABRIEL MIRANDA RIVERA | 1.20 | 185.00 | 222.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **5.40** | | **$ 1,463.50** |

**TOTAL THIS INVOICE**                          **$ 1,317.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-----------------------------------------------------------------x

## COVER SHEET TO THIRTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2020 through May 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,941.90 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $22,941.90 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's thirty-fifth monthly fee application in these cases.

00772896; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for May 2020.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00772896; 1

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

00772896; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 15.50 | $ 4,727.50 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 2.50 | $ 825.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 1.40 | $ 350.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 0.20 | $ 69.00 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 0.60 | $ 213.00 |
| Nicole Berio Dorta | Jr. Member | Corporate | $ 220.00 | 34.90 | $ 7,678.00 |
| Antonio L. Collazo | Jr. Member | Enviromental | $ 220.00 | 30.30 | $ 6,666.00 |
| Jose L. Notario | Jr. Member | Corporate | $ 225.00 | 1.90 | $ 427.50 |
| Maria de la Vega | Associate | Corporate | $ 170.00 | 5.80 | $ 986.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 9.50 | $ 1,710.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 3.90 | $ 760.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 3.30 | $ 610.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 1.80 | $ 342.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.90 | $ 126.00 |
| | | | | | |
| | **Totals** | | | 112.50 | **$ 25,491.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (2,549.10)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 22,941.90** |

**PREPA TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2020**

| Description - Expenses | | | | | Amounts |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | **Totals** | | | | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | | | | | **$ -** |

| | **PREPA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period May 1 through May 31, 2020** | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Board, Members, Staff, Advisor, Consult | 1.90 | 427.50 | |
| 202 | Legal Research | 12.60 | 2,369.50 | |
| 203 | Hearings and Non-Filed Comm With Court | 0.40 | 122.00 | |
| 206 | Documents Filed on Behalf of the Board | 7.80 | 1,776.00 | |
| 207 | Non-Board Court Filings | 0.50 | 152.50 | |
| 208 | Stay Matters | 0.30 | 91.50 | |
| 209 | Adversary Proceeding | 9.50 | 2,910.50 | |
| 210 | Analysis and Strategy | 38.80 | 8,639.50 | |
| 211 | Non-Working Travel Time | 0.50 | 125.00 | |
| 214 | Legal/ Regulatory Matter | 35.10 | 7,432.00 | |
| 215 | Plan of Adjustment and Disclosure Statem | 1.80 | 587.00 | |
| 219 | Docketing | 0.90 | 126.00 | |
| 221 | Discovery/2004 Examinations | 0.60 | 183.00 | |
| 222 | Claims and Claims Objections | 0.30 | 91.50 | |
| 223 | Assumption and Rejection of Leases | 1.50 | 457.50 | |
| | | | $ | 25,491.00 |
| | **Less: 10% Courtesy discount** | | $ | (2,549.10) |
| | **TOTALS** | 112.50 | $ | 22,941.90 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $20,647.71 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $20,647.71.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772896; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 4, 2020
FOMB IN RE PREPA TITLE III                                    Bill #:    375659
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 19,114.00 |
| Less Discount | $ -1,911.40 |
| | |
| Net Professional Services | $ 17,202.60 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 17,202.60** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/20 | HDB | 210 | Review legal issues regarding novation under Puerto Rico law with N. Berio. | .10 | 305.00 | 30.50 |
| 5/01/20 | ALC | 214 | Revise PREB's March 16 Resolution and Order extending all terms and suspending hearings to prevent Corona virus spread. | .30 | 220.00 | 66.00 |
| 5/01/20 | ALC | 214 | Revise PREB's April 13th resolution and order extending terms and determining PREB's temporary measures to prevent Corona virus spread as part of analysis of status of contracts approved by PREB. | .50 | 220.00 | 110.00 |
| 5/01/20 | ALC | 214 | Analyze PREB's obligations and procedures regarding amendments and extensions to PPOAs executed before enactment of Act 57 as part of analysis of status of contracts approved by PREB requested by Proskauer in support of PREPA's motion to assume Ecoelectrica amended and reinstated PPOA. | 2.80 | 220.00 | 616.00 |
| 5/01/20 | ALC | 214 | Analyze of PREB's regulation No 8543 as part of analysis of status of contracts approved by PREB requested by Proskauer in support of PREPA's request to assume Ecoelectrica's and Naturgy's amended and reinstated agreements. | .40 | 220.00 | 88.00 |
| 5/01/20 | ALC | 214 | Analyze of Act 38-2017 as part of the analysis of status of contracts approved by PREB requested by Proskauer in support of PREPA's request to assume Ecoelectrica's and Naturgy's amended and reinstated agreements. | .90 | 220.00 | 198.00 |
| 5/01/20 | NBD | 210 | Review inquiry made by E. Barak regarding novation of agreements under PR law. | .30 | 220.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  375659                                                                                      June 4, 2020

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/04/20 | ALC | 214 | Review PREB regulation No. 8543 as part of analysis of status of contracts approved by PREB requested by Proskauer in support of PREPA's motion to assume Ecoelectrica amended and reinstated PPOA.  . | .40 | 220.00 | 88.00 |
| 5/04/20 | NBD | 210 | Review opposition filed by UTIER and others to PREPA's motion requesting authorization to assume amended and restated agreements with Ecoelectrica and Naturgy. | 1.90 | 220.00 | 418.00 |
| 5/04/20 | NBD | 210 | Review motion for reconsideration filed by UTIER and others before Puerto Rico Energy Bureau in connection with order approving the assumption by PREPA of amended and restated agreements with Ecoelectrica and Naturgy. | 1.10 | 220.00 | 242.00 |
| 5/04/20 | NBD | 210 | Review report prepared for PREPA by Sargent & Lundy regarding Ecoelectrica and Naturgy contracts renegotiation. | 1.10 | 220.00 | 242.00 |
| 5/04/20 | NBD | 210 | Review response filed by Windmar Renewable Energy in connection with motion filed by PREPA requesting authorization to assume amended and restated agreements with Ecoelectrica and Naturgy. | .80 | 220.00 | 176.00 |
| 5/05/20 | ALC | 214 | Review PREB's docket to determine status of UTIER's motion for reconsideration and intervention regarding Ecoelectrica and Naturgy's amended and reinstated agreements. | .30 | 220.00 | 66.00 |
| 5/05/20 | NBD | 210 | Perform legal research regarding provisions of Puerto Rico Civil Code related to novation of obligations and annotations to the same. | 2.20 | 220.00 | 484.00 |
| 5/05/20 | NBD | 210 | Review opinions issued by the Puerto Rico Attorney General in connection with novation of obligations. | 1.20 | 220.00 | 264.00 |
| 5/05/20 | NBD | 210 | Review sections of book written by J. Velez Torres regarding novation of obligations. | .90 | 220.00 | 198.00 |
| 5/05/20 | NBD | 210 | Review opinions issued by the Puerto Rico Supreme Court in connection with novation of obligations. | 1.20 | 220.00 | 264.00 |
| 5/06/20 | RML | 215 | Review and respond to email form J. Pietrantoni regarding comments to PREPA BIT document. | .20 | 345.00 | 69.00 |
| 5/06/20 | HDB | 215 | Revise (.30) and (.40) edit draft comments to PREPA BIT Analysis. | .70 | 305.00 | 213.50 |

O'Neill & Borges LLC

Bill #:  375659                                                                June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/06/20 | NBD | 210 | Review case law from the Puerto Rico Supreme Court regarding novation of obligations. | 4.40 | 220.00 | 968.00 |
| 5/06/20 | NBD | 210 | Review case law from the 1st Circuit and the U.S. District Court for the District of Puerto Rico regarding novation of obligations. | 2.80 | 220.00 | 616.00 |
| 5/07/20 | JP | 215 | Revise comments to PREPA Best Interest Test assumptions. | .60 | 355.00 | 213.00 |
| 5/07/20 | HDB | 215 | Revise and finalize comments to PREPA BIT report. | .30 | 305.00 | 91.50 |
| 5/07/20 | ALC | 214 | Review motion for reconsideration filed with PREB by Arctas Capital Group, LP in connection with PREB's approval of amended and reinstated agreements between PREPA/Ecoelectrica, and PREPA/Naturgy. | .40 | 220.00 | 88.00 |
| 5/07/20 | ALC | 214 | Review PREPA's notice of intent to file opposition to motion for reconsideration filed with PREB by UTIER and other NGOs in connection with PREB's approval of amended and reinstated agreements between PREPA, Ecoelectrica, and PREPA and Naturgy. | .30 | 220.00 | 66.00 |
| 5/07/20 | ALC | 214 | Start draft response to questions made by Proskauer in connection with PREB's process for the approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs). | 1.80 | 220.00 | 396.00 |
| 5/07/20 | NBD | 210 | Finalize review of case law from the U.S. District Court for the District of Puerto Rico regarding novation of obligations under Puerto Rico law. | 2.30 | 220.00 | 506.00 |
| 5/07/20 | NBD | 210 | Review additional case law from the Puerto Rico state courts regarding novation of obligations under Puerto Rico law. | 1.30 | 220.00 | 286.00 |
| 5/07/20 | NBD | 210 | Draft e-mail memorandum discussing novation of obligations under Puerto Rico law and applicability to amended and restated agreements entered by PREPA with Ecoelectrica and Naturgy. | 3.60 | 220.00 | 792.00 |
| 5/07/20 | MCD | 214 | Review contents of Demetrio Fernandez Quiñones Treaty "Administrative Law and Uniform Administrative Law Procedure" in order to identify procedural steps and legal/procedural effects of a party's request for reconsideration of Resolution & Order issued by Agency (.80); Review contents of Administrative Law Procedure Act (.30). | 1.10 | 170.00 | 187.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                          June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/08/20 | HDB | 202 | Revise memorandum on novation under PR Law. | .50 | 305.00 | 152.50 |
| 5/08/20 | ALC | 210 | Tel. conf. with N. Berio to discuss UTIER and NGOs novation arguments in connection with analysis of UTIER's opposition to assumption of Ecoelectrica and Naturgy agreements. | .30 | 220.00 | 66.00 |
| 5/08/20 | ALC | 214 | Tel. conf. with M. de la Vega to discuss Administrative Law cases regarding effects of motion for reconsideration at the administrative level in connection with analysis of UTIER's opposition to assumption of Ecoelectrica and Naturgy agreements. | .30 | 220.00 | 66.00 |
| 5/08/20 | ALC | 214 | Revise draft received from M. de la Vega discussing effects of motion for reconsideration at the administrative level in connection with analysis of UTIER's opposition to assumption of Ecoelectrica and Naturgy agreements (.40). Incorporate M. de la Vega's draft to response to questions made by Proskauer in connection with PREB's process for the approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs) in support of analysis regarding UTIER's opposition to PREPA's assumption of the ARAs. (.80) | 1.20 | 220.00 | 264.00 |
| 5/08/20 | ALC | 214 | Review memorandum prepared by N. Berio discussing UTIER's and NGOs' arguing that amendments to the Ecoelectrica and Naturgy agreements constitute new agreements (novation) in connection with analysis of UTIER's opposition to assumption of Ecoelectrica and Naturgy agreements. (1.10) Incorporate N. Berio's memorandum to response to questions made by Proskauer in connection with PREB's process for the approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs) in support of analysis regarding UTIER's opposition to PREPA's assumption of the ARAs (1.80). | 2.90 | 220.00 | 638.00 |
| 5/08/20 | NBD | 210 | Finalize draft of e-mail analyzing novation under Puerto Rico law and its applicability to the amended and restated agreements entered by PREPA with Ecoelectrica and Naturgy. | 3.60 | 220.00 | 792.00 |
| 5/08/20 | NBD | 210 | Discuss with A. Collazo the amended and restated agreements entered into by PREPA with Ecoelectrica and Naturgy. | .30 | 220.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659

June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/08/20 | MCD | 214 | Conduct case law research regarding procedural and legal effects of a presentation of a Motion for Reconsideration before an agency (1.40); Analyze contents of certain opinions of local courts regarding the issue at hand (1.30); Analyze contents of certain sections of Act 57-2014 (as amended) regarding applicability of Uniform Administrative Procedure Act (.30); Analyze contents of certain sections of Act 57-2014 to confirm if it contains specific dispositions regarding adjudicative processes before the PR Energy Bureau (.20); Review Regulation 8543 (Adjudicative Processes Regulation) to confirm if it contains specific provisions regarding the effects of a Party's Motion for Reconsideration before the PREB (.30); Discuss findings with attorney A. L. Collazo (.30); Prepare e-mail with summary of findings and interpretation (.90) | 4.70 | 170.00 | 799.00 |
| 5/11/20 | HDB | 206 | Revise draft the Motion of Financial Oversight Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release Of Insurance Proceeds for Earthquake Losses. | .60 | 305.00 | 183.00 |
| 5/11/20 | ALC | 214 | Analyze of PREPA's organic law before Energy Policy Act amendments in connection with analyze PREB's process for the approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs) to further work on response to questions made by Proskauer regarding UTIER's opposition to PREPA's assumption of the ARAs. | 2.80 | 220.00 | 616.00 |
| 5/12/20 | HDB | 206 | Revise final version and sign-off to file the Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses. (.20) Coordinate issues regarding approval by E. Corretjer. (.10) | .30 | 305.00 | 91.50 |
| 5/12/20 | ALC | 214 | Draft memorandum in response to Proskauer questions regarding the process followed by the Puerto Rico Energy Bureau (PREB) in connection with PREB's approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs) to provide support regarding UTIER's opposition to PREPA's assumption of the ARAs. | 4.30 | 220.00 | 946.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                      June 4, 2020

| 5/12/20 | GMR | 206 | Analyze the Motion of Financial and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses in anticipation of its filing. | .30 | 185.00 | 55.50 |
|---|---|---|---|---|---|---|
| 5/12/20 | GMR | 206 | Exchange emails with local counsel for PREPA in connection with the Motion of Financial and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses. | .30 | 185.00 | 55.50 |
| 5/12/20 | GMR | 206 | File the Motion of Financial and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses in the PREPA case (17-4780). | .20 | 185.00 | 37.00 |
| 5/12/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Motion of Financial and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses. | .20 | 185.00 | 37.00 |
| 5/12/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing copy and proposed order of the Motion of Financial and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses. | .20 | 185.00 | 37.00 |
| 5/13/20 | HDB | 206 | Review e-mails regarding notice of hearing on Insurance Proceeds Motion. (.10)  Revise draft of proposed notice of hearing. (.10) Review briefing order. (.10) | .30 | 305.00 | 91.50 |
| 5/13/20 | ALC | 214 | Incorporate changes to memorandum regarding the process followed by the Puerto Rico Energy Bureau in connection with its approval of Ecoelectrica and Naturgy's amended and reinstated agreements. | 1.10 | 220.00 | 242.00 |
| 5/14/20 | ALC | 214 | Draft analysis of Uniform Administrative Procedure Act sections applicable to motion for reconsideration to discuss status of agreements approved by Puerto Rico Energy Bureau (PREB) and section of the memorandum in response to questions made by Proskauer regarding the process followed by the PREB in connection with PREB's approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs) to provide support regarding UTIER's opposition to PREPA's assumption of the ARAs. | 2.30 | 220.00 | 506.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/15/20 | HDB | 206 | Revise draft Government Parties Informative Motion regarding COVID-19 Pandemic. | .30 | 305.00 | 91.50 |
| 5/15/20 | HDB | 210 | Revise draft memorandum regarding PREB authority to approve PPOAs and novation. (.40)  Tel. conf. with A. Collazo and N. Berio to discuss the same. (.80) | 1.20 | 305.00 | 366.00 |
| 5/15/20 | ALC | 214 | Tel. conf. with H. D. Bauer and N. Berio to discuss memorandum regarding the process followed by the Puerto Rico Energy Bureau in connection with its approval of Ecoelectrica and Naturgy's amended and reinstated agreements (ARAs) to provide support regarding UTIER's opposition to PREPA's assumption of the ARAs. | .80 | 220.00 | 176.00 |
| 5/15/20 | ALC | 214 | Edit the memorandum regarding process followed by the Puerto Rico Energy Bureau in connection with its approval of Ecoelectrica and Naturgy's agreements to address uniform administrative procedure issues in connection with motion for reconsideration. | 2.90 | 220.00 | 638.00 |
| 5/15/20 | NBD | 210 | Edit the memorandum regarding approval by PREB of amended and restated agreements with Ecoelectrica and Naturgy and novation argument presented by opposing parties. | 2.40 | 220.00 | 528.00 |
| 5/15/20 | NBD | 210 | Discussion with H. Bauer and A. Collazo regarding memorandum analyzing approval by PREB of amended and restated agreements with Ecoelectrica and Naturgy and novation argument presented by opposing parties. | .80 | 220.00 | 176.00 |
| 5/15/20 | GMR | 206 | Analyze the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 5/15/20 | GMR | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .20 | 185.00 | 37.00 |
| 5/15/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing copy of the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .20 | 185.00 | 37.00 |
| 5/15/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .10 | 185.00 | 18.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                                      June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/15/20 | MMB | 219 | Docket court notice received by email dated May 13, 2020, regarding order dkt. 1988 setting deadline to file responses, reply, in connection with motion for release of insurance proceeds - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/18/20 | HDB | 210 | Additional revisions and edits to PREB regulation and novation memorandum. | .30 | 305.00 | 91.50 |
| 5/18/20 | HDB | 221 | Review Opinion and Order granting in part and denying in part PREPA's Motion for Protective Order in connection with contract assumption. | .30 | 305.00 | 91.50 |
| 5/18/20 | ALC | 214 | Edit the May 18 version of the memorandum regarding process followed by the Puerto Rico Energy Bureau in connection with its' approval of Ecoelectrica and Naturgy's  agreements to address H. Bauer comments and questions regarding Energy Public Policy Act. | 1.90 | 220.00 | 418.00 |
| 5/18/20 | ALC | 214 | Draft email to E. Barak providing short answers to questions regarding process followed by the Puerto Rico Energy Bureau in connection with its' approval of Ecoelectrica and Naturgy's agreements and UTIER's argument about contract novation. | .30 | 220.00 | 66.00 |
| 5/18/20 | NBD | 210 | Draft proposed changes to the May 18 version of the memorandum regarding procedure to approve amended and restated agreements executed by PREPA with Ecoelectrica and Naturgy and novation arguments made by opposing parties in connection therewith. | 1.60 | 220.00 | 352.00 |
| 5/19/20 | HDB | 223 | Review PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. | .40 | 305.00 | 122.00 |
| 5/20/20 | HDB | 207 | Review US Bank's Reservation of Rights regarding PREPA's Insurance Proceeds motion. | .20 | 305.00 | 61.00 |
| 5/20/20 | HDB | 223 | Review issues regarding finality of PREB Order on the ARA's. | .20 | 305.00 | 61.00 |
| 5/21/20 | HDB | 206 | Revise and sign-off to file the FOMB's Reply to the Response of the Official Committee of Unsecured Creditors to the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                                          June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/21/20 | HDB | 223 | Review response by the Government parties to argument that motion to assume agreement is unripe. | .20 | 305.00 | 61.00 |
| 5/21/20 | HDB | 208 | Analyze Memorandum Order denying Cobra's Motion to modify stay to allow for payment of tax claims. | .30 | 305.00 | 91.50 |
| 5/21/20 | MMB | 219 | Docket court notice received by email dated May 20, 2020, regarding order dkt. 1998 scheduling briefing in connection with status report of government parties - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/21/20 | MMB | 219 | Docket court notice received by email dated May 18, 2020, regarding order dkt. 1995 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/22/20 | ALC | 214 | Follow up review of PREB's docket in case NEPR-AP-2019-0001 in connection with analysis of UTIER's opposition to PREPA's assumption of Ecoelectrica and Natury's amended and reinstated agreements. | .40 | 220.00 | 88.00 |
| 5/26/20 | HDB | 207 | Review draft status report by Cobra in connection with allowance of administrative claims. | .30 | 305.00 | 91.50 |
| 5/26/20 | HDB | 206 | Revise and sign off to file the Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, including Notice and proposed Order. | .30 | 305.00 | 91.50 |
| 5/26/20 | DJP | 206 | Analyze the Notice of Presentment of Amended Proposed Order Granting Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses, and related exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/26/20 | DJP | 206 | File the Notice of Presentment of Amended Proposed Order Granting Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses, and related exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                                          June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/26/20 | GMR | 206 | Analyze the Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 5/26/20 | GMR | 206 | File the Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, as filed in Cases 17-3283 and 17-4780. | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing copy and the proposed order of the Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, as filed in Cases 17-3283 and 17-4780. | .20 | 185.00 | 37.00 |
| 5/27/20 | HDB | 222 | Review revised draft of the Cobra Administrative Claim status report. Sign-off to file. | .30 | 305.00 | 91.50 |
| 5/27/20 | HDB | 206 | Review Notice of Presentment of Amended Proposed Order Granting Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375659                                                                June 4, 2020

| Date | Init. | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/27/20 | HDB | 223 | Analyze Windmar Renewable Energy, Inc.'s Sur-Reply to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A.  (.3)  Review UTIER's Motion for Leave to Sur-Reply regarding Motion for Entry of Order to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. (.1) and tendered Sur-Reply (.3) | .70 | 305.00 | 213.50 |
| 5/27/20 | ALC | 210 | Review UTIER's Sur-reply to PREPA's Omnibus Reply to Objections to PREPA's urgent motion for entry of an order authorizing PREPA to assume Ecoelectrica and Naturgy's agreements. | .70 | 220.00 | 154.00 |
| 5/27/20 | DJP | 206 | Analyze the Joint Status Report Pursuant to February 3, 2020 Order Scheduling Further Status Conference in Connection with Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/27/20 | DJP | 206 | File the Joint Status Report Pursuant to February 3, 2020 Order Scheduling Further Status Conference in Connection with Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 5/27/20 | MMB | 219 | Docket court notice received by email dated May 21, 2020, regarding order dkt. 2003 setting deadline to file sur-replies - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/27/20 | MMB | 219 | Docket court notice received by email dated May 21, 2020, regarding order dkt. 2003 setting deadline to file sur-reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/27/20 | MMB | 219 | Docket court notice received by email dated May 22, 2020, regarding order dkt. 2006 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/28/20 | NBD | 210 | Review sur-reply filed by UTIER in connection with request for assumption of amended and restated agreements with Ecoelectrica and Naturgy. | 1.10 | 220.00 | 242.00 |

O'Neill & Borges LLC

Bill #:  375659                                                                                       June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/29/20 | HDB | 206 | Review PREPA's Opposition to UTIER's Motion for Leave to File Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. (.20)  Review Urgent motion to Strike Windmars Unauthorized Sur-Reply to PREPA's Omnibus Reply to Objections to PREPA's Urgent Motion for Entry of an Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A. (.20) | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES                                   $ 19,114.00

Less Discount                                                          $ -1,911.40

NET PROFESSIONAL SERVICES:                                    $ 17,202.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | .20 | 345.00 | 69.00 |
| JULIO PIETRANTONI | .60 | 355.00 | 213.00 |
| HERMANN BAUER | 8.70 | 305.00 | 2,653.50 |
| ANTONIO L. COLLAZO | 30.30 | 220.00 | 6,666.00 |
| NICOLE BERIO DORTA | 34.90 | 220.00 | 7,678.00 |
| DANIEL J. PEREZ REFOJOS | 1.20 | 190.00 | 228.00 |
| MARIA C. DE LA VEGA | 5.80 | 170.00 | 986.00 |
| GABRIEL MIRANDA RIVERA | 2.90 | 185.00 | 536.50 |
| MILAGROS MARCANO BAEZ | .60 | 140.00 | 84.00 |
| **Total** | **85.20** | | **$ 19,114.00** |

**TOTAL THIS INVOICE**                                          **$ 17,202.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020
FOMB IN RE PREPA TITLE III
Bill #:    375004
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,135.00 |
| Less Discount | $ -113.50 |
| | |
| Net Professional Services | $ 1,021.50 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,021.50** |

Electronic Invoice

IN ACCOUNT WITH

250 MuÑoz RiveRA, SuiTe 800
SaN JuAN, PR 00918-1813
TEL. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|------:|-----:|-------:|
| 5/13/20 | HDB | 209 | Review e-mails from Proskauer team regarding discovery issues in Adv. 17-00229. | .20 | 305.00 | 61.00 |
| 5/14/20 | HDB | 209 | Review the Second Circuit's recent Opinion Sullivan v. Nassau County Interim Finance Authority, on contract impairment cases. (.40) Review discovery letter from UTIER. (.20) | .60 | 305.00 | 183.00 |
| 5/14/20 | CEG | 209 | Review multiples emails from J. Richman and  OMM regarding several issues related  to pending case discovery and strategy to follow. | .40 | 250.00 | 100.00 |
| 5/14/20 | CEG | 209 | Review Sullivan v. Nassau County Interim Finance Authority (.30) and consider impact in case. (.20) | .50 | 250.00 | 125.00 |
| 5/15/20 | HDB | 209 | Review e-mail from M. Morris regarding response to meet and confer letter by UTIER. | .20 | 305.00 | 61.00 |
| 5/18/20 | HDB | 209 | Review comments by OMM to Wolfe Declaration. | .20 | 305.00 | 61.00 |
| 5/18/20 | CEG | 211 | Review emails from J. Richman  A. Covucci, and S. Cooper regarding several issues on expert report. | .30 | 250.00 | 75.00 |
| 5/18/20 | CEG | 211 | Review emails from J. Richman   and counsel for plaintiff regarding several issues on final deadlines and pending discovery. | .20 | 250.00 | 50.00 |
| 5/22/20 | HDB | 209 | Review proposed revised deadlines and schedule in anticipation of status report. | .20 | 305.00 | 61.00 |
| 5/22/20 | HDB | 209 | Revise draft Status Report. | .20 | 305.00 | 61.00 |
| 5/23/20 | HDB | 221 | Review objections to UTIER's discovery requests. | .30 | 305.00 | 91.50 |
| 5/26/20 | HDB | 209 | Revise edits to draft status report. (.20) Review notice of 30(b)(6) deposition served by Objectors on PREPA. (.10) | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  375004                                                                                    June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/26/20 | DJP | 206 | Analyze the Joint Status Report and Request to Extend Dates in Scheduling Order, and proposed order, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/26/20 | DJP | 206 | File the Joint Status Report and Request to Extend Dates in Scheduling Order, and proposed order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                    $ 1,135.00

Less Discount                                            $ -113.50

NET PROFESSIONAL SERVICES:                    $ 1,021.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.20 | 305.00 | 671.00 |
| CARLOS E. GEORGE | 1.40 | 250.00 | 350.00 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| **Total** | **4.20** | | **$ 1,135.00** |

**TOTAL THIS INVOICE**                         **$ 1,021.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

June 4, 2020
Bill #: 375005
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 305.00 |
| Less Discount | $ -30.50 |
| Net Professional Services | $ 274.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 274.50** |

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1705 . 805
RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/20 | HDB | 209 | Review e-mail from L. Stafford regarding status report. Draft e-mail to Y. Gonzalez following up in PREB's position. | .10 | 305.00 | 30.50 |
| 5/04/20 | HDB | 209 | Exchange messages with Y. Gonzalez, counsel for PREB, regarding status report. (.20) Draft e-mail to L. Stafford and Proskauer team regarding same. (.10) Revise draft status report. (.10) | .40 | 305.00 | 122.00 |
| 5/05/20 | HDB | 209 | Revise draft Informative Motion with Regard to Status Report and Request for Permission to File Further Status Report drafted by PREB. (.20) Revise suggested edits by L. Stafford.  (.10) Draft e-mail with edits to counsel for PREB. (.10) | .40 | 305.00 | 122.00 |
| 5/08/20 | HDB | 209 | Review order on status report. | .10 | 305.00 | 30.50 |

TOTAL PROFESSIONAL SERVICES      $ 305.00

Less Discount      $ -30.50

NET PROFESSIONAL SERVICES:      $ 274.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| Total | 1.00 | | $ 305.00 |

### TOTAL THIS INVOICE      $ 274.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

June 4, 2020
Bill #:    375006
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 813**

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 2,657.00 |
| Less Discount | $ -265.70 |
| Net Professional Services | $ 2,391.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,391.30** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/14/20 | CGB | 209 | Review email from J. Richman Following-up on mandamus legal research (.10); Email exchange with J. A. Candelaria to ascertain status of same (.10); Draft response to J. Richman setting forth current timeline to exchange legal research results (.10). | .30 | 330.00 | 99.00 |
| 5/14/20 | JAC | 202 | Further analyze case law on the writ of mandamus (1.30), and continue to work on memorandum regarding the subject (.60). | 1.90 | 180.00 | 342.00 |
| 5/15/20 | JAC | 202 | Conduct additional research on mandamus relief requirements under Puerto Rico law. | .90 | 180.00 | 162.00 |
| 5/15/20 | JAC | 202 | Review additional case law on requirements of mandamus relief under Puerto Rico law. | 1.20 | 180.00 | 216.00 |
| 5/18/20 | CGB | 209 | Review UTIER motion to extend briefing schedule (.30); Review court order granting same in Appeal 20-1332 (.10). | .40 | 330.00 | 132.00 |
| 5/18/20 | JAC | 202 | Continue to draft memorandum on writ of mandamus. | 1.70 | 180.00 | 306.00 |
| 5/20/20 | JAC | 202 | Conduct research on standard of review on appeal under Puerto Rico law (2.10), and finalize first draft on memorandum on the writ of mandamus (.60). | 2.70 | 180.00 | 486.00 |
| 5/22/20 | CGB | 209 | Draft email to J. Richman providing update on pending mandamus rea search. | .20 | 330.00 | 66.00 |
| 5/22/20 | JAC | 202 | Revise memorandum regarding the writ of mandamus before sending to C. Garcia for review. | 1.10 | 180.00 | 198.00 |
| 5/26/20 | CGB | 209 | Review memorandum drafted by J. A. Candelaria regarding lack of legal remedy requirement for expedition of mandamus, | .30 | 330.00 | 99.00 |

O'Neill & Borges LLC

Bill #:  375006                                                                    June 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/27/20 | CGB | 209 | Email exchange with J. A. Candelaria to finalize legal memorandum on Puerto Rico mandamus requirements (.20); overview of recent mandamus PRST Bhatia case to finalize same (.30); Draft email to J. Richman and the Proskauer team forwarding same (.20); Review Follow-up query from J. Richman (.10); coordinate Draft response with J.  A. Candelaria (.10); Draft response to J. Richman Follow-up query pertaining to mandamus under Puerto Rico law (.10). | 1.00 | 330.00 | 330.00 |
| 5/27/20 | HDB | 203 | Review memorandum on standard of appellate review for a writ of mandamus. | .40 | 305.00 | 122.00 |
| 5/28/20 | CGB | 209 | Email exchange with J. Richman regarding the absence of an alternate legal remedy requirement for mandamus. | .30 | 330.00 | 99.00 |

TOTAL PROFESSIONAL SERVICES                  $ 2,657.00

Less Discount                                          $ -265.70

NET PROFESSIONAL SERVICES:                   $ 2,391.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 2.50 | 330.00 | 825.00 |
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| JORGE A. CANDELARIA | 9.50 | 180.00 | 1,710.00 |
| **Total** | **12.40** | | **$ 2,657.00** |

**TOTAL THIS INVOICE**                              **$ 2,391.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

June 4, 2020
Bill #:  375007
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 423.50 |
| Less Discount | $ -42.35 |
| Net Professional Services | $ 381.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 381.15** |

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:   19-00369-LTS SCEMUS V. PREPA**


## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/11/20 | HDB | 209 | Review Order granting motion to conduct limited discovery. (.20) Review Order authorizing Court Annexed Mediation. (.20) | .40 | 305.00 | 122.00 |
| 5/13/20 | HDB | 209 | Review letter from mediator. (.20) Draft e-mail to M. Rosenthal regarding mediation. (.10) | .30 | 305.00 | 91.50 |
| 5/20/20 | HDB | 209 | Revise and sign off to file notice of file of summons, with draft summons. | .20 | 305.00 | 61.00 |
| 5/20/20 | GMR | 206 | Review the notice of filing of summons of Lloyd's Syndicate and Aspen as well as the summons in anticipation to their filing. | .20 | 185.00 | 37.00 |
| 5/20/20 | GMR | 206 | File the notice of filing of summons of Lloyd's Syndicate and Aspen and the summons in Adversary Proceeding No. 19-00369. | .20 | 185.00 | 37.00 |
| 5/21/20 | HDB | 209 | Review Motion Requesting a Scheduling Conference in Adv. 19-00369. | .20 | 305.00 | 61.00 |
| 5/28/20 | MMB | 219 | Docket court notice received by email dated May 26, 2020, regarding order dkt. 69 setting deadline for plaintiffs to respond to PREPA and Commonwealth's counterclaim - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 423.50 |
| Less Discount | $ -42.35 |
| NET PROFESSIONAL SERVICES: | $ 381.15 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375007

June 4, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| GABRIEL MIRANDA RIVERA | .40 | 185.00 | 74.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.60** | | **$ 423.50** |

**TOTAL THIS INVOICE**                     **$ 381.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

205 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00396-LTS CORTLAND V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020
FOMB IN RE PREPA TITLE III
Bill #: 375008
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 815**

**RE: 19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 14.00 |
| Less Discount | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 815**
**RE: 19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/27/20 | MMB | 219 | Docket court notice received by email dated May 22, 2020, regarding order dkt. 92 setting deadline to file further status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| Less Discount | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

**TOTAL THIS INVOICE** $ 12.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Case:17-03283-LTS Doc#:16782-4 Filed:05/20/21 Entered:05/20/21 20:22:47 Desc:
Exhibit B-4 Page 188 of 193

Case:17-03283-LTS Doc#:16782-4 Filed:05/20/21 Entered:05/20/21 20:22:47 Desc:
Exhibit B-4 Page 188 of 193

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

June 4, 2020
FOMB IN RE PREPA TITLE III
Bill #:    375009
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending May 31, 2020:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| Less Discount | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

EDIFICIO MACONDO OFICINA 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/27/20 | MMB | 219 | Docket court notice received by email dated May 22, 2020, regarding order dkt. 64 setting deadline to file further status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| Less Discount | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 12.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020
FOMB IN RE PREPA TITLE III
Bill #: 375010
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,828.50 |
| Less Discount | $ -182.85 |
| | |
| Net Professional Services | $ 1,645.65 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,645.65** |

Electronic Invoice

IN ACCOUNT WITH

EDIFICIO OCHOA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/20 | HDB | 209 | Review draft Motion for Summary Judgment circulated by E. Corretjer. (.60) Tel. conf. with J. Notario and J. Gonzalez regarding analysis of legal issues regarding Act 458 (.20) | .80 | 305.00 | 244.00 |
| 5/02/20 | JEG | 210 | Analyze arguments regarding provisions of Act 458-2000, presented in motion for summary judgment. | 1.30 | 195.00 | 253.50 |
| 5/06/20 | HDB | 209 | Review queries by C.  Febus regarding options concerning continuation of litigation (.10) Draft initial response to C. Febus. (.20)  Draft e-mail regarding issues regarding pending questions to J. Notario. (.10) | .40 | 305.00 | 122.00 |
| 5/06/20 | JLN | 201 | Review emails from C. Febus regarding potential continuance. (.20)  Discuss related issues with H. D. Bauer. (.20)  Review contract. (.30) Draft response to C. Febus. (.10) | .80 | 225.00 | 180.00 |
| 5/06/20 | JLN | 201 | Analyze arguments included in draft response regarding Act. 458-2000. (.80) Discuss same with J. Gonzalez. (.30) | 1.10 | 225.00 | 247.50 |
| 5/06/20 | JEG | 202 | Review Act 458-2000 and all its amendments. (.70) . Draft memo regarding amendments to Act 458-2000 for J. Notario. (1.60) Conf. with J. Notario regarding same. (.30) | 2.60 | 195.00 | 507.00 |
| 5/12/20 | HDB | 209 | Exchange emails with C. Febus regarding status report and conference call. (.10)  Exchange messages with E. Corretjer regarding status report. (.10). | .20 | 305.00 | 61.00 |
| 5/13/20 | HDB | 209 | Draft e-mail to C. Febus regarding call with E. Corretjer. (.10)  Tel. conf with C. Febus, E. Corretjer and L. Stafford regarding status report and briefing schedule issues.  (.30) | .40 | 305.00 | 122.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375010

June 4, 2020

| 5/14/20 | HDB | 209 | Review e-mail by C. Febus regarding status report. (.1) Revise and sign-off on Status Report. (.2) | .30 | 305.00 | 91.50 |
|---------|-----|-----|----|----|----|----|

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,828.50 | |
| Less Discount | $ -182.85 | |
| NET PROFESSIONAL SERVICES: | $ 1,645.65 | |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.10 | 305.00 | 640.50 |
| JOSE L. NOTARIO TOLL | 1.90 | 225.00 | 427.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 3.90 | 195.00 | 760.50 |
| **Total** | **7.90** | | **$ 1,828.50** |

**TOTAL THIS INVOICE**      **$ 1,645.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE