# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2020 through February 29, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,019.25 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,019.25 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 7th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

{00747193; 1}

**PBA TITLE III**

**Summary of Legal Fees for the Period Februry 1 through February 29, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Herman Bauer | Member | Litigation | $305.00 | 0.90 | $ | 274.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 3.20 | $ | 592.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.40 | $ | 266.00 |
| | Totals | | | 5.50 | $ | 1,132.50 |
| | Less: 10% Courtesy discount | | | | $ | (113.25) |
| **SUMMARY OF LEGAL FEES** | | | | | $ | 1,019.25 |

**PBA TITLE III**

**Summary of Disbursements for the Period Februry 1 through February 29, 2020**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | | |
| | Totals | | $ | - |
| **SUMMARY OF DISBURSEMENTS** | | | $ | - |

| | **PBA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period Februry 1 through February 29, 2020** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 3.80 | $ 806.00 |
| 208 | Stay Matters | 0.10 | $ 30.50 |
| 222 | Claims and Claims Objections | 1.60 | $ 296.00 |
| | | | |
| | | | **$ 1,132.50** |
| | | | |
| | **Less: 10% Courtesy discount** | | **$ (113.25)** |
| | | | |
| | **TOTALS** | **5.50** | **$ 1,019.25** |

{00747193; 1}

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $917.33, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $917.33.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

{00747193; 1}

# **Exhibit A**

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

March 23, 2020

FOMB IN RE PBA TITLE III

RE: GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PBA TITLE III

March 23, 2020
Bill #: 371205
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 29, 2020:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,132.50 |
| Less Discount | $ -113.25 |
| Net Professional Services | $ 1,019.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,019.25** |

Electronic Invoice

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/05/20 | HDB | 206 | Revise and sign-off to file PBA Creditor Matrix. | .20 | 305.00 | 61.00 |
| 2/05/20 | DJP | 206 | Analyze the Notice of Filing of Creditor List for Puerto Rico Public Buildings Authority, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 2/05/20 | DJP | 206 | File the Notice of Filing of Creditor List for Puerto Rico Public Buildings Authority, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/05/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Filing of Creditor List for Puerto Rico Public Buildings Authority. | .10 | 190.00 | 19.00 |
| 2/05/20 | DJP | 206 | Analyze the Notice of Filing of Creditor Matrix for Puerto Rico Public Buildings Authority, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 2/05/20 | DJP | 206 | File the Notice of Filing of Creditor Matrix for Puerto Rico Public Buildings Authority, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/05/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Filing of Creditor Matrix for Puerto Rico Public Buildings Authority. | .10 | 190.00 | 19.00 |
| 2/11/20 | HDB | 206 | Revise and sign-off to file Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .60 | 305.00 | 183.00 |
| 2/11/20 | GMR | 222 | Make edits in the Spanish version of the PBA/CW Bar Date Motion and Proposed Order to conform to the English version in anticipation to its filing. | 1.60 | 185.00 | 296.00 |

O'Neill & Borges LLC

Bill #:  371205                                                                                    March 23, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/21/20 | HDB | 208 | Draft e-mail to S.Ma following up on stay relief notice request by Caridad Sanchez Zavala. | .10 | 305.00 | 30.50 |
| 2/27/20 | GMR | 206 | Finalize the Notice of Filing of Amended Proposed Order Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 2/27/20 | GMR | 206 | File the Notice of Filing of Amended Proposed Order Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof and exhibits thereto in the PBA Docket. | .20 | 185.00 | 37.00 |
| 2/27/20 | GMR | 206 | Draft email to the Chambers of the Hon Laura T. Swain enclosing courtesy copy of the Notice of Filing of Amended Proposed Order Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .20 | 185.00 | 37.00 |
| 2/27/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Notice of Filing of Amended Proposed Order Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .20 | 185.00 | 37.00 |
| 2/27/20 | GMR | 206 | File the Urgent motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures in the PBA Docket (19-5523). | .20 | 185.00 | 37.00 |
| 2/28/20 | GMR | 206 | File the Disclosure Statement in the PBA docket (17-3566). | .30 | 185.00 | 55.50 |

O'Neill & Borges LLC

Bill #:  371205                                                                    March 23, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/28/20 | GMR | 206 | File the Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures,(VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures in the PBA docket (17-3566). | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                    $ 1,132.50

Less Discount                                  $ -113.25

NET PROFESSIONAL SERVICES:                     $ 1,019.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 190.00 | 266.00 |
| GABRIEL MIRANDA RIVERA | 3.20 | 185.00 | 592.00 |
| **Total** | **5.50** | | **$ 1,132.50** |

**TOTAL THIS INVOICE**                         $ 1,019.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

----------------------------------------------------------------x

## COVER SHEET TO SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,777.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,777.95 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's seventh monthly fee application in these cases.

00758555; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2020.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 6th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00758555; 1

**PBA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann Bauer | Member | Litigation | $ 305.00 | 2.70 | $ 823.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 0.80 | $ 176.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 3.20 | $ 592.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 1.80 | $ 342.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.30 | $ 42.00 |
| | | | | | |
| | **Totals** | | | **8.80** | **$ 1,975.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (197.55)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 1,777.95** |

**PBA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| **Totals** | $ - |
| | |
| **SUMMARY OF DISBURSEMENTS** | $ - |

| **PBA TITLE III** | | | |
|---|---|---|---|
| **Summary of Legal Fees for the Period March 1 through March 31, 2020** | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 203 | Hearings and Non-Field Comm. With Court | 0.10 | $ 30.50 |
| 206 | Documents Filed on Behalf of the Board | 4.60 | $ 1,004.00 |
| 208 | Stay Matters | 0.90 | $ 274.50 |
| 210 | Analysis and Strategy | 0.70 | $ 129.50 |
| 219 | Docketing | 0.30 | $ 42.00 |
| 222 | Claims and Claims Objections | 0.90 | $ 166.50 |
| 223 | Assumption and Rejection of Leases | 0.50 | $ 152.50 |
| 224 | Fee Applications - O&B | 0.80 | $ 176.00 |
| | | | |
| | | | $ 1,975.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (197.55) |
| | | | |
| | **TOTALS** | **8.80** | **$ 1,777.95** |

00758555; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,600.16, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,600.16.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00758555; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2020

FOMB IN RE PBA TITLE III

Bill #:    371833

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2020:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,975.50 |
| Less Discount | $ -197.55 |
| Net Professional Services | $ 1,777.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,777.95** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/04/20 | UMF | 224 | Draft second monthly fee application for October 2019 in the Title III case of the PBA. | .40 | 220.00 | 88.00 |
| 3/04/20 | UMF | 224 | Draft third monthly fee application for November 2019 in the Title III case of the PBA. | .40 | 220.00 | 88.00 |
| 3/06/20 | HDB | 206 | Revise Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment and (C) Approving Form and Manner of Notice. | .20 | 305.00 | 61.00 |
| 3/06/20 | DJP | 206 | Analyze the Notice of Submission of Revised Proposed Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 3/06/20 | DJP | 206 | File the Notice of Submission of Revised Proposed Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/06/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of Submission of Revised Proposed Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .20 | 190.00 | 38.00 |
| 3/09/20 | HDB | 208 | Review Stay Relief Notice by Christian López Ríos in connection with the case of Zulma Ramos et. al. v. AIREKO Enterprises, et al., case no. K DP2014-0635. (.2) Draft e- mail to S.Ma regarding same (.1) | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  371833                                                                    April 3, 2020

| Date | Init | Task | Description | Hrs | Rate | Amount |
|------|------|------|-------------|-----|------|--------|
| 3/11/20 | HDB | 206 | Revise translation of PBA Claims Bar Date Notice. | .80 | 305.00 | 244.00 |
| 3/13/20 | HDB | 208 | Revise Stipulation regarding Aireko Litigation cases. | .20 | 305.00 | 61.00 |
| 3/13/20 | GMR | 206 | Analyze the Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico and exhibits thereto in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 3/13/20 | GMR | 206 | File the Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .20 | 185.00 | 37.00 |
| 3/13/20 | GMR | 206 | Analyze the Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirtieth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 3/13/20 | GMR | 206 | Analyze the Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirty-First Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico and exhibits thereto in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 3/13/20 | GMR | 206 | File the Notice of (A) Adjournment as to Claims Listed in Schedule B and (B) Submission of Amended Schedules for the One Hundred Thirtieth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  371833                                                                                    April 3, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/16/20 | HDB | 208 | Review proposed edits to draft stay relief stipulation for the Aireko tort actions. | .20 | 305.00 | 61.00 |
| 3/16/20 | GMR | 222 | Analyze and input edits to the Puerto Rico Public Buildings Authority's Notice of Claims Bar Date radio ad Spanish translation. | .50 | 185.00 | 92.50 |
| 3/16/20 | GMR | 222 | Exchange emails with S. Ma and H. Bauer in connection with PBA's bar date radio ad. | .20 | 185.00 | 37.00 |
| 3/19/20 | HDB | 203 | Review Order extending claims bar date (.1). | .10 | 305.00 | 30.50 |
| 3/19/20 | MMB | 219 | Docket court notice received by email dated March 10, 2020, regarding order dkt. 54 setting preliminary hearing - H. Bauer, U. Fernandez, D. Pérez. | .20 | 140.00 | 28.00 |
| 3/20/20 | HDB | 208 | Revise PBA's edits to the Caridad Fernandez (Aireko) lift stay stipulation. | .20 | 305.00 | 61.00 |
| 3/20/20 | GMR | 206 | File the Spanish Translation of the Disclosure Statement and exhibits thereto in the PBA Case. | .30 | 185.00 | 55.50 |
| 3/23/20 | GMR | 222 | Exchange emails with S. Ma in connection with the PBA Bar Date Notice. | .20 | 185.00 | 37.00 |
| 3/25/20 | MMB | 219 | Docket court notice received by email dated March 18, 2020, regarding order dkt. 57 setting deadline to file proofs of claim - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/26/20 | GMR | 210 | Further analyze the PBA Radio Ad to the Spanish translation thereto and provide comments. | .40 | 185.00 | 74.00 |
| 3/26/20 | GMR | 210 | Exchange emails with Y. Shalev from Proskauer in connection with the PBA Radio Ad and the Spanish translation thereto. | .30 | 185.00 | 55.50 |
| 3/31/20 | HDB | 223 | Draft e-mail C.Tarrant regarding Motion to Reject Lease Agreement (.2).  Revise and sign-off to file Motion to Reject Lease Agreement. (.3). | .50 | 305.00 | 152.50 |
| 3/31/20 | HDB | 206 | Review Revise and sign-off to file Informative Motion Regarding Publication of (A) Notice Of Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority, (B) Notice of Extended Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority, and (C) Notice of Deadline for Submitting Information Forms for Retirement Beneficiaries of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371833                                                                                      April 3, 2020

| 3/31/20 | DJP | 206 | Analyze the  Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, in anticipation of its filing. | .30 | 190.00 | 57.00 |
|---|---|---|---|---|---|---|
| 3/31/20 | DJP | 206 | File the  Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, and exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/31/20 | DJP | 206 | Analyze the Notice of Filing of Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 3/31/20 | DJP | 206 | File the Notice of Filing of Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, through the court's electronic filing system. | .10 | 190.00 | 19.00 |
| 3/31/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, and the Notice of Motion. | .20 | 190.00 | 38.00 |
| 3/31/20 | GMR | 206 | File the Motion to Inform Publication of (A) Notice of Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority, (B) Notice of Extended Deadlines for Filing Proofs of Claim for Creditors of the Puerto Rico Public Buildings Authority, and (C) Notice of Deadline for Submitting Information Forms for Retirement Beneficiaries of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico on the PBA Docket. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                        $ 1,975.50

Less Discount                                                    $ -197.55

NET PROFESSIONAL SERVICES:                         $ 1,777.95

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  371833

April 3, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.70 | 305.00 | 823.50 |
| UBALDO M. FERNANDEZ BARRERA | .80 | 220.00 | 176.00 |
| DANIEL J. PEREZ REFOJOS | 1.80 | 190.00 | 342.00 |
| GABRIEL MIRANDA RIVERA | 3.20 | 185.00 | 592.00 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **8.80** | | **$ 1,975.50** |

**TOTAL THIS INVOICE**                     **$ 1,777.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
|        Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
|        Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

00758561; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2020 through April 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,291.40 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,291.40 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's eighth monthly fee application in these cases.

00758561; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2020.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00758561; 1

On July 6th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00758561; 1

**PBA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann Bauer | Member | Litigation | $ 305.00 | 2.50 | $        762.50 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 1.80 | $        639.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 1.20 | $        264.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 2.50 | $        462.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 2.20 | $        418.00 |
|  |  |  |  |  |  |
|  | Totals |  |  | 10.20 | $     2,546.00 |
|  |  |  |  |  |  |
|  | Less: 10% Courtesy discount |  |  |  | $       (254.60) |
|  |  |  |  |  |  |
| **SUMMARY OF LEGAL FEES** |  |  |  |  | $     2,291.40 |

**PBA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
|  |  |  |  |
| Totals |  | $         - | |
| **SUMMARY OF DISBURSEMENTS** |  | $         - | |

| | **PBA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period April 1 through April 30, 2020** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 5.20 | 1,125.00 |
| 210 | Analysis and Strategy | 0.80 | 244.00 |
| 212 | General Administration | 0.40 | 122.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 1.80 | 639.00 |
| 224 | Fee Applications - O&B | 1.20 | 264.00 |
| 225 | Fee Applications Proskauer | 0.80 | 152.00 |
| | | | |
| | | | **$ 2,546.00** |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (254.60) |
| | | | |
| | **TOTALS** | **10.20** | **$ 2,291.40** |

00758561; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,062.26, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,062.26.

**<u>Professional Certification</u>**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00758561; 1

# **Exhibit A**

00758561; 1

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 5, 2020
FOMB IN RE PBA TITLE III
Bill #: 375568
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2020:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,546.00 |
| Less Discount | $ -254.60 |
| Net Professional Services | $ 2,291.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,291.40** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/07/20 | HDB | 206 | Revise Notice of Submission of Revised Proposed Order Authorizing Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease. | .30 | 305.00 | 91.50 |
| 4/07/20 | UMF | 224 | Draft fourth monthly fee application of O&B for the Title III case of the PBA corresponding to the month of December 2019. | .30 | 220.00 | 66.00 |
| 4/07/20 | UMF | 224 | Draft fifth monthly fee application of O&B for the Title III case of the PBA corresponding to the month of January 2020. | .30 | 220.00 | 66.00 |
| 4/07/20 | UMF | 224 | Draft sixth monthly fee application of O&B for the Title III case of the PBA corresponding to the month of February 2020. | .30 | 220.00 | 66.00 |
| 4/07/20 | DJP | 206 | Email correspondence with J. Esses regarding the timing and logistics of filing of the Proposed Order for the PBA rejection motion. | .20 | 190.00 | 38.00 |
| 4/07/20 | DJP | 206 | Analyze the Notice of Submission of Revised Proposed Order Authorizing Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/07/20 | DJP | 206 | Analyze the proposed order to be filed together with the Notice of Submission of Revised Proposed Order Authorizing Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375568                                                                           May 5, 2020

| 4/07/20 | DJP | 206 | File the Notice of Submission of Revised Proposed Order Authorizing Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, and proposed order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 4/07/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Submission of Revised Proposed Order Authorizing Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease. | .10 | 190.00 | 19.00 |
| 4/07/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of Submission of Revised Proposed Order Authorizing Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease. | .20 | 190.00 | 38.00 |
| 4/13/20 | HDB | 206 | Revise  Certificate of No Objection Regarding Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease and proposed order (.2). | .20 | 305.00 | 61.00 |
| 4/13/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding Consensual Motion of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority for an Order Authorizing the Rejection of Unexpired Lease, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 4/15/20 | DJP | 225 | Analyze the First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Public Buildings Authority, for the Period September 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |

O'Neill & Borges LLC

Bill #:  375568                                                                                          May 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/15/20 | DJP | 225 | File the First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Public Buildings Authority, for the Period September 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/15/20 | DJP | 225 | Analyze the Notice of Filing of the First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Public Buildings Authority, for the Period September 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 4/15/20 | DJP | 225 | File the Notice of Filing of the First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Public Buildings Authority, for the Period September 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, through the court's electronic filing system. | .10 | 190.00 | 19.00 |
| 4/16/20 | HDB | 212 | Respond to queries from counsel for Aireko regarding proof of claim filings (.20) Draft e-mail to L. Stafford regarding claims deadline (.20). | .40 | 305.00 | 122.00 |
| 4/17/20 | HDB | 206 | Revise draft Motion of the Puerto Rico Public Buildings Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedures Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .30 | 305.00 | 91.50 |
| 4/17/20 | HDB | 206 | Revise draft Motion of Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375568                                                        May 5, 2020

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/17/20 | GMR | 206 | Analyze the Motion of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 4/17/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing courtesy copy of the Motion of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) and the proposed order thereto in WORD format. | .20 | 185.00 | 37.00 |
| 4/17/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Motion of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 185.00 | 37.00 |
| 4/17/20 | GMR | 206 | Analyze the Motion  for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027 in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 4/17/20 | GMR | 206 | File the Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027 in the PBA Case. | .20 | 185.00 | 37.00 |
| 4/17/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing courtesy copy and proposed order to the Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 185.00 | 37.00 |
| 4/17/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 185.00 | 37.00 |
| 4/21/20 | UMF | 224 | Review email from C. Lopez regarding request for lift of stay in Zulma Ramos et. al. v. AIREKO Enterprises, et al., Civil no. K DP2014-0635 (.20) and draft response thereto. (.10) | .30 | 220.00 | 66.00 |
| 4/24/20 | JP | 215 | Review assumptions in best interest test analysis | .70 | 355.00 | 248.50 |
| 4/29/20 | JP | 215 | Draft comments on best interest test analysis for the PBA. | 1.10 | 355.00 | 390.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375568                                                                                      May 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/29/20 | HDB | 210 | Review e-mail from DOJ requesting conference call regarding DOJ Lease. (.10)  Draft e-mail to M. Bienenstock and Proskauer and J. El Koury regarding same (.10). Exchange e-mails with C. Caraballo Colon of the Department of Justice regarding conference call agenda and issues (.20). Review PBA rejection order (.20)  Tel. conf. with B. Rosen and the Secretary of Justice (.20). | .80 | 305.00 | 244.00 |
| 4/29/20 | HDB | 206 | Revise and sign-off to file draft Motion of the Public Buildings Authority for Entry of Order (A) Extending the Deadline for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .30 | 305.00 | 91.50 |
| 4/29/20 | GMR | 206 | Analyze the Motion of the Puerto Rico Buildings Authority for Entry of Order (A) Extending the Deadline for Filing Proofs of Claim and (B) Approving Form and Manner of Notice thereof in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 4/29/20 | GMR | 206 | File the Motion of the Puerto Rico Buildings Authority for Entry of Order (A) Extending the Deadline for Filing Proofs of Claim and (B) Approving Form and Manner of Notice thereof in the PBA Docket (19-5523). | .20 | 185.00 | 37.00 |
| 4/29/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Motion of the Puerto Rico Buildings Authority for Entry of Order (A) Extending the Deadline for Filing Proofs of Claim and (B) Approving Form and Manner of Notice thereof. | .20 | 185.00 | 37.00 |
| 4/29/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing courtesy copy of the Motion of the Puerto Rico Buildings Authority for Entry of Order (A) Extending the Deadline for Filing Proofs of Claim and (B) Approving Form and Manner of Notice thereof and the proposed order thereto. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                    $ 2,546.00

Less Discount                                            $ -254.60

NET PROFESSIONAL SERVICES:                    $ 2,291.40

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|

O'Neill & Borges LLC

Bill #:  375568                                                                                            May 5, 2020

| | | | |
|---|---|---|---|
| JULIO PIETRANTONI | 1.80 | 355.00 | 639.00 |
| HERMANN BAUER | 2.50 | 305.00 | 762.50 |
| UBALDO M. FERNANDEZ BARRERA | 1.20 | 220.00 | 264.00 |
| DANIEL J. PEREZ REFOJOS | 2.20 | 190.00 | 418.00 |
| GABRIEL MIRANDA RIVERA | 2.50 | 185.00 | 462.50 |
| **Total** | **10.20** | | **$ 2,546.00** |

**TOTAL THIS INVOICE**                                                    **$ 2,291.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

------------------------------------------------------------------x

## COVER SHEET TO NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2020 through May 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $315.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $315.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's ninth monthly fee application in these cases.

## **<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for May 2020.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00772898; 1

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00772898; 1

**PBA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann Bauer | Member | Litigation | $ 305.00 | 0.30 | $ 91.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 1.40 | $ 259.00 |
| | | | | | |
| | Totals | | | 1.70 | $ 350.50 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (35.05) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 315.45 |

**PBA TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| | | | |
| Totals | | $ - | |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | $ - | |

00772898; 1

| | **PBA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period May 1 through May 31, 2020** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 203 | Hearings and Non- Filed Comm With Court | 0.10 | 30.50 | |
| 206 | Documents Filed on Behalf of the Board | 1.40 | 259.00 | |
| 208 | Stay Matters | 0.20 | 61.00 | |
| | | | | |
| | | | $ | 350.50 |
| | | | | |
| | **Less: 10% Courtesy discount** | | $ | (35.05) |
| | | | | |
| | **TOTALS** | **1.70** | **$** | **315.45** |

00772898; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $283.91, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $283.91.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772898; 1

# **Exhibit A**

00772898; 1

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PBA  TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 4, 2020

FOMB IN RE PBA TITLE III

Bill #:   375660

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2020:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 350.50 |
| Less Discount | $ -35.05 |
| | |
| Net Professional Services | $ 315.45 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 315.45** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/20 | HDB | 203 | Review Order extending PBA claims bar date. | .10 | 305.00 | 30.50 |
| 5/19/20 | HDB | 208 | Review Stipulation for stay relief with Zulma Ramos Miranda, Juan Banuchi Pons and the Conjugal Community Property. | .20 | 305.00 | 61.00 |
| 5/26/20 | GMR | 206 | Analyze the Certificate of No Objection Regarding Motion of the Puerto Rico Public Buildings Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | File the Certificate of No Objection Regarding Motion of the Puerto Rico Public Buildings Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing courtesy copy of the Certificate of No Objection Regarding Motion of the Puerto Rico Public Buildings Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 375660                                                            June 4, 2020

| Date | Init | Code | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/26/20 | GMR | 206 | Analyze the Certificate of No Objection Regarding Motion of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) Re: [73] MOTION of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | File the Certificate of No Objection Regarding Motion of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) Re: [73] MOTION of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Certificates of No Objection filed in Case No. 19-5523. | .20 | 185.00 | 37.00 |
| 5/26/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing courtesy copy and proposed order of the Certificate of No Objection Regarding Motion of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) Re: [73] MOTION of the Puerto Rico Public Buildings Authority for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES           $ 350.50

Less Discount                      $ -35.05

NET PROFESSIONAL SERVICES:         $ 315.45

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  375660                                                                June 4, 2020

| HERMANN BAUER | .30 | 305.00 | 91.50 |
| GABRIEL MIRANDA RIVERA | 1.40 | 185.00 | 259.00 |
| **Total** | **1.70** | | **$ 350.50** |

**TOTAL THIS INVOICE**                                      **$ 315.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE