UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | |
| Debtor. | |

---------------------------------------------------------------x

ORDER REGARDING STATUS REPORT OF THE GOVERNMENT PARTIES
REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

      The Court has received and reviewed the *Status Report of the Government Parties Regarding the Covid-19 Pandemic and the 9019 Motion* (Docket Entry No. 2476 in Case No. 17-4780, the "Status Report"), filed by the Financial Oversight and Management Board for Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico and the Puerto Rico Fiscal Agency and Financial Authority (together, the "Government Parties"). The Status Report requests that the Court require the Government Parties to file an updated status report on or before July 11, 2021. (Status Report ¶ 24.) The Court has also received and reviewed the *Official Committee of Unsecured Creditors' Response to Status Report of the Government Parties Regarding the Covid-19 Pandemic and the 9019 Motion* (Docket Entry No. 16750 in Case No. 17-3283 and Docket Entry No. 2477 in Case No. 17-4780), the *Response of Fuel Line Lenders to Government Parties' Status Report* (Docket Entry No. 16761 in Case No. 17-3283 and Docket Entry No. 2483 in Case No. 17-4780), and the *Reply to Responses to Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 2492 in Case No. 17-4780, the "Government Parties' Reply").

For substantially the same reasons as those stated in the Government Parties' Reply, the Government Parties are hereby directed to file an updated status report as proposed in paragraph 24 of the Status Report by **July 11, 2021**.

SO ORDERED.

Dated: May 24, 2021

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge