UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the service list attached hereto as **Exhibit A**:

- Notice of Filing of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* and Hearing Thereon, a copy of which is attached hereto as **Exhibit B**. (the "***Amended Disclosure Statement Hearing Notice***")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On May 13, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Amended Disclosure Statement Hearing Notice to be served via overnight mail or next business day service on the banks, brokers, dealer agents, nominees or their agents (collectively, the "*Nominees*") listed on the service list attached hereto as **Exhibit C**. The Nominees were provided with instructions and sufficient quantities of the aforementioned document to distribute to the beneficial owners of the Debtors' public securities.

On May 18, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Amended Disclosure Statement Hearing Notice to be served via first class mail on (1) the Master Mailing List 1 attached hereto as **Exhibit D**; (2) the Master Mailing List 2 attached hereto as **Exhibit E**; (3) the Master Mailing List 3 attached hereto as **Exhibit F**; (4) the Master Mailing List 4 attached hereto as **Exhibit G**; (5) the Master Mailing List 5 attached hereto as **Exhibit H**.

Dated: May 21, 2021

*/s/ Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on May 21, 2021, by Rachel O'Connor, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022