## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>-and-<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>No. 17 BK 3567-LTS<br><br>THIS PLEADING RELATES ONLY TO THESE TITLE III CASES |

## CERTIFICATE OF SERVICE

I hereby certify that AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC, (collectively, the "DRA Parties"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Fourteenth Amended Notice, Case Management and Administrative Procedures Order*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

(Docket No. 15894-1of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled:

a) *The DRA Parties Reservation of Rights and Statement in Response to the Urgent Joint Motion to Stay Certain Contested Matters and Adversary Proceedings Related to Bonds Issued by the Puerto Rico Highways and Transportation Authority (HTA), the Puerto Rico Convention Center District Authority (CCDA), and the Puerto Rico Infrastructure Financing Authority (PRIFA)* (Docket No. 16775 of Case No. 17-03283 (LTS) and Docket No. 1019 of Case No. 17-03567 (LTS)) **by electronic mail upon all the parties listed in the Master Service List on MAY 18, 2021 and by U.S. mail upon all the Standard Parties listed in the CMP Order on MAY 19, 2021**; and

b) *The DRA Parties Response to the Government Parties Objection to the DRA Parties Standing to Seek Relief from the Automatic Stay or in the Alternative, Ordering Payment of Adequate Protection* (Docket No. 16780 of Case No. 17-03283 (LTS) and Docket No. 1021 of Case No. 17-03567 (LTS)) **by electronic mail upon all the parties listed in the Master Service List on MAY 19, 2021 and by U.S. mail upon all the Standard Parties listed in the CMP Order on MAY 20, 2021**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 24th day of May, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

> **MCCONNELL VALDÉS LLC**
> *Attorneys AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*
> 270 Muñoz Rivera Avenue, Suite 7
> Hato Rey, Puerto Rico  00918
> Telephone: 787-250-5619
> Facsimile:  787-759-9225
>
> By: *s/Nayuan Zouairabani*
> Nayuan Zouairabani, Esq
> Email: nzt@mcvpr.com