UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>    AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br>     Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, *et al.*, <br><br>     Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br>     Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, *et al.*, <br><br>     Defendants. | Adv. Proc. No. 20-00005-LTS |

**ORDER GRANTING MOTION TO: (I) MODIFY PROTECTIVE
ORDER MOTION BRIEFING SCHEDULE; (II) CONTINUE DISCOVERY
COMPLETION DATE; AND (III) EXTEND DEADLINE TO SUBMIT
<u>POST-DISCOVERY SUPPLEMENTAL BRIEFING SCHEDULE</u>**

This matter is before the court on the *Urgent Joint Motion to: (i) Modify Protective Order Briefing Schedule; (ii) Continue Discovery Completion Date; and (iii) Extend Deadline to Submit Post-Discovery Supplemental Briefing Schedule* (the "Urgent Motion")[2] (Dkt No. 16792 in

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Urgent Motion.

2

17-BK-3283; Dkt. No. 194 in 20-AP-03; Dkt. No. 182 in 20-AP-04; and Dkt. No. 207 in 20-AP-05). Taking note of the agreement among the parties and finding good cause for the requested relief, the Court hereby ALLOWS the Urgent Motion as follows:

1. If, after meeting and conferring with Defendants, the Government Parties make a motion for protective order concerning individual witness depositions, the motion will be filed by **June 1, 2021**; Defendants' opposition brief will be filed by **June 4, 2021**, and the Government Parties' reply brief will be filed by **June 8, 2021 at 12 p.m. AST.** If filed, the Court will take the motion for protective order on submission.

2. The deadline for completion of all depositions is extended to whichever of the following is applicable: (a) if the parties agree no individual depositions need to be taken, **May 28, 2021**[3]; (b) if the parties agree one or more individual depositions may be taken, **June 11, 2021**; or (c) if the Government Parties make a motion for a protective order and it is not granted, the date set by the Court for the completion of discovery.

3. The parties are directed to submit a proposed schedule for post-discovery supplemental briefing regarding the motions for partial summary judgment within seven (7) calendar days after whichever of the following is applicable: (a) if the parties agree no individual depositions need to be taken, **June 1, 2021**; (b) if the parties agree one or more individual depositions may be taken, **June 11, 2021**; (c) the date on which the Government Parties' protective order motion (if made) is

---

[3] The sole exception will be the deposition of EY, which may be taken by Defendants no later than June 8, 2021 or at such later date as may be agreed to by the Oversight Board or directed by the Court.

granted; or (d) if the protective order motion (if made) is not granted, the date set by the Court for the completion of any deposition of any individuals.

4. The terms and conditions of this Order shall take immediate effect and be enforceable upon its entry.

This Order resolves Dkt No. 16792 in 17-BK-3283; Dkt. No. 194 in 20-AP-03; Dkt. No. 182 in 20-AP-04; and Dkt. No. 207 in 20-AP-05.

SO ORDERED.

/s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: May 25, 2021