# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al*., | |
| Debtors.[1] | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Adv. Proc. No. 20-00003-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| AMBAC ASSURANCE CORPORATION, *et al.*, | |
| Defendants. | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-00005-LTS |

**JOINT STATUS REPORT REGARDING DISCOVERY
IN THE REVENUE BOND ADVERSARY PROCEEDINGS**

To the Honorable United States Magistrate Judge Judith Gail Dein:

Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company ("FGIC"), The Bank of New York Mellon ("BNYM"), U.S. Bank Trust National Association ("U.S. Bank", and collectively with Ambac, FGIC, and BNYM, the "Defendants"), and the Financial Oversight and Management Board for Puerto Rico (the "Board"), as Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), and the Government Entities[2] (together, with Plaintiff, the "Government Parties"), respectfully submit this Joint Status Report in response to the Court's Order dated February 5, 2021, concerning discovery in the adversary proceedings (the "Adversary Proceedings") regarding bonds issued by the Puerto Rico Infrastructure Finance Authority ("PRIFA"), the Puerto Rico Convention Center District Authority ("CCDA"), and the Puerto Rico Highways and Transportation Authority ("HTA").

## JOINT STATUS REPORT

1.      This Joint Status Report is submitted pursuant to the Court's May 11, 2021 Order, which ordered the Parties to "submit a joint status report by May 25, 2021."  (ECF No. 16725.) Pursuant to the deadlines set forth in the Court's *Order Modifying Discovery Schedule* (ECF No. 16365), the deadline for the completion of fact discovery was May 19, 2021.  The Parties jointly requested to extend this deadline as set forth in the *Urgent Joint Motion to (I) Modify Protective*

---

[2] "Government Entities" refers to the Commonwealth's agencies and instrumentalities on which Defendants served subpoenas in these Adversary Proceedings, including the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Puerto Rico Government Development Bank, the Puerto Rico Department of Treasury, HTA, PRIFA, CCDA, and the Puerto Rico Tourism Company.   The Commonwealth, by and through the Board, as its Title III representative, in these cases is the "Plaintiff." Unless otherwise indicated, all ECF numbers referenced herein refer to the docket in Case No. 17 BK 3283-LTS.

*Order Motion Briefing Schedule; (II) Continue Discovery Completion Date; and (III) Extend Deadline to Submit Post-Discovery Supplemental Briefing Schedule* (ECF No. 16792) (the "Urgent Motion"). (*Id.* at ¶ 11.) On May 25, 2021, the Court entered an Order granting the Urgent Motion (ECF No. 16799).

## I.      THE PARTIES' PROGRESS SINCE THE MAY 10 JOINT STATUS REPORT

2.      Since the May 10 Joint Status Report,[3] the Parties have continued to exchange correspondence and met-and-conferred telephonically on May 19, 2021 (the "May 19 Meet-and-Confer").

### A.      Depositions

3.      Defendants commenced the deposition of one of the Government Entities' Rule 30(b)(6) representatives, Timothy Ahlberg, on May 20, 2021.  Because of the breadth of topics, the Parties have agreed to continue Mr. Ahlberg's testimony for an additional 2.5 hours limited to PRIFA topics on May 26, 2021.

4.      Defendants deposed (and the Government Parties cross-examined) Juan Jose Diaz, a representative of HTA's auditor BDO Puerto Rico, P.S.C., on May 21, 2021.

5.      Defendants deposed the Government Entities' other Rule 30(b)(6) witness, Omar Rodriguez, on May 24 and May 25, 2021.

6.      Additional Rule 30(b)(6) depositions have been scheduled on the following dates: KPMG LLP on May 27, 2021; RSM Puerto Rico on May 28, 2021; and Ernst & Young LLP on June 8, 2021.

---

[3] "May 10 Joint Status Report" refers to *Joint Status Report Regarding Discovery in the Revenue Bond Adversary Proceedings* (ECF No. 16631).

7.     The Parties intend to meet-and-confer later this week regarding the need for additional depositions of fact witnesses.  No agreement has been reached yet on this issue.

### B.     Outstanding Document Discovery Issues

8.     The Parties continue to meet and confer regarding production of extracts from the PRIFAS system, search parameters used to locate documents, the completeness of the productions received, and targeted follow-up requests based on deposition testimony.  The Government Parties continue to maintain that their document production is complete.

9.     With respect to third-party document productions, the productions from banks are completed.   Productions from accounting firms are completed, subject to certain follow-up requests.  Bacardi Corp. and Bacardi International Limited completed its production on May 24, 2021, and productions from three additional rum producers, Club Caribe Distillers LLC, Destilería Serrallés, Inc., and Edmundo B. Fernandez, Inc., are expected to be completed soon.

10.     The Government Parties have contacted law firms to advise them of the Court's May 19, 2021 ruling in the *Memorandum of Decision and Order on Motions Relating to Discovery in the Revenue Bond Adversary Proceedings* (ECF No. 16778), and discussions with law firms about the status of their respective productions and certain withheld documents remain ongoing.

## II.     PROPOSED NEXT STEPS

11.     The Parties will continue to meet-and-confer over any outstanding discovery issues and propose to file a joint status report advising the Court of the status of the Parties' discussions on June 10, 2021.

- 3 -

Dated:  May 25, 2021
        San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
  Roberto Cámara-Fuertes (USDC-PR No.
  219002)
  Sonia Colón (USDC-PR No. 213809)
  221 Ponce de León Avenue, 5th Floor
  San Juan, PR 00917
  Telephone: (787) 766-7000
  Facsimile:  (787) 766-7001
  Email:  rcamara@ferraiuoli.com
    scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
  Dennis F. Dunne (admitted *pro hac vice*)
  Atara Miller (admitted *pro hac vice*)
  Grant R. Mainland (admitted *pro hac vice*)
  John J. Hughes, III (admitted *pro hac vice*)
  Jonathan Ohring (admitted *pro hac vice*)
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5000
  Facsimile:  (212) 530-5219
  Email: ddunne@milbank.com
    amiller@milbank.com
    gmainland@milbank.com
    jhughes2@milbank.com
    johring@milbank.com

*Attorneys for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
  María E. Picó
  (USDC-PR No. 123214)
  802 Ave. Fernández Juncos
  San Juan, PR 00907-4315
  Telephone: (787) 723-8520
  Facsimile: (787) 724-7844
  Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
  Martin A. Sosland (admitted *pro hac vice*)
  2911 Turtle Creek Blvd., Suite 1400
  Dallas, TX 75219
  Telephone: (469) 680-5502
  Facsimile: (469) 680-5501
  Email: martin.sosland@butlersnow.com

  James E. Bailey III (admitted *pro hac vice*)
  Adam M. Langley (admitted *pro hac vice*)
  6075 Poplar Ave., Suite 500
  Memphis, TN 38119
  Telephone: (901) 680-7200
  Facsimile: (901) 680-7201
  Email: jeb.bailey@butlersnow.com
    adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance
Company*

**RIVERA, TULLA AND FERRER, LLC**

By: /s/ *Eric A. Tulla*
    Eric A. Tulla
    (USDC-DPR No. 118313)
    Email: etulla@ riveratulla.com
    Iris J. Cabrera-Gómez
    (USDC-DPR No. 221101)
    Email: icabrera@ riveratulla.com
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Telephone: (787) 753-0438
    Facsimile: (787) 767-5784

**SEPULVADO, MALDONADO & COURET**

By: /s/ *Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

**HOGAN LOVELLS US LLP**

By: /s/ *Ronald Silverman*
    Ronald Silverman, Esq.
    Michael C. Hefter, Esq.
    390 Madison Avenue
    New York, NY 10017
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100
    ronald.silverman@hoganlovells.com
    michael.hefter@hoganlovells.com

*Attorneys for U.S. Bank Trust National Association, in its Capacity as Trustee to PRIFA Bondholders*

**REED SMITH LLP**

By: /s/ *Jared S. Roach*
    Luke A. Sizemore (admitted *pro hac vice*)
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: lsizemore@reedsmith.com
        jroach@reedsmith.com

*Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders*

- 5 -

**O'NEILL & BORGES LLC**

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 15205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

**PROSKAUER ROSE LLP**

/s/ *Michael A. Firestein*
Martin J. Bienenstock
Jeffrey Levitan
Ehud Barak
(Admitted *Pro Hac Vice*)

Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
        jlevitan@proskauer.com
        ebarak@proskauer.com

Michael A. Firestein
Lary Alan Rappaport
(Admitted *Pro Hac Vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel:  (310) 557-2900
Fax:  (310) 557-2193
Email: mfirestein@proskauer.com
        lrappaport@proskauer.com

***Attorneys for the Financial
Oversight and Management Board,
as Representative of the Commonwealth***

**O'MELVENY & MYERS LLP**

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: jrapisardi@omm.com

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
Email: pfriedman@omm.com

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
Email: emckeen@omm.com
        apavel@omm.com

**MARINI PIETRANTONI MUÑIZ LLC**

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2173
Fax: (787) 936-7494

***Attorneys for the Puerto Rico Fiscal Agency and
Financial Advisory Authority, as representative of
the Government Entities pursuant to Act 2-2017***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date a true and exact copy of this notice was filed with

the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*

Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email: rcamara@ferraiuoli.com