19 de marzo de 2021

Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan Puerto Rico 00918-1767

Saludos. Soy la Sra. Sara L. López Cartagena. Trabajé para el Departamento de Educación de Puerto Rico desde el 1964 hasta Diciembre de 1998. Estuve adscrita a la Región Educativa de Caguas, laborando en los distritos escolares de Cidra y Caguas por 34 años, 3 meses y 4 días. Estoy reclamando impagos de la ley 89 de 1984 y la ley 9 de costo de vida de Retiro para maestros.

Estos impagos serían por años de servicio y méritos y aumento del costo de vida. El 29 de abril de 2020 les envié informacion sobre las reclamaciones y la certificación emitida por el sistema de Retiro para Maestros sobre mi pensión. Solamente faltaba enviar el informe de cambio de personal docente. Debido a la pandemia no había podido conseguir este documento. Ya logré conseguir el mismo. Le estoy enviando este documento y una certificación emitida por la Secretaría Auxiliar de Recursos Humanos. Mi número de seguro social es Redactado4925 y mi teléfono es 787-612-4207.

 Mis números de reclamación son los siguientes: 126214, 133425, 128719, 158612, 113853

Gracias por su atención a este asunto.

Cordialmente,

Sara L. López Cartagena

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | LOPEZ CARTAGENA, SARA L. | PARA LA JUNTA DE RETIRO DE MAESTROS |
| 2 Núm. Seg. Social | Redacted 4925 | Y ASOCIACION EMPLEADOS |
| 3 Sexo | F | |
| 4 Estado Civil | S | |
| 5 Prep. Académica | MA          21 | |
| 6 Experiencia | 33- | |
| 7 Status Empleado (Contrato) | Perm.          01 | |
| 8 Sueldo Bruto | $2,145. | |
| 9 Núm. de la Plaza | R01742 | |
| 10 Categoría de la Plaza | Directora Secundaria  8533 | |
| 11 Clasificación Puestos Dir | V | |
| 12 Fondo | E | |
| 13 Cifra Cuenta | 99-111-081-09-415-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-01-000013-0000 | |
| 14 Fecha de Efectividad | 30 diciembre 1998 | |
| 15 Acción y Duración | Renuncia Jubilacion Años Serv. y Edad | |
| 16 Causa del Cese | jubilacion años serv. | |
| 17 Ultimo Día Trabajo | 18 diciembre 1998 | |
| 18 Ultimo Día de Pago | 8 Oct/99 (4:06 PM) | |
| 19 Programa Escolar | Directora Secundaria V | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Caguas II (Esc. Int. Luis Ramos Gonzalez)    013 Com. | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 19 y 20 Dic/98, Sáb. y Domingo, 21 al 30 Dic/98, Rec. Nav. | |

| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |
|---|---|
| | Pago Global: Enf.(107-d 3 hrs 25 min) 31 Dic/98 al 11 Junio/99(11:25 A.M) Vac. Reg.(80-d. 3 hrs. 41 min) 11 jun/99(11:25 AM)hasta 8 oct/99(4:06 PM |

26
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

Fecha

**RECIBIDO**
Dpto. de Educación
**FEB 8 - 1999**
Div. de Nóminas

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado          Fecha

28 Recomendado

Superintendente de Escuelas        Fecha
DIRECTOR REGIONAL

29 Recomendado

Superintendente de Escuelas        Fecha

Hacienda- CRIM
Incluidos

30 APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA                              FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

19 de febrero de 2021

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | SARA L. LOPEZ CARTAGENA |
| Seguro Social | : | Redacted 4925 |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | CAGUAS I_ |
| Sueldo Mensual | : | $2,145.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de diciembre de 1998 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 34 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/03/1964. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.