From: Sara L. López
Calle San Bernardo H-11 Urb Mariolga
Caguas, P.R. 00725

RETURN RECEIPT
REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767