19 de mayo de 2021

Por este medio, yo Jesús Mercado Baños estoy solicitando que se me pague la deuda. Adjunto copias de dicho caso en las que aparecen los licenciados que estuvieron a cargo del caso.

No. 17 BK 3283 - LTS

Atentamente,

*Jesús Mercado Baños*

Jesús Mercado Baños

Jesús [illegible]
HC-01 Box 6242
Yauco P.R 00698

Secretaria Clerks office
Tribunal de Distrito de los
Estados Unidos
# 150 Ave. Chardón
Edificio [illegible] Federal Building
San Juan (Puerto Rico) 00918