

18 de mayo de 2021

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767

Re: Replica contra la Objeción Global de la reclamación 14706

A quien pueda interesar:

Según solicitado, estamos haciendo una replica para la Objeción Global de nuestra reclamación 14706 del caso 17 BK 3283-LTS (Promesa Titulo III).

La objeción indica: El demandante omitió proporcionar pruebas evidentes para apoyar el reclamo asegurado.

Nuestra replica se basa en que incluimos las evidencias de factura y conduce (evidencia de recibo en la Agencia de Gobierno) con la firma de un representante de la misma.

Junto con esta carta incluimos toda la evidencia que se envió en febrero 2019 y la notificación de la Objeción Global.

Entendemos que con esta evidencia, no debe proceder la Objeción.

Cualquier duda o información adicional, pueden comunicarse con nosotros al 787-798-2160 o correo electrónico gloperena@unicarepr.com

Gracias,

Ginnette M. Loperena Nigaglioni
Gerente de Crédito

copia: Abogado de la Junata de Supervisión y Abogados del Comité de Acreedores