**UNIVERSAL CARE CORP.**
PO Box 1051
Sabana Seca, PR 00952-1051

CERTIFIED MAIL

7019 2280 0001 0417 6927

FIRST-CLASS
US POSTAGE
$008.25
PITNEY BOWES
02 7H
0001283503  MAY 19 2021
MAILED FROM ZIP CODE 00961

RECEIVED AND FILED
CLERK'S US DISTRICT COURT
U.S. DISTRICT COURT, S.J., PR
SAN JUAN, PR
21 MAY 21 PM 5:36

Secretaría
Tribunal de Destrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767