17 de mayo de 2021

Por la presente yo Edgardo L. Santiago Santiago por este medio estoy autorizando que se investigue el caso 5594 Commonwealth of Puerto Rico a la saciedad posible ya que me están informando que yo recibí ese dinero, el cual a mi entender no es cierto ya que eso era un aumento en sueldo que se acumulo por anos y nunca lo hicieron efectivo. Cualquier disposición a ustedes; les envío copia de los documentos referentes al caso. De tener alguna duda favor informarme.

Atentamente,

Edgardo L. Santiago Santiago