Edgardo Santiago Santiago
HC-04 Box 12958
Yauco, P.R. 00698

SAN JUAN PR 009
18 MAY 2021 PM 2 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918

00918$1703 C018