**Exhibit 5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------ X
                                                             :
In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :  Title III
                                                             :
       as representative of                                  :  Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,                      :  (Jointly Administered)
                                                             :
       Debtors.[1]                                           :
------------------------------------------------------------ X
```

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**NOTICE OF DEPOSITION TO JUSTIN M. PETERSON**
**PURSUANT TO FED. R. CIV. P. 30**

**PLEASE TAKE NOTICE** that, in connection with the Debtors' motion to approve their disclosure statement for the second amended plan of adjustment filed on March 8, 2021, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter under Section 310 of PROMESA (48 U.S.C. § 2170), and Federal Rules of Bankruptcy Procedure 7030 and 9014, the Official Committee of Unsecured Creditors[2] (the "Committee") will take the deposition upon oral examination of Justin Peterson. This deposition will commence on May 11, 2021 at 9:00 a.m. EST, at a location and by a method to be determined.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

The deposition shall continue from day to day thereafter, excluding weekends and holidays, until completed or adjourned. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and video.

Dated: April 23, 2021
      San Juan, Puerto Rico

/s/ Nicholas A. Bassett
PAUL HASTINGS LLP
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

Luc A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

2