# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**[PROPOSED] ORDER GRANTING URGENT MOTION OF AMBAC ASSURANCE
CORPORATION AND FINANCIAL GUARANTY INSURANCE COMPANY TO
COMPEL DISCOVERY FROM THE GOVERNMENT PARTIES IN CONNECTION
WITH THE DISCLOSURE STATEMENT**

Upon consideration of the *Urgent Motion of Ambac Assurance Corporation and Financial

Guaranty Insurance Company to Compel Discovery from the Government Parties in Connection

with the Disclosure Statement* (the "Urgent Motion"),[2] the relevant portions of the docket, and

being otherwise fully advised in the matter; and the Court having jurisdiction over this matter

under 28 U.S.C. § 1331 and PROMESA § 306(a), 48 U.S.C. § 2166(a); and venue being proper

under 28 U.S.C. § 1391(b) and PROMESA § 307(a), 48 U.S.C. § 2167(a); and due and proper

notice of the Urgent Motion having been provided, and it appearing that no other or further notice

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Urgent Motion.

need be provided; and the Court having determined that the legal and factual bases set forth in the
Urgent Motion establish just cause for the relief granted herein; and upon all of the proceedings
had before the Court and after due deliberation and sufficient cause appearing therefore, the Court
hereby ALLOWS the Urgent Motion and ORDERS THAT:

1.   The Urgent Motion is GRANTED as set forth herein.

2.   The Government Parties are ordered to produce documents responsive to the Requests
for Production by no later than June 10, 2021, and to produce witnesses in response to the
Deposition Cross-Notices no later than June 14, 2021.

3.   The terms and conditions of this Order shall be immediately effective and enforceable
upon its entry.

4.   The Court shall retain jurisdiction to hear and determine all matters arising from or
relating to the implementation, interpretation, or enforcement of this Order.

5.   This Order resolves Docket Entry No.___in Case No. 17-BK-3283-LTS.


Dated:_____, 2021
          San Juan, Puerto Rico

          _____
          Laura Taylor Swain
          United States District Court Judge