# **EXHIBIT E**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## AMBAC ASSURANCE CORPORATION AND FINANCIAL GUARANTY INSURANCE COMPANY'S CROSS-NOTICE OF DEPOSITION OF JUSTIN M. PETERSON

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rule 9014 of the Federal Rules of Bankruptcy Procedure, in connection with the *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF No. 16741), filed on May 11, 2021, and in response to the *Official Committee of Unsecured Creditors' Notice of Deposition to Justin M. Peterson Pursuant to Fed. R. Civ. P. 30*, dated April 23, 2021, Ambac Assurance Corporation and Financial Guaranty Insurance Company, through their counsel, hereby issue this cross-notice that they will take the deposition upon oral examination of Justin M. Peterson.

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

The deposition will commence on June 9, 2021 at 9:00 a.m. EST, at a location to be determined by agreement of the parties or order of the Court. At the request of the witness, in lieu of an in-person appearance, the deposition may be conducted via video conference pursuant to an agreement of the parties. The deposition shall continue from day to day thereafter until completed or adjourned.

The deposition will take place before a notary public or other officer authorized to administer oaths and record testimony pursuant to Federal Rule of Civil Procedure 28. The deposition will be recorded by stenographic means and videotaped.

Dated: May 14, 2021
      San Juan, Puerto Rico

| | |
|---|---|
| **FERRAIUOLI LLC** | **REXACH & PICÓ, CSP** |
| By: /s/ *Roberto Cámara Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>      scolon@ferraiuoli.com | By: /s/ *María E. Picó*<br>María E. Picó<br>(USDC-PR No. 123214)<br>802 Ave. Fernández Juncos<br>San Juan, PR 00907-4315<br>Telephone: (787) 723-8520<br>Facsimile: (787) 724-7844<br>Email: mpico@rexachpico.com |
| **MILBANK LLP** | **BUTLER SNOW LLP** |
| By: /s/ *Atara Miller*<br>Dennis F. Dunne (admitted *pro hac vice*)<br>Atara Miller (admitted *pro hac vice*)<br>Grant R. Mainland (admitted *pro hac vice*)<br>John J. Hughes, III (admitted *pro hac vice*)<br>Jonathan Ohring (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530 5219<br>Email: ddunne@milbank.com<br>    amiller@milbank.com<br>    gmainland@milbank.com<br>    jhughes2@milbank.com<br>    johring@milbank.com<br><br>***Attorneys for Ambac Assurance Corporation*** | By: /s/ *Martin A. Sosland-*<br>Martin A. Sosland (admitted *pro hac vice*)<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>Telephone: (469) 680-5502<br>Facsimile: (469) 680-5501<br>Email: martin.sosland@butlersnow.com<br><br>James E. Bailey III (admitted *pro hac vice*)<br>Adam M. Langley (admitted *pro hac vice*)<br>6075 Poplar Ave., Suite 500<br>Memphis, TN 38119<br>Telephone: (901) 680-7200<br>Facsimile: (901) 680-7201<br>Email: jeb.bailey@butlersnow.com<br>    adam.langley@butlersnow.com<br><br>***Attorneys for Financial Guaranty Insurance Company*** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, the foregoing was served upon Mr. Peterson and the Financial Oversight and Management Board for Puerto Rico, through their counsel, via email.

/s/ *Jonathan Ohring*
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: johring@milbank.com

- 4 -