# **EXHIBIT F**

O'Melveny

O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429

T: +1 949 823 6900
F: +1 949 823 6994
omm.com

May 14, 2021

**Elizabeth L. McKeen**
D: +1 949 823 7150
emckeen@omm.com

**VIA EMAIL**

Jonathan Ohring, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163

Re:     Discovery Regarding Disclosure Statement for the Third Amended Title III Joint Plan of
        Adjustment of the Commonwealth of Puerto Rico, et al.

Counsel:

On behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), I
write in response to your May 12, 2021 letter.  In it, you purported to serve discovery on the
Financial Oversight and Management Board of Puerto Rico ("FOMB" or the "Board"), as well
as on AAFAF and its advisors, relating to the disclosure statement filed by the Board.

We are in receipt of the FOMB's communication to you of earlier today, and we agree that the
discovery propounded by Ambac and FGIC is neither necessary nor appropriate.  Your document
requests seek information that does not pertain to the adequacy of the disclosure statement or to
any potential objection thereto.  Moreover, because AAFAF is not the party seeking approval of
the disclosure statement, your requests to AAFAF (rather than the Board) are also improper for
that reason.

On that basis, AAFAF objects to your disclosure statement discovery in its entirety and reserves
all rights in connection with the same.  To that end, we do not believe it is appropriate for our
client to incur the burden of preparing responses and objections to your voluminous discovery
requests, given that they are categorically improper.

As always, we are available to meet and confer, should you like.

Sincerely,

*/s/ Elizabeth L. McKeen*

Elizabeth L. McKeen, Esq.

cc:     Margaret Dale, Esq.
        Martin A. Sosland, Esq.
        Luc A. Despins, Esq.

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo