# **EXHIBIT N**

| | |
|---|---|
| **From:** | Ohring, Jonathan |
| **To:** | Stafford, Laura; Rosen, Brian S.; Dale, Margaret A.; Mervis, Michael T.; Barak, Ehud; McKeen, Elizabeth L.; Friedman, Peter; Pavel, Ashley |
| **Cc:** | Luc A. Despins; Bassett, Nicholas; G. Alexander Bongartz; Farmer, Will C.; Mervis, Michael T.; Barak, Ehud; Martin A. Sosland; Adam M. Langley; James E. Bailey III; Candice Carson; Dunne, Dennis; Miller, Atara; Mainland, Grant; Alonzo, Julia D. |
| **Subject:** | RE: Disclosure Statement Discovery Requests |
| **Date:** | Monday, May 17, 2021 4:26:00 PM |

Margaret,

We are in receipt of your May 13 letter on behalf of the Board, responding to my May 12 letter. Without going point-by-point, suffice it to say that we disagree with the positions taken in your letter regarding the propriety of Ambac and FGIC's discovery requests, and we reserve all rights.

I note that your letter did not respond to the question in my May 12 letter regarding the Board's failure to include a best interests analysis in its Disclosure Statement. Please confirm when that analysis will be made available to creditors.

Thank you,

Jonathan

Jonathan Ohring | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5147 | M: +1 757.784.2302
johring@milbank.com | milbank.com