# EXHIBIT O

| | |
|---|---|
| **From:** | Ohring, Jonathan |
| **To:** | Stafford, Laura; Rosen, Brian S.; Dale, Margaret A.; Mervis, Michael T.; Barak, Ehud; McKeen, Elizabeth L.; Pavel, Ashley |
| **Cc:** | Luc A. Despins; Bassett, Nicholas; G. Alexander Bongartz; Mervis, Michael T.; Barak, Ehud; Martin A. Sosland; Adam M. Langley; James E. Bailey III; Candice Carson; Dunne, Dennis; Miller, Atara; Mainland, Grant; Alonzo, Julia D.; Farmer, Will C. |
| **Subject:** | RE: Disclosure Statement Discovery Requests |
| **Date:** | Saturday, May 22, 2021 9:11:00 AM |
| **Attachments:** | image001.png |

Thank you, Laura.  We still have not received a response to our repeated requests regarding when the Board's best interests analysis will be made available to creditors.  (See my May 12 letter and my May 17 email.)  Please provide this information, and Ambac reserves all rights in this respect.

Regards,

Jonathan

Jonathan Ohring | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5147 | M: +1 757.784.2302
johring@milbank.com | milbank.com