**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**JOINT INFORMATIVE MOTION OF AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY WITH RESPECT TO (I) THE URGENT MOTION OF AMBAC ASSURANCE CORPORATION AND FINANCIAL GUARANTY INSURANCE COMPANY TO COMPEL DISCOVERY FROM THE GOVERNMENT PARTIES IN CONNECTION WITH THE DISCLOSURE STATEMENT, AND (II) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' URGENT MOTION TO COMPEL DISCLOSURE STATEMENT DISCOVERY FROM OVERSIGHT BOARD AND AAFAF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

To the Honorable United States District Judge Laura Taylor Swain:

Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company ("FGIC"), the Official Committee of Unsecured Creditors (the "UCC"), the Financial Oversight and Management Board for Puerto Rico (the "Board"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF", and, together with the Board, the "Government Parties") (collectively, the "Parties") respectfully submit this Joint Informative Motion to advise the Court of the Parties' agreed briefing schedule for (i) the *Urgent Motion of Ambac Assurance Corporation and Financial Guaranty Insurance Company to Compel Discovery from the Government Parties in Connection with the Disclosure Statement*, and (ii) the *Official Committee of Unsecured Creditors' Urgent Motion to Compel Disclosure Statement Discovery from Oversight Board and AAFAF* (the "Discovery Motions"), filed contemporaneously herewith.

1. The Discovery Motions seek orders compelling the Government Parties to produce documents and deposition testimony in response to discovery requests served by Ambac and FGIC, on the one hand, and the UCC, on the other hand. The discovery requests seek information Ambac, FGIC and the UCC contend relates to the Disclosure Statement,[2] as to which objections are due on June 15, 2021. In light of the June 15, 2021 deadline, Ambac, FGIC, and the UCC seek relief on an urgent basis. Although the Government Parties do not believe there is any urgency, they have agreed to the schedule set forth herein.

2. The Parties have agreed that the following briefing schedule would be appropriate for the Discovery Motions:

- **June 3, 2021**: Deadline for objections or responses to the Discovery Motions.

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Discovery Motions.

- 2 -

- **June 8, 2021**: Deadline for any replies to any objections or responses to the Discovery Motions.

Dated: May 26, 2021
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
Martin A. Sosland (admitted *pro hac vice*)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
Email: martin.sosland@butlersnow.com

James E. Bailey III (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

- 3 -

**PAUL HASTINGS LLP**

By: /s/ *Nicholas A. Bassett*
    Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
    875 15th Street, N.W.
    Washington, D.C. 20005
    Tel: (202) 551-1700
    nicholasbassett@paulhastings.com

    Luc A. Despins, Esq. *(Pro Hac Vice)*
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 318-6000
    lucdespins@paulhastings.com

    *Counsel to the Official Committee of Unsecured Creditors*

    - and –

**CASILLAS, SANTIAGO & TORRES LLC**

By: /s/ *Juan J. Casillas Ayala*
    Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
    Israel Fernández Rodríguez, Esq. (USDC – PR 225004)
    Juan C. Nieves González, Esq. (USDC - PR 231707)
    Cristina B. Fernández Niggemann, Esq. (USDC – PR 306008)
    PO Box 195075
    San Juan, Puerto Rico 00919-5075
    Telephone: (787) 523-3434 Fax: (787) 523-3433
    jcasillas@cstlawpr.com
    ifernandez@cstlawpr.com
    jnieves@cstlawpr.com
    crernandez@cstlawpr.com

    *Local Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| **O'NEILL & BORGES LLC** | **O'MELVENY & MYERS LLP** |
| /s/ *Hermann D. Bauer* | By: /s/ *Peter Friedman* |
| Hermann D. Bauer | John J. Rapisardi |
| USDC No. 15205 | Times Square |
| 250 Muñoz Rivera Ave., Suite 800 | New York, NY 10036 |
| San Juan, PR 00918-1813 | Tel: (212) 326-2000 |
| Tel: (787) 764-8181 | Fax: (212) 326-2061 |
| Fax: (787) 753-8944 | Email: jrapisardi@omm.com |
| Email: hermann.bauer@oneillborges.com | |
| | -and- |
| **PROSKAUER ROSE LLP** | Peter Friedman |
| /s/ *Martin J. Bienenstock* | 1625 Eye Street, NW |
| Martin J. Bienenstock | Washington, DC 20006 |
| Jeffrey Levitan | Tel: (202) 383-5300 |
| Ehud Barak | Fax: (202) 383-5414 |
| Michael T. Mervis | Email: pfriedman@omm.com |
| Margaret A. Dale | |
| (Admitted *Pro Hac Vice*) | -and- |
| Eleven Times Square | |
| New York, NY 10036 | Elizabeth L. McKeen |
| Tel: (212) 969-3000 | Ashley M. Pavel |
| Fax: (212) 969-2900 | 610 Newport Center Drive |
| Email: mbienenstock@proskauer.com | 17th Floor |
| jlevitan@proskauer.com | Newport Beach, California 92660 |
| ebarak@proskauer.com | Tel: (949) 823-6900 |
| mmervis@proskauer.com | Fax: (949) 823-6994 |
| mdale@proskauer.com | Email: emckeen@omm.com |
| | apavel@omm.com |
| *Attorneys for the Financial Oversight and Management Board, as Representative of the Commonwealth* | |
| | **MARINI PIETRANTONI MUÑIZ LLC** |
| | By: /s/ *Luis C. Marini-Biaggi* |
| | Luis C. Marini-Biaggi |
| | USDC No. 222301 |
| | Email: lmarini@mpmlawpr.com |
| | Carolina Velaz-Rivero |
| | USDC No. 300913 |
| | 250 Ponce de León Ave. |
| | Suite 900 |
| | San Juan, Puerto Rico 00918 |
| | Tel: (787) 705-2173 |
| | Fax: (787) 936-7494 |
| | lmarini@mpmlawpr.com |
| | cvelaz@mpmlawpr.com |

- 5 -

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com