# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Third Omnibus Objection**

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BROOK II, SPRUCE<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47211 | $ 41,360,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BROOKS, DAVID<br>700 HIGHSPIRE RD<br>GLENMOORE, PA 19343-1142 | 4/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4446 | $ 7,500.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CACHO CACHO, JUANA<br>BOX 574<br>DORADO, PR 00646 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10104 | $ 62,765.91 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CAPARROS SANTOS, HELVIA S.<br>ATTN: PATRICK D. O'NEIL<br>252 PONCE DE LEON AVE.<br>SUITE 1701<br>SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17107 | $ 12,145.25 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COOP AHORRO Y CREDITO EMPLEADOS FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00926-9710 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56194 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE LARES<br>PO BOX 191757<br>SAN JUAN, PR 00919 | 9/25/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170916 | $ 573,278.14 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | DEVELOPERS GROUP INC.<br>PMB 356<br>1353 CARR. 19<br>GUAYNABO, PR 00966 | 4/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6077 | $ 981,344.71 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | MARROIG, JUAN<br>URB. MANSION REAL BOX 404<br>COTO LAUREL, PR 00780 | 9/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 167580 | $ 90,000.00* |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, HTA, and/or ERS such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MUTH, JOHN T<br>5703 GLEN CARLA DR.<br>HUNTINGTON, WV 25705 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3720 | $ 13,720.47 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | QUILICHINI PAZ, FLORENCE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27559 | $ 48,140.50 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RAMIREZ DE ARELLANO, ALFRED<br>JOSE E ROSARIO<br>PO BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107132 | $ 4,069.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | REYES GILESTRA, TRISTAN GUELOP<br>VILLAS PALMAR SUR<br>2 PALMA DE MARCA<br>CAROLINA, PR 00979 | 4/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9356 | $ 2,362,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by COFINA, PREPA, PRPBA, and GDB, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, PREPA, PRPBA, and GDB, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA, PREPA, PRPBA, and GDB or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | ROSARIO MOJICA, EUGENIO<br>URB. ENCANTADA PARQUE DEL RIO<br>PE12 VALLE DEL RIO<br>TRUJILLO ALTO, PR 00976 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50851 | $ 15,882.27 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | STEWART, RICHARD<br>2701 HAMPTON CIRCLE N<br>DELRAY BEACH, FL 33445 | 5/29/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174072 | $ 120,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | SUCESION J. SERRALLES SECOND, INC<br>PO BOX 801201<br>COTO LAUREL, PR 00780-1201 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18289 | $ 90,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SUSAN A JENNINGS, TRUSTEE<br>4009 GREENVIEW DR<br>URBANDALE, IA 50322 | 3/5/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173717 | $ 1,130,002.92 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | WINER, LEON<br>REGENCY PARK SUITE 1902, 155 CORAZO ST.<br>GUAYNABO, PR 00971-7801 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16556 | $ 55,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 46,925,849.17* |