Date: May 24, 2021

ESTATE OF VERA BRYANT
C/O SHEENA CASEY
4828 WILDER AVE
BRONX, NY 10470-1212

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
#150 CHARDON AVE
FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918

ATTN: MARTIN J BIENENSTOCK OR BRIAN S. ROSEN

RE: Case 17-03283-LTS, Docket# 16638-4, ESTATE OF VERA BRYANT,
    DEBTOR: COMMONWEALTH OF PUERTO RICO

Dear Mr. Bienenstock & Mr. Rosen

My name is Sheena Casey and I'm the daughter of Vera Bryant. I'm writing to respond to the notice that I'm in receipt of from the United States District Court for the District of Puerto Rico regarding the above claim that we've filed. It is to my understanding that the Commonwealth of Puerto Rico is seeking to have the above claim dismissed siting non liability. We are seeking and demanding that the Commonwealth of Puerto Rico to be held liable for this property that rightfully belong to us. Please see the attached supporting documents to prove the claim to be valid.

As the supporting documents shows, there were 2 savings accounts that were open at United Federal Saving and Loan Association. When we filed a claim for unclaimed property, the Commonwealth of Puerto Rico processed our claim and forwarded a check in the amount of $968.00 from account # S-Redacted This was one of the 2 savings accounts that were opened at United Federal Savings and Loan. However, we're still waiting for a check from the second savings account #S-2143 in the amount of $9,149.92. It was been over 9 years since we've filed our claim and have not received a response until now. Please submit any and all documentation to the district court no later than June 2, 2021 in order for our claim to remain on the court docket. The above statement stated in this letter is true to the best of my ability. Please send us confirmation of this response to the following address:

ESTATE OF VERA BRYANT
C/O SHEENA CASEY
4828 WILDER AVE
BRONX, NY 10470-1212

Thank you for your cooperation in this matter.

Regards,

*Sheena Casey*

Sheena Casey