**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS and HTA.** |

**NOTICE OF THE THREE HUNDRED FOURTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE IT SEEKS RECOVERY OF AN AMOUNT FOR WHICH THE DEBTORS ARE NOT LIABLE.

THIS OBJECTION SEEKS TO ALTER YOUR RIGHTS. ANY CLAIM THAT IS DISALLOWED WILL BE TREATED AS THOUGH IT WERE NEVER FILED.

IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u>, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

      **PLEASE TAKE NOTICE THAT**, on April 30, 2021, the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), the Puerto Rico Highways and Transportation Authority ("<u>HTA</u>"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>," and together with the Commonwealth and HTA, the "<u>Debtors</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[1] filed the *Three Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System for the Government of the*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ESTATE OF VERA BRYANT | 8105 | 4/23/2018 | Commonwealth of Puerto Rico | $9,149.92 |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and United Federal Savings and Loans Assoc, which is not part of the Title III proceedings. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ESTATE OF VERA BRYANT | 8105 | 4/23/2018 | Commonwealth of Puerto Rico | $9,149.92 |
| Base para: | La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la United Federal Savings and Loans Assoc, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | |

## Three Hundred and Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CALIZ, RUTH<br>HC 01 BOX 9334<br>GUAYANILLA, PR00656 | 10/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177399 | $ 2,699 |

Reason: The asserted claim fails to attach documentation supporting liability against the Debtors. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim. Debtor Travel Concepts is not part of these cases.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | COLON ALICEA, MARIBEL<br>PO BOX 580<br>CIDRA, PR 00739 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17898 | $ 2,948 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show there is no record of pending refund due to creditor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ESTATE OF VERA BRYANT<br>4828 WILDER AVE<br>BRONX, NY 10470-1212 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8105 | $ 9,149 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and United Federal Savings and Loans Assoc. which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GANDIA GARCIA, GILBERTO<br>URB LAS LOMAS<br>1698 CALLE 28 SW<br>SAN JUAN, PR 00921 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25899 | $ 793 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to "ASUM payments.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | GARCIA HICKS, JASLIND<br>STA. JUANITA P18 CALLE FORMOSA<br>BAYAMON, PR00956 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116159 | Undetermin |

Reason: Proof of Claim asserts liability on the basis of a complaint filed against an agency of the Commonwealth of Puerto Rico concerning an employment dispute, but which was dismissed with prejudice as to all defendants.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GARCIA RIVERA, FRANCIS<br>URB SAN IGNACIO<br>1711 CALLE EDMUNDO<br>SAN JUAN, PR 00927-6541 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 67736 | $ 258,000. |

Reason: Proof of Claim asserts liability on the basis of a complaint filed against the Highways and Transportation Authority for alleged discrimination in the awarding of construction contracts, but complaint was dismissed against all defendants.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | LAS LOMAS CONSTRUCTION SE<br>JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902-3914 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150185 | $ 3,226,452. |

Reason: Proof of Claim asserts liability on the basis of a breach of contract adversary proceeding initially filed in the claimant's principal bankruptcy case, but the claimant's bankruptcy case and the related adversary proceeding were both dismissed.

\* Indicates claim contains unliquidated and/or undetermined amounts



# UNITED FEDERAL SAVINGS
*and Loan Association*
OF PUERTO RICO

1508 F.D. ROOSEVELT AVENUE
TEL. 783-3370

G. P. O. BOX 2647
SAN JUAN, PUERTO RICO 00936

PETER P. PISAPIA
ATTORNEY AT LAW
295 Ninth St.
Brooklyn, N. Y. 11215

(Date) November 17, 1981

Gentlemen:

In reply to your inquiry of November 13, 1981 regarding Mrs. Vera Bryant we give you below the information available concerning our relationship with this person.

__X__ Savings Account: Redacted
   Since __7-6-64__
   Present Balance $ __$9,149.92__
   How conducted --------
   Loan guaranteed by this account $ ____

_____ Mortgage Loan Account:
   Original amount $ __-0-_____ Date _____
   Term . . . . . . . _____ Present balance $ ____
   Monthly payment $ _____ Payments past due ____
   General experience _____

Remarks:
_____
_____
_____
_____

Yours very truly,

_____
Authorized Signature



# UNITED FEDERAL SAVINGS

Sucursal de Santurce: Avenida Ponce de Leon 1077, Santurce P.O. Box 9542, Santurce, Puerto Rico 00908 Tel. 724-6836

October 15, 1973

### TO WHOM IT MAY CONCERN

Hereby we certify that Mrs. Vera Bryant maintain a regular savings account in this Association with a present balance $6,274.81.

Gloria O'neill
Sub Manager

Go/cst

## UNITED FEDERAL SAVINGS
### and Loan Association
#### OF PUERTO RICO

1508 F.D. ROOSEVELT AVENUE  
TEL. 783-3370

G. P. O. BOX 2647  
SAN JUAN, PUERTO RICO 00936

PETER P. PISAPIA  
ATTORNEY AT LAW

(Date) November 17, 1981

Gentlemen:

In reply to your inquiry of __November 13, 1981__ regarding __Mrs. Vera Bryant__

we give you below the information available concerning our relationship with this person.

__X__ Savings Account: Redacted  
   Since __7-8-68__  
   Present Balance $ __968.00__  
   How conducted _____  
   Loan guaranteed by this account $ ____

____ Mortgage Loan Account:

   Original amount $ _____ Date _____  
   Term ....... _____ Present balance $ ____  
   Monthly payment $ _____ Payments past due _____  
   General experience _____

Remarks:

Yours very truly,

Authorized Signature