Estate of Vera Bryant
c/o Sheena Casey
4828 Wilder Ave
Bronx, NY 10470-1212



**FIRST CLASS**

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767