# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Seventh Omnibus Objection**

## Three Hundred and Seventh Omnibus Objection
### Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANA D RODRIGUEZ HERNANDEZ & MIGUEL A BURGOS FIGUEROA<br>URB MUNOZ RIVERA<br>8 CALLE ALBORADA<br>GUAYNABO, PR 00969-3566 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22446 | $ 290,997.60 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 2 | BARRIOS RIVERA, GREGORIO<br>HC 4 BOX 136751<br>ARECIBO, PR 00612-9222 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6373 | $ 663,883.62 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 3 | CINTRON OTERO, BLANCA I<br>BARRIO ACHIOTE<br>SECTOR ALDEA<br>NARANJITO, PR 00719 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18226 | Undetermined* |
| | Reason: Claimant does not provide a bankruptcy form and appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 4 | DEFENDINI GARCIA, IRAIDA<br>URB. FLORAL PARK<br>422 CALLE FRANCISCO SEIN<br>SAN JUAN, PR 00917 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4119 | Undetermined* |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 5 | FIDEICOMISO BASORA CHABRIER<br>VICTOR MANUEL BASORA, TRUSTEE<br>PASTERALE 1715, PURPLE TREE<br>SAN JUAN, PR 00926 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32088 | $ 5,000.00 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |

## Three Hundred and Seventh Omnibus Objection
### Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | GONZALEZ MANRIQUE, MIGUEL<br>14 AMAPOLA ST.APT.1001<br>URB. BIASCOLHEA<br>CAROLINA, PR 00979 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16369 | $ 426,308.39 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in "bonds and funds" issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ, ESTELA<br>UNIVERSITY GARDENS<br>265 GEORGETOWN<br>SAN JUAN, PR 00927-4114 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149044 | $ 269,435.14 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | LUTGARDO ACEVEDO LOPEZ/PV SYSTEMS INTEGRATORS @ ENGINEERS OF PR<br>5 CALLE PALOMA<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17722 | $ 310,170.98 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | QUILICHINI ORTIZ, JESSICA M<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23807 | $ 5,959.98 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | QUILICHINI PAZ , CARLOS A<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27646 | $ 12,173.22 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim.

Three Hundred and Seventh Omnibus Objection
Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | SANTANDER QUE PASO SUS CUANTA EN BOSTON<br>SIXTO HERNANDEZ LOPEZ<br>URB. BUCARE ESMERALDA 19<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154015 | $ 25,873.07 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| 12 | SOLA APONTE, LISETTE<br>TERRALINDA<br>3 CALLE ARAGON<br>CAGUAS, PR 00727 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26888 | $ 299,050.57 |
| | Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | | | |
| | | | | | TOTAL | $ 2,308,852.57* |

* Indicates claim contains unliquidated and/or undetermined amounts