Anejo: **EMPLEADO - ACTIVO**
Caso: JEANNETE ABRAMS DIAZ et als, v DTOP
(caso num: K AC 2005 – 5021 con sentencia final y firme)

26-mayo-2021

1. _Pedro Luis Camacho Rodriguez_
   Nombre en letra molde, con dos apellidos.

2. _17 BK 3283 - LTS_
   Número reclamo designado, según se indica en la carta recibida del Tribunal Federal.

3. Soy reclamante en el caso de Jeanette Abrams Diaz et als.v DTOP caso num. K AC 2005-5021

4. Para la copia de la Sentencia y documentos que acreditan mi reclamación y cantidad que me corresponde, favor remitirse al **CLAIM no. 50221**

5. $ _N/A_
   (contra oferta, cantidad)

6. Se aclara que toda vez que mi caso se refiere a una reclamación salarial, donde se dictó Sentencia a mi favor, que es final y firme, solicito se tramite mi caso bajo el "ACR Procedure", de forma que se proceda con el pago de la sentencia bajo el curso ordinario. En la alternativa, se solicite Orden al tribunal, para que autorice excluir mi caso de la clase 55. Además, se proceda a corregir mi retribución mensual, mediante la correspondiente enmienda de mi OP-15 o el formulario de Informe de Cambio salarial, correspondiente.

7. Favor comunicarse con mi abogada en relación al asunto de referencia o para cualquier otra información adicional que necesite:

   Lcda. Ivonne González Morales
   PO Box 902-1828
   San Juan, PR 00902-1828
   Tel: 787- 410-0119
   Email: ivonnegm@prw.net

26-Mayo-2021

Calle Dieppa #4
Humacao PR 00791
Tel. 787-223-9761

Case:17-03283-LTS Doc#:16831-1 Filed:05/28/21 Entered:05/28/21 11:38:58 Desc: Defective Filing by Pedro Luis Camacho Rodriguez Page 2 of 3

SRF 52652

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL*. AND HEARING THEREON**

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as sole representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States District Court for the District of Puerto Rico (the "Court"):

(i) the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16740] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Plan"), and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

LTS  Doc#:16831-1  Filed:05/28/21  Entered:05/28/21
ctive Filing by Pedro Luis Camacho Rodriguez  Page 3

Pedro Luis Camacho Rodriguez
Café Diggra #4
Humacao PR 00791

SAN JUAN PR 009
26 MAY 2021 PM 1 L

Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170999

2021 MAY 28 AM 8:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR