**CASO: FRANCISCO BELTRAN-CINTRON, et als v. DEPTO. DE LA FAMILIA, ARV y AIJ**
**CASP NUMERO: 2021-01-0345** (antes, TPI caso K AC 2009-0809)

1. _Luis A. Hernandez Miranda_
   Nombre en letra molde, con dos apellidos.

2. _17 BK 3283 - LTS_
   Número reclamo designado (según se indica en la carta que recibieron)

3. Soy reclamante en el caso de FRANCISCO BELTRAN-CINTRON, et als. v. Departamento de la Familia, ARV y AIJ. Caso: CASP 2021-01-0345 (antes TPI caso K AC 2009-0809)

4. Para los documentos que acreditan mi reclamación, favor remitirse al **CLAIM No. 179140.**

5. $_____
   (cantidad estimada de mi reclamación)

6. Toda vez que, el Código de Quiebras federal me garantiza el derecho a votar para la confirmación del plan fiscal, al tener una reclamación salarial válida, solicito que en conformidad a la Regla 3018 (a), se estime el valor de mi reclamación. Se aclara, que este requerimiento es de fácil cumplimiento, pues durante el proceso seguido en el caso K AC 2009-0809 el (DF, ARV y NIJ) realizaron auditorias de los puestos incluidos en la demanda de referencia, y poseen toda la información pertinente sobre el valor estimado de los salarios que se retuvieron en violación de la ley y de mi contrato de empleo. Esto, siguiendo los parámetros establecidos mediante las sentencias dictadas en los casos de *Carmen Socorro Cruz Hernández et als*, v DF et als, caso num.1991-0665; *Nilda Agosto et als v DF*, caso num: K PE2005-0608 y *Santiago Declet v DF*, 153 DPR 208 (2001).

   Tan pronto se cumplan con las disposiciones de la Regla 3018 (a) y se me notifique el valor de mi reclamación, someteremos nuestra propuesta de estipulación de mi caso.

7. Toda vez que la causa de acción radicada en mi caso se refiere a una reclamación salarial que surge dentro del curso ordinario del empleo, y donde se violaron estatutos laborales locales y federales, así como las disposiciones de mi contrato de trabajo, procede tramitar mi caso bajo el "ACR Procedure" y de esa forma, se me garantice el debido proceso y la igual aplicación de la ley.

8. Favor comunicarse con mi abogada, en relación a mi caso y asunto de referencia:
   Lcda. Ivonne González Morales, PO Box 902-1828, San Juan, PR 00902-1828
   Teléfono: 787- 410-0119; Email: ivonnegm@prw.net

## ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**NOTIFICACIÓN DE PRESENTACIÓN DE LA DECLARACIÓN DE DIVULGACIÓN PARA EL TERCER PLAN DE AJUSTE CONJUNTO ENMENDADO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS ELABORADO CONFORME AL TÍTULO III, Y DE LA CORRESPONDIENTE VISTA**

**OBSÉRVESE QUE** el 11 de mayo de 2021, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante del Estado Libre Asociado de Puerto Rico (el "ELA"), del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") y de la Autoridad de Edificios Públicos de Puerto Rico (la "AEP"), conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (la Junta de Supervisión, en su capacidad como el único representante del ELA, del SRE y de la AEP, se denominará los

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101-2241.

123526033v1

Luis A. Hernandez Miranda
Urb. Sabana,
Calle Costa Rica J-2
Sabana Grande, P.R. 00637

U.S. DISTRICT COURT
SAN JUAN, PR
2021 MAY 28 AM 8:05

Tribunal Distrito de los Estados Unidos
Secretaria Clerk's Office
Avenida Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767