# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Eleventh Omnibus Objection**

Three Hundred and Eleventh Omnibus Objection
Exhibit A - Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PANAGOPOULOS, PAVLOS<br>PO BOX 1279<br>BELEN, NM 87002-1279 | 3/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2111 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with "bonds" issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 2 | PASTOR, CARMEN G., AS UNIVERSAL HEIR OF DAVID PASTOR-PEREZ<br>EMILIO E. SOLE-DE LA PAZ ESQ., RAFAEL G. MARTINEZ-GEIGEL, ESQ.<br>13031 SOUTHWEST 119 STREET<br>MIAMI, FL 33186-4507 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30383 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with "securities" issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for identifying the interests purportedly held or asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | QUILICHINI ORTIZ, NICOLE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28603 | $ 5,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with an "IRA" issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | SABATINI, PAUL<br>1500 WASHINGTON ST APT7J<br>HOBOKEN, NJ 07030 | 3/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1829 | $ 15,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 30,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts