May 21, 2021

The United States District Court, Clerk's Office. 150 Carlos Chadron's Ave.
San Juan, P.R. 00918-1767

Ref:
Bankruptcy Case Retirement system, "SRE". Public Employed employees of Puerto Rico.

Gentlemen:

The subscriber does not have retirement help, other than Social Security and personal savings. There is not any big Company Retirement check. Just a long life of work and planning, to rely on. I am now 82 years old...

Like a valuable investment, I picked a "Public Employees Retirement Plan Bond of Puerto Rico", protected by the Constitution and good will of the Island; (a Territory of the United States).

To me such a combination could not bankrupt. And make fun of their debtors. **How can a Territory bankrupt and the main territory remain still**? **To me,** a **State could, a Territory couldn't**

All the sudden and in chock, I am now been offered pennies for dollars and interest on the principal was denied for years. **I can not back that offering. The retirement of the Public employees will be paid in full (some of it with my investment) but they offer pennies for dollars on my retirement, based on my bonds, nobody can back that offering.**

Very truly yours,

Antonio Martin, 6992.
Caparra Hills,
Yagrumo H-22, Guaynabo, P.R.
00968
THIS PC/DOCUMENTOS/JUNTA DE SUPERVISIÓN FISCAL/BONOS DEL RETIRO ENGLISH



CAPARRA HILLS, H-22 YAGRUMO ST, GUAYNABO, PR 00968   TONY MARTIN ARCHITECT (787) 502-8741

TONY MARTIN. ARCHITECT. CAPARRA HILLS. YAGRUMO H. 22 GUAYNABO P.R. 00968



SAN JUAN PR 009

24 MAY 2021 PM 1 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 MAY 28 AM 8:04

The United States District Court
Clerk's Office
150 Carlos Chardon's Ave.
Old San Juan, Puerto.
00918-1767

00918-170399

