# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*/s/ Andrew Chan*
Andrew Chan

Dated: May 27, 2021

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 27, 2021, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.
*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16462<br>16463<br>16464 | Lehman Brothers Special Financing Inc<br>Lehman Brothers Holdings Inc<br>Attn: Abhishek Kalra<br>277 Park Avenue, 46th Floor<br>New York, NY 10172<br><br>Lehman Brothers Special Financing Inc<br>Jones Day<br>Attn: Locke R. McMurray<br>250 Vesey Street<br>New York, NY 10281 | Lehman Brothers Holdings Inc<br>Attn: Claire Leonard<br>110 E 42nd Street, Suite 820<br>New York, NY 10017 | April 30, 2021 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 16466<br>16467 | Lehman Brothers Special Financing, Inc<br>Attn: Abhishek Kalra<br>277 Park Avenue, 46th Floor<br>New York, NY 10172<br><br>Lehman Brothers Special Financing, Inc<br>c/o Kristine Dickson, Lehman Brothers Holdings Inc<br>277 Park Avenue, 46th Floor<br>New York, NY 10172<br><br>Lehman Brothers Special Financing, Inc<br>Jones Day<br>Attn: Locke R. McMurray<br>250 Vesey Street<br>New York, NY 10281 | Lehman Brothers Holdings, Inc<br>Attn: Claire Leonard<br>110 E. 42nd St., Suite 820<br>New York, NY 10017 | April 30, 2021 |
| 16589 | Puerto Rico BAN (CE) LLC, Puerto Rico BAN (CIII) LLC, Puerto Rico BAN (CI) LLC, Puerto Rico BAN (IV) LLC, Puerto Rico BAN (V) LLC, Puerto Rico BAN (VL) LLC<br>Attn: Gary S. Lee<br>250 West 55th Street<br>New York, NY 10019 | Silver Point Capital, L.P.<br>Attn: Credit Admin<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | April 30, 2021 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283