# United States Court of Appeals
## For the First Circuit

Nos.  19-2231
      20-1279

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors.

JORGE A. DÍAZ MAYORAL; JUAN A. FRAU ESCUDERO,

Movants, Appellants,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO,

Debtor, Appellee.

**JUDGMENT**

Entered: May 27, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's orders are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, Ricardo Burgos-Vargas, John E. Roberts, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Laura E. Stafford, Daniel Jose Perez-Refojos, Michael Luskin, Stephan E. Hornung, Chad Golder, Julia D. Alonzo, Michael A. Firestein, Paul V. Possinger, Lary Alan Rappaport, Steven O. Weise, Maja Zerjal, Ginger D. Anders, William D. Dalsen, Adele M. El-Khouri, Jeffrey W. Levitan, Kevin J. Perra, Jennifer L. Roche, Brian S. Rosen, Sarah G. Boyce, Rachel G. Miller Ziegler, Guy Brenner, Lucas Kowalczyk, Juan Carlos Ramirez-Ortiz, Steve Y. Ma, Ralph C. Ferrara, Chantel L. Febus, Ann M. Ashton, Raul Castellanos-Malave, Arturo Diaz-Angueira, Joseph P. Davis III, Katiuska Bolanos-Lugo, Monsita Lecaroz-Arribas, Carlos Alberto Ruiz Rodriguez, Monique Diaz-Mayoral, Moraima S. Rios-Robles, Jessica A. Figueroa-Arce, Gabriel A Miranda-Rivera, Andres W. Lopez, Luis Francisco Del-Valle-Emmanuelli, Jose Alberto Sosa-Llorens, Richard A. Chesley, Clarisa I. Sola-Gomez, Luis E. Pabon-Roca, Edwin Rivera Bonilla, Juanita Ortiz Garcia, Vanessa Hernandez Rodriguez, Charles Alfred Cuprill