Maritza Román Nieves
HC 30 Box 33601
en Lorenzo PR 00754

RECEIVED

U.S.
SAN JUAN, PR

2021 MAY 28 PM 3: 35

Secretaria (clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal Avenida Chardon
San Juan PR 00918-1767

7020 1290 0000 9307 6990

CERTIFIED MAIL

SAN JUAN PR 009
26 MAY 2021 PM 2 1

1000

00918

$7.00