**EXHIBIT A**
**Schedule of Claims Subject to the Two Hundred Sixty-Third Omnibus Objection**

Two Hundred and Sixty-Third Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | HERRERA SANCHEZ, NAZARIO<br>HC#5 BOX 5138<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171691 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | LLORENS, EDGARDO SANTIAGO<br>1925 LAS AMERICAS<br>PONCE, PR 00728-1815 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28797 | $ 100,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | MORALES BENITEZ, NEREIDA<br>462 C/ JOSEFA MENDIA<br>URB. LOS MAESTROS<br>SAN JUAN, PR 00923 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27629 | $ 1,300.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | ORTIZ RIVERA, NORMA JUDITH<br>PARQUE DEL RIO<br>PE 12 VIA DEL RIO<br>TRUJILLO ALTO, PR 00976 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35606 | $ 997.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | RAMOS PUENTE, GENEROSA M.<br>HC-01 BOX 4020<br>ADJUNTAS, PR 00601 | 10/3/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171098 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 102,297.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts