## <u>EXHIBIT A</u>
**Schedule of Claims Subject to the Two Hundred Sixty-Seventh Omnibus Objection**

## Two Hundred and Sixty-Seventh Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES CO.<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22682 | $ 1,800.26 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Vivienda which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | RIVERA, ELIGIO DBA UNITRAX<br>BOX 5382 HC 01<br>BARRANQUITAS, PR 00794 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29467 | $ 76,380.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad De Transporte Maritimo, which is not part of the Title III proceedings.

|  |  | TOTAL | $ 78,180.26 |
|---|---|---|---|