**EXHIBIT 1**
**TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS**
**FROM MARCH 24, 2021 THROUGH MAY 21, 2021**

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *In Re Enrique Vázquez-Quintana,* Case No. 20-1752; *Dr. Enrique Vázquez-Quintana v. Hon. José A. Morales-Rodríguez,* Case No. 20-1859; *Dr. Enrique Vázquez-Quintana v. Hon. Liana Fiol-Matta, et al.,* Case No. 20-1914 United States Court of Appeals for the First Circuit Damages actions | Enrique Vázquez-Quintana | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Appeals to proceed to final judgment before the First Circuit and the United States Supreme Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Appeals, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | April 15, 2021 |
| 2. | *Francisco Pizarro Meléndez vs. Commonwealth of Puerto Rico, by itself and in representation of the Puerto Rico Department of Transportation and Works Public, Ing. Carlos M. Contreras Aponte, Secretary of Puerto Rico Department of Transportation and Public Works* Case No. FA2019CV01384 (302) Court of First Instance Employment Action | Francisco Pizarro | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | April 20, 2021 |