# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** June 2, 2021

BK Case: 17-bk-3283-LTS
Related Civil Case: 19-cv-1491-JAG
Related USCA Cases: 20-1752, 20-1859, 20-1914

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entry 16856:** Twenty-Second Omnibus Order Granting Relief from the Automatic Stay.

**Docket Entry 16788:** Motion- Debtors' Twenty-Second Omnibus Motion for Approval of Modifications to the Automatic Stay.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

                                           Maria Antongiorgi-Jordan, Esq.
                                           Clerk of the Court

                                           S/ Marian B. Ramirez-Rivera
                                           Marian B. Ramirez-Rivera
                                           Deputy Clerk