UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>      Debtors[1]. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

### ORDER REQUIRING STATUS REPORT

This matter is before the Court on *Ambac Assurance Corporation's Urgent Motion to Compel Milliman, Inc. to Comply with Subpoena Issued Pursuant to the Court's January 13, 2021 Order Authorizing Rule 2004 Discovery* (Dkt. No. 16487) (the "Motion to Compel"). The Court has also received and reviewed oppositions to the Motion to Compel filed by Milliman, Inc. ("Milliman") (Dkt. No. 16734) and AAFAF[2] (Dkt. No. 16737), and Ambac's Reply (Dkt. No. 16803). In the submissions, the parties represented that document production was ongoing,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Compel.

and Ambac's review of documents that had been produced was still in progress at the time it filed its reply brief on May 25, 2021. Ambac also represented that the parties had scheduled a meet and confer for May 26, 2021. In light of the parties' representations, the Court hereby ORDERS Ambac to file a brief status report on or before **5:00 p.m. AST on Tuesday, June 8, 2021** detailing whether any issues raised in the Motion to Compel have been resolved and identifying the issues that remain open for resolution. AAFAF and Milliman may each file a response to said status report by **5:00 p.m. AST on Friday, June 11, 2021**. Unless otherwise ordered, the Court will thereafter take the Motion to Compel on submission.

SO ORDERED.

/s/ Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2021