26 de mayo de 2021

Abogado de la Junta de Supervisión Proskauer Rose LLP
Eleven Times Square
New York NY 10036-8299
Attn: Martin J. Bienenstock, Brian S. Rosen

Estimados señores:

Hacemos referencia a la Querella Número 45153 que está ante la consideración del Honorable Tribunal. Esta querella consiste en una Demanda de Clase sobre retribución y/o compensación para dieciséis empleados de la Administración de los Sistemas de Retiro, ahora Junta de Retiro.

Nuestra demanda se encuentra activa ante la Comisión Apelativa del Servicio Público (CASP) bajo el Caso Número AQ-13-385 a nombre de Consuelo Navarro Smith y otros 15, según nos ha sido informado por la propia Comisión. Nuestra demanda se encontraba para 2016 en el paso de negociación luego de que nuestro patrono reconoció y aceptó que se llevaron a cabo los trabajos y funciones por los cuales se pedía la compensación. Aun así, nuestro patrono trató por todos los medios de obstaculizar y boicotear el proceso de negociación al añadir de forma arbitraria a cuatro compañeros que ya habían sido reclasificados en otro proceso y que nunca formaron parte de nuestra querella. Ante esta acción, el proceso de negociación se retrasó y fue pospuesto vez tras vez, hasta que finalmente se decreta la quiebra del Sistema de Retiro, nuestro patrono.

Los dieciséis empleados que conformamos esta demanda de clase estamos consiente que este proceso pudo y debió culminarse antes del cambio de administración en el 2017. Fue nuestro patrono que deliberadamente interfirió para que no culminara y quien eventualmente nos informó que el caso se había cerrado, causando confusión en los empleados que sabíamos que el caso todavía está activo.

Por lo antes expuesto, solicitamos encarecidamente que nuestro caso sea atendido por este foro y que se nos brinde toda la protección que la Ley pueda concedernos.

Cordialmente,

Sandra Díaz Chapman

Anejo: Consuelo Navarro Smith y otros 15

msc

Caso Número 45153: Consuelo Navarro Smith y otros 15

1. Consuelo Navarro Smith
2. Sandra Díaz Chapman
3. Sophya Rojas Correa
4. Waleska Carrasco Ayala
5. Luis Ayala Laureano
6. Mitzy Viera Rodríguez
7. Marilyn Velázquez Cruz
8. Glenda Jiménez Vélez
9. Janette Nazario Aponte
10. Mabel Sánchez Caraballo
11. Maritza Colón Rivera
12. Teresita Mercado Bigio
13. Suheil Isaac Cruz – fue reclasificada
14. Marvin Torres González – fue reclasificado, renunció Programa Transición Voluntaria
15. Johanna Maduro Santana – fue reclasificada, renunció Programa Transición Voluntaria
16. Ana I. Díaz Cardona – fue reclasificada, renunció Ley 211 Pre-Retiro