**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Chapman, Sandra I | 45153 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $25,000.00 |
| Reason: | | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Chapman, Sandra I | 45153 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $25,000.00 |
| Base para: | | El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 §503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

_Sandra J Diaz Chapron_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

28/octubre/2012

A:  Unión General de Trabajadores

El 1/julio/2004 comencé como empleada regular en el puesto de Técnica en el Area de  Determinación de Incapacidad. En dicho puesto mis funciones eran verificar y analizar toda la evidencia médica anexada en los expedientes de los participantes del Sistema de Retiro.  Preparaba un Informe detallado en la computadora y consultaba la decisión final en cada caso con los médicos que trabajaban en dicha área.

El 10/octubre/2009 me cambiaron al área de Beneficios al Participante haciendo funciones de un Analista sin tener ningún conocimiento ni adiestramiento en el área antes mencionada.  El área de Beneficios al Participante es mucho más compleja al igual que las tareas que ahí se ejercen.  Como Analista de Beneficios al participante mis funciones han sido:  Verificar toda la documentación anexada en los expedientes necesaria de los paticipantes a trabajar,  escrbo mediante "e-mails" a algunas agencias si la evidencia no está completa (también la imprimo de la Web), saco copias de los documentos necesarios, trabajo más de veinte (20) conceptos en la computadora que comprenden Estado de Cuenta, Servicios No Cotizados (militar, F.S.E., jornal, regular, transitorios, agencias, etc.), Pensiones, Reembolsos, Reforma, Bienes gananciales y Transferencias (Entrada y Salida). Todo es puro análisis y cálculos numerales para saber el total a cobrar de las Insuficiencias de Aportaciones, Reembolsos, etc..  Trabajo pensiones (Edad y Años de Servicios, Diferida y Mérito), reajustes de pensiones manuales cuando ya han sido intervenidas en el el Area de Intervenciones Fiscales.  Los Estados de Cuentas primero se hacen manuales para determinar el tiempo de años de servicio del participante y luego se introduce toda la infomración en computadora lo cual sale una carta con la misma.  Los casos que tengan préstamos hay que enviarlos a ésa área.  Todos los documentos trabajados se imprimen y se firman. Realizo cartas con varios modelos de las mismas para cada situación en particular.

Además, desde el 15/octubre/2010 me asignaron para trabajar en el Proyecto de la primera Ley-70 realizada hasta el presente que se encuentra en su quinta fase y en varios otros trabajos especiales.  He tenido una serie de adiestramientos entre los cuáles está el de Beneficios por Muerte para trabajar dichos casos.  En varias ocasiones, he dado soporte en adiestramientos a compañeros contratados por la Agencia desde febrero de 2012 ayudándolos con sus dudas y preguntas.  Preparo un Informe diario de todos los casos trabajados y el mismo tiene que ser entregado al supervisor inmediato.  Con todas éstas funciones extras y complejas que realizo a diferencia de las que ejercía anteriormente en mi puesto como Técnica de Determinación de Incapacidad, todavía no se me ha entregado mi nueva ASR 16.  Por lo que en virtud de lo antes mencionado, solicito se me compense desde el 2009 hasta el presente.  Así no se violará el convenio colectivo en el Artículo XVII sección 4, Artículo XX sección II y la Ley 187 6.5 7, 6,1, 8.3 2, 8.2.

Gracias

Atentamente,

Janet Nazario Aponte



**UNIÓN GENERAL DE TRABAJADORES**

Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 e-mail: info@ugtpr.org
Página Web: www.ugtpr.org

## PROCEDIMIENTO DE QUERELLAS

Primer Paso ☐     Segundo Paso ☐     Tercer Paso ☐     Fecha _____

A: _Melissa Hernández González_     Puesto o clasificación _Directora de Rec Hum_
   Nombre del Representante del Patrono

_Adm. Sistemas de Retiro_
   Agencia o Compañía

Nombre del (los) querellante (s): _Consuelo Navarro, Sales Jose, Mitzy Vero Lusila Neverdo, Ana Diaz, Luis Ayala, Maritza Colon, Joselyn Perez, Kerzlin Velazquez, Maricruz Torres, Sandra Medina, Yolanda Carrion, (nombre ilegible)_
   Puesto o clasificación del querellante

_Haly Sanchez, Glenda Jimenez, Sor de la Cruz_
   Lugar de Trabajo     Municipio

### RESUMEN QUERELLA (EXPLIQUE BREVEMENTE)
Indique cuales artículos del Convenio se violaron

_Desde el 15 octubre de 2010, el area de participa que se compone de dos areas diferentes._

_① liquidación de cuentas - donde se desembolsa dinero y se compone de Pensiones Reembolsos, Descuentos Fed, BXM y Transferencia (etc)_

_② Mantenimiento de cuentas que se compone de Estados Cuestos, Servicios del Citizado, Transferencia._

No estamos de acuerdo con la acción tomada en el caso bajo referencia. Solicitamos se fije una reunión para discutir la presente querella. De esta manera, cumplimos con lo dispuesto en el Procedimiento de Quejas y Agravios del Convenio Colectivo vigente.

_____     _____
Oficial y/o Delegado de la UGT              Recibido por:

_____     _____
Fecha                                                        Hora

Original: Patrono     1ra Copia: Expediente     2da Copia: Delegado     3ra Copia: Querellante





**UNIÓN GENERAL DE TRABAJADORES**

Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 e-mail: info@ugtpr.org
Página Web: www.ugtpr.org

## PROCEDIMIENTO DE QUERELLAS

Primer Paso ☐    Segundo Paso ☐    Tercer Paso ☐

_____
Fecha

A: _____          _____
          Nombre del Representante del Patrono                                    Puesto o clasificación

_____
          Agencia o Compañía

Nombre del (los) querellante (s): _____

_____          _____
          Lugar de Trabajo                                    Puesto o clasificación del querellante

_____          _____
          Lugar de Trabajo                                    Municipio

### RESUMEN QUERELLA (EXPLIQUE BREVEMENTE)
Indique cuales artículos del Convenio se violaron

_Se han llevado una serie de adiestramientos y ambas áreas se han unido, esto ha traído mayor complejidad, mayores funciones y amplia responsabilidad en el área y casos asignados, en adición mayor cantidad de tareas a realizar. Se ha solicitado la ASR no donde especifiquen las tareas que realizamos._

No estamos de acuerdo con la acción tomada en el caso bajo referencia. Solicitamos se fije una reunión para discutir la presente querella. De esta manera, cumplimos con lo dispuesto en el Procedimiento de Quejas y Agravios del Convenio Colectivo vigente.

_____          _____
          Oficial y/o Delegado de la UGT                                    Recibido por:

_____          _____
          Fecha                                              Hora

Original: Patrono          1ra Copia: Expediente          2da Copia: Delegado          3ra Copia: Querellante



# UNIÓN GENERAL DE TRABAJADORES

Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 e-mail: info@ugtpr.org
Página Web: www.ugtpr.org

## PROCEDIMIENTO DE QUERELLAS

Primer Paso ☐      Segundo Paso ☐      Tercer Paso ☐      _____

_____          Fecha

A: _____          _____
   Nombre del Representante del Patrono                Puesto o clasificación

_____
   Agencia o Compañía

Nombre del (los) querellante (s): _____

_____          _____
                                                 Puesto o clasificación del querellante

_____          _____
   Lugar de Trabajo                              Municipio

### RESUMEN QUERELLA (EXPLIQUE BREVEMENTE)
Indique cuales artículos del Convenio se violaron

_y aún no se ha los entregado. En virtud de
lo mencionado solicitamos que se ha acceder
y comprese a aumento de sueldo o diferencial
por las labores adicionales que estamos
realizando._

_En adición dos compañeros Ybara modu
y Namero Torres se encuetra sembrados analistas
y I realizando funciones de analistas ti en todas los casos_

No estamos de acuerdo con la acción tomada en el caso bajo referencia. Solicitamos se fije una reunión para
discutir la presente querella. De esta manera, cumplimos con lo dispuesto en el Procedimiento de Quejas y
Agravios del Convenio Colectivo vigente.

_____          _____
   Oficial y/o Delegado de la UGT                 Recibido por:

_____          _____
   Fecha                                          Hora

Original: Patrono          1ra Copia: Expediente          2da Copia: Delegado          3ra Copia: Querellante

*Noel Hernández*

# *Unión General de Trabajadores*



Calle Niza #611, Esquina Verona Urb. Villa Capri Río Piedras, Puerto Rico 00924 P.O.
Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 * Fax: (787) 761-5830
Teleservicio(787) 675-0167 web:www.ugtpr.org

AFILIADA
**SEIU**

Friday, September 09, 2016

| Nombre: | CONSUELO NAVARRO Y OTROS 15 |
|---|---|
| Dirección: | CALLE DOMENGO CRUZ #620 URB. VILLA PRADES |
| SAN JUAN | 00924 |

Re: Caso #   AQ-13-385

ADMINISTRACIÓN DE LOS SISTEMAS

La vista de arbitraje sobre su querella ha sido señalada para fecha, hora y lugar que le indicamos al final de esta comunicación.

Tan pronto reciba esta carta deberá comunicarse con nosotros para coordinar una entrevista con el asesor legal que atenderá su caso de arbitraje. La entrevista será para la preparación de su caso, lo que requiere que traiga todos los documentos que tenga en su poder relacionados con dicho caso. Si utilizará algún testigo, es importante que le acompañe a esta entrevista.

Su asistencia es muy importante.  Si no puede estar presente el día señalado, deberá notificárnoslo de inmediato.  Si no se comunica con nosotros y tampoco asiste a la vista, el árbitro entenderá que usted no tiene interés en su caso y podrá decidir lo siguiente:

1.Cerrar el caso
2.Celebrar la vista sin su presencia y emitir una decisión
3.Tomar cualquier otro decisión para resolver la controversia

A continuación los detalles sobre la vista de arbitraje:

**Fecha: Tuesday, October 25, 2016**
**Hora:  9:00:00 AM**
**Lugar: Comisión Apelativa del Servicio Público**
**DIR:**  Ave Ponce de León 1409, CEM Building Parada 20, Santurce PR Tel. (787)723-4242

Los números de teléfonos de la Unión son los siguien 787-760-5050 / 787-675-0167

Cordialmente,

División de Arbitraje
Unión General de Trabajadores

Cf: Expediente
      Oficial de Servicio

939-645-5205

# Querella de analistas piso 10

Elba Rivera Estrada

**Enviado el:** lunes, 20 de mayo de 2013 11:03

**Para:** Jon Pinder

**CC:** Sandra Díaz Chapman; Elba Rivera Estrada; Joel Betancourt Lanzo; Ruben Oliveras Ramos; vicky@ugtpr.org

Saludos:

Como le indiqué hoy en la mañana a las 9:27 AM (duración de 4minutos y 8 segundos). A un grupo de analistas del piso 10 los están reuniendo para que por necesidad de servicio trabajen interviniendo casos o sea como interventor fiscal. Le recuerdo que hay una querella sobre ese particular donde le exigimos que a estos compañeros que estaban haciendo las funciones se les reclasificaran o se le diera un diferencial o se le pagara por ellos estar realizando esta labor. Cuando nos reunimos con Ivelisse Hernández y usted estaba presente se habló de pagarles por esta labor ($500.00) o reclasificarlos. Cuando nos contestan por escrito la querella fue todo lo contrario a lo acordado, no había diferencial, ahora no cualificaban para el puesto de Interventor fiscal ni mucho menos le pagaron por el tiempo que ellos estuvieron haciendo las tareas donde el patrono se aprovecho de sus conocimientos sin pagarles por el mismo (artículo 16 de Constitución del Estado Libre Asociado, Igual trabajo por igual paga). Adicional a esto, se reúne el Director del Área, Lcdo. Pedro Vázquez Pesquera con ellos, por separado para indicarles que el le consiguió un diferencial de $150.00, aun cuando la querella llevaba meses y no había concluido, por que ustedes estaban evaluando y se tardaron y nosotros de buena fe le dimos el tiempo que ustedes necesitaron para resolver el asunto y esa no fue la cantidad del diferencial que se había hablado. Para sorpresa de todos ustedes contrataron empleados transitorios para este puesto y no tomaron en consideración a los empleados que ya estaban ejerciendo esas funciones.

Los compañeros me indicaron que la Administradora Auxiliar, Sra. Wanda Santiago, se reunió con ellos el viernes para pedirles la cooperación de que le van a dar tiempo compensatorio y dar un plan incentivado que es muy bueno. Los compañeros le indicaron sobre la querella que ellos tenían a lo que la Sra. Santiago contesto que eso no tenía nada que ver. Le exhorto a que se oriente bien al personal Gerencial ya que la querella es lo mismo que esta hablando la Sra. Santiago no hay nada distinto. Lo que podemos entender es que no se respeta el Convenio y la mala fe de parte del Patrono que después que le dimos meses para que pudieran resolver y que nos informaron de una cantidad de diferencial luego cuando llego la contestación por escrito fue todo lo contrario sin el diferencial de lo que se había hablado. Le recuerdo que según el Convenio Colectivo que esta vigente al día de hoy, Artículo XLIV, Disposiciones Generales, sección 3 "La Administración no celebrara acuerdo o contrato alguno con sus empleados, individual o colectivamente, que en forma alguna estuviere en conflicto con las disposiciones de este Convenio. Cualquier acuerdo de esa naturaleza será nulo e inválido." Por tanto existe una querella sobre este particular y solicitamos que se respete el Convenio Colectivo existente.

Solcito que me conteste por escrito este asunto lo más pronto posible.

Elba Rivera
Delegada ASR-UGT

Cédula
(14)

Adiestramientos

Bono de Bonificación —

no sé que puedo hacer
con ustedes para el q alga
hay a hacer

Presentó el Adx ui
Ofertar 800 para los
q aparece aqui en
la guerrilla

SIGN HERE

25/2/2012

Juan Pinder
Melissa Hernandez
Elba
Aurora Cordero
Sophya Rojas
Andre Olan

Querella 21/11/2012

analisis [illegible] área -

1 Marzo 1-11

Incapacidad - cambio sustancial en deberes

analisis de Brifcar II

Poder

Esto es un Monstruo
yo se lo dejé

25-febrero-2013

2:00pm - 3:15 pm

Reunión Piso 12 con el Director de
Personal (Evelisse Hernández), con
Rindel y Elba.

Sandra
Johana        } Representación De Los
Sophya        } empleados.


— Querella (31-nov-2012)

Explicación: Eliminar trabajos
          especializados

— Analistas I pasaran a ser
      II efectivo al    —marzo·2013


Analistas de Incapacidad·

      — O se vuelven a Incapacidad
      — ó se quedan en el puesto igual
        remunerados.

Opciones:

— Diferencial
— Bono productividad

Querella (vertical left margin)

Querella (vertical right margin)

1-mar-2013
10:31 am -

Adiestramiento : (Solictan ayudar)

- Areas de Trabajo x conceptos:
   - 2 horas semales
   - sabados


Importante

Cita: viernes 1-marzo-2013
Hora:  10:30 am

Persona experta en querellas
y planes de reclasificación de
personal

Lugar: Fuera de la agencia (TC)

Reunión:

- Lcdo. Rivera      - Johana Moduro
- Sandra Díaz
- Sophya Rojas

- Mantenimiento de cuentas y liquidación
  de cuentas
   - Cuentos al partc. (notifica informacion)
   - Liquidación

(Copia) { - Selc. cuestionarios de clasificación
          - ASR 16

{ - Escalas Salariales
  - Plan Retribución 2008 y Clasificación

  Ley 184 Derecho supletorio

(Inf.) { - Solicitar que auditen el pu—tt ...
          ne certf. las funciones de
        - Relación de Salarios
        - Informes de Cambio

25- Febrero / 13

Reunion peso 0.17
2:00pm

Con Chnelesse Heeronla
Sordes Diez
Sophea Rojas
Jelagie Hadeue
Rinder

21- Noviembre - 2012  Querell

Todos los concepto

1- Plaza - Analista 1 a dos
Det. de Incapacidad
( Analista benefica 2
devolver a Ine 0
temporal. Habel, Wals
y Janet Lazario.

Escala
14

Analist    Bono de productividad
Para los Analis - A
Cantidad determinada
a Cada persona.
$500.00

Para el riesgo
Carta todos de la
Querella.

| Código | Nombre Unidad de trabajo | Analistas | Conseptos |
|---|---|---|---|
| 003 | Reembolso | Registro de Reembolso | 20 |
| | | Registro de Reembolso de Ley 3 | 1020 |
| | | Descuento Indebido | Pago Exceso SNC |
| | | | Pago Exceso intereses |
| | | | Plan de Completa Suplementación |
| | | | Exceso de Aportaciones Regulares |
| | | | Pago Global de Vacaciones |
| | | | Nomb. Transitorio, Provisional, Emergencia |
| | | | Beneficios Marginales |
| | | | Exceso de Trnasferencias |
| | | | Diferenciales |
| | | Embargo de Aportaciones | Embargo de Aportaciones ASR |
| | | | Cooperativa ley Definida |
| | | | BPPR Definida |
| | | Deuda de Etica | |
| 004 | Computo de Pensión | Cómputo de Pensiones | Mérito |
| | | | Edad y años de Servicios |
| | | | Diferida |
| | | | IO |
| | | | INO |
| | | Cómputo de Pensiones Ley 3 | *Suplementarios* |
| | | Leyes Especiales | *Anualidad - R. 200°* |
| | | Reajustes de Pensiones | *Anualidad - 1003* |
| | | Cómputo de Deuda Completa Suplementación | *Anualidad Ley 70* |
| | | Cómputo Deuda Insuficiencia en Aportaciones | |
| | | Pénsiones Suplementaria | |
| 009 | Estado de Cuenta | Estado de Cuenta Regular | |
| | | Registro de Estado de Cuenta Ley 3 | |
| 011 | Transferencias | Registro de transferencia | |
| | | Registro de Transferencia Ley 3 | |
| | | Costo Transferencia de Reembolso | |

| 012 | Servicios No Cotizados | Registro de SNC | |
| | | Registro de SNC Ley 97 | |
| | | Reapertura Cambio SNC | |
| | | Reapertura Plan de pago SNC | |
| | | Registro de SNC Completa Suplementación | |
| | | Reapertura Cambio SNC Plan Completa Suplementación | |
| | | Reapertura plan de pago SNC Comp Suplementación | |
| 014 | Beneficios Por Muerte Activo | | |
| 031 | Transferencia Entrada | Detalles y Análisis | |
| | | Deuda | |
| 070 | Estado de Cuenta R 2000 | | |
| 071 | Devolución de Cuentas de Ahorros | | |
| 073 | Transferencias de Salida Cuentas de ahorros | | |
| 074 | Beneficios por Muerte R 2000 | Registro Beneficio Muertet Activo | |
| | | Registro Beneficio Muertet Ley 3 -Activo | |
| 088 | Estados de Cuentas informativos | Registro E C Informativo | |
| 200 | Consultas SIP | | |
| | **MODULO DE JUDICATURA** | Transferencias<br>Pensiones | |

| Código | Nombre Unidad de trabajo | Oficinistas | Conceptos |
|---|---|---|---|
| 002 | Control de solicitudes | Registro de Solicitudes | |
| | | Historial de Estatus | |
| | | Actualización de Estatus | |
| | | Consulta Balances | |
| | | Validación de Documentos | |
| | | Excepción ley 3 | |
| 006 | Control de Documentos y Expedientes | | |
| **Código** | Nombre Unidad de trabajo | Préstamo | |
| 008 | Préstamo | | |
| **Código** | **Nombre Unidad de trabajo** | **Intervenciones Fiscales** | **Conceptos** |
| 005 | Intervenciones Fiscales | | |

# DIAGRAMA DE PUESTOS
## AREA DE SERVICIOS A PARTICIPANTES

**OFICINA DEL DIRECTOR**

Director de Servicios a Participantes (580)
Director Auxiliar de Servicios a Participantes (168v)
Oficial Ejecutivo (252v)
Administrador de Sistemas de Oficina (248)
Analista de Reconsideración (571)
Técnico de Sistemas de Oficina II (060)
Operador de Equipo de Entrada de Información (183, 389v, 407)
Auxiliar de Sistemas de Oficina (354v)
Oficinista I (706)

---

### DIVISION DE MANTENIMIENTO DE CUENTAS

**OFICINA DEL JEFE**

Gerente de División (170)
Oficial Administrativo II (262)
Técnico de Sistemas de Oficina II (414)

**SECCION DE SERVICIOS NO COTIZADOS**

Supervisor de Sección (370v)
Analista en Determinación de Beneficios II (228, 250v, 489, 493v, 644,)
Auxiliar de Sistemas de Oficina (204v)
Oficinista II (292, 478)
Oficinista I (596v)

**SECCION DE ESTADO DE CUENTAS**

Supervisor de Sección (015)
Analista en Determinación de Beneficios II (231v, 258, 299v, 300, 337v)
Analista en Determinación de Beneficios I (493v, 758)
Técnico de Sistemas de Oficina I (214)
Oficinista II (480)
Oficinista I (216v, 569v)

---

### DIVISION DE CUENTAS DE AHORRO PARA RETIRO

**OFICINA DEL JEFE**

Gerente de División (655)
Técnico de Sistemas de Oficina II (438v, 731)
Oficinista II (894)

**SECCION DE DEVOLUCION DE AHORROS**

Supervisor de Sección (671)
Analista en Determinación de Beneficios II (187)
Analista en Determinación de Beneficios I (609)
Oficinista II (240)
Oficinista I (028)

**SECCION DE ESTADO DE CUENTAS Y PAGO DE ANUALIDADES**

Supervisor de Sección (134v)
Analista en Determinación de Beneficios II (287)
Analista en Determinación de Beneficios I (681)
Operador de Equipo de Entrada de Información (236)
Oficinista I (139)

AREA DE SERVICIOS A PARTICIPANTES

## DIVISION DE LIQUIDACION DE CUENTAS

### OFICINA DEL JEFE

Gerente de División (335v)
Oficial Administrativo II (023)
Técnico de Sistemas de Oficina II (176v)

### SECCION DE CALCULO DE PENSIONES

Supervisor de Sección (245v)
Analista en Determinación de Beneficios II (184, 169; 353v, 405, 422, 564)

### SECCION DE REEMBOLSOS

Supervisor de Sección (110)
Analista en Determinación de Beneficios II (097, 232v, 258v, 455v, 491v)
Analista en Determinación de Beneficios I (094)
Técnico de Sistemas de Oficina I (409)
Oficinista II (565)
Oficinista I (404)

V = Puesto vacante

Estado Libre Asociado de Puerto Rico
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
SAN JUAN, PUERTO RICO
www.casp.pr.gov

| | |
|---|---|
| ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (PETICIONADA)<br><br>Y<br><br>UNION GENERAL DE TRABAJADORES (PETICIONARIA) | CASO NÚM: AQ-13-0385<br><br>SOBRE:  RECLASIFICACIÓN/ DIFERENCIAL<br>**Consuelo Navarro Smith Y Otros 15** |



### NOTIFICACIÓN NÚM. 2

Conforme al Artículo VII del Reglamento de la Comisión de Relaciones del Trabajo del Servicio Público se le requiere que comparezca el día **25 de octubre de 2016** a las **9:00 a.m.** ante el/la Árbitro(a) **Noel Hernández López**. La vista se celebrará en el sexto piso de las facilidades de la Comisión sita en la Avenida Ponce de León #1409, Parada 20, Santurce, Puerto Rico.

Se le apercibe a las partes que de no comparecer a la vista de arbitraje el(la) árbitro(a) entre otras cosas podrá:

1. Proceder al cierre del caso con perjuicio.

2. Proceder con la celebración de la vista y emitir un laudo sólo a base de la prueba presentada.

3. Tomar la acción que estime apropiada consistente con la más rápida y efectiva disposición de la controversia.

En San Juan, Puerto Rico a 2 de junio de 2016

Ihomara A. Quiñones Reyes
Directora
División de Métodos Alternos de
Resolución de Conflictos



*Noel Hernández*

# Unión General de Trabajadores



Calle Niza #611, Esquina Verona Urb. Villa Capri Río Piedras, Puerto Rico 00924 P.O.
Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 * Fax: (787) 761-5830
Teleservicio(787) 675-0167 web:www.ugtpr.org



AFILIADA
**SEIU**

Friday, September 09, 2016

| Nombre: | CONSUELO NAVARRO Y OTROS 15 |
|---|---|
| Dirección: | CALLE DOMENGO CRUZ #620 URB. VILLA PRADES |
| | |
| SAN JUAN | 00924 |

Re: Caso # AQ-13-385

ADMINISTRACIÓN DE LOS SISTEMAS

La vista de arbitraje sobre su querella ha sido señalada para fecha, hora y lugar que le indicamos al final de esta comunicación.

Tan pronto reciba esta carta deberá comunicarse con nosotros para coordinar una entrevista con el asesor legal que atenderá su caso de arbitraje. La entrevista será para la preparación de su caso, lo que requiere que traiga todos los documentos que tenga en su poder relacionados con dicho caso. Si utilizará algún testigo, es importante que le acompañe a esta entrevista.

Su asistencia es muy importante. Si no puede estar presente el día señalado, deberá notificárnoslo de inmediato. Si no se comunica con nosotros y tampoco asiste a la vista, el árbitro entenderá que usted no tiene interés en su caso y podrá decidir lo siguiente:

1. Cerrar el caso
2. Celebrar la vista sin su presencia y emitir una decisión
3. Tomar cualquier otro decisión para resolver la controversia

A continuación los detalles sobre la vista de arbitraje:

**Fecha: Tuesday, October 25, 2016**
**Hora: 9:00:00 AM**
**Lugar: Comisión Apelativa del Servicio Público**
**DIR:** Ave Ponce de León 1409, CEM Building Parada 20, Santurce PR Tel. (787)723-4242

Los números de teléfonos de la Unión son los siguien 787-760-5050 / 787-675-0167

Cordialmente,

División de Arbitraje
Unión General de Trabajadores

Cf: Expediente
Oficial de Servicio

*939-645-5205*

27 de abril de 2016

Sr. Ricardo Díaz

Re: Certificaciones

Estimados señores:

De acuerdo con sus especificaciones, se efectúa entrega de Certificaciones de ASR
para Caso Núm: AQ-13-385 de los siguientes empleados:

1. Glendalee Jiménez Vélez
2. Maritza Colón Rivera
3. Mabel Sánchez Caraballo
4. Waleska Carrasco Ayala
5. Marilyn Velázquez Cruz
6. Mitzy Viera Rodríguez
7. Luis Ayala Laureano
8. Teresita Mercado Bigio
9. Consuelo Navarro Smith
10. Sandra Díaz Chapman
11. Sofía Rojas Correa

ASP-DMA-001

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
WWW.CASP.PR.GOV

*RECIBIDO*
*JUN 1 5 2015*
*UGT*

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (PETICIONADA)

Y

UNION GENERAL DE TRABAJADORES (PETICIONARIA)

CASO NÚM: AQ-13-385

SOBRE: RECLASIFICACIÓN/ DIFERENCIAL
Consuelo Navarro Smith
Y Otros 15

NOTIFICACIÓN DE SOLICITUD DE SERVICIOS DE ARBITRAJE
DE QUEJAS Y AGRAVIOS

El 29 de abril de 2013, la Unión General de Trabajadores presentó ante la Comisión Apelativa del Servicio Público (Comisión) una *Solicitud de Servicios de Arbitraje de Quejas y Agravios*.

Se le requiere que comparezca a una vista de arbitraje el día **11 de febrero de 2016**, a las **9:00 a.m.**, ante el interventor neutral **Carlos Román Espada**. La vista se celebrará en las instalaciones de la Comisión ubicada en el 6to piso del Edificio CEM en la Avenida Ponce de León Núm. 1409, Santurce, Puerto Rico (Parada 20).

Los procedimientos de las vistas de arbitraje se rigen por las disposiciones del Artículo VII del Reglamento de la Comisión (Núm. 6385), el cual está disponible en la página web de la Comisión (www.casp.pr.com). Las partes podrán comparecer a la vista de arbitraje representadas por su abogado o por un representante que no tiene que ser abogado.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura podrá someter una contestación a la misma, dentro de los cinco (5) días siguientes al recibo de esta *Notificación*. En igual término las partes deberán comunicar a la Comisión la conveniencia de someter la controversia a un proceso de Mediación.

Se le apercibe a las partes que de no comparecer a la vista de arbitraje el interventor neutral podrá, entre otras:

1. Proceder al cierre del caso con perjuicio.

2. Proceder con la celebración de la vista y emitir un laudo sólo a base de la prueba presentada.

3. Tomar la acción que estime apropiada consistente con la más rápida y efectiva disposición de la controversia.

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
### SAN JUAN, PUERTO RICO
### www.casp.pr.gov

| | |
|---|---|
| **ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA (AGENCIA)** | **CASO NÚM.: AQ-13-0385** |
| **y** | **SOBRE: Reclasificación / Diferencial** Consuelo Navarro Smith y otros 15 |
| **UNION GENERAL DE TRABAJADORES (UGT) (UNION)** | |

## RESOLUCIÓN

El 11 de febrero de 2016, las partes de epígrafe accedieron convertir la vista de Arbitraje, en una sesión de mediación. Como parte de los procedimientos se cita a las partes de epígrafe a continuar con los procedimientos de mediación, para el próximo 9 de marzo de 2016, a las 9:00 am en las facilidades de la Comisión Apelativa del Servicio Público.

En San Juan, Puerto Rico a 16 de febrero de 2016.

**Carlos M. Román Espada**
Interventor Neutral
División de Métodos Alternos y
Resolución de Conflictos



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
www.casp.pr.gov

| | |
|---|---|
| ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (AGENCIA) | Caso Núm: AQ-13-0385 |
| -Y- | Sobre: Reclasificación/ Diferencial (Sra. Consuelo Navarro y otros) |
| DIVISIÓN DE EMPLEADOS PÚBLICOS DE LA UNIÓN GENERAL DE TRABAJADORES (UNIÓN) | Árbitro: Noel A. Hernández López |

## RESOLUCIÓN

En relación a Moción Solicitando Vista de Status del 21 de octubre de 2016, presentada por la AGENCIA, se resuelve:

1. Sustituir la vista de arbitraje señalada para el 25 de octubre de 2016, a las 9:00 a. m., por una conferencia con antelación a vista tal como lo establece la sección 7.08 del Reglamento de la Comisión.

2. Sólo comparecerá a la conferencia con antelación a vista los representantes legales de cada parte. Los empleados reclamantes permanecerán en sus respectivas áreas de trabajo. El representante legal de la UNIÓN mantendrá notificados a los empleados de las incidencias procesales del presente caso.

3. En la conferencia con antelación a vista se analizará el número de testigo; tiempo que tarde su declaración, cualquier controversia relacionada con los documentos, posibilidad de estipular hechos.

4. Las partes presentarán sus respectivos proyectos de sumisión.

5. Se atenderá cualquier asunto necesario para la resolución justa, rápida y económica de la controversia.

**REGÍSTRESE Y NOTIFÍQUESE.**
En San Juan, Puerto Rico a 24 de octubre de 2016

Noel A. Hernández López
Árbitro

## CERTIFICACIÓN

CERTIFICO haber enviado por correo ordinario copia de la presente **Acta de**

**Conferencia con Antelación** a las siguientes partes.

| | |
|---|---|
| Lcda. Wanda I. Aivelo Maldonado | Sr. Ángel F. Ferrer Cruz |
| Administración de los Sistemas de | Lcdo. Edwin Rivera Cintrón |
| Retiro de los Empleados del Gobierno | Unión General de Trabajadores |
| y la Judicatura | PO Box 29247 |
| Oficina de Asuntos Legales | Estación 65 de Infantería |
| PO Box 42003, Estación Minillas | Río Piedras, Puerto Rico  00929 |
| San Juan, Puerto Rico 00940-2003 | |

En San Juan, Puerto Rico hoy 31 de octubre de 2016.

*Ángela R. González Rodríguez*

Ángela R. González Rodríguez
Secretaria
División de Métodos Alternos

Estado Libre Asociado de Puerto Rico
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
SAN JUAN, PUERTO RICO
www.casp.pr.gov

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (PETICIONADA)

Y

UNION GENERAL DE TRABAJADORES (PETICIONARIA)

CASO NÚM: AQ-13-0385

SOBRE: RECLASIFICACIÓN/ DIFERENCIAL
Consuelo Navarro Smith Y Otros 15



## NOTIFICACIÓN NÚM. 2

Conforme al Artículo VII del Reglamento de la Comisión de Relaciones del Trabajo del Servicio Público se le requiere que comparezca el día **25 de octubre de 2016** a las **9:00 a.m.** ante el/la Árbitro(a) **Noel Hernández López**. La vista se celebrará en el sexto piso de las facilidades de la Comisión sita en la Avenida Ponce de León #1409, Parada 20, Santurce, Puerto Rico.

Se le apercibe a las partes que de no comparecer a la vista de arbitraje el(la) árbitro(a) entre otras cosas podrá:

1. Proceder al cierre del caso con perjuicio.

2. Proceder con la celebración de la vista y emitir un laudo sólo a base de la prueba presentada.

3. Tomar la acción que estime apropiada consistente con la más rápida y efectiva disposición de la controversia.

En San Juan, Puerto Rico a 2 de junio de 2016

Íhomara A. Quiñones Reyes
Directora
División de Métodos Alternos de
Resolución de Conflictos

Las solicitudes de suspensión o turno posterior deberán someterse por escrito por los menos cinco (5) días laborables con antelación a la fecha de la vista. En caso de solicitar la suspensión de la vista, ésta contendrá tres (3) fechas alternas para las cuales todas las partes deberán estar disponibles. De no lograr un acuerdo de fechas, la solicitud deberá así indicarlo. Toda comunicación dirigida a la Comisión debe notificarse con copia a la parte contraria.

En San Juan, Puerto Rico, hoy 12 de junio de 2015.

Thomara A. Quiñones Reyes
Directora
División de Métodos Alternos de Resolución de Conflictos

## CERTIFICACIÓN

CERTIFICO: Que se ha enviado copia de esta Notificación por correo ordinario a:

Lcdo. Francisco del Castillo Orozco
Administrador Interino
Administración de los Sistemas de Retiro
PO Box 42003 Estación Minillas
San Juan, Puerto Rico 00940-2203

Sr. Ángel Francisco Ferrer
Director Oficina de Quejas y Agravios
División de Empleados Públicos de la
Unión General de Trabajadores
PO Box 29247
Estación 65 de Infantería
Río Piedras, Puerto Rico 00929

Lcda. Mayda Velázquez Bello
Directora Oficina de Asuntos Legales
Administración de los Sistemas de Retiro
PO Box 42003 Estación Minillas
San Juan, Puerto Rico 00940-2203

En San Juan, Puerto Rico, hoy 12 de junio de 2015.

Ángela R. González Rodríguez
Técnica en Sistemas de Oficina
División de Métodos Alternos de Resolución de Conflictos

/arg

WA

ADM. SISTEMAS DE RETIRO
OFICINA ASUNTOS LEGALES

2016 NOV -1  AM 11: 32

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
www.casp.pr.gov

| | |
|---|---|
| ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (AGENCIA) <br><br> -Y- <br><br> DIVISIÓN DE EMPLEADOS PÚBLICOS DE LA UNIÓN GENERAL DE TRABAJADORES (UNIÓN) | Caso Núm: AQ-13-0385 <br><br> Sobre: Reclasificación/ Diferencial <br><br> (Sra. Consuelo Navarro y otros) <br><br> Árbitro: Noel A. Hernández López |

## ACTA DE CONFERENCIA CON ANTELACIÓN

El pasado 25 de octubre de 2016 se realizó una conferencia con antelación a vista. Compareció en representación de la UNIÓN el Lic. Edwin Rivera. Por la AGENCIA compareció la Lic. Wanda I. Alvelo Maldonado.

Le adelantamos a las partes que tomaremos conocimiento oficial de la Ley Núm. 184-2004, Carta 1-2005 y del Plan de Clasificación y Retribución de la AGENCIA.

La UNIÓN estableció que en este caso hay 16 empleados reclamantes.

Las partes acordaron en la vista que en un término de 45 días la AGENCIA le notificará Al representante legal de la UNIÓN su posición respecto a la propuesta de estipulación de hechos y documentos.

Se acordó realizar otra conferencia con antelación a vista.

Conforme al Artículo VII del Reglamento de la Comisión de Relaciones del Trabajo del Servicio Público se le requiere que comparezcan el día 9 de diciembre de 2016 a las 10:00 a.m. La conferencia con antelación a vista se celebrará en las facilidades de la Comisión sita en la Avenida Ponce de León #1409, Parada 20, Santurce, Puerto Rico. En la conferencia con antelación a vista se analizará el número de testigo, tiempo que tarde su declaración, cualquier controversia relacionada con los documentos, posibilidad de estipular

AQ-13-0385
RETIRO Y UGT
Resolución
Página 2 de 2

hechos. Se atenderá cualquier asunto necesario para la resolución justa, rápida y económica de la controversia.

Sólo comparecerá a la conferencia con antelación a vista los representantes legales de cada parte. Los empleados reclamantes permanecerán en sus respectivas áreas de trabajo. El representante legal de la UNIÓN mantendrá notificados a los empleados de las incidencias procesales del presente caso.

REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico a 31 de octubre de 2016

Noel A. Hernández López
Árbitro

2



P U E R T O   R I C O

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

*Certifico* que a finales de junio 2011, el balance de solicitudes pendientes por trabajar correspondientes al Primer y Segundo Periodo de Elección de la Ley 70-2010, pasó a ser parte de los conceptos adscritos del Área de Servicios a Participantes. A la señora Ana I. Díaz Cardona, Analista en Determinación de Beneficios I del Área de Servicios a Participantes se le asignaron casos de la corriente regular y de Ley 70-2010 para el análisis y cálculo de estados de cuenta, servicios no cotizados, transferencias de aportaciones, reembolso de aportaciones y pensiones. Posteriormente, y cumpliendo con la misión de la reingeniería, se le adiestró en las siguientes tareas: reajustes de pensión, pensiones a beneficiarios, descuentos indebidos, beneficios por muerte activos. Estas tareas son similares a las realizadas por los Analistas en Determinación de Beneficios II.

La señora Díaz Cardona demostró que trabaja bien en equipo. Además, demostró que recibe adecuadamente las instrucciones de sus superiores y puede trabajar en horario extraordinario. Es una empleada cooperadora, íntegra y honesta, cualidades que resaltan en sus ejecutorias.

Certifico hoy, 9 de mayo de 2016, en San Juan, Puerto Rico.

Wanda G. Sánchez Ortiz
Directora Auxiliar
Área de Servicios a Participantes
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787- 250-7251
www.retiro.pr.gov

RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

*Certifico* que el 18 de octubre de 2010, comenzaron las labores del Proyecto de Ley 70 en la Administración de los Sistemas de Retiro bajo la supervisión directa de la Sra. Maribel Alicea, Gerente de División. El equipo de trabajo para esta encomienda estaba compuesto por oficinistas, técnicos, interventores y un grupo gerencial. La señora Johanna Maduro Santana, Analista en Determinación de Beneficios I del Área de Servicios a Participantes fue seleccionada para participar en ese proyecto, el cual incluía el análisis y cálculo de estados de cuenta, servicios no cotizados, transferencias de aportaciones a recibir y a desembolsar, reembolso de aportaciones de la ley definida y de Reforma 2000 y pensiones. Posteriormente, y cumpliendo con la misión de la reingeniería, se le adiestró en las siguientes tareas: descuentos indebidos, beneficios por muerte activos, estados de cuenta y transferencias de aportaciones del Sistema de Retiro de la Judicatura, entre otras.  Estas tareas son similares a las realizadas por los Analistas en Determinación de Beneficios II.

La señora Maduro Santana demostró que trabaja bien en equipo y que puede trabajar bajo presión y en horarios flexibles.  Además, demostró que recibe adecuadamente las instrucciones de sus superiores, y somete sugerencias.  Es una empleada responsable, íntegra y honesta, cualidades que resaltan en sus ejecutorias.

Completadas las tareas del Proyecto de Ley 70, la señora Maduro Santana continúo laborando en el Área de Servicios a Participantes.

Certifico hoy, 9 de mayo de 2016, en San Juan, Puerto Rico.

Wanda G. Sánchez Ortiz
Directora Auxiliar
Área de Servicios a Participantes
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787- 250-7251
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# C E R T I F I C A C I O N

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7),  y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico ese mismo año, la empleada Teresita Mercado Bigio, quien ocupaba el puesto de Analista de Beneficios II,  en  la Sección de Cómputo de Pensiones, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellas: Servicios No Cotizados, Reembolsos, Beneficio por Muerte, Estados de Cuenta, entre otras, cumpliendo con la misión de la Reingeniería de la Administración.  Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

La señora Mercado Bigio no solamente aprendió a trabajar otros conceptos de forma satisfactoria, sino que pudo trabajar bajo presión y horarios flexibles dado el volumen de casos que fueron trabajados en el Área de Servicios a Participantes. La señora Mercado Bigio poseía vasta experiencia y siempre se distinguió por su profesionalismo y compromiso con el trabajo.  La señora Mercado Bigio también se distinguió por su gran sentido de compañerismo ya que siempre procuraba transmitir el conocimiento adquirido a los compañeros nuevos que comenzaban en el Área de Participantes.

Actualmente la señora Mercado Bigio se encuentra separada del servicio público y está recibiendo una pensión del Sistema. La fecha de efectividad de su pensión fue el 4 de febrero de 2014.

Se expide esta certificación hoy 4 de abril de 2016,  a petición de la Sra. Teresita Mercado Bigio.

Certifico Correcto.

Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

*Certifico* que el 9 de noviembre de 2009, y como parte de la iniciativa de Reingeniería de procesos implantada en la Administración de los Sistemas de Retiro (ASR), la empleada Maritza Colón Rivera, Analista en Determinación de Beneficios II del Área de Servicios a Pensionados, fue transferida a la Sección de Cálculo de Pensiones, División de Liquidación de Cuentas del Área de Servicios a Participantes para ejecutar las tareas relacionadas con el análisis y cómputo de los beneficios por muerte de pensionados. Este cambio quedó evidenciado en el informe de cambio 2010-080 del 12 de noviembre de 2009. Posteriormente, y cumpliendo con la misión de la reingeniería, se le adiestró en las siguientes tareas: análisis y cálculo de pensiones, leyes especiales, estado de cuenta y beneficios por muerte de participantes activos.

A finales de 2010, y por las exigencias del calendario delineado por la Ley 70/2010, fue parte del Plan de trabajo de Ley 70 y Pensiones, en esa ocasión trabajó en el cómputo de las pensiones a beneficiarios, apoyando así el proceso de la corriente regular. Además, ofreció adiestramiento del proceso de otorgación de beneficio por muerte pensionados a los empleados del Sistema de Retiro para Maestros destacados en ASR. En ocasiones se le requirió la asistencia en tiempo extra.

La señora Colón Rivera ejecuta sus tareas con relativa independencia, posee vasto conocimiento de su trabajo. Es una empleada que trabaja muy bien en equipo, es responsable, analítica, precisa y correcta; cualidades que resaltan en sus ejecutorias.

Certifico hoy, jueves 31 de marzo de 2016, en San Juan, Puerto Rico.

Wanda G. Sánchez Ortiz
Directora Auxiliar
Área de Servicios a Participantes
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787- 250-7251
www.retiro.pr.gov



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

*Certifico* que en octubre de 2009, y como parte del proceso de Reingeniería de procesos iniciado en la Administración de los Sistemas de Retiro, la empleada Mabel Sánchez Caraballo, Técnico en Determinación de Incapacidad fue destacada en el Área de Servicios a Participantes para ejecutar las tareas de un Analista en Determinación de Beneficios I en la Sección de Estado de Cuenta. Posteriormente, y cumpliendo con la misión de la reingeniería, se le adiestró en las siguientes tareas: análisis y cálculo de pensiones, leyes especiales, reajustes, servicios no cotizados, reembolso de aportaciones, descuentos indebidos, beneficios por muerte activos, transferencias de aportaciones, entre otras. Estas tareas son similares a las realizadas por los Analistas en Determinación de Beneficios II.

En octubre de 2012, la señora Sánchez Caraballo fue seleccionada para participar en las labores de la Fase IV del Proyecto de Ley 70 en la Administración de los Sistemas de Retiro bajo la supervisión directa de la Sra. Yamilet Amador, Supervisora de División y bajo la atención de la Sra. Dagmar Santiago, Gerente de División.

A partir del 1 de septiembre de 2013, la señora Sánchez Caraballo fue designada para analizar, someter recomendaciones y/o tomar decisiones finales de las solicitudes de Reconsideraciones. Estas, constituyen un foro que atiende todas las solicitudes denegadas por la Administración, relacionadas con los siguientes servicios: pensiones por incapacidad, pensiones por derecho propio y a beneficiarios y reajustes. Además, atiende solicitudes denegadas de reembolso de aportaciones, descuentos indebidos, servicios no cotizados, beneficio por muerte de participantes activos así como beneficios por muerte de pensionados y deuda por diferentes conceptos, especialmente por cobro indebido de pensión.

La señora Sánchez Caraballo demuestra alta capacidad para seguir instrucciones de sus superiores, asume responsabilidades y ejecuta sus tareas con relativa independencia. Además, demuestra buena actitud y disposición para colaborar en la consecución de sus funciones, y en ocasiones ofrece sugerencias a los procesos actuales. Es una empleada que trabaja muy bien en equipo, es responsable, íntegra, cooperadora y honesta, cualidades que resaltan en sus ejecutorias.

Certifico hoy, lunes 28 de marzo de 2016, en San Juan, Puerto Rico.

Wanda G. Sánchez Ortiz
Directora Auxiliar
Área de Servicios a Participantes
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787- 250-7251
www.retiro.pr.gov


RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7),  y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico ese mismo año, la empleada Mitzy Viera Rodríguez, quien ocupaba el puesto de Analista de Beneficios II,  en  la Sección de Reforma 2000, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellos: Análisis  y  Cálculo  de  Estados  de  Cuenta,  Servicios  No  Cotizados,  Reembolso  de Aportaciones Regulares, Descuentos Indebidos, Beneficios por Muerte Activo, Transferencias de Aportaciones y Cómputo de Pensiones,  cumpliendo con la misión de la Reingeniería de la Administración.   También tuvo que ofrecer adiestramientos a sus compañeros analistas de otras secciones sobre el proceso de trabajar los casos de reembolso de Reforma 2000,  para que éstos pudieran trabajar los mismos. Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

La señora Viera Rodríguez  no solamente aprendió a trabajar otros conceptos de forma satisfactoria, sino que pudo trabajar bajo presión y horarios flexibles dado el volumen de casos que fueron trabajados en el Área de Servicios a Participantes.   La señora Viera Rodríguez   siempre ha mostrado disposición para colaborar en los proyectos que se han llevado a cabo en el Área de Servicios a Participantes y ha demostrado gran compromiso con las Agencia.

Se expide esta certificación hoy 4 de abril de 2016,  a petición de la Sra. Viera Rodríguez.

Certifico Correcto.

Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# C E R T I F I C A C I O N

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7), y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico, la empleada Marilyn Velázquez Cruz, quien ocupaba el puesto de Analista de Beneficios II, en la Sección de Servicios No Cotizados, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellos: Transferencias de Aportaciones, Reembolsos Reforma 2000 y Estados de Cuenta, Reembolsos Regulares y Pensiones, cumpliendo con la misión de la Reingeniería de la Administración. También tuvo que ofrecer adiestramientos a los empleados para que pudieran trabajar los Servicios No Cotizados por su experiencia en este concepto. Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

El 15 de octubre de 2010, comenzaron las labores del Proyecto de la Ley 70/2010 en la Administración y la Sra. Velázquez Cruz fue seleccionada para trabajar en el mismo. Durante dicho periodo la Sra. Velázquez Cruz tuvo que trabajar un alto volumen de solicitudes de Ley 70, labor que realizó de forma eficiente. En ocasiones tuvo que trabajar fuera del horario regular. La señora Velázquez Cruz ha demostrado un alto compromiso con los trabajos que le han sido asignados y se ha distinguido por su profesionalismo, responsabilidad e integridad.

Se expide esta certificación hoy 4 de abril de 2016, a petición de la señora Velázquez Cruz.

Certifico Correcto.

Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

*Certifico* que el 9 de noviembre de 2009, y como parte de la iniciativa de Reingeniería de procesos implantada en la Administración de los Sistemas de Retiro, la empleada Glendalee Jiménez Vélez, Analista en Determinación de Beneficios II del Área de Servicios a Pensionados, transferida a la Sección de Cálculo de Pensiones, División de Liquidación de Cuentas del Área de Servicios a Participantes para ejecutar las tareas relacionadas con el análisis y cómputo de los beneficios por muerte de pensionados. Este cambio quedó evidenciado en el informe de cambio 2010-081 del 12 de noviembre de 2009. Posteriormente, y cumpliendo con la misión de la reingeniería, se le adiestró en las siguientes tareas: análisis y cálculo de pensiones, leyes especiales, reajustes, estado de cuenta y beneficios por muerte de participantes activos.

A finales de 2010, y por las exigencias del calendario delineado por la Ley 70/2010, fue parte del Plan de trabajo de Ley 70 y Pensiones, en esa ocasión trabajó en tiempo parcial (las mañanas) en el cómputo de las pensiones por derecho propio de la corriente general, y por las tardes trabajaba estados de cuenta de Ley 70. Además, ofreció adiestramiento del proceso de otorgación de beneficio por muerte pensionados a los empleados del Sistema de Retiro para Maestros destacados en ASR. En ocasiones se le requirió la asistencia en tiempo extra. En ocasiones se le requirió la asistencia en tiempo extra.

La señora Jiménez Vélez ejecuta sus tareas con relativa independencia, posee vasto conocimiento de su trabajo. Es una empleada que trabaja bien en equipo, es responsable, analítica, precisa y correcta; cualidades que resaltan en sus ejecutorias.

Certifico hoy, jueves 31 de marzo de 2016, en San Juan, Puerto Rico.

Wanda G. Sánchez Ortiz
Directora Auxiliar
Área de Servicios a Participantes
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787- 250-7251
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7),  y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico ese mismo año, el empleado Luis Ayala Laureano , quien ocupaba el puesto de Analista de Beneficios II,  en  la Sección de Reforma 2000, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellos: Análisis y Cálculo de Estados de Cuenta, Servicios No Cotizados, Reembolso de Aportaciones Regulares, Descuentos Indebidos, Beneficios por Muerte Activo, Transferencias de Aportaciones y Cómputo de Pensiones,  cumpliendo con la misión de la Reingeniería de la Administración. A su vez tuvo que ofrecer adiestramientos a sus compañeros de otras secciones de Participantes,  como trabajar los casos de Reforma 2000 para que éstos pudieran trabajar esos casos. Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

El Sr. Ayala Laureano no solamente aprendió a trabajar otros conceptos de forma satisfactoria, sino que pudo trabajar bajo presión y horarios flexibles dado el volumen de casos que fueron trabajados en el Área de Servicios a Participantes.  El Sr. Ayala Laureano siempre se ha distinguido por demostrar un gran compromiso con la Agencia, por dar la milla extra en proyectos especiales y por su sentido de responsabilidad.

Se expide esta certificación hoy 4 de abril de 2016,  a petición del Sr. Ayala Laureano.

Certifico Correcto.

Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

*Certifico* que en octubre de 2009, y como parte del proceso de Reingeniería de procesos iniciado en la Administración de los Sistemas de Retiro, la empleada Waleska Carrasco Ayala, Técnico en Determinación de Incapacidad fue destacada en el Área de Servicios a Participantes para ejecutar las tareas de un Analista en Determinación de Beneficios I en la Sección de Pensiones. Inicialmente, comenzó analizando y realizando el cómputo de los reajustes de pensión y de las leyes especiales pagaderas a las viudas y otros beneficiarios. Posteriormente, y cumpliendo con la misión de la reingeniería, se le adiestró en las siguientes tareas: análisis y cálculo de estado de cuenta, reembolso de aportaciones, descuentos indebidos, beneficios por muerte pensionados, entre otras. Estas tareas son similares a las realizadas por los Analistas en Determinación de Beneficios II.

En mayo 2014, a la señora Carrasco Ayala le fue asignada la tarea de analizar, someter recomendaciones y/o tomar decisiones finales de las solicitudes de Reconsideraciones. Estas, constituyen un foro que atiende <u>todas</u> las solicitudes denegadas por la Administración, relacionadas con los siguientes servicios: pensiones por incapacidad, pensiones por derecho propio y a beneficiarios y reajustes. Además, atiende solicitudes denegadas de reembolso de aportaciones, descuentos indebidos, servicios no cotizados, beneficio por muerte de participantes activos así como beneficios por muerte de pensionados y deuda por diferentes conceptos, especialmente por cobro indebido de pensión. También, ofreció adiestramiento del proceso de otorgación de reajustes, leyes especiales y pensión suplementaria a los nuevos empleados de la Sección de Pensiones.

La señora Carrasco Ayala demuestra alta capacidad para seguir instrucciones de sus superiores, asume responsabilidades y ejecuta sus tareas con relativa independencia. Además, demuestra buena actitud y disposición para colaborar en la consecución de sus funciones. También trabaja bajo presión, en horarios flexibles y en ocasiones ofrece sugerencias a los procesos actuales. Es una empleada que trabaja muy bien en equipo, es responsable, íntegra, cooperadora y honesta, cualidades que resaltan en sus ejecutorias.

Certifico hoy, viernes 1 de abril de 2016, en San Juan, Puerto Rico.

Wanda G. Sánchez Ortiz
Directora Auxiliar
Área de Servicios a Participantes
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787- 250-7251
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# C E R T I F I C A C I O N

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7),  y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico ese mismo año, la empleada Consuelo Navarro Smith , quien ocupaba el puesto de Analista de Beneficios II,  en  la Sección de Estados de Cuenta, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellos:   Servicios No Cotizados, Reembolso de Aportaciones Regulares, Descuentos Indebidos, Beneficios por Muerte Activo, Transferencias de Aportaciones y Cómputo de Pensiones,  cumpliendo con la misión de la Reingeniería de la Administración.  A su vez tuvo que ofrecer adiestramientos a sus compañeros de trabajo en cuanto a la realización de Estados de Cuenta para que éstos pudieran trabajar los casos.  Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

La Sra. Smith Navarro,  no solamente aprendió a trabajar otros conceptos de forma satisfactoria, sino que pudo trabajar bajo presión y horarios flexibles dado el volumen de casos que fueron trabajados en el Área de Servicios a Participantes. La señora Navarro Smith se ha distinguido por su compromiso al trabajo, por su excelente labor y por su disposición de aprender y seguir creciendo dentro de la Agencia.

Se expide esta certificación hoy 4 de abril de 2016,  a petición de la Sra. Smith Navarro.

Certifico Correcto.

Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# C E R T I F I C A C I O N

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7),  y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico ese mismo año, la empleada Sandra Díaz Chapman,   quien ocupaba el puesto de Analista de Beneficios II,   en   la Sección de Reembolsos, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellos:  Servicios No Cotizados, Transferencias de Aportaciones, Reembolsos Reforma 2000 y Cómputo de Pensiones,  cumpliendo con la misión de la Reingeniería de la Administración.  Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

El 15 de octubre de 2010, comenzaron las labores del Proyecto de la Ley 70/2010 en la Administración y la Sra. Díaz Chapman fue seleccionada para trabajar en el mismo.  Durante dicho periodo la Sra. Díaz Chapman tuvo que trabajar un alto volumen de solicitudes de Ley 70, dar adiestramientos y trabajar fuera del horario regular.   La señora Díaz Chapman es una empleada que siente entusiasmo y compromiso por el trabajo que realiza, características fundamentales para un alto rendimiento.  Su entusiasmo aumenta la motivación dentro del ambiente de trabajo, mantiene una actitud positiva y saber manejar adecuadamente las emociones entre sus compañeros de trabajo. Es una empleada líder que se ha distinguido por su profesionalismo, por su responsabilidad y por su vasto conocimiento de su trabajo, cualidades que la han ayudado al crecimiento profesional dentro del Sistema.

Se expide esta certificación hoy 4 de abril de 2016,  a petición de la señora Diaz Chapman.

Certifico Correcto.

*Carlos L. Vélez Marrero*
Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido





ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# C E R T I F I C A C I O N

Certifico que a partir de la Ley Número 7 del 9 de marzo de 2009 (Ley 7),  y como parte del proceso de Reingeniería de Procesos iniciado en la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico ese mismo año, la empleada Sofia Rojas Correa, quien ocupaba el puesto de Analista de Beneficios II,  en  la Sección de Pensiones, tuvo que tomar adiestramientos para trabajar otros conceptos de otras secciones, entre ellos:  Servicios No Cotizados, Transferencias de Aportaciones, Reembolsos Reforma 2000 y Estados de Cuenta,   cumpliendo con la misión de la Reingeniería de la Administración. A su vez la señora Rojas Correa se le solicitó ofrecer adiestramientos a sus compañeros sobre Cómputo de Pensiones, para que éstos pudieran trabajar los casos. Esto sin recibir remuneración adicional por realizar funciones adicionales a las inherentes a su puesto.

El 15 de octubre de 2010, comenzaron las labores del Proyecto de la Ley 70/2010 en la Administración y la Sra. Rojas Correa fue seleccionada para trabajar en el mismo.  Durante dicho periodo la Sra. Rojas Correa tuvo que trabajar un alto volumen de solicitudes de Ley 70 y en ocasiones tuvo que trabajar tiempo extra.   La señora Rojas Correa siempre se ha distinguido por su alto profesionalismo, por su eficiencia, y por el compromiso demostrado con la Agencia ya que siempre ha estado dispuesta a colaborar cuando se ha requerido de sus conocimientos.

Se expide esta certificación hoy 4 de abril de 2016,  a petición de la señora Rojas Correa.

Certifico Correcto.

Sr. Carlos A. Vélez Marrero
Gerente
Cuentas de Ahorro/Programa Híbrido

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



# RETIRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO

5 de abril de 2013

Sra. Elba B. Rivera Estrada
Delegada General

Estimada señora Rivera Estrada:

RE: CONTESTACIÓN DE QUERELLA EN TERCER PASO

El 21 de noviembre de 2012, recibimos una querella radicada a favor de los siguientes empleados: Consuelo Navarro Smith, Suheil Isaac Cruz, Mitzy Viera Rodríguez, Teresita Mercado Bigio, Ana I. Díaz Cardona, Luis Ayala Laureano, Maritza Colón Rivera, Sophya Rojas Correa, Sandra Díaz Chapman, Marilyn Velázquez Cruz, Glenda Jiménez Vélez, Marvin Torres González, Johanna Maduro Santana, Waleska Carrasco Ayala, Jannette Nazario Aponte y Mabel Sánchez Caraballo, mediante la cual solicitan un aumento de salrio para estos empleados u otorgación de diferencial.

Con el propósito de tramitar y atender adecuadamente la misma, se suscribió un acuerdo entre las partes al amparo del Artículo X, Sección 3 , Procedimiento de Quejas y Agravios del Convenio Colectivo ASR-UGT 2011-2013. Conforme al proceso se llevó a cabo la reunión de rigor.

En dicha querella se alega violación al Artículo XVII, Antigüedad, Sección 4 y Artículo XX, Desarrollo de Personal y Oportunidades de Aprendizaje, Sección 11 del Convenio Colectivo, Artículo XV, Secciones 1 y 2; Ley Núm. 184 de 3 de agosto de 2004, según enmendada, "Ley para la Administración de los Recursos Humanos del Servicio Público del Estado Libre Asociado de Puerto Rico", inciso 6, secciones 5, 6.1, 7, 8.2 y 8.3 (2A). En adición, violación a la Constitución del ELA, Artículo 16 y cualquier otro que aplique.

Luego de realizar el análisis correspondiente, se determinó reclasificar a los compañeros; Marvin Torres González, Johanna Maduro Santana, Ana Díaz Cardona, Suheil Isaac Cruz de Analista en Determinación de Beneficios I a Analista en Determinación de Beneficios II, por evolución, efectivo el 7 de enero de 2013.

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

P.O. Box 42003 San Juan, PR 00940-2203 • Plaza Retiro 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov



Con esta acción de recursos humanos, se cumple con la política pública de retribuir justamente al empleado.

Para cumplir con lo anterior, en los próximos días la ASR deberá radicar una petición de  autorización ante la Secretaría de la Gobernación y la Oficina de Gerencia y Presupuesto, en cumplimiento a la Política Pública establecida.

Los términos y condiciones de la otorgación del diferencial propuesto, estarán sujetos a la determinación que realice la oficina antes mencionada.

Nos encontramos en la mejor disposición de contestar cualquier interrogante que surja al respecto.

Cordialmente,

Ivelisse Hernández González
Directora
Oficina de Recursos Humanos
y Relaciones Laborales

2

***CUST PR 1845 SRF 53397 PackID: 57 MMLID: 1545792-P Svc: 316
Díaz Chapman, Sandra I
620 Calle Desmergo Cruz
Villa Prades
San Juan PR 00924

2

2 de noviembre de 2012

UNION GENERAL DE TRABAJADORES

Desde el 8 de noviembre de 2010 ejerzo funciones como Analista en Determinación de Beneficios II, en el área de Liquidación de Cuentas, Sección de Pensiones. Realizo todas las tareas de mi área, hasta aquellas que son más complicadas y conllevan un conocimiento más detallado como:

  Pensiones por Mérito
  Pensiones por Edad y Años de Servicio
  Pensiones por Incapacidad
  Pensiones para Leyes Especiales como Ley 4, Ley 8 y Ley 127
  Reajustes de Pensión
  Determinar, computar y cobrar insuficiencias al Plan de la Completa Suplementación

También Trabajé en la Sección de Estados de Cuenta, realizando las tareas relacionadas al área de trabajo como:

  Estados de Cuenta por el Sistema SABI
  Computar aportaciones y añadirlas al Sistema
  Verificar aportaciones en las nóminas del Sistema

En adición, he trabajado casos de Reembolsos de Aportaciones, Beneficios por Muerte de Activos y Beneficios por Muerte de Pensionados.

He tomado varios adiestramientos referentes al trabajo realizado en Cuentas al Participante.

Actualmente tengo el puesto de Técnico en Determinación de Incapacidad, puesto en propiedad desde julio de 1996. Llevé a cabo las funciones inherentes de ese puesto hasta noviembre de 2010, cuando se llevó a cabo el cambio administrativo, por necesidad de servicio, como se me informó entonces. En Incapacidad llevé a cabo las funciones de:

  Evaluar las Solicitudes de Incapacidad a la luz de las Leyes y el Reglamento de la
  ASR
  Evaluar la evidencia médica sometida por el solicitante de acuerdo con el Listado de
  Condiciones Médicas para la Concesión de Incapacidad de la ASR
  Redactar informe Técnico-Médico, instrumento usado por los médicos consultores como
  guía para la decisión del caso
  Hacer recomendaciones de aprobar y denegar la incapacidad
  Recomendar citas médicas a consultores externos
  Reevaluar las pensiones (pensiones ya aprobadas), con análisis del caso, con evidencia
  médica y recomendación de si continúa o no recibiendo los beneficios de Incapacidad

Por todo lo antes expuesto, solicito a la Administración de los Sistemas de Retiro me compense por todas los labores que estoy realizando.  Solicito también, ser cambiada de manera oficial al Área de Participantes, sin que esto sea en detrimento o perjuicio de mi actual escala salarial.


Waleska Carrasco Ayala

2 de noviembre de 2012

Sandra I. Díaz Chapman
Servicio No Cotizado

### *UNION GENERAL DE TRABAJADORES*

Pertenezco al área de Servicio No Cotizado, actualmente soy Analista en Determinación de Beneficios II lo cual realizo todas las tareas dentro de mi área hasta aquellas que son mas complejas y conllevan un conocimiento más detallado y preciso como:

> Servicios No Cotizados
>> Militar
>> Fondo
>> Jornal e Inrregular
>> Transitorio y Agencias

El área de participante se compone dos cuentas diferentes:

- Liquidación de cuentas – donde se desembolsa dinero
  - Pensiones
  - Reembolso
  - Reforma

- Mantenimientos de Cuentas
  - Estado de Cuenta
  - Servicios
  - Transferencias

Desde el 15 de octubre de 2010, con la primera fase de la Ley 70 he tomado diversos adiestramientos de todas las áreas a las cuales no pertenezco.

Las Tareas a realizo ahora pertenecen a ambas cuentas de participantes. Las mismas son más compleja, diferentes, con mayores funciones adicionales algunas con mayor responsabilidad y complejidad de casos ya que son de desembolso de dinero, estas son:

1. Reembolso de aportaciones
2. Descuentos indebidos y se derivan de diferentes conceptos
3. Pensiones (diferida, edad, complementarias, incapacidad, merito y Jueces)
4. Reembolsos de Reformas
5. Transferencias
6. Pagos globales reforma
7. Estados de cuentas regulares y jueces

8. Beneficios Por Muerte Activo

También he realizado tareas de un supervisor, he adiestrado compañeros de trabajo y desde febrero de 2012 a los empleados contratados por Retiro.

En septiembre de 2012 se me designó administrativamente como Interventora, tarea que conlleva una responsabilidad y complejidad considerable en el análisis, revisión de documentos para la aprobación de los cómputos y legalidad en la otorgación de beneficios.

Estoy realizando mas funciones, he ofrecido adiestramientos referentes a mi área la cual he laborado desde un principio Reembolso y aún no se me ha entregado la ASR 16 donde especifique mis funciones.

En virtud de lo mencionado solicito que se me considere y compense en aumento de sueldo o un diferencial por las labores adicionales que estoy realizando desde el 2010 y (antes) hasta el presente. Entiendo que se está violando el Convenio colectivo en el Artículo XVII, Sección 4, Artículo XX sección II, sección V y la Ley 184 Inciso 6. Sección 5 y 7, 6.1, Sección 8.3. 2ª, y 8.2, Artículo XV, sección I y II.

2 de noviembre de 2012


## *UNION GENERAL DE TRABAJADORES*

Actualmente soy Analista en Determinación de Beneficios II en el área de Servicio No Cotizado, realizo todas las tareas dentro de mi área hasta aquellas que son mas complicadas y conllevan un conocimiento más detallado como:

> Servicios No Cotizados
>> Militar
>> Fondo
>> Jornal e Inrregular
>> Transitorio y Agencias
>> Etc.

El área de participante se compone dos cuentas diferentes:

> Liquidación de cuentas – donde se desembolsa dinero

>> Pensiones
>> Reembolso
>> Reforma

> o   Mantenimientos de Cuentas

>> Estado de Cuenta – resumen de los años de servicios en gobierno
>> Servicios No Cotizados
>> Transferencias de Aportaciones a otros Sistemas de Retiro o Cuentas iras

He tomado diferentes adiestramientos de diferentes conceptos de otras áreas las cuales no son la que pertenezco.

Las Tareas a realizar son de ambas cuentas de participantes, con mayor complejidad con diferentes y mayores funciones ya que son de desembolso de dinero, estos son:

1. Reembolos de aportaciones
2. Descuentos indebidos y se derivan de diferentes conceptos
3. Pensiones (diferida, edad, complementarias, incapacidad, merito y Jueces)
4. Reembolsos de Reformas
5. Transferencias manual
6. Estados de cuentas

En adición  he Adiestrado a compañeros. (Tareas de un supervisor)

Hemos estado realizando más funciones y  con nuevos  adiestramientos más complejos y
no se nos han entregado nuestras nuevas ASR 16.

En virtud de lo mencionado solicitamos que se nos compense por las labores que estamos
realizando  y  desde el 2010 mas marcada con la ley 70

Por la situación antes expresada, solicito  se nos considera para un aumento de sueldo o
un diferencial  utilizando los siguientes artículos del convenio  Artículo XVII  sección 4,
Articulo XX sección 11 y  la Ley 184  6.5 7,  6.1,  8.3. 2ª,  8.2

Agradezco toda la atención al asunto.

Consuelo NavarroSmith
Analista en Determinación de Beneficios II

2 de noviembre de 2012


UNION GENERAL DE TRABAJADORES

Desde el 20 de noviembre de 2009 ejerzo funciones como Analista en Determinación de Beneficios II, en el área de Liquidación de Cuentas, Sección de Pensiones. Realizo todas las tareas de mi área, hasta aquellas que son más complicadas y conllevan un conocimiento más detallado como:

> Pensiones por Mérito
> Pensiones por Edad y Años de Servicio
> Pensiones por Incapacidad
> Pensiones para Leyes Especiales como Ley 4, Ley 8 y Ley 127
> Reajustes de Pensión
> Determinar, computar y cobrar insuficiencias al Plan de la Completa
> Suplementación

También Trabajé en la Sección de Estados de Cuenta, realizando las tareas relacionadas al área de trabajo como:

> Estados de Cuenta por el Sistema SABI
> Computar aportaciones y añadirlas al Sistema
> Verificar aportaciones en las nóminas del Sistema
> Hacer Transferencias de Entrada de otros sistemas de retiro

En adición, he trabajado casos de Reembolsos de Aportaciones, Beneficios por Muerte de Activos y Beneficios por Muerte de Pensionados.  Trabajé en la Fase I de Ley 70 y actualmente estoy trabajado la Fase V.

He tomado adiestramientos de Servicios no Cotizados.

Actualmente tengo el puesto de Técnico en Determinación de Incapacidad, puesto en propiedad desde enero de 2003.  Llevé a cabo las funciones inherentes de ese puesto hasta noviembre de 2009, cuando se llevó a cabo el cambio administrativo, por necesidad de servicio, como se me informó entonces.  En Incapacidad llevé a cabo las funciones de:

> Evaluar las Solicitudes de Incapacidad a la luz de las Leyes y el Reglamento de la ASR
> Evaluar la evidencia médica sometida por el solicitante de acuerdo con el Listado de Condiciones Médicas para la Concesión de Incapacidad de la ASR
> Redactar informe Técnico-Médico, instrumento usado por los médicos consultores como guía para la decisión del caso
> Hacer recomendaciones de aprobar y denegar la incapacidad
> Recomendar citas médicas a consultores externos

Continuación Carta del 02/11/12

Por todo lo antes expuesto, solicito a la Administración de los Sistemas de Retiro me compense por todas los labores que estoy realizando.  Solicito también, ser cambiada de manera oficial al Area de Participantes, sin que esto sea en detrimento o perjuicio de mi actual escala salarial.


Mabel Sánchez Caraballo

2 de noviembre de 2012

*Teresita Mercado Bigio*
Teresita Mercado Bigio
Pensiones

### *UNION GENERAL DE TRABAJADORES*

Pertenezco al área de Pensiones, actualmente soy Analista en Determinación de Beneficios II lo cual realizo todas las tareas dentro de mi área hasta aquellas que son mas complejas y conllevan un conocimiento más detallado y preciso como:

    Pensiones
        Merito
        Edad y años de Servicios
        Incapacidades
        Leyes especiales (8, 4, 169, MO 447, MO 127)
        Pensiones Suplementarias
        Reingresos
        Reajustes

El área de participante se compone dos cuentas diferentes:

- Liquidación de cuentas – donde se desembolsa dinero
    Pensiones
    Reembolso
    Reforma

- Mantenimientos de Cuentas
    Estado de Cuenta
    Servicios
    Transferencias

Desde el 15 de octubre de 2010, con la primera fase de la Ley 70 he tomado diversos adiestramientos de todas las áreas a las cuales no pertenezco.

Las Tareas a realizo ahora pertenecen a ambas cuentas de participantes. Las mismas son más compleja, diferentes, con mayores funciones adicionales algunas con mayor responsabilidad y complejidad de casos ya que son de desembolso de dinero, estas son:

1. Reembolso de aportaciones
2. Estados de cuentas regulares
3. Beneficios Por Muerte Activo

También he realizado tareas de un supervisor, he adiestrado compañeros en el area de las Leyes e Incapacidades.

Aún no se me ha entregado la ASR 16 donde especifique mis funciones.

En virtud de lo mencionado solicito que se me considere y compense en aumento de sueldo o un diferencial por las labores adicionales que estoy realizando desde el 2010 y (antes) hasta el presente. Entiendo que se está violando el Convenio colectivo en el Artículo XVII, Sección 4, Artículo XX sección II y la Ley 184 Inciso 6. Sección 5 y 7, 6.1, Sección 8.3. 2ª, y 8.2

2 de noviembre de 2012

Marilyn Velázquez Cruz
Servicios a Participantes

*UNION GENERAL DE TRABAJADORES*

Actualmente tengo el puesto de Analista de Beneficios II, en la Sección
Estado de cuentas (adjunto copia de mi talonario como evidencia).
Realizo todas las tareas dentro de mi área hasta aquellas que son más
complejas y conllevan un conocimiento mas detallado y preciso como:

1. Estados de Cuentas, Transferencias de Entrada y Salida,
   Bienes gananciales, Jueces y Reinstalación por Tribunal

El área de participantes se compone de dos Divisiones, a saber:

I. Mantenimiento de Cuentas
   1. Estado de Cuentas
   2. Servicios no cotizados

II. Liquidación de Cuentas (donde se desembolsa dinero)
   1. Servicios no cotizados
   2. Pensiones
   3. Reembolso de aportaciones
   4. Reforma 2000

Desde el 15 de octubre de 2010, con la primera fase de la Ley 70 he
tomado diversos adiestramientos de todas las áreas a las cuales no
pertenezco.

Las tareas que realizo ahora pertenecen ambas Divisiones de
Participantes. Las mismas son más complejas, diferentes, con mayores
funciones, responsabilidad y complejidad de los casos ya que implican
el desembolso de dinero, a saber:

1. Reembolso de aportaciones, Descuentos indebidos,
   Beneficios por Muerte
2. Pensiones por Mérito, Edad y Años de Servicios,
   Diferidas y Reajuste de Pensión
3. Reforma 2000: Estados de Cuenta, Reembolso de
   Aportaciones, Transferencias de Salida y Pago Global
4. Servicios No cotizados con todos sus conceptos (en total
   21 conceptos)

También he realizado tareas de un supervisor, he adiestrado
compañeros de trabajo y desde febrero de 2012 a los empleados
contratados por Retiro.

En septiembre de 2012 se me designó administrativamente como Interventora, tarea que conlleva una responsabilidad y complejidad considerable en el análisis, revisión de documentos para la aprobación de los cómputos y legalidad en la otorgación de beneficios.

Estoy realizando mas funciones, he ofrecido adiestramientos referentes a mi área, con mayor grado de complejidad y, aún no se me ha entregado la ASR 16 donde especifique las mismas.

En virtud de lo mencionado solicito que se me considere y compense en aumento de sueldo o un diferencial por las labores adicionales que estoy realizando desde el 2010 hasta el presente. Entiendo que se está violando el Convenio colectivo en el Artículo XVII, Sección 4, Artículo XX Sección 11 y la Ley 184, Inciso 6 Sección 5 y 7; 6.1; Sección 8.3; 2(a) y 8.2.

2 de noviembre de 2012


A:  UNION GENERAL DE TRABAJADORES

Pertenezco al área de Cuentas de Ahorros (Reforma 2000) como Analista de Determinación de Beneficios II.  El puesto pertenece al Área de Participantes. Realizo todas las tareas dentro de mi área hasta aquellas que son más complicadas y conllevan un conocimiento mas detallado.  Participé en el proyecto de Ley 7.  E colaborado en otros proyectos de la División de Estados de Cuenta, Cómputo de Pensión y Reembolso.


Realizo las tareas, tales como:

o   Cuentas de Ahorro - Ley 305
                Reembolso de Aportaciones
                Estados de Cuenta
                Beneficios por Muerte
                Descuento Indebido
                Transferencias Cuenta Individual
                Transferencias Retiro Gubernamental
                Pago Global
                Incapacidad Ocupacional y No Ocupacional

En adición, me han dado tareas a realizar de supervisión las cuales son adiestrar a los compañeros del Sistema de Retiro de Maestros tanto como a nuestros compañeros de este Sistema de Retiro.  Además de trabajar cada concepto en la División de Cuentas de Ahorro, genero los casos y los remito a las unidades correspondientes.

Desde el 15 de octubre de 2010,  con la entrada de la primera fase de Ley 70 e tomado diferentes adiestramientos de diferentes conceptos de otras áreas, también bajo la Ley 447 y Ley 1 de otras áreas las cuales no son a la que pertenezco, tales como:

o   Servicios No Cotizados
                Militar
                Fondo
                Jornal e Inrregular
                Transitorio y Agencias


o   Reembolso de Aportaciones
                BXM

- Mantenimiento de Cuentas
  - Estado de Cuenta

Las tareas a realizar ahora son de ambas cuentas de participantes, con mayor complejidad, con diferentes y mayores funciones adicionales, algunas con mayor responsabilidad y complejidad de casos, las siguientes son:

- Casos conllevan desembolso de dinero:

  - Reembolsos
  - Cómputo de Pensiones
  - Cuentas de Ahorro (Reforma 2000)

De la corriente regular estamos trabajando con todos los conceptos de la Ley 305, 447 y 1:

- Servicios No Cotizados
  - Militar
  - Fondo
  - Jornal e Irregular
  - Transitorio y Agencias

- Liquidación de Cuentas
  - Pensiones
  - Reembolsos
  - Reforma

- Mantenimiento de Cuentas
  - Estado de Cuenta
  - Servicios
  - Transferencias

Hemos estado realizando más funciones con nuevos adiestramientos más complejos y no se nos han entregado nuestras nuevas ASR 16.

Violando el convenio colectivo en el Artículo XVII Sección 4, Artículo XX Sección 11 y la Ley 184 6.5 7, 6.1, 8.3. 2,8.2.

Por lo antes expresado, solicito que se nos compense por las tareas que estamos realizando con un aumento a mi salario y un diferencial.

_Mitzy Viera /PR_

Mitzy Viera Rodríguez

2 de noviembre de 2012


A: UNION GENERAL DE TRABAJADORES

Pertenezco al área de Cuentas de Ahorros (Reforma 2000) como Analista de Determinación de Beneficios II. El puesto pertenece al Área de Participantes. Realizo todas las tareas dentro de mi área hasta aquellas que son más complicadas y conllevan un conocimiento mas detallado. Participé en el proyecto de Ley 7. E colaborado en otros proyectos de la División de Estados de Cuenta, Cómputo de Pensión y Reembolso.


Realizo las tareas, tales como:

- Cuentas de Ahorro - Ley 305
  - Reembolso de Aportaciones
  - Estados de Cuenta
  - Beneficios por Muerte
  - Descuento Indebido
  - Transferencias Cuenta Individual
  - Transferencias Retiro Gubernamental
  - Pago Global
  - Incapacidad Ocupacional y No Ocupacional

En adición, me han dado tareas a realizar de supervisión las cuales son adiestrar a los compañeros del Sistema de Retiro de Maestros tanto como a nuestros compañeros de este Sistema de Retiro. Además de trabajar cada concepto en la División de Cuentas de Ahorro, genero los casos y los remito a las unidades correspondientes.

Desde el 15 de octubre de 2010, con la entrada de la primera fase de Ley 70 e tomado diferentes adiestramientos de diferentes conceptos de otras áreas, también bajo la Ley 447 y Ley 1 de otras áreas las cuales no son a la que pertenezco, tales como:

- Servicios No Cotizados
  - Militar
  - Fondo
  - Jornal e Inrregular
  - Transitorio y Agencias

- Reembolso de Aportaciones
  - BXM

    ◦  Mantenimiento de Cuentas
          Estado de Cuenta

Las tareas a realizar ahora son de ambas cuentas de participantes, con mayor complejidad, con diferentes y mayores funciones adicionales, algunas con mayor responsabilidad y complejidad de casos, las siguientes son:

    ◦  Casos conllevan desembolso de dinero:

          Reembolsos
          Cómputo de Pensiones
          Cuentas de Ahorro (Reforma 2000)

De la corriente regular estamos trabajando con todos los conceptos de la Ley 305, 447 y 1:

    ◦  Servicios No Cotizados
          Militar
          Fondo
          Jornal e Irregular
          Transitorio y Agencias

    ◦  Liquidación de Cuentas
          Pensiones
          Reembolsos
          Reforma

    ◦  Mantenimiento de Cuentas
          Estado de Cuenta
          Servicios
          Transferencias

Hemos estado realizando más funciones con nuevos adiestramientos más complejos y no se nos han entregado nuestras nuevas ASR 16.

Violando el convenio colectivo en el Articulo XVII Sección 4, Articulo XX Sección 11 y la Ley 184 6.5 7, 6.1, 8.3. 2,8.2.

Por lo antes expresado, solicito que se nos compense por las tareas que estamos realizando con un aumento a mi salario y un diferencial.

Luis Ayala Laureano

2 de noviembre de 2012

## _UNION GENERAL DE TRABAJADORES_

Pertenezco al Área de Servicios al Participante, actualmente soy Analista en Determinación de Beneficios II, lo cual realizo todas las tareas dentro de mi área, hasta aquellas que son mas complejas y conllevan un conocimiento más detallado y preciso.

El área de participante se compone de:

- Liquidación de Cuentas – donde se desembolsa dinero
  - Pensiones
  - Reembolso
  - Reajuste
  - Leyes Especiales
  - Beneficio por Muerte – Activo y Pensionado

- Mantenimiento de Cuentas
  - Estado de Cuenta
  - Servicios No Cotizados
  - Transferencias

Desde el 15 de octubre de 2010, con la primera fase de la Ley 70 he tomado diversos adiestramientos de todas las áreas a las cuales no pertenezco.

Las Tareas que realizo ahora pertenecen a ambas cuentas de participantes. Las mismas son más compleja, diferentes, con mayores funciones adicionales algunas con mayor responsabilidad y complejidad de casos ya que son de desembolso de dinero, estas son:

1. Reembolso de aportaciones
2. Descuentos indebidos y se derivan de diferentes conceptos
3. Pensiones (diferida, edad, complementarias, incapacidad, merito)
4. Estados de cuenta regulares
5. Beneficios Por Muerte Activo y Pensionado
6. Reajuste
7. Leyes Especiales

- 2 -

En virtud de lo mencionado solicito que se me considere y compense en aumento de
sueldo o un diferencial por las labores adicionales que estoy realizando desde el 2010 y
(antes) hasta el presente.  Entiendo que se está violando el Convenio colectivo en el
Artículo XVII, Sección 4, Artículo XX sección II y la Ley 184 Inciso 6. Sección 5 y 7,
6.1,  Sección 8.3. 2ª,  y 8.2.

Maritza Colón Rivera
Cómputo de Pensiones

1 de noviembre de 2012


Nombre: Sophya Rojas Correa

Area: Cómputo de Pensiones


El 1ro. de abril de 2001 fui nombrada como Analista en Determinación de Beneficios I en el Area de Servicios al Participante.  Bajo dicho nombramiento realizaba el análisis, cálculo y cómputo de los siguientes conceptos:

- Pensión por Mérito, Edad, Diferida y Suplementaria
- Pensión de Acaldes y Jueces
- Pensiones por Incapacidad Ocupacional y No Ocupacional
- Beneficio de Leyes Especiales y Muerte Ocupacional
- Reajustes de pensiones y leyes especiales
- Insuficiencia de Aportaciones y Diferencia del Plan de Completa Suplementación

Entre los conceptos antes mencionados se encontraban funciones que correspondían a un Analista de nivel II.  Sin embargo, no fue hasta el 1ro. de Septiembre de 2008 que se implanta un Plan de Clasificación y Retribución donde fui clasificada al puesto de Analista en Determinación de Beneficios II.

El Area de Servicios al Participante se compone de dos cuentas diferentes

- Liquidación de Cuentas – donde se desembolsa dinero de las áreas de Cómputo de Pensiones, Reembolso de Aportaciones y Reforma 2000.
- Mantenimiento de Cuentas – donde se certifican y se generan Estados de Cuenta, Servicios No Cotizados y Transferencias

El 1ro. De agosto de 2010 fui seleccionada para trabajar en el Proyecto de la Ley 70 donde recibí adiestramiento de los siguientes conceptos:

- Reembolso de Aportaciones
- Costo de Servicios No Cotizados
- Reforma 2000
- Estados de Cuenta
- Tranferencia de Entrada y Salida

Esto significa que actualmente trabajamos para ambas cuentas de participantes.  Entiendo que ahora tenemos más funciones, que nuestra labor es más compleja y de mayor responsabilidad.  En adición he adiestrado a compañeros contratados por la agencia cuando dichas funciones le correponden a un supervisor.

Finalmente, durante el mes de septiembre de 2012, fui designada administrativamente como Interventora. Durante esta periodo realicé trabajos de mayor complejidad y respondabilidad en el análisis, revisión de documentos para aprobación de computos y legalidad en la otorgación de beneficios y pensiones, entre otros.  Fui designada a realizar estas labores por la experiencia en la aplicación de leyes, normas y reglamentos que conceden beneficios y derechos a nuestros participantes y pensionados.

Por lo tanto, solicito a los Sistemas de Retiro que me compense por las nuevas labores que estoy realizando. Además, que me entregue la ASR 16 indicando cuales son las funciones del puesto.

Entiendo que se esta violando el Artículo XVII, sección 4, Artículo XX, sección 11 y la Ley 184 (6.5 7, 6.1, 8.3.2a y 8.2 del Convenio Colectivo.

Atentamente,

Sophya Rojas Correa

2 de noviembre de 2012

## *UNION GENERAL DE TRABAJADORES*

Pertenezco al Área de Servicios al Participante, actualmente soy Analista en Determinación de Beneficios II, lo cual realizo todas las tareas dentro de mi área, hasta aquellas que son mas complejas y conllevan un conocimiento más detallado y preciso.

El área de participante se compone de:

- Liquidación de Cuentas – donde se desembolsa dinero
  Pensiones
  Reembolso
  Reajuste
  Leyes Especiales
  Beneficio por Muerte – Activo y Pensionado

- Mantenimiento de Cuentas
  Estado de Cuenta
  Servicios No Cotizados
  Transferencias

Desde el 15 de octubre de 2010, con la primera fase de la Ley 70 he tomado diversos adiestramientos de todas las áreas a las cuales no pertenezco.

Las Tareas que realizo ahora pertenecen a ambas cuentas de participantes. Las mismas son más compleja, diferentes, con mayores funciones adicionales algunas con mayor responsabilidad y complejidad de casos ya que son de desembolso de dinero, estas son:

1. Reembolso de aportaciones
2. Descuentos indebidos y se derivan de diferentes conceptos
3. Pensiones (diferida, edad, complementarias, incapacidad, merito)
4. Estados de cuenta regulares
5. Beneficios Por Muerte Activo y Pensionado
6. Reajuste
7. Leyes Especiales

- 2 -

En virtud de lo mencionado solicito que se me considere y compense en aumento de
sueldo o un diferencial por las labores adicionales que estoy realizando desde el 2010 y
(antes) hasta el presente.   Entiendo que se está violando el Convenio colectivo en el
Artículo XVII, Sección 4, Artículo XX sección II y  la Ley 184  Inciso 6. Sección 5 y 7,
6.1,  Sección 8.3. 2.  y 8.2.

Glendalee Jiménez Vélez
Cómputo de Pensiones

2 de noviembre de 2012


A:  UNION DE TRABAJADORES (UGT)


Pertenezco al área de Reembolso de Aportaciones, según indica mi hoja de deberes con mi numero de puesto.  Actualmente soy Analista de Beneficios I,  Cuando comenze el área de Participantes fue el área de Pensiones.  Luego me trasladaron al área de Estado de Cuenta donde realizo todas las tareas dentro de mi  área hasta aquellas que son más complicadas y conllevan un conocimiento más detallado como:

      *Mantenimiento de Cuentas

           Estado de Cuentas

           Transferencias salida

           Transferencias entrada

           Informes de Etica

           Bienes Gananciales

      *Liquidación de Cuentas-donde se desembolsa dinero

           Pensiones

           Reembolso

           Reforma

Mantenimiento de Cuentas y Liquidación de Cuentas, son las dos cuentas diferentes del área de participantes.


      Servicios No Cotizados

           Militar

           Fondo

           Jornal e Irregular

           Transitorio y Agencias

Desde el 15 de octubre de 2010, con la entrada de la primera Ley 70 hemos tomado diferentes adiestramientos de diferentes conceptos de otras áreas las cuales no son a la que pertenezco.  Las Tareas a realizar ahora son de ambas cuentas de participantes, con mayor complejidad de casos ya que son de desembolso de dinero., estas son

      \*\*Reembolso

      \*\*Pensiones

      \*\*Reforma

Hemos estado realizando más funciones con nuevos adiestramientos más complejos y no se nos han entregado nuestras nuevas ASR 16.

En virtud de lo mencionado solicitamos que se nos compense por las labores que estamos realizando desde el 2010 el presente.

Violando el convenio colectivo el Artículo XVII sección 4, Artículo XX sección 11 y la Ley 184 6.5, 8.3. 2ª, 8.2

Gracias anticipadas, queda de ustedes.

Ana I. Díaz Cardona

Analista de Beneficios I

2 de noviembre de 2012

A: UNION GENERAL DE TRABAJADORES

    Desde el 2 de julio de 2007 hasta el presente, he tenido la oportunidad de trabajar como Analista de Determinación de Beneficios I. El puesto pertenece al Área de Participantes en la División de Cuentas de Ahorro (Reforma 2000), Sección de Devolución de Ahorro lo cual realizo todas las tareas dentro de mi área hasta aquellas que son mas complicadas y conllevan un conocimiento mas detallado. Participé en el proyecto de Ley 7. E colaborado en otros proyectos de la División de Estados de Cuenta, Cómputo de Pensión y Reembolso.

Hacen cinco años realizo tareas, tales como:

- Cuentas de Ahorro - Ley 305
    Reembolso de Aportaciones
    Estados de Cuenta
    Beneficios por Muerte
    Descuento Indebido
    Transferencias Cuenta Individual
    Transferencias Retiro Gubernamental
    Pago Global
    Incapacidad Ocupacional y No Ocupacional

En adición, me han dado tareas a realizar de supervisión las cuales son adiestrar a los compañeros del Sistema de Retiro de Maestros tanto como a nuestros compañeros de este Sistema de Retiro. Además de trabajar cada concepto en la División de Cuentas de Ahorro, genero los casos y los remito a las unidades correspondientes.

Desde el 15 de octubre de 2010, con la entrada de la primera fase de Ley 70 e tomado diferentes adiestramientos de diferentes conceptos de otras áreas, también bajo la Ley 447 y Ley 1 de otras áreas las cuales no son a la que pertenezco, tales como:

- Servicios No Cotizados
    Militar
    Fondo
    Jornal e Inrregular
    Transitorio y Agencias

- Reembolso de Aportaciones
    BXM

        Mantenimiento de Cuentas
            Estado de Cuenta

Las tareas a realizar ahora son de ambas cuentas de participantes, con mayor complejidad, con diferentes y mayores funciones adicionales, algunas con mayor responsabilidad y complejidad de casos, las siguientes son:

• Casos conllevan desembolso de dinero:

        Reembolsos
        Cómputo de Pensiones
        Cuentas de Ahorro (Reforma 2000)

De la corriente regular estamos trabajando con todos los conceptos de la Ley 305, 447 y 1:

      • Servicios No Cotizados
            Militar
            Fondo
            Jornal e Irregular
            Transitorio y Agencias

      • Liquidación de Cuentas
            Pensiones
            Reembolsos
            Reforma

      • Mantenimiento de Cuentas
            Estado de Cuenta
            Servicios
            Transferencias

Hemos estado realizando más funciones con nuevos adiestramientos más complejos y no se nos han entregado nuestras nuevas ASR 16.

Violando el convenio colectivo en el Articulo XVII Sección 4, Articulo XX Sección 11 y la Ley 184 6.5 7, 6.1, 8.3. 2,8.2.

Por lo antes expresado, solicito que se nos compense por las tareas que estamos realizando con un aumento a mi salario y un diferencial.

Suheil Isaac Cruz

26 de octubre de 2012


Unión General de Trabajadores


Durante el período comprendido del 1 de Julio de 2007 hasta el 30 de septiembre de 2010 he estado asignado a trabajar como Analista en Determinación de Beneficios I en el Area de participantes, Sección de Estado de Cuenta.

Mis tareas en ese momento son las siguientes:

1. Estados de Cuentas en el Sistema Mecanizado y manual.
2. Transferencia de Entrada y Transferencia de Salida regulares.
3. Reingresos.
4. Estados de cuentas financieros para Etica Gubernamental.
5. Bienes Gananciales.

También las Tareas de un Analista en Determinación de Beneficios II las cuales son:

1. Estados de cuentas de Jueces y Transferencia de Salida de Jueces.

Cuando hay un alto volumen de Pensiones en esa Sección trabajo Pensiones por mérito, diferida y Reajustes de pension.

Desde que comencé en el proyecto de Ley 70 desde octubre de 2010, tengo otras tareas adicionales que me asignaron y son las siguientes:

1. Servicios no Cotizados.
2. Reembolsos de Aportaciones de Ley definida como lo son Ley 447 y Ley 1.
3. Reembolso de Reforma 2000, Pago Global de Reforma 2000, Transferencias a otro Sistema o Cuenta individual de Reforma 2000.
4. Beneficios por Muerte activos.
5. Adiestrar a mis compañeros que son Analistas I y II a trabajar con Transferencias de Entrada y Salida.
6. Aclarar las dudas a los Interventores con relación a las Transferencias de Entrada y de Salida.
7. Adiestrar a Auditores para trabajar Transferencias de Entrada para el proyecto de Ley 70.
8. Pensiones por mérito, diferida, Reajuste de pensión y pensiones de jueces.

Violando el convenio colectivo en el Articulo XVII sección 4, Articulo XX sección 11 y
la Ley 184 6.5 7, 6.1, 8.3.2, 8.2.

Por la situación antes expresada, solicito me considere para un puesto de Analista en
Determinación de Beneficios II, ya que me encuentro realizando las tareas de dicho
puesto hace mas de dos años.  Espero que mi solicitud sea considerada favorablemente.

Agradezco la ayuda que me brindan.

Respetuosamente,

Malvín Torres González
Analista en Determinación de Beneficios I

26 de octubre de 2012

Unión General de Trabajadores

Durante el período comprendido del 1 de Julio de 2007 hasta el 30 de septiembre de 2010 he estado asignada a trabajar como Analista en Determinación de Beneficios I en el Area de participantes, Sección de Estado de Cuenta.

Mis tareas en ese momento son las siguientes:

1. Estados de Cuentas en el Sistema Mecanizado y manual.
2. Transferencia de Entrada y Transferencia de Salida regulares.
3. Reingresos.
4. Estados de cuentas financieros para Etica Gubernamental.
5. Bienes Gananciales.

También las Tareas de un Analista en Determinación de Beneficios II las cuales son:

1. Estados de cuentas de Jueces y Transferencia de Salida de Jueces.

Cuando hay un alto volumen de Pensiones en esa Sección trabajo Pensiones por mérito, diferida y Reajustes de pension.

Desde que comencé en el proyecto de Ley 70 desde octubre de 2010, tengo otras tareas adicionales que me asignaron y son las siguientes:

1. Servicios no Cotizados.
2. Reembolsos de Aportaciones de Ley definida como lo son Ley 447 y Ley 1.
3. Reembolso de Reforma 2000, Pago Global de Reforma 2000, Transferencias a otro Sistema o Cuenta individual de Reforma 2000.
4. Beneficios por Muerte activos.
5. Adiestrar a mis compañeros que son Analistas I y II a trabajar con Transferencias de Entrada y Salida.
6. Aclarar las dudas a los Interventores con relación a las Transferencias de Entrada y de Salida.
7. Adiestrar a Auditores para trabajar Transferencias de Entrada para el proyecto de Ley 70.
8. Pensiones por mérito, diferida, Reajuste de pensión y pensiones de jueces.

Funciones de supervisor:

1. Corregir Transferencias de Salida a otro sistema mal intervenida.


Violando el convenio colectivo en el Articulo XVII sección  4, Articulo XX sección 11 y
la Ley  184 6.5 7, 6.1, 8.3.2, 8.2.

Por la situación antes expresada, solicito me considere para un puesto de Analista en
Determinación de Beneficios II, ya que me encuentro realizando las tareas de dicho
puesto hace mas de dos años.  Espero que mi solicitud sea considerada favorablemente.

Agradezco la ayuda que me brindan.

Respetuosamente,


Johanna R. Maduro Santana
Analista en Determinación de Beneficios I

17 de mayo de 2013

Sr. Pedro Vázquez

Director Area de Participante

Señor Vázquez

En reunión sostenida el día 3 de abril 2013, donde se me ofrecio un diferencial por la cantidad de $150.00 para formar parte de un grupo "teem leader" para adiestrar al personal entrante y que el mismo era voluntario.

En ese momento le indique que desitía del mismo.

El día de ayer me llego un informe de cambio donde me notifican cambio en mi nómina por el diferencial.

Le notifico que desisto del mismo.

Respetuosamente,

Sandra Díaz Chapman

Analista en Determinación de Beneficios II

C   Ileana Vázquez