Sandra I. Diaz Chapman
Calle Domingo Cruz #620
Urb Villa Prades
San Juan PR 00924

Sima
Ezequiel
2 Junio/2021



PRIORITY MAIL 1-DAY®
0 Lb 13.90 Oz
1005
EXPECTED DELIVERY DAY: 05/29/21
C018
SHIP TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

USPS TRACKING® #
9505 5104 1577 1148 3998 86

FROM:

TO: Secretaria
150 Calle Chardon
San Juan P.R. 00925
00918

Estados Unidos
...deral
...8-1767

2021 JUN -2 PM 3:40
RECEIVED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR