

**Escuela Rafael Hernández Marín-72058**
**Región de Arecibo**



## CERTIFICACION DE EMPLEO

Por este medio certifico que la **Sra. Graciela Gómez Morales,** comenzó a trabàjar para el Departamento de Educación **desde año 1991 al presente.** Actualmente ocupa un puesto de Oficinista Mecanógrafa ii (C0932) con status **permanente** en la Escuela Rafael Hernández Marín en Vega Baja (72058).

De necesitar información adicional, puede comunicarse al teléfono: 787-858-1994. Dado hoy, 26 de mayo de 2021 en Vega Baja.

Certifico correcto,

Sonia I Martínez Olivo
Directora Escolar

Apartado 1374 Vega Baja, PR  00694
Teléfono: (787) 858-1994 Fax: (787) 807-4313
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color,
sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición
social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental;
ni por ser víctima de violencia doméstica, agresión sexual o acecho

Tribunal de Distrito de los E.U.
Secretaria (Clerk's Office)
Avenida de Carlos Chardon Ste. 150
San Juan, PR 00918-1767

2021 JUN -2 PM 2:57

SAN JUAN PR 009

28 MAY 2021 PM 1 L

USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER

Graciela Gomez Morales
Urb Villa Real C/3 D-31
Vega Baja, PR 00693