# TONY MARTIN, ARCHITECTS

Tribunal de Distrito Estados Unidos
Clerk's Office
Ave. Carlos Chardon, Ste 150,
San Juan, Puerto Rico,00918-1767.



