May 26, 2021

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York NY 10163-4850

Re: PR 1845 SRF 52652 PackID 175746 MMLID 21511670-P SVC-DSHN-PC
Maria Teresita Martin
H-22 Yagrumo, Caparra Hills,
Guaynabo, P.R. 00968
Third Amendment Title III Joint Plan Adjustment {ECF No 16740} as amended. **'The Plan"** Payment of The Retirement Plan for Public Employees.


**I disagree with the approval of "The Plan as published". Retirement shall be provided for public employees, <u>and those who provided for their separate retirement, by purchasing Puerto Rico Bonds</u>, shall be respected as well**

A) Retirement Plan for Public Employees **should be paid in full**. This is an agreement and shall be attended.
B) **Those who did not work for the government, had to manage their savings too, and <u>those who trusted Puerto Rican Bonds, shall be paid as agreed, including interest</u>.**
C) If that does not happen, **who will trust Puerto Rico for future loan requests?**
D) **So far there has been some "forced agreements" with other Bonds, and <u>lots of money had been lost</u>, by private Bond Buyers. Now the government is pushing deeper, proposing <u>ridiculous returns</u>.**
E) It is time to provide **justice, <u>it is the same to pay for public employees and for private retirement too</u>**. If repayment sources were not provided, **find the money.**
F) Puerto Rico is a Territory of the United States, and should have not been permitted to enter into Bankruptcy, without bringing along the entire territory.
G) The economic assistance by The United States recently has been enormous and there is, **hidden somewhere, enough money <u>to repay those citizens who intended to provide for their retirement too</u>.**

<u>**Puerto Rico is appropriating our money, and that, should not be permitted.**</u>

*Maria Teresita Martin*
Truly yours,
Maria Teresita Martin
This PC, /documents/junta de control fiscal/opposition pago reducido Tere