00968

TONY MARTIN, ARCHITECT. CAPARRA HILLS, YAGRUMO H-22 GUAYNABO P.R.

Tribunal de Distrito Estados Unidos
Clerk's Office
Ave. Carlos Chardon, Ste 150,
San Juan, Puerto Rico, 00918-1767.

2021 JUN -2 PM 1:46

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR