


Secretaria de Administración
Oficina de Finanzas y Presupuesto

# CERTIFICACION SOBRE TITULARIDAD O JURISDICCION

Yo, __Bethzaida Hernández Mercado__, mayor de edad, __soltera__,
(Nombre y apellidos) (Estado civil)

__Directora de Finanzas__, vecino de __Isabela__,
(Titulo y puesto)

empleado (a) del Municipio de __Isabela__.

Certifico que __El pasillo y escalera que da acceso a la pocita de Playa Montones__
(Dirección /identificación del lugar del alegado incidente)

lugar donde alega __Jeanetta Pirtle__ ocurrió el incidente
(Nombre y ambos apellidos de perjudicado)

el día __15 de abril de 2017__,
Fecha de la perdida

SELECCIONE LA QUE APLIQUE:

A) Pertenece y/o es jurisdicción de este Municipio.

B) Pertenece y/o es jurisdicción de este Municipio pero a la fecha del alegado incidente estaba bajo el

cuidado, control y custodia de _____.
(Nombre persona, entidad o corporación)

(C) No pertenece, ni es jurisdicción de este Municipio.

La presente certificación no debe entenderse como una admisión de responsabilidad y/o negligencia de

este Municipio.

_[signature]_
Firma

__Finanza y Presupuesto__
Oficina

__10 de junio de 2020__
Fecha de Certificación

__(787)872-2100 Ext. 2301__
Teléfono