CERTIFIED TRANSLATION

ISABELA                                              ISABELA
Logo                                        "A city to be lived in"
Commonwealth of Puerto Rico               Secretariat for Administration
                                          Office of Finance and Budget

## TITLE OR JURISDICTION CERTIFICATE

I, <u>Bethzaida Hernández Mercado</u> (Full name), of legal age, <u>single</u> (Civil status), <u>Finance Manager</u> (Title and Position) and a resident of <u>Isabela</u>, an employee of the Municipality of <u>Isabela</u>. Certify that the hall and stairs that give access to the semi-circular broad beach of Playa Montones (Direction/Identification of the place of the alleged incident) the location where Jeanetta Pirtle (Full name of the injured party) alleges the accident occurred on April 15, 2017.

SELECT THE ONE THAT APPLIES:

A)<u>Belongs and/or is of the jurisdiction of this Municipality.</u>

B)Belongs and/or is of the jurisdiction of this Municipality but on the date of the alleged incident was under the care, control and custody of _____(Name of person, entity or corporation)

(C)Does not belong, nor is of the jurisdiction of this Municipality.

The present certificate should not be understood as an admission of responsibility and/or negligence by this Municipality.


        s/ signature                         <u>June 10, 2020</u>
<u>Bethzaida Hernández Mercado</u>              Date of Certificate
        Signature

<u>Finances and Budget</u>                     <u>(787)872-2100 Ext. 2301</u>
        Office                                  Telephone


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.