IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JEANETTA B PIRTLE, *et al.*,

　Plaintiffs,

　　　v.

MUNICIPALITY OF ISABELA, *et al.*,

　Defendants.

CIVIL NO. 18-1200(JAG)

## JUDGMENT

　　Pursuant to Plaintiffs' Notice of Voluntary Dismissal, Docket No. 50, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case against Defendants without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, July 13, 2020.

　　　　　　　　　　　　　　　　　　　　s/ Jay A. Garcia-Gregory
　　　　　　　　　　　　　　　　　　　　JAY A. GARCIA-GREGORY
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE