Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

Reclamación 161477
Cruz Rivera, Lucia A.
Estado Libre Asociado de P.R.

A quien pueda interesar:

Les estoy enviando la réplica de reclamación y evidencia de que yo estaba trabajando con el Estado Libre Asociado de P.R, según documentos Adjunta

Nunca recibí el aumento de sueldo de la Ley 89 (Romeraso). La última agencia en la que trabajé fué en la Junta de Calidad Ambiental.

No les había escrito anteriormente porque no recibí ninguna carta en español solicitándome información adicional ni documentación justificativa. Yo no sé inglés y los documentos que me llegaron estaban escritos en inglés. Me enteré por una compañera de trabajo que me llamó. No tengo abogad

Perdonen los incovenientes que esto les pueda causar. Promesa, Titulo III Núm 17BK 3283-LTS
9686   3566

Cordialmente,

Cond. Torre de los Frailes 2080    Lucia A. Cruz Rivera
Carr. 8177 Apt. 3-I                *Lucia A. Cruz Rivera*
Guaynabo, P.R. 00966-3737           787-949-1355
                                    SS: 7331 - Año Nac. 1950



*Gobierno de Puerto Rico*
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
ESTACION MINILLAS PO BOX 42003 SAN JUAN, PR 00940-2203

# ESTADO DE CUENTA ESTIMADO

28 de septiembre de 2011

**Agencia: 126 - JUNTA CALIDAD AMBIENTAL**

CRUZ RIVERA LUCIA
COND.TORRE DE LOS FRAILES
APT 3-I
GUAYNABO, PR        00969

**Seguro Social: XXX-XX-7331**

A base de la información en nuestros records, al 28 de septiembre de 2011 usted ha completado:

**Balance de Aportaciones : $45,216.33
Años de Servicio: 39.50**

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión. En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

*Yamilet Amador*

Yamilet Amador Cruz
Unidad de Estado de Cuenta
Área de Participantes



**Gobierno de Puerto Rico**
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 • SAN JUAN, PR 00940-2203

16 de marzo de 2012

LUCIA A.. CRUZ RIVERA  XXX-XX-7331  Solicitud No: 391525
COND.TORRE DE LOS FRAILES                Radicada en: 22 dic 2011
APT 3-I
GUAYNABO, PR 00969

Estimado (a) participante:

Nos referimos a la Solicitud de Estado de Cuenta que radicó en nuestro Sistema de Retiro, solicitando información con respecto a los años de servicios que tiene acreditados.

Conforme a la información que consta en su expediente para asuntos de Retiro y la evidencia en nuestro sistema mecanizado de nóminas, durante el periodo del 1 de julio de 1974 al 31 de enero de 2012 usted ha completado:

| | | |
|---|---|---|
| Años Acreditados | : | 37.75 |
| Aportaciones | : | 47,820.96 |
| Intereses Devengados | : | 16,543.23 |
| Aportaciones Acumuladas: | | 64,364.19 |

En caso de que los periodos de tiempo indicados con anterioridad no coincidan con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su agencia, corporacion o municipio.

Si tuvo interrupciones en el servicio público o si el último estado de cuenta le fue remitido en los pasados dos (2) años, deberá solicitar un Estado de Cuenta actualizado antes de radicar una solicitud de pension.

Los participantes que comenzaron a cotizar por primera vez para este Sistema de Retiro, después del 1 de abril de 1990, serán elegibles para recibir una pensión por edad o diferida, cuando completen un mínimo de diez(10) años de servicios acreditados y 65 años de edad.

Cordialmente,

Yamilet Amador Cruz
ESTADOS DE CUENTA