Lucia A Cruz Rivera
2080 Carr 8177 Apt 3I
Guaynabo, PR 00966

SAN JUAN PR 009
2 JUN 2021 PM 2 L



RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN -3 PM 3:33

Federico Degetau Federal Building
and Clemente Ruiz Nazario
U.S. Courthouse
Claims Processing Center
150 Avenida Carlos Chardon
San Juan, P.R. 00918-1767

00918-170399