**Exhibit 2**

Docket #4391 Date Filed: 5/5/2014

> **THIS DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT BEEN APPROVED BY THE BANKRUPTCY COURT. THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF THE PLAN. ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. THIS DISCLOSURE STATEMENT MAY BE REVISED TO REFLECT EVENTS THAT OCCUR AFTER THE DATE HEREOF BUT PRIOR TO THE BANKRUPTCY COURT'S APPROVAL OF THE DISCLOSURE STATEMENT.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 9
                                                                :
CITY OF DETROIT, MICHIGAN,                                      :   Case No. 13-53846
                                                                :
                        Debtor.                                 :   Hon. Steven W. Rhodes
                                                                :
----------------------------------------------------------------x

# FOURTH AMENDED DISCLOSURE STATEMENT WITH RESPECT TO FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

| | | |
|---|---|---|
| DAVID G. HEIMAN | BRUCE BENNETT | JONATHAN S. GREEN |
| HEATHER LENNOX | JONES DAY | STEPHEN S. LAPLANTE |
| THOMAS A. WILSON | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |    PADDOCK AND STONE, P.L.C. |
| North Point | Los Angeles, California 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | Telephone: (213) 243-2382 | Suite 2500 |
| Cleveland, Ohio 44114 | Facsimile: (213) 243-2539 | Detroit, Michigan 48226 |
| Telephone: (216) 586-3939 | bbennett@jonesday.com | Telephone: (313) 963-6420 |
| Facsimile: (216) 579-0212 | | Facsimile: (313) 496-7500 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

ATTORNEYS FOR THE DEBTOR

**FOURTH AMENDED DISCLOSURE STATEMENT, DATED MAY 5, 2014
SOLICITATION OF VOTES WITH RESPECT TO FOURTH
AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN**

---

Preamble

The City of Detroit ("Detroit" or the "City") believes that the Plan for the Adjustment of Debts of the City of Detroit (the "Plan") attached as Exhibit A to this Disclosure Statement (this "Disclosure Statement") is in the best interests of creditors. All creditors entitled to vote thereon are urged to vote in favor of the Plan. A summary of the voting instructions is set forth beginning on page 1 of this Disclosure Statement. Additional instructions are contained on the ballots distributed to the creditors entitled to vote on the Plan. To be counted, your ballot must be duly completed, executed and received by the City at or before 5:00 p.m., Eastern Time, on July 11, 2014 (the "Voting Deadline"), unless the Voting Deadline is extended.

---

The effectiveness of the proposed Plan is subject to material conditions precedent, some of which may not be satisfied. See Section III.D.1 of this Disclosure Statement. There is no assurance that these conditions will be satisfied or waived.

---

All capitalized terms used in this Disclosure Statement and not otherwise defined herein shall have the meanings given to them in the Plan.

---

This Disclosure Statement is the only document that the Bankruptcy Court has approved for use in connection with the solicitation of votes on the Plan. No entity is authorized by the City to give any information or to make any representation other than as contained in this Disclosure Statement and the exhibits attached hereto or incorporated by reference or referred to herein in connection with the Plan or the solicitation of acceptances of the Plan. Information or representations derived from any other source may not be relied upon as having been authorized by the City.

---

ALL CREDITORS (INCLUDING RETIREES) ENTITLED TO VOTE ON THE PLAN ARE ENCOURAGED TO READ AND CAREFULLY CONSIDER THIS ENTIRE DISCLOSURE STATEMENT, INCLUDING THE PLAN ATTACHED AS EXHIBIT A AND THE RISK FACTORS DESCRIBED UNDER SECTION VI, PRIOR TO SUBMITTING BALLOTS IN RESPONSE TO THIS SOLICITATION.

RETIREES ARE FURTHER ENCOURAGED TO READ AND CAREFULLY CONSIDER THE "NOTICE REGARDING PROPOSED CHANGES TO PENSIONS IN THE CITY'S PLAN OF ADJUSTMENT AND/OR YOUR RIGHT TO VOTE ON THE PLAN" AND THE "NOTICE REGARDING PROPOSED CHANGES TO POST-EMPLOYMENT HEALTHCARE BENEFITS IN THE CITY'S PLAN OF ADJUSTMENT AND YOUR RIGHT TO VOTE ON THE PLAN" ENCLOSED WITH THIS DISCLOSURE STATEMENT PRIOR TO SUBMITTING BALLOTS IN RESPONSE TO THIS SOLICITATION.

---

The summaries of the Plan and other documents contained in this Disclosure Statement are qualified by reference to the Plan itself, the exhibits and supplemental documents thereto (collectively, the "Plan Supplement Documents") and documents described therein as Filed prior to approval of this Disclosure Statement. In the event that any inconsistency or conflict exists between this Disclosure Statement and the Plan, the terms of the Plan will control. Except as otherwise indicated, the City will File all Plan Supplement Documents with the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") and make them available for review on the Document Website (*www.kccllc.net/detroit*) prior to the Confirmation Hearing. A Plan Supplement or Plan Supplements containing Exhibits 189.a, 191.a, 220, 221 and II.D.6 to the Plan will be Filed no later than five Business Days prior to the Voting Deadline. All other Plan Supplements will be Filed no later than ten days before the Confirmation Hearing.

This Disclosure Statement contains, among other things, descriptions and summaries of provisions of the Plan. The City reserves the right to modify the Plan consistent with section 942 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and other applicable law.

The statements contained in this Disclosure Statement are made as of the date of this Disclosure Statement, and there can be no assurance that the statements contained herein will be correct at any time after this date. The information contained in this Disclosure Statement, including the information regarding the history and operations of the City and any financial information regarding the City, is included for the purpose of soliciting acceptances of the Plan. As to contested matters, adversary proceedings or any other litigation, the statements made in this Disclosure Statement are not to be construed as admissions or stipulations, but rather as statements made in settlement negotiations as part of the City's attempt to settle and resolve its Liabilities pursuant to the Plan. This Disclosure Statement shall not be admissible in any non-bankruptcy proceeding, nor shall it be construed to be conclusive advice on the tax, securities or other legal effects of the Plan as to any party, including any Holder of a Claim against the City. Except where specifically noted, the financial information contained in this Disclosure Statement and in its Exhibits has not been audited by a certified public accountant and may not have been prepared in accordance with standards promulgated by the Government Accounting Standards Board or generally accepted accounting principles in the United States.

_____

**FORWARD-LOOKING STATEMENTS**

This Disclosure Statement contains forward-looking statements based primarily on the current expectations of the City and projections about future events and financial trends affecting the financial condition of the City and its assets. The words "believe," "may," "estimate," "continue," "anticipate," "intend," "expect" and similar expressions identify these forward-looking statements. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including those described below under the caption "Risk Factors" in Section VI. In light of these risks and uncertainties, the forward-looking events and trends discussed in this Disclosure Statement may not occur, and actual results could differ materially from those anticipated in the forward-looking statements. The City does not undertake any obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise.

**This Disclosure Statement has not been approved or disapproved by the United States Securities and Exchange Commission (the "SEC"), any state securities commission or any securities exchange or association nor has the SEC, any state securities commission or any securities exchange or association passed upon the accuracy or adequacy of the statements contained herein.**

_____

## TABLE OF CONTENTS

    **Page**

I. INTRODUCTION .................................................................................................................................. 1

    A.    Voting Procedures ................................................................................................................ 1

        1.    Parties Entitled to Vote on the Plan........................................................................ 1

        2.    Voting Record Dates ............................................................................................... 3

        3.    Vote Required for Acceptance by a Class .............................................................. 3

        4.    Solicitation Package ................................................................................................ 3

        5.    How to Vote ............................................................................................................ 4

        6.    Voting Transferred Claims ..................................................................................... 5

        7.    Voting Dispute Resolution Procedures ................................................................... 5

    B.    Convenience Claims ............................................................................................................ 6

    C.    Special Procedures for Securities Claims ............................................................................ 6

    D.    Special Procedures for Pension Claims and OPEB Claims ................................................ 8

    E.    Plan Supplement Documents ............................................................................................... 8

    F.    Confirmation Hearing and Deadline for Objections to Confirmation .................................. 9

II. SUMMARY OF CLASSIFICATION AND TREATMENT OF CLAIMS UNDER THE PLAN ................... 10

    A.    Overview ............................................................................................................................ 10

        1.    Introduction to the Plan ......................................................................................... 10

        2.    Special Information Regarding Pension and OPEB Claims ................................. 10

    B.    Classification and Treatment of Claims Under the Plan ................................................... 30

III. THE PLAN ......................................................................................................................................... 43

    A.    General ............................................................................................................................... 43

    B.    Classification and Treatment of Claims ............................................................................ 43

        1.    Unclassified Claims .............................................................................................. 43

        2.    Classified Claims .................................................................................................. 44

    C.    Treatment of Executory Contracts and Unexpired Leases ................................................ 54

        1.    Assumption ........................................................................................................... 54

        2.    Assumption of Ancillary Agreements .................................................................. 54

        3.    Approval of Assumptions and Assignments ........................................................ 54

        4.    Payments Related to the Assumption of Executory Contracts and Unexpired Leases ............... 54

        5.    Contracts and Leases Entered Into After the Petition Date .................................. 55

        6.    Rejection of Executory Contracts and Unexpired Leases .................................... 55

        7.    Rejection Damages Bar Date ................................................................................ 55

        8.    Preexisting Obligations to the City Under Rejected Executory Contracts and Unexpired Leases ................................................................................................... 55

        9.    Insurance Policies ................................................................................................. 55

    D.    Effectiveness of the Plan .................................................................................................... 56

**TABLE OF CONTENTS**
(continued)

Page

|   |   |   | | |
|---|---|---|---|---|
|   |   | 1. | Conditions Precedent to the Effective Date | 56 |
|   |   | 2. | Waiver of Conditions to the Effective Date | 56 |
|   |   | 3. | Effect of Nonoccurrence of the Effective Date | 56 |
|   |   | 4. | Request for Waiver of Automatic Stay of Confirmation Order | 57 |
|   | E. | | No Diminution of State Power | 57 |
|   | F. | | Effects of Confirmation | 57 |
|   |   | 1. | Binding Effect | 57 |
|   |   | 2. | Dissolution of Official Committees | 57 |
|   |   | 3. | Preservation of Rights of Action by the City | 58 |
|   |   | 4. | Comprehensive Settlement of Claims and Controversies | 58 |
|   |   | 5. | Discharge of Claims | 58 |
|   |   | 6. | Injunction | 58 |
|   |   | 7. | Exculpation | 59 |
|   |   | 8. | Releases | 60 |
|   | G. | | Retention of Jurisdiction by the Bankruptcy Court | 60 |
| IV. MEANS OF IMPLEMENTATION OF THE PLAN | | | | 62 |
|   | A. | | The New Notes | 62 |
|   |   | 1. | The New B Notes | 62 |
|   | B. | | DWSD | 62 |
|   |   | 1. | Rates and Revenues | 62 |
|   |   | 2. | DWSD Pension Funding Contribution | 62 |
|   |   | 3. | DWSD CBAs | 62 |
|   |   | 4. | The New DWSD Bonds | 62 |
|   |   | 5. | The New Existing Rate DWSD Bonds | 63 |
|   | C. | | The Plan COP Settlement | 64 |
|   | D. | | The UTGO Settlement | 64 |
|   | E. | | The State Contribution Agreement | 64 |
|   |   | 1. | State Contribution | 64 |
|   |   | 2. | Income Stabilization Payments | 64 |
|   |   | 3. | Conditions to State's Participation | 64 |
|   |   | 4. | Release of Claims Against the State and State Related Entities | 65 |
|   | F. | | The DIA Settlement | 65 |
|   |   | 1. | Funding Contributions | 65 |
|   |   | 2. | Transfer of DIA Assets | 66 |
|   |   | 3. | Conditions to the Foundations' Participation | 66 |
|   | G. | | Contingent Payment Rights | 66 |

#### TABLE OF CONTENTS
(continued)

| | | | Page |
|---|---|---|---|
| | 1. | Special Restoration | 66 |
| | 2. | General Restoration | 67 |
| H. | | The OPEB Settlement | 67 |
| I. | | Issuance of the New Securities | 67 |
| J. | | Cancellation of Existing Bonds and Bond Documents | 67 |
| K. | | Release of Liens | 67 |
| L. | | Professional Fee Reserve | 68 |
| M. | | Assumption of Indemnification Obligations | 68 |
| N. | | Incorporation of Retiree Health Care Settlement | 68 |
| O. | | Payment of Workers' Compensation Claims | 68 |
| P. | | Payment of Certain Claims Relating to the Operation of City Motor Vehicles | 68 |
| Q. | | Payment of Tax Refund Claims | 69 |
| R. | | Utility Deposits | 69 |
| S. | | Pass-Through Obligations | 69 |
| T. | | Exit Facility | 69 |
| U. | | Post-Effective Date Governance | 69 |
| V. | | Provisions Regarding Distributions Under the Plan | 70 |
| | 1. | Appointment of Disbursing Agent | 70 |
| | 2. | Distributions on Account of Allowed Claims | 70 |
| | 3. | Certain Claims to Be Expunged | 70 |
| | 4. | Record Date for Distributions; Exception for Bond Claims | 70 |
| | 5. | Means of Cash Payments | 70 |
| | 6. | Selection of Distribution Dates for Allowed Claims | 70 |
| | 7. | Limitations on Amounts to Be Distributed to Holders of Allowed Claims Otherwise Insured | 71 |
| | 8. | City's Rights of Setoff Preserved | 71 |
| | 9. | Delivery of Distributions and Undeliverable or Unclaimed Distributions. | 71 |
| | 10. | Other Provisions Applicable to Distributions in All Classes | 72 |
| W. | | Procedures for Resolving Disputed Claims | 73 |
| | 1. | Treatment of Disputed Claims | 73 |
| | 2. | Disputed Claims Reserve | 74 |
| | 3. | Objections to Claims | 74 |
| V. CONFIRMATION OF THE PLAN | | | 76 |
| A. | | Confirmation Hearing | 76 |
| B. | | Deadlines to Object to Confirmation | 76 |
| C. | | Requirements for Confirmation of the Plan | 76 |

## TABLE OF CONTENTS
(continued)

Page

- 1. Acceptance or Cramdown ............... 77
- 2. Alternatives to Confirmation and Consummation of the Plan ............... 80

**VI. CERTAIN RISK FACTORS TO BE CONSIDERED** ............... 81
- A. Non-Confirmation of the Plan ............... 81
- B. Nonconsensual Confirmation ............... 81
- C. Inability to Confirm Plan Prior to Potential Removal of Emergency Manager ............... 81
- D. Conditions to Effectiveness of the Plan ............... 81
- E. Non-Occurrence of DIA Settlement or Non-Receipt of the Full Amount of the DIA Proceeds or the State Contribution ............... 81
- F. Failure to Approve the Settlements and Compromises in the Plan ............... 82
- G. Disapproval of the Level of DWSD Pension Funding ............... 82
- H. Failure to Secure Exit Facility ............... 82
- I. Inability to Raise Tax Revenue ............... 82
- J. Failure to Achieve Projected Financial Performance ............... 82
- K. Unforeseen Financial Circumstances Affecting the City's Future Financial Performance ............... 83
- L. Access to Tax Levies Supporting Unlimited Tax General Obligation Bonds ............... 83
- M. Litigation Regarding the COPs and the Retirement Systems ............... 83
- N. Litigation Regarding the Swaps ............... 83
- O. Other Litigation ............... 83
- P. New Securities May Not Trade at Par ............... 83
- Q. Challenges in Obtaining Legislative and Regulatory Approvals Necessary to Effectuate Transactions ............... 83
- R. Population Loss ............... 84
- S. Inability to Hire and Retain Employees ............... 84
- T. The City Has No Duty to Update ............... 84
- U. No Representations Outside This Disclosure Statement Are Authorized ............... 84
- V. Nature and Amount of Allowed Claims ............... 84

**VII. EVENTS PRECEDING THE CITY'S CHAPTER 9 CASE** ............... 85
- A. Background ............... 85
  - 1. General Information ............... 85
  - 2. Municipal Services ............... 86
  - 3. City Funds ............... 86
  - 4. Sources of General Fund Revenue ............... 94
  - 5. Assets ............... 97
- B. Outstanding Financial Obligations of the City as of the Petition Date ............... 99
  - 1. Revenue Bonds ............... 99

**TABLE OF CONTENTS**
(continued)

Page

|   |   |     |                                                                            |     |
|---|---|-----|----------------------------------------------------------------------------|-----|
|   |   | 2.  | General Fund Obligations                                                   | 100 |
|   |   | 3.  | Certificates of Participation                                              | 103 |
|   |   | 4.  | Swap Liabilities                                                           | 104 |
|   |   | 5.  | Pension Obligations                                                        | 105 |
|   |   | 6.  | Other Post-Employment Benefit Obligations                                  | 108 |
|   |   | 7.  | Other Liabilities                                                          | 110 |
|   | C. |     | The City's Steady Operational and Financial Decline                        | 111 |
|   |   | 1.  | Declines in Population and the City's Manufacturing Base                   | 111 |
|   |   | 2.  | Declining Revenues                                                         | 112 |
|   |   | 3.  | Eroding Tax Base                                                           | 114 |
|   |   | 4.  | High Labor Costs/Restrictive Employment Terms                              | 116 |
|   |   | 5.  | Growing Budget Deficits                                                    | 117 |
|   |   | 6.  | Declining Credit Ratings                                                   | 117 |
|   |   | 7.  | Inadequate Municipal Services                                              | 117 |
|   |   | 8.  | Obsolete Information Technology                                            | 124 |
|   |   | 9.  | Steady State Prepetition Financial Projections                             | 125 |
|   | D. |     | Prepetition Measures Taken by City to Address Challenges                   | 125 |
|   |   | 1.  | Consent Agreement/Creation of Financial Advisory Board                     | 125 |
|   |   | 2.  | Headcount Reductions                                                       | 126 |
|   |   | 3.  | Imposition of City Employment Terms                                        | 127 |
|   |   | 4.  | Revenue Generating Initiatives                                             | 127 |
|   |   | 5.  | Reduced Operating Expenditures                                             | 127 |
|   |   | 6.  | Deferred Capital Expenditures                                              | 127 |
|   |   | 7.  | Cash Conservation Measures                                                 | 127 |
|   |   | 8.  | Demolition Initiatives                                                     | 128 |
|   |   | 9.  | Appointment of the Emergency Manager                                       | 128 |
|   |   | 10. | The June 14 Creditor Proposal                                              | 129 |
|   |   | 11. | Barriers to Out-of-Court Restructuring                                     | 130 |
|   |   | 12. | Insolvency                                                                 | 132 |
| VIII. THE CHAPTER 9 CASE |  |  |                                                  | 133 |
|   | A. |     | Commencement of the Chapter 9 Case                                         | 133 |
|   | B. |     | Retiree Committee                                                          | 133 |
|   | C. |     | Unsecured Creditors' Committee                                             | 134 |
|   | D. |     | Eligibility                                                                | 134 |
|   | E. |     | Swap Settlement                                                            | 136 |
|   |   | 1.  | Forbearance and Optional Termination Agreement                             | 136 |

**TABLE OF CONTENTS**
(continued)

Page

|   |   |   |   |
|---|---|---|---|
|   | 2. | Litigation Regarding the Casino Revenues and the FOTA | 137 |
|   | 3. | Litigation Regarding the COPs | 140 |
| F. | Mediation | | 141 |
|   | 1. | Restructuring Mediation | 141 |
|   | 2. | Labor/OPEB Mediation | 141 |
|   | 3. | DWSD Mediation | 141 |
|   | 4. | Other Mediation | 142 |
| G. | Postpetition Financing | | 142 |
| H. | Claims Process and Establishment of Bar Dates | | 143 |
|   | 1. | Section 924/925 Lists | 143 |
|   | 2. | Bar Date Order | 144 |
|   | 3. | ADR Procedures | 144 |
| I. | Chapter 9 Stay Matters | | 146 |
|   | 1. | Generally | 146 |
|   | 2. | Challenges to PA 436 (Phillips) | 146 |
| J. | Status of Detroit Public Library Employees with Respect to Pension and OPEB Benefits | | 147 |
| K. | Fee Matters | | 147 |
| L. | Operational Restructuring Initiatives/Asset Dispositions | | 148 |
|   | 1. | Negotiations Regarding the Potential Formation of the GLWA | 148 |
|   | 2. | Potential DWSD Public-Private Partnership | 148 |
|   | 3. | Modification of Retiree Benefits/Healthcare Redesign | 149 |
|   | 4. | Transition of Lighting Grid to DTE | 155 |
|   | 5. | Transition of Lighting Work to PLA | 155 |
|   | 6. | Belle Isle Lease | 156 |
|   | 7. | Detroit Institute of Arts | 156 |
|   | 8. | Joe Louis Arena | 158 |
|   | 9. | Sale of Veterans' Memorial Building | 158 |
|   | 10. | Coleman A. Young Airport | 158 |
| IX. REINVESTMENT INITIATIVES | | | 160 |
| A. | Post-Bankruptcy Financial Oversight | | 160 |
| B. | Overview of Restructuring Initiatives | | 160 |
|   | 1. | Blight Removal | 161 |
|   | 2. | Public Safety (Police, Fire and EMS) | 162 |
|   | 3. | General Services | 163 |
|   | 4. | Finance | 164 |
|   | 5. | DDOT | 164 |

# TABLE OF CONTENTS
(continued)

Page

- 6. Other Reinvestment Initiatives .......... 165
- C. Labor Costs & Terms and Conditions .......... 166

**X. REVENUE ADJUSTMENTS AND TAX REFORM** .......... 168
- A. Expansion of the Tax Base .......... 168
- B. Rationalization of Nominal Tax Rates .......... 168
- C. Increasing Collection Rates .......... 168

**XI. PROJECTED FINANCIAL INFORMATION** .......... 170
- A. Projections .......... 170
  - 1. Assumptions .......... 170

**XII. FEDERAL INCOME TAX CONSEQUENCES OF CONSUMMATION OF THE PLAN** .......... 174
- A. Exchange of Property Differing Materially in Kind or Extent, Generally .......... 174
- B. Treatment of Claim Holders Receiving Distributions Under the Plan .......... 175
  - 1. Holders Whose Existing Bonds or Other Debt Obligations Will Be Exchanged for Property Including New Securities .......... 175
  - 2. PFRS Pension Claims and GRS Pension Claims .......... 177
  - 3. COP Swap Claims .......... 177
- C. Certain Other Tax Considerations for Holders of Claims .......... 177
  - 1. Accrued but Unpaid Interest .......... 177
  - 2. Post-Effective Date Distributions .......... 177
  - 3. Bad Debt and/or Worthless Securities Deduction .......... 177
  - 4. Information Reporting and Backup Withholding .......... 178
  - 5. Importance of Obtaining Professional Tax Assistance .......... 178

**XIII. APPLICABILITY OF CERTAIN FEDERAL AND STATE SECURITIES LAWS** .......... 179
- A. General .......... 179
  - 1. Registration Of Securities .......... 179
  - 2. Market Disclosure .......... 179

**XIV. ADDITIONAL INFORMATION** .......... 181

**XV. RECOMMENDATION AND CONCLUSION** .......... 181

**TABLE OF EXHIBITS**

**Exhibit A:** Plan for the Adjustment of Debts of the City of Detroit

**Exhibit B:** DWSD Sewer Bonds & DWSD Revolving Sewer Bonds

**Exhibit C:** DWSD Water Bonds & DWSD Revolving Water Bonds

**Exhibit D:** Unlimited Tax General Obligation Bonds

**Exhibit E:** Limited Tax General Obligation Bonds

**Exhibit F:** Prepetition Steady State Projection of Legacy Expenditures

**Exhibit G:** Prepetition Fiscal Year 2014 Forecasted Cash Flow

**Exhibit H:** Prepetition Projected Revenues, Expenditures, Operating Surpluses, Legacy Obligations & Deficits Through Fiscal Year 2017

**Exhibit I:** Ten-Year Plan of Adjustment Restructuring and Reinvestment Initiatives

**Exhibit J:** Ten-Year Financial Projections

**Exhibit K:** Forty-Year Financial Projections

**Exhibit L:** DWSD Current and Historical Financial Information

**Exhibit M:** DWSD Financial Projections