## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the 11th ADR Notice Parties Service List attached hereto as **Exhibit B**.

On May 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on Quiles Rivera, Noel (MMLID: 1950606), Calle Lirio 193, Hacienda Florida, Yauco, PR 00698.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 4, 2021

*/s/ Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on June 4, 2021, by Rachel O'Connor, proved to me
on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 54078

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: May 28, 2021
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: June 21, 2021

> **This Information Request only applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth's Title III case.  The Commonwealth (the "<u>Debtor</u>") submitted the Designated Claim in the Commonwealth's Title III case to alternative dispute resolution in the *Amended Eleventh Notice of Transfer of Claims to Alternative Dispute Resolution* on April 22, 2021 [ECF No. 16540], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No. _____ : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** <br> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |

*Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Proskauer Rose.*

## RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY JUNE 21, 2021:

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

**[N.B. – Additional Signature Lines as Needed.]**

[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>          como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                    Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: 28 de mayo de 2021
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: 21 de junio de 2021**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico.  El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III del Estado Libre Asociado de Puerto Rico a resolución alternativa de conflictos en el *Undécimo Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 22 de abril de 2021 [ECF Núm. 16540], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.primeclerk.com/puertorico.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.
**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.          : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>** |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL 21 DE JUNIO DE 2021 A LA SIGUIENTE DIRECCIÓN:**

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**Exhibit B**

Exhibit B

11th ADR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1542139 | AJAG y Lavinia Garcia Cuebas | Jardin Santa Maria | 75 Calle Milagrosa | | Mayaguez | PR | 00680 |
| 1917327 | Caraballo Rodriguez, Luis Enrique | 15846 Wilkinson Dr | | | Clermont | FL | 34714 |
| 1799151 | CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY MIX CONCRET | GONZALEZ & ROIG | PO BOX 193077 | | SAN JUAN | PR | 00919-3077 |
| 2130710 | Colon Negron, Nilda L. | G-6 Calle Gaudi | Quintas de Monserrate | | Ponce | PR | 00730-1725 |
| 943788 | CRUZ LOPEZ, MARIA | CO RAISAAC G RIOS COLON | BUFETE RIVERA ORTIZ ASOCIADO | P O BOX 8100386 | CAROLINA | PR | 00981-0386 |
| 943788 | CRUZ LOPEZ, MARIA | Lcdo. Raisaac G. Colon Rios | PO Box 700 | | Puerto Real | PR | 00740-0700 |
| 837394 | Cruz Soto, Robert | HC-01 8072 | | | Hatillo | PR | 00659 |
| 837394 | Cruz Soto, Robert | Urbanizacion Brisas De Camuy A-9 | | | Camuy | PR | 00627 |
| 120392 | CRUZ VAZQUEZ, LIZZY | HC 3 BOX 7711 | | | LAS PIEDRAS | PR | 00771 |
| 1651067 | FALCON AYALA, JEANNETTE | CARR. 780 RAMAL 7780 KM. 1.7 | BO. DONA ELENA ALTO | HC-03 BOX 7451 | COMERIO | PR | 00782 |
| 1956556 | Figueroa Carrion, Amparo | El Remanso Elderly Apt. 314 | #1247 Carr. 860 Km 1.1 | | Carolina | PR | 00987 |
| 1956556 | Figueroa Carrion, Amparo | EL REMANSO ELDERLY APT. 314 | BO. MARTIN GOUZALEZ CARR. 860 KM.1.1 | | CAROLINA | PR | 00983 |
| 1936328 | Figueroa Carrion, Amparo | El Remanso Elderly Apt. 314 | Bo. Martin Gonzalez Carr. 860 Km.1.1 | | Carolina | PR | 00983 |
| 1587652 | FIGUEROA RIVERA, ANA R. | URB SANTA JUANITA | NN22 CALLE 33 | | BAYAMON | PR | 00956 |
| 2126174 | Gonzalez Cuevas, Sandra | PO Box 1226 | | | Vega Alta | PR | 00692 |
| 2106189 | GONZALEZ PEREZ, ANETTE A. | PRESIDENT A | COUNCILIO  95-SPU/AFSCME | PO BOX 13695 | SAN JUAN | PR | 00908-3695 |
| 2106189 | GONZALEZ PEREZ, ANETTE A. | J 15 CALLE 6 | URB. VILLA RITA | | SAN SEBASTIAN | PR | 00685 |
| 1964101 | Gonzalez Vega, Migdalia | #304 Emajagua Hacienda Borinquen | | | Caguas | PR | 00725 |
| 1603394 | GUARDIOLA, ALVIN RIVERA | Ramon Colon Olivio | PO Box 464 | | Toa Baja | PR | 00951 |
| 1603394 | GUARDIOLA, ALVIN RIVERA | UNIVERSITY GARDENS | G 12 CALLE 8 | | ARECIBO | PR | 00612 |
| 1570900 | Hernandez Mendoza, Zorida | Urb. Royal Town c/17y23 | | | Bayamon | PR | 00956 |
| 1585590 | HERNANDEZ RODRIGUEZ, ANETTE | HC 2 BOX 7663 | | | COROZAL | PR | 00783 |
| 1572931 | Janice Oliveras Rivera y Jan A. Rosado Oliveras | P O Box 365 | | | Camuy | PR | 00627 |
| 1832692 | Lago Escalet, Nancy | PO Box 10615 | | | Ponce | PR | 00732 |
| 1832692 | Lago Escalet, Nancy | PO Box 331709 | | | Ponce | PR | 00733-1709 |
| 1549691 | Lebron Santiago, Jose  Carlos | 1646 S. Palmetto Avenue Apt 107 | | | S. Daytona | FL | 32119 |
| 1549691 | Lebron Santiago, Jose  Carlos | LIC.Pantoja Oquendo, Josefina | PO Box 21370 | | San Juan | PR | 00928 |
| 2046899 | Matias Perez, Jose A. | Jose Alfredo Matias Perez | Urb. Valle Alto Calle Colina #2051 | | Ponce | PR | 00730 |
| 2046899 | Matias Perez, Jose A. | 2051 Calle Colina | | | Ponce | PR | 00730 |
| 1420531 | MEDINA ALVERIO, MIGDALIA | WILLIAM LOPEZ CARATINI | CENTRO COMERCIAL SAN JOSÉ LOCAL 8A CARRETERA #3 | | HUMACAO | PR | 00791 |
| 1420531 | MEDINA ALVERIO, MIGDALIA | #65 CALLE MENDEZ ALVAREZ | | | SAN LORENZO | PR | 00754 |
| 1791708 | Melendez Gonzalez, Angel L. | PO Box 395 | | | Vieques | PR | 00765 |
| 1780512 | Moreno Soto, Irma T | 224 Calle Madrid Hacienda Toledo | | | Arecibo | PR | 00612 |
| 2012556 | Negron, Carlota Colon | Urb. Las Lomas Calle 1-A-1 | Apt 963 | | Juana Diaz | PR | 00795 |
| 2012556 | Negron, Carlota Colon | Calle 14 Urb Loma Apt 963 | | | Juana Diaz | PR | 00795 |
| 1759301 | Olmeda Almadovor, Lydia E | PO Box 762 | | | Anasco | PR | 00610 |
| 1512208 | Ortiz Cadiz, Ingrid | 249 Victor Collazo Urb. Oriente | | | Las Piedras | PR | 00771 |
| 1512208 | Ortiz Cadiz, Ingrid | LIC. Pantoja Oquendo, Josefina | PO Box 21370 | | San Juan | PR | 00928 |
| 2093864 | Ortiz Hernandez, Gladys M. | HC 5 BOX 28970 | | | Utuado | PR | 00641 |
| 1420936 | ORTIZ PÉREZ, GEOVANNY | GEOVANNY ORTIZ PEREZ (CONFINADO) | PO BOX 10009 | | GUAYAMA | PR | 00785 |
| 2054965 | ORTIZ TORRES, SUHEIL | #8 CALLE MONSERRATE | URB HAUEUDA JULIANA | | COTO LAUREL | PR | 00780 |
| 2054965 | ORTIZ TORRES, SUHEIL | #8 CALLE MONSERRATE | URB HAUEUDA JULIANA | | COTO LAUREL | PR | 00780 |

Exhibit B

11th ADR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2054965 | ORTIZ TORRES, SUHEIL | PO BOX 800080 | | | COTO LAUREL | PR | 00780 |
| 1169709 | OTERO MORALES, ANTONIO | PO BOX 52199 | | | TOA BAJA | PR | 00950 |
| 1684114 | PADILLA RODRIGUEZ, GLENN A | PO BOX 1349 | | | LAS PIEDRAS | PR | 00771 |
| 1762996 | Padilla Rodriguez, Glenn A. | BO POX 1349 | | | Las Piedras | PR | 00771 |
| 1562658 | Pérez Bonilla, María D. | HC 02 Box 10331 | | | Yauco | PR | 00698 |
| 1665507 | Perez Torres, Blanca I | PO Box 1074 | | | Adjuntas | PR | 00601 |
| 2003293 | Quetell Vilarino, Francisco Humberto | Urb. Rio Canas 3131 Calle Tamesis | | | Ponce | PR | 00728 |
| 1726077 | Ramírez Alameda, Israel | HC-02 Box 11406 | | | San Germán | PR | 00683 |
| 1999928 | Ramos Cruz, Maria | Urb. Santa Elena | Calle 11 B-134 | | Yabucoa | PR | 00767 |
| 1672294 | Ramos Diaz, Mildred A | Paseo Los Corales I | 680 Calle Mar Indico | | Dorado | PR | 00646-4518 |
| 2027379 | Ramos Perez, Carmen D. | P. O. Box 663 - Anasco | | | Anasco | PR | 00610-0663 |
| 1614431 | Renta Mateo, Miriam Yolanda | 40 Calle Frontispicio | | | Ponce | PR | 00730-2925 |
| 2149942 | Rentas, Rafael | Josey Ann Rodriguez, Creditors Attorney | JRT Attorney at Law | P.O. Box 310121 | Miami | FL | 33231 |
| 2149944 | Rentas, Rafael | Josey Ann Rodriguez | 609 Ave Castro, Ste 102 | | Ponce | PR | 00716 |
| 2149942 | Rentas, Rafael | Josey Ann Rodriguez Torres,Esq. | 609 Ave Tito Castro Suite 102, | PMB504 | Ponce | PR | 00716 |
| 2152435 | Rentas, Rafeal | Josey A. Rodriguez, Esq | P.O. Box 310121 | | Miami | FL | 33231 |
| 1872703 | RODRIGUEZ MARIN, MIRLA M. | PO BOX 800726 | | | COTO LAUREL | PR | 00780-0726 |
| 1743737 | Rodriguez Oquendo, Catalina | PO Box 1349 | | | Las Piedras | PR | 00771 |
| 1763354 | Rodriguez Oquendo, Catalina | PO BOX 1349 | | | Las Piedras | PR | 00771 |
| 981832 | RODRIGUEZ PEREZ, EDDIE | URB LAS DELICIAS | 1648 CALLE SANTIAGO OPPENHEIMER | | PONCE | PR | 00728 |
| 1617580 | Rodriguez Sanchez, Arnold | Cond. Lucerna Edf. A-1 | Apt. M-1 | | Carolina | PR | 00983 |
| 1651307 | Rodriguez Vega, Francisco Javier | #65 Calle 4 Urb. Del Carmen | | | Juana Diaz | PR | 00795-2513 |
| 1633308 | Roman Padilla, Ramonita | #1116 Carlos E. Chardon Urb. Villas De Rio Canas | | | Ponce | PR | 00728-1931 |
| 2153076 | Rosa, Elmer Pagan | HC01 Buzon 6007 | | | Sta Isabel | PR | 00757 |
| 1665533 | Sanchez Carrion, Nidia E | Calle Almendro 603 | Los Colobos Park | | Carolina | PR | 00987 |
| 2152855 | Sanchez Glz, Felix M. | Bo. Jauca Calle 4 452 | | | Santa Isabel | PR | 00757 |
| 1256798 | SANCHEZ RAMOS, SONIA | P.O BOX 52199 | | | TOA BAJA | PR | 00950 |
| 2113917 | Santiago Burgos, Ivonne | 1214 Calle Cadiz, Urb. Puerto Nuevo | | | San Juan | PR | 00920 |
| 742136 | Santiago Cruz, Ramon L | 566 Parc Jauca | | | Santa Isabel | PR | 00757 |
| 2005542 | Serrano Hernandez, Luz Nereida | HC 5 Box 4682 | | | Las Piedras | PR | 00771-9630 |
| 1453536 | SOFTEK, INC. | MARIA R LONDONO | 650 MUNOZ RIVERA AVENUE SUITE 601 | | SAN JUAN | PR | 00918 |
| 2087841 | Soto Cruz, Jesus Manuel | PO Box 582 | | | Angeles | PR | 00611 |
| 1036296 | TARRATS AGOSTO, LUISA  M M | VILLA DEL CARMEN | 4213 AVE CONSTANCIA | | PONCE | PR | 00716-2111 |
| 1012259 | TORO SANTOS, JENNY | URB ALHAMBRA | 1817 CALLE ALCAZAR | | PONCE | PR | 00716-3830 |
| 552496 | TORRES HERMIDAS, CARMEN M. | VALLE ALTO | CALLE COLINA #2114 | | PONCE | PR | 00730-4125 |
| 2135462 | Torres Quirindong, Mildred | Urb. Estancias del Golf Club | #394 Calle Angel C. Garcia | | Ponce | PR | 00730 |
| 1856679 | Torres Quirindongo, MIldred | #394 Calle Angel C. Garcia | Urb. Estancias Del Golf Club | | Ponce | PR | 00730 |
| 1618149 | Torres Quirindongo, Mivian | Urb La Estancia | 129 Via Pintada | | Caguas | PR | 00727 |
| 2137103 | Torres Rivera, Helen | 2da Ext Punto Oro | #6760 Ave. Interior | | Ponce | PR | 00728-2423 |
| 2015441 | Torres Rodriguez, Myrna | I-2 #10 Urb. Lago Horizante | | | Juana Diaz | PR | 00795 |
| 2015441 | Torres Rodriguez, Myrna | 2 Extencion Urbanizacion Lago Horizonte I-2 #10 | | | Juana Diaz | PR | 00795 |
| 2015441 | Torres Rodriguez, Myrna | PO Box 800080 | | | Coto Laurel | PR | 00780 |
| 1841931 | Vazquez Olivieri, Mildred M. | Urb. Villas de Juan 602 Lady Di | | | Ponce | PR | 00716 |
| 2073170 | Vega Klimezek, Saray N. | P.O. Box 3116 | | | San Sebastian | PR | 00685 |

Exhibit B

11th ADR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|
| 1892387 | Velazques Madera, Amado | Urb Villa Cristina Calle 2E16 | | | Coamo | PR | 00769 |
| 1820653 | Velez Echevarria, Eneida | 566 Parcelas Jauca | | | Santa Isabel | PR | 00757 |
| 1788625 | Velez Martinez, Elizabeth | 3131 Urb. Rio Canas | Calle Tamesis | | Ponce | PR | 00728 |
| 1788625 | Velez Martinez, Elizabeth | Ana M. Narvaez Ferrer | HC-2 Box 7605 | | Corozal | PR | 00783 |

**Exhibit C**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

---

Service Date: May 28, 2021
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: June 21, 2021

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth's Title III case. The Commonwealth (the "<u>Debtor</u>") submitted the Designated Claim in the Commonwealth's Title III case to alternative dispute resolution in the *Twelfth Notice of Transfer of Claims to Alternative Dispute Resolution* on April 21, 2021 [ECF No. 16517], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated
Claim No.          : any documents responsive to the requests for documents, written responses
to the requests for information, and any documents you possess supporting your written
responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Proskauer Rose.*

<u>**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION
IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY JUNE 21, 2021:**</u>

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Signature of the Designated
Claimant's Authorized Representative]

By: _____

[Printed Name]

**[N.B. – Additional Signature Lines
as Needed.]**

[Signature of the Designated
Claimant's Authorized Representative]

By: _____

[Printed Name]

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS

Fecha de Servicio: 28 de mayo de 2021
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
## FECHA LÍMITE DE RESPUESTA: 21 de junio de 2021

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico.  El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III del Estado Libre Asociado de Puerto Rico a resolución alternativa de conflictos en el *Duodécimo Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 21 de abril de 2021 [ECF Núm. 16517], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.primeclerk.com/puertorico.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.        : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>** |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL 21 DE JUNIO DE 2021 A LA SIGUIENTE DIRECCIÓN:**

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma
según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]