```
Court Name: District Court
Division: 1
Receipt Number: PRX100077148
Cashier ID: arodrigu
Transaction Date: 06/03/2021
Payer Name: RIVERA TULLA AND FERRER
----------------------------------------
PRO HAC VICE
 For: RIVERA TULLA AND FERRER
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:          $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: RIVERA TULLA AND FERRER
 Check/Money Order Num: 36552
 Amt Tendered:   $300.00
----------------------------------------
Total Due:        $300.00
Total Tendered:   $300.00
Change Amt:         $0.00

17-3283(LTS) PRO HAC VICE OF SARA
M. POSNER
THRU: ERIC A. TULLA
```