## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

    I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On June 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ACR Pension Notice Parties Service List attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 7, 2021

/s/ Natasha Otton
Natasha Otton

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on June 7, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 54101

**<u>Exhibit A</u>**

**GOBIERNO DE PUERTO RICO**
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

Director Ejecutivo l Lcdo. Luis M. Collazo Rodríguez l lcollazo@retiro.pr.gov

2 de junio 2021

RE: RECLAMACIÓN NO.              - REQUIERE RESPUESTA

Estimado

Reciba un cordial saludo de parte de todos los que trabajamos en la Administración de los Sistemas de Retiro de los Empleados del Gobierno de Puerto Rico y la Judicatura, en adelante "Sistema de Retiro". Usted está recibiendo esta comunicación porque completó el "Formulario de Requerimiento de Información" relacionada a su Evidencia de Reclamación (Proof of Claim) con su Número              (en adelante, "Reclamación") presentada ante el Tribunal del Título III del *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").

Como es de su conocimiento, el              , los Deudores bajo el Título III de PROMESA trasladaron su Reclamación al Procedimiento Administrativo de Conciliación de Reclamaciones ("Procedimiento") con el fin de resolver la Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. En julio de 2020, usted recibió una notificación mediante la cual, en esencia, se le notificó la transferencia de su Reclamación al Procedimiento; y se le pidió que: (1) completara un "Formulario de Requerimiento de Información" ("Formulario") y (2) acompañara el formulario con cualquier documentación suplementaria en apoyo de su Reclamación.

De igual forma, el              , le enviamos una carta de seguimiento en la cual le notificamos que, aunque recibimos y evaluamos tanto su Reclamación como el Formulario que sometió en respuesta a la notificación, no habíamos podido identificar correctamente el (los) reclamo(s) o disputa(s) respecto al monto de su pensión, u otro asunto, y no había sido posible determinar el procedimiento administrativo adecuado que correspondía su reclamo. De conformidad, en esa misiva le solicitamos que, en un período de veinte (20) días a partir de la fecha del recibo, presentara al Sistema de Retiro, una carta en la que describiera detalladamente la naturaleza de su Reclamación. En específico, le solicitamos que: (1) proporcionara su número de seguro social; (2) especificara si actualmente es pensionado(a) del Gobierno de Puerto Rico (es decir, si actualmente recibe una pensión) o si es un participante de los Sistemas de Retiro; (3) detallara la agencia para la que trabaja o trabajó y los años aportados al Sistema de Retiro; (4) especificara cuál es su disputa con respecto al monto de su pensión; (5) adjuntara toda la documentación en apoyo de su reclamo; y (6) en caso de tener una reconsideración y/o un caso administrativo pendiente ante la Junta de Retiro de la Administración de Sistemas de Retiro, notifique una copia de la reconsideración presentada y/o el número de caso asignado.

Al día de hoy, no hemos recibido su respuesta a la carta antes mencionada. Si el monto de su pensión no está en disputa, o si no tiene un reclamo independiente contra el Sistema de Retiro, favor de responder a esta carta dentro de los próximos veinte (20) días a partir del recibo de esta comunicación indicando que no disputa el monto de su pensión ni tiene una reclamación pendiente contra la Agencia.

Favor tenga en cuenta que este Procedimiento no afecta—ni está relacionado con— si el Plan de Ajuste impactará su pensión. Si el Plan de Ajuste afectara el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del Plan de Ajuste.

Por el contrario, si en efecto desea disputar el monto de su pensión, favor responda a esta carta dentro de los próximos veinte (20) días a partir del recibo de esta comunicación, y suministre la información solicitada en el tercer párrafo de la misma.

Todas las respuestas deben enviarse a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

**De no responder dentro del término de veinte (20) días, la Administración de los Sistemas de Retiro de los Empleados del Gobierno de Puerto Rico y la Judicatura no podrá procesar su Reclamación. El Gobierno podrá entonces remover su reclamación del Procedimiento y devolverla al Tribunal del Título III para su disposición.**

Respetuosamente,


Administración de los Sistemas de Retiro

de los Empleados del Gobierno de Puerto Rico y la Judicatura



2



GOVERNMENT OF PUERTO RICO
RETIREMENT BOARD OF THE GOVERNMENT OF PUERTO RICO

Executive Director  I  Luis M. Collazo Rodríguez, ESQ. I  lcollazo@retiro.pr.gov

June 2, 2021

**Re:     Claim NO.                   - <u>REQUIRES RESPONSE</u>**

Dear

Cordial greetings from all of us who work in the Employees' Retirement Systems of the Government of Puerto Rico, hereinafter "Retirement System". You are receiving this communication because you completed the "Information Request Form" related to your Proof of Claim No.              (hereinafter, "Claim") before the Title III Court of Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

As you are aware, on                  , the Debtors under Title III of PROMESA transferred your Claim to the Administrative Claims Reconciliation Procedure ("Procedure") in order to resolve the Claim using the existing administrative processes of the Government of Puerto Rico. On July 2020, you received a notice by which, in essence, you were notified of the transfer of your Claim to the Procedure; and you were asked to: (1) complete an "Information Request Form" ("Form") and (2) accompany the form with any supplemental documentation in support of your Claim.

As you also know, on            , we sent you a follow up letter in which we notified you that—although we received and evaluated both your claim and the Form you submitted in response to the notice—we have not been able to accurately identify the claim (s) or dispute (s) regarding the amount of your pension to which you refer and that it has not been possible to determine the adequate administrative procedure that corresponds to your claim. Accordingly, we requested that, within a period of twenty (20) days from the date of receipt, you submit to the Retirement Systems a communication in which you describe in detail the nature of your Claim. In particular, we requested that you: (1) provide your social security number; (2) specify if you are currently a retiree (that is, if you are currently receiving a pension) or if you are a participant in the Retirement Systems; (3) detail the agency for which you work or worked and the years contributed to the Retirement System; (4) specify what your dispute is regarding the amount of your pension; (5) attach all documentation in support of your claim; and (6) if you have a reconsideration and / or an administrative case pending before the Retirement Board of the Administration of Retirement Systems, notify us with a copy of the reconsideration submitted and / or assigned case number.

To date, the Retirement Systems has not received your response to the aforementioned letter.  If you no longer wish to dispute the amount of your pension, or if do not have an independent claim against ERS, please respond to this letter within the next twenty (20) days from the receipt of this communication indicating that you do not dispute the amount of your pension.  Please also note that this Procedure will not affect—nor is related to— whether the plan of adjustment will impact your pension.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

To the contrary, if you do dispute the amount of your pension, please respond to this letter within the next twenty (20) days from the receipt of this communication, and submit the information requested in the third paragraph herein.

All responses should be sent to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

If you do not respond within twenty (20) days, ERS will not be able to process your claim.  The government may then remove the claim from the Administrative Claims Reconciliation process and return to the Title III court for resolution.

Respectfully,

The Administration



2

**<u>Exhibit B</u>**

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 851913 | Agront Mendez, Lilia M | 26 Reparto Bonet | | | Aguaga | PR | 00602 |
| 846390 | AGRONT MENDEZ, LILIA M | 26 REPTO BONET | | | AGUADA | PR | 00602-3168 |
| 7982 | AGRONT MENDEZ, LILIA M. | REPARTO BONET 26 | | | AGUADA | PR | 00602 |
| 1432001 | Alameda Betancourt, Alba | URB Lomas Verdes | J12 Calle Coral | | Bayamon | PR | 00956 |
| 1251151 | ALICEA ALVAREZ, LUIS A | URB VILLA FONTANA | 4FS8 VIA 51 | | CAROLINA | PR | 00983 |
| 1186922 | ALMODOVAR RODRIGUEZ, DAMARIS | URB EL MADRIGAL | N27 C MARGINAL NORTE | | PONCE | PR | 00730-1444 |
| 1613366 | Arocho Valentín, Zuleyka M. | HC-06 Box 17491 | | | San Sebastián | PR | 00685 |
| 1477809 | ARROYO SOSTRE, YOMAIRA | HC-02 BOX 8012 | | | MAUNABO | PR | 00708 |
| 1477809 | ARROYO SOSTRE, YOMAIRA | P O BOX 261 | | | MAUNABO | PR | 00708 |
| 1540982 | ATANACIO RIVERA, SUSANA | URB ALT DE FLAMBOYAN | F6 CALLE 9 | | BAYAMON | PR | 00959 |
| 39027 | AVILES RIVERA, LESLIE | 400 COND TORRES DE CAROLINA | APT1206 | | CAROLINA | PR | 00987 |
| 1614031 | Ayala Carrasquillo, Luz E | Condominio Parque del Arcoiris | 227 Calle E Apto C 128 | | Trujillo Alto | PR | 00976-2853 |
| 1592695 | AYALA RODRIGUEZ, VICTORIA | CALLE BORGONA #380 | EMBALSE SAN JOSE | | SAN JUAN | PR | 00923 |
| 1477720 | BAEZ GUERRA, EILEEN T | VILLA COOPERATIVA | G15 CALLE 9 | | CAROLINA | PR | 00985 |
| 1589510 | BAEZ NIEVES, ZAIDA | VILLA CONTESA E-7 | CALLE ARAGON | | BAYAMON | PR | 00956 |
| 943126 | BARROSO RIVERA, GLADYS | CALLE ALMIRANTE D 9 | ZANO GANDIA | | ARECIBO | PR | 00612-1634 |
| 1174967 | BATISTA BARBOSA, BRENDA V | PO BOX 842 | | | DORADO | PR | 00646 |
| 857997 | BERMUDEZ QUINONES, JOSE | CALLE JARDIN DE GIRASOLES 160 | JARDINES DE VEGA BAJA | | VEGA BAJA | PR | 00693 |
| 781824 | BETANCOURT CASTRO, ANA J | CB557 CALLE 80 URB. JARDINES RIO GRANDE | | | RIO GRANDE | PR | 00745 |
| 781824 | BETANCOURT CASTRO, ANA J | URB. JARDINES DE RIO GRANDE | CB 557 CALLE 80 | | RIO GRANDE | PR | 00745 |
| 1056412 | BOWE DERONCELE, MARILYN | 100 ROSEVILLE DRIVE | BOX 26 | | SAN JUAN | PR | 00926 |
| 1050381 | CABOT BONILLA, MARIA B | URB VILLA INTERAMERICANA | A23 CALLE 3 | | SAN GERMAN | PR | 00683 |
| 1571342 | CAFOUROS DIAZ, JEANETTE | 2110 AVE GILBERTO MONROIG | | | SAN JUAN | PR | 00915 |
| 1477620 | Campos Santiago, Eric | HC 03 Box 8176 | | | Canovanas | PR | 00729 |
| 982646 | CAPO CAPO, EDNA J | URB SABANERA | 268 CAMINO DEL RIO | | CIDRA | PR | 00739-9485 |
| 1055731 | CARRERO, MARIBEL VEGA | PO BOX 955 | | | ANASCO | PR | 00610 |
| 1224016 | CASTRO GONZALEZ, JANNETTE E | 1526 KENNETH AVE. | | | NEW KENSINGTON | PA | 15068 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1474689 | Collazo Gonzalez, Norberto | Qtas Miradero | 536 Calle Almendro | | Cabo Rojo | PR | 00623-2101 |
| 705703 | COLLAZO ROSADO, LUZ ZENAIDA | P.O. BOX 440 | | | CAROLINA | PR | 00986 |
| 1597612 | COLON MULERO, LYDIA ROSA | P.O. BOX 11218 FORNANDEZ JUNCO STATION | | | SAN JUAN | PR | 00910 |
| 1597612 | COLON MULERO, LYDIA ROSA | RES LUIS LLORENS TORRES | EDIF 131 APT 2449 | | SAN JUAN | PR | 00913 |
| 1255024 | CORDERO RIVERA, LUIS O | TOA ALTA HEIGHTS | CALLE 8 F9 | | TOA ALTA | PR | 00953 |
| 1449243 | COSME RIVERA, HERIBERTO | HC-01 Box 4085 | | | Villalba | PR | 00766 |
| 1087565 | COTTO SANCHEZ, RONALD D | HC 9 BOX 58848 | | | CAGUAS | PR | 00725 |
| 1571483 | Crispin Reyes, Diana | JJ 21 Calle 9A Urb El Cortijo | | | Bayamon | PR | 00956 |
| 302616 | Crispin Reyes, Marisol | RR 03 PO BOX 9914 | | | TOA ALTA | PR | 00953 |
| 1454324 | CRUZ RODRIGUEZ, SHEILA | CALLE ISABEL SEGUNDA M-13 | | | ARECIBO | PR | 00612 |
| 1002640 | CRUZ VERA, HECTOR | HC 2 BOX 12051 | | | MOCA | PR | 00676-8371 |
| 1002640 | CRUZ VERA, HECTOR | Hector E. Cruz Vera | HC01 Box 12035 | | Moca | PR | 00676 |
| 284169 | CUMBA POMALES, LUIS G | HC 04 BOX 46092 | | | CAGUAS | PR | 00744-0055 |
| 1504267 | de L. Rivera Allende, Maria | L-15 Calle Loma Ancha Lomo de Carolina | | | Carolina | PR | 00987 |
| 1484669 | DIAZ FEBUS, ERIC O | URB LAS VEGAS | JJ 18 CALLE 25 | | CATANO | PR | 00962 |
| 834963 | Diaz Lopez, Raquel | PO Box 1274 | | | Aguas Buenas | PR | 00703 |
| 1491867 | Diaz Rios, Yessirah | Calle 12 cy9 | Urb Bairoa | | Caguas | PR | 00725 |
| 835074 | DIONISIO RIVERA, CYNTHIA EVELYN | RIO HONDO I | A5 RIO COROZAL | | BAYAMON | PR | 00961 |
| 1650235 | Donatiu Berrios, Rafael | Calle C  F-28 | Santa Isidra III | | Fajardo | PR | 00738 |
| 1530061 | Escalera Torres, María L. | Cond. French Plaza | Calle Mayagüez #81, Apt. 109 | | Hato Rey | PR | 00917 |
| 1090714 | ESPINOSA MORALES, SAMUEL | HC01 BOX 6187 | | | LAS PIEDRAS | PR | 00771 |
| 1090714 | ESPINOSA MORALES, SAMUEL | URB. JARDIN CENTRAL 37 C/E AGUIRRE | | | HUMACAO | PR | 00791 |
| 1565713 | Fernandez-Hernandez , Ramonita | Interamericana Gardens | Apartamento A12 | Calle 20, Apartamento 376 | Trujillo Alto | PR | 00976 |
| 1433995 | FIGUEROA RAMOS, LUIS ANTONIO | PO BOX 2312 | | | GUAYAMA | PR | 00785 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 893381 | Figueroa Rivera, Eddie N. | 901 Calle O | | | | Caguas | PR | 00725 |
| 893381 | Figueroa Rivera, Eddie N. | Bda Morales Calle-0-901 | | | | Caguas | PR | 00725 |
| 289547 | FLUSA CORREA, MAIDA | HC 2 BOX 13068 | | | | GURABO | PR | 00778 |
| 884639 | FRANCO VILLAFANE, ANTONIO | QTAS DE CANOVANAS | 410 CALLE 4 | | | CANOVANAS | PR | 00729-3907 |
| 1190228 | GALIANO PEREZ, DIANA | PO BOX 116 | | | | HORMIGUEROS | PR | 00660 |
| 1376295 | GARCIA BARRETO, YOLANDA | #621 C/Casimiro Duchesne Villa Pedes | | | | San Juan | PR | 00924 |
| 1376295 | GARCIA BARRETO, YOLANDA | URB VILLA PRADES | 594 CJULIO C ORTEGA | | | SAN JUAN | PR | 00924 |
| 1481746 | Garcia Estrada, Santos Javier | 235 Bo Palo Seco | | | | Maunabo | PR | 00707 |
| 187038 | GARCIA PERALES, CLARILINDA | MONTE BRISAS V | 5N-12 CALLE 19 | | | FAJARDO | PR | 00738 |
| 189773 | GAYA PEREZ, ANTONIO | EDIFICIO 3-A APARTAMENTO 26 | RES. APONTE | | | AGUADILLA | PR | 00603 |
| 1241871 | GONZALEZ CARRASQUILLO, JUAN | URB CIUDAD CENTRAL II | 1001 CCARLOS RODRIGUEZ | | | CAROLINA | PR | 00987 |
| 1562131 | Gonzalez Colon, Noemi | Urb. Jardines de Caguas | Calle # B-9 | | | Caguas | PR | 00727 |
| 198182 | GONZALEZ DIAZ, LUIS M | HC 1 BOX 6187 | | | | LAS PIEDRAS | PR | 00771 |
| 1606510 | Gonzalez Pacheco, Melissa | HC-71 Box 2495 | | | | Naranjito | PR | 00719 |
| 1566751 | GONZALEZ PINTADO, MARISOL | #469 CALLE TURIA | FRENTE IGLESIA | EMBALSE, SAN JOSE | SAN JUAN | PR | 00923 |
| 924694 | Gonzalez Rosa, Migdalia | 311 Calle Guacamayo | | | | Dorado | PR | 00646 |
| 924694 | Gonzalez Rosa, Migdalia | URB. Los Montes #311 Calle Guacamayo | | | | Dorado | PR | 00646 |
| 204803 | GONZALEZ SANTANA, ANGIE | PO BOX 192513 | | | | SAN JUAN | PR | 00919 |
| 204803 | GONZALEZ SANTANA, ANGIE | REPARTO SEVILLA | 722 CALLE BIZET | | | RIO PIEDRAS | PR | 00924 |
| 1246902 | GONZALEZ TOLENTINO, LAURA | URB SANTA JUANA II | H8 CALLE 10 | | | CAGUAS | PR | 00725 |
| 1561895 | GUZMAN CRUZ, JUANITA | RR 6 BOX 9525 | | | | SAN JUAN | PR | 00926 |
| 1580381 | HERNANDEZ GONZALEZ, BLANCA | PO BOX 3522 | | | | AGUADILLA | PR | 00605 |
| 219314 | Hernandez Medina, Carol E. | Coop. Villas De Navarra | Edf. 9 Apt. I | | | Bayamon | PR | 00956 |
| 1160071 | HERNANDEZ ORSINI, ALEX | URB LOMAS VERDES | 4Q-21 CALLE PETUNIA | | | BAYAMON | PR | 00956 |
| 238032 | IRIZARRY BONILLA, JESSICA | MANSIONES DE CABO ROJO | F 83 CALLE HORIZONTE | | | CABO ROJO | PR | 00623 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1587735 | Irizarry Frasqueri, Yvette | Urb Villa Carolina | 127-14 Calle 71 | | Carolina | PR | 00985 |
| 1516287 | Jimenez Lopez, Janet | HC 01 Box 7345 | | | Toa Baja | PR | 00949 |
| 239927 | JIMENEZ MALDONADO, MARIA | CALLE PRADERA L-4 ESTANCIAS DE LA FUENTE | | | TOA ALTA | PR | 00953 |
| 239927 | JIMENEZ MALDONADO, MARIA | PO BOX 471 | | | CATANO | PR | 00963 |
| 1171395 | LAZU PAGAN, ASLIN | HC12 BOX 5510 | | | HUMACAO | PR | 00791 |
| 1093772 | LEBRON GOMEZ, SIMON | PO BOX 10137 | | | HUMACAO | PR | 00792 |
| 1183271 | LOPEZ, CARMEN S | URB EL PLANTIO | D44 CALLE JAGUEY | | TOA BAJA | PR | 00949 |
| 1544239 | LUCENA MARTINEZ, MARCOS A | URB SANTA MARIA | CALLE 4 D 19 | | SAN GERMAN | PR | 00683 |
| 300253 | LUGO RIOS, MARIA V. | CALLE 1 A-13 | URB. VILLA LAS MERCEDES | | CAGUAS | PR | 00725 |
| 1477390 | LUGO TORRES, CARMEN E | URB LA INMACULADA | CALLE CRUZ C3 | | TOA BAJA | PR | 00949 |
| 1507489 | MACHIN OCASIO, MARIA | APARTADO 1711 | | | SAN LORENZO | PR | 00754 |
| 1187671 | MARQUEZ ROSADO, DANIEL | REPARTO VALENCIANO | 4 H7 | | JUNCOS | PR | 00777 |
| 1620918 | MARTINEZ ORTEGA, ROSA L | PARCELAS AMADEO CALLE D 14 | | | VEGA BAJA | PR | 00693 |
| 491377 | MATOS LOPEZ, ROSA I | HC 01 BOX 13094 | | | CAROLINA | PR | 00987 |
| 76063 | MELENDEZ AYALA, CARMEN M. | RR 1 BOX 12093 | | | MANATI | PR | 00674 |
| 1102597 | MELENDEZ RODRIGUEZ, WILFREDO | ALTURAS DE BAYAMON | 75 PASEO C | | BAYAMON | PR | 00956 |
| 1495819 | Melendez Sanchez, Enid E | The Rivera Group | Gabriela Rivera | PO Box 360764 | San Juan | PR | 00936 |
| 1495819 | Melendez Sanchez, Enid E | Urb Oasis GDNS | I10 Calle Noriega | | Guaynabo | PR | 00969-3416 |
| 624851 | MONTERO HERNANDEZ, CARMELO | URB VILLA  LOS SANTOS | 17 CALLE  Y  24 | | ARECIBO | PR | 00612 |
| 1485140 | Mora Velez, Elizabeth | Urbanizacion Verdum Carr 345 Buzon 13 | | | Hormigueros | PR | 00660 |
| 1566869 | Morales Figueroa, Sally A. | PO Box 345 | | | Naranjito | PR | 00719 |
| 1244188 | MORALES FLORES, JULIA | URB SABANA GARDENS | 23 2 AVE SOUTH MAIN | | CAROLINA | PR | 00983 |
| 1194876 | MORALES TORRES, EDWIN | RR 2 BOX 4220 | BO QUEBRADA LARGA | | ANASCO | PR | 00610 |
| 692589 | Morales, Julia | Administraiol de Tribuals | PO Box 190917 | | San Juan | PR | 00919-0917 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 692589 | Morales, Julia | Administraiol de Tribuals | PO Box 190917 | | San Juan | PR | 00919-0917 |
| 692589 | Morales, Julia | AVE. SOUTH MAIN 23-2 | URB. SABANA GARDENS | | CAROLINA | PR | 00983 |
| 692589 | Morales, Julia | AVE. SOUTH MAIN 23-2 | URB. SABANA GARDENS | | CAROLINA | PR | 00983 |
| 692589 | Morales, Julia | Secretaria Auxiliar Tribuial | Administraiol de Tribuals San Juan | 23-2 Ave. South Main Urb Sabona Gardens | Cardina | PR | 00983 |
| 692589 | Morales, Julia | Secretaria Auxiliar Tribuial | Administraiol de Tribuals San Juan | 23-2 Ave. South Main Urb Sabona Gardens | Cardina | PR | 00983 |
| 839710 | Murray-Soto, Luisa | River Glance de Caguas | 3 Carr 784 Apt 3201 | | Caguas | PR | 00727 |
| 1228305 | NARANJO ALICEA, JOELFRI | URB COUNTRY CLUB | 920 CALLE SARA I SPENCER | | SAN JUAN | PR | 00924 |
| 1067274 | NEGRON CRUZ, MYRNA  R | #5005 CLIFTON ST | | | CHESAPEAKE | VA | 23321 |
| 1067274 | NEGRON CRUZ, MYRNA  R | Mirna Rosa Negron | Municipio de Naranjito | Box 53 Calle Ignacio Morales Acosta | Naranjito | PR | 00719 |
| 1067274 | NEGRON CRUZ, MYRNA  R | RR 4 BOX 26256 | | | TOA ALTA | PR | 00719 |
| 1572447 | Nieves Cruz, Vivian | Urb. Puerto Nuevo | 509 Calle Antillas | | SAN JUAN | PR | 00920-4126 |
| 1248788 | NIEVES SANTIAGO, LINDA | CHALETS DE BAYAMON APT 1231 | 50 AVE RAMON L RODRIGUEZ | | BAYAMON | PR | 00959 |
| 942530 | OLIVERA RIVERA, ARNOL | HC 04 BOX 11491 | | | YAUCO | PR | 00698 |
| 1099368 | OROZCO LABOY, VILMA L. | ALTURAS DE RIO GRANDE | R904 CALLE 16 | | RIO GRANDE | PR | 00745 |
| 1099368 | OROZCO LABOY, VILMA L. | Vilma L. Orozco Laboy | P.O. Box 11218 Fernandez Juneos Station | | San Juan | PR | 00910 |
| 1460182 | Orsini Velez, Hector L | 429 Lerida Street | Cuidad Jardin Bairoa | | Caguas | PR | 07278-1418 |
| 1616612 | ORTIZ ROMERO, ORLANDO | 102 VILLAS DEL BOSQUE | | | CIDRA | PR | 00739 |
| 1080919 | ORTIZ SANTANA, RAMON A | COND THOMAS VILLE PARK 3 | NEPOMUSEMO APT 3208 | | CAROLINA | PR | 00987 |
| 1014078 | PADRO GONZALEZ, JORGE L | 1183 COUNTRYWIND DR. | | | APOPKA | FL | 32703 |
| 1014078 | PADRO GONZALEZ, JORGE L | TERR DEL TOA | 3F6 CALLE 30 | | TOA ALTA | PR | 00953-4811 |
| 1552683 | PADUA ROLDAN, WILDA | PO BOX 257 | | | JAYUYA | PR | 00664 |
| 834545 | PAGAN, MARTA TREVINO | EL COMANDANTE 222 LOS ALPES | | | CAROLINA | PR | 00982 |
| 1605332 | PEREZ OTERO, OLGA | BDA LAS MONJAS | 122 CALLE PEPE DIAZ | | SAN JUAN | PR | 00917 |
| 959526 | PEREZ SANJURJO, ANTONIO | PO BOX 30542 | | | SAN JUAN | PR | 00929 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 961880 | PEREZ, AWILDA CRISCUOLO | 1252 QUEENS HARBOUR BLVD | | | JACKSONVILLE | FL | 32225 |
| 1545150 | Peterson Laureano, Jose | 1406 Ave Ponce de Leon | | | San Juan | PR | 00910 |
| 1545150 | Peterson Laureano, Jose | Calle 44A EE 41 | Ext Villa de Loiza | | Loiza | PR | 00729 |
| 1096799 | PINEIRO, ULISES SEPULVEDA | URB VERDUN II | 701 CGRANADA | | HORMIGUEROS | PR | 00660 |
| 1423641 | Pinto, Lourdes Armaiz | 333 Calle Pino | | | Toa Alta | PR | 00953 |
| 1630743 | Prieto Rosario, Wilnelia | Ceiba Sabana 526 C/ Jose E Matta | | | Vega Baja | PR | 00693 |
| 1630743 | Prieto Rosario, Wilnelia | Sabana Branch | 412 Calle 6 | | Vega Calle 6 | PR | 00693 |
| 1630743 | Prieto Rosario, Wilnelia | Sabana Branch | 412 Calle 6 | | Vega Calle 6 | PR | 00693 |
| 911982 | QUINONES ORTEGA, JUAN A | EL ROSARIO II | BLOQ U2 CALLE E | | VEGA BAJA | PR | 00695 |
| 1237231 | Ramirez Alvarez, Jose M. | Brisas Del Mar | 1021 Calle Miramar | | Ponce | PR | 00728-5202 |
| 1572491 | Reyes Calderon, Camilo M. | Urb. Arbolada | B-23 C/ Laureal Sabino | | Caguas | PR | 00725 |
| 1158478 | REYES CASELLAS, AIDA M | CALLE PRINCIPAL C-4 | PARCELAS VAN SCOY | | BAYAMON | PR | 00959 |
| 1174199 | REYES ROLON, BLANCA R | PO BOX 9020465 | | | SAN JUAN | PR | 00902 |
| 1174199 | REYES ROLON, BLANCA R | URB MONTE CASINO HEIGHTS | 3 CALLE RIO HONDO | | TOA ALTA | PR | 00953 |
| 436563 | Reyes Vazquez , Jose  A. | PO Box 958 | | | Garrochales | PR | 00652 |
| 1088044 | RIOS LOPEZ, ROSA I | 300 AVE HOSTOS | | | ARECIBO | PR | 00612 |
| 1088044 | RIOS LOPEZ, ROSA I | BUZON HC03 9367 BARIO ESPINO CEIBA | | | LARES | PR | 00669 |
| 1581955 | RIOS RIVERA , MAYRA L | 46 AVE EMERITO ESTRADA RIVERA | | | SAN SEBASTIAN | PR | 00685 |
| 1470445 | Rivera Belardo, Ricardo | PO BOX 686 | | | VIEQUES | PR | 00765 |
| 1081802 | RIVERA LOZADA, RAMON | VILLAS DE HATO TEJAS | 426 | | BAYAMON | PR | 00959-4312 |
| 1098936 | Rivera Medina, Victor | Urb. Bayview | #32 East Ocean Dr. | | Catano | PR | 00962 |
| 1577650 | Rivera Otero, Juana M | U-7 Calle Melocoton | Jardines de Catano | | Catano | PR | 00962 |
| 1571965 | RIVERA PEREZ, LUZ M | PO BOX 6 | | | LUQUILLO | PR | 00773 |
| 1433927 | Rivera Rivera, Albert | Carr. 827, KM 2, SECT. Los Llanos, Bo. Ortiz | | | Toa Alta | PR | 00953 |
| 1433927 | Rivera Rivera, Albert | PO Box 3926 | | | Bayamon | PR | 00958 |
| 1458978 | RIVERA SANCHEZ, LYDIA S | PO BOX 9279 | | | CAROLINA | PR | 00988-9279 |
| 1467749 | RIVERA SANTIAGO, JOSE | 2 LOS CANTIZALES APTO 2F | | | SAN JUAN | PR | 00926-2551 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 922174 | RIVERA VEGUILLA, MARIA | HC-08 BOX 2789 | | | SABANA GRANDE | PR | 00637-9235 |
| 1247862 | Rodriguez Alvarado, Leticia | HC 1 Box 4187 | | | Naguabo | PR | 00718 |
| 1482010 | Rodriguez Bracero, Amador | HC 02 Box 26810 | | | Cabo Rojo | PR | 00623 |
| 1614118 | Rodriguez Bracetty, Carmen M | Negociado de la Policia | Carmen M Rodriguez Bracetty | Agente de la Policia de Puerto Rico, PO Box 95 | Comerio | PR | 00782 |
| 1614118 | Rodriguez Bracetty, Carmen M | PO Box 93 | | | Comerio | PR | 00782 |
| 1630947 | Rodriguez Bracetty, Carmen M | PO Box 93 | | | Comerio | PR | 00782 |
| 675124 | RODRIGUEZ COLON, JANETTE | LAS LOMAS | 1662 CALLE 34 SO | | SAN JUAN | PR | 00921 |
| 1156440 | RODRIGUEZ FIGUEROA, ABIGAIL | 785 GUATEMALA | LAS AMERICAS | | SAN JUAN | PR | 00921 |
| 1638794 | Rodriguez Rivera, Nydia M | Urb. Rexville | Calle 29 DF 8 | | Bayamon | PR | 00957 |
| 1211031 | RODRIGUEZ TORRES, GLORIA L | 999 GENERAL VALERO | APT 102 | | SAN JUAN | PR | 00924 |
| 1211031 | RODRIGUEZ TORRES, GLORIA L | Aux. Sist. Ofic 2 | Policia de Puerto Rico | 999 General Valero Apt. 102 | San Juan | PR | 00924 |
| 1424029 | Rodriguez, Oscar Diaz | PO Box 1112 | | | Guayama | PR | 00785 |
| 1582399 | ROMAN RUIZ, NIDRA I. | BO JAREALITOS 23 CALLE 1 | | | ARECIBO | PR | 00612-5102 |
| 1423973 | Rosado, Johany Rosario | C/Jose Y. Mendez FG-22 6ta Secc. Levittown | | | Toa Baja | PR | 00949 |
| 1463620 | ROSARIO ROSADO, JOHANY | C/O JOSE Y. MENDEZ FG-22 | 6TA SECC. LEVITTOWN | | TOA BAJA | PR | 00949 |
| 1228623 | ROSARIO ROSADO, JOHANY | URB LEVITTOWN 6TA SECC | FG22 C JOSE Y MENDEZ | | TOA BAJA | PR | 00949 |
| 1009508 | ROSARIO VIERA, ISABEL | 10 JOHN J BRADY DR APT H | | | FRAMINGHAM | MA | 01702-2352 |
| 1009508 | ROSARIO VIERA, ISABEL | 16 JOHN J. BRADY DR., APT. A | | | FRAMINGHAM | MA | 01702 |
| 1593853 | RUIZ RIVERA, EDUARDO | Calle D # 302 | Bo. Carnizales | | Hatillo | PR | 00659 |
| 1593853 | RUIZ RIVERA, EDUARDO | HC1 BOX 5375 | | | HATILLO | PR | 00659 |
| 1106784 | Saez, Yolanda I  Rosa | Urb Bello Monte | U16 Calle 2 | | Guaynabo | PR | 00969 |
| 1232825 | SANABRIA SANTIAGO, JOSE A | PARC MAGUEYES | TURQUESA 189 | | PONCE | PR | 00728 |
| 857926 | SANCHEZ COLON, JERIMAR Y | PO BOX 310 | | | UTUADO | PR | 00641 |
| 1403864 | Sanchez Colon, Jerimar Y | PO Box 310 | | | Utuado | PR | 00641 |

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1566965 | SANCHEZ MEJIAS , DANIEL | PMB 506 | P.O. BOX 144035 | | ARECIBO | PR | 00614 |
| 994730 | SANTANA RIVERA, FLORENTINO | GABRIELA RIVERA | THE RIVERA GROUP | PO BOX 360764 | SAN JUAN | PR | 00936 |
| 994730 | SANTANA RIVERA, FLORENTINO | URB OASIS GDNS | I10 CALLE NORUEGA | | GUAYNABO | PR | 00969-3416 |
| 1597736 | Santiago Brignoni, Marie L. | Alturas de San Pedro | Calle San Pedro M-10 | | Fajardo | PR | 00738 |
| 941044 | SANTIAGO FELICIANO, WILLIAM | PO BOX 728 | | | PENUELAS | PR | 00624 |
| 941044 | SANTIAGO FELICIANO, WILLIAM | WILLIAM SANTIAGO FELICIANO | TALLABOA ALTA IV | CALLE 3 #436 | PENUELAS | PR | 00624 |
| 898613 | SANTIAGO ORTIZ, FERNANDO | 100 DEBRA DR 4E | | | CHICOPEE | MA | 01020 |
| 898613 | SANTIAGO ORTIZ, FERNANDO | 128 COLLEGE HWY APT 201 | | | SOUTH HAMPTON | MA | 01073-9385 |
| 1186429 | SANTIAGO RAMIREZ, CYNTHIA | STA JUANITA 3RA SECC | AU 14 CALLE 24 | | BAYAMON | PR | 00956 |
| 895724 | SANTIAGO RODRIGUEZ, ELIZABETH | D-19 CALLE 4 | | | SAN GERMAN | PR | 00683 |
| 1182884 | SANTOS GUADALUPE, CARMEN P | URB EL NARANJAL | F18 CALLE 5 | | TOA BAJA | PR | 00949 |
| 648314 | SANTOS HERNANDEZ, ERICK | UNIVERSITY GARDENS | 270 CALLE HARVARD | | SAN JUAN | PR | 00927-4111 |
| 1627111 | Solivan Cartagena, Hector M. | Urb Brisas de Aibonito | Calle Canaria #22 | | Aibonito | PR | 00705 |
| 1164913 | SOTO MARQUEZ, ANELISA | HC2 BOX 13322 | | | AGUAS BUENAS | PR | 00703 |
| 1523631 | Soto Marquez, Oscar R | HC 2 Box 13320 | | | Aguas Buenas | PR | 00703-9636 |
| 539627 | SOTO VAZQUEZ, MIRZA I | URB LAS AMERICAS | JJ9 CALLE 6 | | BAYAMON | PR | 00959 |
| 1104011 | Suarez Garay, Willmar | PO BOX 7694 | | | Caguas | PR | 00726 |
| 545127 | TELLADO SANTIAGO, JUAN | URB JOSE DELGADO | D1 CALLE 6 | | CAGUAS | PR | 00725 |
| 1443641 | Teron Mendez, Enid H | HC-11 BOX 48538 | | | CAGUAS | PR | 00725 |
| 1178711 | TORRES APONTE, CARLOS R | PARCELAS MAGUELLES | 78 CALLE AMATISTA | | PONCE | PR | 00728 |
| 1242134 | Torres Gonzalez, Juan J | URB El Naranjal | F18 Calle 5 | | Toa Baja | PR | 00949 |
| 1507598 | Torres Gonzalez, Linda | HC 04 Box 13070 | | | San German | PR | 00683 |
| 1182503 | TORRES RIOS, CARMEN M. | CONDADO MODERNO | C4 CALLE 1 | | CAGUAS | PR | 00725 |
| 1562721 | Torres Santiago, Miriam | Miriam Torres Santiago | HC 55 Box 8585 | | Ceiba | PR | 00735 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

ACR Pension Notice Parties Service List

Served via first class mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1562721 | Torres Santiago, Miriam | Urb. Vistas del Convento | Calle 5 Bloque 2 H 12 | | Fajardo | PR | 00738 |
| 1185675 | TRINIDAD HERNANDEZ, CONCEPCION | RR 17 BOX 11505 | | | SAN JUAN | PR | 00926 |
| 1185675 | TRINIDAD HERNANDEZ, CONCEPCION | RR 6 BOX 11505 | | | SAN JUAN | PR | 00926 |
| 1515793 | Valazquez Cintron, Ivan A | Urb Jardines de Country Club | Calle 108 BD-15 | | Carolina | PR | 00983 |
| 1221693 | VALENTIN BARRO, IVELISSE | URB GUANAJIBO HOMES | 585 BLVD | | MAYAGUEZ | PR | 00682-1142 |
| 1603856 | Valentin Reyes, Roberto | HC 04 Box 5811 | | | Guaynabo | PR | 00971 |
| 1080970 | VARGAS RIVERA, RAMON A | P.O. BOX 1729 | | | SAN SEBASTIAN | PR | 00685 |
| 1452918 | Vasquez Martinez, Martiza | 10 Flamingo Apartments 11203 | | | Bayamón | PR | 00959 |
| 571242 | VAZQUEZ MARTINEZ, MARITZA | 10 FLAMINGO APARTMENTS 11203 | | | BAYAMON | PR | 00959 |
| 1174976 | VAZQUEZ RODRIGUEZ, BRENDA | COND PAISAJES DEL ESCORIAL | 85 BLVD MEDIA LUNA APTDO 202 | | CAROLINA | PR | 00987 |
| 1479009 | Vega Baez, Victor M | Villa El Salvador | Calle 2 B14 | | San Juan | PR | 00921 |
| 1056705 | VELAZQUEZ CRUZ, MARILYN | PO BOX 1840 | | | LAS PIEDRAS | PR | 00771 |
| 706290 | VELEZ MELON, LYMARIS | J DEL CARIBE BOX CB 6 | | | ISABELA | PR | 00662 |
| 706290 | VELEZ MELON, LYMARIS | PO BOX 11218 FNDZ JUNCOS STATION | | | SAN JUAN | PR | 00910 |
| 1614642 | VELEZ RIVERA, WILLIE | HC-02 BOX 8557 | | | JAYUYA | PR | 00664 |
| 1567968 | Velez Torres, Emiliano J | J8 Calle Tiburcio Berty | Urb. Villas de San Anton | | Carolina | PR | 00987 |
| 1548376 | VERA VARGAS, OMAYRA | JARDINES DE COUNTRY  CLUB | CALLE 16 A   AA  # 12-A | | CAROLINA | PR | 00985 |
| 1093535 | WEIR SANTIAGO, SHIRLEY | URB EL ROSARIO II | U2 CALLE E | | VEGA BAJA | PR | 00693 |