# **ANEXO  B**

ACUERDO DE APOYO AL PLAN

# ACUERDO DE APOYO AL PLAN

ACUERDO DE APOYO AL PLAN (PSA), del 22 de febrero de 2021, celebrado entre a) la Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado de Puerto Rico (el "**ELA**"), la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**"), b) los titulares de Reclamaciones por los Bonos GO (Obligación General) y/o Reclamaciones por los Bonos de Garantía del ELA, cada uno de los cuales se define más adelante, que podrían incluir a los asesores o gerentes que asesoren o gestionen a un titular de Reclamaciones por los Bonos GO (Obligación General) que esté incluido en el Anexo A del presente (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Titulares GO**)"), c) los titulares de Reclamaciones por los Bonos AEP, según se definen más adelante, que podrían incluir a los asesores o gerentes que asesoren o gestionen a untitular de Reclamaciones por los Bonos AEP que esté incluido en el Anexo B del presente (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Titulares AEP**"), d) Assured Guaranty Corp. y Assured Guaranty Municipal Corp., únicamente en su calidad de aseguradores y de tenedores declarados, tenedores potenciales o subrogados con respecto a los Bonos GO y a los Bonos AEP, cada uno según se define más adelante ("**Assured**"), e) Syncora Guarantee Inc, como titular, subrogado o asegurador de las Reclamaciones por los Bonos GO y de las Reclamaciones por los Bonos AEP ("**Syncora**"), y f) National Public Finance Guarantee Corporation, únicamente en su calidad de asegurador y tenedor declarado, tenedor potencial o subrogado de los Bonos GO y de los Bonos AEP ("**National**" y, colectivamente, con los Titulares GO, los Titulares AEP, Assured y Syncora, los "**Acreedores Iniciales PSA**"). En lo sucesivo, quienes suscriben el presente serán denominados "**Partes**" desde el punto de vista colectivo o "**Parte**" desde el punto de vista individual. Los términos en mayúsculas que se utilicen pero no se definan en el presente tendrán los significados que se les asignan en el artículo I a continuación.

## PREÁMBULO

A.       El ELA emite una serie de bonos de obligación general (los "**Bonos GO**") que se enumeran en el Anexo C del presente, incluidos, sin limitación, los Bonos GO con respecto a los cuales las Aseguradoras Monolínea (como se definen más adelante) han asegurado el pago del capital y los intereses.

B.       De conformidad con las facultades conferidas por la Ley 56 de la Asamblea Legislativa de Puerto Rico (la "**Asamblea Legislativa**"), aprobada el 19 de julio de 1958, con enmiendas, la AEP emitió la serie de bonos (colectivamente, los "**Bonos AEP**") que se consigna en el Anexo D del presente, garantizados por el ELA, incluidos, sin limitación, los Bonos AEP con respecto a los cuales las Aseguradoras Monolínea han asegurado el pago del capital y los intereses.

C.       En relación con la emisión de algunos de los Bonos GO y de los Bonos AEP, Assured, Syncora y National emitieron ciertas pólizas de seguro. El ELA y la AEP celebraron acuerdos de seguro (los que incluyen, en el caso del ELA, los contenidos en las correspondientes resoluciones de bonos) con respecto a dichas pólizas.

D.       El 30 de junio de 2016, el Presidente de los Estados Unidos aprobó la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico (P.L. 114-187) ("**PROMESA**").

1

121751180v7

E.     PROMESA dio origen a la Junta de Supervisión y le atribuyó determinadas facultades con respecto a las finanzas y el proceso de reestructuración con relación a, entre otros, el ELA y sus instrumentalidades, todo ello según lo estipulado en dicha ley.

F.     De conformidad con la Ley 2-2017, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("**AAFAF**") fue designada como representante y asesor del Gobierno del Estado Libre Asociado de Puerto Rico (el "**Gobierno**"), y recibió facultades con respecto a la reestructuración de cualquier endeudamiento emitido por el ELA y cualquiera de sus entidades gubernamentales.

G.     El 3 de mayo de 2017 (la "**Fecha de Petición del ELA**"), la Junta de Supervisión radicó una petición conforme al Título III en nombre del ELA (el "**Procedimiento de PROMESA del ELA**") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "**Tribunal del Título III**").

H.     El 21 de mayo de 2017 (la "**Fecha de Petición del SRE**"), la Junta de Supervisión radicó una petición conforme al Título III en nombre del SRE (el "**Procedimiento de PROMESA del SRE**") ante el Tribunal del Título III.

I.     El 27 de septiembre de 2019 (la "**Fecha de Petición de la AEP**"), la Junta de Supervisión radicó una petición conforme al Título III en nombre de la AEP (el "**Procedimiento de PROMESA de la AEP**") ante el Tribunal de Título III.

J.     La Junta de Supervisión representa al ELA, al SRE y a la AEP en el Procedimiento de PROMESA del ELA, el Procedimiento de PROMESA del SRE y el Procedimiento de PROMESA de la AEP, respectivamente, de conformidad con la sección 315(b) de PROMESA.

K.     El 31 de mayo de 2019, algunas de las Partes suscribieron un Acuerdo de Apoyo al Plan (el "**Acuerdo Inicial**") con respecto a la reestructuración de los Bonos GO y de los Bonos AEP; el acuerdo estaba sujeto a determinadas condiciones suspensivas, incluidas, entre otras, el requisito de negociar y acordar las condiciones de los títulos que se emitirían en virtud del Acuerdo Inicial y de conformidad con un plan de ajuste relacionado, y el requisito de que las partes debían rescindirlo.

L.     El 27 de septiembre de 2019, el ELA, el SRE y la AEP radicaron un Plan Conjunto de Ajuste conforme al Título III para el Estado Libre Asociado de Puerto Rico y otros (el "**Plan Inicial**") [expediente núm. 8765] ante el Tribunal del Título III; el plan de ajuste contenía las condiciones fundamentales consignadas en el Acuerdo Inicial, pero con respecto a las cuales las partes en dicho acuerdo aún no habían convenido las condiciones relativas a los títulos.

M.     Mediante notificación del 9 de febrero de 2020, el Acuerdo Inicial fue rescindido y actualmente no está en vigor, lo que incluye, sin limitación, la exoneración de obligaciones y la renuncia a la obligación de realizar pagos de conformidad con él.

N.     El 9 de febrero de 2020, algunas de las Partes suscribieron un Acuerdo de Apoyo al Plan (el "**PSA 2020**"), relativo a la reestructuración de los Bonos GO y los Bonos AEP, acuerdo que estaba sujeto a ciertas condiciones suspensivas, incluidas, sin limitación, la

2

121751180v7

COPIA FIRMADA

negociación y el acuerdo en cuanto a los términos de los títulos que se emitirían de acuerdo con el PSA 2020 y conforme a un plan de ajuste correspondiente, y la terminación por las partes de dicho acuerdo. Con posterioridad a ello, varias partes han ejecutado cláusulas de adhesión al PSA 2020.

O.     El 28 de febrero de 2020, el ELA, el SRE y la AEP presentaron ante el Tribunal del Título III un Plan de Ajuste Conjunto Enmendado según el Título III del Estado Libre Asociado de Puerto Rico y otros (el "**Plan Enmendado**") [expediente núm. 11946], que contenía los términos esenciales establecidos en el PSA 2020, y una declaración de divulgación correspondiente (la "**Declaración de Divulgación 2020**").

P.     Debido a la pandemia de la COVID-19 y sus efectos sobre la población y la economía del ELA, la Junta de Supervisión, en nombre del ELA, el SRE y la AEP, decidió aplazar la consideración de la Declaración de Divulgación 2020 y el Plan Enmendado.

Q.     Mediante notificación de fecha 22 de febrero de 2021, como contraprestación del consentimiento de las Partes y de su otorgamiento de este Acuerdo, el PSA 2020 fue rescindido y carece de vigencia y efectos, lo que incluye, entre otras cosas, la exoneración y la renuncia a la obligación de realizar cualquier pago contemplado en el PSA 2020.

R.     Con la asistencia del equipo de mediación designado por el Tribunal del Título III, las Partes han iniciado negociaciones de buena fe y en igualdad de condiciones, entre otras cosas, con respecto a las condiciones de una propuesta de reestructuración de los Bonos GO, los Bonos AEP, las reclamaciones contra el ELA basadas en el compromiso que asumió de pagar los Bonos AEP, y las reclamaciones contra el ELA basadas en el compromiso que asumió de pagar los BAN de AFIPR (que se definen más adelante), y el compromiso y la liquidación de las Objeciones relacionadas con las deudas, las Acciones por invalidez, las Acciones de impugnación de los gravámenes, el Litigio sobre los BAN de AFIPR y el Litigio por la incautación de los BAN de AFIPR (cada uno de los cuales se define más adelante) el cual se implementará de la manera que se establezca en un Segundo Plan Conjunto Enmendado de Ajuste conforme al Título III para el Estado Libre Asociado de Puerto Rico y otros, con las enmiendas, modificaciones y complementos que se le introduzcan (el "**Plan**"); el Plan será congruente con los términos y condiciones de este Acuerdo, incluido, sin limitación, el Anexo I del presente, y, en la medida en que este Acuerdo no sea rescindido en lo relacionado con una de las Partes, será razonablemente aceptable, en sus aspectos formales y esenciales, para el Grupo de la Deuda Constitucional, el Grupo GO, el Grupo CDCL, el Grupo QTCB, Assured, Syncora y National con respecto al tratamiento de las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos AEP en el Procedimiento de PROMESA del ELA y el Procedimiento de PROMESA de la AEP, respectivamente, y se presentará ante el Tribunal del Título III tan pronto como sea posible tras la fecha del presente, a más tardar el 8 de marzo de 2021; una vez presentado, el Plan reemplazará al Plan Enmendado.

S.     La Junta de Supervisión da su consentimiento para que el ELA, el SRE y la AEP otorguen y formalicen este Acuerdo, y para que cada uno de ellos cumpla sus obligaciones y ejerza sus derechos respectivos en virtud del presente, incluidos, sin limitación, el derecho de rescindir este Acuerdo y el derecho de dar su consentimiento a cualquier renuncia o enmienda, en todos los casos de conformidad con los términos y condiciones que se establecen en el presente.

121751180v7

POR LO TANTO, las Partes, en contraprestación por las promesas, convenios y acuerdos descritos en el presente y por otras contraprestaciones válidas y onerosas, cuya suficiencia y carácter adecuado cada una de ellas reconoce, y con el objetivo de obligarse jurídicamente, convienen en lo siguiente:

ARTÍCULO I

DEFINICIONES

Sección 1.1        Preámbulo. El preámbulo consignado anteriormente se incorpora al presente por remisión y se considera parte integrante de este Acuerdo.

Sección 1.2        Definiciones. Las siguientes definiciones serán de aplicación a este Acuerdo y a todos sus adjuntos, anexos y suplementos, y serán parte integrante de ellos:

"*IVU del 5.5%*" significará los ingresos y recaudaciones presentes y futuras generadas por la parte del Impuesto sobre Ventas que corresponde a una tasa impositiva del cinco y medio por ciento (5.5%).

"*Acuerdo*" se refiere, colectivamente, a este Acuerdo de Apoyo al Plan (PSA) y a cada anexo que se le adjunta, incluido, sin limitación y al momento de su presentación, el Plan, según sean enmendados, complementados o de otras formas modificados de conformidad con los términos del presente o del documento que corresponda.

"*Litigios relacionados con las designaciones*" se referirá, colectivamente, a los siguientes litigios: a) Rene Pinto Lugo y otros c. el Gobierno de los Estados Unidos de América y otros, Proc. Cont. núm. 18-041-LTS, actualmente pendiente de resolución ante el Tribunal del Título III, b) Hermandad De Empleados Del Fondo Del Seguro Del Estado, Inc. y otros c. Gobierno de los Estados Unidos de América y otros, Caso. núm. 19-2028, actualmente pendiente de resolución ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, c) El Honorable Rafael Hernández-Montañez y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, Proc. Cont. núm. 18-090-LTS, actualmente pendiente de resolución ante el Tribunal del Título III, y d) cualquier otro litigio que pudiera estar actualmente pendiente de resolución o que pueda interponerse durante el período que va desde la fecha del presente hasta la Fecha de Vigencia, en los que se hayan aducido reclamaciones o causas radicadas congruentes con los que se adujeron (o podrían haberse aducido) en los litigios mencionados.

"*Bonos asegurados por Assured*" significará, colectivamente, los Bonos GO y los Bonos AEP que están asegurados por Assured.

"*Código de Quiebras*" se refiere al Título 11 del Código de los Estados Unidos, con sus enmiendas, artículos 101 y sgtes.

"*Normas sobre quiebras*" se refiere a las Normas Federales de Procedimientos de Quiebra.

"*Día hábil*" se refiere a un día distinto a los sábados, los domingos o cualquier otro día en que los bancos comerciales de Nueva York (Nueva York) puedan o deban cerrar debido a una ley u orden judicial.

"*ADCC*" se refiere a la Autoridad del Distrito de Centro de Convenciones de Puerto Rico

4

121751180v7

"*Bonos ADCC*" se refiere a los títulos emitidos por la ADCC antes de la Fecha de Petición del ELA.

"*Acciones de recuperación*" significará, colectivamente, el litigio denominado (a) La Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation y otros, Pro. Cont. núm. 20-00005-LTS, actualmente pendiente en el Tribunal del Título III, (b) La Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation y otros, Pro. Cont. núm. 20-00004-LTS, actualmente pendiente en el Tribunal del Título III, (c) La Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation y otros, Pro. Cont. núm. 20-00003-LTS, actualmente pendiente en el Tribunal del Título III, y (d) La Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation y otros, Pro. Cont. núm. 20-00007-LTS, actualmente pendiente en el Tribunal del Título III.

"*COFINA*" se refiere a la Corporación del Fondo de Interés Apremiante de Puerto Rico.

"*Bonos COFINA*" se refiere, colectivamente, a los títulos emitidos por COFINA de conformidad con el Plan COFINA, la Orden de Confirmación COFINA, la Legislación sobre los Bonos COFINA y el Contrato de Emisión de los Bonos COFINA.

"*Contrato de Emisión de los Bonos COFINA*" se refiere al contrato de emisión de fideicomiso formalizado de conformidad con el cual COFINA emitió los Bonos COFINA, según pueda ser enmendado, complementado o modificado periódicamente, de conformidad de sus términos y condiciones.

"*Legislación sobre los Bonos COFINA*" se referirá a la Ley 241 de la Asamblea Legislativa de Puerto Rico, aprobada el 15 de noviembre de 2018, que enmienda la Ley 91 de la Asamblea Legislativa de Puerto Rico, aprobada el 13 de mayo de 2006, según enmienda.

"*Orden de Confirmación COFINA*" se refiere a la Orden y Sentencia Enmendadas que confirma el Tercer Plan de Ajuste Enmendado conforme al Título III de la Corporación del Fondo de Interés Apremiante de Puerto Rico, del 5 de febrero de 2019 [expediente núm. 5055].

"*Plan COFINA*" se refiere al Tercer Plan de Ajuste Enmendado conforme al Título III de la Corporación del Fondo de Interés Apremiante de Puerto Rico, del 9 de enero de 2019 [expediente núm. 436].

*Límite Integral* tendrá el significado que se le atribuye en la Ley de Responsabilidad por Deudas.

"*Orden de Confirmación*" se refiere a la orden del Tribunal del Título III que confirma el Plan a tenor con la sección 314 de PROMESA y la sección 1129 del Código de Quiebras, la cual es de aplicación en los Procedimientos de PROMESA de conformidad con la sección 301 de dicho cuerpo legal, y que en su forma y sustancia deberá ser razonablemente satisfactoria para cada Parte.

"*Grupo de la Deuda Constitucional*" se refiere el Grupo Ad-Hoc de Titulares de la Deuda Constitucional compuesto por los miembros del Grupo de la Deuda Constitucional, según cambie la integración de ese grupo de tiempo en tiempo.

"*Miembros del Grupo de la Deuda Constitucional*" se referirá, colectivamente, a

5

BlackRock Financial Management Inc.; Brigade Capital Management, LP; Emso Asset Management Limited; First Pacific Advisors, LP; Mason Capital Management, LLC; Silver Point Capital, L.P.; and VR Advisory Services Ltd, cada uno de ellos en representación de sí mismo o de sus clientes participantes o de determinada parte de los fondos que gestionan y, en cada caso, sus respectivos sucesores y cesionarios respecto de las transferencias realizadas de conformidad con los términos del presente.

*"Costos de consumación"* se refiere, colectivamente, a las sumas que se indican en la sección 6.1 a) del presente y que deben pagarse, en efectivo, en la Fecha de Vigencia, o tan pronto como sea posible con posterioridad a esa fecha según los términos del Plan, pero bajo ninguna circunstancia más de diez (10) días hábiles a a partir de la Fecha de Vigencia, a los Acreedores Iniciales PSA de conformidad con los términos y disposiciones de este Acuerdo y del Plan, lo que incluye, sin limitación, el artículo VI del presente.

*"Prestatarios cubiertos"* se refiere, colectivamente, al ELA, al SRE y a la AEP.

*"CUSIP"* se refiere al código numérico de nueve dígitos o alfanumérico de nueve caracteres del Comité sobre Procedimientos Uniformes de Identificación de Títulos que, a los efectos de este Acuerdo, identifica la serie de Bonos GO y Bonos AEP para facilitar la compensación y la liquidación de operaciones.

*"CVI"* significará, colectivamente, los títulos a cuyo pago el ELA ha comprometido su plena fe, crédito y poder tributario de acuerdo con el Artículo VI de la Constitución de Puerto Rico, que serán emitidos en la Fecha de Vigencia por el ELA de acuerdo con los términos y condiciones del Plan, la Orden de Confirmación, el Contrato de Emisión de CVI y la Legislación CVI.

*"Contrato de Emisión de CVI"* significará el contrato de emisión que será otorgado y formalizado a más tardar en la Fecha de Vigencia conforme al cual el ELA emitirá los CVI, incluidos todos los términos y disposiciones relacionados, según sea enmendado, complementado o modificado de tiempo en tiempo de acuerdo con sus términos y condiciones.

*"Legislación CVI"* significará la legislación que se aprobará a más tardar en la Fecha de Vigencia, que autoriza determinadas transacciones contempladas por el Plan y que son coherentes con él, incluida, sin limitación, la legislación que autoriza la emisión de los CVI, que puede formar parte de la Legislación sobre los Nuevos Bonos GO.

*"Plan Fiscal del ELA"* se refiere al Plan Fiscal del ELA certificado por la Junta de Supervisión el 27 de mayo de 2020.

*"Reclamaciones por los Bonos de Garantía del ELA"* tendrá el significado que se le atribuye en el Plan; el monto de las Reclamaciones por los Bonos de Garantía del ELA se calculará, según el caso, como el monto pendiente de capital de a) los Bonos AEP más los intereses acumulados, pero impagados, durante el período que va hasta la Fecha de Petición de la AEP, sin incluirla, menos el monto de cualquier distribución que haya de recibirse de la AEP por motivo de dichos Bonos AEP de conformidad con el Plan, b) el bono de la Autoridad del Puerto de las Américas, más los intereses acumulados, pero impagados, durante el período que va hasta la Fecha de Petición del ELA, sin incluirla, y c) los BAN de AFIPR, más los intereses acumulados, pero impagados, durante el período que va hasta el 1 de mayo de 2017, sin incluirlo, por una suma total de ochenta y tres millones quinientos ochenta y nueve mil ciento un dólares con sesenta y siete centavos ($83,589,101.67).

*"Política de Gestión de la Deuda"* se refiere a la política diseñada por la AAFAF con respecto a la emisión de endeudamiento, como se describe con mayor detalle en el Plan y en la

121751180v7

Ley de Responsabilidad por la Deuda.

"*Ingresos de la Política de Endeudamiento*" se refiere, colectivamente y sin duplicación a a) los ingresos derivados de impuestos, cánones, permisos, licencias, multas u otros cargos que la Asamblea Legislativa imponga, apruebe o autorice, incluidos, sin limitación, cualesquiera de tales ingresos que sean propiedad de COFINA o de cualquier otra instrumentalidad del Gobierno, o que se le asignen, b) todos los demás ingresos o sumas que se depositen en el Fondo General o cualquier amortización de la deuda u otro fondo gubernamental del Gobierno, y c) todos los demás ingresos o fondos definidos como Ingresos de la Política de Endeudamiento en la Política de Gestión de la Deuda; con la salvedad de que los Ingresos de la Política de Endeudamiento no incluirán los ingresos y fondos que la Política de Gestión de la Deuda excluya de los Ingresos de la Política de Endeudamiento; y asimismo, estableciéndose que, a efectos ilustrativos, los Ingresos de la Política de Endeudamiento para el año fiscal 2020, tal como surgen del Plan Fiscal del ELA, ascendieron a quince mil ciento cuarenta y seis millones seiscientos mil dólares ($15,146,600,000.00).

"*Objeciones Relacionadas con la Deuda*" se refiere, colectivamente, a a) la Objeción Global de I) la Junta de Supervisión y Administración Financiera, actuando a través de su Comité Especial de Reclamaciones y II) el Comité Oficial de Acreedores No Asegurados, de conformidad con el artículo 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones radicadas o presentadas por los Tenedores de ciertos bonos de Obligación General del ELA, de fecha 14 de enero de 2019 [expediente núm. 4784], b) Objeción Global del Comité Oficial de Acreedores No Asegurados, de conformidad con el artículo 502 del Código de Quiebras y la Regla de Quiebras 3007 a reclamaciones radicadas o presentadas por los Tenedores de determinados Bonos de Obligación General del ELA de 2011, de fecha 21 de mayo de 2019 [expediente núm. 7057] (c) Objeción Global del Comité Oficial de Acreedores No Asegurados, de conformidad con el artículo 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones radicadas o presentadas contra el ELA por los Tenedores de determinados Bonos de la Autoridad de Edificios Públicos de Puerto Rico, de fecha 18 de julio de 2019 [expediente núm. 8141] d) Objeción Global de la Coalición de Deuda Constitucional Legítima, de conformidad con el artículo 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones radicadas o presentadas por los Tenedores de determinados Bonos emitidos o garantizados por el ELA, de fecha 8 de enero de 2020 [expediente núm. 9731], e) Objeción Global del Comité Oficial de Acreedores No Asegurados en virtud de los Límites de la Deuda Constitucional contra I) Reclamación del Banco Gubernamental de Fomento para Puerto Rico [reclamación núm. 29485] basada en determinados Pagarés emitidos por el ELA y en la Garantía del ELA de determinados bonos emitidos por la Autoridad del Puerto de las Américas, II) Reclamación de Scotiabank de Puerto Rico [reclamación núm. 47658] basada en un Pagaré de plena fe y crédito emitido por la Administración de Servicios Generales de Puerto Rico, y III) reclamaciones radicadas o presentadas contra el ELA por motivo de la Garantía del ELA de ciertos Pagarés emitidos por la Autoridad de Infraestructuras de Puerto Rico, de fecha 8 de enero de 2020 [expediente núm. 9735], únicamente en lo relacionado con los BAN de AFIPR, f) Objeción Global del Comité Oficial de Acreedores No Asegurados, de conformidad con el artículo 502 del Código de Quiebras y la Regla de Quiebras 3007, a reclamaciones radicadas o presentadas contra el ELA por los Tenedores de determinados Bonos de Obligación General que aducen tenerPrioridad con respecto a otros Acreedores No Garantizados del ELA, de fecha 3 de febrero de 2020 [expediente núm. 10638], y g) cualquier otra objeción o acumulación de objeciones, o cualquier otra objeción que pudiera presentarse contra el remedio solicitado para

121751180v7

impugnar, entre otras cosas, la validez y los derechos relacionados de los Bonos GO de 2011, los Bonos GO de 2012, los Bonos GO de 2014, los Bonos AEP y/o los BAN de AFIPR.

"*Ley de Responsabilidad por la Deuda*" se refiere a la Ley 101-2020, comodicha ley sea enmendada, modificada o complementada en la medida necesaria para brindar, entre otras cosas, un Límite Integral que se ajuste a los términos y disposiciones de la sección 4.10 b) vi) de este Acuerdo.

"*Fondo de Amortización de la Deuda*" se refiere al fondo que se creará según el Contrato de Emisión de los Bonos GO Nuevos y que estará mantenido por el fiduciario para los Bonos GO Nuevos, en el cual el ELA depositará todos los meses montos equivalentes a a) un sexto (1/6) de la obligación semestral con respecto al pago de intereses que se acumulen sobre los Bonos GO Nuevos, y b) una doceava parte de la obligación anual con respecto al pago del capital sobre los Bonos GO Nuevos.

"*Fondo de Reserva para la Amortización de la Deuda*" se refiere al fondo creado de conformidad con el Contrato de Emisión de los Bonos GO Nuevos que estará mantenido por el fiduciario de los Bonos GO Nuevos y en el cual se depositará la Suma Requerida para el Fondo de Reserva para la Amortización de la Deuda.

"*Suma Requerida para el Fondo de Reserva para la Amortización de la Deuda*" se refiere a la suma de doscientos once millones novecientos cuarenta mil ciento noventa y cuatro dólares con treinta centavos ($211,940,194.30), el monto que se depositará, o bien en la Fecha de Vigencia, o bien en dos cuotas anuales iguales de ciento cinco millones novecientos setenta mil noventa y siete dólares con quince centavos ($105,970,097.15) el 1 de julio de 2025 y el 1 de julio de 2026, a absoluto criterio de la Junta de Supervisión y el ELA en la Fecha de Vigencia o antes, de conformidad con los términos y condiciones del Contrato de Emisión de los Bonos GO Nuevos.

"*Fecha Estimada de Emisión*" se refiere al 1 de julio de 2021.

"*Documentos Definitivos*" se refiere, colectivamente, a los documentos, incluidos, sin limitación, cualquier acuerdo, instrumento, apéndice o anexo relacionados que sean necesarios o deseables para aplicar los términos y condiciones del presente, o que se relacionen con ellos, que figuren en el Resumen de Transacción, el Plan (incluida cualquier modificación, enmienda o suplemento que se le introduzca), la Declaración de Divulgación, la Orden de la Declaración de Divulgación, la Orden de Confirmación y las resoluciones sobre los bonos, según sean enmendados, rechazados o reemplazados, cada uno de ellos con términos y condiciones congruentes con este Acuerdo, el Resumen de Transacción y PROMESA, los cuales deberán ser en todos sus aspectos formales y sustanciales razonablemente satisfactorios para todas las Partes.

"*Declaración de Divulgación*" se refiere a la declaración de divulgación presentada por la Junta de Supervisión con respecto al Plan ante el Tribunal del Título III en el marco de los Procedimientos de PROMESA de conformidad con el artículo 1125 del Código de Quiebras, el cual es de aplicación en los Procedimientos de PROMESA de conformidad con la sección 301 de PROMESA, y que en su forma y sustancia deberá ser razonablemente satisfactoria para cada Parte.

"*Orden de la Declaración de Divulgación*" se refiere a la orden del Tribunal del Título III a) que aprueba la forma de la Declaración de Divulgación y el carácter adecuado de la información contenida en ella en virtud del artículo 1125 del Código de Quiebras, el cual es de aplicación a los Procedimientos de PROMESA de conformidad con la sección 301 de

8

PROMESA, y b) que autoriza, entre otras cosas, la forma y la manera de solicitar i) la aceptación y el rechazo del Plan, y ii) las opciones, si corresponde, de distribuciones en el marco del Plan, estableciéndose que dicha orden deberá ser en sus aspectos formales y sustanciales razonablemente satisfactoria para todas las Partes.

"*Fecha de Vigencia*" se refiere a la fecha en que las transacciones contempladas por el Plan y autorizadas por el Tribunal del Título III de conformidad con la Orden de Confirmación hayan sido esencialmente consumadas, estableciéndose que, en todo caso, la fecha no podrá superar los diez (10) días calendario luego de la fecha en que hayan quedado cumplidas todas las condiciones para la efectividad del Plan o se haya renunciado a la exigibilidad de tales condiciones de conformidad con los términos del Plan.

"*EMMA*" se refiere al sitio web del sistema de Acceso Electrónico a los Mercados Municipales de la Junta de Regulación de los Títulos Municipales.

"*Bonos SRE*" se refiere a los títulos emitidos por el SRE en circulación en la Fecha de Petición del SRE.

"*Monto Nominal*" se refiere, exclusivamente a los efectos del artículo II y las páginas de firmas del presente, a) con respecto a los Bonos GO de intereses corrientes, asegurados o no asegurados, el monto de capital en circulación por tales Bonos GO a la fecha de este Acuerdo, b) con respecto a los Bonos AEP de intereses corrientes, asegurados y no asegurados, el monto de capital en circulación de tales Bonos AEP a la fecha de este Acuerdo c) con respecto a los Bonos GO de apreciación de capital, asegurados y no asegurados, el valor acumulado de tales Bonos GO durante el período que va hasta la Fecha de Petición del ELA, sin incluirla, y d) con respecto a los BAN de AFIPR, el monto de capital en circulación de dichos BAN de AFIPR a la fecha de este Acuerdo.

*Orden Definitiva* se refiere a una orden o sentencia de un tribunal con jurisdicción que se inscriba en el registro de casos mantenido por el secretario de dicho tribunal y que no haya sido anulada, revocada o paralizada, y con respecto a la cual a) el plazo para presentar un recurso de apelación, una petición de avocamiento (*petition for certiorari*) o una solicitud de un nuevo juicio, presentación de nuevos argumentos o una nueva vista haya vencido, y con respecto a la cual no haya pendiente de resolución ninguna apelación, petición de avocamiento, procedimiento de remisión a un órgano inferior u otros procedimientos para un nuevo juicio, la presentación de nuevos argumentos o una nueva vista, o b) si se ha presentado un recurso de apelación, un pedido de avocamiento, una solicitud para presentar nuevos argumentos o una nueva vista, i) dicha orden o sentencia haya sido ratificada o revocada, en su totalidad o en parte, sin que haya pendientes de resolución procedimientos de remisión a otros órganos, por el tribunal de máxima jerarquía en el que se haya presentado la apelación contra dicha orden, se haya denegado el avocamiento o se haya denegado la solicitud de un nuevo juicio, una nueva vista o una nueva presentación de argumentos, o de haberse celebrado, no haya resultado en la modificación dicha orden, y ii) el plazo para presentar recurso de apelación, una petición de avocamiento por solicitar un nuevo juicio, una nueva presentación de argumentos o una nueva vista haya vencido; estableciéndose, sin embargo, que la posibilidad de que pueda presentarse una moción en virtud de la Regla 60 del Reglamento Federal del Procedimiento Civil o cualquier norma análoga promulgada de conformidad con el Reglamento de Quiebras con relación a tal orden no impedirá que dicha orden sea una Orden Definitiva, excepto según lo dispuesto en el reglamento Federal del Proceso de Apelaciones, el Reglamento de Quiebras o las normas locales aplicables sobre quiebras.

"*Plan Fiscal*" se refiere al Plan Fiscal que se define en la sección 5(10) de PROMESA.

121751180v7

"*Año fiscal*" se refiere a un año fiscal del ELA, que comienza el 1 de julio y termina el 30 de junio del siguiente año calendario.

"*Fondo General*" se refiere al fondo operativo principal del Gobierno.

"*Reclamaciones por Bonos GO*" se refiere, colectivamente, a i) las Reclamaciones contra el ELA vinculadas con a) los Bonos GO, que se calcularán, a los efectos las distribuciones conforme al Plan, como el monto de capital en circulación de los Bonos GO (monto que incluirá la acumulación, de haberla, a partir de la Fecha de Petición del ELA con respecto a los Bonos GO de apreciación de capital), más los intereses acumulados pero impagados hasta la Fecha de Petición del ELA, sin incluirla, (b) el préstamo otorgado a tenor con el Acuerdo de Crédito de fecha 26 de diciembre de 2013, entre la Administración de Servicios Generales del ELA y Scotiabank de Puerto Rico, el cual préstamo, a la Fecha de Petición del ELA, era por un capital pendiente de treinta y tres millones doscientos setenta mil cuatrocientos cincuenta y un dólares ($33,270,451.00), y (c) los préstamos de Hacienda (préstamos núms. 200017-215-001-003-53 y 200017-215-001-003-56), préstamos que, a la Fecha de Petición del ELA, ascendían a un importe total de capital pendiente de pago de ciento sesenta y nueve millones cuatrocientos treinta y ocho mil treinta y siete dólares con setenta y seis centavos ($169,438,037.76) y ii) las Reclamaciones por los Bonos de Garantía del ELA.

"*Grupo GO*" se refiere el Grupo Ad-Hoc de Tenedores de Bonos de Obligaciones Generales compuesto por los miembros del Grupo GO, según la integración de ese grupo cambie de tiempo en tiempo.

"*Miembros del Grupo GO*" se refiere, colectivamente, a Aurelius Capital Management, LP y Autonomy Capital (Jersey) L.P., cada uno en representación de sí mismo o en representación de sus clientes participantes o de algunos de los fondos que gestionan y, en cada caso, sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de conformidad con lo dispuesto en el presente.

"*Partes del Gobierno*" se refiere, colectivamente, a la Junta de Supervisión, a AAFAF, el ELA, el SRE y la AEP.

"*Reclamaciones Exoneradas del Gobierno*" se refiere, colectivamente, a todas las reclamaciones, exigencias, derechos, obligaciones o causas de acción, cualquiera sea su tipo, característica o naturaleza, basadas en los principios de la ley o la equidad, conocidos o desconocidos, presentados o no presentados, que cualquiera de las Partes, o cualquier persona que actúe en su representación o en su beneficio, tenga, pueda tener o afirme tener, ahora o en el futuro, contra cualquier Parte Exonerada del Gobierno, que se relacione con la AEP, los Bonos AEP, las Reclamaciones por los Bonos AEP, los Bonos GO, las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos de Garantía del ELA o el Litigio AEP, y que surjan antes de la Fecha de Vigencia; estableciéndose, sin embargo, que las Reclamaciones Exoneradas del Gobierno no incluirán ningún derecho, privilegio, reclamación, exigencia, obligación o causa de acción, cualquiera sea su tipo, característica o naturaleza, a) contra i) el ELA o la AEP que se relacione con el Plan, los títulos que se emitirán de conformidad con el Plan o los títulos emitidos de conformidad con el Plan COFINA, o ii) cualquier Parte del Gobierno no relacionada con los Bonos GO, las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos de Garantía del ELA, los Bonos AEP o las Reclamaciones por los Bonos AEP, o b) que surja a raíz de cualquier acto u omisión que constituya fraude intencional o mala conducta intencionada.

"*Partes Exoneradas del Gobierno*" se refiere a las Partes del Gobierno, junto sus directores,

comités especiales, agentes, directivos, empleados, asesores y profesionales, actuales o pasados, en cada caso, en sus capacidades como tales, incluidos, sin limitación, todos los asesores y profesionales contratados por las Partes del Gobierno en vinculación con los Procedimientos de PROMESA, en sus capacidades respectivas como tales.

"*Gobernador*" se refiere al Gobernador del Estado Libre Asociado de Puerto Rico.

"*ACT*" se refiere a la Autoridad de Carreteras y Transportación de Puerto Rico.

"*Bonos ACT*" se refiere a los títulos emitidos por la ACT en circulación en la Fecha de Petición de la ACT.

"*Fecha de Petición de la ACT*" se refiere al 21 de mayo de 2017, la fecha en que se radicó el Caso de Título III de la ACT.

"*Caso de Título III de la ACT*" se refiere al caso de Título III radicado por la Junta de Supervisión el nombre de la ACT.

"*Reclamaciones por Bonos Asegurados*" se refiere, colectivamente, a las Reclamaciones por los Bonos GO Asegurados y las Reclamaciones por los Bonos AEP Asegurados.

"*Reclamaciones por los Bonos GO Asegurados*" se refiere, colectivamente, a las Reclamaciones por los Bonos GO cuyos pagos de capital e intereses han sido asegurados por una Aseguradora Monolínea.

"*Reclamaciones por los Bonos AEP Asegurados*" se refiere, colectivamente, a las Reclamaciones por los Bonos AEP cuyos pagos de capital e intereses han sido asegurados por una Aseguradora Monolínea.

"*Acciones por Nulidad*" se refiere, colectivamente, a los litigios que se enumeran en el Anexo E del presente.

"*IRC*" se refiere al Código de Rentas Internas de 1986, con las modificaciones que se le introduzcan oportunamente.

"*Acreedores de Litisconsorcio*" se refiere, colectivamente, a las entidades tenedores de Bonos GO o Bonos AEP que otorgan y formalizan el Acuerdo de Litisconsorcio o el Acuerdo Suplementario, cuyos modelos se adjuntan al presente como Anexos F y G, antes de la Fecha Límite de Adhesión.

"*Fecha Límite de Adhesión*" se refiere al 9 de marzo de 2021 a las 11:59 p.m. (hora del este, o EST), o la fecha y hora posterior que acuerden la Junta de Supervisión y los Acreedores Iniciales PSA.

"*CDCL*" se refiere a la Coalición de Deuda Constitucional Legítima, conformada por los Tenedores CDCL, según la integración de ese grupo que pueda cambiar de tiempo en tiempo.

"*Tenedores CDCL*" se refiere, colectivamente, a Aristeia Capital, LLC; Farmstead Capital Management; FCO Advisors LP; GoldenTree Asset Management LP; Monarch Alternative Capital LP; Taconic Capital Advisors L.P. y Whitebox Advisors L.L.C., cada uno en representación de sí mismos o de los fondos que gestionen y, en cada caso, sus respectivos sucesores y cesionarios, con respecto a las transferencias realizadas de conformidad con los términos del presente.

"*Acciones para Impugnar Gravámenes*" se refiere, colectivamente, a los litigios que

11

121751180v7

seenumeran en el Anexo H del presente.

"*Mociones de Levantamiento de la Paralización*" significará, colectivamente, el litigio denominado a) Assured Guaranty Corp. y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el Caso de Título III de la ACT [expediente núm. 673], b) Ambac Assurance Corporation y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el procedimiento de PROMESA del ELA [expediente núm. 10104], c) Ambac Assurance Corporation y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el procedimiento de PROMESA del ELA [expediente núm. 10602], d) AmeriNational Community Services, LLC y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el Caso de Título III de la ACT [expediente núm. 591], e) Assured Guaranty Corp. y otros c. el Estado Libre Asociado de Puerto Rico y otros, Caso núm. 20-1930, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, f) Ambac Assurance Corporation y otros c. el Estado Libre Asociado de Puerto Rico y otros, Caso núm. 20-1931, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito; g) Peaje Investments LLC c. Autoridad de Carreteras y Transportación de Puerto Rico, Proc. Cont. núm. 17-00151-LTS, presentado en el Caso de Título III de la ACT [expediente núm. 1], con sus enmiendas, (h) Peaje Investments LLC c. Autoridad de Carreteras y Transportación de Puerto Rico y otros, Proc. Cont. núm. 17-00152-LTS, presentado en el Caso de Título III de la ACT [expediente núm. 1], con sus enmiendas, e i) cualquier moción o procedimiento contencioso que busque levantar la paralización automática prevista de acuerdo con las secciones 362 y 922 del Código de Quiebras (en la medida en que sea aplicable) con respecto a ingresos similares a los que están en cuestión en las Mociones de Levantamiento de la Paralización mencionadas anteriormente.

"*IVU medido*" se refiere al IVU del 5.5%, menos los fondos de CINE de tres millones doscientos cuarenta mil dólares ($3,240,000.00), tal y como se recoge en el Resumen de Transacción que se adjunta como Anexo "I".

"*Aseguradoras Monolínea*" se refiere a Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, National Public Finance Guarantee Corporation y Syncora, como aseguradoras de los Bonos GO, los Bonos AEP, los Bonos ADCC, los Bonos ACT y los Bonos AFIPR, segúncorresponda.

"*Bonos Asegurados por National*" significará, colectivamente, los Bonos GO y los Bonos AEP asegurados por National.

"*Bonos GO Nuevos*" se refiere, colectivamente, a los bonos de obligación general, que se describen con más detalle en el Resumen de Transacción adjunto al presente como Anexo I, por cuyo pago el ELA ha comprometido su buena fe, crédito y poder de impositivo de conformidad con el artículo VI de la Constitución de Puerto Rico, los cuales el ELA emitirá en la Fecha de Vigencia de conformidad con los términos y condiciones del Plan, la Orden de Confirmación, el Contrato de Emisión de los Bonos GO Nuevos y la Legislación sobre los Bonos GO Nuevos, incluidos, sin limitación, cualesquiera bonos de reembolso que se emitan de conformidad con el Contrato de Emisión de los Bonos GO Nuevos y la Legislación sobre los Bonos GO Nuevos.

12

121751180v7

COPIA FIRMADA

"***Contrato de Emisión de los Bonos GO Nuevos***" se refiere al contrato de emisión que se firmará en la Fecha de Vigencia, en virtud del cual el ELA emitirá los Bonos GO Nuevos y que incluye todos los términos y disposiciones vinculados con ellos, según sea enmendada, complementada o modificada oportunamente de conformidad con sus términos y condiciones.

"***Legislación sobre los Bonos GO Nuevos***" se refiere a la legislación que se aprobará a más tardar en la Fecha de Vigencia que autorizara las transacciones contempladas en el Plan y congruentes con este, lo que incluye, sin limitación, la legislación que autorizara la emisión de los Bonos GO Nuevos que sea congruente con los términos de este Acuerdo.

"***Condición de rendimiento superior***" significará el monto por el que el IVU Medido supere la Métrica de rendimiento superior, tal y como se define en el Resumen de Transacción que se adjunta como Anexo I, en cualquier Año Fiscal.

"***Reclamaciones por los Bonos AEP***" se refiere, colectivamente, a las reclamaciones contra AEP vinculadas con los Bonos AEP, que se calcularán, a los efectos del Plan, como el monto de capital en circulación de los Bonos AEP (monto que incluirá la acumulación, de haberla, a partir de la Fecha de Petición de la AEP), <u>más</u> los intereses acumulados pero impagados hasta la Fecha de Petición de la AEP, sin incluirla.

"***Litigio AEP***" se refiere al litigio bajo el epígrafe <u>Junta de Supervisión y Administración Financiera para Puerto Rico c. Autoridad de Edificios Públicos de Puerto Rico</u>, procedimiento contencioso núm. 18-AP-149-LTS, actualmente pendiente de resolución ante el Tribunal del Título III.

"***Complemento al Plan***" se refiere a los volúmenes de documentos, acuerdos e instrumentos, incluidos, sin limitación, los Documentos Definitivos, que se presentarán ante el Tribunal del Título III en vinculación con el Plan y la consumación de las transacciones contempladas en él, cuya forma y sustancia serán razonablemente satisfactorios para todas las Partes.

"***AFIPR***" se refiere a la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.

"***BAN de AFIPR***" se refiere a cierto tipo de endeudamiento emitido por la AFIPR de conformidad con el Acuerdo de Fideicomiso del 1 de marzo de 2015 celebrado entre la AFIPR y The Bank of New York Mellon como fiduciario.

"***Litigio por los BAN de AFIPR***" se refiere a litigio bajo el epígrafe <u>Junta de Supervisión y Administración Financiera para Puerto Rico c. The Bank of New York Mellon y otros</u>, procedimiento contencioso núm. 19-AP-269-LTS, actualmente pendiente de resolución ante el Tribunal del Título III.

"***Representante de los Propietarios de los BAN de AFIPR***" significará Silver Point Capital, L.P., en su calidad de Representante de los Propietarios, tal y como se define dicho término en el Acuerdo de Tenedores de Pagarés de fecha 1 de marzo de 2015 celebrado entre la AFIPR y RBC Municipal Products, LLC, o cualquier sucesor en dicha capacidad.

"***Litigio sobre la Incautación de los BAN de AFIPR***" significará el litigio denominado <u>Puerto Rico BAN (VL) LLC y otros c. los Estados Unidos de América</u>, Caso núm. 19-482C (Fed. Cl. presentado el 1 de abril de 2019), actualmente pendiente ante el Tribunal de Reclamaciones Federales de los Estados Unidos.

"***Bonos AFIPR***" se refiere a los títulos emitidos por AFIPR distintos a los BAN de AFIPR.

"***Estipulación AFIPR***" es la Estipulación Modificada y Reformulada que (A) Autoriza la

13

Presentación de la Reclamación de Garantía de los BAN de AFIPR, (B) Autoriza el Depósito en Garantía de los Fondos de AFIPR y (C) Ordena la Desestimación del Litigio sin derecho a un nuevo juicio, que será otorgada por las partes a más tardar el 24 de febrero de 2021.

"*Procedimientos de PROMESA*" se refiere, colectivamente, al Procedimiento de PROMESA del ELA, el Procedimiento de PROMESA del SRE y el Procedimiento de PROMESA de la AEP.

"*Acreedores PSA*" se refiere, colectivamente, a) a los Acreedores Iniciales PSA y b) a las entidades tenedores de Bonos GO o Bonos AEP que formalizan el Acuerdo de Litisconsorcio o el Acuerdo Suplementario, cuyos modelos se adjuntan al presente como Anexos F y G, respectivamente, de conformidad con los términos y disposiciones de este Acuerdo.

"*Cargo de Restricción PSA*" se refiere, colectivamente, a los cargos que deben pagarse de conformidad con el artículo VI del presente, el Plan y la Orden de Confirmación, cargos que en su conjunto no excederán los trescientos cincuenta millones de dólares ($350,000,000.00), menos el monto que deba pagarse por concepto de los Costos de Consumación; estableciéndose, sin embargo, que sin perjuicio de lo anterior, y de conformidad con las disposiciones del artículo VI del presente y del Plan, dicho monto global podrá incrementarse por motivo del Cargo para el Apoyo a Inversores Minoristas, cuyo monto adicional se redistribuirá de conformidad con las disposiciones de la Sección 6.1 b) del presente y el Plan.

"*Acreedores del Cargo de Restricción PSA*" se refiere, colectivamente, a los Acreedores Iniciales PSA y a los Acreedores de Litisconsorcio que otorgan este Acuerdo, el Acuerdo de Litisconsorcio o el Acuerdo Suplementario como máximo en la Fecha Umbral PSA.

"*Período del Cargo de Restricción PSA*" se refiere al período que comienza en la fecha del presente hasta lo primero en ocurrir de a) la Fecha Umbral PSA y b) la Fecha Límite de Adhesión.

"*Fecha Umbral PSA*" se refiere a la fecha y la hora en que los Acreedores del Cargo de Restricción PSA adquieran la propiedad, responsabilidades como gestores de inversiones y autoridad con respecto a fondos o cuentas que representen, o, con respecto a Assured, Syncora y National, posean o aseguren y estén autorizados a votar de acuerdo con la sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable, el 70 % del monto global de las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos AEP y las Reclamaciones por los Bonos de Garantía del ELA (sin duplicación y, en la medida en que cualquiera de tales reclamaciones sean Reclamaciones por los Bonos GO Asegurados o Reclamaciones por los Bonos AEP Asegurados, siempre que el Acreedor PSA en cuestión esté autorizado a votar con respecto a las reclamaciones en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la legislación aplicable).

"*Grupo QTCB*" se refiere al grupo de Tenedores de Pagarés QTCB integrado por ellos, según la integración de dicho grupo pueda cambiar de tiempo en tiempo.

"*Tenedores de Pagarés QTCB*" se refiere, colectivamente, a Canyon Capital Advisors LLC; Sculptor Capital LP y Davidson Kempner Capital Management LP, cada uno en representación de sí mismo o en representación de sus clientes o de algunos de los fondos que gestionan y, en cada caso, sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de conformidad con lo dispuesto en el presente.

"*Creador calificado de mercado*" se refiere a una entidad que x) esté capacitada para, en el curso ordinario de sus operaciones, comprar y vender a clientes títulos de deuda tales como los

121751180v7

Bonos GO o los Bonos AEP, o celebrar con sus clientes transacciones "cortas" o "largas" en títulos de deuda como los Bonos GO o los Bonos AEP, en su capacidad como corredor o creador de mercado con respecto a tales Bonos GO o Bonos AEP; y) se dedique regularmente al negocio de crear mercados para títulos de deuda, y z) en caso de realizar transacciones con Bonos GO o Bonos AEP, esté registrado ante la Comisión de Bolsa y Valores y ante las autoridades que regulan a las instituciones financieras.

*Porcentaje del Cargo por Restricción* se refiere el porcentaje equivalente a a) trescientos cincuenta millones de dólares ($350,000,000.00), menos los montos que deban pagarse por concepto de los Costos de Consumación, dividido por b) el monto global de las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos AEP y las Reclamaciones por los Bonos de Garantía del ELA (sin duplicaciones) en poder de, o, con respecto a Assured, Syncora y National, posean o aseguren o estén autorizados a votar de acuerdo con la sección 301(c)(3) de PROMESA, los documentos rectores y la legislación aplicable, los Acreedores del Cargo de Restricción PSA.

*Cargos por Restricción* se refiere, colectivamente, al Cargo por Restricción PSA y al Cargo para el Apoyo a los Inversores Minoristas.

*Bonos GO Minoristas* se refiere a los Bonos GO mantenidos por Inversores Minoristas, cuando el monto nominal global de los Bonos GO en poder del inversor en cuestión no supera la cifra de un millón de dólares ($1,000,000.00).

*Inversor Minorista* se refiere a una persona que compró Bonos GO o Bonos AEP para su propia cuenta de corretaje, cuenta de fideicomiso, cuenta de custodia o para una cuenta administrada de forma separada, y no en nombre de una organización, institución o entidad.

*Bonos AEP Minoristas* se refiere a los Bonos AEP mantenidos por Inversores Minoristas, cuando el monto nominal global de los Bonos AEP en poder del inversor en cuestión no supera la cifra de un millón de dólares ($1,000,000.00).

*"Cargo para el Apoyo a Inversores Minoristas"* se refiere, colectivamente, a la porción de los cargos que se pone a disposición de los tenedores de Bonos AEP Minoristas y Bonos GO Minoristas, de conformidad con lo dispuesto en el artículo VI del presente, el Plan y la Orden de Confirmación, cargos que en su conjunto no excederán la cifra de cincuenta millones de dólares ($50,000,000.00), estableciéndose, sin embargo, que sin perjuicio de lo anterior, y de conformidad con lo dispuesto en la sección 6.1 c) del presente, el Plan y la Orden de Confirmación, dicho monto global podrá ser reducido por motivo de la Devolución del Cargo para el Apoyo a los Inversores Minoristas, y dicha Devolución se redistribuirá de conformidad con lo dispuesto en el artículo VI del presente, el Plan y la Orden de Confirmación.

*Devolución del Cargo para el Apoyo a los Inversores Minoristas* se refiere a la porción del Cargo para el Apoyo a los Inversores Minoristas que no se asigne a ninguna clase de Inversores Minoristas para reasignarla y pagarla a los Acreedores del Cargo de Restricción PSA y a los miembros de las clases de Inversores Minoristas que votaron para aceptar el Plan de conformidad con lo dispuesto en el artículo VI del presente, el Plan y la Orden de Confirmación.

*"Impuesto sobre las Ventas" o "IVU"* se refiere a los impuestos sobre las ventas y uso, incluido cualquier reemplazo o impuesto similar sobre el uso y las ventas, que imponga el Gobierno de Puerto Rico de conformidad con las secciones 4020.01 y 4020.02 del subcapítulo D de la Ley núm. 1-2011 (y sus enmiendas), conocida como el Código de Rentas Internas para un Nuevo Puerto Rico.

121751180v7

*"Moción de la Sección 926"* se entenderá el litigio derivado de (a) la Moción Urgente para una Orden Puente y la Moción para el Nombramiento de un Fideicomisario en virtud del 11 U.S.C. §926 de Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp, Financial Guaranty Insurance Company y National Public Finance Guarantee Corporation, con fecha 17 de julio de 2020, presentada en el Caso de Título III de la ACT [expediente núm. 871] y en el procedimiento de PROMESA del ELA [expediente núm. 13708], (b) Assured Guaranty Corp. y otros c. el Estado Libre Asociado de Puerto Rico y otros, Caso núm. 20-1847, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, y (c) cualquier otra moción o procedimiento contencioso pendiente a la fecha de la presente que busque el nombramiento de un fideicomisario para la ACT de acuerdo con 11 U.S.C. §926.

*"Resumen de Transacción"* se refiere al resumen de los principales términos económicos que se incluirán en el Plan, según se establecen en el Anexo I del presente.

*"Impuesto Medido Sustitutivo"* significará la totalidad o una parte de un impuesto de aplicación general en todo el ELA que, a través de un cambio en la ley, se designe o promulgue en plena sustitución del IVU Medido o que de otro modo constituya una medida similar o comparable de la actividad económica dentro del ELA, en cada caso de acuerdo con los términos de la Legislación CVI y del Contrato de Emisión de CVI.

*"Bonos Asegurados por Syncora"* significará, colectivamente, los Bonos GO y los Bonos AEP que están asegurados por Syncora.

*"Litigio de Uniformidad"* significará, colectivamente, a) el litigio denominado <u>Ambac Assurance Corporation c. la Junta de Supervisión y Administración Financiera para Puerto Rico y otros</u>, Proc. Cont. núm. 20-00068-LTS, actualmente pendiente ante el Tribunal del Título III, y b) cualquier otro litigio que pueda estar actualmente pendiente o que pueda iniciarse durante el período que va desde la fecha de presente hasta la Fecha de Vigencia, en el que se hayan presentado reclamaciones o causas de acción congruentes con las que se han hecho valer o que podrían haberse hecho valer en el litigio mencionado, o similares a ellas.

Sección 1.3 <u>Otros términos</u>. Podrán definirse otros términos en otros lugares de este Acuerdo y, a menos que se indique otra cosa, la definición brindada será la que rija en todo el Acuerdo. Según se utiliza en este Acuerdo, cualquier mención de leyes federales, estatales, locales o extranjeras, incluida cualquier ley aplicable, también incluirá las modificaciones de tales leyes y todas las normas y disposiciones aprobadas de conformidad con ellas, a menos que el contexto exija otra cosa. Se considerará que las palabras "incluye", "incluyen" e "incluido" estánseguidas por la expresión "sin limitación". Los pronombres en los géneros masculino, femenino o neutro incluirán a los demás géneros, y las palabras en el singular incluirán al plural y viceversa, a menos que el contexto exija otra cosa. Las expresiones "este Acuerdo", "aquí", "del presente", "por el presente" y otras similares se referirán a este Acuerdo en su conjunto y no a una ninguna subdivisión en particular de él, a menos que se indique expresamente dicha limitación.

Sección 1.4 <u>Interpretaciones</u>. Ambas Partes han participado en la negociación y redacción de este Acuerdo. Ante ambigüedades o dudas respecto de su intención o interpretación, este Acuerdo será interpretado como el resultado de la redacción conjunta de ambas Partes, y no se asignará ninguna obligación de aportar pruebas ni se hará ninguna presunción a favor o en contra de ninguna parte por motivo de haber sido el autor de cualquiera

121751180v7

de las disposiciones de este Acuerdo.

Sección 1.5 <u>Anexos.</u> Todos los anexos, adjuntos, páginas de firmas y suplementos que se adjuntan al presente se incorporan a título expreso a este Acuerdo y son parte integrante de él, y todas las referencias a este Acuerdo incluirán dichos anexos, adjuntos y suplementos.

ARTICULO II

DISPOSICIONES GENERALES

Sección 2.1 <u>Información financiera</u>. La Junta de Supervisión reconoce y conviene en que a) la información financiera consignada en la página de firmas incluida en este Acuerdo y los números CUSIP para los Bonos GO, los Bonos AEP y los BAN de AFIPR provistos a las Partes de conformidad con la sección 2.2 del presente son privados, privilegiados y confidenciales, y b) a menos que el Tribunal del Título III ordene otra cosa, no revelará a ningún tercero dicha información confidencial ni los números CUSIP, lo que incluye, sin limitación, las presentaciones que se hagan ante el Tribunal del Título III o cualquier otra presentación pública, y hará todos los esfuerzos razonables a su alcance para proteger dicha confidencialidad.

Sección 2.2 <u>Información CUSIP</u>. A menos que haya entregado información actualizada a la Junta de Supervisión, dentro de un plazo de cinco (5) Días hábiles luego de la fecha del presente, cada Acreedor Inicial PSA entregará a la Junta de Supervisión, por escrito, el Monto nominal y los números CUSIP para cada uno de los Bonos GO, los Bonos AEP y los BAN de AFIPR, de haberlos, que sean de su propiedad o por los que tenga responsabilidad como gestor de inversiones, o autoridad sobre los fondos o las cuentas propietarias de tales Bonos GO, Bonos AEP o BAN de AFIPR, según el caso. Además, dentro de un plazo de cinco (5) Días hábiles luego de que se lo solicite la Junta de Supervisión (solicitud que podrá enviarse como máximo una vez al mes a partir de la fecha del presente), cada Acreedor PSA entregará a la Junta de Supervisión, por escrito, el Monto nominal y los números CUSIP para cada uno de los Bonos GO, los Bonos AEP y los BAN de AFIPR, de haberlos, que sean de su propiedad, que asegure o por los que tenga responsabilidad como gestor de inversiones, o autoridad sobre los fondos o las cuentas propietarias de tales Bonos GO, Bonos AEP o BAN de AFIPR, según el caso.

a)  <u>Disposiciones sobre el rastreo</u>

i.  Como mínimo treinta (30) días a partir de la fecha del presente documento, a los Bonos GO, a los Bonos AEP y a los BAN de AFIPR en poder de un Acreedor PSA podrán asignárseles números CUSIP de identificación alternativos para permitir que dichos Bonos GO, Bonos AEP y BAN de AFIPR sean libremente transferibles y sigan estando sujetos a las disposiciones del presente Acuerdo. Los Acreedores PSA cooperarán y, en la medida necesaria, harán todo lo posible, para ordenar al fiduciario de los Bonos AEP o al fiduciario de los BAN de AFIPR, según sea el caso, que coopere con las Partes del Gobierno en la obtención de los CUSIP de identificación alternativos. Los detalles de lo anterior, así como otros mecanismos de implementación, seguimiento y divulgación de los diferentes pagos y reclamaciones a los que tienen derecho los tenedores de los Bonos GO, los Bonos AEP y los BAN de AFIPR en virtud del presente documento, se establecerán en una hoja de términos, y las Partes del Gobierno los publicarán en EMMA tan pronto como sea posible a partir de la fecha

17

121751180v7

del presente documento (la "**Hoja de Términos de Rastreo**"); dicha Hoja de Términos de Rastreo adoptará una forma y tendrá un contenido razonablemente aceptables para el Grupo de la Deuda Constitucional, el Grupo GO, la CDCL y el Grupo QTCB. La Junta de Supervisión hará todo lo posible para garantizar que dichos mecanismos se establezcan de manera tal que no tengan efectos adversos sobre la aplicabilidad, validez, exención fiscal u otros derechos de los Bonos GO, los Bonos AEP y los BAN de AFIPR, o sobre la transferibilidad legal de los Bonos GO, los Bonos AEP y los BAN de AFIPR en virtud de las leyes aplicables a los títulos.

ii.   Los Acreedores PSA harán todo lo posible para (A) en la medida necesaria, ordenar al fiduciario de los Bonos AEP o al fiduciario de los BAN de AFIPR, según sea el caso, que coopere con las Partes del Gobierno en la obtención de los CUSIP de identificación alternativos, y (B) tomar las acciones relacionadas establecidas en la Hoja de Términos de Rastreo.

Sección 2.3 Partes adicionales. Dentro de los primeros dos (2) Días hábiles a partir de la fecha del presente, la Junta de Supervisión le solicitará a AAFAF que envíe, mediante una emisión sin demora a través del sistema EMMA, una notificación con respecto al otorgamiento y la formalización de este Acuerdo y la oportunidad para que todas las entidades tenedores de Bonos GO, Bonos AEP y BAN de AFIPR que excedan, en cada caso, el valor nominal de un millón de dólares ($1,000,000.00), que otorguen para el abogado de la Junta de Supervisión el modelo de Acuerdo de Adhesión que se adjunta al presente como Anexo F para llegar a ser partes del presente de conformidad con los términos y condiciones que se establecen aquí y en el Acuerdo de Adhesión.

# ARTÍCULO III

# DECLARACIONES Y GARANTÍAS

Sección 3.1 Declaraciones y garantías de la Junta de Supervisión. La Junta de Supervisión por el presente declara y garantiza lo siguiente: a) es una entidad que ha sido debidamente constituida de conformidad con los términos y disposiciones de PROMESA, con todos los permisos, facultades y autoridad para otorgar este Acuerdo y llevar a cabo todas las transacciones contempladas en él; b) cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridad para otorgar y formalizar este Acuerdo y cumplir con las obligaciones que le impone, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con el presente i) han sido debida y válidamente autorizados por ella, y ii) no van en contravención de sus documentos constitutivos ni de ningún acuerdo sustancial que le sea de aplicación expresa ni de ninguna ley, norma o regulación por la que deba regirse, y c) a excepción de lo referido a los Litigios Relacionados con las Designaciones y el Litigio de Uniformidad, no está pendiente ante ningún tribunal, árbitro o entidad administrativa o gubernamental ningún procedimiento, litigio o procedimiento contencioso en su contra que pudiera ir en detrimento de su capacidad de celebrar este Acuerdo o cumplir las obligaciones que le impone.

Sección 3.2 Declaraciones y garantías del ELA. El ELA, a través de su representante de Título III, la Junta de Supervisión, por el presente declara y garantiza que, con sujeción a la emisión por parte del Tribunal del Título III de una orden: a) está debidamente constituida y tiene existencia válida de conformidad con las leyes de la jurisdicción donde fue constituida, y

121751180v7

cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietaria de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente: b) cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridad para otorgar y formalizar este Acuerdo y cumplir con las obligaciones que le impone, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con el presente i) han sido debida y válidamente autorizados por ella, y ii) no van en contravención de sus documentos constitutivos ni de ningún acuerdo sustancial que le sea de aplicación expresa ni de ninguna ley, norma o regulación por la que deba regirse, y c) no está pendiente ante ningún tribunal, árbitro o entidad administrativa o gubernamental ningún procedimiento, litigio o procedimiento contencioso en su contra que pudiera ir en detrimento de su capacidad de celebrar este Acuerdo o cumplir las obligaciones que le impone.

Sección 3.3 Declaraciones y garantías del SRE. El SRE, a través de su representante de Título III, la Junta de Supervisión, por el presente declara y garantiza que, con sujeción a la emisión por parte del Tribunal del Título III de una orden: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietaria de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene todas las facultades y autoridad para otorgar y formalizar este Acuerdo y cumplir con las obligaciones que le impone, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con el presente i) han sido debida y válidamente autorizados por ella, y ii) no van en contravención de sus documentos constitutivos ni de ningún acuerdo sustancial que le sea de aplicación expresa ni de ninguna ley, norma o regulación por la que deba regirse, y c) no está pendiente ante ningún tribunal, árbitro o entidad administrativa o gubernamental ningún procedimiento, litigio o procedimiento contencioso en su contra que pudiera ir en detrimento de su capacidad de celebrar este Acuerdo o cumplir las obligaciones que le impone.

Sección 3.4 Declaraciones y garantías de la AEP. La AEP, a través de su representante de Título III, la Junta de Supervisión, por el presente declara y garantiza que, con sujeción a la emisión por parte del Tribunal del Título III de una orden: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietaria de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene todas las facultades y autoridad para otorgar y formalizar este Acuerdo y cumplir con las obligaciones que le impone, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con el presente i) han sido debida y válidamente autorizados por ella, y ii) no van en contravención de sus documentos constitutivos ni de ningún acuerdo sustancial que le sea de aplicación expresa ni de ninguna ley, norma o regulación por la que deba regirse, y c) a excepción del Litigio AEP, no está pendiente ante ningún tribunal, árbitro o entidad administrativa o gubernamental ningún procedimiento, litigio o procedimiento contencioso en su contra que pudiera ir en detrimento de su capacidad de celebrar este Acuerdo o cumplir las obligaciones que le impone.

Sección 3.5 Declaraciones y garantías de los Titulares GO. Cada uno de los Titulares GO, por separado y no conjuntamente, por el presente declara y garantiza, en representación de

121751180v7

COPIA FIRMADA

sí mismo, que a la fecha del presente: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietario de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene plenas facultades y autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este acuerdo i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone, y d) es propietario de, o tiene responsabilidad y autoridad como gestor de inversiones con respecto a, fondos o cuentas que sean propietarias de Bonos GO de un valor no inferior a los Montos Nominales consignados en la página de firmas adjunta a este Acuerdo a la fecha del presente, bonos con respecto a los cuales tendría derecho a votar en lo relacionado con las solicitudes de aceptación y rechazo del Plan, a diferencia de con respecto a las Reclamaciones por los Bonos GO Asegurados, y que, a la fecha del presente, con sujeción a cualquier derecho de retención o gravamen permitido por la sección 4.5 a), no ha vendido, transferido, pignorado, hipotecado o cedido dichos Bonos GO ni ningún derecho a votar, a otorgar consentimientos o a dar instrucciones con respecto a dichos Bonos GO a ninguna persona o entidad que pudiera impedirle al Tenedor de los Bonos GO cumplir a su vencimiento las obligaciones que le impone este Acuerdo, o afectar ese cumplimiento de alguna manera; estableciéndose, sin embargo, que cada una de las Partes reconoce que cada Reclamación por los Bonos GO Asegurados se votará de acuerdo con la sección 301(c)(3) de PROMESA y cualquier otra ley y documento rector aplicable mientras este Acuerdo esté en vigor.

Sección 3.6 Declaraciones y garantías de los Tenedores de Bonos AEP. Cada uno de los Tenedores de Bonos AEP, por separado y no conjuntamente, por el presente declara y garantiza, en representación de sí mismo, que a la fecha del presente: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietario de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene plenas facultades y autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este Acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este Acuerdo i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone, y d) es propietario de, o tiene responsabilidad y autoridad como gestor de inversiones con respecto a, fondos o cuentas que son propietarias de los Bonos AEP de un valor no inferior a los Montos Nominales consignados en la página de firmas adjunta a este Acuerdo a la fecha del presente, bonos con respecto a los cuales tendría derecho a votar en lo relacionado con las solicitudes de

aceptación y rechazo del Plan, a diferencia de con respecto a las Reclamaciones por los Bonos AEP Asegurados, y que, a la fecha del presente, con sujeción a cualquier derecho de retención o gravamen permitido por la sección 4.6 a), no ha vendido, transferido, pignorado, hipotecado o cedido dichos Bonos AEP ni ningún derecho a votar, a otorgar consentimientos o a dar instrucciones con respecto a dichos Bonos AEP a ninguna persona o entidad que pudiera impedirle al Tenedor de los Bonos AEP cumplir a su vencimiento las obligaciones que le impone este Acuerdo, o afectar ese cumplimiento de alguna manera; <u>estableciéndose, sin embargo</u>, que cada una de las Partes reconoce que Reclamación por los Bonos AEP Asegurados se votará de acuerdo con la sección 301(c)(3) de PROMESA y cualquier otra ley y documento rector aplicable mientras este Acuerdo esté en vigor.

Sección 3.7 <u>Declaraciones y garantías de Assured</u>. Assured por el presente declara y garantiza que, a la fecha del presente: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietario de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene plenas facultades y autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este Acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este Acuerdo i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que se le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone.

Sección 3.8 <u>Declaraciones y garantías de Syncora</u>. Syncora por el presente declara y garantiza que, a la fecha del presente: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietario de los bienes que posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene plenas facultades y autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este Acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este Acuerdo i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone.

Sección 3.9 <u>Declaraciones y garantías de National</u>. National por el presente declara y garantiza que, a la fecha del presente: a) es una entidad debidamente constituida y con existencia legal de conformidad con las leyes de la jurisdicción donde se constituyó, y cumple todos los requisitos y ha obtenido todos los consentimientos, aprobaciones, facultades y autoridades para desarrollar las actividades que realiza, para ser propietario de los bienes que

121751180v7

posee, para otorgar este Acuerdo y para consumar las transacciones contempladas en el presente; b) tiene plenas facultades y autoridad para otorgar, formalizar y cumplir con las obligaciones que le impone este Acuerdo, y el otorgamiento, formalización y cumplimiento del presente, y los instrumentos y documentos que deben otorgarse en vinculación con este Acuerdo i) han sido autorizados de manera válida y correcta por ella, y ii) no van en contra de sus documentos constitutivos ni de ningún acuerdo que le aplique de manera específica, ni de ninguna ley, norma o disposición a que deba ajustarse; c) no existe ningún procedimiento, litigio o procedimiento contencioso pendiente de resolución que se haya iniciado en su contra ante ningún tribunal, árbitro o entidad administrativa o gubernamental que pudiera impedirle celebrar este Acuerdo o cumplir con las obligaciones que este le impone.

Sección 3.10 <u>Declaraciones de las Partes en este Acuerdo.</u> Cada una de las Partes, de manera individual y no conjunta, declara y reconoce que: a) al otorgar este Acuerdo no se está basando, ni se ha basado, en ninguna declaración o afirmación realizada por la otra Parte ni por ninguno de sus representantes, agentes o apoderados con respecto al objeto, los fundamentos o las repercusiones de este Acuerdo, a excepción de lo que se establece en él; b) al otorgar este Acuerdo, se ha basado por completo en su propio criterio, convicciones e intereses y en los consejos de sus asesores, y ha tenido tiempo suficiente para analizar los términos de este Acuerdo antes de formalizarlo; y c) ha analizado este Acuerdo, lo comprende en todos sus aspectos y acepta voluntariamente todas las disposiciones contenidas en él. Nada de lo contenido en el presente limitará ni de otras maneras modificará ninguna conmutación ni ningún otro acuerdo o instrumento separado celebrado por uno o más de los Titulares Go o los Tenedores de los Bonos AEP, por un lado, y una Aseguradora Monolínea, por el otro, ni impedirá que las partes realicen voluntariamente una conmutación o celebren algún acuerdo o instrumento separado similar con posterioridad a la fecha de este documento.

## ARTÍCULO IV

## CONVENIOS

Sección 4.1 <u>Convenios de la Junta de Supervisión.</u> La Junta de Supervisión adoptará, y dispondrá que el ELA, el SRE y la AEP adopten, todas las medidas necesarias para la inscripción del Plan y la Declaración de Divulgación, la aprobación de la Declaración de Divulgación y la inscripción de la Orden de Confirmación y la consumación, aplicación y administración del Plan, lo que incluye la ejecución y formalización de los Documentos Definitivos, siempre y cuando la Declaración de Divulgación, el Plan (y su consumación, aplicación y administración) y los demás Documentos Definitivos sean congruentes con los términos del presente y con el Plan, lo que incluye, sin limitación, que las Partes hayan actuado de buena fe en lo relacionado con la negociación de los términos de este y esos documentos; asimismo, la Junta de Supervisión no instará a ninguna persona a adoptar ninguna medida que impida, o razonablemente pueda esperarse que impida, ninguna de las cosas anteriores. Dichas acciones incluirán, sin limitación: a) presentar el Plan y la Declaración de Divulgación, en una forma y sustancia congruente con este Acuerdo y con la Estipulación AFIPR y razonablemente aceptable para las Partes, ante el Tribunal del Título III a más tardar el 8 de marzo de 2021, y solicitar que el Tribunal del Título III establezca fechas de vista para el examen rápido de la Declaración de Divulgación y del Plan; b) procurar la aprobación en tiempo y forma de la Declaración de Divulgación y la confirmación de Plan mediante vistas, de conformidad con las órdenes aplicables dictadas en los Procedimientos de

22

PROMESA; c) tan pronto como sea posible,  y en la medida en que no esté impedido  de
hacerlo por motivos  contractuales o por orden del Tribunal  del Título III, procurar
reprogramar y promover sus mociones para paralizar las Objeciones relacionadas con la
Deuda, las Acciones por Nulidad,  las Acciones para Impugnar los Gravámenes, el Litigio
AEP y el Litigio  por los BAN de AFIPR a una fecha que no podrá ser antes que un (1) Día
hábil tras la fecha en que el Tribunal  del Título  III dicte una orden que otorgue o deniegue la
confirmación  del Plan; d) tan pronto como sea práctico desde un punto de vista comercial, a
criterio conjunto y exclusivo  de las Partes del Gobierno,  tras consultar con hasta dos (2)
Acreedores Iniciales  PSA (conjuntamente  designados por el Grupo de la Deuda
Constitucional,  el Grupo GO, la CDCL, el Grupo QTCB, Assured, Syncora y National), cada
uno de los cuales habrá otorgado un acuerdo deconfidencialidad  que en su forma y sustancia
sea satisfactorio para la Junta de Supervisión  y que restrinja a dichos Acreedores Iniciales
PSA de efectuar transacciones con los Bonos GO Nuevos y procurar (o disponer que se
procure) que las agencias calificadoras de riesgo que correspondan califiquen los Bonos GO
Nuevos de conformidad  con las disposiciones  del Plan; e) hacer esfuerzos razonables para
que los Bonos GO Nuevos y los CVI queden exonerados de impuestos en la medida
permitida por la ley, lo que incluye, sin limitación,  brindar o disponer que se brinde toda la
información  necesaria o solicitada por las leyes tributarias locales y las autoridades
tributarias  locales y federales que correspondan, y únicamente si la Junta de Supervisión  y el
ELA determinan, a su exclusivo  criterio, tras consultar con dos (2) representantes/asesores
legales con experiencia en la Sección 103 del IRC designados  conjuntamente  por el Grupo
de la Deuda Constitucional,  el Grupo GO, la CDCL, el Grupo QTCB, Assured, Syncora y
National (estableciéndose  que tales representantes/asesores habrán firmado un acuerdo de
confidencialidad  que en su forma y sustancia será satisfactorio  para la Junta de Supervisión
y que, por lo demás, no serán Titulares  GO o Titulares  AEP que negocien por cuenta
propia), para solicitar al Servicio de Rentas Internas que determine  que los intereses sobre
los Bonos GO Nuevos estarán exonerados de impuestos federales a las rentas; f) abstenerse
de radicar directa o indirectamente  (o seguir promoviendo)  cualquier acción o procedimiento
judicial,  o de presentar reclamaciones u objeciones contra cualquier Acreedor Inicial PSA (o
sus respectivos fiduciarios,  agentes fiscales o agentes pagadores) que se relacione con los
Bonos GO, los Bonos AEP o los BAN de AFIPR, según el caso, y hacer todos los esfuerzos
razonables para evitar que cualquier otra persona o entidad (privada o gubernamental)
radique directa o indirectamente  (o siga promoviendo)  cualquier acción o procedimiento  de
ese tipo o reclamación u objeción; g) abstenerse de radicar directa o indirectamente  (o
continuar promoviendo),  o asumir cualquier postura legal en, cualquier acción o
procedimiento,  lo que incluye, sin limitación,  presentar cualquier reclamación u objeción que
vaya en contra de los compromisos  y acuerdos descritos en el presente o definidos  en el Plan;
estableciéndose, sin embargo, que a excepción de los ingresos por impuestos  sobre el
petróleo asignados para el pago de los BAN de AFIPR y las reclamaciones de los tenedores
de los BAN de AFIPR y el fiduciario  de los BAN de AFIPR, nada de lo anterior tiene por
objeto ser de aplicación  a ninguna medida adoptada o que se adoptará con respecto a
reclamaciones  u objeciones sobre recuperación u otras reclamaciones, en cada caso, que
presenten los tenedores o los aseguradores de los Bonos ADCC, los Bonos AEP y los Bonos
AFIPR, lo que incluye, sin limitación,  procedimientos  de petición, la aceptación de pruebas,
la presentación de memorandos,  la presentación de argumentos  orales y juicios; h) de no
mediar circunstancias  urgentes, consultará con un (1) representante legal designado
conjuntamente  por el Grupo de la Deuda Constitucional,  el Grupo GO, la CDCL, el Grupo
QTCB, Assured, Syncora, National antes de tomar ninguna  medida en contra de la prioridad
de restitución  y la prioridad  de las leyes aplicables  basada en la promulgación  de PROMESA

23

121751180v7

y el efecto de dicha ley sobre las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos de Garantía del ELA; i) como mínimo (4) cuatro días antes de dicha presentación, remitiendo a los abogados del Grupo de la Deuda Constitucional, el Grupo GO, el Grupo QTCB, la CDCL, Assured, Syncora y National copias de la Declaración de Divulgación, el Plan, el Complemento al Plan, la Orden de Confirmación, los demás Documentos Definitivos y todos los demás documentos relacionados con cualquiera de los anteriores; j) tan pronto como sea posible luego de i) el otorgamiento de este Acuerdo, ii) el vencimiento de la Fecha Límite para la Adhesión, y iii) la Fecha Umbral PSA, la Junta de Supervisión hará máximos esfuerzos para que se publique una notificación en el sistema EMMA sobre la Fecha Umbral PSA; estableciéndose, sin embargo, que en caso de que, debido a la posterior rescisión de este Acuerdo en lo que respecta a una o más Partes o Acreedores Solidarios de conformidad con lo dispuesto en el Artículo VII del presente, el nivel de propiedad, o en el caso de Assured, Syncora y National, de propiedad o de seguro (sin duplicación, y si la reclamación se basa en un seguro, en la medida en que Assured, Syncora o National, según sea el caso, estén autorizadas a votar sobre cualquiera de tales reclamaciones de conformidad con la Sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable), de las Reclamaciones por los Bonos GO y de las Reclamaciones por los Bonos de Garantía del ELA se reduzca a un importe total inferior al setenta por ciento (70%) del importe acumulado de las Reclamaciones de los Bonos GO, de las Reclamaciones de los Bonos AEP y de las Reclamaciones de los Bonos de Garantía del ELA (sin duplicación, y si cualquiera de dichas reclamaciones son Reclamaciones por los Bonos GO Asegurados o Reclamaciones por los Bonos AEP Asegurados, en la medida en que un Acreedor PSA esté autorizado a votar sobre cualquiera de tales reclamaciones de acuerdo con la Sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable) se considerará que no se ha alcanzado la Fecha Umbral PSA y la Junta de Supervisión hará todo lo posible, dentro de lo razonable, para que se publique en EMMA el estado actual de la Fecha Umbral PSA, k) en lo relacionado con la vista para considerar la confirmación del Plan, certificar un Plan Fiscal que se ajuste a lo dispuesto en la sección 314(b)(7) de PROMESA, l) en caso de que se radique un caso de Título III con respecto a AFIPR, disponer que AFIPR asuma y cumpla todas sus obligaciones de acuerdo con los términos y condiciones que se establecen en la Estipulación AFIPR, y m) en caso de que una parte i) presente una notificación de apelación luego de la emisión de la Orden de Confirmación y ii) solicite una paralización a la espera de la apelación en relación con dicha orden, hacer todo lo posible, dentro de lo razonable, para oponerse a dicha solicitud de paralización, lo que incluye, sin limitación, la solicitud de una fianza de sustitución por una suma proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier recurso o petición de revisión de la Orden de Confirmación.

Sección 4.2 Convenios del ELA. El ELA adoptará todas las medidas necesarias para la inscripción del Plan y la Declaración de Divulgación, la aprobación de la Declaración de Divulgación y la inscripción de la Orden de Confirmación y la consumación, aplicación y administración del Plan, lo que incluye la ejecución y formalización de los Documentos Definitivos, siempre y cuando la Declaración de Divulgación, el Plan (y su consumación, aplicación y administración) y los demás Documentos Definitivos sean congruentes con los términos del presente, lo que incluye, sin limitación, que las Partes hayan actuado de buena fe en lo relacionado con la negociación de los términos de este y esos documentos; asimismo, el ELA no instará a ninguna persona a adoptar ninguna medida que impida, o razonablemente pueda esperarse que impida, ninguna de las cosas anteriores. Dichas acciones incluirán, sin limitación: a) procurar la aprobación en tiempo y forma de la Declaración de Divulgación y la confirmación

de Plan mediante vistas, de conformidad con las órdenes aplicables dictadas en los Procedimientos de PROMESA; b) tan pronto como sea posible, y en la medida en que no esté impedido de hacerlo por motivos contractuales o por orden del Tribunal del Título III, procurar reprogramar y promover sus mociones para paralizar las Objeciones relacionadas con la Deuda, las Acciones por Nulidad, las Acciones para impugnar los Gravámenes, el Litigio AEP y el Litigio por los BAN de AFIPR a una fecha que no podrá ser antes que un (1) Día hábil tras la fecha en que el Tribunal del Título III dicte una orden que otorgue o deniegue la confirmación del Plan; c) tan pronto como sea práctico desde punto de vista comercial, a criterio conjunto y exclusivo de las Partes del Gobierno, tras consultar con hasta dos (2) Acreedores Iniciales PSA (conjuntamente designados por el Grupo de la Deuda Constitucional, el Grupo GO, la CDCL, el Grupo QTCB, Assured, Syncora y National), cada uno de los cuales habrá otorgado un acuerdo de confidencialidad que en su forma y sustancia sea satisfactorio para la Junta de Supervisión y que restrinja a dichos Acreedores Iniciales PSA de efectuar transacciones con los Bonos GO Nuevos, procurar (o disponer que se procure) que las agencias calificadoras de riesgo que correspondan califiquen los Bonos GO Nuevos, de conformidad con las disposiciones del Plan; d) hacer esfuerzos razonables para que los Bonos GO Nuevos queden exonerados de impuestos en la medida permitida por la ley, lo que incluye, sin limitación, brindar o disponer que se brinde toda la información necesaria o solicitada por las leyes tributarias locales y las autoridades tributarias locales y federales que correspondan, y únicamente si la Junta de Supervisión y el ELA determinan, a su exclusivo criterio, tras consultar con dos (2) representantes/asesores legales que tengan experiencia en la sección 103 de IRC y que hayan sido conjuntamente designados por el Grupo de la Deuda Constitucional, el Grupo GO, la CDCL, el Grupo QTCB, Assured, Syncora y National (cuyos representantes/asesores habrán debido firmar un acuerdo de confidencialidad cuya forma y sustancia sea satisfactoria para la Junta de Supervisión, no pudiendo ser Titulares GO o Titulares AEP que estén haciendo transacciones para su propia cuenta), procurar que el Servicio de Rentas Internas declare que los intereses sobre los Bonos GO Nuevos estarán exonerados de impuestos federales a las rentas; e) hacer esfuerzos razonables para que la Legislatura apruebe, y el Gobernador aplique, la legislación necesaria para emitir los Bonos GO Nuevos y los CVI y para facilitar la confirmación y la consumación del Plan; f) brindar a la Junta de Supervisión la información financiera que razonablemente necesite para promover el Procedimiento de PROMESA del ELA; g) abstenerse de radicar directa o indirectamente (o seguir promoviendo) cualquier acción o procedimiento judicial, o de presentar reclamaciones u objeciones contra cualquier Acreedor Inicial PSA (o sus respectivos fiduciarios, agentes fiscales o agentes pagadores) que se relacione con los Bonos GO, los Bonos AEP o los BAN de AFIPR,según el caso, y hacer todos los esfuerzos razonables para evitar que cualquier otra persona o entidad (privada o gubernamental) radique directa o indirectamente (o siga promoviendo) cualquier acción o procedimiento de ese tipo o reclamación u objeción; h) abstenerse de radicar directa o indirectamente (o continuar promoviendo), o asumir cualquier postura legal en, cualquier acción o procedimiento, lo que incluye, sin limitación, presentar cualquier reclamación u objeción que vaya en contra de los compromisos y acuerdos descritos en el presente o definidos en el Plan; estableciéndose, sin embargo, que a excepción de los ingresos por impuestos sobre el petróleo asignados para el pago de los BAN de AFIPR y las reclamaciones de los tenedores de los BAN de AFIPR y el fiduciario de los BAN de AFIPR, nada de lo anterior tiene por objeto ser de aplicación a ninguna medida adoptada o que se adoptará con respecto a reclamaciones u objeciones sobre recuperación u otras reclamaciones, en cada caso, que presenten los tenedores o los aseguradores de los Bonos ADCC, los Bonos AEP y los Bonos AFIPR, lo que incluye, sin limitación, procedimientos de petición, la aceptación de pruebas, la presentación de memorandos, la presentación de argumentos orales y juicios; i) de no mediar circunstancias urgentes, consultar con un (1) representante legal

121751180v7

designado conjuntamente por el Grupo de la Deuda Constitucional, el Grupo GO, el Grupo QTCB, la CDCL, Assured, Syncora y National antes de tomar ninguna medida en contra de la prioridad de restitución y la prioridad de las leyes aplicables basada en la aprobación de PROMESA y el efecto de dicha ley sobre las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos de Garantía del ELA, y j) tan pronto como sea posible luego de la fecha del presente, pero como máximo el 1 de julio de 2021, con la asistencia de AAFAF y con la aprobación previa de la Junta de Supervisión, emitir una solicitud de propuestas dirigida a entidades reconocidas en el ámbito nacional que tengan experiencia como fiduciarios de los mercados municipales y que estén interesadas en desempeñarse como fiduciarios y agentes pagadores en relación con los Bonos GO Nuevos y los CVI y, tras recibir las respuestas a tal solicitud de propuestas, el ELA, junto con las demás Partes del Gobierno, consultará con el abogado del Grupo de la Deuda Constitucional, el Grupo GO, la CDCL, el Grupo QTCB, Assured, Syncora y National antes de elegir la propuesta, cuya elección la harán las Partes del Gobierno a su criterio conjunto y absoluto, y k) en caso de que una de las partes i) presente una notificación de apelación luego de la emisión de la Orden de Confirmación y ii) solicite una paralización a la espera de la apelación en relación con dicha orden, hacer todo lo posible, dentro de lo razonable, para oponerse a dicha solicitud de paralización, lo que incluye, sin limitación, la solicitud de una fianza de sustitución por una suma proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier recurso o petición de revisión de la Orden de Confirmación.

Sección 4.3 <u>Convenios del SRE</u>. El SRE adoptará todas las medidas necesarias para la inscripción del Plan y la Declaración de Divulgación, la aprobación de la Declaración de Divulgación y la inscripción de la Orden de Confirmación y la consumación, aplicación y administración del Plan, lo que incluye la ejecución y formalización de los Documentos Definitivos, siempre y cuando la Declaración de Divulgación, el Plan (y su consumación, aplicación y administración) y los demás Documentos Definitivos sean congruentes con los términos del presente y el Plan, lo que incluye, sin limitación, que las Partes hayan actuado de buena fe en los relacionado con la negociación de los términos de este y esos documentos; asimismo, el SRE no instará a ninguna persona a adoptar ninguna medida que impida, o razonablemente pueda esperarse que impida, ninguna de las cosas anteriores. Dichas acciones incluirán, sin limitación: a) procurar la aprobación en tiempo y forma de la Declaración de Divulgación y la confirmación de Plan mediante vistas, de conformidad con las órdenes aplicables dictadas en los Procedimientos de PROMESA; b) brindar a la Junta de Supervisión la información financiera que razonablemente necesite para promover el Procedimiento de PROMESA del SRE; c) abstenerse de radicar directa o indirectamente (o continuar promoviendo) cualquier acción o procedimiento o radicar cualquier reclamación u objeción contra Assured, Syncora, National, Titulares GO, Titulares AEP o tenedores de los BAN de AFIPR en relación con los Bonos GO, Bonos AEP o BAN de AFIPR (o sus respectivos fiduciarios, agentes fiscales o agentes pagadores), según sea el caso, y hacer todos los esfuerzos razonables para impedir que cualquier otra persona o entidad (privada o gubernamental) inicie directa o indirectamente (o siga promoviendo) tales acciones o procedimientos, o radique tales reclamaciones u objeciones; y d) abstenerse de radicar directa o indirectamente (o continuar promoviendo), o asumir cualquier postura legal en, cualquier acción o procedimiento, lo que incluye, sin limitación, presentar cualquier reclamación u objeción que vaya en contra de los compromisos y acuerdos descritos en el presente o definidos en el Plan; <u>estableciéndose, sin embargo</u>, que a excepción de los ingresos por impuestos sobre el petróleo asignados para el pago de los BAN de AFIPR y las reclamaciones de los tenedores de los BAN de AFIPR y el fiduciario de los BAN de AFIPR, lo anterior no tiene por objeto ser de aplicación a ninguna

121751180v7

COPIA FIRMADA

medida adoptada o que se adoptará con respecto a reclamaciones u objeciones sobre recuperación u otras reclamaciones, en cada caso, que presenten los tenedores o los aseguradores de los Bonos ADCC, los Bonos AEP y los Bonos AFIPR, lo que incluye procedimientos de petición, la aceptación de pruebas, la presentación de memorandos, la presentación de argumentos orales y juicios.

Sección 4.4 <u>Convenios de la AEP</u>. La AEP adoptará todas las medidas necesarias para la inscripción del Plan y la Declaración de Divulgación, la aprobación de la Declaración de Divulgación y la inscripción de la Orden de Confirmación y la consumación, aplicación y administración del Plan, lo que incluye la ejecución y formalización de los Documentos Definitivos, siempre y cuando la Declaración de Divulgación, el Plan (y su consumación, aplicación y administración) y los demás Documentos Definitivos sean congruentes con los términos del presente y el Plan, lo que incluye, sin limitación, que las Partes hayan actuado de buena fe en lo relacionado con la negociación de los términos de este y esos documentos; asimismo, la AEP no instará a ninguna persona a adoptar ninguna medida que impida, o razonablemente pueda esperarse que impida, ninguna de las cosas anteriores. Dichas acciones incluirán, sin limitación: a) procurar la aprobación en tiempo y forma de la Declaración de Divulgación y la confirmación del Plan mediante vistas, de conformidad con las órdenes aplicables dictadas en los Procedimientos de PROMESA; b) brindar a la Junta de Supervisión la información financiera que razonablemente necesite para promover el Procedimiento de PROMESA de la AEP; c) tan pronto como sea posible, y en la medida en que no esté impedido de hacerlo por motivos contractuales o por orden del Tribunal del Título III, procurar reprogramar y promover sus mociones para paralizar las Objeciones relacionadas con la Deuda, las Acciones por Nulidad, las Acciones para impugnar los Gravámenes, el Litigio AEP y el Litigio por los BAN de AFIPR a una fecha que no podrá ser antes que un (1) Día hábil tras la fecha en que el Tribunal del Título III dicte una orden que otorgue o deniegue la confirmación del Plan; d) abstenerse de radicar directa o indirectamente (o seguir promoviendo) cualquier acción o procedimiento judicial, o de presentar reclamaciones u objeciones contra cualquier Acreedor Inicial PSA (o sus respectivos fiduciarios, agentes fiscales o agentes pagadores) que se relacione con los Bonos GO, los Bonos AEP o los BAN de AFIPR, según sea el caso, y hacer todos los esfuerzos razonables para evitar que cualquier otra persona o entidad (privada o gubernamental) radique directa o indirectamente (o siga promoviendo) cualquier acción o procedimiento de ese tipo o reclamación u objeción, y e) abstenerse de radicar directa o indirectamente (o continuar promoviendo), o asumir cualquier postura legal en, cualquier acción o procedimiento, lo que incluye, sin limitación, presentar cualquier reclamación u objeción que vaya en contra de los compromisos y acuerdos descritos en el presente o definidos en el Plan; <u>estableciéndose, sin embargo</u>, que a excepción de los ingresos por impuestos sobre el petróleo asignados para el pago de los BAN de AFIPR y las reclamaciones de los tenedores de los BAN de AFIPR y el fiduciario de los BAN de AFIPR, lo anterior no tiene por objeto ser de aplicación a ninguna medida adoptada o que se adoptará con respecto a reclamaciones u objeciones sobre recuperación u otras reclamaciones, en cada caso, que presenten los tenedores o los aseguradores de los Bonos ADCC, los Bonos AEP y los Bonos AFIPR, lo que incluye procedimientos de petición, la aceptación de pruebas, la presentación de memorandos, la presentación de argumentos orales y juicios

Sección 4.5 <u>Convenios Titulares GO</u>. Con sujeción a los términos y condiciones del presente, cada uno de los Titulares GO, por separado y no conjuntamente, por el presente conviene en lo siguiente:

a) Ninguno de los Titulares GO venderá, transferirá, pignorará, hipotecará o cederá (a menos

121751180v7

que lo exija la sección 301(c)(3) de PROMESA, los documentos definitivos de cobertura de seguros y la ley aplicable en lo referido a un bono asegurado por una Aseguradora Monolínea) (una "**Transferencia**") ninguna de las Reclamaciones por los Bonos GO, ni ningún derecho de voto, consentimiento o dirección ni participaciones u otros intereses con respecto a tales bonos (colectivamente, los "**Intereses GO**") durante el período que va desde la fecha del presente hasta lo primero en ocurrir de i) la Fecha de Vigencia y ii) la extinción de este Acuerdo de conformidad con lo dispuesto en la sección 7.1 del presente; estableciéndose, sin embargo, que sin perjuicio de lo anterior, cada uno de los Tenedores de los Bonos GO podrá transferir los Intereses GO 1) a otro Acreedor PSA, o 2) en caso de que el receptor de la transferencia no sea un Acreedor PSA al momento de la Transferencia, al cesionario que otorgue y formalice, dentro de un plazo de (5) cinco días calendario luego de la Transferencia, al abogado de la Junta de Supervisión y AAFAF, el Acuerdo de Adhesión adjunto al presente como Anexo F (un "**Cesionario Calificado**"), en virtud del cual y) dicho Cesionario Calificado i) asuma todos los derechos y obligaciones del cedente de conformidad con los términos y condiciones de este Acuerdo, y ii) dicho Cesionario Calificado será a partir de ese momento considerado un Acreedor PSA para todos los efectos del presente, lo que incluye, sin limitación, con respecto a cualquier Bono GO adicional que tenga en su poder al momento en que se una a este Acuerdo, y asumirá todos los derechos y las obligaciones del presente (distintos a los derechos a recibir los Costos de Consumación) y z) en la fecha de vigencia de la Transferencia, o antes de ella, se considerará que dicho Titular GO habrá renunciado a sus derechos (distinto al derecho a recibir los Costos de Consumación) y quedará eximido de sus obligaciones (a excepción de lo que se establece en la sección 4.5 c) del presente) en la fecha de vigencia de la Transferencia según este de Acuerdo o después de ella, únicamente en lo relacionado con los derechos transferidos; y estableciéndose, asimismo, que en la medida en que una Transferencia infrinja las disposiciones de la presente sección 4.5 a), será nula *ab initio*, y las Reclamaciones por los Bonos GO o las Reclamaciones por los Bonos de Garantía del ELA y el Titular GO continuarán estando sujetos a este Acuerdo; y estableciéndose, además, que nada de lo contenido en el presente tiene por objeto, ni podrá interpretarse a los efectos de, impedir a ninguno de los Titulares GO adquirir nuevas Reclamaciones por Bonos GO, Reclamaciones por Bonos AEP o Reclamaciones por Bonos de Garantía del ELA; con la condición de que cualquiera de tales Reclamaciones por Bonos GO, Reclamaciones por Bonos AEP o Reclamaciones por Bonos de Garantía del ELA que se adquiera a partir de la fecha del presente se considerará automática e inmediatamente sujeto a los términos y disposiciones de este Acuerdo una vez haya sido adquirido por un Titular GO; y, estableciéndose además, que las disposiciones de la presente sección 4.5 a) no serán de aplicación al otorgamiento de ningún derecho de retención o gravamen a favor de un banco o corredor que guarde en su custodia títulos en el curso ordinario de sus operaciones, cuando tales derechos de retención o gravámenes queden extinguidos una vez hayan sido transferidos los títulos en cuestión. Sin perjuicio de lo anterior, nada de lo contenido en el presente restringirá o prohibirá a ninguna de las partes de adoptar ninguna de las medidas que exige la Ley de Títulos Valores de 1933 (con sus modificaciones) la Ley de la Bolsa de Valores de 1934 (con sus modificaciones), cualquier norma o disposición promulgada en virtud de ellas, ni ninguna otra ley o disposición.

b) A excepción de lo que se establece expresamente en el presente, ninguno de los Titulares GO podrá i) radicar contra el ELA ninguna reclamación o evidencia de reclamación adicional, de ninguna naturaleza, ante el Tribunal del Título III (incluidas reclamaciones aseguradas, no aseguradas, administrativas o por aportaciones sustanciales) con respecto a ningún Bono GO, Reclamaciones por Bonos GO o Reclamaciones por Bonos de Garantía del ELA, estableciéndose que la no presentación de evidencias de reclamación adicionales como

121751180v7

resultado de las obligaciones que impone esta cláusula i) no perjudicará ni limitará el total de las participaciones de dicho Titular GO en las Reclamaciones por los Bonos GO o las Reclamaciones por los Bonos de Garantía del ELA, ii) a excepción de lo que autorice la sección 4.5 d) del presente únicamente con respecto a las Aseguradoras Monolínea, presentar una reclamación adicional, radicar o promover litigios, procedimientos, acciones o causas adicionales o pendientes relacionadas con sus Bonos GO, susReclamaciones por los Bonos GO o sus Reclamaciones por los Bonos de Garantía del ELA (comprometiéndose cada uno de tales Titulares GO acepta paralizar cualquier litigio, procedimiento, acción o causa pendiente), o procurar el pago de daños o buscar cualquier otro tipo de remedio contra cualquiera de las Partes Exoneradas del Gobierno por motivo de las Reclamaciones Exoneradas del Gobierno, o iii) ayudar a ninguna persona tomar ninguna acción con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por la presente sección 4.5 b); estableciéndose, sin embargo, que en la medida en que sea congruente con sus obligaciones de conformidad con el presente, los Titulares GO podrán enmendar evidencias de reclamación únicamente para cambiar el nombre, dirección o datos similares del reclamante.

c) Cada uno de los Titulares GO, exclusivamente en su capacidad como Tenedores de Bonos GO, Reclamaciones por Bonos GO o Reclamaciones por Bonos de Garantía del ELA, por separado y no conjuntamente i) apoyará la presentación del Plan, la administración de los Procedimientos de PROMESA, la aprobación de la Declaración de Divulgación y el dictado de la Orden de Confirmación y la consumación, aplicación administración del Plan, incluidos el otorgamiento y la formalización de los Documentos Definitivos, siempre y cuando la Declaración de Divulgación, la Orden de Confirmación y el Plan (y su consumación, ejecución y administración) y los demás Documentos Definitivos seancongruentes con los términos del presente y del Plan, y de ninguna manera tomará ninguna acción, ni instará a ninguna otra persona a que la tome, que pudiera ir en contra de los términos del presente o impedir ninguna de las cosas mencionadas, y ii) de conformidad con las disposiciones de la sección 5.1 del presente A) no dará su consentimiento ni votará para modificar el Plan, a menos que dicha modificación sea propuesta por la Junta de Supervisión, AAFAF, el ELA y la AEP, o cuente con su respaldo, y haya sido realizada conforme a las disposiciones de la sección 8.1 del presente, y B) no votará para apoyar ni apoyará ningún plan de ajuste de la AEP o del ELA que no haya sido propuesto por la Junta de Supervisión, AAFAF, el ELA y la AEP, siempre y cuando ninguna de las Partes del Gobierno esté en situación de incumplimiento grave de las obligaciones que le impone este Acuerdo; estableciéndose, sin embargo, que cada una de las partes reconoce que cada Reclamación por los Bonos GO Asegurados se votará de conformidad con la sección 301(c)(3) de PROMESA y las leyes y documentos rectores que correspondan mientras este Acuerdo permanezca en vigencia, y iii) en caso de que una de las partes A) presente una notificación de apelación luego de la emisión de la Orden de Confirmación y B) solicite una paralización a la espera de la apelación en relación con dicha orden, hacer todo lo posible para oponerse a dicha solicitud de paralización, lo que incluye, sin limitación, la solicitud de una fianza de sustitución por una suma proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier recurso o petición de revisión de la Orden de Confirmación.

d) Con sujeción a los términos que se establecen en el presente, a ninguno de los Titulares GO se le prohibirá i) adoptar cualquier medida que estime necesaria o apropiada para preservar, proteger o defender cualquiera de sus derechos de conformidad con este Acuerdo, el Plan u

29

otros Documentos Definitivos, ii) adoptar cualquier medida para defenderse contra las reclamaciones y causas de acción aducidas en las Objeciones Relacionadas con la Deuda, las Acciones por Nulidad, las Acciones para impugnar los Gravámenes, el Litigio AEP o el Litigio por los BAN de AFIPR, en la medida en que dichos litigios no estén paralizados, o las reclamaciones y causas de acción aducidas en cualquier otro litigio no estén paralizados, iii) presentar reclamaciones o causas de acción contra cualquier Parte que incumpla este Acuerdo, o iv) adoptar cualquier otra acción que el titular estime necesaria o apropiada contra una Aseguradora Monolínea para preservar, proteger o defender cualquiera de sus derechos al amparo de cualquier póliza de seguros emitida por una Aseguradora Monolínea con respecto a cualquier bono que asegure. Si limitar de manera alguna lo anterior, en la medida en que el Plan y los Documentos Definitivos sean congruentes con este Acuerdo y los anexos al presente, ninguno de los Titulares GO adoptará ninguna medida para oponerse a la confirmación del Plan con respecto a los Prestatarios Cubiertos, lo que incluye, sin limitación, votar para rechazar el Plan con respecto a cualquier reclamación que exista contra el ELA o AEP (en lo relacionado con los bonos asegurados por Aseguradoras Monolínea, distintos de los Bonos Asegurados por Assured, los Bonos Asegurados por Syncora o los Bonos Asegurados por National, en la medida en que dicho Titular GO esté autorizado a votar dicha reclamación de conformidad con la sección 301(c)(3) de PROMESA, cualquier documento definitivo de seguros y la legislación aplicable); estableciéndose, sin embargo, que nada de lo contenido en este Acuerdo limitará o impedirá al Titular GO adoptar cualquier medida, o presentar cualquier reclamación o causa de acción relacionada con cualquier asunto vinculado con las Aseguradoras Monolínea y con respecto a cualquier bono asegurado por dichas aseguradoras (lo que incluye, sin limitación, votar reclamaciones, subrogaciones o aceleraciones, conmutaciones o cualquier otro acto que sea necesario para mantener los beneficios de la póliza de seguros de la Aseguradora Monolínea en cuestión). Sin perjuicio de ninguna disposición en contrario en este Acuerdo, los Titulares GO podrán 1) actuar en su capacidad como tenedores de bonos, reclamaciones o intereses relacionados en el Caso de Título III de la ACT y cualquier caso de Título III radicado por la Junta de Supervisión en representación de ADCC o AFIPR, pero no el Procedimiento de PROMESA del ELA o el Procedimiento de PROMESA del SRE (excepto para defenderse contra cualquier reclamación o causa de acción en su contra o para responder a cualesquiera objeciones a reclamaciones que hayan presentado), y adoptar cualquier medida en dichos casos de Título III en tal capacidad para presentar reclamaciones adicionales, radicar, promover o defenderse de cualquier litigio, procedimiento, acción o causa pendiente o adicional con respecto a tales bonos, reclamaciones o intereses relacionados, y 2) en la medida en que la Junta de Supervisión o el ELA procuren rechazar o suprimir reclamaciones en el Procedimiento de PROMESA del ELA con respecto a una garantía por un endeudamiento no relacionado con los Bonos GO por el cual el deudor esté al día con el pago del capital y los intereses de la obligación subyacente a la fecha del presente, adoptar medidas para objetar al rechazo o la supresión de la reclamación; estableciéndose, sin embargo, que, a excepción de las acciones enumeradas anteriormente, no se adoptará ninguna otra medida en el marco de los Procedimientos de PROMESA que pudiera impactar negativamente o de otras maneras afectar la confirmación o la consumación del Plan; y estableciéndose, además, que sin perjuicio de la limitación de adoptar determinadas medidas en los procedimientos de PROMESA con relación a las reclamaciones vinculadas con los Bonos ACT, los Bonos SRE, los Bonos ADCC, los BAN de AFIPR y los Bonos AFIPR que se establecen en la presente sección 4.5 d), los Titulares GO que tengan cualquiera de tales reclamaciones tendrán derecho a recibir el mismo tratamiento, las mismas elecciones y las mismas consideraciones económicas que cualquier otro tenedor o asegurador de los Bonos ACT, los Bonos SRE, los Bonos ADCC, los BAN de AFIPR o los Bonos AFIPR, según

30

corresponda, de conformidad con el Plan y en la medida en que dicho tenedor tenga una reclamación permitida contra un Prestatario Cubierto.

Sección 4.6 <u>Convenios de los Titulares AEP</u>. Con sujeción a los términos y condiciones del presente, cada uno de los Titulares AEP, por separado y no conjuntamente, por el presente conviene en lo siguiente:

a)  Ninguno de los Titulares AEP transferirá ninguna de las Reclamaciones por los Bonos AEP, ni ningún derecho de voto, consentimiento o dirección ni participaciones u otros intereses con respecto a tales bonos (colectivamente, los "**Intereses AEP**") durante el período que va desde la fecha del presente hasta lo primero en ocurrir de i) la Fecha de Vigencia y ii) la extinción de este Acuerdo de conformidad con lo dispuesto en la sección 7.1 del presente; <u>estableciéndose, sin embargo</u>, que sin perjuicio de lo anterior, cada uno de los Titulares AEP podrá transferir los Intereses AEP 1) a otro Acreedor PSA, o 2) a un Cesionario Calificado, en virtud de lo cual y) dicho Cesionario Calificado i) asumirá todos los derechos y obligaciones del cedente de conformidad con los términos y condiciones de este Acuerdo, y ii) dicho Cesionario Calificado será a partir de ese momento considerado un Acreedor PSA para todos los efectos del presente, lo que incluye, sin limitación, con respecto a cualquier Bono AEP adicional que tenga en su poder al momento en que se vuelva a este Acuerdo, y asumirá todos los derechos y las obligaciones del presente (distintos a los derechos a recibir los Costos de Consumación) y z) en la fecha de vigencia de la Transferencia, o antes de ella, se considerará que dicho Titular AEP habrá renunciado a sus derechos (distinto al derecho a recibir los Costos de Consumación) y quedará eximido de sus obligaciones (a excepción de lo que se establece en la sección 4.6 c) del presente) en la fechade vigencia de la Transferencia según este de Acuerdo o después de ella, únicamente en lo relacionado con los derechos transferidos; y <u>estableciéndose, asimismo</u>, que en la medida en que una Transferencia infrinja las disposiciones de la presente sección 4.6 a), será nula <i>ab initio</i>, y las Reclamaciones por los Bonos AEP o el Titular AEP que intente la Transferencia continuarán estando sujetos a este Acuerdo; y <u>estableciéndose, además</u>, que nada de lo contenido en el presente tiene por objeto, ni podrá interpretarse a los efectos de, impedir a ninguno de los Titulares AEP adquirir nuevas Reclamaciones por Bonos AEP, Reclamaciones por Bonos GO o Reclamaciones por Bonos de Garantía del ELA; <u>con la condición de que</u> cualquiera de tales Reclamaciones por Bonos AEP, Reclamaciones por Bonos GO o Reclamaciones por Bonos de Garantía del ELA que se adquiera a partir de la fecha del presente se considerará automática e inmediatamente sujeto a los términos y disposiciones de este Acuerdo una vez haya sido adquirido por un Titular AEP; y, <u>estableciéndose, además</u>, que las disposiciones de la presente sección 4.6 a) no serán de aplicación al otorgamiento de ningún derecho de retención o gravamen a favor de un banco o corredor que guarde en su custodia títulos en el curso ordinario de sus operaciones, cuando tales derechos de retención o gravámenes queden extinguidos una vez hayan sido transferidos los títulos en cuestión. Sin perjuicio de lo anterior, nada de lo contenido en el presente restringirá o prohibirá a ninguna de las partes de adoptar ninguna de las medidas que exige la Ley de Títulos Valores de 1933 (con sus enmiendas) la Ley de la Bolsa de Valores de 1934 (con sus enmiendas), cualquier norma o disposición promulgada en virtud de ellas, ni ninguna otra ley o disposición.

b)  A excepción de lo que se establece expresamente en el presente, ninguno de los Titulares AEP podrá i) radicar contra el ELA ninguna reclamación o evidencia de reclamación adicional, de ninguna naturaleza, ante el Tribunal del Título III (incluidas reclamaciones aseguradas, no aseguradas, administrativas o por aportaciones sustanciales) con respecto a

121751180v7

ningún Bono AEP o Reclamaciones por Bonos AEP, estableciéndose que la no presentación de evidencias de reclamación adicionales como resultado de las obligaciones que impone esta cláusula i) no perjudicará ni limitará el total de las participaciones de dicho Titular AEP en las Reclamaciones por los Bonos AEP, ii) excepto de conformidad con cualquier moción de fecha final dictada en el Procedimiento de PROMESA de la AEP, o según lo autorice la sección 4.6 d) del presente únicamente con respecto a las Aseguradoras Monolínea, presentar una reclamación adicional, radicar o promover litigios, procedimientos, acciones o causas adicionales o pendientes relacionadas con sus Bonos AEP o sus Reclamaciones por los Bonos AEP (comprometiéndose cada uno de tales Titulares AEP a paralizar cualquier litigio, procedimiento, acción u causa pendiente), o procurar el pago de daños o buscar cualquier otro tipo de remedio contra cualquiera de las Partes Exoneradas del Gobierno por motivo de las Reclamaciones Exoneradas del Gobierno, o iii) ayudar a ninguna persona tomar ninguna acción con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por la presente sección 4.6 b); estableciéndose, sin embargo, que en la medida en que sea congruente con sus obligaciones de conformidad con el presente, los Titulares AEP podrán enmendar evidencias de reclamación únicamente para cambiar el nombre, dirección o datos similares del reclamante.

c) Cada uno de los Titulares AEP, exclusivamente en su capacidad como Tenedores de Bonos AEP y de Reclamaciones por Bonos AEP, por separado y no conjuntamente i) apoyará la presentación del Plan, la administración de los Procedimientos PROMESA, la aprobación de la Declaración de Divulgación y el dictado de la Orden de Confirmación y la consumación, aplicación y administración del Plan, incluidos el otorgamiento y la formalización de los Documentos Definitivos, siempre y cuando la Declaración de Divulgación, la Orden de Confirmación y el Plan (y su consumación, ejecución y administración) y los demás Documentos Definitivos sean congruentes con los términos del presente, y de ninguna manera tomará ninguna acción, ni instará a ninguna otra persona a que la tome, que pudiera ir en contra de los términos del presente y del Plan o impedir ninguna de las cosas mencionadas, y ii) de conformidad con las disposiciones de la sección 5.1 del presente A) no dará su consentimiento ni votará para modificar el Plan, a menos que dicha modificación sea propuesta por la Junta de Supervisión, AAFAF, el ELA y la AEP, o cuente con su respaldo, y haya sido realizada conforme a las disposiciones de la sección 8.1 del presente, y B) no votará para apoyar ni apoyará ningún plan de ajuste de la AEP o del ELA que no haya sido propuesto por la Junta de Supervisión, AAFAF, el ELA y la AEP, siempre y cuando ninguna de las Partes del Gobierno esté en situación de incumplimiento grave de las obligaciones que le impone este Acuerdo; estableciéndose, sin embargo, que cada una de las partes reconoce que cada Reclamación por los Bonos AEP Asegurados se votará de conformidad con la sección 301(c)(3) de PROMESA y las leyes y documentos rectores que correspondan mientras este Acuerdo permanezca en vigencia, y iii) en caso de que una de las partes A) presente una notificación de apelación luego de la emisión de la Orden de Confirmación y B) solicite una paralización a la espera de la apelación en relación con dicha orden, hacer todo lo posible para oponerse a dicha solicitud de paralización, lo que incluye, sin limitación, la solicitud de una fianza de paralización de la ejecución de la sentencia por una suma proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier recurso o petición de revisión de la Orden de Confirmación.

d) Con sujeción a los términos que se establecen en el presente, a ninguno de los Titulares AEP se le prohibirá i) adoptar cualquier medida que estime necesaria o apropiada para preservar, proteger o defender cualquiera de sus derechos de conformidad con este Acuerdo,

121751180v7

el Plan u otros Documentos Definitivos, ii) adoptar cualquier medida para defenderse contra las reclamaciones y causas de acción aducidas en las Objeciones Relacionadas con la Deuda, las Acciones por Nulidad, las Acciones para impugnar los Gravámenes, el Litigio AEP o el Litigio por los BAN de AFIPR, en la medida en que dichos litigios no estén paralizados, o las reclamaciones y causas de acción aducidas en cualquier otro litigio no estén paralizadas, iii) presentar reclamaciones o causas de acción contra cualquier Parte que incumpla este Acuerdo, o iv) adoptar cualquier otra acción que el titular estime necesaria o apropiada contra una Aseguradora Monolínea para preservar, proteger o defender cualquiera de sus derechos al amparo de cualquier póliza de seguros emitida por una Aseguradora Monolínea con respecto a cualquier bono asegurado. Si limitar de manera alguna lo anterior, en la medida en que el Plan y los Documentos Definitivos sean congruentes con este Acuerdo y los anexos al presente, ninguno de los Titulares AEP adoptará ninguna medida para oponerse a la confirmación del Plan con respecto a los Prestatarios Cubiertos, lo que incluye, sin limitación, votar para rechazar el Plan con respecto a cualquier otra reclamación que exista contra el ELA ola AEP (en lo relacionado con los bonos asegurados por Aseguradoras Monolínea diferentes a los Bonos Asegurados por Assured, los Bonos Asegurados por Syncora y los Bonos Asegurados por National, en la medida en que dicho Titular AEP esté autorizado a votar dicha reclamación de conformidad con la sección 301(c)(3) de PROMESA, cualquier documento definitivo de seguros y la legislación aplicable); estableciéndose, sin embargo, que nada de lo contenido en este Acuerdo limitará o impedirá al Titular AEP adoptar cualquier medida, o radicar cualquier reclamación o causa de acción relacionado con cualquier asunto vinculado con las Aseguradoras Monolínea y con respecto a cualquier bono asegurado por dichas aseguradoras (lo que incluye, sin limitación, votar reclamaciones, subrogaciones o aceleraciones, conmutaciones o cualquier otro acto que sea necesario para mantener los beneficios de la póliza de seguros de la Aseguradora Monolínea en cuestión). Sin perjuicio de ninguna disposición en contrario en este Acuerdo, los Titulares AEP podrán 1) actuar en su capacidad como tenedores de bonos, reclamaciones o intereses relacionados en el Caso de Título III de la ACT y cualquier caso de Título III radicado por la Junta de Supervisión en representación de ADCC o AFIPR, pero no el Procedimiento de PROMESA del ELA o el Procedimiento de PROMESA del SRE (excepto para defenderse contra cualquier reclamación o causa de acción en su contra o para responder a cualesquiera objeciones a reclamaciones que hayan presentado), y adoptar cualquier medida en dichos casos de Título III en tal capacidad para presentar reclamaciones adicionales, radicar, promover o defenderse en cualquier litigio, procedimiento, acción o causa pendiente o adicional con respecto a tales bonos, reclamaciones o intereses relacionados, y 2) en la medida en que la Junta de Supervisión o el ELA procuren rechazar o suprimir reclamaciones en el Procedimiento de PROMESA del ELA con respecto a una garantía por un endeudamiento no relacionado con los Bonos GO por el cual el deudor esté al día con el pago del capital y los intereses de la obligación subyacente a la fecha del presente, adoptar medidas para objetar al rechazo o la supresión de la reclamación; estableciéndose, sin embargo, que, a excepción de las acciones enumeradas anteriormente, no se adoptará ninguna otra medida en el marco de los Procedimientos de PROMESA que pudiera impactar negativamente o de otras maneras afectar la confirmación o la consumación del Plan; y estableciéndose, además, que sin perjuicio de la limitación de adoptar determinadas medidas en los procedimientos de PROMESA con relación a las reclamaciones vinculadas con los Bonos ACT, los Bonos SRE, los Bonos ADCC, los BAN de AFIPR y los Bonos AFIPR que se establecen en la presente sección 4.6 d), los Titulares AEP que tengan cualquiera de tales reclamaciones tendrán derecho a recibir el mismo tratamiento, las mismas elecciones y las mismas consideraciones económicas que cualquier

33

otro titular o aseguradora de los Bonos ACT, los Bonos SRE, los Bonos ADCC, los BAN de AFIPR o los Bonos AFIPR, según corresponda, de conformidad con el Plan y en la medida en que dicho titular tenga una reclamación permitida contra un Prestatario Cubierto.

Sección 4.7 <u>Convenios de Assured</u>. Por el presente, Assured conviene en lo siguiente:

a) Salvo que se disponga expresamente en el presente, Assured se abstendrá de i) presentar ante el Tribunal del Título III reclamaciones o evidencias de reclamación adicionales, cualquiera sea su naturaleza, contra el ELA, la AEP o el SRE (incluidas reclamaciones garantizadas, no garantizadas, administrativas o sustanciales por aportaciones) con respecto a cualquier Bono Asegurado por Assured, o a cualquier Reclamación por los Bonos GO o Reclamación por los Bonos AEP, en el entendido de que la omisión de presentar cualquier evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula i) no afectará la participación total de Assured en las Reclamaciones por los Bonos GO o las Reclamaciones por los Bonos AEP, ni se considerará que las limite; (ii) presentar cualquier reclamación adicional, radicar o promover cualquier litigio, procedimiento, acción o causa pendiente o adicional vinculada con cualquier Bono Asegurado por Assured o con cualquiera de sus Reclamaciones por los Bonos GO o sus Reclamaciones por los Bonos AEP en el marco del en el Procedimiento de PROMESA del ELA y el Procedimiento de PROMESA de la AEP (y Assured se compromete a paralizar cualquiera de tales litigios, procedimientos, acciones o causas pendientes), o buscar que cualquiera de las Partes Exoneradas del Gobierno le paguen daños o cualquier otro tipo de compensación por motivo de las Reclamaciones Exoneradas del Gobierno o de cualquiera de las reclamaciones o causas de acción presentadas o que podrían haberse presentado en las Acciones de Recuperación y las Mociones de Levantamiento de las Paralizaciones, o iii) ayudar directa o indirectamente a cualquier persona a tomar cualquier acción con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por la presente Sección 4.7 a); <u>disponiéndose</u>, <u>sin embargo</u>, que, sin perjuicio de las disposiciones de las cláusulas ii) y iii) anteriores o la Sección 4.7 b) más adelante, durante el período que va hasta el 31 de marzo de 2021 inclusive (a menos que la Junta de Supervisión y Assured convengan en extenderlo), se le permitirá a Assured adoptar cualquier medida con relación al Procedimiento de PROMESA del ELA, las Acciones de Recuperación, las Mociones de Levantamiento de las Paralizaciones y la Moción al amparo de la Sección 926, lo que incluye, entre otras cosas, procedimientos de petición, la aceptación de pruebas, la presentación de memorandos, la presentación de argumentos orales y juicios, y ninguna de esas acciones será paralizada; <u>disponiéndose</u>, <u>sin embargo</u>, que en caso de que Assured no rescinda este Acuerdo únicamente en lo que respecta a sí misma a más tardar el 31 de marzo de 2021, todas las acciones anteriores con respecto al Procedimiento de PROMESA del ELA, las Acciones de Recuperación, las Mociones para el Levantamiento de las Paralizaciones y la Moción al amparo de la Sección 926 quedarán paralizadas únicamente con respecto a Assured (y la Junta de Supervisión y Assured solicitarán conjuntamente al Tribunal del Título III que dicte una orden con relación a lo anterior), y Assured no tomará ninguna otra acción al respecto.

b) Assured i) apoyará la presentación del Plan, la administración del caso del Procedimiento de PROMESA, la aprobación de la Declaración de Divulgación, la emisión de la Orden de Confirmación y la consumación, la ejecución y la administración del Plan —incluidos el otorgamiento y formalización de los Documentos

121751180v7

Definitivos—, siempre que las mencionadas Declaración de Divulgación, Orden de Confirmación y el Plan (y su consumación, aplicación y administración) y los Documentos Definitivos sean congruentes con los términos del presente, y se abstendrá de tomar ninguna acción que pudiera esperarse razonablemente que infrinja o sea incongruente con los términos del presente, o impida u obstaculice las acciones mencionadas, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente, (A) no dará su consentimiento ni votará a favor de ninguna modificación del Plan, a menos que dicha modificación sea propuesta o respaldada por la Junta de Supervisión y sea coherente con los términos del presente y (B) no votará ni apoyará ningún plan de ajuste no propuesto ni respaldado por la Junta de Supervisión, siempre que ninguna de las Partes del Gobierno esté en situación de incumplimiento grave con sus obligaciones según este Acuerdo; estableciendo, sin embargo, que Assured reconoce que cada Reclamación por los Bonos GO Asegurados y cada Reclamación por los Bonos AEP Asegurados que esté asegurada por Assured se votará de acuerdo con la Sección 301(c)(3) de PROMESA y cualquier otra ley aplicable y los documentos rectores mientras este Acuerdo permanezca en vigencia, y iii) en el caso de que una parte (A) presente una notificación de apelación tras la emisión de la Orden de Confirmación y (B) solicite una paralización a la espera del resultado de la apelación en cuestión, hará todo lo posible por oponerse a dicha solicitud de paralización, lo que incluye, entre otras cosas, solicitar la presentación de una fianza de paralización de la ejecución de la sentencia por un monto proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación.

c) Con sujeción a los términos establecidos en este documento, Assured no estará limitada ni tendrá prohibido i) adoptar las medidas que considere necesarias o apropiadas para preservar, proteger o defender cualquiera de los derechos que le otorga este Acuerdo, el Plan u otros Documentos Definitivos, o ii) presentar cualquier reclamación o causa de acción contra cualquier parte que incumpla este Acuerdo.

Sección 4.8 Convenios de Syncora. Por el presente, Syncora conviene en lo siguiente:

(a) Salvo que se disponga expresamente en el presente, Syncora se abstendrá de i) presentar ante el Tribunal del Título III reclamaciones o evidencias de reclamación adicionales, cualquiera sea su naturaleza, contra las Partes del Gobierno (incluidas reclamaciones garantizadas, no garantizadas, administrativas o sustanciales por aportaciones) en el entendido de que la omisión de presentar cualquier evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula i) no afectará la participación total de Syncora en las Reclamaciones por los Bonos GO o las Reclamaciones por los Bonos AEP, ni se considerará que las limite; (ii) presentar cualquier reclamación adicional, radicar o promover cualquier litigio, procedimiento, acción o causa pendiente o adicional (y Syncora se compromete a paralizar cualquiera de tales litigios, procedimientos, acciones o causas pendientes), o buscar que cualquiera de las Partes Exoneradas del Gobierno le paguen daños o cualquier u otro tipo de compensación por motivo de las Reclamaciones Exoneradas del Gobierno o de cualquiera de las reclamaciones o causas de acción presentadas o que podrían haberse presentado en las Acciones, o iii) ayudar directa o indirectamente a cualquier persona a tomar cualquier acción con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por la presente Sección 4.8 a).

121751180v7

(b)     Syncora i) apoyará la presentación del Plan, la administración del Caso del Procedimiento de PROMESA, la aprobación de la Declaración de Divulgación, la emisión de la Orden de Confirmación y la consumación, la ejecución y la administración del Plan —incluidos el otorgamiento y formalización de los Documentos Definitivos—, siempre que las mencionadas Declaración de Divulgación, Orden de Confirmación y el Plan (y su consumación, aplicación y administración) y los Documentos Definitivos sean congruentes con los términos del presente, y se abstendrá de tomar ninguna acción que pudiera esperarse razonablemente que infrinja o sea incongruente con los términos del presente, o impida u obstaculice las acciones mencionadas, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente, (A) no dará su consentimiento ni votará a favor de ninguna modificación del Plan, a menos que dicha modificación sea propuesta o respaldada por la Junta de Supervisión y sea coherente con los términos del presente y (B) no votará ni apoyará ningún plan de ajuste no propuesto ni respaldado por la Junta de Supervisión, siempre que ninguna de las Partes del Gobierno esté en situación de incumplimiento grave con sus obligaciones según este Acuerdo; estableciendo, sin embargo, que Syncora reconoce que cada Reclamación por los Bonos GO Asegurados y cada Reclamación por los Bonos AEP Asegurados que esté asegurada por Syncora se votará de acuerdo con la Sección 301(c)(3) de PROMESA y cualquier otra ley aplicable y los documentos rectores mientras este Acuerdo permanezca en vigencia, y iii) en el caso de que una parte (A) presente una notificación de apelación tras la emisión de la Orden de Confirmación y (B) solicite una paralización a la espera del resultado de la apelación en cuestión, hará todo lo posible por oponerse a dicha solicitud de paralización, lo que incluye, entre otras cosas, solicitar la presentación de una fianza de paralización de la ejecución de la sentencia por un monto proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación.

Con sujeción a los términos establecidos en este documento, Syncora no estará limitada ni tendrá prohibido i) adoptar las medidas que considere necesarias o apropiadas para preservar, proteger o defender cualquiera de los derechos que le otorga este Acuerdo, el Plan u otros Documentos Definitivos, o ii) presentar cualquier reclamación o causa de acción contra cualquier parte que incumpla este Acuerdo.

Sección 4.9     Convenios de National. Por el presente, National conviene en lo siguiente:

(a)     Salvo que se disponga expresamente en el presente, National se abstendrá de i) presentar ante el Tribunal del Título III reclamaciones o evidencias de reclamación adicionales, cualquiera sea su naturaleza, contra el ELA, la AEP o el SRE (incluidas reclamaciones garantizadas, no garantizadas, administrativas o sustanciales por aportaciones) con respecto a cualquier Bono Asegurado por National, o a cualquier Reclamación por los Bonos GO o Reclamación por los Bonos AEP, en el entendido de que la omisión de presentar cualquier evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula i) no afectará la participación total de National en las Reclamaciones por los Bonos GO o las Reclamaciones por los Bonos AEP, ni se considerará que las limite; (ii) presentar cualquier reclamación adicional, radicar o promover cualquier litigio, procedimiento, acción o causa pendiente o adicional vinculada

36

con cualquier Bono Asegurado por National o con cualquiera de sus Reclamaciones por los Bonos GO o sus Reclamaciones por los Bonos AEP en el marco del Procedimiento de PROMESA del ELA y el Procedimiento de PROMESA de la AEP (y National se compromete a paralizar cualquiera de tales litigios, procedimientos, acciones o causas pendientes), o buscar que cualquiera de las Partes Exoneradas del Gobierno le paguen daños o cualquier otro tipo de compensación por motivo de las Reclamaciones Exoneradas del Gobierno o de cualquiera de las reclamaciones o causas de acción presentadas o que podrían haberse presentado en las Acciones de Recuperación y las Mociones de Levantamiento de las Paralizaciones, o iii) ayudar directa o indirectamente a cualquier persona a tomar cualquier acción con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por la presente Sección 4.9 a); disponiéndose, sin embargo, que, sin perjuicio de las disposiciones de las cláusulas ii) y iii) anteriores o la Sección 4.9 b) más adelante, durante el período que va hasta el 31 de marzo de 2021 inclusive (a menos que la Junta de Supervisión y National convengan en extenderlo), se le permitirá a National adoptar cualquier medida con relación al Procedimiento de PROMESA del ELA, las Acciones de Recuperación, las Mociones de Levantamiento de las Paralizaciones y la Moción al amparo de la Sección 926, lo que incluye, entre otras cosas, procedimientos de petición, la aceptación de pruebas, la presentación de memorandos, la presentación de argumentos orales y juicios, y ninguna de esas acciones será paralizada; disponiéndose, sin embargo, que en caso de que National no rescinda este Acuerdo únicamente en lo que respecta a sí misma a más tardar el 31 de marzo de 2021, todas las acciones anteriores con respecto al Procedimiento de PROMESA del ELA, las Acciones de Recuperación, las Mociones para el Levantamiento de las Paralizaciones y la Moción al amparo de la Sección 926 quedarán paralizadas únicamente con respecto a National (y la Junta de Supervisión y National solicitarán conjuntamente al Tribunal del Título III que dicte una orden con relación a lo anterior), y National no tomará ninguna otra acción al respecto.

(b)     National i) apoyará la presentación del Plan, la administración del caso del Procedimiento de PROMESA, la aprobación de la Declaración de Divulgación, la emisión de la Orden de Confirmación y la consumación, la ejecución y la administración del Plan —incluidos el otorgamiento y formalización de los Documentos Definitivos—, siempre que las mencionadas Declaración de Divulgación, Orden de Confirmación y el Plan (y su consumación, aplicación y administración) y los Documentos Definitivos sean congruentes con los términos del presente, y se abstendrá de tomar ninguna acción que pudiera esperarse razonablemente que infrinja o sea incongruente con los términos del presente, o impida u obstaculice las acciones mencionadas, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente, (A) no dará su consentimiento ni votará a favor de ninguna modificación del Plan, a menos que dicha modificación sea propuesta o respaldada por la Junta de Supervisión y sea coherente con los términos del presente y (B) no votará ni apoyará ningún plan de ajuste no propuesto ni respaldado por la Junta de Supervisión, siempre que ninguna de las Partes del Gobierno esté en situación de incumplimiento grave con sus obligaciones según este Acuerdo; estableciéndose, sin embargo, que National reconoce que cada Reclamación por los Bonos GO Asegurados y cada Reclamación por los Bonos AEP Asegurados que esté asegurada por National se votará de acuerdo con la Sección 301(c)(3) de PROMESA y cualquier otra ley aplicable y los documentos rectores mientras este Acuerdo permanezca en vigencia, y iii) en el caso de que una parte (A) presente una notificación de apelación tras la emisión de la Orden de Confirmación y (B) solicite una paralización a la espera del resultado de la apelación en cuestión, hará todo lo

37

posible por oponerse a dicha solicitud de paralización, lo que incluye, entre otras cosas, solicitar la presentación de una fianza de paralización de la ejecución de la sentencia por un monto proporcional a las posibles pérdidas que resulten de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación.

(c)      Con sujeción a los términos establecidos en este documento, National no estará limitada ni tendrá prohibido i) adoptar las medidas que considere necesarias o apropiadas para preservar, proteger o defender cualquiera de los derechos que le otorga este Acuerdo, el Plan u otros Documentos Definitivos, o ii) presentar cualquier reclamación o causa de acción contra cualquier parte que incumpla este Acuerdo.

Sección 4.10 <u>Convenios de las Partes</u>. Con sujeción a los términos y condiciones del presente, cada una de las Partes, por separado y no conjuntamente, por el presente conviene en lo siguiente:

(a)      <u>Coordinación</u>.  Las Partes coordinarán y harán sus mejores esfuerzos para obtener el consentimiento y la adhesión de AAFAF antes de consumar las transacciones contempladas en este documento. Cualquier declaración, garantía, convenio u otras obligaciones de AAFAF contempladas en el presente no entrarán en vigor hasta que una persona autorizada por dicha entidad haya firmado el presente.

(b)      <u>Protecciones jurídicas</u>.  El Plan, la Orden de Confirmación, la Legislación sobre los Bonos GO Nuevos, la Legislación CVI, la Ley de Responsabilidad por la Deuda, el Contrato de Emisión de los Bonos GO Nuevos y el Contrato de Emisión de CVI, en la medida aplicable, de una manera que las Partes acordarán, incluirán las siguientes protecciones legales:

(i)      A partir de la Fecha de Vigencia, cada mes que cualquiera de los Bonos GO Nuevos esté en circulación, el ELA depositará una doceava parte (1/12) de los pagos anuales de capital y las cuotas del fondo de amortización y una sexta parte (1/6) de los intereses semestrales que deban pagarse con respecto a los Bonos GO Nuevos en un Fondo de Amortización de la Deuda, el cual se mantendrá en régimen de fideicomiso para el beneficio de los tenedores de los Bonos GO Nuevos; <u>estableciéndose, sin embargo</u>, que en la Fecha de Vigencia el ELA depositará los montos adicionales que sean necesarios para emitir los Bonos GO Nuevos en la Fecha Estimada de Emisión;

(ii)      El ELA creará el Fondo de Reserva de Amortización de la Deuda 1) depositará fondos en él a) en la Fecha de Vigencia, o b) en cuotas anuales iguales el 1 de julio de 2025 y el 1 de julio de 2026 (la elección será realizada por la Junta de Supervisión y el ELA conjuntamente, en su absoluto criterio); y 2) lo mantendrá en régimen de fideicomiso para el beneficio de los tenedores de los Bonos GO Nuevos.

(iii)      Para el pago de los Bonos GO Nuevos y los CVI, el ELA se comprometerá a su buena fe, crédito y poder impositivo en virtud de la Constitución de Puerto Rico y la ley aplicable de Puerto Rico;

(iv)      De conformidad con la Legislación sobre los Bonos GO Nuevos, habrá gravámenes estatutarios sobre el Fondo de Amortización de la Deuda y el Fondo de Reserva de Amortización de la Deuda una vez que los fondos se hayan depositado en ellos a fin garantizar el pago de los Bonos GO Nuevos; dichos gravámenes estatutarios permanecerán en vigencia hasta que los Bonos GO Nuevos hayan sido pagados en su totalidad de acuerdo con sus términos.

121751180v7

(v)         De conformidad con la Legislación sobre los Bonos GO Nuevos, la Legislación CVI, el Contrato de Emisión de los Bonos GO Nuevos y el Contrato de Emisión de CVI, el fiduciario de los Bonos GO Nuevos y el fiduciario CVI tendrán un derecho de acción directo para hacer cumplir el Contrato de Emisión de los Bonos GO Nuevos y el Contrato de Emisión de CVI, según proceda, entre otras cosas con respecto a A) los Bonos GO Nuevos y el Contrato de Emisión de los Bonos GO Nuevos, los depósitos de fondos en el Fondo de Amortización de la Deuda y el Fondo de Reserva de Amortización de la Deuda, B) solicitar el remedio de cumplimiento estricto como compensación en caso de incumplimientos de los convenios en el Contrato de Emisión de los Bonos GO Nuevos o el Contrato de Emisión de CVI, según corresponda, y C) a partir de su entrada en vigencia, se considerará que se habrá renunciado a la paralización automática de cualquier procedimiento de insolvencia futuro radicado en nombre del ELA (sea de conformidad con el Título III de PROMESA o de otra forma) con respecto a sumas depositadas en el Fondo de Amortización de la Deuda y el Fondo de Reserva de Amortización de la Deuda; estableciéndose, sin embargo, que en caso de incumplimiento en virtud del Contrato de Emisión de los Bonos GO Nuevos o el Contrato de Emisión de CVI, según se describa en ellos, y si el fiduciario de los Bonos GO Nuevos o el fiduciario CVI, según proceda, no toma medidas, los tenedores de no menos del veinticinco por ciento (25%) del monto de capital en circulación de los Bonos GO Nuevos o los CVI tendrán derecho a radicar una demanda, acción, un escrito *mandamus* o cualquier otro procedimiento en virtud de los principios de equidad o la ley, o para proteger o hacer cumplir cualquier derecho o remedio que establezca el Contrato de Emisión de los Bonos GO Nuevos o el Contrato de Emisión de CVI, según proceda;

(vi)        De conformidad con la Ley de Responsabilidad por la Deuda, el Contrato de Emisión de los Bonos GO Nuevos y el Contrato de Emisión de CVI, se impondrá un Límite Integral con respecto a todo el endeudamiento neto financiado por los impuestos a los efectos de la limitación sobre la emisión de endeudamiento adicional neto financiado por impuestos en virtud del artículo IV de la Ley de Responsabilidad por la Deuda, que se fijará en un 7.94% de los Ingresos por la Política de Deuda medidos según la Ley de Responsabilidad por la Deuda, incluido un sublímite de deuda garantizado o securitizado de 0.25% de los Ingresos de la Política de Endeudamiento por encima del porcentaje de los Ingresos de la Política de Endeudamiento necesarios para pagar la amortización de la deuda máxima anual sobre los Bonos COFINA en circulación al momento de la Fecha de Vigencia. A los efectos de calcular el Límite Integral, no se tomarán en cuenta los pagos de amortización de la deuda sobre la apreciación de capital de los Bonos GO Nuevos emitidos en virtud del Plan a favor de tenedores o aseguradores de los Bonos GO o los Bonos AEP ni los pagos sobre los CVI que puedan emitirse de conformidad con el Plan u otros instrumentos contingentes de valor emitidos de conformidad con otro plan de ajuste o una Modificación Calificada en virtud del Título VI para una instrumentalidad del ELA (un "**Plan para las Instrumentalidades del ELA**"), incluido cualquier plan o Modificación Calificada en virtud del Título VI para la ACT, CCDA o AFIPR, en satisfacción de las reclamaciones presentadas por a) los tenedores o aseguradores de bonos emitidos por dicha instrumentalidad, o b) otros acreedores de la instrumentalidad de que se trate. Para despejar dudas, cualquier bono de obligaciones generales de apreciación de capital o cualquier obligación de deuda similar financiada por impuestos que se emita a favor de cualquier persona distinta de los tenedores o aseguradores de los Bonos GO o los Bonos AEP de conformidad con el Plan, y cualquier instrumento contingente de valor u obligación de deuda financiada por impuestos emitida fuera del ámbito del Plan o de cualquier Plan para las Instrumentalidades del ELA, será tenido en cuenta en el cálculo del Límite Integral, independientemente de que haya sido emitido antes o después de la Fecha de Vigencia;

121751180v7

(vii)            El Plan Fiscal certificado en la Fecha de Vigencia, y cualquier Plan Fiscal posterior a dicha fecha, incluirá disposiciones para el pago, en cada Año fiscal, de a) el capital y los intereses sobre los Bonos GO Nuevos, lo que incluye, sin limitación, los pagos del fondo de amortización que deban realizarse en dicho Año fiscal, y b) en la medida en que la Condición de Rendimiento Superior quede cumplida en el Año fiscal anterior, cualquier monto que deba pagarse con respecto a los CVI de conformidad con el Contrato de Emisión de CVI;

(viii)           En los Bonos GO Nuevos, incluidos, sin limitación, cualesquiera Bonos GO Nuevos emitidos de conformidad con los términos y disposiciones de la sección 4.10 c) del presente y, en la medida en que sea posible, en los CVI constará un sello o una leyenda similar a los efectos de que el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico ha determinado que dichos bonos y títulos son válidos, jurídicamente vinculantes y exigibles de conformidad con la Orden de Confirmación;

(ix)            Los compromisos y transacciones establecidos en este Acuerdo y consignados en el Plan y en la Orden de Confirmación no serán vinculantes para ninguna de las Partes (incluido cualquier sucesor de la Junta de Supervisión) en un procedimiento futuro (u otro procedimiento de insolvencia) radicado conforme al Título III con respecto a la prioridad de los Bonos GO Nuevos y los CVI de conformidad con PROMESA, la Constitución de Puerto Rico u otra legislación que sea de aplicación;

(x)             Para el beneficio de los tenedores iniciales y futuros de los Bonos GO Nuevos, el ELA asumirá el compromiso de que, hasta que todas las obligaciones con respecto a dichos bonos hayan sido totalmente pagadas de conformidad con sus términos, no tomará ninguna medida que afecte los derechos y los remedios de los tenedores de los Bonos GO Nuevos;

(xi)            Para el beneficio de los tenedores iniciales y futuros de los CVI, el ELA asumirá el compromiso de que, hasta que todas las obligaciones con respecto a dichos bonos hayan sido totalmente pagadas de conformidad con sus términos, no tomará ninguna medida que a) afecte los derechos y remedios que les corresponden a los tenedores de los CVI; b) limite o restrinja los derechos de las facultades de los funcionarios apropiados del ELA para cumplir con los términos de cualquier acuerdo realizado con los titulares de los CVI; o c) limite la capacidad de los tenedores de los CVI de dar seguimiento al desempeño del IVU Medido; estableciéndose, sin embargo, que lo anterior no impedirá que el ELA ejerza sus facultades, mediante un cambio en la legislación, de eliminar el IVU Medido, o reemplazarlo con un Impuesto Medido Sustituto, cada medida de conformidad con el Contrato de Emisión de CVI, lo que protegerá a los tenedores de los CVI de dicha eliminación o reemplazo al reducir las probabilidades de que la Condición de Rendimiento Superior se cumpla; y, estableciendo, además, que el Contrato de Emisión de CVI incluirá un mecanismo para que el ELA divulgue públicamente x) los montos del IVU Medido, y) los cobros del IVU, y z) el cálculo de cualquier ajuste o reducción del IVU, según se define y refleja en el Resumen de Transacción adjunto al presente como Anexo I.

(xii)           La Orden de Confirmación incluirá una determinación de que, a los efectos de la sección 209 de PROMESA, la cancelación de la deuda que debe producirse en la Fecha de Vigencia es necesaria para que la Junta de Supervisión pueda certificar que los gastos no exceden los ingresos para el ELA, según se determinen de conformidad con normas modificadas de contabilidad basada en valores devengados;

(xiii)          El Contrato de Emisión de los Bonos GO Nuevos y el Contrato de

40

Emisión de CVI, así como los Bonos GO Nuevos y los CVI emitidos de conformidad con ellos, respectivamente, se regirán por la legislación de Nueva York.

(xiv)          El Tribunal del Título III conservará su jurisdicción para exigir el cumplimiento de las disposiciones del Plan, los Bonos GO Nuevos, el Contrato de Emisión de los Bonos GO Nuevos, el Contrato de Emisión de CVI y los CVI;

(xv)          La Orden de Confirmación es de naturaleza plena, definitiva, completa, concluyente y vinculante para, y no será objeto de ningún tipo de ataque indirecto o impugnación ante ningún tribunal u otro foro por parte de 1) el ELA, 2) la AEP, 3) COFINA, 4) cualquier persona o entidad que afirme tener reclamaciones u otros derechos frente al ELA, la AEP, COFINA o cualquiera de sus respectivas instrumentalidades o agencias, lo que incluye derecho de usufructo (directos o indirectos, como principal, agente, contraparte, subrogado, aseguradora u otros) con respecto a bonos del ELA o cualquiera de sus instrumentalidades o con respecto a cualquier fiduciario, agente de garantía, fiduciario de contrato, agente fiscal y cualquier banco que reciba o mantenga fondos relacionados con dichos bonos, sea o no que las reclamaciones o derechos de tal persona o entidad se vean afectados por el Plan y, si lo son, independientemente de que dicha persona o entidad haya aceptado o no el Plan, 5) cualquier otra persona y 6) cada uno de los respectivos herederos, sucesores, cesionarios, fiduciarios, ejecutores, directivos, directores, agentes, representantes, abogados, beneficiarios o guardianes de los anteriores; y

(xvi)          El Contrato de Emisión de CVI establecerá los mecanismos para hacer cumplir los CVI.

(c)          Distribución de beneficios con respecto a la exención de impuestos otorgada a los Bonos. En caso de que las Partes del Gobierno obtengan una determinación del Servicio de Rentas Internas en virtud de las secciones 4.1e) y 4.2 d) de este Acuerdo, o un dictamen del Abogado por los Bonos conforme a la Sección 103 (colectivamente, una "Determinación Favorable") a los efectos de que la proporción entre el monto global de todos los Bonos GO Nuevos gravables ("Nueva Proporción") que se emitan en la Fecha de Vigencia y el monto global por todos los Bonos GO Nuevos no supera el 13 % ("Proporción Existente"), i) si la Determinación Favorable se obtiene en la Fecha de Vigencia o con anterioridad a ella, los titulares de las Reclamaciones que reciban Bonos GO Nuevos en virtud del Plan recibirán el beneficio de dicha Determinación Favorable en la forma de Bonos GO Nuevos exentos de impuestos emitidos en virtud del Plan, con cupones para todos los vencimientos iguales a los cupones de los Bonos GO Nuevos exentos de impuestos establecidos en el Resumen de Transacción que se adjunta como Anexo I, y, en la medida en que las Partes del Gobierno y los Acreedores Iniciales PSA determinen durante el período comprendido entre la fecha del presente documento y la Fecha de Vigencia modificar los cupones establecidos en el Resumen de Transacción, el importe nominal de los Bonos GO Nuevos aumentará o disminuirá, dólar por dólar, en función de la estructura de los cupones, con sujeción al importe máximo anual de amortización de la deuda previsto en el Resumen de Transacción, y cualquier modificación de este tipo se aplicará a los acreedores de manera prorrateada sobre la base de la recuperación de la Tasa de Restricción PSA y los Costos de Consumación, tal como se describe en la nota a pie de página 8 del Anexo 2-A del Resumen de Transacción; ii) si la Determinación Favorable que se obtiene luego de la Fecha de Vigencia sostiene que la Proporción Nueva es inferior a la Proporción Existente, los tenedores de los Bonos Gravables afectados por dicha determinación (los "Bonos Invitados") serán invitados a canjear dichos bonos por bonos convertidos (la "Oferta de Canje"), y, con sujeción a la aplicación de todos los gastos razonables en que hayan incurrido las Partes del Gobierno en vinculación con dicha Oferta de Canje, la tasa de interés

41

COPIA FIRMADA

sobre los bonos convertidos será la misma que la tasa de interés sobre los Bonos Invitados del mismo tipo, tasa de interés, serie y vencimiento; estableciéndose, sin embargo, que dichos bonos convertidos estarán acompañados de un dictamen favorable del Abogado por los Bonos conforme a la Sección 103 a los efectos de que los intereses sobre los bonos convertidos (distintos a los intereses acumulados antes de su emisión) y sobre los Bonos Invitados canjeados por dichos bonos convertidos desde la fecha original de entrega de los Bonos Invitados canjeados están, en opinión del abogado, excluidos de los ingresos brutos a los efectos del cálculo de los impuestos federales sobre los ingresos y de los tributos locales, estatales y del ELA sobre los ingresos; y iii) en caso de que no se obtenga cualquiera de las determinaciones mencionadas, los convenios para obtener dichas determinaciones de conformidad con las secciones 4.1 e) y 4.2 d) del presente quedarán extinguidos cuando ocurra lo primero de: 1) el 1 de diciembre de 2021; 2) que el Servicio de Rentas Internas notifique al ELA que no puede emitir una carta privada favorable expidiéndose o formalizando un acuerdo con respecto a los asuntos que se tratan en esta subsección, y 3) la modificación del Contrato de Emisión de los Bonos GO Nuevos tras el recibo de una determinación favorable y la consumación de una Oferta de Canje.

Sección 4.11 Creador Calificado de Mercado. Sin perjuicio de ninguna disposición en contrario contenida en el presente artículo IV, a) un Acreedor PSA podrá transferir cualquiera de los Intereses GO, Intereses AEP o BAN de AFIPR a un Creador Calificado de Mercado que actúe como tal sin la obligación de que dicho Creador Calificado de Mercado sea o se transforme en un Acreedor PSA, a condición de que, en caso de que dicho Creador Calificado de mercado posteriormente adquiera Intereses GO, Intereses AEP o los BAN de AFIPR como máximo el 15 de abril de 2021, dicho Creador Calificado de Mercado podrá retener tales Intereses GO, Intereses AEP o los BAN de AFIPR, según el caso, por un período de ciento veinte (120) días después de haber adquirido dichos Intereses GO, Intereses AEP o los BAN de AFIPR, según el caso; y b) en la medida en que un Acreedor PSA esté actuando como Creador Calificado de Mercado, podrá transferir los Intereses GO, los Intereses AEP o los BAN de AFIPR que adquiera de titulares de Intereses GO, Intereses AEP o BAN de AFIPR que no sean Acreedores PSA sin necesidad de que el cesionario sea o se transforme en un Acreedor PSA. Un Creador Calificado de Mercado podrá, con el consentimiento de las Partes del Gobierno (que no podrán denegarlo sin causa justificada) unirse a este Acuerdo únicamente en representación de una mesa de operaciones específica.

Sección 4.12 Litigios relacionados con las designaciones/Litigios de uniformidad. A excepción de que se establezca expresamente otra cosa en el presente, o a menos que se exija otra cosa para cumplir una orden de un tribunal con competencia que no haya sido anulada, revocada o paralizada, una Parte queparticipe en calidad de demandante en un Litigio relacionado con las designaciones o el Litigio de uniformidad no podrá seguir participando en dicho litigio, sino que, en todas las circunstancias, dicha Parte por el presente conviene en lo siguiente: a) cumplir todas las responsabilidades y obligaciones que se establecen en este Acuerdo, incluidas, entre otras, las demás responsabilidades y obligaciones que se establecen en los artículos IV y V del presente, y b) sin importar la determinación y la emisión de una Orden Definitiva en el marco del Litigio relacionado con las designaciones o el Litigio de uniformidad, seaque dicha determinación y Orden Definitiva se dicten antes de que el Tribunal del Título III considere la aprobación o confirmación del Plan, o después de que se dicte la Orden de Confirmación, dicha Parte i) no argumentará ni aducirá que dicha determinación y Orden Definitiva anula, afecta o de otras formas modifica las transacciones contempladas en el presente y en el Plan, y ii) en caso de que dicha determinación y Orden Definitiva ocurra antes

42

121751180v7

de la aprobación o confirmación del Plan, dicha parte solicitará por escrito que la Junta de Supervisión, según sea modificada, reconstituida o redesignada 1) exija el cumplimiento de los términos y condiciones de este Acuerdo y del Plan y 2) procure sin demora que el Tribunal del Título III confirme el Plan. Sin perjuicio de lo anterior, durante el período i) previo a la Fecha de Vigencia, cualquier Parte que participe en calidad de demandante en un Litigio relacionado con las designaciones o el Litigio de uniformidad no tendrá ninguna obligación de informar al tribunal que esté atendiendo dicho litigio sobre la ejecución y tramitación de este Acuerdo, y ii) a partir de la Fecha de Vigencia, cualquier parte involucrada en el Litigio relacionado con las designaciones o el Litigio de uniformidad buscará la desestimación definitiva de dicho litigio.

Sección 4.13 Derecho de voto. Cada una de las Partes reconoce que, a efectos de este Acuerdo, y de cualquier Plan solicitado de acuerdo con las disposiciones de este Acuerdo, y mientras este Acuerdo siga vigente y no sea rescindido de otro modo por Assured, Syncora y National en lo que respecta a ellos mismos, a) Assured, Syncora y National tendrán derecho a votar para aceptar o rechazar el Plan en la medida prevista por los términos y disposiciones de la Sección 301(c)(3) de PROMESA y cualquier otra ley aplicable y documentos rectores a cuenta de los Bonos GO y los Bonos AEP existentes que aseguren, y b) no se opondrá al derecho de Assured, Syncora o National a votar para aceptar o rechazar el Plan de acuerdo con la subsección a) anterior. Para aclarar, si el presente Acuerdo deja de estar vigente, todas las Partes se reservan el derecho a solicitar una resolución del Tribunal del Título III con respecto a los derechos de Assured, Syncora, National y sus respectivos tenedores de bonos asegurados a votar para aceptar o rechazar cualquier Plan.

## ARTÍCULO V

## PLAN Y APOYO AL PLAN

Sección 5.1  Compromiso de apoyo al Plan. A partir de la fecha del presente, siempre y cuando a) el presente Acuerdo no haya sido extinguido y b) ni la Declaración de Divulgación, ni el Plan ni ninguno de los Documentos Definitivos propuestos hayan sido presentados, enmendados o modificados de una manera que vaya en contra de lo dispuesto en la sección 7.2 del presente, cada uno de los Acreedores PSA (en la medida en que continúe siendo una Parte) i) apoyará A) la aprobación de la Declaración de Divulgación de conformidad con el artículo 1125 del Código de Quiebras, B) la confirmación del Plan de conformidad con la sección 314 de PROMESA y el artículo 1129 del Código de Quiebras, y C) a menos que el Tribunal del Título III disponga otra cosa, previa moción radicada por las Partes del Gobierno, no objetará a que se paralicen todos los procedimientos y determinaciones vinculados con el Litigio AEP, las Acciones por Nulidad, las Acciones para impugnar los gravámenes, las Objeciones relacionadas con la Deuda y los Litigios por los BAN de AFIPR hasta, como mínimo, la Fecha de Vigencia; estableciéndose, sin embargo, que los Acreedores PSA únicamente estarán obligados a apoyar el Plan con respecto a las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos AEP que tengan en su poder y bajo su control, o, en el caso de Assured, Syncora o National, que posean o aseguren y tengan derecho a voto de acuerdo con los términos de la Sección 301(c)(3) de PROMESA y de cualquier otra ley y documentos rectores aplicables; y, estableciéndose, asimismo, que nada de lo contenido en el presente limitará o prohibirá a ningún Acreedor PSA adoptar ninguna medida, o presentar ninguna reclamación o causa de acción, que se vincule con cualquier asunto relacionado exclusivamente con las Aseguradoras Monolínea, ni prohibirá a Assured, Syncora y National tomar cualquier acción, o hacer valer cualquier reclamación o causa de acción, en relación con cualquier asunto relacionado únicamente con los titulares de Reclamaciones por los

121751180v7

Bonos GO Asegurados o Reclamaciones por los Bonos AEP Asegurados que estén asegurados por Assured, Syncora o National, según el caso (lo que incluye, sin limitación, la votación de reclamaciones, subrogaciones, aceleraciones, conmutaciones o cualquier otro acto necesario para mantener los beneficios y los derechos que otorgue la póliza de seguros Monolínea que corresponda), ii) tras recibir la Declaración de Divulgación u otros materiales de solicitud con respecto de Plan, en la máxima medida permitida por la ley, votará oportunamente, o dispondrá que se vote, para aceptar el Plan en su capacidad como Titular GO, Titulara AEP o asegurador de Reclamaciones por los Bonos GO Asegurados, según corresponda, con derechos de aceptación en virtud de la Orden de la Declaración deDivulgación, según el caso; disponiéndose, sin embargo, que los Acreedores PSA solamente estarán obligados a votar, o disponer que se vote, para aceptar el Plan con respecto a las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos AEP que dicho Acreedor PSA tenga en su poder o controle, o, en el caso de Assured, Syncora o National, que Assured, Syncora o National posean o aseguren y tenga derecho a votar de acuerdo con los términos de la Sección 301(c)(3) de PROMESA y de cualquier otra ley y documentos rectores aplicables, iii) no cambiará ni anulará (ni dispondrá que se cambie o se anule) ninguno de tales votos, iv) no dará su consentimiento a, ni votará por, ninguna modificación del Plan, a menos que dicha modificación Y) no sea perjudicial para los Titulares GO, los Titulares AEP, Assured, Syncora y National, y Z) no contradiga los términos establecidos en el presente y en el Plan, y v) no votará ni apoyará ningún plan de ajuste de la AEP o el ELA que no haya sido propuesto o no esté respaldado por las Partes del Gobierno, siempre y cuando ninguna de las Partes del Gobierno haya incurrido en un incumplimiento grave de este Acuerdo; estableciéndose, sin embargo, que cada una de las Partes reconoce que cada Reclamación por los Bonos GO Asegurados y cada reclamación por los Bonos AEP Asegurados se votará de conformidad con los términos de la sección 301(c)(3) de PROMESA y cualquier otra ley y documento rector que sea de aplicación mientras este Acuerdo siga vigente.

Sección 5.2 Solicitud de votos en vinculación con el Plan. Sin perjuicio de ninguna disposición en contrario en el presente artículo V o en alguna otra sección de este Acuerdo, este Acuerdo no es una solicitud de adhesión al Plan, ni se interpretará de esa forma. Cada una de las Partes, por separado y no conjuntamente, reconoce y conviene en que a) no se solicitarán votos sobre el Plan hasta que el Tribunal del Título III haya aprobado la Declaraciónde Divulgación y los materiales de propuestas relacionados y las partes que tengan derecho a recibirlos los hayan recibido, y b) este Acuerdo no constituye una oferta para emitir o vender títulos a ninguna persona o entidad, ni la presentación de una oferta para adquirir o comprar títulos en una jurisdicción donde dicha oferta o propuesta sería ilícita. SIN PERJUICIO DE LO ANTERIOR, NADA DE LO CONTENIDO EN EL PRESENTE EXIGIRÁ A NINGUNA DE LAS PARTES ADOPTAR NINGUNA MEDIDA QUE PROMESA, LA LEY DE TÍTULOS VALORES DE 1933 (CON SUS MODIFICACIONES), LA LEY DE LA BOLSA DE VALORES DE 1934 (CON SUS MODIFICACIONES), CUALQUIER NORMA ODISPOSICIÓN PROMULGADA DE CONFORMIDAD CON ELLAS, CUALQUIER OTRA LEY O DISPOSICIONES APLICABLES, O CUALQUIER ORDEN O INSTRUCCIÓN DE CUALQUIER TRIBUNAL O AUTORIDAD GUBERNAMENTAL ESTATAL O FEDERAL, PROHÍBAN.

Sección 5.3   Fideicomisos de custodia/Aceleración/Conmutación del seguro. Con sujeción a los términos y disposiciones establecidos en el Artículo VII del presente documento, el Plan incluirá, según proceda, disposiciones relativas a lo siguiente a) el establecimiento de fideicomisos de custodia relacionados con las distribuciones que se realicen a favor de los tenedores de los Bonos Asegurados

121751180v7

por Assured, los Bonos Asegurados por Syncora y los Bonos Asegurados por National, b) la aceleración de los Bonos Asegurados por Assured, los Bonos Asegurados por Syncora y los Bonos Asegurados por National y c) una propuesta a los tenedores pertinentes de los Bonos Asegurados por Assured, los Bonos Asegurados por Syncora y los Bonos Asegurados por National en relación con la resolución de las reclamaciones de dichos titulares con respecto a las pólizas de seguro aplicables, cuyas condiciones se ajustarán en su forma y sustancia a los requisitos de la Junta de Supervisión, el ELA y, en la medida aplicable, Assured, Syncora y National. Dichas propuestas podrán adoptar la forma de una o varias operaciones de conmutación; estableciéndose, sin embargo, que ningún tenedor de los Bonos Asegurados por Assured, Bonos Asegurados por Syncora o Bonos Asegurados por National estará obligado a aceptar ninguna de dichas propuestas de conmutación de las respectivas pólizas de seguros.

## ARTÍCULO VI

## COSTOS DE CONSUMACIÓN Y CARGOS POR RESTRICCIÓN

Sección 6.1 <u>Costos de Consumación y Cargos por Restricción PSA</u>. Con sujeción a los términos y condiciones del presente y del Plan, los Costos de Consumación y los Cargos por Restricción PSA, cada uno de los cuales devengará por completo en la fecha del presente o en la fecha de otorgamiento del Acuerdo de Adhesión para los Acreedores Iniciales PSA o los Acreedores de Litisconsorcio, según el caso, se pagará en la Fecha de Vigencia de conformidad con los términos y condiciones establecidos en el Plan y en la Orden de Confirmación.

(a)       <u>Costos de Consumación</u>. En contraprestación por los cargos y los gastos en que los Acreedores Iniciales PSA incurran en vinculación con la negociación y otorgamiento de este Acuerdo y la obtención de la aprobación de la Declaración de Divulgación y la confirmación del Plan, cada Acreedor Inicial PSA tendrá derecho a recibir en la Fecha de Vigencia, en la forma de una reclamación autorizada por gastos administrativos, en función de sus respectivas posiciones (aseguradas o no y, con respecto a Assured, Syncora y National, incluidas las posiciones que posean o hayan asegurado), a las 5:00 p.m. (EDT) de la fecha del presente, una porción prorrateada en efectivo en un monto que equivaldrá a un 1.50%, redondeado a dos decimales, del monto global de las Reclamaciones por los Bonos AEP, las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos de Garantía del ELA (sin duplicación).

(b)       <u>Cargo de Restricción PSA</u>. En contraprestación por la firma de este Acuerdo, y tras acordar regirse por todos sus términos y condiciones, incluido el acuerdo de "congelar" sus bonos de conformidad con los términos de este Acuerdo, con sujeción a la emisión de la Orden de Confirmación, cada Acreedor del Cargo de Restricción PSA (lo que incluye i) un tenedor de un Bono GO o un Bono AEP asegurados por una Aseguradora Monolínea (distinto a un Bono GO asegurado por una Aseguradora Monolínea o un Bono AEP asegurado por Assured, Syncora o National, según el caso), en la medida en que dicho Acreedor del Cargo de Restricción PSA esté autorizado a votar la reclamación con respecto a dicho Bono GO o un Bono AEP asegurados por una Aseguradora Monolínea en virtud de la sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable, y (ii) Assured, Syncora y National, en la medida en que Assured, Syncora o National, según corresponda, estén autorizados a votar dichas Reclamaciones GO Aseguradas o Reclamaciones AEP Aseguradas de acuerdo con la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la legislación aplicable) tendrá derecho a recibir el Cargo de Restricción PSA en la forma de una reclamación autorizada por gastos administrativos, pagadera en efectivo al momento de la consumación del Plan, en un monto equivalente al Porcentaje del Cargo por Restricción multiplicado por el monto global de las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos AEP y las Reclamaciones por los Bonos de Garantía del ELA (sin duplicación y, en la medida en que cualquiera de esas reclamaciones estén aseguradas por una Aseguradoras Monolínea, únicamente si el Acreedor del Cargo de Restricción PSA está autorizado a votar cualquiera de tales reclamaciones en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la legislación aplicable) en poder de —o, en el caso de Assured, Syncora o National, los documentos que posean o aseguren— tal Acreedor del Cargo de Restricción PSA al momento del vencimiento del Período del Cargo de Restricción PSA; <u>estableciéndose, sin embargo</u>, que cada Acreedor del Cargo de Restricción

46

COPIA FIRMADA

PSA que adquiera Bonos GO, Bonos AEP o BAN de AFIPR luego de la Fecha de Adhesión (lo que incluye, i) en el caso de un Bono GO o un Bono PBA asegurados por una Aseguradora Monolínea (diferentes a los Bonos GO asegurados por una Aseguradora Monolínea o los Bonos AEP asegurados por Assured, Syncora o National, según el caso), en la medida en que dicho Acreedor del Cargo de Restricción PSA esté autorizado a votar la reclamación con respecto a tales Bonos de conformidad con la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la legislación aplicable, y ii) Assured, Syncora y National, en la medida en que Assured, Syncora o National, según corresponda, estén autorizados a votar por dichas Reclamaciones por los Bonos GO Asegurados o Reclamaciones por los Bonos AEP Asegurados en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la legislación aplicable), tendrá derecho a recibir un Cargo de Restricción PSA equivalente al Porcentaje del Cargo por Restricción multiplicado por el monto global de las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos AEP y las Reclamaciones por los Bonos de Garantía del ELA (sin duplicación y, en la medida en que dichas reclamaciones estén aseguradas por Aseguradoras Monolínea, únicamente si dicho Acreedor del Cargo de Restricción PSA está autorizado a votar dicha reclamación en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la legislación aplicable) en poder de tal Acreedor del Cargo de Restricción PSA en la Fecha de Umbral PSA y la emisión de la Orden de Confirmación, lo que ocurra primero; y estableciéndose, asimismo, que si un Acreedor del Cargo de Restricción PSA vende cualquiera de los Bonos GO, los Bonos AEP o los BAN de AFIPR por los que habría tenido derecho a recibir el Cargo de Restricción PSA, la parte compradora, y no la parte vendedora, tendrá derecho a recibir el Cargo por Restricción PSA por motivo de dicha venta; y estableciéndose, asimismo, que en todas las circunstancias la suma del total del Cargo de Restricción PSA más los Costos de Consumación no excederá la cifra de trescientos cincuenta millones de dólares ($350,000,000.00); y disponiéndose, asimismo, que en caso de que este Acuerdo sea rescindido de conformidad con los términos de la sección 7.1 b) iii) (de conformidad con la extensión que establece la sección 7.1 b) del presente, c)i) o ii) del presente, o si la Junta de Supervisión extingue este Acuerdo por cualquier motivo que no sea i) un incumplimiento de este Acuerdo por parte de una parte no gubernamental, ii) que el Tribunal del Título III deniegue la confirmación del Plan (o el Tribunal del Título III emita una decisión o manifieste su posición de que denegará la confirmación si no se modifica el Plan, y dicha modificación habría tenido un efecto grave adverso sobre la capacidad de las Partes para consumar el Plan en términos coherentes con este Acuerdo, incluidos, sin limitación, los términos establecidos en el Resumen de Transacción que se adjunta como Anexo I), (iii) la Legislación sobre los Bonos GO Nuevos, la Legislación CVI y la Ley de Responsabilidad por la Deuda no se aprueban antes del inicio de la vista para considerar la confirmación del Plan, o (iv) se dicta una orden con respecto a uno o más de los asuntos establecidos en la Sección 7.1(b)(ii) del presente documento, la suma global del Cargo de Restricción PSA y los Costos de Consumación, a saber cien millones de dólares ($100,000,000.00) se pagará de manera prorrateada y en efectivo como gasto administrativo de conformidad con un plan de ajuste para el ELA a los Acreedores Iniciales PSA en la fecha de rescisión; y estableciéndose, además, que en toda otra circunstancia, al momento de la rescisión del Acuerdo, no deberá pagarse ningún Costo de Consumación o Cargo de Restricción PSA a la Parte de este Acuerdo que lo rescinda o a la Parte con respecto a la cual se rescinda este Acuerdo.

(c)      Cargo para Apoyo a los Inversores Minoristas. El Plan dispondrá la clasificación separada de los Bonos GO Minoristas y los Bonos AEP Minoristas con respecto a varias series de Bonos GO y Bonos AEP. En caso de que una clase de Inversores Minoristas vote para

COPIA FIRMADA

aceptar el Plan, los miembros de dicha clase tendrán derecho a la parte asignable que les corresponda del Cargo para Apoyo a los Inversores Minoristas, cuyo valor máximo es de cincuenta millones de dólares ($50,000,000.00) en un monto que equivaldrá al Porcentaje del Cargo por Restricción multiplicado por el monto global de las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos AEP y las Reclamaciones por los Bonos de Garantía del ELA (sin duplicación) en poder de dicho Inversor Minorista a la fecha en que el Tribunal del Título III dicte la Orden de Confirmación. En caso de que, tras asignar el Cargo para Apoyo a los Inversores Minoristas a los Inversores Minoristas de las clases que votaron para aceptar el Plan, el monto total de cincuenta millones de dólares ($50,000,000.00) no se asigne por completo, el saldo del Cargo para Apoyo a los Inversores Minoristas se reasignará y distribuirá de manera prorrateada a los Acreedores del Cargo de Restricción PSA y a los Inversores Minoristas que sean miembros de las clases que votaron para aceptar el Plan. Además, el Cargo para Apoyo a los Inversores Minoristas que se asigne a cualquier clase de Bonos GO Minoristas o Bonos AEP Minoristas que no voten para aceptar el Plan se reasignará y distribuirá de manera prorrateada entre los Acreedores del Cargo de Restricción PSA y a los Inversores Minoristas que integren las clases que votaron para aceptar el Plan. La Junta de Supervisión, Assured, Syncora y National acuerdan que ningún Inversor Minorista tendrá derecho a votar ninguna reclamación por motivo de ninguna Reclamación de Bonos Asegurados asegurada por Assured, Syncora o National, según el caso, y ningún Inversor Minorista recibirá ningún Cargo para el Apoyo a Inversores Minoristas por motivo de ninguna reclamación basada en cualquier Reclamación por Bonos Asegurados asegurada por Assured, Syncora o National, según el caso.

121751180v7

**COPIA FIRMADA**

## ARTÍCULO VII

## RESCISIÓN

Sección 7.1 <u>Rescisión del Acuerdo</u>.

a) Cualquier Acreedor PSA podrá rescindir el presente Acuerdo, únicamente en lo relacionado con sí mismo y a su exclusivo criterio, para lo cual deberá enviar la notificación por escrito a las demás Partes en caso de que se produzca alguna de las siguientes situaciones: i) cualquiera de las Partes del Gobierno incumple con cualquiera de los compromisos que haya asumido en el artículo IV del presente o cualquiera de las obligaciones que le impone este Acuerdo, si dicho incumplimiento tiene o pudiera tener un efecto económico o jurídico adverso en dicho Acreedor PSA, incluidos impactos económicos adversos en el trato que se otorgue a dicho Acreedor PSA en virtud del Plan (por ejemplo, cualquier arreglo que se establezca de conformidad con el Plan o cambios a las protecciones jurídicas que brinda la sección 4.10 b) del presente), o cambios en los flujos de efectivo para los Bonos GO Nuevos o que se mencionen en los anexos al Plan, los términos y la estructura de los CVI que se establezcan en el Plan, o a la definición o el cálculo de los Costos de Consumación, o un Cargo por Restricción PSA que tuviera un efecto económico o jurídico adverso sobre dicho Acreedor PSA; ii) la Junta de Supervisión presenta una moción o solicitud ante el Tribunal del Título III que vaya en contra de este Acuerdo, incluido el Plan, en cualquier aspecto jurídico o económico que pudiera ser adverso (incluidos aspectos relativos al trato otorgado en virtud del Plan, cualquier arreglo que se establezca de conformidad con el Plan, o cambios en los flujos de efectivo para los Bonos GO Nuevos a que se hace referencia en los anexos del Plan, los términos y la estructura de los CVI que se establecen en el Plan, o en la definición o el cálculo de los Costos de Consumación o en el Cargo de Restricción PSA), y dicha moción o solicitud no es retirada antes de lo primero en ocurrir entre y) cinco (5) Días hábiles luego de que la Junta de Supervisión reciba una notificación por escrito de otra Parte (de conformidad con las disposiciones sobre el envío de notificaciones que figuran en la sección 8.11 del presente) a los efectos de que dicha moción o solicitud es incongruente con este Acuerdo en lo referido a dicho aspecto económico o jurídico adverso, y z) la emisión de una orden del Tribunal del Título III para aprobar dicha moción o solicitud; iii) se emite una Orden Definitiva en el marco del Procedimiento de PROMESA que tiene efectos adversos graves sobre las perspectivas de confirmar el Plan; iv) no se aprueba la Legislación sobre los Bonos GO Nuevos, la Legislación CVI ni la Ley de Responsabilidad por la Deuda antes del comienzo de la vista para analizar la confirmación del Plan, o v) la Fecha de Vigencia no ocurre a más tardar el 15 de diciembre de 2021; <u>estableciéndose, sin embargo</u>, que si las Partes del Gobierno publican una instrucción y notificación conjuntas, la fecha que se indica en la subsección v) anterior se extenderá hasta el 31 de enero de 2022, <u>estableciéndose, asimismo</u>, que en caso de que un tribunal competente dicte una orden de paralización de la eficacia de la Orden de Confirmación, la fecha establecida en el apartado v) anterior se extenderá hasta los quince (15) días siguientes al levantamiento de dicha paralización.

(b)          La Junta de Supervisión, o el Grupo de la Deuda Constitucional, el Grupo GO, la

121751180v7

COPIA FIRMADA

CDCL, el Grupo QTCB, Assured y Syncora actuando de manera conjunta, podrán rescindir el presente Acuerdo en cualquier momento antes de la Fecha de Vigencia con respecto a todas las Partes en caso de que ocurra cualquiera de las siguientes situaciones: i) cualquier otra Parte incumple con cualquiera de las obligaciones que le corresponden en virtud del artículo IV del presente o con cualquiera de las responsabilidades que haya asumido de conformidad con este Acuerdo, y dicho incumplimiento tiene efectos adversos graves sobre las probabilidades de confirmar el Plan (como lo determinen conjuntamente las Partes del Gobierno y los Acreedores Iniciales PSA); ii) se dicta una orden judicial que incluye, sin limitación, una determinación de que A) el fideicomisario de los Bonos del SRE o los bonistas del SRE tienen una reclamación de gastos administrativos lícita contra el ELA, B) el SRE no está autorizado a transferir al ELA ninguna de las propiedades que deben transferirse de acuerdo con la Ley 106 y la Resolución Conjunta 188, libre de todo tipo de embargos, reclamaciones y gravámenes, C) las reclamaciones de recuperación presentadas contra el ELA con respecto a los Bonos ACT, los Bonos CCDA y los Bonos AFIPR deben recibir un tratamiento en igualdad de condiciones con las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos AEP y las Reclamaciones por los Bonos de Garantía del ELA, D) se revoca la paralización automática con relación a cualquiera de las Mociones de Levantamiento de las Paralizaciones, o E) se determina que los fondos de recuperación en cuestión en cualquiera de las Mociones de Levantamiento de las Paralizaciones o las Acciones de Recuperación no constituyen una propiedad del ELA, y dicha orden no es revocada o resuelta de manera consensuada y satisfactoria para las Partes del Gobierno, y, a la luz de todas las circunstancias, tiene un efecto grave y adverso sobre las probabilidades de confirmar el Plan o hace impracticable su consumación, iii) la Fecha de Vigencia no se produce a más tardar el 15 de diciembre de 2021, iv) el Tribunal del Título III u otro tribunal con jurisdicción emite una Orden Definitiva en la que deniega la confirmación del Plan; v) la situación económica del ELA experimenta una crisis que hace inviable la confirmación del Plan y su puesta en práctica; vi) la Ley de Responsabilidad por la Deuda, tal como fue aprobada, no contiene el Límite Integral que establece el Plan, (vii) la Legislación sobre los Bonos GO Nuevos, la Legislación CVI y la Ley de Responsabilidad por la Deuda no se aprueban antes del inicio de la vista para considerar la confirmación del Plan; estableciéndose, sin embargo, que el derecho de la Junta de Supervisión a rescindir este Acuerdo en virtud del inciso vii) no podrá ejercerse antes del 31 de diciembre de 2021 o, si la fecha establecida en el inciso iii) anterior se extiende de conformidad con las disposiciones de esta Sección 7.1 b), quince (15) días tras la fecha o de dicha extensión, o viii) un tribunal con competencia emite una sentencia, resolución u orden que hace ilegal al Plan o de alguna manera impide o prohíbe su puesta en práctica, y dicha sentencia, resolución u orden no es anulada o revocada a más tardar sesenta (60) días calendario luego de su emisión y no es paralizada; estableciéndose, sin embargo, que si las Partes del Gobierno publican una instrucción y notificación conjuntas a tales efectos, la fecha establecida en el inciso (iii) anterior se extenderá hasta el 31 de enero de 2022 inclusive; y estableciéndose, asimismo, que en caso de que un tribunal con competencia dicte una orden para paralizar la validez de la Orden de Confirmación, la fecha establecida en el inciso iii) anterior se extenderá hasta quince (15) días tras el levantamiento de dicha paralización.

(c) Sin limitar los derechos que cualquier otra disposición de este Acuerdo otorgue al Grupo de la Deuda Constitucional, el Grupo GO, la CDCL, el Grupo QTCB, sus respectivos miembros, Assured y Syncora, cualquiera de ellos podrá, a su exclusivo criterio, rescindir este Acuerdo con relación a todas las Partes si la Junta de Supervisión i) modifica cualquiera de las disposiciones del Plan de una forma que tenga efectos económicos o jurídicos adversos sobre el

COPIA FIRMADA

trato que se otorga a cualquier Titular GO, Titular AEP, Assured o Syncora, según corresponda, en el Plan, o ii) presenta un plan de ajuste que sea incompatible desde el punto de vista económico con el trato que se establece en el Plan (lo que incluye, sin limitación, cualesquiera modificaciones a las protecciones jurídicas que se establecen en la sección 4.10 b) del presente o a las características del diseño de los Bonos GO Nuevos que se establecen en el Anexo I del presente), en cada caso, sin el consentimiento del Grupo de la Deuda Constitucional, el Grupo GO, la CDCL, el Grupo QTCB, Assured y Syncora.

(d)        La paralización automática que contemplan los artículos 362 y 922 del Código de Quiebras, que son de aplicación a los Procedimientos de PROMESA en virtud de la sección 301 de PROMESA, no impedirán a una Parte adoptar cualquier medida que sea necesaria para lograr la rescisión de este Acuerdo de antes de con sus términos.

(e)        Este Acuerdo podrá ser rescindido con respecto a todas las Partes con el consentimiento unánime de los Acreedores Iniciales PSA en caso de que el porcentaje gravable de Bonos GO Nuevos exceda el trece por ciento (13%) del total de Bonos GO Nuevos emitidos de conformidad con el Plan.

(f)        Este Acuerdo podrá ser rescindido por el representante del propietario de los BAN de AFIPR (en su capacidad como tal y como Titular GO y/o Titular AEP) únicamente en relación con sí mismo y con respecto a las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos de Garantía del ELA y las Reclamaciones por los Bonos AEP de los que sea propietario o que gestione, a su exclusivo criterio y previo envío de una notificación por escrito a las demás Partes, en caso de ocurrir cualquiera de las siguientes cosas: i) la Estipulación AFIPR no sea otorgada por la Junta de Supervisión, AAFAF y AFIPR antes del 24 de febrero de 2021, ii) la Estipulación AFIPR sea rescindida por la Junta de Supervisión o AAFAF, iii) AFIPR no haya depositado los fondos en una cuenta de plica que devengue intereses, en beneficio de los tenedores de los BAN de AFIPR, en la cantidad y forma establecidas en la Estipulación AFIPR y según términos y condiciones que se ajusten a la Estipulación AFIPR, dentro de los primeros veinte (20) Días hábiles siguientes a la fecha del presente, o, iv) cualquier enmienda o modificación al presente Acuerdo tiene impactos económicos o jurídicos adversos sobre el trato otorgado a los tenedores de los BAN de AFIPR.

(g)        El presente Acuerdo podrá ser rescindido por Assured, únicamente en lo que respecta a sí mismo y a las Reclamaciones por los Bonos GO Asegurados y a las Reclamaciones por los Bonos AEP Asegurados que asegure, a su única y absoluta discreción y mediante envío de notificación por escrito a las demás Partes a más tardar el 31 de marzo de 2021, a las 05:00 p.m., hora de la ciudad de Nueva York; estableciéndose, para despejar dudas, que en caso de que Assured rescinda el presente Acuerdo de conformidad con la presente sección 7.1 g), el Cargo por Restricción PSA y los Costos de Consumación se recalcularán como si Assured no hubiera sido Parte en la fecha del presente.

(h)        El presente Acuerdo podrá ser rescindido por National, únicamente en lo que respecta a sí mismo y a las Reclamaciones por los Bonos GO Asegurados y a las Reclamaciones por los Bonos AEP Asegurados que asegure, a su única y absoluta discreción y mediante envío de notificación por escrito a las demás Partes a más tardar el 31 de marzo de 2021, a las 05:00 p.m., hora de la ciudad de Nueva York; estableciéndose, para despejar dudas, que en caso de que National rescinda el presente Acuerdo de conformidad con la presente sección 7.1 h), el Cargo por Restricción PSA y los Costos de Consumación se recalcularán como si National no hubiera sido Parte en la fecha del presente.

121751180v7

COPIA FIRMADA

(i)     El presente Acuerdo quedará automáticamente extinguido con respecto a todas las Partes a la llegada de la Fecha de Vigencia, a excepción de lo relacionado con cualquier acción de las Partes que el presente Acuerdo disponga expresamente que ocurrirá con posterioridad a la Fecha de Vigencia; estableciéndose, sin embargo, que a todos los efectos de la presente sección 7.1, el trato que se otorgará a todas las clases de reclamaciones distintas a las que se consignan en el Anexo I del presente no constituirá un efecto económico jurídico adverso para ningún Acreedor PSA; y, estableciéndose, además, que en caso de que Assured o National rescindan el presente Acuerdo únicamente en lo que respecta a sí mismos de conformidad con los términos y disposiciones de las secciones 7.1g) o h) del presente, respectivamente, ninguno de ellos podrá objetar a la confirmación del Plan ni de otro modo oponerse a cualquier moción o solicitud por motivo del pago de los Costos de Consumación, el Cargo de Restricción PSA o el Cargo para el Apoyo a Inversores Minoristas que se prevén en el artículo VI del presente documento y en el Plan.

Sección 7.2. Efectos de la rescisión. Excepto que se establezca otra cosa en el presente, ante la rescisión de este Acuerdo en lo relacionado con cualquiera de las Partes, a) este Acuerdo será declarado nulo y sin efectos, sin ninguna obligación para la Parte en cuestión y sus afiliados (ni ninguno de sus respectivos directores, directivos, empleados, consultores, contratistas, clientes de asesoría, agentes, asesores jurídicos y financieros u otros representantes de dicha Parte o sus afiliados), lo que incluye, sin limitación, la circunstancia de que el representante del propietario de los BAN de AFIPR, Assured o National rescindan este Acuerdo únicamente en lo relacionado con ella misma en virtud de la secciones 7.1 f), g) o h) del presente, respectivamente, en cuyo caso todas las referencias al representante del propietario de los BAN de AFIPR, los BAN de AFIPR, el Litigio por los BAN de AFIPR, el Litigio sobre la incautación de los BAN de AFIPR, la Estipulación AFIPR, Assured y National, según el caso, se considerarán suprimidos de este Acuerdo y declaradas nulas y sin efectos; b) dicha Parte no tendrá ninguna obligación con respecto a ninguna otra Parte en virtud de este Acuerdo, ni tendrá más derechos, beneficios o privilegios de conformidad con él (lo que incluye, sin limitación, derechos con respecto a los Costos de Consumación o el Cargo de Restricción PSA, a excepción de lo que se disponga en el Plan), a excepción de las obligaciones o disposiciones de las secciones 2.1, 6.1 b), 7.1, 7.3, 8.3, 8.4, 8.8, 8.13 y 8.15 del presente y lo que se dispone en la presente cláusula b) de la sección 7.2, disposiciones que sobrevivirán a la extinción o rescisión de este Acuerdo y conservarán su pleno vigor y efectos de conformidad con los términos del presente; estableciéndose, sin embargo, que cualquier responsabilidad en que incurra una Parte por incumplir con los términos de este Acuerdo antes de la fecha de extinción o rescisión seguirá siendo exigible, y c) dicha Parte tendrá todos los derechos y remedios a los que habría tenido acceso, y podrá adoptar todas las medidas que habría tenido derecho a adoptar, de no haber celebrado este Acuerdo, y no se considerará que haya renunciado a ninguno de tales derechos por motivo de las doctrinas de prescripción liberatoria o de los actos propios, y las Partes convienen en que renunciarán a, y no utilizarán como defensa, los plazos de prescripción aplicables a cualquier reclamación, litigio, procedimiento, acción judicial o causa que tengan contra otra Parte y cuya presentación este Acuerdo impediría, como si el transcurso del plazo de prescripción hubiera quedado detenido durante el período en que la Parte que presenta la reclamación, litigio, procedimiento, acción judicial o causa debía regirse por este Acuerdo; estableciéndose, sin embargo, que en ninguna circunstancia dicha extinción o rescisión eximirá a dicha Parte de las obligaciones que le competen por haber incumplido sus obligaciones antes de dichas extinción o rescisión, y estableciéndose, además, que a menos que el Tribunal del Título III disponga otra cosa, en el momento en que se envíe una notificación a la Parte que

121751180v7

COPIA FIRMADA

solicita la rescisión o extinción, todos los consentimientos y votos emitidos por dicha Parte antes de la rescisión o extinción serán considerados, a todos los efectos, nulos *ab initio*, y las Partes no los considerarán ni los utilizarán de manera alguna en vinculación con el Acuerdo, el Plan o de otras maneras. A excepción de lo relacionado con controversias derivadas de incumplimientos de este Acuerdo o su interpretación tras su rescisión, y) ni este Acuerdo, ni ninguno de sus términos ni disposiciones ni ninguna de las negociaciones relacionadas con el presente serán admisibles en ninguna disputa, litigio, procedimiento o controversia entre las Partes, y nada de lo contenido en el presente podrá interpretarse como una admisión de ninguna de las Partes con respecto a ninguna cuestión, entendiéndose que las declaraciones y resoluciones consignadas en el presente fueron el resultado de negociaciones y concesiones de las posiciones de cada una de las Partes, y z) ninguna de las Partes podrá recurrir a este Acuerdo como elemento probatorio en contra de la otra Parte.

Sección 7.3 <u>Obligaciones posteriores a la Fecha de Vigencia</u>. Además de las obligaciones y disposiciones que se enumeran en la sección 7.2 b), que seguirán en vigencia tras la extinción de este Acuerdo, las obligaciones o disposiciones que se establecen en las secciones 4.1 e), 4.1 f), 4.2 d) y 4.2 e) seguirán en vigencia tras la extinción automática de este Acuerdo en virtud de la sección 7.1 i) del presente.

## ARTÍCULO VIII

## DISPOSICIONES VARIAS

Sección 8.1 <u>Enmiendas.</u> El presente Acuerdo no podrá ser modificado, enmendado ni complementado sin un acuerdo por escrito firmado por las Partes del Gobierno que sean partes del presente, el Grupo de la Deuda Constitucional, el Grupo GO, la CDCL y el Grupo QTCB; <u>estableciéndose, sin embargo</u>, que cualquier modificación, enmienda o complemento que tenga efectos económicos o jurídicos adversos sobre un Acreedor PSA, por ejemplo, debido a que modifica el trato que se otorga a dicho Acreedor PSA en virtud del Plan (incluida cualquier transacción aplicable que se establezca de conformidad con el Plan) o cambia los flujos de efectivo o las protecciones jurídicas propuestas para los Bonos GO Nuevos o los CVI, o la definición y el cálculo de los Costos de Consumación o el Cargo de Restricción PSA de cualquier manera que pudiera tener un efecto económico adverso sobre dicho acreedor PSA, deberá acordarse por escrito por cada uno de los Acreedores Iniciales PSA. Sin perjuicio de lo anterior y de los términos y disposiciones de las secciones 4.5 a) y 4.6 a) del presente, y sin el consentimiento o aprobación de los miembros del Grupo de la Deuda Constitucional, los miembros del Grupo GO, los Titulares CDCL, los Tenedores de Pagarés QTCB, Assured, Syncora y National a partir de la fecha del presente y hasta la Fecha Límite de Adhesión, la Junta de Supervisión podrá solicitar que partes adicionales suscriban el presente Acuerdo con sujeción a todos sus términos, lo que incluye, sin limitación, los términos y condiciones que se establecen en los anexos, adjuntos y suplementos de este Acuerdo; <u>estableciéndose, sin embargo</u>, que sin perjuicio de las disposiciones de la presente sección 8.1, a menos que una modificación, enmienda o complemento tenga efectos económicos o jurídicos adversos sobre un acreedor PSA, la Junta de Supervisión podrá enmendar o de otras maneras modificar los términos del presente sin el consentimiento de las partes adicionales mencionadas, siempre y cuando se obtenga primero el consentimiento de los miembros del Grupo de la Deuda Constitucional, los miembros del Grupo GO, los Titulares CDCL, los tenedores de Pagarés QTCB, Assured, Syncora y National; y <u>estableciendo, asimismo</u>, que cada parte adicional

121751180v7

COPIA FIRMADA

deberá otorgar y entregar al abogado de la Junta de Supervisión el modelo de Acuerdo Suplementario adjunto como Anexo G; y estableciéndose, además, que bajo ninguna circunstancia las disposiciones de la Sección 6.1 a) podrán ser modificadas, enmendadas o complementadas sin el consentimiento expreso y por escrito de los Acreedores Iniciales PSA a la fecha de este Acuerdo.

Sección 8.2 Naciones más favorecidas. Sin perjuicio de ninguna disposición en contrario contenida en el presente, en caso de que la Junta de Supervisión celebre acuerdos que establezcan (o si el Plan establece) arreglos o un nivel de trato que sean más favorables desde el punto de vista económico a) para cualquier Reclamación por los Bonos GO (para aclarar, se incluyen las Reclamaciones por los Bonos GO Asegurados) o para cualquier Reclamación por los Bonos de Garantía del ELA que el trato que establece el Resumen de Transacción para cualquier otra Reclamación por los Bonos GO o Reclamación por los Bonos de Garantía del ELA de la misma época (es decir, antes de 2011, 2011, 2012 o 2014, según corresponda), el trato que se establece en el Resumen de Transacción se modificará para que sea el mismo que se brinda a dichas Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA, según corresponda, b) para cualquier Reclamación por los Bonos AEP (para aclarar, se incluyen las Reclamaciones por los Bonos AEP Asegurados) que el trato que se establece en el Resumen de Transacción para cualquier otra Reclamación por los Bonos AEP, independientemente de su época, el trato que se establece en el Resumen de Transacción se modificará para que sea el mismo que se brinda a dichas Reclamaciones por los Bonos AEP; o c) para cualquier Aseguradora Monolínea, o para un titular de una Reclamación por Bonos Asegurados, que el trato que debe brindarse en conformidad con el presente y que se establece en el Resumen de Transacción o en virtud del Plan a Assured, Syncora, National, o a cualquier titular de Reclamaciones por Bonos Asegurados por Assured, Syncora o National, entonces el tratamiento proporcionado a Assured, Syncora, National y a los titulares de las Reclamaciones por los Bonos GO Asegurados y las Reclamaciones por los Bonos AEP Asegurados por Assured, Syncora o National, según sea el caso, se modificará para que sea igual a dicho trato mejorado estableciéndose, sin embargo, que el trato que se brinde a x) bonos (distintos a los Bonos AEP, para despejar dudas) que estén garantizados por el ELA, pero cuya garantía no haya sido ejecutada; y) las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos AEP en poder de los inversores de Puerto Rico, según la definición contenida en el Plan, y z) las habituales Reclamaciones de Conveniencia (*Convenience Claims*), según se las define en el Plan, quedarán eximidas de esta disposición; y, estableciéndose, además, que el pago de cualquier prima pagada a una Aseguradora Monolínea en relación con la provisión de un seguro con respecto al reembolso de cualquier Bono GO Nuevo no estará abarcado por esta disposición.

Sección 8.3 No se admite ninguna responsabilidad.

a) El otorgamiento de este Acuerdo no constituirá ni una admisión de responsabilidad ni una prueba en ninguna demanda, acción judicial, procedimiento o controversia —pendiente de resolución o futura— con respecto a cualquier responsabilidad, acto ilícito u obligación (lo que incluye los aspectos de fondo de cualquier reclamación o defensa) de una Parte frente a la otra o a cualquier Persona, en lo relacionado con cualquiera de las cuestiones abarcadas en el presente, ni podrá interpretarse de ese modo.

b) Nada de lo contenido en este Acuerdo (incluidos, sin limitación, el Preámbulo y los Anexos), ni los convenios consignados en él, ni ningún acto realizado o documento otorgado de conformidad con él o para promover sus fines: i) es una admisión o prueba de la validez de cualquier reclamación o alegación realizada en las Objeciones Relacionadas con la Deuda, las

COPIA FIRMADA

Acciones por Nulidad, las Mociones para el levantamiento de las paralizaciones, la Moción según la sección 926, las Acciones de Recuperación, las Acciones para impugnar los gravámenes, el Litigio AEP o el Litigio por los BAN de AFIPR, ni de acto ilícito u obligación de ninguna de las Partes, ni podrá considerarse de ese modo o usarse con dicho fin; ii) es una admisión o prueba de ninguna obligación, falta u omisión de ninguna de las Partes en cualquier procedimiento civil, penal o administrativo ante ninguna corte, dependencia administrativa o cualquier otro tribunal, ni podrá considerarse de ese modo o usarse con dicho fin; ni iii) es una admisión o prueba contra el ELA o AEP con respecto a la validez de cualquiera de las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos de Garantía del ELA o las Reclamaciones por los Bonos AEP. Nada de lo contenido en este Acuerdo, el convenio alcanzado ni ningún acto realizado o documento otorgado de conformidad con el presente será admisible en ningún procedimiento con ningún fin, a excepción de lo que se necesite para lograr el cumplimiento de los términos de este Acuerdo.

Sección 8.4 <u>Negociaciones de buena fe.</u> Las Partes reconocen que cada una está siendo representada por un abogado, y que han recibido asesoramiento jurídico independiente con respecto a la conveniencia de celebrar este Acuerdo; las negociaciones relacionadas con este Acuerdo fueron regulares y se desarrollaron en igualdad de condiciones; cada una de las Partes otorga este Acuerdo como expresión de su libre voluntad; y cada una está al tanto de todos los hechos pertinentes y los derechos que le asisten, y no ha sido influida indebidamente ni inducida a otorgar este Acuerdo como resultado de cualquier acto o acción de la otra Parte o cualquiera de sus empleados, agentes, apoderados o representantes. Asimismo, las Partes reconocen que otorgaron este Acuerdo debido a intención de evitar los gastos e inconvenientes de los litigios y otras controversias, y para llegar a una resolución permanente y definitiva con respecto a las Reclamaciones entre las Partes. Asimismo, las Partes reconocen y convienen en que, en lo relacionado con los Procedimientos de PROMESA y la negociación y consumación de este Acuerdo, lo que incluye, sin limitación, el Plan, las Partes actuaron en todo momento a) de buena fe, y b) únicamente a título personal y no en representación o en nombre de ningún otro acreedor, bonista u otra parte interesada.

Sección 8.5 <u>Terceros beneficiarios.</u> A excepción de los fondos y las cuentas que sean tenedores de los Bonos GO, los Bonos AEP o los BAN de AFIPR y cuyos asesores o gestores sean Partes del presente, y Assured, Syncora y National, nada de lo contenido en este Acuerdo, expreso o implícito, tiene por objeto conferir u otorgar a ninguna persona (incluidas, sin limitación, las Aseguradoras Monolínea, distintos de Assured, Syncora y National) distinta a las Partes en el presente —y sus respectivos sucesores y cesionarios— ningún derecho, remedio o reclamación en virtud de este Acuerdo o de cualquier convenio, acuerdo o estipulación del presente; y los convenios, estipulaciones y acuerdos contenidos en este Acuerdo redundan y redundarán en el único y exclusivo beneficio de las Partes del presentey sus respectivos sucesores y cesionarios.

Sección 8.6 <u>Legislación aplicable; retención de jurisdicción; entrega de notificaciones.</u> El presente Acuerdo se regirá e interpretará de conformidad con la legislación interna del estado de Nueva York y la legislación federal aplicable, sin tener en cuenta los principios de elección de sistemas jurídicos que exigirían aplicar la legislación de otra jurisdicción. Al otorgar y formalizar este Acuerdo, por el presente cada Parte conviene de manera irrevocable e

COPIA FIRMADA

incondicional en presentar cualquier acción judicial, demanda o procedimiento entre cualquiera o la totalidad de ellas con respecto a cualquier asunto que se relacione con este Acuerdo, o que se radique a fin de reconocer o ejecutar cualquier sentencia dictada en cualquiera de tales acciones judiciales, demandas o procedimientos, ante el Tribunal del Título III únicamente a tales efectos y, al otorgar y formalizar este Acuerdo, cada una de ellas acepta de manera irrevocable la jurisdicción de dicho tribunal, y se somete a ella, de manera general e incondicional, con respecto a cualquier acción judicial, demanda o procedimiento, con sujeción a los derechos de cada Parte de conformidad con la ley aplicable. En caso de iniciar cualquier acción judicial, demanda o procedimiento, cada una de las Partes del presente a) acuerda y da su consentimiento a que se podrá cursar una notificación del proceso, y obtener la jurisdicción personal sobre cualquiera de las Partes del presente en cualquiera de tales acciones judiciales, demandas o procedimientos, enviando por correo a la Parte, a la dirección que haya establecido en la sección 8.11 del presente, una copia de la citación, la demanda y los demás documentos necesarios para interponer dicha acción judicial, demanda o procedimiento, a menos que dicha Parte haya indicado otra dirección en una notificación enviada a las demás Partes de conformidad con la sección 8.11 del presente, y b) en la máxima medida permitida por la ley aplicable, renuncia a cualquier derecho que pueda tener a un juicio con jurado en cualquier procedimiento judicial que surja directa o indirectamente de este Acuerdo y de las declaraciones, convenios y otras obligaciones consignadas aquí.

Sección 8.7 <u>Encabezamientos.</u> Los encabezamientos de las secciones, párrafos y subsecciones de este Acuerdo se incluyen únicamente con fines de conveniencia, no forman parte de este Acuerdo y no modifican de manera alguna los términos de las disposiciones del presente, ni afectarán su interpretación.

Sección 8.8 <u>Acuerdo vinculante; sucesores y cesionarios.</u> Este Acuerdo surtirá efectos y será vinculante únicamente tras su otorgamiento y formalización por las Partes que se enumeran en la página de firmas. El presente Acuerdo será vinculante con respecto a las Partes, y redundará en su beneficio y en el de sus respectivos sucesores, cesionarios, administradores, fundadores y representantes. Los acuerdos, declaraciones, convenios y obligaciones asumidos por las Partes en virtud de este Acuerdo son a título individual y no conjunto, y ninguna será responsable por el cumplimiento o incumplimiento de otra con respecto a este Acuerdo. En caso de que cualquier disposición de este Acuerdo, o su aplicación a cualquier persona o entidad o circunstancia, se considere inválida o inexigible, en su totalidad o en parte, dicha invalidez e inexigibilidad afectará únicamente dicha disposición (o parte de ella), y las secciones restantes de dicha disposición y este Acuerdo continuarán teniendo pleno vigor y efectos, siempre y cuando los aspectos económicos y jurídicos fundamentales de las transacciones contempladas aquí o en el Plan no se vean afectados de una manera que perjudique sustancialmente a cualquiera de las Partes. En caso de que se determine dicha invalidez, las Partes negociarán de buena fe para modificar este Acuerdo de forma tal de alcanzar, en la máxima medida posible, sus intenciones originales de una manera razonablemente aceptable, a fin de que las transacciones contempladas en el presente se lleven a cabo como estaba originalmente previsto en la máxima medida posible. Sin perjuicio de lo anterior, a menos que las Partes acuerden otra cosa, las disposiciones del presente que contemplan el pago de los Costos de Consumación y los Cargos de Restricción PSA son aspectos fundamentales de este Acuerdo y no pueden suprimirse.

Sección 8.9 <u>Acuerdo total.</u> El presente Acuerdo, lo que incluye, sin limitación, el Plan, constituye el acuerdo total entre las Partes con respecto al objeto del presente y el Plan, y reemplaza todas las

COPIA FIRMADA

negociaciones, declaraciones, promesas o garantías anteriores (orales o de otro tipo) realizadas por cualquiera de las Partes con respecto a su objeto. Ninguna de las Partes ha suscrito este Acuerdo sobre la base de ninguna declaración, promesa o garantía previa (orales o de otro tipo) de la contraparte, a excepción de los compromisos que puedan haberse asumidos expresamente en el presente.

Sección 8.10 <u>Ejemplares</u>. El presente Acuerdo podrá ser otorgado en varios ejemplares, cada una de las cuales será considerada una copia original, siendo la totalidad de las mismas, cuando sean reunidas, consideradas un único instrumento. Las copias de los ejemplares firmados transmitidos por telecopia u otro servicio de transmisión electrónica serán consideradas copias originales firmadas, siempre y cuando se confirme la recepción de tales ejemplares.

Sección 8.11 <u>Notificaciones</u>. Todos los pedidos, notificaciones, solicitudes, consentimientos y otras comunicaciones que se cursen en virtud del presente deberán ser por escrito y se considerarán entregados i) cuando se entreguen personalmente mediante un servicio de correo o mensajería, ii) cuando se reciban efectivamente (según constancia de recepción o de otro modo) durante el horario comercial normal, o en el primer día hábil siguiente si se transmiten por vía electrónica (por correo electrónico), por fax o telecopia, con acuse de recibo, o iii) tres (3) Días hábiles luego de haber sido debidamente depositados en una oficina de correo para su envío mediante correo certificado o registrado, con franqueo prepagado y solicitud de acuse de recibo, a las siguientes direcciones, o a las direcciones que puedan indicarse en el futuro por escrito, a las siguientes Partes:

(a) Junta de Supervisión, el ELA o la AEP:
PROSKAUER ROSE LLP
Eleven Times Square Nueva
York, NY 10036
Attn: Martin J. Bienenstock, Esq.
Correo electrónico: mbienenstock@proskauer.com
Attn: Brian S. Rosen, Esq.
Correo electrónico: brosen@proskauer.com
Fax: 212-969-2900


(b) AAFAF:
O'MELVENY & MEYERS LLP
Seven Times Square
Nueva York, NY 10036
Attn: John Rapisardi, Esq.
Correo electrónico: jrapisardi@omm.com
Attn: Maria J. DiConza, Esq.
Correo electrónico: mdiconza@omm.com
Fax: 212-326-2061


(c)      CDCL:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, Piso 22
Nueva York, NY 10010
Attn: Susheel Kirpalani, Esq.

121751180v7

**COPIA FIRMADA**

Correo electrónico:  susheelkirpalani@quinnemanuel.com
Attn: Eric Kay, Esq.
Correo electrónico:  erickay@quinnemanuel.com
Fax: 212-849-7100

(d)      Grupo QTCB:
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Attn: Kurt A. Mayr, Esq.
Correo electrónico:  kurt.mayr@morganlewis.com
Attn: David L. Lawton, Esq.
Correo electrónico:  david.lawton@morganlewis.com

-y-

DAVIS, POLK & WARDWELL, LLP
450 Lexington  Avenue
Nueva York, NY 10017
Attn: Donald Bernstein, Esq.
Correo electrónico:  Donald.bernstein@davispolk.com

(e)      Grupo GO:
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
Nueva York, NY 10019
Attn: Andrew Rosenberg, Esq.
Correo electrónico:  arosenberg@paulweiss.com
Attn: Karen Zeituni,  Esq.
Correo electrónico:  kzeituni@paulweiss.com

-y-

WILLKIE, FARR & GALLAGHER
1875 K Street, NW
Washington,  DC 20006
Attn: Mark Stancil,  Esq.
Correo electrónico:  mstancil@willkie.com

-y-

121751180v7

**COPIA FIRMADA**

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER, LLP
2000 K Street, NW
Washington, DC 20006
Attn: Donald Burke, Esq.
Correo electrónico:  dburke@robbinsrussell.com


(f)        Grupo de la Deuda Constitucional:
MORRISON & FOERSTER, LLP
250 West 55th Street
Nueva York, NY 10019
Attn: Gary Lee, Esq.
Correo electrónico:  glee@mofo.com
Attn: James Peck, Esq.
Correo electrónico:  jpeck@mofo.com
Attn: Andrew Kissner, Esq.
Correo electrónico:  akissner@mofo.com


(g)        Assured:
              CADWALADER, WICKERSHAM & TAFT
              200 Liberty Street
              New York, NY 10281
              Attn: Mark Ellenberg, Esq.
              Correo electrónico:  mark.ellenberg@cwt.com
              Attn: Casey Servais, Esq.

              Correo electrónico:  casey.servais@cwt.com


(h)        Syncora:
              NORTON ROSE FULBRIGHT US LLP
              1301 Avenue of the Americas
              New York, NY 10019
              Attn: Eric Daucher, Esq.

              Correo electrónico:  eric.daucher@nortonrosefulbright.com


(i)        Representante de los propietarios de los BAN de AFIPR
              SILVER POINT CAPITAL, L.P.
              2 Greenwich Plaza
              Greenwich, CT 06830
              Attn: Derek Staples

              Correo electrónico:  FEDS@silverpointcapital.com


(j)        National
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue

121751180v7

**COPIA FIRMADA**

New York, NY 10153
Attn: Kelly DiBlasi, Esq.
Correo electrónico:  Kelly.DiBlasi@weil.com
Kirsten Erichsen, Esq.

Email:  Kirsten.erichsen@weil.com

Sección 8.12      No se renuncia a los remedios. A excepción de lo que establezca expresamente este Acuerdo, nada de lo contenido en el presente tiene por objeto renunciar a ningún derecho o capacidad de las Partes de proteger y preservar los derechos, remedios e intereses (contractuales o de otro tipo), ni se interpretará de esa forma, en virtud de las Resoluciones sobre los Bonos, el Título III o cualquier otra disposición de PROMESA o cualquier otra ley o disposición, ni limitarlos, obstaculizarlos o restringirlos.

Sección 8.13 Las obligaciones son individuales, no conjuntas. Los acuerdos, declaraciones, convenios y las demás obligaciones de las Partes en virtud de este Acuerdo son exclusivamente individuales.

Sección 8.14      Los remedios son acumulativos. Todos los derechos, facultades y remedios provistos de conformidad con los términos y disposiciones de este Acuerdo o que estén disponibles en virtud del presente, sea según la ley o los principios de equidad, serán acumulativos y no alternativos, y el hecho de que cualquiera de las Partes ejerza cualquier derecho, facultad o remedio no impedirá que pueda ejercer al mismo tiempo o más adelante cualquier otro derecho, facultad o remedio.

Sección 8.15      Cumplimiento estricto. Las Partes acuerdan y entienden que el pago de daños pecuniarios es un remedio insuficiente en caso de que cualquiera de ellas incumpla con este Acuerdo, y la Parte inocente tendrá derecho a solicitar el cumplimiento estricto y que se dicten medidas de hacer o no hacer como remedio ante cualquier incumplimiento de este Acuerdo, lo que incluye, a modo de ejemplo, una orden del Tribunal del Título III o cualquier otro tribunal con competencia que exija a la Parte que corresponda que cumpla sin demora con cualquiera de las obligaciones que se le impone el presente. Sin perjuicio de cualquier disposición en contrario en este Acuerdo, el cumplimiento estricto, las medidas de hacer o no hacer y otros remedios similares, así como el derecho a rescindir este Acuerdo según sus términos y disposiciones, serán los únicos remedios disponibles para las Partes en caso de que cualquiera de ellas (o cualquier otra persona) incumpla con el presente, y ninguna de ellas (ni ninguna otra persona) tendrá derecho al pago de daños pecuniarios por cualquier incumplimiento de este Acuerdo; estableciéndose, sin embargo, que en caso de que el Acuerdo se rescinda de conformidad con los términos y disposiciones de su sección 7.1, el único remedio disponible (distinto a hacer cumplir las disposiciones del presente Acuerdo que sobrevivan a su extinción) será el pago de los cargos que se establecen en la Sección 6.1(b) del presente, según corresponda.

Sección 8.16      Garantías adicionales. Cada una de las Partes del presente conviene en que otorgará y formalizará, o dispondrá que se otorguen y formalicen, los instrumentos que sean necesarios para dar efecto a los fines y propósitos de este Acuerdo y cumplir sus condiciones, y adoptará las medidas que la otra Parte razonablemente le solicite a tal fin.

121751180v7

**EN TESTIMONIO DE LO CUAL**, las Partes del presente han dispuesto la firma del presente Acuerdo en la fecha que se indica al inicio.

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

[Firmado:] *Natalie A. Jaresko*

Nombre: Natalie A. Jaresko

Cargo: Directora Ejecutiva

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Por: Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico

[Firmado:] *Natalie A. Jaresko*

Nombre: Natalie A. Jaresko

Cargo: Directora Ejecutiva

**AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO**

Por: Junta de Supervisión y Administración Financiera para PuertoRico, como representante de la Autoridad de Edificios de Puerto Rico

[Firmado:] *Natalie A. Jaresko*

Nombre: Natalie A. Jaresko

Cargo: Directora Ejecutiva

**SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Por: Junta de Supervisión y Administración Financiera para PuertoRico, como representante del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

[Firmado:] *Natalie A. Jaresko*

Nombre: Natalie A. Jaresko

Cargo: Directora Ejecutiva

121751180v7

**ARISTEIA CAPITAL, LLC**, en representación de sí misma y de ciertos fondos gestionados


[Firmado:]_ *William R. Techar*
Nombre: William  R. Techar
Cargo: Gerente


[Firmado:]_ *Andrew B. David*
Nombre: Andrew B. David
Cargo: Gerente General de Operaciones


Tenedor de Bonos GO por un valor nominal de:   ██████████████

Tenedor de Bonos AEP por un valor nominal de:   ██████████████

121751180v7

**ASSURED GUARANTY CORP. y ASSURED GUARANTY MUNICIPAL CORP.**

[Firmado:] *Jorge A. Gana* _____

Nombre: Jorge A. Gana _____

Cargo: M.D. _____

Asegurador de Bonos GO por un valor nominal de: ███████████

Asegurador de Bonos AEP por un valor nominal de: ███████████

**AURELIUS CAPITAL MANAGEMENT, LP,** en representación de ciertos de sus fondos gestionados y no a título individual

[Firmado:] _Luc M. Dowling_
Nombre: Luc M. Dowling
Cargo: Representante autorizado


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

64

**AUTONOMY CAPITAL (JERSEY) L.P.**, en representación de sí misma y de ciertos fondos gestionados

[Firmado:]  *Kelly Gouveia*
Nombre: Kelly Gouveia
Cargo: Directora

Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

BlackRock  Allocation  Target  Shares:  Cartera  Serie  E

BlackRock  California  Municipal  Opportunities  Fund  de  BLK  California  Muni

BlackRock  High  Yield  Municipal  Fund

BlackRock  New  York  Municipal  Opportunities  Fund  de  BLK  Multi-State  Muni

BlackRock  Strategic  Municipal  Opportunities  Fund  de  BlackRock  Series  Trust

BlackRock  MuniAssets  Fund,  Inc.

**BLACKROCK ADVISORS, LLC**, como asesor de inversiones


[Firmado:]  *Ryan McDonald*
Nombre: Ryan McDonald
Cargo: Director


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████


Brighthouse  Funds  Trust II – BlackRock  Bond  Income  Portfolio

Master Total Return Portfolio  of Master Bond LLC

BlackRock  Strategic  Income  Opportunities  Portfolio

**BLACKROCK ADVISORS, LLC**, como asesor de inversiones


[Firmado:]  *David Rogal*
Nombre: David Rogal
Cargo: Director Ejecutivo


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

Endurance Assurance Corporation

**BLACKROCK FINANCIAL MANAGEMENT INC.**, como asesor de inversiones

[Firmado:]_ *Peter Gailliot*
Nombre: Peter Gailliot
Cargo: Director Ejecutivo

Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

Obsidian Master Fund – Trading Sleeve

Ford Motor Company Defined Benefit Master Trust

**BLACKROCK FINANCIAL MANAGEMENT INC.,** como asesor de inversiones

[Firmado:]_ *Stuart Spodek*
Nombre: Stuart Spodek
Cargo: Director Ejecutivo

Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**BRIGADE CAPITAL MANAGEMENT LP**, en representación de fondos y cuentas gestionados

 [Firmado:] *Patrick Criscillo*
Nombre: Patrick Criscillo
Cargo: Signatario autorizado

Tenedor de Bonos GO por un valor nominal de: ███████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████████

**CANYON CAPITAL ADVISORS LLC**, en representación de sí misma y de ciertos fondos
gestionados


[Firmado:]  *Jonathan M. Kaplan*
Nombre: Jonathan M. Kaplan
Cargo: Signatario autorizado


Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**COOPERATIVA DE AHORRO Y CREDITO GERENCIALES AEE**, en
representación de sí misma

 [Firmado:]  *Juan L. Carrasquillo*
Nombre: Juan L. Carrasquillo
Cargo: Presidente Ejecutivo

Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**COOPERATIVA DE AHORRO Y CREDITO SAN JOSE**, en representación de sí misma


 [Firmado:] *Ricky Berrios Figueroa*
Nombre: Ricky Berrios Figueroa
Cargo: Presidente Ejecutivo


Tenedor de Bonos GO por un valor nominal de: ████████████████

Tenedor de Bonos AEP por un valor nominal de: ████████████████

**COOPERATIVA DE AHORRO Y CREDITO DE CIDRA**, en representación de símisma

 [Firmado:]  *Mayra Velázquez López*

Nombre: Mayra Velázquez López

Cargo: Presidenta Ejecutiva

Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**COOPERATIVA DE AHORRO Y CREDITO DE YAUCO**, en representación de símisma

[Firmado:]  *Ramón Torres Matos*
Nombre: Ramón Torres Matos

Cargo: Presidente Ejecutivo

Tenedor de Bonos GO por un valor nominal de: ████████████

Tenedor de Bonos AEP por un valor nominal de: ████████████

**COOPERATIVA DE AHORRO Y CREDITO ASOCIACION DE MAESTROS DE PR**, en representación de sí misma

[Firmado:] _Jose Flecha_
Nombre: Jose Flecha
Cargo: Presidente Ejecutivo

Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

**COOPERATIVA DE AHORRO Y CREDITO DE ADJUNTAS**, en representación de símisma

[Firmado:] _Miguel A. Jusino Martínez_
Nombre: Miguel A. Jusino Martínez
Cargo: Presidente Ejecutivo

Tenedor de Bonos GO por un valor nominal de: ████████████

Tenedor de Bonos AEP por un valor nominal de: ████████████

**DAVIDSON KEMPNER CAPITAL MANAGEMENT LP**, en representación de sí misma y de ciertos fondos gestionados

[Firmado:]  *Gabriel Schwartz*
Nombre: Gabriel Schwartz
Cargo: Ejecutivo Gerencial Adjunto

Tenedor de Bonos GO por un valor nominal de: ███████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████████

**EMSO ASSET MANAGEMENT LIMITED**, como gestor de inversiones en representación de sus fondos y cuentas participantes

[Firmado:] _Rory McGregor_
Nombre: Rory McGregor
Cargo: Director


Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**FARMSTEAD CAPITAL MANAGEMENT**, en representación de sí misma y de ciertos
fondos gestionados

[Firmado:] _Michael Scott_
Nombre: Michael Scott
Cargo: Miembro Gerencial


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

**FCO ADVISORS LP**, en representación de sí misma y de ciertos fondos gestionados

[Firmado:]  *Hector Negroni*
Nombre: <u>Hector Negroni</u>
Cargo: <u>Director General</u>

Tenedor de Bonos GO por un valor nominal de: ███████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████████

**FIRST PACIFIC ADVISORS, LP**, en representación de fondos y cuentas gestionados

[Firmado:]  *Eric Brown*
Nombre: Eric Brown
Cargo: Secretario y Abogado de su socio general

Tenedor de Bonos GO por un valor nominal de: ███████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████████

**FRANK M. RICCIARDI RESIDUARY TRUST U/W DTD**

[Firmado:] _Ken_
_Garschina_Nombre: Ken
Garschina
Cargo: Fiduciario


Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**FRANK M. RICCIARDI UNIFIED CREDIT TRUST U/W DTD**

[Firmado:] *Ken Garschina*
Nombre: Ken Garschina
Cargo: Fiduciario


Tenedor de Bonos GO por un valor nominal de: ████████████████

Tenedor de Bonos AEP por un valor nominal de: ████████████████

**GOLDENTREE ASSET MANAGEMENT, LP**, en representación de sí misma y de ciertos
fondos gestionados

[Firmado:] *Sasha Linney*
Nombre: Sasha Linney
Cargo: Director Jurídico Adjunto

Tenedor de Bonos GO por un valor nominal de: ████████████

Tenedor de Bonos AEP por un valor nominal de: ████████████

**GOLDMAN SACHS ASSET MANAGEMENT, L.P.,** en representación de fondos y cuentas a los que brinda servicios de gestor de inversiones

[Firmado:] *David Z. Alter*
Nombre: David Z. Alter
Cargo: Director Ejecutivo

Gestor de inversiones de tenedores de Bonos GO por un valor nominal de:

███████████████████

Gestor de inversiones de tenedores de Bonos AEP por un valor nominal de:

███████████████████

**MASON CAPITAL MANAGEMENT, LLC**, en representación de ciertos fondos gestionados

[Firmado:] _Richard Engman_
Nombre:  Richard Engman
Cargo:  Signatario autorizado

Tenedor de Bonos GO por un valor nominal de: ███████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████████

**MASON CAPITAL SPV III**, en representación de ciertos fondos gestionados

[Firmado:] *Richard Engman*
Nombre:  Richard Engman
Cargo:  Signatario autorizado


Tenedor de Bonos GO por un valor nominal de: ████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

**MONARCH ALTERNATIVE CAPITAL LP**, en representación de sí misma y de ciertos fondos gestionados

[Firmado:]  *Adam R. Sklar*
Nombre:  Adam R. Sklar
Cargo:  Director Gerente

Tenedor de Bonos GO por un valor nominal de: ███████████████

Tenedor de Bonos AEP por un valor nominal de: ███████████████

**NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION**


[Firmado:]  *Adam Bergonzi*
Nombre:  Adam Bergonzi
Cargo:  Director de Riesgo


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

**OM FOUNDATION LIMITED,** en representación de sí misma y de ciertos fondos gestionados

[Firmado:]  *Satish Karandikar*
Nombre: Satish Karandikar
Cargo: Gestor de fondos


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

**RICHARD ENGMAN**

[Firmado:] *Richard Engman*

Nombre:  Richard Engman

Tenedor de Bonos GO por un valor nominal de: ████████████

Tenedor de Bonos AEP por un valor nominal de: ████████████

**SCULPTOR CAPITAL LP**, en representación de ciertos de sus fondos gestionados y no a título individual


 Por: Sculptor Capital Holding Corporation, su social general


[Firmado:] _Wayne Cohen_
Nombre: Wayne Cohen
Cargo: Presidente y Director de Operaciones


Tenedor de Bonos GO por un valor nominal de: █████████████

Tenedor de Bonos AEP por un valor nominal de: █████████████

**SILVER POINT CAPITAL, L.P.**, como gestor de inversiones en representación de ciertos fondos afiliados

[Firmado:] _Jesse Dorigo_
Nombre: Jesse Dorigo
Cargo: Signatario autorizado


Tenedor de Bonos GO por un valor nominal de: █████████████████

Tenedor de Bonos AEP por un valor nominal de: █████████████████

Tenedor de BAN de AFIPR por una valor nominal de: █████████████████

**SILVER POINT CAPITAL, L.P.**, no personalmente, pero exclusivamente en su capacidad como Representante del Propietario en el Acuerdo de Tenedores de Pagarés del 1 de marzo de 2015, celebrado entre AFIPR y RBC Municipal Products, LLC

[Firmado:] *Jesse Dorigo*

Nombre:  Jesse Dorigo

Cargo:  Signatario Autorizado

**STONEHILL CAPITAL MANAGEMENT LLC**, en calidad de asesor/gestor de Stonehill
Master Fund Ltd y Stonehill Institutional Partners, L.P., sus fondos gestionados


 [Firmado:]  *Michael Thoyer*
Nombre: <u>Michael Thoyer</u>
Cargo: <u>Signatario autorizado</u>


Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

**SYNCORA GUARANTEE, INC.**


[Firmado:]  *George Wilkinson*
Nombre:  George Wilkinson
Cargo:  Director Jurídico


Asegurador y Tenedor de Bonos GO por un valor nominal de: ███████████

Asegurador y Tenedor de Bonos AEP por un valor nominal de: █████████

**TACONIC CAPITAL ADVISORS L.P.,** en representación de sí misma y de ciertos fondos gestionados

[Firmado:] _Marc Schwartz_
Nombre: Marc Schwartz
Cargo: Director

Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: ██████████████

**VR ADVISORY SERVICES LTD**, en representación de ciertos fondos gestionados

[Firmado:]  *Emile du Toit*
Nombre: Emile du Toit
Cargo: Signatario autorizado

Tenedor de Bonos GO por un valor nominal de: ██████████████

Tenedor de Bonos AEP por un valor nominal de: █████████████

**WHITEBOX ADVISORS LLC**, en representación de sí misma y de ciertos fondos gestionados


[Firmado:]  *Luke Harris*
Nombre: <u>Luke Harris</u>
Cargo: <u>Director Jurídico – Asuntos corporativos, transacciones y litigios</u>


Tenedor de Bonos GO por un valor nominal de: ███████████

Tenedor de Bonos AEP por un valor nominal de: ███████████

## ANEXO A

### LISTA DE TITULARES GO QUE SON PARTE EN ESTE ACUERDO

Aristeia Capital, LLC, en representación de sí misma y de ciertos fondos gestionados

Aurelius Capital Management, LP, en representación de ciertos de sus fondos gestionados y no a título individual

Autonomy Capital (Jersey) L.P. en representación de sí misma y de ciertos fondos gestionados

Blackrock Advisors, LLC, como asesor de inversiones

Blackrock Financial Management Inc., como asesor de inversiones

Brigade Capital Management LP, en representación de fondos y cuentas gestionados

Canyon Capital Advisors, LLC, en representación de sí misma y de ciertos fondos y cuentas gestionados

Cooperativa de Ahorro y Crédito Gerenciales AEE, en representación de sí misma

Cooperativa de Ahorro y Crédito San José, en representación de sí misma

Cooperativa de Ahorro y Crédito de Cidra, en representación de sí misma

Cooperativa de Ahorro y Crédito Asociación de Maestros de PR, en representación de sí misma

Cooperativa de Ahorro y Crédito de Adjuntas, en representación de sí misma

Davidson Kempner Capital Management LP, en representación de sí misma y de ciertos fondos gestionados

Emso Asset Management Limited, como gestor de inversiones en representación de sus fondos y cuentas participantes

Farmstead Capital Management, en representación de sí misma y de ciertos fondos gestionados

FCO Advisors LP, en representación de sí misma y de ciertos fondos gestionados

First Pacific Advisors, LP, en representación de fondos y cuentas gestionados

Frank M. Ricciardi Residuary Trust U/W DTD

Frank M. Ricciardi United Credit Trust U/W DTD

Goldman Sachs Asset Management, L.P., en representación de fondos y cuentas a los que brinda servicios de gestor de inversiones

GoldenTree Asset Management, LP, en representación de sí misma y de ciertos fondos gestionados

Mason Capital Management, LLC, en representación de ciertos fondos gestionados

Mason Capital SPV III, LLC, en representación de ciertos fondos gestionados

Monarch Alternative Capital LP, en representación de sí misma y de ciertos fondos gestionados

OM Foundation Limited, en representación de sí misma y de ciertos fondos gestionados

Richard Engman

Sculptor Capital LP, en representación de ciertos de sus fondos gestionados y no a título individual

Silver Point Capital, L.P. como gestor de inversiones en representación de ciertos fondos afiliados

Stonehill Capital Management LLC, en calidad de asesor/gestor de Stonehill Master Fund Ltd y Stonehill Institutional Partners, L.P., sus fondos gestionados

Syncora Guarantee, Inc.

Taconic Capital Advisors L.P. en representación de sí misma y de ciertos fondos gestionados

VR Advisory Services Ltd, en representación de ciertos fondos gestionados

Whitebox Advisors LLC, en representación de sí misma y de ciertos fondos gestionados

## ANEXO B

### LISTA DE TITULARES AEP QUE SON PARTE EN ESTE ACUERDO

Aristeia Capital, LLC, en representación de sí misma y de ciertos fondos gestionados

Aurelius Capital Management, LP, en representación de ciertos de sus fondos gestionados y no a título individual

Blackrock Advisors, LLC, como asesor de inversiones

Blackrock Financial Management Inc., como asesor de inversiones

Brigade Capital Management LP, en representación de fondos y cuentas gestionados

Canyon Capital Advisors, LLC, en representación de sí misma y de ciertos fondos y cuentas gestionados

Cooperativa de Ahorro y Crédito Gerenciales AEE, en representación de sí misma

Cooperativa de Ahorro y Crédito San José, en representación de sí misma

Cooperativa de Ahorro y Crédito de Cidra, en representación de sí misma

Cooperativa de Ahorro y Crédito Asociación de Maestros de PR, en representación de sí misma

Cooperativa de Ahorro y Crédito de Adjuntas, en representación de sí misma

Davidson Kempner Capital Management LP, en representación de sí misma y de ciertos fondos gestionados

Farmstead Capital Management, en representación de sí misma y de ciertos fondos gestionados

FCO Advisors LP, en representación de sí misma y de ciertos fondos gestionados

First Pacific Advisors, LP, en representación de fondos y cuentas gestionados

Goldman Sachs Assets Management, L.P., en representación de fondos y cuentas a los que brinda servicios de gestor de inversiones

GoldenTree  Asset Management, LP, en representación de sí misma  y de ciertos  fondos gestionados

Mason Capital Management, LLC, en representación de ciertos fondos gestionados

Monarch Alternative  Capital LP, en representación de sí misma  y de ciertos fondos gestionados

OM Foundation  Limited,  en representación de sí misma  y de ciertos fondos  gestionados

Sculptor Capital LP, en representación de ciertos de sus fondos gestionados y no a título  individual

Silver Point Capital, L.P. como gestor de inversiones  en representación de ciertos fondos afiliados

Stonehill  Capital  Management LLC, en calidad de asesor/gestor de Stonehill  Master Fund Ltd y Stonehill  Institutional  Partners, L.P., sus fondos  gestionados

Syncora Guarantee, Inc.

Taconic Capital Advisors L.P. en representación de sí misma  y de ciertos  fondos  gestionados

VR Advisory  Services Ltd, en representación de ciertos fondos gestionados

Whitebox  Advisors LLC, en representación de sí misma  y de ciertos fondos gestionados

## <u>ANEXO C</u>

BONOS GO

## Bonos GO

| CUSIP | Serie | Vencimiento | Emisión |
|-------|-------|-------------|---------|
| 745145AU6 | Bonos de Refinanciamiento para la Mejora Pública, serie 1998 | 7/1/2016 | 1/29/1998 |
| 745145AV4 | Bonos de Refinanciamiento para la Mejora Pública, serie 1998 | 7/1/2017 | 1/29/1998 |
| 745145AW2 | Bonos de Refinanciamiento para la Mejora Pública, serie 1998 | 7/1/2018 | 1/29/1998 |
| 745145AX0 | Bonos de Refinanciamiento para la Mejora Pública, serie 1998 | 7/1/2023 | 1/15/1998 |
| 745145EK4 | Bonos para la Mejora Pública de 1998 | 7/1/2016 | 3/15/1998 |
| 745145HN5 | Bonos para la Mejora Pública de 1999 | 7/1/2016 | 12/1/1998 |
| 745145HP0 | Bonos para la Mejora Pública de 1999 | 7/1/2017 | 12/1/1998 |
| 745145HQ8 | Bonos para la Mejora Pública de 1999 | 7/1/2018 | 12/1/1998 |
| 74514LQK6 | Bonos para la Mejora Pública de 1999 | 7/1/2028 | 12/1/1998 |
| 745145QE5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2000 | 7/1/2019 | 4/5/2000 |
| 745145UZ3 | Bonos para la Mejora Pública de 2001, series A y B | 7/1/2016 | 6/7/2001 |
| 745145VB5 | Bonos para la Mejora Pública de 2001, series A y B | 7/1/2017 | 6/7/2001 |
| 745145VD1 | Bonos para la Mejora Pública de 2001, series A y B | 7/1/2018 | 6/7/2001 |
| 745145VF6 | Bonos para la Mejora Pública de 2001, series A y B | 7/1/2019 | 6/7/2001 |
| 745145VH2 | Bonos para la Mejora Pública de 2001, series A y B | 7/1/2020 | 6/7/2001 |
| 74514LBJ5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2001 | 7/1/2030 | 6/7/2001 |
| 745145XZ0 | Bonos para la Mejora Pública de 2002, serie A | 7/1/2029 | 10/25/2001 |
| 74514LBM8 | Bonos para la Mejora Pública de 2002, serie A | 7/1/2031 | 10/25/2001 |
| 745145YN6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2016 | 10/25/2001 |
| 745145YP1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2016 | 10/25/2001 |
| 745145YQ9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2016 | 10/25/2001 |
| 745145YR7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2016 | 10/25/2001 |
| 745145YS5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2017 | 10/25/2001 |
| 745145YT3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2017 | 10/25/2001 |
| 745145YU0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2017 | 10/25/2001 |
| 745145YV8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2018 | 10/25/2001 |
| 745145YW6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2018 | 10/25/2001 |
| 745145YX4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2019 | 10/25/2001 |
| 745145YY2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2019 | 10/25/2001 |
| 745145YZ9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2019 | 10/25/2001 |
| 745145ZA3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2019 | 10/25/2001 |

**Bonos GO**

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745145ZB1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2020 | 10/25/2001 |
| 745145ZC9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2002 A | 7/1/2021 | 10/25/2001 |
| 745145Q70 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2016 | 8/8/2002 |
| 745145Q88 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2017 | 8/8/2002 |
| 745145Q96 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2018 | 8/8/2002 |
| 745145R20 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2019 | 8/8/2002 |
| 745145R38 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2020 | 8/8/2002 |
| 745145R46 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2021 | 8/8/2002 |
| 745145R53 | Bonos para la Mejora Pública de 2003, serie A | 7/1/2022 | 8/8/2002 |
| 745145T77 | Bonos de Refinanciamiento para la Mejora Pública, serie 2003 A | 7/1/2016 | 8/8/2002 |
| 745145T85 | Bonos de Refinanciamiento para la Mejora Pública, serie 2003 A | 7/1/2017 | 8/8/2002 |
| 74514LUR6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2003 C | 7/1/2027 | 5/6/2003 |
| 74514LUS4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2003 C | 7/1/2028 | 5/6/2003 |
| 7451455A6 | Bonos para la Mejora Pública de 2004, serie A | 7/1/2024 | 10/16/2003 |
| 7451455B4 | Bonos para la Mejora Pública de 2004, serie A | 7/1/2027 | 10/16/2003 |
| 74514LPT8 | Bonos para la Mejora Pública de 2004, serie A | 7/1/2033 | 10/16/2003 |
| 74514LCU9 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2016 | 10/7/2004 |
| 74514LCX3 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2019 | 10/7/2004 |
| 74514LCY1 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2020 | 10/7/2004 |
| 74514LCZ8 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2021 | 10/7/2004 |
| 74514LDA2 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2022 | 10/7/2004 |
| 74514LDB0 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2023 | 10/7/2004 |
| 74514LDC8 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2024 | 10/7/2004 |
| 74514LDD6 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2025 | 10/7/2004 |
| 74514LDE4 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2029 | 10/7/2004 |
| 74514LPX9 | Bonos para la Mejora Pública de 2005, serie A | 7/1/2034 | 10/7/2004 |
| 74514LHB6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2016 | 6/23/2006 |
| 74514LHC4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2017 | 6/23/2006 |
| 74514LHD2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2018 | 6/23/2006 |
| 74514LHE0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2019 | 6/23/2006 |
| 74514LHF7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2020 | 6/23/2006 |
| 74514LHG5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2021 | 6/23/2006 |
| 74514LHH3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2022 | 6/23/2006 |
| 74514LHJ9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2023 | 6/23/2006 |
| 74514LHK6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2024 | 6/23/2006 |
| 74514LHL4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2025 | 6/23/2006 |
| 74514LHM2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2026 | 6/23/2006 |

**Bonos GO**

| CUSIP | Serie | Vencimiento | Emisión |
|-------|-------|-------------|---------|
| 74514LHN0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2031 | 6/23/2006 |
| 74514LHP5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 A | 7/1/2035 | 6/23/2006 |
| 74514LJQ1 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2017 | 8/10/2006 |
| 74514LJV0 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2021 | 8/10/2006 |
| 74514LJW8 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2022 | 8/10/2006 |
| 74514LJX6 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2023 | 8/10/2006 |
| 74514LJY4 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2024 | 8/10/2006 |
| 74514LJZ1 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2025 | 8/10/2006 |
| 74514LKA4 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2026 | 8/10/2006 |
| 74514LJR9 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2018 | 8/10/2006 |
| 74514LJS7 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2019 | 8/10/2006 |
| 74514LJT5 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2020 | 8/10/2006 |
| 74514LJU2 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2021 | 8/10/2006 |
| 74514LQA8 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2027 | 8/10/2006 |
| 74514LQB6 | Bonos para la Mejora Pública de 2006, serie A | 7/1/2030 | 8/10/2006 |
| 74514LQE0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 B | 7/1/2032 | 8/10/2006 |
| 74514LQF7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2006 B | 7/1/2035 | 8/10/2006 |
| 74514LKH9 | Bonos para la Mejora Pública de 2006, serie B | 7/1/2016 | 8/30/2006 |
| 74514LKJ5 | Bonos para la Mejora Pública de 2006, serie B | 7/1/2017 | 8/30/2006 |
| 74514LLV7 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2018 | 10/4/2007 |
| 74514LLW5 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2019 | 10/4/2007 |
| 74514LLX3 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2020 | 10/4/2007 |
| 74514LLY1 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2021 | 10/4/2007 |
| 74514LLZ8 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2022 | 10/4/2007 |
| 74514LMA2 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2023 | 10/4/2007 |
| 74514LMB0 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2024 | 10/4/2007 |
| 74514LMC8 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2025 | 10/4/2007 |
| 74514LMD6 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2026 | 10/4/2007 |
| 74514LME4 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2027 | 10/4/2007 |
| 74514LMF1 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2028 | 10/4/2007 |
| 74514LMG9 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2029 | 10/4/2007 |
| 74514LMH7 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2030 | 10/4/2007 |
| 74514LMJ3 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2031 | 10/4/2007 |
| 74514LMK0 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2032 | 10/4/2007 |
| 74514LML8 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2033 | 10/4/2007 |
| 74514LMM6 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2034 | 10/4/2007 |
| 74514LMN4 | Bonos para la Mejora Pública de 2007, serie A | 7/1/2037 | 10/4/2007 |
| 74514LMZ7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2016 | 10/16/2007 |
| 74514LNA1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2017 | 10/16/2007 |
| 74514LNB9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2017 | 10/16/2007 |
| 74514LNC7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2018 | 10/16/2007 |
| 74514LND5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2019 | 10/16/2007 |
| 74514LNE3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2020 | 10/16/2007 |

**Bonos GO**

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 74514LNF0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2021 | 10/16/2007 |
| 74514LNG8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2022 | 10/16/2007 |
| 74514LVT1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2030 | 10/16/2007 |
| 74514LVU8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2007 A | 7/1/2031 | 10/16/2007 |
| 74514LTJ6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2016 | 5/7/2008 |
| 74514LTK3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2016 | 5/7/2008 |
| 74514LTL1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2016 | 5/7/2008 |
| 74514LTM9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2018 | 5/7/2008 |
| 74514LTN7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2019 | 5/7/2008 |
| 74514LTP2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2020 | 5/7/2008 |
| 74514LTQ0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2021 | 5/7/2008 |
| 74514LTR8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2022 | 5/7/2008 |
| 74514LTS6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2023 | 5/7/2008 |
| 74514LTT4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2024 | 5/7/2008 |
| 74514LTU1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2025 | 5/7/2008 |
| 74514LTV9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2026 | 5/7/2008 |
| 74514LTW7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 A | 7/1/2032 | 5/7/2008 |
| 74514LSQ1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 C | 7/1/2016 | 5/7/2008 |
| 74514LSR9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 C | 7/1/2017 | 5/7/2008 |
| 74514LSS7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 C | 7/1/2018 | 5/7/2008 |
| 74514LST5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 C | 7/1/2023 | 5/7/2008 |
| 74514LSV0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 C | 7/1/2023 | 5/7/2008 |
| 74514LSU2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2008 C | 7/1/2028 | 5/7/2008 |
| 74514LVG9 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2016 | 9/18/2008 |
| 74514LVH7 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2017 | 9/18/2008 |
| 74514LVJ3 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2018 | 9/18/2008 |
| 74514LVK0 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2023 | 9/18/2008 |
| 74514LVL8 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2028 | 9/18/2008 |
| 74514LVM6 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2033 | 9/18/2008 |
| 74514LVN4 | Bonos para la Mejora Pública de 2008, serie A | 7/1/2038 | 9/18/2008 |

**Bonos GO**

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 74514LVV6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2009 A | 7/1/2031 | 9/17/2009 |
| 74514LVX2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2009 B | 7/1/2036 | 11/17/2009 |
| 74514LVY0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2009 B | 7/1/2037 | 11/17/2009 |
| 74514LVZ7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2009 B | 7/1/2038 | 11/17/2009 |
| 74514LVW4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2009 B | 7/1/2039 | 11/17/2009 |
| 74514LWA1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2009 C | 7/1/2039 | 12/16/2009 |
| 74514LWN3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2024 | 2/17/2011 |
| 74514LWJ2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2025 | 2/17/2011 |
| 74514LWP8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2027 | 2/17/2011 |
| 74514LWK9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2028 | 2/17/2011 |
| 74514LWL7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2033 | 2/17/2011 |
| 74514LWM5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2033 | 2/17/2011 |
| 74514LWQ6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2034 | 2/17/2011 |
| 74514LWT0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2034 | 2/17/2011 |
| 74514LWR4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2040 | 2/17/2011 |
| 74514LWS2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 A | 7/1/2040 | 2/17/2011 |
| 74514LWY9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2026 | 3/17/2011 |
| 74514LXD4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2027 | 3/17/2011 |
| 74514LXE2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2028 | 3/17/2011 |
| 74514LXA0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2032 | 3/17/2011 |
| 74514LXB8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2032 | 3/17/2011 |
| 74514LXF9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2032 | 3/17/2011 |
| 74514LWZ6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2035 | 3/17/2011 |
| 74514LXC6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2036 | 3/17/2011 |
| 74514LXH5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2036 | 3/17/2011 |
| 74514LXG7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2037 | 3/17/2011 |
| 74514LWX1 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 C | 7/1/2040 | 3/17/2011 |

**Bonos GO**

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 74514LYW1 | Bonos para la Mejora Pública de 2011, serie A | 7/1/2041 | 7/12/2011 |
| 74514LZA8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2016 | 7/12/2011 |
| 74514LZB6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2017 | 7/12/2011 |
| 74514LZC4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2018 | 7/12/2011 |
| 74514LZD2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2019 | 7/12/2011 |
| 74514LZF7 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2019 | 7/12/2011 |
| 74514LZH3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2019 | 7/12/2011 |
| 74514LZG5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2020 | 7/12/2011 |
| 74514LZE0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2020 | 7/12/2011 |
| 74514LZJ9 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 D | 7/1/2020 | 7/12/2011 |
| 74514LZK6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 E | 7/1/2029 | 7/12/2011 |
| 74514LZL4 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 E | 7/1/2030 | 7/12/2011 |
| 74514LZM2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 E | 7/1/2031 | 7/12/2011 |
| 74514LZN0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 E | 7/1/2032 | 7/12/2011 |
| 74514LZP5 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 E | 7/1/2033 | 7/12/2011 |
| 74514LZQ3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2011 E | 7/1/2034 | 7/12/2011 |
| 74514LZV2 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 B | 7/1/2016 | 3/29/2012 |
| 74514LZW0 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 B | 7/1/2017 | 3/29/2012 |
| 74514LZX8 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 B | 7/1/2018 | 3/29/2012 |
| 74514LZY6 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 B | 7/1/2019 | 3/29/2012 |
| 74514LZZ3 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 B | 7/1/2020 | 3/29/2012 |
| 74514LA23 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 B | 7/1/2033 | 3/29/2012 |
| 74514LA31 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2020 | 4/3/2012 |
| 74514LC47 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2020 | 4/3/2012 |
| 74514LA49 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2021 | 4/3/2012 |
| 74514LC54 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2021 | 4/3/2012 |
| 74514LA56 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2022 | 4/3/2012 |

**Bonos GO**

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 74514LC62 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2022 | 4/3/2012 |
| 74514LD46 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2022 | 4/3/2012 |
| 74514LA64 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2023 | 4/3/2012 |
| 74514LC70 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2023 | 4/3/2012 |
| 74514LD53 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2023 | 4/3/2012 |
| 74514LA72 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2024 | 4/3/2012 |
| 74514LC88 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2024 | 4/3/2012 |
| 74514LD61 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2024 | 4/3/2012 |
| 74514LA80 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2025 | 4/3/2012 |
| 74514LD79 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2025 | 4/3/2012 |
| 74514LA98 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2026 | 4/3/2012 |
| 74514LC96 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2026 | 4/3/2012 |
| 74514LD38 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2026 | 4/3/2012 |
| 74514LB22 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2027 | 4/3/2012 |
| 74514LD87 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2027 | 4/3/2012 |
| 74514LB30 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2028 | 4/3/2012 |
| 74514LB48 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2029 | 4/3/2012 |
| 74514LB97 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2030 | 4/3/2012 |
| 74514LB55 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2031 | 4/3/2012 |
| 74514LC21 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2032 | 4/3/2012 |
| 74514LC39 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2033 | 4/3/2012 |
| 74514LD20 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2035 | 4/3/2012 |
| 74514LB63 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2037 | 4/3/2012 |
| 74514LB71 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2039 | 4/3/2012 |
| 74514LB89 | Bonos de Refinanciamiento para la Mejora Pública, serie 2012 A | 7/1/2041 | 4/3/2012 |
| 74514LE86 | Bonos de Obligación General de 2014, serie A | 7/1/2035 | 3/17/2014 |

## ANEXO D

BONOS AEP

## BONOS AEP

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745235GJ4 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie L | 7/1/2021 | 6/1/1993 |
| 745235G62 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2016 | 1/30/2002 |
| 745235G70 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2017 | 1/30/2002 |
| 745235G88 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2018 | 1/30/2002 |
| 745235G96 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2019 | 1/30/2002 |
| 745235H20 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2020 | 1/30/2002 |
| 745235H38 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2021 | 1/30/2002 |
| 745235H46 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie C | 7/1/2022 | 1/30/2002 |
| 745235D24 | Bonos para Instalaciones del Gobierno, serie D | 7/1/2024 | 1/30/2002 |
| 745235VX6 | Bonos para Instalaciones del Gobierno, serie D | 7/1/2027 | 1/30/2002 |
| 745235D32 | Bonos para Instalaciones del Gobierno, serie D | 7/1/2030 | 1/30/2002 |
| 745235D40 | Bonos para Instalaciones del Gobierno, serie D | 7/1/2031 | 1/30/2002 |
| 745235VY4 | Bonos para Instalaciones del Gobierno, serie D | 7/1/2033 | 1/30/2002 |
| 745235VZ1 | Bonos para Instalaciones del Gobierno, serie D | 7/1/2036 | 1/30/2002 |
| 745235RV5 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2017 | 10/24/2002 |
| 745235RW3 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2018 | 10/24/2002 |
| 745235RX1 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2019 | 10/24/2002 |
| 745235RY9 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2020 | 10/24/2002 |
| 745235RZ6 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2021 | 10/24/2002 |
| 745235SA0 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2023 | 10/24/2002 |
| 745235SB8 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2024 | 10/24/2002 |
| 745235SC6 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie F | 7/1/2025 | 10/24/2002 |
| 745235SW2 | Bonos para Instalaciones del Gobierno, serie G | 7/1/2026 | 10/24/2002 |
| 745235SX0 | Bonos para Instalaciones del Gobierno, serie G | 7/1/2032 | 10/24/2002 |
| 745235TG6 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie H | 7/1/2016 | 4/3/2003 |
| 745235TH4 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie H | 7/1/2016 | 4/3/2003 |
| 745235TJ0 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie H | 7/1/2017 | 4/3/2003 |
| 745235TK7 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie H | 7/1/2018 | 4/3/2003 |
| 745235TL5 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie H | 7/1/2019 | 4/3/2003 |
| 745235D57 | Bonos para Instalaciones del Gobierno, serie I | 7/1/2029 | 6/10/2004 |
| 745235D65 | Bonos para Instalaciones del Gobierno, serie I | 7/1/2033 | 6/10/2004 |

| | | | |
|---|---|---|---|
| 745235VR9 | Bonos para Instalaciones del Gobierno, serie I | 7/1/2036 | 6/10/2004 |
| 745235ZK0 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2016 | 12/20/2007 |
| 745235ZL8 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2017 | 12/20/2007 |
| 745235ZM6 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2018 | 12/20/2007 |
| 745235ZN4 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2019 | 12/20/2007 |
| 745235ZP9 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2020 | 12/20/2007 |
| 745235ZQ7 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2021 | 12/20/2007 |
| 745235ZR5 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2022 | 12/20/2007 |
| 745235ZS3 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2023 | 12/20/2007 |
| 745235ZT1 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2031 | 12/20/2007 |
| 745235S93 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2034 | 12/20/2007 |
| 745235B75 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2035 | 12/20/2007 |
| 745235J93 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2023 | 12/20/2007 |
| 745235K26 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2024 | 12/20/2007 |
| 745235K34 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2025 | 12/20/2007 |
| 745235K42 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2026 | 12/20/2007 |
| 745235K59 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2027 | 12/20/2007 |
| 745235K67 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie M | 7/1/2028 | 12/20/2007 |
| 745235ZX2 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2016 | 12/20/2007 |
| 745235ZY0 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2017 | 12/20/2007 |
| 745235ZZ7 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2018 | 12/20/2007 |
| 745235A27 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2019 | 12/20/2007 |
| 745235A35 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2020 | 12/20/2007 |
| 745235A43 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2021 | 12/20/2007 |
| 745235A50 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2022 | 12/20/2007 |
| 745235A68 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2023 | 12/20/2007 |
| 745235A76 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2024 | 12/20/2007 |
| 745235A84 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2025 | 12/20/2007 |
| 745235A92 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2026 | 12/20/2007 |
| 745235B26 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2027 | 12/20/2007 |
| 745235B34 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2032 | 12/20/2007 |
| 745235B42 | Bonos para Instalaciones del Gobierno, serie N | 7/1/2037 | 12/20/2007 |
| 745235K75 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2018 | 7/1/2009 |
| 745235K83 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2019 | 7/1/2009 |
| 745235K91 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2020 | 7/1/2009 |
| 745235L25 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2021 | 7/1/2009 |

| | | | |
|---|---|---|---|
| 745235L33 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2023 | 7/1/2009 |
| 745235L41 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2025 | 7/1/2009 |
| 745235L58 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2026 | 7/1/2009 |
| 745235L66 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2030 | 7/1/2009 |
| 745235L74 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie P | 7/1/2036 | 7/1/2009 |
| 745235L82 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie K (reventa) | 7/1/2027 | 5/27/2004 |
| 745235L90 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie Q | 7/1/2022 | 10/28/2009 |
| 745235M24 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie Q | 7/1/2037 | 10/28/2009 |
| 745235M32 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie Q | 7/1/2038 | 10/28/2009 |
| 745235M40 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie Q | 7/1/2039 | 10/28/2009 |
| 745235M57 | Bonos para Instalaciones del Gobierno, serie R | 7/1/2028 | 8/24/2011 |
| 745235M65 | Bonos para Instalaciones del Gobierno, serie R | 7/1/2028 | 8/24/2011 |
| 745235M73 | Bonos para Instalaciones del Gobierno, serie R | 7/1/2028 | 8/24/2011 |
| 745235M81 | Bonos para Instalaciones del Gobierno, serie R | 7/1/2028 | 8/24/2011 |
| 745235M99 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2022 | 8/24/2011 |
| 745235N23 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2023 | 8/24/2011 |
| 745235N31 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2024 | 8/24/2011 |
| 745235N49 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2025 | 8/24/2011 |
| 745235N56 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2026 | 8/24/2011 |
| 745235N64 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2027 | 8/24/2011 |
| 745235N72 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2028 | 8/24/2011 |
| 745235N80 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2029 | 8/24/2011 |
| 745235N98 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2030 | 8/24/2011 |
| 745235P21 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2031 | 8/24/2011 |
| 745235P39 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2032 | 8/24/2011 |
| 745235P47 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2033 | 8/24/2011 |
| 745235P54 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2034 | 8/24/2011 |
| 745235P88 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2036 | 8/24/2011 |
| 745235P62 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2039 | 8/24/2011 |
| 745235P70 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie S | 7/1/2041 | 8/24/2011 |
| 745235Q20 | Bonos para Instalaciones del Gobierno, serie T | 7/1/2030 | 12/22/2011 |

| | | | |
|---|---|---|---|
| 745235R52 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2016 | 6/21/2012 |
| 745235R60 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2017 | 6/21/2012 |
| 745235R78 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2018 | 6/21/2012 |
| 745235R86 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2019 | 6/21/2012 |
| 745235S69 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2019 | 6/21/2012 |
| 745235R94 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2020 | 6/21/2012 |
| 745235S28 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2021 | 6/21/2012 |
| 745235S36 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2022 | 6/21/2012 |
| 745235S44 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2023 | 6/21/2012 |
| 745235R37 | Bonos de Refinanciamiento para Instalaciones del Gobierno, serie U | 7/1/2042 | 6/21/2012 |

## **ANEXO E**

LISTA DE ACCIONES POR NULIDAD

**Acciones por nulidad**

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Jefferies LLC, Proc. Cont. núm. 19-00281.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. BNY Mellon/POP Sec, Proc. Cont. núm. 19-00282.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. First Southwest Co., Proc. Cont. núm. 19-00283.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1E-59E, Proc. Cont. núm. 19-00284.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1A-100A, Proc. Cont. núm. 19-00285.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1B-100B, Proc. Cont. Núm. 19-00286.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1C-53C, Proc. Cont. núm. 19-00287.

Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1D-73D, Proc. Cont. Núm. 19-00288.

## **ANEXO F**

MODELO DE ACUERDO DE ADHESIÓN

## MODELO DE ACUERDO DE ADHESIÓN

ACUERDO DE ADHESIÓN AL ACUERDO DE APOYO AL PLAN (modificado oportunamente, el **PSA**, con sus enmiendas y complementos) del 22 de febrero de 2021, celebrado entre a) la Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado de Puerto Rico (el "**ELA**"), la Autoridad de Edificios Públicos de Puerto Rico (la "**AEP**") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "**SRE**"), b) los titulares de Reclamaciones por los Bonos GO y/o Reclamaciones por los Bonos de Garantía del ELA, cada uno de los cuales se define en el PSA, que podrían incluir a los asesores o gerentes que asesoren o gestionen a un titular de Reclamaciones por los Bonos GO y/o Reclamaciones por los Bonos de Garantía del ELA en representación de tales titulares conforme a lo dispuesto en el Anexo A del PSA (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Titulares GO**"), c) los titulares de Reclamaciones por los Bonos AEP, según se definen en el PSA, que podrían incluir a los asesores o gestores que asesoren o gestionen a un titular de Reclamaciones por los Bonos AEP en representación de tales titulares y conforme a lo dispuesto en el Anexo B del PSA (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Titulares AEP**", d) Assured Guaranty Corp. y Assured Guaranty Municipal Corp., únicamente en su calidad de aseguradoras, y tenedores declarados, presuntos tenedores o subrogados con respecto a los Bonos GO y los Bonos AEP ("**Assured**"), e) Syncora Guarantee, Inc, como titular de las reclamaciones por los Bonos GO y por los Bonos AEP y aseguradora de las reclamaciones por los Bonos GO y los Bonos AEP, ("**Syncora**"), f) National Public Finance Guarantee Corporation, únicamente en su calidad de aseguradora y de tenedor declarado, presunto tenedor o subrogado con respecto a los Bonos GO y a los Bonos AEP ("**National**" y colectivamente con los Titulares GO, los Titulares AEP, Assured y Syncora, los "**Acreedores Iniciales PSA**"), y g) los demás Acreedores PSA que puedan ser tenedores de bonos de aquí en adelante, es otorgado por _____ (los "**Acreedores que se adquieren al PSA**") el _____ de 2021. Todos los términos en mayúsculas utilizados pero no definidos en el presente tendrán los significados que se les asignan en el PSA.

       1.      Acuerdo vinculante Los Acreedores que se adhieren al PSA por el presente convienen en regirse por todos los términos y disposiciones del PSA. En lo sucesivo, se hará referencia al Acreedor que se adhiere al PSA como "Acreedor PSA", "Parte", "Titular GO" (si es titular de Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA) y "Titular AEP" (si es titular de Reclamaciones por los Bonos AEP) a todos los efectos del PSA, lo que incluye, sin limitación, y para despejar dudas, en lo referido a todas las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos AEP de las que el Acreedor del Acuerdo de Adhesión al PSA sea titular a la fecha de este Acuerdo de Adhesión (distintas a las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos de Garantía del ELA y la Reclamaciones por los Bonos AEP que se mantengan como Creador Calificado de Mercado).

       2.      Declaraciones, garantías y convenios. Con respecto al monto global de capital de

cualesquiera Reclamaciones por los Bonos GO, Reclamaciones por los Bonos de Garantía del ELA y Reclamaciones por los Bonos AEP (sin duplicación) en poder del Acreedor que se adhiere al PSA, lo que incluye, sin limitación, al momento en que se realice cualquier Transferencia pendiente de Reclamaciones por los Bonos GO, Reclamaciones por los Bonos de Garantía del ELA y Reclamaciones por los Bonos AEP al Acreedor que se adhiere al PSA, este último por el presente a) a la fecha del presente, realiza las declaraciones y otorga las garantías de un "Titular GO" (si posee Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA) que se consignan en la sección 3.5 del PSA, y de un "Titular AEP" (si posee Reclamaciones por los Bonos AEP) que se consignan en la sección 3.6 del PSA, y b) conviene en que cumplirá con todos los "Convenios" de un "Titular GO" (si posee Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA) que se consignan en la sección 4.5 del PSA, y de un "Titular AEP" (si posee Reclamaciones por los Bonos AEP) que se consignan en la sección 4.6 del PSA, frente a cada una de las demás Partes del PSA.

3. <u>Ley aplicable</u>. La sección 8.5 del PSA se da por reproducida en su totalidad en el presente, a excepción de que cualquier referencia a "Acuerdo" o "PSA" se reemplazará por "Acuerdo de Adhesión".

4. <u>Aviso de adhesión</u>. El Acreedor que se adhiere al PSA conviene en que facilitará una copia del Acuerdo de Adhesión al abogado de la Junta de Supervisión y AAFAF en virtud de la sección 4.5 del PSA (si posee Reclamaciones por Bonos GO o Reclamaciones por Bonos de garantía del ELA), la sección 4.6 del PSA (si posee Reclamaciones por los Bonos AEP) y las disposiciones sobre notificaciones que se establecen en la sección 8.11 del PSA.

5. <u>Adquisición de bonos no PSA</u>. En la medida en que a) a la fecha del presente posea Reclamaciones por los Bonos GO, Reclamaciones por los Bonos de Garantía del ELA o Reclamaciones por los Bonos AEP que no estén contempladas en el PSA, y/o b) a partir de la fecha del presente, adquiera Reclamaciones por los Bonos GO, Reclamaciones por los Bonos de Garantía del ELA o Reclamaciones por los Bonos AEP además de las que adquiera en virtud de este Acuerdo de Adhesión, el Acreedor que se adhiere al PSA, dentro de un plazo de cinco (5) días calendario a partir de la fecha del presente o, en la medida en que haya adquirido Reclamaciones por los Bonos GO, Reclamaciones por los Bonos de Garantía del ELA o Reclamaciones por los Bonos AEP nuevas, a partir de la fecha en que las haya adquirido, facilitará al abogado de la Junta de Supervisión la información financiera que exige la sección 2.2 del PSA con respecto a dichas Reclamaciones.

EN TESTIMONIO DE LO CUAL, el Acreedor que se adhiere al PSA ha dispuesto la firma del presente Acuerdo de Adhesión en la fecha que se indica al inicio.

[NOMBRE DEL CESIONARIO CALIFICADO]

_____

Nombre:

Cargo:

Tenedor de Bonos GO por un valor nominal de:

Tenedor de Bonos AEP por un valor nominal de:

# ANEXO G

MODELO DE ACUERDO SUPLEMENTARIO

## MODELO DE ACUERDO SUPLEMENTARIO

ACUERDO SUPLEMENTARIO AL ACUERDO DE APOYO AL PLAN (modificado oportunamente, el "**PSA**", con sus enmiendas y complementos) del 22 de febrero de 2021, celebrado entre a) la Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado de Puerto Rico (el "**ELA**"), la Autoridad de Edificios Públicos de Puerto Rico (la "**AEP**") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "**SRE**"), b) los titulares de Reclamaciones por los Bonos GO y/o Reclamaciones por los Bonos de Garantía del ELA, cada uno de los cuales se define en el PSA, que podrían incluir a los asesores o gerentes que asesoren o gestionen a un titular de Reclamaciones por los Bonos GO y/o Reclamaciones por los Bonos de Garantía del ELA en representación de tales titulares conforme a lo dispuesto en el Anexo A del PSA (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Titulares GO**"), c) los titulares de Reclamaciones por los Bonos AEP, según se definen en el PSA, que podrían incluir a los asesores o gestores que asesoren o gestionen a un titular de Reclamaciones por los Bonos AEP en representación de tales titulares conforme a lo dispuesto en el Anexo B del PSA (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Titulares AEP**", d) Assured Guaranty Corp. y Assured Guaranty Municipal Corp., únicamente en su calidad de aseguradoras, y tenedores declarados, presuntos tenedores o subrogados con respecto a los Bonos GO y los Bonos AEP ("**Assured**"), e) Syncora Guarantee, Inc, como tenedor de las Reclamaciones por los Bonos GO y por los Bonos AEP y aseguradora de las reclamaciones por los Bonos GO y los Bonos AEP, ("**Syncora**"), f) National Public Finance Guarantee Corporation, únicamente en su calidad de aseguradora y de tenedor declarado, presunto tenedor o subrogado con respecto a los Bonos GO y los Bonos AEP ("**National**", y colectivamente con los Titulares GO, los Titulares AEP, Assured y Syncora, los "**Acreedores Iniciales PSA**"), y g) los demás Acreedores PSA que puedan ser tenedores de bonos de aquí en adelante, es otorgado por

_____ (el "**Acreedor del Acuerdo Suplementario al PSA**") el _____ de 2021. Todos los términos en mayúsculas utilizados pero no definidos en el presente tendrán los significados que se les asignan en el PSA.

1.      _Acuerdo vinculante._ Los Acreedores del Acuerdo Suplementario al PSA por el presente convienen en regirse por todos los términos y disposiciones del PSA. En lo sucesivo, se hará referencia al Acreedor del Acuerdo Suplementario al PSA como "Acreedor PSA", "Parte", "Titular GO" (si posee Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA) y "Titular AEP" (si posee Reclamaciones por los Bonos AEP) a todos los efectos del PSA, lo que incluye, sin limitación, y para despejar dudas, en lo referido a todas las Reclamaciones por los Bonos GO y las Reclamaciones por los Bonos AEP de las que el Acreedor del Acuerdo Suplementario al PSA sea titular a la fecha de este Acuerdo Suplementario (distintas a las Reclamaciones por los Bonos GO, las Reclamaciones por los Bonos de Garantía del ELA y las Reclamaciones por los Bonos AEP que se mantengan como Creador Calificado de Mercado).

2.      _Declaraciones, garantías y convenios._ Con respecto al monto global de capital de cualesquiera Reclamaciones por los Bonos GO, Reclamaciones por los Bonos de Garantía del

ELA y Reclamaciones por los Bonos AEP (sin duplicación) en poder del Acreedor del Acuerdo Suplementario al PSA, quien por el presente a) a la fecha del presente, realiza las declaraciones y otorga las garantías de un "Titular GO" (si posee Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA) que se consignan en la sección 3.5 del PSA, y de un "Titular AEP" (si posee Reclamaciones por los Bonos AEP) que se consignan en la sección 3.6 del PSA, y b) conviene en que cumplirá con todos los "Convenios" de un "Titular GO" (si posee Reclamaciones por los Bonos GO o Reclamaciones por los Bonos de Garantía del ELA) que se consignan en la sección 4.5 del PSA, y de un "Titular AEP" (si posee Reclamaciones por los Bonos AEP) que se consignan en la sección 4.6 del PSA, frente a cada una de las demás Partes del PSA.

3.    Ley aplicable.  La sección 8.5 del PSA se da por reproducida en su totalidad en el presente, a excepción de que cualquier referencia a "Acuerdo" o "PSA" se reemplazará por "Acuerdo Suplementario".

4.    Aviso de Acuerdo Suplementario.  El Acreedor del Acuerdo Suplementario al PSA conviene en que facilitará una copia de este Acuerdo Suplementario al abogado de la Junta de Supervisión de conformidad con las disposiciones sobre notificaciones que se establecen en la sección 8.11 del PSA; estableciéndose, sin embargo, que con la excepción de la copia que envíe al abogado de la Junta de Supervisión, el Acreedor del Acuerdo Suplementario del PSA podrá borrar el monto nominal de los Bonos GO y los Bonos AEP que se consigna a continuación.

5.    Rechazo del Acuerdo Suplementario.  Sin perjuicio del otorgamiento y formalización de este Acuerdo Suplementario para el abogado de la Junta de Supervisión, la Junta de Supervisión podrá, a su exclusivo criterio, optar por no aceptar dicho Acuerdo Suplementario; en tal caso a) la Junta de Supervisión enviará una notificación por escrito de dicha determinación al Acreedor del Acuerdo Suplementario al PSA dentro de un plazo de quince (15) Días hábiles tras recibir el Acuerdo Suplementario, y b) el Acreedor del Acuerdo Suplementario del PSA no tendrá ningún derecho de conformidad con el PSA, lo que incluye, a modo de ejemplo, el derecho a recibir el Cargo de Restricción PSA.

EN TESTIMONIO DE LO CUAL, el Acreedor del Acuerdo Suplementario al PSA ha dispuesto la firma del presente Acuerdo Suplementario en la fecha que se indica al inicio.


[NOMBRE DEL ACREEDOR DEL ACUERDO SUPLEMENTARIO AL PSA]

Por:_____

Nombre:_____

Cargo:_____

Dirección: _____

_____

_____

Tenedor de Bonos GO por un valor nominal de:

Tenedor de Bonos AEP por un valor nominal de:

## ANEXO H:

LISTA DE ACCIONES PARA IMPUGNAR LOS GRAVÁMENES

**Acciones para impugnar los gravámenes**

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del
Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Autonomy Master
Fund Ltd., Proc. Cont. núm. 19-00291.

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del
Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Cooperativa de
Ahorro t Credito de Rincon, Proc. Cont. núm. 19-00292.

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del
Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Ortiz de la Renta,
Proc. Cont. núm. 19-00293.

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante
del Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Martinez Sanchez,
Proc. Cont. núm. 19-00294.

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del
Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Valdivieso, Proc.
Cont. núm. 19-00295.

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del
Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Friedman, Proc.
Cont. núm. 19-00296.

Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del
Estado Libre Asociado de Puerto Rico y otros, y el Comité Oficial de Acreedores No
Asegurados de todos los Deudores de Título III (distintos a COFINA) c. Blackrock Fin.
Mgmt., Proc. Cont. núm. 19-00297.

## **ANEXO I**

RESUMEN DE TRANSACCIÓN

**RESUMEN DE PRINCIPALES TÉRMINOS ECONÓMICOS**

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| **1) Efectivo** | ▪ $7,024 millones de Reclamaciones por los Bonos GO, de los cuales hasta $350 millones dependen de que los ingresos para el Año fiscal 2021 excedan los $350 millones ("Efectivo Contingente del Año Fiscal 2021").<br>▪ Para despejar dudas, el monto contingente de $350 millones se acumulará dólar por dólar y el rendimiento superior se calculará con respecto al Plan de Liquidez para el año fiscal 2021[1], según el monto que exceda la cifra de $350 millones (p. ej., si el rendimiento superior asciende a $349 millones, el efectivo adicional será de $0; si es de $351 millones, el efectivo adicional será de $1 millón). |
| **a) Métrica para calcular el Efectivo Contingente del Año fiscal 2021** | ▪ El cálculo se basará en el informe de flujo de efectivo de TSA de junio de 2021 1(A) que se publicará a más tardar el 31 de julio de 2021, el cual abarcará la totalidad del año fiscal 2021 (la "Primera Fecha de Cálculo").<br>▪ El cálculo consiste en tomar los "Cobros de Fondos Generales" que figuran en la sección de "Cobros Estatales" en el documento de flujos de efectivo de TSA, más el saldo de la cuenta de la inversión de fondos SURI al 30/06/2021 que se indique en las notas al pie del documento de flujos de efectivo de TSA (para aclarar, esta monto excluye variación relacionada con los cobros del año fiscal 2020).<br>▪ Sobre la base del informe de flujos de efectivo de TSA del 5 de febrero de 2021, el rendimiento superior actualmente se ubica en $1,209 millones ($985 millones en los cobros de Fondo Generales, más $224 millones en la cuenta de reinversión de fondos de SURI).<br>▪ En la medida en que el Efectivo Contingente del Año Fiscal 2021 equivalga a $350 millones en la Primera Fecha de Cálculo, dicho efectivo se incluirá en el Plan. Si (i) el Efectivo Contingente del Año Fiscal 2021 es inferior a $350 millones en la Primera Fecha de Cálculo y (ii) el Gobierno implementa medidas en el año fiscal 2021 para extender los plazos de presentación de las declaraciones de impuestos, de forma tal que cabría esperar razonablemente que ciertas recaudaciones del año fiscal 2021 se difieran a 2022, el cálculo se actualizará de manera mensual para incluir la recaudación de los Fondos Generales del año fiscal 2021 que se difieran y se cobren en el año fiscal 2022.<br>   ○ Cualquier cobro diferido no se contabilizará dos veces en el caso de sumas sujetas a la Condición de Rendimiento Superior de CVI. |

---

[1] Plan de Liquidez, según el Suplemento 4.

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| **2) Bonos GO Nuevos** | |
| **a) Bonos de interés corriente** | |
| **i) Amortización de la deuda máxima anual (incl. COFINA Sr.)** | ▪ $1,150,000,000 |
| **ii) Monto nominal** | ▪ $6,683,315,000² |
| **iii) Tenor y cupones** | ▪ Ver Suplemento 1<br>▪ Sujeto a los ajustes adicionales que se describen en la Sección 4.10 (c) del PSA |
| **iv) Opción de compra** | ▪ 1 de julio de 2031 a 30 de junio de 2032: 103<br>▪ 1 de julio de 2032 a 30 de junio de 2033: 102<br>▪ 1 de julio de 2033 a 30 de junio de 2033: 101<br>▪ A partir del 1 de julio de 2034: 100 |
| **b) Bonos de Revalorización de Capital de 5.375%** | |
| **i) Valor nominal a la emisión** | ▪ $442,506,553.50 |
| **ii) Vencimiento, tasa de acumulación y reembolsos obligatorios** | ▪ Según se describen en el Suplemento 1 |
| **iii) Opción de compra** | ▪ 1 de julio de 2031: Valor acumulado |
| **c) Bonos de Revalorización de Capital de 5.000%** | |
| **i) Valor nominal a la emisión** | ▪ $288,241,989.75 |
| **ii) Vencimiento, tasa de acumulación y reembolsos obligatorios** | ▪ Según se describen en el Suplemento 1 |
| **iii) Opción de compra** | ▪ Ninguna |

---

² En la medida en que los bonos gravables de conformidad con este PSA puedan ser reemplazados por bonos exentos de impuestos, los montos nominales estarán sujetos a los ajustes que se describen en la Sección 4.10 (c) del PSA.

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| **d) Otro** | |
| **i) Disposiciones de garantía** | ▪ La política sobre el límite máximo de la deuda, el Fondo de Reserva de Amortización de la Deuda y otras disposiciones de garantía serán las que se describen en la Sección 4.10 (b) del PSA |
| **ii) Fecha de emisión prevista** | ▪ 1 de julio de 2021 |
| **iii) Denominaciones** | ▪ La deuda estará denominada en un monto nominal de $1 por bono. |
| **iv) Redondeo** [3] | ▪ Todas las distribuciones de bonos serán redondeadas al $1 más cercano |
| **3) CVI** | |
| **a) Métrica de rendimiento superior** | ▪ Ver Suplemento 3 |
| **b) Estructura de CVI** | ▪ Punto de intervención: 100% de las proyecciones del Plan Fiscal del ELA incluidas en el Suplemento 3 (el "IVU de referencia")<br>▪ El ELA comprometerá la plena fe, el crédito y el poder impositivo que le otorga la Constitución de Puerto Rico y la ley de Puerto Rico aplicable para el pago de las disposiciones de garantía CVI que se describen en la Sección 4.10 (b) del PSA. |
| **c) Fecha de medición** | ▪ Se medirá al final de cada Año fiscal, a partir del Año fiscal 2022.<br>▪ La mecánica del pago y las mediciones está por determinar. |
| **d) Límite teórico y vitalicio de reclamaciones por los Bonos GO** | ▪ $3,500 millones |
| **e) Plazo de las reclamaciones por los Bonos GO** | ▪ 22 años (Año fiscal 2043)<br>▪ Fecha de emisión estimada de 1 de julio de 2021 |
| **f) Condición de rendimiento superior** | ▪ Todos los años, CVI recibe lo que sea menor de lo siguiente:<br>   ○ i) 50% del rendimiento superior acumulado, a partir del 1 de julio de 2021, menos los pagos realizados anteriormente<br>   ○ ii) 75% del rendimiento superior anual<br>▪ A partir de la suma más baja entre i) y ii) anteriores, pagos anuales en cascada de la siguiente manera[4]: |

---

[3] Sujeto a la aprobación final de DTC.

[4] Lo siguiente no limita las facultades del ELA de resolver otros créditos con CVI adicional.

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| | o a) Primeros $100,000,000 para Reclamaciones por los Bonos GO<br>o b) Los siguientes $11,111,111 para otros acreedores o el ELA, a criterio del ELA<br>o c) A partir de allí, reparto prorrateado del 90% para las Reclamaciones por los Bonos GO y, a opción del ELA, el 10% para otros acreedores o el ELA<br>▪ Pago anual máximo de $200 millones para Reclamaciones por los Bonos GO, más cualquier monto no utilizado de años anteriores, sujeto a que el pago anual no supere los $400 millones para las Reclamaciones por los Bonos GO<br>o Si quedan sumas remanentes de años anteriores sin utilizar al final de plazo de 22 años, el ELA no adeudará ningún otro monto a CVI. |
| **g) Estructura de amortización para las reclamaciones por los Bonos GO** | ▪ Amortizable en cualquier fecha según un valor acumulado igual a la cantidad máxima de pagos futuros valuados a una tasa de descuento sin tope equivalente a la tasa del Tesoro + 100 puntos básicos, donde la tasa del Tesoro se refiere al rendimiento (o rendimiento interpolado) de los títulos comparables del Tesoro de los EE. UU. con el vencimiento real (o interpolado) que más se acerque a la vida media restante de los pagos máximos restantes del CVI. |
| **h) Ajuste IVU** | ▪ No se requiere ajuste:<br>o Las exenciones/días festivos incluidos en el Código de Rentas Internas de Puerto Rico a la fecha de este PSA (secciones 4030.01 a 4030.27)<br>▪ Reducción de la tasa IVU de referencia (la "Reducción del IVU de referencia"):<br>o Exenciones/días festivos durante cualquier Declaración Presidencial de Desastre en los EE. UU por un período que no exceda los 30 días, y solo para las categorías de gasto relacionadas con las emergencias. Si las exenciones/días festivos exceden el período de 30 días, el monto de cualquier exención que supere dicho período de 30 días se incluirá en el mecanismo de ajuste del impuesto IVU que se define a continuación.<br>▪ Aumento de los ingresos IVU durante el año ("Ajuste IVU"):<br>o Cualquier otra exención implementada por el Gobierno de conformidad con la ley aplicable.<br>▪ Para calcular la Reducción del IVU de referencia o el Ajuste IVU, el cálculo será determinado por el Secretario de Hacienda y validado por un |

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| | tercero independiente y se divulgará públicamente. La validación del tercero independiente será vinculante para el Gobierno y para los Acreedores.<br>■ En un acuerdo separado, documentación sobre la metodología que utilizará el tercero independiente para verificar el cálculo del Secretario de Hacienda.<br>■ En la medida en que el ELA reduzca la tasa IVU del 5.5% a una tasa más baja, la Junta y los Acreedores Iniciales PSA acordarán un ajuste a la fórmula para mantener la misma suma por rendimiento superior que si el IVU Medido se hubiera mantenido en el 5.5%. Se prevén protecciones adicionales en la sección 4.10 b) xi) del PSA. |
| **4) OTRAS DISPOSICIONES** | |
| **a) Cargo por restricción PSA y Costos de Consumación** | ■ El Cargo por Restricción PSA, junto con los Costos de Consumación, no debe exceder la suma de $350 millones, según se describe en la sección 6.1 del PSA. |
| **Transacción AEP** | ■ $1,073 millones en efectivo |
| **c) Cascada de pagos sobre bonos gravables** | ■ Primero: Inversores de Puerto Rico que opten por recibir una distribución gravable sobre los bonos.<br>■ Segundo: de forma prorrateada a todas las Reclamaciones por los Bonos GO |
| **d) Tratamiento del OID[5] en las Reclamaciones por Bonos GO** | ■ Las distribuciones a nivel de clase se realizan de manera proporcional según la reclamación, incluidos los intereses acumulados hasta la fecha de presentación correspondiente y el OID no vencido ("Reclamación Parcial").<br>■ La asignación dentro de las clases se realiza de manera proporcional según la reclamación, incluidos los intereses acumulados hasta la fecha de presentación correspondiente y sin incluir el OID no vencido ("Reclamación Acumulada") |

---

[5] Para despejar dudas, los bonos de revalorización de capital ("CABS") se acumulan hasta la fecha de la solicitud correspondiente en todas las distribuciones.

## SUPLEMENTO 1: RESUMEN DE CAPITAL Y CUPONES [6,7]

*(USD)*

| | Exonerado de impuestos | | | | | | | | | Gravable | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bono de interés corriente | | | Bonos de Revalorización de Capital del 5.375% | | | Bonos de Revalorización de Capital del 5.000% | | | Bono de interés corriente | | |
| Fecha | Vencimiento | Amortización | Cupón | Valor nominal a la emisión | Valor acumulado [7] | Tasa de acumulación | Valor nominal a la emisión | Valor acumulado [7] | Tasa de acumulación | Vencimiento | Amortización | Cupón |
| 07/01/2022 | | 372,660,000.00 | | | | | $100,862,061.30 | $105,968,971.50 | 5.000% | | | |
| 07/01/2023 | 745,050,000.00 | 372,390,000.00 | 5.000% | | | | 96,003,057.15 | 105,969,766.35 | 5.000% | | | |
| 07/01/2024 | | 371,350,000.00 | | | | | 91,376,871.30 | 105,970,000.00 | 5.000% | | | |
| 07/01/2025 | 740,820,000.00 | 369,470,000.00 | 5.000% | | | | | | | | | |
| 07/01/2026 | | 366,675,000.00 | | | | | | | | | | |
| 07/01/2027 | 729,565,000.00 | 362,890,000.00 | 5.000% | | | | | | | | | |
| 07/01/2028 | | 358,030,000.00 | | | | | | | | | | |
| 07/01/2029 | 710,040,000.00 | 352,010,000.00 | 5.000% | 98,129,013.00 | 149,997,523.50 | 5.375% | | | | | | |
| 07/01/2030 | | 344,740,000.00 | | 93,059,851.80 | 149,997,764.30 | 5.375% | | | | | | |
| 07/01/2031 | 680,835,000.00 | 336,095,000.00 | 5.000% | 88,252,614.90 | 149,998,089.75 | 5.375% | | | | | | |
| 07/01/2032 | | 325,990,000.00 | | 83,694,073.80 | 149,998,937.80 | 5.375% | | | | | | |
| 07/01/2033 | 637,040,000.00 | 311,050,000.00 | 4.000% | 79,371,000.00 | 150,000,000.00 | 5.375% | | | | | | |
| 07/01/2034 | | 294,385,000.00 | | | | | | | | | | |
| 07/01/2035 | 448,580,000.00 | 154,195,000.00 | 4.000% | | | | | | | | 121,695,000.00 | |
| 07/01/2036 | | 137,290,000.00 | | | | | | | | | 118,735,000.00 | |
| 07/01/2037 | 255,660,000.00 | 118,370,000.00 | 4.000% | | | | | | | | 115,625,000.00 | |
| 07/01/2038 | | 97,300,000.00 | | | | | | | | | 112,360,000.00 | |
| 07/01/2039 | | 64,880,000.00 | | | | | | | | | 117,980,000.00 | |
| 07/01/2040 | | 29,640,000.00 | | | | | | | | | 123,880,000.00 | |
| 07/01/2041 | 204,600,000.00 | 12,780,000.00 | 4.000% | | | | | | | 822,260,000.00 | 111,985,000.00 | 5.000% |
| 07/01/2042 | | 130,875,000.00 | | | | | | | | | | |
| 07/01/2043 | | 136,110,000.00 | | | | | | | | | | |
| 07/01/2044 | | 141,555,000.00 | | | | | | | | | | |
| 07/01/2045 | | 147,220,000.00 | | | | | | | | | | |
| 07/01/2046 | 708,865,000.00 | 153,105,000.00 | 4.000% | | | | | | | | | |
| **Total** | **$5,861,055,000.00** | **$5,861,055,000.00** | | **$442,506,553.50** | **$749,992,315.35** | | **$288,241,989.75** | **$317,908,737.85** | | **$822,260,000.00** | **$822,260,000.00** | |

---

[6] El capital y los cupones están sujetos a cambios según la Sección 4.10 (c) del PSA.

[7] Valor acumulado en la fecha de rescate del fondo de amortización.

**SUPLEMENTO 2-A RESUMEN DE CONTRAPRESTACIÓN FIJA[8]**

| Clase | Reclamación | Efectivo[9] | Bonos GO de interés corriente[10] | 5.375% GO Bonos de Revalorización de Capital | 5.000% GO Bonos de Revalorización de Capital |
|---|---|---|---|---|---|
| GO pre-2011 | $5,842,761,317.99 | $1,939,945,170.61 | $2,335,662,885.00 | $154,645,730.95 | $100,733,860.33 |
| 2011 (D / E / PIB) | 645,673,111.48 | 211,321,708.90 | 254,427,948.00 | 16,845,837.03 | 10,973,119.68 |
| 2011 GO (C)[11] | 476,425,522.88 | 148,787,321.13 | 179,137,548.00 | 11,860,811.21 | 7,725,951.12 |
| 2012 GO[12] | 2,938,901,920.90 | 911,154,976.00 | 1,097,015,982.00 | 72,634,128.68 | 47,312,758.92 |
| 2014 GO[13] | 4,181,991,996.95 | 1,213,033,223.93 | 1,460,472,552.00 | 96,698,820.07 | 62,988,129.64 |
| AEP pre-2011 | 2,661,239,877.05 | 1,264,970,270.49 | 786,970,977.00 | 52,105,850.83 | 33,940,952.82 |
| AEP 2011 | 1,335,422,892.78 | 630,221,597.86 | 389,431,848.00 | 25,784,531.32 | 16,795,648.40 |
| AEP 2012 | 674,308,470.06 | 304,565,731.08 | 180,195,260.00 | 11,930,843.41 | 7,771,568.84 |

[8] Total de recuperaciones fijas asignadas de manera prorrateada según las recuperaciones posteriores a la tarifa de febrero de 2020 en virtud del PSA (sumando el Cargo de Restricción PSA y los Costos de Consumación para todas las reclamaciones). Todas las Reclamaciones por los Bonos GO recibirán la misma proporción de bonos y efectivo (consistente con el PSA de febrero de 2020 a partir de su fecha de emisión estimada del 1 de marzo de 2020), excluyendo $1,073 millones de efectivo para la reclamación administrativa de la PBA, Cargo de Restricción PSA, Costos de Consumación y Cargo para el Apoyo a los Inversores Minoristas. Asignación sujeta a cambios dependiendo de la contraprestación total. El monto de recuperación en dólares asignado a cada clase según lo anterior, a su vez, se asignará entre las diversas series de bonos dentro de esa clase en función de sus reclamaciones previas a la petición, excluyendo el OID no acumulado.

[9] Supone la recepción de $350 millones de efectivo contingente. No incluye el dinero en efectivo para el Cargo por Restricción PSA, los Costos de Consumación y el Cargo para Apoyo a los Inversores Minoristas.

[10] Los montos nominales están sujetos a cambios, tal como se describe en la Sección 4.10c) del PSA.

[11] Excluye la Serie D de 2011, la Serie E de 2011 y los Bonos para la Mejora Pública de 2011.

[12] El monto de la reclamación GO 2012 incluye $198 millones de Préstamos Hacienda y $33 millones de préstamos GSA.

[13] El monto de la reclamación GO 2014 incluye $84 millones de los BAN de AFIPR y $262 millones de los Bonos del Puerto de las Américas.

**SUPLEMENTO 2-B RESUMEN DE ASIGNACIÓN DE CVI**

| Clase | Asignación CVI %[14] |
|---|---|
| GO pre-2011 | 32.236% |
| GO (D / E / PIB) 2011 | 3.513% |
| GO (C) 2011 | 2.478% |
| GO[15] 2012 | 15.178% |
| GO[16] 2014 | 20.259% |
| AEP pre-2011 | 15.192% |
| AEP 2011 | 7.551% |
| AEP 2012 | 3.594% |

---

[14] Asignado de forma prorrateada en función de la contraprestación fija total, incluido el Cargo de Restricción PSA y los Costos de Consumación (sumando el Cargo de Restricción PSA y los Costos de Consumación para todas las reclamaciones).

[15] El monto de la reclamación GO 2012 incluye $198 millones de Préstamos Hacienda y $33 millones de préstamos GSA.

[16] El monto de la reclamación GO 2014 incluye $84 millones de los BAN de AFIPR y $262 millones de los Bonos del Puerto de las Américas.

## SUPLEMENTO 3-A: BASE DE REFERENCIA IVU 5.5%

*($ USD)*

### BASE DE REFERENCIA IVU 5.5%

| Año | Monto | Año | Monto |
|-----|-------|-----|-------|
| 2022 | $1,282,901,069.30 | 2033 | $1,428,210,572.57 |
| 2023 | 1,279,617,661.88 | 2034 | 1,426,102,595.91 |
| 2024 | 1,301,220,703.34 | 2035 | 1,429,798,842.15 |
| 2025 | 1,315,295,083.41 | 2036 | 1,438,540,327.00 |
| 2026 | 1,345,037,783.09 | 2037 | 1,452,657,050.02 |
| 2027 | 1,377,398,882.61 | 2038 | 1,477,755,111.63 |
| 2028 | 1,403,141,426.98 | 2039 | 1,495,355,971.13 |
| 2029 | 1,414,785,980.78 | 2040 | 1,518,089,898.19 |
| 2030 | 1,427,393,695.32 | 2041 | 1,541,405,892.18 |
| 2031 | 1,437,998,166.98 | 2042 | 1,565,457,864.38 |
| 2032 | 1,447,406,781.79 | 2043 | 1,590,148,747.39 |

## SUPLEMENTO 3-B: PREVISIÓN Y CONCILIACIÓN DEL IVU 5.5%

*(en millones de USD)*

| | AF22 | AF23 | AF24 | AF25 | AF26 | AF27 | AF28 | AF29 | AF30 | AF31 | AF32 | AF33 | AF34 | AF35 | AF36 | AF37 | AF38 | AF39 | AF40 | AF41 | AF42 | AF43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Previsión del IVU 5.5%** | | | | | | | | | | | | | | | | | | | | | | |
| Previsión del IVU 10.5% (según el Plan Fiscal Certificado del ELA para 2020) | $2,592 | $2,569 | $2,612 | $2,641 | $2,699 | $2,764 | $2,817 | $2,846 | $2,873 | $2,896 | $2,917 | $2,893 | $2,889 | $2,897 | $2,914 | $2,943 | $2,993 | $3,028 | $3,074 | $3,120 | $3,168 | $3,217 |
| Sanciones, intereses y otros (según lo definido por Hacienda) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) |
| Cobros brutos del IVU B2B del 4% | (196) | (194) | (197) | (199) | (204) | (209) | (213) | (215) | (217) | (219) | (220) | (218) | (218) | (219) | (220) | (222) | (226) | (229) | (232) | (236) | (239) | (243) |
| **IVU 10.5% ajustado** | **$2,360** | **$2,339** | **$2,378** | **$2,404** | **$2,459** | **$2,519** | **$2,568** | **$2,594** | **$2,620** | **$2,641** | **$2,660** | **$2,638** | **$2,634** | **$2,641** | **$2,657** | **$2,684** | **$2,730** | **$2,763** | **$2,805** | **$2,848** | **$2,892** | **$2,938** |
| Impacto de la medida de cumplimiento del Plan Fiscal sobre el IVU del 10.5% | 72 | 88 | 90 | 90 | 92 | 95 | 96 | 97 | 98 | 99 | 99 | 98 | 98 | 98 | 98 | 99 | 101 | 102 | 103 | 105 | 106 | 108 |
| Impacto del gasto en recuperación ante desastres sobre el IVU de 10.5% | 25 | 26 | 26 | 26 | 26 | 24 | 19 | 17 | 15 | 13 | – | – | – | – | – | – | – | – | – | – | – | – |
| Impacto del ajuste a la legislación tributaria en función del riesgo(2) sobre el IVU del 10.5% | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (4) | (4) | (4) | (4) | (4) | (4) | (4) |
| **Medidas posteriores/ajustes al IVU del 10.5%** | **$2,455** | **$2,449** | **$2,490** | **$2,517** | **$2,574** | **$2,636** | **$2,685** | **$2,707** | **$2,731** | **$2,751** | **$2,769** | **$2,733** | **$2,729** | **$2,736** | **$2,752** | **$2,779** | **$2,827** | **$2,861** | **$2,904** | **$2,949** | **$2,995** | **$3,042** |
| (x) 5.5%/10.5% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% | 52.4% |
| **IVU del 5.5% incluido CINE** | **$1,286** | **$1,283** | **$1,304** | **$1,319** | **$1,348** | **$1,381** | **$1,406** | **$1,418** | **$1,431** | **$1,441** | **$1,451** | **$1,431** | **$1,429** | **$1,433** | **$1,442** | **$1,456** | **$1,481** | **$1,499** | **$1,521** | **$1,545** | **$1,569** | **$1,593** |
| Fondos CINE | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) |
| **IVU del 5.5% menos CINE** | **$1,283** | **$1,280** | **$1,301** | **$1,315** | **$1,345** | **$1,377** | **$1,403** | **$1,415** | **$1,427** | **$1,438** | **$1,447** | **$1,428** | **$1,426** | **$1,430** | **$1,439** | **$1,453** | **$1,478** | **$1,495** | **$1,518** | **$1,541** | **$1,565** | **$1,590** |
| **Conciliación de las previsiones del IVU del 5.5% con el Plan Fiscal Certificado COFINA 2020** | | | | | | | | | | | | | | | | | | | | | | |
| IVU del 5.5% según el Plan Fiscal Certificado COFINA 2020 | $1,343 | $1,340 | $1,362 | $1,376 | $1,407 | $1,440 | $1,467 | $1,479 | $1,491 | $1,502 | $1,512 | $1,492 | $1,490 | $1,494 | $1,503 | $1,517 | $1,543 | $1,561 | $1,585 | $1,609 | $1,634 | $1,659 |
| Sanciones prorrateadas, intereses y otros (según lo definido por Hacienda) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) | (19) |
| Cobros B2B prorrateados brutos del 4% | (103) | (102) | (103) | (104) | (107) | (109) | (111) | (113) | (114) | (115) | (115) | (114) | (114) | (115) | (115) | (116) | (118) | (120) | (122) | (123) | (125) | (127) |
| Impacto prorrateado del ajuste a la legislación tributaria en función del(1) riesgo sobre el IVU del 10.5% | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| Impacto prorrateado de la medida de cumplimiento sobre los cobros B2B del IVU del 4% | (4) | (5) | (5) | (5) | (5) | (5) | (5) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (7) | (7) | (7) | (7) | (7) | (7) |
| Beneficio prorrateado de los cobros B2B del 4% relacionados con DRF | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | – | – | – | – | – | – | – | – | – | – | – | – |
| Ajuste prorrateado por ajuste a la legislación tributaria en función del riesgo | 71 | 72 | 73 | 74 | 76 | 77 | 79 | 80 | 80 | 81 | 82 | 81 | 81 | 81 | 82 | 82 | 84 | 85 | 86 | 87 | 89 | 90 |
| **IVU del 5.5% incluido CINE** | **$1,286** | **$1,283** | **$1,304** | **$1,319** | **$1,348** | **$1,381** | **$1,406** | **$1,418** | **$1,431** | **$1,441** | **$1,451** | **$1,431** | **$1,429** | **$1,433** | **$1,442** | **$1,456** | **$1,481** | **$1,499** | **$1,521** | **$1,545** | **$1,569** | **$1,593** |
| Fondos CINE | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) |
| **IVU del 5.5% menos CINE** | **$1,283** | **$1,280** | **$1,301** | **$1,315** | **$1,345** | **$1,377** | **$1,403** | **$1,415** | **$1,427** | **$1,438** | **$1,447** | **$1,428** | **$1,426** | **$1,430** | **$1,439** | **$1,453** | **$1,478** | **$1,495** | **$1,518** | **$1,541** | **$1,565** | **$1,590** |

# SUPLEMENTO 4: Plan de liquidez para el año fiscal 2021: Cobros del Fondo General según el Plan de Liquidez TSA

**Gobierno de Puerto Rico**
**Plan de liquidez de la Cuenta Única de Tesorería (TSA)**
*Basado en el presupuesto certificado para el año fiscal 2021*

| (cifras en $ mm) | AF 2019 AYE | AF 2020 AYE | Jul-20 | Ago-20 | Sep-20 | Oct-20 | Nov-20 | Dic-20 | Ene-21 | Feb-21 | Mar-21 | Abr-21 | May-21 | Jun-21 | AF 2021 AYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cobros estatales** | | | | | | | | | | | | | | | |
| 1 Cobros de fondos general | 11,608 | 8,895 | 605 | 612 | 735 | 701 | 655 | 1,007 | 894 | 716 | 1,101 | 1,716 | 763 | 987 | 10,493 |
| 2 Recibos GF diferidos (Acción Ejecutiva COVID-19) | – | – | 467 | 67 | 57 | 67 | – | – | – | – | – | – | – | – | 667 |
| 3 Otros ingresos y transferencias de fondos | 986 | 1,020 | 15 | 15 | 15 | 22 | 15 | 15 | 12 | 15 | 15 | 22 | 15 | 22 | 208 |
| 4 Recaudaciones de ingresos especiales | 627 | 383 | 35 | 39 | 38 | 38 | 30 | 51 | 30 | 27 | 42 | 40 | 17 | 37 | 434 |
| 5 Todas las demás cobros estatales | 440 | 333 | 32 | 28 | 13 | 35 | 34 | 32 | 27 | 26 | 44 | 34 | 9 | 35 | 388 |
| 6 Transferencias de la cuenta de reinversión de fondos | – | – | – | – | 512 | 128 | 128 | 128 | 128 | – | – | – | – | – | 1,024 |
| 7 Subtotal - Cobros estatales | 13,661 | 10,630 | 1,153 | 761 | 1,380 | 990 | 852 | 1,234 | 1,101 | 783 | 1,222 | 1,812 | 844 | 1,081 | 13,214 |
| **Recaudación de fondos federales** | | | | | | | | | | | | | | | |
| Medicaid | | | | | | | | | | | | | | | |
| 8 | 2,924 | 2,279 | 409 | 474 | 237 | 237 | 237 | 237 | 237 | 237 | 237 | 237 | 237 | 237 | 3,255 |
| 9 Programa de asistencia nutricional | 2,897 | 2,663 | 148 | 180 | 173 | 160 | 149 | 153 | 152 | 153 | 181 | 161 | 184 | 203 | 1,998 |
| 10 Todos los demás programas federales | 1,615 | 1,855 | 141 | 253 | 132 | 365 | 111 | 264 | 132 | 253 | 247 | 214 | 152 | 288 | 2,951 |
| 11 Otros | 1,880 | 340 | 63 | 21 | 21 | 21 | 21 | 21 | – | – | – | – | – | – | 166 |
| 12 Subtotal: recaudación de fondos federales | 9,316 | 7,136 | 760 | 928 | 563 | 783 | 518 | 675 | 522 | 643 | 665 | 612 | 573 | 728 | 8,370 |
| **Relacionado con el balance general** | | | | | | | | | | | | | | | |
| 13 Recaudación PayGo | 507 | 508 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 539 |
| 14 Otros | 300 | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| 15 Subtotal - Relacionado con el balance general | 807 | 508 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 539 |
| 16 **Ingresos totales** | **23,784** | **18,274** | **1,958** | **1,734** | **2,088** | **1,818** | **1,515** | **1,954** | **1,768** | **1,471** | **1,932** | **2,469** | **1,562** | **1,854** | **22,122** |
| **Nómina** | | | | | | | | | | | | | | | |
| Fondo general | | | | | | | | | | | | | | | |
| 17 | (2,631) | (2,739) | (205) | (211) | (218) | (230) | (230) | (296) | (224) | (218) | (224) | (236) | (236) | (230) | (2,757) |
| 18 Fondo Federal | (520) | (523) | (44) | (46) | (48) | (52) | (52) | (61) | (50) | (48) | (50) | (53) | (53) | (52) | (608) |
| 19 Otro Fondo Estatal | (173) | (138) | (10) | (10) | (10) | (11) | (11) | (14) | (11) | (10) | (11) | (12) | (12) | (11) | (132) |
| 20 Subtotal - Costos de nómina y relacionados | (3,325) | (3,400) | (259) | (267) | (276) | (293) | (293) | (370) | (284) | (276) | (284) | (301) | (301) | (293) | (3,496) |
| **Desembolsos operativos** | | | | | | | | | | | | | | | |
| 21 Fondo General | (1,608) | (1,294) | (140) | (138) | (148) | (157) | (166) | (166) | (161) | (161) | (161) | (176) | (167) | (167) | (1,909) |
| 22 Fondo federal | (2,334) | (1,491) | (97) | (207) | (184) | (313) | (160) | (203) | (182) | (205) | (197) | (160) | (198) | (237) | (2,344) |
| 23 Otro fondo estatal | (665) | (653) | (74) | (54) | (51) | (46) | (57) | (57) | (60) | (54) | (41) | (62) | (45) | (60) | (660) |
| 24 Subtotal - Desembolsos de proveedores | (4,608) | (3,438) | (311) | (399) | (382) | (516) | (383) | (426) | (403) | (420) | (399) | (399) | (411) | (464) | (4,913) |
| **Transferencias presupuestarias financiadas por el Estado** | | | | | | | | | | | | | | | |
| 25 Apropiaciones del Fondo General | (1,581) | (1,886) | (188) | (159) | (159) | (159) | (159) | (159) | (159) | (159) | (159) | (197) | (162) | (163) | (1,979) |
| 26 Otras transferencias del Fondo Estatal | (465) | (318) | (26) | (37) | (23) | (15) | (15) | (23) | (15) | (15) | (23) | (15) | (15) | (23) | (246) |
| 27 Subtotal - Transferencias presupuestarias financiadas por el | (2,046) | (2,204) | (214) | (196) | (181) | (174) | (174) | (181) | (174) | (174) | (181) | (213) | (178) | (186) | (2,226) |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estado | | | | | | | | | | | | | | |
| | **Transferencias del Fondo Federal** | | | | | | | | | | | | | | |
| 28 | Medicaid | (2,693) | (2,467) | (434) | (500) | 237) | (237) | 237) | (237) | 237) | (237) | 237) | (237) | 237) | (3,305) |
| 29 | Programa de asistencia nutricional | (2,810) | (2,613) | (148) | (180) | 173) | (160) | 149) | (153) | 152) | (153) | 181) | 161) | 184) | (1,998) |
| 30 | Todas las demás transferencias del Fondo Federal | (419) | (62) | (21) | (21) | 21) | (21) | 21) | (21) | – | – | – | – | – | (124) |
| 31 | Subtotal - Recaudación de fondos federales | (5,922) | (5,142) | (603) | (700) | 431) | (418) | 407) | (411) | 390) | (390) | 418) | 398) | 422) | (5,428) |
| | **Todos los demás desembolsos financiados por el Estado** | | | | | | | | | | | | | | |
| 32 | Contribuciones a las jubilaciones | (2,439) | (2,485) | (217) | 217) | 217) | (217) | 217) | (217) | 217) | (217) | 217) | 217) | 217) | (2,610) |
| 33 | Reembolsos de impuestos y otros créditos fiscales | (609) | (810) | (140) | (105) | 48) | (27) | 23) | (23) | 23) | (59) | 59) | 149) | 185) | (951) |
| 34 | Costos según el Título III | (235) | (133) | (22) | (6) | 6) | (6) | 6) | (6) | 6) | (6) | 6) | (6) | 6) | (88) |
| 35 | Porción del costo estatal | (138) | (41) | – | – | – | – | – | – | – | – | – | – | (213) | (213) |
| 36 | Transferencias importantes | – | – | 14) | – | (13) | 2) | (4) | 14) | (7) | 8) | – | – | (29) | (90) |
| 37 | Transferencias de la cuenta de custodia | – | (1) | 1) | 3) | (4) | 5) | (8) | 55) | (5) | 7) | (65) | 40) | (108) | (300) |
| 38 | Reserva de efectivo | – | – | – | – | – | – | – | – | – | – | – | – | – | |
| 39 | Todos los demás | (335) | (145) | – | – | – | – | – | | | | | | | |
| 40 | Subtotal - Todos los demás desembolsos financiados por el Estado | (3,756) | (3,615) | (380) | (343) | 274) | (268) | 252) | (258) | 314) | (294) | 297) | (437) | 448) | (4,251) |
| 41 | **Total de egresos** | **(19,657)** | **(17,799)** | **(1,766)** | **(1,906)** | **1,545)** | **(1,668)** | **1,509)** | **(1,647)** | **1,565)** | **(1,554)** | **1,579)** | **(1,748)** | **1,759)** | **(20,315)** |
| 42 | Flujos de efectivo neto | 4,127 | 476 | 192 | (172) | 543 | 149 | 6 | 307 | 302 | (83) | 353 | 721 | 197) | 1,808 |
| 43 | Posición de caja bancaria, inicio | 3,098 | 7,225 | 7,701 | 7,893 | 7,721 | 8,264 | 8,414 | 8,419 | 8,727 | 8,929 | 8,846 | 9,198 | 9,920 | 7,701 |
| 44 | Posición de caja bancaria, final | 7,225 | 7,701 | 7,893 | 7,721 | 8,264 | 8,414 | 8,419 | 8,727 | 8,929 | 8,846 | 9,198 | 9,920 | 9,723 | 9,509 |