**ANEXO C**

ACUERDO DE APOYO AL PLAN VINCULADO A LA ACT/ADCC

COPIA DE SUSCRIPCIÓN

## ACUERDO DE APOYO AL PLAN VINCULADO A LA ACT/ADCC

ACUERDO DE APOYO AL PLAN VINCULADO A LA ACT/ADCC, de fecha 5 de mayo de 2021, entre (a) la Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), en calidad de representante del Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**"), y la Autoridad de Carreteras y Transportación ("**ACT**") de Puerto Rico, (b) ciertos tenedores de Reclamaciones de Bonos de la ACT, como se definen a continuación, que pueden incluir a los asesores o administradores que asesoran o administran a un tenedor de Reclamaciones de Bonos de la ACT en nombre de dicho tenedor, tal como se indica en el Anexo "A" del presente, (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Tenedores de la ACT**"), (c) ciertos tenedores de Reclamaciones de Bonos de la ADCC, como se definen a continuación, que pueden incluir a los asesores o administradores que asesoran o administran a un tenedor de Reclamaciones de Bonos de la ADCC en nombre de dicho tenedor, tal como se indica en el Anexo "B" del presente, (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias realizadas de acuerdo con los términos del presente, los "**Tenedores de la ADCC**"), (d) Assured Guaranty Corp. y Assured Guaranty Municipal Corp., exclusivamente en su calidad de aseguradores y tenedores declarados, tenedores potenciales o subrogados con respecto a los Bonos de la ACT y de la ADCC, cada uno como se definen a continuación, ("**Assured**"), y (e) National Public Finance Guarantee Corporation, exclusivamente en su calidad de aseguradores y tenedores declarados, tenedores potenciales o subrogados con respecto a los Bonos de la ACT ("**National**" y, colectivamente con los Tenedores de la ACT, los Tenedores de la ADCC y Assured, los "**Acreedores del AAP Iniciales**" ). Los signatarios del presente documento se denominarán colectivamente en adelante "**Partes**" o individualmente "**Parte**". Los términos en mayúsculas utilizados en este documento que no estén definidos de otra manera tendrán los significados que se establecen a continuación o en el Plan (según se define más adelante), según corresponda.

### ANTECEDENTES

A.    En virtud de la autoridad concedida conforme a la Ley Núm. 74-1965, certificada como 9 L.P.R.A. §§2001-2035, con sus correspondientes enmiendas, la ACT fue creada para, entre otras cosas, la construcción, la operación y el mantenimiento del sistema de transporte del ELA.

B.    De acuerdo con (a) la Resolución Núm. 68-18, adoptada el 13 de junio de 1968 con sus enmiendas y complementos posteriores, la ACT emitió una serie de bonos (colectivamente, los "**Bonos de la ACT 68**"), como se indica en el Anexo "C" del presente, y (b) la Resolución 98-06, adoptada el 26 de febrero de 1998 con sus enmiendas y complementos posteriores, la ACT emitió (i) una serie de bonos que figuran en el Anexo "D" del presente (colectivamente, los "**Bonos prioritarios de la ACT 98**"), y (ii) una serie de bonos subordinados como se indica en el Anexo "E" del presente documento (colectivamente, los "**Bonos subordinados de la ACT 98**" y, junto con los Bonos de la ACT 68 y los Bonos prioritarios de la ACT 98, los "**Bonos de la ACT**").

C.    En virtud de la autoridad conferida por la ley 351 del 2 de septiembre de 2000, se creó la Autoridad del Distrito del Centro de Convenciones ("**ADCC**") de Puerto Rico, con el propósito, entre otros, de planificar, desarrollar y operar un centro de convenciones en San Juan, Puerto Rico.

1

D.     De acuerdo con los términos de cierto Contrato de Fideicomiso, de fecha 24 de marzo de 2006, entre la ADCC y JP Morgan Chase Bank, N.A., como fideicomisario, con sus enmiendas y complementos periódicos, la ADCC emitió la serie de bonos (colectivamente, los "**Bonos de la ADCC**"), que figura en el Anexo "F" del presente, por el monto del capital original de Cuatrocientos Sesenta y Ocho Millones Ochocientos Mil Dólares ($468,800,000.00).

E.     En relación con la emisión de ciertos Bonos de la ACT y Bonos de la ADCC, Assured y National emitieron ciertas pólizas de seguro y la ACT y la ADCC y celebraron contratos de seguro con respecto a estas.

F.     El 30 de junio de 2016, la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico fue aprobada por el Presidente de los Estados Unidos (P.L. 114-187) ("**PROMESA**").

G.     PROMESA creó la Junta de Supervisión y confirió a la Junta de Supervisión ciertos poderes sobre las finanzas y el proceso de reestructuración con respecto a, entre otros, el Estado Libre Asociado y sus instrumentalidades, todo ello según lo dispuesto en PROMESA.

H.     A tenor con la Ley 2-2017, la Autoridad de Asesoría Financiera y Agencia Fiscal ("**AAFAF**") de Puerto Rico fue designada como agente y asesora del Gobierno del Estado Libre Asociado de Puerto Rico (el "**Gobierno**"), y se le otorgó autoridad con respecto a la reestructuración de cualquier endeudamiento emitido por el ELA y cualquiera de sus entidades gubernamentales.

I.     El 3 de mayo de 2017 (la "**Fecha de Petición del ELA**"), la Junta de Supervisión presentó una petición del Título III en nombre del Estado Libre Asociado (el "**Procedimiento de PROMESA del ELA**") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "**Tribunal del Título III**").

J.     El 21 de mayo de 2017 (la "**Fecha de Petición de la ACT**"), la Junta de Supervisión presentó una petición del Título III en nombre de la ACT (el "**Procedimiento de PROMESA de la ACT**") ante el Tribunal del Título III.

K.     La Junta de Supervisión es el representante del ELA y de la ACT en el Procedimiento de PROMESA del ELA y en el Procedimiento de PROMESA de la ACT, respectivamente, a tenor con la Sección 315(b) de PROMESA.

L.     El 22 de febrero de 2021, las Partes, entre otras, firmaron un Acuerdo de Apoyo al Plan ("**AAP del ELA**"), en relación con la reestructuración de los Bonos GO y los Bonos de la AEP, cada uno de los cuales se define a continuación, acuerdo que continúa sujeto a ciertas condiciones, incluyendo, entre otras, la confirmación y perfeccionamiento de un plan de ajuste en el Procedimiento de PROMESA del ELA.

M.     El 8 de marzo de 2021, el Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico presentaron cierto Segundo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros (el "**Segundo Plan Enmendado**") [Leg. Núm. 15976], ante el Tribunal del Título III, y una declaración de divulgación correspondiente (la "**Declaración de Divulgación 2021**").

N.     A tenor con las Secciones 7.1(g) y (h) del AAP del ELA, Assured y National tenían cada uno el

derecho de rescindir el AAP del ELA en lo que respecta a ellos mismos en o antes del 31 de marzo de 2021 a las 5:00 p.m. (hora del Este). Por acuerdo, la Junta de Supervisión amplió dicha fecha límite hasta el 20 de abril de 2021, inclusive, a las 17:00 horas (hora del Este).

O.    Con la colaboración del equipo de mediación designado por el Tribunal del Título III, las Partes han entablado negociaciones de buena fe y bajo condiciones de mercado, incluyendo, entre otros, los términos de una propuesta de reestructuración de los Bonos de la ADCC y los Bonos de la ACT y las reclamaciones contra el ELA, la ACT y la ADCC derivadas de los Bonos de la ADCC y los Bonos de la ACT o relacionadas con ellos, que se implementarán de la manera establecida en (a) el Tercer Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros, con sus correspondientes enmiendas, modificaciones o suplementos (el  "**Plan**"), que será compatible con los términos y disposiciones del presente Acuerdo, incluyendo, entre otros, el Anexo "J" del presente, cuyo formulario se presentará ante el Tribunal del Título III tan pronto como sea posible tras la fecha del presente y, tras su presentación, modificará y sustituirá el Segundo Plan Enmendado, y (b) el plan de ajuste presentado en el Procedimiento de PROMESA de la ACT, plan de ajuste que la Junta de Supervisión y la ACT se esforzarán por presentar a más tardar el 31 de enero de 2022 y solicitar su confirmación; disponiéndose, sin embargo, que la falta de presentación y/o confirmación de dicho plan de ajuste en las fechas indicadas anteriormente no dará lugar a un derecho de rescisión del presente Acuerdo ni a un remedio con respecto a dicha falta.

P.    La Junta de Supervisión da su consentimiento a la suscripción y entrega de este Acuerdo por parte del ELA y la ACT, así como al cumplimiento y ejercicio por parte del ELA y la ACT de sus respectivos derechos en virtud de este Acuerdo, incluyendo, entre otros, el derecho a rescindir este Acuerdo y el derecho a dar su consentimiento a cualquier renuncia o modificación, en cada caso, de acuerdo con los términos y condiciones establecidos en el presente.

POR TODO LO ANTEDICHO, las Partes, en contraprestación por los compromisos, pactos y acuerdos descritos en el presente y por otras contraprestaciones válidas y onerosas, reconocidas por cada una de ellas como satisfactorias y adecuadas, y con la intención de estar legalmente obligadas, acuerdan mutuamente lo siguiente:

## ARTÍCULO I

## DEFINICIONES:

Sección 1.1      Antecedentes. Los antecedentes mencionados se incorporan por referencia y forman parte explícita de este Acuerdo.

Sección 1.2      Definiciones. Las siguientes definiciones se aplicarán y formarán parte del presente Acuerdo y de todos sus anexos y apéndices.

"*IVU del 5.5%*" significará los ingresos y recaudaciones presentes y futuros generados por la parte del Impuesto sobre las Ventas y el Uso que corresponde a una alícuota impositiva del cinco y medio por ciento (5.5%).

"*Acuerdo*" significa el presente Acuerdo de Apoyo al Plan de la ACT/ADCC, así como cada uno de sus anexos, incluidos, entre otros, con su presentación, el Plan y el Plan de la ACT, en la medida en que

COPIA DE SUSCRIPCIÓN

cada uno de ellos pueda ser enmendado, complementado o modificado de otro modo de conformidad con los términos del presente o del documento que corresponda.

*"Litigio relacionado con las Designaciones"* significará, colectivamente, el litigio denominado (a) Rene Pinto Lugo, y otros c. el Gobierno de los Estados Unidos de América y otros, Proc. Cont. Núm. 18-041-LTS, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (b) Hermandad de Empleados del Fondo del Seguro del Estado, Inc., y otros c. el Gobierno de los Estados Unidos de América y otros, Caso Núm. 19-2243, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (c) Hon. Rafael Hernández-Montañez, y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, Proc. Cont. Núm. 18-090-LTS, actualmente pendiente en el Tribunal del Título III, y (d) cualquier otro litigio que pueda estar actualmente pendiente o que pueda interponerse durante el período comprendido desde y a partir de la fecha del presente hasta la Fecha de Vigencia de la ACT, inclusive, en el que se hayan presentado reclamaciones o causas de acción compatibles con o similares a las que se presentaron, o podrían haberse presentado, en los litigios mencionados anteriormente.

*"Bonos de la ACT de Assured"* significa, colectivamente, los Bonos Asegurados por Assured que son Bonos de la ACT.

*"Bonos Asegurados por Assured"* significa, colectivamente, los Bonos de la ACT y los Bonos de la ADCC que están asegurados por Assured.

*"Código de Quiebras"* significa el Título 11 del Código de los Estados Unidos, con sus correspondientes enmiendas, §§101, y ss.

*"Reglas de Quiebra "* significa las Reglas Federales de Procedimiento de Quiebra.

*"Día Hábil"* significa un día que no sea un sábado, un domingo o cualquier otro día en el que los bancos comerciales de Nueva York, Nueva York, estén obligados o autorizados a cerrar por ley o por orden ejecutiva.

*"Reclamaciones de Bonos de la ADCC"* significa, colectivamente, las reclamaciones contra la ADCC derivadas de los Bonos de la ADCC o relacionadas con ellos, que se calcularán, para los fines del Plan, como el monto de capital pendiente de los Bonos de la ADCC más los intereses devengados, pero no pagados, hasta la Fecha de Petición del ELA, no inclusive.

*"Costos de Perfeccionamiento de la ADCC"* significa, colectivamente, un monto a pagar en contraprestación por los honorarios y gastos incurridos por un Acreedor del AAP Inicial en relación con la negociación y suscripción de este Acuerdo y la tramitación de la aprobación de la Declaración de Divulgación y la confirmación del Plan, calculados como un monto igual al uno por ciento (1.00%), truncado a dos decimales, de las Reclamaciones de Bonos de la ADCC de dicho Acreedor del AAP Inicial, pagadero como una reclamación de gastos administrativos en la Fecha de Vigencia del ELA, por un monto no mayor que Quince Millones de Dólares ($15,000,000.00).

*"Fecha de presentación de la ADCC"* significa la fecha en la que (a) la Junta de Supervisión presente (i) una petición del Título III en nombre de la ADCC ante el Tribunal del Título III o (ii) una solicitud ante

4

COPIA DE SUSCRIPCIÓN

el Tribunal del Título III para aprobar una modificación calificatoria conforme al Título VI de PROMESA en nombre de la ADCC, o (b) la ADCC comience un intercambio u oferta extrajudicial para los Bonos de la ADCC.

"*Procedimiento de PROMESA de la ADCC*" significará (a) el caso de Título III iniciado por la Junta de Supervisión en nombre de la ADCC ante el Tribunal del Título III o, en el caso de que Assured proponga a la Junta de Supervisión una modificación de los Bonos de la ADCC en virtud del Título VI de PROMESA, la solicitud de aprobación de una modificación calificatoria presentada por la Junta de Supervisión en nombre de la ADCC o (b) la ADCC inicie un intercambio u oferta extrajudicial de los Bonos de la ADCC.

"*Porcentaje de Honorario de Restricción de la ADCC*" significa el porcentaje igual a (a) Quince Millones de Dólares ($15,000,000.00) menos el monto que pueda ser pagado a cuenta de los Costos de Perfeccionamiento de la ADCC dividido por (b) el monto total de las Reclamaciones de Bonos de la ADCC mantenidas, o en el caso de Assured, mantenidas o aseguradas y con derecho al voto de acuerdo con la Sección 301(c)(3) de PROMESA, los documentos rectores y la ley aplicable, por los Acreedores de los Honorarios de Restricción del AAP.

"*Acciones de Recuperación*" significa, colectivamente, el litigio caratulado (a) Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation, y otros, Proc. Cont. Núm. 20-00005-LTS, actualmente pendiente en el Tribunal del Título III, (b) Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation, y otros, Proc. Cont. Núm. 20- 00004-LTS, actualmente pendiente en el Tribunal del Título III, (c) Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation, y otros, Proc. Cont. Núm. 20- 00003-LTS, actualmente pendiente en el Tribunal del Título III, (d) Junta de Supervisión y Administración Financiera para Puerto Rico c. Ambac Assurance Corporation, y otros, Proc. Cont. Núm. 20- 00007-LTS, actualmente pendiente en el Tribunal del Título III.

"*Honorarios de Estructuración de Recuperación*" significa, colectivamente, los importes establecidos en la Sección 6.1(d) del presente, que se pagarán, en efectivo, en la Fecha de Vigencia de la ACT o tan pronto como sea posible a partir de entonces de acuerdo con los términos del Plan de la ACT, pero en ningún caso más de diez (10) Días Hábiles después de dicha fecha, a Assured y National de acuerdo con los términos y disposiciones de este Acuerdo y el Plan de la ACT, incluyendo, entre otros, el Artículo VI del presente.

"*COFINA*" significa la Corporación del Fondo de Interés Apremiante de Puerto Rico.

"*Tope Global*" tendrá el significado que se le atribuye en la Ley de Responsabilidad de la Deuda.

"*Orden de Confirmación*" significa la orden del Tribunal del Título III que confirme el Plan de conformidad con la Sección 314 de PROMESA y la Sección 1129 del Código de Quiebras que se aplique en los Procedimientos de PROMESA de conformidad con la Sección 301 de PROMESA, orden que deberá ser razonablemente satisfactoria para cada una de las Partes en su forma y fondo.

"*Costos de Perfeccionamiento*" significa, colectivamente, los importes establecidos en la Sección 6.1(a) del presente que se pagarán, en efectivo, en la Fecha de Vigencia del ELA y en la Fecha de Vigencia

de la ACT, incluidos los Costos de Perfeccionamiento de la ADCC o los Costos de Perfeccionamiento de la ACT, respectivamente, según sea el caso, o tan pronto como sea posible a partir de entonces de acuerdo con los términos del Plan y del Plan de la ACT, según sea el caso, pero en ningún caso más de diez (10) Días Hábiles después de dicha fecha, a los Acreedores del AAP Iniciales de acuerdo con los términos y disposiciones de este Acuerdo, del Plan y del Plan de la ACT, incluyendo, entre otros, el Artículo VI del presente.

*"Prestatarios Cubiertos"* significa, colectivamente, el ELA, la ACT y, a partir de la Fecha de Presentación de la ADCC, la ADCC.

*"CUSIP"* significa el código numérico o alfanumérico de nueve dígitos del Comité de Procedimientos Uniformes de Identificación de Valores que, a efectos de este Acuerdo, identifica la serie de Bonos de la ACT y Bonos de la ADCC para facilitar la compensación y la liquidación de las operaciones.

**"Documentos del Fideicomiso de Custodia"** significa, colectivamente, los acuerdos de fideicomiso y otros documentos e instrumentos que acompañan a los fideicomisos de custodia que se crearán a partir de la Fecha de Vigencia de la ACT y que se relacionan con los Bonos Asegurados de Assured, los Bonos Asegurados de National y las distribuciones que se harán de acuerdo con el Plan de la ACT, del Plan o, en la medida en que sea necesario, una modificación calificada para los Bonos de la ADCC de acuerdo con el Título VI de PROMESA.

*"CVT"* significa, colectivamente, los valores, para cuyo pago estará respaldado por la buena fe, el crédito y el poder impositivo del ELA a tenor con el Artículo VI de la Constitución de Puerto Rico, que serán emitidos en la Fecha de Vigencia del ELA por el ELA de conformidad con los términos y condiciones de este Acuerdo, el Plan, la Orden de Confirmación, el Contrato de Emisión de los CVI y la Legislación sobre CVI.

*"Contrato de Emisión de CVT"* significa el contrato de emisión que se suscribirá y entregará en o antes de la Fecha de Vigencia del ELA, a tenor con el cual ELA emitirá los CVI, e incluirá todos los términos y disposiciones en relación con ellos, con sus enmiendas, complementos o modificaciones periódicos de acuerdo con sus términos y condiciones.

*"Legislación sobre CVT"* significa la legislación que se aprobará en o antes de la Fecha de Vigencia del ELA, y que autoriza ciertas transacciones contempladas en el presente Acuerdo y en el Plan y coherentes con estos, incluyendo, entre otros, la legislación que autoriza la emisión de los CVI, que puede formar parte de la legislación sobre los Nuevos Bonos GO.

*"Reserva de Pago de CVT"* significa, en la medida en que los pagos sean adeudados a los titulares y aseguradores de Reclamaciones de Bonos Prioritarios de la ACT 98 y/o Reclamaciones de Bonos Subordinados de la ACT 98 de acuerdo con los términos y disposiciones del Plan, el Contrato de Emisión de los CVI y la sección de la Cascada de Distribución Prioritaria de CVI de Recuperación (*Clawback*) de la ACT del Resumen de Transacción que se adjunta al presente como Anexo "J", a la espera de una Orden Definitiva con respecto a la Determinación de la Prioridad del Préstamo del BGF, el efectivo pagadero de los CVI de Recuperación (*Clawback*) de la ACT a ser mantenido en reserva por el agente pagador de los CVI o el fideicomisario, según sea el caso, a tenor con los términos de la Documentación del Fideicomiso

COPIA DE SUSCRIPCIÓN

y el Contrato de Emisión de los CVI por un importe igual a la diferencia (a) del importe en efectivo que se adeudaría a los tenedores y aseguradores de Reclamaciones de Bonos Prioritarios de la ACT 98 y Reclamaciones de Bonos Subordinados de la ACT 98 en la medida en que el pago con respecto a los Préstamos del BGF para la ACT esté subordinado al pago con respecto a los Bonos de la ACT 98 <u>menos</u> (b) el importe en efectivo que se adeudaría a los tenedores y aseguradores de Reclamaciones de Bonos Prioritarios de la ACT 98 y Reclamaciones de Bonos Subordinados de la ACT 98 en la medida en que el pago con respecto a los Préstamos del BGF para la ACT esté en igualdad de condiciones (*pari passu*) con respecto al pago a cuenta de los Bonos de la ACT 98.

"*Fecha de Vigencia del ELA* " significa la fecha en la que las transacciones contempladas por el Plan y autorizadas por el Tribunal del Título III a tenor con la Orden de Confirmación se hayan perfeccionado sustancialmente, pero, bajo todas las circunstancias, será la fecha no posterior al décimo (10mo) día calendario siguiente a la fecha en la que todas las condiciones para la eficacia del Plan se hayan cumplido o se haya renunciado a ellas de conformidad con sus términos.

"*Objeciones Relacionadas con la Deuda*" significa, colectivamente que determinada (a) Objeción Global de (I) la Junta de Supervisión y Administración Financiera para Puerto Rico, a través de su Comité Especial de Reclamaciones, y (II) el Comité Oficial de Acreedores No Asegurados, a tenor de la Sección 502 del Código de Quiebras y de la Regla de Quiebras 3007, a las reclamaciones presentadas o sostenidas por tenedores de ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico, del 14 de enero de 2019 [Leg. Núm. 4784], (b) Objeción Global del Comité Oficial de Acreedores No Asegurados, a tenor de la Sección 502 del Código de Quiebras y de la Regla de Quiebras 3007, a las reclamaciones presentadas o sostenidas por tenedores de ciertos Bonos de Obligación General del Estado Libre Asociado de 2011, del 21 de mayo de 2019 [Leg. Núm. 7057], (c) Objeción Global del Comité Oficial de Acreedores No Asegurados, a tenor de la Sección 502 del Código de Quiebras y de la Regla de Quiebras 3007, a las reclamaciones presentadas o sostenidas contra el Estado Libre Asociado por tenedores de ciertos Bonos de la Autoridad de Edificios Públicos de Puerto Rico, del 18 de julio de 2019 [Leg. Núm. 8141], (d) Objeción Global de la Coalición de Deuda Constitucional Legítima, a tenor con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a las reclamaciones presentadas o sostenidas por Tenedores de Ciertos Bonos Emitidos o Garantizados por el ELA, del 8 de enero de 2020 [Leg. Núm. 9731], (e) Objeción Global del Comité Oficial de Acreedores No Asegurados por motivos del Límite Constitucional de la Deuda a (I) la Reclamación del Banco Nacional de Fomento para Puerto Rico [Número de Reclamación 29485] en base a ciertos Pagarés emitidos por el ELA y ciertas Garantías del ELA sobre ciertos bonos emitidos por la Autoridad del Puerto de las Américas, (II) Reclamación de ScotiaBank de Puerto Rico [Número de Reclamación 47658] basada en la Nota de Plena Fe y Crédito emitida por la Administración de Servicios Generales de Puerto Rico, y (III) Reclamaciones presentadas o sostenidas contra el ELA sobre la base de la garantía del ELA de ciertos Pagarés emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, del 8 de enero de 2020 (Leg. Núm. 9735], exclusivamente en lo relativo a los BAN de la AFI, (f) Objeción Global del Comité Oficial de Acreedores No Asegurados, a tenor de la Sección 502 del Código de Quiebras y de la Regla 3007 de Quiebras, a las Reclamaciones presentadas o sostenidas contra el Estado Libre Asociado por tenedores de Bonos de Obligación General que alegan prioridad sobre otros Acreedores No Asegurados del Estado Libre Asociado, del 3 de febrero de 2020 [Leg. Núm. 10638], y (g) cualquier otra objeción o acumulación a estas, u otras objeciones que pudieran presentarse de la misma forma y causas de remedio solicitando que

COPIA DE SUSCRIPCIÓN

objeten, entre otras cosas, la validez y los derechos relacionados de los Bonos GO 2011, los Bonos GO 2012, los Bonos GO 2014, los Bonos de la AEP y/o los BAN de la AFI.

*"Ley de Responsabilidad de la Deuda"* significa la Ley Núm. 101-2020, con las enmiendas, modificaciones o complementos necesarios para establecer, entre otras cosas, un Tope Global que se ajuste a los términos y disposiciones del Plan y el AAP del ELA.

*"Fecha de Emisión Considerada"* significa una de las siguientes fechas, la que ocurra primero: (a) 1 de julio de 2022 y (b) la Fecha de Vigencia de la ACT.

*"Documentos Definitivos"* significa, colectivamente, los documentos, incluyendo, entre otros, cualquier acuerdo, instrumento, apéndice o anexo relacionado, que sean necesarios o deseables para implementar, o de otra manera se relacionen con, los términos y las disposiciones establecidos en el presente, en el Resumen de Transacción, el Plan (incluyendo cualquier enmienda, modificación y suplemento de este), la Declaración de Divulgación, la Orden de Declaración de Divulgación, la Orden de Confirmación, y las resoluciones de bonos, con sus modificaciones o derogaciones y sustituciones, cada una de las cuales con términos y condiciones compatibles con este Acuerdo, el Resumen de Transacción y PROMESA, en todos los aspectos y, por lo demás, razonablemente satisfactorios en forma y fondo para cada una de las Partes del AAP del ELA.

*"Declaración de Divulgación"* significa la declaración de divulgación presentada con respecto al Plan ante el Tribunal del Título III por la Junta de Supervisión en los Procedimientos de PROMESA de conformidad con la sección 1125 del Código de Quiebras que se aplique en los Procedimientos de PROMESA de conformidad con la Sección 301 de PROMESA, declaración de divulgación que deberá ser razonablemente satisfactoria para cada una de las Partes en forma y fondo.

*"Orden de Declaración de Divulgación"* significa la orden del Tribunal del Título III (a) que aprueba la forma de la Declaración de Divulgación y la adecuación de la información contenida en ella de acuerdo con la sección 1125 del Código de Quiebras, hecha aplicable en los Procedimientos de PROMESA de acuerdo con la Sección 301 de PROMESA, y (b) que autoriza, entre otras cosas, la forma y el modo de solicitar (i) aceptaciones y rechazos al Plan, y (ii) opciones, si procede, de distribuciones en virtud de este, orden que deberá ser en forma y fondo razonablemente satisfactoria para cada una de las Partes.

*"Condiciones de Distribución"* significa, colectivamente, (a) la Fecha de Vigencia del ELA, (b) la documentación del Plan de la ACT, la Orden de Confirmación de la ACT, el Contrato de Emisión de los Nuevos Bonos de la ACT, la Documentación del Fideicomiso (si la hubiera) y los Documentos del Fideicomiso de Custodia habrán sido acordados por la Junta de Supervisión, Assured y National, (c) los tenedores de los Bonos de la ACT 68, o los aseguradores con derecho a voto con respecto a estos, que posean o aseguren, según el caso, al menos el sesenta y siete por ciento (67%) del monto de capital pendiente de los Bonos de la ACT 68 habrán suscrito el presente Acuerdo o un Acuerdo de Acumulación o un Acuerdo de Anexión con respecto al presente, (d) los tenedores de los Bonos Prioritarios de la ACT, o los aseguradores con derecho a voto con respecto a estos, que posean o aseguren, según el caso, al menos el sesenta y siete por ciento (67%) del monto de capital pendiente de los Bonos Prioritarios de la ACT 98 habrán suscrito el presente Acuerdo o un Acuerdo de Acumulación o un Acuerdo de Anexión con respecto al presente; disponiéndose, sin embargo, que una vez que se dicte una Orden Definitiva con

COPIA DE SUSCRIPCIÓN

respecto a la Orden de Confirmación de la ACT, se considerarán satisfechas las condiciones establecidas en las subsecciones (c) y (d).

"**EMMA**" significa el sitio web de Acceso Electrónico al Mercado Municipal de la Junta de Regulación de los Títulos Municipales.

"**Monto Nominal**" significa, únicamente a efectos del Artículo II del presente y de las hojas de firmas que se adjuntan, (a) con respecto a los Bonos de la ACT de interés corriente, asegurados o no asegurados, el monto de capital en circulación de dichos Bonos de la ACT a la fecha de este Acuerdo, (b) con respecto a los Bonos de la ADCC, el monto de capital en circulación de dichos Bonos de la ADCC a la fecha de este Acuerdo, y (c) con respecto a los Bonos de la ACT de apreciación de capital, asegurados y no asegurados, el valor acumulado de dichos Bonos de la ACT durante el período que transcurre hasta la Fecha de Petición de la ACT, no inclusive.

"**Orden Definitiva**" significa una orden o sentencia de un tribunal de jurisdicción competente que ha sido registrada en el expediente mantenido por el secretario de dicho tribunal y que no ha sido revocada, anulada o paralizada y en la que (a) haya expirado el plazo para apelar, presentar la solicitud de elevación a un tribunal superior o solicitud de un nuevo juicio, una nueva argumentación o una nueva vista, y respecto de la cual no esté pendiente ninguna apelación, petición de elevación a un tribunal superior, procedimiento de devolución u otro procedimiento para un nuevo juicio, una nueva presentación de argumentos o una nueva vista, o (b) si se ha solicitado un recurso de apelación, una petición de elevación a un tribunal superior, un nuevo juicio o una nueva vista, (i) que dicha orden o sentencia haya sido confirmada o revocada en parte o en su totalidad, sin que se haya procedido a su devolución, por el tribunal superior al que se apeló, que se haya denegado la petición de elevación a un tribunal superior, o que se haya denegado un nuevo juicio, una nueva presentación de argumentos o una nueva vista, o que no haya dado lugar a ninguna modificación de dicha orden, y (ii) el plazo para interponer cualquier otro recurso de apelación, petición de elevación a un tribunal superior o solicitud de un nuevo juicio, nueva argumentación o nueva vista haya expirado; disponiéndose, sin embargo, que la posibilidad de que se presente una moción en virtud de la Regla 60 de las Reglas Federales de Procedimiento Civil, o cualquier regla análoga en virtud de las Reglas de Quiebra, en relación con dicha orden, no impedirá que dicha orden sea una Orden Definitiva, salvo lo dispuesto en las Reglas Federales de Procedimiento de Apelación, las Reglas de Quiebra o las Reglas de Quiebra locales aplicables.

"**Plan Fiscal**" significa un "Plan Fiscal" tal como se define en la Sección 5(10) de PROMESA.

"**Año Fiscal**" significa el año fiscal del ELA que comienza el 1 de julio y concluye el 30 de junio del siguiente año calendario.

"**Préstamos del BGF para la ACT**" significa, colectivamente, los préstamos, si los hubiera, concedidos a la ACT por el Banco Gubernamental de Fomento y que ahora están en manos de la Autoridad para la Recuperación de la Deuda del Banco Gubernamental de Fomento de conformidad con la modificación calificatoria perfeccionada en virtud del Título VI de PROMESA, pero excluyendo expresamente de los "Préstamos del BGF para la ACT" cualquier Bono de la ACT.

"**Determinación de la prioridad de los préstamos del BGF**" significa la determinación, ya sea en el

9

COPIA DE SUSCRIPCIÓN

Procedimiento de PROMESA del ELA o el Procedimiento de PROMESA de la ACT, (a) con respecto a los derechos relativos de recuperación y prioridad de pago de los Bonos de la ACT 68 y los Bonos de la ACT 98 con respecto a los derechos del Banco Gubernamental de Fomento en relación con los Préstamos del BGF para la ACT y/o (b) que la Recuperación de la Deuda del Banco Gubernamental de Fomento no posee una reclamación admisible o un derecho de recuperación con respecto al CVI de Recuperación (*Clawback*) de la ACT en base a dichos Préstamos del BGF para la ACT.

"*Fondo General*" significa el fondo operativo principal del Gobierno.

"*Partes del Gobierno*" significa, colectivamente, la Junta de Supervisión, la AAFAF, el ELA, el SRE, la AEP, la ACT y la ADCC.

"*Reclamaciones Exoneradas del Gobierno*" significa, colectivamente, todas y cada una de las reclamaciones, demandas, derechos, responsabilidades o causas de acción de cualquier tipo, carácter o naturaleza, por ley o por derecho consuetudinario, conocidas o desconocidas, ya sean declaradas o no, que cualquiera de las Partes, o cualquier persona que reclame a través de ellas, en su nombre o en su beneficio, tenga o pueda tener o reclame tener, ahora o en el futuro, contra cualquier Parte Exonerada del Gobierno emergente de, relacionada con, o en conexión con la ACT, los Bonos de la ACT, las Reclamaciones de Bonos de la ACT, la ADCC, los Bonos de la ADCC, las Reclamaciones de Bonos de la ADCC,  y que se presenten antes de la Fecha de Vigencia del ELA o la Fecha de Vigencia de la ACT, según sea el caso; disponiéndose, sin embargo, que las "Reclamaciones Exoneradas por el Gobierno" no incluirán ningún derecho, privilegio, reclamación, demanda, responsabilidad o causa de acción de cualquier tipo, carácter o naturaleza (a) contra (i) el ELA, la ADCC o la ACT, que se deriven o estén relacionados con el Plan o el Plan de la ACT, los valores que se emitan en virtud del Plan o el Plan de la ACT, o (ii) una Parte del Gobierno no relacionada con los Bonos de la ACT, las Reclamaciones de Bonos de la ACT, los Bonos de la ADCC o las Reclamaciones de Bonos de la ADCC,  o (b) que se deriven de o estén relacionados con cualquier acto u omisión que constituya fraude intencional o conducta dolosa; y, disponiéndose además que, para evitar dudas, las "Reclamaciones Exoneradas del Gobierno" incluyen todas las Reclamaciones Exoneradas del Gobierno a tenor con el AAP del ELA.

"*Partes Exoneradas del Gobierno*" significa las Partes del Gobierno, junto con sus respectivos miembros actuales o anteriores de la junta directiva, directores, jefes, comités especiales, agentes, funcionarios, empleados, asesores y profesionales, en cada caso, en sus capacidades como tales, incluidos, entre otros, todos y cada uno de los asesores y profesionales contratados por las Partes del Gobierno en relación con los Procedimientos de PROMESA, en sus respectivas capacidades como tales.

"*Reclamaciones de Bonos de la ACT*" significa, colectivamente, las Reclamaciones de Bonos de la ACT 68, las Reclamaciones de Bonos Prioritarios de la ACT 98 y las Reclamaciones de Bonos Subordinados de la ACT 98.

"*Reclamaciones de Bonos 68*" significa, colectivamente, las reclamaciones contra la ACT derivadas de los Bonos de la ACT 68 o relacionadas con ellos, que se calcularán, a efectos de la distribución a tenor con el Plan y el Plan de la ACT, como el monto de capital en circulación de los Bonos de la ACT 68 más los intereses devengados, pero no pagados, como se establece en el Resumen de Transacción.

123408529v3

COPIA DE SUSCRIPCIÓN

"*Bonos de la ACT 98*" significa, colectivamente, los Bonos Prioritarios de la ACT 98 y los Bonos Subordinados de la ACT 98.

"*Reclamaciones de Bonos Prioritarios de la ACT 98*" significa, colectivamente, las reclamaciones contra la ACT derivadas de los Bonos Prioritarios de la ACT 98 o relacionadas con ellos, que se calcularán, a efectos de la distribución a tenor con el Plan y el Plan de la ACT, como el monto de capital en circulación de los Bonos Prioritarios de la ACT 98 más los intereses devengados, pero no pagados, hasta la Fecha de Petición de la ACT, no inclusive.

"*Reclamaciones de Bonos Subordinados de la ACT 98*" significa, colectivamente, las reclamaciones contra la ACT derivadas de los Bonos Subordinados de la ACT 98 o relacionadas con ellos, que se calcularán, a efectos de la distribución a tenor con el Plan y el Plan de la ACT, como el monto de capital en circulación de los Bonos Subordinados de la ACT 98 más los intereses devengados, pero no pagados, hasta la Fecha de Petición de la ACT, no inclusive.

"*CVI de Recuperación de la ACT*" significa los CVI que se emitirán a cuenta de las Reclamaciones Admitidas de ELA/ACT de acuerdo con los términos y disposiciones del Plan, el Contrato de Emisión de los CVI, este Acuerdo y el Resumen de Transacción que se adjunta como Anexo "J".

"*Orden de Confirmación de la ACT*" significa la orden del Tribunal del Título III que confirme el Plan de la ACT de conformidad con la Sección 314 de PROMESA y la Sección 1129 del Código de Quiebras que se aplique en los Procedimientos de PROMESA de conformidad con la Sección 301 de PROMESA, orden que deberá ser razonablemente satisfactoria para cada una de las Partes.

"*Costos de Perfeccionamiento de la ACT*" significa, colectivamente, un monto a pagar en contraprestación por los honorarios y gastos incurridos por un Acreedor del AAP Inicial en relación con la negociación y suscripción de este Acuerdo y la tramitación de la aprobación de la Declaración de Divulgación de la ACT y la confirmación del Plan de la ACT, calculado por un monto igual al uno por ciento (1.00%), truncado a dos decimales, de las Reclamaciones de Bonos de la ACT 68 y las Reclamaciones de Bonos Prioritarios de la ACT 98 de dicho Acreedor del AAP Inicial, pagadero como una reclamación de gastos administrativos en la Fecha de Vigencia de la ACT, por un monto no superior a Ciento Veinticinco Millones de Dólares ($125,000,000.00).

"*Documentos Definitivos de la ACT*" significa, colectivamente, los documentos, incluyendo, entre otros, cualquier acuerdo (incluido el Contrato de Emisión de Nuevos Bonos de la ACT), instrumento, anexo o apéndice relacionados, que sean necesarios o deseables para implementar, o de otra manera se relacionen con, los términos y disposiciones establecidos en el presente, en el Resumen de Transacción, el Plan de la ACT (incluyendo cualquier enmienda, modificación y suplemento de este), la Declaración de Divulgación de la ACT, la Orden de Declaración de Divulgación de la ACT, la Orden de Confirmación de la ACT, y las resoluciones de bonos, con sus modificaciones o derogaciones y sustituciones, cada una de las cuales tiene términos y condiciones compatibles con este Acuerdo, el Resumen de Transacción y PROMESA, en todos los aspectos y, por lo demás, son razonablemente satisfactorios en forma y fondo para la Junta de Supervisión, Assured y National.

"*Declaración de Divulgación de la ACT*" significa la declaración de divulgación presentada con

respecto al Plan de la ACT ante el Tribunal del Título III por la Junta de Supervisión en los Procedimientos de PROMESA de la ACT de conformidad con la Sección 1125 del Código de Quiebras que se aplique en los Procedimientos de PROMESA de conformidad con la Sección 301 de PROMESA, declaración de divulgación que deberá ser razonablemente satisfactoria para la Junta de Supervisión, Assured y National en forma y fondo.

*"Orden de Declaración de Divulgación de la ACT"* significa la orden del Tribunal del Título III (a) que aprueba la forma de la Declaración de Divulgación de la ACT y la adecuación de la información contenida en ella de acuerdo con la Sección 1125 del Código de Quiebras, hecha aplicable en los Procedimientos de PROMESA de acuerdo con la Sección 301 de PROMESA, y (b) autorizando, entre otras cosas, la forma y el modo de solicitar (i) aceptaciones y rechazos al Plan de la ACT, y (ii) opciones, si procede, de distribuciones en virtud de este, orden que deberá ser en forma y fondo razonablemente satisfactoria para la Junta de Supervisión, Assured y National.

*"Fecha de Vigencia de la ACT"* significa la fecha en la que las transacciones contempladas por el Plan de la ACT y autorizadas por el Tribunal del Título III a tenor con la Orden de Confirmación de la ACT se hayan perfeccionado sustancialmente, pero, bajo todas las circunstancias, será la fecha no posterior al décimo (10mo) día calendario siguiente a la fecha en la que todas las condiciones para la eficacia del Plan de la ACT se hayan cumplido o se haya renunciado a ellas de conformidad con sus términos.

*"Plan de la ACT"* significa un plan de ajuste que será presentado por la Junta de Supervisión, como representante de la ACT en el procedimiento de PROMESA de la ACT, que deberá ser en forma y fondo razonablemente satisfactorio para Assured y National, y compatible a los términos del Resumen de Transacción que se adjunta como Anexo "J".

*"Suplemento del Plan de la ACT"* significa el volumen de documentos, acuerdos e instrumentos, incluyendo, entre otros, los Documentos Definitivos de la ACT, que se presentarán ante el Tribunal del Título III en relación con el Plan de la ACT y el perfeccionamiento de las transacciones contempladas en este, y cada uno de los cuales será en forma y fondo razonablemente satisfactorio para la Junta de Supervisión, Assured y National.

*"Porcentaje de Honorario de Restricción de la ACT"* significa el porcentaje igual a (a) Ciento Veinticinco Millones de Dólares ($125,000,000.00) menos el monto que pueda ser pagado a cuenta de los Costos de Perfeccionamiento de la ACT dividido por (b) el monto total de las Reclamaciones de Bonos de la ACT 68 y las Reclamaciones de Bonos Prioritarios de la ACT 98 mantenidas, o en el caso de Assured y National, mantenidas o aseguradas y con derecho al voto de acuerdo con la Sección 301(c)(3) de PROMESA, los documentos rectores y la ley aplicable, por los Acreedores de los Honorarios de Restricción del AAP.

*"Reclamaciones de Bonos Asegurados"* significa, colectivamente, las Reclamaciones de Bonos Asegurados de la ADCC y las Reclamaciones de Bonos Asegurados de la ACT.

*"Reclamaciones de Bonos Asegurados de la ADCC"* significa, colectivamente, aquellas Reclamaciones de Bonos de la ADCC, cuyos pagos de capital e intereses han sido asegurados por una Aseguradora Monolínea, incluso en virtud de pólizas del mercado secundario.

COPIA DE SUSCRIPCIÓN

"***Reclamaciones de Bonos Asegurados de la ACT***" significa, colectivamente, aquellas Reclamaciones de Bonos de la ACT, cuyos pagos de capital e intereses han sido asegurados por una Aseguradora Monolínea, incluso en virtud de pólizas del mercado secundario.

"***Acciones de Invalidez***" significa, colectivamente, los litigios que figuran en el Anexo "G" del presente.

"***IRC***" significa el Código de Rentas Internas de 1986, con sus modificaciones periódicas.

"***Acreedores de Acumulación***" significa, colectivamente, aquellas entidades tenedoras de Bonos de la ACT o Bonos de la ADCC que suscriban y entreguen el Acuerdo de Acumulación o el Acuerdo de Anexación, cuyos formularios se adjuntan como Anexos "H" e "I", respectivamente, antes de la Fecha Límite de la Acumulación.

"***Fecha Límite de la Acumulación***" significa, con respecto a (a) las Reclamaciones de Bonos de la ACT 68 y las Reclamaciones de Bonos de la ADCC, el 17 de mayo de 2021, a las 11:59 p.m. (horario de verano del Este), y (b) las Reclamaciones de Bonos Prioritarios de la ACT 98, el 15 de julio de 2021, a las 11:59 p.m. (horario de verano del Este), o en cualquier caso, la fecha y hora posteriores que puedan solicitar Assured y National, pero en ningún caso después del comienzo de la vista para considerar la confirmación del Plan.

"***Mociones de Levantamiento de la Paralización***" significa, colectivamente el litigio caratulado (a) Assured Guaranty Corp., y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el caso de Título III de la ACT [Leg. Núm. 673], (b) Ambac Assurance Corporation, y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el Procedimiento de PROMESA del ELA [Leg. Núm. 10104], (c) Ambac Assurance Corporation, y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el Procedimiento de PROMESA del ELA [Leg. Núm. 10602], (d) AmeriNational Community Services, LLC, y otros c. la Junta de Supervisión y Administración Financiera para Puerto Rico, presentado en el caso de Título III de ACT [Leg. Núm. 591], (e) Assured Guaranty Corp. y otros c. el Estado Libre Asociado de Puerto Rico y otros., Caso Núm. 20-1930, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (f) Ambac Assurance Corporation y otros c. el Estado Libre Asociado de Puerto Rico y otros, Caso Núm. 20-1931, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (g) Peaje Investments LLC c. la Autoridad de Carreteras y Transportación de Puerto Rico y otros, Proc. Cont. Núm. 17-00151-LTS, presentado en el caso de Título III de ACT [Leg. No. 1], con sus correspondientes enmiendas, (h) Peaje Investments LLC c. la Autoridad de Carreteras y Transportación de Puerto Rico y otros, Proc. Cont. Núm. 17-00152-LTS, presentado en el caso de Título III de ACT [Leg. No. 1], con sus correspondientes enmiendas, y (i) cualquier moción o procedimiento contencioso que pretenda levantar la paralización automática prevista de conformidad con las secciones 362 y 922 del Código de Quiebras (en la medida en que sea aplicable) con respecto a ingresos similares a los que están en cuestión en las Mociones de Levantamiento de la Paralización mencionadas anteriormente.

"***IVU Medido***" significa el IVU del 5.5%, menos los fondos de CINE de Tres Millones Doscientos Cuarenta Mil Dólares ($3,240,000.00) como se establece en el Resumen de Transacción que se adjunta como Anexo "J".

*"Aseguradoras Monolínea"* significa Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company y National Public Finance Guarantee Corporation, como aseguradoras de Bonos de la ADCC y Bonos de la ACT, según proceda.

*"Bonos Asegurados por National"* significa, colectivamente, los Bonos de la ACT que están asegurados por National.

*"Nuevos Bonos de la ACT"* significa, colectivamente, los bonos tal y como se describen más detalladamente en el Resumen de Transacción que se adjunta como Anexo "J", a emitirse en la Fecha de Vigencia de la ACT por la ACT de acuerdo con los términos y condiciones del Plan de la ACT, la Orden de Confirmación de la ACT y el Contrato de Emisión de los Nuevos Bonos de la ACT, incluyendo, entre otros, cualquier bono de refinanciamiento que pueda ser emitido de acuerdo con el Contrato de Emisión de los Nuevos Bonos de la ACT.

*"Contrato de Emisión de los Nuevos Bonos de la ACT"* significa el contrato de emisión o resolución que se suscribirá y entregará en la Fecha de Vigencia de la ACT, a tenor con el cual la ACT emitirá los Nuevos Bonos de la ACT, e incluye todos los términos y disposiciones en relación con esto, con sus enmiendas, complementos o modificaciones periódicos, de conformidad con sus términos y condiciones.

*"Condición de superación del rendimiento"* significa la cantidad en la que el IVU Medido supera la Métrica de Superación del Rendimiento, como se define en el Resumen de Transacción que se adjunta como Anexo "J", en cualquier Año Fiscal.

*"Suplemento del Plan"* significa los volúmenes de documentos, acuerdos e instrumentos, incluyendo, entre otros, los Documentos Definitivos, que se presentarán ante el Tribunal del Título III en relación con el Plan y el perfeccionamiento de las transacciones contempladas en él, y cada uno de los cuales será razonablemente satisfactorio para cada una de las Partes en forma y fondo.

*"PRIFA"* significa la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico.

*"Procedimientos de PROMESA"* significa, colectivamente, el Procedimiento de PROMESA del ELA, el Procedimiento de PROMESA de la ACT y el Procedimiento de PROMESA de la ADCC.

*"Acreedores del AAP"* significa, colectivamente, (a) los Acreedores del AAP Iniciales y (b) aquellas entidades tenedoras de Bonos de la ACT o Bonos de la ADCC que suscriban y entreguen el Acuerdo de Acumulación o el Acuerdo de Anexación, cuyos formularios se adjuntan como Anexos "H" e "I" respectivamente, de conformidad con los términos y disposiciones de este Acuerdo.

*"Honorarios de Restricción del AAP"* significa, colectivamente, los honorarios a pagar de acuerdo con las Secciones 6.1(b) y (c) del presente, el Plan, el Plan de la ACT, la Orden de Confirmación y la Orden de Confirmación de la ACT, que, en conjunto, no excederán los Ciento Cuarenta Millones de Dólares ($140,000,000.00) menos el monto que pueda ser pagado a cuenta de los Costos de Perfeccionamiento de la ADCC y los Costos de Perfeccionamiento de la ACT.

*"Acreedores del Honorario de Restricción del AAP"* significa, colectivamente, los Acreedores del AAP Iniciales y los Acreedores de la Acumulación que suscriban el presente Acuerdo, el Acuerdo de

14

Acumulación o el Acuerdo de Anexación antes de la expiración del Período del Honorario de Restricción del AAP; *disponiéndose, sin embargo*, que no obstante cualquier disposición del presente en contrario, todas las entidades que suscriban un Acuerdo de Acumulación o un Acuerdo de Anexación en la Fecha del Umbral del AAP se considerarán Acreedores del Honorario de Restricción del AAP; y *disponiéndose además* que, en todas las circunstancias, los Honorarios de Restricción del AAP no estarán disponibles para los tenedores de Reclamaciones de Bonos Subordinados de la ACT 98 en su calidad de tales y dichos tenedores en tal calidad no serán considerados Acreedores de los Honorarios de Restricción del AAP con respecto a dichos Bonos Subordinados de la ACT 98.

*"Período del Honorario de Restricción del AAP"* significa el período comprendido hasta la fecha del presente inclusive y (a) la Fecha del Umbral del AAP y (b) la Fecha Límite de la Acumulación, la que ocurra primero.

*"Fecha del Umbral del AAP"* significa la fecha en la que los Acreedores de Honorarios de Restricción del AAP poseen o tienen la debida responsabilidad y autoridad de administración de las inversiones de los fondos o cuentas que mantienen o, con respecto a Assured y National, mantienen o aseguran y están autorizados a votar de acuerdo con la Sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable, (a) con respecto a los Bonos de la ACT 68, el ochenta y cinco por ciento (85%) del monto total de las Reclamaciones de Bonos de la ACT 68, incluidos el capital y los intereses a la Fecha de Petición de la ACT, (b) con respecto a los Bonos Prioritarios de la ACT 98, sesenta y siete por ciento (67%) del monto total de las Reclamaciones de Bonos de la ACT 98, incluidos el capital y los intereses en la Fecha de Petición de la ACT, y (c) con respecto a los Bonos de la ADCC, setenta por ciento (70%) del monto total de las Reclamaciones de Bonos de la ADCC y, en cada caso, sin duplicación, si dichas Reclamaciones son Reclamaciones de Bonos Asegurados, en la medida en que un Acreedor del AAP esté autorizado a votar cualquier reclamación de este tipo de acuerdo con la Sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable.

*"Creador de Mercado Calificado"* significa una entidad que (x) se presenta ante el mercado como capacitada, en el curso ordinario de sus operaciones, a comprar y a vender a sus clientes valores de deuda como los Bonos de la ACT o los Bonos de la ADCC, o a tomar con los clientes posiciones largas y cortas en valores de deuda como los Bonos de la ACT o los Bonos de la ADCC, en su calidad de agente o creador de mercado de dichos Bonos; (y) se dedique de hecho y con regularidad a la creación de un mercado para los valores de deuda; y (z) si realiza transacciones con respecto a los Bonos de la ACT o los Bonos de la ADCC, esté registrado ante la Comisión de Valores y ante la autoridad que regula las instituciones financieras.

*"Impuesto sobre Ventas" o "IVU"* significa los Impuestos sobre Ventas y Uso, incluyendo cualquier impuesto sobre ventas y uso sustitutivo o similar, que imponga el Gobierno de Puerto Rico conforme a las Secciones 4020.01 y 4020.02 del Subcapítulo D de la Ley 1-2011, y sus enmiendas y conocido como Código de Rentas Internas para un Nuevo Puerto Rico.

*"Moción de la Sección 926"* significa el litigio derivado de (a) la Moción Urgente para la Orden Temporal y la Moción para el Nombramiento de un Fideicomisario en virtud de 11 U.S.C. §926 de Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company y National Public Finance Guarantee Corporation, de fecha 17 de julio de 2020,

COPIA DE SUSCRIPCIÓN

presentado en el caso de Título III de ACT [Leg. Núm. 871] y el Procedimiento de PROMESA del ELA [Leg. Núm. 13708), (b) Assured Guaranty Corp. y otros c. el Estado Libre Asociado de Puerto Rico y otros., Caso Núm. 20-1847, actualmente pendiente ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito, (c) cualquier otra moción o procedimiento contencioso pendiente a la fecha del presente documento, en el que se solicite el nombramiento de un fideicomisario para ACT de conformidad con 11 U.S.C. §926, y (d) todas las reclamaciones y causas de acción afirmadas en la Demanda Propuesta, tal y como se define en la Moción de la Sección 926 y se adjunta a esta como Anexo "C".

"*Resumen de Transacción*" significa el resumen de los términos económicos clave que se incluirán en el Plan y en el Plan de la ACT, como se establece en el Anexo "J" adjunto.

"*Impuesto Medido Sustitutivo*" significa, la totalidad o una parte de un impuesto de aplicación general en todo el ELA que, a través de un cambio en la ley, se designe o apruebe en plena sustitución del IVU Medido o que de otro modo constituya una medida similar o comparable de la actividad económica dentro del ELA, en cada caso de acuerdo con los términos de la Legislación de CVI y del Contrato de Emisión de los CVI.

"*Documentación del Fideicomiso*" significa, colectivamente, la documentación requerida, si es necesario, para establecer y mantener el fideicomiso en el que se depositará el CVI de Recuperación de ACT a la espera de que se distribuya a los titulares de Reclamaciones del ELA/ACT (incluyendo las Aseguradoras Monolínea) a tenor con los términos de este Acuerdo.

"*Litigio de Uniformidad*" significa, colectivamente, (a) el litigio caratulado <u>Ambac Assurance Corporation  c. la Junta de Supervisión y Administración Financiera para Puerto Rico y otros</u>., Proc. Cont. Núm. 20-00068-LTS, actualmente pendiente en el Tribunal del Título III, y (b) cualquier otro litigio que pueda estar actualmente pendiente o que pueda iniciarse durante el período comprendido desde y a partir de la fecha del presente documento e incluyendo la Fecha de Vigencia de la ACT en el que se hayan hecho valer reclamaciones o causas de acción compatibles con las que se han hecho valer en los litigios mencionados anteriormente, o similares a ellas.

Sección 1.3        <u>Otros términos.</u> Hay otros términos que pueden definirse en otras partes de este Acuerdo y, a menos que se indique lo contrario, tendrán el significado que se utilice en la totalidad del Acuerdo. Tal y como se utiliza en el presente Acuerdo, toda referencia a cualquier ley federal, estatal, local o extranjera, incluyendo cualquier ley aplicable, se considerará que también se refiere a dicha ley en su versión enmendada y a todas las normas y reglamentos aprobados en virtud de ella, a menos que el contexto estipule otra cosa. Se considerará que las palabras "incluyen", "incluye" e "incluyendo" van seguidas de la expresión "entre otros". Los pronombres de género masculino, femenino o neutro se interpretarán de forma que incluyan cualquier otro género, y las palabras en singular se interpretarán de forma que incluyan el plural y viceversa, a menos que el contexto estipule otra cosa. Las palabras "este Acuerdo", "en el presente", "del presente", "por el presente", "en virtud del presente", y palabras de significado similar se refieren a este Acuerdo en su conjunto y no a ninguna subdivisión en particular, a menos que se indique expresamente dicha limitación,

Sección 1.4        <u>Interpretaciones.</u> Las Partes han participado conjuntamente en la negociación y redacción del presente Acuerdo. En caso de que se presente alguna ambigüedad o dudas respecto de su

123408529v3

intención o interpretación, el presente Acuerdo se interpretará como si hubiera sido redactado conjuntamente por las Partes, y no se aplicará ninguna presunción o carga de la prueba que favorezca o perjudique a ninguna de las Partes debido a la autoría de cualquier disposición del presente Acuerdo.

Sección 1.5        Anexos. Cada uno de los anexos, apéndices, hojas de firmas y suplementos adjuntos se incorporan expresamente al presente y forman parte de él, y todas las referencias al presente Acuerdo incluirán dichos anexos, apéndices y suplementos.

## ARTÍCULO II

## DISPOSICIONES GENERALES

Sección 2.1        AAP del ELA. No obstante cualquier disposición del presente Acuerdo en contrario, los términos y condiciones del AAP del ELA permanecen en plena vigencia, incluyendo, entre otros, las protecciones legales con respecto a los CVI, la Legislación de los CVI y el Contrato de Emisión de los CVI que se establecen en la Sección 4.9(b) del AAP del ELA, y no se pretende, ni se interpretará que ninguno de los términos establecidos en el presente los enmiende o modifique. Sin perjuicio de lo anterior, los acuerdos, términos y condiciones establecidos en el presente, incluyendo, entre otros, los anexos al presente, tienen por objeto complementar los términos y condiciones del AAP del ELA en beneficio de los titulares de Reclamaciones de Bonos de la ADCC y Reclamaciones de Bonos de la ACT.

Sección 2.2        Información financiera. La Junta de Supervisión reconoce y acepta que (a) la información financiera que figura en las hojas de firmas que se adjuntan a este Acuerdo y los números CUSIP de los Bonos de la ACT, y los Bonos de la ADCC, proporcionados por las Partes a tenor con la Sección 2.3 del presente está protegida por derechos de propiedad, es secreta y confidencial, y (b) a menos que el Tribunal del Título III ordene lo contrario, no deberá revelarse a ningún tercero y se hará todo lo posible dentro de lo razonable para proteger el carácter confidencial de dicha información financiera y de los números CUSIP, incluyendo, entre otros, en las presentaciones que se realicen ante el Tribunal del Título III o en cualquier otra divulgación pública.

Sección 2.3        Información de CUSIP. A menos que la información entonces actual haya sido proporcionada previamente a la Junta de Supervisión, dentro de los dos (2) Días Hábiles siguientes a la fecha del presente, cada Acreedor del AAP Inicial proporcionará a la Junta de Supervisión, por escrito, el Monto Nominal y los números CUSIP de cada uno de los Bonos de la ACT y de los Bonos de la ADCC, si los hubiera, que dicha Parte posea, asegure o sobre los cuales tenga la debida responsabilidad y autoridad de administración de las inversiones de los fondos o cuentas que posean dichos Bonos de la ACT y los Bonos de la ADCC, según sea el caso. Además, dentro de los cinco (5) Días Hábiles de cada mes calendario o a petición de la Junta de Supervisión, solicitud que se realizará con una frecuencia no superior a la mensual a partir de la fecha del presente, cada Acreedor del AAP proporcionará a la Junta de Supervisión, por escrito, el Monto Nominal y los números CUSIP de cada uno de los Bonos de la ACT y de los Bonos de la ADCC, si los hubiera, que dicha Parte en ese momento posea, asegure o sobre los cuales tenga la debida responsabilidad y autoridad de administración de las inversiones de los fondos o cuentas que posean dichos Bonos de la ACT y los Bonos de la ADCC, según sea el caso.

Sección 2.4        Partes adicionales. Dentro de los dos (2) Días Hábiles a partir de la fecha del

COPIA DE SUSCRIPCIÓN

presente, la Junta de Supervisión solicitará a la AAFAF que proporcione, a través de la pronta publicación en EMMA, una notificación relativa a la suscripción y entrega del presente Acuerdo y la oportunidad de que todas las entidades que posean y/o aseguren Bonos de la ACT y Bonos de la ADCC, con un monto nominal, en cada caso, superior a Un Millón de Dólares ($1,000,000.00), suscriban y entreguen a los abogados de la Junta de Supervisión el formulario del Acuerdo de Acumulación que se adjunta como Anexo "H", y se conviertan en parte del presente de acuerdo con los términos y condiciones establecidos en el presente y en el Acuerdo de Acumulación.

## ARTÍCULO III

## DECLARACIONES Y GARANTÍAS

Sección 3.1          Declaraciones y Garantías de la Junta de Supervisión. La Junta de Supervisión por el presente declara y garantiza que: (a) está debidamente constituida de acuerdo con los términos y disposiciones de PROMESA con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para suscribir este Acuerdo y perfeccionar las transacciones contempladas en el presente; (b) cuenta con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para suscribir y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la suscripción, entrega y cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente (i) han sido debida y válidamente autorizados por ella y (ii) no violan sus documentos constitutivos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) salvo en lo que respecta al Litigio Relacionado con las Designaciones y al Litigio de Uniformidad, no hay ningún procedimiento, litigio o procedimiento contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra ella, o, según su conocimiento, inminente contra ella, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud de este.

Sección 3.2          Declaraciones y Garantías del ELA. El ELA, a través de su representante del Título III, la Junta de Supervisión, por el presente declara y garantiza que, sujeto a la emisión de una orden del Tribunal del Título III: (a) está debidamente constituido y es legalmente existente en virtud de las leyes de la jurisdicción donde se ha constituido, cumple con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para llevar a cabo la actividad a la que se dedica, para poseer las propiedades que posee, para suscribir este Acuerdo y para perfeccionar las transacciones contempladas en el presente: (b) tiene plenas facultades y autoridad para suscribir y entregar y cumplir sus obligaciones en virtud de este Acuerdo, y la suscripción, entrega y cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente (i) han sido debida y válidamente autorizados por él y (ii) no violan sus documentos organizativos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) no hay ningún procedimiento, litigio o procedimiento contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra él, o, según su conocimiento, inminente contra él, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud de este.

Sección 3.3          Declaraciones y Garantías de la ACT. La ACT, a través de su representante del Título III, la Junta de Supervisión, por el presente declara y garantiza que, sujeto a la emisión de una orden del Tribunal del Título III: (a) está debidamente constituida y su existencia es válida de acuerdo con las

123408529v3

leyes de la jurisdicción donde se constituye con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para desarrollar la actividad a la que se dedica y para poseer las propiedades que posee, suscribir este Acuerdo y perfeccionar las transacciones contempladas en el presente; (b) cuenta con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para suscribir y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la suscripción, entrega y cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente (i) han sido debida y válidamente autorizados por ella y (ii) no violan sus documentos constitutivos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) no hay ningún procedimiento, litigio o procedimiento contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra ella, o, según su conocimiento, inminente contra ella, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud de este.

Sección 3.4       <u>Declaraciones y Garantías de la ADCC.</u> La ADCC, por el presente declara y garantiza que, sujeto a la emisión de una orden del Tribunal del Título III: (a) está debidamente constituida y su existencia es válida de acuerdo con las leyes de la jurisdicción donde se constituye con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para desarrollar la actividad a la que se dedica y para poseer las propiedades que posee, suscribir este Acuerdo y perfeccionar las transacciones contempladas en el presente; (b) cuenta con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para suscribir y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la suscripción, entrega y cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente (i) han sido debida y válidamente autorizados por ella y (ii) no violan sus documentos constitutivos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) no hay ningún procedimiento, litigio o procedimiento contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra ella, o, según su conocimiento, inminente contra ella, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud de este.

Sección 3.5       <u>Declaraciones y Garantías de los Tenedores de la ACT.</u> Cada uno de los Tenedores de la ACT, por separado y no conjuntamente, por el presente declara y garantiza en su propio nombre que, en la fecha del presente documento: (a) está debidamente constituido y es legalmente existente y que opera de plena conformidad con las leyes de la jurisdicción donde se ha constituido, cumple con todos los requisitos, y ha obtenido el consentimiento, la aprobación, el poder y la autoridad para llevar a cabo la actividad a la que se dedica, para poseer las propiedades que posee, para ejecutar este Acuerdo y para consumar las transacciones contempladas en el presente; (b) cuenta con todos los requisitos, el poder y la autoridad para ejecutar y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la ejecución, entrega y cumplimiento del presente, y los instrumentos y documentos que debe ejecutar en relación con el presente (i) han sido debida y válidamente autorizados por él y (ii) no violan sus documentos constitutivos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) no hay ningún procedimiento, litigio o proceso contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra él, o, según su conocimiento, inminente contra él, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud del presente, y; (d) posee o tiene la debida responsabilidad y autoridad de administración de las inversiones de los fondos o cuentas que poseen los Bonos de la ACT por un valor

nominal no inferior al que figura en las hojas de firmas adjuntas a este Acuerdo en la fecha del presente,
que tendría derecho a votar en relación con la solicitud de aceptaciones y rechazos al Plan, salvo
potencialmente con respecto a las Reclamaciones de Bonos Asegurados de la ACT, y que, en la fecha del
presente, con sujeción a cualquier gravamen o carga permitida por la Sección 4.5(a), no ha vendido,
transferido, pignorado, hipotecado o cedido dichos Bonos de la ACT o cualquier derecho de voto,
consentimiento o instrucción relacionado con dichos Bonos de la ACT a ninguna persona o entidad, que
pudiera impedir o afectar adversamente de algún modo al cumplimiento de sus obligaciones contenidas en
el presente Acuerdo por parte de dichos Tenedores de ACT en el momento en que se requiera el
cumplimiento de dichas obligaciones; disponiéndose, sin embargo, que cada una de las Partes reconoce que
cada Reclamación de Bonos Asegurados de la ACT será votada de acuerdo con la Sección 301(c)(3) de
PROMESA y con cualquier otra ley y documentos rectores aplicables, mientras este Acuerdo siga en
vigencia.

Sección 3.6    Declaraciones y Garantías de los Tenedores de la ADCC. Cada uno de los
Tenedores de la ADCC, por separado y no conjuntamente, por el presente declara y garantiza en su nombre
que, en la fecha del presente documento: (a) está debidamente constituido y es legalmente existente y que
opera de plena conformidad con las leyes de la jurisdicción donde se ha constituido, cumple con todo el
consentimiento, la aprobación, las facultades y la autoridad necesarios para llevar a cabo la actividad a la
que se dedica, para poseer las propiedades que posee, para suscribir este Acuerdo y para perfeccionar las
transacciones contempladas en él; (b) cuenta con todas las facultades y la autoridad necesarias para
suscribir y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la suscripción, entrega y
cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente
(i) han sido debida y válidamente autorizados por él y (ii) no violan sus documentos constitutivos o
cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el
que deba regirse; y (c) no hay ningún procedimiento, litigio o proceso contencioso ante ningún tribunal,
árbitro u organismo administrativo o gubernamental pendiente contra él, o, según su conocimiento,
inminente contra él, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para
cumplir sus obligaciones en virtud del presente, y; (d) posee o tiene la debida responsabilidad y autoridad
de administración de las inversiones de los fondos o cuentas que poseen los Bonos de la ADCC por un
valor nominal no inferior al que figura en las hojas de firmas adjuntas a este Acuerdo en la fecha de este,
que tendría derecho a votar en relación con la solicitud de aceptaciones y rechazos al Plan, salvo
potencialmente con respecto a las Reclamaciones de Bonos Asegurados de la ADCC, y que, a la fecha del
presente documento, con sujeción a cualquier gravamen o carga permitida por la Sección 4.6(a), no ha
vendido, transferido, pignorado, hipotecado ni cedido dichos Bonos de la ADCC o cualquier derecho de
voto, consentimiento o instrucción relacionado con dichos Bonos de la ADCC a ninguna persona o entidad,
que pudiera impedir o afectar adversamente de algún modo al cumplimiento de las obligaciones de tales
Tenedores de la ADCC contenidas en el presente Acuerdo en el momento en que se requiera el
cumplimiento de dichas obligaciones; disponiéndose, sin embargo, que cada una de las Partes reconoce que
cada Reclamación de Bonos Asegurados de la ADCC será votada de acuerdo con la Sección 301(c)(3) de
PROMESA y con cualquier otra ley y documentos rectores aplicables, mientras este Acuerdo siga en
vigencia.

Sección 3.7    Declaraciones y Garantías de Assured. Assured por el presente declara y garantiza
que, a la fecha del presente documento: (a) está debidamente constituido y su existencia es válida de

COPIA DE SUSCRIPCIÓN

acuerdo con las leyes de la jurisdicción donde se constituye con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para desarrollar la actividad a la que se dedica y para poseer las propiedades que posee, suscribir este Acuerdo y perfeccionar las transacciones contempladas en el presente; (b) cuenta con todas las facultades y la autoridad necesarios para suscribir y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la suscripción, entrega y cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente (i) han sido debida y válidamente autorizados por él y (ii) no violan sus documentos constitutivos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) no hay ningún procedimiento, litigio o procedimiento contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra él, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud de este.

Sección 3.8        Declaraciones y Garantías de National. National por el presente declara y garantiza que, a la fecha del presente documento: (a) está debidamente constituido y su existencia es válida de acuerdo con las leyes de la jurisdicción donde se constituye con todo el consentimiento, la aprobación, las facultades y la autoridad necesarios para desarrollar la actividad a la que se dedica y para poseer las propiedades que posee, suscribir este Acuerdo y perfeccionar las transacciones contempladas en el presente; (b) cuenta con todas las facultades y la autoridad necesarios para suscribir y entregar y cumplir sus obligaciones en virtud del presente Acuerdo y la suscripción, entrega y cumplimiento del presente, y los instrumentos y documentos que debe suscribir en relación con el presente (i) han sido debida y válidamente autorizados por él y (ii) no violan sus documentos constitutivos o cualquier acuerdo material que le sea específicamente aplicable o cualquier ley, norma o reglamento por el que deba regirse; y (c) no hay ningún procedimiento, litigio o procedimiento contencioso ante ningún tribunal, árbitro u organismo administrativo o gubernamental pendiente contra él, que pudiera afectar adversamente a su capacidad para celebrar este Acuerdo o para cumplir sus obligaciones en virtud de este.

Sección 3.9        Declaraciones de las Partes en el presente Acuerdo. Cada una de las Partes, por separado y no conjuntamente, declara y reconoce que: (a) al suscribir el presente Acuerdo, no se basa, ni se ha basado, en ninguna declaración realizada por cualquier otra Parte o por cualquiera de los representantes, agentes o abogados de dicha Parte, en relación con el objeto, la materia o el efecto del presente Acuerdo o de cualquier otro modo, que no sea al establecido en el presente Acuerdo; (b) al suscribir el presente Acuerdo, se ha basado enteramente en su propio criterio, convicciones e intereses y en el asesoramiento de sus abogados, y que ha tenido un plazo razonable para analizar los términos del presente Acuerdo antes de suscribirlo; y (c) ha leído el presente Acuerdo y que comprende plenamente y acepta voluntariamente todas las disposiciones contenidas en él. Ninguna disposición del presente limitará o modificará de otro modo cualquier conmutación u otro acuerdo o instrumento separado celebrado por uno o más Tenedores de la ACT o Tenedores de la ADCC, por una parte, y una Aseguradora Monolínea, por otra, ni impedirá que dichas partes celebren voluntariamente cualquier conmutación o acuerdo o instrumento separado similar en o a partir de la fecha del presente documento.

ARTÍCULO II

PACTOS

Sección 4.1        Pactos de la Junta de Supervisión. La Junta de Supervisión tomará, y hará que el

21

ELA, la ACT y, tras el inicio del Procedimiento de PROMESA de la ADCC, la ADCC, tomen todas las medidas necesarias para obtener, y no tomarán, ni alentarán a ninguna otra persona a tomar, ninguna medida que impida o se espere razonablemente que impida u obstaculice, la presentación del Plan, del Plan de la ACT, la Declaración de Divulgación y la Declaración de Divulgación de la ACT, la aprobación de la Declaración de Divulgación y la Declaración de Divulgación de la ACT y el registro de la Orden de Confirmación y la Orden de Confirmación de la ACT y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo la suscripción y entrega de los Documentos Definitivos y los Documentos Definitivos de la ACT, siempre que la Declaración de Divulgación, la Declaración de Divulgación de la ACT, el Plan y el Plan de la ACT (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos y los Documentos Definitivos de la ACT sean compatibles con los términos del presente y del Plan y del Plan de la ACT, incluyendo, entre otros, que las Partes hayan actuado de buena fe en relación con la negociación de los términos del presente y del Plan; disponiéndose, sin embargo, que en el caso de que Assured (incluyendo, según sea el caso, conjuntamente con otros tenedores o aseguradoras de Reclamaciones de Bonos de la ADCC) proponga a la Junta de Supervisión una modificación de los Bonos de la ADCC de acuerdo con el Título VI de PROMESA, la Junta de Supervisión considerará dicha propuesta, en la medida en que sea compatible con los términos establecidos en el Resumen de Transacción que se adjunta al presente como Anexo "J", y tomará la decisión que considere apropiada. Dichas acciones incluirán, entre otras, (a) iniciar el Procedimiento de PROMESA de la ADCC, (b) presentar el Plan y la Declaración de Divulgación, de manera compatible en forma y fondo con este Acuerdo y razonablemente aceptable para las Partes, ante el Tribunal del Título III, y solicitar que el Tribunal del Título III establezca fechas de vista para la consideración expedita de la Declaración de Divulgación y el Plan, (c) procesar, de manera oportuna y apropiada, la aprobación de la Declaración de Divulgación y la Declaración de Divulgación de la ACT y la confirmación del Plan y el Plan de la ACT en vistas de conformidad con las órdenes aplicables dictadas en los Procedimientos de PROMESA, (d) abstenerse de iniciar directa o indirectamente (o continuar con el proceso) cualquier acción o procedimiento o hacer valer cualquier reclamación u objeción contra cualquiera de los Acreedores del AAP Iniciales (o sus respectivos fideicomisarios, agentes fiscales o agentes de pago) en relación con los Bonos de la ACT o los Bonos de la ADCC, según sea el caso, y hacer todos los esfuerzos razonables para evitar que cualquier otra persona o entidad (privada o gubernamental) inicie directa o indirectamente (o continúe con el proceso) cualquier acción o procedimiento o haga valer cualquier reclamación u objeción, (e) abstenerse de iniciar directa o indirectamente (o continuar con el proceso) o adoptar cualquier posición legal en cualquier acción o procedimiento, incluyendo, entre otros, hacer valer cualquier reclamación u objeción, que sea incompatible con las concesiones y transacciones descritas en el presente o establecidas en el Plan o el Plan de la ACT; disponiéndose, sin embargo, que nada de lo anterior tiene por objeto aplicarse a, ni se interpretará de modo que se aplique a, cualquier medida tomada o que se vaya a tomar con respecto a las reclamaciones u objeciones con respecto a las recuperaciones (*clawbacks*) u otras reclamaciones, en cada caso, planteadas por los tenedores o aseguradoras de los Bonos de la ADCC o los Bonos de la ACT que no sean parte de este Acuerdo, incluyendo, entre otros, la práctica de las mociones, la obtención de pruebas, la presentación de memorandos, la presentación de argumentos orales y el juicio, (f) al menos cuatro (4) días antes de dicha presentación, entregar a los abogados de Assured y National copias de la Declaración de Divulgación, la Declaración de Divulgación de la ACT, el Plan, el Plan de la ACT, el Suplemento del Plan, el Suplemento del Plan de la ACT, la Orden de Confirmación, la Orden de Confirmación de la ACT, los demás

123408529v3

Documentos Definitivos y los Documentos Definitivos de la ACT y todos los demás documentos relacionados con cualquiera de los anteriores, (g) en caso de que una de las partes (i) presente una notificación de apelación del registro de la Orden de Confirmación o de la Orden de Confirmación de la ACT y (ii) solicite una paralización en espera de la apelación en relación con esta, haciendo todos los esfuerzos razonables para oponerse a dicha solicitud de paralización, incluyendo, entre otros, la solicitud de una fianza de apelación por un monto proporcional a las posibles pérdidas resultantes de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación o de la Orden de Confirmación de la ACT, (h) hacer todos los esfuerzos razonables para proporcionar, y hacer que la ACT proporcione, a Assured y a National (y a sus respectivos asesores, según proceda) la información razonablemente solicitada para facilitar, implementar, perfeccionar o hacer efectivo de otra manera el Plan de la ACT y la reestructuración de la ACT, e (i) utilizar sus mejores esfuerzos razonables y negociar de buena fe con Assured y National el Plan de la ACT, la Orden de Confirmación de la ACT, el Contrato de Emisión de los Nuevos Bonos de la ACT, la Documentación del Fideicomiso y los Documentos del Fideicomiso de Custodia, en un esfuerzo por concluir la documentación de estos antes de la Fecha de Vigencia del ELA. Además de lo anterior, la Junta de Supervisión, como representante de la ACT en el Procedimiento de PROMESA de la ACT, (w) una vez satisfechas las Condiciones de Distribución, de acuerdo con los términos y disposiciones de la Sección 6.1(d) del presente, tomará las medidas necesarias para hacer que el ELA realice pagos a Assured y National, en efectivo, por un importe de Treinta y Nueve Millones Trescientos Mil Dólares ($39,300,000.00), y Diecinueve Millones Trescientos Mil Dólares ($19,300,000.00) respectivamente, como contraprestación de la estructuración de los pagos a realizarse a los tenedores de las Reclamaciones del ELA/ACT, Reclamaciones del ELA/Centro de Convenciones, Reclamaciones del ELA/Impuesto al Ron de AFI y Reclamaciones del ELA/AMA de acuerdo con el Plan, (x) adoptará y hará que la ACT adopte todas las medidas necesarias para presentar, o hacer que se presente, el Plan de la ACT en consonancia con los términos establecidos en el Anexo "J" adjunto al presente, y realizará todos los esfuerzos razonables para lograr su confirmación por el Tribunal del Título III, (y) una vez cumplidas las Condiciones de Distribución, tomará las medidas necesarias para que la ACT realice los pagos, en efectivo, de Ciento Ochenta y Cuatro Millones Ochocientos Mil Dólares ($184,800,000.00) a los tenedores de Reclamaciones de Bonos de la ACT 68 y Setenta y Nueve Millones Doscientos Mil Dólares ($79,200,000.00) a los tenedores de Reclamaciones de Bonos Prioritarios ACT 98, y (z) una vez cumplidas las Condiciones de Distribución, tomará, y hará que el ELA tome, las medidas necesarias para distribuir los CVI de Recuperación de la ACT a los tenedores de las Reclamaciones del ELA/ACT permitidas (incluyendo las Aseguradoras Monolínea) y para realizar los pagos a cuenta de estas de acuerdo con los términos del Plan, el Contrato de Emisión de los CVI y la sección de la Cascada de Distribución Prioritaria de los CVI de Recuperación de la ACT del Resumen de Transacción que se adjunta al presente y al Anexo "J"; disponiéndose, sin embargo, que, hasta la recepción de la Determinación de la Prioridad del Préstamo del BGF, (i) los pagos en efectivo asignables a los Bonos de la ACT 98 estén sujetos a la Reserva de Pagos de CVI, y (ii) los CVI de Recuperación de la ACT que de otro modo serían asignables a los tenedores de Reclamaciones Permitidas del ELA/ACT relativas a los Préstamos del BGF para la ACT no se distribuirán a los tenedores de Préstamos del BGF para la ACT; y disponiéndose, además, que una vez recibida la Determinación de la Prioridad de los Préstamos del BGF, los fondos de la Reserva de Pagos de CVI y cualquier CVI de Recuperación de la ACT no distribuido se entreguen a los tenedores de Bonos de la ACT y Préstamos del BGF para la ACT, según sea el caso, sobre la base de (i) entre los tenedores de los Bonos de la ACT 98 y los tenedores de los Préstamos del BGF para la ACT, los términos de dicha Determinación

123408529v3

de la Prioridad de los Préstamos del BGF, (ii) entre los tenedores de los Bonos de la ACT 68 y los tenedores de los Bonos de la ACT 98, la sección de la Cascada de Distribución Prioritaria de CVI de Recuperación de la ACT del Resumen de Transacción que se adjunta al presente como Anexo "J".

Sección 4.2        Pactos del ELA. El ELA tomará todas las medidas necesarias para obtener, y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pueda, o se espere razonablemente que pueda, obstaculizar o impedir la presentación del Plan, el Plan de la ACT, la Declaración de Divulgación y la Declaración de Divulgación de la ACT, la aprobación de la Declaración de Divulgación y la Declaración de Divulgación de la ACT, y el registro de la Orden de Confirmación y la Orden de Confirmación de la ACT y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo, entre otros, la suscripción y entrega de los Documentos Definitivos y los Documentos Definitivos de la ACT, siempre que la Declaración de Divulgación, la Declaración de Divulgación de la ACT, el Plan y el Plan de la ACT (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos y los Documentos Definitivos de la ACT sean compatibles con los términos del presente y del Plan y del Plan de la ACT, incluyendo, entre otros, que las Partes han actuado de buena fe en relación con la negociación de los términos del presente y del Plan. Dichas medidas incluirán, entre otras, las siguientes: (a) la aprobación de manera oportuna y adecuada de la Declaración de Divulgación y la Declaración de Divulgación de la ACT y la confirmación del Plan y del Plan de la ACT en las vistas de conformidad con las órdenes aplicables dictadas en el Procedimiento de PROMESA, (b) proporcionar a la Junta de Supervisión la información financiera que se le solicite razonablemente y que sea necesaria para llevar a cabo el Procedimiento de PROMESA del ELA y el Procedimiento de PROMESA de la ACT, (c) de abstenerse de iniciar directa o indirectamente (o continuar con el proceso) cualquier acción o procedimiento o hacer valer cualquier reclamación u objeción contra cualquiera de los Acreedores del AAP Iniciales (o sus respectivos fideicomisarios, agentes fiscales o agentes de pago) en relación con los Bonos de la ACT o los Bonos de la ADCC, según sea el caso, y hacer todos los esfuerzos razonables para evitar que cualquier otra persona o entidad (privada o gubernamental) inicie directa o indirectamente (o continúe con el proceso) cualquier acción o procedimiento o haga valer cualquier reclamación u objeción, (d) abstenerse de iniciar directa o indirectamente (o continuar con el proceso) o adoptar cualquier posición legal en cualquier acción o procedimiento, incluyendo, entre otros, hacer valer cualquier reclamación u objeción, que sea incompatible con las concesiones y transacciones descritas en el presente o establecidas en el Plan o el Plan de la ACT; disponiéndose, sin embargo, que nada de lo anterior tiene por objeto aplicarse a, ni se interpretará de modo que se aplique a, cualquier medida tomada o que se vaya a tomar con respecto a las reclamaciones u objeciones con respecto a las recuperaciones (*clawbacks*) u otras reclamaciones, en cada caso, planteadas por los tenedores o aseguradoras de los Bonos de la ADCC o los Bonos de la ACT que no sean parte de este Acuerdo, incluyendo, entre otros, la práctica de las mociones, la obtención de pruebas, la presentación de memorandos, la presentación de argumentos orales y el juicio, (e) en caso de que una de las partes (i) presente una notificación de apelación del registro de la Orden de Confirmación o de la Orden de Confirmación de la ACT y (ii) solicite una paralización en espera de la apelación en relación con esta, haciendo todos los esfuerzos razonables para oponerse a dicha solicitud de paralización, incluyendo, entre otros, la solicitud de una fianza de apelación por un monto proporcional a las posibles pérdidas resultantes de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación o de la Orden de Confirmación de la ACT, y (f) hacer todos los esfuerzos razonables para proporcionar, y

24

COPIA DE SUSCRIPCIÓN

hacer que la ACT proporcione, a Assured y a National (y a sus respectivos asesores, según proceda) la información razonablemente solicitada para facilitar, implementar, perfeccionar o hacer efectivo de otra manera el Plan de la ACT y la reestructuración de la ACT. Además de lo anterior, una vez satisfechas las Condiciones de Distribución, (y) de acuerdo con los términos y disposiciones de la Sección 6.1(d) del presente documento, el ELA tomará las medidas necesarias para realizar los pagos en la fecha de Vigencia del ELA, en efectivo, a Assured y National, por un importe de Treinta y Nueve Millones Trescientos Mil Dólares ($39,300,000.00), y Diecinueve Millones Trescientos Mil Dólares ($19,300,000.00) respectivamente, como contraprestación de la estructuración de los pagos a realizarse a los tenedores de las Reclamaciones del ELA/ACT, Reclamaciones del ELA/Centro de Convenciones, Reclamaciones del ELA/Impuesto al Ron de AFI y Reclamaciones del ELA/AMA de acuerdo con el Plan, y (z) el ELA tomará las medidas necesarias para distribuir los CVI de Recuperación de la ACT a los tenedores de las Reclamaciones del ELA/ACT permitidas (incluyendo las Aseguradoras Monolínea) y para realizar los pagos a cuenta de estas de acuerdo con los términos del Plan, el Contrato de Emisión de los CVI y la sección de la Cascada de Distribución Prioritaria de los CVI de Recuperación de la ACT del Resumen de Transacción que se adjunta al presente y al Anexo "J"; disponiéndose, sin embargo, que, hasta la recepción de la Determinación de la Prioridad del Préstamo del BGF, (i) los pagos en efectivo asignables a los Bonos de la ACT 98 estén sujetos a la Reserva de Pagos de CVI, y (ii) los CVI de Recuperación de la ACT que de otro modo serían asignables a los tenedores de Reclamaciones Permitidas del ELA/ACT relativas a los Préstamos del BGF para la ACT no se distribuirán a los tenedores de Préstamos del BGF para la ACT; y disponiéndose, además, que una vez recibida la Determinación de la Prioridad de los Préstamos del BGF, los fondos de la Reserva de Pagos de CVI y cualquier CVI de Recuperación de la ACT no distribuido se entreguen a los tenedores de Bonos de la ACT y Préstamos del BGF para la ACT, según sea el caso, sobre la base de (i) entre los tenedores de los Bonos de la ACT 98 y los tenedores de los Préstamos del BGF para la ACT, los términos de dicha Determinación de la Prioridad de los Préstamos del BGF, (ii) entre los tenedores de los Bonos de la ACT 68 y los tenedores de los Bonos de la ACT 98, la sección de la Cascada de Distribución Prioritaria de CVI de Recuperación de la ACT del Resumen de Transacción que se adjunta al presente como Anexo "J".

Sección 4.3    Pactos de la ACT. La ACT tomará todas las medidas necesarias para obtener, y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pueda, o se espere razonablemente que pueda, obstaculizar o impedir la presentación del Plan, el Plan de la ACT, la Declaración de Divulgación y la Declaración de Divulgación de la ACT, la aprobación de la Declaración de Divulgación y la Declaración de Divulgación de la ACT, y el registro de la Orden de Confirmación y la Orden de Confirmación de la ACT y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo la suscripción y entrega de los Documentos Definitivos y los Documentos Definitivos de la ACT, siempre que la Declaración de Divulgación, la Declaración de Divulgación de la ACT, el Plan y el Plan de la ACT (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos y los Documentos Definitivos de la ACT sean compatibles con los términos del presente y del Plan y del Plan de la ACT, incluyendo, entre otros, que las Partes han actuado de buena fe en relación con la negociación de los términos del presente y del Plan. Dichas medidas incluirán, entre otras, las siguientes: (a) la aprobación de manera oportuna y adecuada de la Declaración de Divulgación y la Declaración de Divulgación de la ACT y la confirmación del Plan y del Plan de la ACT en las vistas de conformidad con las órdenes aplicables dictadas en el Procedimiento de

123408529v3

PROMESA, (b) proporcionar a la Junta de Supervisión la información financiera que se le solicite razonablemente y que sea necesaria para llevar a cabo el Procedimiento de PROMESA de la ACT, (c) de abstenerse de iniciar directa o indirectamente (o continuar con el proceso) cualquier acción o procedimiento o hacer valer cualquier reclamación u objeción contra Assured, National, cualquier Tenedor de la ACT, o cualquier Tenedor de la ADCC, en relación con los Bonos de la ACT y los Bonos de la ADCC, (o sus respectivos fideicomisarios, agentes fiscales o agentes de pago), según sea el caso, y hacer todos los esfuerzos razonables para evitar que cualquier otra persona o entidad (privada o gubernamental) inicie directa o indirectamente (o continúe con el proceso) cualquier acción o procedimiento o haga valer cualquier reclamación u objeción, (d) abstenerse de iniciar directa o indirectamente (o continuar con el proceso) o adoptar cualquier posición legal en cualquier acción o procedimiento, incluyendo, entre otros, hacer valer cualquier reclamación u objeción, que sea incompatible con las concesiones y transacciones descritas en el presente o establecidas en el Plan o el Plan de la ACT; disponiéndose, sin embargo, que nada de lo anterior tiene por objeto aplicarse a, ni se interpretará de modo que se aplique a, cualquier medida tomada o que se vaya a tomar con respecto a las reclamaciones u objeciones con respecto a las recuperaciones (*clawbacks*) u otras reclamaciones, en cada caso, planteadas por los tenedores o aseguradoras de los Bonos de la ADCC o los Bonos de la ACT que no sean parte de este Acuerdo, incluyendo, entre otros, la práctica de las mociones, la obtención de pruebas, la presentación de memorandos, la presentación de argumentos orales y el juicio, y (e) hacer todos los esfuerzos razonables para proporcionar a Assured y a National (y a sus respectivos asesores, según proceda) la información razonablemente solicitada para facilitar, implementar, perfeccionar o hacer efectivo de otra manera el Plan de la ACT y la reestructuración de la ACT. Además de lo anterior, la ACT deberá (y) presentar el Plan de la ACT de acuerdo con los términos establecidos en el Anexo "J" adjunto y la Declaración de Divulgación de la ACT y realizar todos los esfuerzos razonables para lograr la confirmación de estos por parte del Tribunal del Título III de la forma más expedita y práctica posible y (z) una vez satisfechas las Condiciones de Distribución, tomar las medidas necesarias para realizar los pagos, en efectivo, de Ciento Ochenta y Cuatro Millones Ochocientos Mil Dólares ($184,800,000.00) a los tenedores de Reclamaciones de Bonos de la ACT 68 y Setenta y Nueve Millones Doscientos Mil Dólares ($79,200,000.00) a los tenedores de Reclamaciones de Bonos Prioritarios ACT 98.

Sección 4.4        Pactos de la ADCC. La ADCC tomará todas las medidas necesarias para obtener, y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pueda, o se espere razonablemente que pueda, obstaculizar o impedir la presentación del Plan y la Declaración de Divulgación, la aprobación de la Declaración de Divulgación y el registro de la Orden de Confirmación y el perfeccionamiento, la implementación y la administración del Plan, incluyendo la suscripción y entrega de los Documentos Definitivos, siempre que la Declaración de Divulgación, el Plan (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos sean compatibles con los términos del presente y del Plan, incluyendo, entre otros, que las Partes han actuado de buena fe en relación con la negociación de los términos del presente y del Plan; disponiéndose, sin embargo, que en el caso de que Assured (incluyendo, según sea el caso, conjuntamente con otros tenedores o aseguradoras de Reclamaciones de Bonos de la ADCC) proponga a la Junta de Supervisión una modificación de los Bonos de la ADCC de acuerdo con el Título VI de PROMESA, incluyendo como alternativa a la inclusión de ADCC en el Plan como deudor bajo el Título III de PROMESA, si es aprobada y autorizada por la Junta de Supervisión, la ADCC hará todos los esfuerzos razonables y tomará las

medidas necesarias para obtener la aprobación de dicha modificación calificatoria de acuerdo con los términos establecidos en el Anexo "J" adjunto al presente. Dichas medidas incluirán, entre otras, las siguientes: (a) la aprobación de manera oportuna y adecuada de la Declaración de Divulgación y la confirmación del Plan en las vistas de conformidad con las órdenes aplicables dictadas en el Procedimiento de PROMESA, (b) proporcionar a la Junta de Supervisión la información financiera que se le solicite razonablemente y que sea necesaria para llevar a cabo el Procedimiento de PROMESA de la ADCC, (c) abstenerse de iniciar directa o indirectamente (o continuar con el proceso) cualquier acción o procedimiento o hacer valer cualquier reclamación u objeción contra cualquier Acreedor Inicial del AAP (o sus respectivos fideicomisarios, agentes fiscales o agentes de pago), en relación con los Bonos de la ACT o los Bonos de la ADCC, según sea el caso, y hacer todos los esfuerzos razonables para evitar que cualquier otra persona o entidad (privada o gubernamental) inicie directa o indirectamente (o continúe con el proceso) cualquier acción o procedimiento o haga valer cualquier reclamación u objeción, (d) abstenerse de iniciar directa o indirectamente (o continuar con el proceso) o adoptar cualquier posición legal en cualquier acción o procedimiento, incluyendo, entre otros, hacer valer cualquier reclamación u objeción, que sea incompatible con las concesiones y transacciones descritas en el presente o establecidas en el Plan; disponiéndose, sin embargo, que nada de lo anterior tiene por objeto aplicarse a, ni se interpretará de modo que se aplique a, cualquier medida tomada o que se vaya a tomar con respecto a las reclamaciones u objeciones con respecto a las recuperaciones (*clawbacks*) u otras reclamaciones, en cada caso, planteadas por los tenedores o aseguradoras de los Bonos de la ADCC o los Bonos de la ACT que no sean parte de este Acuerdo, incluyendo, entre otros, la práctica de las mociones, la obtención de pruebas, la presentación de memorandos, la presentación de argumentos orales y el juicio.

Sección 4.5        Pactos de los Tenedores de la ACT. Sujeto a los términos y condiciones del presente documento, cada uno de los Tenedores de la ACT, por separado y no conjuntamente, se compromete y acuerda lo siguiente:

(a) Ninguno de los Tenedores de la ACT venderá, transferirá, pignorará, hipotecará ni cederá, salvo en la medida en que se requiera de conformidad con la Sección 301(c)(3) de PROMESA, los documentos de seguro definitivos y la legislación aplicable con respecto a un bono asegurado por una Aseguradora Monolínea) (una "**Transferencia**") ninguna de las Reclamaciones de Bonos de la ACT, ni ningún derecho de voto, consentimiento o instrucción o participaciones u otros intereses en ellos (colectivamente, los "**Intereses de la ACT**") durante el período comprendido entre la fecha del presente documento y (i) la Fecha de Vigencia de la ACT y (ii) la extinción del presente Acuerdo de conformidad con las disposiciones de la Sección 7.1 del presente, lo que ocurra primero, inclusive; disponiéndose, sin embargo, que, no obstante lo anterior, cada uno de los Tenedores de la ACT podrá transferir cualquier Interés de la ACT a (1) otro Acreedor del AAP o (2) en caso de que el adquirente no sea un Acreedor del AAP en el momento de la Transferencia, dicho adquirente suscriba y entregue, dentro de los cinco (5) días calendario siguientes a la suscripción de esta, a los abogados de la Junta de Supervisión y de la AAFAF, el Acuerdo de Acumulación que se adjunta como Anexo "G" (un "**Adquirente Calificado**"), en virtud del cual (y) dicho Adquirente Calificado (i) asumirá todos los derechos y obligaciones del transferente de acuerdo con los términos y condiciones de este Acuerdo y (ii) dicho Adquirente Calificado se considerará entonces un Acreedor del AAP a todos los efectos del presente, incluyendo, entre otros, con respecto a los Bonos adicionales de la ACT que posea dicho Adquirente Calificado en el momento en que se adhiera al presente Acuerdo, y asumirá todos los derechos y obligaciones en virtud del presente (salvo el derecho a recibir los Costos de

27

Perfeccionamiento) y (z) en o después de la fecha de entrada en vigencia de la Transferencia, se considerará que dicho Tenedor de la ACT ha renunciado a sus derechos (salvo el derecho a recibir los Costos de Perfeccionamiento), y será liberado de sus obligaciones (salvo las establecidas en la Sección 4.5(c) del presente) en o después de la fecha de entrada en vigencia de la Transferencia en virtud de este Acuerdo únicamente en la medida de dichos derechos transferidos; y disponiéndose, además, que, en la medida en que una Transferencia infrinja las disposiciones de esta Sección 4.5(a), será nula *ab initio* y las Reclamaciones de Bonos de la ACT aplicables y el Tenedor de la ACT que intente dicha Transferencia seguirán estando sujetos a los términos de este Acuerdo; y disponiéndose, además, que ninguna disposición del presente tiene por objeto, ni debe interpretarse como, un impedimento para que cualquiera de los Tenedores de la ACT adquiera Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC adicionales; disponiéndose, sin embargo, que cualquier Reclamación de Bonos de la ACT y Reclamación de Bonos de la ADCC que se adquieran en o a partir de la fecha del presente se considerará automática e inmediatamente después de su adquisición por parte de un Tenedor de la ACT sujeta a todos los términos y disposiciones del presente Acuerdo; y disponiéndose además, que las disposiciones de esta Sección 4.5(a) no se aplicarán al otorgamiento de cualquier derecho de retención o embargo a favor de un banco o corredor que tenga la custodia de valores en el curso ordinario de su actividad y cuyo derecho de retención o embargo quede extinguido al momento de la Transferencia de dichos valores. No obstante lo anterior, ninguna disposición del presente documento restringirá o prohibirá a ninguna de las partes la adopción de cualquier medida exigida por la Ley de Valores de 1933, con sus enmiendas, la Ley de Intercambio de Valores de 1934, con sus enmiendas, cualquier norma o reglamento promulgado en virtud de ellas, o por cualquier otra ley o reglamento aplicable.

(b) Ninguno de los Tenedores de la ACT podrá, salvo lo dispuesto expresamente en el presente, (i) presentar reclamaciones o pruebas de reclamación adicionales, de cualquier tipo, ante el Tribunal del Título III contra el ELA (incluyendo las reclamaciones garantizadas, no garantizadas, administrativas o de contribución sustancial), a cuenta de cualquiera de los Bonos de la ACT o Reclamaciones de Bonos de la ACT o siempre que el hecho de no presentar ninguna evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula (i) no perjudique, ni se considere una limitación, a las participaciones totales de dichos Tenedores de la ACT de Reclamaciones de Bonos de la ACT, (ii) excepto según lo permitido por la Sección 4.5(d) a continuación, únicamente con respecto a las Aseguradoras Monolínea, presentar cualquier reclamación adicional, iniciar o promover cualquier litigio, procedimiento, acción o asunto pendiente o adicional a causa de sus Bonos de la ACT o Reclamaciones de Bonos de la ACT (y cada uno de dichos Tenedores de la ACT está de acuerdo con dichos litigios, procedimientos, acciones o asuntos pendientes) o reclamar daños u otro tipo de remedio contra cualquiera de las Partes Exoneradas del Gobierno en base a, emergente de o relacionado con las Reclamaciones Exoneradas del Gobierno, o (iii) ayudar a cualquier persona a tomar cualquier medida con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por esta Sección 4.5(b); disponiéndose, sin embargo, que, en la medida en que sea compatible con sus obligaciones en virtud del presente, el Tenedor de la ACT podrá modificar una prueba de reclamación únicamente para cambiar el nombre, el domicilio o información similar del reclamante.

(c) Cada uno de los Tenedores de la ACT, únicamente en su calidad de tenedor de Bonos de la ACT o de Reclamaciones de Bonos de la ACT, por separado y no conjuntamente, (i) apoyará y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pudiera, o se esperara razonablemente que

pudiera, infringir o ser incompatible con los términos del presente, u obstaculizar o impedir la presentación del Plan o del Plan de la ACT, la administración de los Procedimientos de PROMESA, la aprobación de la Declaración de Divulgación o la Declaración de Divulgación de la ACT y el registro de la Orden de Confirmación o la Orden de Confirmación de la ACT y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo la suscripción y entrega de los Documentos Definitivos y los Documentos Definitivos de la ACT, siempre que la Declaración de Divulgación, la Declaración de Divulgación de la ACT, la Orden de Confirmación, la Orden de Confirmación de la ACT, el Plan y el Plan de la ACT (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos y Documentos Definitivos de la ACT sean compatibles con los términos del presente, el Plan y el Plan de la ACT, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente documento, (A) no consentirá ni votará a favor de ninguna modificación del Plan o del Plan de la ACT, a menos que dicha modificación sea propuesta o apoyada por la Junta de Supervisión, la AAFAF, el ELA, la ACT y la ADCC y se haya realizado de acuerdo con las disposiciones de la Sección 8.1 del presente, y (B) no votará ni apoyará ningún plan de ajuste de la ACT o del ELA que no haya sido propuesto o apoyado por la Junta de Supervisión, la AAFAF, el ELA y la ACT, siempre y cuando ninguna de las Partes del Gobierno haya incumplido sustancialmente sus obligaciones establecidas en este Acuerdo; disponiéndose, sin embargo, que cada una de las Partes reconoce que cada Reclamación de Bonos Asegurados de la ACT se votará de acuerdo con la Sección 301(c)(3) de PROMESA y con cualquier otra ley y documentos rectores aplicables, mientras este Acuerdo siga en vigencia, y (iii) en caso de que una de las partes (A) presente una notificación de apelación del registro de la Orden de Confirmación o de la Orden de Confirmación de la ACT y (B) solicite una paralización en espera de la apelación en relación con esta, usar todos los esfuerzos razonables para oponerse a dicha solicitud de paralización, incluyendo, entre otros, la solicitud de una fianza de apelación por un monto proporcional a las posibles pérdidas resultantes de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación o de la Orden de Confirmación de la ACT.

(d) Sujeto a los términos establecidos en el presente, no se podrá limitar ni prohibir que los Tenedores de la ACT (i) tomen cualquier medida que dicho Tenedor de la ACT considere necesaria o apropiada para preservar, proteger o defender cualquiera de sus derechos en virtud de este Acuerdo, el Plan, o los otros Documentos Definitivos, (ii) emprendan cualquier acción para defenderse de las reclamaciones y causas de acción afirmadas en las Objeciones Relacionadas con la Deuda, las Acciones de Invalidez o las Acciones de Impugnación de Gravámenes, en la medida en que dichos litigios no estén paralizados, o contra las reclamaciones y causas de acción afirmadas en cualquier otro litigio que no estén paralizadas, (iii) hagan valer cualquier reclamación o causa de acción contra cualquier Parte que incumpla este Acuerdo, o (iv) tomen cualquier medida que dicho tenedor considere necesaria o apropiada contra una Aseguradora Monolínea para preservar, proteger o defender cualquiera de sus derechos bajo cualquier póliza de seguro emitida por una Aseguradora Monolínea con respecto a cualquier bono asegurado por una Aseguradora Monolínea. Sin limitar en modo alguno lo anterior, en la medida en que el Plan, el Plan de la ACT, los Documentos Definitivos y los Documentos Definitivos de la ACT sean compatibles con este Acuerdo y sus anexos, ninguno de los Tenedores de la ACT tomará ninguna medida para oponerse a la confirmación del Plan o del Plan de la ACT, según sea el caso, con respecto a los Prestatarios Cubiertos, incluyendo, entre otros, la votación para rechazar el Plan o el Plan de la ACT con respecto a cualquier otra reclamación que se presente contra el ELA o la ACT (con respecto a un bono asegurado por una Aseguradora Monolínea, que

COPIA DE SUSCRIPCIÓN

no sea un Bono Asegurado por Assured o un Bono Asegurado por National, en la medida en que dicho Tenedor de la ACT esté autorizado a votar dicha reclamación de acuerdo con la Sección 301(c)(3) de PROMESA, cualquier documento de seguro definitivo y la ley aplicable); _disponiéndose, sin embargo_, que nada de lo dispuesto en el presente Acuerdo limitará o prohibirá a un Tenedor de la ACT emprender cualquier acción, o hacer valer cualquier reclamación o causa de acción, en relación con cualquier asunto relativo a las Aseguradoras Monolínea y con respecto a cualquier bono asegurado por una Aseguradora Monolínea (incluyendo, entre otros, la votación de reclamaciones, la subrogación o la aceleración, la conmutación o cualquier otro acto necesario para mantener los beneficios de la póliza de seguro aplicable de una Aseguradora Monolínea).

Sección 4.6        Pactos de los Tenedores de la ADCC. Sujeto a los términos y condiciones del presente documento, cada uno de los Tenedores de la ADCC, por separado y no conjuntamente, se compromete y acuerda lo siguiente:

(a)        Ninguno de los Tenedores de la ADCC transferirá ninguna de las Reclamaciones de Bonos de la ADCC, ni ningún derecho de voto, consentimiento o instrucción o participaciones u otros intereses en ellos (colectivamente, los "**Intereses de la ADCC**") durante el período comprendido entre la fecha del presente documento y (i) la Fecha de Vigencia del ELA y (ii) la extinción del presente Acuerdo de conformidad con las disposiciones de la Sección 7.1 del presente, lo que ocurra primero, inclusive; _disponiéndose, sin embargo_, que, no obstante lo anterior, cada uno de los Tenedores de la ADCC podrá transferir cualquier Interés de la ADCC a (1) otro Acreedor del AAP o (2) un Adquirente Calificado, en virtud del cual (y) dicho Adquirente Calificado (i) asumirá todos los derechos y obligaciones del transferente de acuerdo con los términos y condiciones de este Acuerdo y (ii) dicho Adquirente Calificado se considerará entonces un Acreedor del AAP a todos los efectos del presente, incluyendo, entre otros, con respecto a los Bonos adicionales de la ADCC que posea dicho Adquirente Calificado en el momento en que se adhiera al presente Acuerdo, y asumirá todos los derechos y obligaciones en virtud del presente (salvo el derecho a recibir los Costos de Perfeccionamiento) y (z) en o después de la fecha de entrada en vigencia de la Transferencia, se considerará que dicho Tenedor de la ADCC ha renunciado a sus derechos (salvo el derecho a recibir los Costos de Perfeccionamiento), y será liberado de sus obligaciones (salvo las establecidas en la Sección 4.6(c) del presente) en o después de la fecha de entrada en vigencia de la Transferencia en virtud de este Acuerdo únicamente en la medida de dichos derechos transferidos; y _disponiéndose, además,_ que, en la medida en que una Transferencia infrinja las disposiciones de esta Sección 4.6(a), será nula _ab initio_ y las Reclamaciones de Bonos de la ADCC aplicables y el Tenedor de la ADCC que intente dicha Transferencia seguirán estando sujetos a los términos de este Acuerdo; y _disponiéndose, además_, que ninguna disposición del presente tiene por objeto, ni debe interpretarse como, un impedimento para que cualquiera de los Tenedores de la ACT adquiera Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC adicionales; _disponiéndose, sin embargo_, que cualquier Reclamación de Bonos de la ACT y Reclamación de Bonos de la ADCC que se adquieran en o a partir de la fecha del presente se considerará automática e inmediatamente después de su adquisición por parte de un Tenedor de la ACT sujeta a todos los términos y disposiciones del presente Acuerdo; y _disponiéndose además,_ que las disposiciones de esta Sección 4.6(a) no se aplicarán al otorgamiento de cualquier derecho de retención o embargo a favor de un banco o corredor que tenga la custodia de valores en el curso ordinario de su actividad y cuyo derecho de retención o embargo quede extinguido al momento de la Transferencia de dichos valores. No obstante lo anterior, ninguna disposición del presente documento restringirá o prohibirá a

30

COPIA DE SUSCRIPCIÓN

ninguna de las partes la adopción de cualquier medida exigida por la Ley de Valores de 1933, con sus enmiendas, la Ley de Intercambio de Valores de 1934, con sus enmiendas, cualquier norma o reglamento promulgado en virtud de ellas, o por cualquier otra ley o reglamento aplicable.

(b)        Ninguno de los Tenedores de la ADCC podrá, salvo lo dispuesto expresamente en el presente, (i) presentar reclamaciones o pruebas de reclamación adicionales, de cualquier tipo, ante el Tribunal del Título III contra el ELA (incluyendo las reclamaciones garantizadas, no garantizadas, administrativas o de contribución sustancial), a cuenta de cualquiera de los Bonos de la ADCC o Reclamaciones de Bonos de la ADCC o siempre que el hecho de no presentar ninguna evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula (i) no perjudique, ni se considere una limitación, a las participaciones totales de dichos Tenedores de la ADCC de Reclamaciones de Bonos de la ADCC, (ii) excepto de acuerdo con cualquier orden de fecha de limitación de reclamaciones presentada en el Procedimiento de PROMESA de la ADCC, o según lo permitido por la Sección 4.6(d) a continuación, únicamente con respecto a las Aseguradoras Monolínea, presentar cualquier reclamación adicional, iniciar o promover cualquier litigio, procedimiento, acción o asunto pendiente o adicional a causa de sus Bonos de la ADCC o Reclamaciones de Bonos de la ADCC (y cada uno de dichos Tenedores de la ADCC está de acuerdo con dichos litigios, procedimientos, acciones o asuntos pendientes) o reclamar daños u otro tipo de remedio contra cualquiera de las Partes Exoneradas del Gobierno, en base a, emergentes de o relacionados con las Reclamaciones Exoneradas del Gobierno, o (iii) ayudar a cualquier persona a tomar cualquier medida con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por esta Sección 4.6(b); disponiéndose, sin embargo, que, en la medida en que sea compatible con sus obligaciones en virtud del presente, el Tenedor de la ADCC podrá modificar una prueba de reclamación únicamente para cambiar el nombre, el domicilio o información similar del reclamante.

(c)        Cada uno de los Tenedores de la ADCC, únicamente en su calidad de tenedor de Bonos de la ADCC o de Reclamaciones de Bonos de la ADCC, por separado y no conjuntamente, (i) apoyará y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pudiera, o se esperara razonablemente que pudiera, infringir o ser incompatible con los términos del presente o en el Plan, u obstaculizar o impedir la presentación del Plan, la administración de los Procedimientos de PROMESA, la aprobación de la Declaración de Divulgación y el registro de la Orden de Confirmación y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo la suscripción y entrega de los Documentos Definitivos, siempre que la Declaración de Divulgación, la Orden de Confirmación y el Plan (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos sean compatibles con los términos del presente, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente documento, (A) no consentirá ni votará a favor de ninguna modificación del Plan, a menos que dicha modificación sea propuesta o apoyada por la Junta de Supervisión, la AAFAF, el ELA, la ACT y la ADCC y se haya realizado de acuerdo con las disposiciones de la Sección 8.1 del presente, y (B) no votará ni apoyará ningún plan de ajuste de la ADCC o del ELA que no haya sido propuesto o apoyado por la Junta de Supervisión, la AAFAF, el ELA y la ADCC, siempre y cuando ninguna de las Partes del Gobierno haya incumplido sustancialmente sus obligaciones establecidas en este Acuerdo; disponiéndose, sin embargo, que cada una de las Partes reconoce que cada Reclamación de Bonos Asegurados de la ADCC se votará de acuerdo con la Sección 301(c)(3) de PROMESA y con cualquier otra ley y documentos rectores aplicables, mientras este Acuerdo siga en vigencia, y (iii) en caso de que una de las partes (A) presente una notificación de apelación del registro de la Orden de Confirmación

31

y (B) solicite una paralización en espera de la apelación en relación con esta, usar todos los esfuerzos razonables para oponerse a dicha solicitud de paralización, incluyendo, entre otros, la solicitud de una fianza de apelación por un monto proporcional a las posibles pérdidas resultantes de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación.

(d)        Sujeto a los términos establecidos en el presente, no se podrá limitar ni prohibir que los Tenedores de la ADCC (i) tomen cualquier medida que dicho Tenedor de la ADCC considere necesaria o apropiada para preservar, proteger o defender cualquiera de sus derechos en virtud de este Acuerdo, el Plan o los otros Documentos Definitivos, (ii) emprendan cualquier acción para defenderse de las reclamaciones y causas de acción afirmadas en las Objeciones Relacionadas con la Deuda, las Acciones de Invalidez o las Acciones de Impugnación de Gravámenes, en la medida en que dichos litigios no estén paralizados, o contra las reclamaciones y causas de acción afirmadas en cualquier otro litigio que no estén paralizadas, (iii) hagan valer cualquier reclamación o causa de acción contra cualquier Parte que incumpla este Acuerdo, o (iv) tomen cualquier medida que dicho tenedor considere necesaria o apropiada contra una Aseguradora Monolínea para preservar, proteger o defender cualquiera de sus derechos bajo cualquier póliza de seguro emitida por una Aseguradora Monolínea con respecto a cualquier bono asegurado por una Aseguradora Monolínea. Sin limitar en modo alguno lo anterior, en la medida en que el Plan y los Documentos Definitivos sean compatibles con este Acuerdo y sus anexos, ninguno de los Tenedores de la ADCC tomará ninguna medida para oponerse a la confirmación del Plan con respecto a los Prestatarios Cubiertos, incluyendo, entre otros, la votación para rechazar el Plan con respecto a cualquier otra reclamación que se presente contra el ELA o la ADCC (con respecto a un bono asegurado por una Aseguradora Monolínea, que no sea un Bono Asegurado por Assured o un Bono Asegurado por National, en la medida en que dicho Tenedor de la ADCC esté autorizado a votar dicha reclamación de acuerdo con la Sección 301(c)(3) de PROMESA, cualquier documento de seguro definitivo y la ley aplicable); disponiéndose, sin embargo, que nada de lo dispuesto en el presente Acuerdo limitará o prohibirá a un Tenedor de la ADCC emprender cualquier acción, o hacer valer cualquier reclamación o causa de acción, en relación con cualquier asunto relativo a las Aseguradoras Monolínea y con respecto a cualquier bono asegurado por una Aseguradora Monolínea (incluyendo, entre otros, la votación de reclamaciones, la subrogación o la aceleración, la conmutación o cualquier otro acto necesario para mantener los beneficios de la póliza de seguro aplicable de una Aseguradora Monolínea).

Sección 4.7        Pactos de Assured. Por el presente, Assured se compromete y acuerda lo siguiente:

(a)  Assured no podrá, salvo lo dispuesto expresamente en el presente o de conformidad con cualquier orden del Tribunal del Título III relativa a la presentación de pruebas de reclamación en un Procedimiento de PROMESA de la ADCC, (i) presentar reclamaciones o evidencias de reclamación adicionales, de cualquier tipo, ante el Tribunal del Título III contra el ELA, la ACT o la ADCC (incluidas las reclamaciones garantizadas, no garantizadas, administrativas o de contribución sustancial), a cuenta de cualquiera de los Bonos Asegurados de Assured, o cualquier Reclamación de Bonos de la ACT o Reclamación de Bonos de la ADCC, siempre que el hecho de no presentar ninguna evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula (i) no perjudique, ni se considere una limitación, a las participaciones totales de Assured de Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC, (ii) al registrarse una orden de paralización del litigio, únicamente con respecto a Assured, en el Procedimiento de PROMESA del ELA, el Procedimiento de PROMESA de la ACT y el Procedimiento de

123408529v3

PROMESA de la ADCC en el que Assured sea demandante, demandado o recurrido, presentar cualquier reclamación adicional, iniciar o procesar cualquier litigio, procedimiento, acción o asunto pendiente o adicional por cuenta de cualquier Bono Asegurado de Assured o cualquiera de sus Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC en el Procedimiento de PROMESA del ELA, el Procedimiento de PROMESA de la ACT y el Procedimiento de PROMESA de la ADCC (y Assured acepta paralizar todos esos litigios, procedimientos, acciones o asuntos pendientes) o buscar recuperar daños u otro tipo de remedio contra cualquiera de las Partes Exoneradas del Gobierno en base a, emergente de o relacionado con las Reclamaciones Exoneradas del Gobierno o cualquiera de las reclamaciones o causas de acción establecidas o que se puedan haber establecido en las Acciones de Recuperación (*Clawback*) y las Mociones de Levantamiento de la Paralización, o (iii) ayudar, directa o indirectamente, a cualquier persona a tomar cualquier medida con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por esta Sección 4.7(a). Sin perjuicio de lo anterior, en el plazo de cuatro (4) Días Hábiles a partir de la fecha del presente, (A) Assured y la Junta de Supervisión presentarán mociones urgentes conjuntas, en forma razonablemente aceptable para Assured y la Junta de Supervisión, para paralizar las Acciones de Recuperación (*Clawback*), las Mociones de Levantamiento de la Paralización, la Moción de la Sección 926 en lo que respecta a Assured, y el litigio caratulado <u>Assured Guaranty Corp. y otros c. el Estado Libre Asociado de Puerto Rico y otros</u>, Proc. Cont. Núm. 18-00059- LTS, actualmente pendiente en el Tribunal del Título III (el "**Procedimiento Contencioso**"), y (B) Assured tomará, o hará que se tomen, todas las medidas necesarias, incluyendo, entre otros, la notificación de estas a todas las partes afectadas, para provocar la paralización de la presentación de pruebas propuesta únicamente por Assured en relación con las Acciones de Recuperación (*Clawback*) y las Mociones de Levantamiento de la Paralización, incluyendo, entre otros, todas las citaciones, avisos de declaración, solicitudes de presentación de documentos, y cualquier acumulación por parte de Assured a los pedidos de presentación de pruebas presentadas de acuerdo con la Regla de Quiebras 2004.

(b)  Assured (i) apoyará y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pudiera, o se esperara razonablemente que pudiera, infringir o ser incompatible con los términos del presente, u obstaculizar o impedir la presentación del Plan o del Plan de la ACT, la administración de los Procedimientos de PROMESA, la aprobación de la Declaración de Divulgación o la Declaración de Divulgación de la ACT y el registro de la Orden de Confirmación o la Orden de Confirmación de la ACT y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo la suscripción y entrega de los Documentos Definitivos y los Documentos Definitivos de la ACT, siempre que la Declaración de Divulgación, la Declaración de Divulgación de la ACT, la Orden de Confirmación, la Orden de Confirmación de la ACT, el Plan y el Plan de la ACT (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos y Documentos Definitivos de la ACT sean compatibles con los términos del presente, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente documento, (A) no consentirá ni votará a favor de ninguna modificación del Plan o del Plan de la ACT, a menos que dicha modificación sea propuesta o apoyada por la Junta de Supervisión, y que sea por otro lado compatible con las disposiciones del presente, y (B) no votará ni apoyará ningún plan de ajuste que no haya sido propuesto o apoyado por la Junta de Supervisión, siempre y cuando ninguna de las Partes del Gobierno haya incumplido sustancialmente sus obligaciones establecidas en este Acuerdo; <u>disponiéndose, sin embargo,</u> que Assured reconoce que cada Reclamación de Bonos Asegurados de la ACT y Reclamación de Bonos Asegurados de la ADCC aseguradas por Assured se votará de acuerdo con la

123408529v3

Sección 301(c)(3) de PROMESA y con cualquier otra ley y documentos rectores aplicables, mientras este Acuerdo siga en vigencia, y (iii) en caso de que una de las partes (A) presente una notificación de apelación del registro de la Orden de Confirmación o de la Orden de Confirmación de la ACT y (B) solicite una paralización en espera de la apelación en relación con esta, usar todos los esfuerzos razonables para oponerse a dicha solicitud de paralización, incluyendo, entre otros, la solicitud de una fianza de apelación por un monto proporcional a las posibles pérdidas resultantes de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación o de la Orden de Confirmación de la ACT y (iv) aplicar esfuerzos razonables y negociar de buena fe con la Junta de Supervisión y National el Plan de la ACT, la Orden de Confirmación de la ACT, el Contrato de Emisión de los Nuevos Bonos de la ACT, la Documentación del Fideicomiso y los Documentos del Fideicomiso de Custodia, en un esfuerzo para concluir la documentación de estos antes de la Fecha de Entrada en Vigencia del ELA.

(c) Sujeto a los términos establecidos en el presente documento, incluyendo, entre otros, la paralización del litigio como se requiere de acuerdo con la Sección 4.7(a) del presente, Assured no estará limitada ni se le prohibirá (i) adoptar las medidas que considere necesarias o apropiadas para preservar, proteger o defender cualquiera de sus derechos en virtud del presente Acuerdo, el Plan, el Plan de la ACT, los demás Documentos Definitivos, o los demás Documentos Definitivos de la ACT, o (ii) hacer valer cualquier reclamación o causa de acción contra cualquier Parte que incumpla el presente Acuerdo; <u>disponiéndose, sin embargo</u>, que lo anterior no impida a Assured participar en cualquier acción o procedimiento relativo a la Determinación de la Prioridad del Préstamo del BGF.

Sección 4.8          <u>Pactos de National.</u> Por el presente, National se compromete y acuerda lo siguiente:

(a) National no podrá, salvo lo dispuesto expresamente en el presente, (i) presentar reclamaciones o evidencias de reclamación adicionales, de cualquier tipo, ante el Tribunal del Título III contra el ELA, la ACT o la ADCC (incluidas las reclamaciones garantizadas, no garantizadas, administrativas o de contribución sustancial), a cuenta de cualquiera de los Bonos Asegurados de National, o cualquier Reclamación de Bonos de la ACT o Reclamación de Bonos de la ADCC, siempre que el hecho de no presentar ninguna evidencia de reclamación adicional como resultado de sus obligaciones en virtud de esta cláusula (i) no perjudique, ni se considere una limitación, a las participaciones totales de National de Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC, (ii) presentar cualquier reclamación adicional, iniciar o procesar cualquier litigio, procedimiento, acción o asunto pendiente o adicional por cuenta de cualquier Bono Asegurado de National o cualquiera de sus Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC en el Procedimiento de PROMESA del ELA, el Procedimiento de PROMESA de la ACT y el Procedimiento de PROMESA de la ADCC (y National acepta paralizar todos esos litigios, procedimientos, acciones o asuntos pendientes) o buscar recuperar daños u otro tipo de remedio contra cualquiera de las Partes Exoneradas del Gobierno en base a, emergente de o relacionado con las Reclamaciones Exoneradas del Gobierno o cualquiera de las reclamaciones o causas de acción establecidas o que se puedan haber establecido en las Acciones de Recuperación (*Clawback*) y las Mociones de Levantamiento de la Paralización, o (iii) ayudar, directa o indirectamente, a cualquier persona a tomar cualquier medida con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por esta Sección 4.8(a). Sin perjuicio de lo anterior, en el plazo de cuatro (4) Días Hábiles a partir de la fecha del presente, (A) National y la Junta de Supervisión presentarán mociones urgentes conjuntas, en forma

razonablemente aceptable para National y la Junta de Supervisión, para paralizar las Acciones de Recuperación (*Clawback*), las Mociones de Levantamiento de la Paralización, la Moción de la Sección 926 en lo que respecta a National, y (B) National tomará, o hará que se tomen, todas las medidas necesarias, incluyendo, entre otros, la notificación de estas a todas las partes afectadas, para provocar la paralización de la presentación de pruebas propuesta únicamente por National en relación con las Acciones de Recuperación (*Clawback*) y las Mociones de Levantamiento de la Paralización, incluyendo, entre otros, todas las citaciones, avisos de declaración, solicitudes de presentación de documentos, y cualquier acumulación por parte de National a los pedidos de presentación de pruebas presentadas de acuerdo con la Regla de Quiebras 2004.

(b) National (i) apoyará y no tomará, ni alentará a ninguna otra persona a que tome, ninguna medida que pudiera, o se esperara razonablemente que pudiera, infringir o ser incompatible con los términos del presente, u obstaculizar o impedir la presentación del Plan o del Plan de la ACT, la administración de los Procedimientos de PROMESA, la aprobación de la Declaración de Divulgación o la Declaración de Divulgación de la ACT y el registro de la Orden de Confirmación o la Orden de Confirmación de la ACT y el perfeccionamiento, la implementación y la administración del Plan y del Plan de la ACT, incluyendo la suscripción y entrega de los Documentos Definitivos y los Documentos Definitivos de la ACT, siempre que la Declaración de Divulgación, la Declaración de Divulgación de la ACT, la Orden de Confirmación, la Orden de Confirmación de la ACT, el Plan y el Plan de la ACT (y su perfeccionamiento, implementación y administración) y los demás Documentos Definitivos y Documentos Definitivos de la ACT sean compatibles con los términos del presente, (ii) de acuerdo con las disposiciones de la Sección 5.1 del presente documento, (A) no consentirá ni votará a favor de ninguna modificación del Plan o del Plan de la ACT, a menos que dicha modificación sea propuesta o apoyada por la Junta de Supervisión, y que sea por otro lado compatible con las disposiciones del presente, y (B) no votará ni apoyará ningún plan de ajuste que no haya sido propuesto o apoyado por la Junta de Supervisión, siempre y cuando ninguna de las Partes del Gobierno haya incumplido sustancialmente sus obligaciones establecidas en este Acuerdo; disponiéndose, sin embargo, que National reconoce que cada Reclamación de Bonos Asegurados de la ACT asegurada por National se votará de acuerdo con la Sección 301(c)(3) de PROMESA y con cualquier otra ley y documentos rectores aplicables, mientras este Acuerdo siga en vigencia, y (iii) en caso de que una de las partes (A) presente una notificación de apelación del registro de la Orden de Confirmación o de la Orden de Confirmación de la ACT y solicite una paralización en espera de la apelación en relación con esta, usar todos los esfuerzos razonables para oponerse a dicha solicitud de paralización, incluyendo, entre otros, la solicitud de una fianza de apelación por un monto proporcional a las posibles pérdidas resultantes de cualquier retraso causado por cualquier apelación o petición de revisión de la Orden de Confirmación o de la Orden de Confirmación de la ACT y (iv) aplicar esfuerzos razonables y negociar de buena fe con la Junta de Supervisión y National el Plan de la ACT, la Orden de Confirmación de la ACT, el Contrato de Emisión de los Nuevos Bonos de la ACT, la Documentación del Fideicomiso y los Documentos del Fideicomiso de Custodia, en un esfuerzo para concluir la documentación de estos antes de la Fecha de Entrada en Vigencia del ELA.

(c) Sujeto a los términos establecidos en el presente documento, incluyendo, entre otros, la paralización del litigio como se requiere de acuerdo con la Sección 4.8(a) del presente, National no estará limitada ni se le prohibirá (i) adoptar las medidas que considere necesarias o apropiadas para preservar, proteger o defender cualquiera de sus derechos en virtud del presente Acuerdo, el Plan, el Plan de la ACT, los demás

Documentos Definitivos, o los demás Documentos Definitivos de la ACT, o (ii) hacer valer cualquier reclamación o causa de acción contra cualquier Parte que incumpla el presente Acuerdo; disponiéndose, sin embargo, que lo anterior no impida a National participar en cualquier acción o procedimiento relativo a la Determinación de la Prioridad del Préstamo del BGF.

Sección 4.9        Pactos de las Partes. Sujeto a los términos y condiciones del presente, cada una de las Partes, por separado y no conjuntamente, se compromete y acuerda lo siguiente:

(a) Coordinación. Las Partes se coordinarán y harán sus mejores esfuerzos razonables para obtener el consentimiento y la acumulación de la AAFAF antes de perfeccionar las transacciones contempladas en el presente. Todas las declaraciones, garantías, pactos u otras obligaciones de la AAFAF contempladas en el presente no serán vigentes hasta que una persona autorizada por dicha entidad haya firmado el presente.

(b) Protecciones legales y de otro tipo. El Plan, la Orden de Confirmación, el Plan de la ACT, la Orden de Confirmación de la ACT, el Contrato de Emisión de los Nuevos Bonos de la ACT, los Documentos Definitivos de la ACT, la Legislación de los CVI, la Ley de Responsabilidad de la Deuda y el Contrato de Emisión de los CVI, en la medida en que sean aplicables, de la manera que acuerden la Junta de Supervisión, Assured y National, incluirán las siguientes protecciones legales:

(i)        Para el pago de los CVI, el Estado Libre Asociado pignorará su plena fe, crédito y poder impositivo de conformidad con la Constitución de Puerto Rico y la legislación aplicable de Puerto Rico;

(ii)        Conforme al Contrato de Emisión de los Nuevos Bonos de la ACT, el Fideicomisario de los Nuevos Bonos de la ACT tendrá un derecho directo de acción para hacer cumplir el Contrato de Emisión de los Nuevos Bonos de la ACT, incluyendo (A) con respecto a los Nuevos Bonos de la ACT y el Contrato de Emisión de los Nuevos Bonos de la ACT, una pignoración de ingresos netos con respecto a la recaudación de peajes, (B) solicitar el cumplimiento específico como remedio para cualquier incumplimiento de los pactos en el Contrato de Emisión de los Nuevos Bonos de la ACT, y (C) a partir del inicio de estos, la paralización automática en cualquier procedimiento de insolvencia futuro iniciado en nombre de la ACT (ya sea en virtud del Título III de PROMESA o de otro modo) se considerará anulada con respecto a los ingresos de peaje, netos de los gastos de explotación de solo peaje y de los gastos de capital enumerados en la carretera de peaje; disponiéndose, sin embargo, que, en caso de incumplimiento del Contrato de Emisión de los Nuevos Bonos de la ACT, y, en ausencia de acción por parte del fideicomisario de los Nuevos Bonos de la ACT, los tenedores de no menos del veinticinco por ciento (25%) del monto de capital en circulación de los Nuevos Bonos de la ACT tendrán derecho a entablar una demanda, acción, un escrito *mandamus* o cualquier otro procedimiento en virtud de los principios de la ley o el derecho consuetudinario, o para proteger o hacer cumplir cualquier derecho o remedio en virtud del Contrato de Emisión de los Nuevos Bonos de la ACT;

(iii)        Conforme al Contrato de Emisión de CVI, el Fideicomisario de CVI tendrá un derecho directo de acción para aplicar el Contrato de Emisión de CVI, lo que incluye solicitar el cumplimiento específico como remedio para cualquier incumplimiento de los pactos en el Contrato de Emisión de CVI; disponiéndose, sin embargo, que, en caso de incumplimiento del Contrato de Emisión de CVI, como se describe en este y, en ausencia de acción por parte del fideicomisario del CVI, los tenedores de no menos del veinticinco por ciento (25%) del monto de capital en circulación de los CVI tendrán derecho a entablar

una demanda, acción, un escrito *mandamus* o cualquier otro procedimiento en virtud de la ley o el derecho consuetudinario, o para proteger o hacer cumplir cualquier derecho o remedio en virtud del Contrato de Emisión de CVI.

(iv)   El Plan Fiscal de la ACT certificado en la Fecha de Vigencia de la ACT, y cualquier Plan Fiscal de la ACT posterior a la Vigencia de la ACT, incluirá disposiciones para el pago en cada Año Fiscal del capital y los intereses sobre los Nuevos Bonos de la ACT, incluyendo, entre otros, los pagos del fondo de amortización que deban realizarse en dicho Año Fiscal;

(v)   El Plan Fiscal del ELA, certificado en la Fecha de Vigencia, y cualquier Plan Fiscal posterior a la Fecha de Vigencia, incluirá disposiciones para el pago en cada Año Fiscal, en la medida en que la Condición de Superación del Rendimiento quede cumplida en el Año Fiscal anterior, cualquier monto que deba pagarse con respecto a los CVI de conformidad con los términos del Contrato de Emisión de CVI;

(vi)   Los nuevos bonos de la ACT estarán garantizados por un derecho de retención preferencial sobre los peajes recaudados por la ACT o en su nombre y otros ingresos/recursos disponibles de la ACT, así como el derecho a recibir lo anterior, sujeto a los gastos de explotación y de capital necesarios de las carreteras de peaje especificados en el Contrato de Emisión de los Nuevos Bonos de la ACT (los "**Ingresos Netos**");

(vii)   El Plan de la ACT, la Orden de Confirmación de ACT y el Contrato de Emisión de los Nuevos Bonos de la ACT establecerán un pacto que fija una prueba de bonos adicionales de 1.20x de los Ingresos Netos.

(viii)   El Plan de la ACT y la Orden de Confirmación de la ACT establecerán un pacto de tasas que requiera un coeficiente de cobertura de 1.10x de los Ingresos Netos, por lo que, a efectos del cálculo del coeficiente de cobertura, los Ingresos Netos podrán incluir el efectivo no comprometido según lo previsto en el Contrato de Emisión de los Nuevos Bonos de la ACT;

(ix)   Los Planes Fiscales de la ACT certificados en la Fecha de Vigencia de la ACT o con posterioridad a esta, el Plan de la ACT y la Orden de Confirmación de la ACT, establecerán las medidas necesarias para el servicio de las obligaciones contempladas en este Acuerdo, los Nuevos Bonos de la ACT y el Contrato de Emisión de los Nuevos Bonos de la ACT;

(x)   La Orden de Confirmación de la ACT dispondrá la retención de la jurisdicción por parte del Tribunal del Título III o, en caso de que el Tribunal del Título III rechace dicha retención de jurisdicción o los Procedimientos de PROMESA hayan sido cerrados de acuerdo con los términos y disposiciones de PROMESA, la designación del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, para hacer cumplir los términos de los Planes Fiscales certificados y las obligaciones contempladas en virtud de este Acuerdo, los Nuevos Bonos de la ACT y el Contrato de Emisión de los Nuevos Bonos de la ACT;

(xi)   Los Nuevos Bonos de la ACT, incluidos, entre otros, cualesquiera Nuevos Bonos de la ACT emitidos de conformidad con los términos y disposiciones de la Sección 4.9(c) del presente y, en la medida en que sea posible, los CVI, portarán un sello o una leyenda similar a los efectos de que el Tribunal

de Distrito de los Estados Unidos para el Distrito de Puerto Rico ha determinado que dichos bonos y títulos son válidos, legalmente vinculantes y exigibles a tenor con la Orden de Confirmación o la Orden de Confirmación de la ACT, según sea el caso;

(xii)   Los compromisos y transacciones establecidos en este Acuerdo y consignados en el Plan, la Orden de Confirmación, el Plan de la ACT y la Orden de Confirmación de la ACT no serán vinculantes para ninguna de las Partes (incluido cualquier sucesor de la Junta de Supervisión) en un procedimiento futuro (u otro procedimiento de insolvencia) presentado conforme al Título III con respecto a la prioridad de los CVI de conformidad con PROMESA, la Constitución de Puerto Rico u otra legislación aplicable;

(xiii)   Para el beneficio de todos los tenedores iniciales y futuros de los Nuevos Bonos de la ACT, el ELA asumirá el compromiso de no limitar o restringir los derechos o facultades conferidos a la ACT hasta que todas las obligaciones con respecto a los Nuevos Bonos de la ACT, junto con todos los intereses devengados por ellos, hayan sido pagados o satisfechos en su totalidad de acuerdo con sus términos;

(xiv)   Para el beneficio de los tenedores iniciales y futuros de los CVI, el ELA asumirá el compromiso de que, hasta que todas las obligaciones con respecto a dichos bonos hayan sido totalmente pagadas o satisfechas de otra manera de conformidad con sus términos, el ELA no: (a) tomará ninguna medida que afecte los derechos y remedios de los tenedores de los CVI; (b) limitará ni restringirá los derechos o facultades de los funcionarios correspondientes del ELA para cumplir los términos de cualquier acuerdo celebrado con los tenedores de los CVI; ni (c) limitará la capacidad de los tenedores de los CVI de dar seguimiento al rendimiento del IVU Medido; disponiéndose, sin embargo, que lo anterior no impedirá que el ELA ejerza su facultad, mediante un cambio de ley, de eliminar el IVU Medido, o sustituir el IVU Medido por un Impuesto Medido Sustitutivo, cada uno de conformidad con el Contrato de Emisión de CVI, que protegerá a los tenedores de los CVI de una eliminación o sustitución que reduzca la probabilidad de que se satisfagan las Condiciones de Superación del Rendimiento; y disponiéndose, además, que el Contrato de Emisión de CVI incluirá un mecanismo para la divulgación pública por parte del ELA de (x) los importes del IVU Medido, (y) los cobros del IVU, y (z) el cálculo de cualquier conciliación o reducción del IVU de referencia, según se define y refleja en el Resumen de Transacción adjunto al presente como Anexo "J".

(xv)   La Orden de Confirmación de la ACT incluirá una determinación de que, para los fines de la Sección 209 de PROMESA, el cumplimiento de las obligaciones de deuda a ocurrir en la Fecha de Vigencia de la ACT es necesario para que la Junta de Supervisión certifique que los gastos no superen los ingresos para la ACT según se determinen de acuerdo con los estándares de contabilidad en valores devengados modificados;

(xvi)   El Contrato de Emisión de los Nuevos Bonos de la ACT, los Nuevos Bonos de la ACT y los CVI se regirán por la legislación de Nueva York;

(xvii)   La Orden de Confirmación es completa, definitiva, plena, concluyente y vinculante para, y no estará sujeta a ataques colaterales u otras impugnaciones en ningún tribunal u otro foro por parte de (1) el ELA, (2) la ACT, (3) cada persona o entidad que afirme tener reclamaciones u otros derechos oponibles al ELA, la ACT, COFINA o cualquiera de sus respectivas instrumentalidades o agencias, incluyendo una participación (directa o indirectamente en calidad de mandante, agente, contraparte, subrogado, aseguradora o por otro concepto) en los bonos emitidos por el ELA o cualquiera de sus otras instrumentalidades; o con

123408529v3

respecto a cualquier fideicomisario, cualquier agente colateral, cualquier fideicomisario designado por el contrato de emisión, cualquier agente fiscal y cualquier banco que reciba o mantenga fondos relacionados con esos bonos, ya sea que dicha reclamación u otros derechos de dicha persona o entidad se vean afectados en virtud del Plan y, de ser afectados, independientemente de que dicha persona o entidad hubiere aceptado o no el Plan, (4) cualquier otra persona y (5) los herederos, sucesores, cesionarios, albaceas, administradores, funcionarios, directores, agentes, representantes, abogados, beneficiarios o tutores de las personas nombradas precedentemente.

(xviii) La Orden de Confirmación de la ACT es completa, definitiva, plena, concluyente y vinculante para, y no estará sujeta a ataques colaterales u otras impugnaciones en ningún tribunal u otro foro por parte de (1) el ELA, (2) la ACT, (3) cada persona o entidad que afirme tener reclamaciones u otros derechos oponibles al ELA, la ACT, COFINA o cualquiera de sus respectivas instrumentalidades o agencias, incluyendo una participación (directa o indirectamente en calidad de mandante, agente, contraparte, subrogado, aseguradora o por otro concepto) en los bonos emitidos por el ELA o cualquiera de sus otras instrumentalidades; o con respecto a cualquier fideicomisario, cualquier agente colateral, cualquier fideicomisario designado por el contrato de emisión, cualquier agente fiscal y cualquier banco que reciba o mantenga fondos relacionados con esos bonos, ya sea que dicha reclamación u otros derechos de dicha persona o entidad se vean afectados en virtud del Plan de la ACT y, de ser afectados, independientemente de que dicha persona o entidad hubiere aceptado o no el Plan de la ACT, (4) cualquier otra persona y (5) los herederos, sucesores, cesionarios, albaceas, administradores, funcionarios, directores, agentes, representantes, abogados, beneficiarios o tutores de las personas nombradas precedentemente.

(xix)   El Plan incluirá una disposición que establezca que el CVI de Recuperación (*Clawback*) de la ACT que se emita y cualquier distribución en virtud de este se mantendrá en una reserva o fideicomiso, cuya forma y fondo serán razonablemente aceptables para Assured y National, hasta la fecha en que se cumplan las Condiciones de Distribución, inclusive y, en caso de que la Junta de Supervisión, Assured y/o National rescindan el presente Acuerdo, el CVI de Recuperación (*Clawback*) de la ACT y cualquier distribución a cuenta de este se liberará de dicha reserva o fideicomiso, según sea el caso, y se distribuirá a los acreedores de acuerdo con los términos establecidos en el Anexo "J" adjunto al presente.

(xx)    La Orden de Confirmación dispondrá que, en contraprestación por los acuerdos establecidos en el presente, y una vez satisfechas las Condiciones de Distribución, la ACT realizará una distribución provisional a los titulares de Reclamaciones de Bonos de la ACT 68 y Reclamaciones de Bonos Prioritarios de la ACT 98 por un importe de Ciento Ochenta y Cuatro Millones Ochocientos Mil Dólares ($184,800,000.00) y Setenta y Nueve Millones Doscientos Mil Dólares ($79,200,000.00), respectivamente, en efectivo, cuyas distribuciones reducirán el monto de capital de dichos Bonos de la ACT 68 y Bonos Prioritarios de la ACT 98, respectivamente, y las correspondientes Reclamaciones de Bonos de la ACT`;

(xxi)   La Orden de Confirmación dispondrá que, como contraprestación por la estructuración de los pagos que se efectuarán a los titulares de Reclamaciones del ELA/ACT, Reclamaciones del ELA/Centro de Convenciones, Reclamaciones Fiscales del ELA/AFI y Reclamaciones del ELA/AMA, una vez satisfechas las Condiciones de Distribución, y de conformidad con los términos y disposiciones de la Sección 6.1(d) del presente, el ELA efectuará pagos a Assured y National por montos de Treinta y Nueve Millones Trescientos Mil Dólares ($39,300,000.00) y Diecinueve Millones Trescientos Mil Dólares

($19,300,000.00), respectivamente;

(xxii)  El Plan y el Contrato de Emisión de CVI incluirán disposiciones que establezcan que, una vez satisfechas las Condiciones de Distribución, los CVI de Recuperación (*Clawback*) de la ACT se distribuirán a los tenedores de Reclamaciones del ELA/ACT permitidas (incluso las Aseguradoras Monolínea) y los pagos a cuenta de estas se realizarán de acuerdo con los términos del Plan, el Contrato de Emisión de CVI y la sección de la Cascada de Distribución Prioritaria de CVI de Recuperación (*Clawback*) de la ACT del Resumen de Transacción que se adjunta al presente como Anexo "J"; disponiéndose, sin embargo, que, hasta la recepción de la Determinación de la Prioridad del Préstamo del BGF, (i) los pagos en efectivo asignables a los Bonos de la ACT 98 estén sujetos a la Reserva de Pagos de CVI, y (ii) los CVI de Recuperación (*Clawback*) de la ACT que de otro modo serían asignables a los tenedores de Reclamaciones Permitidas del ELA/ACT relativas a los Préstamos del BGF para la ACT no se distribuirán a los tenedores de Préstamos del BGF para la ACT; y disponiéndose, además, que una vez recibida la Determinación de la Prioridad de los Préstamos del BGF, los fondos de la Reserva de Pagos de CVI y cualquier CVI de Recuperación de la ACT no distribuido se entreguen a los tenedores de Bonos de la ACT y Préstamos del BGF para la ACT, según sea el caso, sobre la base de (i) entre los tenedores de los Bonos de la ACT 98 y los tenedores de los Préstamos del BGF para la ACT, los términos de dicha Determinación de la Prioridad de los Préstamos del BGF, (ii) entre los tenedores de los Bonos de la ACT 68 y los tenedores de los Bonos de la ACT 98, la sección de la Cascada de Distribución Prioritaria de CVI de Recuperación de la ACT del Resumen de Transacción que se adjunta al presente como Anexo "J"; y

(xxiii) El Plan y el Contrato de Emisión de CVI dispondrán que cualquier modificación de la Cascada de Distribución Prioritaria de CVI de Recuperación de la ACT solo requerirá el consentimiento de la Junta de Supervisión y de los Acreedores del AAP Iniciales, siempre que dichas modificaciones no sean materialmente adversas para los titulares de Reclamaciones Permitidas de Bonos de la ACT.

(c)  Tratamiento no Tributable de los Nuevos Bonos de la ACT. La Junta de Supervisión y la ACT realizarán todos los esfuerzos razonables para que el pago del capital y los intereses de los Nuevos Bonos de la ACT se consideren exentos de impuestos a efectos de las leyes locales y/o territoriales aplicables y del impuesto federal sobre los ingresos.

Sección 4.10        Creador de Mercado Calificado. No obstante cualquier disposición de este Artículo IV en contrario, (a) un Acreedor del AAP puede Transferir cualquier Interés de la ACT o Interés de la ADCC a un Creador de Mercado Calificado que actúe como tal, sin requerir que dicho Creador de Mercado Calificado sea o se convierta en un Acreedor del AAP; disponiéndose, sin embargo, que en caso de que un Creador de Mercado Calificado adquiera dichos Intereses de la ACT, Intereses de la ADCC, en o antes del 27 de abril de 2021, dicho Creador de Mercado Calificado podrá retener dichos Intereses de la ACT, o Intereses de la ADCC, según sea el caso, por un período de ciento veinte (120) días después de la adquisición de dichos Intereses de la ACT o Intereses de la ADCC, según sea el caso; y (b) en la medida en que un Acreedor del AAP actúe en calidad de Creador de Mercado Calificado, podrá transferir los Intereses de la ACT o los Intereses de la ADCC que el Creador de Mercado Calificado adquiera de un tenedor de los Intereses de la ACT o de los Intereses de la ADCC que no sea un Acreedor del AAP, sin necesidad de que el adquirente sea o se convierta en un Acreedor del AAP. Un Creador de Mercado Calificado podrá, con el consentimiento de las Partes del Gobierno, que no se negará de manera no razonable, adherirse a este

Acuerdo únicamente en nombre de una mesa de negociación específica.

Sección 4.11        Litigios relacionados con las Designaciones/Litigios de Uniformidad. Salvo por lo establecido de otra manera en el presente, o a menos que se exija otra cosa para cumplir una orden de un tribunal con jurisdicción competente que no haya sido anulada, revocada o paralizada, una Parte que participe en calidad de demandante en un Litigio relacionado con las Designaciones o el Litigio de Uniformidad no podrá seguir participando en dicho litigio, sino que, en todas las circunstancias, dicha Parte por el presente se compromete y acepta (a) cumplir todas las demás responsabilidades y obligaciones que se establecen en este Acuerdo, incluyendo, entre otras, las demás responsabilidades y obligaciones que se establecen en los Artículos IV y V del presente, y (b) independientemente de la determinación y la emisión de una Orden Definitiva en el marco del Litigio relacionado con las Designaciones o el Litigio de Uniformidad, sea que dicha determinación y Orden Definitiva se dicten antes de que el Tribunal del Título III considere la aprobación o confirmación del Plan o del Plan de la ACT, según sea el caso, o después de que se dicte la Orden de Confirmación o la Orden de Confirmación de la ACT, dicha Parte (i) no argumentará ni aducirá que dicha determinación y Orden Definitiva anula, afecta o de otras formas modifica las transacciones contempladas en el presente y en el Plan o el Plan de la ACT, según proceda, y (ii) en caso de que dicha determinación y Orden Definitiva ocurra antes de la aprobación o confirmación del Plan o del Plan de la ACT, según sea el caso, dicha parte solicitará por escrito que la Junta de Supervisión, según sea modificada, reconstituida o redesignada, (1) exija el cumplimiento de los términos y condiciones de este Acuerdo y del Plan y del Plan de la ACT, y (2) procure sin demora que el Tribunal del Título III confirme el Plan y el Plan de la ACT. Sin perjuicio de lo anterior, durante el período (i) previo a la Fecha de Vigencia del ELA, cualquier Parte que participe en calidad de demandante en un Litigio relacionado con las Designaciones o el Litigio de Uniformidad no tendrá ninguna obligación en virtud del presente de informar al tribunal que esté considerando dicho litigio sobre la suscripción y tramitación de este Acuerdo, y (ii) a partir de la Fecha de Vigencia del ELA, cualquier Parte involucrada en el Litigio relacionado con las Designaciones o el Litigio de Uniformidad buscará la desestimación definitiva de dicho litigio sin derecho a nueva acción.

Sección 4.12        Derecho al voto. Cada una de las Partes reconoce que, a efectos de este Acuerdo, y de cualquier Plan o Plan de la ACT solicitado de acuerdo con las disposiciones de este Acuerdo, y mientras este Acuerdo siga vigente y no sea rescindido de otro modo por Assured y National en lo que respecta a ellos mismos, (a) Assured y National tendrán derecho a votar para aceptar o rechazar el Plan o el Plan de la ACT, según sea el caso, en la medida prevista por los términos y disposiciones de la Sección 301(c)(3) de PROMESA y cualquier otra ley aplicable y documentos rectores a cuenta de los Bonos de la ACT y los Bonos de la ADCC existentes que aseguren, y (b) no se opondrá al derecho de Assured o National a votar para aceptar o rechazar el Plan o el Plan de la ACT, según sea el caso, de acuerdo con la subsección (a) anterior. Para evitar dudas, si el presente Acuerdo deja de estar vigente, todas las Partes del presente se reservan el derecho a solicitar una determinación por parte del Tribunal del Título III con respecto a los derechos de Assured, National y sus respectivos tenedores de bonos asegurados a votar para aceptar o rechazar cualquier Plan o el Plan de la ACT, según sea el caso.

## ARTÍCULO V

## PLAN Y APOYO AL PLAN

Sección 5.1   Compromiso de apoyo al Plan. A partir de la fecha del presente, siempre y cuando (a) el presente Acuerdo no haya sido rescindido y (b) ni la Declaración de Divulgación, ni la Declaración de Divulgación de la ACT, ni el Plan, ni el Plan de la ACT ni ninguno de los Documentos Definitivos y los Documentos Definitivos de la ACT propuestos hayan sido presentados, enmendados o modificados de una manera que vaya en contra de lo dispuesto en el presente Acuerdo:

(a)   Plan del ELA: cada uno de los Acreedores del AAP (en la medida en que continúe siendo una Parte) (i) apoyará (A) la aprobación de la Declaración de Divulgación de conformidad con la Sección 1125 del Código de Quiebras, (B) la confirmación del Plan de conformidad con la Sección 314 de PROMESA y la sección 1129 del Código de Quiebras, y (C) a menos que el Tribunal del Título III disponga otra cosa, previa moción presentada por las Partes del Gobierno, una paralización de todos los procedimientos y determinaciones vinculados con las Acciones de Invalidez, las Acciones de Impugnación de Gravámenes, las Objeciones relacionadas con la Deuda, las Acciones de Recuperación, las Mociones de Levantamiento de la Paralización, la Moción de la Sección 926 y el Procedimiento Contencioso, hasta una fecha no anterior a la Fecha de Vigencia, únicamente en lo que respecta a Assured y National; disponiéndose, sin embargo, que un Acreedor del AAP únicamente estará obligado a apoyar el Plan con respecto a las Reclamaciones de los Bonos de la ACT y las Reclamaciones de los Bonos de la ADCC que tenga en su poder y bajo su control, o, en el caso de Assured o National, que posean o aseguren y tengan derecho a voto de acuerdo con los términos de la Sección 301(c)(3) de PROMESA y de cualquier otra ley y documentos rectores aplicables; y disponiéndose además que ninguna disposición del presente limitará o prohibirá a ningún Acreedor del AAP adoptar ninguna medida, o presentar ninguna reclamación o causa de acción, que se vincule con cualquier asunto relacionado exclusivamente con las Aseguradoras Monolínea, ni prohibirá a Assured y National tomar cualquier medida, o hacer valer cualquier reclamación o causa de acción, en relación con cualquier asunto relacionado únicamente con los tenedores de Reclamaciones de Bonos Asegurados de la ACT o Reclamaciones de Bonos Asegurados de la ADCC que estén asegurados por Assured o National, según el caso (lo que incluye, entre otros, la votación de reclamaciones, subrogaciones, aceleraciones, conmutaciones o cualquier otro acto necesario para mantener los beneficios y los derechos que otorgue la póliza de seguro de la Aseguradora Monolínea que corresponda), y (D) la paralización de cualquier acumulación por parte de Assured o de National a las solicitudes de presentación de pruebas notificadas en virtud de la Regla de Quiebras 2004, (ii) tras recibir la Declaración de Divulgación u otros materiales de solicitud con respecto al Plan, en la máxima medida permitida por la ley, votará oportunamente, o dispondrá que se vote, para aceptar el Plan en su capacidad como Tenedor de la ACT, Tenedor de la ADCC o asegurador de Reclamaciones de Bonos Asegurados de la ACT o Reclamaciones de Bonos Asegurados de la ADCC, según corresponda, con derechos de aceptación en virtud de la Orden de la Declaración de Divulgación, según el caso; disponiéndose, sin embargo, que los Acreedores del AAP solamente estarán obligados a votar, o disponer que se vote, para aceptar el Plan con respecto a las Reclamaciones de Bonos de la ACT y las Reclamaciones de Bonos de la ADCC que dicho Acreedor del AAP tenga en su poder o controle o, en el caso de Assured o National, que Assured o

COPIA DE SUSCRIPCIÓN

National posean o aseguren y tengan derecho a votar de acuerdo con los términos de la Sección 301(c)(3) de PROMESA y de cualquier otra ley y documentos rectores aplicables, (iii) no cambiará ni anulará (ni dispondrá que se cambie o se anule) ninguno de tales votos, (iv) no dará su consentimiento a, ni votará por, ninguna modificación del Plan, a menos que dicha modificación (Y) no sea perjudicial para los Tenedores de la ACT, los Tenedores de la ADCC, Assured y National, y (Z) no contradiga los términos establecidos en el presente y en el Plan, y (v) no votará ni apoyará ningún plan de ajuste de la ACT o del ELA que no haya sido propuesto o no esté respaldado por las Partes del Gobierno, siempre y cuando ninguna de las Partes del Gobierno haya incurrido en un incumplimiento material de este Acuerdo; disponiéndose, sin embargo, que cada una de las Partes reconoce que cada Reclamación de Bonos Asegurados de la ACT y cada reclamación de Bonos Asegurados de la ADCC se votará de conformidad con los términos de la Sección 301(c)(3) de PROMESA y cualquier otra ley y documento rector que sea de aplicación mientras este Acuerdo siga vigente.

(b) Plan de la ACT: cada uno de los Acreedores del AAP (en la medida en que continúe siendo una Parte) (i) apoyará (A) la aprobación de la Declaración de Divulgación de la ACT de conformidad con la Sección 1125 del Código de Quiebras, (B) la confirmación del Plan de la ACT de conformidad con la Sección 314 de PROMESA y la Sección 1129 del Código de Quiebras, y (C) a menos que el Tribunal del Título III disponga otra cosa, previa moción presentada por las Partes del Gobierno, una paralización de todos los procedimientos y determinaciones vinculados con las Acciones de Invalidez, las Acciones de Impugnación de Gravámenes, las Objeciones relacionadas con la Deuda, las Acciones de Recuperación, las Mociones de Levantamiento de la Paralización, la Moción de la Sección 926 y el Procedimiento Contencioso, hasta una fecha no anterior a la Fecha de Vigencia de la ACT, únicamente en lo que respecta a Assured y National; disponiéndose, sin embargo, que un Acreedor del AAP únicamente estará obligado a apoyar el Plan de la ACT con respecto a las Reclamaciones de los Bonos de la ACT que dicho Acreedor del AAP tenga en su poder y bajo su control, o, en el caso de Assured o National, que posean o aseguren y tengan derecho a voto de acuerdo con los términos de la Sección 301(c)(3) de PROMESA y de cualquier otra ley y documentos rectores aplicables; y disponiéndose, además, que ninguna disposición del presente limitará o prohibirá a ningún Acreedor del AAP adoptar ninguna medida, o presentar ninguna reclamación o causa de acción, que se vincule con cualquier asunto relacionado exclusivamente con las Aseguradoras Monolínea, ni prohibirá a Assured y National tomar cualquier medida, o hacer valer cualquier reclamación o causa de acción, en relación con cualquier asunto relacionado únicamente con los tenedores de Reclamaciones de Bonos Asegurados de la ACT que estén asegurados por Assured o National, según el caso (lo que incluye, entre otros, la votación de reclamaciones, subrogaciones, aceleraciones, conmutaciones o cualquier otro acto necesario para mantener los beneficios y los derechos que otorgue la póliza de seguro de la Aseguradora Monolínea que corresponda), y (D) la paralización de cualquier acumulación por parte de Assured o de National a las solicitudes de presentación de pruebas notificadas en virtud de la Regla de Quiebras 2004, (ii) tras recibir la Declaración de Divulgación de la ACT u otros materiales de solicitud con respecto al Plan, en la máxima medida permitida por la ley, votará oportunamente, o dispondrá que se vote, para aceptar el Plan de la ACT en su capacidad como Tenedor de la ACT, o asegurador de Reclamaciones de Bonos Asegurados de la ACT con derechos de aceptación en virtud de la Orden de la Declaración de Divulgación de la ACT, según el caso; disponiéndose, sin embargo, que los Acreedores del AAP solamente estarán obligados a votar, o disponer que se vote, para aceptar el Plan de la ACT con respecto a las Reclamaciones de Bonos de la ACT que dicho Acreedor del

43

COPIA DE SUSCRIPCIÓN

AAP tenga en su poder o controle, o, en el caso de Assured o National, que Assured o National posean o aseguren y tengan derecho a votar de acuerdo con los términos de la Sección 301(c)(3) de PROMESA y de cualquier otra ley y documentos rectores aplicables, (iii) no cambiará ni anulará (ni dispondrá que se cambie o se anule) ninguno de tales votos, (iv) no dará su consentimiento a, ni votará por, ninguna modificación del Plan de la ACT, a menos que dicha modificación (Y) no sea perjudicial para los Tenedores de la ACT, Assured y National, y (Z) no contradiga los términos establecidos en el presente y en el Plan, y (v) no votará ni apoyará ningún plan de ajuste de la ACT que no haya sido propuesto o no esté respaldado por las Partes del Gobierno, siempre y cuando ninguna de las Partes del Gobierno haya incurrido en un incumplimiento material de este Acuerdo; disponiéndose, sin embargo, que cada una de las Partes reconoce que cada Reclamación de Bonos Asegurados de la ACT se votará de conformidad con los términos de la Sección 301(c)(3) de PROMESA y cualquier otra ley y documento rector que sea de aplicación mientras este Acuerdo siga vigente.

Sección 5.2  Solicitud en relación con los Planes. Sin perjuicio de ninguna disposición en contrario en el presente Artículo V o en alguna otra sección de este Acuerdo, este Acuerdo no es, ni se interpretará como tal, una solicitud de aceptación del Plan o del Plan de la ACT, según sea el caso. Cada una de las Partes, por separado y no conjuntamente, reconoce y acepta que (a) no se solicitarán votos sobre el Plan y el Plan de la ACT, según proceda, hasta que el Tribunal del Título III haya aprobado la declaración de divulgación y los materiales de propuestas relacionados y las partes que tengan derecho a recibirlos los hayan recibido, y (b) este Acuerdo no constituye una oferta para emitir o vender títulos a ninguna persona o entidad, ni la solicitud de una oferta para adquirir o comprar títulos en una jurisdicción donde dicha oferta o propuesta sería ilícita. SIN PERJUICIO DE LO ANTERIOR, NINGUNA DISPOSICIÓN DEL PRESENTE OBLIGARÁ A NINGUNA DE LAS PARTES A REALIZAR NINGUNA ACCIÓN PROHIBIDA POR PROMESA, LA LEY DE VALORES DE 1933, CON SUS ENMIENDAS, LA LEY DE INTERCAMBIO DE VALORES DE 1934, CON SUS ENMIENDAS, CUALQUIER NORMA O REGLAMENTO APROBADO EN VIRTUD DE ESTAS, O POR CUALQUIER OTRA LEY O REGLAMENTO APLICABLE O POR CUALQUIER ORDEN O INSTRUCCIÓN DE CUALQUIER TRIBUNAL O CUALQUIER AUTORIDAD GUBERNAMENTAL ESTATAL O FEDERAL.

Sección 5.3  Fideicomisos de custodia/Aceleración/Conmutación del seguro. Con sujeción a (a) los términos y disposiciones establecidos en el Artículo VII del presente, incluyendo, entre otros, la rescisión de este Acuerdo por parte de Assured y/o National, y (b) todas las pólizas de seguro y los acuerdos relacionados con los Bonos Asegurados de Assured y los Bonos Asegurados de National que estén plenamente vigentes, sin incumplimientos de pago por parte de Assured o National con respecto a dichos Bonos Asegurados de Assured y los Bonos Asegurados de National, respectivamente, hasta la Fecha de Vigencia del ELA o la Fecha de Vigencia de la ACT, según sea el caso, inclusive, (i) el Plan contendrá una disposición que establezca que (A) el pago del capital de los Bonos GO, los Bonos AEP y los Bonos de la ADCC asegurados por Assured se acelere a partir de la Fecha de Vigencia del ELA, (B) los Bonos GO, los Bonos AEP y los Bonos de la ADCC asegurados por Assured son pagaderos a partir de la Fecha de Vigencia del ELA a un "precio de aceleración" del cien por cien (100%) del monto de capital de estos más los intereses devengados (o, en el caso de cualquier bono de apreciación de capital, el importe compuesto de estos) hasta la fecha de pago, (C) el pago del capital de los Bonos GO y de los Bonos AEP asegurados por National se acelera a partir de la Fecha de Vigencia del ELA, y (D) los Bonos GO y los Bonos AEP asegurados por National son pagaderos a partir de la Fecha de Vigencia del ELA a un "precio de

44

aceleración" del cien por cien (100%) del monto de capital de estos más los intereses devengados (o, en el caso de cualquier bono de apreciación de capital, el importe compuesto de estos) hasta la fecha de pago, (ii) el Plan de la ACT contendrá una disposición que establezca que (A) el pago del capital de los Bonos de la ACT asegurados por Assured se acelere a partir de la Fecha de Vigencia de la ACT, (B) los Bonos de la ACT asegurados por Assured son pagaderos a partir de la Fecha de Vigencia de la ACT a un "precio de aceleración" del cien por cien (100%) del monto de capital de estos más los intereses devengados (o, en el caso de los bonos de apreciación de capital, el importe compuesto de estos) hasta la fecha de pago, (C) el pago del capital de los Bonos de la ACT asegurados por National se acelera a partir de la Fecha de Vigencia de la ACT, y (D) los Bonos de la ACT asegurados por National son pagaderos a partir de la Fecha de Vigencia de la ACT a un "precio de aceleración" del cien por cien (100%) del monto de capital de estos más los intereses devengados (o, en el caso de cualquier bono de apreciación de capital, el importe compuesto de los mismos) hasta la fecha de pago, y (iii) el Plan y el Plan de la ACT incluirán, según proceda, disposiciones relativas a (A) la implementación de fideicomisos de custodia en relación con las distribuciones que se harán a los tenedores de Bonos Asegurados de Assured y Bonos Asegurados de National, y (B) una propuesta a los tenedores aplicables de Bonos Asegurados de Assured y Bonos Asegurados de National, en relación con la resolución de las reclamaciones de dichos tenedores con respecto a las pólizas de seguro aplicables, cuyas disposiciones serán razonablemente satisfactorias de forma y de fondo para la Junta de Supervisión y, en la medida aplicable, para Assured y National. Dichas propuestas podrán adoptar la forma de una o varias operaciones de conmutación; disponiéndose, sin embargo, que ningún tenedor de Bonos Asegurados de Assured y Bonos Asegurados de National estará obligado a aceptar ninguna de dichas propuestas de conmutación de las respectivas pólizas de emisión.

## ARTÍCULO VI

## COSTOS DE PERFECCIONAMIENTO Y HONORARIOS DE RESTRICCIÓN

Sección 6.1   Costos de Perfeccionamiento y Honorario de Restricción del AAP. Con sujeción a los términos y condiciones del presente y del Plan y del Plan de la ACT, los Costos de Perfeccionamiento y los Honorario de Restricción del AAP, cada uno de los cuales devengará por completo en la fecha del presente o en la fecha de suscripción del Acuerdo de Acumulación para los Acreedores del AAP Iniciales o los Acreedores de Acumulación, según el caso, se pagarán en la Fecha de Vigencia del ELA o la Fecha de Vigencia de la ACT, de conformidad con los términos y condiciones establecidos en el Plan, la Orden de Confirmación, el Plan de la ACT y la Orden de Confirmación de la ACT.

(a)   Costos de perfeccionamiento. En contraprestación por los honorarios y los gastos en que los Acreedores del AAP Iniciales incurran en relación con (i) las Reclamaciones de Bonos de la ADCC, la negociación y suscripción de este Acuerdo y la obtención de la aprobación de la Declaración de Divulgación y la confirmación del Plan, y (ii) las Reclamaciones de Bonos de la ACT, la negociación y suscripción de este Acuerdo y la tramitación y confirmación del Plan de la ACT y la aprobación de la Declaración de Divulgación de la ACT con respecto a este, cada Acreedor Inicial del AAP tendrá derecho a recibir en la Fecha de Vigencia del ELA o en la Fecha de Vigencia de la ACT, según sea el caso, en la forma de una reclamación autorizada por gastos administrativos, en función de sus respectivas posiciones (aseguradas o no y, con respecto a Assured y National, incluidas las posiciones que posean o hayan asegurado), a las 5:00 p.m. (horario de verano del Este) de la fecha del presente, una porción prorrateada en

efectivo de los Costos de Perfeccionamiento de la ACT y los Costos de Perfeccionamiento de la ADCC, según proceda.

(b) <u>Honorario de restricción de la ACT</u>. A cambio de la suscripción de este Acuerdo, y de conformidad con todos sus términos y condiciones, incluyendo la aceptación de un "bloqueo" de sus bonos de acuerdo con los términos del presente Acuerdo, sujeto al registro de la Orden de Confirmación de la ACT, cada Acreedor de los Honorarios de Restricción del AAP que sean tenedores o aseguradores de los Bonos de la ACT 68 o de los Bonos Prioritarios de la ACT 98 (incluyendo a Assured y National, en la medida en que Assured o National, según proceda, esté autorizado a votar por tales Reclamaciones Aseguradas de la ACT de acuerdo con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable) tendrán derecho a recibir el Honorario de Restricción de la ACT bajo la forma de una reclamación permitida de gastos administrativos, pagadera en efectivo, en el momento del perfeccionamiento del Plan de la ACT por un monto equivalente al Porcentaje del Honorario de Restricción de la ACT multiplicado por el monto global de las Reclamaciones de Bonos de la ACT 68 y las Reclamaciones de Bonos Prioritarios de la ACT 98 (sin duplicación y, en la medida en que dichas reclamaciones estén aseguradas por Aseguradoras Monolínea, únicamente si dicho Acreedor del Honorario de Restricción del AAP está autorizado a votar dicha reclamación de conformidad con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable), mantenidos o, en el caso de Assured o National mantenidos o asegurados, por el Acreedor del Honorario de Restricción del AAP cuando expire el Período del Honorario de Restricción del AAP; <u>disponiéndose, sin embargo</u>, que cada Acreedor del Honorario de Restricción del AAP que adquiera cualquier Bono de la ACT 68 y/o Bonos Prioritarios de la ACT 98 después de la Fecha Límite de la Acumulación (incluyendo (i) un tenedor de un Bono de la ACT asegurado por una Aseguradora Monolínea (salvo un bono de la ACT Asegurado por una Aseguradora Monolínea asegurado por Assured o National, según sea el caso), en la medida en que dicho Acreedor del Honorario de Restricción del AAP esté autorizado para votar por la reclamación con respecto a dicho Bono de la ACT asegurado por una Aseguradora Monolínea de conformidad con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable) y (ii) Assured y National, en la medida en que Assured o National, según corresponda, estén autorizados a votar por dichas Reclamaciones de Bonos Asegurados de la ACT en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable), tendrá derecho a recibir un Honorario de Restricción de AAP equivalente al Porcentaje del Honorario de Restricción multiplicado por el monto global de las Reclamaciones de Bonos de la ACT 68 y las Reclamaciones de Bonos Prioritarios de la ACT 98 (sin duplicación y, en la medida en que dichas reclamaciones estén aseguradas por Aseguradoras Monolínea, únicamente si dicho Acreedor del AAP está autorizado a votar dicha reclamación de conformidad con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable) en poder de tal Acreedor del Honorario de Restricción del AAP en la Fecha de Umbral del AAP atribuible a las Reclamaciones de Bonos de la ACT y el registro de la orden de confirmación, lo que ocurra primero; y <u>disponiéndose además</u>, que, si un Acreedor del Honorario de Restricción del AAP vende cualquiera de los Bonos de la ACT 68 o Bonos Prioritarios de la ACT 98 por los que habría tenido derecho a recibir el Honorario de Restricción del AAP, la parte compradora no tendrá derecho a recibir el Honorario de Restricción del AAP por motivo de dicha venta y tal derecho permanecerá con la parte vendedora; y <u>disponiéndose además</u>, que en todas las circunstancias la suma del total del Honorario de Restricción del AAP <u>más</u> los Costos de Perfeccionamiento atribuibles a las Reclamaciones de Bonos de la ACT 68 o

Reclamaciones de Bonos Prioritarios de la ACT 98 de un Tenedor de la ACT, según sea el caso, no excederá la cifra de Ciento Veinticinco Millones  de Dólares ($125,000,000.00); y disponiéndose además, que en caso de que este Acuerdo sea rescindido de conformidad con los términos de las Secciones 7.1(b)(iii) o (c) del presente (de conformidad con la extensión que establecen las Secciones 7.1(b) o (c) del presente), o si la Junta de Supervisión rescinde este Acuerdo por cualquier motivo que no sea (i) un incumplimiento de este Acuerdo por parte de una parte no gubernamental, (ii) que el Tribunal del Título III deniegue la confirmación del Plan de la ACT (o el Tribunal del Título III emita una decisión o manifieste su posición de que denegará la confirmación si no se modifica el Plan o el Plan de la ACT, y dicha modificación habría tenido un efecto material adverso sobre la capacidad de las Partes para perfeccionar el Plan o el Plan de la ACT en términos compatibles con este Acuerdo, incluyendo, entre otros, los términos establecidos en el Resumen de Transacción que se adjunta al presente como Anexo "J"), (iii) la Legislación de CVI y la Ley de Responsabilidad de la Deuda no se aprueban antes del inicio de la vista para considerar la confirmación del Plan, o (iv) se dicta una orden con respecto a uno o más de los asuntos establecidos en la Sección 7.1(b)(ii) del presente, la suma global del Honorario de Restricción del AAP y los Costos de Perfeccionamiento por un importe de Veinte Millones de Dólares ($20,000,000.00) se pagarán de manera prorrateada y en efectivo con reclamación de gastos administrativos de conformidad con un plan de ajuste para la ACT a los Acreedores del AAP Iniciales en la fecha de rescisión; y disponiéndose, además, que en toda otra circunstancia, al momento de la rescisión del Acuerdo, incluyendo, entre otros, la rescisión del Acuerdo de conformidad con otras disposiciones de la Sección 7.1 del presente, no deberá pagarse ningún Costo de Perfeccionamiento u Honorario de Restricción del AAP a la Parte de este Acuerdo que lo rescinda o contra la Parte de este Acuerdo con respecto a la cual se rescinda este Acuerdo.

(c) Honorario de restricción de la ADCC. A cambio de la suscripción de este Acuerdo, y de conformidad con todos sus términos y condiciones, incluyendo la aceptación de un "bloqueo" de sus bonos de acuerdo con los términos del presente Acuerdo, sujeto al registro de la Orden de Confirmación, cada Acreedor de los Honorarios de Restricción del AAP que sean tenedores o aseguradores de Bonos de la ADCC (incluyendo (i) un tenedor de un Bono de la ADCC asegurado por una Aseguradora Monolínea (salvo un bono de la ADCC Asegurado por una Aseguradora Monolínea asegurado por Assured o National, según sea el caso), en la medida en que dicho Acreedor del Honorario de Restricción del AAP esté autorizado para votar por la reclamación con respecto a dicho Bono de la ADCC asegurado por una Aseguradora Monolínea de conformidad con la Sección 301(c)(3) de  PROMESA, los documentos definitivos de seguro y la ley aplicable y (ii) Assured y National, en la medida en que Assured o National, según corresponda, estén autorizados a votar por dichas Reclamaciones de Bonos Asegurados de la ADCC en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable), tendrá derecho a recibir un Honorario de Restricción de AAP en forma de una reclamación permitida de gastos administrativos, pagadera en efectivo, en el momento del perfeccionamiento del Plan por un monto equivalente al Porcentaje del Honorario de Restricción de la ADCC multiplicado por el monto global de las Reclamaciones de Bonos de la ADCC (sin duplicación y, en la medida en que dichas reclamaciones estén aseguradas por Aseguradoras Monolínea, únicamente si dicho Acreedor del Honorario de Restricción del AAP está autorizado a votar dicha reclamación de conformidad con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable) mantenidos, o en el caso de Assured o National mantenidos y asegurados por tal Acreedor del Honorario de Restricción del AAP en el momento de la expiración del Período del Honorario de Restricción del AAP; disponiéndose, sin embargo, que cada

COPIA DE SUSCRIPCIÓN

Acreedor del Honorario de Restricción del AAP que adquiera cualquier Bono de la ADCC después de la Fecha Límite de la Acumulación (incluyendo (i) un tenedor de un Bono de la ADCC asegurado por una Aseguradora Monolínea (salvo un bono de la ADCC Asegurado por una Aseguradora Monolínea asegurado por Assured o National, según sea el caso), en la medida en que dicho Acreedor del Honorario de Restricción del AAP esté autorizado para votar por la reclamación con respecto a dicho Bono de la ADCC asegurado por una Aseguradora Monolínea de conformidad con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable, y (ii) Assured y National, en la medida en que Assured o National, según corresponda, estén autorizados a votar por dichas Reclamaciones de Bonos Asegurados de la ADCC en virtud de la sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable), tendrá derecho a recibir un Honorario de Restricción del AAP equivalente al Porcentaje del Honorario de Restricción de la ADCC multiplicado por el monto global de las Reclamaciones de Bonos de la ADCC (sin duplicación y, en la medida en que dichas reclamaciones estén aseguradas por Aseguradoras Monolínea, únicamente si dicho Acreedor del AAP está autorizado a votar dicha reclamación de conformidad con la Sección 301(c)(3) de PROMESA, los documentos definitivos de seguro y la ley aplicable) en poder de tal Acreedor del Honorario de Restricción del AAP en la Fecha de Umbral del AAP y el registro de la orden de confirmación, lo que ocurra primero; y _disponiéndose además_, que, si un Acreedor del Honorario de Restricción del AAP vende cualquiera de los Bonos de la ADCC por los que habría tenido derecho a recibir el Honorario de Restricción del AAP, la parte compradora no tendrá derecho a recibir el Honorario de Restricción del AAP por motivo de dicha venta y tal derecho permanecerá con la parte vendedora; y _disponiéndose además_, que en todas las circunstancias la suma del total del Honorario de Restricción del AAP _más_ los Costos de Perfeccionamiento atribuibles a las Reclamaciones de Bonos de la ADCC de un Tenedor de la ADCC, no excederá la cifra de Quince Millones de Dólares ($15,000,000.00); y _disponiéndose además_, que en caso de que este Acuerdo sea rescindido de conformidad con los términos de las Sección 7.1 del presente, no se pagarán Costos de Perfeccionamiento o el Honorario de Restricción del AAP adeudados a un Tenedor de la ADCC o Assured con respecto a dichas reclamaciones de Bonos de la ADCC.

(d) _Honorarios de Estructuración de Recuperación_. A cambio de la suscripción de este Acuerdo, tras acordar regirse por todos sus términos y condiciones, y estructurar los pagos que se deben realizar de conformidad con el Resumen de Transacción que se adjunta al presente como Anexo "J", con sujeción a la emisión de la Orden de Confirmación de la ACT, en la Fecha de Vigencia de la ACT, Assured y National tendrán derecho a recibir, y el ELA deberá pagar, en efectivo, a Assured y National un importe de Treinta y Nueve Millones  Trescientos Mil Dólares ($39,300,000.00) y Diecinueve Millones Trescientos Mil Dólares ($19,300,000.00), respectivamente. En caso de que el presente Acuerdo sea rescindido por Assured o por National de conformidad con lo dispuesto en el Artículo VII del presente, dicha Parte no tendrá derecho al pago de un Honorario de Estructuración de Recuperación.

ARTÍCULO VII

RESCISIÓN

Sección 7.1  _Rescisión del Acuerdo_

48

(a)  El presente Acuerdo puede ser rescindido por cualquier Acreedor del AAP, únicamente en lo que respecta a sí mismo, a su exclusivo criterio y mediante notificación por escrito a las otras Partes, en caso de que (i) la Junta de Supervisión incumpla cualquiera de los pactos respectivos que figuran en el Artículo IV del presente o cualquiera de los compromisos del presente Acuerdo (salvo la falta de acuerdo por parte de la Junta de Supervisión con Assured y National con respecto al Plan de la ACT, la Orden de Confirmación de la ACT, el Contrato de Emisión de los Nuevos Bonos de la ACT, la Documentación del Fideicomiso y los Documentos del Fideicomiso de Custodia anteriores a la Fecha de Entrada en Vigencia del ELA, siempre que la Junta de Supervisión haya realizado los mejores esfuerzos razonables y haya negociado de buena fe de manera oportuna con Assured y National), si dicho incumplimiento tiene o habría tenido un impacto económico o legal adverso sobre dicho Acreedor del AAP, incluyendo un impacto económico adverso sobre el tratamiento recibido por dicho Acreedor del AAP conforme al Plan o al Plan de la ACT (incluyendo cualquier transacción aplicable conforme al Plan o el Plan de la ACT o cambios en las protecciones legales estipuladas en la Sección 4.9(b) del presente), o cambios en los flujos de caja de los Nuevos Bonos de la ACT a los que se hace referencia en los anexos del Plan de la ACT, los términos y la estructura de los CVI establecidos en el Plan o a la definición o el cálculo de los Costos de Perfeccionamiento o los Honorarios de Restricción del AAP que tendrían un impacto económico o legal adverso sobre dicho Acreedor del AAP, (ii) la Junta de Supervisión presenta una moción o escrito ante el Tribunal del Título III, en cada caso, que sea incompatible con el presente Acuerdo, incluyendo el Plan y el Plan de la ACT en cualquier aspecto económico o legal adverso (incluyendo el tratamiento conforme al Plan o al Plan de la ACT, o cualquier transacción aplicable conforme al Plan o al Plan de la ACT, o cambio en los flujos de caja para los Nuevos Bonos de la ACT a los que se hace referencia en los anexos del Plan de la ACT, los términos y la estructura de los CVI estipulados en el Plan, o en la definición o el cálculo de los Costos de Perfeccionamiento o los Honorarios de Restricción del AAP) antes de (y) cinco (5) Días Hábiles después de que la Junta de Supervisión reciba notificación por escrito de otra Parte (de acuerdo con las disposiciones de notificación que se estipulan en la Sección 8.11 del presente) de que dicha moción o escrito es incompatible con este Acuerdo en tal aspecto económico o legal adverso y (z) la presentación de una orden del Tribunal del Título III que apruebe dicha moción o escrito, lo que ocurra primero, (iii) la presentación de una Orden Definitiva en los Procedimientos de PROMESA ha tenido un efecto adverso material sobre la compatibilidad del Plan o el Plan de la ACT, (iv) la Legislación de los CVI y la Ley de Responsabilidad de la Deuda no se aprueban antes del comienzo de la vista para analizar la confirmación del Plan, (v) el AAP del ELA se ha rescindido con respecto a todas las Partes del presente, (vi) la ACT no realiza los pagos dispuestos en la Sección 4.9(b)(xxi) del presente, o (viii) el ELA no realiza el pago dispuesto en la Sección 4.9(b)(xxi) del presente.

(b)  El presente Acuerdo puede ser rescindido en cualquier momento antes de la Fecha de Entrada en Vigencia de la ACT con respecto a todas las Partes del presente por la Junta de Supervisión, o por una acción conjunta de Assured y National en caso de que (i) cualquier otra Parte haya incumplido cualquiera de sus respectivos pactos estipulados en el Artículo IV del presente o cualquiera de sus otros compromisos del presente Acuerdo, y dicho incumplimiento tiene un efecto material adverso sobre la conformidad del Plan o del Plan de la ACT, según sea el caso (tal como lo determinen de manera conjunta las Partes del Gobierno, Assured y National, (ii) se presenta una orden del tribunal, y dicha orden no es revertida o resuelta consensualmente de otra manera de forma satisfactoria para las Partes del Gobierno, y dicha orden a la luz de la totalidad de las circunstancias tiene un efecto adverso material sobre la conformidad del Plan

o hace que el Perfeccionamiento del Plan resulte impracticable; disponiéndose, sin embargo, que, en caso de que el tratamiento a aplicarse con respecto a las Reclamaciones de los Bonos de la ADCC haga que el Plan no pueda confirmarse, la Junta de Supervisión puede eliminar la ADCC y el tratamiento de las Reclamaciones de Bonos de la ADCC del Plan, siempre que la Junta de Supervisión y Assured hayan acordado una metodología alternativa para proporcionar el mismo tratamiento económico contemplado por las Reclamaciones de los Bonos de la ADCC en este Acuerdo y el Resumen de Transacción adjunto al presente como Anexo "J" y dicha acción no dará lugar a un derecho de rescisión de este Acuerdo con respecto a ninguna de las Partes, (iii) el AAP del ELA se ha rescindido con respecto a todas las partes de este, (iv) el Tribunal del Título III u otro tribunal con jurisdicción competente presenta una Orden Definitiva que deniegue la confirmación del Plan, (v) la situación económica del ELA sufre un cambio material adverso que, a la luz de la totalidad de las circunstancias, hace que la confirmación del Plan no sea posible o que el perfeccionamiento del Plan sea impracticable, (vi) la Ley de Responsabilidad de la Deuda, tal como se la ha aprobado, no contiene el Tope Global, tal como se estipuló en el Plan, (vii) la Legislación de los CVI y la Ley de Responsabilidad de la Deuda no se aprueban antes del comienzo de la vista realizada para analizar la confirmación del Plan; disponiéndose, sin embargo, que el derecho de la Junta de Supervisión de rescindir el presente Acuerdo conforme a la subsección (vii) no podrá ejercerse antes del 31 de diciembre de 2021, o (viii) un tribunal de jurisdicción competente emite una decisión, sentencia u orden que hace que el perfeccionamiento del Plan resulte ilegal, o que lo impida o prohíba de otra manera, y que dicha decisión, sentencia u orden no se anule o revierta dentro de sesenta (60) días calendario después de su emisión, y no se vea sujeta a una paralización.

(c)   Sin limitación de los derechos de Assured y National conforme a cualquier otra disposición del presente Acuerdo, Assured y National, indistintamente, pueden, a su exclusivo criterio, rescindir este Acuerdo con respecto a sí mismos si (i) la Junta de Supervisión (A) modifica cualquiera de las disposiciones del Plan o del Plan de la ACT y si dicha modificación tiene un impacto económico o legal adverso sobre el tratamiento concedido a cualquier Tenedor de la ACT, Tenedor de la ADCC, Assured o National, según corresponda, sobre el Plan o el Plan de la ACT, (B) presenta un plan de ajuste en el Procedimiento de PROMESA del ELA que sea económicamente incompatible con el tratamiento que se estipula en el Plan (incluyendo, entre otros, cualquier modificación de las protecciones legales estipuladas en la Sección 4.9(b) del presente; disponiéndose, sin embargo, que, en caso de que el tratamiento a aplicarse con respecto a las Reclamaciones de los Bonos de la ADCC haga que el Plan no pueda confirmarse, la Junta de Supervisión puede eliminar la ADCC y el tratamiento de las Reclamaciones de Bonos de la ADCC del Plan, siempre que la Junta de Supervisión y Assured hayan acordado una metodología alternativa para proporcionar el mismo tratamiento económico contemplado por las Reclamaciones de los Bonos de la ADCC en este Acuerdo y el Resumen de Transacción anexado al presente como Anexo "J" y dicha acción no dará lugar a un derecho de rescisión de este Acuerdo por Assured o National, o (C) presenta el Plan de la ACT y dicho plan de ajuste y las características de diseño de los valores de los Nuevos Bonos de la ACT no fueran compatibles con el tratamiento estipulado en el Anexo "J" del presente), en cada caso, sin el consentimiento de Assured y National; y disponiéndose, además, que para evitar dudas, Assured y National no tendrán derecho a rescindir el presente Acuerdo con el argumento de que el Plan de la ACT no ha sido presentado o confirmado por el Tribunal del Título III para una fecha determinada.

(d)   La paralización automática conforme a las Secciones 362 y 922 del Código de Quiebras, aplicable

a los Procedimientos de PROMESA conforme a la Sección 301 de PROMESA, no representarán una prohibición para que cualquiera de las Partes tome las medidas necesarias para efectuar la rescisión del presente Acuerdo a tenor con y de acuerdo con los términos del presente.

(e)   El presente Acuerdo se rescindirá automáticamente con respecto a toda las Partes una vez que se produzca la Fecha de Entrada en Vigencia de la ACT, salvo con respecto a cualquier acción de las Partes que según se disponga expresamente en el presente deba ocurrir antes de la Fecha de Entrada en Vigencia de la ACT, disponiéndose, sin embargo, que para todos los fines de esta Sección 7.1, el tratamiento a darse a todas las clases de reclamaciones que no sean las descritas en el Anexo "J" del presente no constituya un impacto económico o legal adverso sobre cualquier Acreedor del AAP; y disponiéndose, además, que, en caso de que Assured o National rescinda este Acuerdo únicamente con respecto a sí mismo, ni Assured ni National pueden objetar la confirmación del Plan y el Plan de la ACT, ni oponerse de otra manera a cualquier moción o aplicación sobre la base del pago de los Costos de Perfeccionamiento o los Honorarios de Restricción del AAP dispuestos por el Artículo VI del presente, el Plan y el Plan de la ACT.

Sección 7.2   Efectos de la rescisión. Salvo si se dispone lo contrario en el presente, en caso de la rescisión de este Acuerdo con respecto a cualquiera de las Partes, (a) el presente Acuerdo será nulo y sin valor y se considerará que no tiene vigencia ni efecto, sin que medie responsabilidad alguna de dicha Parte o cualquiera de sus entidades vinculadas (o cualquiera de sus respectivos directores, funcionarios, empleados, consultores, contratistas, clientes asesores, agentes, asesores legales o financieros u otros representantes de dicha Parte o sus entidades vinculadas), (b) dicha Parte no tendrá obligaciones hacia ninguna otra Parte emergentes de, y no tendrá otros derechos, beneficios o privilegios de acuerdo con, el presente Acuerdo (incluyendo, entre otros, cualquier derecho a los Costos de Perfeccionamiento o el Honorario de Restricción del AAP, salvo según se disponga de acuerdo con las disposiciones del Plan y el Plan de la ACT), salvo por las obligaciones y/o las disposiciones que se estipulan en las Secciones 2.1, 6.1(b), 7.1, 7.3, 8.3, 8.4, 8.8, 8.13 y 8.15 del presente y esta cláusula (b) de la Sección 7.2, siendo dichas disposiciones están destinadas a conservar su validez después de la extinción o rescisión del presente Acuerdo y continuarán teniendo plena vigencia y efecto de acuerdo con los términos del presente; disponiéndose, sin embargo, que cualquier responsabilidad de una de las Partes a causa del incumplimiento de los términos del presente Acuerdo ocurrido antes de la fecha de dicha rescisión o extinción continúe después de dicha rescisión o extinción, y (c) dicha Parte tendrá todos los derechos y remedios que hubiera tenido, y tendrá derecho a tomar todas las medidas que hubiera tenido derecho a tomar en caso de no haber celebrado este Acuerdo, y no se considerará que hay renuncia a ninguno de estos derechos a tenor de una reclamación basada en los principios de prescripción liberatoria o de actos propios, y las Partes acuerdan renunciar, y no invocar como defensa, las leyes de prescripción aplicables para cualquier reclamación, litigio, procedimiento, acción o cuestión contra otra Parte impedidos por este Acuerdo como si dichas leyes de prescripción se hubieran suspendido durante el período en que este Acuerdo fue vinculante para la Parte que presente una tal reclamación, litigio, procedimiento, acción o cuestión; disponiéndose, sin embargo, que en ningún caso dicha rescisión relevará a dicha Parte de la responsabilidad por su incumplimiento o falta de ejecución de sus obligaciones en virtud del presente antes de la fecha de dicha rescisión o extinción; y disponiéndose además que a menos que el Tribunal del Título III ordene lo contrario, al recibir notificación a dicha Parte que rescinde, todos los consentimientos, papeletas de voto y votos dados por dicha Parte antes de dicha extinción o rescisión se considerarán, para todos los fines, automáticamente nulas y sin valor ab initio, y no serán consideradas ni usadas de ninguna manera por las Partes en relación

51

con el Plan, el Plan de la ACT, el presente Acuerdo o de otra manera; y disponiéndose además que la rescisión de este Acuerdo no tendrá efecto algunos sobre los derechos concedidos conforme al AAP del ELA o cualquier derecho o beneficio relacionado emergente del Plan. Salvo en relación con una disputa que involucre el incumplimiento de este Acuerdo o la interpretación de los términos de este en el momento de la rescisión, (y) ni este Acuerdo ni ninguno de los términos o disposiciones que se estipulan en el presente será admisible en ninguna disputa, litigio, procedimiento o controversia entre las Partes, y ninguna disposición del presente constituirá ni se interpretará como una admisión de cualquiera de las Partes con respecto a cualquier tema, entendiéndose que las declaraciones y resoluciones que se incorporan en el presente fueron el resultado de negociaciones y concesiones de las posiciones respectivas de las Partes, y (z) ninguna de las Partes procurará usar este Acuerdo como prueba ni admitirá este Acuerdo ni ninguna parte de este como prueba contra ninguna de las otras Partes del presente.

Sección 7.3 Obligaciones posteriores a la Fecha de Entrada en Vigencia. Además de las obligaciones y disposiciones que figuran en la Sección 7.2(b) del presente, que continuarán siendo válidas después de la extinción del presente, las obligaciones y/o disposiciones que se estipulan en las Secciones 4.1(e), 4.1(f), 4.2(d) y 4.2(e) conservarán su validez después de la extinción automática de este Acuerdo a tenor con la Sección 7.1(e) del presente.

## ARTÍCULO VIII

## DISPOSICIONES VARIAS

Sección 8.1 Enmiendas. El presente Acuerdo no podrá ser modificado, enmendado ni suplementado, salvo mediante acuerdo por escrito firmado por las Partes del Gobierno que son Partes del presente, Assured y National; disponiéndose, sin embargo, que cualquier modificación, enmienda o suplemento que tenga un impacto económico o legal adverso sobre un Acreedor del AAP, incluyendo el cambio del tratamiento concedido a dicho Acreedor del AAP conforme al Plan (incluyendo cualquier transacción aplicable conforme al Plan) o el cambio de los flujos de caja o protecciones legales propuestas para los Nuevos Bonos GO o CVI o la definición o cálculo de los Costos de Perfeccionamiento, o el Honorario de Restricción del AAP de una manera que tendría un impacto económico adverso para dicho Acreedor del AAP, debe ser acordado por escrito por cada uno de los Acreedores del AAP iniciales. No obstante lo anterior y los términos y disposiciones de las Secciones 4.5(a) y 4.6(a) del presente, y sin el consentimiento o la aprobación de Assured y National, a partir de y después de la fecha del presente hasta la Fecha Límite de la Acumulación, la Junta de Supervisión puede buscar partes adicionales para que sean signatarias del presente con sujeción a todos los términos del presente, incluyendo, entre otros, los términos y condiciones estipulados en los apéndices, anexos y suplementos del presente; disponiéndose, sin embargo, que, no obstante las disposiciones de la presente Sección 8.1, a menos que una modificación, enmienda o suplemento tenga un impacto económico o legal adverso sobre un Acreedor del AAP, la Junta de Supervisión puede enmendar o modificar de otra manera los términos del presente sin el consentimiento de dichas partes adicionales, siempre que se obtenga el consentimiento previo por escrito de Assured y National; y, disponiéndose además que tales partes adicionales deben firmar y entregar a los abogados de la Junta de Supervisión el formulario del Acuerdo de Anexación que se adjunta al presente como Anexo "I"; y, disponiéndose además que bajo ninguna circunstancia se podrán modificar, enmendar ni suplementar las disposiciones de la Sección 6.1(a) sin el consentimiento expreso por escrito de los Acreedores del AAP

Iniciales a la fecha de este Acuerdo.

Sección 8.2  <u>Naciones más favorecidas.</u> No obstante cualquier disposición en sentido contrario del presente, en caso de que la Junta de Supervisión celebre cualquier acuerdo que disponga (o que el Plan o el Plan de la ACT dispongan) la transacción o el tratamiento del Plan o del Plan de la ACT que sea más favorable económicamente (a) para cualquier Reclamación de Bonos de la ADCC, o Reclamación del ELA/Centro de Convenciones (para evitar dudas, se incluyen las Reclamaciones de Bonos Asegurados de la ADCC o las Reclamaciones Aseguradas del ELA/Centro de Convenciones) que el tratamiento estipulado en el Resumen de Transacción para cualquier otra Reclamación de Bonos de la ADCC o Reclamación del ELA/Centro de Convenciones, entonces el tratamiento estipulado en el Resumen de Transacción será modificado para igualar el provisto para dicha Reclamación de Bonos de la ADCC o Reclamación del ELA/Centro de Convenciones, (b) para cualquier Reclamación de Bonos de la ACT o Reclamación del ELA/ACT (para evitar dudas, se incluyen las Reclamaciones de Bonos Asegurados de la ACT o las Reclamaciones Aseguradas del ELA/ACT), que el tratamiento estipulado en el Resumen de Transacción para cualquier otra Reclamación de Bonos de la ACT o Reclamación del ELA/ACT, entonces el tratamiento estipulado en el Resumen de Transacción será modificado para igualar el provisto para dicha Reclamación de Bonos de la ACT o Reclamación del ELA/ACT, (c) para cualquier Reclamación emergente de o relacionada con la deuda emitida por la AFI conforme al Acuerdo de Fideicomiso de fecha 1 de octubre de 1988, entre la AFI y U.S. Bank Trust National Association, como fideicomisario sucesor, con sus enmiendas (las "<u>**Reclamaciones de Bonos de la AFI**</u>"), o una Reclamación de Impuesto al Ron del ELA/AFI (para evitar dudas, se incluyen las Reclamaciones Aseguradas de Bonos de la AFI o las Reclamaciones Aseguradas de Impuesto al Ron del ELA/AFI), que el tratamiento estipulado en el Resumen de Transacción para cualquier otra Reclamación de Bonos de la AFI o Reclamación de Impuesto al Ron del ELA/AFI, entonces el tratamiento estipulado en el Resumen de Transacción será modificado para igualar el provisto para dicha Reclamación de Bonos de la AFI o Reclamación de Impuesto al Ron del ELA/AFI, o (d) para cualquier Aseguradora Monolínea, o tenedor de una Reclamación de Bonos Asegurados o una Reclamación de Bonos Asegurados de la AFI que el tratamiento dispuesto en el presente y estipulado en el Resumen de Transacción o conforme al Plan o el Plan de la ACT para Assured, National, o cualquier tenedor de Reclamaciones de Bonos Asegurados o Reclamación de Bonos Asegurados de la AFI asegurados por Assured o National, entonces el tratamiento provisto a Assured, National y los tenedores de Reclamaciones de Bonos Asegurados de la ACT, Reclamaciones de Bonos Asegurados de la ADCC o Reclamaciones de Bonos Asegurados de la AFI asegurados por Assured o National, según sea el caso, se modificarán para igualar dicho mejor tratamiento; <u>disponiéndose, sin embargo</u>, que el tratamiento de las "Reclamaciones de conveniencia" consuetudinarias, tal como se definen en el Plan, deberán estar exentas de esta disposición; y, <u>disponiéndose además</u>, que el pago de cualquier prima pagada a una Aseguradora Monolínea en relación con la provisión de seguro con respecto a la refinanciación de cualquier Nuevo Bono de la ACT estará exenta de esta disposición; y disponiéndose además, que (y) el tratamiento más favorable económicamente de las Reclamaciones de Bonos de la ADCC, Reclamaciones del ELA/Centro de Convenciones, Reclamaciones de Bonos de la ACT, Reclamaciones del ELA/ACT, Reclamaciones de Bonos de la AFI, y/o Reclamaciones de Impuesto al Ron del ELA/AFI requeridos por una Orden Definitiva emergente de una determinación por litigio (pero excluyendo una orden que apruebe una transacción, a tenor con la Regla de Quiebras 9019 o de otro modo) del Tribunal de Título III o cualquier otro tribunal de jurisdicción competente, y (z) cualquier reclamación emergente de o relacionada

con los BAN de la AFI, como se definen en el AAP del ELA, estarán exentos de esta disposición.

Sección 8.3  Sin admisión de responsabilidad.

(a)  La suscripción de este Acuerdo no está destinada a ser y no se interpretará como una admisión o prueba en cualquier acción legal, juicio, procedimiento o disputa de ninguna responsabilidad legal, acto ilícito u obligación de ninguna clase (lo que incluye los méritos de cualquier reclamación o defensa) por cualquier Parte hacia cualquier otra Parte o cualquier otra Persona con respecto a cualquiera de las cuestiones abordadas en este Acuerdo.

(b)  Ninguna parte de este Acuerdo (incluyendo, entre otros, sus Antecedentes y Anexos), la transacción de cualquier acto ejecutado o instrumento suscrito a tenor con o para la ejecución de este Acuerdo o la transacción: (i) es ni puede considerarse como ni usarse como una admisión o prueba de la validez de cualquier reclamación o cualquier alegato hecho en las Objeciones Relacionadas con la Deuda, las Acciones de Invalidez, las Mociones de Levantamiento de la Paralización, la Moción de la Sección 926, las Acciones de Recuperación, las Acciones de Impugnación de Gravámenes o de cualquier ilícito o responsabilidad de ninguna de las Partes; (ii) es o puede considerarse que es o puede usarse como una admisión o prueba de cualquier responsabilidad, incumplimiento u omisión de cualquiera de las Partes en cualquier procedimiento civil, penal o administrativo en cualquier tribunal, entidad administrativa u otro tribunal; o (iii) es o puede considerarse que es o puede usarse como una admisión o prueba contra el ELA, la ACT o la ADCC con respecto a la validez de cualquiera de las Reclamaciones de Bonos de la ADCC, o las Reclamaciones de Bonos de la ACT. Ninguna disposición de este Acuerdo, la transacción o cualquier acto ejecutado o documento suscrito a tenor con o para la ejecución de este Acuerdo o la transacción será admisible en ningún procedimiento para ningún fin, salvo para aplicar los términos del Acuerdo.

Sección 8.4  Negociaciones de buena fe.  Las Partes reconocen y aceptan que cada una de las Partes del presente se encuentra representada por abogados, y que cada parte ha recibido asesoramiento legal independiente con respecto a la conveniencia de celebrar este Acuerdo; que las negociaciones relacionadas con este Acuerdo se llevaron a cabo regularmente y bajo condiciones de mercado; que este Acuerdo ha sido celebrado y suscrito por cada Parte de su libre y espontánea voluntad; y que cada Parte conoce todos los hechos pertinentes y sus derechos en relación con estos, y que no han recibido influencias o persuasiones indebidas para celebrar esta transacción como resultado de cualquier acto o acción de cualquiera de las partes o un empleado, agente, abogado o representante de cualquiera de las partes de este Acuerdo. Las Partes además aceptan que han celebrado este Acuerdo como resultado de su intención de evitar los gastos e inconvenientes adicionales que se producirían como resultado de litigios y otras disputas, y para acordar mutuamente de manera permanente y transigir en las reclamaciones entre las Partes mediante la celebración del presente Acuerdo. Las Partes reconocen y acuerdan además que, en relación con los Procedimientos de PROMESA y la negociación y perfeccionamiento de este Acuerdo, incluyendo, entre otros, el Plan y el Plan de la ACT, las Partes, en todo momento, han actuado (a) de buena fe y (b) únicamente en su nombre y no en nombre ni representación de otros acreedores, tenedores de bonos u otras partes interesadas.

Sección 8.5  Tercero beneficiario.  Salvo los fondos y/o cuentas que son tenedoras de Bonos de la ACT o Bonos de la ADCC, y cuyos asesores o administradores son Partes del presente, y Assured y National, ninguna disposición de este Acuerdo, ya sea expresa o implícita, está destinada a conferir o conceder, ni se

54

interpretará como que confiere o concede, o que otorga, a cualquier persona (incluyendo, entre otros, cualquier Aseguradora Monolínea salvo Assured y National), aparte de las Partes del Presente y sus respectivos sucesores y cesionarios, ningún derecho, remedio o reclamación en virtud de o por motivo de este Acuerdo o cualquier pacto, condición o estipulación de estos; y que los pactos, estipulaciones y convenios que contiene este Acuerdo son y serán para beneficio único y exclusivo de las Partes del presente y sus respectivos sucesores y cesionarios.

Sección 8.6   Derecho aplicable; retención de jurisdicción; notificación de proceso. El presente Acuerdo estará regido por y se interpretará de acuerdo con las leyes internas del estado de Nueva York y la ley federal aplicable, sin que se apliquen los principios de conflictos de leyes que requerirían la aplicación de la ley de cualquier otra jurisdicción. Mediante la suscripción y entrega de este Acuerdo, cada una de las Partes por el presente acepta de manera irrevocable e incondicional en su nombre que cualquier acción legal, juicio o procedimiento entre cualquiera o todos los anteriores con respecto a cualquier cuestión en virtud de, o emergente de, o relacionada con este Acuerdo o para el reconocimiento o aplicación de cualquier sentencia dictada en cualquier acción legal, juicio o procedimiento se presentará ante el Tribunal del Título III únicamente para ese fin, y al suscribir y entregar este Acuerdo, cada una por el presente acepta y se somete a la jurisdicción de dicho tribunal, de manera general e incondicional, con respecto a dicha acción legal, juicio o procedimiento, sujeto a los derechos de cada Parte a tenor con el derecho aplicable. En caso de que se inicie cualquier acción legal, juicio o procedimiento de este tipo, cada una de las Partes por el presente (a) acepta y consiente que las notificaciones del proceso pueden hacerse, y la jurisdicción personal sobre cualquiera de las Partes del presente en cualquier acción legal, juicio o procedimiento de este tipo puede obtenerse, mediante la entrega de una copia de la citación, demanda y otros escritos requeridos para iniciar dicha acción legal, juicio o procedimiento a la Parte en cuestión en el domicilio de dicha Parte tal como este figura en la Sección 8.11 del presente, a menos que dicha Parte haya designado otro domicilio en una notificación entregada a las demás Partes de acuerdo con la Sección 8.11 del presente y (b) renuncia dentro del máximo límite permitido por el derecho aplicable a cualquier derecho que pueda tener a un juicio por jurados en cualquier procedimiento legal directa o indirectamente emergente de este Acuerdo y las declaraciones, pactos y otras obligaciones estipuladas en el presente.

Sección 8.7   Títulos. Los títulos de las secciones, párrafos y subsecciones del presente Acuerdo se insertan por motivos de conveniencia únicamente y no forman parte de este Acuerdo, ni modifican de ninguna manera los términos o disposiciones de este Acuerdo ni afectan su interpretación.

Sección 8.8   Acuerdo vinculante; sucesores y cesionarios. Este Acuerdo está destinado a, y estará vigente y será vinculante únicamente después de la suscripción y entrega de este Acuerdo por las Partes que figuran en las hojas de firmas del presente. Este Acuerdo está destinado a, y se considerará que será vinculante y redundará en beneficio de las Partes y sus respectivos sucesores, cesionarios, administradores, constituyentes y representantes. Los acuerdos, declaraciones, pactos y obligaciones de las Partes conforme al presente Acuerdo no son conjuntos sino separados en todos los aspectos, y ninguna de las Partes será responsable del cumplimiento o incumplimiento de este Acuerdo por otra de las Partes. Si cualquier disposición de este Acuerdo, o la aplicación de dicha disposición a cualquier persona o entidad o circunstancia, fuera considerada inválida o inaplicable, en su totalidad o en parte, dicha invalidez o inaplicabilidad solo se referirá a dicha disposición o parte de ella y la parte restante de dicha disposición del presente y del presente Acuerdo conservarán plenamente su vigencia y efecto siempre que la sustancia

legal y económica de las transacciones contempladas en el presente o en el Plan o el Plan de la ACT no afecten adversamente de manera sustancial a cualquiera de las Partes. Ante tal determinación de invalidez, las Partes negociarán de buena fe para modificar este Acuerdo, de modo que cumpla con la intención original de las Partes en el mayor grado posible, de una manera razonablemente aceptable, para que las transacciones contempladas en el presente se perfeccionen tal como se previó originalmente en el mayor grado posible. No obstante lo anterior, a menos que las Partes acuerden lo contrario, las disposiciones del presente con respecto al pago de los Costos de Perfeccionamiento y los Honorarios de Restricción del AAP son partes integrales de este Acuerdo y no pueden separarse.

Sección 8.9   Totalidad del Acuerdo. El Acuerdo, incluyendo, entre otros, el Plan y el Plan de la ACT, constituye la totalidad del acuerdo entre las Partes con respecto al tema del presente y el Plan y el Plan de la ACT, y reemplaza a todas las negociaciones, declaraciones, compromisos o garantías (orales o de otro tipo) hechas anteriormente por cualquiera de las Partes con respecto al tema del presente. Ninguna de las Partes ha celebrado este Acuerdo sobre la base de una declaración, compromiso o garantía (oral o de otro tipo) hecha anteriormente por cualquiera de las demás Partes, salvo aquellas que se incluyen expresamente en el presente Acuerdo.

Sección 8.10 Ejemplares. El presente Acuerdo puede suscribirse en uno o más ejemplares, cada uno de los cuales se considerará como una copia original del presente Acuerdo y todos los cuales, en conjunto, constituirán el mismo Acuerdo. Las copias de ejemplares firmados transmitidos por telecopia u otro servicio de transmisión electrónica se considerarán ejemplares originales firmados, siempre que se acuse recibo del envío de dichos ejemplares.

Sección 8.11 Notificaciones. Todas las demandas, notificaciones, solicitudes, consentimientos y demás comunicaciones en virtud del presente se harán por escrito y se considerarán como debidamente entregadas (i) cuando se entreguen en persona mediante mensajero o servicio de courier, (ii) en el momento de la recepción en sí (establecida mediante acuse de recibo o de otra manera) durante los horarios laborables normales, o en el primer día hábil en adelante si se transmiten electrónicamente (por correo electrónico), mediante facsímil o telecopiadora, con acuse de recibo, o (iii) tres (3) Días Hábiles después de ser depositadas en el correo, por correo certificado o registrado, con franqueo prepagado y acuse de recibo solicitado, a los siguientes domicilios, o a los domicilios indicados en el futuro por escrito, a las siguientes Partes:

      (a)      Si se dirigen a la Junta de Supervisión, al ELA, la ADCC o la ACT, a:

                PROSKAUER ROSE LLP
Eleven Times Square New York, NY 10036
Attn: Martin J. Bienenstock, Esq.
Correo electrónico: mbienenstock@proskauer.com
Brian S. Rosen, Esq.
Correo electrónico: brosen@proskauer.com
Facsímil: 212-969-2900

123408529v3

COPIA DE SUSCRIPCIÓN

(b)        Si se dirige a la AAFAF, a:

O'MELVENY & MEYERS LLP
Seven Times Square New York, NY 10036
Attn: John Rapisardi, Esq.
Email: jrapisardi@omm.com
Maria J. DiConza, Esq.
Correo electrónico: mdiconza@omm.com
Facsímil: 212-326-2061

(c)        Si se dirige a Assured, a:

CADWALADER, WICKERSHAM & TAFT
200 Liberty Street
New York, NY 10281
Attn: Mark Ellenberg, Esq.

Correo electrónico: mark.ellenberg@cwt.com

Casey Servais, Esq.

Correo electrónico: casey.servais@cwt.com

(d)        Si se dirige a National, a:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Attn: Andrew Wilkinson, Esq.
Correo electrónico: Andrew.wilkinson@weil.com
Attn: Kelly Di Blasi, Esq.
Correo electrónico: Kelly.diblasi@weil.com
Kirsten Erichsen, Esq.
Correo electrónico: Kirsten.erichsen@weil.com

Sección 8.12 Sin renuncia a remedios. Salvo según se disponga expresamente en el presente Acuerdo, ninguna disposición del presente está destinada, ni se interpretará de ninguna manera, como una renuncia, límite, disminución o restricción de cualquier derecho o capacidad de las Partes para proteger y preservar cada uno de sus derechos, remedios e intereses, contractuales o de otro tipo, en virtud de las Resoluciones sobre Bonos, el Título III o cualquier otra disposición de PROMESA o cualquier otra ley o reglamento.

57

Sección 8.13 Obligaciones separadas, no conjuntas. Los acuerdos, declaraciones, pactos y otras obligaciones de las Partes que se estipulan en este Acuerdo son, en todos los aspectos, separadas y no conjuntas.

Sección 8.14 Remedios acumulativos. Todos los derechos, facultades y remedios dispuestos de acuerdo con los términos y disposiciones del presente Acuerdo y disponibles de otra manera con respecto a este conforme al derecho escrito o consuetudinario serán acumulativos y no alternativos, y el ejercicio de cualquier derecho, facultad o remedio por cualquiera de las Partes no impedirá el ejercicio contemporáneo o posterior de cualquier otro derecho, facultad o remedio de este tipo por cualquiera de las Partes.

Sección 8.15 Ejecución específica. Cada una de las Partes acepta y entiende que los daños monetarios no constituyen un remedio suficiente en caso de cualquier incumplimiento de este Acuerdo por cualquiera de las Partes, y cada una de las Partes que no incumpla el Acuerdo tendrá derecho a la ejecución específica y a interdictos u otros remedios consuetudinarios como remedio por cualquier incumplimiento de este Acuerdo, incluyendo, entre otros, una orden del Tribunal del Título III u otro tribunal de jurisdicción competente que requiera que cualquiera de las Partes cumpla de inmediato sus obligaciones en virtud del presente. No obstante cualquier disposición en contrario del presente Acuerdo, la ejecución específica y los interdictos y otros remedios similares y el derecho a rescindir este Acuerdo de conformidad con los términos y disposiciones de este será el único y exclusivo remedio para cualquier incumplimiento de este Acuerdo por cualquiera de las Partes (o cualquier otra persona) y ninguna de las Partes (ni ninguna otra persona) tendrá derecho a daños monetarios por cualquier incumplimiento de cualquier disposición del presente Acuerdo; disponiéndose, sin embargo, que en caso de rescisión del Acuerdo conforme a los términos y disposiciones de la Sección 7.1 del presente, el único remedio (salvo la aplicación de las disposiciones de este Acuerdo que conserven su validez después de su extinción) será el pago de los honorarios estipulados en la Sección 6.1(b) del presente, según sea aplicable.

Sección 8.16 Garantías adicionales. Cada una de las Partes del presente acepta firmar y entregar, o hacer que se firme y se entregue, los instrumentos, y tomar las medidas que las demás Partes soliciten dentro de lo razonable con el fin de dar pleno vigor y efecto a la intención y los fines, y ejecutar los términos, de este Acuerdo.

**EN FE DE LO CUAL**, las Partes del presente han hecho que se firme el presente Acuerdo en la fecha antes establecida.

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

Por:   /firma/ Natalie A. Jaresko
Nombre:  Natalie A. Jaresko
Cargo :  Directora Ejecutiva

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Por: la Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico

Por:   /firma/ Natalie A. Jaresko
Nombre:  Natalie A. Jaresko
Cargo :  Directora Ejecutiva

**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**

Por: la Junta de Supervisión y Administración Financiera para Puerto Rico, como representante de la Autoridad de Carreteras y Transportación de Puerto Rico

Por:   /firma/ Natalie A. Jaresko
Nombre:  Natalie A. Jaresko
Cargo :  Directora Ejecutiva

123408529v3

**ASSURED GUARANTY CORP. y ASSURED GUARANTY MUNICIPAL CORP.**

Por:   /firma/ Russell B. Brewer II
Nombre: Russell B. Brewer II
Cargo:   Director de Vigilancia

Aseguradora del Monto del Capital en Bonos de la ACT: ██████████

Aseguradora del Monto del Capital en Bonos de la ADCC: ██████████

**NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION**

Por:   /firma/ Adam Bergonzi

Nombre:   Adam Bergonzi

Cargo:   Director de Riesgos

Aseguradora del Monto Nominal en Bonos de la ACT:   █████████

Aseguradora del Monto Nominal en Bonos de la ADCC:   █████████

61

**DAVIDSON KEMPNER  CAPITAL  MANAGEMENT  LP, en nombre de ciertos de sus fondos de inversiones afiliados o entidades afiliadas**

Por:  ＿/firma/ Suzanne K. Gibbons ＿＿＿＿＿＿
Nombre:  ＿Suzanne K. Gibbons＿＿＿＿＿＿
Cargo:  ＿＿Miembro de la Gerencia＿＿＿＿

Tenedor del Monto Nominal en Bonos de la ACT:  ███████████

Tenedor del Monto Nominal en Bonos de la ADCC:  ███████████

62

**WHITEHAVEN  CREDIT OPPORTUNITIES  MASTER  FUND, LTD.**

Por:   ___/firma/ Scott Richman___

Nombre:   _Scott Richman___

Cargo:   _Socio Gerente y Director de Información_____

Tenedor del Monto Nominal en Bonos de la ACT:   ███████████

Tenedor del Monto Nominal en Bonos de la ADCC:   ███████████

## ANEXO A

### LISTA DE BONISTAS DE LA ACT

Davidson Kempner Capital Management LP, en nombre de ciertos de sus fondos de inversiones afiliados o entidades afiliadas

Whitehaven Credit Opportunities Fund, Ltd.

64

## **ANEXO B**

LISTA DE BONISTAS DE LA ADCC

Ninguno

123408529v3

## **ANEXO C**

CALENDARIO DE BONOS DE LA ACT 68

CALENDARIO DE BONOS DE LA ACT 68

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745181M79 | SERIE Z | 01/07/2018 | 01/03/1996 |
| 745181NF0 | SERIE Y | 01/07/2021 | 09/04/1996 |
| 745181N60 | SERIE AA | 01/07/2017 | 29/04/2003 |
| 745181N78 | SERIE AA | 01/07/2018 | 29/04/2003 |
| 745181N86 | SERIE AA | 01/07/2019 | 29/04/2003 |
| 745181N94 | SERIE AA | 01/07/2020 | 29/04/2003 |
| 745181XN2 | SERIE AA | 01/07/2021 | 29/04/2003 |
| 745181XQ5 | SERIE AA | 01/07/2023 | 29/04/2003 |
| 745181XR3 | SERIE AA | 01/07/2028 | 29/04/2003 |
| 745181XS1 | SERIE AA | 01/07/2035 | 29/04/2003 |
| 745181ZJ9 | SERIE BB | 01/07/2017 | 04/10/2005 |
| 745181ZK6 | SERIE BB | 01/07/2018 | 04/10/2005 |
| 745181P35 | SERIE BB | 01/07/2022 | 04/10/2005 |
| 745181B22 | SERIE CC | 01/07/2021 | 06/03/2007 |
| 745181B48 | SERIE CC | 01/07/2023 | 06/03/2007 |
| 745181B55 | SERIE CC | 01/07/2024 | 06/03/2007 |
| 745181B63 | SERIE CC | 01/07/2025 | 06/03/2007 |
| 745181B71 | SERIE CC | 01/07/2026 | 06/03/2007 |
| 745181B89 | SERIE CC | 01/07/2027 | 06/03/2007 |
| 745181B97 | SERIE CC | 01/07/2028 | 06/03/2007 |
| 745181C21 | SERIE CC | 01/07/2029 | 06/03/2007 |
| 745181C39 | SERIE CC | 01/07/2030 | 06/03/2007 |
| 745181C47 | SERIE CC | 01/07/2031 | 06/03/2007 |
| 745181C54 | SERIE CC | 01/07/2032 | 06/03/2007 |
| 745181C62 | SERIE CC | 01/07/2033 | 06/03/2007 |
| 745181C70 | SERIE CC | 01/07/2034 | 06/03/2007 |
| 745181C88 | SERIE CC | 01/07/2036 | 06/03/2007 |
| 745181K97 | RECOMERCIALIZACIÓN DE LA SERIE AA | 01/07/2035 | 29/04/2003 |
| 745181N52 | RECOMERCIALIZACIÓN DE LA SERIE AA | 01/07/2026 | 29/04/2003 |

123408529v3

## **ANEXO D**

CALENDARIO DE BONOS DE LA ACT 98

## CALENDARIO DE BONOS 98 DE LA ACT

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745190AU2 | SERIE A | 01/07/2017 | 19/03/1998 |
| 745190AV0 | SERIE A | 01/07/2018 | 19/03/1998 |
| 7451903T3 | SERIE A | 01/07/2028 | 15/02/1998 |
| 745190Y77 | SERIE A | 01/07/2028 | 27/05/2008 |
| 745190AY4 | SERIE A | 01/07/2038 | 15/02/1998 |
| 745190Z92 | SERIE A | 01/07/2038 | 15/02/1998 |
| 745190HC5 | SERIE E | 01/07/2017 | 07/02/2002 |
| 745190HD3 | SERIE E | 01/07/2018 | 07/02/2002 |
| 745190HE1 | SERIE E | 01/07/2019 | 07/02/2002 |
| 745190HF8 | SERIE E | 01/07/2020 | 07/02/2002 |
| 745190HG6 | SERIE E | 01/07/2021 | 07/02/2002 |
| 745190HH4 | SERIE E | 01/07/2022 | 07/02/2002 |
| 745190HJ0 | SERIE E | 01/07/2023 | 07/02/2002 |
| 745190HK7 | SERIE E | 01/07/2024 | 07/02/2002 |
| 745190J41 | SERIE D | 01/07/2027 | 07/02/2002 |
| 7451902B3 | SERIE D | 01/07/2032 | 07/02/2002 |
| 7451902Q0 | SERIE G | 01/07/2019 | 29/04/2003 |
| 7451902R8 | SERIE G | 01/07/2020 | 29/04/2003 |
| 745190KC1 | SERIE G | 01/07/2022 | 29/04/2003 |
| 745190KD9 | SERIE G | 01/07/2023 | 29/04/2003 |
| 745190K56 | SERIE G | 01/07/2028 | 29/04/2003 |
| 7451902S6 | SERIE G | 01/07/2033 | 29/04/2003 |
| 7451902T4 | SERIE G | 01/07/2042 | 29/04/2003 |
| 7451902W7 | SERIE H | 01/07/2018 | 29/04/2003 |
| 745190KX5 | SERIE H | 01/07/2019 | 29/04/2003 |
| 745190KY3 | SERIE H | 01/07/2020 | 29/04/2003 |
| 745190KZ0 | SERIE H | 01/07/2021 | 29/04/2003 |
| 745190LA4 | SERIE H | 01/07/2022 | 29/04/2003 |
| 745190LB2 | SERIE H | 01/07/2023 | 29/04/2003 |
| 745190L22 | SERIE H | 01/07/2028 | 29/04/2003 |
| 7451902X5 | SERIE H | 01/07/2035 | 29/04/2003 |
| 745190PF9 | SERIE I | 01/07/2017 | 20/04/2004 |
| 745190PG7 | SERIE I | 01/07/2018 | 20/04/2004 |
| 745190PH5 | SERIE I | 01/07/2019 | 20/04/2004 |
| 745190PJ1 | SERIE I | 01/07/2020 | 20/04/2004 |
| 745190PK8 | SERIE I | 01/07/2021 | 20/04/2004 |
| 7451902Z0 | SERIE I | 01/07/2022 | 20/04/2004 |
| 745190PM4 | SERIE I | 01/07/2023 | 20/04/2004 |
| 745190PN2 | SERIE I | 01/07/2024 | 20/04/2004 |
| 745190PP7 | SERIE I | 01/07/2025 | 20/04/2004 |
| 745190PQ5 | SERIE I | 01/07/2026 | 20/04/2004 |
| 7451903K2 | SERIE J | 01/07/2017 | 20/04/2004 |
| 7451903L0 | SERIE J | 01/07/2018 | 20/04/2004 |
| 745190QH4 | SERIE J | 01/07/2019 | 20/04/2004 |
| 7451903M8 | SERIE J | 01/07/2020 | 20/04/2004 |
| 7451903N6 | SERIE J | 01/07/2021 | 20/04/2004 |
| 745190QM3 | SERIE J | 01/07/2022 | 20/04/2004 |

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745190QP6 | SERIE J | 01/07/2023 | 20/04/2004 |
| 745190QR2 | SERIE J | 01/07/2024 | 20/04/2004 |
| 7451903P1 | SERIE J | 01/07/2029 | 20/04/2004 |
| 745190TC2 | SERIE K | 01/07/2017 | 04/10/2005 |
| 745190TD0 | SERIE K | 01/07/2018 | 04/10/2005 |
| 745190TE8 | SERIE K | 01/07/2019 | 04/10/2005 |
| 745190TF5 | SERIE K | 01/07/2020 | 04/10/2005 |
| 745190TG3 | SERIE K | 01/07/2020 | 04/10/2005 |
| 745190TH1 | SERIE K | 01/07/2021 | 04/10/2005 |
| 745190TJ7 | SERIE K | 01/07/2022 | 04/10/2005 |
| 745190TK4 | SERIE K | 01/07/2023 | 04/10/2005 |
| 745190TL2 | SERIE K | 01/07/2024 | 04/10/2005 |
| 745190TM0 | SERIE K | 01/07/2025 | 04/10/2005 |
| 745190TN8 | SERIE K | 01/07/2017 | 04/10/2005 |
| 745190TP3 | SERIE K | 01/07/2026 | 04/10/2005 |
| 745190TQ1 | SERIE K | 01/07/2027 | 04/10/2005 |
| 745190TR9 | SERIE K | 01/07/2030 | 04/10/2005 |
| 745190TS7 | SERIE K | 01/07/2035 | 04/10/2005 |
| 745190UC0 | SERIE L | 01/07/2017 | 04/10/2005 |
| 745190UD8 | SERIE L | 01/07/2018 | 04/10/2005 |
| 745190UE6 | SERIE L | 01/07/2019 | 04/10/2005 |
| 745190UF3 | SERIE L | 01/07/2020 | 04/10/2005 |
| 745190UG1 | SERIE L | 01/07/2021 | 04/10/2005 |
| 745190UH9 | SERIE L | 01/07/2022 | 04/10/2005 |
| 745190UJ5 | SERIE L | 01/07/2023 | 04/10/2005 |
| 745190UK2 | SERIE L | 01/07/2024 | 04/10/2005 |
| 745190UL0 | SERIE L | 01/07/2025 | 04/10/2005 |
| 745190UM8 | SERIE L | 01/07/2030 | 04/10/2005 |
| 745190UP1 | SERIE L | 01/07/2035 | 04/10/2005 |
| 745190UN6 | SERIE L | 01/07/2035 | 04/10/2005 |
| 745190UQ9 | SERIE L | 01/07/2038 | 04/10/2005 |
| 745190UR7 | SERIE L | 01/07/2041 | 04/10/2005 |
| 745190YB8 | SERIE M | 01/07/2017 | 06/03/2007 |
| 745190YC6 | SERIE M | 01/07/2018 | 06/03/2007 |
| 745190YD4 | SERIE M | 01/07/2018 | 06/03/2007 |
| 745190YE2 | SERIE M | 01/07/2019 | 06/03/2007 |
| 745190YF9 | SERIE M | 01/07/2020 | 06/03/2007 |
| 745190YG7 | SERIE M | 01/07/2020 | 06/03/2007 |
| 745190YH5 | SERIE M | 01/07/2021 | 06/03/2007 |
| 745190YJ1 | SERIE M | 01/07/2022 | 06/03/2007 |
| 745190YK8 | SERIE M | 01/07/2022 | 06/03/2007 |
| 745190YL6 | SERIE M | 01/07/2023 | 06/03/2007 |
| 745190YM4 | SERIE M | 01/07/2023 | 06/03/2007 |
| 745190YN2 | SERIE M | 01/07/2024 | 06/03/2007 |
| 745190YP7 | SERIE M | 01/07/2024 | 06/03/2007 |
| 745190YQ5 | SERIE M | 01/07/2025 | 06/03/2007 |
| 745190YR3 | SERIE M | 01/07/2025 | 06/03/2007 |
| 745190YS1 | SERIE M | 01/07/2026 | 06/03/2007 |
| 745190YT9 | SERIE M | 01/07/2026 | 06/03/2007 |

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745190YU6 | SERIE M | 01/07/2027 | 06/03/2007 |
| 745190YV4 | SERIE M | 01/07/2027 | 06/03/2007 |
| 745190YW2 | SERIE M | 01/07/2032 | 06/03/2007 |
| 745190YY8 | SERIE M | 01/07/2037 | 06/03/2007 |
| 745190YX0 | SERIE M | 01/07/2037 | 06/03/2007 |
| 7451903D8 | SERIE M | 01/07/2046 | 06/03/2007 |
| 745190ZA9 | SERIE N | 01/07/2019 | 06/03/2007 |
| 745190ZB7 | SERIE N | 01/07/2020 | 06/03/2007 |
| 745190ZC5 | SERIE N | 01/07/2021 | 06/03/2007 |
| 745190ZD3 | SERIE N | 01/07/2022 | 06/03/2007 |
| 745190ZE1 | SERIE N | 01/07/2023 | 06/03/2007 |
| 745190ZF8 | SERIE N | 01/07/2024 | 06/03/2007 |
| 745190ZG6 | SERIE N | 01/07/2025 | 06/03/2007 |
| 745190ZH4 | SERIE N | 01/07/2026 | 06/03/2007 |
| 745190ZJ0 | SERIE N | 01/07/2027 | 06/03/2007 |
| 745190ZK7 | SERIE N | 01/07/2028 | 06/03/2007 |
| 745190ZL5 | SERIE N | 01/07/2029 | 06/03/2007 |
| 745190ZM3 | SERIE N | 01/07/2030 | 06/03/2007 |
| 745190ZN1 | SERIE N | 01/07/2031 | 06/03/2007 |
| 745190ZP6 | SERIE N | 01/07/2032 | 06/03/2007 |
| 745190ZQ4 | SERIE N | 01/07/2033 | 06/03/2007 |
| 745190ZR2 | SERIE N | 01/07/2034 | 06/03/2007 |
| 745190ZS0 | SERIE N | 01/07/2036 | 06/03/2007 |
| 745190ZT8 | SERIE N | 01/07/2039 | 06/03/2007 |
| 745190ZU5 | SERIE N | 01/07/2041 | 06/03/2007 |
| 745190ZV3 | SERIE N | 01/07/2045 | 06/03/2007 |
| 7451903V8 | RECOMERCIALIZACIÓN  DE LA SERIE H | 01/07/2032 | 29/04/2003 |

71

## **ANEXO E**

CALENDARIO DE BONOS SUBORDINADOS DE LA ACT 98

CALENDARIO DE BONOS SUBORDINADOS DE LA ACT 98

| CUSIP | Serie | Vencimiento | Emisión |
|---|---|---|---|
| 745190CN6 | SERIE 1998 | 01/07/2018 | 15/07/1998 |
| 745190CP1 | SERIE 1998 | 01/07/2022 | 15/07/1998 |
| 745190CQ9 | SERIE 1998 | 01/07/2028 | 15/07/1998 |
| 745190MF2 | SERIE 2003 SUBORDINADOS | 01/07/2017 | 29/04/2003 |
| 745190MG0 | SERIE 2003 SUBORDINADOS | 01/07/2017 | 29/04/2003 |
| 745190MH8 | SERIE 2003 SUBORDINADOS | 01/07/2018 | 29/04/2003 |
| 745190MJ4 | SERIE 2003 SUBORDINADOS | 01/07/2018 | 29/04/2003 |
| 745190MK1 | SERIE 2003 SUBORDINADOS | 01/07/2019 | 29/04/2003 |
| 745190ML9 | SERIE 2003 SUBORDINADOS | 01/07/2019 | 29/04/2003 |
| 745190MM7 | SERIE 2003 SUBORDINADOS | 01/07/2020 | 29/04/2003 |
| 745190MN5 | SERIE 2003 SUBORDINADOS | 01/07/2021 | 29/04/2003 |
| 745190MP0 | SERIE 2003 SUBORDINADOS | 01/07/2022 | 29/04/2003 |
| 745190MQ8 | SERIE 2003 SUBORDINADOS | 01/07/2022 | 29/04/2003 |
| 745190MR6 | SERIE 2003 SUBORDINADOS | 01/07/2023 | 29/04/2003 |
| 745190MS4 | SERIE 2003 SUBORDINADOS | 01/07/2028 | 29/04/2003 |

## **ANEXO F**

CALENDARIO DE BONOS DE LA ADCC

CALENDARIO DE BONOS DE LA ADCC

| CUSIP | Serie | Vencimiento | Emisión |
|-------|-------|-------------|---------|
| 745266AP1 | SERIE 2006 | 01/07/2017 | 24/03/2006 |
| 745266AQ9 | SERIE 2006 | 01/07/2018 | 24/03/2006 |
| 745266AR7 | SERIE 2006 | 01/07/2019 | 24/03/2006 |
| 745266AS5 | SERIE 2006 | 01/07/2020 | 24/03/2006 |
| 745266AT3 | SERIE 2006 | 01/07/2021 | 24/03/2006 |
| 745266AU0 | SERIE 2006 | 01/07/2021 | 24/03/2006 |
| 745266AV8 | SERIE 2006 | 01/07/2022 | 24/03/2006 |
| 745266AW6 | SERIE 2006 | 01/07/2023 | 24/03/2006 |
| 745266AX4 | SERIE 2006 | 01/07/2024 | 24/03/2006 |
| 745266AY2 | SERIE 2006 | 01/07/2025 | 24/03/2006 |
| 745266AZ9 | SERIE 2006 | 01/07/2026 | 24/03/2006 |
| 745266BA3 | SERIE 2006 | 01/07/2026 | 24/03/2006 |
| 745266BB1 | SERIE 2006 | 01/07/2027 | 24/03/2006 |
| 745266BC9 | SERIE 2006 | 01/07/2031 | 24/03/2006 |
| 745266BD7 | SERIE 2006 | 01/07/2036 | 24/03/2006 |

123408529v3

**ANEXO G**

LISTA DE ACCIONES DE INVALIDEZ

## ACCIONES DE INVALIDEZ

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Jefferies LLC, Proc. Cont. Núm. 19-00281

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. BNY Mellon/POP Sec, Proc. Cont. Núm. 19-00282

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. First Southwest Co., Proc. Cont. Núm. 19-00283

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1E-59E, Proc. Cont. Núm. 19-00284

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1A-100A, Proc. Cont. Núm. 19-00285

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1B-100B, Proc. Cont. Núm. 19-00286

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1C-53C, Proc. Cont. Núm. 19-00287

El Comité de Reclamaciones Especiales de la Junta de Supervisión y Administración Financiera para Puerto Rico y el Comité Oficial de Acreedores No Asegurados del Estado Libre Asociado de Puerto Rico c. Demandados 1D-73D, Proc. Cont. Núm. 19-00288

## **ANEXO H**

FORMULARIO DE ACUERDO DE ACUMULACIÓN

## FORMULARIO DE ACUERDO DE ACUMULACIÓN

ACUERDO DE ACUMULACIÓN AL ACUERDO DE APOYO AL PLAN VINCULADO A LA ACT/ADCC (con sus modificaciones periódicas, el "**AAP**" con sus enmiendas, suplementos y otros), de fecha 5 de mayo de 2021, por y entre (a) la Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**"), la Autoridad de Carreteras y Transportación (la "**ACT**") de Puerto Rico, y (b) los tenedores de Reclamaciones de Bonos de la ACT, tal como se definen en el AAP, que pueden incluir a los asesores o administradores que prestan asesoramiento o administra un tenedor de Reclamaciones de Bonos de la ACT en nombre de dichos tenedores tal como se estipulan en el Anexo "A" del AAP, (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias hechas de acuerdo con los términos del presente, los "**Tenedores de la ACT**"), (c) los tenedores de Reclamaciones de Bonos de la ADCC, tal como se definen en el AAP, que pueden incluir a los asesores o administradores que prestan asesoramiento o administra a un tenedor de Reclamaciones de Bonos de la ADCC en nombre de dichos tenedores tal como se estipulan en el Anexo "B" del AAP, (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias hechas de acuerdo con los términos del presente, los "**Tenedores de la ADCC**"), y (d) Assured Guaranty Corp. y Assured Guaranty Municipal Corp., exclusivamente en sus capacidades como aseguradores, y tenedores afirmados, considerados o subrogados con respecto a los Bonos de la ACT y los Bonos de la ADCC ("**Assured**"), (e) National Public Finance Guarantee Corporation, exclusivamente en sus capacidades como aseguradores, y tenedores afirmados, considerados o subrogados con respecto a los Bonos de la ACT ("**National**" y, colectivamente con los Tenedores de la ACT, los Tenedores de la ADCC, y Assured, los "**Acreedores del AAP iniciales**"), y (f) los demás Acreedores de la ACT que periódicamente sean partes de estos, es suscrito y presentado por los _____ (los "**Acreedores del AAP en la acumulación**") al _____ de 2021. Los términos con mayúsculas que se usan en este documento, pero cuya definición no se estipula en él, tendrán el significado que se les atribuye en el AAP.

       1       Acuerdo de vinculación. El Acreedor del AAP en la Acumulación por el presente acepta como vinculantes todos los términos y disposiciones que figuran en el AAP. El Acreedor del AAP en la Acumulación se considerará en lo sucesivo un "Acreedor del AAP", una "Parte", un "Tenedor de la ACT" (si es tenedor de Reclamaciones de Bonos de la ACT) y un "Tenedor de la ADCC" (si es tenedor de Reclamaciones de Bonos de la ADCC) para todos los fines en virtud del AAP, incluyendo, entre otros y para evitar dudas, con respecto a cualquier Reclamación de Bonos de la ACT y ADCC que posea el Acreedor del AAP en la Acumulación a la fecha de este Acuerdo de Acumulación (salvo cualquier Reclamación de Bonos de la ACT, y cualquier Reclamación de Bonos de la ADCC en capacidad de Creador de Mercado Calificado).

       2       Declaraciones y garantías y pactos. Con respecto al monto de capital total de cualquier Reclamación de Bonos de la ACT y cualquier Reclamación de Bonos de la ADCC (sin duplicación) que posea el Acreedor del AAP en la Acumulación, incluyendo, entre otros, el perfeccionamiento de cualquier Transferencia pendiente de cualquier Reclamación de Bonos de la ACT y cualquier Reclamación de Bonos de la ADCC al Acreedor del AAP en la Acumulación, el Acreedor del AAP en la Acumulación por el presente (a) realiza, a la fecha del presente, las declaraciones y garantías del "Tenedor de la ACT" (si es tenedor de Reclamaciones de Bonos de la ACT) establecidas en la Sección 3.5 del AAP y del "Tenedor de la ADCC" (si es tenedor de Reclamaciones de Bonos de la ADCC) establecidas en la Sección 3.6 del AAP

y (b) se compromete a y acuerda cumplir todos los pactos del "Tenedor de la ACT" (si es tenedor de Reclamaciones de Bonos de la ACT) establecidos en la Sección 4.5 del AAP y del "Tenedor de la ADCC" (si es tenedor de Reclamaciones de Bonos de la ADCC) establecidos en la Sección 4.6 del AAP, hacia cada una de las demás Partes del AAP.

3    <u>Derecho aplicable</u>. La Sección 8.5 del AAP se incorpora por referencia al presente como si el presente la contuviera en su totalidad, salvo que cualquier referencia al "Acuerdo" o el "AAP" se reemplazará por referencias al Acuerdo de Acumulación.

4    <u>Notificación de Acumulación</u>. El Acreedor del AAP en la Acumulación acuerda proporcionar una copia del Acuerdo de Acumulación a la Junta de Supervisión y a la AAFAF de acuerdo con la Sección 4.5 del AAP (si es tenedor de Reclamaciones de Bonos de la ACT), Sección 4.6 del AAP (si es tenedor de Reclamaciones de Bonos de la ADCC), y las disposiciones de notificación estipuladas en la Sección 8.11 del AAP.

5    <u>Adquisición de Bonos no vinculados al AAP</u>. Si el Acreedor del AAP en la Acumulación (a) a la fecha del presente, es tenedor de Reclamaciones de Bonos de la ACT o de Reclamaciones de Bonos de la ADCC que no estén sujetos al AAP y/o a partir de y después de la fecha del presente adquiere Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC además de las Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC adquiridas a tenor con el presente Acuerdo de Acumulación, el Acreedor del AAP en la Acumulación deberá, dentro de los cinco (5) días calendario de la fecha del presente o, en caso de que se trate de Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC adquiridas con posterioridad, a partir de la fecha de dicha adquisición posterior, entregar a los abogados de la Junta de Supervisión información financiera requerida de acuerdo con las disposiciones de la Sección 2.2 del AAP con respecto a dichas Reclamaciones de Bonos de la ACT o Reclamaciones de Bonos de la ADCC.

EN FE DE LO CUAL, el Acreedor del AAP en la Acumulación ha hecho que se firme el presente Acuerdo de Acumulación en la fecha antes establecida.

[NOMBRE DEL ADQUIRENTE CALIFICADO]

Por: _____

Nombre:

Cargo:

Tenedor del Monto Nominal en Bonos de la ACT:
Tenedor del Monto Nominal en Bonos de la ADCC:

123408529v3

## __ANEXO I__

FORMULARIO DE ACUERDO DE ANEXACIÓN

123408529v3

## FORMULARIO DE ACUERDO DE ANEXACIÓN

ACUERDO DE ANEXACIÓN AL ACUERDO DE APOYO AL PLAN VINCULADO A LA ACT/ADCC (con sus modificaciones periódicas, el "**AAP**" con sus enmiendas, suplementos y otros), de fecha 5 de mayo de 2021, por y entre (a) la Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**"), la Autoridad de Carreteras y Transportación (la "**ACT**") de Puerto Rico, y la Autoridad del Distrito del Centro de Convenciones de Puerto Rico (la "**ADCC**") (b) los tenedores de Reclamaciones de Bonos de la ACT, tal como se definen en el AAP, que pueden incluir a los asesores o administradores que prestan asesoramiento o administran a un tenedor de Reclamaciones de Bonos de la ACT en nombre de tales tenedores tal como se estipula en el Anexo "A" del AAP, (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias hechas de acuerdo con los términos del presente, los "**Tenedores de la ACT**"), (c) los tenedores de Reclamaciones de Bonos de la ADCC, tal como se definen en el AAP, que pueden incluir a los asesores o administradores que prestan asesoramiento o administran a un tenedor de Reclamaciones de Bonos de la ADCC en nombre de tales tenedores tal como se estipulan en el Anexo "B" del AAP, (junto con sus respectivos sucesores y cesionarios con respecto a las transferencias hechas de acuerdo con los términos del presente, los "**Tenedores de la ADCC3**"), y (d) Assured Guaranty Corp. y Assured Guaranty Municipal Corp., exclusivamente en sus capacidades como aseguradores, y tenedores afirmados, considerados o subrogados con respecto a los Bonos de la ACT y los Bonos de la ADCC ("**Assured**"), (e) National Public Finance Guarantee Corporation, exclusivamente en sus capacidades como aseguradores, y tenedores afirmados, considerados o subrogados con respecto a los Bonos de la ACT ("**National**" y, colectivamente con los Tenedores GO, los Tenedores de la ADCC, y Assured, los "**Acreedores iniciales del AAP**"), y (f) los demás Acreedores del AAP que periódicamente sean partes del estos, es suscrito y presentado por los _____ (el "**Acreedor del AAP en la Anexación**") al _____ de 2021. Los términos con mayúsculas que se usan en este documento, pero cuya definición no se estipula en él, tendrán el significado que se les atribuye en el AAP.

  1 <u>Acuerdo de vinculación</u>. El Acreedor del AAP en la Anexación por el presente acepta como vinculantes todos los términos y disposiciones que figuran en el AAP. El Acreedor del AAP en la Anexación se considerará en lo sucesivo un "Acreedor del AAP", una "Parte", un "Tenedor de la ACT" (si es tenedor de Reclamaciones de Bonos de la ACT) y un "Tenedor de la ADCC" (si es tenedor de Reclamaciones de Bonos de la ADCC) para todos los fines en virtud del AAP, incluyendo, entre otros y para evitar dudas, con respecto a cualquier Reclamación de Bonos de la ACT y cualquier Reclamación de Bonos de la ADCC que posea el Acreedor del AAP en la Anexación a la fecha de este Acuerdo de Anexación (salvo cualquier Reclamación de Bonos de la ACT, y cualquier Reclamación de Bonos de la ADCC en capacidad de Creador de Mercado Calificado).

  2 <u>Declaraciones y garantías y pactos</u>. Con respecto al monto de capital total de cualquier Reclamación de Bonos de la ACT y cualquier Reclamación de Bonos de la ADCC (sin duplicación) que posea el Acreedor del AAP en la Anexación, el Acreedor del AAP en la Anexación por el presente (a) realiza, a la fecha del presente, las declaraciones y garantías del "Tenedor de la ACT" (si es tenedor de Reclamaciones de Bonos de la ACT) establecidas en la Sección 3.5 del AAP y del "Tenedor de la ADCC" (si es tenedor de Reclamaciones de Bonos de la ADCC) establecidas en la Sección 3.6 del AAP y (b) se compromete y acuerda cumplir todos los pactos del "Tenedor de la ACT" (si es tenedor de Reclamaciones

de Bonos de la ACT) establecidas en la Sección 4.5 del AAP y del "Tenedor de la ADCC" (si es tenedor de Reclamaciones de Bonos de la ADCC) establecidas en la Sección 4.6 del AAP, hacia cada una de las demás Partes del AAP.

3        Derecho aplicable. La Sección 8.5 del AAP se incorpora por referencia al presente como si el presente la contuviera en su totalidad, salvo que cualquier referencia al "Acuerdo" o el "AAP" se reemplazará por referencias al Acuerdo de Anexación.

4        Notificación de Anexación. El Acreedor del AAP en la Anexación acepta proporcionar una copia del presente Acuerdo de Anexación a los abogados de la Junta de Supervisión y de acuerdo con las disposiciones de notificación estipuladas en la Sección 8.11 del AAP; disponiéndose, sin embargo, que salvo con respecto a los abogados de la Junta de Supervisión, el Acreedor del AAP en la Anexación puede tachar el monto nominal de los Bonos de la ACT y los Bonos de la ADCC que se indican a continuación.

5        Rechazo del Acuerdo de Anexación. No obstante la suscripción y entrega del presente Acuerdo de Anexación a los abogados de la Junta de Supervisión, la Junta de Supervisión puede, en ejercicio de su exclusivo criterio, determinar no aceptar este Acuerdo de Anexación y, en tal caso, (a) la Junta de Supervisión deberá proporcionar notificación por escrito de dicha determinación al Acreedor del AAP en la Anexación dentro de los quince (15) Días Hábiles después de haber recibido el Acuerdo de Anexación y (b) el Acreedor del AAP en la Anexación no tendrá derechos ni titularidad a tenor con el AAP, incluyendo, entre otros, derechos a recibir un Honorario de Restricción del AAP.

EN FE DE LO CUAL, el Acreedor del AAP en la Anexación ha hecho que se firme el presente Acuerdo de Anexación en la fecha antes establecida.


[NOMBRE DEL ACREEDOR DEL AAP EN LA ANEXACIÓN]


Por: _____

        Nombre: _____

        Cargo: _____

        Domicilio: _____

                _____

                _____

Tenedor del Monto Nominal en Bonos de la ACT:
Tenedor del Monto Nominal en Bonos de la ADCC:

## **ANEXO J**

ACUERDO DE TRANSACCIÓN

123408529v3

**RESUMEN  DE LOS TÉRMINOS  ECONÓMICOS:**

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| **1) Contraprestación de la ACT** | |
| **a) Efectivo** | |
| **i) Monto** | ▪ $184,800,000  distribuidos a los Tenedores de Bonos de la ACT 68 y $79,200,000 distribuidos a los tenedores de Reclamaciones de Bonos Prioritarios de la ACT 98 (en su totalidad, el "Efectivo de la ACT") una vez que se hayan cumplido las Condiciones de Distribución (tal como se definen en el AAP de la ACT) |
| **b) Deuda** | |
| **i) Nuevos Bonos de la ACT** | ▪ Bonos de Interés Corriente de la ACT ("CIB de la ACT")<br>▪ Bonos de Apreciación de Capital de la ACT ("CAB de la ACT")<br>▪ Bonos Convertibles de Apreciación de Capital de la ACT ("CAB Convertibles de la ACT") |
| **ii) Valor a la par** | ▪ $1,245,000,000,  asignados según se especifica en el Anexo 2 de este documento |
| **iii) Plazo hasta el vencimiento** | ▪ Hasta 40 años |
| **iv) Tasa de interés** | ▪ Tasa de interés promedio de 5.0% |
| **v) Fecha considerada de emisión** | ▪ Los nuevos Bonos de la ACT empiezan a acumular interés (i) el 1 de julio de 2022 o (ii) la Fecha de Entrada en Vigencia de la ACT, lo que ocurra primero |
| **vi) Opción de compra** | ▪ CIB de la ACT y CAB de la ACT:<br>   o  Opción de compra a 10 años a la par<br>▪ CAB Convertibles de la ACT:<br>   o  Fecha de conversión de 10 años o menos<br>   o  Opción de compra a la par a partir de (i) 7 años después de la fecha de conversión y (ii) 10.5 años después de la emisión, lo que ocurra antes |
| **vii) Efectivo para intercambio de bonos** | ▪ El ELA / la ACT retienen la capacidad de sustituir efectivo en lugar de nuevos Bonos de la ACT en la Fecha de Entrada en Vigencia de la ACT |
| **viii) Asociación público-privada** | ▪ Alternativa a la estructuración de los bonos de ingresos a través de la asociación público-privada u opción de canje de todos o parte de los bonos de ingresos a la par a partir de los ingresos de una asociación público-privada vinculada a las carreteras con peaje. |

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| | Cualquier canje de este tipo debe hacerse de manera tal que se preserve la exención impositiva de los Nuevos Bonos de la ACT |
| **2) ADCC** | |
| a) **Efectivo** | ▪ $97,000,000 |
| **3) CVI de recuperación** | ▪ Los CVI de recuperación deben estructurarse de manera coherente con los CVI en el AAP del ELA y según se explica con más detalle en el Plan de Ajuste<br>▪ Los CVI de recuperación a las Reclamaciones Permitidas del ELA/ACT deben distribuirse una vez que se hayan producido las Condiciones de Distribución (definidas más arriba) |
| a) **Métrica de superación del rendimiento** | ▪ Ver Anexo 1 |
| b) **IVU Medido** | ▪ Como se define en el AAP |
| c) **Punto de intervención** | ▪ 100% de 5.5% de las proyecciones del Plan Fiscal del IVU del ELA según se incluyen en el Anexo 1 (el "IVU de referencia") |
| d) **Estructura de los CVI de recuperación** | ▪ El ELA pignorará su fe, crédito y poder impositivo en virtud de la Constitución de Puerto Rico y la legislación aplicable de Puerto Rico para el pago de los CVI de recuperación<br>▪ Disposiciones de valores como se describe en el AAP del ELA, Sección 4.10(b) |
| e) **Fecha de medición** | ▪ Medido al final de cada Año Fiscal, a partir de 2022<br>▪ El pago y la mecánica de medición a determinarse |
| f) **Tope hipotético / vitalicio de los CVI de recuperación** | ▪ ACT: $3,697,668,995<br>▪ ADCC: $217,228,391 |
| g) **Plazo de los CVI de recuperación** | ▪ 30 años (Año Fiscal 2051)<br>▪ Fecha de emisión estimada de 1 de julio de 2021 |
| h) **Pago anual máximo de los CVI de recuperación** | ▪ Pago Anual Máximo de los CVI de recuperación aplicable a los pagos totales a los CVI de recuperación (es decir, tanto sujetos a cascada como no sujetos a cascada)<br>▪ <u>Años 1-22</u>: pago anual máximo de $175 millones más cualquier monto no utilizado de años anteriores, sujeto a un tope en cualquier año de dos veces |

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| | <ul><li>el tope anual aplicable (es decir, $350 millones) (el "Pago anual máximo de los CVI del período inicial")</li><li><u>Años 23-30</u>: pago anual máximo de $375 millones más cualquier monto no utilizado de años anteriores, sujeto a un tope en cualquier año de dos veces el tope anual aplicable (es decir, $750 millones) (el "Pago anual máximo de los CVI Post-GO/AAP")</li><li>En la medida en que se alcance el Tope Vitalicio de los CVI GO (es decir, el total de $3,500 millones pagados a CVI GO) en el año 21 o anterior, el Pago Anual Máximo de los CVI Post-GO/AAP para los CVI de recuperación empezaría a aplicarse en el año siguiente</li><li>En la medida en que cualquier monto no utilizado de años anteriores permanezca al final del plazo de 30 años, el ELA no adeudará ningún monto adicional a los CVI de recuperación</li></ul> |
| **i) Estructura de opción de compra para los CVI de recuperación** | <ul><li>Opción de compra ejercitable por un valor total equivalente al monto máximo de pagos futuros presentes valuados a una tasa de descuento sin tope de la Tasa del Tesoro + 100 puntos base, donde la Tasa del Tesoro significa el rendimiento (o rendimiento interpolado) de un valor o valores comparables del Tesoro de EE.UU. que tengan un vencimiento real (o vencimiento interpolado) que esté más cerca de la duración promedio restante de los pagos máximos restantes del CVI de recuperación</li></ul> |
| **j) Conciliación del IVU** | <ul><li>Como se describe en el Apéndice I del AAP del ELA</li></ul> |
| **k) Reducción del IVU de referencia** | <ul><li>Como se describe en el Apéndice I del AAP del ELA</li></ul> |
| **l) CVI sujeto a cascada** | |
| **i) Condición de superación del rendimiento sujeto a cascada** | <ul><li>Anualmente, el valor menor entre (el "Monto de superación del rendimiento sujeto a cascada"):<ul><li>(i) 50% de superación del rendimiento acumulativa por encima de la Métrica de Superación del Rendimiento, a partir del 1 de julio de 2021, menos los pagos hechos anteriormente a CVI GO y CVI de recuperación a partir del Monto de Superación del Rendimiento Sujeto a Cascada</li><li>(ii) 75% de superación del rendimiento anual</li></ul></li></ul> |

123408529v3

| TÉRMINO | DESCRIPCIÓN |
|---|---|
| ii) Sujeta a pagos anuales en cascada | ▪ Años 1-22: a partir del Monto de Superación del Rendimiento Sujeto a Cascada, pago anual en cascada de la manera siguiente:<br>  ○ (a) Primeros $100,000,000 a los CVI GO<br>  ○ (b) $11,111,111 siguientes a los CVI de recuperación<br>  ○ (c) Reparto prorrateado en adelante del 90% a los CVI GO y 10% a los CVI de Recuperación, sujeto a cualquier tope aplicable<br>▪ Años 23-30: 100% del Monto de Superación del Rendimiento Sujeto a Cascada a los CVI de recuperación, sujeto a cualquier tope aplicable |
| m) CVI no sujeto a cascada | |
| i) Condición de superación del rendimiento no sujeto a cascada | ▪ Anualmente, el valor menor entre (el "Monto de superación del rendimiento no sujeto a cascada"):<br>  ○ (i) 40% de superación del rendimiento acumulativa por encima de la Métrica de Superación del Rendimiento, a partir del 1 de julio de 2021, menos los pagos hechos anteriormente a los CVI de recuperación a partir del Monto de Superación del Rendimiento No Sujeto a Cascada<br>  ○ (ii) 95% de superación del rendimiento anual (combinado con montos Sujetos a Cascada) |
| ii) No sujeto a pagos anuales en cascada | ▪ 100% del Monto de Superación del Rendimiento No Sujeto a Cascada, sujeto a cualquier tope aplicable |
| n) Destinatarios de los CVI de recuperación | ▪ La asignación de la ACT de los CVI de recuperación será no menor que el 68.6%, como se especifica en el Apéndice 3 del presente documento |
| o) Cascada de distribución prioritaria de los CVI de recuperación de la ACT | ▪ En primer lugar, pagos de los CVI de recuperación, de haberlos, a las Reclamaciones de Bonos de la ACT 68 hasta $179,462,539<br>▪ En segundo lugar, pagos de los CVI de recuperación, de haberlos, a las Reclamaciones de Bonos Prioritarios de la ACT 98 hasta $1,833,405,578<br>▪ En tercer lugar, pagos de los CVI de recuperación, de haberlos, a las Reclamaciones de Bonos Subordinados de la ACT 98 hasta $207,294,178<br>▪ En cuarto lugar, después de pagar los montos permitidos anteriores en su totalidad, los pagos restantes de los CVI de recuperación, de haberlos al Préstamo a la ARD del BCF de la ACT hasta $1,477,506,700<br>▪ Cascada implementada hasta el límite máximo permitido contra el ELA y sujeto a la determinación judicial |

123408529v3

**APÉNDICE 1: BASE DE REFERENCIA DEL 5.5% DEL IVU[1]**
*($ USD)*

**5.5% IVU de referencia**

| Año Fiscal | Monto | | Año Fiscal | Monto |
|---|---|---|---|---|
| 2022 | $1,282,901,069.30 | | 2037 | $1,452,657,050.02 |
| 2023 | 1,279,617,661.88 | | 2038 | 1,477,755,111.63 |
| 2024 | 1,301,220,703.34 | | 2039 | 1,495,355,971.13 |
| 2025 | 1,315,295,083.41 | | 2040 | 1,518,089,898.19 |
| 2026 | 1,345,037,783.09 | | 2041 | 1,541,405,892.18 |
| 2027 | 1,377,398,882.61 | | 2042 | 1,565,457,864.38 |
| 2028 | 1,403,141,426.98 | | 2043 | 1,590,148,747.39 |
| 2029 | 1,414,785,980.78 | | 2044 | 1,616,252,365.93 |
| 2030 | 1,427,393,695.32 | | 2045 | 1,642,150,220.79 |
| 2031 | 1,437,998,166.98 | | 2046 | 1,668,748,988.64 |
| 2032 | 1,447,406,781.79 | | 2047 | 1,696,060,240.60 |
| 2033 | 1,428,210,572.57 | | 2048 | 1,724,082,302.73 |
| 2034 | 1,426,102,595.91 | | 2049 | 1,752,859,808.94 |
| 2035 | 1,429,798,842.15 | | 2050[1] | 1,781,536,796.27 |
| 2036 | 1,438,540,327.00 | | 2051[1] | 1,810,682,942.40 |

---

1 El Plan Fiscal de mayo de 2020 contiene proyecciones hasta el Año Fiscal 2049. Valores de referencia calculados para los Años Fiscales 2050 y 2051 utilizando proyecciones del Año Fiscal 2049 y la tasa de crecimiento promedio de los Años Fiscales 2045-2049.

123408529v3

**APÉNDICE 2: RESUMEN DE ASIGNACIÓN DE NUEVOS BONOS DE LA ACT**

| Reclamación | Asignación de Nuevos Bonos de la ACT ($) |
|---|---|
| Reclamaciones de Bonos de la ACT 68 | $646,389,106 |
| Reclamaciones de Bonos Prioritarios de la ACT 98 | $598,610,894 |

123408529v3

**APÉNDICE 3: RESUMEN DE ASIGNACIÓN MÍNIMA DE CVI DE RECUPERACIÓN**

| Reclamación | Mínimo % de asignación a los CVI de recuperación |
|---|---|
| Reclamaciones de Bonos del ELA/ACT Permitidas | 68.6% |