# **ANEXO G**

PLAN FISCAL CERTIFICADO DEL ELA[1]

---

[1] Para obtener la copia completa del Anexo G consulte el Anexo G presentado en Leg. Núm. 16471. El Anexo G también está disponible en el sitio web de la Junta de Supervisión: https://oversightboard.pr.gov/fiscal-plans-2/.