# **ANEXO N**

INFORMES VINCULADOS A LA PRUEBA DEL MEJOR INTERÉS[1]

---

[1] Los informes vinculados a la prueba del mejor interés se presentarán más adelante.