UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF PROPOSED AMENDMENT TO FOURTEENTH
AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE
PROCEDURES TO INCLUDE OMNIBUS HEARING DATES THROUGH DECEMBER 2022

    The Court intends to amend the *Fourteenth Amended Notice, Case Management and Administrative Procedures*, dated March 1, 2021 (Docket Entry No. 15894 in Case No. 17-3283), applicable in these jointly administered Title III proceedings, to include scheduled dates for Omnibus Hearings through December 2022. The proposed dates are as follows:

- 9:30 a.m. (Atlantic Standard Time) on the 2nd day of February, 2022;

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 9:30 a.m. (Atlantic Standard Time) on the 23rd day of March, 2022;
- 9:30 a.m. (Atlantic Standard Time) on the 18th day of May, 2022;
- 9:30 a.m. (Atlantic Standard Time) on the 29th day of June, 2022;
- 9:30 a.m. (Atlantic Standard Time) on the 10th day of August, 2022;
- 9:30 a.m. (Atlantic Standard Time) on the 21st day of September, 2022;
- 9:30 a.m. (Atlantic Standard Time) on the 2nd day of November, 2022; and
- 9:30 a.m. (Atlantic Standard Time) on the 14th day of December, 2022.

Any party in interest having an objection to the above proposed Omnibus Hearing dates must file such objection by **June 15, 2021, at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: June 8, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge