# **EXHIBIT S**

# GOBIERNO DE PUERTO RICO

**Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico**

25 de noviembre de 2019

A todos los Jefes de Agencias, Instrumentalidades
Y Corporaciones Públicas del Gobierno de Puerto Rico

*Re: Requerimiento de Información sobre Propiedades Inmuebles*

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF"). Como sabe, la Ley Núm. 26-2017, según enmendada, conocida como la Ley de Cumplimento con el Plan Fiscal, creó el Comité de Evaluación y Disposición de Bienes Inmuebles (en adelante, el "CEDBI") con el fin de, entre otras cosas, propiciar la mejor utilización de las propiedades inmuebles que no están siendo utilizadas por el Estado, así como hacerle llegar mayores recursos al erario.

El referido estatuto establece que el CEDBI, en coordinación con la Junta Revisora de Propiedad Inmueble, está encargado de preparar y actualizar el inventario oficial de todas las propiedades inmuebles de todas las agencias, dependencias, instrumentalidades, y corporaciones públicas de la Rama Ejecutiva del Gobierno de Puerto Rico, excluyendo la Universidad de Puerto Rico.

A la luz de lo anterior, le solicitamos muy respetuosamente que en un término no mayor de quince (15) días laborables provea lo siguiente:

i. Certificación que contenga una lista de todas las propiedades inmuebles de las cuales la entidad que dirige sea el titular registral, incluyendo cualesquiera dependencias y/o entidades adscritas.
ii. Información de contacto de un oficial o funcionario de su entidad que sirva de enlace al CEDBI.

El listado mencionado en el inciso (i) debe incluir toda la información provista en la tabla que se acompaña como anejo a esta comunicación. En caso que la entidad no sea titular de bienes inmuebles, deberá así hacerlo constar mediante certificación. En cualquiera de los casos, deberá remitir la información solicitada dentro del término dispuesto al correo electrónico CEDBI@aafaf.pr.gov. Dicho correo electrónico también servirá para que puedan canalizar cualquier pregunta o duda.

Como de costumbre, agradecemos su pronta atención a este requerimiento de información, en aras de viabilizar los esfuerzos del Gobierno para formalmente contar con un inventario de bienes inmuebles.

Cordialmente,

Lcdo. Omar J. Marrero Díaz
Director Ejecutivo – AAFAF
Presidente – CEDBI

  

PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525

CONFIDENTIAL

ASSETS_2004_0000601

CERTIFIED TRANSLATION

 GOVERNMENT OF PUERTO RICO

Puerto Rico Fiscal Agency and
Financial Advisory Authority

November 25, 2019

**To all the Heads of Agencies, Instrumentalities, and
Public Corporations of the Government of Puerto Rico**

*RE: Request for Information regarding Real Property*

Warm greetings from the Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF, Spanish acronym). As you know, Law No. 26-2017, as amended, known as the Fiscal Plan Compliance Act, created the Real Property Evaluation and Disposition Committee (henceforth, CEBDI, Spanish acronym) in order to, among other things, foster a better use of real property that the State is not using, as well as increasing the resources of the Treasury.

The aforementioned statute establishes that CEBDI, in coordination with the Real Property Review Board, is in charge of preparing and updating the official inventory of all real property of all agencies, entities, instrumentalities, and public corporations of Puerto Rico's Executive Branch of Government, except for the University of Puerto Rico.

In light of the foregoing, we very respectfully request that, within a term not to exceed fifteen (15) business days, you provide us with the following:

i. A certificate including a list of all real property of which the entity you head, including any attached entities and/or offices, is the titleholder.
ii. Contact information of an official or employee of your entity that can serve as liaison with CEBDI.

The list mentioned in paragraph (i) must include all the information contained in the table attached to this letter. In case your entity is not the titleholder of any real property, provide a certificate stating the same. In any case, you must send the requested information within the term provided to the following email address: CEBDI@aafaf.pr.gov. Said email address can also be used to seek answers to any questions or concerns you may have.

As usual, we appreciate your prompt response to this request for information in order to actively support the Government's effort to formally possess a real property inventory.

Best regards,

[Signature]

Omar J. Marrero Díaz, Esq.
Executive Director – AAFAF
Chair – CEBDI

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

  

PO Box 42001 – San Juan, PR 00940-2001 – Tel. (787) 722-2525

CONFIDENTIAL                ASSETS_2004_0000601

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.