Ing. Edgardo Rivera Báez
HC 74 Buzón 28816 Cayey PR 00736-9473
Tel. 787-738-4566 Cel. 787-642-7195
e-mail; edgardo6259@gmail.com

Estado Libre Asociado de Puerto Rico
Caso Numero: 17 BK 3283-LTS

Numero Reclamación: 15357

A QUIEN CORRESPONDA

Estamos solicitando una réplica a nuestro caso debido a que por error se consignó que el reclamo reunía los requisitos para prioridad administrativa lo cual se me aclaro que no es correcto. Lo que estoy reclamando es una Nota de Ahorro con el numero 2011-0013013. La misma debió ser pagada en 19 de noviembre de 2016 y debido a la Ley PROMESA no se me ha pagado.

Cordialmente;

Edgardo L. Rivera Baez