## ESTADO LIBRE ASOCIADO DE PUERTO RICO — RECIBO DE NOTA DE AHORRO

# NOTAS DE AHORRO
### DE COOPERACIÓN ECONÓMICA CON PUERTO RICO, SERIE A

**Número de Nota:** 2011-001303

**Fecha de Emisión:** 19 de septiembre de 2011

**Fecha de Vencimiento:** 19 de septiembre de 2016

**Cantidad:** $5,000.00

**Nombre del Comprador:** Edgardo L. Rivera Baez

**Nombre del Beneficiario:** Lydia E. Cruz Rodrigues

**Número de Seguro Social:** XXX-XX-1712

**Dirección Postal:** HC74 Buzon 28816
Bo cedro
Cayey, Puerto Rico 00736

**Agente Autorizado:** LUZ H. ROBLES VELAZQUEZ



LAS NOTAS DE AHORRO SON OBLIGACIONES EXCLUSIVAMENTE POR EL GOBIERNO DE PUERTO RICO Y NO ESTÁN GARANTIZADAS POR NINGUNA OTRA ENTIDAD O AGENCIA DEL GOBIERNO DE PUERTO RICO O DEL GOBIERNO DE LOS ESTADOS UNIDOS DE AMÉRICA. LAS NOTAS DE AHORRO NO SON UN DEPÓSITO BANCARIO, POR CONSIGUIENTE, NO ESTÁN ASEGURADAS POR EL FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) Y, EN EL CASO DE COOPERATIVAS, NO ESTÁN ASEGURADAS POR LA CORPORACIÓN PÚBLICA PARA LA SUPERVISIÓN Y SEGURO DE COOPERATIVAS DE PUERTO RICO (COSSEC).

El comprador de esta Nota de Ahorro representa, garantiza y/o certifica lo siguiente:

1. Reconozco haber recibido el Folleto Informativo de las Notas de Ahorro con fecha de 1 de mayo de 2009, el cual contiene valiosa información relacionada a la oferta y venta de las Notas de Ahorro.
2. A la fecha de adquisición de esta Nota de Ahorro el beneficiario de la misma es residente bona fide del Estado Libre Asociado de Puerto Rico.
3. Reconozco que el beneficiario de esta Nota de Ahorro está impedido de transferir la misma a un tercero, excepto en caso de muerte, según el procedimiento establecido en el Folleto Informativo de las Notas de Ahorro.
4. Una vez efectuada la compra de esta Nota de Ahorro, dicha compra será final por lo que el beneficiario de esta Nota de Ahorro sólo podrá redimirla conforme a las disposiciones contenidas en el Folleto Informativo de las Notas de Ahorro.
5. Las Notas de Ahorro han sido emitidas en virtud de las disposiciones de la Ley Núm. 7 del 9 de marzo de 2009, "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico", y el Reglamento "Para Reglamentar la Emisión, Venta, Cobro, Redención y Contabilidad de las Notas de Ahorro del Estado Libre Asociado de Puerto Rico", aprobado por el Departamento de Hacienda de Puerto Rico.
6. Este documento no es un instrumento negociable.

_____
Firma Agente Autorizado

_____
Firma del Comprador