Edgardo [illegible]
HC-74 Buzón 28816
Cayey, P.R. 00736-9473

Case:17-03283-LTS Doc#:16911-2 Filed:06/08/21 Entered:06/09/21 16:18:57 Desc: Envelope Page 1 of 1

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN -8 PM 3: 23

SAN JUAN PR 009
3 JUN 2021 PM 1 L

Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767