UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER STRIKING NOTICE OF HEARING AND CROSS-MOTION OF INDIVIDUAL BONDHOLDER TO ESTABLISH A COMMITTEE TO REPRESENT RETAIL INVESTORS IN THE CONFIRMATION PROCESS

      The Court has received and reviewed the *[1] Response and Objection of Individual Bondholder to Debtors' Motions for Orders Establishing Confirmation Procedures, and [2] Cross-Motion to Establish a Committee to Represent Retail Investors in the Confirmation Process* (Docket Entry No. 16909 in Case No. 17-3283, the "Cross-Motion")[2] and the *Notice of Hearing and Cross-Motion of Individual Bondholder to Establish a Committee to Represent Retail Investors in the Confirmation Process* (Docket Entry No. 16910, the "Notice"), each filed by Peter Hein. The Notice purports to make the Cross-Motion returnable at the hearing to consider the adequacy of the *Notice of Filing of Disclosure Statement Motion and Confirmation Discovery Procedures Motion and Hearing Thereon* (Docket Entry No. 16758) and other related relief scheduled by the Court for **July 13, 2021**.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to entries in Case No. 17-3283.

The Cross-Motion is improperly noticed for a hearing date other than an Omnibus Hearing in contravention of section III.D of the *Fourteenth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 15894-1). Accordingly, the Notice is hereby stricken without prejudice to re-noticing of that motion for an Omnibus Hearing in a manner that complies with applicable laws, rules, and orders.

SO ORDERED.

Dated: June 10, 2021

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge