# Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00005-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

# DECLARATION OF NICHOLAI GRANADOS REGARDING SERVICE OF
## DEPOSITION SUBPOENA OF PHILBERT G. JONES

State of New York
New York County
SS:

I, Nicholai Granados, hereby declare, pursuant to 28 U.S.C. § 1746:

1. I am a professional process server and was retained by counsel to Ambac Assurance Corporation ("Ambac") in the above-captioned proceedings ("Proceeding").

2. I submit this declaration (the "Declaration") on behalf of Ambac and Financial Guaranty Insurance Company (collectively, "Defendants").

3. Statements in this Declaration are based on my personal knowledge derived from my involvement in discovery matters on behalf of Defendants in the Proceedings.

4. On June 5, 2021 at 9:20 am, I attempted service of a subpoena on Philbert G. Jones at 14821 112th Avenue, Jamaica, NY 11435-5816, Mr. Jones's residence.

5. I spoke with a woman who answered the door who indicated that Mr. Jones was currently hospitalized. I believe that she is Mr. Jones's spouse. She further indicated that she did not know when he would be returning home.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Executed:   New York, New York
            June **7th**, 2021

NICHOLAI GRANADOS
License No. 2028666

Sworn to before me this
**7th** Of June, 2021

Notary Public
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/2/2024

1