**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------ x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors. :
------------------------------------------------------------------------ x

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS REGARDING JUNE 16-17, 2021, OMNIBUS HEARING**

To the Honorable U.S. District Court Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of the Title III Debtors (other than PBA and COFINA) (the "Committee") submits this informative motion in response to the Court's *Order Regarding Procedures for June 16-17, 2021, Omnibus Hearing* [Case No. 17-3283, Docket No. 16898] (the "Scheduling Order") and respectfully states as follows:

1.    John Arrastia of Genovese Joblove & Battista, P.A., as Special Litigation Counsel, will telephonically appear on behalf of the Committee at the Hearing (as described in the Scheduling Order), and reserves the right to address as necessary, the following matters:

    a)    The Oversight Board's Motion to Dismiss [D.E. Nos. 41, 42] the adversary complaint filed in Adv. Case No. 20-115, the Committee's Joinder [D.E. No. 43] in that Motion, and the Committee's reply briefing in further support of that Motion. [D.E. 49].

    b)    Any objections, responses, statements, joinders, or replies to any of the foregoing pleading; and

    c)    Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

1

Respectfully submitted this 11ʰ day of June, 2021

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Special Litigation Counsel to the Official Committee of Unsecured Creditors*
Miami Tower- 44th Floor
100 SE 2nd Street,
Miami, FL 33131
Telephone: 305-349-2300
Facsimile: (305) 349-2310


/s/ John Arrastia
John H. Genovese, Esq. (Pro Hac Vice)
jgenovese@gjb-law.com
John Arrastia, Esq. (Pro Hac Vice)
jarrastia@gjb-law.com
Jesus M. Suarez, Esq. (Pro Hac Vice)
jsuarez@gjb-law.com
Angelo Castaldi (Pro Hac Vice)
acastaldi@gjb-law.com

- and –

*/s/ Juan J. Casillas Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq.,
(USDC-PR 218312)
Israel Fernández Rodriguez, Esq.,
(USDC-PR 225004)
Juan C. Nieves González, Esq.,
(USDC-PR 231707)
Cristina B. Fernández Niggemann, Esq.
(USDC-PR 306008)
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
jfernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notification upon all parties in interest registered to receive electronic notification on this matter (which is incorporated herein by reference) on June 11, 2021.

/s/Juan J. Casillas-Ayala
Juan J. Casillas-Ayala