# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT THE JUNE 16, 2021 OMNIBUS HEARING TO THE AUGUST 4, 2021 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

      1.     Pursuant to notice, various omnibus objections to claims were originally filed and scheduled for hearing on March 10, 2021 (the "March Hearing").

      2.     In light of certain responses received, pursuant to notices, the Debtors adjourned to the hearing on June 16, 2021 (the "June Hearing") the *Two Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims with*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Respect to which Deficient Mailing Responses Were Received* [ECF No. 15703] and the *Two Hundred Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to No Liability and Incorrect Debtor Bondholder Claims* [ECF No. 15718] (the "Adjourned March Objections").

3. Pursuant to notice, various omnibus objections to claims were originally filed and scheduled for hearing on April 28, 2021 (the "April Hearing").

4. In light of certain responses received, pursuant to notice, the Debtors adjourned to the June Hearing the following objections: (*i*) the *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* [ECF No. 16021]; (*ii*) the *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* [ECF No. 16030]; (*iii*) the *Three Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor Claims [*ECF No. 16023]; and (*iv*) the *Three Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims that are Partially Deficient and Partially Based on GDB Bonds* [ECF No. 16027] (the "Adjourned April Objections"). *See* ECF No. 16567.

5. Pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing at the June Hearing.

6. The Debtors have received responses to the *Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement*

*System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 16641], the *Three Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable* [ECF No. 16638], the *Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [ECF No. 16643], and the *Three Hundred Twenty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico Claims for Which the Commonwealth is Not Liable* [ECF No. 16647] (collectively, the "Adjourned June Objections," and together with the Adjourned March Objections and the Adjourned April Objections, the "Adjourned Objections").

7. Due to restrictions imposed by (*i*) the Governor of Puerto Rico's executive orders concerning COVID-19[2], and (*ii*) the United States District Court for the District of Puerto Rico's

---

[2] The executive orders include (*i*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Make Viable the Necessary Government and Private Closures to Fight the Effects of Coronavirus (COVID-19) and Control the Risk of Contagion on Our Island*, Administrative Bulletin No. OE-2020-023, (*ii*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, in Order to Continue the Measures Taken to Control the Risk of Contagion of the Coronavirus (COVID-19) in Puerto Rico*, Administrative Bulletin No. OE-2020-033, (*iii*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Extend the Curfew, Continue the Gradual Reopening of Several Economic Sectors, and Other Related Purposes Regarding the Measures Taken to Control the Risk of Coronavirus Contagion (COVID-19) in Puerto Rico*, Administrative Bulletin No. OE-2020-041, (*iv*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Establish a New Curfew, Continue the Economic Reopening, and Other Purposes Relating to COVID-19*, Administrative Bulletin No. OE-2020-044; (*v*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, for the Purposes of Extending the Implemented Lockdown and Curtailing the Measures Implemented to Control the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-062, (*vi*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Extend the Established Curfew and Continue the Measures Taken*

*Eighth Amended Order Continuing Civil and Criminal Proceedings* [Misc. No. 20-00088-GAG, ECF No. 33], directing eligible civil and criminal proceedings in the District of Puerto Rico be conducted via video conference or teleconference until Wednesday, June 30, 2021, the Debtors understand that claimants who wish to appear and be heard at the hearing on the Adjourned Objections may be unable to participate in the June Hearing.

---

*to Control the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-077, (*vii*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, for the Purpose of Amending* Administrative Bulletin No. OE-2020-077 *to Extend the Established Curfew and Continue the Measures Taken to Control the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-079, (*viii*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Extend the Established Curfew and Implement Measures to Slow the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-080; and (*ix*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Implement New Measures to Slow the Spread of COVID-19 in Puerto Rico and repeal Administrative Bulletin Number OE-2020-080*, Administrative Bulletin No. OE-2020-087; (*x*) *Executive Order of the Governor of Puerto Rico Hon. Pedro R. Pierluisi, for the Purposes of Implementing Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and Ordering Economic Stabilization Measures*, Administrative Bulletin No. OE-2021-010; (*xi*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-010,* Administrative Bulletin No. OE-2021-014; (*xii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-014,* Administrative Bulletin No. OE-2021-019; (*xiii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-019,* Administrative Bulletin No. OE-2021-026; and (*xiv*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, to Amend Administrative Bulletin No. OE-2021-026 to Implement New Measures to Face the Emergency Caused by COVID-19 in Puerto Rico*, Administrative Bulletin No. OE-2021-027; (*xv*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-026 and OE-2021-027,* Administrative Bulletin No. OE-2021-032; (*xvi*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-032*, Administrative Bulletin No. OE-2021-036; (*xvii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-036,* Administrative Bulletin No. OE-2021-043.

8. Accordingly, the Debtors hereby adjourn to the August 4, 2021 omnibus hearing the hearings on the Adjourned Objections.

9. The Debtors shall serve copies of this notice upon (*i*) the claimants subject to the Adjourned Objections, and (*ii*) the Master Service List (as defined by the *Fourteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 15894-1]).

10. This notice is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico. The Debtors submit that, in light of the nature of this notice, no other or further notice need be given.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: June 11, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>Gabriel A. Miranda-Rivera<br>USDC No. 306704<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Electric Power Authority*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Electric Power Authority* |