

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 10 PM 5: 20

June 6, 2021

The Financial Oversight &
Management Board for Puerto Rico
150 Carlos Chardon Ave. Suite 150
San Juan PR 00918-1767

The United States District Court
Clerk's Office
150 Carlos Chardon Ave. Suite 150
San Juan PR 00918-1767

United States Trustee
Ochoa Building
500 Tanca Street, 301 Suite
San Juan PR 00901

## BASIS AND NATURE OF OBJECTION

Since one to take notice like a "Debtors" from about this Jointly Administered No. 17BK 3283-LTS at the PROMESA TITLE III, the propose modifications to the Disclosure Statement on my private claim interest from about any Debtors cases like at the overlook at the Employees Retirement System of the Government of the Commonwealth of Puerto Rico most go on with this kind and fundamentally of OBJECTIONS:

1. The Retirement System on board represent all required contribution from those that keep this savings from the starting and ending day worked, without any change that justify it, so it would be a common labor place promise more than any other new financial oversight management.

2. The Retirement System on board represent all kind of guarantees on two ways; for the internal financial system (personal loans due from about active or inactive employees and retired worked too), and for those past or now or new employees too, by monthly payables (input, getput and output).

3. The Retirement System on board represent all type of labor place culture on savings for the elders years just as an unique and exclusive own employee property to enjoy, more than those families and children on those permanent federal assistance dependence without any guarantee that they bring up and pay forward by any contribution to the nation, or maybe at the other hand of any culture with those socio politic corruption image ways about public general obligations, updown financials public credits and investments troubleling, just as an unknown overlook item since a short thru a long possible term.

Well, if this Financial Oversight take notice about those points of view, it maybe consider that for the Employees at the Retirement System, also how it implicate to much danger if the Jointly Administered forget this three important outlook themes. Because at the long or thru the final, is like getting close of this active of the government finances to secure should represent not too much for the PROMESA TITLE III and what it being representative. So Hope, Trust and Believe that if the Financial Oversight Management enters with any power abuse to push this "alleged debtors" when it's a great unjustice to the labor and retired class on that serious default matter and manner of fact. Because it should never satisfy his first or principal duty or challenge. If the private and personal bankrupt enter

on his high levels more than the public past due, forget all kind of guarantors by the COFINA, HTA, PREPA, PBA and others ways to keep up this financial oversight management payable recovery on a stable future view.

Sincerely submitted,

Ana A. Núñez Velázquez
19 Res. Villanueva Apto. 170
Aguadilla, PR 00603