## Ana A. Núñez Velázquez
### *aanunez@live.com*

### Performance/Skills

- *Attend all simple or major duties in front desk using the necessary office equipment* **(Secretary/Receptionist I)**
- *Identifies and Resolves problems in an opportune manner and improve alternative solutions* **(Receptionist, Elector Functionary Coordinator, Cashier, Teller, Social Services Technician and Teacher)**
- *Promotions, publicity, Make contact persons, Instantly sales products and Continue offer other company services* **(Promoter, Advertiser, Consultant and Sales Associate)**
- *Attend customers, collect the amount due, Do In/Out shift report* **(Cashier/Teller)**
- *Economics and Social Evaluations for the Medicaid Eligibility Applicants Citizens* **(Social Services Technician)**
- *Technical Trainer and Coach Support, Evaluate the learning and knowledge and Assesses own strengths and weakness* **(Social Services Technician, Teacher and Secretary)**
- *Demonstrates knowledge of Labor Regulations, Observes safety and security procedures, Reports labor incidents and Maintains confidentiality* **(Social Services Technician, Teacher, Elector Functionary Coordinator, Cashier/Teller, Promoter, and Secretary)**
- *Place in order and work plans activities, perform productivity standards, Precision and Diligence ensure quality and Found sets challenges with good resourcefulness* **(Social Services Technician, Teacher, Elector Functionary Coordinator, Cashier/Teller and Secretary)**

### Experience

- **Puerto Rico State Elector Commission, San Juan PR  (787) 777-8682**
- **Carico International, San Juan PR  (787) 607-3546**
- **American Gas Station, Aguadilla and Isabela PR  (787) 794-4823**
- **Health Department  of Puerto Rico, Aguadilla PR (787) 882-2530**
- **Puerto Rico Department of Education, Aguadilla PR (787) 891-0400**

### Education

- **Science Bachelor Degree approved on May 1990, Inter American University**

### Most Interest

- **An equal opportunity employment with a laborious group that provide great goals and achievement and obtain a good remuneration that can help me in my personal or professional support**