Mrs. Ana A. Nunez Velazquez
19 Res. Villanueva Apto 170
Aguadilla PR 00603

UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JUN 08, 21
AMOUNT
$0.55
R2304W120031-01

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 10 PM 5: 20

The Financial Oversight
Management Board of PR
150 Carlos Chardón Ave.
Suite 150
San Juan PR 00918-1767

00918-170625