8 de junio de 2021

Secretaría del Tribunal de Distrito de los Estados Unidos
Ave. Carlos Chardón, Suite 150
San Juan, PR 00918-1767

United States Trustee
Edificio Ochoa #500 Calle Tanca
Local 301
San Juan, PR 00901

**IN RE COMMONWEALTH OF PR**
**TITULO 111 DE PROMESA**
**NO. 17 BK 3283-LTS**

Señores:

La justa reclamación que realizo como empleada de gobierno y quien por estar Puerto Rico estar en quiebra, y bajo una Junta de Supervisión Fiscal, reiteró que no renunció a los derechos adquiridos de una pensión de un 75% a ser disfrutada una vez tuviera 55 años de edad y 30 años de servicios. Como empleada de la Administración de los Tribunales desde enero de 1989 firmé bajo la Ley 447 y a partir del 2013 al estar bajo la Ley 3 se me violó mi contrato laboral por el cual juramenté en el 1989 obligándome a trabajar siete años más o sea hasta que tenga 61 años y con una pensión de miseria de un 38%.

Bajo la Ley 447 ya en octubre de 2020 estuviera retirada y recibiendo mi pensión de un 75%. Ya tengo 32 años de servicio y 55 años de edad.

**Por tales razones, no renunció a mis derechos adquiridos y exijo que se me honre mi contrato laboral bajo la Ley 447 y se me pague en su totalidad mi pensión vitalicia de un 75%.**

La Junta de Supervisión Fiscal debe dar paso a la Ley 80 y permitir que los empleados cobijados bajo la Ley 447 nos podamos retirar lo que por lo menos nos haría un poco de justicia, ya que la Ley 80 ofrece el pago de por lo menos 50% y un plan médico hasta los 62 años, por lo que muchos empleados estaríamos aceptando irnos bajo lo que ofrece la Ley 80.

Atentamente,

Wanda I. Ortiz Santiago
Urb. Las Leandras
JJ-5 Calle 21
Humacao, PR 00791