Wanda I. Ortiz Santiago
Urb. Las Leandras
JJ-5 Calle 21
Humacao, PR 00791

SAN JUAN PR 009
9 JUN 2021 PM 2 L

Secretaria del Tribunal de Distrito de los Estados Unidos
Ave. Carlos Chardón, Suite 150
San Juan PR 00918-1767

00918-170625

2021 JUN 10 PH 5:20
RECEIVED
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR