Ley Promesa

Caso: En el caso,
Estado Libre Asociado de Puerto Rico
Caso Núm: 17-03283 L.T.S
Caso: 17-03283 LTS
Doc. # 8979
Filed 10/24/19

RECEIVED & FILED
CLERK'S OFFICE
JUN 10 2021
US DISTRICT COURT
SAN JUAN, PR

18 de febrero de 2020

Antonia Rivera Torres

Dirección:
Urb. Mansiones del Lago
Calle Lago Cerrillos 117
Coto Laurel, Ponce
00780
Tel. 787-710-4249

Historial:

Trabajé en el Departamento de la Familia desde el día 23 de enero de 1976 hasta 30 de agosto del 2013, (fecha de jubilación), "Oficial Administrativo. (Véase evidencia obtenida por el Departamento de la Familia, Región Guayama, División Recursos Humanos."

Muy respetuosamente, solicito se reevalúe mi caso.

Gracias

① reclamación con relación a la Ley 83 que se fundamente el caso del Romerazo? Entiendo que fue la Ley 9 y Ley 89 del día 12 de julio del 1979 (Salario Mínimo Federal.) Mi último salario mensual fue de $2,408. (bruto)

② El monto de mi reclamación es de $50.00 desde 1980 ó 1984, 30 años aproximadamente. No recuerdo fecha exacta. ($18,400.) aproximadamente. Salario Mínimo Federal que fue efectiva el 12 de julio de 1979 desde (12 de julio 1979) hasta 30 de agosto 2013.

④ Adjunto evidencias de reclamaciones ó certificaciones efectuadas sobre análisis retributivo de mi expediente y reclamación del Romerazo. Envío estos documentos como evidencia del seguimiento por subscribiente ante mis reclamaciones de ambas leyes. (NO)

Antonia Rivera Torres
Antonia Rivera Torres

Evidencia de mi seguro social que trabajé por muchos años y fue cambiado por: de 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, a fue cambiado al 1629 (véase evidencia)

Salario mínimo federal "Ley 89 12/07/1979 Para el año 2000 era de $2,008.00 Hubo un aumento de $400. y ascendió a $2,408.00, hasta el 30 de agosto 2013, fecha de retiro. Envío hoja donde indica que mi sueldo al final de año era de 30,971.00 Si multiplico $2,408.00 x 12 = 28,896 mi sueldo según mi mensualidad

2,580 según informe      2,408. mi sueldo
12)30,971              12)28,896 mensual bruto

En resumen: 2,580.00
           -2,408.00
           ─────────
             -172.00

Según mis cálculos existe deuda de
172.00
x 34 años
─────────
58,480 salario mínimo
18,400 romerozo
─────────
$76,880.00

*Número de Evidencia de Reclamación*:
*Reclamante*:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   *Véase información adjunto*

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   *Véase información adjunto.*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de la familia - Region Guayama, Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: Ley 89 del 12 de julio de 1979 y Ley 83 Romerazo que no fue pagado.

3(c). Últimos cuatro dígitos de su número de seguro social: 1629
Nota: Tenia un seguro social (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) fue cambiado al 1629

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   
   Solicito reevaluar mi salario Mínimo Federal Ley 89 (12 de julio de 1979 y Ley 83 Romerazo.

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso: _____
4(d). Título, epígrafe, o nombre del caso:
_____

2



c: Es necesario que la suma de los por cientos adjudicados a los beneficiarios en la
Designación arroje un total de CIEN por ciento (100%).

08-20
03-84

**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
**Apartado 42003, Estación Minillas, Santurce, P.R. 00940**

## DESIGNACION DE BENEFICIARIOS

**LEA LAS REGLAS AL DORSO ANTES DE LLENAR EL FORMULARIO. USE LETRA DE MOLDE O MAQUINILLA.**

7 de enero de 1992
**Fecha**

| | Nombre | Apellido Paterno | Apellido Materno | Fecha Nacimiento | Núm. Seguro Social, | Empleado, | Pensionado |
|---|---|---|---|---|---|---|---|
| **YO,** | Antonia | Rivera | Torres | 13-06-49 | 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 | ✓ | |

Por la presente, designo a los beneficiarios mencionados más adelante, para recibir los pagos por defunción que corresponda en mi caso de acuerdo a las disposiciones de ley que apliquen.

**GOBIERNO DE PUERTO RICO**
Departamento de la Familia

## A QUIEN PUEDA INTERESAR

**CERTIFICO** que, **Antonia Rivera Torres,** Número de Seguro Social **-1629**, trabajó para el Departamento de la Familia, en la Administración de Familias y Niños, **Oficina Regional Guayama**.

La Sra. Rivera Torres se desempeñó cómo Oficial Administrativo IV desde el 23 de enero de 1976 hasta el 30 de agosto del 2013.

Certifico hoy, 20 **de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
Oficial Administrativo II

Edif. Fisa Paseo del Pueblo Piso #3 • P.O. Box 210, Guayama, PR 00785 • 787.864-4373 Fax: 787-866-0424
Oficina del Director Asociado ADSEF

**Formulario Form 499R-2/W-2 PR Rev. 09.12**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | ANTONIA |
| Apellido(s) - Surname(s) | RIVERA TORRES |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE VIRGILIO SANCHEZ #45 BOX 72 ARROYO, PR 00714 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L123000048 GUAYAMA ADMINISTRACION FAMILIA Y NINOS AVE. PONCE DE LEON PDA. 2 EDIFICIO SENDIC SAN JUAN, PR 00901 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Control - Control Number | 125584102 |
| 3. Núm. Seguro Social / Social Security No. | XXX-XX-1629 |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos / Charitable Contributions | 12.00 |
| Copia C para Récord del Empleado / Copy C for Employee's Records | |
| Año: Year: | 2012 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 30971.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 30971.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 359.09 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | -2226.00 |
| 15. Aportaciones a Planes Cualif. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 30971.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 1300.78 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 30971.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 449.08 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda