Antonia Rivera Torres
Urb. Mansiones del Lago
Calle Lago Cerrillo J117
Coto Laurel, Ponce, P.R. 00780

Secretaria C. Clerk's Office
Tribunal de Distrito de Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918-1767