Clerks office
United States District Court
U.S. Bankruptcy Court
Room 150 Federal Bldg

San Juan PR 00918-1267

May 31 of 2021

Bankruptcy Case No 17-bk-03283 (LTS)

Filed in the bankruptcy court

Obe E. Johnson
plaintiff

V

Lcda Fabiola Acaron Porrate-Doria; Estado Libre Asociado de Puerto Rico; Administracion de Correccion of Puerto Rico

V

Habeas Corpus Action. I claim of been held illegally incarcerated

I request the bankruptcy court to lift or vacate the Promesa stay

This motion is filed in the bankruptcy court in bankruptcy case No. 17-bk-03283 (LTS)

CLERK'S OFFICE
United States District Court
U.S. Bankruptcy Court
Room 150 Federal Bldg
San Juan PR 00918-1767
May-31 2021

(1)

| The Financial Oversight and Management Board for Puerto Rico as representative of | PROMESA Title III<br><br>Motion filed in Bankruptcy Case No 17-bk-03283 (LTS) |
|---|---|
| the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority<br><br>Debtors | |

This motion is filed in the bankruptcy court to lift or vacate the PROMESA stay in bankruptcy case No 17-bk-03283(LTS)

To the Honorable Court or Honorable Judge Laura Taylor Swain
Greetings

Comes now petitioner, Obe E Johnson, and before this Honorable bankruptcy court respectfully states alleges and prays as follows

Jurisdiction
the Constitution of the United States bankruptcy appeal Jurisdiction under 28 U.S.C 1334 alternatively I seek from the bankruptcy court

or title III court, This motion is filed in this bankruptcy case No 17-bk-03283(LTS) to lift or vacate the promesa stay pursuant to the eleventh amended case management procedures established for such purpose in the title III proceeding Bkr. No 17-03283(LTS) Docket NO 11855

I have demonstrated cause to lift or modify or vacate the automatic stay with respect to the Habeas corpus action, that I have been held illegally incarcerated, and the damage action against Attorney Fabiola Acaron porrate-Doria the commonwealth of puerto rico, and including the Administracion of correccion of puerto rico, for the Lost of my company to be compensate,

as I previously claim, That the Allegation occured in 2005, That I was illegally or wrongfully admitted into the puerto rico correction Prison on february 19Th of 2005, promesa law should not or is not referred to me, I was illegally incarcerated before promesa law came into exist, The bankruptcy court should hear this matter, to lift or vacate the promesa stay,

The commonwealth government of puerto rico should not hesitate or objective to compensate me, to held me illegally incarcerated, and for the Lost of my company, further my claims do not fall under any of the exception to the bankruptcy stay set forth in section 362(b)

(3)

according to Federal Law I claim to be held illegally in custody by the Commonwealth State of Puerto Rico, or Government of Puerto Rico is in Violation of the Constitution, treaties or Law of the United States,

Request, please can Honorable Judge Laura Taylor Swain order that I should be release or free out illegal custody or prison during the hearing that will be celebrated on July 13-2021 at 9:30 am, the Appeal and the habeas corpus action has proceed to Final Judgment,

also please can this Honorable bankruptcy court order the Puerto Rico Department of Correction and Rehabilitation that I should be taking or carry to the court on July 13 of 2021 during the Hearing celebration, or to listen.

The Puerto Rico Department of Correction and Rehabilitation of Guayama 500 prison, trying to force me to sign or signature to be release on parole, and I refused,
That's my reason I am requesting to be at this Hearing to be inform, or notify or to listen

Therefore the promesa automatic stay shall not continue to apply to this appeal, and the habeas corpus action, This Honorable court of bankruptcy shall or should pursuit execution and enforcement of Judgment for a claim for money damage against the commonwealth of Puerto Rico,

(4)

or title III debtor, This motion is Filed in this bankruptcy court in bankruptcy case No 17-bk-03283(LTS) pursuant to title III of promesa, I alternatively seek relief the bankruptcy court or Title III court to Lift or Vacate the promesa stay, pursuant to the eleventh Amended case management procedures established for such purpose in the title III proceedings Bkr bankruptcy case No. 17-bk 03283(LTS)

Dated may 31 2021

respectfully submitted
Obe E John for
Institucion Guayama 500
AB-033
P.O. Box 10005
Guayama PR 00785