ATTACHMENT

1) information of court United States court of Appeals
appeal case No 21-1189 I claim that I lose of my company to be compensated or award the amount of $25 million in damage

2) the Habeas Corpus action for a wrongful conviction and a wrongful imprisonment the amount have not been announce or declare yet

subject to paragraphs III.F, III.S and III.T a motion for relief from the automatic stay (a stay relief motion) in accordance with Bankruptcy code section 362

Certification the commonwealth of Puerto Rico has conferred the appeal and the Habeas Corpus Action to proceed to Final Judgment
the Habeas Corpus action and the appeal has already proceed to Final Judgment
the commonwealth of Puerto Rico should modify the Automatic stay or lift or vacate the Promesa stay

I request to be release out or off illegal custody or prison, the Habeas Corpus Action and the appeal has proceed to Final Judgment