This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 5/19/2021 at 5:27 PM AST and filed on 5/19/2021
Case Name: Johnson v. Ocasio-Montanez et al
Case Number: 3:20-cv-01222-JAG
Filer:
Document Number: 16(No document attached)

Docket Text:
ORDER denying [11] Motion requesting Order. Any request to lift or vacate the PROMESA stay must be filed in the bankruptcy court in Bankruptcy Case No. 17-bk-03283 (LTS). Signed by Judge Jay A. Garcia-Gregory on 5/19/2021. (MQ)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 5/19/2021 at 5:29 PM AST and filed on 5/19/2021
**Case Name:** Johnson v. Ocasio-Montanez et al
**Case Number:** 3:20-cv-01222-JAG
**Filer:**
**Document Number:** 17(No document attached)

**Docket Text:**
ORDER denying [12] Motion for Bond. The Court does not have the power to provide the relief requested. Signed by Judge Jay A. Garcia-Gregory on 5/19/2021. (MQ)