Obe E. Johnson
Institucion Guayama Spc
AB-033
P.O. Box 1000-S
Guayama, PR 00785

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

10 junio 2021
RESPONDEN LEGAL

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 10 PM 4:19