TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

Gilberto David Feliciano
Urb. Villa Madrid P-13 Calle 19
Coamo, P.R. 00769
Tel. 787-204-5557
gdavidfeliciano@gmail.com

PROMESA
Título III
Núm. 17 BK 3283-LTS
No. De Reclamación 126001

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DE 27 DE JULIO DE 1998. LA LEY 180 ESTABLE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA 3 AÑOS POR EL AUMENTO DEL COSTO DE LA VIDA.
EL DINERO SE ME ADUEDA DESDE EL AÑO 2001 CUANDO COMENCÉ A RECIBIR LA PENSION HASTA EL PRESENTE 2019. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HON. TRIBUNAL NO DEBA DECLARAR A LUGAR LA OBJECIÓN GLOBAL EN RELACIÓN A MI RECLAMO.


Gilberto David Feliciano

*[signature]*

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| GILBERTO DAVID FELICIANO<br>URB. VILLA MADRID P-13 CALLE 19<br>COAMO, P.R. 00769<br>Tel. 787-204-5557<br>gdavidfeliciano@gmail.com | PROMESA<br>Título III<br>Núm. 17 BK 3283-LTS<br>No. De Reclamación 164000 |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $ 100.00 mensuales.

Este aumento nunca se pagó.

Durante el termino de esa ley (1980-2000) yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 22 años a $1,200.00 por año, lo que representa $26,400.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

Cantidad adeudada estimada: $ 26,400.00

Gilberto David Feliciano

Gilberto Jesús Roldán Ramírez

Ley 180 - Cost Living del 27 de julio de 1998

$2,233.00 - Salario por pensión vitalicia

La ley 180 establece un aumento al salario al 3% mensual cada 3 años por el aumento en el costo de la vida

### Computos

① $2,233.00
× .03
———————
$ 66.99

$2,233.00
+ 66.99
———————
$ 2,299.99

② 2,299.99
× .03
———————
$ 68.99

$2,299.99
+ 68.99
———————
$2,368.98

③ $2,368.98
× .03
———————
$ 71.06

$2,368.98
+ 71.06
———————
$2,440.04

④ $2,440.04
× .03
———————
$ 73.20

$2,440.04
73.20
———————
$2,513.24

⑤ $2,513.24
× .03
———————
$ 75.39

$2,513.24
75.39
———————
$2,588.63

⑥ $2,588.63
× .03
———————
$77.65

$2,588.63
77.65
———————
$2,666.28

| Años reclamados | aumento | 36 meses cada 3 años | Deuda |
|---|---|---|---|
| 2004-2007 | $66.99 | 36 meses | $2,299.99 |
| 2007-2010 | $65.99 | 36 meses | 2,368.98 |
| 2010-2013 | $71.06 | 36 meses | 2,440.04 |
| 2013-2016 | $73.20 | 36 meses | 2,513.24 |
| 2016-2019 | $75.39 | 36 meses | 2,588.63 |
| | | | $12,210.88 |

# CERTIFICADO  DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

GILBERTO DAVID FELICIANO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRO DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __11 de febrero__ DE 19_81_ HASTA __11 de febrero__ DE 19_87_.

DADO EN SAN JUAN DE PUERTO RICO EL __5 de agosto__ DE 19_81_.

Número 2524

SECRETARIA DE INSTRUCCIÓN PUBLICA



# CERTIFICADO DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

GILBERTO DAVID FELICIANO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRO DE ESCUELA SECUNDARIA
(Ciencias Sociales)

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 11 de febrero DE 19 81 HASTA 11 de febrero DE 19 87.

DADO EN SAN JUAN DE PUERTO RICO EL 5 de agosto DE 19 81.

_____
SECRETARIA DE INSTRUCCIÓN PUBLICA

Número 2523



# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado de Maestro

### El Secretario de Educación

Por la presente confiere a

GILBERTO DAVID FELICIANO

El presente Certificado que lo faculta para ejercer como

MAESTRO DE ESCUELA SECUNDARIA
( Estudios Sociales )

en las escuelas públicas o privadas de Puerto Rico.

Expedido desde 13 de febrero de 19 93 hasta 13 de febrero de 19 99

Dado en San Juan de Puerto Rico, el 14 de junio de 19 95

Número 6116

Víctor R. Fajardo Vélez
Secretario de Educación



# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado de Maestro
### El Secretario de Educación

Por la presente confiere a

GILBERTO DAVID FELICIANO

El presente Certificado que lo faculta para ejercer como

MAESTRO DE ESCUELA ELEMENTAL

en las escuelas públicas o privadas de Puerto Rico.

Expedido desde 13 de febrero de 19 93 hasta 13 de febrero de 19 99

Dado en San Juan de Puerto Rico, el 14 de junio de 19 95

Número 6117

Víctor R. Fajardo Vélez
Secretario de Educación

# CERTIFICADO  DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

GILBERTO DAVID FELICIANO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

DIRECTOR DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE  27 de marzo  DE 19 84  HASTA  27 de marzo  DE 19 90 .

DADO EN SAN JUAN DE PUERTO RICO EL  18 de octubre  DE 19 84 .

Número 4399

SECRETARIA DE INSTRUCCIÓN PÚBLICA



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## *Certificado Vitalicio*
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**GILBERTO DAVID FELICIANO**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**DIRECTOR(A) DE ESCUELA SECUNDARIA**

**SECONDARY SCHOOL PRINCIPAL**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el   17 de mayo           de 20 13
*Issued on    May 17               20 13*

Dado en San Juan de Puerto Rico, el   23 de mayo   de 20 13
*Given at San Juan, Puerto Rico on    May 23       20 13*

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 996064
Certificate Number: 996064



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Docente
*Teacher's Certificate*

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**GILBERTO DAVID FELICIANO**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**SUPERINTENDENTE AUXILIAR DE ESCUELAS**
**ASSISTANT SCHOOL SUPERINTENDENT**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido desde 12 de abril de 2008 hasta 12 de abril de 20 14
*Issued on April 12 2008 and valid until April 12 20 14*

Dado en San Juan de Puerto Rico, el 23 de mayo de 20 13
*Given at San Juan, Puerto Rico on May 23 20 13*

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 996073
Certificate Number: 996073

# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**GILBERTO DAVID FELICIANO**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**DIRECTOR(A) DE ESCUELA ELEMENTAL**
**ELEMENTARY SCHOOL PRINCIPAL**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el  17 de mayo  de 20 13
*Issued on*  May 17  20 13

Dado en San Juan de Puerto Rico, el  23 de mayo  de 20 13
*Given at San Juan, Puerto Rico on*  May 23  20 13

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 995824
Certificate Number: 995824



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
Life Certificate

El Secretario de Educacion por la presente confiere a
The Secretary of Education hereby issues to

**GILBERTO DAVID FELICIANO**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**MAESTRO(A) DE EDUCACION SECUNDARIA (ESTUDIOS SOCIALES)**
**SECONDARY SCHOOL TEACHER (SOCIAL STUDIES)**

en las escuelas publicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido el   17 de mayo                    de 2013
Issued    on   May 17                         20 13

Dado en San Juan de Puerto Rico, el   23 de mayo   de 2013
Given at San Juan, Puerto Rico on     May 23       20 13

*Rafael Román Meléndez*
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 996071
Certificate Number: 996071