Gilberto David Febo...
Urb. Villa Madrid - P-13
Calle #19, Coamo, Puerto Rico 00769




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JUN 08, 21
AMOUNT
**$8.05**
R2303S101715-06

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 10 PM 5:20



CERTIFIED MAIL
7018 2290 0000 2774 2948

Secretaria Clerk - Officer
Tribunal de Distrito de los Estados Unidos -
Room 150 Avenida Chardon
Edificio Federal - San Juan - Puerto Rico
00918 (1767)

RETURN RECEIPT