CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



Hasler
06/03/2021
US POSTAGE $01.20
ZIP 00918
011D11607543

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 10 PM 5:21

Graciela Gomez Morales
Urb. Villa Real C/3 O-31
Vega Baja, PR 00693

-R-T-S- 006934013-1N   06/08/21
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER