IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## OBJECTIONS FROM RETIRES MEMBERS

TO HONORABLE LAURA TAYLOR SWAIN

Nancy I. Negrón-López appears, who subscribes and very respectfully **STATES, ALLEGES AND REQUESTS**:

1. The bankruptcy was due to the mismanagment of the administration of the Commonwealth of Puerto Rico, not from the hardworking members, which, serve all Puertorricans, and the USA people.

2. The money was already place to pay the retirement funds of all the members which worked (over 20 years to be able) to support themselves and their families.

3. The mayority of retired members worked over 20 years, pay into the retired funds, and serve honorabletly so they don't have to depend on the Goverment.

4. It be unlawful, deshonest, and injust, that the peoplewhich mismanage the funds from the retirement, does not have to pay for their corruptions, while making the middle class pay for it.

5. Therefore, we propose:

   a) That all the retire's keep been pay the amount that was caunted at the time of the retirement.

   b) Find out whom mismanage those funds, and make them pay for that they apropiated.

   c) Be equal, and do not raise the income of any Goverment employes, nor politicians until the Economy of Puerto Rico gets stable.

   d) Do not allow people which have being found corrupt to serve any leadership position in Goverment.

   e) Stop paying exhorbit amounts of money (no manner how well prepare they are) to few people who offers solutions and instead are contributing to the deths of Puerto Rico's economy.

**FOR ALL OF WHICH**, I respectfully request that you take cognizance of the

aforementioned and consequently reconsider your determination.

In San Sebastián, Puerto Rico, today June 10, 2021.

*Nancy I. Negrón López*
**NANCY I. NEGRÓN-LÓPEZ**
Retired Police
Badge #16730
HC 3 Box 34941
San Sebastián, Puerto Rico 00685
Teléfono: (787) 430-3008
Email: negron.nancy1111@gmail.com