1 de junio de 2021

Debra A. Herrera Bravo

PO Box 1224

Isabela, P.R. 00662

Teléfono- 787-669-4383

Email- debbieherrera3@gmail.com

Saludos:

    Junta de Supervisión y Administración Financiera para Puerto Rico. # 17BK3283 LTS. Promesa, numero de reclamación 154228. # estado de prioridad 503 (b) (9). Por la presente estoy solicitando el Romerazo y reclasificación de puesto que nunca a sido otorgado por dichos gobiernos de Puerto Rico. La Ley Promesa le exige al gobierno los pagos de retiros de los empleados de gobierno del Estado Libre Asociado de Puerto Rico.

Gracias anticipadas,

Debra A. Herrera Bravo