LTS Doc#:16956-1 Filed:06/11/21 Entered:06/11/21
Envelope Page 1 of 1

Deborah Herrera
PO Box 1224
Isabela, PR
00662

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 11 PM 5:11

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal.
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
3 JUN 2021 PM 1 L