30 de mayo 2021
Guayanilla, PR

A quien pueda interezar..

Mi Nombre es Edna E. Torres Muñoz. Fui enfumera practica del Hospital Distrito de Ponce desde 1972 hasta 1999 que nos jubilaron. Mi Num SS los 4 ultimos numeros son 4741. Mi Numero de telefono es 939-226-8239. Mi Direccion es
Urb. Santa Elena
Calle Flamboyan H 15
Guayanilla, PR 00656
La reclamacion es la indicada por la Juez Taylor

Caso Promesa III
Num 17 BK 3283-LTS

Caso emendados Num 14 (ECF Num 15894-1 tos Procedimientos de Administracion Caso)

Muchas Gracias
Edna E. Torres Muñoz

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 11 PM 5: 11

SAN JUAN PR 009
4 JUN 2021 PM 2 L

Edna E. Torres Muñoz
Urb, Santa Elena
Calle Flamboyan H15
Guayanilla, P.R. 00656

Ley Promesa III
Avenida Carlos Chardón Ste 15D
San Juan, Puerto Rico 00918-1767