

9 de junio de 2021

Junta de Supervisión y Administración
Financiera para Puerto Rico
Número 17 BK 3283 – LTS
Promesa número de reclamación 131765
Núm estado de prioridad 503(b)(a)

Saludos:

Por la presente estoy solicitando : Puesto de Reclamación ,Pasos, Años de Servicios, Quinquenio, Puesto de Supervisión Interino los cuales nunca han sido otorgados por el Gobierno de Puerto Rico.

La Ley Promesa exigen al gobierno los pagos de retiros de los empleados del Estado Libre Asociado de Puerto Rico.

Gracias anticipadas

Maria del Carmen Mercado Ortíz
HC 01 Box 11123
San Sebastián PR 00685

Maria del C. Mercado Ortiz
HC1 Box 11123
San Sebastian, P.R.
00685

SAN JUAN PR 009
10 JUN 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 10 PM 5 11

Secretaria (Clerk's Office)
Tribunal de distrito de los
Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico
00918-1767