UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br>THE COMMONWEALTH OF PUERTO RICO et al.,<br>　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER DENYING URGENT MOTION FOR EXTENSION OF TIME TO
OBJECT TO BEST INTEREST ANALYSIS OF DISCLOSURE STATEMENT

The Court has received and reviewed the *Urgent Motion for Extension of Time to Object to Best Interest Analysis of Disclosure Statement* (Docket Entry No. 16953 in Case No. 17-3283, the "Urgent Motion"), filed by Salud Integral de la Montaña, Inc. ("SIM"). Movant cites section 314(b)(6) of PROMESA for the "best interests" standard. Section 314(b), however, sets out plan confirmation requirements. Movant has an opportunity to review the best interests analysis and present objections to the *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico,* et al. (Docket Entry No. 16741 in Case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 17-3283, the "Disclosure Statement") based upon that review by **June 15, 2021**, and, if the Court approves the Disclosure Statement, Movant will have the opportunity to argue that the proposed Plan of Adjustment fails to meet the best interests test. Accordingly, the Urgent Motion is denied.

SO ORDERED.

Dated: June 11, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge