UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING DRA PARTIES' URGENT MOTION FOR LEAVE TO
EXCEED PAGE LIMIT WITH RESPECT TO THEIR OBJECTION TO
THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT
PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL.

Upon consideration of the *DRA Parties' Urgent Motion for Leave to Exceed Page Limit with Respect to Their Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico,* et al. (Docket Entry No. 16951 in Case No. 17-3283, the "Urgent Motion"),[2] seeking leave allowing the DRA Parties to file an Objection to the Third Amended Disclosure Statement in excess of the thirty-five (35) page limit set forth at CMP Order ¶ I.E., the Court hereby finds and determines that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein have the meanings ascribed in the Urgent Motion.

this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ordered that:

1. The Urgent Motion is granted as set forth herein.

2. The DRA Parties are authorized to file an Objection to the Third Amended Disclosure Statement of no more than 55 pages in length, exclusive of the cover page, tables of contents and authorities, signature page, exhibits and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and interpretation of this Order.

4. This Order resolves Docket Entry No. 16951 in Case No. 17-3283.

SO ORDERED.

Dated: June 11, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge