# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

    I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On June 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the PR Fee Application Service List attached hereto as **Exhibit A**:

- Thirty-Third Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation Rendered Outside of Puerto Rico and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico for the Period from April 1, 2021 through April 30, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On June 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the E&Y Fee Application Service List attached hereto as **Exhibit B**:

- Monthly Fee Application of Ernst & Young LLP, as Financial Advisor to the Financial Oversight and Management Board for Puerto Rico, for Title III Services Rendered and Reimbursement of Expenses for the Period from February 1, 2021 through February 28, 2021

Dated: June 14, 2021

                                                                                           */s/ Nicholas Vass*
                                                                                               Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 14, 2021, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**Exhibit A**

Exhibit A
PR Fee Application Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar Garcia & Milian CSP | Attn AJ Bennazar Zequeira | Edificio Union Plaza PH A | 416 Ave Ponce de Leon | Hato Rey | PR | 00918- | ajb@bennazar.org | Overnight Mail and Email |
| Casillas Santiago & Torres LLC | Attn J Ayala A Negron | El Caribe Office Building | 53 Palmeras Street Ste 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; aaneses@cstlawpr.com | Overnight Mail and Email |
| EDGE Legal Strategies, PSC | Attn: Eyck O. Lugo | 252 Ponce de León Avenue | 252 Ponce de León Avenue, Citibank Tower, 12th Floor | San Juan | PR | 00918- | elugo@edgelegalpr.com | Email |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | kstadler@gklaw.com | Email |
| Jenner & Block LLP | Attn Catherine Steege Melissa Root | 353 N Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Overnight Mail and Email |
| Jenner & Block LLP | Attn R Gordon R Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail and Email |
| Marini Pietrantoni Muniz LLC | Attn L MniBgi C VlzRvro V Bly Slr | MCS Plaza Suite 500 | 255 Ponce de Leon Ave | San Juan | PR | 00917- | vblay@mpmlawpr.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 21 | Attn Guy Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | | Overnight Mail |
| OMelveny Myers LLP | Attn J Rpsrdi S Ulnd P Frdmn | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; dperez@omm.com; suhland@omm.com | Overnight Mail and Email |
| ONeill & Borges LLC | Attn H Baur | American International Plaza | 250 Munoz Rivera Ave Suite 800 | San Juan | PR | 00918 1813 | hermann.bauer@oneillborges.com | Overnight Mail and Email |
| Paul Hastings LLP | Attn Luc Despins | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn Bienenstock and Barak | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; ctheodoridis@proskauer.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn Paul Possinger | 70 West Madison Street | | Chicago | IL | 60602 | | Overnight Mail |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea & Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov | Overnight Mail and Email |
| US Trustee District of Puerto Rico | Attn M Arribas M Gianrks N Gargula | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov; | Overnight Mail and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1

**Exhibit B**

Exhibit B
E&Y Fee Application Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar Garcia & Milian CSP | Attn AJ Bennazar Zequeira | Edificio Union Plaza PH A | 416 Ave Ponce de Leon | Hato Rey | PR | 00918- | ajb@bennazar.org | Overnight Mail and Email |
| Casillas Santiago & Torres LLC | Attn J Ayala A Negron | El Caribe Office Building | 53 Palmeras Street Ste 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; aaneses@cstlawpr.com | Overnight Mail and Email |
| EDGE Legal Strategies, PSC | Attn: Eyck O. Lugo | 252 Ponce de León Avenue | 252 Ponce de León Avenue, Citibank Tower, 12th Floor | San Juan | PR | 00918- | elugo@edgelegalpr.com | Email |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | kstadler@gklaw.com | Email |
| Greenberg Traurig, LLP | Attn Cleary Hutton Finger Haynes | 200 Park Avenue | | New York | NY | 10016 | Huttonj@gtlaw.com; Haynesn@gtlaw.com; fingerk@gtlaw.com; haynesn@gtlaw.com; | Overnight Mail and Email |
| Jenner & Block LLP | Attn Catherine Steege Melissa Root | 353 N Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Overnight Mail and Email |
| Jenner & Block LLP | Attn R Gordon R Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail and Email |
| Marini Pietrantoni Muniz LLC | Attn L MniBgi C VlzRvro V Bly Slr | MCS Plaza Suite 500 | 255 Ponce de Leon Ave | San Juan | PR | 00917- | vblay@mpmlawpr.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 21 | Attn Guy Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | | Overnight Mail |
| OMelveny Myers LLP | Attn J Rpsrdi S Ulnd P Frdmn | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; dperez@omm.com; suhland@omm.com | Overnight Mail and Email |
| ONeill & Borges LLC | Attn H Baur | American International Plaza | 250 Munoz Rivera Ave Suite 800 | San Juan | PR | 00918 1813 | hermann.bauer@oneillborges.com | Overnight Mail and Email |
| Paul Hastings LLP | Attn Luc Despins | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn Bienenstock and Barak | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; ctheodoridis@proskauer.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn Paul Possinger | 70 West Madison Street | | Chicago | IL | 60602 | | Overnight Mail |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea & Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov | Overnight Mail and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 2

Exhibit B
E&Y Fee Application Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| US Trustee District of Puerto Rico | Attn M Arribas M Gianrks N Gargula | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov; | Overnight Mail and Email |