UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING URGENT MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO
OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
(I) DISCLOSURE STATEMENT FOR THIRD AMENDED TITLE III JOINT PLAN OF
ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL.* AND (II) RELATED MOTIONS

　　　　　Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limit with Respect to Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Third Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico,* et al. *and (II) Related Motions* (Docket Entry No. 16966 in Case No. 17-3283, the "Urgent Motion"),[2] seeking leave to exceed the thirty-five (35) page limit for memoranda of law in support of objections by the Case Management Procedures, the Court hereby finds and determines that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further

---

[1]　　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]　　Capitalized terms not defined herein have the meanings ascribed in the Urgent Motion.

notice need be provided; and (iv) the Court having determined the legal and factual bases set forth in the Urgent Motion establish just cause for partial relief requested therein, the Court hereby grants in part and denies in part the Urgent Motion and orders that:

1. The Committee is authorized to file an Objection to the Disclosure Statement of no more than seventy-five (75) pages in length, exclusive of the cover page, tables of contents, table of authorities, signature page, exhibits, and the certificate of service.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and interpretation of this Order.

3. This Order resolves Docket Entry No. 16966 in Case No. 17-3283.

SO ORDERED.

Dated: June 14, 2021

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge