# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br>THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM (ERS) OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE. |
| WAL-MART PUERTO RICO, INC.<br>Proof of claim no. 160793<br><br>    Respondent. | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

    COMES NOW respondent Wal-Mart Puerto Rico, Inc. ("Wal-Mart"), through the undersigned attorney, and respectfully prays and requests as follows:

    The undersigned attorney joins the legal representation of the appearing party in the captioned case.

    WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned and admit the undersigned as legal representative of the appearing party.

    RESPECTFULLY SUBMITTED.

- 2 -

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 14th day of June 2021.

                                                */s/Guillermo J. Silva-Wiscovich*
**GUILLERMO J. SILVA-WISCOVICH**
**USDC-PR NO. 210708**
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8743
FAX: (787) 282-3673
Email: gsilva@bioslawpr.com

*Counsel for Respondent*
*Wal-Mart Puerto Rico, Inc.*