# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

NOW APPEARS Sheppard Mullin Richter & Hampton LLP ("Sheppard") in its capacity as counsel to the Ad Hoc Group of Noteholders of FGIC-Insured Notes, a group of creditors and parties in interest hereto. Sheppard hereby enters its appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and very respectfully requests that all motions, pleadings, papers and orders be served upon it through the contact information provided below, and that Sheppard be included in the master list, or any other similar notice list applicable to this proceeding.[2]

---

[1] The Debtors in the various Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On July 26, 2019, Sheppard filed a notice of appearance in the HTA Title III case [Case No. 17-03567, Dkt. No. 625].

Lawrence A. Larose, Esq.
Nirav Bhatt, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, New York, NY 10112
Telephone: 212.896.0627
Email: LLarose@sheppardmullin.com
NBhatt@sheppardmullin.com

and

Cordova & Dick, LLC
#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918
P.O. Box 194021
San Juan, PR 00919-4021
Telephone: 787.452.6425
Email: bmd@bmdcounselors.com

WE HEREBY CERTIFY that this document was electronically filed with the

Clerk of the Court using the CM/ECF system, which will notify case participants.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 15, 2021

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Lawrence A. Larose [admitted *pro hac vice*]
Nirav Bhatt [admitted *pro hac vice*]
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 896-0627
Facsimile: (917) 438-6197
Email: LLarose@sheppardmullin.com
       NBhatt@sheppardmullin.com

*Counsel to the Ad Hoc Group of Noteholders of FGIC-Insured Notes*

-and-

CORDOVA & DICK, LLC

*/S/BRIAN M. DICK BIASCOECHEA*
Brian M. Dick Biascoechea
#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918
P.O. Box 194021
San Juan, PR 00919-4021
Telephone: (787) 452-6425
USDC No.: 230,903
Email: bmd@bmdcounselors.com

*Local Counsel to the Ad Hoc Group of Noteholders of FGIC- Insured Notes*