| PLAINTIFF 17-1770 | CLAIM ID |
|---|---|
| GIARA WASHINGTON | 20298 |
| LYNNOTT ADORNO GONZÁLEZ | 19728 |
| EMILIO ADORNO OTERO | 163835 |
| JENNIFER M. AMBERT MARTÍNEZ | 19570 |
| LUIS G. AULÍ FLORES | 19721 |
| IRVING BAYON CORREA | 15020 |
| JOSÉ R. BONILLA CARABALLO | 21112 |
| IVONNE BORRERO | 17536 |
| EDGAR CALDERÓN LEBRÓN | 21109 |
| OMAR J. CLAUDIO LLOPIZ | 21122 |
| WANDA CRUZ DIAZ | 21296 |
| JUAN CRUZ DONES | 17159 |
| REBECCA DE PEDRO GONZALEZ | 21195 |
| SARAI DIAZ REYES | 19723 |
| JOSÉ ESPINOSA | 19567 |
| JOSHUA FIGUEROA SERRANO | 21118 |
| FERNANDO FUENTES RODRÍGUEZ | 21354 |
| IVELISSE GONZÁLEZ | 19808 |
| MIGUEL A. GONZÁLEZ GERENA | 21239 |
| ANA GONZALEZ LEDESMA | 21269 |
| GENESIS HERNANDEZ DIAZ | 21398 |
| ALLAN A. GRIFFITH FIGUEROA | 19555 |
| CARLOS HERNÁNDEZ RESTO | 20932 |
| JORGE IRIZARRY PARÍS | 21560 |
| EDWIN JÍMENEZ RESTO | 20408 |
| OSCAR LEDESMA ALBORS | 21514 |
| JEAN LEÓN RENTA | 17970 |
| ARIADNA LÓPEZ | 17953 |
| JANICE MARCHAND BAUZA | 21568 |
| JAZMINE MARTÍNEZ GONZÁLEZ | 15949 |
| WANDA MORALES | 15537 |
| CRISTOBAL MAYSONET GARCÍA | 22725 |

| Name | Number |
|---|---|
| DOROTHY MYERS | 22727 |
| JONUEL NEGRON DIAZ | 163756 |
| RUTH OLIVERO ALVAREZ | 22726 |
| ALEJANDRA ORTIZ MELÉNDEZ | 21387 |
| OMAR PADRÓ PAGÁN | 21588 |
| GILBERTO PAGÁN | 22734 |
| WILFRIDO PALACIO CAMACHO | 22753 |
| KEVIN J. PAREDES SÁNCHEZ | 23071 |
| ADY PAZ OTERO | 39733 |
| CATHERINE QUIÑONES PIMENTEL | 23312 |
| NEFTALI RAMOS LOZADA | 23814 |
| ARNALDO REYES PEREZ | 19688 |
| AUGUSTO RIVERA FALÚ | 24033 |
| FÉLIX RIVERA GONZÁLEZ | 23961 |
| LUIS RIVERA GONZALEZ | 23975 |
| PRISCILLA RIVERA GONZALEZ | 23983 |
| DIEGO RIVERA ORTIZ | 24244 |
| RAMON RIVERON MUÑOZ | 24332 |
| JOSE RODRIGUEZ CONCEPCION | 24280 |
| JOSEPH RODRÍGUEZ RODRÍGUEZ | 23932 |
| JUAN RODRIGUEZ SAURE | 23914 |
| RAÚL SÁNCHEZ | 20344 |
| LUIS SANTAELLA | 20063 |
| PABLO SANTIAGO RODRÍGUEZ | 24454 |
| CARLOS SANTOS FIGUEROA | 39273 |
| JEAN SANTIAGO TORRES | 24057 |
| ANTONIO SOLA MARTI | 23980 |
| EMMANUEL SOTO RAMOS | 24124 |
| NELSON TORRES | 21700 |
| ALTAGRACIA TORRES MARRERO | 21826 |
| ISALÍ TORRES MARTÍNEZ | 24463 |
| MYRIAM TORRES SOTO | 23958 |
| FRANCES VÁZQUEZ | 24006 |

| | |
|---|---:|
| **RAQUEL VEGA LÓPEZ** | 23308 |
| **CHRISTIAN VEGA VILLALBA** | 24075 |
| **KASSANDRA VELA CALO** | 24505 |
| **WANDA VICENTI LATORRE** | 24001 |
| **JAVIER WALKER CARRASQUILLO** | 24479 |
| | |