| PLAINTIFF USDC 18-1081 | CLAIM ID |
|---|---:|
| | |
| DAMARIS GARCIA PERALES | 52966 |
| RAFAEL LEYVA ROMERO | 52947 |
| NELSON RAMOS MUNDO | 43509 |
| YAITZA RIVAS SANTIAGO | 52347 |
| HECTOR VELEZ CARRASQUILLO | 37876 |
| | |