| PLAINTIFF USDC 17-2385 | CLAIM ID |
|---|---|
| | |
| SOCORRO ALBERTY | 51972 |
| FELIX ARROYO MOLINA | 52627 |
| MARGARITA JIMENEZ BRACERO | 41675 |
| WANDA LLOPIZ | 53010 |
| BARBARA OCASIO MATOS | 52161 |
| ANITZA ORTIZ MEDINA | 52441 |
| ADALBERTO PANTOJAS | 52423 |
| NOELIA RAMOS VAZQUEZ | 52923 |
| MARTHA RIVERA LOPEZ | 38538 |
| MARIA SANCHEZ SOLDEVILLA | 38603 |
| JUDITH SOTO CALDERON | 53011 |