DEFENDANTS

Thomas Rivera Schatz

Carlos "Johnny" Méndez

Gabriel Hernández Rodríguez

Wilfredo Ramos García

Pablo Sastre Hernández

Angel Redondo Santana

Zayda Ramos Hernández

Lisandra Maldonado

Katherine Alfonso Urbina

Elizabeth Stuart Villanueva

Moises Cortés Rosado

Karen Torres de la Torre