# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Epstein Becker & Green, P.C. and G. Carlo-Altieri Law Offices, LLC hereby enter their appearance in the above-captioned Title III cases (the "Title III Cases") as co-counsel to Vaquería Tres Monjitas, Inc. ("VTM").

VTM hereby requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by Prime Clerk LLC ("Prime Clerk") in its capacity as the Debtors' claims and noticing agent in the Title III Cases, and that Prime Clerk and all other parties in interest

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17- BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747; and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

in the Title III Cases provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the Title III Cases to the persons listed below:

| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **EPSTEIN BECKER & GREEN, P.C.** |
|---|---|
| 254 San Jose St., Third Floor | 875 Third Avenue |
| San Juan, Puerto Rico 00901 | New York, New York 10022 |
| Attn: Gerardo A. Carlo | Attn: Wendy G. Marcari |
| Phone: (787) 247-6680 | Telephone: (212) 351-4500 |
| Facsimile: (787) 919-0527 | Facsimile: (212) 878-8600 |
| Email: gacarlo@carlo-altierilaw.com | E-mail: wmarcari@ebglaw.com |

*[Remainder of page intentionally left blank]*

Firm:53294700v1

**RESPECTFULLY SUBMITTED,**

Dated: San Juan, Puerto Rico
June 15, 2021

**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
E-mail: gacarlo@carlo-altierilaw.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

-and-

**EPSTEIN BECKER & GREEN, P.C.**

By: /s/ Wendy G. Marcari
Wendy G. Marcari (*pro hac vice* admission pending)
E-mail: wmarcari@ebglaw.com

875 Third Avenue
New York, New York 10022
Telephone: (212) 351-4500
Facsimile: (212) 878-8600

*Counsel for Vaquería Tres Monjitas, Inc.*

Firm:53294700v1