# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, \_\_\_\_Wendy G. Marcari_____, applicant herein and respectfully states:

1. Applicant is an attorney an a member of the law firm of (or practices under the name of \_\_\_\_Epstein Becker & Green, P.C._____with offices at:

   | | |
   |---|---|
   | Address | 875 Third Avenue |
   | | New York, NY 10022 |
   | Email | WMarcari@ebglaw.com |
   | Telephone No. | (212) 351-3747 |
   | Fax No. | (212) 878-8600 |

2. Applicant will sign all pleadings with the name \_\_Wendy G. Marcari, Esq.\_\_.

3. Applicant has been retained personally or as a member of the above-named firm by \_\_\_\_Vaquería Tres Monjitas, Inc.\_\_\_\_ to provide legal representation in connection with the above-styled matter now pending before the United States District Court for

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17- BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

the District of Puerto Rico.

4. Since ___1994___, applicant has been and presently is a member in good standing of the bar of the highest court of the State of ___New York___, where applicant regularly practices law. Applicant's bar license number is ___2596302___.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| U.S. District Court, District of New Jersey | 02/01/1994 |
| U.S. District Court, Eastern District of New York | 12/16/1996 |
| U.S. District Court, Northern District of Illinois | 10/23/2002 |
| U.S. District Court, Southern District of New York | 12/10/1996 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court of jurisdiction.

9. During the past three years, applicant has filed for Pro Hac Vice Admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
| --- | --- |
| N/A | |

10. Local counsel of record associated with applicant in this matter is:

| | |
| --- | --- |
| Name | Gerardo A. Carlo-Altieri |
| USDC-PR Bar No. | 112009 |
| Address | 254 San José St., Third Floor |
| | San Juan, P.R. 00901 |
| Email | gacarlo@carlo-altierilaw.com |
| Telephone No. | (787) 247-6680 |
| Fax. No. | (787) 919-0527 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of

Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee, a copy of which is attached hereto as Exhibit 1, was sent to the Court by Applicant on June 9, 2021 (FedEx tracking number 280203309780).

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 15, 2021.

Wendy G. Marcari
Printed Name of Applicant

*/s/ Wendy G. Marcari*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: _____June 15, 2021_____.

    _____Gerardo A. Carlo-Altieri_____
    Printed Name of Local Counsel

    _____
    Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

    */s/ Wendy G. Marcari*
    _____
    Signature of Applicant

**EXHIBIT 1**

**EPSTEIN, BECKER & GREEN, P.C.**     JPMORGAN CHASE     601808850

| DATE: 06-09-21 | PAYEE: CLERK, US DISTRICT COURT | | VENDOR #: 002811 | CHECK #: 476823 |
|---|---|---|---|---|
| REF. # | INVOICE # | INV. DATE | DESCRIPTION | AMT. PAID |
| 818553 | 06/09/2021 | 06-09-21 | CRINV Special Handling: Priority - need to overnight today. Check pick up by: NY Office Services-11326. Payable to Clerk, U.S. District Court | 300.00 |
|  |  |  | TOTAL | $300.00 |

**EPSTEIN, BECKER & GREEN, P.C.**     JPMORGAN CHASE     601808850

| DATE: 06-09-21 | PAYEE: CLERK, US DISTRICT COURT | | VENDOR #: 002811 | CHECK #: 476823 |
|---|---|---|---|---|
| REF. # | INVOICE # | INV. DATE | DESCRIPTION | AMT. PAID |
| 818553 | 06/09/2021 | 06-09-21 | CRINV Special Handling: Priority - need to overnight today. Check pick up by: NY Office Services-11326. Payable to Clerk, U.S. District Court | 300.00 |
|  |  |  | TOTAL | $300.00 |

**EPSTEIN, BECKER & GREEN, P.C.**
ATTORNEY BUSINESS ACCOUNT
875 THIRD AVENUE
NEW YORK, NY 10022

JPMORGAN CHASE BANK, N.A.
Syracuse, NY

CHECK DATE: 06/09/21    476823

VOID VOID VOID VOID VOID VOID VOID VOID VOID

THREE HUNDRED AND 00/100 Dollars    $300.00 CHECK AMOUNT

PAY TO THE ORDER OF: CLERK, US DISTRICT COURT

⑆476823⑆ ⑈021309379⑈ 601808850⑈

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2021.

 

 

_____
**U.S. DISTRICT JUDGE**