## **Exhibit A**

## **Underwriter Defendants**

| Defendant | Adversary Proceeding | FGIC Action | National Action | Ambac Action |
|---|---|---|---|---|
| Barclays Capital Inc. | ✓ | | | |
| BMO Capital Markets GKST Inc. | ✓ | | | |
| Citigroup Global Markets Inc. | ✓ | ✓ | ✓ | ✓ |
| Goldman Sachs & Co. LLC | ✓ | ✓ | ✓ | ✓ |
| Jefferies LLC | ✓ | | | |
| J.P. Morgan Securities LLC | ✓ | ✓ | ✓ | ✓ |
| Merrill Lynch, Pierce, Fenner & Smith Inc. | | ✓ | ✓ | ✓ |
| Merrill Lynch Capital Services, Inc. | ✓ | | | |
| Mesirow Financial, Inc. | ✓ | | | |
| Morgan Stanley & Co. LLC | ✓ | ✓ | ✓ | ✓ |
| Raymond James & Associates, Inc. | ✓ | ✓ | | ✓ |
| Samuel A. Ramirez & Co., Inc. | ✓ | ✓ | | ✓ |
| Santander Securities LLC | ✓ | ✓ | ✓ | ✓ |
| Scotiabank de Puerto Rico | ✓ | | | |
| Sidley Austin LLP | ✓ | | | |
| UBS Financial Services Inc. of Puerto Rico | ✓ | | | |
| UBS Financial Services Inc. | | ✓ | ✓ | ✓ |
| UBS Securities LLC | | ✓ | ✓ | ✓ |

*The Complaint filed in the Adversary Proceeding misidentifies various legal entities and incorrectly names as defendants other parties that were not involved in the issuances, underwritings or other matters implicated in the Complaint – including but not limited to BofA Securities, Inc. BMO Capital Markets, Citigroup Inc., Jefferies LLC, JPMorgan Chase & Co., and Scotia MSD. The incorrectly named parties, as well as the Underwriter Defendants joining this Objection, reserve all rights and defenses relating to Plaintiffs' incorrect identifications in the Complaints, including but not limited to defenses based upon lack of personal jurisdiction.