# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

## MOTION TO INFORM CHANGE OF LEGAL COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, very respectfully state, alleges and pray:

1. That up to this point, Suiza has been represented by Reichard & Escalera LLC.

2. That from Suiza has decided to effect a change in representation and will be represented by Godreau & González Law, LLC going forward.

3. That the physical address for Godreau & González Law is McLeary Street 1806, San Juan, Puerto Rico 00911; and the postal address PO Box 9024176, San Juan, Puerto Rico 00902-4176.

4. That attorney Rafael A. González Valiente will be lead counsel for the firm; the email address for attorney González Valiente is *rgv@g-glawpr.com*; and the telephone (787) 726-0077.

5. That from this day forward Reichard & Escalera, LLC, nor any of its attorneys, will no longer represent Suiza.

WHEREFORE, it is requested from this Honorable Court to take note of the above; and relieve Reichard & Escalera from Suiza's legal representation.

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 15th, 2021.

By: /s/ Rafael A. González Valiente
USDC NO. 225209

*Counsel for Suiza Dairy*

**Godreau & González Law, LLC**
PO Box 9024176
San Juan, PR  00902-4176
Telephone:  787-726-0077
rgv@g-glawpr.com