**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br><br>Debtors | PROMESA Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June 2021, at 1:20 pm., I have filed with the United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste.150, San Juan, PR 00918-1767 a paper copy of Docket #16969, "OBJECTION TO "DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO ET AL." BY CREDITOR PFZ PROPERTIES, INC.".

I FURTHER CERTIFY that an attempt was made this same day, at 2:00 pm, to serve a paper copy of the same document to the U.S. Trustee, but the office at Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, P.R. was closed and nobody in the building was

authorized to receive the document. The Trustee nonetheless had been notified thru the electronic filing system when the document was filed electronically with the Court.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico this 15th day of June 2021.

/s/David A. Carrión Baralt
USDC No: 207214
PO Box 364463
San Juan, PR 00936-4463
Tel. (787) 758-5050
Email: davidcarrionb@aol.com