# Title III Holdings of
## Aurelius Capital Management, LP, on behalf of the funds and entities that it manages or advises, and not in its individual capaicty

Address: 535 Madison Avenue, 31st Floor
New York, NY 10022

| Series | 6/10/2021 (Original Face) |
|---|---:|
| **GO** | |
| Public Improvement Ref. Bonds, Series 2011 E | 6,690,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 14,860,000 |
| Public Improvement Ref. Bonds, Series 2011 C | 100,000 |
| Public Improvement Bonds of 2011, Series A | 28,925,000 |
| Public Improvement Ref. Bonds, Series 2011 D | 6,725,000 |
| Public Improvement Ref. Bonds, Series 2012 B | 6,590,000 |
| General Obligation Bonds of 2014, Series A | 109,000 |
| Public Improvement Bonds of 2002, Series A | 100,000 |
| Public Improvement Bonds of 2005, Series A | 110,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 140,000 |
| Public Improvement Bonds of 2006, Series A | 50,000 |
| Public Improvement Bonds of 2006, Series B | 75,000 |
| Public Improvement Bonds of 2007, Series A | 315,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 965,000 |
| Public Improvement Bonds of 2004, Series A | 335,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 200,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 1,365,000 |
| Public Improvement Bonds of 2008, Series A | 120,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 2,350,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 5,920,000 |
| Public Improvement Bonds of 1999 | 120,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 15,000 |
| Public Improvement Bonds of 2006, Series A (Insured) | 5,820,000 |
| Public Improvement Unref. Bonds, Series A (Insured) | 3,505,000 |
| Public Improvement Bonds of 2003, Series A (Insured) | 35,274,000 |
| Public Improvement Ref. Bonds, Series 2003 A (Insured) | 8,800,000 |
| Public Improvement Ref. Bonds, Series 2002 A (Insured) | 465,000 |
| Public Improvement Ref. Bonds, Series 2007 A (Insured) | 16,029,333 |
| Public Improvement Bonds of 2002, Series A (Insured) | 13,450,000 |

| | | |
|---|---|---:|
| | Total: | 159,522,333 |

| **PBA** | | |
|---|---|---:|
| Government Facilities Revenue Ref. Bonds, Series U | | 605,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | | 210,000 |
| Government Facilities Revenue Bonds, Series I | | 75,000 |
| Government Facilities Revenue Bonds, Series D | | 630,000 |
| Government Facilities Revenue Bonds, Series N | | 925,000 |
| Government Facilities Revenue Ref. Bonds, Series C | | 200,000 |
| Government Facilities Revenue Ref. Bonds, Series P | | 575,000 |
| Government Facilities Revenue Ref. Bonds, Series M | | 695,000 |
| Government Facilities Revenue Ref. Bonds, Series H (Insured) | | 590,000 |
| | Total: | 4,505,000 |

| **HTA** | | |
|---|---|---:|
| Series I (Insured) | | 1,810,000 |
| Series H Unrefunded (Insured) | | 15,000 |
| Series H (Insured) | | 210,000 |
| Series J (Insured) | | 1,445,000 |
| Series G (Insured) | | 665,000 |
| Series 2003 Subordinated (Insured) | | 16,290,000 |
| Series L Refunding (Insured) | | 315,000 |
| Series N Revenue Refunding Term Bonds (Insured) | | 815,000 |
| | Total: | 21,565,000 |

| **PRIFA** | | |
|---|---|---:|
| Series 2006 Serial | | 10,000 |
| Series 2005A (Insured) | | 1,448,000 |
| Series 2005C Refunding (Insured) | | 10,347,000 |
| | Total: | 11,805,000 |

| **CCDA** | | |
|---|---|---:|
| Series A (Insured) | | 6,665,000 |
| | Total: | 6,665,000 |

# Title III Holdings of
# Canyon Capital Advisors LLC

## Address: 2000 Avenue of the Stars, 11th Floor
## Los Angeles, CA 90067

| Series | 6/10/2021 (Original Face) |
|---|---:|
| **GO** | |
| FGIC PR GO 7/1/2016 | 3,480,000 |
| FGIC PR GO 7/1/2017 | 4,005,000 |
| FGIC PR GO 7/1/2019 | 1,000,000 |
| FGIC PR GO 7/1/2020 | 30,000 |
| FGIC PR GO 7/1/2021 | 13,512,000 |
| FGIC PR GO 7/1/2022 | 70,000 |
| **Total:** | **22,097,000** |
| **HTA 98 Senior** | |
| FGIC PR Highway 7/1/2019 | 20,000 |
| FGIC PR Highway 7/1/2020 | 160,000 |
| FGIC PR Highway 7/1/2022 | 360,000 |
| FGIC PR Highway 7/1/2023 | 1,790,000 |
| FGIC PR Highway 7/1/2025 | 45,000 |
| FGIC PR Highway 7/1/2026 | 1,221,000 |
| FGIC PR Highway 7/1/2030 | 930,000 |
| FGIC PR Highway 7/1/2039 | 11,640,000 |
| **Total:** | **16,166,000** |
| **HTA 98 Sub** | |
| FGIC PR Highway 07/01/2017 | 375,000 |
| FGIC PR Highway 07/01/2018 | 300,000 |
| FGIC PR Highway 07/01/2020 | 120,000 |
| **Total:** | **795,000** |
| **PRIFA** | |
| FGIC PR PRIFA 7/1/2016 | 190,000 |
| FGIC PR PRIFA 7/1/2017 | 300,000 |
| FGIC PR PRIFA 7/1/2018 | 680,000 |
| FGIC PR PRIFA 7/1/2019 | 6,474,000 |
| FGIC PR PRIFA 7/1/2020 | 1,850,000 |
| FGIC PR PRIFA 7/1/2024 | 35,000 |

| | | |
|---|---|---:|
| FGIC PR PRIFA 7/1/2025 | | 1,690,000 |
| FGIC PR PRIFA 7/1/2026 | | 240,000 |
| FGIC PR PRIFA 7/1/2027 | | 580,000 |
| | **Total:** | **12,039,000** |

| CCDA | | |
|---|---|---:|
| FGIC PR PRCCDA 7/1/2021 | | 1,585,000 |
| FGIC PR PRCCDA 7/1/2022 | | 5,090,000 |
| FGIC PR PRCCDA 7/1/2023 | | 4,325,000 |
| FGIC PR PRCCDA 7/1/2024 | | 7,610,000 |
| FGIC PR PRCCDA 7/1/2025 | | 12,415,000 |
| FGIC PR PRCCDA 7/1/2026 | | 6,665,000 |
| | **Total:** | **37,690,000** |

# Title III Holdings of First Ballantyne LLC

Address: 13950, Suite 185
Charlotte, NC 28277

| Series | 6/10/2021 (Original Face) |
|---|---:|
| **GO** | |
| FGIC PR GO 08/10/2006 | 333,000 |
| FGIC PR GO 10/16/2007 | 1,262,000 |
| FGIC PR GO 10/25/2001 Unrefunded Pub Improve | 115,000 |
| FGIC PR GO 10/25/2001 Ref Impt A | 115,000 |
| FGIC PR GO 10/25/2001 Ref Impt A | 215,000 |
| FGIC PR GO 08/8/2002 | 1,770,000 |
| FGIC PR GO 08/8/2002 Ref Series | 880,000 |
| Total: | **4,690,000** |
| **PBA** | |
| FGIC PR PBA 04/3/2003 | 900,000 |
| Total: | **$900,000** |
| **HTA 98 Senior** | |
| FGIC PR Highway 10/4/2005 | 50,000 |
| FGIC PR Highway 03/6/2007 | 730,000 |
| FGIC PR Highway 04/20/2004 | 480,000 |
| FGIC PR Highway 04/29/2003 | 145,000 |
| Total: | **1,405,000** |
| **HTA 98 Sub** | |
| FGIC PR Highway 04/29/2003 | 360,000 |
| Total: | **360,000** |
| **PRIFA** | |
| FGIC PR PRIFA 06/15/2005 | 3,285,534 |
| Total: | **3,285,534** |
| **CCDA** | |
| FGIC PR PRCCDA 03/24/2006 | 280,000 |
| Total: | **280,000** |

# Title III Holdings of
# Moore Capital Management, LP

Address: 11 Times Square
New York, NY 10036

| Series | 6/10/2021 (Original Face) |
|---|---:|
| **GO** | |
| PRC 07/01/2020 | 8,700 |
| Total: | **$8,700** |
| **PRIFA** | |
| PRCFAC 07/01/2019 | 7,465,000 |
| PRCFAC 07/01/2020 | 13,030,000 |
| PRCFAC 07/01/2021 | 4,670,000 |
| PRCFAC 07/01/2022 | 1,774,000 |
| PRCFAC 07/01/2025 | 895,000 |
| Total: | **27,834,000** |

# Title III Holdings of
## Taconic Capital Advisors LP

Address: 280 Park Avenue, 5th Floor
New York, NY 10017

| Series | 6/10/2021 (Original Face) |
|---|---:|
| **GO** | |
| FGIC PR GO 7/1/2017 | 2,400,000 |
| FGIC PR GO 7/1/2018 | 1,440,000 |
| FGIC PR GO 7/1/2019 | 3,785,000 |
| FGIC PR GO 7/1/2020 | 1,167,300 |
| FGIC PR GO 7/1/2021 | 6,616,000 |
| FGIC PR GO 7/1/2022 | 6,032,000 |
| FGIC PR GO 7/1/2029 | 8,330,000 |
| FGIC PR GO 7/1/2031 | 30,000 |
| Total: | 29,800,300 |
| **PBA** | |
| FGIC PR PBA 7/1/2016 | 760,911 |
| Total | 760,911 |
| **HTA 98 Senior** | |
| FGIC PR Highway 7/1/2017 | 95,000 |
| FGIC PR Highway 7/1/2018 | 25,000 |
| FGIC PR Highway 7/1/2019 | 1,635,000 |
| FGIC PR Highway 7/1/2020 | 1,090,000 |
| FGIC PR Highway 7/1/2021 | 195,000 |
| FGIC PR Highway 7/1/2022 | 8,055,000 |
| FGIC PR Highway 7/1/2023 | 4,670,000 |
| FGIC PR Highway 7/1/2024 | 4,240,000 |
| FGIC PR Highway 7/1/2025 | 3,810,000 |
| FGIC PR Highway 7/1/2026 | 4,694,000 |
| FGIC PR Highway 7/1/2030 | 230,000 |
| FGIC PR Highway 7/1/2039 | 164,745,000 |
| Total: | 193,484,000 |
| **HTA 98 Sub** | |
| FGIC PR Highway 7/1/2017 | 1,100,000 |

| | | |
|---|---|---:|
| FGIC PR Highway 7/1/2018 | | 1,605,000 |
| FGIC PR Highway 7/1/2020 | | 535,000 |
| FGIC PR Highway 7/1/2021 | | 7,110,000 |
| | **Total** | **10,350,000** |

| **PRIFA** | | |
|---|---|---:|
| FGIC PR PRIFA 7/1/2016 | | 1,290,000 |
| FGIC PR PRIFA 7/1/2017 | | 285,000 |
| FGIC PR PRIFA 7/1/2018 | | 130,000 |
| FGIC PR PRIFA 7/1/2019 | | 3,718,000 |
| FGIC PR PRIFA 7/1/2020 | | 5,270,000 |
| FGIC PR PRIFA 7/1/2021 | | 7,136,000 |
| FGIC PR PRIFA 7/1/2022 | | 13,963,000 |
| FGIC PR PRIFA 7/1/2023 | | 5,835,000 |
| FGIC PR PRIFA 7/1/2024 | | 365,000 |
| FGIC PR PRIFA 7/1/2025 | | 70,000 |
| FGIC PR PRIFA 7/1/2026 | | 1,030,000 |
| FGIC PR PRIFA 7/1/2027 | | 850,000 |
| FGIC PR PRIFA 7/1/2028 | | 515,000 |
| FGIC PR PRIFA 7/1/2030 | | 17,593,737 |
| FGIC PR PRIFA 7/1/2031 | | 29,065,375 |
| FGIC PR PRIFA 7/1/2032 | | 14,096,332 |
| FGIC PR PRIFA 7/1/2033 | | 11,027,288 |
| FGIC PR PRIFA 7/1/2042 | | 17,729,551 |
| FGIC PR PRIFA 7/1/2045 | | 23,310,382 |
| | **Total:** | **153,279,665** |

| **CCDA** | | |
|---|---|---:|
| FGIC PR PRCCDA 7/1/2021 | | 235,000 |
| FGIC PR PRCCDA 7/1/2022 | | 425,000 |
| FGIC PR PRCCDA 7/1/2023 | | 115,000 |
| FGIC PR PRCCDA 7/1/2024 | | 1,080,000 |
| FGIC PR PRCCDA 7/1/2025 | | 230,000 |
| FGIC PR PRCCDA 7/1/2026 | | 340,000 |
| | **Total:** | **2,425,000** |