# **EXHIBIT J**

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| 02/28/21 |



00000952 MFBPRR0301210159590R 5 100000000

COMPANIA DE TURISMO DE PUERTO RICO
DEBT SERVICE RESERVE
PO BOX 9023960
SAN JUAN PR 00902-3960

**020-BUSINESS PLUS CORP**

▉3961

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| .00 | 0 | .00 | 0 | .00 | .00 | .00 |

```
* * * * * * * * * * * * INVESTMENT ACCOUNT SUMMARY  * * * * * * * * * * * * * *
PREVIOUS BALANCE     112,409,565.57      AVERAGE BALANCE
 +    0 CREDITS                 .00      112,409,565.57
 -    0 DEBITS                  .00      YTD INTEREST PAID
 +  INTEREST PAID               .00           26,943.78
ENDING BALANCE       112,409,565.57

INTEREST EARNED THIS PERIOD                           .00
ANNUAL PERCENTAGE YIELD EARNED                      0.00%
DAYS IN PERIOD                                         28


* * * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
 DATE........CHECKING.......INVESTMENT  DATE........CHECKING.......INVESTMENT
 01/31           .00    112,409,565.57

  TU DONATIVO HARA POSIBLE SERVICIOS BASICOS A MAS DE 12,000
  JOVENES Y A QUE SE UNAN A LA FUERZA QUE MOVERA A PR. DONA EN
  DONAR.BGCPR.ORG O ATH MOVIL:DONATE:/BOYSANDGIRLSCLUBSDEPR.

2020 SAVINGS YEAR TO DATE INTEREST PAID         418,049.04
```



00000952-65530-0001-0005-MFBPRR0301210159590R-07-L

CONFIDENTIAL

CCDA_STAY0026236

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

TO VERIFY YOUR CHECKBOOK BALANCE WITH THE ENDING BALANCE OF THIS STATEMENT, FOLLOW THESE INSTRUCTIONS:

$ _____

ADD (+)
Deposits not credited
By the Bank

$ _____

| DEPOSITS NOT CREDITED BY THE BANK | |
|---|---|
| DATE | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

DEDUCT (-)
Outstanding Checks

$ _____

| CHECKS OUTSTANDING | |
|---|---|
| DATE | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

Balance

$ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS** telephone or write us at the contact information provided below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If you tell us in person or by phone, we may require that you send us your complaint in writing within 10 business days. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Funds Transfers include electronic transactions initiated through an Automated Teller Machine (ATM) or certain preauthorized debits and credits to your account, and Direct Deposits (e.g. Social Security, Federal Retirement Payments, etc.)

**TO FIND OUT IF A DIRECT DEPOSIT HAS BEEN MADE.** If you have authorized direct deposits to your account that do not provide written confirmations to you (such as Social Security, Federal Retirement benefits, etc.), you may call us to ask whether or not the deposit has been made at the number provided below.

**TO REPORT A LOST OR STOLEN DEBIT CARD** notify us by phone as soon as possible at the number provided below. Our business hours are Mondays through Sundays from 6:00am to 12:00 midnight.

**IMPORTANT INFORMATION REGARDING YOUR FIRST CREDIT LINE OR YOUR HOME EQUITY LINE OF CREDIT ACCOUNT STATEMENT.** Balance subject to Interest Rate: Finance Charges shall be computed utilizing the Average Daily Balance. The Average Daily Balance is obtained by adding the balances of the principal owed each day in the monthly Account Statement and dividing the result by the number of days in the billing period. The balance owed each day during the billing period shall be determined by adding the balance of the previous day, plus any debt, and subtracting from these any payment or amount credited during the day.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT REGARDING YOUR CREDIT LINE OR CREDIT.** If you think there is an error on your statement, write to us or call at the contact information provided below:
In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

The Disclosures above are only applicable to Consumer Accounts. For Commercial Accounts: IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS IN YOUR COMMERCIAL ACCOUNT: Telephone us at the number provided below. We must hear from you no later than 20 days after we sent you the first statement on which the error appeared. FOR MORE DETAILS PLEASE REFER TO THE DEPOSIT ACCOUNT AGREEMENT.

NNNS-9049-0220R

**EN CASO DE ERRORES O PREGUNTAS ACERCA DE SUS TRANSFERENCIAS ELECTRÓNICAS DE FONDOS** comuníquese con nosotros llamando o escribiendo a la información de contacto provista abajo. Debe comunicarse con nosotros dentro de los 60 días siguientes a la fecha de envío del PRIMER estado de cuenta en que aparece el error o problema.
1. Indíquenos su nombre y número de cuenta.
2. Descripción del error o transferencia en cuestión y una explicación tan clara como sea posible de por qué piensa que hay tal error o la razón por la cual necesita información adicional.
3. Díganos la cantidad del error alegado.

Nosotros investigaremos su reclamación y corregiremos cualquier error rápidamente. Si usted nos informa la reclamación en persona o por teléfono, le podríamos solicitar que nos envíe su reclamación por escrito dentro de 10 días laborables. Si tomamos más de 10 días laborables para investigar su reclamación, acreditaremos provisionalmente su cuenta por la cantidad que usted cree que es un error, para que haga uso del dinero durante el tiempo que tardemos en completar nuestra investigación.

Las Transferencias Electrónicas de Fondos incluyen aquellas realizadas mediante máquinas ATM o ciertos débitos y créditos preautorizados a su cuenta, además de Depósitos Directos (por ejemplo: Seguro Social, pagos de Retiro Federal, etc.).

**PARA SABER SI SE HA EFECTUADO UN DEPÓSITO DIRECTO.** Si usted ha autorizado depósitos directos a su cuenta para los cuales no le proveen confirmación por escrito, puede llamarnos al número que se indica abajo para información sobre si éstos se han realizado.

**PARA REPORTAR PÉRDIDA O ROBO DE SU TARJETA DÉBITO** notifíquenos por teléfono de inmediato al número provisto abajo. Horario: Siete días a la semana de 6:00am a 12:00 de la medianoche. También puede escribirnos a la dirección provista abajo.

**INFORMACIÓN IMPORTANTE SOBRE EL ESTADO DE CUENTA DE SU FIRST CREDIT LINE, FIRST RESERVE O LÍNEA DE CRÉDITO CON GARANTÍA HIPOTECARIA.** Saldo sujeto a tasa de interés: Los cargos por financiamiento se computarán utilizando el balance promedio diario. El balance promedio diario se obtiene sumando el balance del principal adeudado cada día en el estado de cuenta mensual y dividiendo el resultado por la cantidad de días en el período de facturación. El balance adeudado cada día durante el periodo de facturación se determinará agregando el balance del día anterior, más cualquier deuda, y restando de ellos cualquier pago o monto acreditado durante el día.

**QUÉ HACER SI CREE QUE HAY UN ERROR EN EL ESTADO DE CUENTA RELACIONADO A SU LÍNEA DE CRÉDITO O EXTENSIÓN DE CRÉDITO.** Si cree que hay un error en su estado de cuenta, escríbanos o llámenos a la información de contacto incluida abajo.
En su carta, provéanos la siguiente información:
1. Nombre y número de cuenta
2. La cantidad en dólares del presunto error.
3. Descripción del problema: Si cree que hay un error en su factura, describa qué cree que está mal y por qué cree que es un error.

Debe comunicarse con nosotros dentro de los 60 días posteriores a la primera vez que aparece el presunto error en su estado de cuenta. Usted debe notificarnos de cualquier error potencial por escrito. Puede llamarnos, pero si lo hace, no estamos obligados a investigar ningún error potencial y es posible que deba pagar la cantidad en cuestión.
Mientras investigamos si ha habido un error o no:
- No podemos tratar de cobrar la cantidad en cuestión, o informarle como delincuente en esa cantidad.
- El cargo en cuestión puede permanecer en su estado de cuenta y podemos continuar cobrándole intereses sobre esa cantidad. Pero, si determinamos que cometimos un error, no tendrá que pagar el monto en cuestión ni ningún interés u otros cargos relacionados con ese monto.
- Si bien no tiene que pagar la cantidad en cuestión, usted es responsable por el resto de su saldo.
- Podemos aplicar cualquier cantidad adeudada contra su límite de crédito

Las divulgaciones anteriores sólo aplican a cuentas de individuos. Para Cuentas Comerciales: EN CASO DE ERROR O PREGUNTAS SOBRE SUS TRANSFERENCIAS DE FONDOS ELECTRÓNICOS EN SU CUENTA COMERCIAL: Llámenos al número proporcionado anteriormente. Debemos tener noticias suyas a más tardar 20 días después de que le enviemos la primera declaración en la que apareció el error. PARA MÁS DETALLES, CONSULTE EL ACUERDO DE CUENTA DE DEPÓSITO.

| PUERTO RICO | UNITED STATES VIRGIN ISLANDS | BRITISH VIRGIN ISLANDS |
|---|---|---|
| FirstBank Retail Banking Operations PO Box 9146 San Juan, PR 00908-0146 | FirstBank PO Box 309600 St. Thomas, VI 00803 | FirstBank PO Box 435 Road Town, Tortola BVI VG 1110 |
| 787.725.2511/ 1.866.695.2511 1firstbank.com | 1.866.695.2511 1firstbank.com | 284.494.2662 1firstbank.com |

Case:17-03283-LTS Doc#:17008-10 Filed:06/15/21 Entered:06/15/21 16:45:24 Desc: Exhibit J: CCDA_STAY0026236-CCDA_STAY0026240 Page 4 of 6

ACCOUNT ####3961  Page 2

**1 First Bank**

## Aviso Importante Sobre Cambios en su Cuenta de Depósito

Para FirstBank, poder brindarte el mejor servicio bancario y atender todas tus necesidades financieras es primero. La reciente adquisición de Banco Santander Puerto Rico solidificó nuestra posición de liderazgo en el mercado, expandiendo significativamente nuestra franquicia, que ahora cuenta con más de 70 sucursales y 480 cajeros automáticos (ATMs) libres de costo y a tu disposición a través de Puerto Rico, Islas Vírgenes y Florida. Luego de completar la integración de sistemas en los próximos meses, contarás con la conveniencia del servicio de Depósito Expreso[1] a cualquier hora en más de 100 de estos cajeros automáticos.

Además, con el objetivo de ofrecerte más alternativas para manejar tus cuentas, continuamos añadiendo servicios que te harán la vida más fácil. Entre estos, hemos añadido nuevas funcionalidades a nuestra plataforma digital comercial, **Smart Cash Management Solutions**[2] que incluyen:

- **Commercial Bill Payment:** Realiza pagos de tus facturas en línea a los comercios registrados en nuestra plataforma de **Bill Payment**. También puedes convertirte en un **biller** participante y recibir pagos de tus clientes de manera electrónica.
- **Quicken & QuickBooks access**: Descarga tu historial bancario en formato QB y agiliza tus procesos de reconciliación bancaria.
- **Web Cash Ordering:** Realiza tus órdenes de requisición de efectivo de manera electrónica a través de nuestra plataforma **Web Cash Ordering**, ahora con horario extendido hasta la 1:00 p.m. con despacho al día siguiente.

Además, como parte de ofrecerte un servicio de primera, proveyéndote más recursos y alternativas de valor que apoyen el crecimiento de tu negocio, te informamos lo siguiente:

- Efectivo el 1 de abril de 2021:
    - Asegurando la competitividad de nuestros productos en el mercado para beneficio de nuestros clientes, hemos eliminado el cargo de $1.25 mensual por la tarjeta de débito **Visa Business**.
    - Los cargos por servicio de los productos a continuación serán los siguientes:

| | Cuenta de Depósito | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Tipo de Cargo**[3] | BFirst / First Business Line DBA | Plica (Realtors) | Business Plus DBA | Business Plus Corporate | First Business Line Corporate | Commercial DBA | Commercial Corporate | Super Now Non-Profit | First Checking Non-Profit |
| Balance promedio para evitar cargo por servicio | $500 | N/A | $2,000 | $2,500 | $2,500 | $1,000 | $1,000 | $1,000 | $500 |
| Cargo por servicio mensual si no cumple con el balance promedio[4] | $3.00 | N/A | $10.00 | $10.00 | $5.00 | $5.00 | $5.00 | $8.00 | $5.50 |
| Cargo fijo mensual | N/A | N/A | N/A | N/A | $5.00 | $15.00 | $15.00 | $4.00 | $2.50 |
| Cantidad de transacciones mensuales sin costo | 30 | 60 | 40 | 40 | 50 | 60 | 60 | N/A | 20 |
| Cargo por cada transacción en exceso a las incluidas sin costo[5] | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | N/A | $0.40 |
| Cargo mensual por mantener balance de compensación con transferencias automáticas entre las secciones de cheques y ahorro[6] | $5.00 | N/A | $5.00 | $10.00 | N/A | N/A | $10.00 | N/A | N/A |
| Cargo por cada cheque depositado devuelto | $15.00 | $15.00 | $15.00 | $15.00 | N/A | $15.00 | $15.00 | N/A | N/A |
| Cargo por cada retiro en cajeros automáticos que no sean de FirstBank o las adquiridas de Santander. Incluye adelantos en efectivo en ventanilla con la tarjeta de débito en sucursales de FirstBank u otras instituciones[6] | $1.50 | N/A | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |



00000952-65532-0003-0005-MFBPRR0301210159590R-07-L

CONFIDENTIAL

CCDA_STAY0026238

Case:17-03283-LTS Doc#:17008-10 Filed:06/15/21 Entered:06/15/21 16:45:24 Desc:
Exhibit J: CCDA_STAY0026236-CCDA_STAY0026240 Page 5 of 6

ACCOUNT ▓▓▓▓3961   Page 3

**1 First Bank**

Otro tipo de cargos por servicio pudieran aplicar conforme a los documentos del Acuerdo de Cuentas de Depósito, la Divulgación de Cargos, Términos y Tasas Aplicables, y cualquier otro provisto por FirstBank en el momento de la apertura de la cuenta.

De tener alguna duda o para más información sobre nuestros servicios comerciales para hacerte la vida más fácil, comunícate con tu oficial de Relación o nuestro centro de servicio First Commercial Services Center al 787.729.8290, opción 2, o por correo electrónico a firstcommercialservicecenter@firstbankpr.com. También puedes visitarnos en 1firstbank.com.

Miembro FDIC. 1. Depósito Expreso: Los fondos estarán disponibles según la Política de Disponibilidad de Fondos de FirstBank que se encuentran en el Acuerdo de Cuentas de Depósitos. 2. Servicio y funcionalidades de esta plataforma están sujetas a suscripciones, términos, condiciones y costos que pudieran aplicar. 3. Puede aplicar cargo de IVU Municipal (1.00%) y Estatal (10.50%). 4. El balance promedio considera el balance combinado en las secciones de cheques y ahorro. La Commercial Corporate solo considera el balance promedio en la sección de cheques. Las cuentas Commercial DBA, First Business Line Corporate, Super Now Non-Profit y First Checking Non Profit no ofrecen sección de ahorro. 5. Se considera una transacción cada cheque pagado/procesado por el Banco y depósitos realizados por el cliente. Para First Checking Non-Profit solamente cheques pagados/procesados son considerados una transacción. No se consideran depósitos electrónicos (ACH) ni depósitos a través de Depósito Expreso/Depósito Expreso Móvil. 6.Cargo aplica a todas las cuentas comerciales, incluyendo cuentas facturadas por Análisis de Cuenta. Para cuentas facturadas por Análisis de Cuenta, otros cargos aplicarán según lo establecido en el Anejo de Servicios Comerciales y Disposiciones Especiales.

## Important Notice about Changes in your Deposit Account

Being able to provide the best banking services and to assist your financial needs is our top priority at FirstBank. The recent acquisition of Banco Santander Puerto Rico solidified our leadership position in the market, significantly expanding our franchise, which now has more than 70 branches and 480 automatic teller machines (ATMs) free of charge and at your disposal throughout Puerto Rico, Virgin Islands and Florida. After completing the systems integration in the coming months, you will have the convenience of "Depósito Expreso₁" at any time at more than 100 of these ATMs.

Additionally, to offer you more and better options to manage your accounts, we will continue innovating and investing in services that will make your life easier. Among them, we have added new functionalities to our commercial digital platform, **Smart Cash Management Solutions₂** that include:

- **Commercial Bill Payment:** Pay your bills online to the businesses registered in our **Bill Payment** platform. In addition, you can also become a participating biller and receive electronic payments from your customers.
- **Quicken & QuickBooks access**: Download your banking history in QB format and streamline your banking reconciliation processes.
- **Web Cash Ordering:** Submit your cash request orders electronically through our **Web Cash Ordering** platform, now with extended business hours until 1:00 p.m. for next-day delivery.

Moreover, as part of offering you a first-class service, providing you with more resources and value alternatives that support the growth of your business, we inform you of the following:

- Effective April 1, 2021:
  - To ensure the competitiveness of our products in the market for the benefit of our clients we have eliminated the $1.25 monthly fee for the **Visa Business** debit card.
  - The service charges for the products below will be as follows:



Case:17-03283-LTS Doc#:17008-10 Filed:06/15/21 Entered:06/15/21 16:45:24 Desc: Exhibit J: CCDA_STAY0026236-CCDA_STAY0026240 Page 6 of 6

ACCOUNT ****3961   Page 4

**1 First Bank**

| Type of Fee[3] | Deposit Account | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BFirst / First Business Line DBA | Escrow for Realtors | Business Plus DBA | Business Plus Corporate | First Business Line Corporate | Commercial DBA | Commercial Corporate | Super Now Non-Profit | First Checking Non-Profit |
| Average Balance during the cycle to avoid service fee | $500 | N/A | $2,000 | $2,500 | $2,500 | $1,000 | $1,000 | $1,000 | $500 |
| Monthly service fee if the average balance is not met[4] | $3.00 | N/A | $10.00 | $10.00 | $5.00 | $5.00 | $5.00 | $8.00 | $5.50 |
| Fixed monthly fee | N/A | N/A | N/A | N/A | $5.00 | $15.00 | $15.00 | $4.00 | $2.50 |
| Amount of monthly transactions without fee | 30 | 60 | 40 | 40 | 50 | 60 | 60 | N/A | 20 |
| Cost of each transaction in excess of those included without fees[5] | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | N/A | $0.40 |
| Monthly fee for maintaining a compensating balance with automatic transfers from your checking and savings section[6] | $5.00 | N/A | $5.00 | $10.00 | N/A | N/A | $10.00 | N/A | N/A |
| Fee for each returned deposited check | $15.00 | $15.00 | $15.00 | $15.00 | N/A | $15.00 | $15.00 | N/A | N/A |
| Fee for each withdrawal from non-FirstBank ATMs, as well as from those acquired from Santander. Applies also to debit card cash advances through tellers at FirstBank branches and other banking institutions[6] | $1.50 | N/A | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |

Other service fees may apply, as per the Disclosure of Rates, Terms and Fees applicable to the Account, and any other documents issued by FirstBank at the account opening.

If you have any questions or for more information about our commercial services to make your life easier, contact your Relationship Officer or our First Commercial Services Center service center at 787.729.8290, option 2, or by email at firstcommercialservicecenter@firstbankpr.com. You can also visit us at 1firstbank.com.

Member FDIC. 1. "Depósito Expreso": Funds will be available in accordance with FirstBank's Fund Availability Policy found in the Deposit Account Agreement. 2. Services and functionality of these platforms are subject to subscriptions, and certain terms, conditions, and costs that may apply. 3. A municipal (1.00%) and state (10.50%) Puerto Rico Sales and Use Tax charge may apply. 4. The average balance considers the combined balance in the checking and savings sections. Commercial Corporate only considers the average balance in the checking section. Commercial DBA, First Business Line Corporate, Super Now Non-Profit and First Checking Non-Profit accounts do not offer a savings section. 5. Each check paid/processed by the Bank and deposits made by the customer are considered a transaction. For First Checking Non-Profit only check paid/processed are considered a transaction. Electronic deposits (ACH) and deposits through "Depósito Expreso" and "Depósito Expreso Móvil" are not considered. 6. Charge applies to all commercial accounts, including accounts billed through Account Analysis. For accounts billed through Account Analysis other charges detailed in this communication will apply as established in the Commercial Services Addendum.

