**Objection Deadline: T.B.D. based on confirmation schedule approved by the Court**
**Hearing Date: T.B.D. based on confirmation schedule approved by the Court**
**Evidentiary Hearing Requested**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------------------X
                                                                                 :
In re:                                                                           :
                                                                                 :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                                                 :
      as representative of                         :    Case No. 17-BK-3283 (LTS)
                                                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :    (Jointly Administered)
                                                                                 :
      Debtors.[1]                                  :
---------------------------------------------------------------------------------X

**NOTICE OF HEARING ON THE DRA PARTIES' MOTION
FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM**

(i)    AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC (collectively, the "DRA Parties") have filed on today's date *The DRA Parties' Motion for Allowance of an Administrative Expense Claim* (the "Motion"). *See* Dkt. No. 17009 of Case No. 17-BK-03283 (LTS).

(ii)    The Motion has been served upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Fourteenth Amended Notice, Case Management and Administrative Procedures Order* [Dkt. No. 15894-1] (the "CMP Order"), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

(iii)    The date and time of the applicable objection deadline for the Motion is _____ __, 2021 at __:__ __.M., prevailing Atlantic Time (**T.B.D. based on confirmation schedule approved by the Court**).

(iv)    The date of the hearing at which the Motion shall be considered by the Court is _____ __, 2021 at 9:30 A.M., prevailing Atlantic Time at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardón Avenue, San Juan, Puerto Rico (**T.B.D. based on confirmation schedule approved by the Court**).

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747; and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

(v)     The requested relief sought in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the CMP Order.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 15th day of June, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined the Court's CMP Order, as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

<table>
<tr><td>

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:   787-250-5632
Fax:   787-759-9225

By:   */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority***

</td><td>

**C. CONDE & ASSOC. LAW OFFICES**

By:   */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel:   787-729-2900
Fax:   787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By:   */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel:   202-729-7470
Fax:   202-730-4520
E-mail: douglas.mintz@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel:   212-756-2000
Fax:   212-593-5955

E-mail:   douglas.koff@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority***

</td></tr>
</table>

3