# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY<br><br>    Debtors | PROMESA TITLE III<br><br>Case No. 17-BK-3283 (LTS) |

## [PROPOSED] ORDER GRANTING MARUZ REAL ESTATE CORP.'S MOTION FOR JOINDER TO CREDITOR PFZ PROPERTIES, INC.'S OBJECTION TO THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO ET AL. FILED AT DOCKET NO. 16969

Upon consideration of the Joinder filed by Maruz Real Estate Corp. to the Objection to The Disclosure Statement for the Third Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico Et Al dated May 11, 2021 and filed by creditor PFZ PROPERTIES, INC., ("PFZ") at docket 16969 and 16969-1 and the Court having reviewed the Joinder and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the

Page 2

================================================================================

Joinder being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; **THEREFORE**,

**IT IS HEREBY ORDERED THAT**:

The Joinder filed by Maruz Real Estate Corp is GRANTED.

**SO ORDERED**.

Dated:

**LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT COURT JUDGE**