## Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

ORDER GRANTING THREE HUNDRED EIGHTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE CLAIMS

Upon the *Three Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Duplicate Claims* [ECF No. 16644] (the "Three Hundred Eighteenth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated April 30, 2021, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, HTA or ERS, as more fully set forth in the Three Hundred Eighteenth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Eighteenth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Eighteenth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Three Hundred Eighteenth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Three Hundred Eighteenth Omnibus Objection is in the best interests of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Eighteenth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Eighteenth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundredth Eighteenth Omnibus Objection.

2

ORDERED that the Three Hundred Eighteenth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 16644 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Eighteenth Omnibus Objection**

Three Hundred and Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALICEA DAPENA, OBDULIA<br>HC 3 BOX 15441<br>JUANA DIAZ, PR 00795 | 12/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178935 | Undetermined* | ALICEA DAPENA, OBDULIA<br>HC 3 BOX 15441<br>JUANA DIAZ, PR 00795 | 07/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177770 | $ 54,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | APONTE COLON, DAMARIS<br>MILAGROS ACEVEDO COLON<br>COND COLINA REAL<br>2000 AVE F RINCON BOX 1405<br>SAN JUAN, PR 00926 | 04/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9215 | $ 52,418.92 | DAMARIS APONTE COLON 1775<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 04/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 8106 | $ 52,418.92 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | ARCE, MARY ELIN<br>BOX 620 CARR. 112<br>ARENALES ALTOS<br>ISABELA, PR 00662 | 09/28/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175604 | $ 10,000.00 | ARCE CORCHADO, MARY ELIN<br>ARENALES ALTOS<br>BUZÓN 620<br>CARRETERA 112<br>ISABELA, PR 00662 | 12/03/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178897 | $ 10,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | BARRETO REYES, ANA M<br>HC 2 BOX 16588<br>ARECIBO, PR 00612-9048 | 06/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 54627 | $ 150,000.00* | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 62005 | $ 150,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | BATISTA MONTANER, ESTHER<br>URB. LOS CAOBOS<br>2731 CALLE COROZO<br>PONCE, PR 00716 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176483 | $ 56,400.00 | BATISTA MONTANER, ESTHER<br>2731 CALLE COROZO<br>URB. LOS CAOBUS<br>PONCE, PR 00716 | 08/27/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174871 | $ 60,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | BLANCO BOU, FIDEICOMISO<br>PO BOX 1228<br>MANATI, PR 00674-1228 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 125557 | $ 5,707,670.03 | BLANCO BOU, FIDEICOMISO<br>PO BOX 1228<br>MANATI, PR 00674-1228 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 92878 | $ 5,707,670.03 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | BURGOS CRUZ, JULIA<br>HC 5 BOX 13479<br>JUANA DIAZ, PR 00795-9515 | 06/17/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 169341 | Undetermined* | BURGOS CRUZ, JULIA<br>HC 5 BOX 13479<br>JUANA DIAZ, PR 00795-9515 | 02/22/21 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 179113 | $ 10,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | CALDERON LOPEZ, ELISEO<br>HC-02 BOX 4853<br>BO. MINI MINI<br>LORZA, PR 00772-9720 | 02/11/21 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 179137 | Undetermined* | CALDERON LOPEZ, ELISEO<br>HC 02 BOX 4853<br>BO. MINI MINI<br>LOIZA, PR 00772-9720 | 02/05/21 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 179116 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | COFAN HERNANDEZ, MELISSA<br>PO BOX 944<br>DORADO, PR 00646 | 03/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 3036 | $ 25,000.00* | COFAN HERNANDEZ, MELISSA<br>PEDRO ORTIZ ALVAREZ LLC<br>P.O. BOX 9009<br>PONCE, PR 00732 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34965 | $ 25,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | COLON SANTIAGO, MARIBEL<br>263 CALLE MAGA<br>URB JARDUIS DE JAYUYA<br>JAYUYA, PR 00664 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 141253 | Undetermined* | COLON SANTIAGO, MARIBEL<br>263 CALLE MAGA URB. JARDINES DE JAYUYA<br>JAYUYA, PR 00664 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 39862 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Three Hundred and Eighteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | COLON TORRES, FRANCISCA<br>HC 05 BOX 5828<br>JUANA DIAZ, PR 00795 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176490 | $ 12,000.00 | COLON TORRES, FRANCISCA<br>HC 5 BOX 5820<br>JUANA DIAZ, PR 00795 | 08/10/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174668 | $ 13,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 12 | CRUZ FIGUEROA, MARITZA<br>PO BOX 1844<br>GUAYNABO, PR 00970 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175774 | $ 10,800.00 | CRUZ FIGUEROA, MARITZA<br>PO BOX 1844<br>GUAYNABO, PR 00970 | 08/05/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174749 | $ 10,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | DEYA ELEVATOR SERVICE INC<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 36115 | $ 48,433.39 | DEYA ELEVATOR SERVICE INC<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 05/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 17434 | $ 48,433.39 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | DIAZ DEL VALLE, ANGEL L<br>PO BOX 366877<br>SAN JUAN, PR 00936-6877 | 04/02/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 5734 | $ 50,000.00* | DIAZ DEL VALLE, ANGEL L.<br>PO BOX 366877<br>SAN JUAN, PR 00936-6877 | 03/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 5137 | $ 50,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | FRANCISCO ALVARADO-ZAYAS, MARIA H. MATEO-SANTIAGO & CAROL L. ALVARADO-MATEO<br>M-14 CALLE TENIENTE BERMUDEZ, VILLA RETIRO SU<br>SANTA ISABEL, PR 00757 | 02/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 516 | $ 15,000.00 | FRANCISCO ALVARADO-ZAYAS, MARIA H. MATEO-SANTIAGO & CAROL L. ALVARADO-MATEO<br>M-14 CALLE TENIENTE BERMUDEZ, VILLA RETIRO SU<br>SANTA ISABEL, PR 00757 | 02/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 533 | $ 20,232.75 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Three Hundred and Eighteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | FUENTES RIVERA, EUNICE<br>RR 12 BOX 977<br>BAYAMÓN, PR 00956 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175745 | $ 4,800.00 | FUENTES RIVERA, EUNICE<br>RR 12 BOX 977<br>BAYAMON, PR00956 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175510 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | GONZALEZ BRIETS, ROSA M<br>T-706 CALLE PASIONUIA<br>URB LOITA<br>CANOVANAS, PR 00729 | 05/31/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 45261 | $ 48,000.00* | GONZALEZ BENITEZ, ROSA M<br>T 706 CALLE PASIONARIA<br>CANOVANAS, PR 00729 | 05/31/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 90365 | $ 48,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 18 | GONZALEZ, ERIC O.<br>P.O. BOX 142311<br>ARECIBO, PR 00614-2311 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176644 | $ 4,800.00 | GONZALEZ SUAREZ, ERIC O.<br>P.O. BOX 142311<br>ARECIBO, PR 00614-2311 | 10/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176654 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | LOPEZ GRACIA, MARTA<br>HC 03 BOX 15410<br>JUANA DIAZ, PR 00795 | 11/23/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178911 | $ 84,000.00 | LOPEZ GRACIA, MARTA<br>HC 03 BOX 15410<br>JUANA DIAZ, PR 00795 | 11/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178856 | $ 84,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 20 | LUGO, ROBERTO NAVARRO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 09/30/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175933 | $ 6,000.00* | LUGO, ROBERTO NAVARRO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 09/30/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175997 | $ 6,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 21 | MALAVE RAMOS, ISIDRO<br>22-7 CALLE 10<br>URB. MIRAFLORES<br>BAYAMON, PR00957 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177385 | $ 8,844.00 | MALAVE RAMOS, ISIDRO<br>22-7 CALLE 10<br>MIRAFLORES<br>BAYAMÓN, PR 00957 | 09/28/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176254 | $ 8,844.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Three Hundred and Eighteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | MALAVE ZAYAS, RAUL<br>P.O. BOX 1236<br>CIDRA, PR 00739 | 12/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 179006 | Undetermined* | MALAVE ZAYAS, RAUL<br>PO BOX 1236<br>CIDRA, PR 00739 | 12/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178987 | $ 6,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | MARQUEZ CRUZ, NITZA M.<br>KENNEDY #718 URB. LA CUMBRE<br>SAN JUAN, PR 00926 | 08/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178528 | $ 13,200.00 | MARQUEZ CRUZ, NITZA M.<br>718 KENNEDY URB. LA CUMBRE<br>SAN JUAN, PR 00926 | 08/28/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178522 | $ 13,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28 AC7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 11/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178800 | $ 42,000.00 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28A C7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 11/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178810 | $ 47,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 25 | MORALES RIOS, CARMEN L.<br>URB. VALLE ARRIBA HEIGHTS T21 GRANADILLA ST.<br>CAROLINA, PR 00983 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176791 | $ 13,200.00 | MORALES RIOS, CARMEN L.<br>URB. VALLE ARRIBA HEIGHTS T21 GRANADILLA ST.<br>CAROLINA, PR 00983 | 09/18/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178314 | $ 13,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 26 | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 10/02/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 176320 | Undetermined* | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 176678 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 11/12/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 178788 | $ 60,000.00 | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 11/17/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 178815 | $ 60,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | NAVARRO LUGO, ROBERTO<br>HC 15 BOX 16233<br>HUMACAO, PR 00791 | 11/25/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 178901 | $ 60,000.00 | NAVARRO LUGO, ROBERTO<br>HC-15 BOX 16233<br>HUMACAO, PR 00791 | 11/20/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 178849 | $ 60,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 29 | NIEVES ALVAREZ, MIRNA A.<br>445 VALLE DE TORRIMAR<br>GUAYNABO, PR 00966-8710 | 09/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175432 | $ 4,800.00 | NIEVES ALVAREZ, MIRNA<br>445 VALLES DE TORRIMAR<br>GUAYNABO, PR 00966-8710 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175196 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 30 | NIEVES HERNANDEZ, MIGUEL A.<br>URB. KENNEDY CALLE PEDRO HNDEZ #95<br>QUEBRADILLAS, PR 00678 | 07/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 142307 | $ 18,000.00 | NIEVES HERNANDEZ, MIGUEL A.<br>URB. KENNEDY CALLE PEDRO HERNANDEZ #95<br>QUEBRODILLAS, PR 00678 | 07/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 153878 | $ 38,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 31 | ORTEGA ORTIZ, DELFIN ROSALINA GONZALEZ FIGUEROA<br>CALLE #4, G11B<br>URB SAN CRISTOBAL<br>BARRANQUITAS, PR 00794 | 11/27/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177668 | $ 45,000.00 | ORTEGA ORTIZ, DELFIN ROSALINA GONZALEZ FIGUEROA<br>CALLE #4, G11B<br>URB SAN CRISTOBAL<br>BARRANQUITAS, PR 00794 | 12/02/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177685 | $ 45,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 32 | OTERO, ROBERTO TORRES<br>CIUDAD JARDIN CALLE LILA 132<br>CAROLINA, PR 00987 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177349 | $ 28,800.00 | TORRES OTERO, ROBERTO<br>132 LILA CIUDAD JARDIN<br>CAROLINA, PR 00987 | 09/18/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176155 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Three Hundred and Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | P.D.C.M ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 20377 | $ 14,451.60 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 30421 | $ 14,451.60 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 34 | P.D.C.M ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27530 | $ 55,920.47 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27593 | $ 55,920.47 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 35 | PELLOT CANCELA, JESUS M<br>PO BOX 1374<br>AGUADA, PR 00602 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176535 | $ 3,600.00 | PELLOT CANCELA, JESUS M<br>P.O. BOX 1374<br>AGUADA, PR 00602 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175026 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 36 | PELLOT CANCELA, JESUS M.<br>P.O. BOX 1374<br>AGUADA, PR 00602 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176561 | $ 3,600.00 | PELLOT CANCELA, JESUS M<br>P.O. BOX 1374<br>AGUADA, PR 00602 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175026 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 37 | RIVERA GARCIA, IRMA M.<br>URB. BELINDA CALLE 1 CASA B20<br>ARROYO, PR 00714 | 11/16/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 178812 | Undetermined* | RIVERA GARCIA, IRMA M.<br>URB. BELINDA CALLE 1 B-20<br>ARROYO, PR 00714 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 97172 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 38 | RIVERA PEREZ, FELICITA M.<br>PO BOX 423<br>ADJUNTAS, PR 00601 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 55095 | Undetermined* | RIVERA PEREZ, FELICITA M.<br>PO BOX 423<br>ADJUNTAS, PR 00601 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 39977 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Three Hundred and Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | RODRIGUEZ ALICIA, FELIPE<br>CALLE 4 B1 COUNTRY STATE<br>BAYAMON, PR00956 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176487 | Undetermined* | RODRIGUEZ ALICIA, FELIPE<br>C/4 B1 COUNTY ESTATE<br>BAYAMON, PR00986 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176012 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 40 | RODRIGUEZ SANCHEZ, ARNOLD<br>COND LUCERNA EDF-A-1 APT-Ml<br>CAROLINA, PR 00983 | 07/03/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 154723 | Undetermined* | RODRIGUEZ SANCHEZ, ARNOLD<br>COND. LUCERNA EDF. A-1<br>APT. M-1<br>CAROLINA, PR 00983 | 06/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 62872 | $ 41,645.63 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 41 | ROMAN, FRANCISCO RUIZ<br>URB. BUENA VISTA, CALLE 3 A1<br>LARES, PR 00669 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176800 | $ 4,800.00 | RUIZ ROMAN, FRANCISCO<br>URB. BUENA VISTA CALLE 3A1<br>LARES, PR 00669 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177478 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 42 | ROSADO PEREZ, MILDRED<br>1473 C/JAQUEY URB. LOS CAOBOS<br>PONCE, PR 00716-2630 | 07/27/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174566 | Undetermined* | ROSADO PEREZ, MILDRED<br>1473 CALLE JAGUEY URB LOS CAOBOS<br>PONCE, PR 00716-2630 | 08/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178517 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 43 | ROSADO PEREZ, MILDRED<br>1473 CALLE JAGUEY URB. LOS CAOBOS<br>PONCE, PR 00716-2630 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176006 | $ 28,800.00 | ROSADO PEREZ, MILDRED<br>1473 CALLE JAGUEY URB LOS CAOBOS<br>PONCE, PR 00716-2630 | 08/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178517 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

### Three Hundred and Eighteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 44 | TORRES OTERO, ROBERTO<br>CIUDAD JARDIN CALLE LILA 132<br>CAROLINA, PR 00987 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175900 | $ 28,800.00 | TORRES OTERO, ROBERTO<br>132 LILA CIUDAD JARDIN<br>CAROLINA, PR 00987 | 09/18/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176155 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 45 | TORRES OTERO, ROBERTO<br>CIUDAD JARDIN CALLE LILA 132<br>CAROLINA, PR 00987 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176909 | $ 28,800.00 | TORRES OTERO, ROBERTO<br>132 LILA CIUDAD JARDIN<br>CAROLINA, PR 00987 | 09/18/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176155 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 46 | TORRES, LESLIE M<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 153317 | Undetermined* | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 140140 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 47 | UNIQUE BUILDERS, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 27140 | $ 2,039,215.78* | UNIQUE BUILDERS, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 29911 | $ 2,271,539.78 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 48 | UNITED STATES OF AMERICA<br>MATTHEW J. TROY, U.S. DEPT. OF JUSTICE CIVIL DIVISION<br>PO BOX 875 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 40262 | $ 8,904,028.34* | UNITED STATES OF AMERICA<br>MATTHEW J. TROY, U.S. DEPT. OF JUSTICE CIVIL DIVISION<br>P.O. BOX 875 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 42189 | $ 8,904,028.34 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Three Hundred and Eighteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 49 | VALLE UMPIERRE, LUZ E<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 11651 | $ 57,996.70 | VALLE UMPIERRE, LUZ E.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 11988 | $ 57,996.70 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 50 | VILMA M DAPENA RODRIGUEZ, KATHERINE FIGUEROA, GUY SANCHEZ<br>COND QUANTUM METRO NORTE<br>AVE CHARDON 120 1202<br>SAN JUAN, PR 00918-1731 | 05/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 40728 | $ 5,000,000.00* | KATHERINE FIGUEROA AND GUY SANCHEZ VILMA M. DAPENA RODRIGUEZ<br>120 CARLOS CHARDON AVENUE<br>QUANTUM METROCENTER BOX 28<br>SAN JUAN, PR 00918 | 03/01/21 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 179114 | $ 5,000,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |