**Presentment Date**: June 23, 2021

**Objection Deadline**: June 22, 2021 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al*.,

                        Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the
Commonwealth.**

</td></tr>
</table>

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE THREE HUNDRED TWENTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE, DEFICIENT, NO LIABILITY, AND INCORRECT DEBTOR BOND CLAIMS (ECF NO. 16651)

PLEASE TAKE NOTICE that, on June 15, 2021, the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act* ("PROMESA"),[2] hereby submits a *Notice of Presentment of Proposed Order Granting the Three Hundred Twenty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims* (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2021, the Commonwealth, by and through the Oversight Board, filed the *Three Hundred Twenty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims* [ECF No. 16651] (the "Three Hundred Twenty-Fifth Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that, the Three Hundred Twenty-Fifth Omnibus Objection is scheduled for hearing on June 16, 2021.

**PLEASE TAKE FURTHER NOTICE** that, any party against whom the Three Hundred Twenty-Fifth Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Three Hundred Twenty-Fifth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on June 2, 2021 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Three Hundred Twenty-Fifth Omnibus Objection, if no response was filed by the Response Deadline, the Three Hundred Twenty-Fifth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Three

Hundred Twenty-Fifth Omnibus Objection, ECF No. 16651-4, at 3.

PLEASE TAKE FURTHER NOTICE that, according to this Court's *Fourteenth
Amended Case Management Procedures* [ECF No. 15894-1]) (the "Case Management
Procedures"), the Court may enter an order granting a request for relief without a hearing upon

receipt of a certificate of no objection ("CNO", as defined by the Case Management Procedures).

*See* Case Management Procedures, Section III, paragraph P.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Case Management

Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48)

hours after the expiration of the Response Deadline.

PLEASE TAKE FURTHER NOTICE that, the undersigned hereby certifies that counsel

for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the

Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Prime

Clerk ("Prime Clerk"), (*iii*) mailings received by the Oversight Board, and (*iv*) mailings received

by counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto

Rico (the "UCC") (collectively, the "Responses") and, to the best of the undersigned's knowledge,

no applicable objection, responsive pleading, or request for a hearing with respect to the Three

Hundred Twenty-Fifth Omnibus Objection has been submitted.

PLEASE TAKE FURTHER NOTICE that, attached hereto as **Exhibit A** is a proposed

order (the "Proposed Order") granting the relief requested in the Three Hundred Twenty-Fifth

Omnibus Objection.

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph III.H of the Case

Management Procedures, "the presentment of a proposed order for administrative relief must be

3

filed and served at least seven (7) calendar days before the presentment date, and Objections
thereto must be filed and served at least one (1) calendar day before the presentment date," and
accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m.
(Atlantic Time) on June 22, 2021**, the relief requested in the Three Hundred Twenty-Fifth
Omnibus Objection shall be deemed unopposed, and the Proposed Order may be entered without
a further hearing.

**PLEASE TAKE FURTHER NOTICE** that, copies of all documents filed in these Title
III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by
calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject
to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 15, 2021
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García-Benítez
USDC No. 203708
Gabriel A. Miranda
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944


/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial
Oversight and Management Board for
Puerto Rico, as representative of the
Commonwealth of Puerto Rico*