**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al*.,

                  Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to PREPA.**

</td>
</tr>
</table>

ORDER GRANTING THREE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS
THAT ARE PARTIALLY SATISFIED AND PARTIALLY FOR AMOUNTS FOR WHICH
PREPA IS NOT LIABLE

Upon the *Three Hundred Thirty-Third Omnibus Objection (Substantive) of the
Puerto Rico Electric Power Authority to Claims That Are Partially Satisfied and Partially for
Amounts for Which PREPA Is Not Liable* [ECF No. 16657] (the "Three Hundred Thirty-Third
Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated April

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy
Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS)
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal
Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and
(vi) Puerto Rico Public Buildings Authority ("PBA", and together with the
Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No.
19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are
listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the Three Hundred Thirty-Third Omnibus Objection.

1

30, 2021, for entry of an order reducing the amount of certain claims filed against PREPA on the basis that these claims are partially satisfied and PREPA has no liability for other claim portions, as more fully set forth in the Three Hundred Thirty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Thirty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Thirty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Thirty-Third Omnibus Objection (collectively, the "Claims to Be Partially Disallowed") having been found to be satisfied in part; and the Court having determined that that other portions of the Claims to Be Partially Disallowed seek recovery of amounts for which PREPA is not liable; and the Court having determined that the relief sought in the Three Hundred Thirty-Third Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Thirty-Third Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Thirty-Third Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Thirty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Partially Disallowed are hereby reduced and disallowed to the extent they assert claims for amounts already paid and/or for which PREPA has

2

no liability, such that the Claims to Be Disallowed shall now only be considered claims asserting

the amount set forth in the column titled "Remaining Claim" in Exhibit A to the Three Hundred

Thirty-Third Omnibus Objection, respectively; and it is further

ORDERED that PREPA's right to object to portions of the remaining portions of

these claims, as set forth in the column titled "Remaining Claim" in Exhibit A to the Three

Hundred Thirty-Third Omnibus Objection, is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete and reduce the

amount asserted in the Partially Satisfied Claims by the disallowed portions (i.e., reducing the

amount of the claims to the amounts set forth in the column titled "Remaining Claim" in Exhibit

A to the Three Hundred Thirty-Third Omnibus Objection) from the official claims register in the

PREPA Title III Case; and it is further

ORDERED that this Order resolves Docket Entry No. 16657 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Thirty-Third Omnibus Objection**

THREE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION

Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FLORES LABAULT DBA, CARLOS M<br>HERMANAS DAVILA<br>J 5 AVE BETANCES<br>BAYAMON, PR  00959 | 5/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 12097 | Undetermined* | $51,150.61 | $1,720.64 | $140,568.90 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 2 | FRANCISCO DIAZ MASSO /<br>BERMUDEZ, LONGO, DIAZ -<br>MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR  00919 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 39678 | $912,166.36 | $897,719.66 | $3,294.74 | $11,151.96 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 3 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR  00919-5075 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 149209 | $180,813.21 | $152,710.30 | $74.52 | $28,028.39 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because the attendance punch record was not used. | | | | | | | | |
| 4 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR  00604 | 5/31/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 59656 | Undetermined* | $16,297.68 | $591.67 | $150.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 5 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR  00970 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 29658 | $61,834.00 | $54,049.67 | $1,060.33 | $6,724.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

THREE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION

Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 6 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR  00970 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 31326 | $150,125.00 | $109,891.48 | $10,208.52 | $30,025.00 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 7 | TORRES NAVEIRA, MANUEL BISMARCK DBA MBT ASSOCIATES PO BOX 8642 SAN JUAN, PR  00910-0642 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 38563 | $22,391.83 | $15,540.76 | $0.00 | $6,851.07 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law.

\* - Indicates claim contains unliquidated and/or undetermined amounts.