UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor[1]. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>Case No. 17-BK-3567-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>    Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that the Ad Hoc Group of Noteholders of FGIC – Insured Notes ("Ad Hoc Group"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's Fourteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 15,894 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled *Limited Objection of the Ad Hoc Group of FGIC Noteholders to the (I) Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., and (II) Third Amended Title III Joint Plan of Adjustment*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*of the Commonwealth of Puerto Rico, et al.* -and- the *Fourth Supplemental Verified Statement of the Ad Hoc Group of Noteholders of FGIC-Insured Notes Pursuant to Bankruptcy Rule 2019*, filed by the undersigned counsels on behalf of Ad Hoc Group of Noteholders of FGIC – Insured Notes. (Dockets Nos. 17,001 and 17,004 of Case No. 17-3283 and Docket No. 1,031 of Case No. 17-3567) by electronic mail upon all the parties listed in the Master Service List as of June 11, 2021 and by U.S. mail upon the US Trustee on today's date.

Dated: June 15, 2021          Respectfully submitted,

CORDOVA & DICK, LLC

*/s/Brian M. Dick Biascoechea*
Brian M. Dick Biascoechea
#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918
P.O. Box 194021
San Juan, PR 00919-4021
Telephone: (787) 452-6425
USDC No.: 230,903
Email: bmd@bmdcounselors.com

*Local Counsel to the Ad Hoc Group of Noteholders of FGIC- Insured Notes*