June 10, 2021

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 15 PM 3:05

The Financial Oversight &
Management Board for Puerto Rico
150 Carlos Chardon Ave. Suite 150
San Juan PR 00918-1767

The United States District Court
Clerk's Office
150 Carlos Chardon Ave. Suite 150
San Juan PR 00918-1767

United States Trustee
Ochoa Building
500 Tanca Street, 301 Suite
San Juan PR 00901

BASIS AND NATURE OF OBJECTION ABOUT
Public Employees Retirement System of the Government
of the Commonwealth of Puerto Rico

Finding the true or false about this Retirement System at the PROMESA TITLE III, it's necessary to keep attention about that this Disclosure Statement not enters on the edge of a double payback as a destruction, surrender or loss incurred for the sake of something from the past good well standing, without any court solutions. Because those following statements were placed before at the getput of the Oversight Board by the ACT OF PROMESA TITLE III Overlook & Outlook About that,

1. The ELA General and Common Public Employees were affected by Law Number Seven (7); reduction the workforces labors and all of the public labor places deal from about any payroll view.

2. The ELA General and Common Public Employees were affected by Law Number Three (3); eliminated the next generation retire payments that include the Common Employ Fee, the Summer and Christmas Bonus, also the Medical Plan by any Employ Contribution and all kind of participation as an ELA Public Retirement Member.

3. The ELA Justice Department and Public Judges were affected by Law Number one Hundred Sixty One (161); that taking off a 10% from about his Own Agency Retire Payments.

4. The ELA Retirement System keep up and retain all kind of those savings by agencies payroll deductions and income budges, taking with interest as a funding to investments and like his own property without any benefits and guarantees for

the macro of the General and Common Public ELA Employees at the monthly agency payroll discount.

So, how it's possible that this Jointly Administered No. 17BK 3283-LTS at the PROMESA TITLE III push too much this actually and maybe the future Middle & Indigence Retire Class. It's just necessary that the Financial Oversight Management Board for Puerto Rico, the United States District Court Clerk's Office and the United States Trustee take notice about that and find what, how, when, where and which before and after the Joint Plan of Adjustment of the ELA satisfy this "OVER PAST PUBLIC DUE" often to a new deal out as any laws taking by running on a chance with more of danger or loss acknowledge about it.

I agree and submit this Basic and Nature Objections About this Disclosure Statement for the Third Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, today June 10, 2021.

Respectably,

*Ana A. Núñez Velázquez* (signature)

Ana A. Núñez Velázquez
19 Res. Villanueva Apto. 170
Aguadilla Puerto Rico 00603