Sra. Ana A. Nuñez Velázquez
Res. Villanueva Apt# 190
Aguadilla PR 00603

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 15 PM 3:05

The Financial Oversight
Management Board of PR
150 Carlos Chardon Ave
Suite 150 San Juan PR
00918-1767