

June 11, 2021

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767

Re: Replica for the Global Objection of our claim 14706

To whom it may concern:

As requested, we are making a replica for the Global Objection of our claim 14706 of case 17 BK 3283-LTS (Promise Title III).

The objection states: The claimant failed to provide prima facie evidence to support a secured claim.

Our reply is based on the fact that we include the evidence of invoice and delivery ticket with the signature of an agent.

Along with this letter we include all the documents that were sent in February 2019 and the notification of the Global Objection.

We understand that with this evidence, the Objection should not proceed.

Any questions or additional information, you can contact us at 787-798-2160 or email dtorres@unicarepr.com

Thank you

Dalila Torres, Treasurer
Universal Care Corporation

copy: Abogado de la Junta de Supervisión y Abogados del Comité de Acreedores