RECEIVED     RECEIVED

MAY 1 3 2021     MAY 1 3 2021

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Universal Care Corporation | 14706 | 5/23/2018 | Commonwealth of Puerto Rico | $1,558.13 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Universal Care Corporation | 14706 | 5/23/2018 | Commonwealth of Puerto Rico | $1,558.13 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar el reclamo asegurado. | | | |



20 de febrero de 2019

Centro de Procesamiento de Información Complementaria del Estado Libre Asociado de PR
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

A quien pueda interesar:

Estamos incluyendo las Evidencias de las siguientes reclamaciones:

1. Administración de Servicios Médicos de PR- Reclamación 6630
2. Centro Cardiovascular de PR y del Caribe- Reclamación 5480
3. Hospital Pediátrico Universitario-Reclamación 17
4. Hospital Regional de Bayamón- Reclamación 48
5. Hospital Universitario de Adultos- Reclamación 6537
6. Centro Comprensivo del Cancer-Reclamación 19609
7. Administracion de Correccion- Reclamación 14706
8. Fonde del Seguro de Estado-Reclamación 20532
9. Departamento de Salud-Reclamación -29

Cualquier duda o información adicional, pueden comunicarse con nosotros al 787-798-2160 o correo electrónico gloperena@unicarepr.com

Gracias,

Ginnette M. Loperena Nigaglioni
Gerente de Crédito

AP-1IR-L

**Prime Clerk LLC**
(844) 822-9231 · PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **14706**
Nombre del Reclamante: **Universal Care Corporation**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive**, por correo electrónico a
PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas
a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro
oficial de reclamaciones.

| | Balance al 1/31/2019 | AIJ009 | $1,235.87 |
|---|---|---|---|
| | | AIJ010 | 322.26 |

**FUNDAMENTO DE LA RECLAMACIÓN:**

☒ Una factura impaga que usted emitió al gobierno de Puerto Rico   **Balance Total**   **$1,558.13**

☐ Empleo actual o anterior en el gobierno de Puerto Rico

☐ Otro (describir): _____

**PARA UNA FACTURA PENDIENTE:**

Número de proveedor / Número de identificación tributaria / Últimos cuatro dígitos del Número de seguro social: **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**

El organismo o departamento gubernamental que celebró el (los) contrato(s) con usted: __ADMINISTRACION DE INSTITUCIONES__

__JUVENILES, DEPARTAMENTO DE CORRECTION / CORRECTIONAL DEPARTMENT__

Su(s) número(s) de contrato y/o número(s) de órden(es) de compra ____Varias____

Proporcione la documentación de respaldo de su reclamación incluyendo una copia de todo contrato, orden de compra, factura
(con inclusión de las fechas en que se prestaron los servicios y fechas de entrega de los bienes), conocimiento de embarque, y
constancia de entrega).

**PARA EL EMPLEO ACTUAL O ANTERIOR:**

El organismo o departamento específico en el que trabaja o trabajó: _____

_____

Período específico en el que estuvo, o está empleado en relación con la reclamación: _____

Los últimos cuatro dígitos de su número de seguro social: _____

Naturaleza de la reclamación relacionada con empleo:

☐ Jubilación                         ☐ Queja con el sindicato

☐ Salarios impagos                   ☐ Acción legal pendiente o cerrada

☐ Días por enfermedad                ☐ Otra: _____

☐ Vacaciones                         _____

*[Continúa al dorso]*

**STATEMENT**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**UNICARE**

| | |
|---|---|
| PAGE | 1 |
| DATE | 1/31/2019 |
| ACCOUNT NO | AIJ010 |

**ATTN:** ADM INST JUVENILES CTS ARECIBO
PO BOX 71308
SAN JUAN, PR 00936

| | |
|---|---|
| AMOUNT DUE | 322.26 |
| TERMS | Net 30 Days |

| INVOICE DATE | INVOICE NO | TYPE | PO/CHECK NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 5/29/2014 | 431682 | Inv | 14RE0208 | 96.80 | 0.00 | 96.80 |
| 6/3/2014 | 432123 | Inv | 14RE0208 | 3,034.64 | 0.00 | |
| 10/6/2014 | 432123 | Pmt | 3175688 | 0.00 | 3,083.69 | over payment |
| | 432123 | | | | | -49.05 |
| 6/10/2014 | 432583 | Inv | 14RE0208 | 99.49 | 0.00 | 99.49 |
| 6/12/2014 | 432770 | Inv | 14RE0208 | 122.76 | 0.00 | 122.76 |

**Seriously past due. Please remit.**
**Activity after 1/31/2019 will be reflected on your next statement.**

| CURRENT | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | LATE CHARGES | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 270.00 | 52.26 | 322.26 |

**UNICARE**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 5/29/2014 |
| **INVOICE NO** | 431682 |

**SOLD TO**
AIJ010
ADM INST JUVENILES CTS ARECIBO
PO BOX 60-307
BAYAMON, PR 00960

**SHIP TO**
010001
ADM INST JUVENILES CTS ARECIBO
GLADYS ORTIZ
L-V 8-3 CARR 2 BO SAN LUIS
AL LADO GARAGE SHELL ANTIGUA CARCEL DISTRITO
ARECIBO,

**TOTAL DUE**       96.80

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 054 | | 6/28/2014 | 5/29/2014 | 00056273 | 11/5/2013 | 5/29/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| Net 30 Days | 14RE0208 | | Our Truck | |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 3500-2B0063Q | 0 | BX | 1.0000 | 1.0000 | 48.4000 | 48.40 |
| IV SOL'N DEXTROSE 5% 500ML | | 24.0000 | | | | |
| IN WATER | | | | | | |
| Lot No | | | | | | |
| C931774 | | | | 1.0000 | | |
| 3500-2B1323Q | 0 | BX | 1.0000 | 1.0000 | 48.4000 | 48.40 |
| IV SOL'N NOR SAL 0.9% 500ML | | 24.0000 | | | | |
| IN WATER | | | | | | |
| Lot No | | | | | | |
| C933481 | | | | 1.0000 | | |

**PR SALES TAX**
0.00

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 96.80 | 0.00 | 0.00 | 0.00 | 96.80 |
| | | | | | **TOTAL DUE** | 96.80 |

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**

<< CONDUCE >>

**UNICARE**

| | BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|---|
| | BATCHD | 00056273 | 11/5/2013 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

14RE0208

05/22/2014 16:09:11 PM

**S** 010001
**H** ADM INST JUVENILES CTS ARECIBO
**I** GLADYS ORTIZ
**P** L-V 8-3 CARR 2 BO SAN LUIS
AL LADO GARAGE SHELL ANTIGUA CARCEL DISTRITO
**T** ARECIBO,
**O** (787) 878-8330

**S** AIJ010
**O** ADM INST JUVENILES CTS ARECIBO
**L** PO BOX 60-307
**D** BAYAMON, PR 00960
**T** (787) 273-6464
**O**

| | | | | TERMS | Net 30 Days | |
|---|---|---|---|---|---|---|
| SLS1 | SLS2 | LOCATION ID | SHIP VIA | | PICKING SLIP NO | REQ SHIP DATE | SHIP DATE |
| 054 | | UCCHQ | Our Truck | | 40321 | 5/22/2014 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 3500-2B0063Q IV SOL'N DEXTROSE 5% 500ML IN WATER | | BX 24.0000 | C931774 ✓ May-15 | 1.0000 | 1 | |
| 3500-2B1323Q IV SOL'N NOR SAL 0.9% 500ML IN WATER | | BX 24.0000 | C933481 ✓ JuN-15 | 1.0000 ✗ | 1 | |

15-B-28N1

Blagaito/2015

| Dispatched By/ Date: | Checked By/Date: | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) | Received By/ Date/Time: |
|---|---|---|---|---|---|
| Wfi | Slot | | 2 | | 27/05/14 |

NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA



Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**PAGE** 1

| INVOICE DATE | 6/10/2014 |
|---|---|
| INVOICE NO | 432583 |

**S O L D T O**
AIJ010
ADM INST JUVENILES CTS ARECIBO
PO BOX 60-307
BAYAMON, PR 00960

**S H I P T O**
010001
ADM INST JUVENILES CTS ARECIBO
GLADYS ORTIZ
L-V 8-3 CARR 2 BO SAN LUIS
AL LADO GARAGE SHELL ANTIGUA CARCEL DISTRITO
ARECIBO,

**TOTAL DUE** 99.49

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 054 | | 7/10/2014 | 6/10/2014 | 00056274 | 11/5/2013 | 6/13/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| Net 30 Days | 14RE0208 | | Our Truck | |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2804-81-002 | 1 | BX | 1.0000 | 1.0000 | 99.4900 | 99.49 |
| IV ADM SET PRIMARY 1 INJ | | 100.0000 | | | | |
| Lot No | | | | | | |
| 66281KS | | | | 1.0000 | | |

**PR SALES TAX**
0.00

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 99.49 | 0.00 | 0.00 | 0.00 | 99.49 |

**TOTAL DUE** 99.49

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**



UNICARE

<< CONDUCE >>
JUN 6 AM 11:39

| BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|
| 0527BO | 00056274 | 11/5/2013 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

14RE0208

05/30/2014 09:52:59 AM

S 010001
H ADM INST JUVENILES CTS ARECIBO
I GLADYS ORTIZ
P L-V 8-3 CARR 2 BO SAN LUIS
AL LADO GARAGE SHELL ANTIGUA CARCEL DISTRITO
T ARECIBO,
O (787) 878-8330

S AIJ010
O ADM INST JUVENILES CTS ARECIBO
L PO BOX 60-307
D BAYAMON, PR 00960
T (787) 273-6464
O

| | | | | TERMS | Net 30 Days | | |
|---|---|---|---|---|---|---|---|
| **SLS1** | **SLS2** | **LOCATION ID** | **SHIP VIA** | **PICKING SLIP NO** | **REQ SHIP DATE** | **SHIP DATE** | |
| 054 | | UCCHQ | Our Truck | 40773 | 5/22/2014 | | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 2804-81-002 | | BX | 66281 KS | 1.0000 | 1 | |
| IV ADM SET PRIMARY 1 INJ | | 100.0000 | 2018-06 | | | |

| Dispatched By/<br>Date: | Checked By/Date: | Delivered By/<br>Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) | Received By/<br>Date/Time: |
|---|---|---|---|---|---|
| uh | | | | | 6/10/14 |

NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA

**UNICARE**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**PAGE** 1

| | |
|---|---|
| **INVOICE DATE** | 6/12/2014 |
| **INVOICE NO** | 432770 |

**S O L D T O**
AIJ010
ADM INST JUVENILES CTS ARECIBO
PO BOX 60-307
BAYAMON, PR 00960

**S H I P T O**
010001
ADM INST JUVENILES CTS ARECIBO
GLADYS ORTIZ
L-V 8-3 CARR 2 BO SAN LUIS
AL LADO GARAGE SHELL ANTIGUA CARCEL DISTRITO
ARECIBO,

**TOTAL DUE** 122.76

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 054 | | 7/12/2014 | 6/12/2014 | 00056809 | 6/2/2014 | 6/17/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| Net 30 Days | 14RE0208 | | Our Truck | |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2500-6725320110 | 0 | EA | 6.0000 | 6.0000 | 20.4600 | 122.76 |
| PENICILLIN VK TAB 500MG FCO100 | | 1.0000 | | | | |
| **Lot No** | | | | | | |
| 343681662 | | | | 6.0000 | | |

PR SALES TAX
0.00

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 122.76 | 0.00 | 0.00 | 0.00 | 122.76 |

**TOTAL DUE** 122.76

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**



<< CONDUCE >>

| BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|
| 0603BO | 00056809 | 6/2/2014 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

14RE0208

06/10/2014 07:27:33 AM

**S** 010001
**H** ADM INST JUVENILES CTS ARECIBO
**I** GLADYS ORTIZ
**P** L-V 8-3 CARR 2 BO SAN LUIS
**T** AL LADO GARAGE SHELL ANTIGUA CARCEL DISTRITO
ARECIBO,
**O** (787) 878-8330

**S** AIJ010
**O** ADM INST JUVENILES CTS ARECIBO
**L** PO BOX 60-307
**D** BAYAMON, PR 00960
**T** (787) 273-6464
**O**

**TERMS**  Net 30 Days

| SLS1 | SLS2 | LOCATION ID | SHIP VIA | | PICKING SLIP NO | REQ SHIP DATE | SHIP DATE |
|---|---|---|---|---|---|---|---|
| 054 | | UCCHQ | Our Truck | | 41542 | 6/2/2014 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 2500-6725320110 | | EA | 34 3681662 | 6.0000 | 6 | 0 |
| PENICILLIN VK TAB 500MG FCO100 | | 1.0000 | 9/2016 | | | |

| Dispatched By/ Date: | Checked By/Date: | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By/ (Customer Signature) | Received By/ Date/Time: |
|---|---|---|---|---|---|
| | | | | | 6/12/14 |

NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA

**STATEMENT**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

UNICARE

| | |
|---|---|
| **PAGE** | 1 |
| **DATE** | 1/31/2019 |
| **ACCOUNT NO** | AIJ009 |

**ATTN:** ADM INST JUVENILES CTS HUMACAO
DEPTO DE CORRECCION
Y ADMINISTRACION
PO BOX 71308
SAN JUAN, PR 00936

| | |
|---|---|
| **AMOUNT DUE** | 1,235.87 |
| **TERMS** | Net 30 Days |

| INVOICE DATE | INVOICE NO | TYPE | PO/CHECK NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/24/2014 | 425376 | Inv | 14CTH0163F | 65.60 | 0.00 | 65.60 |
| 3/31/2014 | 427803 | Inv | 14CTH0201 | 248.04 | 0.00 | 248.04 |
| 9/16/2014 | 438861 | Inv | 15CTH0043-F | 470.27 | 0.00 | 470.27 |
| 10/6/2014 | 440452 | Inv | 15CTH0043-F | 67.44 | 0.00 | 67.44 |
| 6/30/2015 | 458217 | Inv | 15RE0462-F | 577.81 | 0.00 | |
| 10/7/2015 | 458217 | Pmt | 3318701 | 0.00 | 264.41 | |
| | 458217 | | | | | 313.40 |

**Seriously past due. Please remit.**
**Activity after 1/31/2019 will be reflected on your next statement.**

| CURRENT | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | LATE CHARGES | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 1,164.75 | 71.12 | 1,235.87 |

**UNICARE**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 2/24/2014 |
| **INVOICE NO** | 425376 |

**SOLD TO**
AIJ009
ADM. INST JUVENILES CTS HUMACA
CENTRO TRATAMIENTO SOCIAL
HC-03 BOX 6739
HUMACAO, PR 00791

**SHIP TO**
250001
ADM INST JUVENILES CTS HUMACAO
JAIME L. HERNANDEZ DE LEON
CTS HUMACAO EXP 30  DESPUES
SALIDA YABUCOA LA SEGUNDA A LA DERECHA  BO
MAMBICHE BLANCO
HUMACAO,  00791

**TOTAL DUE**   65.60

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 006 | | 3/26/2014 | 2/24/2014 | 00049595 | 2/11/2014 | 2/25/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| Net 30 Days | 14CTH0163F | Our Truck |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 2500-0641600610 | | 0 | EA | 1.0000 | 1.0000 | 65.6000 | 65.60 |
| ATROPINE INJ. 0.4MG/ML | | | 1.0000 | | | | |
| 20MLVIAL  10VL/BOX | | | | | | | |
| Lot No | | | | | | | |
| 043324 | | | | | 1.0000 | | |

**PR SALES TAX**
0.00

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 65.60 | 0.00 | 0.00 | 0.00 | 65.60 |
| | | | | | **TOTAL DUE** | 65.60 |

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**



UNICARE

| | BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|---|
| | BATCHD | 00049595 | 2/11/2014 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

14CTH0163F

02/14/2014 13:51:01 PM

**S** 250001
**H** ADM INST JUVENILES CTS HUMACAO
**I** JAIME L. HERNANDEZ DE LEON
**P** CTS HUMACAO EXP 30 DESPUES
SALIDA YABUCOA LA SEGUNDA A LA DERECHA BO
**T** MAMBICHE BLANCO
**O** HUMACAO, 00791
(787) 285-0909

**S** AIJ009
**O** ADM. INST JUVENILES CTS HUMACA
**L** CENTRO TRATAMIENTO SOCIAL
**D** HC-03 BOX 6739
HUMACAO, PR 00791
**T** (787) 285-0909
**O**

| | | | | TERMS | Net 30 Days | | |
|---|---|---|---|---|---|---|---|
| **SLS1** | **SLS2** | **LOCATION ID** | **SHIP VIA** | | **PICKING SLIP NO** | **REQ SHIP DATE** | **SHIP DATE** |
| 006 | | UCCHQ | Our Truck | | 33010 | 2/14/2014 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 2500-0641600610 | | EA | 043324 | 1.0000 | 1 Vial | 0 |
| ATROPINE INJ. 0.4MG/ML | | 1.0000 | 4/7015 | | | |
| 20MLVIAL ~~10VL/BOX~~ | | | | | | |

Para Lunes 2/24/14
2/21/14

| Dispatched By/ Date: | Checked By/Date: | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) | Received By/ Date/Time: |
|---|---|---|---|---|---|
| 2/19/2014 | 2/19/2014 | | 1 | | 2/24/14 |

**NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**UNICARE**

| | | |
|---|---|---|
| **PAGE** | | 1 |
| **INVOICE DATE** | | 3/31/2014 |
| **INVOICE NO** | | 427803 |

**S O L D T O**
AIJ009
ADM. INST JUVENILES CTS HUMACA
CENTRO TRATAMIENTO SOCIAL
HC-03 BOX 6739
HUMACAO, PR 00791

**S H I P T O**
250001
ADM INST JUVENILES CTS HUMACAO
JAIME L. HERNANDEZ DE LEON
CTS HUMACAO EXP 30 DESPUES
SALIDA YABUCOA LA SEGUNDA A LA DERECHA BO
MAMBICHE BLANCO
HUMACAO, 00791

**TOTAL DUE** 248.04

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 006 | | 4/30/2014 | 3/31/2014 | 00051842 | 3/20/2014 | 3/27/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| Net 30 Days | 14CTH0201 | Our Truck |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2500-0603334021 DIPHENYDRAMINE CAP 50MG FCO 100 | 1 | EA 1.0000 | 7.0000 | 7.0000 | 3.3700 | 23.59 |
| Lot No 13J572 | | | | 7.0000 | | |
| 2500-00555030202 HYDROXYZ PAM CAP 500MG 100 TAB | 0 | EA 1.0000 | 3.0000 | 3.0000 | 9.6400 | 28.92 |
| Lot No 34017713A | | | | 3.0000 | | |
| 2500-0555032402 HYDROXYZINE PAM CAP 100MG FCO 100 | 0 | EA 1.0000 | 4.0000 | 4.0000 | 37.6900 | 150.76 |
| Lot No 34018509A | | | | 4.0000 | | |
| 500-6818035206 SERTRALINE TAB 50MG FCO30 | 0 | EA 1.0000 | 3.0000 | 3.0000 | 2.4900 | 7.47 |
| Lot No G308773 | | | | 3.0000 | | |
| 500-6818035306 SERTRALINE TAB 100MG FCO 30 | 0 | EA 1.0000 | 4.0000 | 4.0000 | 3.7600 | 15.04 |
| Lot No G309476 G309477 | | | | 1.0000 3.0000 | | |
| 500-089634800200 MELATONIN 5MG S/L TAB 30+30 | 1 | EA 1.0000 | 2.0000 | 2.0000 | 11.1300 | 22.26 |
| Lot No PN1557 | | | | 2.0000 | | |

UNICARE

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

| | |
|---|---|
| **PAGE** | 2 |
| **INVOICE DATE** | 3/31/2014 |
| **INVOICE NO** | 427803 |

**SOLD TO**
AIJ009
ADM. INST JUVENILES CTS HUMACA
CENTRO TRATAMIENTO SOCIAL
HC-03 BOX 6739
HUMACAO, PR 00791

**SHIP TO**
250001
ADM INST JUVENILES CTS HUMACAO
JAIME L. HERNANDEZ DE LEON
CTS HUMACAO EXP 30 DESPUES
SALIDA YABUCOA LA SEGUNDA A LA DERECHA BO
MAMBICHE BLANCO
HUMACAO, 00791

**TOTAL DUE** 248.04

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 006 | | 4/30/2014 | 3/31/2014 | 00051842 | 3/20/2014 | 3/27/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| Net 30 Days | 14CTH0201 | Our Truck |

| ITEM ID | TX CL UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | | | |

**PR SALES TAX**
0.00

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 248.04 | 0.00 | 0.00 | 0.00 | 248.04 |
| | | | | **TOTAL DUE** | 248.04 |

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**

<< CONDUCE >>

**UNICARE**

| BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|
| BATCH L | 00051842 | 3/20/2014 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

14CTH0201

03/20/2014 11:19:30 AM

**S** 250001
**H** ADM INST JUVENILES CTS HUMACAO
**I** JAIME L. HERNANDEZ DE LEON
**P** CTS HUMACAO EXP 30 DESPUES
**T** SALIDA YABUCOA LA SEGUNDA A LA DERECHA BO
**O** MAMBICHE BLANCO
HUMACAO, 00791
(787) 285-0909

**S** AIJ009
**O** ADM. INST JUVENILES CTS HUMACA
**L** CENTRO TRATAMIENTO SOCIAL
**D** HC-03 BOX 6739
**T** HUMACAO, PR 00791
**O** (787) 285-0909

**TERMS**   Net 30 Days

| SLS1 | SLS2 | LOCATION ID | SHIP VIA | | PICKING SLIP NO | REQ SHIP DATE | SHIP DATE |
|---|---|---|---|---|---|---|---|
| 006 | | UCCHQ | Our Truck | | 35351 | 3/20/2014 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 2500-0603334021 DIPHENYDRAMINE CAP 50MG FCO 100 | | EA 1.0000 | 13J5'72 91/2015 | 7.0000 | 7 | 0 |
| 2500-00555030202 HYDROXYZ PAM CAP 500MG 100 TAB   Vino de 50 Mg. | | EA 1.0000 | 340 1M13A 10/2016 | 3.0000 | 3 | 0 |
| 2500-0555032402 HYDROXYZINE PAM CAP 100MG FCO 100 | | EA 1.0000 | 340 18509A 12/2016 | 4.0000 | 4 | 0 |
| 2500-6818035206 SERTRALINE TAB 50MG FCO30 | | EA 1.0000 | G308 7M3 8/2016 | 3.0000 | 3 | 0 |
| 2500-6818035306 SERTRALINE TAB 100MG FCO 30 | | EA 1.0000 | G3094V46 (1) 9/2016 | 4.0000 | 4 | 0 |
| 2500-089634800200 MELATONIN 5MG S/L TAB 30+30 | | EA 1.0000 | PN 1557 11/2016 | 2.0000 | 2 | 0 |

| Dispatched By/ Date: | Checked By/Date: 3/20/2014 | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) M. M cef dowad | Received By/ Date/Time: 3/21/14 |
|---|---|---|---|---|---|

**NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA**



Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**PAGE**     1

| INVOICE DATE | 9/16/2014 |
| INVOICE NO | 438861 |

S
O   AIJ009
L   ADM. INST JUVENILES CTS HUMACA
D   CENTRO TRATAMIENTO SOCIAL
    HC-03 BOX 6739
T   HUMACAO, PR 00791
O

S   250001
H   ADM INST JUVENILES CTS HUMACAO
I   JAIME L. HERNANDEZ DE LEON
P   CARR 924 KM 4.5
    BO MAMBICHE BLANCO
T   HUMACAO,  00791
O

**TOTAL DUE**     470.27

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| 006 | | 10/16/2014 | 9/16/2014 | 00063252 | 8/11/2014 | 9/17/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| Net 30 Days | 15CTH0043-F | Our Truck |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|-------|---------|---------|------------|-----------|
| 2500-06642402001 | 1 | EA | 3.0000 | 3.0000 | 3.2800 | 9.84 |
| DIPHANYDRAMINE  25MG FCO 100 | | 1.0000 | | | | |
| Lot No | | | | | | |
| P13K425 | | | | 3.0000 | | |
| 2500-0555032402 | 0 | EA | 3.0000 | 3.0000 | 71.9600 | 215.88 |
| HYDROXYZINE PAM CAP 100MG | | 1.0000 | | | | |
| FCO 100 | | | | | | |
| Lot No | | | | | | |
| 34019187A | | | | 3.0000 | | |
| 2500-6498016901 | 0 | EA | 3.0000 | 3.0000 | 8.1100 | 24.33 |
| HYDROXIZINE PAM CAP 25MG | | 1.0000 | | | | |
| FCO 100 | | | | | | |
| Lot No | | | | | | |
| A1467 | | | | 3.0000 | | |
| 2500-4733590488 | 0 | EA | 5.0000 | 5.0000 | 11.1600 | 55.80 |
| QUETIAPINE FUM TAB 100MG | | 1.0000 | | | | |
| FCO100 | | | | | | |
| Lot No | | | | | | |
| GKN0732 | | | | 5.0000 | | |
| 2500-4733590688 | 0 | EA | 3.0000 | 3.0000 | 33.8800 | 101.64 |
| QUETIAPINE FUM  300MG | | 1.0000 | | | | |
| FCO 100 | | | | | | |
| Lot No | | | | | | |
| GKN0661 | | | | 3.0000 | | |
| 2500-5011143301 | 0 | EA | 5.0000 | 5.0000 | 3.4200 | 17.10 |
| TRAZODONE HCL TAB 50MG | | 1.0000 | | | | |
| FCO 100 | | | | | | |
| Lot No | | | | | | |
| 3142054 | | | | 5.0000 | | |
| 2500-4733590388 | 0 | EA | 2.0000 | 2.0000 | 10.3200 | 20.64 |
| QUETIAPINE FUM 50MG FCO 100 | | 1.0000 | | | | |
| Lot No | | | | | | |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**UNICARE**

| | |
|---|---|
| **PAGE** | 2 |
| **INVOICE DATE** | 9/16/2014 |
| **INVOICE NO** | 438861 |

**S O L D T O**
AIJ009
ADM. INST JUVENILES CTS HUMACA
CENTRO TRATAMIENTO SOCIAL
HC-03 BOX 6739
HUMACAO, PR 00791

**S H I P T O**
250001
ADM INST JUVENILES CTS HUMACAO
JAIME L. HERNANDEZ DE LEON
CARR 924 KM 4.5
BO MAMBICHE BLANCO
HUMACAO,  00791

**TOTAL DUE**    470.27

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 006 | | 10/16/2014 | 9/16/2014 | 00063252 | 8/11/2014 | 9/17/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| Net 30 Days | 15CTH0043-F | | Our Truck | |

| ITEM ID | | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| GKM1891A | | | | | 1.0000 | | |
| GKN0940 | | | | | 1.0000 | | |
| 2500-2724100106 | | 0 | EA | 4.0000 | 4.0000 | 6.2600 | 25.04 |
| RISPERIDONE 1MG FCO 60 | | | 1.0000 | | | | |
| **Lot No** | | | | | | | |
| P12914A | | | | | 4.0000 | | |
| 2500-4733573788 | | 1 | EA | 4.0000 | 0.0000 | 16.8600 | 0.00 |
| BUPROPION SR TAB 150MG | | | 1.0000 | | | | |
| FCO 100 | | | | | | | |
| **Lot No** | | | | | | | |

**PR SALES TAX**
0.00

We appreciate your business.

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 470.27 | 0.00 | 0.00 | 0.00 | 470.27 |
| | | | | **TOTAL DUE** | 470.27 |

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**

## UNICARE

| | BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|---|
| | Lopez | 00063252 | 8/11/2014 | 1 |

**CUSTOMER PO NO**

15CTH0043-F

09/08/2014 13:15:33 PM

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**S** 250001
**H** ADM INST JUVENILES CTS HUMACAO
**I** JAIME L. HERNANDEZ DE LEON
**P** CARR 924 KM 4.5
BO MAMBICHE BLANCO
**T** HUMACAO, 00791
**O** (787) 285-0909

**S** AIJ009
**O** ADM. INST JUVENILES CTS HUMACA
**L** CENTRO TRATAMIENTO SOCIAL
**D** HC-03 BOX 6739
HUMACAO, PR 00791
**T** (787) 285-0909
**O**

**TERMS** Net 30 Days

| LS1 | SLS2 | LOCATION ID | SHIP VIA | | PICKING SLIP NO | REQ SHIP DATE | SHIP DATE |
|---|---|---|---|---|---|---|---|
| 06 | | UCCHQ | Our Truck | | 48068 | 9/8/2014 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 500-06642402001 IPHANYDRAMINE 25MG FCO 100 | | EA 1.0000 | P13K 425 11/2016 | 3.0000 | 3 | 0 |
| 500-0555032402 YDROXYZINE PAM CAP 100MG CO 100 | | EA 1.0000 | 340 19187A 3/2017 | 3.0000 | 3 | 6 |
| 500-6498016901 YDROXIZINE PAM CAP 25MG CO 100 | | EA 1.0000 | A1467 1 2016 | 3.0000 | 3 | 0 |
| 500-4733590488 UETIAPINE FUM TAB 100MG CO100 | | EA 1.0000 | GKN 0732 4 2016 | 5.0000 | 5 | 0 |
| 500-4733590688 UETIAPINE FUM 300MG CO 100 | | EA 1.0000 | GK N0661 4 2016 | 3.0000 | 3 | 0 |
| 500-5011143301 RAZODONE HCL TAB 50MG CO 100 | | EA 1.0000 | 314 2054 5 2016 | 5.0000 | 5 | 0 |
| 500-4733590388 UETIAPINE FUM 50MG FCO 100 | | EA 1.0000 | (1)GK N0940 6 2016 (1) GK M1841 A 11 2015 | 2.0000 | 2 | 0 |
| 500-2724100106 ISPERIDONE 1MG FCO 60 | | EA 1.0000 | PI Z914A 12/2015 | 4.0000 | 4 | 0 |
| 500-4733573788 UPROPION SR TAB 150MG CO 100 | | EA 1.0000 | | 4.0000 | 0 | 4 |

no dio Tiempo 9/10/14

| Dispatched By/ Date | Checked By/Date: | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) | Received By/ Date/Time: |
|---|---|---|---|---|---|
| 9/9/2014 | 9/9/2014 | | / | | 12-9-14 |

NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA

UNICARE

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

| | |
|---|---|
| **PAGE** | 1 |
| **INVOICE DATE** | 10/6/2014 |
| **INVOICE NO** | 440452 |

**SOLD TO**
AIJ009
ADM. INST JUVENILES CTS HUMACA
CENTRO TRATAMIENTO SOCIAL
HC-03 BOX 6739
HUMACAO, PR 00791

**SHIP TO**
250001
ADM INST JUVENILES CTS HUMACAO
JAIME L. HERNANDEZ DE LEON
CARR 924 KM 4.5
BO MAMBICHE BLANCO
HUMACAO, 00791

**TOTAL DUE** 67.44

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 006 | | 11/5/2014 | 10/6/2014 | 00063252 | 8/11/2014 | 10/14/2014 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| Net 30 Days | 15CTH0043-F | Our Truck |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2500-0591354160 | 0 | EA | 4.0000 | 4.0000 | 16.8600 | 67.44 |
| BUPROPION HCL SR 150MG | | 1.0000 | | | | |
| 60 TABS | | | | | | |
| Lot No | | | | | | |
| 91257014 | | | | 4.0000 | | |

**PR SALES TAX**
0.00

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 67.44 | 0.00 | 0.00 | 0.00 | 67.44 |
| | | | | | **TOTAL DUE** | 67.44 |

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**



**<< CONDUCE >>**

| BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|
| 0916BO | 00063252 | 8/11/2014 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

15CTH0043-F

**09/22/2014 09:20:55 AM**

S 250001
H ADM INST JUVENILES CTS HUMACAO
I JAIME L. HERNANDEZ DE LEON
P CARR 924 KM 4.5
   BO MAMBICHE BLANCO
T HUMACAO, 00791
O (787) 285-0909

S AIJ009
O ADM. INST JUVENILES CTS HUMACA
L CENTRO TRATAMIENTO SOCIAL
D HC-03 BOX 6739
   HUMACAO, PR 00791
T (787) 285-0909
O

**TERMS** Net 30 Days

| SLS1 | SLS2 | LOCATION ID | SHIP VIA | PICKING SLIP NO | REQ SHIP DATE | SHIP DATE |
|---|---|---|---|---|---|---|
| 006 | | UCCHQ | Our Truck | 49071 | 9/8/2014 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 2500-4733573786 ~~2500-4733573786~~ 0591354160 BUPROPION SR TAB 150MG FCO 100 | EA | 1.0000 | 9125704 4/2016 | 4.0000 | 4 | 0 |

11      11      11      10/3/14

no      deo  Teemno      10/1/14

| Dispatched By/ Date: | Checked By/Date: | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) | Received By/ Date/Time: |
|---|---|---|---|---|---|
| 9/30/20 | 9/30/20 | | 1 | | 10/6/14 |

NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA

**UNICARE**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**PAGE** 1

**INVOICE DATE** 6/30/2015
**INVOICE NO** 458217

S
O  AIJ009
L  ADM INST JUVENILES CTS HUMACAO
D  DEPTO DE CORRECCION
T  Y ADMINISTRACION
O  PO BOX 71308
   SAN JUAN, PR 00936

S  250001
H  ADM INST JUVENILES CTS HUMACAO
I  LIC:17-B-0385   EXP: 09/20/17
P  EXP 30  DESPUES SALIDA
   YABUCOA LA SEGUNDA A LA DERECHA  BO
T  MAMBICHE BLANCO
O  HUMACAO,  00791

**TOTAL DUE** 313.40

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| 053 | | 7/30/2015 | 6/30/2015 | 00081642 | 6/24/2015 | 6/30/2015 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|-------------------|----------------|--|----------|--|
| Net 30 Days | 15RE0462-F | | Our Truck | |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|-------|---------|---------|------------|-----------|
| 2500-0591569460 | 0 | EA | 2.00 | 2.00 | 18.53 | 37.06 |
| MINOCYCLINE 50MG FCO 60 | | 1.0000 | | | | |
| Lot No | | | | | | |
| 1021187A | | | | 2.00 | | |
| 2500-5974617306 | 0 | EA | 1.00 | 1.00 | 19.65 | 19.65 |
| PREDNISONE 10MG FCO 100 | | 1.0000 | | | | |
| Lot No | | | | | | |
| 15P0043 | | | | 1.00 | | |
| 2500-2930011101 | 0 | EA | 3.00 | 3.00 | 7.02 | 21.06 |
| LAMOTRIGINE  25MG FCO 100 | | 1.0000 | | | | |
| Lot No | | | | | | |
| GLEL14006 | | | | 3.00 | | |
| 2500-6642402101 | 1 | BTL | 10.00 | 10.00 | 3.37 | 33.70 |
| DIPHENHYDRAMINE HCL 50MG | | 100.0000 | | | | |
| FCO 100 | | | | | | |
| Lot No | | | | | | |
| P15B055 | | | | 10.00 | | |
| 2500-04746904837 | 1 | EA | 10.00 | 10.00 | 8.39 | 83.90 |
| MELATONINA 5 MG FCO 100 | | 1.0000 | | | | |
| Lot No | | | | | | |
| 2060343 | | | | 10.00 | | |
| 2500-3172221430 | 0 | EA | 7.00 | 7.00 | 13.08 | 91.56 |
| SERTRALINE 100MG FCO 30 | | 1.0000 | | | | |
| Lot No | | | | | | |
| I1505195 | | | | 7.00 | | |
| 2500-6787724901 | 0 | EA | 4.00 | 4.00 | 19.53 | 78.12 |
| QUETIAPINE FUM IR 50MG | | 1.0000 | | | | |
| FCO 100 | | | | | | |
| Lot No | | | | | | |
| 5140421 | | | | 4.00 | | |

**UNICARE**

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

| | |
|---|---|
| **PAGE** | 2 |
| **INVOICE DATE** | 6/30/2015 |
| **INVOICE NO** | 458217 |

**S O L D T O**
AIJ009
ADM INST JUVENILES CTS HUMACAO
DEPTO DE CORRECCION
Y ADMINISTRACION
PO BOX 71308
SAN JUAN, PR 00936

**S H I P T O**
250001
ADM INST JUVENILES CTS HUMACAO
LIC:17-B-0385   EXP: 09/20/17
EXP 30  DESPUES SALIDA
YABUCOA LA SEGUNDA A LA DERECHA  BO
MAMBICHE BLANCO
HUMACAO,  00791

**TOTAL DUE**        313.40

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| 053 | | 7/30/2015 | 6/30/2015 | 00081642 | 6/24/2015 | 6/30/2015 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| Net 30 Days | 15RE0462-F | | Our Truck | |

| ITEM ID | TX CL | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2500-6787724760 | 0 | EA | 4.00 | 4.00 | 34.32 | 137.28 |
| QUETIAPINE FUMARATE 300MG | | 1.0000 | | | | |
| FCO 60 | | | | | | |
| **Lot No** | | | | | | |
| 4121862 | | | | 4.00 | | |
| 2500-00555030202 | 0 | EA | 4.00 | 4.00 | 18.87 | 75.48 |
| HYDROXYZ PAM CAP 50MG | | 1.0000 | | | | |
| 100 TAB | | | | | | |
| **Lot No** | | | | | | |
| 34018654A | | | | 4.00 | | |

**PR SALES TAX**
0.00

We appreciate your business.

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | PARTIAL PAYMENT | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 577.81 | 0.00 | 0.00 | (264.41) | 313.40 |
| | | | | | **TOTAL DUE** | 313.40 |

**IMPORTANT: INTEREST AT THE HIGHEST RATE ALLOWED BY LAW WILL BE CHARGED ON PAST DUE INVOICES.**

**UNICARE**

**<< CONDUCE >>**

| | BATCH CODE | ORDER NO | ORDER DATE | PAGE |
|---|---|---|---|---|
| | Lopez | 00081642 | 6/18/2015 | 1 |

Universal Care, Corp.
PO Box 1051
Sabana Seca, PR 00952-1051
PUERTO RICO
(787)-798-2160

**CUSTOMER PO NO**

15RE0462-F

06/24/2015 13:57:46 PM

| S | 250001 |
|---|---|
| H | ADM INST JUVENILES CTS HUMACAO |
| I | LIC:15-B-0385  EXP: 09/20/15 |
| P | EXP 30  DESPUES SALIDA |
| | YABUCOA LA SEGUNDA A LA DERECHA  BO MAMBICHE |
| T | BLANCO |
| O | HUMACAO, 00791 |
| | (787) 285-0909 |

| S | AIJ009 |
|---|---|
| O | ADM INST JUVENILES CTS HUMACAO |
| L | DEPTO DE CORRECCION |
| D | Y ADMINISTRACION |
| | PO BOX 71308 |
| T | SAN JUAN, PR 00936 |
| O | (787) 273-6464 |

**TERMS**  Net 30 Days

| LS1 | SLS2 | LOCATION ID | SHIP VIA | | PICKING SLIP NO | REQ SHIP DATE | SHIP DATE |
|---|---|---|---|---|---|---|---|
| 53 | | UCCHQ | Our Truck | | 68923 | 6/24/2015 | |

| ITEM ID | Lotted Item | UNIT | QTY / LOT NUM | ORDERED | SHIPPED | BACKORDERED |
|---|---|---|---|---|---|---|
| 500-0591569460 MINOCYCLINE 50MG FCO 60 | | EA 1.0000 | 102.1189A 12/2014 | 2.0000 | 2 | 0 |
| 500-5974617306 PREDNISONE 10MG FCO 100 | | EA 1.0000 | 15P0043 1/2017 | 1.0000 | 1 | 0 |
| 500-2930011101 LAMOTRIGINE 25MG FCO 100 | | EA 1.0000 | GLEL14006 5/2016 | 3.0000 | 3 | 0 |
| 500-6642402101 DIPHENHYDRAMINE HCL 50MG CO 100 | | BTL 100.0000 | PISB055 2/2018 | 10.0000 | 10 | 0 |
| 500-04746904837 MELATONINA 5 MG FCO 100 | | EA 1.0000 | 2060343 1/2018 | 10.0000 | 10 | 0 |
| 500-3172221430 SERTRALINE 100MG FCO 30 | | EA 1.0000 | I1505195 4/2018 | 7.0000 | 7 | 0 |
| 500-6787724901 QUETIAPINE FUM IR 50MG CO 100 | | EA 1.0000 | 5140921 3/2017 | 4.0000 | 4 | 0 |
| 500-6787724760 QUETIAPINE FUMARATE 300MG CO 60 | | EA 1.0000 | 4121862 10/2016 | 4.0000 | 4 | 0 |
| 500-00555030202 HYDROXYZ PAM CAP 50MG 100 TAB | | EA 1.0000 | 340181654A 2/2017 | 4.0000 | 4 | 0 |

| Dispatched By/ Date: | Checked By/Date: | Delivered By/ Date/Time: | Packages Received: | Received In Good Order By: (Customer Signature) | Received By/ Date/Time: |
|---|---|---|---|---|---|
| 6/15/2015 | 6/15/2015 | | | Gene Deplece Gloria Sepulveda Perez | 6/26/15 |

**NO ACEPTAMOS RECLAMACIONES DESPUES DE DOS (2) DIAS DE RECIBIDA LA MERCANCIA**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)          PHONE ( )

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)          PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**UNITED STATES POSTAL SERVICE®**

**PRIORITY ★ MAIL ★ EXPRESS™**

EK 949789226 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day     ☐ 2-Day     ☐ Military     ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ |
|---|---|---|

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | Insurance Fee $ | COD Fee $ |
|---|---|---|---|

| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
|---|---|---|---|

| Weight ☐ Flat Rate ___ lbs. ___ ozs. | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ |
|---|---|---|

| | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014          PSN 7690-02-000-9996