**UNIVERSAL CARE CORP.**
PO Box 1051
Sabana Seca, PR 00952-1051

CERTIFIED MAIL

7019 2280 0001 0417 6774



Secretaria (Clerk's Office)
Tribunal de Destrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

2021 JUN 15 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR