| | |
|---|---|
| **From:** | Harrison, Frank <FHarrison@williamskastner.com> |
| **Sent:** | Monday, June 14, 2021 9:05 PM |
| **To:** | Andrew K. Glenn; Dale, Margaret A. |
| **Cc:** | Pocha, Madhu; Mungovan, Timothy W.; APaslawsky@milbank.com; Olga L. Fuentes; Marissa E. Miller; Ingerman, Brett |
| **Subject:** | RE: Ambac's Statements to the Court regarding Milliman Actuarial Reports |
| **Attachments:** | Ltr. from A.Glenn to M. Dale 06112021 4837-3192-9582 v.2.pdf |

Andrew:

Your attached June 11, 2021 letter misstates our meet and confer discussions in numerous ways, the most glaring of which I respond to here.

First, I never said "the Board" was "holding back" or asking Milliman to "hold back" on publishing the 2018 reports.  Instead, I told you that the publication of the 2018 valuation reports was something out of Milliman's control, that I didn't know if or when Milliman would have more work to do on the 2018 report, and that you would need to ask Milliman's government client for more details.  Everything beyond that is inference on your part.  And "the Board" is not Milliman's client, so I don't know how you'd infer that I was referencing the Board from my suggestion that you needed to ask Milliman's client.

Second, I never said that anyone "instructed" Milliman to "withhold" the 2018 report from its production.  I have also never said that Milliman is "holding back documents based on instructions."  What I have said is that Milliman's client had expressed concern about the 2018 draft report being produced before it has been finalized.  Although the 2018 reports have not been finalized, Milliman is considering Ambac's request to produce its underlying project files for the 2018 valuation reports and will get back to you separately on that issue.

Again, this is not an exhaustive list of misrepresentations Ambac has made.  Milliman reserves all rights.

Frank

**Frank S. Harrison**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: 206-628-2789 | F: 206-628-6611
www.williamskastner.com | Bio | V-Card

**WASHINGTON** **OREGON**

---

**From:** Andrew K. Glenn <aglenn@glennagre.com>
**Sent:** Friday, June 11, 2021 2:13 PM
**To:** Dale, Margaret A. <mdale@proskauer.com>
**Cc:** Harrison, Frank <FHarrison@williamskastner.com>; Pocha, Madhu <mpocha@omm.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>; APaslawsky@milbank.com; Olga L. Fuentes <ofuentes@glennagre.com>; Marissa E. Miller <mmiller@glennagre.com>; Ingerman, Brett <brett.ingerman@dlapiper.com>
**Subject:** Ambac's Statements to the Court regarding Milliman Actuarial Reports

Please see the attached correspondence.

Andrew K. Glenn
Managing Partner
Glenn Agre Bergman & Fuentes LLP
55 Hudson Yards
20th Floor
New York, New York 10001

**From:** Dale, Margaret A. <mdale@proskauer.com>
**Sent:** Thursday, June 10, 2021 5:15 PM
**To:** Andrew K. Glenn <aglenn@glennagre.com>; Atara Miller <amiller@milbank.com>
**Cc:** Harrison, Frank <FHarrison@williamskastner.com>; Pocha, Madhu <mpocha@omm.com>; Mungovan, Timothy W. <tmungovan@proskauer.com>
**Subject:** Ambac's Statements to the Court regarding Milliman Actuarial Reports

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,
Please see the attached correspondence.
Margaret Dale

**Margaret A. Dale**
Partner
Vice Chair, Litigation Department

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3315
c 917.975.8748
f  212.969.2900
mdale@proskauer.com

**Visit our Commercial Litigation blog:**
**www.mindingyourbusinesslitigation.com**

greenspaces
Please consider the environment before printing this email.

*********************************************************************************
***************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.

If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

********************************************************************************************
***************************************************

---

*******************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.