UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, HTA and ERS. |

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS**

To the Honorable Laura Taylor Swain, United States District Judge:

**COMES NOW** the undersigned attorney, who represents Luis Serrano-Cedeño (hereinafter "Serrano"), and respectfully states and prays as follows:

1. The undersigned counsel requests leave to withdraw as counsel of record for Serrano in this matter.

2. Counsel has previously informed Serrano's representative that he would be filing this motion, and that any future notices regarding her claim will be addressed to him directly.

3. Future filings should be addressed directly to Serrano at the following address: Urb. Los Maestros, 69 Calle Francisco Pietri, Adjuntas, PR 00601. His telephone number is 787-901-1646 and his email address is berdielb@gmail.com .

**WHEREFORE**, the undersigned requests that the Court grant his request to withdraw, and that the Clerk cease service of notices, orders, pleadings and documents in this case.

I HEREBY CERTIFY: that I electronically filed the foregoing with the Court using the CM/ECF system which will send automatic notification of such filing to the attorneys of record.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of June, 2021.

**COLÓN SERRANO ZAMBRANA LLC**
PO Box 360610
San Juan, PR 00936
T. 787-919-0026
T. & F. 787-200-6559

*s/Félix A. Colón-Serrano*
Félix A. Colón-Serrano, Esq.
felix@cszlawpr.com
USDC PR No. 229812
