9 de junio de 2021

Tribunal de Distrito de los Estados Unidos
Secretaría
Avenida Carlos Chardón Ste. 150
San Juan, Puerto Rico, 00918-1767

Re: Reclamación de pago al Departamento del Trabajo y Recursos Humanos del Estado Libre Asociado de Puerto Rico

A quien pueda interesar:

Reciba un cordial saludo. Se dirige a usted Félix Antonio Estrada García, pensionado del Estado Libre Asociado de Puerto Rico. Por este medio, esbozo los detalles de la reclamación de pago contra el Departamento del Trabajo y Recursos Humanos del Estado Libre Asociado (ELA) de Puerto Rico que inicié en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico el 25 de junio de 2018, mediante el Formulario Oficial 410 Modificado y por tratarse de un caso en virtud del Título III.

Luego de haber recibido la notificación de presentación de la Declaración de Divulgación para el Tercer Plan de Ajuste Conjunto Enmendado del Estado Libre Asociado de Puerto Rico y otros, elaborado conforme al Título III, y de la correspondiente vista, someto ante su consideración la relación de hechos de mi reclamación como acreedor del Gobierno de Puerto Rico. La Ley 89 del 12 de julio de 1979 y la Ley 12 del 27 agosto de 1982 dispusieron una bonificación especial y una serie de aumentos para los empleados del Gobierno de Puerto Rico. Por ser el gobernador en ese momento Carlos Romero Barceló, dichos aumentos pasaron a conocerse como El Romerazo.

En una carta fechada el 12 de abril de 1983, Romero Barceló informó a los servidores públicos que estos recibirían una bonificación de $190.00 que se pagaría de la siguiente manera:

1 de junio de 1983 - $50.00
1 de julio de 1983 - $30.00
31 de julio de 1983 - $50.00
31 de agosto de 1983 - $30.00
30 de septiembre de 1983 - $30.00

Para esa fecha, yo trabajaba como Técnico de Recursos Humanos IV en la Administración del Derecho al Trabajo (ADT) del Departamento del Trabajo y Recursos Humanos (DTRH) en Ponce. No recibí la bonificación de $190.00.

En esa misma carta, Romero Barceló estipuló que los empleados públicos recibirían un aumento de sueldo de $30.00 mensuales a partir del 1 de octubre de 1983. Dijo entonces

el gobernador que dicho aumento "será permanente y se habrá de considerar para los fines del cómputo de pensiones, de tu margen prestatario y para otros beneficios marginales". Ese aumento de sueldo tampoco lo recibí.

En la carta del 12 de abril de 1983, el entonces gobernador también indicó que el 1 de abril de 1984 entraría en vigor un segundo aumento que oscilaría entre $57.00 a $125.00, y que en años fiscales subsiguientes se otorgarían aumentos entre $169.00 y $375.00 mensuales.

En otra carta enviada el 30 de marzo de 1984, Romero Barceló indicaba que el aumento que entraría en vigor el 1 de abril de ese año sería de $55.00 a $150.00, que el segundo aumento rondaría los $53.00 a $190.00, y el tercero oscilaría entre $59.00 a $210.00.

No recibí ninguno de esos aumentos en mi retribución. Me retiré del Gobierno de Puerto Rico el 30 de junio de 1999.

Por tratarse de aumentos que se calcularían a base de la clasificación de mi puesto y del paso que me correspondía, desconozco la cantidad de dinero específica que me adeuda el DTRH.

Esta es la información que tengo disponible sobre mi reclamación contra el Estado Libre Asociado de Puerto Rico sobre el pago de bonificación y aumentos salariales no otorgados mientras me desempeñé como servidor público. Quedo disponible para aclarar cualquier duda en el 787-310-2663. Adjunto los documentos que evidencian los trámites ralizados al momento con relación a este caso.

Respetuosamente,

Félix Antonio Estrada García