Felix M. Estrada Garcia
Urb. Santa Teresita
6122 calle San Claudio
Ponce, Puerto Rico
00730-4451



Tribunal de Distrito de los Estados Unidos
Secretaría
150 Avenida Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767