# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of,

COMMONWEALTH OF PUERTO RICO, THE EMPLOYYES RETIRREMENT SYSTEMOF THE GOVERNMENT OF THE COMMONWEAH F PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY.

Debtors

PROMESA
TITLE III

No. 17 BK 3283-LTS

(Jointly Administered)

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY.

**MOTION TO OPOSITION TO THE RESTRUCTURATION PLAN OF THE $100 BILLION FISCAL DEBT DISMEMBERING WHAT IS LEFT OF PUERTO RICO.**
**WE THE PEOPLE OF VIEQUES WOULD LIKE TO KNOW HOW MUCH VIEQUES OWE?**

**DEPTORS, YASHEI ROSARIO, PRESIDENT AND CHAIRMAN OF DEVELOPMENT SOCIOECONOMIC & CONSERVATION FIDEICOMISO OF VIEQUES DESCO, INC. 396709. ROSARIO OFFERS HER 30% AS THE CREATOR OF THE DEVELOPMENT AND CONSERVATION PLAN OF VIEQUES, COPYRIGHTED AND COPY FILED AT CASE: 17-1103-FAB, CASE: 17-1940-WGY AND CASE 17-2320-CCC. ADDITIONALLY, THE 10.5% IVU-TAX, SHOULD BE EXCLUSIVE TO PAY THE $100 BILLION DEBT. THE OPOSITION IS THAT THE OVERSIGHT BOARD RESTRUCTURATION PLAN DISMEMBERS WHAT IS LEFT OF PUERTO RICO VS DESCO RESTRUCTURATION PLAN OFFERS A REPAYMENT PLAN AS A SALVATION EXIT.**

**VIEQUES ACKNOWLEDGED,** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the Oversight Board), as sole representative of the Commonwealth of Puerto Rico, (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority, ("PBA"), pursuant to section 315(b), of the Puerto Rico Oversight, Management, and Economic Stability Act, (PROMESA). DESCO, also pursuit section 315(b), seeking the Economy Stability Act, for

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 1 OF 9

Puerto Rico Debt Free as soon as possible because the We the People cannot resist this hardship anymore and the Oversight Board Restructuration Plan is not good enough.

Respectfully, the honorable court may acknowledge, DESCO's offer presentation as a Repayment Plan, pursuing to pay off the $100 Billion Fiscal Debt, but the Development Organization of Vieques needs a Federal Loan for $15 million to accomplished, PUERTO RICO DEBT FREE:

**VIEQES AS A REAL ESTATE ASSETS TO THE SHAREHOLDERS, GOT NO DEVELOPMENT AT ALL, AND ROSARIO AND DESCO ARE WILLLING TO PAID NOT JUST FOR WHAT VIEQUES OWE BUT FOR THE ENTIRE $100 BILLION. IN EXCHANCE, CONGRESS MAY ENACT LEGISLATION THAT WOULD TREAT VIEQUES AS AN INCORPORATED TERRITORY APART FROM PUERTO RICO.**

**VIEQUES STATE 52**

**DESCO CREATED A THEME PARK AS THE LAST CHANCE OPPORTUNITY**



**EXALTING WHO WE ARE AS AFRICAN CARIBBEAN AMERICAN WITH SUCH A SPLENDIT HISTORY, CULTURE AND DANCES**

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 2 OF 9



2008 – 2012" VIEQUES WON THE TRAVEL & LEISURES MAGAZINE PRIZE AS THE BEST ISLAND OF THE ISLAND OF THE CARIBBEAN AND THE MOST ROMANTIC AND THE SAID THAT ALL VIEQUES NEED IT WAS A LITTLE DEVELOPMENT BECAUSE THE TOURISM, LOVE IT GREEN. BUT IN THERMS OF MERCHANDIZING, WHAT COULD BE USED AS THEME FOR RECREATIONAL ATRACTIONS? WE ARE MORE THAN JUST HOTELS AND BEACHES = WE GOT A MAGNIFICENT CARIBBEAN HISTORY.



VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 3 OF 9

YES, VIEQUES HAS CRIME BECAUSE THE NATIVE VIEQUENSES YOUNGSTERS WITH CHILDREN DOES NOT HAVE JOBS AND THE WELFARE CHECK IS NOT ENOUGH, AND LIFE FIND THE WAY TO SURVIVE. BUT DESCO CREATED "HACIENDA LA PERLA HISTORY THEME PARK" TO CREATE ENCHANTING AND INNOVATIVE JOBS OPERATING THE ATRACTIONS AND BECOMING MEMBERS OF THE FORLKLORIC BALLET. FOR $10 P/H VS CRIME = THEY WILL SURRENDER THE GUNS TO JOIN DESCO'S WORKING TEAM REDUCING THE WELFARE PARTICIPANTS TO LESS THAN 5%, JOINING THE UNIVERSITY OF VIEQUES



**UNIVERSIDAD HUMANITARIA DE VIEQUES GREEN CAMPUS**

CADA DOMO COMPRENDERÁ DE UNA FACULTAD UNIVERSITARIA. CONSTRUIREMOS PRIMERO A GENERALES, HUMANIDADES, SOCIALES Y LA UNIVERSIDAD PAGARÁ LAS CLASES DEL SISTEMA EDUCATIVO DE ESPAÑA ONLINE PERO LAS CLASES SE OFRECERAN EN EL GREEN CAMPUS

CADA FACULTAD SERÁ AUTO SUSTENTABLE PORQUE EL TECHO DEL DOMO SERÁ UNA PANTALLA DE CINE QUE PROYECTARÁ EL PLANETARIO. LA PRIMERA FASE DE TRES FASES DEL ACUARIO, ES DIGITAL Y SERÁ PEDAGOGÍA Y CIENCIAS NATURALES.

LA SEGUNDA DEL ACUARIO ESTARÁ EN EL ROMPEOLAS Y CAMINARÁN DEBAJO DEL MAR, Y NO DIGA QUE ES UNA FANTASÍA PORQUE EN EL ACUARIO DE LAS ISLAS VIRGENES, YA CAMINAN DEBAJO DEL MAR

TANTO EL PLANETARIO Y EL ACUARIO DIGITAL SERÁN LAS FUENTES DE RECUADO PARA QUE LA UNIVERSIDAD HUMANITARIA SEA INDEPENDIENTE FINANCIERAMENTE

SISTEMA EDUCATIVO OBLIGATORIO: ¿QUIERE PERTENECER AL BALLET FORKLÓRICO? TRABAJARÁN SEIS (6) HORAS A $10.00 Y ESTUDIARÁN

**THE HUMANITARIAN UNIVERSITY OF VIEQUES GREEN CAMPUS**

WILL BE ONE OF THE AMENITIES FOR TOURING BECAUSE WILL BE SOLAR AND COMPLETELY SELF SUSTAINABLE. IF YOU MAY NOTICE THE DOME ROOF WILL BE A MOVIE SCREEN TO PROJECT

**THE PLANETARIUM AND THE DIGITAL ACUARIUM**

**THE TOURISM WILL ENJOY HELPING THE UNIVERSITY AND**

EVERY AMENITY WILL GENERATE THE 30% AND 10.5% IVU-TAX =

30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN

RESPECTFULLY, THE HONORABLE COURT MUST SECURED AS EXCLUSIVE TO PAY FOR THE FISCAL DEBT ONLY

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 4 OF 9




THE CARIBBEAN HISTORY WILL BE REPRESENTED IN SEVEN (6) HISTORY PAVILLIONS AND CUBA, DOMINICAN AND PUERTO RICO WERE MIX WITH THREE (3) RACES: **TAINO ARAWAK INDIANS, SPAIN AND AFRICANS**, FAMOUS PEOPLE HISTORY PAVILION, VIEQUES HISTORY PAVILION, AND THE U.S. NAVY-MARINES PAVILION

## WE'VE GOT THE MOST AMAZING HISTORY

## DESCO BEGAN NEGOTIATIONS FOR THE AIRPLANE CARRIER THEODORE ROOSEVELT IS GETTING CLOSER TO COMPLETE ITS HOURS OF SERVICE AND MAY BECOME THE U.S. NAVY-MARINE HISTORY PAVILION

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 5 OF 9

1940-2003: VIEQUES A COMMUNITY AS PRIVATE VIEQUES, WOMAN, ELDERLIES, HANDICAPPED, YOUNGERS AND CHILDREN ALL AGES **SCREAMING**, FACING THE HORRORS OF MONSTERS IN THE MIDDLE OF THE NIGHT, IN WHICH FACED OVER 900,000 LIVE AMMUNITION BOMBING AND GOT NOTHING IN RETURN. WILINGLY OF UNWILLINGLY.



## VIEQUES HISTORY PAVILION

ON MAY 1, 2003, PRIVATE VIEQUES COMPLETED THEIR MISSION AND WAS HONORABLE DISCHARGED FROM THEIR DUTIES. DESCO IS SEEKING, FOR A REWARD FOR THEIR 63 YEARS SERVING THE UNITED STATES NATIONAL SECURITY, AT LEAST AS OWNERS OF THEIR OWN ECONOMY AND ENJOYED THEIR NEW WAY OF SURVIVAL.

TODAY, DESCO, RESPECTFULLY ASK THE HONORABLE COURT TO GRANT THE NATIVE VIEQUENSES WHO PAY THE HIGHEST PRICE 1940-2003: PEARL HARBOR UNTIL IRAK, HELPED THE UNITED STATES TO ACHIEVED THE GREATED MILITARY ACCOMPLISHMENT AND GOT NOTHING IN RETURN

TODAY, THE HONORABLE COURT MAY GRANT DESCO, THE $15 MILLION FEDERAL LOAN TO BUILD THE INFRASTRUCTURE OF VIEQUES AND HELP THE COMMUNITY WITH A NEW WAY OF LIVING AND CREATE THE REPAYMENT PLAN.

**30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN**

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 6 OF 9



**TERMINAL ACTUAL** — **ESTIMADO POR EL PROVEEDOR LA SALVACIÓN DEL FUTURO DE VIEQUES**

**VISION FUTURISTA**

**HECHO EN VIEQUES** — **VIEQUES PIER MALL UN MALL EN EL MEDIO DEL MAR**

EN LA PRIMERA PLANTA SE VENDERÁN SOUVENIRS Y LICORES DUTY FREE = DELIVERY AL CRUCERO Y LOS DISEÑORES DE MODAS INDUSTRIALES VIEQUENSES = DUTY FREE Y VENDERÁN SUS LÍNEAS DE TRAJES DE BAÑOS Y ROPA PLAYERA CON EL LOGO DE HECHO EN VIEQUES

THIS IS THE U.S. NAVY PIER AND WITH THE $15 MILLION LOAN, DESCO WILL BRING TO TOWN AND OCEANIC ENGINEER FROM CALIFORNIA TO BUILD

### THE VIEQUES PIER MALL
### A MALL IN THE MIDLE OF THE OCEAN

THE BOTTOM PART WILL BE AN INDUSTRIAL FASHION DESIGN SCHOOL AND A SEWING INDUSTRIAL PLANT TO MANUFACTURE BEACH CLOTHING BENEATH THE VIEQUES PIER MALL

**SEGUNDA FASE DEL ACUARIO PRESENCIAL**

COPYRIGHTS * DISEÑO DE INGENIERO MARINO CALIFORNIANO QUE LLEVA ESPERANDO 15 AÑOS ENTIÉNDASE QUE NO TOCARÁ EL ROMPEOLAS

LA VERJA LÍMITE DEL BALNEARIO TENDRÁ UNA MAYA HASTA EL FONDO Y LAS ESPECIES NO ENTRARÁN PERO LOS TURISTAS PODRÁN CAMINAR POR EL FONDO DEL MAR Y LO ESPECTACULAR ES VER LAS ESPECIES SIN REMOVERLAS DE SU HABITAT...

VEA AL ALCALDE, VICE ALCALDE, SECRETARIO Y JAEMY EVALUANDO CON "CAPITÁN JULIO"

1940 -2003: DESPUÉS DE VARIAS VIDAS ENTRE BOMBAS LOS VIEQUENSES SERÁN LOS DUEÑOS DE TODO Y LIBRES DE LA POBREZA

VEA EL MERCADEO VENTA DE TRAJES DE BAÑOS Y ROPA PLAYERA

### VIEQUES BALNEARY AND THE AQUARIUM

THE OCEANIC ENGINEER WILL SEALED THE BOTTOM OF THE OCEAN AND THE TOURISM WILL WALKED BENEATH THE OCEAN APART OF THE SPECIES SAFELY

30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 7 OF 9



ESTE TERMINAL RUTA EXPRESO REPRESENTA EL ÉXITO DE LAS GENERACIONES DE VIEQUES 2050, 2099, 3050, 3099 HASTA EL FIN DEL MUNDO. MANTENIENDO NUESTRO TOQUE RÚSTICO ISLEÑO Y MAXIMIZANDO, NUESTRO ESTILO DE VIDA TROPICAL.
CADA LADO DEBE TENER LA MISMA DIMENSIÓN Y PODREMOS RECIBIR 6 CRUCEROS DIARIOS DE 6:00 AM – 9:00 PM 2,500 PASAJEROS = 15,000 DIARIOS X 7 DÍAS = 105,000 VISITANTES SEMANALES.

**SUSTENTO ES VIDA**

**EN LUGAR DE VER A VIEQUES COMO UN OBSTÁCULO * VEA: ¿COMO MEJORAR LA OFERTA TURÍSTICA?**
**OFERTA CRUCEROS: SAN JUAN – VIEQUES – ISLAS VÍRGENES – BRITISH ISLANDS**

**ATRACAN DOS (2) CRUCEROS A CADA LADO DIEZ (10) CRUCEROS DIARIOS**

**BASADO EN EL MERCADEO DE FANTASÍA DE DISNEY, SEA WORLD, BUSCH GARDEN Y UNIVERSAL**

- 10 CRUCEROS X 4,000 PASAJEROS = 40,000 X $150 = $6,000,000 X 7 = $42,000,000 X 52 SEMANAS = $2,184,000,000 X 10.5% IVU = $229,320,000
  NO TOQUEN A PUERTO RICO = EL IVU PAGA LA DEUDA FISCAL DE PUERTO RICO = $229,320,000
- $2,184,000,000 X 5% POR TITULARIDAD DE TIERRAS PERPETUAMENTE = $109,200,000 +
- $2,184,000,000 X 1% IVU MUNICIPAL = $21,810,000 = $131,010,000 GANANCIA MUNICIPAL ANUAL DEL ROMPEOLAS

$2,184,000,000 MINIMUM EARNING AT THE PIER – IVU-TAX

10.5 IVU-TAX $229,320,000 + $131,010,000 = $360,330,000

$2,184,000,000 - $360,330,000 = $1,823,670,000

$1,823,670,000 X 30% = $547,101,000 + $229,230,000 = $776,331,000

**$776,331,000 REPAYMENT PLAN JUST ON CRUISES**

20,000 VISITORS ON GROUND X $150 = $3,000,000 X 7 DAYS

$3,000,000 X 7 DAYS = $21,000,000 X 52 WEEKS = $1,092,000,000

$1,092,000,000 X 10.5% IVU-TAX = $114,660,000

$1,092,000,000 X 1% MUNICIPAL = $10,920.00

$1,092,000,000 - $125,840.00 = $109,074,160 X 30% = $32,722.248

$776,331,000 + $114,660,000 + $32,722.248 = $923,713,248

**$923,713,248 REPAYMENT PLAN - GROUND-CRUISES**

**DESCO ESTIMATES $1 BILLION YEARLY**
**HOW MUCH VIEQUES OWE?**
$100 BILLION / 78 MUNICIPALITIES = $1,282,051,282

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 8 OF 9

This ruling in no way precludes Congress from enacting legislation that would treat Vieques as a U.S. territory apart from Puerto Rico. In fact, there is precedent for this. In 1959 when Hawai'i was admitted as a state, Palmyra Atoll, which was part of the territory of Hawai'i, remained a separate incorporated possession. See Gustavo A. Gelpí, Insular Cases: A Comparative Historical Study of Puerto Rico, Hawai'i, and the Philippines, Fed. Law., 23, (March/April 2011).

SO ORDERED.

In San Juan, Puerto Rico this 23rd day of December 2020.

s/ Gustavo A. Gelpí
GUSTAVO A. GELPI
Chief United States District Judge

Respectfully, the honorable court may compare the Oversight Fiscal Board Restructuration Plan is pathing the Fiscal Debt of Puerto Rico vs DESCO Repayment Plan, in which also pursuit section 315(b), seeking the Economy Stability Act, for Puerto Rico Debt Free. It may take 100 Years to pay it in full but will be 100 Years of tranquility and Economy Stability for as long, the Commonwealth of Puerto Rico, politicians do not have access vs DESCO Repayment Plan. Respectfully, the honorable court may grant DESCO, the $15 million Federal Loan. For the past 81 years people who does not live in Vieques decide on the community's future themselves. Respectfully, Palmyra Atoll was/is inhabited and was INCORPORATED to the United States. Vieques did a tremendous Military service and got nothing in return and once again the native viequenses here they stand asking the honorable court to grant them, their inalienable rights, to life, liberty, and the pursuit of happiness on their own through a Territorial Plebiscite.

**VIEQUES STATE 52, YES OR NO.**

RESPECTFULLY COMES NOW, ON THE 15TH DAY OF JUNE OF 2021

Yashei Rosario, President and Chairman
DESCO, Inc.
& Development Socioeconomic &
Conservation Fideicomiso of Vieques
DESCO, Inc.
HC 2 Box 12914
Vieques, PR 00765
(787) 903-3233
Vieques.codesu@gmail.com

VIEQUES CLAIM: VIEQUES STATE 52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 23/12/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO = ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. - 9 OF 9