Mrs. Maria V. Depo
70 East 10th Street
Apt. 2W
New York, NY 10003

June 11, 2021

Hon. Judge Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Objection to the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico

Dear Judge Swain,

I am a small investor. I write to object to the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico ("Plan"). I hope that my objections will be taken seriously and the proposed the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico will be modified accordingly.

I own approximately $115,000 dollars (face amount) of Commonwealth of Puerto Rico municipal bonds, including $10,000.00 worth of Public Buildings Authority bonds, all of which are now virtually worthless.

I am a 91-year-old widow in poor health and have no family to support me. I need the money from these investments in order to provide myself with financial support and to pay for my medical care.

Instead of real reform and a balancing of interests, the entire burden of the mismanagement of the failed economy of Puerto Rico is simply born by people just like me, those who lent to prop it up. As a result, in addition to harming the bondholders, the Plan is doomed to repeat itself,

because the pain was not spread fairly and the underlying structural issues that caused this massive failure to occur in Puerto Rico have not been properly addressed.

Thank you for the opportunity to be heard.

Cordially,

*per procurationem, Maria V. Depo*
Maria V. Depo

CC:

Ms. Maria Antongiorgi, Clerk
United States District Court
for the District of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR 00918-1767

Office of the United States Trustee,
Edificio Ochoa,
500 Tanca Street, Suite 301,
San Juan, PR 00901
(re: In re Commonwealth of Puerto Rico)

NY 10016

Ms. Maria Antongiorgi, Chief
United States District Court
for the District of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, Puerto Rico 00918-1767

WESTCHESTER NY 105
11 JUN 2021 PM 1 L

$0.50
US POSTAGE
FIRST-CLASS
062S00074545532
FROM 10016

$0.50
US POSTAGE
FIRST-CLASS
062S00074545532
FROM 10016

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 16 PM 2:03