# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 10:44 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

DATE: June 16, 2021

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*, Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

Puerto Rico Electric Power Authority, Debtor

3:17-BK-4780 (LTS)

PROMESA Title III

(Jointly Administered)

3:17-BK-3283 (LTS)
Omnibus Hearing – June 16, 2021

| | |
|---|---|
| Anne Catesby Jones, *et al.*, | 3:20-AP-00115 (LTS) |
| Plaintiffs | in 3:17-BK-4780 (LTS) |
| v. | |
| Puerto Rico Electric Power Authority, *et al.*, | |
| Defendants | |

**Omnibus Hearing held.**

**I.     STATUS REPORT**

1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 16990]

2. Report from AFAAF. [Case No. 17-3283; ECF No. 16979]

**II.    CONTESTED MATTERS**

1. Debtor's Motion to Dismiss Counts I and II of Plaintiffs' Second Amended Complaint. [Adv. Case No. 20-115, ECF No. 41]

   ▪ Matter taken under advisement. Order to be issued.

**III.   ADJOURNED MATTERS**

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

2. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

3. DRA Parties' Amended Motion for Adequate Protection or Relief from the Automatic Stay. [ECF No. 16276; Case No. 17-3567, ECF No. 998]

4. Cobra Acquisitions LLC's Motion to Lift Stay Order. [Case No. 17-3283, ECF No. 16328; Case No. 17-4780, ECF No. 2428]

5. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 16331]

3:17-BK-3283 (LTS)
Omnibus Hearing – June 16, 2021

6. Debtors' Omnibus Objections to Claims.

- Order Regarding Pending Omnibus Objections to Claims [Case No. 17-3283, ECF No. 14419]

- Order Regarding Adjourned Omnibus Objections to Claims [Case No. 17-3283, ECF No. 15437]

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 16, 2021 Omnibus Hearing to the August 4, 2021 Omnibus Hearing [Case No. 17-3283, ECF No. 16935]

Disclosure Statement Hearing set for July 13, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy