**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | **BANKRUPTCY NO. 17-3283** |

### ASOCIACIÓN PUERTORRIQUEÑA DE LA JUDICATURA'S MOTION FOR LEAVE TO BELATEDLY FILE OBJECTION TO DISCLOSURE STATEMENT

**TO THE HONORABLE COURT**:

**APPEARS NOW** the Asociación Puertorriqueña de la Judicatura, Inc. ("APJ"), through the undersigned counsel, and hereby states, alleges, and requests as follows:

On June 15, 2021, the deadline for objections to the Disclosure Statement in the captioned case, APJ attempted to personally file an Objection to the Disclosure Statement at the Clerk's Office for the United States District Court for the District of Puerto Rico. The messenger employed by APJ arrived at District Court before 5:00 pm, as set forth in the Case Management Order for the captioned case. Notwithstanding that fact, the messenger was not allowed on the premises, apparently due to the COVID-19 protocols still in effect.

On June 16, 2021, after attempting once more to file paper copies of their Objection to the Disclosures Statement, the undersigned received word from the Clerk of the Court

1

that no paper filings would be allowed. To be clear, the undersigned attempted to file the foregoing in paper copies to comply with the language of the Case Management Order.

In light of the foregoing, APJ respectfully requests that this Honorable Court grant leave to belatedly file their Objection to Disclosure Statement, submitted at an even date with this motion.

**WHEREFORE**, APJ, on behalf of and for its members, respectfully requests this Honorable Court **GRANT** motion for leave to belatedly file their Objection to the Disclosure Statement.

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that on this day, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF Filing System which will send notification to the parties and subscribed users. A true and correct copy of the foregoing was served upon the Office of the United States Trustee at Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, P.R. 00901.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of June, 2021.

> **INDIANO & WILLIAMS, P.S.C.**
> 207 del Parque Street; 3rd Floor
> San Juan, P.R. 00912
> Tel: (787) 641-4545; Fax: (787) 641-4544
> david.indiano@indianowilliams.com
> jeffrey.williams@indianowilliams.com
> jose.vazquez@indianowilliams.com
>
> by: *s/ David C. Indiano*
> DAVID C. INDIANO
> USDC-PR NO. 200601
>
> by: *s/ Jeffrey M. Williams*
> JEFFREY M. WILLIAMS
> USDC-PR No. 202414

2

3

By: ***s/ José M. Vázquez Lozada***
    JOSÉ M. VÁZQUEZ-LOZADA
    USDC-PR No. 303805

3