Guayama, Puerto Rico
8 de junio de 2021

Tribunal de Distrito de los E.U.
Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

Atención: Junta Sup. y Adm. Financiera
Su Señoría Laura Taylor Swain

Respetables señores:

Es por este medio que deseo comunicarles no podré asistir a la cita solicitada el día 15 de junio de 2021. La verdad es que no entendí nada sobre Promesa III y no he podido contratar a un Abogado. Vivo de mi pensión de 500.00 y me defiendo con mi seguro social de $891.00

En estos días me estoy preparando para una intervensión de salud en el Hospital Auxilio Mutuo, debido a una masita que tengo en el hígado. Estoy pendiente de un MRI ya que en el Stcan no se refreja.

Agradeceré, muy respetuosamente, la posposición de la vista señalada por mis conflictos, para otra fecha.

Sinceramente y respetuosamente,

Olga M. Lynn Morales

Junta de Supervisión y Adm. Financiera
Tribunal de Distrito de los Estados Unidos
Ave. Carlos Chandón Ste. 150
San Juan, Puerto Rico 00918-1767