UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1. Letter dated June 10, 2021 from Mildred Borges Prieto.
2. Letter dated June 15, 2021 from Tomas Quiñones Perez.

Dated: June 17, 2021

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

10 junio 2020

A quien pueda interezar

Por este medio deceo informar, que cuando fui cesanteada por el Depto. De Educación por la ley 7, para el que trabajé me cobraron las deudas y me enviaron la liquidación. Por la que entiendo que no tengo deudas algunas con ustedes.

No. 17BK 3283 LTS

att
[signature]

12. junio 2021

Aquien pueda interesar
yo, Tomás Quiñones Pérez
objesiono a la que me
acusan. no tengo nada
que ver en este caso,
para mi que hubo un robo
de Iderntidad. ya me ha
pasado antes y ni ideo
de lo que esta suceediendo.
mi Informacion personal
Tomás Quiñones Pérez

[redacted]

cualquiera informacion
que necesiten me pueden
escribir a la dirrecion que
anote atti Firma: Tomás Q.P

from: Tomas Quinones

SAN JUAN PR 009
12 JUN 2021 PM 1 L

2021 JUN 15 PM 3:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Tribunal del Distrito de los Estados Unidos Secretaria
Avenida de Carlos Chardón Ste. 150
San Juan Puerto Rico 00918-1767

00918$1706 C018