# Exhibit B

## Caracci, Catherine R.

| | |
|---|---|
| **From:** | Paslawsky, Alexandra <APaslawsky@milbank.com> |
| **Sent:** | Thursday, June 10, 2021 5:44 PM |
| **To:** | Steege, Catherine L.; 'Stafford, Laura'; 'Roth, Joseph L.'; 'Dalsen, William D.'; 'Pocha, Madhu'; 'McKeen, Elizabeth L.'; 'Holm, Richard'; 'Friedman, Peter'; 'Pavel, Ashley'; 'Dale, Margaret A.'; 'Rappaport, Lary Alan'; Root, Melissa M.; Caracci, Catherine R.; Pelanek, Laura E.; Mervis, Michael T. |
| **Cc:** | Miller, Atara; Mainland, Grant; Hughes, John; Ohring, Jonathan |
| **Subject:** | RE: PR - Pension Claim Objection |

<span style="color:red">External Email – Exercise Caution</span>

Cathy,

We envision the hearing would involve both legal argument and any evidentiary presentations that the parties see fit to make.

Alex

Alexandra Paslawsky | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5511
APaslawsky@milbank.com | milbank.com

---

**From:** Steege, Catherine L. <CSteege@jenner.com>
**Sent:** Thursday, June 10, 2021 5:16 PM
**To:** Paslawsky, Alexandra <APaslawsky@milbank.com>; 'Stafford, Laura' <lstafford@proskauer.com>; 'Roth, Joseph L.' <joeroth@omm.com>; 'Dalsen, William D.' <wdalsen@proskauer.com>; 'Pocha, Madhu' <mpocha@omm.com>; 'McKeen, Elizabeth L.' <emckeen@omm.com>; 'Holm, Richard' <rholm@omm.com>; 'Friedman, Peter' <pfriedman@omm.com>; 'Pavel, Ashley' <apavel@omm.com>; 'Dale, Margaret A.' <mdale@proskauer.com>; 'Rappaport, Lary Alan' <LRappaport@proskauer.com>; Root, Melissa M. <MRoot@Jenner.com>; Caracci, Catherine R. <CCaracci@jenner.com>; Pelanek, Laura E. <LPelanek@jenner.com>; Mervis, Michael T. <MMervis@proskauer.com>
**Cc:** Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Hughes, John <JHughes2@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>
**Subject:** [EXT] RE: PR - Pension Claim Objection

## Alexandra, what type of hearing do you envision taking place on August 4? Cathy Steege

**From:** Paslawsky, Alexandra <APaslawsky@milbank.com>
**Sent:** Thursday, June 10, 2021 4:07 PM
**To:** 'Stafford, Laura' <lstafford@proskauer.com>; 'Roth, Joseph L.' <joeroth@omm.com>; 'Dalsen, William D.' <wdalsen@proskauer.com>; 'Pocha, Madhu' <mpocha@omm.com>; 'McKeen, Elizabeth L.' <emckeen@omm.com>; 'Holm, Richard' <rholm@omm.com>; 'Friedman, Peter' <pfriedman@omm.com>; 'Pavel, Ashley' <apavel@omm.com>; 'Dale, Margaret A.' <mdale@proskauer.com>; 'Rappaport, Lary Alan' <LRappaport@proskauer.com>; Steege, Catherine L. <CSteege@jenner.com>; Root, Melissa M. <MRoot@Jenner.com>; Caracci, Catherine R. <CCaracci@jenner.com>; Pelanek, Laura E. <LPelanek@jenner.com>; Mervis, Michael T. <MMervis@proskauer.com>
**Cc:** Miller, Atara <AMiller@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Hughes, John <JHughes2@milbank.com>; Ohring, Jonathan <JOhring@milbank.com>
**Subject:** PR - Pension Claim Objection

External Email – Exercise Caution

Counsel:

Ambac intends to request approval of an alternative briefing schedule in connection with the *Objection of Ambac Assurance Corporation, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claim Asserted by the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Appointed in the Commonwealth's Title III Case* (ECF No. 16884 in Case No. 17-3283). Specifically, Ambac intends to propose the following schedule:

- Responses to Claim Objection: July 6, 2021
- Replies in Further Support of Claim Objection: July 20, 2021
- Hearing: August 4, 2021 (August Omnibus Hearing)

Please advise if this schedule is acceptable to the Retiree Committee, the Oversight Board, and AAFAF. We are available to meet and confer tomorrow if it would be helpful to discuss further.

Best regards,
Alex

Alexandra Paslawsky | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5511
APaslawsky@milbank.com | milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**Catherine L. Steege**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2952 | TEL
+1 312 206 7091 | MOBILE
+1 312 840 7352 | FAX
CSteege@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.