**EXHIBIT A**

SwainDPRCorresp@nysd.uscourts.gov
finanzas@asg.pr.gov
acasellas@amgprlaw.com
acasellas@amgprlaw.com
pjime@icepr.com
pdublin@akingump.com
tmclish@akingump.com
icastro@alblegal.net
drodriguez.alb@gmail.com
acasepr@gmail.com
enrique.almeida@almeidadavila.com
martz@afscme.org
acordova@juris.inter.edu
ccabrera@amrclaw.com
jfigueroa@arroyorioslaw.com
Marieli.Paradizo@ponce.pr.gov
gonzalo.alcalde@metropistas.com
gonzalo.alcalde@metropistas.com
david.powlen@btlaw.com
ajb@bennazar.org
francisco.delcastillo@bennazar.org
hector.mayol@bennazar.org
rdiaz@bdslawpr.com
sbest@brownrudnick.com
schristianson@buchalter.com
rolando@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
jessica@bufete-emmanuelli.com
wendolyn@bufete-emmanuelli.com
jeb.bailey@butlersnow.com
martin.sosland@butlersnow.com
stan.ladner@butlersnow.com
notices@condelaw.com
ellen.halstead@cwt.com
NATHAN.BULL@CWT.com
mark.ellenberg@cwt.com
Kbolanos@cnrd.com
angelvalencia@cnr.law
carla.rodriguezbernier@yahoo.com
carloscardonafe@hotmail.com
carlosvergne@aol.com
dperez@cabprlaw.com
emontull@cstlawpr.com
lllach@cstlawpr.com
cgarcia@garciariveralaw.com
rnies@csglaw.com
mcaruso@csglaw.com
jsantiago@choate.com
lbarefoot@cgsh.com
pdechiara@cwsny.com
valvarados@gmail.com
reed.smith@cooley.com
ra@calopsc.com
ejcr@corretjerlaw.com
rco@crlawpr.com

rebecabarnes@bufetebarnes.com
epo@amgprlaw.com
epo@amgprlaw.com
loliver@amgprlaw.com
daniel.bustos@excelerateenergy.com
sbaldini@akingump.com
sheimberg@akingump.com
storres@alblegal.net
drodriguez@alblegal.net
ealmeida@almeidadavila.com
jrivlin@afscme.org
mfredericks@amerinatls.com
Jramirez@amrclaw.com
antoniofuentesgonzalez@yahoo.com
Arthursail@stny.rr.com
xavier.carol@abertis.com
yanira.belen@metropistas.com
yanira.belen@metropistas.com
kevin.collins@btlaw.com
bgm.csp@bennazar.org
ajb@bennazar.org
francisco.delcastillo@bennazar.org
cbg@bobonislaw.com
bchew@brownrudnick.com
vbantnerpeo@buchalter.com
jessica@bufete-emmanuelli.com
remmanuelli@me.com
notificaciones@bufete-emmanuelli.com
mcrm100@msn.com
chris.maddux@butlersnow.com
Chris.Maddux@butlersnow.com
condecarmen@condelaw.com
howard.hawkins@cwt.com
thomas.curtin@cwt.com
bill.natbony@cwt.com
ioliver@ccsllp.com
avalencia@cnrd.com
jf@cardonalaw.com
quilichinipazc@microjuris.com
lcdo.carlos.e.riverajustiniano@gmail.com
hburgos@cabprlaw.com
mmier@cabprlaw.com
ltorres@cstlawpr.com
cacuprill@cuprill.com
ccuprill@cuprill.com
gspadoro@csglaw.com
softedal@choate.com
dgooding@choate.com
gmchg24@gmail.com
fecolon@colonramirez.com
ausubopr88@gmail.com
bmd@cordovadick.com
scriado@calopsc.com
rco@crlawpr.com
gar@crlawpr.com

rburgos@adameslaw.com
loliver@amgprlaw.com
larroyo@amgprlaw.com
kstipec@amgprlaw.com
idizengoff@akingump.com
bkahn@akingump.com
athornton@akingump.com
ealdarondo@alblegal.net
alexandra.bigas@gmail.com
zdavila@almeidadavila.com
tpaterson@afscme.org
fdearmas@ciacpr.com
Kellyrivero@hotmail.com
mrios@arroyorioslaw.com
asociacióngerencialescfse@gmail.com
julian.fernandez@metropistas.com
julian.fernandez@metropistas.com
orlando.gonzalez@publicisone.com
belkgrovas@gmail.com
hector.mayol@bennazar.org
bgm.csp@bennazar.org
jsanchez@bdslawpr.com
efl@bobonislaw.com
sbeville@brownrudnick.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
rolando@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
adam.langley@butlersnow.com
mitch.carrington@butlersnow.com
Mitch.Carrington@butlersnow.com
ls.valle@condelaw.com
mark.ellenberg@cwt.com
casey.servais@cwt.com
jaclyn.hall@cwt.com
Adiaz@cnrd.com
crivera@cnr.law
delapena.sylvia@gmail.com
calsina@prquiebra.com
carlosfernandez@cfnlaw.com
rcasellas@cabprlaw.com
dbatlle@cstlawpr.com
jcasillas@cstlawpr.com
garciamirandalaw@gmail.com
charliehernandezlaw@gmail.com
mlepelstat@csglaw.com
mbarulli@choate.com
cintrongarcialaw@gmail.com
eduardo@cobianroig.com
fecolon@colonramirez.com
jlopez@constructorasantiago.com
bmd@cordovadick.com
rvalentin@calopsc.com
gar@crlawpr.com
carlos.iguina@multinationalpr.com

| | | |
|---|---|---|
| dmolinalaw@gmail.com | davidcarrionb@aol.com | donald.bernstein@davispolk.com |
| brian.resnick@davispolk.com | angela.libby@davispolk.com | wssbankruptcy@gmail.com |
| cabruens@debevoise.com | eworenklein@debevoise.com | aceresney@debevoise.com |
| lzornberg@debevoise.com | allan.brilliant@dechert.com | yehuda.goor@dechert.com |
| eric.brunstad@dechert.com | stuart.steinberg@dechert.com | michael.doluisio@dechert.com |
| rlatorre@delvallegroup.net | hreynolds@delvallegroup.net | afernandez@delgadofernandez.com |
| delgadomirandalaw@gmail.com | wburgos@justicia.pr.gov | lypagan@trabajo.pr.gov |
| gramlui@yahoo.com | rcastellanos@devconlaw.com | ventas@deya.com |
| kbolanos@diazvaz.law | diazsotolaw@gmail.com | corraldieg@gmail.com |
| mariana.muniz@dlapiper.com | jose.sosa@dlapiper.com | brett.ingerman@US.dlapiper.com |
| tomasita.sherer@us.dlapiper.com | richard.chesley@dlapiper.com | rachel.albanese@dlapiper.com |
| Donna.Maldonado@popular.com | carloslsuarez@gmail.com | jfnevares-law@microjuris.com |
| edgardo_barreto@yahoo.com | emunozPSC@gmail.com | dortiz@elpuente.us |
| elian.escalante@gmail.com | Regan.Michael@epa.gov | cetj@maaspr.com |
| agestrella@estrellallc.com | kcsuria@estrellallc.com | fojeda@estrellallc.com |
| Rafael.Echevarria@evertecinc.com | lpabonroca@microjuris.com | clarisasola@hotmail.com |
| lpabonroca@microjuris.com | clarisasola@hotmail.com | robert.schnell@faegrebd.com |
| pjime@icepr.com | legal.fmpr@gmail.com | beth@feganscott.com |
| jfeldesman@FTLF.com | fmontanezmiran@yahoo.com | jcc@fccplawpr.com |
| jcc@fclawpr.com | rcamara@ferraiuoli.com | scolon@ferraiuoli.com |
| ferraric@ferrarilawpr.com | n.tactuk@ferrovial.com | figueroaymorgadelaw@yahoo.com |
| msmall@foley.com | tdolcourt@foley.com | bkfilings@fortuno-law.com |
| bufetefrgonzalez@gmail.com | alex@fuenteslaw.com | gacarlo@carlo-altierilaw.com |
| loomislegal@gmail.com | gaclegal@gmail.com | gacarlo@carlo-altierilaw.com |
| loomislegal@gmail.com | juans@prtc.net | ifullana@gaflegal.com |
| contact@genesissecuritypr.com | jgenovese@gjb-law.com | mguitian@gjb-law.com |
| jsuarez@gjb-law.com | jarrastia@gjb-law.com | jlgere@gmail.com |
| courtneyrcarroll@gierbolinicarroll.com | miguelgierbolini@gierbolinicarroll.com | dg@g-glawpr.com |
| rgv@g-glawpr.com | crodriguez-vidal@gaclaw.com | scastillo@gaclaw.com |
| marielopad@gmail.com | Jnieves@gonzalezmunozlaw.com | bpastuszenski@goodwinlaw.com |
| cbrown@goodwinlaw.com | Huttonj@gtlaw.com | Haynesn@gtlaw.com |
| fingerk@gtlaw.com | haynesn@gtlaw.com | gramlui@yahoo.com |
| MARKV@HBSSLAW.com | steve@hbsslaw.com | ygc@rclopr.com |
| ygc1@prtc.net | handuze@microjuris.com | jmoralesb@microjuris.com |
| corraldieg@gmail.com | QUIEBRAS@ELBUFETEDELPUEBLO.com | hernandezrodriguezlaw@gmail.com |
| ehernandez@lawservicespr.com | robin.keller@hoganlovells.com | ronald.silverman@hoganlovells.com |
| michael.hefter@hoganlovells.com | sara.posner@hoganlovells.com | jesus.cuza@hklaw.com |
| bos-bankruptcy@hklaw.com | mvega@senado.pr.gov | rrich2@huntonak.com |
| david.indiano@indianowilliams.com | leticia.casalduc@indianowilliams.com | Mimi.M.Wong@irscounsel.treas.gov |
| Mimi.M.Wong@irscounsel.treas.gov | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov | janebeckerwhitaker@gmail.com |
| irg@roldanlawpr.com | irm@roldanlawpr.com | glenncarljameslawoffices@gmail.com |
| JPGLaw@outlook.com | JPGLaw@outlook.com | mroot@jenner.com |
| csteege@jenner.com | rgordon@jenner.com | rlevin@jenner.com |
| cwedoff@jenner.com | csteege@jenner.com | info@jesusriveradelgado.com |
| rrivera@jgl.com | apico@jgl.com | rrivera@jgl.com |
| jlg@joselgarcia.com | brosenblum@jonesday.com | jgross@jonesday.com |
| bheifetz@jonesday.com | cdipompeo@jonesday.com | bbennett@jonesday.com |
| drfox@jonesday.com | iperez@jonesday.com | jareeder@jonesday.com |
| tutti_eguerrero@yahoo.com | jpsala_pr@yahoo.com | salalawyers@yahoo.com |
| jorgequintanalajara@gmail.com | barrios.jl@outlook.com | barrios.jl@outlook.com |
| jwc@jwcartagena.com | riveraroman@hotmail.com | javrua@gmail.com |
| juan@jahrlaw.com | jsoto@jbsblaw.com | ileanaortix@outlook.com |
| phammer@krcl.com | jesther27@aol.com | santos.giancarlo@gmail.com |
| dkaron@karonllc.com | AGlenn@kasowitz.com | SSchmidt@kasowitz.com |
| TWelch@kasowitz.com | swisotzkey@kmksc.com | rbillings@kmksc.com |
| aperez@kpmg.com | Lnegron@kpmg.com | acaton@kramerlevin.com |
| tmayer@kramerlevin.com | dblabey@kramerlevin.com | dbuckley@kramerlevin.com |
| nhamerman@kramerlevin.com | abyowitz@kramerlevin.com | ghorowitz@kramerlevin.com |

| | | |
|---|---|---|
| boneill@kramerlevin.com | nlandrau@landraulaw.com | adam.goldberg@lw.com |
| liza.burton@lw.com | christopher.harris@lw.com | jeff.bjork@lw.com |
| michael.reiss@lw.com | michael.reiss@lw.com | agraitfe@agraitlawpr.com |
| acevedovila1@gmail.com | pola@frankpolajr.com | herreroiLLL@herrerolaw.com |
| janebeckerwhitaker@yahoo.com | jemudd@yahoo.com | craigmcc@me.com |
| norbertocolonalvarado@yahoo.com | fpabon@lvvlaw.com | rrodriguez@juris.inter.edu |
| suarezcobo@gmail.com | dvelawoffices@gmail.com | abhishek.kalra@lehmanholdings.com |
| lemuel.law@gmail.com | ivandialo2001@yahoo.com | alinares2020@yahoo.com |
| loomislegal@gmail.co | alavergne@lsplawpr.com | jsanchez@lsplawpr.com |
| alavergne@lsplawpr.com | wlugo@lugomender.com | lawlugo1@gmail.com |
| luisfredsalgado@hotmail.com | jorge@mlrelaw.com | emil@mlrelaw.com |
| rdesoto@mapfrepr.com | mfvelezquiebras@gmail.com | marianifrancolaw@gmail.com |
| jnegron@mhlex.com | rsantiago@mhlex.com | lmarini@mpmlawpr.com |
| cvelaz@mpmlawpr.com | igarau@mpmlawpr.com | vblay@mpmlawpr.com |
| rlm@martilaw.com | jnazario@martilaw.com | fjramos@martilaw.com |
| jnazario@martilaw.com | Clark.whitmore@maslon.com | Brian.klein@maslon.com |
| Jason.reed@maslon.com | Ana.chilingarishvili@maslon.com | bill.pentelovitch@maslon.com |
| john.duffey@maslon.com | maxtruj@gmail.com | julia.mignuccisanchez@gmail.com |
| lfr@mcvpr.com | nzt@mcvpr.com | aaa@mcvpr.com |
| rgf@mcvpr.com | ezm@mcvpr.com | rcq@mcvpr.com |
| ajc@mcvpr.com | nzt@mcvpr.com | aaa@mcvpr.com |
| rgf@mcvpr.com | ezm@mcvpr.com | rcq@mcvpr.com |
| ajc@mcvpr.com | MPC@mcvpr.com | harlawpr@gmail.com |
| bqwhite@mwe.com | ncoco@mwe.com | amccollough@mcguirewoods.com |
| asoutherling@mcguirewoods.com | jfelicianoacosta@mcguirewoods.com | serrano.urdaz.law@hotmail.com |
| ddunne@milbank.com | amiller@milbank.com | gmainland@milbank.com |
| jhughes2@milbank.com | johring@milbank.com | sanchez.lebron501@gmail.com |
| dmonserrate@msglawpr.com | fgierbolini@msglawpr.com | msimonet@msglawpr.com |
| rschell@msglawpr.com | luislluberas@mvalaw.com | ramon.dapena@mbcdlaw.com |
| ramon.dapena@mbcdlaw.com | ivan.llado@mbcdlaw.com | ramon.dapena@mbcdlaw.com |
| victor.quinones@mbcdlaw.com | ivan.llado@mbcdlaw.com | kurt.mayr@morganlewis.com |
| david.lawton@morganlewis.com | shannon.wolf@morganlewis.com | rachel.mauceri@morganlewis.com |
| jpeck@mofo.com | glee@mofo.com | jnewton@mofo.com |
| lhughes@mofo.com | akissner@mofo.com | jpalmore@mofo.com |
| jbrugue@mbbclawyers.com | man@nblawpr.com | nroblesdiaz@gmail.com |
| info@NSACLAW.com | anevares@nsaclaw.com | lcancel@nsaclaw.com |
| ifullana@gaflegal.com | hermann.bauer@oneillborges.com | daniel.perez@oneillborges.com |
| ubaldo.fernandez@oneillborges.com | Carla.garcia@oneillborges.com | gabriel.miranda@oneillborges.com |
| ldelacruz@oeg.pr.gov | l.ortizsegura@ploolaw.com | lawrog@gmail.com |
| emckeen@omm.com | apavel@omm.com | jrapisardi@omm.com |
| pfriedman@omm.com | dperez@omm.com | dcantor@omm.com |
| mdiconza@omm.com | wsushon@omm.com | roppenheimer@omm.com |
| mpocha@omm.com | pfriedman@omm.com | paula.gonzalez@oneillborges.com |
| ofernandez@oflawoffice.com | orlando1701@gmail.com | mmo@oronozlaw.com |
| TRowe@orrick.com | gonzalezbadillo@gmail.com | toledo.bankruptcy@gmail.com |
| Otero_and_assoc@hotmail.com | daniel.elkort@patternenergy.com | lucdespins@paulhastings.com |
| andrewtenzer@paulhastings.com | jamesbliss@paulhastings.com | jamesworthington@paulhastings.com |
| anthonybuscarino@paulhastings.com | michaelcomerford@paulhastings.com | alexbongartz@paulhastings.com |
| nicholasbassett@paulhastings.com | arosenberg@paulweiss.com | rrosen@paulweiss.com |
| wrieman@paulweiss.com | kkimpler@paulweiss.com | kzeituni@paulweiss.com |
| gpavia@pavialazaro.com | gerardopavialaw@msn.com | peajeinfo@dechert.com |
| pevarfon@gmail.com | pedronicot@gmail.com | luis.vazquez@peerlessoil.com |
| geisenberg@perkinscoie.com | petercheinsr@gmail.com | adtoro@pico-blanco.com |
| margaritalmercado@gmail.com | oramos@pmalaw.com | mtrelles@pmalaw.com |
| lramos@plclawpr.com | bjquintana@quintanapr.com | erovira@polymerpr.com |
| gpaz@populicom.com | gbrenner@proskauer.com | ckass@proskauer.com |
| rkim@proskauer.com | jljones@proskauer.com | mdale@proskauer.com |
| mbienenstock@proskauer.com | ppossinger@proskauer.com | ebarak@proskauer.com |

| | | |
|---|---|---|
| sratner@proskauer.com | tmungovan@proskauer.com | bbobroff@proskauer.com |
| mfirestein@proskauer.com | lrappaport@proskauer.com | cfebus@proskauer.com |
| kperra@proskauer.com | jerichman@proskauer.com | jalonzo@proskauer.com |
| JLevitan@proskauer.com | BRosen@proskauer.com | dmunkittrick@proskauer.com |
| wdalsen@proskauer.com | MHackett@proskauer.com | lstafford@proskauer.com |
| ppossinger@proskauer.com | sweise@proskauer.com | LRappaport@proskauer.com |
| mfirestein@proskauer.com | prosol@utier.org | prodriguez@prvlaw.com |
| penagaricanobrownusdc@gmail.com | Carlos.Saavedra@aafaf.pr.gov | Rocio.Valentin@aafaf.pr.gov |
| fsilva@claropr.com | susheelkirpalani@quinnemanuel.com | ericwinston@quinnemanuel.com |
| danielsalinas@quinnemanuel.com | erickay@quinnemanuel.com | katescherling@quinnemanuel.com |
| johnshaffer@quinnemanuel.com | matthewscheck@quinnemanuel.com | zacharyrussell@quinnemanuel.com |
| damarisqv@bufetequinones.com | rafael.ortiz.mendoza@gmail.com | rtorres@torresrodlaw.com |
| rgtolaw@gmail.com | rgtolaw@gmail.com | ytoyos@ramostoyoslaw.com |
| erb@rodriguezbinetlaw.com | cspringer@reedsmith.com | dschlecker@reedsmith.com |
| kgwynne@reedsmith.com | lsizemore@reedsmith.com | jroach@reedsmith.com |
| vizcarrondo@reichardescalera.com | vizcarrondo@reichardescalera.com | escalera@reichardescalera.com |
| arizmendis@reichardescalera.com | vizcarrondo@reichardescalera.com | fvander@reichardescalera.com |
| riverac@reichardescalera.com | iacosta@renocavanaugh.com | tpennington@renocavanaugh.com |
| maria.baco@msn.com | mpico@rexachpico.com | prcr@mcvpr.com |
| rhoncat@netscape.net | filippetti_r@hotmail.com | castilloricardo977@gmail.com |
| ortizcolonricardo@gmail.com | rortiz@rloclaw.onmicrosoft.com | lrichards@rkollp.com |
| dzinman@rkollp.com | pdevlin@rkollp.com | nrickenbach@rickenbachpr.com |
| victorriverarios@rcrtrblaw.com | lrobbins@robbinsrussell.com | gorseck@robbinsrussell.com |
| kzecca@robbinsrussell.com | dburke@robbinsrussell.com | jbolian@robbinsrussell.com |
| romn1960@gmail.com | estudiolegalrivera2@gmail.com | buzz.rochelle@romclaw.com |
| kdm@romclaw.com | manuel@rodriguezbanchs.com | rosasegui@yahoo.com |
| mrm@rmlawpr.com | mrm@rmlawpr.com | Douglas.Hallward-Driemeier@ropesgray.com |
| Keith.Wofford@ropesgray.com | Daniel.Egan@ropesgray.com | r.miranda@rmirandalex.net |
| rprats@rpplaw.com | carlos.lugo@saldanalaw.com | hector.saldana@saldanalaw.com |
| lsaldana@scvrlaw.com | arotger@scvrlaw.com | jsanchez@scvrlaw.com |
| jsalichs@splawpr.com | avb@sbgblaw.com | avb@sbgblaw.com |
| jsanabria@sbgblaw.com | jdavila@sbgblaw.com | gviviani@sanpir.com |
| jreyes@sanpir.com | jsanchez@sanpir.com | alavergne@sanpir.com |
| santilawoffice@yahoo.com | santosberriosbk@gmail.com | sramirez@sarlaw.com |
| douglas.mintz@srz.com | peter.amend@srz.com | michael.cook@srz.com |
| Roy.purcell@scotiabank.com | Rgf@mcvpr.com | Roy.purcell@scotiabank.com |
| secbankruptcy@sec.gov | NYROBankruptcy@sec.gov | bankruptcynoticeschr@sec.gov |
| epo@amgprlaw.com | emaldonado@smlawpr.com | acouret@smlawpr.com |
| adeliz@smlawpr.com | jsantos@smlawpr.com | acouret@smlawpr.com |
| jsantos@smlawpr.com | FSosnick@Shearman.com | goplerud@sagwlaw.com |
| howie@sagwlaw.com | jmenen6666@gmail.com | bfriedman@stblaw.com |
| nbaker@stblaw.com | jyoungwood@stblaw.com | david.elbaum@stblaw.com |
| MARIAE.HERNANDEZ@prepa.com | carmen.herrero@prepa.com | mark.mcdermott@skadden.com |
| Bram.Strochlic@skadden.com | Shana.Elberg@skadden.com | Paul.lockwood@skadden.com |
| skyhighelevators@gmail.com | pglassman@sycr.com | cmechling@stroock.com |
| smillman@stroock.com | cmechling@stroock.com | smillman@stroock.com |
| khansen@stroock.com | jcanfield@stroock.com | akaplan@susmangodfrey.com |
| mkelso@susmangodfrey.com | nmanne@susmangodfrey.com | kzuniga@susmangodfrey.com |
| jlopez@constructorasantiago.com | tanairapadilla@yahoo.com | rebecabarnes@bufetebarnes.com |
| Saultoledo22@yahoo.com | luis.bautista@scotiabank.com | Mcantor4@mac.com |
| rich.katz@torquepointllc.com | rfc@thefinancialattorneys.com | andres@awllaw.com |
| Mfb@tcmrslaw.com | Lft@tcmrslaw.com | nperez@tcmrslaw.com |
| jvankirk@tcmrslaw.com | Paula.Flowers@TransCore.com | rebecca.cutri-kohart@usdoj.gov |
| rebecca.cutri-kohart@usdoj.gov | Thomas.g.ward@usdoj.gov | doman@ubarri-romanlaw.com |
| unionecfse@yahoo.com | migade19@hotmail.com | jaimeenriquecruzalvarez@gmail.com |
| christopher.connolly@usdoj.gov | Bradley.Humphreys@usdoj.gov | velez.hector@epa.gov |
| mark.gallagher@usdoj.gov | matthew.troy@usdoj.gov | stephen.pezzi@usdoj.gov |

| | | |
|---|---|---|
| matthew.troy@usdoj.gov | stephen.pezzi@usdoj.gov | deindprcorresp@mad.uscourts.gov |
| rtoro@universalpr.com | wardlow.w.benson@usdoj.gov | USTP.Region21@usdoj.gov |
| hvaldes@v-olaw.com | jeva@valenzuelalaw.net | jose.enrico.valenzuela1@gmail.com |
| hernandezrodriguez.v@gmail.com | vero@ferraiuoli.pr | hvicente@vclawpr.com |
| victor@calderon-law.com | rcruz@vnblegal.com | jvilarino@vilarinolaw.com |
| jvilarino@vilarinolaw.com | ramonvinas@vinasllc.com | ramonvinas@vinasllc.com |
| Rgmason@wlrk.com | Arwolf@wlrk.com | Eakleinhaus@wlrk.com |
| AKHerring@wlrk.com | kelly.diblasi@weil.com | gabriel.morgan@weil.com |
| jonathan.polkes@weil.com | gregory.silbert@weil.com | robert.berezin@weil.com |
| swb@wbmvlaw.com | sawbacal@aol.com | pwm@wbmvlaw.com |
| prwolverine@gmail.com | jvv@wbmvlaw.com | javier.a.vega@gmail.com |
| gkurtz@whitecase.com | jcunningham@whitecase.com | brian.pfeiffer@whitecase.com |
| michele.meises@whitecase.com | jzakia@whitecase.com | jcunningham@whitecase.com |
| fdelahoz@whitecase.com | csloane@whitecase.com | jgreen@whitecase.com |
| wilbert_lopez@yahoo.com | william.m.vidal@gmail.com | wssbankruptcy@gmail.com |
| wssbankruptcy@gmail.com | mstancil@willkie.com | chardman@winston.com |
| jmotto@winston.com | ldelgado@winston.com | JLawlor@wmd-law.com |
| jpatton@ycst.com | rbrady@ycst.com | mneiburg@ycst.com |