EXHIBIT B

ABCS FOR SUCCESS LLC
RECORDS DEPT
4649 PONCE DE LEON BLVD STE 404
CORAL GABLES, FL 33146-2121

ABIGAIL TORRES RIVERA
HC 1 BOX 6448
SANTA ISABEL, PR 00757-9778

ADA C THILLET CORREA
1608 CALLE BORI ST 201D
SAN JUAN, PR 00927-6112

ADELINA GONZALEZ LOPEZ
646 CALLE 4
ARECIBO, PR 00612-2533

ALAN L TORRES SALGADO
PO BOX 260321
SAN JUAN, PR 00926-2621

ALVARADO CONSTRUCTION INC
PO BOX 800834
COTO LAUREL, PR 00780-0834

AMERICAN LIBRARY ASSOCIATION
225 N MICHIGAN AVE STE 1300
CHICAGO IL 60601-7616

ANA D DIAZ MOCLOVA
PO BOX 366984
SAN JUAN PR 00936-6984

ANA E CARRION VELEZ
HC 2 BOX 7024
BAJADERO PR 00616-9768

ANGEL ROSADO ABRAHAM
636 CALLE SAUCE
ARECIBO PR 00612-7821

ARGUS INTERNATIONAL, INC
6021 S SYRACUSE WAY STE 300
GREENWOOD VLG CO 80111-4748

ASSOC REAL ESTATE LICENSE LAW
OFFICIALS
11650 OLIO RD STE 1000
FISHERS IN 46037-7621

ASTRID AGUILAR COLL
PO BOX 624
SABANA SECA PR 00952-0624

AVINET INC
2101 GEE HILL RD
DRYDEN NY 13053-9409

AXIS REINSURANCE COMPANY
ATTN: BERT BRAUD, PREMIUN TAX
CONTACT
10000 AVALON BLVD STE 200
ALPHARETTA GA 30009-2531

AXIS REINSURANCE COMPANY
ATTN: DENNIS BERNARD, PRESIDENT
10000 AVALON BLVD STE 200
ALPHARETTA GA 30009-2531

AXIS REINSURANCE COMPANY
10000 AVALON BLVD STE 200
ALPHARETTA GA 30009-2531

AXIS REINSURANCE COMPANY
ATTN: FRANCES MATHIS, CONSUMER
COMPLAINT CONTACT
10000 AVALON BLVD STE 200
ALPHARETTA GA 30000-2531

AXIS REINSURANCE COMPANY
C/O PRENTICE HALL COORPORATION
SYSTEM,
AGENT FOR SERVICE OF PROCESS
10000 AVALON BLVD STE 200
ALPHARETTA GA 30009-2531

WILMA I MELENDEZ
URB BRISAS DE CANOVANAS
361 JYOTI DR
DAVENPORT FL 33837-9334

YORELI RODRIGUEZ MALDONADO
3279 FULTON RD
CLEVELAND OH 44109-1455

WALMYR PUBLISHING CO
PO BOX 2632
TUALATIN OR 97062-2632

AXIS SURPLUS INSURANCE COMPANY
ATTN: CHERYL PRICE, VICE PRESIDENT
10000 AVALON BLVD STE 200
APLHARETTA GA 30009-2331

BANCO DE ALIMENTOS DE PUERTO RICO
PO BOX 3990
CAROLINA PR 00984-3990

BEATRIZ VAZQUEZ
1713 CALLE GERANIO
SAN JUAN PR 00927-6336

BLUESTEM FILMS INC
11601 WILSHIRE BLVD STE 2180
LOS ANGELES CA 90025-1757

BRUNI TRAVEL AGENCY
VILLA FONTANA RL6 VIA 21
CAROLINA PR 00983

ANA GORBEA PADRO
613 AVE PONCE DE LEON APT 683
SAN JUAN PR 00907-3154

AXIS REINSURANCE COMPANY
ATTN: BERT BRAUD, REGULATORY
COMPLIANCE GOVERNMENT
10000 AVALON BLVD STE 200
ALPHARETTA GA 30009-2531

C.P. AND S. MECHANICAL CORP.
PMB 397
35 CALLE JUAN C BORBON STE 67
GUAYNABO PR 00969-5375

CALIFORNIA DISTRICT ATTORNEY ASSOCIATION
2495 NATOMAS PARK DR STE 575
SACRAMENTO CA 95833-2939

CLUB LEONES DE SAN GERMAN
164 AVE ATLETICOS DE SAN GERMAN
SAN GERMAN PR 00683-4440

DOLORES HILL RIVERA
URB SAN IGNACIO
1709 CALLE SAN ETANISLAO
SAN JUAN PR 00927-6549

CARLO A APONTE ROSADO
3 CALLE F
ENSENADA PR 00647-1601

COCRETERA ORAMA
PO BOX 9021
SAN JUAN PR 00908-0021

EDNA DELGADO GREO
HC 2 BOX 3990
MAUNABO PR 00707-9517

CARLOS A VARGAS MORALES
1426 SIMPSON RD
KISSIMMEE FL 34744-4600

COLEGIO DE ABOGADOS DE PUERTO RICO
INSTITUTO DE EDUCACION PRACTICA
PO BOX 9021
SAN JUAN PR 00902-1900

EDWIN C GRANELL
12 CALLE CARMELA GONZALEZ
SAN SEBASTIAN PR 00685-1708

CARMEN M MALDONADO
Y/O NORA CLAUDIO
PO BOX 1787
TRUJILLO ALTO PR 00977-1787

CONNEY SAFETY PRODUCTION
3202 LATHAM DR
MADISON WI 53713-4635

ELIOT TORRES ESCOBAR
850 N HALSTEAD ST TRLR B4
ALLENTOWN PA 18109-1878

CARMEN VARGAS RIVERA
URB BELMONTE 74 CALLE TOLEDO
MAYAGUEZ PR 00680-2309

CONTROL POWER SOLUTIONS INC
400 CALLE JUAN CALAF
SAN JUAN PR 00918-1313

EMMA SANCHEZ
PO BOX 1121
GUAYNABO PR 00970-1121

CATALINA SERRANO SERRANO
5225 TRACIE WAY
SAINT CLOUD FL 34771-9581

CORAL LONGO RIVERA
PO BOX 54886
JACKSONVILLE FL 32245-4886

ENDEAVOR SYSTEMS SOLUTIONS
PO BOX 753
BRANDORD CT 06405-0753

CELEBRATION ORTHO & SPORTS MED INSTITUTE
2954 MALLORY CIR # 101
CELEBRATION FL 34747-1820

CPS MECHANICAL CORP
35 CALLE JUAN C BORBON STE 67
GUAYNABO PR 00969-5375

ENEIDA ENID VÉLEZ TORRES
LCDO. HARRY SANTOS COLONDRES
V1 COND VILLAS DE PLAYA 2
DORADO PR 00646-2115

CENTENO & ASSOCIATES INC
EL SENORIAL PLAZA
7125 CALLE DIVINA PROVIDENCIA
PONCE PR 00717-1020

CRISIS PREVENTION INSTITUTE INC
10850 W. PARK PLACE SUITE 250
MILWAUKEE WI 53224-3627

EROTIDO MALDONADO CINTRON
56 CALLE A
SANTA ISABEL PR 00757-2116

CESAR ALICEA LEON
350 CALLE TOPICA
ARROYO PR 00714-2093

DIORIMAR MIRANDA CARTAGENA
1268 E MANCHESTER RD
SPRING LAKE NC 28390-1735

EVELYN ARROYO QUIÑONES
PO BOX 257
MERCEDITA PR 00715-0257

| | | |
|---|---|---|
| CHANTAL MORALES ORTIZ<br>URB LEVITTOWN LAKES<br>A810 CALLE MARGARITA CENTRAL<br>TOA BAJA PR 00949-4521 | DMRA LLC<br>COND VILLAS DEL MONTE<br>PO BOX 1750<br>ANASCO PR 00610-1750 | FELIX LUIS, MERCADO Y OTROS<br>GAMALIEL RODRÍGUEZ<br>PO BOX 10429<br>PONCE PR 00732-0429 |
| GLIDDEN COMPANY<br>PO BOX 9179<br>CAROLINA, PR 00988-9179 | GRAND STRAND SPINE AND NEURO<br>CTR MEDICAL RECORDS<br>920 DOUG WHITE DR STE 250<br>MYRTLE BEACH, SC 29572-4181 | GRISELLE DIAZ JIMENEZ<br>2920 OAK RD APT 1707<br>PEARLAND, TX 77584-8822 |
| HAROLD LOPEZ TERRON<br>13262 SW 45TH DR<br>MIRAMAR FL 33027-3171 | HEALTH FITNESS CORP<br>400 N FIELD DR<br>LAKE FOREST IL 60045-4809 | HECTOR APONTE ROSADO<br>3 CALLE F<br>ENSENADA PR 00647-1601 |
| HECTOR APONTE TORO<br>3 CALLE F<br>ENSENADA PR 00647-1601 | HECTOR LOPEZ MORALES<br>HC 3 BOX 9387<br>DORADO PR 00646-9506 | HECTOR RODRIGUEZ PEREZ<br>HC 2 BOX 7126<br>ADJUNTAS PR 00601-9296 |
| HERTZ FURNITURE SYSTEMS<br>170 WILLIAMS DR # 201<br>RAMSEY, NJ 07446-2907 | IDIS ELEUTICE MARTINEZ<br>1 CALLE VILLEGAS APT 10101<br>GUAYNABO PR 00971-9252 | ILSA CENTENO AÑESES Y OTROS<br>LCDO. ARNALDO RIVERA SEDA<br>332 EST DEL GOLF CLUB<br>PONCE PR 00730 |
| INICIATIVA COMUNITARIA DE ARECIBO, INC.<br>PO BOX 1800<br>ARECIBO PR 00623-1800 | INTERNATIONAL MEDIA SERVICE<br>1063 CATON DR<br>VIRGINIA BEACH, VA 23454-3105 | IRIMARY LESPIER SANTIAGO<br>PO BOX 8448<br>PONCE PR 00733-8448 |
| IRIS N MALDONADO ORTIZ<br>2410 EGRET DR<br>CLARKSVILLE TN 37042-7284 | JAMES GALASSO DURINSKI<br>2142 SHELL COVE CIR<br>FERN BCH FL 32034-3280 | JEANETTE GUZMAN<br>1273 ZEEK RIDGE ST<br>CLERMONT FL 34715-0045 |
| JEANNETTE GONZALEZ PARDO<br>PASEOS REALES 245 CALLE SEGOBIA<br>SAN ANTONIO PR 00600 | JEFF SMITH BUILDING AND<br>DEVELOPMENT<br>5653 DENNIS ST<br>STEVENSVILLE MI 49127-9577 | JOEL F MORALES MARTINEZ<br>9801 STARLET DR APT 3<br>FAIRDALE KY 40118-9485 |
| JORGE SALAS NEGRON<br>PO BOX 5011<br>DEERFIELD BCH FL 33442-5011 | JOSE (PANCHO) IRIZARRY IRIZARRY<br>15600 KALIHNA CT<br>ORLANDO FL 32828-5244 | JOSE E RIVAS CINTRON<br>245 W SANFORD ST<br>LAKE ALFRED FL 33850-2743 |
| JOSE E SANCHEZ DOMINGUEZ<br>4235 PARKWOOD DR<br>SAN ANTONIO TX 78218-5025 | JOSE F IRIZARRY<br>15600 KALIHNA CT<br>ORLANDO FL 32828-5244 | JOSE L ACOSTA VALENTIN<br>HC 1 BOX 8513<br>MARICAO PR 00606-9478 |

| | | |
|---|---|---|
| JOSE ROVIRA BURSET<br>253 CALLE CHILE APT 2D<br>SAN JUAN    PR    00917-2108 | JOVITA NIEVES JIMENEZ<br>8702 CALLE JARDIN<br>HATILLO    PR    00659 | JPMORGAN CHASE BANK<br>14800 FRYE RD # TX1 0029<br>FORT WORTH    TX    76155-2732 |
| JUAN GONZALEZ PARDO<br>HC 7 BOX 70170<br>SAN SEBASTIAN PR    00685-7104 | JULIO CRUZ ARAN<br>1817 CAYMAN COVE CIR<br>SAINT CLOUD    FL    34772-7107 | KNIGHTHEAD CAPITAL MANAGEMENT, LLC<br>200 PARK AVE FL 22E<br>NEW YORK    NY    10017-1216 |
| KNIGHTHEAD CAPITAL MANAGEMENT, LLC,<br>THOMAS A. WAGNER<br>200 PARK AVE FL 22E<br>NEW YORK    NY    10017-1216 | LABORATORIO CLINICO ANALITICO<br>48 AVE MUNOZ RIVERA APT 1906<br>SAN JUAN    PR    00918-1646 | LABORATORIO CLINICO PORTA DEL SOL PSC<br>HC 60 BOX 29241-11<br>AGUADA    PR    00602-0233 |
| LAW OFFICE OF ARTEMIO RIVERA PSC<br>CENTRO INTERNACIONAL DE MERC<br>PO BOX 2342<br>TOA BAJA    PR    00951-2342 | LECLAIRRYAN, A PROFESSIONAL CORPORATION<br>20 N 8TH ST FL 2<br>RICHMOND    VA    23219-3302 | LILIANA PORTER<br>106 MONTGOMERY ST<br>RHINEBECK    NY    12572-1106 |
| LONG TERM CARE INSTITUTE INC<br>440 SCIENCE SR STE 304<br>MADISON    WI    53711-1064 | LOURDES L SANTIAGO RIVERA<br>10315 ZACKARY CIR APT 136<br>RIVERVIEW    FL    33578-8900 | LUIS A TORO PEREZ<br>URB EL MONTE 2773 CALLE EL MONTE<br>PONCE  PR    00716-4636 |
| LUIS A. TORO PEREZ M.D.<br>2773 CALLE EL MONTE<br>PONCE  PR    00716-4838 | LUIS R ANGUEIRA CHAVES<br>URB COSTA BRAVA<br>N299 CALLE AMBAR<br>ISABELA    PR    00662 | LUIS R BARRIOS SOTO<br>67 CALLE MANUEL CINTRON<br>FLORIDA    PR    00650-2213 |
| LYDIA MOLINA BERMUDEZ<br>URB VALLE ARRIBA<br>PO BOX 3000<br>COAMO    PR    00769-6000 | MARIA E GONZALEZ PAGAN<br>7 EXT URB PALMER<br>CABO ROJO    PR    00623-3163 | MARIA M PEREZ BURGOS<br>PO BOX 939<br>CEIBA  PR    00735-0939 |
| MARILYN VELEZ<br>HC 2 BOX 11860<br>LAJAS    PR    00667-9239 | MARIO B. MUNOZ TORRES<br>15 PASEO ROCIO DEL CIELO<br>PONCE  PR    00730-1600 | MARKEL AMERICAN INSURANCE COMPANY<br>10275 W HIGGINS RD #750<br>ROSEMONT    IL    60018-5625 |
| MARTINEZ NEGRON, JACKELINE<br>URB PARKVILLE<br>M40 CALLE WILSON<br>GUAYNABO    PR    00969-3950 | MAYRA I FORTES DAVILA<br>390 CARR 853<br>CAROLINA    PR    00987-8799 | MIGUEL ENRIQUEZ LAGUER<br>URB FERRY BARRANCA<br>212 CALLE ROSAS<br>PONCE  PR    00730-4321 |
| N A G G L<br>11330 LEGACY DR STE 304<br>FRISCO TX    75033-1217 | NATALIA K SILVA VIEGO<br>1500 AVE LOS ROMEROS APT 1204<br>SAN JUAN    PR    00926-7016 | NEIDA SANTIAGO PEREIRA<br>URB CIUDAD CENTRO<br>HC 4 BOX 8911<br>CANOVANAS    PR    00729-9864 |

| | | |
|---|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION<br>631 EXCEL DR STE 200<br>MT PLEASANT  PA   15666-2774 | OLD REPUBLIC INSURANCE COMPANY<br>ATTN: ALBERT SLOTTER JR<br>681 EXCEL DR STE 200<br>MT PLEASANT  PA   15666-2774 | OLD REPUBLIC INSURANCE COMPANY<br>ATTN: ALDO C. ZUCARO<br>631 EXCEL DR STE 200<br>MT PLEASANT  PA   15666-2774 |
| OLD REPUBLIC INSURANCE COMPANY<br>ATTN: DAVID KOSTENBADER<br>631 EXCEL DR STE 200<br>MT PLEASANT  PA   15666-2774 | OLD REPUBLIC LIFE INSURANCE COMPANY<br>631 EXCEL DR STE 200<br>MT PLEASANT  PA   15666-2774 | OMAYRA BEAUCHAMP CHALUISANT<br>567 CHARWOOD AVE S<br>LEHIGH ACRES  FL   33974-5955 |
| OPTIMUM RE INSURANCE COMPANY<br>PO BOX 660010<br>DALLAS TX   75266-0010 | PALISADE BEHAVIORAL CARE<br>50 NORTHFIELD AVE STE 2<br>WEST ORANGE  NJ   07052-5320 | PASSPORT NATION INC<br>1241 ORIOLE AVE<br>MIAMI SPRINGS FL   33166-3850 |
| PEDRO E VARGAS PAGAN<br>CIUDAD JARDIN III<br>217 CALLE GUAMA<br>TOA ALTA   PR   00953-4872 | PENNINGTON, MAX Y.<br>10300 W 20TH CT N<br>WICHITA   KS   67212-6794 | PEPE GANGA CORP<br>PO BOX 355458<br>SAN JUAN   PR   00936-6458 |
| POCONO NEUROLOGY ASSOCIATES<br>1006 VALLEY VIEW CT<br>EAST STROUDSBURG   PA   18360-8679 | PRICEWATERHOUSECOOPERS<br>PO BOX 669023<br>DALLAS TX   75266-9023 | PROFESSINAL EXAMINATION SERVICES<br>PO BOX 4072<br>IOWA CITY   IA   52243-4072 |
| PUNTA BORINQUEN SHOPPING CENTER INC<br>PO BOX 250406<br>AGUADILLA   PR   00604-0406 | RAFAEL MELENDEZ RAMOS<br>URB BELISA   413 CALLE 1<br>SAN JUAN   PR   00921-4840 | RAMON CANEDO QUINONES<br>1958 DELTA CROSSING RD<br>VINTON LA   70668-4900 |
| RAMON OQUENDO VALENTIN<br>URB VEGA BAJA LAKES<br>17569 PINE IN # 1211<br>PARKER, CO   80134 | RAQUEL PELUYERA SANCHEZ<br>2405 CHURCH ST TRLR 252<br>GONZALES   TX   78629-2115 | RAYMOND SOTO LOPEZ<br>40 CALLE NOSTOS<br>CABO ROJO   PR   00623 |
| RCAP SOLUTIONS, INC.<br>191 MAY ST<br>WORCESTER   MA   01602-4353 | RICARDO MENDEZ MATTA<br>665 CALLE ESTADO<br>SAN JUAN   PR   00907-3506 | RICOH PUERTO RICO, INC.<br>1510 AVE FD ROOSEVELT # 1200<br>GUAYNABO   PR   00960-2603 |
| ROBERTO RAFOLS DAVILA<br>URB RAMEY   117 CALLE U<br>RAMEY PR   00603-1411 | RODIMEDI & ASSOCIATES<br>PO BOX 6824<br>CAGUAS   PR   00726-6824 | RODOLFO GUTIERREZ ROCHE<br>HC 4 BOX 12426<br>SAN GERMAN  PR   00683-9484 |
| SARA SOTO TORRES<br>E8 CALLE GRANADINA<br>ISABELA   PR   00662-2655 | SAUL AND THERESA ESMAN FOUNDATION<br>CHARLES E. RUTHERFORD, ESQ.<br>RUTHERFORD LAW FIRM, P.L.<br>2385 NW EXECUTIVE CENTER DR STE 108 | SAUL AND THERESA ESMAN FOUNDATION<br>RUTHERFORD LAW FIRM, P.L.<br>CHARLES E. RUTHERFORD, ESQ.<br>2385 N EXECUTIVE CENTER DR STE 180<br>BOCA RATION   FL   33432-9510 |

| | | |
|---|---|---|
| SPECTRUM GAMING GROUP L L C<br>200 LAKESIDE DR STE 250<br>HORSHAM PA 19044-2649 | SECOND RISE<br>3551 SW VERMONT ST<br>PORTLAND OR 97219-1006 | SIMMONS CARIBBEAN BEDDING INC<br>PO BOX 1630<br>TRUJILLO ALTO PR 00977 |
| FREDDIE ARROYO VIOLANO<br>HC 2 BOX 5904<br>COMERIO PR 00782-9675 | TURLOCK MEDICAL OFFICE<br>PO BOX 3271<br>MODESTO CA 95353-3271 | THE BIELER PRESS<br>9551 E LORNA LN STE J<br>PRESCOTT VLY AZ 86314-2318 |
| GARCIA ARREGUI & FULLANA<br>268 AVE PONCE DE LEON STE 1002<br>SAN JUAN PR 00918-2063 | TV FOR ALL<br>400 CALLE JUAN CALAF<br>SAN JUAN PR 00918-1313 | THE GLIDDEN COMPANY<br>PO BOX 9179<br>CAROLINA PR 00988-9179 |
| GARCIA SELVA & RAMIREZ<br>42 CALLE MAYAGUEZ<br>SAN JUAN PR 00917-4913 | UBS TRST DR. COTY BENMAMAN RETIREMENT<br>COTY BENMAMAN<br>9420 GEORGIAN PARK LN<br>APT 101<br>WESTCHASE FL 33626-5179 | TRICOCHE FAMILY CHIROPRACTIC INC<br>1855 W HIBISCUS BLVD<br>MELBOURNE FL 32901-2622 |
| GENERAL MECHANICAL & PLUMBING SERV INC<br>HC 7 BOX 37865<br>AGUADILLA PR 00603-9466 | UNITED STATES AUTO CLUB, MOTORING DIVISION,<br>16150 MAIN CIRCLE DR STE 410<br>CHESTERFIELD MO 63017-4689 | VILMA M ORTIZ SILVA<br>HC 2 BOX 8773<br>COROZAL PR 00783-6120 |
| ST VINCENT MEDICAL<br>3630E IMPERIAL HWY<br>LYNWOOD CA 90262-2609 | VALENTIN QUINONES PACHECO<br>N127 CALLE PARAISO<br>YAUCO PR 00698 | WALMYR PUBLISHING CO<br>PO BOX 2632<br>TUALATIN OR 97062-2632 |
| SUN YUI HONG<br>URB PUERTO NUEVO<br>1203 CALLE CAMAGUEY<br>SAN JUAN PR 00920-3631 | VICENS RIVERA, MARIA E.<br>1218 AVE HOSTOS STE 117<br>PONCE PR 00717-0944 | VICTOR APONTE ROSADO<br>3 CALLE F<br>ENSENADA PR 00647-1601 |
| SWENEY CARTWRIGHT CO<br>80 E RICH ST APT 701<br>COLUMBUS OH 43215-5266 | | |