## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### JOINT MOTION TO INFORM PARTIAL TRANSFER OF CLAIM

**COME NOW,** BofA Securities, Inc. ("BofA"), and AmeriNational Community Services, LLC ("AmeriNat" and, along with BofA, "Movants") as servicer for the GDB Debt Recovery Authority (the "DRA"), who is authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the Title III Case (as defined herein), by and through their respective undersigned legal counsel, respectfully inform the Court as follows:

1. On May 3, 2017, the Commonwealth, by and through the Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

filed a petition with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA (the "Title III Case").

2. On or about May 25, 2018, the Government Development Bank for Puerto Rico (the "GDB") filed Proof of Claim No. 29485 in the amount of $2,231,033,108.00 (the "GDB Proof of Claim") in the Title III Case.

3. On August 10, 2018, the GDB and the Puerto Rico Fiscal Agency and Financial Advisory Authority filed an application with the Court pursuant to Section 601(M)(1)(D) of PROMESA for approval of a qualifying modification with respect to GDB's financial indebtedness (the "Qualifying Modification"), commencing Civil Case No. 18-01561 (LTS) (the "Title VI Case"). *See* Title VI Case, Dkt. No. 1. On November 7, 2018, the Court entered an order certifying the Qualifying Modification (the "Certification Order"). *See* Title VI Case, Dkt. No. 270. On November 29, 2018, the Closing Date (as defined in the Certification Order) occurred. *See* Title VI Case, Dkt. No. 276.

4. As a result of the Qualifying Modification, on the Closing Date the GDB assigned and transferred to the DRA all right, title, and interest in certain assets to the DRA, consisting of not less than $527,581,425.65 of claims on account of certain loans, notes, and other obligations (the "DRA Loan Assets"). As a result thereof, a portion of the GDB Proof of Claim was transferred to the DRA (the "DRA Proof of Claim"). *See Joint Motion to Clarify Transfer of Claim*, Dkt. No. 5628, Exh. A.

5. The DRA Loan Assets include, but are not limited to, that certain Bond Purchase Agreement, dated as of December 31, 2014, by and between the Port of the Americas Authority (the "PAA") and GDB, the 2014 Bond issued by the PAA in connection therewith and guaranteed by the Commonwealth, the loans issued thereunder, and any other documents or instruments

delivered pursuant thereto (collectively, the "2014 PAA Bond Claim"). As of November 29, 2018, the 2014 PAA Bond Claim has an aggregate outstanding principal balance, of $225,533,700.45, as certified by AAFAF.

6. On June 18, 2021, the DRA sold to BofA all of its rights, title, and interest in the 2014 PAA Bond Claim as well as that portion of the DRA Proof of Claim that pertains to the 2014 PAA Bond Claim. BofA, in turn, directed the DRA to transfer said rights, title and interests to U.S. Bank National Association as Custodian of the 2014 PAA Bond Claim (the "Custodian") pursuant to the terms and conditions of a certain Custody Agreement dated June 2, 2021, between BofA Securities, Inc., as Depositor, and U.S. Bank National Association, as Custodian, and as set forth in the *Evidence of Partial Claim Transfer* attached as **Exhibit A** hereto.

7. As a result of the sale of the 2014 PAA Bond Claim, Movants request that the DRA Proof of Claim be divided among the Custodian and the DRA as reflected in **Exhibit B** and **Exhibit C** hereto.

**WHEREFORE**, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Movants respectfully request that the Court take notice of the foregoing.

*[Remainder of page intentionally left blank]*

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of June, 2021.

| **MCCONNELL VALDÉS LLC** | **EDGE LEGAL, LLC** |
|---|---|
| By: */s/ Nayuan Zouairabani*<br>Nayuan Zouairabani<br>USDC No. 226411<br>270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>PO Box 364225<br>San Juan, Puerto Rico 00936-4225<br>Telephone: 787-250-5632<br>Facsimile: 787-759-9225<br>Email: nzt@mcvpr.com | By: */s/ Eyck O Lugo*<br>Eyck O. Lugo<br>USDC No. 216708<br>252 Ponce de Leon Avenue, Suite 1200<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 522-2000<br>Facsimile: (787) 522-2010<br>elugo@edgelegalpr.com |
| *Counsel to AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority* | *Counsel to BofA Securities, Inc.* |

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Fourteenth Amended Notice, Case Management and Administrative Procedures Order* (Dkt. No. 15894-1).

**EXHIBIT A**

## EVIDENCE OF PARTIAL CLAIM TRANSFER

TO: United States District Court for the District of Puerto Rico (the "**Title III Court**")
Attention: Clerk

AND TO: The Federal Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico (the "**Debtor**")
Case No. 17-3283 (LTS) (the "**Case**")

*Proof of Claim No.: 29485*

The GDB Debt Recovery Authority, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto U.S. Bank National Association, as Custodian (the "**Custodian**") under that certain Custody Agreement, dated as of June 2, 2021, by and between BofA Securities Inc., as Depositor, and the Custodian, and its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller relating to the Loan Asset Documents (as defined below), including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $225,533,700.45 *plus* all accrued and unpaid interest, fees and other amounts that may be owing under the Loan Asset Documents and applicable law ("**Claim**"), against the Debtor in the Case before the Title III Court, or any other court with jurisdiction over the Case.

The "**Loan Asset Documents**" mean that certain Bond Purchase Agreement, dated as of December 31, 2014, by and between the Port of the Americas Authority (the "**PAA**") and Government Development Bank for Puerto Rico, the 2014 Bond issued by the PAA in connection therewith and guaranteed by the Commonwealth of Puerto Rico and any other documents or instruments delivered pursuant thereto, including the loans issued thereunder with an aggregate outstanding principal balance, as certified by AAFAF as of November 29, 2018, of $225,533,700.45.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Title III Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, PROMESA, applicable local rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Title III Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Claim Transfer by its duly authorized representative dated _____, 2021.

**GDB DEBT RECOVERY AUTHORITY**
By: AmeriNational Community Services,
LLC, as Servicer

**BofA Securities, Inc.**

By: _____
Name: Adrienne Thorson
Title: Chairwoman and CEO

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Claim Transfer by its duly authorized representative dated June 18, 2021.

**GDB DEBT RECOVERY AUTHORITY**
By: AmeriNational Community Services, LLC, as Servicer

By: _____
Name: Adrienne Thorson
Title: Chairwoman and CEO

[Signature Page to Evidence of Partial Claim Transfer]

**BofA Securities, Inc.**

By: _____
Name: Jude Arena
Title: Managing Director

# Exhibit B

**Portion of the DRA Proof of Claim Transferred to U.S. Bank National Association as Custodian pursuant to the terms and conditions of a certain Custody Agreement dated June 18, 2021, between BofA Securities, Inc., as Depositor, and U.S. Bank National Association, as Custodian**

*(as of June 18, 2021)*

| Loan Asset | Loan ID | Outstanding Principal (as of 11/29/2018) | Maturity | Holder |
|---|---|---|---|---|
| APLA Bonds – Ports Bonds | Port of the Americas | $225,533,700.45 | January 1, 2045 | U.S. Bank National Association as Custodian pursuant to the terms and conditions of a certain Custody Agreement dated June 2, 2021, between BofA Securities, Inc., as Depositor, and U.S. Bank National Association, as Custodian |
| | *TOTAL* | *$225,533,700.45* | | |

## Exhibit C

**Portion of the DRA Loan Assets Included in the DRA Proof of Claim to be Retained by the DRA[1]**

*(as of June 18, 2021)*

| Loan Asset | Loan ID | Outstanding Principal (as of 11/29/2018) | Maturity | Holder |
|---|---|---|---|---|
| Government of Puerto Rico – General Obligation Loan | 20001721500100347 | $21,095,309.51 | June 30, 2041 | DRA |
| Government of Puerto Rico – General Obligation Loan | 20001721500100356 | $34,788,635.25 | June 30, 2043 | DRA |
| | *TOTAL* | *$55,883,944.76* | | |

---

[1] The information contained in this **Exhibit C** with respect to the ownership, principal balance, maturity date, and other characteristics of the DRA Loan Assets is based on information provided by counsel to the DRA, and BofA makes no representations as to the accuracy thereof.