## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtor.[1] | |

## MOTION TO RESIGN LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney, and very respectfully states and prays as follows:

1. PLEASE TAKE NOTICE that Wendolyn Torres Rivera hereby respectfully withdraws her appearance as counsel for *Hermandad de Empleados del Fondo del Seguro del Estado, Inc.* (UECFSE) and *Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp.* (UMCFSE) creditors and parties-in-interest in the above-captioned Title III cases, and requests removal from service of any further pleadings in connection with these matters. However, the appearances by other attorneys of Bufete Emmanuelli, C.S.P. or the firm's representation of such clients are unaffected by this request.

2. The undersigned attorney is currently being notified of all motions, orders and other documents filed the instant case.

3. For the foregoing reasons, it is respectfully requested that the court allow the undersigned to withdraw as UECFSE and UMCFSE's counsel and cease its notifications in these

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

cases to undersigned's e-mail addresses.

**WHEREFORE,** the undersigned attorney very respectfully requests that the court **GRANT** this motion, allow the undersigned to withdraw as counsel, and cease its notifications to the undersigned's e-mail addresses of all documents filed in the instant case.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

In Ponce, Puerto Rico, this 18 day of June, 2021.



472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Wendolyn Torres Rivera
Wendolyn Torres Rivera
USDC: 307212

Email: wendolyn@bufete-emmanuelli.com
Lcda.wentorres@gmail.com

2