## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

               Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On June 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Batch 19 Notice Parties Service List attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 18, 2021

*/s/ Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on June 18, 2021, by Rachel O'Connor, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 54463

**<u>Exhibit A</u>**

**Responda a esta carta el 15 de julio de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before July 15, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com**.

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

---

**THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
CLAIM.**

---

June 15, 2021

Re:     PROMESA Proof of Claim
        *In re Commonwealth of Puerto Rico*, Case No. 17-03283
        United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
(collectively, the "Debtors). Prime Clerk LLC, maintains the official claims register in the Title
III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is
reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number             . You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors. In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim. The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.

**Please respond to this letter on or before July 15, 2021 by returning the enclosed
questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| **First Class Mail** | **Overnight or Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do <u>not</u> respond to this request and do <u>not</u> provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

*Proof of Claim:*
*Claimant:*

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to <u>PRClaimsInfo@primeclerk.com</u>, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**

   □   A pending or closed legal action with or against the Puerto Rican government

   □   Current or former employment with the Government of Puerto Rico

   □   Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **<u>Employment.</u>  Does your claim relate to current or former employment with the Government of Puerto Rico?**

   □   No.  *Please continue to Question 4.*

   □   Yes.  **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:

   _____

*Proof of Claim:*
*Claimant:*

3(b).  Identify the dates of your employment related to your claim:

_____

3(c).  Last four digits of your social security number: _____

3(d).  What is the nature of your employment claims (select all applicable):

       □   Pension

       □   Unpaid Wages

       □   Sick Days

       □   Union Grievance

       □   Vacation

       □   Other (Provide as much detail as possible.  Attach additional pages if necessary).

_____

_____

**4.  Legal Action.  Does your claim relate to a pending or closed legal action?**

       □   No.

       □   Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

_____

4(b).  Identify the name and address of the court or agency where the action is pending:

_____

4(c).  Case number: _____

4(d).  Title, Caption, or Name of Case: _____

4(e).  Status of the case (pending, on appeal, or concluded): _____

4(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

     If yes, what is the date and amount of the judgment? _____

2

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Se requiere respuesta ***

---

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE
RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS
AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD
ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS
INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE,
LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU
RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

---

15 de junio de 2021

Asunto:        Evidencia de reclamación en virtud de la ley PROMESA
            *En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
            Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo
del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la
Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del
gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk
LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se
comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha
sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación            . Usted
puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://
cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación.
Con la información que usted ha proporcionado, los Deudores no pueden determinar los
fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno
o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información
solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su
evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la
reclamación que trata de formular; por ese motivo, proporcione más información y <u>no</u> se limite
simplemente a copiar la misma información.

1

**Responda a esta carta el 15 de julio de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciones:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

*Número de Evidencia de Reclamación:*
*Reclamante:*

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas**. Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   □  Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   □  Empleo actual o anterior en el gobierno de Puerto Rico

   □  Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _____

*Número de Evidencia de Reclamación:*

*Reclamante*:

3. **Empleo.  ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   □    No. *Pase a la Pregunta 4.*

   □    Sí.  **Responda preguntas 3(a)-(d).**

3(a).  Identifique el organismo o departamento específico en el que trabaja o trabajó:

   _____

3(b).  Identifique las fechas de su empleo con relación a su reclamación:

   _____

3(c).  Últimos cuatro dígitos de su número de seguro social: _____

3(d).  Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   □    Jubilación

   □    Salarios impagos

   □    Días por enfermedad

   □    Queja con el sindicato

   □    Vacaciones

   □    Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.  ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   □    No.

   □    Sí.  **Responda Preguntas 4(a)-(f).**

4(a).  Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b).  Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c).  Número de caso: _____

4(d).  Título, epígrafe, o nombre del caso:

   _____

*Número de Evidencia de Reclamación:*
*Reclamante*:

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f).  ¿Tiene usted una sentencia impaga? Sí  /  No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

**<u>Exhibit B</u>**

Exhibit B
Batch 19 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12748016 | ADVANCED SURGICAL SERVICES PSC | PO BOX 11943 | | | | SAN JUAN | PR | 00922-1943 | |
| 12748065 | AYALA MORALES, DAISY | HC 72 BOX 4150 | BO CEDRO ABAJO | | | NARANJITO | PR | 00719-9723 | |
| 12748177 | Bankruptcy Est. BR Global Learnir'lg and Consulting, Corp. Bankr.No.15-05769 | Noreen Wiscovitch-Rentas, Chapter 7 Trustee | 400 Calle Juan Calaf, PMB 136 | | | San Juan | PR | 00918 | |
| 12748185 | Bankruptcy Estate of Computer Software Professionals in Case No. 15-063 68 | Noreen Wiscoritc, Trustee | 400 Calle Calaf PMB 136 | | | San Juan | PR | 00918-1314 | |
| 12748178 | Bankruptcy Estate of EJS Incorporado, Bankr. Case no. 16-01647 | c/o Noreen Wiscovitch-Rentas, Trustee | PMB 136/400 Calle Juan Calaf | | | San Juan | PR | 00918 | |
| 12748195 | Bankruptcy Estate of Global Validation Solutions, Inc. Bank. Case No. 10-01146 | Noreen Wiscovitch-Rentas, Chapter 7 Trustee | PMB 136 400 Calle Juan Calaf | | | San Juan | PR | 00918 | |
| 12748194 | Bankruptcy Estate of Mayor Medical Health Service, Inc Case No. 15-02523 | c/o Noreen Wiscovitch - Remtas, Trustee | 400 Calle Calaf PMB 136 | | | San Juan | PR | 00918-1314 | |
| 12748183 | Bankruptcy Estate of Nova Tech Computers Corp., Bankr. no. 09-07160 | Noreen Wiscovitch-Rentas | Chapter 7 Trustee | 400 Calle Juan Calaf, PMB 136 | | San Juan | PR | 00918 | |
| 12748196 | Bankruptcy Estate of Western Holding Group, Bank Case No. 10-04997 | Attn: Noreen Wiscovitch-Rentas, Esq. Chapter 7 Bankruptcy Trustee | PMB 136, 400 Calle Juan Calaf | | | San Juan | PR | 00918 | |
| 12748176 | Bankruptcy Estate of WM Healthy Lifestyle, Corp., Bankr. Corp., Bankr.Case no.17-03474 | C/o Noreen Wiscovitch-Rentas, Trustee | PMB 136 / 400 Calle Juan Calaf | | | San Juan | PR | 00918 | |
| 12748012 | BONER ELECTRONICS | PO BOX 6153 | | | | CAGUAS | PR | 00726-6153 | |
| 12748204 | BRAIN BIOLOGY LAB INC | PO BOX 79875 | | | | CAROLINA | PR | 00984 | |
| 12748157 | BUFETE JUAN RAUL MARI PESQUERA CSP | PO BOX 326 | | | | RINCON | PR | 00677 | |
| 12748139 | CALDERON MARTINEZ, RAFAEL | PARQUE DEL RIO 54 PLAZA CAOBOS | | | | TRUJILLO ALTO | PR | 00976 | |
| 12748201 | CARIBBEAN CRITICAL CARE SERVICES INC | PO BOX 6794 | MARINA ST. | | | MAYAGUEZ | PR | 00681-6794 | |
| 12748165 | Cartagena Ortiz, Jose W. | 701 Ave Ponce de Leon Suite 401 | | | | San Juan | PR | 00907-3248 | |
| 12748058 | Cartagena Ortiz, Jose W. | Ext Villa Caparra | F20 Calle Florencia | | | Guaynabo | PR | 00966-1720 | |
| 12748140 | Casas Arsuaga, Jose L | GPO Box 10903 | | | | San Juan | PR | 00922 | |
| 12748086 | Cintron Rivera, Sandra | HC-74 Box 59201 | | | | Naranjito | PR | 00719 | |
| 12748108 | COLON BERNARDI, CARLOS | HC 04 BOX 5825 | | | | BARRANQUITAS | PR | 00794 | |
| 12748080 | Colon Pintado, Gladys | Hc 74 Box 5424 | | | | Naranjito | PR | 00719 | |
| 12748087 | Colon Rivera, Lucy I | Hc 73 Box 5423 | | | | Naranjito | PR | 00719 | |
| 12748105 | Colon Santana Y Asociados CSP | Kevin Miguel Rivera Medina | 315 Coll & Toste | | | San Juan | PR | 00918 | |
| 12748111 | COLORCON INC | 275 Ruth Road | | | | Harleysville | PA | 19438 | |
| 12748019 | COLORCON INC | Felipe Mariani | Alvarado Tax & Business Advisors LLC | PO Box 195598 | | San Juan | PR | 00919-5598 | |
| 12748160 | CORREA RODRIGUEZ, JOSE | CALLE JULIAN COLLAZO 5 | | | | COAMO | PR | 00769 | |
| 12748014 | COSTA ELENA, LUIS | URB SANTA MARIA | 34 CALLE ORQUIDEA | | | RIO PIEDRAS | PR | 00927 | |
| 12748207 | COTTO COLON, JOSE | PO BOX 1513 | | | | UTUADO | PR | 00641 | |
| 12748091 | Cruz Perez, Ana Luz | Calle Leonides Toledo # 78 | | | | Cayey | PR | 00736 | |
| 12748090 | Cruz Velazquez, Carmen Iris | Apartado 997 | | | | Cidra | PR | 00739 | |
| 12748013 | Cuevas Gonzalez, Eduardo J. | 1101-1311 Beach Avenue | | | | Vancouver | BC | V6E 1V6 | Canada |
| 12748070 | del Carmen Morales Colon, Maria | Urb. Valles de Guayama Calle 23XX-6 | | | | Guayama | PR | 00784 | |
| 12748110 | DEL CASTILLO MARTORELL, NELSON | PO BOX 9023025 | | | | SAN JUAN | PR | 00902-3025 | |
| 12748050 | DEL TORO & SANTANA | Plaza 273 | Suite 900 | 273 Ponce de Leon Avenue | | San Juan | PR | 00917-1934 | |
| 12748141 | DEL TORO & SANTANA | PLAZA SCOTIABANK OFIC 610 | 273 PONCE DE LEON | | | San Juan | PR | 00917-1838 | |
| 12748142 | DEL TORO SOSA, RUSSELL A | ELA | PLAZA SCOTIABANK | SUITE 900 | 273 PONCE DE LEÓN AVE... | SAN JUAN | PR | 00917-1902 | |
| 12748161 | Delgado Padilla, Lilliam | Club Mandor Village | B-4 Tomas Agrait Street | | | San Juan | PR | 00924 | |
| 12748213 | DELGADO TORRES, EDWIN | SABANERA DEL RIO | 99 CALLE CAMINO DE LAS AMAPOLAS | | | GURABO | PR | 00778 | |
| 12748122 | Development and Construction Law Group, LLC | PMB 443 Suite 112 | 100 Grand Paseos Blvd | | | San Juan | PR | 00926-5902 | |
| 12748018 | Diaz Falcon, Carlos J. | Attn: Albieli Carrasquillo, ESQ | PO Box 10528 | | | San Juan | PR | 00922-0528 | |
| 12748118 | Diaz Falcon, Carlos J. | PO Box 258 | | | | Aguirre | PR | 00704 | |
| 12748069 | Diaz Rodriguez, Melissa | HC-75 Box 1891 | | | | Naranjito | PR | 00719 | |
| 12748015 | DIBOU MEDIA INC | PO BOX 11943 | | | | SAN JUAN | PR | 00922 | |
| 12748034 | EDEN E & E INC | Carr 164 KM TT Aumote | | | | Nananjto | PR | 00719 | |
| 12748152 | EDEN E & E INC | PO BOX 1345 PMB 293 | | | | TOA ALTA | PR | 00954 | |
| 12748041 | Eli Lilly and Company | Amy P Chambers, Sr Director, Intl Tax | Lilly Corporate Center | | | Indianapolis | IN | 46285 | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 5

Exhibit B

Batch 19 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12748113 | Eli Lilly and Company | Reichard & Escalera LLC | Fernando Van Derdys, Esq | PO Box 364148 | | San Juan | PR | 00936-4148 | |
| 12748127 | ESOLUTIONS INC | MANS DE CALDAS | 6 CALLE SAN CARLOS | | | SAN JUAN | PR | 00926-5330 | |
| 12748138 | ESTANCIAS DE AIBONITO, INC. | 654 AVE MU---OZ RIVERA STE 1024 | | | | SAN JUAN | PR | 00918-4128 | |
| 12748104 | EVO Consortium LLC | 1353 Ave. Luis Vigoreaux | PMB 604 | | | Guaynabo | PR | 00966 | |
| 12748021 | EVO Consortium LLC | Felipe Mariana | Alvarado Tax & Business Advisors, LLC | P.O. Box 195589 | | San Juan | PR | 00919-5598 | |
| 12748088 | Febus Robles, Ana L | Apartado 258 | | | | Naranjito | PR | 00719 | |
| 12748202 | FIGUEROA RODRIGUEZ, ANA | PO BOX  376 | | | | ANASCO | PR | 00610 | |
| 12748060 | Flores, Benedicta | 25 Bellevue St | | | | Lawrence | MA | 01841 | |
| 12748081 | Fontanez Rivera, Juanita | Hc 74 Box 59651 | | | | Naranjito | PR | 00719 | |
| 12748097 | G2T Ingenieria, CSP | Urb. Los Caminos 91 Ucar | | | | San Lorenzo | PR | 00754 | |
| 12748158 | GAONA REYES, JAIME | URB ESTANCIAS DEL GOLF | 654 CALLE LUIS MORALES | | | PONCE | PR | 00730 | |
| 12748188 | Graciano Velez and Ana Yamile Serrano | 370 Brocks Trace | | | | Burlington | NC | 27215 | |
| 12748057 | GREENFINITY GROUP CORP | ATT: EDGARDO J MARTINEZ SEIJO | 2644 TANGLEWOOD TRAIL | | | PALM HARBOR | FL | 34685 | |
| 12748163 | GREENFINITY GROUP CORP | PO BOX 360768 | | | | SAN JUAN | PR | 00936-0768 | |
| 12748038 | GROSSEN FRAUCHIGUER, PAUL A | 17 CALLE FONT MARTELO | | | | HUMACAO | PR | 00791 | |
| 12748175 | GROSSEN FRAUCHIGUER, PAUL A | PO BOX 9160 | | | | HUMACAO | PR | 00792 | |
| 12748114 | GRUPO PERIODISTICO NDC CORP | ATTN: NELSON DEL CASTILLO | PO BOX 9023025 | | | SAN JUAN | PR | 00902-3025 | |
| 12748172 | HECTOR LOPEZ Y ASOCIADOS INC | PO BOX 192469 | | | | SAN JUAN | PR | 00919-2469 | |
| 12748102 | Hilton Worldwide International Puerto Rico LLC | Attn: William Steven Standefer | Sr. Vice President - Tax | PO Box 9021872 | | San Juan | PR | 00902-1872 | |
| 12748212 | I A M DE PR INC | PO BOX 10029 | | | | HUMACAO | PR | 00792-1029 | |
| 12748211 | INST FLEBOLOGIA Y MED DE FAMILIA | THE UPS STORE | 200 AVE RAFAEL CORDERO STE 140 PMB 261 | | | CAGUAS | PR | 00725-4303 | |
| 12748061 | INST FLEBOLOGIA Y MED DE FAMILIA | Urb Villa Blanca PMB 261, Ave Luis Munoz Marin #20 | | | | Caguas | PR | 007525 | |
| 12748151 | INSTITUTO ENDOSCOPIA DIGESTIVA DEL SUR | SANTA MARIA MEDICAL BLDG | 450 CALLE FERROCARRIL STE 216 | | | PONCE | PR | 00717-4105 | |
| 12748210 | ISLA REPOSSESSION AND COLLECTIONS INC | PO BOX 9166 | | | | CAGUAS | PR | 00726 | |
| 12748040 | Jackson National Ins. Co. | Attn: William T. Devanney, Jr. | 1 Corporate Way | | | Lansing | MI | 48951 | |
| 12748156 | Jackson National Ins. Co. | c/o Swiss Re | Attn: William Garofalo | 175 King St | | Amonk | NY | 10504 | |
| 12748052 | Jose A. Cepeda Rodriguez, Bufete | 715 Concordia Street | | | | San Juan | PR | 00907 | |
| 12748129 | Jose A. Cepeda Rodriguez, Bufete | The Hato Rey Center | 268 Ave. Ponce De Leon Suite 906 | | | Hato Rey | PR | 00918-2004 | |
| 12748181 | Jose A. Fuentes Agostini and Maria C. Gonzalez Vizcarrondo | 750 9th St., NW Suite 750 | | | | Washington | DC | 20001 | |
| 12748214 | JOSE E MARTINO ATTORNEY & COUNSELLOR AT LAW P S C | DISTRICT VIEW PLZ | 644 AVE FERNANDEZ JUNCOS STE 301 | | | SAN JUAN | PR | 00907-3183 | |
| 12748174 | Lopez Bonelli, Pedro R. | #2 Calle Candina, Apt. 1001 | | | | San Juan | PR | 00907 | |
| 12748037 | Lopez Bonelli, Pedro R. | Noemi Landrau Rivera, Attorney | Landrau Rivera & Associates | PO Box 270219 | | San Juan | PR | 00927-0219 | |
| 12748120 | Lopez Lay, Carlos | PO Box 190816 | | | | Guaynabo | PR | 00919 | |
| 12748149 | Lopez Ortiz, Bamily | PO Box 635 | | | | Rio Grande | PR | 00745 | |
| 12748077 | Lopez Rosado, Magda I | Apartado 823 | | | | Naranjito | PR | 00719 | |
| 12748017 | LOS ANGELES GUARDIANES DE PUERTO RICO, INC. | COND FIRST MEDICAL FEDERAL | 1056 AVE. MUNOZ RIVERA STE 409 | | | SAN JUAN | PR | 00927-5013 | |
| 12748035 | LOS ANGELES GUARDIANES DE PUERTO RICO, INC. | GRATACOS LAW FIRM, PSC | VICTOR GRATACOS-DIAZ, ATTORNEY FOR CREDITOR | PO BOX 7571 | | CAGUAS | PR | 00726 | |
| 12748191 | MACRIAFI INC | URB COUNTRY CLUB | OK23 CALLE 508 | | | CAROLINA | PR | 00982-1905 | |
| 12748137 | MANTENIMIENTO DE AREAS VERDES | PO BOX 1047 | | | | CABO ROJO | PR | 00622 | |
| 12748189 | MANUEL PIRALLO, SUCN | PO BOX 1370 | | | | MAYAGUEZ | PR | 00681-1370 | |
| 12748147 | MARCUCCI SOBRADO, MARCOS E | PMB 351 | 609 AVE TITO CASTRO SUITE 102 | | | PONCE | PR | 00716-0211 | |
| 12748049 | MARCUCCI SOBRADO, MARCOS E | PO BOX 7732 | | | | PONCE | PR | 00732 | |
| 12748075 | MARIN, NORMA | URB MONTECASINO 76, CALLE EBANO | | | | TOA ALTA | PR | 00953 | |
| 12748063 | Marina PDR Hospitality, LLC | c/o Jeremy Griffiths | Chief Financial Officer | 1511 Ave Ponce de Leon | Ciudadela Suite C | San Juan | PR | 00909 | |
| 12748182 | Marina PDR Hospitality, LLC | Moore & Van Allen PLLC | c/o Zachary H. Smith | 100 North Tryon St., Suite 4700 | | Charlotte | NC | 28202 | |
| 12748197 | MARTINEZ LUGO, ELSIE | RR 01 BZ 3081 | | | | MARICAO | PR | 00606 | |
| 12748022 | MAYAGUEZ ADVANCED RADIOTHERAPHY CENTER PC | P.O. Box 3825 | | | | Mayaguez | PR | 00681 | |

Exhibit B

Batch 19 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12748096 | MAYAGUEZ ADVANCED RADIOTHERAPHY CENTER PC | PO BOX 8043 | | | | MAYAGUEZ | PR | 00681-8043 | |
| 12748107 | MEDTRONIC INTERNATIONAL TRADING SARL | FERNANDO VAN DERDYS, ESQ. | REICHARD & ESCALERA LLC | PO BOX 364148 | | SAN JUAN | PR | 00936-4148 | |
| 12748043 | MEDTRONIC INTERNATIONAL TRADING SARL | MR. PHILIP J. ALBERT | 710 MEDTRONIC PARKWAY LC355 | | | MINNEAPOLIS | MN | 55432 | |
| 12748044 | MEDTRONIC PUERTO RICO OPERATIONS COMPANY | PHILIP J. ALBERT | 710 MEDTRONIC PARKWAY LC355 | | | MINNEAPOLIS | MN | 55432 | |
| 12748109 | MEDTRONIC PUERTO RICO OPERATIONS COMPANY | REICHARD & ESCALERA LLC | FERNANDO VAN DERDYS, ESQ. | PO BOX 364148 | | SAN JUAN | PR | 00936-4148 | |
| 12748162 | Microsoft Corporation, and its subsidiaries, Microsoft Licensing GP; Microsoft Operations Puerto Ric | c/o Joseph E. Shickich, Jr. | Fox Rothschild LLP | 1001 4th Ave. Suite 4500 | | Seattle | WA | 98154 | |
| 12748039 | Microsoft Corporation, and its subsidiaries, Microsoft Licensing GP; Microsoft Operations Puerto Ric | Drew Wilkinson | 3460 157th Ave NE | | | Redmond | WA | 98052 | |
| 12748046 | MORALES RAMOS, MELISSA | MARCOS H. RIVERA DEJESUS | URB. EL RETIRO | CALLE 2 C-5 | | QUEBRADILLAS | PR | 00678 | |
| 12748100 | MORALES RAMOS, MELISSA | URB. EL RETIRO | CALLE 2 C-5 | | | QUEBRADILLAS | PR | 00678 | |
| 12748073 | Morales Rios, Beatriz | Hc 72 Box 3938 | | | | Naranjito | PR | 00719 | |
| 12748085 | Moralez Rios, Beatriz | HC 72 Box 3938 | Bo Cedro Arriba | | | Naranjito | PR | 00719 | |
| 12748123 | MSD INTERNATIONAL GMBH (PR BRANCH)LLC | C/O Maria Caamano | P.O. Box 2011 | | | Las Piedras | PR | 00771-2011 | |
| 12748078 | Muñiz Ortega, Rosa M | Hc 74 Box 6091 | | | | Naranjito | PR | 00719 | |
| 12748062 | NEGRON MATTA, MIGUEL A | 654 PLAZA, SUITE 1024, AVE. MUNOZ RIVERA | | | | SAN JUAN | PR | 00918 | |
| 12748186 | NEGRON MATTA, MIGUEL A | CALLE ESTEBAN PADILLA | 60 E BAJOS | | | BAYAMON | PR | 00959 | |
| 12748051 | NEGRON MATTA, MIGUEL A. | 654 PLAZA, SUITE 1024, AVE. MUNOZ RIVERA | | | | SAN JUAN | PR | 00918 | |
| 12748136 | NEGRON MATTA, MIGUEL A. | CALLE ESTEBAN PADILLA | 60 E BAJOS | | | BAYAMON | PR | 00959 | |
| 12748067 | Nieves Lopez, Luis E | Residencial Candelaria Torres | Edificio H-69 | | | Naranjito | PR | 00719 | |
| 12748166 | NIEVES MOURNIER, EMIL | RIO PIEDRAS VALLEY | 7 CALLE AZUCENA | | | SAN JUAN | PR | 00926 | |
| 12748047 | NIEVES MOURNIER, EMIL | Urb Las Delicias | 1006 General Valero | | | San Juan | PR | 00924 | |
| 12748171 | Nortel Networks (CALA), Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott, Esq. | 1201 N. Market St. | | Wilmington | DE | 19801 | |
| 12748056 | Nortel Networks (CALA), Inc. | P.O. Box 591669 | | | | Houston | TX | 77259 | |
| 12748099 | NORTHERN RADIOTHERAPY CANCER CENTER | PO BOX 142500 | | | | ARECIBO | PR | 00614 | |
| 12748045 | NORTHERN RADIOTHERAPY CANCER CENTER | PO Box 3825 | | | | Mayaguez | PR | 00681 | |
| 12748121 | Ocasio Torres, Jessica | PO Box 1555 | | | | Morovis | PR | 00687 | |
| 12748076 | ORTEGA NIEVES, ADA L | HC 73 BOX 4325 | | | | NARANJITO | PR | 00719 | |
| 12748180 | ORTIZ ALMEDINA  ASOCIADOS LAW OFFICES PSC | PO BOX 366556 | | | | SAN JUAN | PR | 00936 | |
| 12748071 | Ortiz Rivas, Ana M | HC 06 Box 10754 | | | | Yabucoa | PR | 00767 | |
| 12748093 | PADILLA RIVERA, JOANN | HC 73 BOX 4390 | | | | NARANJITO | PR | 00719 | |
| 12748053 | PDR Acquisition, LLC | c/o Jeremy Griffiths, Chief Financial Officer | 1511 Ave Ponce De Leon, Ciudadela Suite C | | | San Juan | PR | 00909 | |
| 12748168 | PDR Acquisition, LLC | Moore & Van Allen PLLC | Attn: Zachary H. Smith | 100 North Tryon St., Suite 4700 | | Charlotte | NC | 28202 | |
| 12748059 | Pena Lugo, Miguel A. | Savannah Real #35 Passeo Sevilla | | | | San Lorenzo | PR | 00754 | |
| 12748124 | PEREZ RIVERA, HECTOR | PO BOX 9007 | | | | SAN JUAN | PR | 00908 | |
| 12748082 | Perez Ruiz, Carmen | HC 06 Box 10602 | | | | Yabucoa | PR | 00767 | |
| 12748198 | PEREZ VELEZ, LUIS A | RR 1 BOX 3081 | | | | MARICAO | PR | 00606 | |
| 12748209 | PINNACLE PARTNERS, CORP | PO BOX 9022399 | | | | SAN JUAN | PR | 00902-2399 | |
| 12748144 | PONCE GASTROENTEROLOGY SOC | SANTA MARIA MEDICAL BLDG | 450 CALLE FERROCARRIL STE 210 | | | PONCE | PR | 00717 | |
| 12748036 | PONCE LOPEZ, JOSE | 1410 MARBELLA ST. VISTAMAR MARINA | | | | CAROLINA | PR | 00922 | |
| 12748200 | PONCE LOPEZ, JOSE | PO BOX 10275 | | | | SAN JUAN | PR | 00922 | |
| 12748187 | PUERTO RICO REFRECTORY SERVICES INC | PO BOX 7903 | | | | PONCE | PR | 00732 | |
| 12748150 | PULMONARY EQUIPMENT CORP | PO BOX 19870 | | | | SAN JUAN | PR | 00910 | |
| 12748054 | Putnam Stop 22 Holdings LLC | c/o Jeremy Griffiths, | 1511 Ave Ponce De Leon, Ciudadela Suite C | | | San Juan | PR | 00909 | |
| 12748169 | Putnam Stop 22 Holdings LLC | Moore & Van Allen PLLC, c/o Zachary H. Smith | 100 North Tryon St., Suite 4700 | | | Charlotte | NC | 28202 | |
| 12748133 | R E BUSINESS CONSULTANTS INC | PO BOX 190876 | | | | SAN JUAN | PR | 00919 | |
| 12748132 | RAFAEL E TIMOTHEE / CONCEPCION VEGA | URB MONTE CARLO | 1312 CALLE 25 | | | SAN JUAN | PR | 00924-5251 | |
| 12748115 | Ramirez Lopez, Alberto J | 341 Dorado Beach East | | | | Dorado | PR | 00646 | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 3 of 5

Exhibit B

Batch 19 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12748028 | Ramirez Lopez, Alberto J | 400 Ave Americo Miranda Edificio Cosvi Original Pi | | | | San Juan | PR | 00926 | |
| 12748134 | RC LEGAL & LITIGATION SERVICES PSC | ROBERTO RUIZ COMAS | Corporate Office Center  Suite 801 | Resolucion # 33 | | San Juan | PR | 00920 | |
| 12748159 | RESPIRATORY LEASING CORP | PO BOX 19870 | | | | SAN JUAN | PR | 00910 | |
| 12748095 | RIVERA BURGOS, CARLOS | URB PRADERA | AM 35 CALLE 19 | | | TOA BAJA | PR | 00949 | |
| 12748193 | RIVERA BURGOS, HECTOR | URB FOREST HILLS | D-16 CALLE 23 | | | BAYAMON | PR | 00959 | |
| 12748205 | RIVERA ECHANDY, ALBERTO E | PO BOX 645 | | | | MAYAGUEZ | PR | 00681-0645 | |
| 12748089 | Rivera Morales, Ana Celis | 494 Sector Justo Rodz. | | | | Cidra | PR | 00739 | |
| 12748170 | RN Promotions & Inc | PO Box 50635 | | | | Toa Baja | PR | 00950-0635 | |
| 12748146 | ROBERTO SANTANA APARICIO | 273 PONCE DE LEON AVE | PLAZA SCOTIABANK 6to PISO | | | SAN JUAN | PR | 00917-1902 | |
| 12748048 | ROBERTO SANTANA APARICIO | Roberto Santana Aparicio | Plaza 273, Suite 900 | 273 Ponce de Leon Avenue | | San Juan | PR | 00917-1934 | |
| 12748024 | Robles Quiros, Brenliz | Gilbert J Lopez-Delgado,Lawyer | Urbanizacion Los Frailes Norte #J 10 Calle 1 | | | Guaynabo | PR | 00966 | |
| 12748131 | Robles Quiros, Brenliz | PO Box 801293 | | | | Coto Laurel | PR | 00780 | |
| 12748155 | RODRIGUEZ ALVARADO, MARIBEL | URB ROYAL TOWN | 2 46 CALLE 44 | | | BAYAMON | PR | 00956 | |
| 12748192 | RODRIGUEZ GARCIA, JESUS | PO BOX 547 | | | | CAMUY | PR | 00627 | |
| 12748068 | RODRIGUEZ ORTIZ, JESSICA | RES CANDELARIO TORRES | H-69 | | | NARANJITO | PR | 00719 | |
| 12748130 | RODRIGUEZ PAGAN, RADAMES | 37 CALLE LOS BASORA SECT TOKIO | | | | LAJAS | PR | 00667 | |
| 12748199 | RODRIGUEZ RAMIREZ, ANGEL | HC 3 BOX 17365 | | | | LAJAS | PR | 00667 | |
| 12748084 | Rodriguez Rivera, Margarita | B. Cedro Abajo | Apartado 193 | | | Naranjito | PR | 00719 | |
| 12748072 | Rodriguez Rivera, Margarita | Bo Cedro Abajo | Apartado 193 | | | Naranjito | PR | 00719 | |
| 12748066 | Rodriguez Rivera, Maritza | Hc -73 Box 4722 | | | | Naranjito | PR | 00719 | |
| 12748079 | Rojas Baez, Francis Y | Hc 74 Box 5827 | | | | Naranjito | PR | 00719 | |
| 12748177 | Roma Realty Corp | Urb Sagrado Corazon | 1625 Calle Santa Ursula | | | San Juan | PR | 00926 | |
| 12748206 | ROSARIO COLON, FRANCISCO | PO BOX  505 | | | | COROZAL | PR | 00783 | |
| 12748164 | RS Legacy Corporation | David W Dachelet | 2360 Corporate Circle, Ste. 330 | | | Henderson | NV | 89074 | |
| 12748153 | RULLAN, LUIS G | C/O LAW OFFICES OF LUIS G. RULLAN, PSC | COND. EL CENTRO 2, STE 1504 | 500 MUNOZ RIVERA AVE | | SAN JUAN | PR | 00918 | |
| 12748103 | Saez Galindo, Raul | Calle 25 De Julio #80 | Urb. Bahia | | | Guanica | PR | 00653 | |
| 12748116 | Salud Integral de la Montana, Inc. | John E. Mudd | P.O. Box 194134 | | | San Juan | PR | 00919 | |
| 12748042 | Salud Integral de la Montana, Inc. | PO Box 515 | | | | Naranjito | PR | 00719 | |
| 12748173 | SANCHEZ GONZALEZ, JOSE | 2B INT CALLE TEODORO FIGUEROA | | | | ADJUNTAS | PR | 00601-2300 | |
| 12748092 | SANCHEZ ROSA, ANGELITA | EVELYN SANCHEZ ROSA | HC 73 BOX 5046 | | | NARANJITO | PR | 00719-9610 | |
| 12748094 | SANCHEZ ROSA, ANGELITA | EVELYN SANCHEZ ROSA | HC 73 BOX 5046 | | | NARANJITO | PR | 00719-9610 | |
| 12748083 | SANCHEZ ROSA, EVELYN | HC-73 BOX 5046 | | | | NARANJITO | PR | 00719 | |
| 12748020 | Santiago Lopez, Miguel | Andres J Hernandez Concepcion, CPA | 400 Ave Americo | Miranda Edficio | Cosvi Viejo, Piso 4 | San Juan | PR | 00926 | |
| 12748112 | Santiago Lopez, Miguel | Urb Sunrise 79 | Calle Twilight E-14 | | | Humacao | PR | 00791 | |
| 12748117 | SANTIAGO TORRES, MARIA DE LOS | URB PARQUE SAN IGNACIO | E16 CALLE 5 | | | SAN JUAN | PR | 00921 | |
| 12748148 | Seascape Corporation | 1 Rodriguez Serra Apt 902 | | | | San Juan | PR | 00907-1451 | |
| 12748184 | SOTO GONZALEZ, JUAN | 25 CALLE SERENIDAD | URB PARAISO DE MAYAGUEZ | | | MAYAGUEZ | PR | 00680 | |
| 12748154 | Soto Gonzalez, Luis | PMB 511 | PO BOX 607071 | | | Bayamon | PR | 00960-7071 | |
| 12748203 | STRATEGIC INVESTMENTS MOTION & MORELLC | 1581 W 49TH ST STE 104 | | | | HIALEAH | FL | 33012-2924 | |
| 12748119 | Stubbe Cestero, Sucn. Federico | 120 Carr 693 | | | | Dorado | PR | 00646 | |
| 12748027 | Stubbe Cestero, Sucn. Federico | attn: Jorge N. Borri Sola | 120 Carr 693 | | | Dorado | PR | 00646 | |
| 12748064 | SUAREZ MD., CSP, MARIA  R. | PO BOX 128 | | | | YAUCO | PR | 00698 | |
| 12748167 | SUAREZ MD., CSP, MARIA  R. | PO BOX 218 | | | | YAUCO | PR | 00698 | |
| 12748023 | SUC LEANDRO RODRIGUEZ APONTE ESTATEESTHER RODRIGUE | 6 CALLE PAGUAS CASALS - SUITE 1 | | | | MAYAGUEZ | PR | 00680 | |
| 12748143 | SUC LEANDRO RODRIGUEZ APONTE ESTATEESTHER RODRIGUE | PO BOX 335 | | | | MAYAGUEZ | PR | 00681-0335 | |
| 12748208 | TORRES COLON, ANGEL | 477 CALLE UNION INTERIOR STE 206 | | | | PUERTO REAL | PR | 00740 | |
| 12748098 | TORRES HERNANDEZ, ALBERTO | 412 CALLE LA CEIBA | | | | CAMUY | PR | 00627 | |
| 12748025 | Tower Acquisition Group, LLC | Attn: Jeff Carmichael | Tower Acquisition Group, LLC | 530 Avenida de la Constitucion | | San Juan | PR | 00901 | |
| 12748125 | Tower Acquisition Group, LLC | Rebeca Vargas Ruiz | P.O. Box 194089 | | | San Juan | PR | 00917 | |
| 12748026 | Tower Equity Group, LLC | c/o Jeff Carmichael | 530 Avenida de la Constitucion | | | San Juan | PR | 00901 | |
| 12748126 | Tower Equity Group, LLC | Rebeca Vargas Ruiz | P.O. BOX 194089 | | | San Juan | PR | 00917 | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 4 of 5

Exhibit B

Batch 19 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12748074 | Vazquez Rodriguez, Francisca | Hc 73 Box 4699 | | | | Naranjito | PR | 00719 | |
| 12748190 | VAZQUEZ SANCHEZ, ALBERTO | THE ALEXANDER | 162 CALLE SAN JORGE APT 1401 | | | SAN JUAN | PR | 00911 | |
| 12748135 | Velaz Ortiz, Jose | 420 Ave Ponce de Leon Suite B-4 | | | | San Juan | PR | 00918 | |
| 12748101 | VELAZQUEZ TORRES, CARLOS | HC 4 BOX 17205 | | | | YABUCOA | PR | 00767 | |
| 12748128 | W&B Law Offices, PSC | 270 Calle Fordham | University Gardens | | | San Juan | PR | 00927 | |
| 12748145 | Wanda Ramos Moreno / José L. Agosto Ortiz | Forest View Cartagena D-138 | | | | Bayamón | PR | 00956 | |
| 12748106 | ZAYAS LEON, VANESSA | ESTANCIAS DEL REAL | CALLE PRINCIPE 205 | | | COTO LAUREL | PR | 00780 | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 5 of 5