# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Thirty-Fourth Omnibus Objection**

Three Hundred and Thirty-Fourth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | A GARCIA Y CO INC<br>P.O. BOX 141600<br>ARECIBO, PR 00614 | 6/4/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174095 | $ 5,885.55 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ACABEO SEMIDEY, MARIA DEL CARMEN<br>URB VILLAS DE PATILLAS 80 CALLE TOPACIO<br>PATILLAS, PR 00723-2661 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126401 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AGOSTINI, IVAN HERNANDEZ<br>PO BOX 631<br>MAYAGUEZ, PR 00681 | 5/15/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173969 | $ 1,610.50 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ALVARADO CRUZ, ROLANDO<br>HC-3 BOX 4738<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141580 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | AMARO RAMOS, PABLO<br>BO. PALO SECO<br>BUZON 116 B<br>MAUNABO, PR 00707 | 1/13/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179022 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | BERMUDES CAPACCETTI, GERALDO<br>JARDINES DEL CARIBE CALLE 54<br>#2 A 56<br>PONCE, PR 00728 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101076 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BONILLA TANCO, AIDA L.<br>PO BOX 6066<br>CAGUAS, PR 00726 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14396 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | BURGOS RIVERA, LUIS A.<br>ALTURAS DE OROCOVIS C18<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148750 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | BURGOS RIVERA, LUIS A.<br>ALTYRAS DE OROCOVIS C18<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154500 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CARLOS JUAN RALAT AVILES, ARQUITECTOS.<br>CALLE LAS FLORES #65<br>MAYAGUEZ, PR 00680 | 4/8/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173723 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CARTAGENA MATOS, ERIC<br>CHALETS DE LA PLAYA 113<br>VEGA BAJA, PR 00963-9747 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163588 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CINTRON ESPINELL, JULIO<br>APARTADO 835<br>NARANJITO, PR 00719 | 5/6/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173914 | $ 66,420.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | COLLAZO SALOME, WANDA E.<br>HC-01 BOX 6202<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148652 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | CORREA ORTIZ, ROBERTO<br>URB CITY PALACE<br>402 CALLE LA MAESTRA<br>NAGUABO, PR 00718-2007 | 3/27/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173643 | $ 791.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors | | | | | |
| 15 | CRUZ OTERO, JANZEL E<br>935 BRISAS DEL MONTE<br>BARCELONETA, PR 00617 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81920 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | DE JESUS REEN, ROSA HAYDE<br>962 YABOA REAL<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144742 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | FALCON RIVERA, FELIX A.<br>URB. CIUDAD PRIMAVERA<br>1001 CALLE BOGOTA<br>CIDRA, PR 00739 | 5/5/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173892 | $ 449.15 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors | | | | | |
| 18 | FELICIANO GALARZA, BEATRIZ<br>HC6 BOX 13323<br>HATILLO, PR 00659 | 4/7/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179181 | $ 75,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | FELIX TORRES, EDGAR<br>CALLE 9 C-5<br>JARDINES DE GUAMANI<br>GUAYAMA, PR 00615 | 4/29/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173766 | $ 68,265.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | GARCIA GONZALEZ, KARLA J.<br>URB. ALTURA DE PENUELAS II<br>C/7E 31 PENUELA<br>PENUELAS, PR 00624 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101258 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | GARCIA RIVERA, JORGE L.<br>PO BOX 260<br>HUMACAO, PR 00792-0260 | 5/5/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173880 | $ 28,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | GARCIA, ELBA GONZALEZ<br>#I-5 7 URB. JARD. DEL MAMEY<br>PATILLAS, PR 00723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99895 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | GIERBOLINI RODRIGUEZ, MARIO<br>URB. VILLA MADRID<br>CALLE 2 A-5<br>COAMO, PR 00769 | 5/22/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174038 | $ 66,410.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | GONZALEZ SANTIAGO, MIRIAM<br>CALLE 234 HH-4<br>URB. COUNTRY CLUB<br>CAROLINA, PR 00982 | 5/14/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173973 | $ 70,110.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | HERNANDEZ AGOSTINI, IVAN<br>P.O. BOX 631<br>MAYAGUEZ, PR 00681 | 5/15/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173982 | $ 1,610.50 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55555 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152553 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | LOPEZ PEREZ, KAREN<br>HC-5 BOX 52991<br>AGUADILLA, PR 00603-9519 | 5/19/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174022 | $ 62,730.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807 CALLE JONES<br>LARES, PR 00669 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67489 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | LÓPEZ VEGA, KARLA LIZBETH<br>HC-1 BOX 10112<br>ARECIBO, PR 00612-9797 | 4/7/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179179 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | MALDONADO TORRES, PEDRO<br>CALLE ARIES FD-19<br>URB. IRLANDA HEIGHT<br>BAYAMON, PR 00956 | 5/15/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173983 | $ 31,157.78 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

Three Hundred and Thirty-Fourth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | MALDONADO, GLADYS<br>QUINTAS DE DORADO<br>CALL FICUS L-3<br>DORADO, PR 00646 | 5/14/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173967 | $ 29,206.35 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MALDONADO, GLADYS<br>URB QUINTAS DE DORADO<br>CALLES FICUS L-3<br>DORADO, PR 00646 | 4/1/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173700 | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MARCIAL HERNANDEZ, RICARDO<br>URB. LOS AIRES 128<br>CALLE NEON<br>ARECIBO, PR 00612 | 5/12/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173942 | $ 68,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MARTINEZ-VELEZ, RAFAEL O<br>987 TRUMBULL ST.<br>DELTONA, FL 32725-4564 | 8/10/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174775 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | MATOS RODRIGUEZ, LUIS<br>HC 3 BOX 71167<br>BARRANQUITAS, PR 00794 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121450 | $ 2,810.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | MORALES DE JESUS, ALEJANDRO<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179198 | $ 45,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTAÑER, PR 00631 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67889 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 39 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129143 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 40 | MORALES NIEVES, JOAN<br>POLITICOS DE GUAYNABO, P.R.<br>APT. 14301<br>GUAYNABO, PR 00971 | 5/18/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174009 | $ 66,420.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors | | | | | |
| 41 | MORALES RODRÍGUEZ, CARMEN L.<br>HC 60 BOX 43117<br>SAN LORENZO, PR 00754 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82937 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 42 | MUNOZ PUCHALES, ANGEL<br>C-13  LOS PALACIOS<br>EXT LA GRANJA<br>CAGUAS, PR 00725 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123699 | $ 15,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 43 | NEGRON ORTIZ, CARMEN ADELIA<br>SANTIAGO APOSTOL I-1<br>SANTA ISABEL, PR 00757 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164909 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | NIEVES PASTRANA, CARLOS H.<br>PO BOX 5140<br>AGUADILLA, PR 00605 | 5/1/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173861 | $ 20,520.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | OCASIO-GONZALEZ, MANUEL ANTONIO<br>URB. METROPOLIS 2M-84 AVE. D<br>CAROLINA, PR 00987 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93007 | $ 2,363.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | OQUENDO OQUENDO, CANDIDA R.<br>HC-02<br>BOX 6968<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57075 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | ORTIZ SANABRIA, JUAN RAMON<br>HC 06 BOX 10291<br>GUAYABOTA<br>YABUCOA, PR 00707 | 3/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179152 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | ORTIZ SANTIAGO, ADA IRMA<br>PO BOX 31005<br>SAN JUAN, PR 00929 | 3/20/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173614 | $ 100,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | OTERO RODRIGUEZ, LETICIA A<br>14 BRISA DE VARROS<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122829 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | PASCUAL RODRIGUEZ, ASDRUBAL<br>APARTADO 560296<br>GUAYANILLA, PR 00656-0296 | 4/28/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173801 | $ 71,955.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Thirty-Fourth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| 51 | PENA VELEZ, HIRAM<br>HC-4 BOX 40270<br>SAN SEBASTIAN, PR 00685 | 5/12/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173946 | $ 66,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| 52 | PIETRI TORRES, VILMA B.<br>PO BOX 439<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53947 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 53 | PORTALATIN RODRIGUEZ, ABRAHAM<br>4 CALLE SOLY MAR<br>CAMUY, PR 00627 | 5/5/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173835 | $ 70,110.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| 54 | PRINCIPE FLORES, JULIA<br>PO BOX 317<br>ENSENADA, PR 00647-0317 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53338 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 55 | RAMON F RULLAN Y ASOCIADOS<br>P.O. BOX 932<br>UTUADO, PR 00641-0932 | 5/29/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174071 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

### Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | RIVERA CAMACHO, MARIA<br>RIVER VALLEY PARK<br>JACABOA L-138<br>CANOVANAS, PR 00729 | 5/21/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174027 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | RIVERA MARTINEZ, ANDRES<br>URB. ESTANCIAS DEL GOLF CLUB<br>CALLE LUIS MORALES #536<br>PONCE, PR 00730 | 4/30/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173852 | $ 70,110.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | RIVERA MONTOYO, BEATRIZ<br>RR 01 BOX 11581<br>MANATI, PR 00674 | 4/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179197 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RIVERA VENTURA, HUMBERTO LUIS<br>1547 NEW MAIN STREET, APT 208<br>HAVERSTRAW, NY 10927 | 3/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179148 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RODRIGUEZ RODRIGUEZ, ZAIDA A.<br>F -17 COAYUCO URB VILLA DEL RIO<br>GUAYANILLA, PR 00656 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34084 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RODRIGUEZ VELEZ, HECTOR<br>HC-05 BOX 52684<br>SAN SEBASTIAN, PR 00685 | 4/13/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173785 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | ROLON ORTEGA, LUIS<br>HC-74 BOX 5358<br>NARANJITO, PR 00719 | 4/13/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173739 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | ROSARIO ORTIZ, MILDRED E.<br>HC06 BOX 19872<br>ARECIBO, PR 00612 | 4/7/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179177 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | SANCHEZ REYES, WILLIAM<br>HC 01 BOX 5003<br>ARROYO, PR 00714 | 4/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179183 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | SANTIAGO AGOSTO, LUZ<br>HC- 4 BOX 8247<br>AGUAS BUENAS, PR 00703 | 11/5/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 178219 | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | SANTOS ORITZ, EDWIN<br>ROOSEVELT #151<br>BO. COCO NUEVO<br>SALINAS, PR 00751 | 4/27/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173794 | $ 68,265.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | SKY HIGH ELEVATORS CORP.<br>ATTN: LUIS COSTAS<br>URB. SANTA MARIA<br>#34 ORQUIDEA<br>SAN JUAN, PR 00927 | 7/25/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174301 | $ 650,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | SOTO GONZALEZ, CARLOS OMAR<br>P.O BOX 63<br>CASTANER, PR 00631 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84315 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | SOTO GONZALEZ, CARLOS OMAR<br>PO BOX 63<br>CASTANER, PR 00631 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127594 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | SOTO RODRIGUEZ, MONSERRATE<br>HC 2 BOX 5745<br>RINCON, PR 00677-9350 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159277 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | TORO LOPEZ, ANA M<br>URB. SANTA TERESITA<br>SAN ANDRES 6217<br>PONCE, PR 00730 | 5/5/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173891 | $ 42,730.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | TORRES ORTIZ, BRENDA I<br>HC 11 BOX 48047<br>CAGUAS, PR 00725 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22149 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | TORRES SERRANO, AXEL L.<br>URB. EXT. LA MARGARITA B-1<br>SALINAS, PR 00751 | 5/15/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173985 | $ 18.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | UNION INDEPENDIENTE - JAIME SOLDEVILA RODRIGUEZ<br>JARDINES METROPOLITANOS II<br>361 CALLE GALILEO APT 2K<br>SAN JUAN, PR 00927 | 5/15/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173998 | $ 19,828.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | VAZQUEZ DANOIS, ELIZABETH<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179195 | $ 45,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | VEGA RAMOS, JOAN<br>HC 01 BOX 3391<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149510 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | VELAZQUEZ CRUZ, BETSY<br>HC-02 BOX 5961<br>PENUELAS, PR 00624 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155827 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | VELEZ ARROYO, JUAN E<br>CALLE 11 SC-1<br>EL CONQUISTADOR<br>TRUJILLO ALTO, PR 00976 | 5/27/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174045 | $ 73,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | VIRELLA ROJAS, JOSE<br>P.O. BOX 3045<br>GUAYAMA, PR 00785 | 4/30/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173841 | $ 66,466.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

## Three Hundred and Thirty-Fourth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | ZAMOT ROJAS, ADRIAN<br>P.O. BOX 518<br>GARROCHALES<br>GARROCHALES, PR 00652 | 5/5/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173881 | $ 70,110.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors

| | | | | | TOTAL | $ 2,480,050.83* |