# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima trigésima cuarta objeción global**

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | A GARCIA Y CO INC<br>P.O. BOX 141600<br>ARECIBO, PR 00614 | 6/4/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174095 | $ 5,885.55 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | ACABEO SEMIDEY, MARIA DEL CARMEN<br>URB VILLAS DE PATILLAS 80 CALLE TOPACIO<br>PATILLAS, PR 00723-2661 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 126401 | $ 75,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | AGOSTINI, IVAN HERNANDEZ<br>PO BOX 631<br>MAYAGUEZ, PR 00681 | 5/15/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173969 | $ 1,610.50 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 4 | ALVARADO CRUZ, ROLANDO<br>HC-3 BOX 4738<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 141580 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 5 | AMARO RAMOS, PABLO<br>BO. PALO SECO<br>BUZON 116 B<br>MAUNABO, PR 00707 | 1/13/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179022 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 6 | BERMUDES CAPACCETTI, GERALDO<br>JARDINES DEL CARIBE CALLE 54<br>#2 A 56<br>PONCE, PR 00728 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101076 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | BONILLA TANCO, AIDA L.<br>PO BOX 6066<br>CAGUAS, PR 00726 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14396 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 8 | BURGOS RIVERA, LUIS A.<br>ALTURAS DE OROCOVIS C18<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 148750 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 9 | BURGOS RIVERA, LUIS A.<br>ALTYRAS DE OROCOVIS C18<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154500 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 10 | CARLOS JUAN RALAT AVILES, ARQUITECTOS.<br>CALLE LAS FLORES #65<br>MAYAGUEZ, PR 00680 | 4/8/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173723 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 11 | CARTAGENA MATOS, ERIC<br>CHALETS DE LA PLAYA 113<br>VEGA BAJA, PR 00963-9747 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 163588 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 12 | CINTRON ESPINELL, JULIO<br>APARTADO 835<br>NARANJITO, PR 00719 | 5/6/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173914 | $ 66,420.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Trigésima Cuarta Objeción Global
Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | COLLAZO SALOME, WANDA E.<br>HC-01 BOX 6202<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 148652 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 14 | CORREA ORTIZ, ROBERTO<br>URB CITY PALACE<br>402 CALLE LA MAESTRA<br>NAGUABO, PR 00718-2007 | 3/27/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173643 | $ 791.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 15 | CRUZ OTERO, JANZEL E<br>935 BRISAS DEL MONTE<br>BARCELONETA, PR 00617 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81920 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 16 | DE JESUS REEN, ROSA HAYDE<br>962 YABOA REAL<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 144742 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 17 | FALCON RIVERA, FELIX A.<br>URB. CIUDAD PRIMAVERA<br>1001 CALLE BOGOTA<br>CIDRA, PR 00739 | 5/5/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173892 | $ 449.15 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 18 | FELICIANO GALARZA, BEATRIZ<br>HC6 BOX 13323<br>HATILLO, PR 00659 | 4/7/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179181 | $ 75,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | FELIX TORRES, EDGAR<br>CALLE 9 C-5<br>JARDINES DE GUAMANI<br>GUAYAMA, PR 00615 | 4/29/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173766 | $ 68,265.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 20 | GARCIA GONZALEZ, KARLA J.<br>URB. ALTURA DE PENUELAS II<br>C/7E 31 PENUELA<br>PENUELAS, PR 00624 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101258 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 21 | GARCIA RIVERA, JORGE L.<br>PO BOX 260<br>HUMACAO, PR 00792-0260 | 5/5/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173880 | $ 28,500.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 22 | GARCIA, ELBA GONZALEZ<br>#I-5 7 URB. JARD. DEL MAMEY<br>PATILLAS, PR 00723 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99895 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 23 | GIERBOLINI RODRIGUEZ, MARIO<br>URB. VILLA MADRID<br>CALLE 2 A-5<br>COAMO, PR 00769 | 5/22/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174038 | $ 66,410.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Trigésima Cuarta Objeción Global
Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | GONZALEZ SANTIAGO, MIRIAM<br>CALLE 234 HH-4<br>URB. COUNTRY CLUB<br>CAROLINA, PR 00982 | 5/14/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173973 | $ 70,110.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 25 | HERNANDEZ AGOSTINI, IVAN<br>P.O. BOX 631<br>MAYAGUEZ, PR 00681 | 5/15/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173982 | $ 1,610.50 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 26 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55555 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 27 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152553 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 28 | LOPEZ PEREZ, KAREN<br>HC-5 BOX 52991<br>AGUADILLA, PR 00603-9519 | 5/19/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174022 | $ 62,730.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 29 | LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807 CALLE JONES<br>LARES, PR 00669 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67489 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | LÓPEZ VEGA, KARLA LIZBETH<br>HC-1 BOX 10112<br>ARECIBO, PR 00612-9797 | 4/7/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179179 | $ 75,000.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MALDONADO TORRES, PEDRO<br>CALLE ARIES FD-19<br>URB. IRLANDA HEIGHT<br>BAYAMON, PR 00956 | 5/15/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173983 | $ 31,157.78 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MALDONADO, GLADYS<br>QUINTAS DE DORADO<br>CALL FICUS L-3<br>DORADO, PR 00646 | 5/14/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173967 | $ 29,206.35 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MALDONADO, GLADYS<br>URB QUINTAS DE DORADO<br>CALLES FICUS L-3<br>DORADO, PR 00646 | 4/1/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173700 | $ 25,000.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MARCIAL HERNANDEZ, RICARDO<br>URB. LOS AIRES 128<br>CALLE NEON<br>ARECIBO, PR 00612 | 5/12/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173942 | $ 68,000.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 35 | MARTINEZ-VELEZ, RAFAEL O<br>987 TRUMBULL ST.<br>DELTONA, FL 32725-4564 | 8/10/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174775 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 36 | MATOS RODRIGUEZ, LUIS<br>HC 3 BOX 71167<br>BARRANQUITAS, PR 00794 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121450 | $ 2,810.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 37 | MORALES DE JESUS, ALEJANDRO<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179198 | $ 45,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 38 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTAÑER, PR 00631 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67889 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 39 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 129143 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 40 | MORALES NIEVES, JOAN<br>POLITICOS DE GUAYNABO, P.R.<br>APT. 14301<br>GUAYNABO, PR 00971 | 5/18/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174009 | $ 66,420.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | MORALES RODRÍGUEZ, CARMEN L.<br>HC 60 BOX 43117<br>SAN LORENZO, PR 00754 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82937 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | MUNOZ PUCHALES, ANGEL<br>C-13 LOS PALACIOS<br>EXT LA GRANJA<br>CAGUAS, PR 00725 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 123699 | $ 15,000.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | NEGRON ORTIZ, CARMEN ADELIA<br>SANTIAGO APOSTOL I-1<br>SANTA ISABEL, PR 00757 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 164909 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | NIEVES PASTRANA, CARLOS H.<br>PO BOX 5140<br>AGUADILLA, PR 00605 | 5/1/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173861 | $ 20,520.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 45 | OCASIO-GONZALEZ, MANUEL ANTONIO<br>URB. METROPOLIS 2M-84 AVE. D<br>CAROLINA, PR 00987 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 93007 | $ 2,363.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 46 | OQUENDO OQUENDO, CANDIDA R.<br>HC-02<br>BOX 6968<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57075 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 47 | ORTIZ SANABRIA, JUAN RAMON<br>HC 06 BOX 10291<br>GUAYABOTA<br>YABUCOA, PR 00707 | 3/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179152 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 48 | ORTIZ SANTIAGO, ADA IRMA<br>PO BOX 31005<br>SAN JUAN, PR 00929 | 3/20/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173614 | $ 100,000.00* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 49 | OTERO RODRIGUEZ, LETICIA A<br>14 BRISA DE VARROS<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 122829 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 50 | PASCUAL RODRIGUEZ, ASDRUBAL<br>APARTADO 560296<br>GUAYANILLA, PR 00656-0296 | 4/28/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173801 | $ 71,955.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 51 | PENA VELEZ, HIRAM<br>HC-4 BOX 40270<br>SAN SEBASTIAN, PR 00685 | 5/12/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173946 | $ 66,400.00* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 52 | PIETRI TORRES, VILMA B.<br>PO BOX 439<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53947 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | PORTALATIN RODRIGUEZ, ABRAHAM<br>4 CALLE SOLY MAR<br>CAMUY, PR 00627 | 5/5/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173835 | $ 70,110.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | PRINCIPE FLORES, JULIA<br>PO BOX 317<br>ENSENADA, PR 00647-0317 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53338 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | RAMON F RULLAN Y ASOCIADOS<br>P.O. BOX 932<br>UTUADO, PR 00641-0932 | 5/29/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174071 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | RIVERA CAMACHO, MARIA<br>RIVER VALLEY PARK<br>JACABOA L-138<br>CANOVANAS, PR 00729 | 5/21/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174027 | $ 75,000.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | RIVERA MARTINEZ, ANDRES<br>URB. ESTANCIAS DEL GOLF CLUB<br>CALLE LUIS MORALES #536<br>PONCE, PR 00730 | 4/30/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173852 | $ 70,110.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | RIVERA MONTOYO, BEATRIZ<br>RR 01 BOX 11581<br>MANATI, PR 00674 | 4/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179197 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | RIVERA VENTURA, HUMBERTO LUIS<br>1547 NEW MAIN STREET, APT 208<br>HAVERSTRAW, NY 10927 | 3/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179148 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 60 | RODRIGUEZ RODRIGUEZ, ZAIDA A.<br>F-17 COAYUCO URB VILLA DEL RIO<br>GUAYANILLA, PR 00656 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34084 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 61 | RODRIGUEZ VELEZ, HECTOR<br>HC-05 BOX 52684<br>SAN SEBASTIAN, PR 00685 | 4/13/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173785 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 62 | ROLON ORTEGA, LUIS<br>HC-74 BOX 5358<br>NARANJITO, PR 00719 | 4/13/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173739 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 63 | ROSARIO ORTIZ, MILDRED E.<br>HC06 BOX 19872<br>ARECIBO, PR 00612 | 4/7/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179177 | $ 75,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 64 | SANCHEZ REYES, WILLIAM<br>HC 01 BOX 5003<br>ARROYO, PR 00714 | 4/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179183 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 65 | SANTIAGO AGOSTO, LUZ<br>HC- 4 BOX 8247<br>AGUAS BUENAS, PR 00703 | 11/5/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 178219 | $ 12,000.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 66 | SANTOS ORITZ, EDWIN<br>ROOSEVELT #151<br>BO. COCO NUEVO<br>SALINAS, PR 00751 | 4/27/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173794 | $ 68,265.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 67 | SKY HIGH ELEVATORS CORP.<br>ATTN: LUIS COSTAS<br>URB. SANTA MARIA<br>#34 ORQUIDEA<br>SAN JUAN, PR 00927 | 7/25/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174301 | $ 650,000.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 68 | SOTO GONZALEZ, CARLOS OMAR<br>P.O BOX 63<br>CASTANER, PR 00631 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84315 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 69 | SOTO GONZALEZ, CARLOS OMAR<br>PO BOX 63<br>CASTANER, PR 00631 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 127594 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 70 | SOTO RODRIGUEZ, MONSERRATE<br>HC 2 BOX 5745<br>RINCON, PR 00677-9350 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159277 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | TORO LOPEZ, ANA M<br>URB. SANTA TERESITA<br>SAN ANDRES 6217<br>PONCE, PR 00730 | 5/5/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173891 | $ 42,730.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | TORRES ORTIZ, BRENDA I<br>HC 11 BOX 48047<br>CAGUAS, PR 00725 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22149 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | TORRES SERRANO, AXEL L.<br>URB. EXT. LA MARGARITA B-1<br>SALINAS, PR 00751 | 5/15/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173985 | $ 18.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | UNION INDEPENDIENTE - JAIME SOLDEVILA RODRIGUEZ<br>JARDINES METROPOLITANOS II<br>361 CALLE GALILEO APT 2K<br>SAN JUAN, PR 00927 | 5/15/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173998 | $ 19,828.00* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 75 | VAZQUEZ DANOIS, ELIZABETH<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179195 | $ 45,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 76 | VEGA RAMOS, JOAN<br>HC 01 BOX 3391<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149510 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 77 | VELAZQUEZ CRUZ, BETSY<br>HC-02 BOX 5961<br>PENUELAS, PR 00624 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155827 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 78 | VELEZ ARROYO, JUAN E<br>CALLE 11 SC-1<br>EL CONQUISTADOR<br>TRUJILLO ALTO, PR 00976 | 5/27/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174045 | $ 73,800.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 79 | VIRELLA ROJAS, JOSE<br>P.O. BOX 3045<br>GUAYAMA, PR 00785 | 4/30/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173841 | $ 66,466.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Tricentésima Trigésima Cuarta Objeción Global
### Anexo A: Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 80 | ZAMOT ROJAS, ADRIAN<br>P.O. BOX 518<br>GARROCHALES<br>GARROCHALES, PR 00652 | 5/5/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173881 | $ 70,110.00 |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicho reclamo, por lo cual los Deudores no pueden determinar si el Demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | TOTAL | $ 2,480,050.83* |
|---|---|---|---|---|---|---|