# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima trigésima novena objeción global**

## Tricentésima Trigésima Novena Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ADIRONDACK HOLDINGS I LLC<br>ROPES & GRAY LLC<br>LEIGH R. FRASER<br>PRUDENTIAL TOWER, 800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | 07/27/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174352 | Indeterminado* | ADIRONDACK HOLDINGS I LLC<br>ROPES & GRAY LLC<br>LEIGH R. FRASER<br>PRUDENTIAL TOWER, 800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 | 07/27/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174349 | $ 14,414,823.00* |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 2 | JLG CONSULTING ENGINEERING, P.S.C.<br>EUGENE F. HESTRES VELEZ, ESQ.<br>BIRD BIRD & HESTRES, P.S.C.<br>PO BOX 9024040<br>SAN JUAN, PR 00902-4040 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 101963 | $ 311,455.15 | JLG CONSULTING ENGINEERING, INC.<br>P.O. BOX 9023472<br>SAN JUAN, PR 00902-3472 | 05/15/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173979 | $ 103,818.38* |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 3 | LEON CANDELARIO, MIRZA I<br>2131 COLINA ST. ST. VALLE ALTO<br>PONCE, PR 00730-4127 | 08/07/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174768 | $ 2,300.00 | LEON, MIRZA I.<br>2131 COLINA ST. VALLE ALTO<br>PONCE, PR 00730 | 05/03/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179202 | $ 1,600.00 |
| | Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados