# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fortieth Omnibus Objection**

## Three Hundred and Fortieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AIREKO CONSTRUCTION LLC LCDO. FERNANDO E. AGRAIT EDIFICIO CENTRO DE SEGUROS 701 AVENIDA PONCE DE LEON SAN JUAN, PR 00907 | 04/28/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173808 | $ 969,292.22 | AIREKO CONSTRUCTION LLC FERNANDO E. AGRAIT EDIFICIO CENTRO DE SEGUROS 701 AVENIDA PONCE DE LEON SAN JUAN, PR 00907 | 07/01/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174166 | $ 969,292.22 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | ALVAREZ HERNANDEZ, HECTOR HIRAM URB. RIVER GARDEN C/FLOR DE TATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/08/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 176513 | $ 7,200.00 | ALVAREZ HERNANDEZ, HECTOR HIRAM URB RIVER GARDEN CALLE FLOR DE TATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 09/04/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178251 | $ 7,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | BENITEZ DELGADO, ANA URBANIZACION VILLA FONTANA VIA 25 GL-8, CAROLINA, PR 00983 | 05/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 24670 | Undetermined* | BENITZ DELGADO, ANA CELIA QUINTA DE COUNTRY CLUB CALLE C CAROLINA, PR 00982 | 05/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 35029 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | CABRERA CAPELLA, ALBERTO AVE. JOBOS BUZON 8701 ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 155530 | $ 56,532.57* | CABRERA CAPELLA, ALBERTO AVENIDA JABOS BUZON 8701 ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127462 | $ 56,532.57* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Fortieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CASTILLO SANTIAGO, GILDA<br>URB. SABANERA CAMINO MIRAMELINDAS #414<br>CIDRA, PR 00739 | 04/27/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173778 | $ 70,110.00 | CASTILLO SANTIAGO, GILDA M.<br>URB SABANERA CAMINO MIRAMELINDAS #414<br>CIRDRA, PR 00739 | 05/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173877 | $ 70,110.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CIRINO FUENTES, JOSE M.<br>HC-2 BOX 6402<br>LOIZA, PR 00772 | 02/12/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179192 | Undetermined* | CIRINO FUENTES, JOSE M.<br>HC-2 BOX 6402<br>LOIZA, PR 00772 | 03/03/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179129 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CRESPO SEPULVEDA, CELEDONIO T.<br>#90 CALLE PEDRO PABON<br>MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173867 | $ 68,880.00 | CRESPO SEPULVEDA, CELEDONIO T.<br>#90 CALLE PEDRO PABON<br>MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173875 | $ 68,880.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CRUZ RIVERA, TONY<br>CALLE #14 U-38 FLAMBOYAN GARDENS<br>BAYAMON, PR 00959 | 04/15/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179191 | $ 14,400.00 | CRUZ RIVERA, TONY<br>CALLE 14 #U-38 FLAMBOYAN GARDENS<br>BAYAMON, PR 00959 | 04/12/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179188 | $ 14,400.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | DE JESUS FLORES, LUIS<br>SALGADO CORDERO & ASOCIADOS ABOGADOS-NOTARIOS<br>PO BOX 201<br>ARROYO, PR 00714 | 10/19/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179155 | Undetermined* | DE JESUS FLORES, LUIS<br>SECTOR STA CLARA<br>H.C. 01 6289<br>YAUREL<br>ARROYO, PR 00714 | 10/29/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178689 | $ 26,853.25* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Three Hundred and Fortieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CITY VIEW PLAZA II 48 CARR 165 SUITE #2000 GUAYNABO, PR 00968-8000 | 05/21/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 168649 | $ 1,816,210.24 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7317 | 05/28/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 168913 | $ 1,816,210.24 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | ESTEVEZ ALVAREZ, CARMEN H. CALLE ALMENDRO 108 URB. LOS COLOBOS PARK CAROLINA, PR 00987 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 13816 | Undetermined* | ESTEVEZ ALVAREZ, CARMEN H URB LOS COLOBOS PARK 108 CALLE ALMENDRO CAROLINA, PR 00987 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14403 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 12 | FANTAUZZI MENDEZ, WALESKA DEL C. CARR 125 KM.18.9 HACIENDO LE PLATE PO BOX 639 SAN SEBASTIAN, PR 00685 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 88748 | $ 50,525.08 | FANTAUZZI MENDEZ, WALESKE DEL C. CARR. 125 KM 18.9 HACIENDE LA PLATA SAN SEBASTIAN, PR 00685 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90456 | $ 50,525.08* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | FERNANDEZ ALAMO, LUZ A. Y-1345 CALLE 25 ALTURAS RIO GRANDE RIO GRANDE, PR 00745 | 07/03/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 153570 | $ 90,000.00* | FERNANDEZ ALAMO, LUZ A. Y-1345 CALLE 25 ALTURAS RIO GRANDE RIO GRANDE, PR 00745 | 07/03/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154156 | $ 90,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | GARCIA ZAYAS, IDALIE URB. RIVER GARDEN CIELOR DE TATIANA B-3 B2N18 CANOVANAS, PR 00729 | 09/04/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178259 | $ 4,800.00 | GARCIA ZAYAS, IDALIE URB RIVER CARDEN C/FLOR DETATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/13/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177350 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Three Hundred and Fortieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | GENESIS SECURITY SERVICES, INC. LUIS L. TORRES-MARRERO PO BOX 195075 SAN JUAN, PR 00919-5075 | 07/28/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174317 | $ 483,760.98 | GENESIS SECURITY SERVICES, INC. LUIS L. TORRES-MARRERO PO BOX 195075 SAN JUAN, PR 00919-5075 | 07/29/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174436 | $ 483,760.98 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 16 | HBA CONTRACTORS, INC. CARDONA JIMENEZ LAW OFFICES C/O JOSE F. CARDONA JIMENEZ, ESQ. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 05/01/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173855 | $ 103,652.83 | HBA CONTRACTORS, INC. CARDONA JIMENEZ LAW OFFICES C/O JOSE F. CARDONA JIMENEZ, ESQ. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 05/01/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173863 | $ 103,652.83 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | HBA CONTRACTORS, INC. C/O CARDONA JIMENEZ LAW OFFICES, PSC PO BOX 9023593 SAN JUAN, PR 00902-3593 | 06/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174075 | $ 1,594,584.78* | HBA CONTRACTORS, INC. C/O CARDONA JIMENEZ LAW OFFICES, PSC PO BOX 9023593 SAN JUAN, PR 00902-3593 | 06/05/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174091 | $ 1,594,584.78 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 18 | INMOBILIARIA Y DESARROLLADORA PUERTO RICO VS INC. PARK ROYAL CLUB CALA 50 CLUB CALA DRIVE HUMACAO, PR 00791 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17330 | $ 322,217.49 | INMOBILIARIA Y DESARRALLA DORA PUERTO RICO VS INC PARK ROYAL CLUB CALA 50 CLUB CALA DRIVE HUMACAO, PR 00791 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16878 | $ 322,217.49 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Fortieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | LUGO ORTIZ, WANDA I<br>URB LOS FLAMBOYANES 1622 CALLE LILAS<br>PONCE, PR 00716-4612 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27035 | Undetermined* | LUGO ORTIZ, WANDA I.<br>VILLAS DEL LAUREL II 1412 BOULEVARD<br>COTO LAUREL, PR 00780 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 26526 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | MARSHALL GANDIA, XIOMARA<br>PO BOX 2120<br>RIO GRANDE, PR 00745 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 80172 | Undetermined* | MARSHALL GANDIA , XIOMARA<br>PO BOX 2120<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 140834 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | MARTINEZ SANCHEZ, ELEODORO<br>996 DWIGHT ST<br>HOLYOKE, MA 01040 | 02/11/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179111 | $ 20,400.00* | MARTINEZ SANCHEZ, ELEODORO<br>996 DWIGHT ST.<br>HOLYOKE, MA 01040 | 02/11/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179100 | $ 20,400.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | MEDINA DE REYES, NITZA<br>BO. GUZMAN ARRIBA KM 10.0<br>PO BOX 781<br>RIO GRANDE, PR 00745 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12308 | $ 38,389.11 | MEDINA DE REYES, NITZA<br>PO BOX 781<br>RIO GRANDE, PR 00745 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12345^ | $ 38,389.11* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

^ Claim #12345 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | MONTALVO ROQUE, ALICIA<br>7 BO SAN ANTON<br>PONCE, PR 00717-2246 | 04/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7079 | Undetermined* | MONTALVO ROQUE, ALICIA<br>7 BO SAN ANTON<br>PONCE, PR 00717-2246 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 151076 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | OLIVO OJEDA, JOSE M<br>RR-2 BOX 4622<br>TOA ALTA, PR 00953 | 05/06/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173911 | $ 66,420.00 | OLIVO OJEDA, JOSE M.<br>BOX 40496<br>SAN JUAN, PR 00940-0496 | 07/31/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174678 | $ 66,420.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Three Hundred and Fortieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | OTERO RODRIQUEZ, LETICIA<br>14 BRISAS DE VARROS<br>OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 125169 | Undetermined* | OTERO RODRIGUEZ, LETICIA<br>14 BRISAS DE VARROS<br>OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120107 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | OTERO RODRIQUEZ, LETICIA<br>14 BRISA DE VARROS<br>OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130426 | Undetermined* | OTERO RODRIGUEZ, LETICIA<br>14 BRISAS DE VARROS<br>OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 128506 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | PEDRAZA CAMACHO, JOSE<br>HC-03 BOX 7855<br>LAS PIEDRAS, PR 00771 | 05/06/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173922 | $ 66,420.00 | PEDRAZA CAMACHO, JOSE G<br>HC-03 BOX 7855<br>BO. TEJAS<br>LAS PIEDRAS, PR 00771 | 05/14/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173966 | $ 66,420.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | RAMOS FIGUEROA, JOSE E.<br>PO BOX 1623<br>MOROVOIS, PR 00687-0000 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 136837 | $ 70,000.00 | RAMOS FIGUEROA, JOSE E<br>PO BOX 1623<br>MOROVIS, PR 00687-0000 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 98421 | $ 70,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | RAMOS PORTALATIN, EUFEMIA<br>COND BORINQUEN TOWERS I<br>1484 FD ROOSEVELT APT 210<br>SAN JUAN, PR 00920-2718 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 149720 | $ 74,320.34* | RAMOS PORTALATIN, EUFEMIA<br>PO BOX 11694<br>SAN JUAN, PR 00922-1694 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 107311 | $ 74,320.34* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Three Hundred and Fortieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 30 | RIOLLANO RENTAS, CARLOS J. BOX 561 SABANA SECA, PR 00952 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164920 | Undetermined* | RIOLLANO RENTAS, CARLOS J. BOX 561 SABANA SECA, PR 00952 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 48905 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | RIVERA RODRIGUEZ, NAYDA URB VISTAMAR 162 CALLE CATALUNA CAROLINA, PR 00983 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12329 | $ 39,000.00* | RIVERA RODRIGUEZ, NAYDA L. CATALUNA 162 VISTAMAR CAROLINA, PR 00983 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12341 | $ 39,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | RIVERA ROJAS, VIRGEN M HC 05 BOX 5429 JUANA DIAZ, PR 00795 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14890 | Undetermined* | RIVERA ROJAS, VIRGEN M POR DERECHO PROPIO HC 05 BOX 5429 JUANA DIAZ, PR 00795 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 13195 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 110825 | Undetermined* | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 163071^ | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

^ Claim #163071 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | RIVERA TORRES, CARLOS A. URB. BALDORIOTY 3305 CALLE GUAJIRA PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 129489 | Undetermined* | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 163071^ | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

^ Claim #163071 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims

## Three Hundred and Fortieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 133695 | Undetermined* | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 163071^ | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

^ Claim #163071 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | ROHENA BENITEZ, WILLIAM HC 1 BOX 5902 JUNCOS, PR 00777 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16277 | $ 27,958.50 | BENITEZ, WILLIAM ROHENA HC 1 BOX 5902 JUNCOS, PR 00777 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16378 | $ 27,958.50* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | SANTIAGO GONZALEZ, CARLOS 150 BUGANVILIA 50 CIUDAD JARDIN II TOA ALTA, PR 00953 | 09/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 176037 | Undetermined* | SANTIAGO GONZALEZ, CARLOS 150 BUGANVILLA, CIUDAD JARDIN II TOA ALTA, PR 00953 | 10/13/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 176965 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | SKY HIGH ELEVATORS CORP ATTN: LUIS COSTOS URB SANTA MARIA 34 CALLE ORQUIDEA (EIN 66-0752609) SAN JUAN, PR 00927 | 04/09/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173732 | $ 1,247,393.46 | SKY HIGH ELEVATOR CORP ATTN LUIS COSTAS 34 ORQUIDEA ST- URB SANTA MARIA SAN JUAN, PR 00927 | 04/17/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173742 | $ 1,247,393.46 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Three Hundred and Fortieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | VIZCARRONDO FLORES, EVELYN URB VILLA FONTANA 2JR 677 VIA 4 CAROLINA, PR 00983 | 05/31/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 45298 | $ 48,000.00* | VIZCARRONDO FLORES, EVELYN URB VILLA FONTANA 2JR 677 VIA 4 CAROLINA, PR 00983 | 05/31/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 45321^ | $ 48,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

^ Claim #45321 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #45321 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims