# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima cuadragésima objeción global**

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 AIREKO CONSTRUCTION LLC LCDO. FERNANDO E. AGRAIT EDIFICIO CENTRO DE SEGUROS 701 AVENIDA PONCE DE LEON SAN JUAN, PR 00907 | 04/28/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173808 | $ 969,292.22 | AIREKO CONSTRUCTION LLC FERNANDO E. AGRAIT EDIFICIO CENTRO DE SEGUROS 701 AVENIDA PONCE DE LEON SAN JUAN, PR 00907 | 07/01/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174166 | $ 969,292.22 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 2 ALVAREZ HERNANDEZ, HECTOR HIRAM URB. RIVER GARDEN C/FLOR DE TATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/08/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 176513 | $ 7,200.00 | ALVAREZ HERNANDEZ, HECTOR HIRAM URB RIVER GARDEN CALLE FLOR DE TATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 09/04/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 178251 | $ 7,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 3 BENITEZ DELGADO, ANA URBANIZACION VILLA FONTANA VIA 25 GL-8, CAROLINA, PR 00983 | 05/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 24670 | Indeterminado* | BENITZ DELGADO, ANA CELIA QUINTA DE COUNTRY CLUB CALLE C CAROLINA, PR 00982 | 05/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 35029 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 4 CABRERA CAPELLA, ALBERTO AVE. JOBOS BUZON 8701 ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 155530 | $ 56,532.57* | CABRERA CAPELLA, ALBERTO AVENIDA JABOS BUZON 8701 ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 127462 | $ 56,532.57* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Cuadragésima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 CASTILLO SANTIAGO, GILDA<br>URB. SABANERA<br>CAMINO MIRAMELINDAS #414<br>CIDRA, PR 00739 | 04/27/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173778 | $ 70,110.00 | CASTILLO SANTIAGO, GILDA M.<br>URB SABANERA CAMINO MIRAMELINDAS #414<br>CIRDRA, PR 00739 | 05/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173877 | $ 70,110.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 6 CIRINO FUENTES, JOSE M.<br>HC-2 BOX 6402<br>LOIZA, PR 00772 | 02/12/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179192 | Indeterminado* | CIRINO FUENTES, JOSE M.<br>HC-2 BOX 6402<br>LOIZA, PR 00772 | 03/03/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179129 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 7 CRESPO SEPULVEDA, CELEDONIO T.<br>#90 CALLE PEDRO PABON<br>MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173867 | $ 68,880.00 | CRESPO SEPULVEDA, CELEDONIO T.<br>#90 CALLE PEDRO PABON<br>MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173875 | $ 68,880.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 8 CRUZ RIVERA, TONY<br>CALLE #14 U-38<br>FLAMBOYAN GARDENS<br>BAYAMON, PR 00959 | 04/15/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179191 | $ 14,400.00 | CRUZ RIVERA, TONY<br>CALLE 14 #U-38<br>FLAMBOYAN GARDENS<br>BAYAMON, PR 00959 | 04/12/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179188 | $ 14,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 9 DE JESUS FLORES, LUIS<br>SALGADO CORDERO & ASOCIADOS ABOGADOS-NOTARIOS<br>PO BOX 201<br>ARROYO, PR 00714 | 10/19/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179155 | Indeterminado* | DE JESUS FLORES, LUIS<br>SECTOR STA CLARA<br>H.C. 01 6289<br>YAUREL<br>ARROYO, PR 00714 | 10/29/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 178689 | $ 26,853.25* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10  DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CITY VIEW PLAZA II 48 CARR 165 SUITE #2000 GUAYNABO, PR 00968-8000 | 05/21/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 168649 | $ 1,816,210.24 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7317 | 05/28/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 168913 | $ 1,816,210.24 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 11  ESTEVEZ ALVAREZ, CARMEN H. CALLE ALMENDRO 108 URB. LOS COLOBOS PARK CAROLINA, PR 00987 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 13816 | Indeterminado* | ESTEVEZ ALVAREZ, CARMEN H URB LOS COLOBOS PARK 108 CALLE ALMENDRO CAROLINA, PR 00987 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14403 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 12  FANTAUZZI MENDEZ, WALESKA DEL C. CARR 125 KM.18.9 HACIENDO LE PLATE PO BOX 639 SAN SEBASTIAN, PR 00685 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 88748 | $ 50,525.08 | FANTAUZZI MENDEZ, WALESKE DEL C. CARR. 125 KM 18.9 HACIENDE LA PLATA SAN SEBASTIAN, PR 00685 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 90456 | $ 50,525.08* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 13  FERNANDEZ ALAMO, LUZ A. Y-1345 CALLE 25 ALTURAS RIO GRANDE RIO GRANDE, PR 00745 | 07/03/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 153570 | $ 90,000.00* | FERNANDEZ ALAMO, LUZ A. Y-1345 CALLE 25 ALTURAS RIO GRANDE RIO GRANDE, PR 00745 | 07/03/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 154156 | $ 90,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Tricentésima Cuadragésima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 14 GARCIA ZAYAS, IDALIE<br>URB. RIVER GARDEN<br>CIELOR DE TATIANA B-3<br>B2N18<br>CANOVANAS, PR 00729 | 09/04/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 178259 | $ 4,800.00 | GARCIA ZAYAS, IDALIE<br>URB RIVER CARDEN<br>C/FLOR DETATIANA B-3<br>BZN 18<br>CANOVANAS, PR 00729 | 10/13/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 177350 | $ 4,800.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 15 GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 07/28/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174317 | $ 483,760.98 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 07/29/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174436 | $ 483,760.98 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 16 HBA CONTRACTORS, INC.<br>CARDONA JIMENEZ LAW OFFICES<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/01/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173855 | $ 103,652.83 | HBA CONTRACTORS, INC.<br>CARDONA JIMENEZ LAW OFFICES<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/01/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173863 | $ 103,652.83 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 17 HBA CONTRACTORS, INC.<br>C/O CARDONA JIMENEZ LAW OFFICES, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 06/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174075 | $ 1,594,584.78* | HBA CONTRACTORS, INC.<br>C/O CARDONA JIMENEZ LAW OFFICES, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 06/05/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174091 | $ 1,594,584.78 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 18 | INMOBILIARIA Y DESARROLLADORA PUERTO RICO VS INC. PARK ROYAL CLUB CALA 50 CLUB CALA DRIVE HUMACAO, PR 00791 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 17330 | $ 322,217.49 | INMOBILIARIA Y DESARRALLA DORA PUERTO RICO VS INC PARK ROYAL CLUB CALA 50 CLUB CALA DRIVE HUMACAO, PR 00791 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16878 | $ 322,217.49 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | LUGO ORTIZ, WANDA I URB LOS FLAMBOYANES 1622 CALLE LILAS PONCE, PR 00716-4612 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27035 | Indeterminado* | LUGO ORTIZ, WANDA I. VILLAS DEL LAUREL II 1412 BOULEVARD COTO LAUREL, PR 00780 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 26526 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | MARSHALL GANDIA, XIOMARA PO BOX 2120 RIO GRANDE, PR 00745 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 80172 | Indeterminado* | MARSHALL GANDIA , XIOMARA PO BOX 2120 RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 140834 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | MARTINEZ SANCHEZ, ELEODORO 996 DWIGHT ST HOLYOKE, MA 01040 | 02/11/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179111 | $ 20,400.00* | MARTINEZ SANCHEZ, ELEODORO 996 DWIGHT ST. HOLYOKE, MA 01040 | 02/11/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179100 | $ 20,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | MEDINA DE REYES, NITZA BO. GUZMAN ARRIBA KM 10.0 PO BOX 781 RIO GRANDE, PR 00745 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12308 | $ 38,389.11 | MEDINA DE REYES, NITZA PO BOX 781 RIO GRANDE, PR 00745 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12345^ | $ 38,389.11* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

^ Reclamo n°. 12345 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 23 | MONTALVO ROQUE, ALICIA 7 BO SAN ANTON PONCE, PR 00717-2246 | 04/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7079 | Indeterminado* | MONTALVO ROQUE, ALICIA 7 BO SAN ANTON PONCE, PR 00717-2246 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151076 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | OLIVO OJEDA, JOSE M RR-2 BOX 4622 TOA ALTA, PR 00953 | 05/06/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173911 | $ 66,420.00 | OLIVO OJEDA, JOSE M. BOX 40496 SAN JUAN, PR 00940-0496 | 07/31/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174678 | $ 66,420.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | OTERO RODRIGUEZ, LETICIA 14 BRISAS DE VARROS OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 125169 | Indeterminado* | OTERO RODRIGUEZ, LETICIA 14 BRISAS DE VARROS OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 120107 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | OTERO RODRIQUEZ, LETICIA 14 BRISA DE VARROS OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 130426 | Indeterminado* | OTERO RODRIGUEZ, LETICIA 14 BRISAS DE VARROS OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 128506 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | PEDRAZA CAMACHO, JOSE HC-03 BOX 7855 LAS PIEDRAS, PR 00771 | 05/06/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173922 | $ 66,420.00 | PEDRAZA CAMACHO, JOSE G HC-03 BOX 7855 BO. TEJAS LAS PIEDRAS, PR 00771 | 05/14/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173966 | $ 66,420.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | RAMOS FIGUEROA, JOSE E. PO BOX 1623 MOROVOIS, PR 00687-0000 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 136837 | $ 70,000.00 | RAMOS FIGUEROA, JOSE E PO BOX 1623 MOROVIS, PR 00687-0000 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 98421 | $ 70,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 29 | RAMOS PORTALATIN, EUFEMIA<br>COND BORINQUEN TOWERS I<br>1484 FD ROOSEVELT APT 210<br>SAN JUAN, PR 00920-2718 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 149720 | $ 74,320.34* | RAMOS PORTALATIN, EUFEMIA<br>PO BOX 11694<br>SAN JUAN, PR 00922-1694 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 107311 | $ 74,320.34* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 30 | RIOLLANO RENTAS, CARLOS J.<br>BOX 561<br>SABANA SECA, PR 00952 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 164920 | Indeterminado* | RIOLLANO RENTAS, CARLOS J.<br>BOX 561<br>SABANA SECA, PR 00952 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 48905 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 31 | RIVERA RODRIGUEZ, NAYDA<br>URB VISTAMAR<br>162 CALLE CATALUNA<br>CAROLINA, PR 00983 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12329 | $ 39,000.00* | RIVERA RODRIGUEZ, NAYDA L.<br>CATALUNA 162<br>VISTAMAR<br>CAROLINA, PR 00983 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12341 | $ 39,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 32 | RIVERA ROJAS, VIRGEN M<br>HC 05 BOX 5429<br>JUANA DIAZ, PR 00795 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14890 | Indeterminado* | RIVERA ROJAS, VIRGEN M<br>POR DERECHO PROPIO<br>HC 05 BOX 5429<br>JUANA DIAZ, PR 00795 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 13195 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 33 | RIVERA TORRES, CARLOS A.<br>URB. BALDORIOTY<br>CALLE GUAJIRA #3305<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 110825 | Indeterminado* | RIVERA TORRES, CARLOS A.<br>URB. BALDORIOTY<br>CALLE GUAJIRA #3305<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 163071^ | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

^ Reclamo n°. 163071 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 34  RIVERA TORRES, CARLOS A. URB. BALDORIOTY 3305 CALLE GUAJIRA PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 129489 | Indeterminado* | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 163071^ | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

^ Reclamo n°. 163071 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| 35  RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 133695 | Indeterminado* | RIVERA TORRES, CARLOS A. URB. BALDORIOTY CALLE GUAJIRA #3305 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 163071^ | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

^ Reclamo n°. 163071 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| 36  ROHENA BENITEZ, WILLIAM HC 1 BOX 5902 JUNCOS, PR 00777 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16277 | $ 27,958.50 | BENITEZ, WILLIAM ROHENA HC 1 BOX 5902 JUNCOS, PR 00777 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16378 | $ 27,958.50* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 37  SANTIAGO GONZALEZ, CARLOS 150 BUGANVILIA 50 CIUDAD JARDIN II TOA ALTA, PR 00953 | 09/15/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 176037 | Indeterminado* | SANTIAGO GONZALEZ, CARLOS 150 BUGANVILLA, CIUDAD JARDIN II TOA ALTA, PR 00953 | 10/13/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 176965 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Tricentésima Cuadragésima Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 38 | SKY HIGH ELEVATORS CORP ATTN: LUIS COSTOS URB SANTA MARIA 34 CALLE ORQUIDEA (EIN 66-0752609) SAN JUAN, PR 00927 | 04/09/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173732 | $ 1,247,393.46 | SKY HIGH ELEVATOR CORP ATTN LUIS COSTAS 34 ORQUIDEA ST- URB SANTA MARIA SAN JUAN, PR 00927 | 04/17/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173742 | $ 1,247,393.46 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 39 | VIZCARRONDO FLORES, EVELYN URB VILLA FONTANA 2JR 677 VIA 4 CAROLINA, PR 00983 | 05/31/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45298 | $ 48,000.00* | VIZCARRONDO FLORES, EVELYN URB VILLA FONTANA 2JR 677 VIA 4 CAROLINA, PR 00983 | 05/31/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45321^ | $ 48,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

^ Reclamo n°. 45321 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 45321 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados