# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Forty-Second Omnibus Objection**

THREE HUNDRED FORTY-SECOND OMNIBUS OBJECTION

Exhibit A – Incorrect Debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16448 | PUERTO RICO ELECTRIC POWER AUTHORITY | $140,000.00 | COMMONWEALTH OF PUERTO RICO | $70,000.00 |
| | | | | | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $225,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico for $70,000 and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for $225,000

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | IBANEZ HERNANDEZ, HECTOR M.<br>P.O. BOX 1467<br>MOCA, PR 00670 | 36989 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | ROMAN MARTINEZ, NAYDE I.<br>205-11 SANTANE<br>ARECIBO, PR 00612 | 123222 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | SOSTIE LEYZ, WILLIAM M.<br>611 CALLE ROBLES<br>URB CANAS HOUSING<br>PONCE, PR 00728 | 64250 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.