# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima cuadragésima segunda objeción global**

## TRICENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16448 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $140,000.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $70,000.00 |
| | | | | | SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO | $225,000.00 |

Base Para: Demandante identifica como deudor La Autoridad de Energía Eléctrica de Puerto Rico, cuando la reclamación, nombre(s) del bono en emitido, información CUSIP, y/o documentos secundarios previstos para la reclamación (incluyendo recibos del consumidor y/o documentación del alegado servicio realizado o relación de empleo), demuestra que cualquier responsabilidad residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico por $70,000 y de El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico por $225,000

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO | CORREGIDO DEUDOR | CORREGIDO MONTO |
|---|---|---|---|---|---|---|
| 2 | IBANEZ HERNANDEZ, HECTOR M.<br>P.O. BOX 1467<br>MOCA, PR 00670 | 36989 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, nombres de los bonos emitidos, información de CUSIP, y/o documentación secundaria proporcionada para la evidencia (incluyendo recibos del cliente y/o documentación de los alegados servicios realizados o relación de empleo), demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO | CORREGIDO DEUDOR | CORREGIDO MONTO |
|---|---|---|---|---|---|---|
| 3 | ROMAN MARTINEZ, NAYDE I.<br>205-11 SANTANE<br>ARECIBO, PR 00612 | 123222 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, nombres de los bonos emitidos, información de CUSIP, y/o documentación secundaria proporcionada para la evidencia (incluyendo recibos del cliente y/o documentación de los alegados servicios realizados o relación de empleo), demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## TRICENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 4 | SOSTIE LEYZ, WILLIAM M.<br>611 CALLE ROBLES<br>URB CANAS HOUSING<br>PONCE, PR 00728 | 64250 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, nombres de los bonos emitidos, información de CUSIP, y/o documentación secundaria proporcionada para la evidencia (incluyendo recibos del cliente y/o documentación de los alegados servicios realizados o relación de empleo), demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico

* - Indica que la reclamación contiene montos por liquidar o indeterminados