## **EXHIBIT D**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                     Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to PREPA.**

</td></tr>
</table>

ORDER GRANTING THREE HUNDRED FORTY-SECOND OMNIBUS OBJECTION (NON-
SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS
ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Three Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* ("Three Hundred Forty-Second Omnibus Objection")[2] of the Puerto Rico Electric Power Authority ("PREPA"), dated June 18, 2021, for entry of an order reclassifying certain claims filed against PREPA, as more fully set forth in the Three Hundred Forty-Second Omnibus Objection and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Forty-Second Omnibus Objection.

supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Forty-

Second Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of

the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue

being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Three

Hundred Forty-Second Omnibus Objection having been provided to those parties identified

therein, and no other or further notice being required; and each of the claims identified in the

column titled "Asserted" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection

having improperly identified PREPA as obligor, when such claims are properly asserted, if at all,

against the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three Hundred

Forty-Second Omnibus Objection; and the Court having determined that the relief sought in the

Three Hundred Forty-Second Omnibus Objection is in the best interest of PREPA, its creditors,

and all the parties in interest; and the Court having determined that the legal and factual bases set

forth in the Three Hundred Forty-Second Omnibus Objection establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Forty-Second Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A

to the Three Hundred Forty-Second Omnibus Objection are hereby reclassified to be claims

asserted against the Title III debtor(s) indicated in the column titled "Correct" in Exhibit A; and it

is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved;

and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection from PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated:  _____


_____
Honorable Judge Laura Taylor Swain
United States District Judge

# ANEXO D

## Orden propuesta

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con la AEE.** |

ORDEN POR LA QUE SE CONCEDE LA TRICENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES ALEGADAS CONTRA EL DEUDOR INCORRECTO

Vista la *Tricentésima cuadragésima segunda objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones alegadas contra el deudor incorrecto* (la "Tricentésima cuadragésima segunda objeción global"),[2] de la Autoridad de Energía

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Tricentésima cuadragésima segunda objeción global.

Eléctrica de Puerto Rico (la "AEE"), de fecha 18 de junio de 2021, en la que se solicita que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra la AEE, según se expone con más detalle en la Tricentésima cuadragésima segunda objeción global y los anexos justificativos de la misma; y teniendo el Tribunal jurisdicción para atender la Tricentésima cuadragésima segunda objeción global y para conceder el remedio aquí solicitado conforme a la sección 306(a) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[3]; y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Tricentésima cuadragésima segunda objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y cada una de las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Tricentésima cuadragésima segunda objeción global habiendo identificado incorrectamente a la AEE como deudor, cuando en todo caso lo correcto sería que tales reclamaciones se alegaran contra el/los deudor(es) identificado(s) en la columna titulada "Corregidas" en el Anexo A de la Tricentésima cuadragésima segunda objeción global; y habiendo determinado el Tribunal que el remedio solicitado en la Tricentésima cuadragésima segunda objeción global redunda en el mejor interés de la AEE, sus acreedores y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Tricentésima cuadragésima segunda objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Tricentésima cuadragésima segunda objeción global, según se establece en el presente documento; además

---

[3] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Tricentésima cuadragésima segunda objeción global queden reclasificadas como reclamaciones alegadas contra el/los deudor(es) de Título III identificados en la columna titulada "Corregidas" en el Anexo A; asimismo

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones Reclasificadas quede reservado; también

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Tricentésima cuadragésima segunda objeción global del Caso de Título III de la AEE (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) al caso de Título III del/de los deudor(es) identificado(s) en la columna titulada "Corregidas" en el Anexo A de la Tricentésima cuadragésima segunda objeción global; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)

3