# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Forty-Fourth Omnibus Objection**

# THREE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION

## Exhibit A – No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLGRAM, ELISHA A<br>PO BOX 107<br>CEIBA, PR 00735 | 3/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4026 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 2 | MERCADO PACHECO, HECTOR L<br>URB STARLIGHT<br>3323 CALLE GALAXIA<br>PONCE, PR 00717 | 4/5/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6561 | $86,176.45 |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 3 | ORTIZ GUZMAN, EDDIE<br>RR 03 BOX 9586<br>TOA ALTA, PR 00953 | 4/4/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6544 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 4 | RODRIGUEZ DIAZ, RAFAEL<br>MONTECASINO HEIGTHS<br>3 CALLE RIO<br>TOA ALTA, PR 00953 | 3/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4371 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 5 | SANTIAGO TORRES, IRMA I<br>CALLE 28 SS 26<br>VILLAS DE LOIZA<br>CAOLINA, PR 00729 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4996 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 6 | SOTO LOPEZ, MAYRA<br>100 PARK EAST<br>APT 104<br>BAYAMON, PR 00961 | 4/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6836 | $20,000.00 |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.