# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima cuadragésima cuarta objeción global**

TRICENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN COLECTIVA

Anexo A – Ninguna Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | COLGRAM, ELISHA A<br>PO BOX 107<br>CEIBA, PR 00735 | 3/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4026 | Undetermined* |
| | Basa para: Reclamo presentado por actual o ex cliente de la PREPA quien alega responsabilidades supuestamente surgiendo de sus cuentas de servicios de electricidad, pero ni la evidencia de reclamación o la documentación de respaldo demuestran que el demandante esta intitulado a cualquier pago de la PREPA con respecto a sus cuentas de electricidad | | | | | |
| 2 | MERCADO PACHECO, HECTOR L<br>URB STARLIGHT<br>3323 CALLE GALAXIA<br>PONCE, PR 00717 | 4/5/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6561 | $86,176.45 |
| | Basa para: Reclamo presentado por actual o ex cliente de la PREPA quien alega responsabilidades supuestamente surgiendo de sus cuentas de servicios de electricidad, pero ni la evidencia de reclamación o la documentación de respaldo demuestran que el demandante esta intitulado a cualquier pago de la PREPA con respecto a sus cuentas de electricidad | | | | | |
| 3 | ORTIZ GUZMAN, EDDIE<br>RR 03 BOX 9586<br>TOA ALTA, PR 00953 | 4/4/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6544 | Undetermined* |
| | Basa para: Reclamo presentado por actual o ex cliente de la PREPA quien alega responsabilidades supuestamente surgiendo de sus cuentas de servicios de electricidad, pero ni la evidencia de reclamación o la documentación de respaldo demuestran que el demandante esta intitulado a cualquier pago de la PREPA con respecto a sus cuentas de electricidad | | | | | |
| 4 | RODRIGUEZ DIAZ, RAFAEL<br>MONTECASINO HEIGTHS<br>3 CALLE RIO<br>TOA ALTA, PR 00953 | 3/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4371 | Undetermined* |
| | Basa para: Reclamo presentado por actual o ex cliente de la PREPA quien alega responsabilidades supuestamente surgiendo de sus cuentas de servicios de electricidad, pero ni la evidencia de reclamación o la documentación de respaldo demuestran que el demandante esta intitulado a cualquier pago de la PREPA con respecto a sus cuentas de electricidad | | | | | |
| 5 | SANTIAGO TORRES, IRMA I<br>CALLE 28 SS 26<br>VILLAS DE LOIZA<br>CAOLINA, PR 00729 | 3/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4996 | Undetermined* |
| | Basa para: Reclamo presentado por actual o ex cliente de la PREPA quien alega responsabilidades supuestamente surgiendo de sus cuentas de servicios de electricidad, pero ni la evidencia de reclamación o la documentación de respaldo demuestran que el demandante esta intitulado a cualquier pago de la PREPA con respecto a sus cuentas de electricidad | | | | | |
| 6 | SOTO LOPEZ, MAYRA<br>100 PARK EAST<br>APT 104<br>BAYAMON, PR 00961 | 4/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6836 | $20,000.00 |
| | Basa para: Reclamo presentado por actual o ex cliente de la PREPA quien alega responsabilidades supuestamente surgiendo de sus cuentas de servicios de electricidad, pero ni la evidencia de reclamación o la documentación de respaldo demuestran que el demandante esta intitulado a cualquier pago de la PREPA con respecto a sus cuentas de electricidad | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

**Página 1 de 1**