# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Forty-Sixth Omnibus Objection**

THREE HUNDRED FORTY-SIXTH OMNIBUS OBJECTION
Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | COLON MURPHY, JANNETTE<br>PO BOX 925<br>LUQUILLO, PR 00773-0925 | 10/7/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 176430 | $3,994.20 | COLON MURPHY, JANNETTE<br>PO BOX 925<br>LUQUILLO, PR 00773-0925 | 10/7/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 176431 | $3,994.20 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | MERCADO GUZMAN, CARLOS MIGUEL<br>PO BOX 1944<br>RIO GRANDE, PR 00745 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 41112 | Undetermined* | MERCADO, CARLOS M<br>PO BOX 1944<br>RIO GRANDE, PR 00745 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 73421 | $250,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.