# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima cuadragésima sexta objeción global**

# TRICENTÉSIMA CUADRAGÉSIMA SEXTA OBJECIÓN COLECTIVA
## Anexo A – Reclamaciones Enmendadas Posteriormente

## RECLAMACIONES A SER DESETIMADAS | RECLAMACIÓN REMANENTE

| # | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COLON MURPHY, JANNETTE PO BOX 925 LUQUILLO, PR 00773-0925 | 10/7/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 176430 | $3,994.20 | COLON MURPHY, JANNETTE PO BOX 925 LUQUILLO, PR 00773-0925 | 10/7/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 176431 | $3,994.20 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 2 | MERCADO GUZMAN, CARLOS MIGUEL PO BOX 1944 RIO GRANDE, PR 00745 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 41112 | Indeterminado* | MERCADO, CARLOS M PO BOX 1944 RIO GRANDE, PR 00745 | 6/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 73421 | $250,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados