## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Tricentésima cuadragésima octava objeción global**

TRICENTÉSIMA CUADRAGÉSIMA OCTAVA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Para Ser Reclasificadas y Reducidas

| | NAME | N.º DE RECLAM ACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | FERNANDEZ STIEHL, MARTA R LADA IVETTE LOPEZ SANTIAGO COND. DARLINGTON. OFIC. 1103 AVE. MUNOZ RIVERA #1007 SAN JUAN, PR  00925 | 126062 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $28,437.50 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $0.00 |
| | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Garantizada | $28,437.50 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Garantizada | $0.00 |
| | | | | Subtotal | $56,875.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $28,437.50 |
| | | | | | | | Subtotal | $28,437.50 |

Base para: Demandante afirma una reclamación por $28,437.50 en la caja 8 de la prueba de reclamo. Demandante afirma la reclamación es asegurada y también intitulada al tratamiento administrativo prioridad debajo de 11 U.S.C. § 503(b)(9). Deudores no tienen evidencia que el demandante tiene una garantía real perfeccionada en la propiedad de los deudores, y la reclamación no es por bienes vendidos. Respectivamente, demandante no está intitulado a una reclamación administrativa prioridad o una reclamación asegurada y la reclamación debiera ser reclasificada como una reclamación general sin garantía por el monto de $28,437.50.

| 2 | PERELES VELEZ, HECTOR 31 A VILLAS DE LA ESPERANZA JUANA DIAZ, PR  00795-9627 | 2505 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $575.99 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Garantizada | $575.99 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Garantizada | $0.00 |
| | | | | Subtotal | $1,151.98 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $575.99 |
| | | | | | | | Subtotal | $575.99 |

Base para: Demandante afirma una reclamación por $575.99 en la caja 8 de la prueba de reclamo. Demandante afirma la reclamación es asegurada y también intitulada al tratamiento administrativo prioridad debajo de 11 U.S.C. § 503(b)(9). Deudores no tienen evidencia que el demandante tiene una garantía real perfeccionada en la propiedad de los deudores, y la reclamación no es por bienes vendidos. Respectivamente, demandante no está intitulado a una reclamación administrativa prioridad o una reclamación asegurada y la reclamación debiera ser reclasificada como una reclamación general sin garantía por el monto de $575.99.

| 3 | ROSARIO FELICIANO, SAMUEL EL PLANTIO L1A CALLE 9 TOA BAJA, PR  00949 | 6538 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $1,249.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $1,249.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Garantizada | $0.00 |
| | | | | Subtotal | $2,498.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $1,249.00 |
| | | | | | | | Subtotal | $1,249.00 |

Base para: Demandante afirma una reclamación por $1,249.00 en la caja 8 de la prueba de reclamo. Demandante afirma la reclamación es asegurada y también intitulada al tratamiento administrativo prioridad debajo de 11 U.S.C. § 503(b)(9). Deudores no tienen evidencia que el demandante tiene una garantía real perfeccionada en la propiedad de los deudores, y la reclamación no es por bienes vendidos. Respectivamente, demandante no está intitulado a una reclamación administrativa prioridad o una reclamación asegurada y la reclamación debiera ser reclasificada como una reclamación general sin garantía por el monto de $1,249.00.

| | TOTAL | | | | $60,524.98 | TOTAL | | $30,262.49 |
|---|---|---|---|---|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados