# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fifty-Second Omnibus Objection**

## Three Hundred and Fifty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACOSTA ANGELUCCI, IVETTE M.<br>URB. ALTURAS DE FLAMBOYAN<br>CALLE 9 E 6<br>BAYAMON, PR00959 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39800 | $ 55,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. | | | | | |
| 2 | BHATIA, ANDRES W<br>4313 SW 102ND TERRACE<br>GAINSVILLE, FL 32608-7131 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12818 | $ 50,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. | | | | | |
| 3 | FARLEY, ANNE<br>PETER C. HEIN<br>101 CENTRAL PARK WEST 14E<br>NEW YORK, NY 10023 | 7/13/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174231 | $ 123,500.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by PBA that are duplicative of the Master Proof of Claim which was filed in the PBA Title III Case by the fiscal agent. | | | | | |
| 4 | FARLEY, ANNE<br>PETER C. HEIN<br>101 CENTRAL PARK WEST 14E<br>NEW YORK, NY 10023 | 7/13/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174264 | $ 123,500.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by PBA that are duplicative of the Master Proof of Claim which was filed in the PBA Title III Case by the fiscal agent. | | | | | |
| 5 | HEIN, PETER C.<br>101 CENTRAL PARK WEST 14E<br>NEW YORK, NY 10023 | 7/13/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174229 | $ 244,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by PBA that are duplicative of the Master Proof of Claim which was filed in the PBA Title III Case by the fiscal agent. | | | | | |
| 6 | JOSE GONZALEZ CHAVEZ & TERESA GAVILLAN<br>PASEO DE LA FUERNTE C-5 TIVOLI ST.<br>SAN JUAN, PR 00926 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40071 | $ 100,000.00 |
| | Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. | | | | | |
| 7 | MOTT, ROBERT ARNOLD<br>309 N MARKET #2621<br>BRENHAM, TX 77833 | 4/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6055 | $ 10,004.17 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Fifty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | PLAYA INDIA SE<br>2019 ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41258 | $ 100,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RYBAK, VIOLET<br>51 MARRION ST.<br>CLIFTON, NJ 07013 | 3/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1320 | $ 15,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | SANTIAGO GOMEZ, CRISTINA<br>VILLAS DEL MAR OESTO APTO 4K<br>4735 AVA ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29717 | $ 30,006.31 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4211 | $ 135,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | SUAREZ RIVERA, RAFAEL<br>URB SANTA ANA<br>E6 CALLE SALAMANCA<br>SAN JUAN, PR 00927-4917 | 6/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60022 | $ 135,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | WOO, JAMES T & GRACE Y<br>PO BOX 379<br>NEW VERNON, NJ 07976 | 3/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5186 | $ 15,002.50 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## Three Hundred and Fifty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ZAYAS, HIPOLITO RAMOS<br>URB.SABANERA<br>47 CAMINO DE LAS CASCADAS<br>CIDRA, PR 00739 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11827 | $ 25,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 1,161,012.98* |

\* Indicates claim contains unliquidated and/or undetermined amounts