**ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima quincuagésima segunda objeción global**

## Tricentésima Quincuagésima Segunda Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACOSTA ANGELUCCI, IVETTE M.<br>URB. ALTURAS DE FLAMBOYAN<br>CALLE 9 E 6<br>BAYAMON, PR 00959 | 6/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39800 | $ 55,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III. | | | | | |
| 2 | BHATIA, ANDRES W<br>4313 SW 102ND TERRACE<br>GAINSVILLE, FL 32608-7131 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12818 | $ 50,000.00* |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 3 | FARLEY, ANNE<br>PETER C. HEIN<br>101 CENTRAL PARK WEST 14E<br>NEW YORK, NY 10023 | 7/13/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174231 | $ 123,500.00 |
| | Base para: El Demandante reclama obligaciones asociadas a uno o más bonos emitidos por la PBA, que son duplicados de la Evidencia de Reclamo Maestra presentada por el agente fiscal en el Caso de la PBA al amparo del Título III. | | | | | |
| 4 | FARLEY, ANNE<br>PETER C. HEIN<br>101 CENTRAL PARK WEST 14E<br>NEW YORK, NY 10023 | 7/13/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174264 | $ 123,500.00 |
| | Base para: El Demandante reclama obligaciones asociadas a uno o más bonos emitidos por la PBA, que son duplicados de la Evidencia de Reclamo Maestra presentada por el agente fiscal en el Caso de la PBA al amparo del Título III. | | | | | |
| 5 | HEIN, PETER C.<br>101 CENTRAL PARK WEST 14E<br>NEW YORK, NY 10023 | 7/13/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174229 | $ 244,000.00 |
| | Base para: El Demandante reclama obligaciones asociadas a uno o más bonos emitidos por la PBA, que son duplicados de la Evidencia de Reclamo Maestra presentada por el agente fiscal en el Caso de la PBA al amparo del Título III. | | | | | |
| 6 | JOSE GONZALEZ CHAVEZ & TERESA GAVILLAN<br>PASEO DE LA FUERNTE C-5 TIVOLI ST.<br>SAN JUAN, PR 00926 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40071 | $ 100,000.00 |
| | Base para: El Demandante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quincuagésima Segunda Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MOTT, ROBERT ARNOLD<br>309 N MARKET #2621<br>BRENHAM, TX 77833 | 4/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6055 | $ 10,004.17 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 8 | PLAYA INDIA SE<br>2019 ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41258 | $ 100,000.00 |
| | Base para: El Demandante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 9 | RYBAK, VIOLET<br>51 MARRION ST.<br>CLIFTON, NJ 07013 | 3/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1320 | $ 15,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación [«ACT»] que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 10 | SANTIAGO GOMEZ, CRISTINA<br>VILLAS DEL MAR OESTO APTO 4K<br>4735 AVA ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29717 | $ 30,006.31 |
| | Base para: El Demandante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 11 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4211 | $ 135,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 12 | SUAREZ RIVERA, RAFAEL<br>URB SANTA ANA<br>E6 CALLE SALAMANCA<br>SAN JUAN, PR 00927-4917 | 6/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60022 | $ 135,000.00 |
| | Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Tricentésima Quincuagésima Segunda Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | WOO, JAMES T & GRACE Y<br>PO BOX 379<br>NEW VERNON, NJ 07976 | 3/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5186 | $ 15,002.50 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación [«ACT»] que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 14 | ZAYAS, HIPOLITO RAMOS<br>URB.SABANERA<br>47 CAMINO DE LAS CASCADAS<br>CIDRA, PR 00739 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11827 | $ 25,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 1,161,012.98* |