# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima quincuagésima cuarta objeción global**

Tricentésima Quincuagésima Cuarta Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | MARCHAND CASTRO, MARISOL<br>PASEO LAS BRISAS<br>CALLE IBIZA 67<br>SAN JUAN, PR 00926 | 159486 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | RAMON SILVA & INES M FRADERA<br>PO BOX 880<br>GUAYNABO, PR 00970-0880 | 5100 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $40,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |

Base para: La Evidencia de Reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | TOMAS CUERDA INC.<br>PO BOX 363307<br>SAN JUAN, PR 00936 | 150005 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $442,208.86* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00* |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Otra porción permanecerá en el Estado Libre Asociado.

| | | | | TOTAL | $ 682,208.86* | TOTAL | | $ 50,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 1 de 1