# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima quincuagésima quinta objeción global**

Tricentésima Quincuagésima Quinta Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BODNAR TRUST U/A DATED 12/28/2001 RAYMOND L BODNAR TEE 17008 SW SAPRI WAY PORT ST LUCIE, FL 34986 | 6850 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $25,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,000.00* |

Base para: El reclamante formula, en parte, un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. Asimismo, el Demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| 2 | MEDERO FERNANDEZ, JUAN P.O.BOX 25 GURABO, PR 00778 | 38226 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. El Demandante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | TOTAL | | $ 25,000.00* | TOTAL | | $ 25,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados