# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fifty-Eighth Omnibus Objection**

THREE HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION

Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COFFEY, ROBIN<br>1811 NEW BRITAIN AVE<br>FARMINGTON, CT 06032 | 3/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4497 | $1,625.01 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 2 | DE JESUS JUSINO, TERESITA<br>PO BOX 52194<br>TOA BAJA, PR 00950-2194 | 7/20/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 161340 | Undetermined* |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 3 | OLAVARRIA JIMENEZ, JOSE E.<br>URB. LEVITOWN LAKES<br>AJ9 CALLE MAGALY<br>TOA BAJA, PR 00949 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4166 | Undetermined* |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.