# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima quincuagésima octava objeción global**

TRICENTÉSIMA QUINCUAGÉSIMA OCTAVA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | COFFEY, ROBIN<br>1811 NEW BRITAIN AVE<br>FARMINGTON, CT 06032 | 3/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4497 | $1,625.01 |
| | Basa para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 2 | DE JESUS JUSINO, TERESITA<br>PO BOX 52194<br>TOA BAJA, PR 00950-2194 | 7/20/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 161340 | Indeterminado* |
| | Basa para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 3 | OLAVARRIA JIMENEZ, JOSE E.<br>URB. LEVITOWN LAKES<br>AJ9 CALLE MAGALY<br>TOA BAJA, PR 00949 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4166 | Indeterminado* |
| | Basa para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados