# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Fifty-Ninth Omnibus Objection**

THREE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION
Exhibit A – Substantive Duplicate Claims

| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BANCO POPULAR DE PUERTO RICO<br>LEGAL DIVISION (745)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 20267 | $30,921.84 | BANCO POPULAR DE PUERTO RICO<br>LEGAL DIVISION (745)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166330 | $30,921.84 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 2 | DEYA ELEVATOR SERVICE<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 34133 | $48,433.39 | DEYA ELEVATOR SERVICE<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13775 | $70,583.92 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 3 | FREIRIA GARRATON, MARIA M<br>PO BOX 36-4165<br>SAN JUAN, PR 00936-4165 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7690 | $475,000.00 | FREIRIA GARRATON, MARIA M<br>PO BOX 36-4165<br>SAN JUAN, PR 00936-4165 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7964 | $475,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 4 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5903 | $55,000.00 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5593 | $105,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 5 | GARY R ANDERSON TRUST U/A 10/25/10<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5971 | $50,000.00 | GARY R ANDERSON TRUST U/A 10/25/10<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5593 | $105,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 6 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 75872 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 6/28/2028 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 70143 | $10,169.73 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

THREE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION
Exhibit A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE CENTER 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 81938 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE CENTER 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2028 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 70143 | $10,169.73 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 8 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 76191 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2028 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 70143 | $10,169.73 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 9 | LLAUGER, JORGE VALDES (ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED) HAGENS BERMAN SOBOL SHAPIRO LLP 455 N CITYFRONT PLAZA DRIVE, SUITE 2410 CHICAGO, IL 60611 | 6/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 48936 | Undetermined* | ANNE CATESBY JONES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED HAGENS BERMAN SOBOL SHAPIRO LLP 455 N CITYFRONT PLAZA DRIVE, SUITE 2410 CHICAGO, IL 60611 | 6/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 48925 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 10 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6039 | $210,000.00 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6252 | $210,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 11 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6041 | $210,000.00 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6252 | $210,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

THREE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION
Exhibit A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | RIESTRA FERNANDEZ, MIGUEL 675 CALLE SERGIO CUEVAS BUSTAMANTE APT 2001 TORRE DEL CARDENAL SAN JUAN, PR 00918 | 5/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 46196 | Undetermined* | RIESTRA FERNANDEZ, MIGUEL 675 CALLE SERGIO CUEVAS BUSTAMANTE APT 2001 TORRE DEL CARDENAL SAN JUAN, PR 00918 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10490 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 13 | RIOS MORALES, AWILDA HC-57 BOX 11030 AGUADA, PR 00602 | 10/8/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 176645 | $2,933.07 | RIOS MORALES, AWILDA HC-57 BOX 11030 AGUADA, PR 00602 | 5/31/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17141 | $2,933.07 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.