# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima quincuagésima novena objeción global**

# TRICENTÉSIMA QUINCUAGÉSIMA NOVENA OBJECIÓN COLECTIVA
Anexo A – Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESETIMADAS | | | | | RECLAMACION REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BANCO POPULAR DE PUERTO RICO<br>LEGAL DIVISION (745)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 20267 | $30,921.84 | BANCO POPULAR DE PUERTO RICO<br>LEGAL DIVISION (745)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 166330 | $30,921.84 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 | DEYA ELEVATOR SERVICE<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 34133 | $48,433.39 | DEYA ELEVATOR SERVICE<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/21/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 13775 | $70,583.92 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 | FREIRIA GARRATON, MARIA M<br>PO BOX 36-4165<br>SAN JUAN, PR 00936-4165 | 4/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 7690 | $475,000.00 | FREIRIA GARRATON, MARIA M<br>PO BOX 36-4165<br>SAN JUAN, PR 00936-4165 | 4/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 7964 | $475,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 5903 | $55,000.00 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 5593 | $105,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 5 | GARY R ANDERSON TRUST U/A 10/25/10<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 5971 | $50,000.00 | GARY R ANDERSON TRUST U/A 10/25/10<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 5593 | $105,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 6 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 75872 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 6/28/2028 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 70143 | $10,169.73 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Pagina 1 de 3*

TRICENTÉSIMA QUINCUAGÉSIMA NOVENA OBJECIÓN COLECTIVA

Anexo A – Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESETIMADAS | | | | | RECLAMACION REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 7 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE CENTER 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 81938 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE CENTER 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2028 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 70143 | $10,169.73 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 8 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 76191 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2028 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 70143 | $10,169.73 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 9 | LLAUGER, JORGE VALDES (ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED) HAGENS BERMAN SOBOL SHAPIRO LLP 455 N CITYFRONT PLAZA DRIVE, SUITE 2410 CHICAGO, IL 60611 | 6/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 48936 | Indeterminado* | ANNE CATESBY JONES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED HAGENS BERMAN SOBOL SHAPIRO LLP 455 N CITYFRONT PLAZA DRIVE, SUITE 2410 CHICAGO, IL 60611 | 6/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 48925 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 10 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/20/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 6039 | $210,000.00 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 6252 | $210,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 11 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/20/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 6041 | $210,000.00 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 6252 | $210,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

TRICENTÉSIMA QUINCUAGÉSIMA NOVENA OBJECIÓN COLECTIVA

Anexo A – Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACION REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | RIESTRA FERNANDEZ, MIGUEL<br>675 CALLE SERGIO CUEVAS BUSTAMANTE<br>APT 2001 TORRE DEL CARDENAL<br>SAN JUAN, PR 00918 | 5/30/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 46196 | Indeterminado* | RIESTRA FERNANDEZ, MIGUEL<br>675 CALLE SERGIO CUEVAS BUSTAMANTE<br>APT 2001 TORRE DEL CARDENAL<br>SAN JUAN, PR 00918 | 4/18/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 10490 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 13 | RIOS MORALES, AWILDA<br>HC-57 BOX 11030<br>AGUADA, PR 00602 | 10/8/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 176645 | $2,933.07 | RIOS MORALES, AWILDA<br>HC-57 BOX 11030<br>AGUADA, PR 00602 | 5/31/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17141 | $2,933.07 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados