## ANEXO A

**Relación de reclamaciones objeto de la Tricentésima quincuagésima tercera objeción global**

Tricentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | AALAEI, SOPHIE 3741 45TH STREET HIGHLAND, IN 46322 | 754 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $3,500,000.00* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $2,660,000.00* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | | Subtotal | $3,500,000.00* | | Subtotal | $2,660,000.00* |

Base para: El reclamante invoca, en parte, la responsabilidad asociada con uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental [AFICA], que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | BARRIERA MUNOZ, SIMON URB CONSTANCIA 3035 CALLE SOLER PONCE, PR 00717 | 1972 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $544,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00 |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados [ERS], que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quincuagésima Tercera Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | CARLOS VALDES DE LLAUGER/CARMEN CASTRO DE VALDES<br>COND. KINGS COURT PLAYA<br>KINGS COURT 59<br>APT. 304<br>SAN JUAN, PR 00911-1160 | 74417 | El Estado Libre Asociado de Puerto Rico | Garantizada | $229,167.14 | El Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| 4 | DOUGLAS A. ARON FAMILY TRUST<br>855 WORCESTER RD.<br>FRAMINGHAM, MA 01701 | 10734 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,717,937.12 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,090,000.00 |

Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| 5 | FRANCISCO TORO DE OSUNA<br>VIVIANA VELEZ PEREZ COMM PROP<br>28 URB EXT. QUINTAS SANTA MARIA<br>MAYAGUEZ, PR 00682 | 2426 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |

Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de reclamo maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Otra parte permanecerá en el ERS.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quincuagésima Tercera Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | GONZALEZ-DIEZ, MARIANO E<br>P.O. BOX 9945<br>ARECIBO, PR 00613-9945 | 8456 | El Estado Libre Asociado de Puerto Rico | Garantizada | $870,852.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $135,000.00 |

Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | HOWARD, WALTER J.<br>5 SWAYZE DR.<br>LATHAM, NY 12110 | 3631 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | INMOBILIARIA SAN ALBERTO, INC<br>PO BOX 30532<br>MANATI, PR 00674-8513 | 37813 | El Estado Libre Asociado de Puerto Rico | Garantizada | $13,692,945.40 | El Estado Libre Asociado de Puerto Rico | Garantizada | $93,514.50 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | JUDITH MARIE TIDIKIS & FRANK TIDIKIS, TENANTS BY THE ENTIRETIES<br>12 CRANES NEST<br>STUART, FL 34996 | 2883 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $70,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,320.50 |

Base para: El Demandante reclama, en parte, notas aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de una o más Evidencias de Reclamo Maestras que fueron presentadas por el agente fiscal o el fideicomisario de estos bonos en el Caso del Estado Libre Asociado al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quincuagésima Tercera Objeción Global
Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | JULIA PENNY CLARK AND WILLIAM BRYSON<br>7833 ABERDEEN ROAD<br>BETHESDA, MD 20814-1101 | 26106 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $448,187.43 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $103,406.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | NACHTMAN LIVING TRUST ROBERT AND JOAN NACHTMAN TTEES<br>16 ROBIN DRIVE<br>HAUPPAUGE, NY 11788 | 4772 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |

Base para: El reclamante invoca, en parte, la responsabilidad asociada con uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante también formula, en parte, un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de estos bonos presentaron en el Caso del Estado Libre Asociado al amparo del Título III. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra porción permanecerá en el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | OCASIO JIMENEZ, WALLACE R<br>GOLDEN COURT II<br>155 ARTERIAL HOSTOS APT 271<br>SAN JUAN, PR 00918-8299 | 31422 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $215,308.17* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El reclamante invoca, en parte, una obligación fundada en una supuesta titularidad de Bonos del BGF sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. Además, el Demandante no aporta ningún fundamento para reclamarle los Bonos del BGF al ERS. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el BGF no está obligado a pagar pues se reclaman intereses sobre una o más obligaciones cuyo pago los titulares de los bonos han recibido en su totalidad, no constituyen una deuda del BGF y están asociados a entidades, a saber, la Autoridad de Acueductos y Alcantarillados de Puerto Rico y la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no son Deudores al amparo del Título III. El Demandante no ha aportado fundamentos para formular dichos reclamos en contra del BGF, el Estado Libre Asociado o cualquier otra dependencia de dicho Estado, que surjan de los bonos mencionados. Otra parte permanecerá en el ERS.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Quincuagésima Tercera Objeción Global
### Anexo A: Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | RIVERA, VICTOR M.<br>C/2 #14 PASEO ALTO<br>SAN JUAN, PR 00926-5917 | 30977 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,660,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $410,000.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado.

| | | | TOTAL | | $ 25,083,397.26* | TOTAL | | $ 4,792,241.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados