# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Thirty-Sixth Omnibus Objection**

## Three Hundred and Thirty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BARRERAS INC<br>EDGARDO L. RIVERA<br>PO BOX 360764<br>SAN JUAN, PR 00936 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21597 | $ 108,800.00 |

Reason: Per the books and records of the Administration of Vocational Rehabilitation, there are no further amounts due for the liabilities asserted; invoices were paid in full.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CONNECTICUT STATE TREASURER - UCPD<br>E. AUSTIN, ESQ. -PULLMAN & COMLEY LLC<br>850 MAIN STREET, 8TH FLOOR<br>BRIDGEPORT, CT 06601 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6388 | Undetermined* |

Reason: Proof of Claims asserts liabilities associated with unclaimed property that is owed to the state of Connecticut. The Commonwealth has continued to pay amounts owed in respect of unclaimed property to the state of Connecticut, and its records reflect no amounts remain outstanding. Further, given the Commonwealth's Title III petition was filed over four years ago, and Connecticut law provides that unclaimed property escheats to the state within three years of its abandonment, the Commonwealth believes it no longer owes any amounts associated with pre-petition abandoned property

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ELGA SANTOS ORTEGA AND ARMANDO MANUEL CRUZ SANTOS<br>C/O GASPAR MARTINEZ MANGUAL ESQ.<br>PO BOX 194422<br>SAN JUAN, PR 00919-4422 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21691 | $ 300,000.00* |

Reason: Proof of Claim asserts liability associated with a litigation filed against the Commonwealth. However, the Commonwealth's records show that the litigation asserted was dismissed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | JOSE ALEJANDRO MORALES TORRES, JOSE ALEJANDRO MORALES ORRIOLA, NAVM; ASHLY MORALES ORRIOLA<br>GASPAR MARTINEZ MANQUAL<br>P.O BOX 194422<br>SAN JUAN, PR 00919 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46176 | $ 1,405,000.00* |

Reason: Proof of Claim asserts liabilities associated with a litigation captioned SJ-2018-CV-01971. However, that case was dismissed after plaintiffs failed to serve defendants.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | KMART OPERATIONS LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72308 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return of has been applied and no further amounts remain outstanding.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LAGARES HO, YASHIRA<br>1401 SAINT GABRIELLE LANE<br>APT 3002<br>FORT LAUDERDALE, FL 33326 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2867 | $ 1,983.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $1,983.00 has been applied to 2015 tax year liabilities.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Thirty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | QUIROS MILANES, EMMA I<br>GASPAR A MARTINEZ MANGUAL<br>PO BOX 194422<br>SAN JUAN, PR 00919-4422 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17513 | $ 2,155,000.00* |

Reason: Proof of Claim asserts liability on the bases of a pending litigation.  However, the case was voluntarily dismissed against the Commonwealth, and the remaining defendants are not Title III entities and are separate, legally distinct entities from the Commonwealth.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | RODRIGUEZ GARRIDO, JOSE M<br>PO BOX 8116<br>SAN JUAN, PR 00910 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18167 | $ 14,279.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such credit of has been applied to 2018 and 2019 tax year liabilities and no credit is outstanding.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SAAVEDRA NAVARRO , RAMON<br>PO BOX 250535<br>AGUADILLA, PR 00604 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18560 | $ 200,000.00* |

Reason: Proof of Claim asserts liabilities associated with an action filed with FINRA against Santander Securities, LLC, for claimant's alleged investment losses.  Neither the proof of claim nor supporting documentation asserts any basis for asserting liabilities against the Commonwealth or any other Title III debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SURE VDA, LUISA<br>URB EL ALAMO<br>E 6 EL ALAMO DR<br>GUAYNABO, PR 00969 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12891 | $ 4,548.39 |

Reason: Proof of Claim asserts liability associated with unclaimed funds reported to the Commonwealth by Banco Popular.  The Commonwealth's records do not reflect that the claimant sought to claim the unclaimed funds within three years of the property being reported as unclaimed, as required by Commonwealth law.  Accordingly, the funds have escheated to the state, and the Commonwealth is no longer liable to claimant for these funds.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | VELASCO CERVILLA, JUAN C.<br>PO BOX 3004<br>YAUCO, PR 00698 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17724 | $ 25,829.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such credit of $25,829.00 has been applied to 2018 tax year liabilities.

| | | | | | TOTAL | $ 4,215,439.39* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts