# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima trigésima sexta objeción global**

Tricentésima Trigésima Sexta Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BARRERAS INC<br>EDGARDO L. RIVERA<br>PO BOX 360764<br>SAN JUAN, PR 00936 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21597 | $ 108,800.00 |
| | Base para: De acuerdo con los libros y registros de la Administración de Rehabilitación Vocacional, no existen montos adicionales adeudados para las obligaciones que se reclaman; las facturas se pagaron en su totalidad. | | | | | |
| 2 | CONNECTICUT STATE TREASURER - UCPD<br>E. AUSTIN, ESQ. -PULLMAN & COMLEY LLC<br>850 MAIN STREET, 8TH FLOOR<br>BRIDGEPORT, CT 06601 | 4/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6388 | Indeterminado* |
| | Base para: La Evidencia de Reclamo reclama obligaciones asociadas a una propiedad no reclamada que se adeuda al estado de Connecticut. El Estado Libre Asociado continuó pagando montos adeudados por la propiedad no reclamada al estado de Connecticut y sus registros no reflejan ningún monto adeudado pendiente. Asimismo, dado que la petición del Estado Libre Asociado al amparo del Título III se interpuso hace más de cuatro años, y que la legislación de Connecticut establece que la propiedad no reclamada se revierte al estado al cumplirse tres años de su abandono, el Estado Libre Asociado considera que no adeuda ningún otro monto asociado a una propiedad que se abandonó antes de la petición. | | | | | |
| 3 | ELGA SANTOS ORTEGA AND ARMANDO MANUEL CRUZ SANTOS<br>C/O GASPAR MARTINEZ MANGUAL ESQ.<br>PO BOX 194422<br>SAN JUAN, PR 00919-4422 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21691 | $ 300,000.00* |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a una causa judicial interpuesta contra el Estado Libre Asociado. Sin embargo, los registros de dicho Estado Libre Asociado indican que la causa se desestimó. | | | | | |
| 4 | JOSE ALEJANDRO MORALES TORRES, JOSE ALEJANDRO MORALES ORRIOLA, NAVM; ASHLY MORALES ORRIOLA<br>GASPAR MARTINEZ MANQUAL<br>P.O BOX 194422<br>SAN JUAN, PR 00919 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46176 | $ 1,405,000.00* |
| | Base para: La Evidencia de Reclamo reclama obligaciones asociadas a un litigio caratulado SJ-2018-CV-01971. Sin embargo, el caso se desestimó pues los demandantes omitieron notificar a los demandados. | | | | | |
| 5 | KMART OPERATIONS LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72308 | Indeterminado* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda muestran que dicho reembolso o devolución ya se utilizó y que no queda ningún otro monto pendiente. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 1 de 3

## Tricentésima Trigésima Sexta Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | LAGARES HO, YASHIRA<br>1401 SAINT GABRIELLE LANE<br>APT 3002<br>FORT LAUDERDALE, FL 33326 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2867 | $ 1,983.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que el crédito fiscal de $1,983.00 se aplicó a deudas tributarias de 2015. | | | | | |
| 7 | QUIROS MILANES, EMMA I<br>GASPAR A MARTINEZ MANGUAL<br>PO BOX 194422<br>SAN JUAN, PR 00919-4422 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17513 | $ 2,155,000.00* |
| | Base para: La Evidencia de Reclamo reclama una obligación fundada en un litigio pendiente. Sin embargo, el caso, interpuesto contra el Estado Libre Asociado, se desestimó de manera voluntaria y los demandantes restantes no son entidades al amparo del Título III, sino que son entidades jurídicas separadas y distintas del Estado Libre Asociado. | | | | | |
| 8 | RODRIGUEZ GARRIDO, JOSE M<br>PO BOX 8116<br>SAN JUAN, PR 00910 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18167 | $ 14,279.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda indican que dicho crédito fiscal se aplicó a deudas tributarias de 2018 y 2019, y que no queda ningún crédito pendiente. | | | | | |
| 9 | SAAVEDRA NAVARRO, RAMON<br>PO BOX 250535<br>AGUADILLA, PR 00604 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18560 | $ 200,000.00* |
| | Base para: La Evidencia de Reclamo reclama obligaciones asociadas a una acción interpuesta junto con FINRA en contra de Santander Securities, LLC, por presuntas pérdidas de inversión del demandante. Tanto la evidencia de reclamo como la documentación de respaldo omiten proporcionar fundamentos para reclamar las obligaciones en contra el Estado Libre Asociado o de cualquier otro deudor al amparo del Título III. | | | | | |
| 10 | SURE VDA, LUISA<br>URB EL ALAMO<br>E 6 EL ALAMO DR<br>GUAYNABO, PR 00969 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12891 | $ 4,548.39 |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a fondos no reclamados y declarados por Banco Popular ante el Estado Libre Asociado. Los registros de dicho Estado Libre Asociado no reflejan que el demandante haya reclamado esos fondos dentro del plazo de tres años posterior a que la propiedad se declarara no reclamada, como lo exige la legislación del Estado Libre Asociado. Por lo tanto, la propiedad de los fondos se revirtió al Estado y el Estado Libre Asociado ya no tiene ninguna obligación para con el demandante en razón de estos fondos. | | | | | |

## Tricentésima Trigésima Sexta Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | VELASCO CERVILLA, JUAN C.<br>PO BOX 3004<br>YAUCO, PR 00698 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17724 | $ 25,829.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda indican que el crédito fiscal de $25,829.00 se aplicó a deudas tributarias de 2018.

| | | |
|---|---|---|
| | TOTAL | $ 4,215,439.39* |