# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fifty-Seventh Omnibus Objection**

Three Hundred and Fifty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONTE MATOS, AUGUSTE P.<br>3481 LAKESIDE DR. NE, APT. 1608<br>ATLANTA, GA 30326-1314 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20279 | $ 5,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DENTON, WHADZEN<br>PO BOX 140878<br>ARECIBO, PR 00614 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21246 | $ 1,119,410.88 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FRANCISCO BRIGANTTY Y ROSA M. PIERLUISI<br>339 CALLE MIRAMELINDAS<br>URB. SABANERA DEL RIO<br>GURABO, PR 00778-5248 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164612 | $ 115,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | GONZALEZ ALVAREZ, ALDO J<br>EL REMANSO<br>E-2 CAUCE<br>SAN JUAN, PR 00926 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128798 | $ 380,149.40 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY 11590 | 5/4/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 10607 | $ 8,229.99 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Puerto Rico Sales Tax Financing Corporation (COFINA) is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Fifty-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | HERNAIZ RAMOS, JOSE FELIPE<br>URB FLORAL PARK<br>207 CALLE SAN ANTONIO<br>SAN JUAN, PR 00917 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153080 | $ 5,140.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Proof of claim also seeks, in part, recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | ORTIZ SANTIAGO, WILSON<br>COND LA ALBORADA<br>2201 APT 11301<br>COTTO LAUREL, PR 00780 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8826 | $ 416,500.06 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PETER J & SUSAN J DESCHENES JT TEN<br>136 HOLLY PT.<br>LITTLETON, NC 27850 | 3/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3212 | $ 40,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SILVA COLL, MARIA J<br>VILLA CAPRI<br>1166 CALLE CATANIA<br>RIO PIEDRAS, PR 00924 | 10/9/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 176649 | $ 68,515.00 |

Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SMYTH, RAOUL<br>1724 N. CHUMASH<br>ORANGE, CA 92867 | 5/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 163842 | $ 90,000.00* |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | SUPER PLASTICO, INC.<br>CALLE COMERIO 206<br>BAYAMON, PR00959-5358 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27799 | $ 1,249,906.50 |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Fifty-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth. | | | | | |
| 12 | VALDIVIESO, ADA R.<br>P.O. BOX 1144<br>PENUELAS, PR 00624-1144 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20512 | $ 15,000.00 |
| | Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Proof of claim also seeks, in part, recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth. | | | | | |
| 13 | VINCENTE GONZALES, HAROLD D.<br>526 TINTILLO HILLS RD.<br>GUAYNABO, PR 00966 | 5/18/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 29810 | Undetermined* |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Puerto Rico Sales Tax Financing Corporation (COFINA) is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| | | | | | TOTAL | $ 3,512,851.83* |

\* Indicates claim contains unliquidated and/or undetermined amounts