# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima quincuagésima séptima objeción global**

## Tricentésima Quincuagésima Séptima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CONTE MATOS , AUGUSTE P.<br>3481 LAKESIDE DR. NE, APT. 1608<br>ATLANTA, GA 30326-1314 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20279 | $ 5,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 2 | DENTON, WHADZEN<br>PO BOX 140878<br>ARECIBO, PR 00614 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21246 | $ 1,119,410.88 |
| | Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento [BGF] sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |
| 3 | FRANCISCO BRIGANTTY Y ROSA M. PIERLUISI<br>339 CALLE MIRAMELINDAS<br>URB. SABANERA DEL RIO<br>GURABO, PR 00778-5248 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 164612 | $ 115,000.00 |
| | Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | |
| 4 | GONZALEZ ALVAREZ, ALDO J<br>EL REMANSO<br>E-2 CAUCE<br>SAN JUAN, PR 00926 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 128798 | $ 380,149.40 |
| | Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. | | | | | |

## Tricentésima Quincuagésima Séptima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY 11590 | 5/4/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 10607 | $ 8,229.99 |
| | Base para: El Demandante pretende reclamar una obligación fundada en la presunta propiedad de bonos de COFINA y, por lo tanto, pretende recuperar montos que la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) no está obligada a pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y cancelaron conforme al Plan y a la Orden de Confirmación Enmendada. | | | | | |
| 6 | HERNAIZ RAMOS, JOSE FELIPE<br>URB FLORAL PARK<br>207 CALLE SAN ANTONIO<br>SAN JUAN, PR 00917 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153080 | $ 5,140.00 |
| | Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 7 | ORTIZ SANTIAGO, WILSON<br>COND LA ALBORADA<br>2201 APT 11301<br>COTTO LAUREL, PR 00780 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8826 | $ 416,500.06 |
| | Base para: El reclamante invoca, en parte, una obligación fundada en una supuesta titularidad de Bonos del BGF sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. | | | | | |
| 8 | PETER J & SUSAN J DESCHENES JT TEN<br>136 HOLLY PT.<br>LITTLETON, NC 27850 | 3/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3212 | $ 40,000.00 |
| | Base para: El reclamante pretende invocar una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | |
| 9 | SILVA COLL, MARIA J<br>VILLA CAPRI<br>1166 CALLE CATANIA<br>RIO PIEDRAS, PR 00924 | 10/9/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176649 | $ 68,515.00 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| 10 | SMYTH, RAOUL<br>1724 N. CHUMASH<br>ORANGE, CA 92867 | 5/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 163842 | $ 90,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quincuagésima Séptima Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación [«ACT»], que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Demandante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 11 | SUPER PLASTICO, INC.<br>CALLE COMERIO 206<br>BAYAMON, PR 00959-5358 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27799 | $ 1,249,906.50 |
| | Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. El Demandante también reclama, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por dicho Estado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de Reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por dicho Estado. | | | | | |
| 12 | VALDIVIESO, ADA R.<br>P.O. BOX 1144<br>PENUELAS, PR 00624-1144 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20512 | $ 15,000.00 |
| | Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el ERS, que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Además, la Evidencia de Reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no tiene obligación de pagar, pues se reclaman intereses sobre una o más obligaciones que no están garantizadas por dicho Estado. | | | | | |
| 13 | VINCENTE GONZALES, HAROLD D.<br>526 TINTILLO HILLS RD.<br>GUAYNABO, PR 00966 | 5/18/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 29810 | Indeterminado* |
| | Base para: El Demandante pretende reclamar una obligación fundada en la presunta propiedad de bonos de COFINA y, por lo tanto, pretende recuperar montos que la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) no está obligada a pagar, pues los reclamos (1) se acordaron y conciliaron conforme a la Orden de Resolución y (2) se liquidaron y cancelaron de conformidad con el Plan y la Orden de Confirmación Enmendada. | | | | | |
| | | | | | TOTAL | $ 3,512,851.83* |

* Indica que la reclamación contiene montos por liquidar o indeterminados