## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Tricentésima trigésima octava objeción global**

## Tricentésima Trigésima Octava Objeción Global
### Anexo A: Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS COMPANY<br>P O BOX 53860<br>AZ 24 02 19<br>PHOENIX, AZ 85072 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 986 | $ 16,290.00 |
| | Base para: La Evidencia de Reclamo reclama una obligación fundada en una propiedad no reclamada. Los registros del Departamento de Hacienda indican que dicho reclamo se pagó en su totalidad mediante el cheque n.° 00245728 de fecha 20/11/2018. | | | | | |
| 2 | ROSA FONTANEZ, PABLO<br>HC 6 BOX 14109<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 120450 | $ 293,208.90 |
| | Base para: Los registros del Departamento de Corrección y Rehabilitación indican que la sentencia adeudada a Pablo Rosa Fontanez, por $220,161.71, se pagó en su totalidad.  Este monto difiere del monto original acordado por las partes en el plan de pagos original, pues el sr. Fontanez utilizó más días del número acumulado de días que le correspondía y, por lo tanto, el monto de la conciliación se redujo en proporción a ello. | | | | | |
| 3 | TAMRIO, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13069 | $ 129,673.72 |
| | Base para: En la Evidencia de Reclamo se reclama una obligación con base en las Facturas n.° T20171009004R, 2017.18.09005R, 2017301006R, 2017301007R, 2017301008R, 2017100201R, 2017100202R y 2017100205R. En los registros del Departamento de Transportación y Obras Públicas, dichas facturas aparecen abonadas en su totalidad conforme a los cheques n.° 00224267, 00223871, 00224266, 00224268, 00224269, 00237967, 00238499 y 00238498 con fecha 13/7/2018, 12/7/2018, 13/7/2018, 13/7/2018, 07/13/2018, 26/9/2018, 28/9/2018 y 28/9/2018, respectivamente. | | | | | |

|  | | | | | TOTAL | $ 439,172.62 |