# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Thirty-Fifth Omnibus Objection**

## Three Hundred and Thirty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALL GREEN CLEANING & MAINTENANCE LLC<br>P.O. BOX 3200<br>SAN SEBASTIAN, PR 00685 | 05/21/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173991 | $ 64,450.40 | ALL GREEN CLEANING & MAINTENANCE LLC<br>P.O. BOX 3200<br>SAN SEBASTIAN, PR 00685 | 05/20/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174026 | $ 64,450.40 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | CARRION DIAZ, NEVADA EDDA<br>CONDOMINIO TROPICANA 601A<br>CALLE TARTAK 5890<br>CAROLINA, PR 00979-5903 | 05/26/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174032 | $ 22,230.00 | CARRION DIAZ, NEVADA EDDA<br>CONDOMINIO TROPICANA 601A<br>CALLE TARTAK 5890<br>CAROLINA, PR 00979-5903 | 05/26/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174053 | $ 22,230.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | CRESPO SEPULVEDA, CELEDONIO T.<br>#90 CALLE PEDRO PABON<br>MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173864 | $ 68,880.00 | CRESPO SEPULVEDA, CELEDONIO T.<br>#90 CALLE PEDRO PABON<br>MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173875 | $ 68,880.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 07/29/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174424 | $ 483,760.98 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 07/29/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174436 | $ 483,760.98 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | GONZALEZ LUCIANO, MARIA D<br>HC-01 BOX 4074<br>ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 125898 | Undetermined* | GONZALEZ LUCIANO, MARIA D<br>HC-01 BOX 4074<br>ADJUNTAS, PR 00601 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 57822 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Thirty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | ORTIZ MESTRE, MEDELICIA<br>HC 02 BOX 11236<br>HUMACAO, PR 00791-9317 | 03/25/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179157 | Undetermined* | ORTIZ MESTRE, MEDELICIA<br>HC 02 BOX 11236<br>HUMACAO, PR 00791-9317 | 01/07/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179014 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7 | SERRANO HERNANDEZ, NELSON<br>HC69 BOX 15732<br>BO. GUARAGUAU ABAJO<br>BAYAMON, PR 00956 | 04/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179184 | Undetermined* | SERRANO HERNANDEZ, NELSON<br>HC69 BOX 15732<br>BO. GUARAGUAU ABAJO<br>BAYAMON, PR 00956 | 03/23/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179187 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |