# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima trigésima quinta objeción global**

Tricentésima Trigésima Quinta Objeción Global
Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 ALL GREEN CLEANING & MAINTENANCE LLC P.O. BOX 3200 SAN SEBASTIAN, PR 00685 | 05/21/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173991 | $ 64,450.40 | ALL GREEN CLEANING & MAINTENANCE LLC P.O. BOX 3200 SAN SEBASTIAN, PR 00685 | 05/20/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174026 | $ 64,450.40 |
| Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 2 CARRION DIAZ, NEVADA EDDA CONDOMINIO TROPICANA 601A CALLE TARTAK 5890 CAROLINA, PR 00979-5903 | 05/26/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174032 | $ 22,230.00 | CARRION DIAZ, NEVADA EDDA CONDOMINIO TROPICANA 601A CALLE TARTAK 5890 CAROLINA, PR 00979-5903 | 05/26/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174053 | $ 22,230.00 |
| Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 3 CRESPO SEPULVEDA, CELEDONIO T. #90 CALLE PEDRO PABON MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173864 | $ 68,880.00 | CRESPO SEPULVEDA, CELEDONIO T. #90 CALLE PEDRO PABON MOROVIS, PR 00687 | 05/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 173875 | $ 68,880.00 |
| Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 4 GENESIS SECURITY SERVICES, INC. LUIS L. TORRES-MARRERO PO BOX 195075 SAN JUAN, PR 00919-5075 | 07/29/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174424 | $ 483,760.98 | GENESIS SECURITY SERVICES, INC. LUIS L. TORRES-MARRERO PO BOX 195075 SAN JUAN, PR 00919-5075 | 07/29/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174436 | $ 483,760.98 |
| Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 5 GONZALEZ LUCIANO, MARIA D HC-01 BOX 4074 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 125898 | Indeterminado* | GONZALEZ LUCIANO, MARIA D HC-01 BOX 4074 ADJUNTAS, PR 00601 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 57822 | Indeterminado* |
| Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Trigésima Quinta Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 ORTIZ MESTRE, MEDELICIA<br>HC 02 BOX 11236<br>HUMACAO, PR 00791-9317 | 03/25/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179157 | Indeterminado* | ORTIZ MESTRE, MEDELICIA<br>HC 02 BOX 11236<br>HUMACAO, PR 00791-9317 | 01/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179014 | Indeterminado* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 SERRANO HERNANDEZ, NELSON<br>HC69 BOX 15732<br>BO. GUARAGUAU ABAJO<br>BAYAMON, PR 00956 | 04/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179184 | Indeterminado* | SERRANO HERNANDEZ, NELSON<br>HC69 BOX 15732<br>BO. GUARAGUAU ABAJO<br>BAYAMON, PR 00956 | 03/23/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179187 | Indeterminado* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.