**ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima cuadragésima tercera objeción global**

## Tricentésima Cuadragésima Tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO ACEVEDO, DEBORAH<br>PALMAS DE MONTEBELLO<br>APTO 401<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79229 | $ 5,359.92 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 2 | ALVAREZ ECHEANDIA, KAREM M.<br>1 COND. JARD. SAN FCO APT. 411<br>SAN JUAN, PR 00927 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 127662 | $ 39,575.46* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 3 | ARROYO CAMACHO, EVELYN<br>HC 3 BOX 9866<br>PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 126315 | $ 21,513.83* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 4 | ARROYO CAMACHO, EVELYN<br>HC 3 BOX 9866<br>PENUELAS, PR 00624 | 6/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 126302 | $ 21,513.83* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra la Autoridad de Carreteras y Transportación de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 5 | CASTRO ROMERO, JOSE V.<br>BOX 1108 CALLE MAGUIE GONZ # 35<br>MOCA, PR 00676-1108 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70753 | $ 19,097.16 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 6 | CINTRON ORTIZ, JUANA J<br>URB QUINTAS DE CABO ROJO<br>201 CALLE CANARIO<br>CABO ROJO, PR 00623-4232 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 73245 | $ 70,000.00* |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | COLON CINTRON, HECTOR M.<br>URB. BRISAS DEL PRADO<br>BUZON 2008<br>SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 126252 | $ 13,370.40 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CORCHADO, ERIC LOPEZ<br>URB. LAS TERRENAS<br>156 CALLE CORALINA<br>VEGA BAJA, PR 00693-8907 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57188 | $ 1,337.77 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CRUZ MORALES, EVARISTO<br>URB. EL CEREZAL CALLE GUADIANA 1608<br>SAN JUAN, PR 00926 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 160123 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DIAZ GARCIA, NAYDA E.<br>CALLE 14 B 14 URB SANTA RITA<br>VEGA ALTA, PR 00692 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77035 | $ 15,851.59 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DOMINGUEZ CALDERON, JACQUELINE<br>COND TORRES ANDALUCIA<br>TORRE 1 APT 911<br>SAN JUAN, PR 00926 | 7/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147798 | $ 27,681.94 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DURAN COLLADO, GRACE<br>CALLE 15 #601<br>PARCELAS HILL BROTHERS<br>SAN JUAN, PR 00924 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74739 | $ 27,405.49 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | FELICIANO PEREZ, DANIEL<br>HC 59 BOX 6805<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70045 | $ 6,450.67 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 14 | FEMANDEZ MALDONADO, NEREIDA<br>PO BOX 2234<br>VEGA BAJA, PR 00694-2234 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 144911 | $ 40,000.00* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 15 | GARABITO DIAZ, KARMY JEANNETTE<br>CIUDAD UNIVERSITARIA<br>K-17 CALLE 5<br>TRUJILLO ALTO, PR 00676 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49884 | $ 14,844.07* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 16 | GARABITO DIAZ, ZAHIRA MAXIM<br>#B28A CALLE<br>3 RINCON ESPANOL<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87891 | $ 12,500.00* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 17 | GONZALEZ DOBLE, MANUEL<br>24 MILMOHR COURT<br>NORTHPORT, NY 11768 | 4/12/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4853 | $ 8,800.96 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 18 | GONZÁLEZ VARGAS, DAMARIS<br>HC 60 BOX 12272<br>AGUADA, PR 00602 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71123 | $ 8,371.54 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | HERNANDEZ ORTIZ, LUIS R<br>URB. VENUS GARDENS<br>AW10 PIEDRAS NEGRAS<br>SAN JUAN, PR 00926 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17989 | $ 34,825.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 20 | HERNANDEZ RODRIGUEZ, EDWARDO<br>P.O. BOX 9300806 RIO PIEDRAS STATION<br>SAN JUAN, PR 00928 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 158849 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 21 | LAZARINI GARCIA, ROSA E<br>PO BOX 905<br>GUANICA, PR 00653 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109460 | $ 5,018.78 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 22 | MARQUEZ CURBELO, MARINA<br>PO BOX 475<br>HATILLO, PR 00659 | 7/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 160013 | $ 3,873.63* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 23 | MARTINEZ RUIZ, SANDRA<br>URB VISTA AZUL S 27 CALLE 23<br>ARECIBO, PR 00612 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 83582 | $ 18,369.41 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 24 | MARTINEZ, MARIA<br>2T-22<br>CALLE HIEDRA<br>UB. LOMAS VERDES<br>BAYAMON, PR 00956 | 6/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38418 | $ 21,609.60 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

## Tricentésima Cuadragésima Tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | MELENDEZ RODRIGUEZ, AMARILIS<br>BOX 162<br>TOA ALTA, PR 00954 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 128180 | $ 30,000.00* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 26 | MELON BONILLA, CARMEN L<br>159 CALLE DOMENECH<br>ISABELA, PR 00662 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28742 | $ 3,469.28 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 27 | PAGAN, LUIS NIEVES<br>URB COUNTRY CLUB<br>QK2 CALLE 531<br>CAROLINA, PR 00982-2012 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17966 | $ 389.83 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 28 | PEREZ JIMENEZ, JOSE M.<br>URB. VILLAS DE CANEY F-19<br>CALLE AGUEYBANA<br>TRUJILLO ALTO, PR 00976 | 6/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70218 | $ 23,489.49* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 29 | PLANAS CABRERA, ARLLENE<br>URB VILLAS DEL RIO CANAS<br>1326 C/ PADRE SANTIAGO GUERRA<br>PONCE, PR 00728-1946 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39819 | $ 23,044.02* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 30 | QUINONES NIEVES, LUIS HERIBERTO<br>2433 CALLE GRAN VIA<br>PONCE, PR 00717 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 116689 | $ 8,165.87* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | QUINONES ROSADO, EDNA M<br>2591 CALLE BIRIJI<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167546 | $ 32,155.28* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | RAMIREZ MELENDEZ, CARMEN C<br>URB SANTA JUANA 3<br>CALLE 9  W-5<br>CAGUAS, PR 00725 | 5/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23227 | $ 10,629.18* |

Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | REYES LOPATEGUI, LILLIAM<br>ESTANCIAS DEL CARMEN<br>CALLE TENDAL 2055<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111261 | $ 30,235.47 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | REYES RIVERA, LENA<br>377 ESTERO CT<br>SAFETY HARBOR, FL 34695 | 3/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2109 | $ 2,909.00 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | REYES RIVERA, LENA<br>377 ESTERO CT<br>SAFETY HARBOR, FL 34695 | 3/12/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 1819 | $ 1,000.00 |

Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | RIOS, ANABELLE GRACIANO<br>1173 CALLE ESMERALDA<br>LAS PRADERAS<br>BARCELONETA, PR 00617 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53285 | $ 39,973.88* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | RIVERA BAEZ, ARNALDO<br>COND GOLDEN VIEW PLAZA<br>APT 608 MODESTA #503<br>SAN JUAN, PR 00924 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11216 | $ 24,031.15 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 38 | RIVERA BERRIOS, IGDANIA<br>DIANA SE-3 LEVITTVILLE<br>TOA BAJA, PR 00949 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 97786 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 39 | RIVERA HERNANDEZ, GLORIA<br>377 JUAN A DAVILA ST<br>URB ROOSEVELT<br>SAN JUAN, PR 00918 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115288 | $ 3,484.25 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 40 | RODRIGUEZ ALEJANDRO, ANGELA MARIA<br>URB. VEREDAS DEL RIO II<br>#15 CALLE RIO CAMPO<br>TOA ALTA, PR 00953-9003 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 118206 | $ 11,194.66* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 41 | RODRIGUEZ CLAS, SHEILA<br>URB LAS TERRENAS<br>156 CORALINA<br>VEGA BAJA, PR 00693 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64407 | $ 5,502.94 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 42 | RODRIGUEZ DIAZ, MARILYN<br>URB. SAVANNAH REAL<br>#205 C PASEO BARCELONA<br>SAN LORENZO, PR 00754 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25288 | $ 69,226.72 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | RODRÍGUEZ LUGO, VIVIANA M. O30 CALLE PUERTO RICO VILLAS DEL CAFETAL II YAUCO, PR 00698 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49586 | $ 35,646.44* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 44 | RODRIGUEZ ZORAIDA, VIVES PO BOX 2126 MAYAGUEZ, PR 00681 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 131857 | $ 35,000.00* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 45 | ROMAN, TERESA BAEZ URB MONTECASINO 101 CALLE LAUREL TOA ALTA, PR 00953 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 76691 | $ 30,721.55* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 46 | ROSADO HERNANDEZ, AWILDA URB REXVILLE D G 9 CALLE 27 BAYAMON, PR 00957 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 49680 | $ 23,792.67 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 47 | ROSADO MARTINEZ, RUBEN HC-2 BOX 39553 CABO ROJO, PR 00623 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161749 | $ 822.05 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 48 | ROSADO SUAREZ, CRISTINA VIRGEN 2433 CALLE GRAN VIA PONCE, PR 00717 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 116832 | $ 10,815.94* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

## Tricentésima Cuadragésima Tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | RUIZ MILLAN, AGAPITO<br>198 PROL CALLE LUNA<br>SAN GERMAN, PR 00683 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30290 | $ 10,561.60 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 50 | SALAS PEREZ, GLORIA E.<br>BOX 1108 CALLE MAGUIE GONZ # 35<br>MOCA, PR 00676-1108 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70416 | $ 16,662.53 |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 51 | SANCHEZ RODRIGUEZ, MARISELA<br>HC 01 BOX 6022<br>SANTA ISABEL, PR 00757 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140850 | $ 21,032.38 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 52 | SANCHEZ, EDWIN TORRES<br>EDIF LA TRINIDAD<br>CALLE CASTILLO #11<br>APT 1004<br>PONCE, PR 00730 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140938 | $ 705.69* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 53 | SANTIAGO CRUZ, JOSE L<br>618 PERLA ESTANCIA<br>SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 100584 | $ 25,118.76* |
| | Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 54 | SEDA PAGAN, MATHEAW<br>PARCELAS ELIZABETH 375 CALLE FLAMBOYAN<br>CABO ROJO, PR 00623 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 150579 | $ 2,119.52 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Cuadragésima Tercera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | SERRANO QUILES, LILLIAN<br>D-3 CALLE 1, TOA ALTA HEIGHTS<br>TOA ALTA, PR 00953 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46305 | $ 15,379.73 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | SOTOMAYOR CARRASQUILLO, NINOTCHKA<br>2013 GLORIA OAK CT<br>ORLANDO, FL 32820 | 5/5/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9508 | $ 1,684.36 |

Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | TORRES MERCADO, MARILYN<br>PO BOX 387<br>PENUELAS, PR 00624 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 127223 | $ 8,875.94 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | TORRES TORRES, FELIPE<br>COND. MIRAMAR TOWER<br>CALLE HERNANDEZ # 721, APT. 12-H<br>SAN JUAN, PR 00907 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31203 | $ 107,044.76 |

Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | VARGAS SANCHEZ, EXOR M.<br>128 URB. PORTAL DEL VALLE<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45104 | $ 1,955.66 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

Tricentésima Cuadragésima Tercera Objeción Global
Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | VEGA, FRANKIE ORTIZ<br>URB. SABANA<br>K 10 COSTA RICA<br>SABANA GRANDE, PR 00637 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41260 | $ 2,333.01 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | TOTAL | $ 1,126,544.66* |