UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, *et al.*, <br><br> Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, *et al.*, <br><br> Defendants. | Adv. Proc. No. 20-00005-LTS |

**JOINT INFORMATIVE MOTION OF AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, THE BANK OF NEW YORK MELLON, U.S. BANK TRUST NATIONAL ASSOCIATION, AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO, <u>PURSUANT TO THE COURT'S ORDER DATED JANUARY 20, 2021</u>**

Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company ("FGIC", and collectively with Ambac, the "Monolines"), The Bank of New York Mellon ("BNYM"), U.S. Bank Trust National Association ("U.S. Bank", and collectively with the Monolines and BNYM, the "Defendants"), and the Financial Oversight and Management Board for Puerto Rico (the "Board"), as Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth" or "Debtor") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Discovery in Connection with Motions of the Commonwealth of Puerto Rico, By and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims* (ECF No. 15656) (the "Rule 56(d) Order"),[2] which ordered the Board and Defendants (the "Parties") to jointly file an informative motion proposing a supplemental summary judgment briefing schedule, together with agreed page limitations, following the completion of discovery authorized thereunder.

1. On January 20, 2021, the Court issued the Rule 56(d) Order. The Rule 56(d) Order authorized discovery into specified topics and provided that, within seven days "of the completion of discovery, the parties are directed to jointly file an informative motion proposing a supplemental summary judgment briefing schedule pursuant to this Order, together with agreed page limitations." (Rule 56(d) Order at 12.)

2. Pursuant to a June 11, 2021, order of Judge Dein, the discovery period under the Rule 56(d) Order closed on June 11, 2021. (*See Order on Joint Status Report* (ECF No. 16962).)

---

[2] Unless otherwise indicated, all ECF numbers referenced herein refer to the docket in Case No. 17 BK 3283-LTS.

3. The Parties met-and-conferred on June 15 and June 18, 2021, concerning the structure of, and deadlines and page limitations for, the supplemental summary judgment briefs and reached certain agreements.

4. The Board has represented that it is not seeking at this time to add new statements of undisputed material facts to its existing summary judgment motions. The Parties have agreed that, on or before July 16, 2021, Defendants will file supplemental briefs opposing the summary judgment motions, including any amended counter-statements of undisputed material fact and statements of additional material facts, reflecting what Defendants contend to be the relevant facts that discovery has revealed.

5. On or before August 13, 2021, the Board will file its responses to Defendants' submissions. Defendants' position is that they should be entitled to file further response briefs to the Board's supplemental briefs, to the extent that the Board raises any new arguments or cites additional facts in further support of its motion. The Board disagrees with Defendants' position that Defendants should be entitled to file sur-replies to the pending summary judgment motions. The Parties reserve all rights on this issue, and agree to defer resolution of this issue, if it arises at all, until after the Board files its responsive submissions. This schedule is without prejudice to Defendants requesting leave to file a response to the Board's (or any other party's) submissions or the Board's right to oppose such a request.

6. With respect to page limitations, the Parties have agreed as follows:

   a. supplemental briefs in the HTA Adversary Proceeding will be limited to 55 pages per side;

   b. supplemental briefs in the PRIFA Adversary Proceeding will be limited to 35 pages per side; and

  c. supplemental briefs in the CCDA Adversary Proceeding will be limited to 25 pages per side.

  7. Defendants will endeavor to file a single consolidated brief in each Adversary Proceeding. Any substantive separate briefs filed by Defendants will count against Defendants' page limits set forth in paragraph 6, above. The Board similarly will endeavor to file a single consolidated brief in each Adversary Proceeding, depending on how many briefs Defendants file. If the Board files separate briefs in any of the Adversary Proceedings to address separate briefs filed by Defendants, the aggregate page limits described in paragraph 6, above, will apply. Any substantive separate briefs filed by AAFAF or the UCC will also count against the Board's page limits set forth in paragraph 6, above. Joinders filed by any party that merely specify which paragraphs of a principal brief that party adopts shall not count against page limits.

  8. In the HTA Adversary Proceeding, the DRA Parties[3] may file a separate brief of up to 7 pages by no later than July 30, 2021, which will not count against either side's page limit. These page limitations are consistent with the page limitations permitted under Judge Dein's intervention order. (*See Order*, Adv. Proc. 20-00005-LTS (ECF No. 41) at 6). The DRA Parties reserve the right to seek additional pages, but the Parties respectfully note that they would oppose any such application. The DRA Parties further reserve the right to seek leave to respond to the Board's supplemental brief, and the Parties reserve the right to oppose such request.

  9. Consistent with the Court's Case Management Order, these page limits cover only memoranda of law, not declarations or exhibits. The Parties have agreed that any declarations

---

[3] "DRA Parties" refers to AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC.

filed pursuant to Federal Rule of Civil Procedure 56(d) will be limited to factual contentions, not pure legal argument, which shall be included in the memoranda of law.

10. The Parties propose that the Court schedule a further hearing on the summary judgment motions for the week of September 13, 2021, or as soon thereafter as convenient. The Parties request that the Court not schedule a hearing for September 16, 2021, due to religious observances.

WHEREFORE, the Parties respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A.

Dated: June 18, 2021
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
Martin A. Sosland (admitted *pro hac vice*)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
Email: martin.sosland@butlersnow.com

James E. Bailey III (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

5

**RIVERA, TULLA AND FERRER, LLC**

By: /s/ *Eric A. Tulla*
    Eric A. Tulla
    (USDC-DPR No. 118313)
    Email: etulla@ riveratulla.com
    Iris J. Cabrera-Gómez
    (USDC-DPR No. 221101)
    Email: icabrera@ riveratulla.com
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Telephone: (787) 753-0438
    Facsimile: (787) 767-5784

**SEPULVADO, MALDONADO & COURET**

By: /s/ *Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

**HOGAN LOVELLS US LLP**

By: /s/ *Ronald Silverman*
    Ronald Silverman, Esq.
    Michael C. Hefter, Esq.
    390 Madison Avenue
    New York, NY 10017
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100
    ronald.silverman@hoganlovells.com
    michael.hefter@hoganlovells.com

***Attorneys for U.S. Bank Trust National Association, in its Capacity as Trustee to PRIFA Bondholders***

**REED SMITH LLP**

By: /s/ *Jared S. Roach*
    Luke A. Sizemore (admitted *pro hac vice)*
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: lsizemore@reedsmith.com
          jroach@reedsmith.com

***Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders***

**O'NEILL & BORGES LLC**

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 15205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

**PROSKAUER ROSE LLP**

/s/ *Michael A. Firestein*
Martin J. Bienenstock
Jeffrey Levitan
Ehud Barak
(Admitted *Pro Hac Vice*)

Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       jlevitan@proskauer.com
       ebarak@proskauer.com

Michael A. Firestein
Lary Alan Rappaport
(Admitted *Pro Hac Vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
       lrappaport@proskauer.com

***Attorneys for the Financial***
***Oversight and Management Board,***
***as Representative of the Commonwealth***

7

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com