14 DE JUNIO DE 2021

JUNTA DE SUPERVISION Y ADMINISTRACION

FINANCIERA PARA PUERTO RICO

NUMERO 17 BK 3283-LTS

PROMESA NUMERO DE RECLAMACION 158688

NUMERO ESTADO DE PRIORIDAD 503 (b)(a)

SALUDOS:

  POR LA PRESENTE ESTOY SOLICITANDO : PUESTO DE RECLAMACION, PASOS POR MERITOS, AÑOS DE SERVICIOS, QUINQUENIO, PUESTO DE SUPERVISION INTERINA, LOS CUALES NUNCA HAN SIDO OTORGADOS POR EL GOBIERNO DE PUERTO RICO.

LA LEY PROMES EXIGEN AL GOBIERNO LOS PAGOS DE RETIRO DE LOS EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

GRACIAS ANTICIPADAS,

*[signature: Daisy Ivonne Martir Rodriguez]*

DAISY IVONNE MARTIR RODRIGUEZ

PO BOX 5236

SAN SEBASTIAN, PR.00685

2021 JUN 17 PM 4:04
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



Daisy Ma[...]
PO Box 5236
San Sebastian, PR 00685



SAN JUAN PR 009

14 JUN 2021 PM 2 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 17 PM 4:04

SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, P.R. 00918-1767

00918-999955