IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

**JOINDER TO OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) DISCLOSURE STATEMENT FOR THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF COMMONWEALTH OF PUERTO RICO [DOCKET 17017] AND AMBAC ASSURANCE CORPORATION TO THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO [DOCKET 17-18]**

**TO THE HONORABLE COURT:**

COME NOW, Salud Integral de la Montaña, Inc. (SIM), through its undersigned attorney and respectfully states as follows:

**I. INTRODUCTION**

1. After reviewing the UCC and Ambac Assurance Corporation's objections to the disclosure statement filed by the Financial Oversight and Management Board of Puerto Rico, dockets 17017 and 17018 respectively, movant wishes to join said objections.

WHEREFORE: SIM requests from the Honorable Court that it take notice of this motion for joinder.

Respectfully submitted on this 21st day of June, 2021.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com