IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of,<br><br>COMMONWEALTH OF PUERTO RICO, THE EMPLOYYES RETIRREMENT SYSTEMOF THE GOVERNMENT OF THE COMMONWEAH F PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY.<br><br>Debtors | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>DESCO VIEQUES, 30% + 10.5% = 40.5% REPAYMENT PLAN = EXIT FOR PUERTO RICO DEBT FREE |

**MOTION TO FILE EXHIBIT #1: COPY OF THE 535 DOCUMENTS TO BE FILE AT THE U.S. CONGRESS THE WHITE HOUSE AND THE DEPARTMENT OF JUSTICE
ALSO SUBMITTING, DEVELOPMENT SOCIOECONOMIC AND CONSERVATION
FIDEICOMISO OF VIEQUES DESCO, INC., BOARD RESOLUTION WITH THE COMMUNITY SIGNATURES**

Respectfully, submitting a copy of the Document to be filed in the Federal House and Senate, the White House, and the Department of Justice, 150 Pennsylvania Ave. Washington, DC, next week. It is imperative for the Federal Government to know, that there is an EXIT to achieve Puerto Rico Debt Free.

Please the honorable court must acknowledge that we are from Vieques, and the Clerk was not available last June 15th, 2021, 10:00 AM, at the moment of Filing and here we stand, to complete the proceedings.

Respectfully submitted on the 17 days of June of 2021.

Yashei Rosario, President & Chairman
& Development Socioeconomic and Conservation
Fideicomiso of Vieques DESCO, Inc.
HC 2 Box 12914 Vieques, PR 00765
(787) 903-3233
Vieques.codesu@gmail.com