| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF PUERTO RICO |

| | | |
|---|---|---|
| 3 | IN RE: | PROMESA |
| 4 | THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | TITLE III |
| 5 | as representative of, | No. 17 BK 3283-LTS |
| 6 | COMMONWEALTH OF PUERTO RICO, THE EMPLOYYES RETIRREMENT SYSTEMOF THE GOVERNMENT OF THE COMMONWEAH F PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY. | (Jointly Administered) |
| | Debtors | VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. |

**MOTION TO OPOSITION TO THE RESTRUCTURATION PLAN OF THE $100 BILLION FISCAL DEBT DISMEMBERING WHAT IS LEFT OF PUERTO RICO.
WE THE PEOPLE OF VIEQUES WOULD LIKE TO KNOW HOW MUCH VIEQUES OWE?**

**DEPTORS PROPOSAL:** YASHEI ROSARIO, PRESIDENT AND CHAIRMAN OF DEVELOPMENT SOCIOECONOMIC & CONSERVATION FIDEICOMISO OF VIEQUES DESCO, INC. 396702. ROSARIO OFFERS HER **30%** AS THE CREATOR OF THE DEVELOPMENT AND CONSERVATION PLAN OF VIEQUES, COPYRIGHTED AND COPY FILED AT CASE: 17-1103-FAB, CASE: 17-1940-WGY AND CASE 17-2320-CCC. ADDITIONALLY, THE **10.5% IVU-TAX** = **40.5%** EXCLUSIVE REPAYMENT PLAN EXIT, TO PAY THE $100 BILLION FISCAL DEBT. THE OPOSITION IS THAT THE OVERSIGHT BOARD RESTRUCTURATION PLAN HURTS THE PUERTO RICAN, FORCING AN EXUDUS.

**VIEQUES ACKNOWLEDGED,** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the Oversight Board), as sole representative of the Commonwealth of Puerto Rico, (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority, ("PBA"), pursuant to section 315(b), of the Puerto Rico Oversight, Management, and Economic Stability Act, (PROMESA). DESCO, also pursuit section 315(b), seeking the Economy Stability Act, for Puerto Rico Debt Free as soon as possible because the We the People cannot resist this hardship anymore and the Oversight Board Restructuration Plan is not good enough.

Respectfully, the honorable court may acknowledge, DESCO's offer presentation as a Repayment Plan, pursuing to pay off the $100 Billion Fiscal Debt, but the Development Organization of Vieques needs a Federal Loan for $15 Million to accomplished, **PUERTO RICO DEBT FREE:**
   **VIEQUES AS A REAL ESTATE ASSETS TO THE SHAREHOLDERS, GOT NO DEVELOPMENT ROSARIO, AS PRESIDENT & CHAIRMAN OF DESCO, IS WILLLING TO DONATE HER 30% TO PAID NOT JUST FOR WHAT VIEQUES OWE BUT THE ENTIRE $100 BILLION DEBT. IN EXCHANCE, DESCO WANTS THE AUTHORIZATION UPON THE ELECTORAL COMMISSION TO CELEBRATE THE TERRITORIAL PLEBISCITE FOR U.S. CONGRESS MAY ENACT LEGISLATION THAT WOULD TREAT VIEQUES AS AN INCORPORATED TERRITORY APART FROM PUERTO RICO = VIEQUES STATE 51/52 = HAWAII VS PALMYRA ATOLL.**

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 1 OF 11

# DESCO CREATED A THEME PARK AS THE LAST CHANCE OPPORTUNITY
## EXALTING WHO WE ARE AS AFRICAN CARIBBEAN AMERICAN
## HACIENDA LA PERLA HISTORY THEME PARK
### WITH SUCH A SPLENDIT HISTORY, CULTURE AND DANCES



**EL IVU DEL PLAN DE DESARROLLO SOCIOECONÓMICO DE VIEQUES PAGA Y SALDA LA DEUDA DE CONTROL FISCAL**
PERO SALVA VIDAS "TENGA RECORD PENAL O NO"
LOS CONTRATAREMOS PORQUE SERÁ ESA ÚLTIMA OPORTUNIDAD
**HACIENDA LA PERLA HISTORY THEME PARK**

LAS HACIENDAS ERAN DE TRABAJO ESCLAVISTA
Y EN VIEQUES TRANFORMAREMOS ESE CONCEPTO

○ LA CRIMINALIDAD ES UN YUGO DE ESCLAVITUD QUE LLEVA LA DELANTERA DESTRUYENDO JÓVENES PORQUE DEJAMOS DE SER ALTERNATIVA DE CAMBIO. CREAREMOS MÁS DE 5,000 EMPLEOS DIRECTOS E INDIRECTOS "ÚNICOS" ARTÍSTICOS E INNOVADORES, DE MANEJO DE TODAS LAS OPERACIONES. HACIENDA LA PERLA VALIDARÁ EL DESARROLLO SOCIOECONÓMICO DE VIEQUES PERO SU FIN ES LLEGAR A TIEMPO A LAS VIDAS DE LA JUVENTUD, DESERTORES DE ESCUELAS CON HIJ@S PORQUE HAY HAMBRE EN VIEQUES, Y QUE HA NADIE LES IMPORTAN SI SE ACUESTAN SIN COMER, Y ESAS JÓVENES MADRES LLORAN, Y UNA JOVEN DE 25 AÑOS CON SEIS (6) NOS LLAMÓ CLAMANDO POR UNA OPORTUNIDAD Y VIVEN DEL MANTENGO FEDERAL. TRABAJAREMOS CON EL DEPARTAMENTO DE JUSTICIA PARA CREAR UN SISTEMA DE PAROLE PARA JÓVENES VIEQUENSES EN PRISIÓN.

○ LA PERLA HISTORY THEME PARK, TRANSFORMARÁ A "LOS NADIES" DE LA POESÍA DE EDUARDO GALEANO:
"LOS QUE VALEN MENOS QUE LA BALA QUE LOS MATA"

**DESCO WILL TARGET THE YOUNGSTERS LIVING IN POVERTY TO MINIMIZE CRIME AND WELFARE TO LESS THAN 5% PARTICIPANTS RESPONDING TO THE U.S. TAXPAYERS CLAIM**

2008 – 2012" VIEQUES WON THE TRAVEL & LEISURES MAGAZINE PRIZE



**2008 – 2012 VIEQUES GANÓ**

**EL PREMIO DE LA MEJOR ISLA Y LA MÁS ROMÁNTICA DEL CARIBE DE LA REVISTA TRAVEL + LEISURES**
TODOS BAILARON Y CELEBRARON PERO SOLO ESTA SERVIDORA LEYÓ EL MENSAJE Y ORGANIZÓ A DESCO DEVELOPMENT SOCIOECONOMIC AND CONSERVATION FIDEICOMISO OF VIEQUES, INC. CREADO SU SUBSIDIARIA HACIENDA LA PERLA HISTORY THEME PARK
INDICÓ: "VIEQUES SOLO NECESITA UN POCO DE DESARROLLO"

AS THE BEST ISLAND OF THE ISLAND OF THE CARIBBEAN AND THE MOST ROMANTIC AND THE SAID THAT ALL VIEQUES NEED IT WAS A LITTLE DEVELOPMENT BECAUSE THE TOURISM, LOVE IT GREEN. BUT IN THERMS OF MERCHANDIZING, WHAT COULD BE USED AS THEME FOR RECREATIONAL ATRACTIONS? WE ARE MORE THAN JUST HOTELS AND BEACHES.
**LET US TRANSFORM THE PAIN AND SORROWS, INTO A MAGNIFICENT CARIBBEAN HISTORY SAGA.**

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 2 OF 11

YES, VIEQUES HAS CRIME BECAUSE THE NATIVE VIEQUENSES YOUNGSTERS WITH CHILDREN DOES NOT HAVE JOBS AND THE WELFARE CHECK IS NOT ENOUGH, AND LIFE FIND THE WAY TO SURVIVE. BUT DESCO CREATED "HACIENDA LA PERLA HISTORY THEME PARK" TO CREATE ENCHANTING AND INNOVATIVE JOBS OPERATING THE ATRACTIONS AND BECOMING MEMBERS OF THE FORLKLORIC BALLET FOR $10 P/H VS CRIME = THEY WILL SURRENDER THE GUNS TO JOIN DESCO'S WORKING TEAM REDUCING THE WELFARE PARTICIPANTS TO LESS THAN 5%, JOINING THE UNIVERSITY OF VIEQUES.



THE HUMANITARIAN UNIVERSITY OF VIEQUES GREEN CAMPUS

WILL BE ONE OF THE AMENITIES FOR TOURING BECAUSE WILL BE SOLAR AND COMPLETELY SELF SUSTAINABLE. IF YOU MAY NOTICE THE DOME ROOF WILL BE A MOVIE SCREEN TO PROJECT



THE PLANETARIUM AND THE DIGITAL ACUARIUM

THE TOURISM WILL ENJOY HELPING THE SELF SUSTAINABLE UNIVERSITY AND EVERY AMENITY WILL GENERATE THE 30% AND 10.5% IVU-TAX =

30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN = PUERTO RICO DEBT FREE

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 3 OF 11

RESPECTFULLY, IF SOMEBODY ELSE MAY BE WILING TO GIVE UP ALL THEY OWN EXCLUSIVELY, TO PAY FOR THE FISCAL DEBT. MAY FEEL FREE TO CRITIZE.



EL VIEQUES CITY PASS, 10 AMENIDADES ECO AMIGABLES 7 DÍAS = $150

SIETE (7) PABELLONES DE HISTORIA COMO EPCOT:

TAINO, ESPAÑOL, ÁFRICA, RECREAMOS LA SIEMBRA DE CAÑA E ILUSTRES VIEQUENSES

VIEQUES, U.S. NAVY -MARINA

UNIFORMES DISEÑO, PATRONES Y COSTURA CADA PABELLÓN DE HISTORIA TENDRÁ UNA MACHINAS ROLLERCOASTER ©

TODO PROPIEDAD DEL PUEBLO DE VIEQUES

THE CARIBBEAN HISTORY WILL BE REPRESENTED IN SEVEN (6) HISTORY PAVILLIONS AND CUBA, DOMINICAN AND PUERTO RICO WERE MIX WITH THREE (3) RACES: TAINO ARAWAK INDIANS, SPAIN AND AFRICANS, FAMOUS PEOPLE HISTORY PAVILION, VIEQUES HISTORY PAVILION, AND THE U.S. NAVY-MARINES PAVILION

WE'VE GOT THE MOST AMAZING HISTORY



ALCALDE Y LEGISLATURA MUNICIPAL TENEMOS QUE DARLE VIDA EL ÁREA DEL ROMPEOLAS VÉALO ATRACADO AL EXTREMO IZQUIERDO COSTERO PARTE PASIVA DEL ROMPEOLAS

30 DE DICIEMBRE DE 2020 FUIMOS A WASHINGTON, DC Y SOLICITAMOS AL CONGRESO, QUE CUANDO EL PORTAMONES THEODORE ROOSEVELT TERMINE HORAS Y SEA DECOMIZADO, QUE EL MISMO SEA DONADO A DESCO VIEQUES = PORQUE DESCO ES EL PUEBLO VIEQUENSE NATIVO

COMO EL PABELLÓN DE HISTORIA DEL U.S. NAVY -MARINES ENTIÉNDASE QUE ESTO NO FUE UNA FANTASÍA PARA EL ESTADO DE NEW YORK, "EL PORTAMONES INTREPID SEA" AND SPACE MUSEUM, LES FUE DONADO

LA FÉ ES CREER EN TUS SUEÑOS Y LUCHAR HASTA QUE LOS REALICES Y FUIMOS A TODO LUGAR CREYENDO PORQUE LA BIBLIA DICE: "CAMINA POR FE Y NO POR VISTA" ... DIJO NELSON MANDELA, PARA LOS INCRÉDULOS DEL NO SE PUEDE "SON FANTASÍAS"

"NADIE CREE EN LAS COSAS HASTA QUE LAS VE HECHAS."

ALCALDE, LA UNIDAD PASARÁ POR UNOS PROCESOS DE LIMPIEZA Y NO SE ENTREGARÁ HASTA QUE SEA SEGURA.

DESCO BEGAN NEGOTIATIONS FOR THE AIRPLANE CARRIER THEODORE ROOSSEVELT IS GETTING CLOSER TO COMPLETE ITS HOURS OF SERVICE AND MAY BECOME THE U.S. NAVY-MARINE HISTORY PAVILION

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 4 OF 11

**1940-2003:** VIEQUES A COMMUNITY AS PRIVATE VIEQUES, WOMAN, ELDERLIES, HANDICAPPED, YOUNGTERS AND CHILDREN ALL AGES **SCREAMING**, FACING THE HORRORS OF MONSTERS IN THE MIDDLE OF THE NIGHT, IN WHICH FACED OVER 900,000 LIVE AMMUNITION BOMBING AND **WHY GOT NOTHING IN RETURN? WILINGLY OF UNWILLINGLY.**



### VIEQUES HISTORY PAVILION

ON MAY 1, 2003, PRIVATE VIEQUES COMPLETED THEIR MISSION AND WAS HONORABLE DISCHARGED FROM THEIR DUTIES. DESCO IS SEEKING, FOR A REWARD BUT CREATING A VERY PRODUCTIVE SOCIETY AS OWNERS OF THEIR OWN SELF SUSTAINABLE ECONOMY = VIEQUES POVERTY FREE.

**1940-2003:** PEARL HARBOR UNTIL IRAK, HELPED THE UNITED STATES TO ACHIEVED THE GREATEST MILITARY ACCOMPLISHMENT AND GOT NOTHING IN RETURN. LET US BUILD SOMETHING MAGICAL WITH SUCH AN AMAZING HISTORY PATHWAYS, AND RESCUE PUERTO RICO.

TODAY, THE HONORABLE COURT MAY GRANT DESCO, THE $15 MILLION FEDERAL LOAN TO BUILD THE INFRASTRUCTURE OF VIEQUES AND HELP THE COMMUNITY WITH A NEW WAY OF LIVING. LET'S HELP EACH OTHER, PLEASE, ASSIGNED A UNITED STATES TRUSTEE AS CONTROLLER ON THE $15 MILLION FEDERAL LOAN AND HELP DESCO BUILD THE FISCAL D EBT REPAYMENT PLAN AS THE PUERTO RICO RESCUING PROJECT.

WHAT'S THE NEXT SOLUTION TO PAY THE SHAREHOLDERS BUT HELPING EACH OTHER?
30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN EXIT = PUERTO RICO DEBT FREE.

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 5 OF 11

# HECHO EN VIEQUES = RESTORING THE SEWING INDUSTRY
## MADE IN VIEQUES, ALL SOUVENIRS, AND CLOTHING MANUFACTURE IN VIEQUES



**HECHO EN VIEQUES**    **VIEQUES PIER MALL — UN MALL EN EL MEDIO DEL MAR**

EN LA PRIMERA PLANTA SE VENDERÁN SOUVENIRS Y LICORES DUTY FREE = DELIVERY AL CRUCERO
Y LOS DISEÑORES DE MODAS INDUSTRIALES VIEQUENSES = DUTY FREE
Y VENDERÁN SUS LÍNEAS DE TRAJES DE BAÑOS Y ROPA PLAYERA CON EL LOGO DE **HECHO EN VIEQUES**

### THIS IS THE U.S. NAVY PIER AND WITH THE $15 MILLION LOAN

   

ESTE TERMINAL RUTA EXPRESO REPRESENTA EL EXITO DE LAS GENERACIONES DE VIEQUES 2050, 2099, 3050, 3099 HASTA EL FIN DEL MUNDO. MANTENIENDO NUESTRO TOQUE RÚSTICO ISLEÑO Y MAXIMIZANDO, NUESTRO ESTILO DE VIDA TROPICAL. CADA LADO DEBE TENER LA MISMA DIMENSION Y PODREMOS RECIBIR 6 CRUCEROS DIARIOS DE 6:00 AM - 9:00 PM 2,500 PASAJEROS = 15,000 DIARIOS X 7 DIAS = 105,000 VISITANTES SEMANALES.
**SUSTENTO ES VIDA**

EN LUGAR DE VER A VIEQUES COMO UN OBSTÁCULO * VEA: ¿COMO MEJORAR LA OFERTA TURÍSTICA?
**OFERTA CRUCEROS: SAN JUAN – VIEQUES – ISLAS VÍRGENES – BRITISH ISLANDS**

**ATRACAN DOS (2) CRUCEROS A CADA LADO — DIEZ (10) CRUCEROS DIARIOS**
BASADO EN EL MERCADEO DE FANTASÍA DE DISNEY, SEA WORLD, BUSCH GARDEN Y UNIVERSAL

- 10 CRUCEROS X 4,000 PASAJEROS = 40,000 X $150 = $6,000,000 X 7 = $42,000,000 X 52 SEMANAS = $2,184,000,000 X 10.5% IVU = $229,320,000
- NO TOQUEN A PUERTO RICO = EL IVU PAGA LA DEUDA FISCAL DE PUERTO RICO = $229,320,000
- $2,184,000,000 X 5% POR TITULARIDAD DE TIERRAS PERPETUAMENTE = $109,200,000 +
- $2,184,000,000 X 1% IVU MUNICIPAL = $21,810,000 = $131,010,000 GANANCIA MUNICIPAL ANUAL DEL ROMPEOLAS

DESCO WILL BRING AN OCEANIC ENGINEER FROM CALIFORNIA TO BUILD
THE VIEQUES PIER MALL
A MALL IN THE MIDDLE OF THE OCEAN
THE FRIST FLOOR WILL BE AN INDUSTRIAL FASHION DESIGN SCHOOL
AND A SEWING INDUSTRIAL PLANT TO MANUFACTURE
BEACH CLOTHING WITH THE LOGO "HECHO EN VIEQUES"
BENEATH THE VIEQUES PIER MALL

**30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN**

$2,184,000,000 MINIMUM EARNING AT THE PIER – IVU-TAX
10.5 IVU-TAX $229,320,000 + $131,010,000 = $360,330,000
$2,184,000,000 - $360,330,000 = DESCO $1,823,670,000

$1,823,670,000 X 30% = $547,101,000 + $229,230,000 = $776,331,000

**$776,331,000 REPAYMENT PLAN JUST ON CRUISES**

20,000 VISITORS ON GROUND X $150 = $3,000,000 X 7 DAYS

$3,000,000 X 7 DAYS = $21,000,000 X 52 WEEKS = $1,092,000,000

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 6 OF 11

$1,092,000,000 \times 10.5\%$ IVU-TAX = $114,660,000

$1,092,000,000 \times 1\%$ MUNICIPAL = $10,920.00

$1,092,000,000 - $125,840.00 = $109,074,160 \times 30\%$ = $32,722.248

$776,331,000 + $114,660,000 + $32,722.248 = $923,713,248

$923,713,248 REPAYMENT PLAN - GROUND-CRUISES

DESCO ESTIMATES $1 BILLION YEARLY

HOW MUCH VIEQUES OWE?

$100 BILLION / 78 MUNICIPALITIES = SPLITTED EQUALLY

$1,282,051,282.00 EACH MUNICIPALTY'S DEBT

30% + 10.5% IVU-TAX = 40.5% = FISCAL DEBT REPAYMENT PLAN

PUERTO RICO DEBT FREE



SEGUNDA FASE DEL ACUARIO PRESENCIAL

COPYRIGHTS * DISEÑO DE INGENIERO MARINO CALIFORNIANO QUE LLEVA ESPERANDO 15 AÑOS ENTIÉNDASE QUE NO TOCARÁ EL ROMPEOLAS

LA VERJA LÍMITE DEL BALNEARIO TENDRÁ UNA MAYA HASTA EL FONDO Y LAS ESPECIES NO ENTRARÁN PERO LOS TURISTAS PODRÁN CAMINAR POR EL FONDO DEL MAR Y LO ESPECTACULAR ES VER LAS ESPECIES SIN REMOVERLAS DE SU HABITAT...

VEA EL MERCADEO VENTA DE TRAJES DE BAÑOS Y ROPA PLAYERA

VEA AL ALCALDE, VICE ALCALDE, SECRETARIO Y JAEMY EVALUANDO CON "CAPITÁN JULIO"

1940 -2003: DESPUÉS DE VARIAS VIDAS ENTRE BOMBAS LOS VIEQUENSES SERÁN LOS DUEÑOS DE TODO Y LIBRES DE LA POBREZA

DESIGN COPYRITHED BY OCEANIC ENGINEER FROM CALIFORNIA 15TH YEARS AGO TRAVELED TO VIEQUES TO EXAMINE THE JOB AND SINCE THEN WAITED TO BUILD THE OCEANIC FACILITIES IN THE ISLAND

VIEQUES BALNEARY AND THE AQUARIUM



THE OCEANIC ENGINEER WILL SEALED THE BOTTOM OF THE OCEAN AND THE TOURISM WILL WALKED BENEATH THE OCEAN APART OF THE SPECIES SAFELY

30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN
PUERTO RICO DEBT FREE

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 7 OF 11

Case 3:20-cv-01307-CCC Document 13 Filed 12/23/20 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YASHEI ROSARIO,

Plaintiff,

v.                                          CIVIL NO. 20-1307 (CCC)

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO, et al,

Defendants.

ORDER

Plaintiff Yashei Rosario brought this case against the Commonwealth of Puerto Rico seeking to lift the Title III PROMESA automatic stay in Civil Case No. 17-2320. (Docket No. 3). Plaintiff further asks the Court to authorize and order a territorial plebiscite to determine the political status of the island municipality of Vieques, Puerto Rico. Id. United States District Judge Laura Taylor Swain upheld the automatic stay. (Docket No. 10). Therefore, the Court is left to decide solely the territorial plebiscite issue.

The plebiscite claim presents an insurmountable justiciability issue under the political question doctrine. A controversy involves a political question when there is "a textually demonstrable constitutional commitment of the issue to a coordinate political department[.]" Zivotofsky ex rel. Zivotofsky v. Clinton, 566 U.S. 189, 195 (2012) (quoting Nixon v. United States, 506 U.S. 224 228 (1993) (quotation marks omitted). This case involves such a political question. Entertaining Plaintiff's claim would indispensably require this Court to make a policy decision that would, in turn, usurp the constitutional prerogative of Congress to make needful rules and

VIEQUES GAS
ISABEL SEGUNDA

PANADERÍA
LA VIEQUENSE

EL MAMBO
MINI MARKET

MAMA MÍA
RESTAURANT

LA HIELERA
MARTINEAW

SUPERDESCUENTO
MORALES
MONTE SANTO

BIEKÉ
CONTRACTOR

PLACITA
REYES
VEGETABLE AND
FRUITS PLANTATION

RINCÓN
DEL SABOR

EL LOCAL
00765-V
ISABEL SEGUNDA

SUPERMERCADO
MORALES
ISABEL SEGUNDA

DESCO VIEQUES
COMMUNITY BOARD

FAMILY MARKET
CENTRO AHORROS

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 8 OF 11

Case 3:20-cv-01307-CCC   Document 13   Filed 12/23/20   Page 2 of 2

Case No. 20-1307 (CCC)

regulations as to United States territories. U.S. Const. art. IV, § 3, cl. 2. As a result, Plaintiff's complaint at Docket No. 3 must be dismissed for failure to state a claim.[1]

This ruling in no way precludes Congress from enacting legislation that would treat Vieques as a U.S. territory apart from Puerto Rico. In fact, there is precedent for this. In 1959 when Hawai'i was admitted as a state, Palmyra Atoll, which was part of the territory of Hawai'i, remained a separate incorporated possession. See Gustavo A. Gelpí, Insular Cases: A Comparative Historical Study of Puerto Rico, Hawai'i, and the Philippines, Fed. Law., 23, (March/April 2011).

**SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of December 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge

---

[1] A district court may dismiss a complaint *sua sponte* for failure to state a claim when amending the complaint's allegations would be futile. Gonzalez-Gonzalez v. United States, 257 F.3d 31, 37 (1st Cir. 2001).

2

Respectfully, the honorable court may compare the Oversight Fiscal Board Restructuration Plan **PATCHING** the Fiscal Debt of Puerto Rico vs **DESCO 30% + 10.5% IVU-TAX = 40.5% Repayment Plan**, in which also pursuit section 315(b), seeking the Economy Stability Act, and achieve PUERTO RICO DEBT FREE. It may take 100 Years to pay it in full but will be 100 Years of tranquility and Economy Stability for as long, the Commonwealth of Puerto Rico, politicians do not have access, *REQUESTING A FEDERAL ACCOUNTING TRUSTEE* to administrate **DESCO 30% + 10.5% IVU-TAX = 40.5% Repayment Plan = PUERTO RICO DEBT FREE**. Respectfully, hopefully, the honorable court may help DESCO with the $15 million Federal Loan.

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 9 OF 11

# 1940-2021: 81 Years of Non-Development Damages

In which Government/Commonwealth of Puerto Rico's Politicians never granted a little Economic Development to Vieques Island in which the community was/is forced to spend a huge percentage of their lifetime floating in ferries, sustaining somebody else's municipality's economy, becoming very an extraordinarily rich Metropolis in which the Native Vieques who paid the highest price helping the United States on the creation of the Best Soldiers who defended the American Way of Living since Pearl Harbor through Iraq. Facing for 63 years, over 900,000 live ammunitions bombing and never saw one dime in which Guam before Pearl Harbor had the proper Economic Development. 1940 – 2003: Vieques Naval Training Range.

AFTER 81 YEARS that Vieques was left behind struggling spending a huge percentage of their lifetime FLOATING IN FERRIES, Governor Pedro Pierluisi last May 2021 (while DESCO filed a Lawsuit vs Electoral Commission of Puerto Rico for Suppressing the Voting Rights for the Viequenses), signed his Execute Law 2021-031but the question is, why he did not do it while he was Commissioner Resident or as Secretary of the Department of Justice of Puerto Rico but when DESCO filed the Lawsuit at the Puerto Rico Court System and also left behind.



**FERRY PASSENGERS WAITING FOR BOARDING**
SITTING AT THE SEWAGE WATER DRAINAGE AT THE OLD FERRY PORT STATION AT THE MUNICIPALITY OF FAJARDO PORT, PR.

**81 YEARS VIOLATING THE VIEQUENSES INALIENABLE RIGHTS.** While People who does not live in Vieques decide on the community's future themselves." Vieques got enough and Pierluisi instead of giving the Priority for the Economic Development to local organizations legally established in Vieques, opened the doors to everyone, who never stopped by before to help Vieques. Other Municipalities in bankruptcy like Arecibo wants to build "Vieques Mall" when DESCO is completely legal and did tremendous sacrifices to stand in Court today, with an Amazing Proposal to rescue Puerto Rico. Roberto Clemente's son offered to build **"Ciudad Deportiva 2" in Vieques** in which he forgotten his father dream **"Ciudad Deportiva 1,"** in Carolina. Roberto Clemente left his legacy to his son, and the Property is completely abandoned in Clemente's hometown, Carolina.

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 10 OF 11

**DESCO created and EXIT** for Puerto Rico but also an Exit for Vieques, respecting Honorable Judge Gustavo Gelpi's Order. Palmyra Atoll was/is inhabited and was INCORPORATED to the United States. Vieques did a tremendous Military Sacrifices for the United States National Security and got nothing in return. Once again, the native viequenses here they stand, asking the honorable court to Grant DESCO, the Financial Assistance to build, **DESCO, 30% + 10.5% IVU-TAX = 40.5% = REPAYMENT PLAN = PUERTO RICO DEBT FREE.**

And to established of the Viequenses are Excluded of the Bill of Rights, and as Americans who faced over 900,000 live ammunitions bombing whom IN THE EYES OF THE GOD IN WHOM WE TRUST, Vieques were also excluded of the terms of Thomas Jefferson declaration, that All Men Are Created Equal and the INALIENABLE RIGHTS ARE NOT NEGOTIABLES.

The Viequenses have *NO VOTING RIGHTS* and 1940 – 2021, for past 81 years, their inalienable rights are restrained, *NO RIGHT TO LIFE, LIBERTY AND THE PURSUIT OF HAPPYNESS.* Respectfully asking the United States Congress, ARE WE, THE PEOPLE OF VIEQUES ENTITLE to life, liberty, and the pursuit of happiness on our own through a Territorial Plebiscite, now based on Judge Gustavo Gelpi's Order as precedent: *HAWAII VS PALMYRA ATOLL.*

1. **VIEQUES, MAY STAY AS A DOUBLE COLONY OF PUERTO RICO AND WRONGFULLY ADMINISTRATED. YES OR NO.**

2. **30% + 10.5% IVU-TAX = 40.5% = FISCAL DEBT REPAYMENT PLAN VIEQUES WILL NOT BE A BURDEN TO THE UNITED STATES VIEQUES STATE 51/52. YES OR NO.**

Regardless, if Puerto Rico is to become an Independence Country or State 51, the Problem is not the Commonwealth, but their Politicians, from $70 Billion, at filing PROMESA TITLE III, and they increased to $100 Billion. Rosario will collaborate tremendously but what about them? Vieques is a double colony, Colony of the United States since the Treaty of Paris, in which Spain treated Vieques as a Republic, with their own Governor Teofilo Jose Jaime María Leguillou and in the days of the Sugar Cane Industry: "Vieques had a better economy, than Puerto Rico."

Becoming a Colony of Puerto Rico, on the **Foraker Law of 1900, the Government of Puerto Rico,** crushing, Vieques Economy to the dust. *Rosario is giving up her 30%, to give a rest to the Puerto Rican Families, to bring the Doctors back home and for Vieques.* Maybe, the Commonwealth's Politicians, may offer the **30% of their salaries**, for Puerto Rico.

Vieques will not be a Burden to the United States and will relief Puerto Rico but regardless of the determination of U.S. Congress, DESCO is presenting a Solution to RESCUE PUERTO RICO, AND THE ONLY WAY IS PAYING THE $100 BILLION FISCAL DEBT. THERE IS NO OTHER WAY, WE HAVE TO PAY.

**WHAT'S THE NEXT SOLUTION TO PAY THE SHAREHOLDERS BUT HELPING EACH OTHER?**

RESPECTFULLY COMES NOW, ON THE 17TH DAY OF JUNE OF 2021

_____
Yashei Rosario, President and Chairman
DESCO, Inc.& Development Socioeconomic
& Conservation Fideicomiso of Vieques
DESCO, Inc.
HC 2 Box 12914 Vieques, PR 00765
(787) 903-3233 * Vieques.codesu@gmail.com

VIEQUES CLAIM: VIEQUES STATE 51/52, ACCORDING TO EX-CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI ORDER, ON 12/23/2020. RESPECTFULLY ASKING FOR A FEDERAL LOAN FOR $15 MILLION TO BE INVESTED ON THE DESCO DEVELOPMENT AND CONSERVATION PLAN. THE LOAN WILL HELP DESCO ON THE CONSTRUCTION OF HACIENDA LA PERLA HISTORY THEME PARK, AS THE REPAYMENT PLAN OF THE FISCAL DEBT OF PUERTO RICO ONLY EXIT. DESCO, RESTORING THE PUERTO RICAN FAMILIES, PURSUING PUERTO RICO'S DEBT FREE STABILITY. FILING THE PROPOSAL: U.S. CONGRESS 535 COPIES FEDERAL HOUSE & SENATE. SERVED ON 12/17/2021 AT THE OFFICE OF THE UNITED STATES TRUSTEE. - 11 OF 11