(Guayama, Puerto Rico

Junta de Supervisión y Adm. Financiera
Tribunal de Distrito de los Estados Unidos
Sala 3 Oficina 150
Ave. Carlos Chardón
San Juan, Puerto Rico        00918-1767

Atención: Su Señoría
Laura Taylor Swain

Señores:

Por este medio deseo comunicarles que lamentablemente no podré asistir el día 15 de junio de 2021 a la cita solicitada.

La verdad es que no me encuentro preparada, no entiendo lo de Promesa III y no he podido contratar a un Abogado por muchas razones. Tengo una diabetes crónica, y del Huracán María para acá he tenido cuatro (4) operaciones, y más se me está evaluando una próxima en el Hospital Auxilio Mutuo relacionada con el pancrea o hígado.

El día 23 de abril de 2020, a las 12:20 del mediodía hice una llamada al 844-822-9231 y me contestó un señor (llamado Frank, entendí) y me comunicó no me preocupara ya que ésto era de una deuda vieja del país. De ahí en adelante he realizado docenas de llamadas al teléfono 844-822-9231; pero han sido infructuosas. Siempre los circuitos aparecen llenos.

Vivo de una pensión de $500.00 brutos y de mi Seguro Social de $891.00 trabajado en 25 años en el Gobierno de Puerto Rico; Departamento de Educación, y lo único que tengo es una casa que todavía la debo no está salda.

En el día de ayer (11-06-2021) me comuniqué con el teléfono (787) 764-8181, con una oficina de Co abogados de la Junta; pero la secretaria que contestó mi llamada me dijo que tenía que llamar al 844-822-9231; y ese teléfono siempre esta ocupado.

Agradeceré, muy respetuosamente, la posposición de la cita señalada si es posible para el mes de Septiembre 2021. Mi teléfono es (787) 686-6158.

Gracias.

Olga M. Lynn Morales
Olga M. Lynn Morales
Urb. Villamar
G-12 Calle Atlántico
Guayama, Puerto Rico 00784