

Urb Villamar
G12 Calle Atlantico
Guayama, PR 00784

Case:17-03283-LTS Doc#:17117-1 Filed:06/17/21 Entered:06/21/21 10:52:30 Desc: Envelope Page 1 of 1



Junta de Supervisión y Adm. Financiera
Tribunal de Distrito de los Estados Unidos
Sala 3 Oficina 150
Ave. Carlos Chardón
San Juan, Puerto Rico      00918-1767