# United States Court of Appeals
## For the First Circuit

Nos. 19-2231
  20-1279

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JORGE A. DIAZ MAYORAL; JUAN A. FRAU ESCUDERO

Movants - Appellants

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO

Debtor - Appellee

**MANDATE**

Entered: June 17, 2021

In accordance with the judgment of May 27, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia D. Alonzo
Ginger D. Anders
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Sarah G. Boyce
Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Raul Castellanos-Malave
Richard A. Chesley
Charles Alfred Cuprill
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Arturo Diaz-Angueira
Monique Diaz-Mayoral
Adele M. El-Khouri
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Jessica A. Figueroa-Arce
Michael A. Firestein
Carla Garcia-Benitez
Chad Golder
Michael R. Hackett
Mark David Harris
Vanessa Hernandez Rodriguez
Stephan E. Hornung
Lucas Kowalczyk
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Andres W. Lopez
Michael Luskin
Steve Y. Ma
Rachel G. Miller Ziegler

Case:17-03283-LTS Doc#:17323 Filed:06/21/21 Entered:06/21/21 13:29:04 Desc: Main
Document Page 3 of 3

Gabriel A Miranda-Rivera
Timothy W. Mungovan
Juanita Ortiz Garcia
Luis E. Pabon-Roca
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Paul V. Possinger
Juan Carlos Ramirez-Ortiz
Lary Alan Rappaport
Stephen L. Ratner
Moraima S. Rios-Robles
Edwin Rivera Bonilla
John E. Roberts
Jennifer L. Roche
Brian S. Rosen
Carlos Alberto Ruiz Rodriguez
Clarisa I. Sola-Gomez
Jose Alberto Sosa-Llorens
Laura E. Stafford
Donald B. Verrilli Jr.
Steven O. Weise
Maja Zerjal