## Exhibit A

**Schedule of Fourteenth ACR Designated Claims**

Case:17-03283-LTS Doc#:17128-1 Filed:06/21/21 Entered:06/21/21 18:13:09 Desc:
Exhibit A Page 1 of 6

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 979 | CLINICA DE MANEJO DEL DOLOR DR. CRAWFORD W. LONG C.S.P. | Tax Refund Claims | $ 278,649.00 |
| 1801 | CPALUISROD LLC | Tax Refund Claims | $ 3,205.00 |
| 2133 | OPEN SYSTEMS INC. | Tax Refund Claims | $ 23,372.00 |
| 2548 | PROFESSIONAL CREDENTIAL SERVICE INC | Tax Refund Claims | $ 78,110.00 |
| 3856 | BEBE STORES INC | Tax Refund Claims | $ 88,059.00 |
| 4002 | FREXULFE LLC | Tax Refund Claims | $ 4,119.00 |
| 4057 | TOLEDO, JOSE HECTOR | Tax Refund Claims | $ 297,876.00 |
| 4233 | DJS MAT INC | Tax Refund Claims | $ 7,031.00 |
| 5213 | BLUESTEM FILMS INC | Tax Refund Claims | $ 9,702.00 |
| 5607 | NOLLA AMADO, JUAN JOSE | Tax Refund Claims | $ 12,750.00 |
| 6259 | ACCION LABORAL UNITARIA Y DEFENSORA | Tax Refund Claims | $ 7,586.00 |
| 6502 | MARTINEZ SULSONA, SUCN RAUL | Tax Refund Claims | $ 10,834.00 |
| 6985 | CRUZ DIAZ, ANTONIO | Tax Refund Claims | $ 171,096.32 |
| 8247 | ENCODY INC | Tax Refund Claims | $ 14,024.49 |
| 8574 | GENERAL OPHTHALMOLOGY GROUP CSP | Tax Refund Claims | $ 15,853.00 |
| 9261 | PROFESSIONAL SERVICES NETWORK INC | Tax Refund Claims | $ 10,112.00 |
| 10180 | BANKRUPTCY ESTATE OF TACTICAL SECURITY POLICE FORCE, INC., CASE NO. 15-05575 | Tax Refund Claims | $ 20,058.00 |
| 10299 | SAP LEGAL PSC | Tax Refund Claims | $ 6,994.00 |
| 10855 | HQJ REAL ESTATE, LLC | Tax Refund Claims | $ 5,868.00 |
| 10952 | VITOL, INC | Tax Refund Claims | $ 13,816.34 |
| 10976 | FILISHA INC | Tax Refund Claims | $ 1,232.00 |
| 11471 | TRAFIGURA TRADING, LLC | Tax Refund Claims | $ 671,082.00 |
| 11697 | CCI GROUP LLC | Tax Refund Claims | $ 9,200.00 |
| 12551 | JRZ TRANSPORT INC | Tax Refund Claims | $ 35,066.00 |
| 13248 | MARTINEAU HOUSING AND BUILDING MANAGEMENT CORP. | Tax Refund Claims | $ 12,507.00 |
| 13504 | BERATUNG GROUP LLC | Tax Refund Claims | $ 73,323.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 13857 | MWR EMERGENCY GROUP LLC | Tax Refund Claims | $ 486.31 |
| 14121 | RHEINSCHMIDT TILE AND MARBLE INC | Tax Refund Claims | $ 5,000.00 |
| 14182 | ENVIROMENTAL INVENTORY & CONSULTING GROUP | Tax Refund Claims | $ 5,308.29 |
| 15367 | ENR SERVICE INC | Tax Refund Claims | $ 2,682.00 |
| 16200 | DANAUS TRUST | Tax Refund Claims | $ 1,991,478.00 |
| 16874 | ROJO CONSTRUCTION CORPORATION | Tax Refund Claims | $ 223,816.00 |
| 16921 | AM INSURANCE SERVICES, PSC | Tax Refund Claims | $ 5,110.00 |
| 17078 | AGILITY LOGISTICS CORP | Tax Refund Claims | $ 4,935.00 |
| 17352 | OWNED OUTCOMES, LLC | Tax Refund Claims | $ 45,424.00 |
| 17386 | SMART INSURANCE AGENCY VSJ, P.S.C. | Tax Refund Claims | $ 19,640.27 |
| 17565 | QUINTEROS, ALEJANDRO | Tax Refund Claims | $ 4,359.00 |
| 17666 | FRONTERA TACORONTE MD., CSP, NESTOR R. | Tax Refund Claims | $ 13,714.00 |
| 18067 | POWER COOLING | Tax Refund Claims | $ 96,275.05 |
| 18545 | RODRIGUEZ D'ANDREA, ANGELES M | Tax Refund Claims | $ 179,423.31 |
| 18807 | ROSA CARTAGENA, FELIX J. | Tax Refund Claims | $ 18,729.20 |
| 18832 | SCHINITZER PUERTO RICO, INC | Tax Refund Claims | $ 271,055.78 |
| 18839 | NEVARES GUILLERMETY, HECTOR G. | Tax Refund Claims | $ 59,551.33 |
| 19397 | LEARNING ALLIANCES, LLC | Tax Refund Claims | $ 251,458.23 |
| 19601 | ARCHITEK,PSC | Tax Refund Claims | $ 13,140.00 |
| 20077 | ARCO CAPITAL MANAGEMENT LLC | Tax Refund Claims | $ 139,659.18 |
| 20108 | PC G INT'L | Tax Refund Claims | $ 15,000.00 |
| 20182 | INSTITUTO DE OJOS & CIRUGIA PLASTICA CSP | Tax Refund Claims | $ 80,000.00 |
| 20330 | ASOMANTE MEDICAL GROUP | Tax Refund Claims | $ 152,312.78 |
| 20435 | GENETIC DIAGNOSTIC GROUP, C.S.P. | Tax Refund Claims | $ 26,478.86 |
| 20513 | THE NEW 5-7-9 AND BEYOND, INC. | Tax Refund Claims | $ 1,178,775.00 |
| 21390 | TECH DATA DE PUERTO RICO, INC. | Tax Refund Claims | $ 319,278.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 21392 | COMMSCOPE TECHNOLOGIES LLC | Tax Refund Claims | $ 22,120.00 |
| 21699 | OLIVENCIA VELAZQUEZ CPAS P S C | Tax Refund Claims | $ 1,416.00 |
| 21935 | COCINAS DISENO INC | Tax Refund Claims | $ 25,582.00 |
| 22258 | DIRECT SOLUTION, LLC | Tax Refund Claims | $ 113,654.00 |
| 22336 | RED VENTURES, LLC | Tax Refund Claims | $ 12,606.00 |
| 22664 | EXETER GROUP INC | Tax Refund Claims | $ 75,040.00 |
| 22696 | MONY LIFE INSURANCE COMPANY | Tax Refund Claims | $ 101,118.00 |
| 24058 | PPG PUERTO RICO, INC. | Tax Refund Claims | $ 520,869.40 |
| 24245 | PEREZ RIVERA, GABRIEL | Tax Refund Claims | $ 6,330.00 |
| 24726 | JMF DEFERRED COMPENSATION TRUST | Tax Refund Claims | $ 2,268.00 |
| 24787 | FAT, INC. | Tax Refund Claims | $ 26,602.00 |
| 25044 | EMPRESAS COLON AYALA INC. | Tax Refund Claims | $ 17,951.00 |
| 25997 | AMERICAN TELEMEDICINE CENTER CORP | Tax Refund Claims | $ 244,079.00 |
| 26112 | REYNALDO GARCIA INC | Tax Refund Claims | $ 21,136.00 |
| 27252 | SPECIALTY PAPER BAG CORPORATION OF PUERTO RICO, INC. | Tax Refund Claims | $ 11,894.77 |
| 28019 | BRISTOL /MYERS SQUIBB PR INC | Tax Refund Claims | $ 43,189.00 |
| 28060 | P P L MEDICAL CSP | Tax Refund Claims | $ 10,332.00 |
| 28496 | ZURICH AMERICAN INSURANCE COMPANY | Tax Refund Claims | $ 533,240.00 |
| 28860 | TOUCHSTONE WIRELESS LATIN AMERICA, LLC, D/B/A INGRAM MICRO MOBILITY | Tax Refund Claims | $ 319,815.00 |
| 29635 | JG DISH & CELLULAR INC | Tax Refund Claims | $ 12,028.00 |
| 29639 | SUCESION NORBERTO MEDINA-VELEZ, COMPOSED BY NORBERTO MEDINA-ZURINAGA, MARÍA MEDINA-ZURINAGA, AND YVONNE SILVA-MEDINA | Tax Refund Claims | $ 8,508.63 |
| 30794 | STEADFAST INSURANCE COMPANY | Tax Refund Claims | $ 6,597.00 |
| 31036 | HERNAN JR MACHADO TORRES PE PSC | Tax Refund Claims | $ 4,583.00 |
| 31051 | PROJECT MANAGEMENT CONSTUCTION CORP | Tax Refund Claims | $ 35,183.00 |
| 31102 | 3F AIR CONDITIONING & CONTRACTOR LLC | Tax Refund Claims | $ 8,907.00 |
| 31107 | PROJECT MANAGEMENT SERVICES PSC | Tax Refund Claims | $ 64,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---:|
| 31130 | INVERSIONES & CONSTRUCTORA R B GROUP | Tax Refund Claims | $ 2,334.00 |
| 31379 | CROWE HORWATH LLP | Tax Refund Claims | $ 1,325,323.00 |
| 31653 | LEGALITY INVESTIGATION & SECURITY SERVICE INC | Tax Refund Claims | $ 10,310.00 |
| 32049 | LOPEZ BERRIOS, ANGEL | Tax Refund Claims | $ 16,472.00 |
| 32119 | FIDELITY & DEPOSIT CO. OF MARYLAND | Tax Refund Claims | $ 6,089.00 |
| 33185 | TRC ENVIRONMENTAL CORPORATION | Tax Refund Claims | $ 22,806.00 |
| 33513 | HOTEL MARBELLA INC | Tax Refund Claims | $ 8,221.00 |
| 33924 | SERV DE SALUD PRIMARIO DE BARCELONETA | Tax Refund Claims | $ 71,758.05 |
| 35226 | SJS MNGT ASSOCIATES INC | Tax Refund Claims | $ 33,582.00 |
| 35656 | RDA LEGAL, PSC. | Tax Refund Claims | $ 4,524.00 |
| 36111 | DISTRIBUIDORA DE ALIMENTOS, INC. | Tax Refund Claims | $ 46,900.00 |
| 36183 | CLINICA DE MEDICINA DE FAMILIA DE CAYEY CSP | Tax Refund Claims | $ 5,598.00 |
| 36638 | SUCESION PHILIPPI FRANZ RAMIREZ DE ARELLANO | Tax Refund Claims | $ 1,895.00 |
| 39697 | CYCLE SPORTS CENTER INC | Tax Refund Claims | $ 18,053.00 |
| 40206 | GRAMIRA, LLC | Tax Refund Claims | $ 45,068.00 |
| 40211 | X-RAY DIAGNOSTIC CENTER, LLC | Tax Refund Claims | $ 161,122.00 |
| 40250 | EMPRESAS COLON AYALA INC. | Tax Refund Claims | $ 17,951.00 |
| 40288 | X RAY DIAGNOSTIC CENTER, INC. / X RAY EQUIPMENT, INC. | Tax Refund Claims | $ 28,189.00 |
| 40394 | ACRO SERVICE CORP | Tax Refund Claims | $ 221.00 |
| 41089 | SERVICIOS DE TRANSPORTACION JUAN CARLOS INC | Tax Refund Claims | $ 24,457.00 |
| 42907 | JORGE L IRIZARRY DOMINICCI Y MARIAN I ROIG FRANCESCHINI | Tax Refund Claims | $ 4,041.00 |
| 43711 | SUCESION LOURDES MONTALVO TORRES | Tax Refund Claims | $ 4,307.00 |
| 43921 | RED BUSINESS SUPPORT GROUP INC | Tax Refund Claims | $ 1,017.00 |
| 46225 | J J C INDUSTRIAL SERVICE | Tax Refund Claims | $ 17,612.00 |
| 47252 | AIMEE RAICES/ALFONOS ROSSY MILLAN | Tax Refund Claims | $ 5,921.00 |
| 48643 | JACOBS P.S.C | Tax Refund Claims | $ 50,836.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 48648 | COMUNIDAD AGRICOLA BIANCHI INC | Tax Refund Claims | $ 26,405.00 |
| 48896 | CPA RAFAEL EMMANUELLI COLON | Tax Refund Claims | $ 5,787.00 |
| 49640 | CORREA-RODRIGUEZ, JULIO F | Tax Refund Claims | $ 7,643.00 |
| 51358 | JOHN L. KORDASH AND JUDITH W. KORDASH | Tax Refund Claims | $ 60,534.00 |
| 52079 | CENTRO CLINICO DE VEGA ALTA CORP. | Tax Refund Claims | $ 24,117.00 |
| 64607 | JACKSON NATIONAL INSURANCE COMPANY | Tax Refund Claims | $ 68,492.00 |
| 66300 | SYSTEMAX PUERTO RICO | Tax Refund Claims | $ 1,771,862.00 |
| 67243 | CARLOS MONTOTO & MAGDALENA BLANCO | Tax Refund Claims | $ 54,262.00 |
| 70077 | NEWMECO, INC. AND/OR JEANNETTE SOTOMAYOR, PRES. | Tax Refund Claims | $ 4,500.00 |
| 73313 | EMG NETWORKS ALTERNATIVES INC | Tax Refund Claims | $ 4,366.00 |
| 76299 | LEDUCTECH SOLUTIONS INC. | Tax Refund Claims | $ 16,034.00 |
| 77261 | AVON PRODUCTS, INC. (PUERTO RICO BRANCH) | Tax Refund Claims | $ 1,455,260.00 |
| 79698 | TAUBMAN CENTERS, INC. | Tax Refund Claims | $ 56,766.00 |
| 80383 | EDWARDS LIFESCIENCES (CANADA) INC. | Tax Refund Claims | $ 16,837.00 |
| 82376 | BUMBLE BEE INTERNATIONAL, INC AND ITS SUCCESSORS AND ASSIGNS | Tax Refund Claims | $ 601,230.00 |
| 88744 | NEWMECO, INC. | Tax Refund Claims | $ 1,871.00 |
| 93712 | EDWARDS LIFESCIENCES PTY. LTD | Tax Refund Claims | $ 16,669.00 |
| 116060 | SANABRIA FIGUEROA, HARRY L. | Tax Refund Claims | $ 86,739.00 |
| 141036 | SENSE CORP. | Tax Refund Claims | $ 73,929.00 |
| 144442 | ENRIQUE FIGUEROA FERNANDEZ & NANCY POLA CARRILLO | Tax Refund Claims | $ 16,220.13 |
| 155829 | CABRERA HERMANOS, LLC | Tax Refund Claims | $ 25,562.00 |
| 159738 | ANGEL L. MEDERO VIDAL & FELICITA MORALES | Tax Refund Claims | $ 141,195.96 |
| 162580 | IGUINA DE LA ROSA CSP | Tax Refund Claims | $ 8,880.00 |
| 16923 | CENTRO DE CONSULTORIA MEDICA, CSP | Tax Refund Claims | $ 4,938.00 |