# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., | No. 17 BK 3283-LTS (Jointly Administered) |
| | This filing relates to the Commonwealth. |
| Debtors | |

**MOTION REQUESTING BRIEF EXTENSION OF SEVEN (7) WORKING DAYS TO RESPOND TO DEBTOR'S *THREE HUNDRED TWENTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS* (Docket No. 16647)**

TO THE HONORABLE COURT:

The Puerto Rico Land Administration, through the undersigned counsel, very respectfully prays for a brief enlargement of time of seven (7) working days, until July 1st, 2021, to be able to properly consider and address the objections raised by Debtor in its Three Hundred Twenty-First Omnibus Objection to Claim Nos. 50438 & 73021 of the Puerto Rico Land Administration (the "Claims"), one for $1,129,811.76 and the other for $36,386,620.57.

It was not until this past Friday, June 18, 2021, that - subject to the availability of all persons involved - the undersigned was able to confer with the third parties who could provide certain relevant information in connection with the alleged Designated Deposits. However, the Puerto Rico Land Administration still must confirm whether all or part of the monies in question were, at the relevant times, deposited with the Government Development Bank or with the Economic Development Bank for Puerto Rico. This is a threshold issue that needs to be clarified in order to assume a definite decision in connection with the Objection in question.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned and that a brief extension of seven (7) working days, until July 1, 2021, be granted

to the Puerto Rico Land Administration to consider and respond to the objection raised by Debtor in its Three Hundred Twenty-First Omnibus Objection.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, June 21, 2021.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants and attorneys of record.

**S/ CARLOS E. CARDONA-FERNÁNDEZ**
Carlos E. Cardona-Fernández
USDC-PR No. 217806
PO Box 810412
Carolina PR 00981-0412
Ph. (787) 550-9280
e-mail: carloscardonafe@hotmail.com