UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION OF AMBAC ASSURANCE CORPORATION
FOR LEAVE TO FILE SUPPLEMENTAL OBJECTION TO THE DISCLOSURE
STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN
<u>OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL.</u>

Upon consideration of the *Urgent Motion of Ambac Assurance Corporation for Leave to File Supplemental Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al*. (Docket Entry No. 17129, the "Urgent Motion");[2] and the Court having subject matter jurisdiction to consider the Urgent

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein have the meanings ascribed in the Urgent Motion.

Motion and the relief requested therein under 28 U.S.C. § 1331 and PROMESA § 306(a), 48 U.S.C. § 2166(a); and it appearing that venue in this district is proper under 28 U.S.C. § 1391(b) and PROMESA § 307(a), 48 U.S.C. § 2167(a); and due and proper notice of the Urgent Motion having been provided and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Urgent Motion establish just cause for the relief requested therein, the Court hereby ALLOWS the Urgent Motion and ORDERS THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Ambac is permitted to file a supplemental objection to the Disclosure Statement (the "Supplemental Objection") not to exceed **five (5) pages**, exclusive of the cover page, the signature page, and the certificate of service.

3. The Supplemental Objection must be filed by **Friday, June 25, 2021,** at **12:00 pm AST**.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

6. This Order resolves Docket Entry No. 17129 in Case No. 17-3283.

Dated: June 22, 2021

/s/ Laura Taylor Swain
Laura Taylor Swain
United States District Court Judge