```
Court Name: District Court
Division: 1
Receipt Number: PRX100077410
Cashier ID: arodrigu
Transaction Date: 06/22/2021
Payer Name: MORELL CARTAGENA DAPENA
------------------------------------
PRO HAC VICE
 For: MORELL CARTAGENA DAPENA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HAC VICE
 For: MORELL CARTAGENA DAPENA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MORELL CARTAGENA DAPENA
 Check/Money Order Num: 137470
 Amt Tendered:   $600.00
------------------------------------
Total Due:       $600.00
Total Tendered:  $600.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF STACY
DASARO & HOWARD S. STEEL

THRU: RAMON E. DAPENA
```

6 or 8 or 10 Tab Cut