RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 22 AM 8:53

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHTWAY AND TRANSPORTATION AUTHORITY<br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3567-LTS<br>(Jointly Administered) |

FIFTH SUPPLEMENTAL INFORMATIVE MOTION REGARDING NOTICES OF PARTICIPATION AND NOTICES OF APPEARANCE FILED IN CONNECTION WITH RELIEF TO BOND CLAIMS.

To the Honourable United States District Judge Laura Taylor Swain.

**IN** conform to the Federal Rule of Bankruptcy Procedures and the Fourteenth Amended Notice, Case Management, and Administrative Procedures [ECF No. 15894-1]. Plaintiff Mr. Roberto Pola[2], exposes concern of the Puerto Rico Public Building Authority ( **Departement de Autoridada de Carretera)** for expropriation of personal property and claims the debt as part of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA). (Exhibit A)

### PRELIMINARY STATEMENT

ON May 23, 2021, Plaintiff summited a claim under the United States District Court of the District of Puerto Rico again the Puerto Rico Hightway and Transportation Authority case no. 17-BK-03567, petition date May 21, 2017. (Exhibit A)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Plaintiff Mr. Roberto Pola, Bo. Angola No. 19 Carr. 132 Ponce Puerto Rico, 00731

**EXPOSITION.** The Puerto Rico Hightway and Transportation Authority under the authority of the COMMONWEALTH of PUERTO RICO DEPARMENT OF JUSTICE the authority of the Constitution of the Commonwealth of Puerto Rico, Article II Section 9 as addended by the U.S constitution, execute an expropriate the Plaintiff private property for the purpose construct a public road funded by the U.S. Federal Transportation[3].

FURTHER, the Puerto Rico Hightway and Transportation Authority estimates the expropriation property value of $224,900. (Exhibit A) However, Plaintiff contracting out expert which determine that the real property value is $674,783.00[4] (Exhibit B). This discrepancy create a disagreement between boths party with the Plaintiff exposed a legal allegation under the COMMONWEALTH OF PUERTO RICO Department of JUSTICE SUPREME COURT case no. KEF 2017-277-1003 to determine the property value.

AS A RESULT, The COMMONWEALTH OF PUERTO RICO Department of JUSTICE SUPREME COURT did not make determination this because the Puerto Rico Hightway and Transportation Authority claim a debt of $0.00 as part of the litigation process of the Puerto Rico Oversight, Management, and Economic Stability Act. (Exhibit C)

THE action of the Puerto Rico Hightway and Transportation Authority obturated the COMMONWEALTH OF PUERTO RICO Department of JUSTICE SUPREME COURT legal processes when the Commonwealth court try to get resolution of the cases and the COMMONWEATH agency presented under PROMESA a claim debt for the value of $0.00.

## CONCLUSION

For the foregoing reasons, the Court should issue an order in the form (i) granting relief from the PROMESA stay to permit the continuation of THE COMMONWEALTH OF PUERTO RICO Department of JUSTICE SUPREME COURT the litigation and establish a sentence of the expropriation property in question. (ii) granting relief from the PROMESA stay to the PROMESA did not interfere with a constitutional obligation for the COMMONWEALTH OF PUERTO RICO on executing the payment of the debt base on expropriation of personal property.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, today, June 14, 2021.

Mr. Roberto Pola Bota

Bo. Angola No. 19
Carr 132
Ponce, Puerto Rico

---

[3] Appear that the appropriation designated funds were for develop and construction.
[4] Plaintiff claim no. 34488