*Exhibit A* (handwritten)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form) / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación)

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☒ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

*2018 MAY 23  P 2:51*  RECEIVED *(stamp)*

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

*Roberto Pola Bota* (handwritten)

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor   *Roberto Pola / Roberto Isaías Pola Bota* (handwritten)

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

C/O: Ivette López Santiago
Name / Nombre
Cond. Darlington - Ofic 1103
Ave. Muñoz Rivera #1007
Number / Número    Street / Calle
San Juan     PR     00925-2725
City / Ciudad    State / Estado    ZIP Code / Código postal
787-381-6179
Contact phone / Teléfono de contacto
ilopezsantiago@yahoo.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

C/O: Ivette López Santiago
Name / Nombre
1d
Number / Número    Street / Calle
City / Ciudad    State / Estado    ZIP Code / Código postal
Contact phone / Teléfono de contacto
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☐ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**     Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Autoridad de Carreteras y Transportación de PR

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  S _____

---

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $_____. **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No
☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: **Dominio de parcela de terreno de**

Basis for perfection / Fundamento de la realización de pasos adicionales: <u>Art. II</u>
<u>Sección 9 Constitución de ELA de PR; y 5ta. Enm. Constitución EUA</u>

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____ *Valor por tasación

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____ --
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)\_\_\_\_\_ %
☐ Fixed / Fija
☒ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☑ No / No<br><br>☐ Yes. Identify the property /<br>  Sí. Identifique el bien: _____ |

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persòna que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  05/22/2018 _____(MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma_____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Ivette | | López Santiago |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo  Abogada  RUA 8393

Company / Compañía Bufete López Santiago

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  Cond. Darlington - Ofic 1103
Ave. Muñoz Rivera #1007

| | | | |
|---|---|---|---|
| Number / Número | Street / Calle | | |
| San Juan | PR | | 00925-2725 |
| City / Ciudad | | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto 787-381-6179 ____ Email / Correo electrónico ilopezsantiago@yahoo.com

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022
14 JUL '18
PM 13 L



In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 5/23/2018
Proof of Claim No.: 27848

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Lissette Pola Bota
c/o Ivette Lopez Santiago
Cond. Darlington - Ofic 1103 Ave.
Munoz Rivera #1007
San Juan, PR 00925-2725

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022
14 JUL '18

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 5/23/2018
Proof of Claim No.: 27335

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Jeannette Pola Bota
C/O: Ivette Lopez Santiago
Cond. Darlington- Ofic 1103
Ave. Munoz Rivera #1007
San Juan, PR 00925-2725

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022
10 JUL '18
PM 12 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 5/23/2018
Proof of Claim No.: 35309

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Lucia Bota vda. Isaias Pola Perez
c/o Ivette Lopez Santiago
Cond. Darlington - Ofic 1103
Ave Munoz Rivera #1007
San Juan, PR 00926

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

CDS 5 / 23 / 2018

| | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☒ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED 2018 MAY 23 P 2: 49

170328380007661

## Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Roberto Pola Bota

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor    Roberto Pola / Roberto Isaías Pola Bota
Otros nombres que el acreedor usó con el deudor

RECEIVED

MAY 25 2018

PRIME CLERK LLC

Claim Number: 34488

Proof of Claim

page 1

| 2. | Has this claim been acquired from someone else? | ☑ No / No |
| | ¿Esta reclamación se ha adquirido de otra persona? | ☐ Yes. From whom? Sí. ¿De quién? _____ |

| 3. | Where should notices and payments to the creditor be sent? | **Where should notices and payments to the creditor be sent?** ¿Adónde deberían enviarse las notificaciones al acreedor? | **Where should payments to the creditor be sent?** (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Roberto I. Pola Bota / Roberto Pola |
| | | C/O: Ivette López Santiago | C/O: Ivette López Santiago |
| | ¿A dónde deberían enviarse las notificaciones al acreedor? | Name / Nombre Cond. Darlington - Ofic 1103 Ave. Muñoz Rivera #1007 | Name / Nombre id |
| | Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Number / Número   Street / Calle San Juan   PR   00925-2725 | Number / Número   Street / Calle |
| | | City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
| | | 787-381-6179 | |
| | | Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| | | ilopezsantiago@yahoo.com | |
| | | Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

| 4. | Does this claim amend one already filed? | ☑ No / No |
| | ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ Yes. Claim number on court claims registry (if known) Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____ Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No / No |
| | ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ Yes. Who made the earlier filing? Sí. ¿Quién hizo la reclamación anterior?_____ |

Part 2 | Parte 2: **Part 2 | Parte 2:**  **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? | ☐ No / No |
| | ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.) Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.) Autoridad de Carreteras y Transportación de PR |

| 7. | Do you supply goods and / or services to the government? | ☑ No / No |
| | ¿Proporciona bienes y / o servicios al gobierno? | ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación: Vendor / Contract Number | Número de proveedor / contrato: _____ List any amounts due after the Petition Date (listed above) but before June 30, 2017: Anota la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ 112,464.00

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).   Ver Exhibit

---

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Tribunal Superior de San Juan

Expropiación Forzosa   KEF 2012-0277

---

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☐ No / No

☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir:   Dominio de parcela de terreno de 3,462.980 M²

Basis for perfection / Fundamento de la realización de pasos adicionales: Art. II
Sección 9 Constitución de ELA de PR; y 5ta. Enm. Constitución EUA

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien:   $ 107,109.00   *Valor por tasación

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ 112,464.00

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ --
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ $112,464.00

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) 1 %
☐ Fixed / Fija
☒ Variable / Variable

---

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

---

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 05/22/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Ivette | | López Santiago |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo: Abogada RUA 8393

Company / Compañía: Bufete López Santiago

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: Cond. Darlington – Ofic 1103
Ave. Muñoz Rivera #1007

| Number / Número | Street / Calle | | |
|---|---|---|---|
| San Juan | | PR | 00925-2725 |
| City / Ciudad | | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto 787-381-6179    Email / Correo electrónico ilopezsantiago@yahoo.com

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE PRIMERA INSTANCIA
### CENTRO JUDICIAL DE SAN JUAN
### SALA SUPERIOR

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO<br>**parte peticionaria**<br><br>V.<br><br>SUCN. ISAIAS POLA PEREZ Y OTROS<br>**parte con interés** | CIVIL NÚM.: **KEF2012-0277**<br>SALA: 1003<br><br>SOBRE:<br><br>EXPROPIACIÓN FORZOSA |

## RESOLUCIÓN

Considerada la "Moción solicitando cuarta enmienda al Exhibit A" presentada en el caso de epígrafe por la parte peticionaria, se declara la misma **Ha Lugar** y se ordena:

1) **dar por enmendado el Exhibit "A" que radicó con dicha Moción, el cual se hace formar parte de esta Resolución para todos los efectos legales.**

Esta Resolución es complementaria a la dictada por este Tribunal el 31 de octubre de 2012 y demás enmiendas, en todas aquellas partes que no conflijan con ésta.

REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico, a 9 febrero de 2015

**LETICIA D. ORTIZ FELICIANO**
**JUEZ SUPERIOR**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

## CUARTA ENMIENDA EXHIBIT "A"

Relación de la descripción de las propiedades a expropiarse, de la justa compensación a consignarse y de las personas y/o entidades con interés en este procedimiento.

## DESCRIPCIÓN DE LA PROPIEDAD OBJETO DE LA ACCIÓN

PARCELA NUM. 018-01   COD. NUM.: 388-000-004-13- Parte
RUSTICA: Predio de terreno localizada en el Barrio Pastillo del término Municipal de Ponce, con una cabida superficial de tres mil cuatrocientos sesenta y dos punto nueve ocho cero cero metros cuadrados (3,462.9800) equivalentes a cero punto ocho ocho uno cero (0.8810) cuerdas según mensura realizada por la Autoridad de Carreteras y Transportación, en lindes por el Norte, con Parcelas 017-01 y 019-02 a ser adquiridas; por el Sur, con el Río Pastillo; por el Este, con Parcelas 014-01, 015-01 y 017-01 a ser adquiridas; y por el Oeste, con el Río Pastillo.

Estructura 25
Estructura comercial  dividida en dos, barbería con un área superficial de 933 pies cuadrados, construcción mixta con techos de zinc, y área de venta de frituras con área superficial de 720 pies cuadrados construida en concreto y bloques.

La referida parcela se segrega de la Finca 21,341 inscrita al folio 197 del Tomo 879 de Ponce, Registro de la Propiedad Ponce, Sección II.

| PERSONAS Y/O ENTIDADES CON INTERÉS | COMPENSACIÓN |
|---|---|
| TERRENOS A ADQUIRIRSE | $96,300.00 |
| ESTRUCTURAS Y MEJORAS | $128,600.00 |
| Total | $224,900.00 |

I.   Dueños Registrales
   1. Isaías Pola Pérez, hoy cuya secesión se compone de:

   a. Lisette A. Pola Bota          Tel 787-612-3966
      Barrio Angola #19
      Carretra PR-132
      Ponce, PR 00728

   b. Jeanette Pola Bota            Tel 703-273-0621
      3701 Prince William Dr
      Fairfax, VA 22031-3876

   c. Roberto Pola Bota             Tel 787-655-9006
      42455 Angela Saye
      Ashburn, VA 20148

   2. Lucia Bota Vda de Isaias Pola Perez, en la cuota viudal usufructuaria
      Carr 132 Km 24.0
      Ext. Las Delicias
      Sector Angola
      Ponce, PR 00728

II.   Autoridad de Energía Eléctrica de Puerto Rico

El Estado Libre Asociado de Puerto Rico por concepto de contribuciones territoriales

Civil Número KEF 2012-0277(1003)
Página 2

Aunque en la Certificación Registral indica que no hay cargas registradas, ésta contiene una observación.

—Se observa que la folio 35, asiento 2, tomo 5 del Registro de Gravámenes federales de Ponce II, aparece anotado con fecha 26 de septiembre de 2007, un gravamen federal contra Cantera de Ponce c/o Felix R. Pola para responder por la suma de $4,828.65 bajo el número de notificación 389822307.

John Doe y Richard Roe, nombres ficticios que se emplean para designar cualquier persona y/o entidad desconocida con algún posible interés en este procedimiento.

FINALIDAD DE LA EXPROPIACIÓN
PROYECTO ACT 000915 PR-9 DESDE LA AVENIDA LAS AMÉRICAS HACIA PR-132
PONCE, PR

**LUIS G. PADILLA BRUNO**
Banco Cooperativo
Suite 705-A
623 Ave. Ponce de León
Hato Rey, PR 00917
787-525-0825
luisgpadilla@gmail.com

VIA CORREO ELECTRONICO: ilopezsantiago@yahoo.com

20 de mayo de 2018

Lcda. Ivette López Santiago

RE:  ACT v SUCN. ISAIAS POLA PEREZ
      K EF 2012-0277
      Tribunal Superior de San Juan
      Cómputo de Intereses

Estimada Lcda. López Santiago:

Le incluyo el cómputo de los intereses adeudados por la Autoridad de Carreteras y Transportación de Puerto Rico, en el caso de referencia.

Los mismos se estimaron, basados en la tasa de interés establecida por el Comisionado de Instituciones Financieras de Puerto Rico, sobre sentencias dictadas contra la ACT de PR.  Se consideró el periodo desde el 1 de junio de 2012 (fecha de radicación)  hasta el 21 de mayo de 2017.

Sobre la cifra de $642,652.00, se estimaron los intereses en $32,083.00, para un total de $674,735.00, considerando la fórmula establecida.

De la suma de principal e intereses, corresponde a los miembros de la Sucesión Pola Pérez, las participaciones que se desglosan, a continuación:

| Nombre | Principal | Intereses | Total |
|--------|-----------|-----------|-------|
| Lissette A. Pola Bota | $107,109.00 | $ 5,355.00 | $112,464.00 |
| Jeanette Pola Bota | $107,109.00 | $ 5,355.00 | $112,464.00 |
| Roberto I. Pola Bota | $107,109.00 | $ 5,355.00 | $112,464.00 |
| Lucía Bota vda. Pola | $321,325.00 | $16,066.00 | $337,391.00 |

Cordialmente,

LUIS G. PADILLA BRUNO
Tasador EPA 230
Certificación General  122

Exhibit B

# LUIS G. PADILLA BRUNO

*EVALUADOR PROFESIONAL DE BIENES RAÍCES*
**E.P.A. # 230; CG #122**

30 de junio de 2014

Lcda. Ivette López Santiago
Condominio Darlington, Oficina #1103
#1007 Ave. Muñoz Rivera
San Juan, Puerto Rico    00925

**INFORME DE VALORACIÓN**
**PARCELA DE TERRENO NUM. 018-01**
**UBICADA EN LA CARRETERA PR-132, KM 24.2**
**BARRIO ANGOLA DEL MUNICIPIO DE PONCE, PR**
**PROPIETARIO:   SUCESION ISAIAS POLA PEREZ**

Estimada licenciada López:

Cumpliendo con vuestra encomienda para que realizara una evaluación de la propiedad de referencia, le incluimos el Informe de Tasación en original y copia para el uso que tenga a bien disponer.

El Informe es el resultado de un análisis detallado de todos los factores inherentes a la propiedad y de las condiciones registrales en que se encuentra.

Sin otro particular al respecto, dándole las gracias por vuestras atenciones y reiterándome a sus órdenes quedamos,

Atentamente,

Luis G. Padilla Bruno
Evaluador Profesional – Licencia # 230EPA
Certificación General - PR # 122CG

> *Parcela 018-01 de 3,462.98 M²*
> *PR-132, Km 24.2*
> *Bo. Angola, Ponce, PR*
> ❖ *Sucesión Isaías Pola Pérez* ❖

## Identificación y Descripción de la Unidad Sujeto

La Unidad Sujeto es una Parcela de Terreno de **3,462.98 metros cuadrados** ubicada en la Carretera PR-132, Km 24.2 en el Barrio Angola del término municipal de Ponce, Puerto Rico; propiedad de la Sucesión Isaías Pola Pérez.

## Descripción Legal de la Unidad Sujeto

**RUSTICA:**    "Predio de terreno radicado en el Barrio Angola del término municipal de Ponce, , Puerto Rico, Carretera PR-132, Km 24.2, con una cabida de 3,462.98 metros cuadrados.   Colinda por el Norte, con Carlos Maldonado; por el Sur, con Marcos Rosalí y Edwin Figueroa; por el Este, con la Sucn. Pola; y por el Oeste, con el Río Pastillo".
(Vea Exhibit 1)

## Datos Registrales de la Parcela Sujeto:

| Registro de | Tomo Número | Folio Número | Finca Número | Inscripción |
|---|---|---|---|---|
| Ponce | 879 de Ponce | 197 | 21,341 | |

## Historial del Título de la Parcela Sujeto y su Propietario Actual:

| | | |
|---|---|---|
| **Propietario Anterior** | : | No consta en los documentos suministrados. |
| **Propietario Actual** | : | Sucesión Isaías Pola Pérez (Vea Sentencia sobre Declaratoria de Herederos – Exhibit 2) |
| **Ocupante** | : | Vacante |
| **Historial del Título** | : | Ninguno. |

---

antes de la fecha de efectividad de la tasación.   En los casos de valor de disposición, el tiempo disponible para mercadear los derechos sobre propiedad son en cierta manera limitados, pero el esfuerzo de mercadeo es adecuado y ordenado.   En casos de valor de liquidación, el tiempo para mercadear los derechos sobre propiedad es limitado de tal manera que un esfuerzo de mercadeo no puede ser implementado.   (The Report of the Appraisal Institute Special Task Force on Value Definitions qualifies exposure time in terms of the three above-mentioned values).

> Parcela 018-01 de 3,462.98 M²
> PR-132, Km 24.2
> Bo. Angola, Ponce, PR
> ♦ Sucesión Isaías Pola Pérez ♦

| | | |
|---|---|---|
| Fecha Compraventa | : | N/A |
| Precio de Venta | : | N/A |
| Otras Observaciones (si alguna) | : | N/A |

**Resumen de Valores:**

| | | |
|---|---|---|
| Valor Indicado para las Tierras | : $ | 467,502.00 |
| Valor Indicado para la Estructura y Mejoras | : $ | 175,150.00 |
| Valor Total Indicado para la Parcela Sujeto | : $ | 642,652.00 |

**Identificación del Tipo de Informe de Valoración:**

Este Informe de Valoración es un Informe Resumido que contiene toda la data, análisis y razonamientos necesarios para llegar a la Conclusión de Valor del inmueble y/o inmuebles objeto de estudio; en conformidad con el Estándar Núm. 2-2(b) de los "USPAP" – Edición 2012-2013.

Sin embargo, para limitar el tamaño del Informe, en algunas porciones del mismo se hace referencia a otras Secciones del Informe y/o a "Textos y Publicaciones de Prestigio" en la Industria de la Valoración de los Bienes Raíces.

**Cliente:**

Nuestro Cliente es la Sucesión Isaías Pola Pérez, representada por la Lcda. Ivette López Santiago.

> *Parcela 018-01 de 3,462.98 M²*
> *PR-132, Km 24.2*
> *Bo. Angola, Ponce, PR*
> *♦ Sucesión Isaías Pola Pérez ♦*

## Usuario (s) del Informe[5]:

Este Informe de Valoración se realiza **para uso exclusivo de nuestro Cliente,** la Sucesión Isaías Pola Pérez, representado por la Lcda. Ivette López Santiago en el caso que nos ocupa y de aquellas otras partes que así ellos decidan.

## Función del Informe de Valoración:

La Función de este Informe de Valoración es orientar a la Sucesión Isaías Pola Pérez, (Propietario de la Parcela Sujeto), a su Representación Legal y a cualquier otra Parte con Interés, sobre el Valor Indicado para la Parcela Sujeto, a la Fecha Efectiva del Informe de Valoración, bajo las condiciones del mercado a las que están expuestas.

## Uso Propuesto para el Informe de Valoración:

El Uso Propuesto para este Informe de Valoración **es orientar a nuestro "Cliente, a su Representación Legal", sobre el Valor Indicado para la Parcela Sujeto a la Fecha Efectiva del Informe de Valoración.**

## Fecha Efectiva de la Tasación:

El **Valor en el Mercado** indicado para la Unidad Sujeto se hace **efectivo al Viernes, 1° de junio de 2012.**

---

[5] Usuario del Informe es El Cliente o cualquier otra parte identificada por nombre o por tipo como usuario del Informe de Valoración; en el caso que nos ocupa es "El Cliente".

*Página   11*

## Ámbito de la Tasación:

El ámbito de esta tasación es la formulación de la información fidedigna aplicable y corriente en relación con la Propiedad Sujeto, para estimar su Valor en el Mercado en su **Condición Actual** ("As Is"), a la Fecha Efectiva del Informe de Valoración.

## Procedimiento a Seguir:

Luego de la "Contratación de los Servicios Profesionales" con la Lcda. Ivette López Santiago, representante legal de la Sucesión Isaías Pola Pérez (Propietario de la Parcela Sujeto) y la obtención de los documentos pertinentes, se procedió con la "Coordinación de la Inspección y posterior Visita de Inspección a la Unidad Sujeto por los tasadores que suscribimos este Informe de Valoración.

Se recopilaron y analizaron "Datos Adicionales a los Suministrados por la Parte Contratante", necesarios para desarrollar el Informe que nos ocupa.

Fue inspeccionada la Unidad Sujeto (Interior de la Parcela) su Vecindad Inmediata para observar desde el exterior de la parcela sus Colindancias.

Fueron "Visitadas y Analizados desde el Exterior las Ventas Comparables" que fueron escogidas para el desarrollo de este Informe de Valoración.

Toda la Data de las Compraventas fue verificada en los Registros de la Propiedad, en el Centro de Recaudación de Ingresos Municipales (CRIM), con Data de Archivo, previamente analizada y verificada.

Las "Características de las Ventas Comparables" que fueron seleccionadas para el desarrollo de este Informe, fueron comparadas con las "Características de la Unidad Sujeto", y fueron ajustadas allí donde existían diferencias entre las mismas.

Exhibit 6

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO<br>parte peticionaria | CIVIL NÚM.: KEF2012-0277<br>SALA: 1003 |
| V. | SOBRE: |
| SUCN. ISAIAS POLA PÉREZ Y OTROS<br>parte con interés | EXPROPIACIÓN FORZOSA |

### SENTENCIA ADMINISTRATIVA

Examinado el Aviso de paralización de los procedimientos por virtud de la petición presentada por el Estado Libre Asociado de Puerto Rico bajo el Título III de PROMESA que presentó la peticionaria, se ordena la paralización de los procedimientos, hasta tanto una de las partes nos certifique que se ha levantado la paralización, ya sea por la conclusión del procedimiento de quiebras o mediante una solicitud a esos efectos, acorde permite la Sección 362(d) del Código de Quiebras.

Se ordena el archivo administrativo de este asunto.

REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico, a 10 de agosto de 2017

LETICIA D. ORTIZ FELICIANO
JUEZ SUPERIOR

Número identificador:
SEN017_____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

AUT DE CARRETERAS Y TRANSPORTACION DE PR
----------------------------------------
                DEMANDANTE
                    VS.
POLA PEREZ, ISAIS
----------------------------------------
                DEMANDADO

CASO NUM:   K EF2012-0277
              SALON: 1003

EXPROPIACION FORZOSA
EXPROPIACION FORZOSA
CAUSAL/DELITO

LIC. LÓPEZ SANTIAGO IVETTE
COND DARLINGTON
1007 AVE MUNOZ RIVERA STE 1103
SAN JUAN, PR 00925

N O T I F I C A C I O N

CERTIFICO QUE EN RELACION CON MOCION SOLIC ENMIENDA A EXHIBIT A - EL DIA
09 DE FEBRERO DE 2015   EL TRIBUNAL DICTO LA RESOLUCION ------------ QUE SE
TRANSCRIBE A CONTINUACION:

VÉASE RESOLUCIÓN ENMENDANDO EXHIBIT "A".

FDO.   LETICIA D. ORTIZ FELICIANO
JUEZ

CERTIFICO  ADEMAS QUE EN EL DIA DE HOY  ENVIE POR CORREO  COPIA DE ESTA
NOTIFICACION A LAS SIGUIENTES PERSONAS A SUS DIRECCIONES INDICADAS, HABIENDO
EN ESTA MISMA FECHA ARCHIVADO EN LOS AUTOS COPIA DE ESTA NOTIFICACION.

STORER BELLO LUISA M
PMB 512, 1353 CARR 19
GUAYNABO, PR 00966-2700

ODETTE POLA MALDONADO
URB JARDINES DEL CARIBE
CALLE 56 #2C6
PONCE PR 00728

EN SAN JUAN, PUERTO RICO, A 11 DE FEBRERO DE 2015.

GRISELDA RODRIGUEZ COLLADO
----------------------------------------
                        SECRETARIO
POR: AMARILIS RODRIGUEZ HANI
----------------------------------------
                SECRETARIO AUXILIAR

O.A.T.750-NOTIFICACION DE RESOLUCIONES Y ORDENES


*Exhibit B*

LUIS G. PADILLA BRUNO
Banco Cooperativo Plaza
623 Ave. Ponce de León
Hato Rey, PR 00917
787-525-0825
luisgpadilla@gmail.com

VIA CORREO ELECTRONICO: ilopezsantiago@yahoo.com

20 de mayo de 2018

Lcda. Ivette López Santiago

RE: ACT v SUCN. ISAIAS POLA PEREZ
       K EF 2012-0277
       Tribunal Superior de San Juan
       Cómputo de Intereses

Estimada Lcda. López Santiago:

Le incluyo el cómputo de los intereses adeudados por la Autoridad de Carreteras y Transportación de Puerto Rico, en el caso de referencia.

Los mismos se estimaron, basados en la tasa de interés establecida por el Comisionado de Instituciones Financieras de Puerto Rico, sobre sentencias dictadas contra la ACT de PR. Se consideró el periodo desde el 1 de junio de 2012 (fecha de radicación) hasta el 21 de mayo de 2017.

Sobre la cifra de $642,652.00, se estimaron los intereses en $32,083.00, para un total de $674,735.00, considerando la fórmula establecida.

De la suma de principal e intereses, corresponde a los miembros de la Sucesión Pola Pérez, las participaciones que se desglosan, a continuación:

| Nombre | Principal | Intereses | Total |
|---|---|---|---|
| Lissette A. Pola Bota | $107,109.00 | $5,355.00 | $112,464.00 |
| Jeanette Pola Bota | $107,109.00 | $5,355.00 | $112,464.00 |
| Roberto I. Pola Bota | $107,109.00 | $5,355.00 | $112,464.00 |
| Lucía Bota vda. Pola | $321,325.00 | $16,066.00 | $337,391.00 |

Cordialmente,

LUIS G. PADILLA BRUNO
Tasador EPA 230
Certificación General 122

# LUIS G. PADILLA BRUNO

Banco Cooperativo Plaza
Suite 705-A
623 Ave. Ponce de León
Hato Rey, PR 00917
787-525-0825
luisgpadilla@gmail.com

_____

VIA CORREO ELECTRONICO: ilopezsantiago@yahoo.com

20 de mayo de 2018

Lcda. Ivette López Santiago

RE: ELA v Corporación Playa India
    K EF 2004-01168
    Tribunal Superior de San Juan
    Cómputo de Intereses

Estimada Lcda. López Santiago:

Le incluyo el cómputo de los intereses adeudados por el ELA, en el caso de referencia.

Los mismos se estimaron, basados en la tasa de interés establecida por el Comisionado de Instituciones Financieras de Puerto Rico, sobre sentencias dictadas contra el ELA de PR. Se consideró el periodo desde el 1 de noviembre de 2004 (fecha de radicación) hasta el 3 de mayo de 2017.

Sobre la cifra de $344,500.00, se estimaron los intereses en $41,340.00, para un total de $385,840.00, considerando la fórmula establecida.

Cordialmente,

LUIS G. PADILLA BRUNO
Tasador EPA 230
Certificación General 122

**FedEx** Express *International Air Waybill*

Origin Copy

**1 From**

Date 05/25/18 Sender's FedEx Account Number

Sender's Name SHAYKA KRAWLS Phone

Company KRAUCICK-US DISTRICT COURT-R

Address Federo Decato Federal Building

Address 150 Carlos Chordon Street

City San Juan State/Province R

Country US ZIP/Postal Code 00918

Email Address

Internal Billing Reference 1K/15-10 25 Cacheman Court

**2 To** 28 □ Residential Delivery

Recipient's Name **RECEIVED** 18924386

Company PRIME CLERK **MAY 2 5 2018**

Address

Address 850 3RD AVE PRIME CLERK LLC Dept./Floor

City BROOKLYN State/Province NY

Country US ZIP/Postal Code 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**
Total Packages ___ Total Weight 3 lbs kg DIM ___/___/___ in. cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| legal documents | | | |

25/50

1.4.2

FedEx Tracking Number 8120 6424 4159 0402 Form ID No.

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.

06 □ FedEx Intl. First   01 □ FedEx Intl. Priority   03 ☒ FedEx Intl. Economy

**5 Packaging**

06 □ FedEx Envelope   02 ☒ FedEx Pak   03 □ FedEx Box   04 □ FedEx Tube
15 □ FedEx 10kg Box   ☒ FedEx 25kg Box   01 □ Other ___

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

01 □ HOLD at FedEx Location   03 □ SATURDAY Delivery

10 □ Direct Signature   34 □ Indirect Signature
Someone at recipient's address may sign for delivery.   If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*
Enter FedEx Acct. No. or Credit Card No. below

1 □ Sender Acct. No. in Section 1 will be billed.   2 ☒ Recipient   3 □ Third Party   4 □ Credit Card   5 □ Cash/Check/Cheque   Total Transportation

FedEx Acct. No. 4095-8936-7

Credit Card/Exp. Date

*Bill duties and taxes to:*
Enter FedEx Acct. No. below.

1 □ Sender Acct. No. in Section 1 will be billed.   2 □ Recipient   3 □ Third Party   5 □ Cash/Check/Cheque

FedEx Acct. No.

**8 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:
Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.

Recipient's Signature

662

Origin Station ID ___ County Code/Destination Station ID ___ URSA Routing ___ Handling Units ___
Total Volume (cm)

Received At: 1 □ Reg. Stop   2 ☒ On-Call Stop   3 □ Drop Box   4 □ World Service Center   5 □ Station   Forms Attached: □ CI □ CO

Base ___ Declared ___ 80A/9PA ___ Credit Card Auth ___
Charges ___ Vol. Chg. ___ Other ___ Del. Courier ___
FedEx ___ Audit ___ Emp. # ___ Time ___ Date ___ Time ___

PART 158429 • Rev. Date 9/13 • ©1994-2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill

**Has EEI been filed in AES?**
For U.S. Export Only: Check the box
□ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
□ No EEI required, enter exemption number: ___
□ Yes - Enter AES proof of filing citation: ___

Total Declared Value for Carriage

If other than N/A, enter License Exception:

Total Value (Specify Currency)

06/17

# LUIS G. PADILLA BRUNO

*EVALUADOR PROFESIONAL DE BIENES RAÍCES*
**E.P.A. # 230; CG #122**

30 de junio de 2014

Lcda. Ivette López Santiago
Condominio Darlington, Oficina #1103
#1007 Ave. Muñoz Rivera
San Juan, Puerto Rico    00925

**INFORME DE VALORACIÓN**
**PARCELA DE TERRENO NUM. 018-01**
**UBICADA EN LA CARRETERA PR-132, KM 24.2**
**BARRIO ANGOLA DEL MUNICIPIO DE PONCE, PR**
**PROPIETARIO:   SUCESION ISAIAS POLA PEREZ**

Estimada licenciada López:

Cumpliendo con vuestra encomienda para que realizara una evaluación de la propiedad de referencia, le incluimos el Informe de Tasación en original y copia para el uso que tenga a bien disponer.

El Informe es el resultado de un análisis detallado de todos los factores inherentes a la propiedad y de las condiciones registrales en que se encuentra.

Sin otro particular al respecto, dándole las gracias por vuestras atenciones y reiterándome a sus órdenes quedamos,

Atentamente,

Luis G. Padilla Bruno
Evaluador Profesional - Licencia # 230EPA
Certificación General - PR # 122CG

| |
|---|
| *Parcela 018-01 de 3,462.98 M²* |
| *PR-132, Km 24.2* |
| *Bo. Angola, Ponce, PR* |
| ✦ *Sucesión Isaías Pola Pérez* ✦ |

## Identificación y Descripción de la Unidad Sujeto

**La Unidad Sujeto es una Parcela de Terreno de 3,462.98 metros cuadrados** ubicada en la Carretera PR-132, Km 24.2 en el Barrio Angola del término municipal de Ponce, Puerto Rico; propiedad de la Sucesión Isaías Pola Pérez.

## Descripción Legal de la Unidad Sujeto

**RUSTICA:**    "Predio de terreno radicado en el Barrio Angola del término municipal de Ponce, , Puerto Rico, Carretera PR-132, Km 24.2, con una cabida de 3,462.98 metros cuadrados.   Colinda por el Norte, con Carlos Maldonado; por el Sur, con Marcos Rosalí y Edwin Figueroa; por el Este, con la Sucn. Pola; y por el Oeste, con el Río Pastillo".
(Vea Exhibit 1)

## Datos Registrales de la Parcela Sujeto:

| Registro de | Tomo Número | Folio Número | Finca Número | Inscripción |
|---|---|---|---|---|
| Ponce | 879 de Ponce | 197 | 21,341 | |

## Historial del Título de la Parcela Sujeto y su Propietario Actual:

| | | |
|---|---|---|
| **Propietario Anterior** | : | No consta en los documentos suministrados. |
| **Propietario Actual** | : | Sucesión Isaías Pola Pérez (Vea Sentencia sobre Declaratoria de Herederos – Exhibit 2) |
| **Ocupante** | : | Vacante |
| **Historial del Título** | : | Ninguno. |

---

antes de la fecha de efectividad de la tasación.   En los casos de valor de disposición, el tiempo disponible para mercadear los derechos sobre propiedad son en cierta manera limitados, pero el esfuerzo de mercadeos adecuado y ordenado.   En casos de valor de liquidación, el tiempo para mercadear los derechos sobre propiedad es limitado de tal manera que un esfuerzo de mercadeo no puede ser implementado.   (The Report of the Appraisal Institute Special Task Force on Value Definitions qualifies exposure time in terms of the three above-mentioned values).

> Parcela 018-01 de 3,462.98 M²
> PR-132, Km 24.2
> Bo. Angola, Ponce, PR
> ♦ Sucesión Isaías Pola Pérez ♦

Fecha Compraventa            : N/A

Precio de Venta              : N/A

Otras Observaciones (si alguna)    : N/A

## Resumen de Valores:

| | | |
|---|---|---|
| **Valor Indicado para las Tierras** | : $ | 467,502.00 |
| **Valor Indicado para la Estructura y Mejoras** | : $ | 175,150.00 |
| **Valor Total Indicado para la Parcela Sujeto** | : $ | **642,652.00** |

## Identificación del Tipo de Informe de Valoración:

**Este Informe de Valoración es un Informe Resumido** que contiene toda la data, análisis y razonamientos necesarios para llegar a la Conclusión de Valor del inmueble y/o inmuebles objeto de estudio; en conformidad con el Estándar Núm. 2-2(b) de los "USPAP" – Edición 2012-2013.

Sin embargo, para limitar el tamaño del Informe, en algunas porciones del mismo se hace referencia a otras Secciones del Informe y/o a "Textos y Publicaciones de Prestigio" en la Industria de la Valoración de los Bienes Raíces.

## Cliente:

**Nuestro Cliente es la Sucesión Isaías Pola Pérez**, representada por la Lcda. Ivette López Santiago.

Parcela 018-01 de 3,462.98 M²
PR-132, Km 24.2
Bo. Angola, Ponce, PR
◆ Sucesión Isaías Pola Pérez ◆

## Usuario (s) del Informe[5]:

Este Informe de Valoración se realiza **para uso exclusivo de nuestro Cliente**, la Sucesión
Isaías Pola Pérez, representado por la Lcda. Ivette López Santiago en el caso que nos ocupa y
de aquellas otras partes que así ellos decidan.

## Función del Informe de Valoración:

La Función de este Informe de Valoración es orientar a la Sucesión Isaías Pola Pérez,
(Propietario de la Parcela Sujeto), a su Representación Legal y a cualquier otra Parte con
Interés, sobre el Valor Indicado para la Parcela Sujeto, a la Fecha Efectiva del Informe de
Valoración, bajo las condiciones del mercado a las que están expuestas.

## Uso Propuesto para el Informe de Valoración:

El Uso Propuesto para este Informe de Valoración **es orientar a nuestro "Cliente, a su
Representación Legal", sobre el Valor Indicado para la Parcela Sujeto a la Fecha
Efectiva del Informe de Valoración**.

## Fecha Efectiva de la Tasación:

El **Valor en el Mercado** indicado para la Unidad Sujeto se hace **efectivo al Viernes, 1° de
junio de 2012**.

---

[5] Usuario del Informe es El Cliente o cualquier otra parte identificada por nombre o por tipo como usuario del Informe de
Valoración; en el caso que nos ocupa es "El Cliente".

*Página   11*

> **Parcela 018-01 de 3,462.98 M²**
> **PR-132, Km 24.2**
> **Bo. Angola, Ponce, PR**
> **✦ Sucesión Isaías Pola Pérez ✦**

## Ámbito de la Tasación:

El ámbito de esta tasación es la formulación de la información fidedigna aplicable y corriente en relación con la Propiedad Sujeto, para estimar su Valor en el Mercado en su **Condición Actual** ("As Is"), a la Fecha Efectiva del Informe de Valoración.

## Procedimiento a Seguir:

Luego de la "Contratación de los Servicios Profesionales" con la Lcda. Ivette López Santiago, representante legal de la Sucesión Isaías Pola Pérez (Propietario de la Parcela Sujeto) y la obtención de los documentos pertinentes, se procedió con la "Coordinación de la Inspección y posterior Visita de Inspección a la Unidad Sujeto por los tasadores que suscribimos este Informe de Valoración.

Se recopilaron y analizaron "Datos Adicionales a los Suministrados por la Parte Contratante", necesarios para desarrollar el Informe que nos ocupa.

Fue inspeccionada la Unidad Sujeto (Interior de la Parcela) su Vecindad Inmediata para observar desde el exterior de la parcela sus Colindancias.

Fueron "Visitadas y Analizados desde el Exterior las Ventas Comparables" que fueron escogidas para el desarrollo de este Informe de Valoración.

Toda la Data de las Compraventas fue verificada en los Registros de la Propiedad, en el Centro de Recaudación de Ingresos Municipales (CRIM), con Data de Archivo, previamente analizada y verificada.

Las "Características de las Ventas Comparables" que fueron seleccionadas para el desarrollo de este Informe, fueron comparadas con las "Características de la Unidad Sujeto", y fueron ajustadas allí donde existían diferencias entre las mismas.

*Exhibit C*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO | CASO NÚM.  KEF 2012-0277 (1003) |
| PETICIONARIA | |
| V. | |
| SUCESIÓN ISAIAS POLA PEREZ | SOBRE:   Expropiación Forzosa |
| PARTE CON INTERÉS | |

RESOLUCIÓN ENMENDADA

Considerada la Moción Solicitando Tercera Enmienda al Exhibit "A" presentada en la causa de epígrafe por la parte peticionaria, se declara la misma HA LUGAR y se ordena:

1.      Se dé por enmendado el Exhibit "A" que se radicó con dicha moción, el cual se hace formar parte de esta resolución para todos los efectos legales.

2.      Se le ordena al Registrador de la Propiedad correspondiente que proceda a inscribir la propiedad según se describe en el Exhibit "A" Enmendado.

3.      A la Secretaria de Sala que:

a.      Proceda a expedir copia del Exhibit "A" Enmendado y de esta Resolución para que el Registrador proceda con la correspondiente inscripción y las operaciones registrales necesarias a esos efectos.

Esta Resolución es complementaria a la dictada por este Tribunal originalmente en todas aquellas partes que no conflijan con ésta.

REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico a JJ de junio de 2014.

JUEZ SUPERIOR

LETICIA D. ORTIZ FELICIANO
JUEZ SUPERIOR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

## TERCERA ENMIENDA EXHIBIT "A"

Relación de la descripción de las propiedades a expropiarse, de la justa compensación a consignarse y de as personas y/o entidades con interés en este procedimiento.

### DESCRIPCIÓN DE LA PROPIEDAD OBJETO DE LA ACCIÓN

**PARCELA NUM. 018-01   COD. NUM.: 388-000-004-13- Parte**
RUSTICA: Predio de terreno localizada en el Barrio Pastillo del término Municipal de Ponce, con una cabida superficial de tres mil cuatrocientos sesenta y dos punto nueve ocho cero cero metros cuadrados (3,462.9800) equivalentes a cero punto ocho ocho uno cero (0.8810) cuerdas según mensura realizada por la Autoridad de Carreteras y Transportación, en lindes por el **Norte**, con Parcelas 017-01 y 019-02 a ser adquiridas; por el **Sur**, con el Río Pastillo; por el **Este**, con Parcelas 014-01, 015-01 y 017-01 a ser adquiridas; y por el **Oeste**, con el Río Pastillo.

Estructura 25
Estructura comercial  dividida en dos, barbería con un área superficial de 933 pies cuadrados, construcción mixta con techos de zinc, y área de venta de frituras con área superficial de 720 pies cuadrados construida en concreto y bloques.

La referida parcela se segrega de la Finca 21,341 inscrita al folio 197 del Tomo 879 de Ponce, Registro de la Propiedad Ponce, Sección II.

| PERSONAS Y/O ENTIDADES CON INTERÉS | COMPENSACIÓN |
|---|---|
| TERRENOS A ADQUIRIRSE | $96,300.00 |
| ESTRUCTURAS Y MEJORAS | $128,600.00 |
| Total | $224,900.00 |

I.  Dueños Registrales
1. Isaías Pola Pérez, hoy cuya secesión se compone de:

   a. Lisette A. Pola Bota            Tel 787-612-3966
      Barrio Angola #19
      Carretra PR-132
      Ponce, PR 00728

   b. Jeanette Pola Bota             Tel 703-273-0621
      3701 Prince William Dr
      Fairfax, VA 22031-3876

   c. Roberto Pola Bota              Tel 787-655-9006
      42455 Angela Saye
      Ashburn, VA 20148

   d. Orlando Pola Rivera            Tel 34-625-707-074
      Colón de Larreategui # 37
      48009 Bilbao
      Vizcaya, España

2. Lucía Bota Vda de Isaías Pola Perez, en la cuota viudal usufructuaria
   Carr 132 Km 24.0
   Ext. Las Delicias
   Sector Angola
   Ponce, PR 00728

II.    Autoridad de Energía Eléctrica de Puerto Rico

El Estado Libre Asociado de Puerto Rico por concepto de contribuciones territoriales que se adeudan.

Aunque en   la Certificación Registral indica que no hay cargas regsitradas, ésta contiene una observación.

---Se observa que la folio 35, asiento 2, tomo 5 del Registro de Gravámenes federales de Ponce II, aparece anotado con fecha 26 de septiembre de 2007, un gravamen federal contra Cantera de Ponce c/o Felix R. Pola para responder por la suma de $4,828.65 bajo el número de notificación 389822307.

John Doe y Richard Roe, nombres ficticios que se emplean para designar cualquier persona y/o entidad desconocida con algún posible interés en este procedimiento.


FINALIDAD DE LA EXPROPIACIÓN
PROYECTO ACT 000915 PR-9 DESDE LA AVENIDA LAS AMÉRICAS HACIA PR-132
PONCE, PR

# LEGAL OPS, Inc.



P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

*NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR*

**ASUNTO:** Terreno en el Barrio Angola

**SOLICITADO POR:** Roberto Pola

**FINCA:** Finca Número 21342 de Ponce
Registro de la Propiedad de Puerto Rico
Sección II de Ponce

### DESCRIPCIÓN:

RÚSTICA: Predio de terreno en el Barrio Angola, carretera Puerto Rico ciento treinta y dos (PR 132) kilómetro veinticuatro punto dos (24.2) de Ponce, Puerto Rico, con cabida de tres mil cuatrocientos sesenta y dos punto novecientos ochenta (3,462,980) metros cuadrados, equivalentes a cero punto ochocientos ochenta y una (0.881) cuerdas. En lindes por el NORTE, con Carlos Maldonado; por el SUR, con William Rosaly y Edwin Figueroa; por el ESTE, con la Sucesión Pola; y por el OESTE, con el Río Pastillo.

Número de codificación: 388-047-016-35-001

Consta inscrita al folio número ciento noventa y siete (197) del tomo número ochocientos setenta y nueve (879) de Ponce, finca número veintiún mil trescientos cuarenta y dos (21,342), en el Registro de la Propiedad de Puerto Rico, Sección Segunda de Ponce.

### TRACTO:

Expediente de dominio.

### DOMINIO:

Consta inscrita a favor de **Isaías Pola Pérez**, soltero, con número de seguro social 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, quien adquiere por medio de Declaración Judicial, por valor de $20,000.00, mediante Sentencia Nunc Pro Tunc expedida el 9 de agosto de 1999 por el Tribunal de Primera Instancia, Sala Superior de Ponce, presentada para su inscripción al asiento número ciento trece (113) del diario número doscientos once (211); e inscrita el 30 de diciembre de 1999 al folio número ciento noventa y siete (197) del tomo número ochocientos setenta y nueve (879) de Ponce, Segunda Sección, finca número veintiún mil trescientos cuarenta y dos (21,342), en su primera (1ra) inscripción.

GRAVÁMENES:

*Por su procedencia*:

   Servidumbre a favor de Autoridad de Energía Eléctrica

*Por si*:

   Libre


DOCUMENTOS PRESENTADOS Y PENDIENTES DE CALIFICACIÓN:

No surgen documentos presentados y pendientes de inscripción y despacho bajo la bitácora electrónica de esta finca.


REVISADOS:

Libros de Embargos Estatales y Federales, Sentencias, Ley 12, CRIM y bitácora electrónica bajo número de finca  veintiún mil trescientos cuarenta y dos (21,342), hoy 14 de enero de 2014.


CERTIFICACIÓN:

   Yo, MYRNA ORTIZ LIZARDI, mayor de edad, soltera, Presidente de la corporación LEGAL OPS, Inc., y vecina de Carolina, Puerto Rico, bajo el más formal y solemne juramento declaro:

1. Que mi nombre y demás circunstancias personales son las anteriormente expresadas.

2. Que la compañía LEGAL OPS, Inc. es una corporación dedicada a ofrecer servicios paralegales, entre ellos, la realización de estudios de título.

3. Que soy la custodio de los expedientes relacionados a estudios de títulos realizados por la corporación.

4. Que la información presentada en el presente estudio fue recopilada en el transcurso del negocio al que se dedica LEGAL OPS, Inc.

5. Que dicha información fue suministrada por manuscrito por uno de nuestros investigadores de título, quien estuvo presente y tuvo acceso a los libros y computadoras del Registro de la Propiedad, Sección Segunda de Ponce, el día que indica el presente estudio.

6. Que LEGAL OPS, Inc. le requiere a sus investigadores que la información suministrada sea fiel a las constancias del Registro de la Propiedad

7. Que la información provista fue redactada al presente estudio fielmente a la mayor brevedad posible.

8. Que todo lo anterior se realizó conforme a la práctica regular de negocio de la compañía.

Pág. 3 de 3
Finca 21,342 de Ponce

Y PARA QUE ASI CONSTE, juro y suscribo la presente declaración en Carolina, Puerto Rico, al día 17 del mes de enero de 2014.



Myrna Ortiz Lizardi

Affidávit Número: 24

Jurada y suscrita ante mí por Myrna Ortiz Lizardi, de las circunstancias personales antes descritas, a quien conozco personalmente, en la ciudad de Carolina, Puerto Rico.

En Carolina, Puerto Rico, hoy 17 de enero de 2014.

NOTARIO PUBLICO