Roberto Pola
Bº Angela Hº carr-132
Ponce, P.R. 00731






7019 1640 0000 4882 3063

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
ste 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
21 JUN 22 AM 8:53

Roberto Pola
Bo Angola #18
Cam 132
Ponce, P.R. 00731





United States District Court

Clerk's Office

150 Ave. Carlos Chardon

Ste 150

San Juan, P.R. 00918-1767