2. Rogamos radique formularios de réplica separados por cada evidencia de reclamación a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamación.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamación inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

   b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de reclamación o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados del ELA o del SRE deban notificar una contestación a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

   ☐ **Nombre:** Jahaira Fantauzzi Rivera
   ☐ **Dirección:** Urb. La Providencia c/6A 1-H-1 Toa Alta PR 00953
   ☐ **Número de teléfono:** (787) 598-4304
   ☐ **Dirección de correo electrónico:** ysirera-93@gmail.com

2

2. **Número de su reclamación (por ejemplo, "224000"):**
   179146

3. **Los Deudores se han opuesto a su Evidencia de reclamación porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamación y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.**

   ☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   Hay otro grupo de empleados gubernamentales que tienen una demanda establecida desde 2017-2018 para unirme a dicha demanda, ya que todavía vía email y nunca me llegó la solicitud, solo llegaba motores.

   **Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.**

4. **¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:**
   $49,588.87

5. **Empleo.** **¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?**
   ☐ No. *Siga con la Pregunta 6.*

   ☑ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   Administración de Tribunales

5(b). Indique las fechas de su empleo en relación con su reclamación:
   28 de febrero de 2017

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   1176

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión

   ☐ Salarios no pagados

   ☐ Días de licencia por enfermedad

   ☐ Quejas con sindicato

3

- ☐ Vacaciones
- ☒ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

  Las aportaciones individuales que hice desde
  25-feb-2017 al 30 de junio de 2017.

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☒ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.
Junta de Supervisión y Adm Financiera para PR    Estado Libre Asociado de PR

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
Tribunal de Distrito E-U para el Distrito de PR

6(c). Caso núm.: 17 BK 3283 LTS

6(d). Título, epígrafe o nombre del caso:
Promesa Título III

6(e). Estado del caso (pendiente de resolución, en apelación o finalizado): _____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia? _____

### FIRME ABAJO SU RÉPLICA

_____
**Firma**

Yohaira Fontanuzi Rivera
**Nombre en letra de molde**

31 de mayo de 2021
**Fecha**

4



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

28 de mayo de 2021

**Agencia: 122 - ADMINISTRACION DE TRIBUNALES**

YAHAIRA FANTAUZZI RIVERA
1-A-1 CALLE 6
URB. LA PROVIDENCIA
TOA ALTA, PR 00953

Seguro Social: XXX-XX-1176

A base de la información en nuestros registros, al 28 de mayo de 2021 usted posee:

Fecha de Nacimiento: 27 de agosto de 1974         Género: Femenino
Fecha de Ingreso al Servicio Público: 28 de febrero de 1997
Fecha de Comienzo de Cotización: 28 de febrero de 1997

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 16 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 12,893.80 |
| | | Intereses: | 1,041.55 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | |
| Pagado: | 0.00 | | |
| Tiempo: | 0.00 | | |
| **Balance Acumulado:** | 35,956.52 | **Total Aportaciones:** | 13,935.35 |
| **Beneficio:** | 572.48 | **Beneficio:** | 61.64 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Jahaira Cad
Urb La Providencia
Calle L-A 1-A-1
Toa Alta PR 00953

Secretaria
Tribunal de Distrito de los E.U.
#150 Avenida Chardón
Edificio Federal
San Juan PR 00918