26 - mayo – 2021

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 22 AM 8:53

Dirigido a Prime Clerk, LLC

Personal Administrativo

    Reciban un cordial saludo. Sirva la presente para dirigirme a ustedes para notificar que durante este mes recibí el documento oficial que me enviaron ustedes, donde en la página 24-50 con el título "**Three hundred and sixteen th Omnibus Objetion Exhibit A - Claims to be Reclassified**"; cita que mi reclamo fue rechazado, que la evidencia de reclamo no corresponde a los bienes vendidos y por lo tanto el demandante no tiene derecho a una prioridad administrativa.

Estoy en total desacuerdo sobre el fundamento de esa base ya que notifiqué que mi reclamación se basa en lo siguiente: Durante los años 1997-98, 1999 – 2000, 2000 – 2001, durante el cuatrienio del Dr. Victor Fajardo comencé a trabajar como Consejera Escolar, pasé del nivel de bachillerato al nivel de maestría. Me correspondía un aumento a mi salario de $374.00 mensuales más. Y nunca se me honró el aumento de sueldo. Esa demanda fue ganada al Departamento de Educación de Puerto Rico durante el período (del exgobernador Dr. Pedro Roselló) el Dr. Victor Fajardo guardó años en la cárcel por malversación de fondos. Considero que no solamente me corresponde la cantidad que se me adeuda de 13,464.00 sino además los **intereses** que me corresponde por los años que me debe el gobierno de Puerto Rico por esa deuda.

Espero se me honre al respecto lo antes posible.

Gracias anticipadas.

Cordialmente:

*Rosa Martínez Gómez* (firma)

Sra. Rosa Martínez Gómez

Teléfono 939 277 – 8325

1 939 860 – 894- 9449