PR 1845 SRF 52652 Pack ID: 190343 AMZID: 309224-D SVC: DSHW-PC

Martinez Gómez Rosa
Urb. Valle Alto 2057 Calle Colinas
Ponce P.R. 00730-4148

Tribunal de Distrito de los Estados Unidos
Secretaría (Clerk's Office)
Avenida de Carlos Chardón Ste. 150
San Juan (Puerto Rico) 00918-1767

SAN JUAN PR 009
10 JUN 2021 PM 1 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 JUN 22 AM 8:53