Mayo 14, 2021
U.S. District Court
Hon. Laura Taylor Swain
Chardon Ave. San Juan
P.R. 00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 22 AM 8:53

Hon. Jueza Taylor Swain

Muy respetuosamente le solicito su opinión respecto a la siguiente situación. Estoy confinado y tenía un demanda radicada en la corte contra "The Commonwealth of P.R.", (El Estado) y un funcionario. Un día detuvieron la demanda por causa de la Ley PROMESA y nunca me dijeron nada del asunto.

Ahora bien, estoy abstenido de demandar otra vez debido a que "El Estado" está en quiebra, esto suscitó que los funcionarios sean más abusadores y malvados, porque "El Estado" no tiene dinero y es indemandable por motivo de la Ley PROMESA. Esta Ley les creó a los funcionarios un sentido de impunidad para violar los derechos de los confinados, lo cual es detrimental para nosotros.

Dicho todo esto, mi duda es: como "El Estado" está en quiebra ¿Puedo demandar directamente al funcionario en su carácter personal incluyendo a su Sociedad de Bienes Gananciales? Sin otra particularidad a la cual hacer referencia, muchas gracias por su amable opinión. Subscribí

Respetuosamente

Adjunto la faz del sobre del Prime Clerk LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL

PR 1845 SRF 52652 PackID: 176688 MMLID: 770726-P SVC: DSHN - PC
MARIANO MALDONADO PAGAN
DEMANDANTE PRO SE
INSTITUCION CORRECCIONAL
MAXIMA SEGURIDAD 1000
BOX 10009
GUAYAMA PR 00785

00785$4009 B900

RECIBIDO
JUN 0 4 2021
HORA: 3:00 pm

Mariano Maldonado
Box 3999 Aguadilla
P.R. 00603



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 22  AM 8:53

U.S. District Court
Hon. Laura Taylor Swain
Chardon Ave. S.J. P.R.
00918-1767

00918-999955