# MEMORANDO

A : TODOS LOS **DEMANDANTES CASO FRANCISCO BELTRAN Y OTROS V. DEPTO FAMILIA, ARV y AIJ, CASO CASP num. 2021-01-0345**
<u>(antes caso num:</u> (TPI) K AC 2009-0809; TA Num: KLAN 2015-01434 y (TS) AC 2016-0110)

DE : LCDA IVONNE GONZALEZ MORALES

FECHA : 20 DE MAYO DE 2021

ASUNTO: URGENTE - INSTRUCCIONES PARA CONTESTAR REQUERIMIENTO DEL TRIBUNAL FEDERAL SOLICITANDO DOCUMENTOS PARA SUSTENTAR SU RECLAMACION SALARIAL – (CONFIDENCIAL)

Estamos recibiendo múltiples llamadas de personas que han recibido cartas del tribunal federal, donde les solicitan remitan información y documentos, para establecer su reclamación salarial, en o antes del miércoles, **26 de mayo de 2021**.

Por tal razón, y para ayudarlos e informarle donde pueden localizar los documentos que sostienen su reclamación salarial, adjunto **incluimos formulario, que deben cumplimentar y remitir, antes de la fecha limite a la dirección que se le indica, en la carta que recibieron.**

Deben asegurarse incluir con la contestación: **(1) la comunicación que le remitieron (dos páginas) y FIRMAR Y ESCRIBIR SU NOMBRE EN LETRA DE MOLDE EN EL DOCUMENTO y (2) contestar las 3 preguntas del formulario que les incluimos. En el mismo se informa dónde pueden localizar los documentos que les solicitan. También indicar la cantidad estimada, que Usted reclama. Para calcular la cantidad que usted reclamada, debe considerar el puesto que ocupa, los años de servicio y que sea una cantidad razonable.**

Se les aclara que la comunicación que algunos demandantes han recibido, se refiere al **"PROOF OF CLAIM"**, que **ustedes** radicaron por su cuenta, ante el tribunal federal para el 2018 y que se relaciona al caso de Francisco Beltrán Cintrón, al cual ustedes pertenecen.

En dicho caso se solicitó que se les corrigiera el salario y se les pagara el ajuste salarial que les corresponde, por haber el Departamento de la Familia, ARV y AIJ, implantado ilegalmente el salario minimo federal. [NOTA: si no se acuerda, puede obtener copia del documento que radicaron por internet, en el site de PRIME CLERK PROMESA, escribiendo el número de "reclamación designada" [CLAIM"], que se le notifica en la carta que recibieron]

**Por otro lado, se les informa que si no recibieron la carta del PRIME CLERK** – no se deben preocupar, pues próximamente estaremos radicando, una Moción ante el Tribunal Federal, bajo la REGLA 3018 (a), del Código de Quiebras. En dicha escrito, solicitaremos se estime la suma que corresponde a cada reclamante, según su historial de servicio y de forma de que se les permita votar para aprobar o no, el plan fiscal propuesto. De esa forma, y con la ayuda y cooperación de cada uno de ustedes, lograremos que el Gobierno no continúe discriminando injustamente, en la asignación de sus salarios. ¡Juntos somos más!

<u>INSTRUCCION IMPORTANTE:</u>

1. EL FORMULARIO ADJUNTO <u>SOLO</u> DEBEN USARLO LOS DEMANDANTES CASO FRANCISCO BELTRAN CINTRON.
2. LOS DEMANDANTES QUE RECIBIERON LA CARTA DEL TRIBUNAL FEDERAL, <u>TIENEN QUE CONTESTARLA</u>.
3. EL FORMULARIO QUE SE ANEJA, LO TIENEN QUE ENVIAR A LA DIRECCION QUE SE LE INDICA EN LA CARTA QUE RECIBIERON DEL TRIBUNAL FEDERAL Y GUARDAR COPIA PARA USTED.

**CASO: FRANCISCO BELTRAN-CINTRON, et als v. DEPTO. DE LA FAMILIA, ARV y AIJ**
**CASP NUMERO: 2021-01-0345** (antes, TPI caso K AC 2009-0809)

1. _Emma I. López Almodovar_
   Nombre en letra molde, con dos apellidos.

2. _17 BK 3283-LTS_
   Número reclamo designado (según se indica en la carta que recibieron)

3. Soy reclamante en el caso de FRANCISCO BELTRAN-CINTRON, et als. v. Departamento de la Familia, ARV y AIJ. Caso: CASP 2021-01-0345 (antes TPI caso K AC 2009-0809)

4. Para los documentos que acreditan mi reclamación, favor remitirse al **CLAIM No. 179140.**

5. $ _100,000.00_
   (cantidad estimada de mi reclamación)

6. Toda vez que, el Código de Quiebras federal me garantiza el derecho a votar para la confirmación del plan fiscal, al tener una reclamación salarial válida, solicito que en conformidad a la Regla 3018 (a), se estime el valor de mi reclamación. Se aclara, que este requerimiento es de fácil cumplimiento, pues durante el proceso seguido en el caso K AC 2009-0809 el (DF, ARV y NIJ) realizaron auditorias de los puestos incluidos en la demanda de referencia, y poseen toda la información pertinente sobre el valor estimado de los salarios que se retuvieron en violación de la ley y de mi contrato de empleo. Esto, siguiendo los parámetros establecidos mediante las sentencias dictadas en los casos de *Carmen Socorro Cruz Hernández et als*, v DF et als, caso num.1991-0665; *Nilda Agosto et als v DF*, caso num: K PE2005-0608 y *Santiago Declet v DF*, 153 DPR 208 (2001).

   Tan pronto se cumplan con las disposiciones de la Regla 3018 (a) y se me notifique el valor de mi reclamación, someteremos nuestra propuesta de estipulación de mi caso.

7. Toda vez que la causa de acción radicada en mi caso se refiere a una reclamación salarial que surge dentro del curso ordinario del empleo, y donde se violaron estatutos laborales locales y federales, así como las disposiciones de mi contrato de trabajo, procede tramitar mi caso bajo el "ACR Procedure" y de esa forma, se me garantice el debido proceso y la igual aplicación de la ley.

8. Favor comunicarse con mi abogada, en relación a mi caso y asunto de referencia:
   **Lcda. Ivonne González Morales, PO Box 902-1828, San Juan, PR 00902-1828**
   **Teléfono: 787- 410-0119; Email: ivonnegm@prw.net**

Case:17-03283-LTS Doc#:17155-1 Filed:06/23/21 Entered:06/23/21 16:37:49 Desc:
Defective filing re: Emma I. Lopez Almodovar (claim No. 179140) Page 3 of 4

SRF 52652

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 23 AM 11:47

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL*. AND HEARING THEREON

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as sole representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States District Court for the District of Puerto Rico (the "Court"):

(i) the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16740] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Plan"), and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Emma I. Lopez Almodovar
P.O. Box 234
Guánica, P.R. 00653

RECEIVED AND FILED
U.S. CLERK'S OFFICE
DISTRICT COURT
S.J., P.R.
2021 JUN 23 AM 11:47

United States District Court
clerk's office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
JUN 11, 21
AMOUNT
$1.20
R2305K134027-14