# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## INFORMATIVE MOTION

### SUCESIÓN PASTOR MANDRY MERCADO'S, EXCEPTING JAVIER MANDRY MERCADO FOR APPEARANCE AT JULY 13, 2021 DISCLOSURE STATEMENT HEARING

**TO THE HONORABLE COURT:**

By counsel, Oscar Adolfo Mandry Aparicio; María del Carmen Amalia Mandry Llombart; Selma Verónica Mandry Llombart; María del Carmen Llombart Bas; Oscar Adolfo Mandry Bonilla; Gustavo Alejandro Mandry Bonilla; Yvelise Helena Fingerhut Mandry; Margaret Ann Fingerhut Mandry; Victor Robert Fingerhut Mandry; Juan Carlos Esteva Fingerhut; Pedro Miguel Esteva Fingerhut; Mariano Javier McConnie Fingerhut; Janice Marie McConnie Fingerhut, Victor Michael Fingerhut Cochran; Michelle Elaine Fingerhut Cochran; Rosa Estela Mercado Guzmán: Eduardo José Mandry Mercado; Salvador Rafael Mandry Mercado; Margarita Rosa Mandry Mercado; Adrián Roberto Mandry Mercado (hereafter collectively designated as Sucesión "Sucesión"), by and through its attorneys, Charles A. Cuprill PSC Law Offices, files this

Informative Motion as to its appearance at the July 13, 2021 Disclosure Statement Hearing (the "Hearing"). In support thereof Sucesión respectfully states as follows:

1. Charles A. Cuprill-Hernández, Esq. intends to participate on behalf of Sucesión at the Hearing[1] to be conducted telephonically via CourtSolutions due to the ongoing COVID-19 pandemic.

2. Mr. Cuprill will be available to address any matter and to respond to any questions raised by the Court or to any statements of any party that affect the interests of Sucesión.

**RESPECTFULLY SUBMITTED**.

San Juan, Puerto Rico, this 24th day of June 2021

*s/***CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices Counsel
for Sucesión Pastor Mandry Mercado 356
Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain Order Regarding Procedures for July 13, 2021, Disclosure Statement Hearing [Case No. 17-3283] (the "Order").