# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO**, *et al.*<br><br>Debtors[1]. | PROMESA<br><br>Title III<br><br><br><br>Case No. 17-03283<br><br>Hon. Laura Taylor Swain<br><br>(Jointly Administered) |

## UNITED STATES TRUSTEE'S NOTICE
## OF SUBSTITUTION OF PUBLIC OFFICIAL

Mary Ida Townson, United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

1. On June 13, 2021, Nancy J. Gargula ceased her duties as the United States Trustee for Region 21.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

2. On June 14, 2021, Mary Ida Townson became the United States Trustee for Region 21.

3. Federal Rule of Civil Procedure 25 provides in pertinent part as follows:

(d) Public Officers; Death or Separation from Office.
 (1) An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.

FED. R. CIV. P. 25. *See also* FED. R. BANKR. P. 7025; FED. R. APP. P. 43(C)(2).

4. Accordingly, the United States Trustee gives notice that the new United States Trustee for Region 21 appointed to exercise the rights and powers of the United States Trustee in the Title III proceedings of the Commonwealth of Puerto Rico and its territorial instrumentalities pursuant to the Puerto Rico Oversight, Management and Economic Stability Act or PROMESA, 48 U.S.C. § 2161, is Mary Ida Townson.

WHEREFORE, the United States Trustee respectfully requests that the Court take note of the above, and provide for such other and further relief as the Court deems just and proper.

SPACE INTENTIONALLY LEFT BLANK

DATED: June 24, 2021

                                        MARY IDA TOWNSON
                          United States Trustee for Region 21

                               U.S. DEPARTMENT OF JUSTICE
                     OFFICE OF THE UNITED STATES TRUSTEE
                                               Edificio Ochoa
                               500 Tanca Street, Suite 301
                           San Juan, Puerto Rico 00901-1922
                                    Tel.: (787) 729-7444
                                    Fax: (787) 729-7449

                                    (Electronically Filed)

                         By:  <u>s/ Monsita Lecaroz-Arribas</u>
                                   Monsita Lecaroz-Arribas
                                     Assistant U.S. Trustee
                                      USDC-PR No. 207707