## UNITED STATES DISTRICT COURT
## DISTTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT
ALL PARTIES OF RECORD:

**COMES NOW**, creditor Suiza Dairy Corp. ("Suiza"), represented by the undersigned attorney, and very respectfully avers and prays as follows:

Pursuant to Rule 83(d) of the Local Civil Rules for the United States District Court for the District of Puerto Rico, the Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, as made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. Sec. 2170 *et seq.*, as well as this Court's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Fifteenth Amended Notice, Case Management, and Administrative Procedures Order*, the undersigned appears in this case as counsel for Suiza and hereby requests to be served with all motions, pleadings, papers and processes in this matter.

**WHEREFORE**, the undersigned respectfully requests the Clerk of Court and all parties of record to take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of June 2021.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of the Court using the CM/ECF system, which will notify a copy to counsel of record.

**REICHARD & ESCALERA, LLC**
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888

*/s/ Christopher A. Dávila*
Christopher A. Dávila
USDC-PR No. 304103
cdavila@reichardescalera.com