# EXHIBIT III

CERTIFIED TRANSLATION

| Official Coat of Arms of the Government of Puerto Rico | GOVERNMENT OF PUERTO RICO<br>Department of Agriculture<br>Office for the Regulation of the Dairy Industry (ORIL) |
|---|---|

# ADMINISTRATIVE ORDER

## TO SET PRICES FOR FRESH AND UHT MILK AT ALL LEVELS

By virtue of the provisions of Act No. 34, enacted on June 11, 1957, as amended, taking into consideration the terms and conditions of the Agreement reached on October 29, 2013 in federal case No. 04-1840 ("the Agreement"), the following pricing structure for fluid milk at all levels is established. This order becomes effective on Thursday, June 10, 2021.

**I – Fresh Milk**
(Minimum and maximum prices)
1. Sale of fresh milk to consumers

| | | Family Size | ½ Gallon | Quart |
|---|---|---|---|---|
| a. Home delivery | minimum | $6.14 | $3.28 | $1.64 |
| | maximum | $6.47 | $3.45 | $1.73 |
| b. In the processors' storage containers, warehouses, refrigerators, or milk-bars | minimum | $5.94 | $3.18 | $1.59 |
| | maximum | $6.27 | $3.35 | $1.68 |
| c. In small grocery stores and café-bars and/or other retailers, including vending machines | minimum | $6.14 | $3.28 | $1.64 |
| | maximum | $6.47 | $3.45 | $1.73 |
| 2- Sale of fresh milk to small grocery stores and café-bars and/or other retailers delivered to their establishments by processors | minimum | $5.74 | $3.08 | $1.54 |
| | maximum | $6.07 | $3.25 | $1.63 |
| 3- Sale of fresh milk to restaurants, soda machines, cafés, guesthouses, and cafeterias | minimum | -- | -- | $1.64 |
| | maximum | -- | -- | $1.73 |

**II – UHT Milk**
(Set price)

| | Quart |
|---|---|
| 1- From processors to distributors and importers | $1.72 |
| 2- From distributors and importers to retailers | $1.85 |
| 3- From retailers to consumers | $1.95 |

**Non-aseptic UHT milk price differential for pasteurized milk with equivalent packaging and volume**       **16%**

**Any specialized milk with a similar price order will be priced as established under Administrative Order.**

In San Juan, Puerto Rico, today, May 26, 2021.

**NOTIFY,**

_____[illegible signature]_____
Javier Lugo Rullán, Esq.
Acting Administrator

198 Calle Chardón, Hato Rey                              Government of Puerto Rico
PO Box 10163, Santurce, Puerto Rico 00908               DEPARTMENT OF AGRICULTURE


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

| Official Coat of Arms of the Government of Puerto Rico | GOVERNMENT OF PUERTO RICO<br>Department of Agriculture<br>Office for the Regulation of the Dairy Industry (ORIL) |
|---|---|

Tel. (787) 756-5945 Fax (787) 767-4969     [Logo of the Department of Agriculture]
oril@agricultura.pr.gov

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.