# EXHIBIT IV

CERTIFIED TRANSLATION

| Official Coat of Arms of the Government of Puerto Rico | GOVERNMENT OF PUERTO RICO<br>Department of Agriculture<br>Office for the Regulation of the Dairy Industry (ORIL) |
|---|---|

# ADMINISTRATIVE ORDER

### TO SET PRICES FOR FRESH AND UHT MILK AT ALL LEVELS FOR THE MUNICIPALITIES OF VIEQUES AND CULEBRA

By virtue of the provisions of Act No. 34, enacted on June 11, 1957, as amended, the following pricing structure for fluid milk at all levels is established and provided. Due to the particular circumstances of the municipalities of Vieques and Culebra, where the additional cost of the maritime transport of said product, as well as the vehicle in which the product is transported and distributed, must be taken into consideration, the milk prices are hereby established, authorized, and set. This Order becomes effective on Thursday, June 10, 2021.

**Pasteurized Milk**

| Packaging | Consumer | | Retailer | |
|---|---|---|---|---|
| | Minimum | Maximum | Minimum | Maximum |
| Quart (32 oz) | $1.66 | $1.75 | $1.56 | $1.65 |
| Half Gallon (64 oz) | $3.32 | $3.49 | $3.12 | $3.29 |
| Family Size (120 oz [sic]) | $6.22 | $6.55 | $5.84 | $6.17 |
| Ultra-Pasteurized Aseptic Milk | $1.97 | -- | $1.87 | -- |

**Non-aseptic UHT milk**
**price differential for pasteurized milk**
**with equivalent packaging and volume**        **16%**

**Any specialized milk with a similar price order**
**will be priced as established under Administrative Order.**

In San Juan, Puerto Rico, today, May 26, 2021.

**NOTIFY**,


_____[illegible signature]_____
**Javier A. Lugo Rullán, Esq.**
**Acting Administrator**

198 Calle Chardón, Hato Rey      Government of Puerto Rico
PO Box 10163, Santurce, Puerto Rico 00908      DEPARTMENT OF AGRICULTURE
Tel. (787) 756-5945 Fax (787) 767-4969      [Logo of the Department of Agriculture]
oril@agricultura.pr.gov

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.