# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

## ORDER

This matter is before the Court on the *Joint Status Report Submitted Pursuant to the Court's June 17, 2021 Order (ECF. No. 17068) Concerning Ambac's Urgent Motion to Compel Milliman Inc. to Comply with Subpoena* (Dkt. No. 17161) (the "Status Report").

In the Status Report, the Parties[2] request an order requiring Milliman to produce the Project Files to Ambac within two (2) weeks of the date of this Order, and that all Project Files be treated as Confidential pursuant to the Protective Order attached to the Status Report as

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Status Report.

Exhibit A, and that such files may only be filed with the Court under seal, pursuant to the Protective Order. Taking note of the agreement among the parties and finding good cause for the requested relief, the Court hereby ORDERS Milliman to produce the Project Files to Ambac within two (2) weeks of the date of this Order, and ORDERS that all Project Files shall be treated as Confidential pursuant to the Protective Order, including the Protective Order's provisions concerning the filing of sealed material, attached as Exhibit A to the Status Report (Dkt. No. 17161-1).

In the Status Report, the Parties also request a continuance of the deadline to complete the Rule 30(b)(6) deposition of Milliman to July 8, 2021. Taking note of the agreement among the parties and finding good cause for the requested relief, the Court hereby ALLOWS the requested continuance, and the deadline for completion of the Rule 30(b)(6) deposition of Milliman shall be extended to **July 8, 2021**.

Last, the Parties request a continuance of the deadline to provide a status report to the Court concerning negotiations of e-mail search terms. Taking note of the agreement among the parties and finding good cause for the requested relief, the Court hereby ALLOWS the requested continuance. The parties shall provide a status report to the Court on the status of search term negotiations by **July 1, 2021**.

The parties shall file a further status report on **July 1, 2021** if they cannot come to an agreement on any other issue contained in the June 17th Order.

SO ORDERED.

Dated: June 25, 2021  /s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

2