UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 18, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ACR Notice Parties Service List attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 24, 2021

/s/ *Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on June 24, 2021, by Rachel O'Connor, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

**Responda a esta carta el 8 de julio de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@primeclerk.com.**

**Please respond to this letter on or before July 8, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@primeclerk.com.**

# GOBIERNO DE PUERTO RICO
## Departamento de Hacienda

June 18, 2021

**Re: Claim NO. - REQUIRES RESPONSE**

Dear ,

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] [1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

El 18 de junio de 2021

**Re:** Reclamación Núm.        - **REQUIERE RESPUESTA**

Estimado         ,

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO

Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.
Claimant Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |
| | | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1) Nombre completo | |
| (2) Número de teléfono | |
| (3) Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4) Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*. | |
| (5) Número de seguro social de individuo/ número de seguro social patronal | |
| (6) En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7) Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. ||
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** ||
| | |

**Exhibit B**

Exhibit B
ACR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1569334 | Accaria, Diane | Cond. Las Gaviotas | 3409 Ave. Isla Veide Apt. 1502 | | Carolina | PR | 00979-4901 |
| 605140 | Afredo Acevedo-Cruz / Hiurisan Castro Zayas | PO Box 93 | | | Juana Diaz | PR | 00795 |
| 1514148 | Alicea, Jose E | PO Box 361274 | | | San Juan | PR | 00936-1274 |
| 159646 | ALVARADO BAEZ, EVELYN | 547-41 ST | | | BROOKLYN | NY | 11232-3100 |
| 1822184 | Alvarado Labrador, Aleida Maria | Calle 10 H35 | Urb. Magnolia Gardens | | Bayamon | PR | 00956 |
| 20038 | ALVAREZ VILLAREAL, EDUARDO | URB LAS BRISAS | 125 CALLE 3 | | ARECIBO | PR | 00612 |
| 1582791 | Alvelo Ortiz, Virna L | Calle 14 J. Martinez Cond. Malaga Park #23 | | | Guaynabo | PR | 00971 |
| 2145638 | Ambel Bugos, Miguel A. | Villa Camabero | 5612 Calle Bricoo | | Santa Isabel | PR | 00757-2440 |
| 23682 | ANDINO FIGUEROA, JAIME | URB MONTECASINO HTS | 84 CALLE RIO YAGUEZ | | TOA ALTA | PR | 00953 |
| 1649489 | Andujar Romero, Brittany | HC-01 Box 9373 | Bo.Macun | | Toa Baja | PR | 00949 |
| 1531575 | Anthony Alicea Garcia - Estate | C/O Ruth M. Pizarro Rodriguez | Attorney | P.O. Box 2783 | Carolina | PR | 00984-2783 |
| 29806 | Aponte Leon, Luis | URB LOS MONTES | 447 CALLE FLACON | | DORADO | PR | 00646 |
| 1615248 | Arroyo Arroyo, Ramona C | Calle C F-7 | Urbanizacion Santa Marta | | San German | PR | 00683 |
| 1537631 | Astacio Delgado, Nancy Stella | Raul E. Rosado Toro, Esq. | Club Manor Village | B-4 Tomas Agrait Street | SAN JUAN | PR | 00924 |
| 1460738 | Bankruptcy Estate of Ponte Inc Case No 15-03236 | Noreen Wiscovitch-Rentas Chapter 7 Trustee | PMB 136400 Calle Juan Calaf | | San Juan | PR | 00918 |
| 1609457 | BEAZ ESTATE, JOSEFINA LIMA | URB. COLINAS VERDES | CALLE 1 B17 | | SAN JUAN | PR | 00924 |
| 2205529 | Bernier Bernier , Minerva | PO Box 3353 | | | Bayamon | PR | 00958 |
| 1894483 | Berrios Santos, Ada C. | P.O. Box 1249 | | | Ciales | PR | 00638 |
| 54461 | BONILLA ACEVEDO, WILDANNY | 154 CALLE VICTOR GONZALEZ | | | MOCA | PR | 00676 |
| 54461 | BONILLA ACEVEDO, WILDANNY | HC 1 BOX 7168 | | | MOCA | PR | 00676 |
| 54967 | BONILLA NEGRON, INGRID | HC 02 BOX 7925 | | | HORMIGUEROS | PR | 00660 |
| 58504 | BRUNO ROMAN, HENRY | COND SANTA ANA | 1026 AVE LUIS VIGOREAUX APT 5D | | GUAYNABO | PR | 00971 |
| 58504 | BRUNO ROMAN, HENRY | RR 8 BOX 9069 | | | BAYAMON | PR | 00956 |
| 1756037 | Burgos, Magna I. | 314 Cervantes Dr. | | | Kissimmee | FL | 34743 |
| 1756094 | Burgos, Magna I. | Departamento de Educacion | Carr. 156 KM 20.1 | | Barranquitas | PR | 00794 |
| 1641709 | Calderon Figueroa, Jose M | Calle Antonio Robles Vega DD 22 | Urb Las Vegas | | Cataño | PR | 00962 |
| 1657734 | Camacho Robles, Sandro | HC 8 BOX 2842 | | | SABANA GRANDE | PR | 00637 |
| 1799233 | CANDELARIO ROBLES, ANGEL | URB JARDINES DE JAYUYA | 108 CALLE MIRAMELINDA | | JAYUYA | PR | 00664 |
| 1809391 | CAPIELO ORTIZ, JORGE D | 1175 CALLE 54 SE REPARTO METROPOLITANO | | | SAN JUAN | PR | 009921 |
| 1772043 | CARDONA CORTES, IVELICE | URB VICTORIA | 4 CALLE VIOLETA | | AGUADILLA | PR | 00603 |
| 2067215 | Cardona Rosario, Jose Antonio | Camino de Reina 624, Carr 8860 Apt 5203 | | | Trujillo Alto | PR | 00976 |
| 71643 | CARLO VIERA, BRENDA | COND VISTAS DEL RIO | 8 CALLE 1 APT 43A | | BAYAMON | PR | 00959 |
| 1516944 | CARRASQUILLO GARCIA, JOSE | CIUDAD MASSO | A1-26 CALLE 4 | | SAN LORENZO | PR | 00754-3602 |
| 1741029 | CARRASQUILLO GONZALEZ, JENNIFER | 377 CALLE UNION | | | PUERTO REAL | PR | 00740 |
| 83382 | Castro Cruz, Lucy | Urb April Cons | C17 Calle 6 | | Las Piedras | PR | 00771-405 |
| 1474995 | Cestero-Rodriguez, Herman | 27 Gonzalez Giusti Oficina 300 | | | Guaynabo | PR | 00968 |
| 1452392 | CHARNECO SANCHEZ, DEIXTER MARIA | P O BOX 254 | | | AGUADA | PR | 00602-0254 |
| 1037418 | CHICO ACEVEDO, LUZ M | 2345 CALLE GENARO BADILLO | | | SAN ANTONIO | PR | 00690 |
| 1811541 | COELLO MATIAS, MYRTA | CALLE CARMEN MM-22 | BAYAMON GARDENS | | BAYAMON | PR | 00957 |
| 95924 | COLON BAEZ, CRUZ | PO BOX 1887 | | | OROCOVIS | PR | 00720 |
| 98975 | COLON MORALES, MIGUEL | ESTANCIAS DEL GOLF CLUB | 413 CALLE MILITO NAVARRO | | PONCE | PR | 00730 |
| 664506 | COLON PAGAN, HECTOR L | PO BOX 913 | | | PATILLAS | PR | 000723 |
| 101031 | Colon Rosado, Jose | 14 Dutch Loop | | | Fort Bragg | NC | 28307 |
| 1568317 | CONTRERAS GOMEZ, FIDEICOMISO | 255 CALLE ROSARIO PH | | | SAN JUAN | PR | 00912 |
| 106120 | CORDERO JIMENEZ, EDGAR | 1623 CALLE NAVARRA | URB LA RAMBLA | | PONCE | PR | 00731 |
| 1790220 | Cotto Rodriguez, Carmelo | Urb. Rio Verde | Calle 25 ZZ 43 | | Caguas | PR | 00725 |
| 1508239 | Cruz Marrero, Fabiola | Calle Coral A-6 | Mansiones Santa Barbara | | Gurabo | PR | 00778 |
| 1917936 | Cruz Negron, Nestor Gerardo | c/o Edgardo Veguilla Gonzalez | 30 Calle Padial Suite 244 | | Caguas | PR | 00725 |
| 2087155 | Cruz, Arnaldo | Estancias del Rio, 192 Guayanes St. | | | Hormigueros | PR | 00660 |

Exhibit B
ACR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1427609 | CRUZ, MARITZA | PO BOX 1844 | | | GUAYNABO | PR | 00970 |
| 2005410 | DE JESUS GOMEZ, GRISELY | PARCELAS MANI 265 | CALLE CLAUDIO CARRERO | | MAYAGUEZ | PR | 00682 |
| 144725 | DE JESUS RODRIGUEZ PSC, DR REYNALDO | 909 AVE TITO CASTRO, STE 614 | | | COTO LAUREL | PR | 00780 |
| 130430 | DE MAN, PATRICK | SABANERA DORADO | 544 CALLE CORREDOR DEL BOSQUE | | DORADO | PR | 00646 |
| 138898 | DIAZ MARRERO, JOSE | JARDINES DE SAN FRANCISCO | EDIF 2 APT 616 | | SAN JUAN | PR | 00927 |
| 140172 | DIAZ RAMOS, LUZ | URB. VISTA VERDE | 271 CALLE 22 | | AGUADILLA | PR | 00603 |
| 141681 | DIAZ SUAREZ, ANGEL | COMUNIDAD CARRASQUILLO NUM | 239 CALLE JUAN SOTO | | CAYEY | PR | 00736 |
| 649878 | Emmanuel Rivera Sanchez and Esther Molina Bernazar | 75 Ciudad Del Lago | | | Trujillo Alto | PR | 00976-5450 |
| 155941 | ERNESTO RODRIGUEZ RODRIGUEZ Y GLORIGLORIA L DIAZ CO TTEE UAD 9/17/1998 FBO MICHELLE M. RODRIGUEZ DIA | PO BOX 330190 | | | PONCE | PR | 00733-0190 |
| 156504 | ESCOBAR BARRETO, MARIA | URB VALLE ARRIBA HEIGHTS | X-5 CALLE YAGRUMO | | CAROLINA | PR | 00983 |
| 1566461 | Espasas Perez, Carlos | Paseo del Prado 134 calle Eucalipto | | | Carolina | PR | 00987 |
| 1584373 | ESQUILIN QUINONEZ, YADIER | PO BOX 22 | | | TRUJILLO ALTO | PR | 00976 |
| 1985831 | Esquillin Ramos, Zoe | 129 Borinquen | | | Trujillo Alto | PR | 00976 |
| 1815016 | Estate of Antonio Pavia Villamil | C/O Pavia & Lazaro, PSC | Attn: Gerardo Pavia Cabanillas | PO Box 9746 | San Juan | PR | 00908 |
| 791049 | FAMILIA JIMENEZ, FLOR M | COND. PLAYA DORADA APT. 414 A | | | CAROLINA | PR | 70979 |
| 1193120 | FELICIANO FIGUEROA, EDNA | COND VILLAS DE MONTECARLO | 2 CALLE B APT 1802 | | SAN JUAN | PR | 00924-4125 |
| 1193120 | FELICIANO FIGUEROA, EDNA | HC 61 BOX 4759 | | | TRUJILLO ALTO | PR | 00976 |
| 1952535 | FELICIANO ROSADO, JESUS | PERLA DEL SUR 4413 PEDRO CARATINI | | | PONCE | PR | 00717 |
| 163866 | FELICIANO ROSADO, JESUS | PERLA DEL SUR 4413 PEDRO CARATINI | | | PONCE | PR | 00717 |
| 1952535 | FELICIANO ROSADO, JESUS | PERLA DEL SUR 4413 PEDRO CARATINI | | | PONCE | PR | 00717 |
| 165114 | Felix Montilla, Juan | 2103 W Cool Springs Rd | 6T3 | | Tampa | FL | 33604 |
| 165114 | Felix Montilla, Juan | PO Box 22679 | | | San Juan | PR | 00931 |
| 169943 | FIGUEROA FIGUEROA, CARLOS | B-9 URB RIVERA | | | CABO ROJO | PR | 00623 |
| 171231 | FIGUEROA NIEVES, MAYRA | HC 3 BOX 16129 | | | AGUAS BUENAS | PR | 00703 |
| 175209 | Flores Rodriguez, Laura C | Urb. Parque Del Monte | MB-100 Calle Paseo del Campo | | Trujillo Alto | PR | 00976 |
| 1697350 | Franco Paris, Mayra Enid | Urb. Quintas II | 876 Calle Diamante | | Canovanas | PR | 00729 |
| 179874 | FREYTES DE CHOUDENS, NICOLE | PMB 177 35 JUAN C BORBON STE 67 | | | GUAYNABO | PR | 00969 |
| 1436033 | Fuentes, Carlos E | HC 03 Box 8060 | | | Barranquitas | PR | 00794 |
| 181513 | FUSTER LAVIN, JOSE | 1511 CAMINO GONZALEZ APT3 | | | SAN JUAN | PR | 00926 |
| 183179 | GANDIAGA CABRERA, CARLOS | 708 Calle Cupido | | | San Juan | PR | 00926 |
| 1639108 | GANDIAGA CABRERA, CARLOS | 708 CALLE CUPIDO | | | SAN JUAN | PR | 00926 |
| 1605681 | Gandiaga Cabrera, Carlos | 708 Calle Cupido | | | San Juan | PR | 00926 |
| 184033 | GARCIA BURGOS, RAQUEL | HC 03 BOX 15589 | | | AGUAS BUENAS | PR | 00703 |
| 186159 | GARCIA MARTINEZ, JOSE | URB SANTIAGO IGLESIAS | 1435 CALLE J FERRER Y FERRER | | SAN JUAN | PR | 00921 |
| 1602518 | GARCIA VELEZ, MARTA I. | LA TROCHA #35 | | | YAUCO | PR | 00698 |
| 1506383 | Garcia, Miguel A. | Calle Francisco Mendez 2f12 | Urb.Bairoa Park | | Caguas | PR | 00727 |
| 195127 | GOMEZ QUINONES, ROLANDO | URB URB PORTO FINO | 188 CALLE AGUAVIVA | | MANATI | PR | 00674 |
| 24345 | GOMEZ, ANDRES RICARDO | URB BALDRICH | 203 CALLE PRESIDENTE RAMIREZ | | SAN JUAN | PR | 00918-4319 |
| 1059834 | GONZALEZ BEAUCHAMP, MAYRA E | REPARTO METROPOLITANO | CALLE 30 SE #1009 | | RIO PIEDRAS | PR | 00921 |
| 1583809 | GONZALEZ NIEVES, LUIS | 456 CALLE SANTO DOMINGO | | | VEGA ALTA | PR | 00692 |
| 1820263 | Gonzalez Norat, Aristides | PO Box 1254 | | | Santa Isabel | PR | 00757 |
| 1590052 | GONZALEZ VALLES, GLADYS | 2454 CALLE TURIN | VILLA DEL CARMEN | | PONCE | PR | 00716 |
| 1667233 | GONZALEZ, , GERARDO DIAZ | URB HACIENDA MONTE REY | 25 CALLE MORELIA | | COAMO | PR | 00769 |
| 1564596 | Gonzalez, Augusto | 467 Sagrado Corazon Cond Imperial Suites | 402-D | | San Juan | PR | 00915 |
| 2114600 | GUZMAN RIVERA, EDWARD | 1208 AVE MUNOZ RIVERA | | | PONCE | PR | 00717 |
| 1598844 | Hernandez Cajigas, Gilberto | Urb. Alturas de Aguada | Calle 4 E-35 | | Aguada | PR | 00602 |
| 217678 | HERNANDEZ DIAZ, JULIO | COND LAGOMAR | 7 AVE LAGUNA APT 6 I | | CAROLINA | PR | 00979 |
| 2231303 | Hernandez Hernandez, Carlos M. | 1004 Alturas de Cidra | | | Cidra | PR | 00739 |

Exhibit B
ACR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2068798 | Hernandez Olivencia, Gabriel O. | Cond Pisos de Caparra Calle Milan Apt. 8G | | | Guaynabo | PR | 00966 |
| 1783355 | HERNANDEZ OPIO, ALBERTO | URB LA CEIBA | 147 CALLE LOS NARDOS | | JUNCOS | PR | 00777 |
| 221609 | HERNANDEZ ROSADO, WILLIAM | HC 8 BOX 84354 | | | SAN SEBASTIAN | PR | 00685 |
| 500077 | HERNANDEZ SANTIAGO, RUBEN | HC 02 BOX 6877 | BO MAMEYES | | FLORIDA | PR | 00650 |
| 1983682 | Hernandez Silva, Lizaira | 183 Marmol | Urb. Paseo Sta. Barbara | | Gurabo | PR | 00778 |
| 222180 | HERNANDEZ SUAZO, JORGE | LA MARINA 65 CALLE FENIX | | | CAROLINA | PR | 00979 |
| 1694322 | HERNANDEZ VELEZ, NELIANNE | URB SAN ANTONIO | 1430 CALLE DAMASCO | | PONCE | PR | 00728-1606 |
| 1996435 | IRIZARRY VAZQUEZ, JOSE | PO BOX 1029 | | | PENUELAS | PR | 00624 |
| 1678287 | Jimenez Cordero, Lorna A. | 42185 Carr. 482 | | | Quebradillas | PR | 00678 |
| 1470233 | Jimenez Medina, Grissel | URB Pradera Real | 1206 Calle UCares | | Isabela | PR | 00662 |
| 1628746 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCESCHINI | URB. PUNTO ORO 4447 EL ANGEL | | | PONCE | PR | 00728-2048 |
| 1595570 | JOSE A. CRIADO MARRERO ESTATE | C/O MILDRED CRIADO CRIADO | PO BOX 10715 | | PONCE | PR | 00732 |
| 1595570 | JOSE A. CRIADO MARRERO ESTATE | MILDRED CRIADO CRIADO | PO BOX 10715 | | PONCE | PR | 00732 |
| 1591301 | Jose Luis Oppenheimer Almodovar Arcadia Figueroa Diaz | PO Box 331287 | | | Ponce | PR | 00733-1287 |
| 261021 | LAGO SANTIAGO, MARIA | URB LAS LOMAS | 772 CALLE 31 SW | | SAN JUAN | PR | 00921 |
| 1874740 | LECTORA SOTO, PABLO | PO BOX 224 | | | MERCEDITA | PR | 00715 |
| 264786 | LECTORA SOTO, PABLO | PO BOX 224 | | | MERCEDITA | PR | 00715 |
| 265586 | LEON LEON, SONIA | HC-02 BOX 3867 | | | MAUNABO | PR | 00707 |
| 1502691 | Lima Beaz, Sucn Josefina | Urb. Colinas Verdes | Calle 1 B-17 | | San Juan | PR | 00924 |
| 270324 | LOPEZ ARREDONDO, GUADALUPE | SAN JUAN VIEW | 850 CALLE EIDER APT 807 | | SAN JUAN | PR | 00924 |
| 271327 | Lopez Cotto, Yesenia | PO Box 452692 | | | Kissimmee | FL | 34745 |
| 271327 | Lopez Cotto, Yesenia | PO Box 972 | | | Gurabo | PR | 00778 |
| 1584749 | Lopez David, Miriam | 425 East 105th Street Apt 5B | | | New York | NY | 10029-5157 |
| 272185 | LOPEZ GARCIA, ELVIN | ALTURAS DE PENUELAS 2 | N-2 CALLE 14 | | PENUELAS | PR | 00624 |
| 273164 | LOPEZ LOPEZ, VICTOR | PO BOX 620 | | | RIO BLANCO | PR | 00744 |
| 1877790 | Lopez Rodriguez, Santos | 654 Ave Munos Rivera | Edif. Plaza 654 Ste. 911 | | San Juan | PR | 00918 |
| 276232 | Lopez Ruiz, Jean | PO BOX 1103 | | | YAUCO | PR | 00698 |
| 1251774 | Lopez Velez, Luis A | Urb. Salvador Rios | 135 Calle Dorado | | Isabela | PR | 00662 |
| 1582727 | MALARET, MYRIAM COSTA | URB. BOSQUE DE LAS PALMAS | CALLE COCOPLUMOSO 238 | | BAYAMON | PR | 00956 |
| 834244 | Maldonado Jimnez, Vivian G. | Cond. Bosque Real Apt. 516 | | | San Juan | PR | 00926 |
| 294072 | MANGUAL LOPEZ, MARICELI | P.O. BOX 204 | | | SALINAS | PR | 00751 |
| 2114553 | Marchany Carrasquillo, Melissa | Attn: Albieli Carrasquillo | PO Box 10528 | | San Juan | PR | 00922-0528 |
| 2114553 | Marchany Carrasquillo, Melissa | Santa Paula, 34 Jaime Rodriguez | | | Guaynabo | PR | 00969 |
| 301810 | MARIN ALGARIN, ERNESTO | URB. LA CAMPINA II | CALLE PAZ #13 | | LAS PIEDRAS | PR | 00771 |
| 305454 | Marrero Ortiz, Miguel Angel | Hospital Dr Center Manati | Carr #2 Km 47.7 | | Manati | PR | 00674 |
| 305454 | Marrero Ortiz, Miguel Angel | PO Box 2011 | | | San Sebastian | PR | 00685 |
| 309275 | MARTINEZ GONZALEZ, ELVIN | ALT DE VILLA FONTANA | G 14 CALLE 5 | | CAROLINA | PR | 00982 |
| 1436175 | Martinez Mendez, Wilfredo | Urb Olympic Hills | 37 calle Lyra | | Las Piedras | PR | 00771 |
| 311857 | MARTINEZ RIVERA, ANGEL | HC 07 BOX 33150 | | | CAGUAS | PR | 00727 |
| 315330 | MATIAS MARTINEZ, SULLYBETH | CARR# 2 KM 138 | BO NARANJO | | AGUADA | PR | 00602 |
| 315330 | MATIAS MARTINEZ, SULLYBETH | HC 59 BOX 6485 | BO. NARANJO | | AGUADA | PR | 00602 |
| 1430997 | MELENDEZ APONTE, ROBERTO | 54 CALETA DE SAN JUAN | | | SAN JUAN | PR | 00901 |
| 1557099 | Melendez Fraguada, Eva E. | P.O. Box 361 | | | Canovanas | PR | 00729 |
| 322877 | MELENDEZ LEBRON, JUAN JOSE | CALLE ENRIQUE GONZALEZ | 121 OESTE | | GUAYAMA | PR | 00784 |
| 1427503 | MELENDEZ MELENDEZ, JOSE | 13 BDA CANTERA AVE ROBERTO DIAZ | | | CAYEY | PR | 00736 |
| 834971 | Mercado Mercado, Hector M | Urb Rio Cristal | 5162 Calle Roberto Cole | | Mayaguez | PR | 00680-1945 |
| 335953 | MIRANDA RIVERA, JAVIER | PO BOX 2001 | | | COAMO | PR | 00769 |
| 339255 | MONCLOVA GARCIA, SARA | BARRIO CALZADA | BUZON 117 | | MAUNABO | PR | 00707 |
| 728939 | MONTANEZ LOPEZ, NEYSA N | BOX 165 | | | LAS MARIAS | PR | 00670 |

Exhibit B
ACR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 728939 | MONTANEZ LOPEZ, NEYSA N | BOX 487 | | | LAS MANAS | PR | 00670 |
| 343958 | MORALES DELGADO, AGUSTIN | PO BOX 895 | | | LAJAS | PR | 00667 |
| 345663 | MORALES MORALES, RICARDO | URB RIO CRISTAL | AVE SANTITOS COLON 1070 | | MAYAGUEZ | PR | 00680 |
| 348639 | MOREL DE LOS SANTOS, FRANCISCA | EDGAR D. BRITO BORGEN | PROFESSIONAL OFFICES OF EDB | PO BOX 362279 | SAN JUAN | PR | 00936-2279 |
| 348639 | MOREL DE LOS SANTOS, FRANCISCA | URB CAPARRA TERRACE | 837 CALLE 11 SO | | SAN JUAN | PR | 00921 |
| 348931 | MORENO MARTINEZ, LOURDES | PO BOX 901 | | | BARCELONETA | PR | 00617 |
| 699563 | MORENO MARTINEZ, LOURDES | PO BOX 901 | | | BARCELONETA | PR | 00617 |
| 1749219 | Muniz Batista, Lissette | HC 02 Box 9015 | | | Aibonito | PR | 00705 |
| 1601550 | MUNOZ, MIGUEL LEON | EXT VISTA BAHIA | 415 CALLE PASEO DEL PUERTO | | PENUELAS | PR | 00624 |
| 2186336 | Navarro Martinez, Josephine | 1952 Peoria Street | | | Delton | FL | 32738 |
| 942675 | NAVEDO ROSADO, CARMEN | HC 77 BOX 8715 | | | VEGA ALTA | PR | 00692 |
| 356284 | NAZARIO CHACON, BLANCA | BO BUENAVENTURA | 567 CALLE HORTENCIA APT 314A | | CAROLINA | PR | 00987 |
| 636081 | NAZARIO PADRO, DARIO | HC 01 BOX 8045 | | | SAN GERMAN | PR | 00683 |
| 1583338 | NEGRON COLON, EUTIMIO | PO BOX 166 | | | MARICAO | PR | 00606 |
| 159911 | NEGRON ORTIZ, EVELYN | 3005 LEVETTD RD APT. A.12 | | | LORAIN | OH | 44052 |
| 159911 | NEGRON ORTIZ, EVELYN | RES RAMOS ANTONINI | EDF 34 APTO 335 | | PONCE | PR | 00717 |
| 1586357 | NIEVES LOPEZ, GLORIA | ALTURAS DE BAYAMON | 140 PASEO 6 | | BAYAMON | PR | 00956 |
| 1649311 | Nieves Mendez, Luz N | Apartado 1042 | | | Moca | PR | 00676 |
| 1816559 | NIEVES TORRES, ALFREDO | PO BOX 630 | | | MERCEDITA | PR | 00715 |
| 143506 | ORAMAS NIVAL, DOMINGO G. | 506 OLIMPO PLAZA | | | SAN JUAN | PR | 00927 |
| 1793739 | Ortiz Collazo, Kevin | HC 1 Box 5080 | | | Orocovis | PR | 00720 |
| 381205 | ORTIZ NIEVES, LYMARI | PO BOX 157 | | | NARANJITO | PR | 00719 |
| 1436191 | ORTIZ RIVERA, MIGDALIA | PO BOX 764 | | | MAUNABO | PR | 00707 |
| 1909215 | ORTIZ ROLDAN, ISMAEL J | HC 6 BOX 66738 | | | AGUADILLA | PR | 00603 |
| 1582858 | ORTIZ, FELIX TORRES | URB CIUDAD CRISTIANA | 133 CALLE EL SALVADOR | | HUMACAO | PR | 00791 |
| 386207 | OSORIO OSORIO, JUSTINIANO | URB VILLA MARIA | R11 CALLE 1 | | CAGUAS | PR | 00725 |
| 389644 | PACHECO COLLAZO, HECTOR | VILLA PALMERAS 318 CALLE BETANCES | | | SAN JUAN | PR | 00918 |
| 936506 | PACHECO SANTIAGO, SANDRA | HC 37 BOX 6682 | | | GUANICA | PR | 00653 |
| 740748 | PADRO RIOS, RAFAEL | 1 PLAZA DE MERCADO | CALLE DR LOPEZ | | FAJARDO | PR | 00738 |
| 740748 | PADRO RIOS, RAFAEL | URB LOS ARBOLES | 481 CAPARIETO | | RIO GRANDE | PR | 00747 |
| 1986525 | PAGAN RUIZ, DENISSE | EXT SANTA TERESITA | 3641 CALLE SANTA JUANITA | | PONCE | PR | 00730 |
| 395926 | PASTOR RAMOS, HARVEY | HC 4 BOX 9147 | | | CANOVANAS | PR | 00729 |
| 1516318 | PEREZ AMARO, MARYLI | CONDOMINO LAGO PLAYA | APT 2111 | | TOA BAJA | PR | 00949 |
| 1516318 | PEREZ AMARO, MARYLI | John E. Mudd | Law Offices of John E. Mudd | P.O. Box 194134 | San Juan | PR | 00919 |
| 400397 | PEREZ BERDEGUER MD, DOMINGO | 100 GRANBOULEVARD PASEO | MSC 333 STE 112 | | SAN JUAN | PR | 00926-5955 |
| 400397 | PEREZ BERDEGUER MD, DOMINGO | M TORRES-DIAZ & CO.,C.S.P. | MIGUEL A TORRES DIAZ | PO BOX 3502 | GUAYNABO | PR | 00970-3502 |
| 1483291 | Perez Otero, Maria L | Con Vizcaya | 200 Calle 535 | Apt 7-13 | Carolina | PR | 00985 |
| 406160 | PEREZ RIVERA, ELIZABETH | EXT PARKVILLE | AVE MEJICO B2 | | GUAYNABO | PR | 00969 |
| 408739 | PEREZ ZAYAS, RAFAEL | 1353 LUIS VIGOREAUX AVE PMB 259 | | | GUAYNABO | PR | 00966 |
| 1557028 | PEREZ, CARLOS ESPASAS | PASEO DEL PRADO | 134 CALLE EUCALIPTO | | CAROLINA | PR | 00987 |
| 154724 | PIOVANETTI PIETRI MD, ENRIQUE J | ALBIELI CARRASQUILLO | SAN ROBERTO #1000,REPARTO LOYALA | | SAN JUAN | PR | 00926 |
| 154724 | PIOVANETTI PIETRI MD, ENRIQUE J | PO BOX 10431 | | | SAN JUAN | PR | 00922-0431 |
| 1570097 | POPELNIK, RODOLFO B | 3409 AVE ISLA VERDE | APTO 1502 | | CAROLINA | PR | 00979 |
| 416569 | QUILES SOTO, JOSE | PO BOX 1404 | | | SABANA HOYOS | PR | 00688 |
| 1438174 | QUINONES GONZALEZ, CLARO | 1055 13 Asomate | | | Aguada | PR | 00602 |
| 417347 | QUINONES HERNANDEZ, RAMON | PO BOX 709 | | | ANASCO | PR | 00610 |
| 2114695 | Quinones Velazquez, Alfred | HC 2 Box 6161 | | | Penuelas | PR | 00624 |
| 1582681 | Quinonez Mendez, Juan De Dios | BOX 1194 | | | MOCA | PR | 00676-1194 |
| 1582681 | Quinonez Mendez, Juan De Dios | Box 1792 | | | MOCA | PR | 00676 |

Exhibit B
ACR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1582681 | Quinonez Mendez, Juan De Dios | Calle Segundo Feliciano #235 | | | Moca | PR | 00673 |
| 421960 | RAMIREZ DE LEON, JOSE L | APT 1002 C/HONDURAS 201 | COND HATO REY | | SAN JUAN | PR | 00917 |
| 421960 | RAMIREZ DE LEON, JOSE L | PO Box 190251 | | | San Juan | PR | 00919-0251 |
| 1668500 | RAMIREZ DE LEON, JOSE L | APT 701 C/MEXICO 135 | COND VENUS PLAZA A | | SAN JUAN | PR | 00917 |
| 1668500 | RAMIREZ DE LEON, JOSE L | PO BOX 190251 | | | SAN JUAN | PR | 00919-0251 |
| 1521057 | RAMOS CASIANO, RAUL ALBERTO | URB. EL VERDE | 86 MERCURIO STREET | | CAGUAS | PR | 00725-6331 |
| 1472986 | Ramos P, Tania | Tania Levy | 677 Sagamore Dr | | Deltona | FL | 32738 |
| 2206378 | Ramos Rodriguez, Aida Luz | F-1 Calle 3 | Urb. Villa Del Carmen | | Cidra | PR | 00739-3014 |
| 428923 | RAMOS RODRIGUEZ, JOSE | 912 Paseo Ramon Rivera | | | Las Marias | PR | 00670 |
| 428923 | RAMOS RODRIGUEZ, JOSE | HC 1 BOX 5969 | | | LAS MARIAS | PR | 00670 |
| 1666208 | RAMOS ROSA, YAMARIS | 4TA SECC LEVITTOWN | T 30 CALLE LEILA OESTE | | TOA BAJA | PR | 00949 |
| 1585812 | RAVELO CRUZ, MELVIN | 1 VILLAS CENTRO AMERICANA | APT 145 | | MAYAGUEZ | PR | 00680 |
| 439530 | RIOS PASTRANA, VICTOR | DORADO BEACH ESTATE 15 | | | DORADO | PR | 00646 |
| 442035 | RIVERA AYALA, JUAN | HC 04 BOX 8690 | | | AGUAS BUENAS | PR | 00703 |
| 443987 | RIVERA COLON, FELIX | HC 2 BOX 5105 | | | COAMO | PR | 00769 |
| 446513 | RIVERA FIGUEROA, WANDA | HC 01 BOX 11350 | | | CAROLINA | PR | 00987 |
| 452777 | RIVERA ORTIZ , ERIC | PO BOX 2439 | | | CANOVANAS | PR | 00729 |
| 1844853 | Rivera Sanchez, Efrain | Urb San Antonio Calle Casa 2A | | | Aguas Buenas | PR | 00703 |
| 459386 | RIVERA SANTIAGO, VICTOR | PO BOX 2014 | | | JUNCOS | PR | 00777 |
| 462097 | Rivera, Gustavo | HC 45 Box 14552 | | | Cayey | PR | 00736 |
| 864034 | RIVERA-GIERBOLINI, HECTOR H | COLINAS DE FAIR VIEW | 4K-3 CALLE 210 | | TRUJILLO ALTO | PR | 00976 |
| 466419 | RODRIGUEZ BENITEZ, LUIS | 8 CHALETS DEL PARQUE | 12 AVE ARBOLOTE APT 8 | | GUAYNABO | PR | 00969 |
| 466652 | RODRIGUEZ BONILLA, LUIS | BARRIO LOMAS | HC-03 BUZON 7994 | | CANOVANAS | PR | 00729 |
| 2006033 | Rodriguez Candelario, Raul A. | Villas Rica Calle Sofia AJ-20 | | | Bayamon | PR | 00959 |
| 1799215 | RODRIGUEZ CRESPO, KATHYA N | 25 BILBOA | URB. JARDINES DE BORINQUEN | | AGUADILLA | PR | 00603 |
| 472144 | RODRIGUEZ JIMENEZ, JESUS | HC 6 BOX 65217A | | | CAMUY | PR | 00627 |
| 473087 | RODRIGUEZ MALDONADO, EVERLIDIS | COND EL MIRADOR | 100 CALLE JESUS VELAZQUEZ APT 302 | | CAROLINA | PR | 00987 |
| 473478 | RODRIGUEZ MARTINEZ, JAVIER | CIUDAD CRISTIANA | BZN 416 CALLE BOLIVIA | | HUMACAO | PR | 00791 |
| 478213 | RODRIGUEZ RIVERA, EDWIN | HC 61 BOX 5024 | | | TRUJILLO ALTO | PR | 00976 |
| 478388 | RODRIGUEZ RIVERA, JOHANNA | PO BOX 1887 OROCOVIS | BO GATO SECTOR BAJURAS | | OROCOVIS | PR | 00720 |
| 481098 | RODRIGUEZ SANTANA, SAMUEL | PO BOX 660 | | | TOA BAJA | PR | 00951 |
| 481098 | RODRIGUEZ SANTANA, SAMUEL | SYNCHROME BANK | P.O. BOX 965052 | | ORLANDO | FL | 32896-5052 |
| 2118968 | Rodriguez Varela, Frances L. | Villa Rica Calle Sofia AJ-20 | | | Bayamon | PR | 00959 |
| 1426902 | Rodriguez, Latoya | 1429 New Haven Ct. | | | Glen Allen | VA | 23059 |
| 1412455 | RODRIGUEZ, LEANDRO | APARTADO 335 | | | MAYAGUEZ | PR | 00681 |
| 1887569 | Rolon Rodriguez, Edgardo | Urb Villa Jauca A13 | | | Santa Isabel | PR | 00757 |
| 693196 | ROMAN MILLET, JULIO E | HC 04 BOX 17828 | | | CAMUY | PR | 00627 |
| 490242 | ROQUE DE JESUS, ISMAEL | 226 CALLE 13 | URB. SAN VICENTE | | VEGA BAJA | PR | 490693 |
| 1514015 | Roque, Jorge | Calle 3, H 10 | URB Berwind State | | San Juan | PR | 00924 |
| 1816971 | Rosa Correa, Maria del C. | 7014 NW 57th CT | | | Tamarac | FL | 333321-5713 |
| 1487391 | Rosa Rivera, Juan Carlos | PO Box 1531 | | | Guánica | PR | 00653 |
| 1907533 | ROSADO DE JESUS, WILFREDO | URB VILLA DEL CARMEN | 3228 CALLE TOSCANIA | | PONCE | PR | 00716 |
| 1654537 | ROSARIO RODRIGUEZ , ADALIZ | COND OLIMPO PLAZA 1002 AVE MUNOZ RIVERA APT 401 | | | SAN JUAN | PR | 00927 |
| 500959 | RUIZ CASTRO, PEDRO | LAGO ALTO | F82 CALLE LOIZA | | TRUJILLO ALTO | PR | 00976 |
| 1447098 | Saa Solorzano, Jorge V. | 3539 Courtney Lane | | | Bethpage | NY | 11714 |
| 505050 | SALAZAR GONZALEZ, ERMELINDA | URB PARQUE ECUESTRE | L-37 CALLE MADRILENA | | CAROLINA | PR | 00987 |
| 510926 | SANCHEZ SOULTAIRE, IVELISSE | COND PALMAR DEL RIO 4-61 | 18 AVE ARBOLOTE APT 4-61 | | GUAYNABO | PR | 00969 |
| 511356 | SANCHEZ, HECTOR | URB VILLA CAROLINA | 184 65 CALLE 518 | | CAROLINA | PR | 00985 |
| 2088390 | Santiago Diaz, Magaly | PO Box 1845 | | | Caguas | PR | 00726 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 5 of 6

Exhibit B
ACR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 673314 | SANTIAGO MALDONADO, IVETTE | PO BOX 745 | | | HATILLO | PR | 00659 |
| 519595 | SANTIAGO RAMOS, CARLOS | HC 2 BOX 6346 | | | UTUADO | PR | 00641 |
| 1726402 | Santiago, Diana | Calle A 111 No. Vietnam | | | Cataño | PR | 00962 |
| 429426 | SANTIAGO, JORGE RAMOS | HC 64 BOX 8487 | | | PATILLAS | PR | 00723 |
| 523436 | SANTOS DE JESUS, RAFAEL | BO. PLAYA,C-37 | | | SALINAS | PR | 00751 |
| 1556468 | SOLER RODRIGUEZ, DIANNA | COND COND. PARQUE DE LOYOLA | 500 AVE JT PINEIRO | APT 1403 | SAN JUAN | PR | 00918 |
| 1872228 | SOLER RODRIGUEZ, DIANNA | COND COND. PARQUE DE LOYOLA | 500 AVE JT PINEIRO | APT 1403 | SAN JUAN | PR | 00918 |
| 1814983 | Sosa Morales, Heribeito O | #16 Calle Valle Hermoso | | | Aguada | PR | 00602 |
| 1782782 | SOSE MORALES, HERIBERTO O | #16 CALLE VALLE HEIMOSO | | | AGUADA | PR | 00602 |
| 1730175 | SOTO NEGRON, RICARDO | URB CIUDAD JARDIN GURABO | 3 CALLE MAGUEY | | GURABO | PR | 00778 |
| 546782 | TIRADO MEDINA, SAMUEL | HC 6 BOX 12404 | | | SAN SEBASTIAN | PR | 00685 |
| 548239 | TORO CRUZ, DAMASO | MANSIONES DE CABO ROJO | F-83 CALLE HORIZONTE | | CABO ROJO | PR | 00623 |
| 1847438 | TORO ECHEVARRIA, NILDA | HC - 02 BOX 4874 | | | PEÑUELAS | PR | 00624 |
| 549234 | TORRES ANDINO, PABLO | MONTE VISTA | C26 CALLE 2 | | FAJARDO | PR | 00738 |
| 1494158 | Torres Colon, Luis Alberto | 18 Calle Lajas | Bonneville Heights | | Caguas | PR | 00727-4919 |
| 552361 | TORRES GONZALEZ, VICTOR | 17 COOP JARDINES DE TRUJILLO ALTO | EDIF F APT 208 | | TRUJILLO ALTO | PR | 00976 |
| 556880 | TORRES RODRIGUEZ, IVELISSE | 91 URB LIRIOS DEL VALLE | | | ANASCO | PR | 00610 |
| 1259778 | TORRES SANCHEZ, VERONICA | URB BOSQUE LLANO | 713 CALLE JAGUEY | | SAN LORENZO | PR | 00754 |
| 563409 | URBINA REYES, GLORIMAR | URB L'ANTIGUA CALLE 4 VIA PARIS LH-105 | | | TRUJILLO ALTO | PR | 00976 |
| 565170 | VALENTIN PEREZ, EDWARDO | URB VILLA ROSA 3 | B21 CALLE 1 | | GUAYAMA | PR | 00784 |
| 565685 | VALENZUELA CARABALLO, GILBERTO | SANS SOUCI COURT | Calle 1 A-4 | | BAYAMON | PR | 00957 |
| 568589 | VARGAS SALERNA, WANDA | PO BOX 1435 | | | MAYAGUEZ | PR | 00681 |
| 1426823 | VAZQUEZ BRENES, ANGEL MARIO | 281 VALLES DE TORRIMAR | | | GUAYNABO | PR | 00966 |
| 1472952 | Velazquez Delgado, Alexandra | PO Box 555 | | | San Lorenzo | PR | 00754 |
| 580953 | VELEZ GONZALEZ, JORGE | EXT MELENDEZ | 43 CALLE F | | FAJARDO | PR | 00738 |
| 593477 | WILLIAMS ROUSS, GEORGE | 7840 BROADSTONE LOOP APT 204 | | | TAMPA | FL | 33625-2462 |
| 593489 | WILLIAMS, JAMES | 10352 WOODWARD WINDS | | | ORLANDO | FL | 32827 |
| 1482496 | Wiscovitch-Rentas, Noreen | 400 Calle Juan Calaf, PMB 136 | | | San Juan | PR | 00918 |
| 594091 | WOLFROM DE JESUS, WILLIAM | URB QUINTAS DE MIRADERO | 507 CALLE ALMENDRO | | CABO ROJO | PR | 00623 |
| 1565115 | ZaiterTrifilio, Sandra | Laguna Terrace | 6 Calle Mariano Ramirez Bages Apt. 7 E | | San Juan | PR | 00907 |
| 1886012 | Zeno Serrano, Jonathan | #33 Plaza Cedros, Villa Parque del Rio, Encantada | | | Trujillo Alto | PR | 00976 |
| 1886012 | Zeno Serrano, Jonathan | Parque Del Rio Encantada | P.C 69 #33 Plaza Centro | | Trujillo Alto | PR | 00976 |