June 21, 2021

Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, PR 00918-1767

REFERENCE: Wanda I. Ortiz Santiago
No 17 BK 3283-LTS
CASE NUMBER 17-03283-LTS9
Document Number: 17064

Sirs:

As an employee of the Administration of the Courts since 1989 under Laws 447 and since Puerto Rico bankrupt, this does not mean that I am renouncing my acquired rights as a public employee attached to the Judicial Branch of Puerto Rico.

Under Law 447, the law under which I signed to work 30 years of service and 55 years of age in Puerto Rico being bankjrupt, my retirement age increased to 61 years, working 38 years. In view of the fact that in October 2021 I was supposed to have retired at 55 years of age and with 32 years of service and continue to work, I did not renounce my pension of 75% of my last salary and the other acquired rights.

If they approved the Law 80, I would agree to accept, but until that happens, I reiterate that I don not renounce my contract under Law 447 and my acquired rights. For these purposes, any document that is required of me will be provided at that time.

Sincerely yours,

*Wanda I. Ortiz Santiago* (signature)
Wanda I. Ortiz Santiago
Urb. Las Leandras
JJ-5 Calle 21
Humacao, PR 00791