Wanda I. Ortiz Santiago
Urb. Las Leandras
JJ-5 Calle 21
Humacao, PR 00791

Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, PR 00918-1767