**CASO: FRANCISCO BELTRAN-CINTRON, et als v. DEPTO. DE LA FAMILIA, ARV y AIJ**
**CASP NUMERO: 2021-01-0345** (antes, TPI caso K AC 2009-0809)

1. ___Elsa Ortiz Colón___ — _Elsa O Colón_
   Nombre en letra molde, con dos apellidos.

2. ___17 BK 3283-LTS___
   Número reclamo designado (según se indica en la carta que recibieron)

3. Soy reclamante en el caso de FRANCISCO BELTRAN-CINTRON, et als. v. Departamento de la Familia, ARV y AIJ. Caso: CASP 2021-01-0345 (antes TPI caso K AC 2009-0809)

4. Para los documentos que acreditan mi reclamación, favor remitirse al **CLAIM No. 179140.**

5. $ ___150,000.00___
   (cantidad estimada de mi reclamación)

6. Toda vez que, el Código de Quiebras federal me garantiza el derecho a votar para la confirmación del plan fiscal, al tener una reclamación salarial válida, solicito que en conformidad a la Regla 3018 (a), se estime el valor de mi reclamación. Se aclara, que este requerimiento es de fácil cumplimiento, pues durante el proceso seguido en el caso K AC 2009-0809 el (DF, ARV y NIJ) realizaron auditorias de los puestos incluidos en la demanda de referencia, y poseen toda la información pertinente sobre el valor estimado de los salarios que se retuvieron en violación de la ley y de mi contrato de empleo. Esto, siguiendo los parámetros establecidos mediante las sentencias dictadas en los casos de *Carmen Socorro Cruz Hernández et als*, v DF et als, caso num.1991-0665; *Nilda Agosto et als v DF*, caso num: K PE2005-0608 y *Santiago Declet v DF*, 153 DPR 208 (2001).

   Tan pronto se cumplan con las disposiciones de la Regla 3018 (a) y se me notifique el valor de mi reclamación, someteremos nuestra propuesta de estipulación de mi caso.

7. Toda vez que la causa de acción radicada en mi caso se refiere a una reclamación salarial que surge dentro del curso ordinario del empleo, y donde se violaron estatutos laborales locales y federales, así como las disposiciones de mi contrato de trabajo, procede tramitar mi caso bajo el "ACR Procedure" y de esa forma, se me garantice el debido proceso y la igual aplicación de la ley.

8. Favor comunicarse con mi abogada, en relación a mi caso y asunto de referencia:
   **Lcda. Ivonne González Morales, PO Box 902-1828, San Juan, PR 00902-1828**
   Teléfono: 787- 410-0119; Email: ivonnegm@prw.net

Hoy, 24 May 0.21
San Juan, PR

SRF 52652

Case:17-03283-LTS   Doc#:17179-1   Filed:06/28/21   Entered:06/28/21 12:11:55   Desc:
Defective filing re: Elsa Ortiz Colon   Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL*. AND HEARING THEREON

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as sole representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States District Court for the District of Puerto Rico (the "Court"):

(i) the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16740] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Plan"), and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*[Signed: Elsa Ortiz Colon]*
ELSA Ortiz Colon

ELSA ORTIZ COLON
PO BOX 8705
128 Hoja del Caribe St.
San Juan, P. Rico 00910-0705



SAN JUAN PR 009
24 MAY 2021 PM 1 L

RECEIVED & FILED
CLERK'S OFFICE
JUN 28 2021
US DISTRICT COURT
SAN JUAN, PR

OFIC. DE UNITED STATES, TRUSTEE
EDIF. OCHOA, 500, CALLE TANCA
LOCAL 301,
San Juan, PR 00901

ASUNTO: EN RE: COMMONWEALTH OF PR
PUERTO RICO

00901-191320