# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ACR Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 28, 2021

_/s/ Rachel O'Connor_
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 28, 2021, by Rachel O'Connor, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

_/s/ Kelsey Lynne Gordon_
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 54558

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **June 22, 2021**
Designated Claimant(s):
Address:



Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
Claim Type: **Tax Refund**

> This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, the **Commonwealth of Puerto Rico** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in the **Commonwealth of Puerto Rico** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: <u>Claims for pension</u> or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("Tax Refund Claims"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and the **Commonwealth of Puerto Rico** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim: **Department of Treasury**

If you do not hear from a Commonwealth agency representative within **SIXTY DAYS OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

## <u>Overview of Administrative Claims Reconciliation Procedures</u>

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "<u>Initial Determination</u>") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **<u>Pension/Retiree Claims</u>**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **<u>Tax Refund Claims</u>**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **<u>Public Employee Claims</u>**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **<u>Grievance Claims</u>**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

3

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

### AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES

Fecha de Notificación: **22 de junio de 2021**

Reclamante(s) designados:

Dirección:

Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación: **Reembolso de contribuciones**

> Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]      Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, el **Estado Libre Asociado de Puerto** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III del **Estado Libre Asociado de Puerto** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la *Orden* emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: *(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado*. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y el **Estado Libre Asociado de Puerto** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa: **Department of Treasury**

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

### Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "Determinación Inicial") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación.  Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de contribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

- **<u>Reclamaciones de empleados públicos</u>**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **<u>Reclamaciones de quejas/agravios</u>**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo.Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

**<u>Administrative Claims Reconciliation Procedures</u>**

1.      The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

a.   Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "<u>Administrative Reconciliation Notice</u>"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process.  The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

b.   In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process.  If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2.      With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3.      Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "<u>ACR Designated Claims</u>") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases.  The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

4.      Within sixty (60) days of service of the Administrative Reconciliation Notice, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Department of Treasury ("Hacienda"), or the applicable agency or governmental entity previously responsible for handling a Claim, as the case may be, shall restart the processing of the Claims through Administrative Claims Reconciliation.  ERS, Hacienda, or the applicable agency or governmental entity responsible for handling a Claim, as the case may be, shall reach an initial determination as to whether to grant or deny the Claim within ninety (90) days of the recommencement of consideration of the Claim, unless the parties agree otherwise.  To the extent that the local law or procedure applicable to a Claim provides more than ninety (90) days for resolution of the Claim, the time period provided under such local law or procedure shall prevail. Such ninety (90) day period relates to the initial determination of the Claim only.  In the event that either party seeks further review of an initial determination, such further review shall not be limited by this ninety (90) day period.

5.      Within ninety (90) days of filing the first Administrative Reconciliation Notice, and every sixty (60) days thereafter, the Debtors shall file with the Court a notice (an "Administrative Reconciliation Status Notice") setting forth the status of the ACR Designated Claims.  The Administrative Reconciliation Status Notice shall identify, for each ACR Designated Claim, whether it is a Pension/Retiree Claim, a Tax Refund Claim, a Public Employee Claim, or a Grievance Claim.  The Administrative Reconciliation Status Notice shall provide the following information with respect to each ACR Designated Claim:

a.   The date the ACR Designated Claim was transferred into Administrative Reconciliation.

b.   The agency that is responsible for processing the ACR Designated Claim.

c.   Whether the agency responsible for processing the ACR Designated Claim has begun reviewing the Claim.  If the agency has not begun reviewing the Claim within sixty (60) days of the date the ACR Designated Claim was transferred into Administrative Reconciliation, the Administrative Reconciliation Status Notice will include a brief explanation for the delay.

d.   Whether the agency responsible for processing the ACR Designated Claim has a complete administrative file for the Claim, including any follow up documentation requested from claimants.

e.   Whether an initial determination on the ACR Designated Claim has been made. In the event that more than ninety (90) days have elapsed since the recommencement of consideration of the Claim, and an initial determination has not yet been reached, the Administrative Reconciliation Status Notice shall indicate whether the time period was extended by agreement of the parties or because the time period provided under local laws or procedures for resolving the Claim exceeds ninety (90) days.

f.   Whether the claimant has taken an appeal from the initial determination and if so, the status of that appeal.

2

g. Whether the ACR Designated Claim has been resolved (the "ACR Resolved Claims"), either because the claimant has exhausted any available appeals or because the claimant has not filed an appeal within the applicable time period for doing so, and the date on which the ACR Designated Claim was resolved.

h. Whether an ACR Resolved Claim has been paid within one-hundred and twenty (120) days of the date it was resolved.

6.    For the avoidance of doubt, Administrative Claims Reconciliation shall not pertain to any proofs of claim filed by Doral Financial Corporation or any agreements underlying such claims.

**<u>Exhibit B</u>**

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1257675 | 3F AIR CONDITIONING & CONTRACTOR LLC | HC 75 BOX 1119 | | | | NARANJITO | PR | 00719 |
| 1504 | ACCION LABORAL UNITARIA Y DEFENSORA | 3100 CARR 190 STE 201 | | | | CAROLINA | PR | 00983 |
| 4821 | ACRO SERVICE CORP | 39209 WEST 6 MILE ROAD STE 250 | | | | LIVONIA | MI | 48152 |
| 7122 | AGILITY LOGISTICS CORP | 310 COMMERCE SUITE 250 | | | | IRVINE | CA | 92602 |
| 1646734 | Aimee Raices/Alfonos Rossy Millan | Cambridge Park E6 Plaza Doce | | | | San Juan | PR | 00926 |
| 1481501 | AM Insurance Services, PSC | 25 Calle Munoz Rivera | | | | Yauco | PR | 00698 |
| 1481501 | AM Insurance Services, PSC | Haydee Vazquez Gaud | PO Box 1831 | | | Yauco | PR | 00698-1831 |
| 21673 | AMERICAN TELEMEDICINE CENTER CORP | PO BOX 190006 | | | | SAN JUAN | PR | 00919-0006 |
| 21673 | AMERICAN TELEMEDICINE CENTER CORP | URB GARDEN HLS | GA1 CALLE MONTEBELLO | | | GUAYNABO | PR | 00966-2909 |
| 2119266 | Angel L. Medero Vidal & Felicita Morales | 1277 Ave Jesus T Pinero | | | | San Juan | PR | 00927 |
| 2119266 | Angel L. Medero Vidal & Felicita Morales | Jose Ramon Cestero, Attorney | Cestero-Calzada Law Office LLC | 576 Ave. Arterial B. | The Coliseum Tower Residences Apt. 2102 | San Juan | PR | 00918 |
| 32222 | ARCHITEK,PSC | PO BOX 192671 | | | | SAN JUAN | PR | 00919 |
| 32231 | Arco Capital Management LLC | 48 Road 165, CITY VIEW PLAZA II, Suite 4025 | | | | Guaynabo | PR | 00968 |
| 36858 | ASOMANTE MEDICAL GROUP | PO BOX 2006 | | | | AIBONITO | PR | 00705 |
| 1772275 | AVON PRODUCTS, INC. (PUERTO RICO BRANCH) | PO BOX 363774 | | | | SAN JUAN | PR | 00936 |
| 1772275 | AVON PRODUCTS, INC. (PUERTO RICO BRANCH) | SANDRA MARIE TORRES | PO BOX 195598 | | | SAN JUAN | PR | 00919-5598 |
| 1460995 | Bankruptcy Estate of Tactical Security Police Force, Inc., Case No. 15-05575 | Noreen Wiscovitch-Rentas, Chapter 7 Trustee | PMB 136 400 Calle Juan Calaf | | | San Juan | PR | 00918 |
| 46827 | BEBE STORES INC | 400 VALLEY DRIVE | | | | BRISBANE | CA | 94005 |
| 1479662 | BERATUNG GROUP LLC | URB EL VALLE | 225 CALLE TULIPAN G7 | | | CAGUAS | PR | 00727 |
| 53841 | BLUESTEM FILMS INC | 11601 WILSHIRE BLVD STE 2180 | | | | LOS ANGELES | CA | 90025-1757 |
| 1507832 | BRISTOL /MYERS SQUIBB PR INC | LUIS MIGUEL CEBALLOS | 1 SQUIBB DR | | | NEW BRUNSWICK | NJ | 08903 |
| 1507832 | BRISTOL /MYERS SQUIBB PR INC | P.O. BOX 364707 | | | | SAN JUAN | PR | 00936-4707 |
| 1646960 | Bumble Bee International, Inc and its successors and assigns | Eric Johnson | 11 Conagra Drive | | | Omaha | NE | 68102 |
| 1646960 | Bumble Bee International, Inc and its successors and assigns | Michael T. Eversden | Attorney | McGrath North Mullin & Kratz, PC LLO | 1601 Dodge St. Suite 3700 | Omaha | NE | 68102 |
| 2089545 | Cabrera Hermanos, LLC | PO Box 140400 | | | | Arecibo | PR | 00614 |
| 2089545 | Cabrera Hermanos, LLC | Road 2 | KM 82.2 San Daniel | | | Hatillo | PR | 00659 |
| 1660176 | CARLOS MONTOTO & MAGDALENA BLANCO | 220 PAJUL | MIRADOR MILAVILLE | | | SAN JUAN | PR | 00924-3836 |
| 1660176 | CARLOS MONTOTO & MAGDALENA BLANCO | RE: CARLOS E. GONZALEZ | P.O. BOX 266 | | | CAGUAS | PR | 00726-0266 |

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1475534 | CCI Group LLC | ATTN: Kristy West, Vice President, Tax | 111 W 16th Ave, Ste 400 | | | Anchorage | AK | 99501 |
| 1588040 | Centro Clinico de Vega Alta Corp. | c/o Ivonnette M. Ruiz | Calle Muñoz Rivera 5A | | | Vega Alta | PR | 00692 |
| 1481651 | Centro De Consultoria Medica, CSP | HAYDEE VAZQUEZ GAUD | PO BOX 1831 | | | YAUCO | PR | 00698-1831 |
| 1481651 | Centro De Consultoria Medica, CSP | PO Box 847 | | | | Guanica | PR | 00653-0847 |
| 1427024 | Clinica De Manejo Del Dolor Dr. Crawford W. Long C.S.P. | Mary Ann Gandia Fabian, Esq. | PO Box 270251 | | | San Juan | PR | 00928 |
| 1427024 | Clinica De Manejo Del Dolor Dr. Crawford W. Long C.S.P. | PO Box 1869 | | | | Aibonito | PR | 00705 |
| 93339 | CLINICA DE MEDICINA DE FAMILIA DE CAYEY CSP | 110 CALLE NUNEZ ROMEU E | | | | CAYEY | PR | 00736 |
| 93708 | COCINAS  DISENO INC | C/O YANINA FUERTES | 1717 AVE PONCE DE LEON | #2207 | | SAN JUAN | PR | 00909 |
| 93708 | COCINAS  DISENO INC | VILLAS DE SAN FRANCISCO | PLAZA 2 # 87 AVEN DE DIEGO SUITE 3 | | | SAN JUAN | PR | 00927 |
| 1493814 | Commscope Technologies LLC | Nicole Wiley, Manager, International Tax | 4 Westbrook Corporate Center, Suite 400 | | | Westchester | IL | 60154 |
| 1493814 | Commscope Technologies LLC | Robinson, Bradshaw & Hinson, P.A. | David M. Schilli | 101 N. Tryon Street | Suite 1900 | Charlotte | NC | 28246 |
| 632895 | COMUNIDAD AGRICOLA BIANCHI INC | PO BOX 19887 | | | | SAN JUAN | PR | 00910 |
| 1590603 | Correa-Rodriguez, Julio F | 1725 Yangtze | Urb. Rio Piedra Heights | | | San Juan | PR | 00926 |
| 1590603 | Correa-Rodriguez, Julio F | Miguel Angel Figoeros-Iglesias | PMB 375 | 405 Ave. Esmeralda. Ste. 2 | | Guaynabo | PR | 00969-4457 |
| 1583270 | CPA RAFAEL EMMANUELLI COLON | COND EL SENORIAL | 1326 CALLE SALUD STE 513 | | | PONCE | PR | 00717-1687 |
| 111727 | CPALUISROD LLC | PO BOX 610 | | | | YABUCOA | PR | 00767-0610 |
| 1508253 | Crowe Horwath LLP | 320 E Jefferson Blvd | PO Box 7 | | | South Bend | IN | 46624 |
| 1508253 | Crowe Horwath LLP | Frank Rivera, Authorized Agent | 222 Lirio Street | Urb La Serrania | | Caguas | PR | 00725 |
| 1454772 | Cruz Diaz, Antonio | c/o Josué A. Rodríguez Robles, Esq. | MHSJ | PO Box 190095 | | San Juan | PR | 00919-0095 |
| 122471 | CYCLE SPORTS CENTER INC | PDA 26 | 1917 AVE PONCE DE LEON | | | SAN JUAN | PR | 00915-3947 |
| 1475362 | Danaus Trust | 201 S. Phillips Ave. Suite 201 | | | | Sioux Falls | SD | 57104 |
| 1494345 | DIRECT SOLUTION, LLC | 1101 RED VENTURES DRIVE | | | | FORT MILL | SC | 29707 |
| 1494345 | DIRECT SOLUTION, LLC | FUENTES LAW OFFICES, LLC | P.O. BOX 9022726 | | | SAN JUAN | PR | 00902-2726 |
| 1518106 | DISTRIBUIDORA DE ALIMENTOS, INC. | P.O. BOX 365 | | | | CAGUAS | PR | 00726-0365 |
| 143064 | DJS MAT INC | PO BOX 364588 | | | | SAN JUAN | PR | 00936-4588 |
| 1749894 | Edwards Lifesciences (Canada) Inc. | Edwards Lifeesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 1810086 | Edwards Lifesciences Pty. Ltd | One Edwards Way | | | | Irvine | CA | 92614 |
| 1604072 | EMG Networks Alternatives Inc | Urb. Lomas Del Sol | 118 Calle Sagitario | | | Gurabo | PR | 00778-8926 |
| 1514228 | EMPRESAS COLON AYALA INC. | LIZZETTE AYALA SANTIAGO | PO BOX 3849 | | | MAYAGUEZ | PR | 00681-3849 |
| 1514228 | EMPRESAS COLON AYALA INC. | PO BOX 3843 | | | | MAYAGUEZ | PR | 00681-3843 |

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1503540 | EMPRESAS COLON AYALA INC. | PO BOX 3843 | | | | MAYAGUEZ | PR | 00681-3843 |
| 314863 | Encody Inc | Attn: Harry Matthew Pelaez | PO Box 280 | | | Bayamon | PR | 00960 |
| 314863 | Encody Inc | Harry Matthew Pelaez | President | Calle 27 Blq 33 No 24 Urb Santa Rosa | | Bayamon | PR | 00959 |
| 154557 | ENR SERVICE INC | HC 1 BOX 6024 | | | | AIBONITO | PR | 00705-9756 |
| 2032531 | Enrique Figueroa Fernandez & Nancy Pola Carrillo | 1277 Ave. Jesus T. Pinero | | | | San Juan | PR | 00927 |
| 2032531 | Enrique Figueroa Fernandez & Nancy Pola Carrillo | Jose Ramon Cestero | Cestero-Calzada Law Office LLC | 576 Ave. Arterial B. | The Coliseum Tower Residences Apt. 2102 | San Juan | PR | 00918 |
| 154903 | ENVIROMENTAL INVENTORY & CONSULTING GROUP | PO BOX 56163 | | | | BAYAMON | PR | 00960 |
| 154903 | ENVIROMENTAL INVENTORY & CONSULTING GROUP | QUINTA DEL RIO PLAZA 6 B-8 | | | | BAYAMON | PR | 00961 |
| 160281 | EXETER GROUP INC | Philip L. Cifarelli | CFO | 12 Kingswood Drive | | Clifton Park | NY | 12065 |
| 160281 | EXETER GROUP INC | PO BOX 990048 | | | | BOSTON | MA | 02199-0048 |
| 1518149 | FAT, Inc. | P O Box 365 | | | | Caguas | PR | 00726-0365 |
| 1560825 | Fidelity & Deposit Co. of Maryland | Fox Swibel Levin & Carroll LLP | Margaret M. Anderson | 200 W. Madison, Suite 3000 | | Chicago | IL | 60606 |
| 1560825 | Fidelity & Deposit Co. of Maryland | Zurich American Insurance Company | Annette Peat | 1299 Zurich Way | | Schamburg | IL | 60196 |
| 1467704 | FILISHA INC | 326 BO BAJURAS | | | | ISABELA | PR | 00662-2182 |
| 179849 | FREXULFE LLC | PO BOX 364588 | | | | SAN JUAN | PR | 00936-4588 |
| 1482042 | FRONTERA TACORONTE MD., CSP, NESTOR  R. | HAYDEE VAZQUEZ GAUD | HAYDEE VAZQUEZ GAUD ACCOUNTING SERVICES | PO BOX 1831 | | YAUCO | PR | 00698-1831 |
| 1482042 | FRONTERA TACORONTE MD., CSP, NESTOR  R. | PO BOX 1032 | | | | GUANICA | PR | 00653-1032 |
| 190070 | GENERAL OPHTHALMOLOGY GROUP CSP | COND PUERTA DEL CONDADO | 1095 AVENUE WILSON APT 1601 | | | SAN JUAN | PR | 00907 |
| 1516117 | Genetic Diagnostic Group, C.S.P. | C/O Josué A. Rodríguez-Robles, Esq. | PO Box 190095 | | | San Juan | PR | 00919-0095 |
| 1539468 | GRAMIRA, LLC | PO BOX  358 | | | | MAYAGUEZ | PR | 00681-0358 |
| 216078 | HERNAN JR MACHADO TORRES PE PSC | PO BOX 495 | | | | MAYAGUEZ | PR | 00681 |
| 216078 | HERNAN JR MACHADO TORRES PE PSC | PO Box 945 | | | | Mayaguez | PR | 00681-0495 |
| 1574577 | HOTEL MARBELLA INC | PO BOX 335294 | | | | PONCE | PR | 00733 |
| 225089 | HQJ REAL ESTATE, LLC | PO BOX 781 | | | | HORMIGUEROS | PR | 00660 |
| 1656403 | IGUINA DE LA ROSA CSP | URB LA RAMBLA | 1392 CALLE CASTELLANA | | | PONCE | PR | 00730 |
| 1504875 | Instituto de Ojos & Cirugia Plastica CSP | PO Box 3241 | | | | Mayaguez | PR | 00682 |
| 228409 | INVERSIONES & CONSTRUCTORA R B GROUP | RAFAEL G. MARTINEZ-GEIGEL, ESQ. | GPO BOX 366252 | | | SAN JUAN | PR | 00936-7682 |
| 228409 | INVERSIONES & CONSTRUCTORA R B GROUP | URB EL PLANTIO | H24A CALLE NOGAL | | | TOA BAJA | PR | 00949-4439 |
| 673738 | J J C INDUSTRIAL SERVICE | 3-C CALLE LAS VIOLETAS | | | | VEGA ALTA | PR | 00692-6763 |

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1722157 | Jackson National Insurance Company | William Garofalo | c/o Swiss Re | 175 King Street | | Armonk | NY | 10504 |
| 1722157 | Jackson National Insurance Company | William T. Devanney, Jr. | 1 Corporate Way | | | Lansing | MI | 48951 |
| 1572151 | Jacobs P.S.C | 1880 Waycross Road | Attn: Mr. Mike Helmecamp | | | Forest Park | OH | 45240 |
| 1572151 | Jacobs P.S.C | Three Tower Bridge, Two Ash Street | Attn: Mr. Gary Walter | | | Conshohocken | PA | 19428 |
| 239092 | JG DISH & CELLULAR INC | PO BOX 1748 | | | | SAN LORENZO | PR | 00754 |
| 241276 | JMF DEFERRED COMPENSATION TRUST | PO BOX 25 | | | | GURABO | PR | 00778 |
| 1596679 | John L. Kordash and Judith W. Kordash | 2 Knollwood Dr. | | | | Dover | MA | 02030 |
| 1570908 | Jorge L Irizarry Dominicci y Marian I Roig Franceschini | Urb. Punto Oro | 4447 Calle El Angel | | | Ponce | PR | 00728-2048 |
| 252153 | JRZ TRANSPORT INC | VILLA DE SAN AGUSTIN | M49 CALLE 13 1449 | | | BAYAMON | PR | 00959-2083 |
| 1490806 | Learning Alliances, LLC | c/o Jorge M. Canellas | C 7 Tivoli Street | Paseo La Fuente | | San Juan | PR | 00926 |
| 1746547 | Leductech Solutions Inc. | Plaza de las Fuentes | 1078 Finlandia | | | Toa Alta | PR | 00953 |
| 264990 | LEGALITY INVESTIGATION & SECURITY SERVICE INC | PMB 198, PO BOX 1345 | | | | TOA ALTA | PR | 00954-9905 |
| 270550 | LOPEZ BERRIOS, ANGEL | Angel Mario Lopez | 3117 Carr 351 | | | Mayaguez | PR | 00682 |
| 270550 | LOPEZ BERRIOS, ANGEL | PO BOX 3882 | | | | MAYAGUEZ | PR | 00681 |
| 307271 | MARTINEAU HOUSING AND BUILDING MANAGEMENT CORP. | PO BOX 271 | | | | SAINT JUST | PR | 00978 |
| 542569 | MARTINEZ SULSONA, SUCN RAUL | PO BOX 6154 | | | | MAYAGUEZ | PR | 00681-6154 |
| 1495037 | MONY Life Insurance Company | 2801 Hwy 280 South | | | | Birmingham | AL | 35223 |
| 1487897 | MWR Emergency Group LLC | C/O Josué A. Rodríguez Robles | PO Box 190095 | | | San Juan | PR | 00919-0095 |
| 1488998 | Nevares Guillermety, Hector G. | c/o Josué A. Rodríguez Robles | PO Box 190095 | | | San Juan | PR | 00919-0095 |
| 1895865 | Newmeco, Inc. | 1 Santa Anastacia St. Urb El vigia | | | | San Juan | PR | 00926-4203 |
| 1895865 | Newmeco, Inc. | Jeannette Stomayor, Pres. | 138 Winston Churchill Ave | Suite 800 | | San Juan | PR | 00926-4203 |
| 1760676 | Newmeco, Inc. and/or Jeannette Sotomayor, Pres. | 138 Winston Churchill Ave | Suite 800 | | | San Juan | PR | 00924-203 |
| 1760676 | Newmeco, Inc. and/or Jeannette Sotomayor, Pres. | Jose Luis Alicea | Vice President | Newmeco, Inc EIN 66-0775064 | 1 Santa Anastacia St., Urb El Vigia | San Juan | PR | 00926-4203 |
| 366422 | Nolla Amado, Juan Jose | 3051 AVE. JUAN HERNANDEZ | SUITE 202 | | | ISABELA | PR | 00662-3616 |
| 1522433 | Olivencia Velazquez CPAS P S C | PO BOX 79715 | | | | CAROLINA | PR | 00984-9715 |
| 373551 | Open Systems Inc. | 4301 Dean Lakes Blvd. | | | | Shakopee | MN | 55379 |
| 1481953 | OWNED OUTCOMES, LLC | 6085 WEST TWAIN AVE. | SUITE 101 | | | LAS VEGAS | NV | 89103 |
| 1481953 | OWNED OUTCOMES, LLC | JUAN CARLOS GONZALEZ | AGENT | A6 BROMELIA STREET URB. ESTANCIAS DE BAIROA | | CAGUAS | PR | 00727 |
| 388454 | P P L MEDICAL CSP | GALERIA PASEOS | 100 GRAND PASEO BLVD STE 112 | PMB 333 | | SAN JUAN | PR | 00926 |

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 388454 | P P L MEDICAL CSP | MIGUEL A TORRES DIAZ | CONTADOR | M TORRES-DIAZ & CO., C.S.P. | PO BOX 3502 | GUAYNABO | PR | 00970-3502 |
| 396564 | PC G INT'L | COND PLAZA ATHENEE | 101 AVE ORTEGON APT 301 | | | GUAYNABO | PR | 00966 |
| 1507684 | PEREZ RIVERA, GABRIEL | CMR 490 BOX 2416 | | | | APO | AE | 09708 |
| 413512 | POWER COOLING | PO BOX 192817 | | | | SAN JUAN | PR | 00919 |
| 1509952 | PPG Puerto Rico, Inc. | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4425 |
| 1509952 | PPG Puerto Rico, Inc. | PPG Industries, Inc. | 1PPG Place 37/F | | | Pittsburgh | PA | 15272 |
| 414563 | Professional Credential Service Inc | 25 Century Blvd, Suite 505 | | | | Nashville | TN | 37214 |
| 414563 | Professional Credential Service Inc | Gabriel J Viera Pina | CPA | BDH Global Advisors LLC | 954 Ponce De Leon Ave. Ste 806 | Ssn Juan | PR | 00907 |
| 414610 | PROFESSIONAL SERVICES NETWORK INC | 13975 CONNETICUT AVE STE 210 | | | | SILVER SPRING | MD | 20906 |
| 414685 | PROJECT MANAGEMENT CONSTUCTION CORP | 1336 CALLE SALUD | | | | PONCE | PR | 00717 |
| 414691 | PROJECT MANAGEMENT SERVICES PSC | 1336 CALLE SALUD | | | | PONCE | PR | 00717 |
| 419458 | QUINTEROS, ALEJANDRO | 1367 AVE WILSON | APTO 301 | | | SAN JUAN | PR | 00907 |
| 1509568 | RDA LEGAL, PSC. | P/C LIZA RAMIREZ | 7102 GOLD VILLAS | | | VEGA ALTA | PR | 00692 |
| 431591 | RED BUSINESS SUPPORT GROUP INC | COND ATRIUM PARK | 17 CALLE REGINA MEDINA APT 506A | | | GUAYNABO | PR | 00969-6029 |
| 1508434 | RED VENTURES, LLC | 1101 RED VENTURES DRIVE | | | | FORT MILL | SC | 29707 |
| 1508434 | RED VENTURES, LLC | FUENTES LAW OFFICES, LLC | P.O. BOX 9022726 | | | SAN JUAN | PR | 00902-2726 |
| 1548289 | Reynaldo Garcia Inc | CPA William Cancel Sepulveda | PO Box 1746 | | | Mayaguez | PR | 00681-1746 |
| 1548289 | Reynaldo Garcia Inc | PO Box 3608 | | | | Mayaguez | PR | 00681-3608 |
| 436935 | RHEINSCHMIDT TILE AND MARBLE INC | LARRY W. RHEINSCHMIDT, JR. | 1100 AGENCY STREET | | | BURLINGTON | IA | 52601 |
| 436935 | RHEINSCHMIDT TILE AND MARBLE INC | PO BOX 668 | | | | BURLINGTON | IA | 52601 |
| 1487907 | Rodriguez D'Andrea, Angeles M | C/O Josué A. Rodríguez Robles | PO Box 190095 | | | San Juan | PR | 00919-0095 |
| 1500791 | ROJO CONSTRUCTION CORPORATION | Lawrence E. Duffy | 701 Ponce De Leon Ave | Suite 407 | | San Juan | PR | 00907-3248 |
| 1487720 | Rosa Cartagena, Felix J. | c/o Josua A. Rodriguez Robles | PO Box 190095 | | | San Juan | PR | 00919-0095 |
| 2025803 | Sanabria Figueroa, Harry L. | 182 Tulipan | | | | San Juan | PR | 00927-6214 |
| 1464223 | SAP Legal PSC | 434 Ave. Hostos | | | | San Juan | PR | 00918 |
| 1488061 | Schinitzer Puerto Rico, Inc | 299 SW CLAY ST 350 | | | | PORTLAND | OR | 97201 |
| 1488061 | Schinitzer Puerto Rico, Inc | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4425 |
| 1488061 | Schinitzer Puerto Rico, Inc | Schnitzer Puerto Rico, Inc | c/o Ellsworth Mink (Regional Manager) | PO Box 1153 | | Salinas | PR | 00751 |
| 2053176 | Sense Corp. | 17 Rams Gate | | | | St. Louis | MO | 63132 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2053176 | Sense Corp. | Albieli Carrasquillo | RSM Puerto Rico | 1000 San Roberto Street, Reparto Loyola | | San Juan | PR | 00922 |
| 530540 | SERV DE SALUD PRIMARIO DE BARCELONETA | D/B/A ATLANTIC MEDICAL CENTER | PO BOX 2045 | | | BARCELONETA | PR | 00617 |
| 530540 | SERV DE SALUD PRIMARIO DE BARCELONETA | LEIDA ANNETTE NAZARIO | CARR #2 KM. 57.8 CRUCE DAVILA | | | BARCELONETA | PR | 00617 |
| 1571566 | Servicios de Transportacion Juan Carlos Inc | PO Box 439 | | | | Loiza | PR | 00772 |
| 533696 | SJS MNGT ASSOCIATES INC | 1500 MEMOLI LANE, UNIT B1 | | | | FORT MYERS | FL | 33919-6339 |
| 1490298 | Smart Insurance Agency VSJ, P.S.C. | 1510 F.D. Roosevelt Ave. | Suite 9A1 | | | Guaynabo | PR | 00968 |
| 1490298 | Smart Insurance Agency VSJ, P.S.C. | Marichal, Hernández, Santiago & Juarbe, LLC | Juan Jose Charana-Agudo | PO Box 190095 | | San Juan | PR | 00919-0095 |
| 1538217 | Specialty Paper Bag Corporation of Puerto Rico, Inc. | 4131 N.W. 132 Street | | | | Opa Laka | FL | 33054 |
| 1538217 | Specialty Paper Bag Corporation of Puerto Rico, Inc. | Law Office of John E. Mudd | John E. Mudd | PO Box 194134 | | San Juan | PR | 00919 |
| 1563002 | Steadfast Insurance Company | Annette Peat | Zurich American Insurance Company | 1299 Zurich Way | | Schaumburg | IL | 60196 |
| 1563002 | Steadfast Insurance Company | Margaret M. Anderson | Fox Swibel Levin & Carroll LLP | 200 W. Madiosn, Suite 3000 | | Chicago | IL | 60606 |
| 1583585 | Sucesion Lourdes Montalvo Torres | 1374 Calle Bonita | | | | Ponce | PR | 00717-2615 |
| 1516740 | Sucesión Norberto Medina-Vélez, composed by Norberto Medina-Zurinaga, María Medina-Zurinaga and Yvon | PO Box 21354 | | | | San Juan | PR | 00928-1354 |
| 1516740 | Sucesión Norberto Medina-Vélez, composed by Norberto Medina-Zurinaga, María Medina-Zurinaga and Yvon | Z-22 Calle 13 | Ext. San Agustín | | | San Juan | PR | 00926 |
| 542108 | SUCESION PHILIPPI FRANZ RAMIREZ DE ARELLANO | C/O EMELIE PICO | ESTATE ADMINISTRATOR | MANS GARDEN HILLS | F4 CALLE 6 | GUAYNABO | PR | 00966 |
| 542108 | SUCESION PHILIPPI FRANZ RAMIREZ DE ARELLANO | MANS GARDEN HILLS | F4, CALLE 6 | | | GUAYNABO | PR | 00966 |
| 543664 | SYSTEMAX PUERTO RICO | 11 HARBOR PARK DRIVE | | | | PORT WASHINGON | NY | 11050 |
| 543664 | SYSTEMAX PUERTO RICO | 5850 Carol Ridge Drive | Suite 201 | | | Carol Springs | FL | 33076 |
| 1792836 | Taubman Centers, Inc. | 200 E.Long Lake Rd,Suite 300 c/o Corporate Tax Department | | | | Bloomfield Hills | MI | 48304 |
| 1506924 | Tech Data de Puerto Rico, Inc. | C/O Josué A. Rodríguez Robles | PO Box 190095 | | | San Juan | PR | 00919-0095 |
| 1499723 | The New 5-7-9 and Beyond, Inc. | David Lederstein | 1000 Pennsylvania Avenue | | | Brooklyn | NY | 11207 |
| 1442566 | TOLEDO, JOSE HECTOR | CALLE TULIPAN 194 | URB. SAN FRANCISCO | | | SAN JUAN | PR | 00927 |
| 1541155 | Touchstone Wireless Latin America, LLC, d/b/a Ingram Micro Mobility | 501 Airtech Pkwy | | | | Plainfield | IN | 46168 |
| 1541155 | Touchstone Wireless Latin America, LLC, d/b/a Ingram Micro Mobility | Juan H. Saavedra Castro | 206 TeTuan St., Suite 505 | | | San Juan | PR | 00901 |

Exhibit B

ACR Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1468609 | TRAFIGURA TRADING, LLC | 1401 MCKINNEY ST. STE. 1500 | | | | HOUSTON | TX | 77010 |
| 1468609 | TRAFIGURA TRADING, LLC | ADSUAR MUNIZ GOYCO | SEDA & PEREZ-OCHOA, P.S.C. | P.O. BOX 70294 | | SAN JUAN | PR | 00936-8294 |
| 560428 | TRC ENVIRONMENTAL CORPORATION | 21 GRIFFIN RD N | | | | WINDSOR | CT | 06095-1512 |
| 1468116 | Vitol, Inc | c/o Jurgen Oosthuizen | 2925 Richmond Ave. 11th FL | | | Houston | TX | 77098 |
| 1468116 | Vitol, Inc | McConnel Valdés LLC | PO Box 364225 | | | San Juan | PR | 00936 |
| 1539583 | X Ray Diagnostic Center, Inc. / X Ray Equipment, Inc. | PO Box 358 | | | | Mayaguez | PR | 00681-0358 |
| 1539443 | X-RAY DIAGNOSTIC CENTER, LLC | PO BOX 358 | | | | MAYAGUEZ | PR | 00681-0358 |
| 1556433 | Zurich American Insurance Company | Annette Peat | Zurich American Insurance Company | 1299 Zurich Way | | | Schaumburg | IL | 60196 |
| 1556433 | Zurich American Insurance Company | Margaret M. Anderson | Fox Swibe l Levin & Carroll LLP | 200 W. Madison, Suite 3000 | | | Chicago | IL | 60606 |