22/mayo-21

Les hago llegar una copia del Certificado de difunción del Sr. Elio Romo López, ya que el Sr. Elio murió el 29-septiembre-2014- y les hago llegar copia de la carta de la citación para el 15- de junio 2021 en el Tribunal de Distrito en San Juan.

att
Mercy Romo López

RECEIVED & FILED
CLERK'S OFFICE
JUN 28 2021
US DISTRICT COURT
SAN JUAN, PR