Mercy Rosado López
HC0 4 Box 14160
Moca P.R. 00676

CERTIFIED MAIL

7012 1010 0000 4994 2598

RECEIVED
2021 JUN 16 A 8:12
OFFICE OF THE U.S....
REGION 21
SAN...

Asunto In re Commonwealth of Puerto Rico: United States Trustee Edificio Ochoa, 500, Calle Tanca, local 301, San Juan Puerto Rico. 00901

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Asunto In re Commonwealth of Puerto Rico. united states Trustee Edificio Ochoa 500 calle Tanca local 30, San Juan P.R. 00901

9590 9402 6138 0209 0201 91

2. Article Number (Transfer from service label)

7012 1010 0000 4994 2598

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt