**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| | |
| Debtors.[1] | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Batch 19 Notice Parties Service List attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 28, 2021

/s/ *Natasha Otton*
Natasha Otton

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 28, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 54689

**Exhibit A**

**Responda a esta carta el 23 de julio de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before July 23, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com**.

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

---

**THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

---

June 23, 2021

Re: PROMESA Proof of Claim
*In re Commonwealth of Puerto Rico*, Case No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number        . You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do <u>not</u> simply copy over the same information.

**Please respond to this letter on or before July 23, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| **First Class Mail** | **Overnight or Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| **First Class Mail** | **Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**

    □ A pending or closed legal action with or against the Puerto Rican government

    □ Current or former employment with the Government of Puerto Rico

    □ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _____

3. **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**
    □ No. *Please continue to Question 4*.

    □ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
    _____

3(b). Identify the dates of your employment related to your claim:
_____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all applicable):
- □ Pension
- □ Unpaid Wages
- □ Sick Days
- □ Union Grievance
- □ Vacation
- □ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____
_____

4. **Legal Action. Does your claim relate to a pending or closed legal action?**
   - □ No.
   - □ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____

2

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

---

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

---

23 de junio de 2021

Asunto:  Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación          . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

**Responda a esta carta el 23 de julio de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

2

*Número de Evidencia de Reclamación*
*Reclamante*:

# **INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN**

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _____

*Número de Evidencia de Reclamación*:
*Reclamante*:

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - □ No. *Pase a la Pregunta 4*.
   - □ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - □ Jubilación
   - □ Salarios impagos
   - □ Días por enfermedad
   - □ Queja con el sindicato
   - □ Vacaciones
   - □ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - □ No.
   - □ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
   _____

2

*Número de Evidencia de Reclamación del Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Case:17-03283-LTS Doc#:17182 Filed:06/28/21 Entered:06/28/21 18:04:48 Desc: Main
Document Page 13 of 19
*Número de Evidencia de Reclamación del Reclamante*:

3

**Exhibit B**

Exhibit B

Batch 19 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 12751441 | Abbott Laboratories for itself and as the ultimate parent company of a group of entities comprising the Abbott Controller Group Number 1009 for Exercise Tax purposes | Abbott Laboratories | 100 Abbott Park Rd D367/Ap6d | | | Abbott Park | IL | 60064 |
| 12751439 | Abbott Laboratories for itself and as the ultimate parent company of a group of entities comprising the Abbott Controller Group Number 1009 for Exercise Tax purposes | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 12751440 | Abbott Laboratories for itself and as the ultimate parent company of a group of entities comprising the Abbott Controller Group Number 1009 for Exercise Tax purposes | Mcconnell Valdes LLC | 270 Muniz Rivera Avenue, Suite 7 | | | Hato Rey | PR | 00918 |
| 12751360 | Aponte Negron, Iris M | Hc 71 Box 3000 | | | | Naranjito | PR | 00719 |
| 12751393 | Baez Vasquez, Alicia Joan | Brisas del Caribe #24 | | | | Ponce | PR | 00728 |
| 12751359 | Báez, Francis Y Rojas | Hc 74 Box 5827 | | | | Naranjito | PR | 00719 |
| 12751377 | Bermudez Laureano, Edith I. | HC-1 Box 4427 | | | | Comerio | PR | 00782 |
| 12751379 | Bermudez Laureano, Marecelina | HC01 Box 4427 | | | | Comerio | PR | 00782 |
| 12751386 | Bermudez Laureano, Norma Iris | P.O. Box 1030 | | | | Cidra | PR | 00739 |
| 12751363 | Berrios Castrodad, Seira E. | Sabanera del Rio 164 C/Corozos | | | | Gurabo | PR | 00778 |
| 12751396 | Berrios Crespo, Victoria | Box 2234 | | | | Cidra | PR | 00739 |
| 12751352 | Berrios Rivera, Isabel | HC 71 Box 3253 | | | | Naranjito | PR | 00719 |
| 12751366 | Berríos Rodríguez, Evelyn | HC-72 Box 35494 | | | | Naranjito | PR | 00719 |
| 12751376 | Berrios Rosario, Jose A. | P.O. Box 370551 | | | | Cayey | PR | 00737 |
| 12751375 | Berrios Torres, Maria S. | RR01 Buzon 2238 (Bo Rio Abajo) | | | | Cidra | PR | 00739 |
| 12751357 | Cabrera Diaz, Elba Lydia | HC-75 BOX 1725 | | | | Naranjito | PR | 00719 |
| 12751371 | Carrasquillo Maldonado, Luis A. | P.O. Box 181 | | | | Comerio | PR | 00782 |
| 12751409 | Casa Grande Interactive Communications, Inc. | 807 Ave. Ponce de Leon | | | | San Juan | PR | 00907 |
| 12751450 | CASIANO JUSINO, MARIA L | #74 CALLE A | PARCELAS AMADEO | | | VEGA BAJA | PR | 00693 |
| 12751387 | Castrodad Castrodad, Nilda R. | Urb. Sabanera | 139 Camino Las Trinitarias | P.O. Box 339 | | Cidra | PR | 00739 |

Exhibit B
Batch 19 Notice Parties Service List
Served via first class mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12751364 | CLAUDIO GONZALEZ, NILDA L. | HC-91  BOX 9336 | | | | VEGA ALTA | PR | 00692 |
| 12751419 | Combe Products, Inc. | c/o Combe Products, Inc. | Attn: Eduardo Perez-Sosa | PO Box 1208 | | Naguabo | PR | 00718-1208 |
| 12751418 | Combe Products, Inc. | McConnell Valdes | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 12751383 | Correa Rosa, Reina M. | HC 5 Box 6413 | | | | Aguas Buenas | PR | 00703-9066 |
| 12751365 | Cosme Rivera, Luz N. | Apdo 692 | | | | Naranjito | PR | 00719 |
| 12751404 | Costas Elena, Luis P. | Urb Santa Maria 34 Calle Orquidia | | | | San Juan | PR | 00927 |
| 12751452 | Crespo Moyet, Joaquin | Cond. Balcones de San Pedro | 19 Jose de Diego, Apt. 186 | | | Guaynabo | PR | 00969-4592 |
| 12751356 | Diaz Miranda, Zoraida | HC-1 Box 5352 | | | | Corozal | PR | 00783 |
| 12751354 | Diaz Ortiz, Maria Socorro | HC-73 3019 Cedro Abajo | | | | Naranjito | PR | 00719 |
| 12751448 | Digesaro, Mario & Linda | 1015 84 St | | | | Brooklyn | NY | 11228 |
| 12751449 | Digesaro, Mario & Linda | 1015 84 St | | | | Brooklyn | NY | 11228 |
| 12751423 | DowDuPont for itself an as ultimate parent company of a group of entities comprising the Dupont Control Group Number 1031 for Excise Tax purposes | DuPont Electronics Microcircuits Industries, Ltd. | c/o Lourdes Y. Melendez | PO Box 30200 | | Manati | PR | 00674 |
| 12751412 | DowDuPont for itself an as ultimate parent company of a group of entities comprising the Dupont Control Group Number 1031 for Excise Tax purposes | Jeanmarie F. Desmond, Co-Controller | DowDupont Inc. | 974 Centre Road | | Wilmington | DE | 19805 |
| 12751420 | DowDuPont for itself an as ultimate parent company of a group of entities comprising the Dupont Control Group Number 1031 for Excise Tax purposes | McConnell Valdes LLC | C/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 12751395 | Drego, Johanna Vasquez | Urb. Glenview Garden Ave. Glen E-13 | | | | Ponce | PR | 00730 |
| 12751432 | EBI PATIENT CARE, INC. | PO BOX 1359 | | | | GUAYNABO | PR | 00970 |
| 12751382 | Flores Bermudez, Hector Luis | Box 1030 | | | | Cidra | PR | 00739 |
| 12751372 | Fonseca Torres, Maria Isabel | Urb. La Hacienda B-1 Calle A | | | | Comerio | PR | 00782 |
| 12751374 | Freire Nieves, Edna J. | 9 Gautier Benitez | | | | Cidra | PR | 00739 |
| 12751434 | Guzman Rodriguez, Humberto | PMB 733, 1353 LuisVigoreaux Ave. | | | | Guyanabo | PR | 00966 |
| 12751426 | INNOVATIVA CONSULTORES INC | 267 SIERRA MORENA PMB 120 | LAS CUMBRES | | | SAN JUAN | PR | 00926 |

Exhibit B
Batch 19 Notice Parties Service List
Served via first class mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12751427 | INNOVATIVA CONSULTORES INC | C/O: BELINDA RODRIGUEZ NIEVES | TAX REPRESENTATIVE | P.O. BOX 149 | | SAINT JUST | PR | 00978 |
| 12751425 | INNOVATIVA CONSULTORES INC | COND EL MONTE SUR | APT 517 SEC 180 | | | SAN JUAN | PR | 00918 |
| 12751400 | Jeannette Arias Law Office, PSC | 300 Blvd. de la Montaa | Apt. 652 | | | San Juan | PR | 00926-7029 |
| 12751350 | Jimenez Arroyo, Jose L | Calle 6 I-24 Lomas De Trujillo | | | | Trujillo Alto | PR | 00976 |
| 12751445 | JURIMETRICS RESEARCH CORP | PO BOX 361776 | | | | SAN JUAN | PR | 00936-1776 |
| 12751444 | LAB CLINICO DOMENECH INC | 284 AVE. DOMENECH | | | | SAN JUAN | PR | 00918 |
| 12751407 | LABORATORIO CLINICO JUNCOS INC | PO BOX 1920 | | | | JUNCOS | PR | 00777 |
| 12751408 | LABORATORIO CLINICO JUNCOS INC | PO BOX3012 | | | | JUNCOS | PR | 00777 |
| 12751342 | Lizardi Ortega, Guarionex Eduardo | Maritza Ortega Ramos (Madre) | Urb. Santa Elena N-7 Calle | | | Bayamon | PR | 00959 |
| 12751428 | Longo Ravelo, Adriel | Francisco J. Ramos Martinez | 701 Ave. Ponce de Leon Suite 407 | | | San Juan | PR | 00907 |
| 12751429 | Longo Ravelo, Adriel | PO Box 191213 | | | | San Juan | PR | 00919 |
| 12751355 | Lopez Rodriguez, Carlos A. | Ramirez de Arellano 31 J. Campeche | | | | Mayaguez | PR | 00682-2413 |
| 12751344 | Lugo, Lucy Costanza | Urb Treasure Valley Ave Las Americas H-17 | | | | Cidra | PR | 00739 |
| 12751431 | Maria De La Rosa Juarbe Estate | Pellot-Gonzalez, Tax Attorneys & Counselors at Law | Janira Beltran, Attorney | 268 Ponce de Leon | The Hatoy Rey Center, Suite 903 | San Juan | PR | 00918 |
| 12751430 | Maria De La Rosa Juarbe Estate | PO Box 6007 | Loiza Station | | | San Juan | PR | 00914 |
| 12751405 | MARTINEZ RAMIREZ, NIVEA | MR2 VIA 18 VILLA FONTANA | | | | CAROLINA | PR | 00983 |
| 12751453 | Martinez Rivera, Angel Luis | HC-71 Box 2465 | | | | Naranjito | PR | 00719 |
| 12751349 | Medina Rodriguez, Antonia | A25 Calle Ruisenor | | | | Catano | PR | 00962-4514 |
| 12751436 | MERCADO OLIVENCIA, FRANCISCO | PO BOX 1415 | | | | LARES | PR | 00669 |
| 12751362 | Millan Colon, Doris N | Hc 73 Box 5781 | PMB 164 | | | Naranjito | PR | 00719 |
| 12751410 | MOTORAMBAR, INC. | PO BOX 366239 | | | | SAN JUAN | PR | 00936-6239 |
| 12751454 | Neris Mulero, Maria Eugenia | HC 05 Box 53058 | | | | Caguas | PR | 00725 |
| 12751343 | NIEVES PASTRANA, MELANIA | COND. SIERRA ALTA | 200 CARR. 842 APT. 24 | | | SAN JUAN | PR | 00926 |
| 12751367 | Ortiz Benitez, Suheil | PMB 238 PO Box 94000 | | | | Corozal | PR | 00783 |
| 12751388 | Ortiz Diaz, Judith | Buzon RR 01 2138 | | | | Cidra | PR | 00739 |
| 12751361 | Oyola Cintrón, Selenia | Hc 74 Box 5831 | | | | Naranjito | PR | 00719-7446 |
| 12751447 | PARCOM INC | PO BOX 466 | | | | BAYAMON | PR | 00961 |

Exhibit B
Batch 19 Notice Parties Service List
Served via first class mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12751389 | Pedraza Olique, Iris D. | 1739 Carr 172 | | | | Cidra | PR | 00739 |
| 12751381 | Pedraza Olique, Norma I. | 347 Sector Cotto | | | | Cidra | PR | 00739-2103 |
| 12751456 | Peña Peña, Betty | Betty Peña Peña | San Antonio Carr. 739 km 2.1 | | | Caguas | PR | 00725 |
| 12751455 | Peña Peña, Betty | Hc 05 Box 53050 | | | | Caguas | PR | 00725 |
| 12751438 | PEOPLES ADVANTAGE INC | PO BOX 194000 PMB 418 | | | | SAN JUAN | PR | 00919 |
| 12751433 | PEREZ RAMIREZ, ALEJANDRO E | 1484 AVE FD ROOSVELT | APARTAMENTO 1108 | | | SAN JUAN | PR | 00920 |
| 12751437 | Ponce de Leon 1403 | OJEDA & OJEDA LAW OFFICES | c/o Rafael A. Ojeda-Diez | Po Box 9023392 | | San Juan | PR | 00902-3392 |
| 12751424 | RABELL MENDEZ C.S.P. | Jesus Rabell-Mendez | Calle R. Gamdia 564 | | | San Juan | PR | 00918-4033 |
| 12751435 | RABELL MENDEZ C.S.P. | PO BOX 195580 | | | | SAN JUAN | PR | 00919-5580 |
| 12751378 | Reyes Robles, Josefina | Urb. Las Nereidas | #16 Calle Irma | | | Cidra | PR | 00739 |
| 12751384 | Rivera Melendez, Maria de los Angeles | P.O. Box 8283 | | | | Caguas | PR | 00726 |
| 12751353 | Rivera Narvaez, Gladys Milagros | HC-73 Box 5048 Bo. Nuevo | | | | Naranjito | PR | 00719 |
| 12751443 | RIVERA SANCHEZ, JOSE | C35 CALLE PASEO DE LA ROSA | JDNS DE CAYEY | | | CAYEY | PR | 00736 |
| 12751380 | Robles Rodriguez, Maria Isabel | P.O. Box 1484 | | | | Cidra | PR | 00739 |
| 12751368 | Rodríguez Sáez, Lourdes M. | HC-75 Box 1416 | | | | Naranjito | PR | 00719 |
| 12751392 | Rolon Perez, Alma R. | P.O. Box 1104 | Bo. Salto | | | Cidra | PR | 00739-1104 |
| 12751347 | Rosado Martinez, Jose J. | Urb. Glenview Garden Ave. Glen E-13 | | | | Ponce | PR | 00730-1630 |
| 12751391 | Rosario Colon, Enrique | P.O. Box 1484 | | | | Cidra | PR | 00739 |
| 12751403 | Salvador Rovira Rodriguez Attorneys at Law | 203 San Cristobal Office Park Ste 201 | | | | Coto Laurel | PR | 00780 |
| 12751402 | Salvador Rovira Rodriguez Attorneys at Law | PO Box 7462 | | | | Ponce | PR | 00732 |
| 12751399 | SANTIAGO MARCANO, VICTOR | HC-03 BOX 6825 | | | | JUNCOS | PR | 00777 |
| 12751390 | Santiago Ortiz, Brenda Lee | 3 Calle Brisa Dorado | | | | Cidra | PR | 00739 |
| 12751369 | Santiago Rivera, Juan A. | P.O. Box 502 | | | | Cidra | PR | 00739 |
| 12751370 | Santiago Rivera, Onofre | PO Bx 1992 | | | | Ciddra | PR | 00739 |
| 12751345 | Santos Agosto, Irma Nydia | Urb. Treasure Valley Calle Colombia F-7 | | | | Cidra | PR | 00739 |
| 12751398 | Santos Rodriguez, Carlos J. | 144 Cidra Bo. Sud Arriba | | | | Cidra | PR | 00739 |
| 12751385 | Santos Saez, Carmen Gloria | Departamento de Educacion de Puerto Rico | RR - 1 Bo. Rio Abajo, 2244 - 1 | | | Cidra | PR | 00739 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Exhibit B
Batch 19 Notice Parties Service List
Served via first class mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12751406 | Sears Opertaions LLC | c/o Matthew Joly | 3333 Beverly Road | B6-313A | | Hoffman Estate | IL | 60179 |
| 12751416 | Sears Opertaions LLC | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 12751417 | Sears Opertaions LLC | McConnell Valdes LLC | Attn: Yarymar González Berrios, Nayuan Zouairabani | 270 Muñoz Rivera Avenue, Suite 7 | | Hato Rey | PR | 00918 |
| 12751373 | Serrano Sanchez, Victor M. | Bo. Arenas Km.1 Sector los Pinos | Apt. 1245 | | | Cidra | PR | 00739 |
| 12751411 | Smith & Nephew, Inc. | PO Box 191952 | | | | San Juan | PR | 00919 |
| 12751401 | The Line Contractors Corp | 352 Ave San Claudio PMB 351 | | | | San Juan | PR | 00926 |
| 12751414 | Thermo King Corporation, et als | McConnell Valdés LLC | Attention: Isis Carballo | 270 Munoz Rivera Avenue, Suite 7 | | Hato Rey | PR | 00918 |
| 12751413 | Thermo King Corporation, et als | McConnell Valdés LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 12751415 | Thermo King Corporation, et als | TK Controlled Group | c/o Iliamar Torres Estrella | PO Box 144060 | | Arecibo | PR | 00614-4060 |
| 12751351 | Torres Nieves, Natividad | HC 73 Box 4973 | | | | Naranjito | PR | 00719 |
| 12751442 | TORRES RODRIGUEZ, RAMON | 2623 WILLOW GLEN CIR | | | | KISSIMMEE | FL | 34744 |
| 12751446 | Vazquez Flores, Rosa | PO Box 7643 | | | | Caguas | PR | 00726 |
| 12751451 | Vazquez Narvaez, Margarita | PR 3 Box 9518 | | | | Toa Alta | PR | 00953 |
| 12751358 | Vázquez Rodríguez, Francisca | Hc 73 Box 4699 | | | | Naranjito | PR | 00719 |
| 12751346 | Vega Rivera, Maria De Los A. | 208 Calle Invierno, Hacienda Primavera | | | | Cidra | PR | 00739 |
| 12751348 | Vega Santiago, Damaris | Urb. Vista Monte Calle 6 G-3 | | | | Cidra | PR | 00789 |
| 12751394 | Vega Santiago, Nelida | Urb. Ferrer Calle 1 #8 | | | | Cidra | PR | 00739 |
| 12751397 | Velazquez Nieves, Roberto | P.O. Box 1185 | | | | Aguas Buenas | PR | 00703-1185 |