UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER REGARDING PARTICIPATION OF PRO SE
PARTIES AT THE HEARING SCHEDULED FOR JULY 13, 2021

    The Court has received and reviewed filings in connection with the request of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for approval of the *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 16741, the "Disclosure Statement") from the following pro se individuals without CM/ECF credentials (collectively, the "Pro Se Objecting Parties"):

- Antonio Martin Cervera (Docket Entry No. 16871)
- Maria Teserita Martin (Docket Entry No. 16872)
- Ana A. Núñez Velázquez (Docket Entry Nos. 16937, 17040)
- Wanda I. Ortiz Santiago (Docket Entry Nos. 16939, 17175)
- Nancy I. Negrón-López (Docket Entry No. 16955)

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Yashei Rosario (Docket Entry No. 17047)

A telephonic hearing concerning the Oversight Board's request for approval of the Disclosure Statement is scheduled for 9:30 a.m. (Atlantic Standard Time) on July 13, 2021, to be continued, if necessary, at a later date to be determined by the Court (the "Hearing").

The Oversight Board is directed to contact[2] each of the Pro Se Objecting Parties to determine (i) whether any Pro Se Objecting Party wishes to be heard at the Hearing in connection with his or her objection by appearing in person at the Clemente Ruiz Nazario United States Courthouse (the "Courthouse"), and (ii) whether any such Pro Se Objecting Party requires an interpreter to do so. The Oversight Board is directed to file a status report by **July 7, 2021, at 12:00 p.m. (Atlantic Standard Time)** concerning the responses to those inquiries. If any Pro Se Objecting Party who wishes to appear at the Hearing requires an interpreter, the Oversight Board is directed to arrange for a certified interpreter to be present at the Courthouse during the Hearing. At least one attorney representing the Oversight Board must be present at the Courthouse for the Hearing.

Only the certified interpreter, if any, the Pro Se Objecting Parties who express an intention to appear at the Courthouse, if any, and an attorney for the Oversight Board will be permitted to attend the Hearing at the Courthouse. Members of the public and press will be able to listen to the proceedings telephonically. All individuals present at the Courthouse for the Hearing must comply with the District of Puerto Rico's COVID-19 protocols.

SO ORDERED.

Dated: June 29, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] To the extent that any Pro Se Objecting Party's objection does not provide a telephone number or email address, the Oversight Board is directed to consult reasonably available sources of such information including, without limitation, proofs of claim filed by the Pro Se Objecting Parties.