**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO SUBMIT CERTIFIED TRANSLATION AND CORRESPONDENCE RECEIVED IN CONNECTION WITH THE DISCLOSURE STATEMENT TO BE HEARD AT THE JULY 13, 2021 DISCLOSURE STATEMENT HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully file this motion in compliance with the Court's *Order Regarding Spanish Language Pleading (Docket Entry No. 16939)* [ECF No. 17064] directing the Oversight Board to file a certified translation of the response filed by Wanda Ortiz Santiago ("Ortiz Santiago") [ECF No. 16939]. Attached hereto as Exhibit 1 is a certified translation of the response [ECF No. 16939] (the "Ortiz Santiago Response") filed by Ortiz Santiago in response to the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, Et Al.* [ECF No. 16740] (the "Disclosure Statement").

In addition, the Oversight Board submits herewith certain correspondence received with respect to the July 13, 2021 hearing to consider the *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico* [ECF No. 16741]. Attached hereto as Exhibit 2-A is a mailed response (the "Roldan Response") filed by Luis Roldan ("Roldan") in response to the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, Et Al.* [ECF No. 16740] (the "Disclosure Statement"). Attached hereto as Exhibit 2-B is a certified translation of the Roldan Response.

WHEREFORE, the Oversight Board respectfully requests that this Honorable Court take notice of the filing of these responses and certified translations in compliance with the Court's orders.

Dated: June 29, 2021　　　　　　　　　　　Respectfully submitted,
　　　　San Juan, Puerto Rico

　　　　　　　　　　　　　　　　　　　　　*/s/ Brian S. Rosen*

　　　　　　　　　　　　　　　　　　　　　Martin J. Bienenstock
　　　　　　　　　　　　　　　　　　　　　Brian S. Rosen

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
brosen@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*