# EXHIBIT 1

June 8, 2021

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUN 10   PM 5: 20

Clerk's Office of the United States District Court
Ave. Carlos Chardón, Suite 150
San Juan, PR 00918-1767

United States Trustee
Edificio Ochoa #500 Calle Tanca
Local 301
San Juan, PR 00901

**IN RE COMMONWEALTH OF PR**
**PROMESA Title 111 [sic]**
**NO. 17 BK 3283-LTS**

Dear sirs:

In my just claim, filed as a government employee and, due to Puerto Rico being in bankruptcy and under a Financial Oversight and Management Board, I reiterate that I do not waive the acquired rights to a pension of 75% to be received when I reach 55 years of age and 30 years of service. As a Court Administration employee since January 1989, I signed my employment contract under Act 447 and since 2013, being under Act 3, my employment contract, whereby I took my oath of office in 1989, was violated, forcing me to work a further seven years or until reaching 61 years of age and with a meager pension of 38%.

Under Act 447, I would already have retired in 2020 and would be receiving my pension of 75%. I already have 32 years of service and am 55 years of age.

**For these reasons, I do not waive my acquired rights and I demand that my employment contract be honored under Act 447 and that I be paid, in full, my life annuity of 75%.**

The Financial Oversight and Management Board must clear the way for Act 80 and permit employees protected under Act 447 to be able to retire, which would at least bring us a little justice, given that Act 80 offers the payment of at least 50% and a medical plan until 62 years of age; in view of which, many employees would accept to be subject to that offered under Act 80.

Yours sincerely,

[Signature]
Wanda I. Ortiz Santiago
Urb. Las Leandras
JJ-5 Calle 21
Humacao, PR 00791

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/JUNE/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **016939.00 [2021-06-10] Objection to 16740 MOTION Third Amended Title III Joint**

Signed this 16th day of June  2021



Verify at www.atanet.org/verify

_____
Andreea I. Boscor

