# EXHIBIT 2-A

Aguadilla, Puerto Rico
24 de mayo de 2021

Señor Martin J. Bienenstock

Señor Brian S. Rosen

Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
JUN 21 2021
PRIME CLERK LLC

Señores:

Recibí circulación del 11 de mayo de 2021 en la cual quiero hacer mis expresiones. Empiezo con un pensamiento para que sea interpretado por ustedes y su equipo de trabajo para la Junta de Supervisión y Administración Financiera para Puerto Rico. PENSAMIENTO: Yo voy a un Restaurante con mi familia y varios invitados a comer. Comemos y al final pido la cuenta para pagar. Le digo a la persona encargada en cobrar la cuenta, que Martin J. Bienenstock y Brian S. Rosen son las personas que tienen que pagar la cuenta ¿USTEDES LA PAGARIAN?

Según PROMESA en el caso Título III, caso Núm. 17 BK 3283-LTS, nosotros los contribuyentes tenemos que pagar las consecuencias de las deudas que los políticos de turno tomaron prestados para políticamente en beneficios de ellos personalmente sin contar con el apoyo de los contribuyentes.

Yo personalmente no estoy de acuerdo con lo que han hecho negativamente los políticos de torno y <u>NUNCA</u> hay consecuencias para ellos. Actualmente siguen haciendo barbaridades políticamente y no se debe o puede permitir que sea el contribuyente el que pague. ¡HAY QUE ORAR!

CON COPIA A:
Herman D. Pauer
USDC No 215205
O'Neill & Borges LLC
250 Muñoz Rivera Ave. Suite 800
San Juan, P.R. 00918-1813

Luis Roldan Ruiz
54 Cuesta Vieja St.
Aguadilla, Puerto Rico
00603

Spanish to English translation:

I received a circulation on May 11, 2021 in which I want to make my expressions, I start with a thought so that it can be interpreted by you and your work team for the supervisory and financial administration board for Puerto Rico. Scenario: I go to a restaurant, we eat and at the end I ask for the bill to pay, I tell the person in charge of collecting the bill that Martin J Bienestock and Brian S Rosen are the people who have to pay the bill, you will pay it? According to the promise in title 3 case number 17BK 3283-LTS, we taxpayers have to pay the consequences of the debts that the politicians of this day borrowed politically for their personal benefit without counting on the support of the taxpayers.

I personally do not agree with what the politicians of the day have done negatively and there are NEVER consequences for them. Currently, they continue to do atrocities politically and the taxpayer should not or can not be allowed to pay. WE HAVE TO PRAY!

with copy to:

Herman D Pauer

USDC No 215205

O'Neill & Borges LLC

250 Muñoz Rivera Ave. Suite 800

San Juan, P.R 00918-1813

Luis Roldan Ruiz

54 Cuesta Vieja St

Aguadilla, Puerto Rico

00603

Luis Roldán Ruiz
54 Calle Cuesta Vieja
Aguadilla, Puerto Rico
00603-

RECEIVED
JUN 21 2021
PRIME CLERK

SAN JUAN PR 009
16 JUN 2021 PM 2 L

SR. MARTIN J. Bienenstock
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050