# EXHIBIT 2-B

Aguadillo, Puerto Rico<br>
May 24, 2021

Mr. Martin J. Bienenstock
Mr. Brian S. Rosen
Grand Central Station
B.O. Box 4850
New York, NY 10163-4850

Dear Sirs:

    I received the circulation dated May 11, 2021, about which I would like to make some comments. I start with a thought to be interpreted by yourselves and your work team, for The Financial Oversight and Management Board for Puerto Rico. THOUGHT: I go to a restaurant with my family and a few others I invite out to eat. We eat and then at the end I ask for the bill in order to pay. I tell the person I am to pay that Martin J. Bienenstock and Brian S. Rosen are the one who have to pay the bill. WOULD YOU PAY IT?

    According to PROMESA, in case title III, case No. IT BR 3283-LTS, we the taxpayers have to pay the consequences of the debts that the politicians in office took out for their own personal political benefit without the support of the taxpayers.

    I personally am not in agreement with the negative things the politicians in office have done, and there are NEVER consequences for them. They continue to commit political barbarities and the taxpayer should not, can not be the one who pays for it. WE HAVE TO PRAY!

WITH COPY FOR:
Herman D. PAUER
USDC No. 215205
250 Muños Rivera Ave. Suite 800
San Juan, P.R. 00918-1813

Luis Roldan Ruiz<br>
54 Cuesta Vieja St.<br>
Aguadillo, Puerto Rico<br>
00603

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*25/JUNE/2021  ◆  Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449  ◆  Translations & More: 787-637-4906*



# TRANSLATIONS & MORE

*Language & Office Services*

*Pura Reyes Gilestra*  
Translator & Interpreter/Editor

*Dr. Carlo T. Ravelo*  
Court Interpreter & Translator

June 25, 2021

# CERTIFICATION

**I HEREIN CERTIFY** that the document indicated below is a true and correct translation of the original document from the original text in Spanish to the target language English; moreover, that I, Pura M. Reyes-Gilestra, am a professional translator and interpreter and member in good standing of the American Translators Association (#244688) and the National Association of Judiciary Interpreters and Translators (#3449) and also on the Qualified Contract Interpreters & Translators list at the U.S. District Court, for the District of Puerto Rico & the Administrative Office of the United States Courts.

Document translated:

    NOT FILED - DOC204 (letter sent to H. Bauer)

Pura M. Reyes Gilestra, PhD  
Editor/Interpreter/Translator