# **EXHIBIT M**

LATEST AUDITED FINANCIAL STATEMENTS FOR THE DEBTORS