# **EXHIBIT N**

ACTIONS TO BE TRANSFERRED TO THE AVOIDANCE ACTIONS TRUST

**Actions to be Transferred to the Avoidance Actions Trust[1]**

| Vendor Name | Adversary Proceeding No. |
| --- | --- |
| ALEJANDRO ESTRADA MAISONET | 19-00059 |
| AMBASSADOR VETERANS SERVICES OF PR LLC | 19-00048 |
| APEX GENERAL CONTRACTORS | 19-00062 |
| BARCLAYS CAPITAL ET AL. | 19-00280 |
| BRISTOL /MYERS SQUIBB P R INC | 19-00042 |
| CARIBBEAN EDUCATIONAL SERVICES INC | 19-00098 |
| CARIBE GROLIER INC | 19-00051 |
| CCHPR HOSPITALITY, INC | 19-00116 |
| CENTRO DE DESARROLLO ACADEMICO INC. | 19-00053 |
| CITIBANK N A | 19-00265 |
| CLINICA DE TERAPIAS PEDIATRICA | 19-00054 |
| COMMUNITY CORNESTONE OF P R | 19-00043 |
| COMPUTER LEARNING CENTERS, INC. | 19-00055 |
| COMPUTER NETWORK SYSTEMS CORP | 19-00150 |
| CORE LABORATORIES N.V. D/B/A SAYBOLT | 19-00381 |
| CREATIVE EDUCATIONAL & PSYCHOLOGICAL SER | 19-00152 |
| DIDACTICOS, INC. | 19-00161 |
| EDWIN CARDONA & ASOC | 19-00056 |
| ENTERPRISE SERVICES CARIBE LLC | 19-00060 |
| EVERTEC INC | 19-00044 |

---

[1] The actions to be transferred to the Avoidance Actions Trust include, but are not limited to, the actions listed on this Exhibit.

| Vendor Name | Adversary Proceeding No. |
|---|---|
| EXPLORA CENTRO ACADEMICO Y TERAPEUTICO | 19-00143 |
| FACSIMILE PAPER CONNECTION CORP | 19-00092 |
| FAST ENTERPRISES LLC | 19-00266 |
| FIRST HOSPITAL PANAMERICANO | 19-00093 |
| FP+1,LLC | 19-00148 |
| GF SOLUTIONS, INC. | 19-00063 |
| GILA LLC | 19-00354 |
| GIRARD MANUFACTURING INC DBA/BANCO DE | 19-00103 |
| GM SECURITY TECHNOLOGIES | 19-00273 |
| GREAT EDUCATIONAL SERVICE, CORP. | 19-00277 |
| GUIMERFE INC | 19-00182 |
| HEWLETT PACKARD PR BV | 19-00183 |
| HOSPIRA | 19-00186 |
| I.D.E.A. INC. | 19-00268 |
| INTERNATIONAL SURVEILLANCE SERV CORP | 19-00202 |
| INTERVOICE COMMUNICATIONS OF PR INC | 19-00068 |
| JOSE SANTIAGO INC | 19-00075 |
| JUNIOR BUS LINE, INC. | 19-00229 |
| L.L.A.C., INC. | 19-00122 |
| LAW OFFICES WOLF POPPER, INC | 19-00236 |
| MACAM S.E. | 19-00255 |
| MANAGEMENT, CONSULTANT & COMPUTER SERV | 19-00081 |
| MANPOWER | 19-00088 |

| Vendor Name | Adversary Proceeding No. |
| --- | --- |
| MERCK SHARP & DOHME | 19-00276 |
| MICROSOFT CORPORATION | 19-00290 |
| N. HARRIS COMPUTER CORPORATION | 19-00102 |
| NATIONAL COPIER | 19-00251 |
| NETWAVE EQUIPMENT CORP | 19-00253 |
| NEXT LEVEL LEARNING, INC | 19-00129 |
| ORACLE CARIBBEAN INC | 19-00112 |
| PCPS - PROFESSIONAL CONSULTING PSYCHOEDUCATIONAL SERVICES, LLC | 19-00188 |
| PERFECT CLEANING SERVICES INC | 19-00249 |
| POSTAGE BY PHONE RESERVE ACCOUNT | 19-00181 |
| PROSPERO TIRE EXPORT INC | 19-00196 |
| PUERTO NUEVO SECURITY GUARD | 19-00384 |
| PUERTO RICO SUPPLIES GROUP INC | 19-00199 |
| PUERTO RICO TELEPHONE COMPANY | 19-00127 |
| QUEST DIAGNOSTICS | 19-00440 |
| READY & RESPONSIBLE SECURITY, INC | 19-00387 |
| REYES CONTRACTOR GROUP | 19-00220 |
| RICARDO ESTRADA MAISONET | 19-00227 |
| ROCKET LEARNING INC | 19-00232 |
| ROCKET TEACHER TRAINING | 19-00235 |
| RODRIGUEZ PARISSI VAZQUEZ & CO PCS | 19-00155 |
| ROSSO GROUP INC | 19-00239 |
| S H V P MOTOR CORP | 19-00134 |

| Vendor Name | Adversary Proceeding No. |
|---|---|
| SEGUROS COLON INC | 19-00130 |
| SESCO TECHNOLOGY SOLUTIONS LLC | 19-00162 |
| ST. JAMES SECURITY SERVICES, INC. | 19-00145 |
| TACTICAL EQUIPMENT CONSULTNTS INC | 19-00222 |
| TALLER DESARROLLO INFANTIL CHIQUIRIMUNDI | 19-00049 |
| TOTAL PETROLEUM PUERTO RICO CORP. | 19-00114 |
| TRINITY METAL ROOF AND STEEL STRUC CO | 19-00187 |
| TRUENORTH CORP | 19-00160 |
| VIIV HEALTHCARE PR Y/O GLAXO SMITHKLINE | 19-00164 |
| WF COMPUTER SERVICES | 19-00200 |
| XEROX CORPORATION | 19-00218 |