# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** June 30, 2021

BK Case: 17-bk-3283-LTS
Related Civil Case: 09-cv-1172-CCC, 14-cv-1841-JAG, 20-1222-JAG
Related USCA Cases: 19-1534, 20-1698, 21-1189

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 16942:** Motion for Relief From Stay Under 362 [e] filed by Obe E. Johnson.

**Docket Entry 17184:** Order Granting in Part and Denying in Part Obe E. Johnson's Motion for Relief from the Automatic Stay.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk