## Exhibit A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------------- x
:
In re:                                                                      :
                                                                            :
THE FINANCIAL OVERSIGHT AND                                                 :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                           :  Title III
                                                                            :
          as representative of                                             :  Case No. 17-BK-3283 (LTS)
                                                                            :
THE COMMONWEALTH OF PUERTO RICO, *et al*.,                                  :  (Jointly Administered)
                                                                            :
          Debtors.[1]                                                      :
-------------------------------------------------------------------------- x

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR LEAVE TO FILE LIMITED SUR-REPLY WITH
RESPECT TO BANKRUPTCY RULE 3013 ISSUES AND IN RESPONSE TO
OVERSIGHT BOARD'S OMNIBUS REPLY IN SUPPORT OF DISCLOSURE
STATEMENT MOTION**

The Court, having considered the *Urgent Motion of Official Committee of Unsecured*

*Creditors for Leave to File Limited Sur-Reply with Respect to Bankruptcy Rule 3013 Issues and*

*in Response to Oversight Board's Omnibus Reply in Support of Disclosure Statement Motion*

(the "Motion for Leave"), and the Court determining that (i) the Court has subject matter

jurisdiction over the Motion to Leave pursuant to 48 U.S.C. § 2166(a); (ii) venue of this

proceeding and the Motion to Leave is proper under 48 U.S.C. § 2167(a); (iii) notice of the

Motion to Compel was adequate and proper under the circumstances and that no further or other

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case
No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings
Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

notice need be given; and (iv) good cause appearing therefor, it is hereby ORDERED,

ADJUDGED AND DECREED THAT:

1.    The Motion for Leave is hereby GRANTED as set forth herein.

2.    The Committee is permitted to file a sur-reply addressing the arguments and

issues presented in Sections I.A through I.E of the Reply (the "Sur-Reply"), which Sur-Reply is

not to exceed **fifteen (15) pages**, exclusive of the cover page, the signature page, tables of

contents and authorities, and the certificate of service.

3.    The Committee may file the Sur-Reply no later than **Wednesday, July 7, 2021 at

5:00 p.m. (AST)**.

4.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

5.    The Court shall retain jurisdiction to hear and determine all matters relating to te

implementation, interpretation, or enforcement of this Order.

6.    This Order resolves Docket Entry No. ___ in Case No. 17-3283.


Dated: July ___, 2021


_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE