UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION REGARDING PROPOSED SCHEDULE FOR FILING, BRIEFING AND ARGUMENT OF MOTION TO ESTABLISH A COMMITTEE TO REPRESENT RETAIL INVESTORS IN THE EIGHT RETAIL INVESTOR CLASSES IN CONNECTION WITH THE PROPOSED PLAN AND IN PROCEEDINGS RELATED TO CONFIRMATION

The Court has received and reviewed the *Urgent Motion Regarding Proposed Schedule for Filing, Briefing and Argument of Motion to Establish a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation* (Docket Entry No. 17196 in Case No. 17-3283), filed Peter C. Hein.

Mr. Hein's renewed motion to establish a committee (the "Motion") must be filed by **July 6, 2021, at 5:00 p.m. (Atlantic Standard Time)**. Responsive papers to the Motion, if any, must be filed by **July 19, 2021, at 5:00 p.m. (Atlantic Standard Time)**. Mr. Hein's reply, if any, must be filed by **July 27, 2021, at 5:00 p.m. (Atlantic Standard Time)**. The Court will hear oral argument concerning the Motion on **August 18, 2021**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 17196 in Case No. 17-3283.

SO ORDERED.

Dated: June 30, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge