**GOVERNMENT OF PUERTO RICO**
Economic Development Bank for Puerto Rico

# Deposits Account Statement

For the period ending 04/30/2021

**AUTORIDAD DE TIERRAS**
PO BOX 9745

SAN JUAN  PR  00908

| REF ID | Trans Type | Settlement Date | Maturity Date | Rate | Beg. Balance | Accretions | Reductions | Ending Balance | Interest Accrued |
|---|---|---|---|---|---|---|---|---|---|
| * C1074008 | ISS | 03/15/2021 | 06/14/2021 | 1.7300 | 1,216,066.45 | 0.00 | 0.00 | 1,216,066.45 | 2,746.62 |

\* Securities without activity during this period will not be detailed in this statement.

| Grand Totals: | | | | | $1,216,066.45 | $0.00 | $0.00 | $1,216,066.45 | $2,746.62 |

*Any claim related to this statement must be submitted in writing no later than 30 days after this statement is sent or made available.*

Email :  **Inversiones@bde.pr.gov**
PO Box 2134  San Juan, PR  00922-2134
Telephone (787) 641-4300

Page 1 of 1