# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## FOURTEENTH NOTICE OF TRANSFER OF CLAIMS
## TO ALTERNATIVE DISPUTE RESOLUTION

To the Honorable United States District Judge Laura Taylor Swain:

1.     On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order").  The ADR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors")
to resolve general unsecured claims using the procedures approved by the court in the ADR Order
[ECF No. 12576-1] ("ADR Procedures").

2.      Pursuant to the ADR Order, the Debtors hereby transfer the claims identified on
Exhibit A hereto (the "Fourteenth ADR Designated Claims") into the ADR Procedures.

3.      As directed by the ADR Order, the Debtors shall serve a copy of this ADR Transfer
Notice (as defined in the ADR Order) on each claimant whose claim is identified on Exhibit A
hereto (the "Fourteenth ADR Designated Claimants"), together with a copy of the ADR Procedures.
Pursuant to the ADR Order, the Debtors anticipate serving an ADR Notice with an Offer or an
Information Request (each as defined in the ADR Order) within sixty (60) days.  The form of the
ADR Notice is annexed to the ADR Order as Exhibit 2.  [ECF No. 12576-2].

4.      The Debtors shall serve copies of this ADR Transfer Notice upon the Fourteenth
ADR Designated Claimants listed on Exhibit A and the Master Service List (as defined by the
*Fifteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 17127-1]).  This
notice is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico.

Dated:  July 1, 2021
       San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico, Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico, Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

3