# EXHIBIT A

**Schedule of Fourteenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RONDA RIVERA, LUIS | 27207 | d | Tort-related Litigation Claim | DDP-2012-0329 | Initial Transfer |
| DINO DEMARIO AND CHERYL STEELE | 220 | f | Tort-related Litigation Claim | 16-02897 (FAB) | Initial Transfer |
| PEREZ LA SANTA, VELMA | 27535 | f | Electrical Contact | DDP-2015-0122 | Initial Transfer |
| PEREZ ORTIZ, HECTOR | 24835 | f | Electrical Contact | DDP-2015-0122 | Initial Transfer |
| COLON APONTE, TOMAS; VALENTIN, ANDUJAR | 84110 | d | Tort-related Litigation Claim | LDP-2017-0010 | Initial Transfer |
| SOTO GONZALEZ, HERMINIA | 547 | d | Tort-related Litigation Claim | JDP2016-0316 | Initial Transfer |
| GONZALEZ, ANELIZ | 66209 | d | Tort-related Litigation Claim | CDP2017-0088 | Initial Transfer |
| UNIVERSAL INSURANCE COMPANY | 9556 | c | Reimbursement Claim | N/A | Initial Transfer |
| ALVARADO-GASCOT, SUCN PABLO | 21524 | f | Tort-related Litigation Claim | DDP-2008-1128 | Initial Transfer |
| AYALA GRISELLE, RIVERA | 34145 | f | Tort-related Litigation Claim | HSCI-2008-01045 | Initial Transfer |
| MORALES DIAZ, CARLOS N. | 5575 | f | Tort-related Litigation Claim | GDP-2011-0188 | Initial Transfer |
| RIVERA HERNANDEZ, CLARIBEL | 20706 | f | Tort-related Litigation Claim | KDP-2016-0148 | Initial Transfer |

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| **Claim Amount Key** |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |