# Exhibit 17

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
Executive Director I Omar J. Marrero, Esq. I omar.marrero@aafaf.pr.gov

June 25, 2021

**VIA ELECTRONIC MAIL**

Ms. Natalie A. Jaresko
Executive Director
The Financial Oversight and
Management Board for Puerto
Rico
P.O. Box 192018
San Juan, PR 00919-2018

*Re:    Implementation and Enforcement of Act 7*

Dear Ms. Jaresko:

I write in response to your June 22 letter (the "June 22 Letter") in which the Oversight Board requested confirmation from the Government that (i) the *Law for a Dignified Retirement*, Act 7 of 2021 ("Act 7") will not be implemented and (ii) the Legislature will undertake the repeal of Act 7 in its entirety. In that letter, the Board also stated that, absent confirmation of **both** of these items, it would "take any such action it deems necessary, consistent with PROMESA §§ 104(k), 108(a), 204 and 207, including seeking remedies and penalties to nullify Act 7 and to prevent the implementation and enforcement of the Act." *See* June 22 Letter, at 3. For the avoidance of doubt, this letter is sent to the Board on behalf of the Governor of Puerto Rico, Hon. Pedro Pierluisi, as head of the Executive Branch of the Government of Puerto Rico.

As noted in the Government's certification for Act 7 pursuant to Section 204(a) of PROMESA (the "Certification"), Act 7 establishes a public policy against cuts to present or future pension benefits for public sector retirees. *See* Certification, at 1. Governor Pierluisi fully supports this policy to ensure a dignified retirement for public employees, and believes that the Board's currently proposed plan of adjustment for the Commonwealth, ERS and PBA contains unnecessary pension reductions that should be rejected. However, the Governor also recognizes that Act 7 in its entirety is significantly inconsistent with the Board-certified Commonwealth fiscal plan (the "Fiscal Plan") and AAFAF has made such a

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



**GOVERNMENT OF PUERTO RICO**
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Executive Director I Omar J. Marrero, Esq. I omar.marrero@aafaf.pr.gov

certification to the Board, according to the provisions of Section 204(a) of PROMESA.

Because there is no dispute between the Governor and the Board that Act 7 is significantly inconsistent with the Fiscal Plan, the Government can hereby confirm that it will work with the Board to ensure a fiscally responsible alternative for the implementation of Act 7.  In light of this confirmation, the Government believes that the pursuit of any legal remedies before the Title III Court would be unwarranted and would add an unnecessary layer of expense to the Title III cases.

The ultimate goal of the Title III cases is to achieve consensus on a plan of adjustment, which requires legislation and cooperation from the Government, in order to implement it.  The Board's current position on pensions is not conducive to reaching that goal. The Government believes that if the Board pursues litigation on Act 7 it will only move even further away from the ultimate goal of confirming a plan of adjustment. Therefore, we urge the Board not to pursue litigation, but rather to work with the Government of Puerto Rico to break the impasse with the Board and to consider other alternatives to provide a dignified retirement to Puerto Rico's public pensioners in a fiscally responsible manner.

Please be advised that the Governor is currently considering submitting a bill to the Puerto Rico Legislature providing a reasonable pension benefit to public employees who were hired prior to January 1, 2000 (the "Pension Reform"). We would like to schedule a meeting with you or your representatives as soon as practicable so that we can discuss this proposed legislation.

As always, we look forward to continue working with the Oversight Board to achieve the best results possible for the people of Puerto Rico.

Very truly yours,

Omar J. Marrero Díaz
Executive Director

cc:  Hon. Pedro R. Pierluisi, Governor of Puerto Rico
     Hon. José Luis Dalmau, President of the Senate
     Hon. Rafael Hernández, Speaker of the House of Representatives

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

 787.722.2525       contact@aafaf.pr.gov      aafaf.pr.gov