**From:** corporate.bond.research@bankofny.com,
**To:** rbodnarpa@aol.com,
**Subject:** RE: Puerto Rico highway & transportation revenue bonds due 7/1/34
**Date:** Mon, Jun 21, 2021 12:31 pm
**Attachments:**

---

Good Afternoon, Mr. Bodnar:

Thank you for your recent correspondence to BNY Mellon. The Corporate Bond Research Team can confirm receipt of your inquiry, referenced below.

In order to attempt to facilitate your request, we forwarded your inquiry to the Administrator group for review. Please see the below as their response:

We're not familiar with the cusip he referenced.

He should follow up with broker. It's possible that the bonds are secondary insured bonds, for which the bond insurer pays on the bonds.

We apologize for any inconvenience.

Have a Great Day

Sincerely,

Corporate Bond Research

**From:** rbodnarpa@aol.com <rbodnarpa@aol.com>
**Sent:** Monday, June 21, 2021 10:57 AM
**To:** Corporate Bond Research <corporate.bond.research@bankofny.com>
**Subject:** Puerto Rico highway & transportation revenue bonds due 7/1/34

From Raymond Bodnar 908-752-5233 - I am trustee of Bodnar Trust fund owning $25,000 Puerto Rico Highway & Transportation Revenue Bonds due 7/1/34. I did file a proof of claim for these bonds with bankruptcy court. These bonds are held in Schwab investment account with cusip # 745190R67. However, Puerto Rico commission has requested a disallowance of my claim since BNYM filed a master claim, including Puerto Rico highway & transportation bonds due 7/1/33. Kindly verify to me that BNYM did file a master claim, which included the Puerto Rico highway & transportation revenue bonds due 7/1/34.

---

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to https://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities. Please note

that we may use tracking pixels to monitor your interaction with reports and data delivered via this email. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of www.bnymellon.com.

EXHIBIT "B"

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Bodnar Trust U/A Dated 12/28/2001 | 6737 | 4/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | $25000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors. | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Bodnar Trust U/A Dated 12/28/2001 | 6737 | 4/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | $25000.00 |
| Base para: | Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).