Raymond L. Bodnar, Trustee for

Bodnar Trust U/A Dated 12/28/2008, Respondent

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

rbodnarpa@aol.com

UNITED STATES DISTRICT COURT

FOR THEDISTRICT OF PUERTO RICO

In Re: PROMESA

| | | |
|---|---|---|
| THE FINANCIAL OVERSIGHT AND | : | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | : | No.17 BK 3283 – LTS |
| As representative of | : | Proposed Order as to |
| THE COMMONWEALTH OF PUERTO RICO et | : | Respondent's Objection |
| Al. | : | to Disallowance and |
| Debtors | : | Reclassification of Claim |
| | | No 6850 |

ORDER DENING THREE HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAY AND TRNSPORTATION AUTHORITY FOR PETITIONER'S MOTION FOR PARTIALL DISALLOWANCE AND RECLASIFICATION OF CLAIM NO 6850.

Having duly considered the submitted pleadings of the parties, this Court Hereby renders the following

IT IS this _____ day of _____, 2021 ORDERED

That the Petitioner's Motion to partially disallow and partially reclassify Respondent's Proof of Claim No 6850 is hereby denied and

That Respondent upon receipt of this order within five (5) business days forward a true copy of this order Council for Oversight Board – Prohauser Rose

LLP and (b) Counsel for Creditor's Committee – Paul Hasting LLP.

_____

Honorable Judge Laura Taylor Swain

United States District Judge