Raymond L. Bodnar'
17008 SW Sapri Way
Port St Luciue FL 34986



7020 2450 0002 1504 8734



1000



00918

U.S. POSTAGE PAID
FCM LETTER
PORT SAINT LUCIE, FL
34986
JUN 28, 21
AMOUNT

$7.40

R2304M114772-8



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

150 CARLOS CHARDON STE 150

00918$1706