UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>    Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

---------------------------------------------------------------------x

**RELATED TO DOCKET #17210**

**INFORMATIVE MOTION – JULY 13, 2021 HEARING**

Dated: July 2, 2021

# INFORMATIVE MOTION – JULY 13, 2021 HEARING

Peter C. Hein, pro se, an individual bondholder, wishes to participate in the July 13, 2021 hearing and be heard on Debtors' motions docketed at #16756 and #16757, and on any other matters that may affect his interests. Peter C. Hein filed responses to Docket #16741 and #16927 (apparently now superseded by #17192), #16742, #16756, #16757 and #16758. See Docket #16908, #16909 and #16977. I understand from ¶ 4 of the "Order regarding Procedures for Disclosure Statement Hearing" (#17210) that the Court is requesting a joint informative motion providing the particulars specified in ¶ 4. I am prepared to coordinate with other parties concerning such joint informative motion.

July 2, 2021

                                                            Respectfully Submitted,

                                                            /s/ Peter C. Hein
                                                            Peter C. Hein, pro se
                                                            101 Central Park West, Apt. 14E
                                                            New York, NY 10023
                                                            petercheinsr@gmail.com

## Certificate of Service

I, Peter C. Hein, certify that I have caused Informative Motion – July 13, 2021 Hearing to be served via the Court's CM/ECF system.

July 2, 2021

                                            /s/ Peter C. Hein
                                            Peter C. Hein