# EXHIBIT A

**Exhibit A**

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| NORTHWEST SECURITY MANAGEMENT, INC | 28777 | f | Trade Claim | N/A | Resolved[2] |
| WEST CORPORATION | 82579 | d | Trade Claim | | Resolved |
| MELENDEZ RAMIREZ, LESLY ANN | 17784 | c | Tort Claim | K DP2016-1191 | Evaluative Mediation[3] |
| MELENDEZ RAMIREZ, XAVIER | 13259 | c | Tort Claim | K DP2016-1191 | Evaluative Mediation |
| Y.M.R. REPRESENTED BY HIS MOTHER QUENIA RAMIREZ RODRIGUEZ | 17785 | c | Tort Claim | K DP2016-1191 | Evaluative Mediation |
| RAMIREZ RODRIGUEZ, QUENIA | 17658 | d | Tort Claim | K DP2016-1191 | Evaluative Mediation |
| GOMEZ TORRES, YADIRA | 38964 | c | Tort Claim | E DP2017-0020 | Offer accepted in Offer and Exchange[4] |
| MERCEDES RODRIGUEZ RODRIGUEZ Y OTTROS | 28503 | c | Tort Claim | Court, Bayamón Part/ DDP20100040 | Offer accepted in Offer and Exchange |
| RODRIGUEZ NIEVES, ORLANDO | 1966 | c | Trade Claim | | Offer accepted in Offer and Exchange |
| LOPEZ GARCIA, MIRNA IRIS | 25378 | e | Electrical Contact | HSCI201300593 | Offer accepted in Offer and Exchange |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of this Exhibit A.

[2] With respect to each of the claims marked "Resolved" in this ADR Status Notice, the parties have agreed to and executed a stipulation, which is being contemporaneously filed pursuant to the *Order Amending Alternative Dispute Resolution Procedures* [ECF No. 15505].

[3] "Evaluative Mediation" refers to Section 3 of the ADR Procedures.

[4] With respect to each of the claims marked "Offer accepted in Offer and Exchange" in this ADR Status Notice, the parties have reached agreement on the amount of the ADR Designated Claimant's Claim.  As set forth in Section 7(e) of the ADR Procedures, the Debtors will file a stipulation for the Court's review and approval once such stipulation has been agreed to by the parties.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Torres Lopez, Michelle | 24925 | e | Electrical Contact | HSCI201300593 | Offer accepted in Offer and Exchange |
| Torres Martinez, Edwin Ariel | 25846 | f | Electrical Contact | HSCI201300593 | Offer accepted in Offer and Exchange |
| Yomaira Caraballo Nieves | 58229 | f | Tort Claim | Superior Court, San Sebastian Part/A2CI20160-0125 | Offer accepted in Offer and Exchange |
| ANGEL ESTRADA, MANUEL | 11258 | e | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| LOPEZ, EILEEN | 11243 | e | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| ESTRADA LOPEZ, EMMANUEL A. | 11389 | d | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| SAEL, A MINOR CHILD, MANUEL ANGEL ESTRADA AND EILEEN LOPEZ, PARENTS | 15418 | d | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| CONSOLIDATED WASTE SERVICES | 28144 | b | Trade Claim | | Offer and Exchange[5] |
| DOM-MART CORP. | 4769 | c | Trade Claim | | Offer and Exchange |
| GONZALEZ RIVERA, SANTIAGO | 34914 | c | Trade Claim | | Offer and Exchange |

---

[5] "Offer and Exchange" refers to Section 2 of the ADR Procedures.  Claimants currently marked as "Offer and Exchange" have received either an Offer or an Information Request, as defined in the ADR Procedures.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| GRUPO EFEZETA | 29780 | c | Trade Claim | | Offer and Exchange |
| SUCN LUIS RODRIGUEZ VELEZ | 13346 | c | Trade Claim | | Offer and Exchange |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| Villanueva Medina, Sara | 49894 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| Martinez Torres, Jaime | 25838 | e | Electrical Contact | HSCI201300593 | Offer and Exchange |
| Anthony José Torres Aguayo | 21798 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Daisy Aguayo Cuevas | 21736 | e | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| Erick Anthony Torres Aguayo | 27443 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| John Manuel Torres Aguayo | 25304 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| Tanisha Michelle Torres Aguayo | 26324 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| ANELA LLC DBA ORIGAMI SHUSHU TORRIMAR | 4428 | c | Trade Claim | N/A | Offer and Exchange |
| ON POINT TECHNOLOGY INC | 5189 | c | Trade Claim | N/A | Offer and Exchange |
| TEOFILO MOLINELLI DBA PANADERIA LA FRANCAISE | 29583 | c | Trade Claim | N/A | Offer and Exchange |
| RIVERA TORRES, YACHIRA | 49463 | c | Tort Claim | Puerto Rico Court of Appeals/KLAN201900610 | Offer and Exchange |
| RIVERA, ANA TERESA | 315 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| MELENDEZ, HECTOR RIVERA | 336 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| RIVERA MELENDEZ, IVAN | 341 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| MELENDEZ, RENE RIVERA | 328 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RIVERA MELENDEZ, SAUL | 316 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| VELEZ GONZALEZ, JOSE A. | 69294 | d | Tort Claim | LDP2008-0037 Superior Court, Utuado Part | Offer and Exchange |
| MARIA SOCORRO QUINONES AND LEONARDO CINTRON | 172577 | d | Electrical Contact | K DP2008-1047 Superior Court, San Juan Part | Offer and Exchange |
| MALDONADO ROMERO, MIRIAM | 19021 | d | Tort Claim | CDP 2016-0043 Superior Court, Arecibo Part | Offer and Exchange |
| SANTIAGO VELEZ, ANGEL I | 19244 | d | Tort Claim | CDP 2016-0043 Superior Court, Arecibo Part | Offer and Exchange |
| LOPEZ PENA, DAVID & RIVERA, CARMEN | 9046 | d | Tort Claim | K DP2016-0106 Superior Court, San Juan Part | Offer and Exchange |
| ACEVEDO ECHEVARRIA, JAN LUIS | 16705 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Offer and Exchange |
| ACEVEDO GONZALEZ, CARLOS LUIS | 15384 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Offer and Exchange |
| ACEVEDO GUZMAN, CORALYS | 15411 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Offer and Exchange |
| ACEVEDO GUZMAN, JANIELIS | 16222 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Offer and Exchange |
| ACEVEDO ECHEVARRIA, CARL LUIS | 15417 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Offer and Exchange |
| RAMOS BARRIOS, RAFAEL | 7883 | b | Income Tax Refund/Personal Bankruptcy | N/A | Offer and Exchange |
| VAZQUEZ ESMURRIA, MAGALY | 7232 | c | Litigation Claim | 2016-03-1340, AQ-12-0008 | Offer and Exchange |
| ROBLES GARCIA, ELIEZER | 10535 | a | Litigation Claim | AQ-15-0223, AQ-15-0263, AQ-15-0272, AQ-18-0078, AQ-18-0097, AQ-19-0240 | Offer and Exchange |
| SANTIAGO RENTA, ANAIDA M. | 11726 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434 | Offer and Exchange |

5

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RODRÍGUEZ RODRÍGUEZ, CARMEN M. | 12922 | b | Litigation Claim | CU-13-003, KLRA-2015-00555 | Offer and Exchange |
| TORRES CORREA, GERARDO | 13108 | b | Litigation Claim | CU-13-003, KLRA-2015-00555 | Offer and Exchange |
| TORRES LOPEZ, IVETTE G | 13765 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Offer and Exchange |
| TORRES LOPEZ, IVETTE G | 13935 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Offer and Exchange |
| RODRIGUEZ FARIA, MARILYN | 14149 | a | Litigation Claim | KPE-2005-0607, KAC-2009-0908, KLRA-2015-01434 | Offer and Exchange |
| MENDEZ LARACUENTE, RAMON | 14449 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Offer and Exchange |
| SANTIAGO RENTA, ANAIDA M | 14659 | a | Litigation Claim | KLAN-2015-00004, KAC-2009-0809, KLAN-2015-01434, KAC-2007-0214 | Offer and Exchange |
| SANTIAGO RENTA, ANAIDA M | 15717 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Offer and Exchange |
| ESCUDERO ORTIZ, JUDITH | 16070 | a | Litigation Claim | KAC-2009-0809 | Offer and Exchange |
| FRANCO SOTO, MARIA | 16543 | c | Litigation Claim | 3:15-CV-02571 | Offer and Exchange |
| CALDERON RIVERA, LUZ E | 16780 | a | Litigation Claim | KAC-2012-1259 | Offer and Exchange |
| SANES FERRER, MARISOL | 16971 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Offer and Exchange |
| SANES FERRER, MARISOL | 17702 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Offer and Exchange |
| URBINA REYES, GLORIMAR | 18424 | c | Litigation Claim | 2014-0415 | Offer and Exchange |

6

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MENDEZ LARACUENTE, RAMON | 18494 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Offer and Exchange |
| MILAGROS LUNA SANTIAGO, MARTA | 19652 | d | Litigation Claim | 2000-06-1639, KLRA-2012-00155, KLRA-2012-00156 | Offer and Exchange |
| VIVIAN NEGRON RODRIGUEZ REPRESENTING GENOVEVA RIOS QUINTERO | 20771 | c | Litigation Claim | 2000-03-1325 | Offer and Exchange |
| GONZALEZ OLIVERO, VIVIAN | 21218 | a | Litigation Claim | N/A | Offer and Exchange |
| VAZQUEZ MELENDEZ, JOAQUIN | 22648 | a | Litigation Claim | AQ-16-0955 | Offer and Exchange |
| RAMIREZ LOZANO, EVELYN | 23633 | a | Litigation Claim | KAC-2009-0809 | Offer and Exchange |
| TORRES TORRES, CARLOS R. | 26309 | a | Litigation Claim | N/A | Offer and Exchange |
| TORRES TORRES, CARLOS R. | 26368 | a | Litigation Claim | N/A | Offer and Exchange |
| FRANCO SOTO, MARIA M. | 28633 | d | Litigation Claim | 3:15-CV-92571 | Offer and Exchange |
| FERRER ALMA, CARMEN | 29224 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Offer and Exchange |
| MEDINA TORRES, BRENDA I. | 33866 | c | Litigation Claim | KAC-2000-5670 | Offer and Exchange |
| MALDONADO MARTINEZ, VÍCTOR | 43118 | a | Litigation Claim | KAC-2000-5670 | Offer and Exchange |
| RAMOS DIAZ, MILDRED ANGELITA | 43745 | c | Litigation Claim | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| LOPEZ RUYOL, CARMEN MERCEDES | 46946 | c | Litigation Claim | 2013-04-1542, 2013-11-0224, KAC-1996-1381, KAC-1998-0530 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RIVERA AYALA, MARIA I. | 50673 | c | Litigation Claim | KAC-2005-0608 | Offer and Exchange |
| MEDINA TORRES, BRENDA I. | 50704 | a | Litigation Claim | KAC-2000-5670 | Offer and Exchange |
| BESSOM CABANILLAS, BRENDA | 51392 | c | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| MELENDEZ NEGRON, MARIBEL Y. | 52082 | a | Litigation Claim | KAC-2009-0809 | Offer and Exchange |
| RODRIGUEZ LUGO, LUZ C. | 52239 | a | Litigation Claim | KAC-1998-0532 | Offer and Exchange |
| MARTINEZ HERNANDEZ, BLANCA I. | 54009 | a | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| TORRES ROSADO, JULIO | 54400 | c | Litigation Claim | SJ-2017-CV-00542 | Offer and Exchange |
| ALBETORIO DIAZ, MARIA E | 55356 | a | Litigation Claim | 2014-03-0746 | Offer and Exchange |
| KERCADO SANCHEZ, EDNA MARIA | 56107 | a | Litigation Claim | 2013-04-1542,  2013-11-0224 | Offer and Exchange |
| MARTINEZ HERNANDEZ, BLANCA I. | 56605 | a | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| CINTRON, MARIA L. | 56803 | b | Litigation Claim | SJ-2019-CV-07914 | Offer and Exchange |
| GONZALEZ MARTINEZ, ELISA EILEEN | 59090 | c | Litigation Claim | SJ-2017-CV-00542 | Offer and Exchange |
| RAMIREZ ALAMEDA, ISRAEL | 60026 | a | Litigation Claim | 2000-06-1639 | Offer and Exchange |
| RIVERA AYALA, MARIA I | 60071 | e | Litigation Claim | KAC-2005-0608 | Offer and Exchange |
| ACOSTA SANTIAGO, ZUZETH ENID | 61019 | a | Litigation Claim | SJ-2019-CV-07914 | Offer and Exchange |
| VILLEGAS FALU, EDNA M. | 62656 | c | Litigation Claim | KAC-1999-0669 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MALDONADO BLANCO, CARMEN M. | 62712 | a | Litigation Claim | 3013-04-1542 | Offer and Exchange |
| MALDONADO BLANCO, CARMEN M. | 63000 | a | Litigation Claim | 2012-05-2084 | Offer and Exchange |
| RUIZ, RAFAEL PARES | 63004 | c | Litigation Claim | KAC-2009-1173 | Offer and Exchange |
| LUGO SUAREZ, NOE | 65667 | a | Litigation Claim | N/A | Offer and Exchange |
| LUGO SANTANA, INES M | 72847 | a | Litigation Claim | KDP-2001-1441 | Offer and Exchange |
| MARRERO GARCIA, MIRIAM | 73965 | a | Litigation Claim | KAC-2000-5670 | Offer and Exchange |
| LEDESMA-MOULIER , ZENAIDA | 74709 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| MARTINEZ MENENDEZ , WILLIAM | 78037 | a | Litigation Claim | 2013-04-1542, 2013-11-0224, 2013-11-0224, 2012-05-2084 | Offer and Exchange |
| AGOSTO VEGA, ANA | 78258 | b | Litigation Claim | N/A | Offer and Exchange |
| COLON MALDONADO, ADELAIDA | 78327 | a | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| GONZALEZ RODRIGUEZ, JUANA | 79322 | c | Litigation Claim | KAC-1996-1381, KAC-2002-4604 | Offer and Exchange |
| COLON MALDONADO, CARMEN G | 80160 | b | Litigation Claim | KAC-2003-4295 | Offer and Exchange |
| DIAZ GONZALEZ, ILIA | 100878 | c | Litigation Claim | KAC-2001-6412 | Offer and Exchange |
| COLON NEGRON, CARLOTA | 103321 | a | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| LABOY SANCHEZ, TERESA | 109990 | a | Litigation Claim | KAC-2003-3304 | Offer and Exchange |
| FIGUEROA FIGUEROA, JOSE | 111251 | c | Litigation Claim | KAC-2001-6412 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| DIAZ ORTIZ, LISSETTE | 123297 | a | Litigation Claim | AQ-11-0227 | Offer and Exchange |
| COLON NEGRON, CARLOTA | 130316 | a | Litigation Claim | 2013-04-1542,  2013-11-0224 | Offer and Exchange |
| CRUZ MADERA, WALTER L. | 138231 | a | Litigation Claim | N/A | Offer and Exchange |
| DIAZ CARRASQUILLO, JOSUE A. | 140259 | d | Litigation Claim | 05-4-2-1-128 | Offer and Exchange |
| SANTIAGO RIVERA, MARYLIN | 290 | c | Litigation Claims | 2017-0005 | Offer and Exchange |
| MUNIZ SUAREZ, JUAN B | 4981 | a | Litigation Claims | A2CI201100650 | Offer and Exchange |
| TORRES FORTI, JOSE A | 9008 | a | Litigation Claims | KAC-1997-0144 | Offer and Exchange |
| MENDEZ MENDEZ, MARCELINO | 14969 | a | Litigation Claims | JDP-2014-0415 | Offer and Exchange |
| RODRIGUEZ FELICIANO, WILLIAM | 17370 | a | Litigation Claims | 2004-01-0796,  2004-07-0152, 2007-03-1042,  2010-09-0192 | Offer and Exchange |
| LEBRON FLORES, AMANLYS | 24607 | a | Litigation Claims | KAC-1996-1381 | Offer and Exchange |
| DALECCIO RODRIGUEZ, SONIA V | 24672 | a | Litigation Claims | KAC-1998-0532 | Offer and Exchange |
| QUINONES MALDONADO, CARMEN D. | 24924 | c | Litigation Claims | KAC-1998-053 | Offer and Exchange |
| APONTE CALDERON, ISABEL M | 25052 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| RODRIGUEZ CHAPARRO, MARIA | 26107 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| RODRIGUEZ MERCADO, IVETTE | 26432 | a | Litigation Claims | KAC-2005-5021 | Offer and Exchange |
| MALDONADO NEGRON, MARIANO | 29794 | a | Litigation Claims | KAC-1996-1381 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| REYES ORTIZ, SONIA I | 32116 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| MELENDEZ RIVERA, IVETTE | 32686 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| REYES ORTIZ, SONIA | 33322 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| RIVERA COSME, MARIA A | 33425 | a | Litigation Claims | PAC-09-9764, PAC-10-5160, PAA-10-2751, PAA-10-2931 | Offer and Exchange |
| BENITEZ DELGADO, ALFREDO | 33770 | c | Litigation Claims | KAC-2007-0214 | Offer and Exchange |
| SANTIAGO RODRIGUEZ, CARMEN L | 35019 | a | Litigation Claims | Unknown | Offer and Exchange |
| RAMIREZ MELENDEZ, RAFAEL ANGEL | 35953 | a | Litigation Claims | EEOC 515-2020 0029, AQ-18-0122 | Offer and Exchange |
| RODRIGUEZ RODRIGUEZ, SONIA | 36686 | a | Litigation Claims | 2016-05-1340, KAC-2009-0809, KLAN-2015-01434, KLRA-2017-00066 | Offer and Exchange |
| BALBIN PADILLA, CYNTHIA | 38507 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| ARRIETA ORTIZ, BELEN E | 40355 | a | Litigation Claims | Unknown | Offer and Exchange |
| SANTIAGO RODRIGUEZ, SERAFIN | 47370 | a | Litigation Claims | KAC-1996-1381 | Offer and Exchange |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 52040 | a | Litigation Claims | 2013-11-0224 | Offer and Exchange |
| GARCIA PIÑERO, ARIANA | 54266 | a | Litigation Claims | KAC-2012-0346, AQ-16-1021 | Offer and Exchange |
| PEREZ SANTIAGO, MARTHA E. | 55230 | a | Litigation Claims | CC-2006-746 | Offer and Exchange |
| MERCADO VAZQUEZ, LUZ MARIA | 58543 | a | Litigation Claims | SJ-2015-CV-00200 | Offer and Exchange |
| SANTIAGO CONDE, BLANCA | 61367 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| SILVA BERNIER, JOSE V. | 70744 | a | Litigation Claims | KAC-1990-0487, KPE-2005-5021 | Offer and Exchange |
| MUNOZ FRANCESCHI, IRAIDA MARGARITA | 75170 | a | Litigation Claims | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| MALDONADO FONTANEZ, MARITZA | 80639 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| PEREZ SANTIAGO, MARTHA E. | 82379 | a | Litigation Claims | CC-2006-746 | Offer and Exchange |
| CENTENO ALVARADO, RAFAEL | 84867 | c | Litigation Claims | KAC-1996-1381 | Offer and Exchange |
| COLON MALDONADO, ADELAIDA | 86448 | a | Litigation Claims | 2013-04-1542, 2012-05-2084 | Offer and Exchange |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 88534 | a | Litigation Claims | 2013-11-0224 | Offer and Exchange |
| MEDINA GALINDO , RAMON | 88652 | c | Litigation Claims | KAC-1998-532, KAC-1999-669 | Offer and Exchange |
| RAMIREZ MIRANDA, ROSA ESTHER | 90617 | c | Litigation Claims | KAC-1999-669, KAC-1998-532 | Offer and Exchange |
| CLEMENTE ROSA, MARIA A. | 92159 | c | Litigation Claims | AQ-14-0730 | Offer and Exchange |
| MERCADO, MARIA M | 93046 | c | Litigation Claims | KAC-2001-6412 | Offer and Exchange |
| COLON NEGRON, CARLOTA | 93720 | a | Litigation Claims | 213-4-1542, 2013-11-0224 | Offer and Exchange |
| MONTES MONSEGUR, CARMEN | 96454 | c | Litigation Claims | 199-0665, KAL-1998-0532 | Offer and Exchange |
| COLON TORRES, TAMARA | 96621 | a | Litigation Claims | 89-2841 | Offer and Exchange |
| MONTES MONSEGUR, MARIA I. | 97912 | c | Litigation Claims | 199-0665, KAL-1998-0532 | Offer and Exchange |
| COLON NEGRON , CARLOTA | 97969 | a | Litigation Claims | 2013-04-1542, 2013-11-024 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RIVERA MARTINEZ, CARMEN | 101034 | a | Litigation Claims | KAC-2007-0214, KAC-2003-3604 | Offer and Exchange |
| RODRIGUEZ BACHIER, NESTOR R. | 102807 | a | Litigation Claims | Unknown | Offer and Exchange |
| ORTIZ ORTIZ, EFRAIN | 104404 | c | Litigation Claims | Unknown | Offer and Exchange |
| GARCIA TORRES, JORGE L. | 106466 | a | Litigation Claims | S1-2017-CV-0054 | Offer and Exchange |
| COLON VAZQUEZ, NANCY R | 108897 | a | Litigation Claims | KDP-2005-0150 | Offer and Exchange |
| SANTIAGO NARUAEZ, IVAN | 164563 | a | Litigation Claims | KAC-1998-0530 | Offer and Exchange |
| ARVELO PLUMEY, ALMA M | 16161 | a | Litigation Claims | 2015-10-0388 | Offer and Exchange |
| RODRIGUEZ RUIZ, ELLIOTT | 21831 | c | Trade Claim | N/A | Offer and Exchange |
| PARRILLA PEREZ, ANA | 22711 | a | Litigation Claims | Unknown | Offer and Exchange |
| MARCANO GARCIA, LUIS | 27812 | c | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| ORTIZ RIVERA, WILMA | 28763 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| ARES, DIANA H | 30311 | b | Litigation Claims | HSCI-2012-00843 | Offer and Exchange |
| CHACON RODRIGUEZ, MAYRA | 31054 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| CRUZ ACEVEDO, MARIBEL | 39412 | a | Litigation Claims | KAC-2009-0805 | Offer and Exchange |
| MIRANDA ROSARIO, NEYSA | 40658 | a | Litigation Claims | 2002-05-139; 2004-08-0264 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CORDERO ROSA, CARLOS J. | 46988 | a | Litigation Claims | CA-03-061D-05-031, KLRA-2008-00189 | Offer and Exchange |
| PEREZ TALAVERA, IVELISSE | 48264 | c | Litigation Claims | APE-2016-0040, KLCE-2017-01083 | Offer and Exchange |
| TORRES, TAMARA COLON | 49762 | a | Litigation Claims | 89-2841 | Offer and Exchange |
| PINET, LISANDRA | 68476 | b | Litigation Claims | KPE-1980-1738 | Offer and Exchange |
| VEGA CADAVEDO, SILVIA | 71612 | a | Litigation Claims | KAC-1998-0532 | Offer and Exchange |
| PEREZ SANTIAGO, MARTHA E | 79691 | a | Litigation Claims | CC-2006-746 | Offer and Exchange |
| VELEZ MARTINEZ, ELIZABETH | 84203 | a | Litigation Claims | KAC-2002-5357 | Offer and Exchange |
| VEGA COTTO, CARMEN JULIA | 89999 | a | Litigation Claims | KAC-1998-0532 | Offer and Exchange |
| CASASNOVAS CUEVAS, LUZ N | 93661 | a | Litigation Claims | 2011-0067 | Offer and Exchange |
| BONILLA HEREDIA, AMERICO | 97385 | b | Litigation Claims | 2011-01-3083 | Offer and Exchange |
| VELEZ MARTINEZ, ELIZABETH | 98792 | a | Litigation Claims | KAC-2002-5357 | Offer and Exchange |
| RIVERA ALONSO, MARIA M. | 110962 | d | Litigation Claims | AQ-09-551, AQ-16-1930 | Offer and Exchange |
| LOPEZ MATOS, MARIA E. | 115203 | b | Litigation Claims | KAG-2009-0809 | Offer and Exchange |
| ALICEA CRUZ, ADA E | 121790 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| COLON CINTRON, MARIA I. | 125246 | c | Litigation Claims | 2014-03-0731 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ALVALLE ALVARADO, BETTY | 128935 | a | Litigation Claims | CC-1997-328 | Offer and Exchange |
| ACOSTA VINCENTY , MILTON | 143112 | a | Litigation Claims | KDP-2005-0150 | Offer and Exchange |
| AGUIRRE FIGUEROA, EDWIN E. | 145359 | a | Litigation Claims | 2013-11-0224, 2013-04-1542, 2012-05-2084 | Offer and Exchange |
| ROLDAN BURGOS, FERNANDO | 149658 | a | Litigation Claims | Unknown | Offer and Exchange |
| BALBIN PADILLA, CYNTHIA | 154211 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| BALBIN PADILLA, CYNTHIA | 154224 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| BOCANEGRA GONZALEZ, MARISEL | 157395 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| ACOSTA VINCENTY, EVELYN | 161362 | a | Litigation Claims | KDP-2005-0150 | Offer and Exchange |
| BENIQUEZ RIOS, MARIA DEL C | 162130 | a | Litigation Claims | 2016-05-1340, KAC-2007-0214 | Offer and Exchange |
| ACOSTA VICENTY, MILTON | 162901 | a | Litigation Claims | KDP-2005-0150 | Offer and Exchange |
| MORALES RAMOS, JUDYANN | 30645 | f | Tort Claim | KDP-2013-0961 | Offer and Exchange |
| AMAM, A MINOR (JUDY ANN MORALES-RAMOS, PARENT) | 34510 | f | Tort Claim | KDP-2013-0961 | Offer and Exchange |
| ADORNO-GONZALEZ, ANGEL | 42938 | f | Tort Claim | KDP-2013-0961 | Offer and Exchange |

15

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| DE LOS ANGELES TORRES CRUZ, MARIA | 15927 | d | Tort Claim | HSCI201600230 | Offer and Exchange |
| NATHANAEL RIVERA RIVERA (MINOR) REPRESENTED BY AMALIA QUINONES | 167857 | c | Tort Claim | DP2014-0710 | Offer and Exchange |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 167861 | b | Tort Claim | DP2014-0710 | Offer and Exchange |
| SANCHEZ GOMEZ, MARIA C | 152039 | c | Tort Claim | DDP2016-0559 | Offer and Exchange |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Tort Claim | ABCI2010-00440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Tort Claim | ABCI2010-00440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Tort Claim | ABCI2010-00440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Tort Claim | ABCI2010-00440 | Offer and Exchange |
| VILLANUEVA MEDINA, SARA | 49894 | c | Tort Claim | ABCI2010-00440 | Offer and Exchange |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 64089 | b | Subrogation Claim | NSCI2018-00087 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MELENDEZ ORTIZ, DENNIS | 26204 | f | Tort Claim | KDP2011-0831 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, YESENIA | 24276 | c | Tort Claim | CIDP2014-0035 | Offer and Exchange |
| XAVIER A ARROYO ORTIZ Y YELIXA  M | 162372 | e | Tort Claim | CDP2016-0022 | Offer and Exchange |
| BURGOS MALDONADO, CLAUDIO | 6531 | c | Litigation Claims | KAC-2013-0030; KLCE-2013-01109 | Offer and Exchange |
| COLON ARROYO, ANA | 9658 | c | Litigation Claims | KPE-2005-0608 | Offer and Exchange |
| CLEMENTE TAPIA, MARGARITA | 9837 | c | Litigation Claims | KAC-2005-5021 | Offer and Exchange |
| CARBO FERNANDEZ, AMARILLYS | 32016 | a | Litigation Claims | AQ-16-0955 | Offer and Exchange |
| CHACON RODRIGUEZ, MAYRA | 42306 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| CHACON RODRIGUEZ, MAYRA I. | 42309 | a | Litigation Claims | 2016-05-1340 | Offer and Exchange |
| CANDELARIO ORTIZ, ALBA L. | 45925 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| COLON LOZADA, EMILY | 78824 | a | Litigation Claims | KAC-2009-0809 | Offer and Exchange |
| CARRERAS AMADEO, CHRISTINE | 107065 | b | Litigation Claims | AQ-16-0930 | Offer and Exchange |
| PEREZ VALDIVIESO, LUCAS AND JORGE L. | 168187 | d | Litigation Claims | KEF-2002-0814 | Offer and Exchange |
| TORRES MERCADO, GUMERSINDA | 121466 | a | Litigation Claims | KEF-2011-0022 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Carlos Pérez-Molina, Ana Figueroa, And The Conjugal Partnership Between Them | 75638 | f | Disability Discrimination | KDP20120297 | Offer and Exchange |
| CARLOS J. PEREZ MOLINA, ANA FIGUEROA COLÓN, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM | 83932 | f | Disability Discrimination | 13CV01638SEC | Offer and Exchange |
| AJA GY LA VINIA GARCIA CUEBAS | 47219 | a | Tort-related Litigation Claims | Unknown | Offer and Exchange |
| CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY MIX CONCRETE, INC. | 78288 | c | Contract Litigation Claims | GCD-2006-0453 | Offer and Exchange |
| COLON NEGRON, NILDA L. | 166526 | c | Employment-related Litigation Claims | 2012-08-0197, 2013-04-1542, 2013-11-024, 2012-05-2084, SJ-2019-CV-07914 | Offer and Exchange |
| CRUZ LOPEZ, MARIA | 29049 | a | Employment-related Litigation Claims | 2017-0042, 2014-0436 | Offer and Exchange |
| CRUZ SOTO, ROBERT | 230 | c | Employment-related Litigation Claims | 2016-0204 | Offer and Exchange |
| CRUZ VAZQUEZ, LIZZY | 13502 | a | Employment-related Litigation Claims | KAC-2012-1259, CC-2014-0790 | Offer and Exchange |
| FIGUEROA CARRION, AMPARO | 112364 | a | Employment-related Litigation Claims | KDP-2005-0150 | Offer and Exchange |
| FIGUEROA CARRION, AMPARO | 116287 | a | Employment-related Litigation Claims | KDP-2005-0150 | Offer and Exchange |
| FIGUEROA RIVERA, ANA R. | 49106 | a | Employment-related Litigation Claims | KAC-1991-0665 | Offer and Exchange |
| GONZALEZ CUEVAS, SANDRA | 163688 | a | Employment-related Litigation Claims | KAC-2012-1259 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| GONZALEZ VEGA, MIGDALIA | 106655 | b | Employment-related Litigation Claims | SJ-2017-CV-00542 | Offer and Exchange |
| GUARDIOLA, ALVIN RIVERA | 49316 | c | Employment-related Litigation Claims | 2014-0381 | Offer and Exchange |
| HERNANDEZ MENDOZA, ZORIDA | 33898 | c | Employment-related Litigation Claims | KAC-2005-0608 | Offer and Exchange |
| HERNANDEZ RODRIGUEZ, ANETTE | 35758 | a | Employment-related Litigation Claims | 2016-05-1430 | Offer and Exchange |
| JANICE OLIVERAS RIVERA Y JAN A. ROSADO OLIVERAS | 47495 | a | Tort-related Litigation Claims | Unknown | Offer and Exchange |
| LAGO ESCALET, NANCY | 110833 | c | Employment-related Litigation Claims | KAC-1998-0532 | Offer and Exchange |
| LEBRON SANTIAGO, JOSE CARLOS | 34505 | a | Tort-related Litigation Claims | Unknown | Offer and Exchange |
| MATIAS PEREZ, JOSE A. | 122439 | a | Employment-related Litigation Claims | 2013-04-1542 | Offer and Exchange |
| MEDINA ALVERIO, MIGDALIA | 2306 | c | Tort-related Litigation Claims | E2CI-2016-00040 | Offer and Exchange |
| MELENDEZ GONZALEZ, ANGEL L. | 113415 | b | Employment-related Litigation Claims | AQ-16-0825, HUM-17-00414, HUM-17- 00405 | Offer and Exchange |
| OLMEDA ALMADOVOR, LYDIA E | 70770 | a | Employment-related Litigation Claims | 199-0665, KAL-1998-0532 | Offer and Exchange |
| ORTIZ CADIZ, INGRID | 32371 | c | Employment-related Litigation Claims | KPE-2010-4343 | Offer and Exchange |
| ORTIZ HERNANDEZ, GLADYS M. | 148549 | a | Employment-related Litigation Claims | SJ-2019-CV-07914, 2012-05-2084 | Offer and Exchange |
| ORTIZ PÉREZ, GEOVANNY | 4809 | a | Tort-related Litigation Claims | GDP-2017-0090 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ORTIZ TORRES, SUHEIL | 135326 | c | Employment-related Litigation Claims | 2012-05-2084 | Offer and Exchange |
| PADILLA RODRIGUEZ, GLENN A | 58728 | a | Employment-related Litigation Claims | 2013-11-0224 | Offer and Exchange |
| PADILLA RODRIGUEZ, GLENN A. | 76801 | a | Employment-related Litigation Claims | 2013-04-1542,  2013-11-0224 | Offer and Exchange |
| PÉREZ BONILLA, MARÍA D. | 37866 | a | Employment-related Litigation Claims | 2013-04-1542,  2013-11-0224 | Offer and Exchange |
| PEREZ TORRES, BLANCA I | 58788 | c | Employment-related Litigation Claims | 2013-04-1542,  2013-11-0224 | Offer and Exchange |
| QUETELL VILARINO, FRANCISCO HUMBERTO | 128176 | a | Employment-related Litigation Claims | KAC-2002-5357 | Offer and Exchange |
| RAMÍREZ ALAMEDA, ISRAEL | 65121 | a | Employment-related Litigation Claims | 2000-06-1639 | Offer and Exchange |
| RAMOS CRUZ, MARIA | 111673 | b | Employment-related Litigation Claims | 2012-05-2084 | Offer and Exchange |
| RAMOS DIAZ, MILDRED A | 59072 | c | Employment-related Litigation Claims | 2013-04-1542,  2013-11-0224 | Offer and Exchange |
| RAMOS PEREZ, CARMEN D. | 144878 | a | Employment-related Litigation Claims | 199-0665, KAL-1998-0532 | Offer and Exchange |
| RENTA MATEO, MIRIAM YOLANDA | 55315 | a | Employment-related Litigation Claims | KAC-1998-0532 | Offer and Exchange |
| RENTAS, RAFAEL | 170128 | b | Tort-related Litigation Claims | JDP-2012-0290 | Offer and Exchange |
| RENTAS, RAFAEL | 170129 | e | Tort-related Litigation Claims | JDP-2012-0290 | Offer and Exchange |
| RENTAS, RAFEAL | 170238 | b | Tort-related Litigation Claims | JDP-2012-0290 | Offer and Exchange |
| RODRIGUEZ MARIN, MIRLA M. | 119452 | d | Employment-related Litigation Claims | 2010-09-0236 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RODRIGUEZ OQUENDO, CATALINA | 74891 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| RODRIGUEZ OQUENDO, CATALINA | 77246 | a | Employment-related Litigation Claims | 2013-11-0224 | Offer and Exchange |
| RODRIGUEZ PEREZ, EDDIE | 30966 | b | Employment-related Litigation Claims | KAC-2000-5670 | Offer and Exchange |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 77150 | a | Employment-related Litigation Claims | SJ-2019-CV-07914 | Offer and Exchange |
| ROMAN PADILLA, RAMONITA | 51615 | a | Employment-related Litigation Claims | 2013-11-0224, 2013-04-1542, 2012-05-2084, J-2019 CVO 7914 | Offer and Exchange |
| SANCHEZ CARRION, NIDIA E | 51905 | c | Employment-related Litigation Claims | KPE-2008-1639 | Offer and Exchange |
| SANTIAGO BURGOS, IVONNE | 150402 | c | Employment-related Litigation Claims | AQ-09-511 | Offer and Exchange |
| SANTIAGO CRUZ, RAMON L | 88715 | a | Employment-related Litigation Claims | KAC-2001-1692 | Offer and Exchange |
| SERRANO HERNANDEZ, LUZ NEREIDA | 159500 | a | Employment-related Litigation Claims | 2005-07-0091 | Offer and Exchange |
| SOTO CRUZ, JESUS MANUEL | 134813 | a | Employment-related Litigation Claims | SJ-2019-CV-07914 | Offer and Exchange |
| TARRATS AGOSTO, LUISA M M | 9341 | a | Employment-related Litigation Claims | KAC-1998-0532 | Offer and Exchange |
| TORO SANTOS, JENNY | 47848 | a | Employment-related Litigation Claims | KAC-1999-0669 | Offer and Exchange |
| TORRES HERMIDAS, CARMEN M. | 113439 | a | Employment-related Litigation Claims | SJ-2019-CV-07914, 2013-11-0224, 2013-04-1542, SJ-2017-CV-00542, 2012-08-0197, 2012-05-2084 | Offer and Exchange |
| TORRES QUIRINDONG, MILDRED | 167538 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| TORRES QUIRINDONGO, MILDRED | 91025 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| TORRES QUIRINDONGO, MIVIAN | 51791 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| TORRES RIVERA, HELEN | 167970 | a | Employment-related Litigation Claims | 2012-05-2084 | Offer and Exchange |
| TORRES RODRIGUEZ, MYRNA | 153011 | c | Employment-related Litigation Claims | 2012-05-2084 | Offer and Exchange |
| VAZQUEZ OLIVIERI, MILDRED M. | 83586 | a | Employment-related Litigation Claims | SJ-2017-CV-00542 | Offer and Exchange |
| VELAZQUES MADERA, AMADO | 140658 | a | Employment-related Litigation Claims | 2002-05-1329, 2004-08-0264 | Offer and Exchange |
| VELEZ ECHEVARRIA, ENEIDA | 81756 | a | Employment-related Litigation Claims | KAC-2001-1692 | Offer and Exchange |
| VELEZ MARTINEZ, ELIZABETH | 75326 | a | Employment-related Litigation Claims | KAC-2002-5357 | Offer and Exchange |
| CARABALLO RODRIGUEZ, LUIS ENRIQUE | 118040 | a | Employment-related Litigation Claims | Q-04-03-36-183 | Offer and Exchange |
| FALCON AYALA, JEANNETTE | 57605 | a | Employment-related Litigation Claims | AQ-14-14-922 | Offer and Exchange |
| GONZALEZ PEREZ, ANETTE A. | 157553 | a | Employment-related Litigation Claims | AQ-16-0450 | Offer and Exchange |
| MORENO SOTO, IRMA T | 92741 | c | Employment-related Litigation Claims | Unknown | Offer and Exchange |
| NEGRON, CARLOTA COLON | 112436 | a | Employment-related Litigation Claims | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| OTERO MORALES, ANTONIO | 30799 | a | Employment-related Litigation Claims | Unknown | Offer and Exchange |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RODRIGUEZ SANCHEZ, ARNOLD | 62872 | c | Employment-related Litigation Claims | 2008-07-0097, 2011-03-3210 | Offer and Exchange |
| ROSA, ELMER PAGAN | 170250 | a | Employment-related Litigation Claims | Unknown | Offer and Exchange |
| SANCHEZ GLZ, FELIX M. | 170329 | a | Employment-related Litigation Claims | Unknown | Offer and Exchange |
| SANCHEZ RAMOS, SONIA | 38807 | a | Employment-related Litigation Claims | Unknown | Offer and Exchange |
| VEGA KLIMEZEK, SARAYN. | 134201 | a | Employment-related Litigation Claims | A2CI-2000-400702 | Offer and Exchange |
| SOFTEK, INC. | 6315 | c | Accounts Payable Claim | N/A | Offer and Exchange |
| QUILES RIVERA, NOEL | 138399 | c | Employment-related Litigation Claim | KAC2007-1412 Superior Court, San Juan | Offer and Exchange |
| DE JESUS SILVA, ERICK J. | 13930 | e | Tort-Related Litigation Claim | E2CI 2014-0885 | Initial Transfer[6] |
| RIVERA PEREZ, JAIME JAFFET | 32368 | d | Electrical Contact | ABCI2014-01238 | Initial Transfer |
| VELEZ SERRANO, JOSUE | 74793 | d | Tort-Related Litigation Claim | Unknown | Initial Transfer |
| VELEZ SERRANO, JOSUE | 81788 | d | Tort-Related Litigation Claim | FDP 07-0485 | Initial Transfer |
| RUSSELL, HAZEL | 502 | c | Tort-Related Litigation Claim | Unknown | Initial Transfer |
| ANTONIO GONZALEZ, EDWIN | 47601 | d | Tort-Related Litigation Claim | CDP2011-0035 | Initial Transfer |
| TORRES ACOSTA, LIRMARIS | 27045 | f | Political Discrimination | 14-1712 (JAG) (SCC) | Initial Transfer |

---

[6] Claims designated as "Initial Transfer" were transferred into the ADR Procedures, pursuant to Section 1 thereof, by the *Thirteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 16767] and *Fourteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 17208]. The Debtors are currently in the process of preparing offers or making information requests to the relevant claimants.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| GUEVARA-BARISKA, PATRICIA, DANIEL, DAVID; SILOVIC, RUTH | 45629 | e | Electrical Contact | 14-01112 (JAG) | Initial Transfer |
| ROSARIO ACEVEDO, WILLIAMN G.; ET AL. | 28859 | f | Electrical Contact | B4CI2017-00062 | Initial Transfer |
| RONDA RIVERA, LUIS | 27207 | d | Tort-related Litigation Claim | DDP-2012-0329 | Initial Transfer |
| DINO DEMARIO AND CHERYL STEELE | 220 | f | Tort-related Litigation Claim | 16-02897 (FAB) | Initial Transfer |
| PEREZ LA SANTA, VELMA | 27535 | f | Electrical Contact | DDP-2015-0122 | Initial Transfer |
| PEREZ ORTIZ, HECTOR | 24835 | f | Electrical Contact | DDP-2015-0122 | Initial Transfer |
| COLON APONTE, TOMAS; VALENTIN, ANDUJAR | 84110 | d | Tort-related Litigation Claim | LDP-2017-0010 | Initial Transfer |
| SOTO GONZALEZ, HERMINIA | 547 | d | Tort-related Litigation Claim | JDP2016-0316 | Initial Transfer |
| GONZALEZ, ANELIZ | 66209 | d | Tort-related Litigation Claim | CDP2017-0088 | Initial Transfer |
| UNIVERSAL INSURANCE COMPANY | 9556 | c | Reimbursement Claim | N/A | Initial Transfer |
| ALVARADO-GASCOT, SUCN PABLO | 21524 | f | Tort-related Litigation Claim | DDP-2008-1128 | Initial Transfer |
| AYALA GRISELLE, RIVERA | 34145 | f | Tort-related Litigation Claim | HSCI-2008-01045 | Initial Transfer |
| MORALES DIAZ, CARLOS N. | 5575 | f | Tort-related Litigation Claim | GDP-2011-0188 | Initial Transfer |
| RIVERA HERNANDEZ, CLARIBEL | 20706 | f | Tort-related Litigation Claim | KDP-2016-0148 | Initial Transfer |

| Claim Amount Key |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |