## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>　　　　　　　　　Debtors | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| HON. WANDA VÁZQUEZ GARCED (in her official capacity), and THE PUERTO RICO FISCAL AGENCY AND FINANCIALADVISORY AUTHORITY,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 20-00080-LTS |

### MOTION TO WITHDRAW REPRESENTATION AND REQUESTING THAT COUNSEL BE SUBSEQUENTLY EXCLUDED FROM NOTICES

**TO THE HONORABLE COURT:**

　　Comes now, appearing Counsel for *Cooperativa de Farmacias Puertorriqueñas* (COOPHARMA) and very respectfully alleges and prays as follows:

　　1.　　Effective July 1, 2021, the undersigned counsel terminated his professional relationship as *Of-Counsel* with the Law Firm of *Cancio, Nadal & Rivera*. As a result, the undersigned counsel will no longer represent *Cooperativa de Farmacias Puertorriqueñas* (COOPHARMA) in this proceeding.

2. Accordingly, the undersigned counsel will no longer appear to represent *Cooperativa de Farmacias Puertorriqueñas* (COOPHARMA) in this matter.

3. There are no pending matters known to counsel with regard to the instant case.

4. It follows that the appearing counsel is respectfully requesting that the Honorable Court grants the instant motion to withdraw as counsel.

**WHEREFORE**, it is respectfully requested that the Honorable Court: (a) grant the undersigned counsel's request to withdraw, and (b) direct the Office of the Clerk of Court to subsequently exclude counsel from notifications in the instant matter.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Motion to Withdraw*, with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

In San Juan, Puerto Rico, this 2nd day of July 2021.

s/Angel A. Valencia-Aponte

Angel A. Valencia-Aponte
USDC-PR 123905
PO Box 361917
San Juan, Puerto Rico 00936-1917
E-mail: avalencia@aavalaw.com
TEL: (787) 245-0009