UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

# INFORMATIVE MOTION
## Re: Docket Entry No. 16809

COMES NOW creditor Universal Care Corp. (Unicare), through undersigned counsel and respectfully states and prays:

1) On May 21, 2021, Unicare filed what purported to be a "reply" to Debtors' "Three Hundred Sixteenth Omnibus Objection ..." (D.E. #16643). Docket Entry No. 16807.

2) On May 26, 2021, this Honorable Court entered an "Order Regarding Defective Pleading" and Unicare's "reply" was stricken from the record while granting leave to file a corrected pleading by July 27, 2021. (D.E. #16809)

3) Unicare has referred the matter to undersigned and, after reviewing the file, Unicare informs that it will not be opposing Debtor's request at D.E. #16643 and instead accepts the reclassification of its claim No. 14706 as an unsecured claim.

4) Unicare filed all necessary documents supporting its claim and reserves its right to oppose Debtors' objection to its claim, should Debtors object in the future.

WHEREFORE, Unicare respectfully requests from this Honorable Court to take notice of the above.

WE HEREBY CERTIFY that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, this 6th day of July 2021.

*s/Orlando Fernandez*
Orlando Fernandez
P.R. Fed. Bar #126912
ORLANDO FERNANDEZ LAW OFFICES, P.S.C.
27 Calle González Giusti Ste. 300
Guaynabo, P.R. 00968-3076
Tel. (787) 294-5698/Fax 759-6768
ofernandez@oflawoffice.com