*Exhibit A2*

**Estado Libre Asociado de Puerto Rico**
**Tribunal de Primera Instancia**
Sala SUPERIOR de SAN JUAN

| | |
|---|---|
| YASHEI ROSARIO & DEVELOPMENT SOCIOEGONOMIC AND CONSERVATION FIDEICOMISO OF VIEQUES DESCO, INC | CASO NÚM: SJ2021CV02384 |
| Nombre de la(s) Parte(s) Demandantes(s) | SALÓN NÚM: 602 |
| VS. | |
| ELECTORAL COMMISSION OF PUERTO RICO | ACCIÓN CIVIL DE PETICIÓN DE ORDEN |
| Nombre de la(s) Parte(s) Demandada(s) | (Materia o Asunto) |

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMÉRICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: ELECTORAL COMMISSION OF PUERTO RICO
Nombre de la parte demandada que se emplaza

AVE ARTERIAL B. , EDIFICIO ADMINISTRATIVO, SAN JUAN, PUERTO RICO, 00919-5552
Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los
60 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento.
Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos
(SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica:
https://tribunalelectronico.ramajudicial.pr/sumac2018/, salvo que se represente por derecho propio, en cuyo caso
deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación
responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el
remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende
procedente.

YASHEI ROSARIO & DEVELOPMENT SOCIOECONOMIC AND CONSERVATION
FIDEICOMISO OF VIEQUES DESCO, INC
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

Número ante el Tribunal Supremo, si es abogado(a)

HC 2 BOX12914
VILLA BORINQUEN 172
VIEQUES, PUERTO RICO 00765
Dirección

TEL. 0000000000
Número de teléfono; número de fax

Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el _____ de ___1 9ᵉ APR 2021___ de _____.

*Griselda Rodríguez Collado*
Secretaria Regional
Nombre del (de la) Secretario(a) Regional

*Awilda Calderón Rodríguez*
Por: _____
Secretaria Auxiliar
Nombre y Firma del (de la) Secretario(a) Auxiliar



K089

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

CASO NÚM: _____

---

### CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo, _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico Sala de

_____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí,

el _____ de _____ de _____ , a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:

_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:

_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física:

_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

_____
_____

En _____ , Puerto Rico, el _____ de _____ de _____ .

_____
Nombre del (de la) Alguacil Regional

_____
Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

_____
Firma del (de la) Alguacil de Primera Instancia

---

### DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____ , declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí,

el _____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:

_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:

_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para para recibir emplazamientos en la siguiente dirección física:

_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

_____

---

### COSTOS DEL DILIGENCIAMIENTO

$ _____

---

### DECLARACIÓN DEL(DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta. Y PARA QUE ASÍ CONSTE, suscribo la presente en

_____ , Puerto Rico, el _____ de _____ de _____ .

_____
Firma del (de la) emplazador(a)

_____
Dirección del(de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ ,
de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el _____ de _____ de _____

_____
Nombre del (de la) Notario(a) o Secretario(a) Regional

_____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas