Jueves, 6 de mayo de 2021  **PRIMERA HORA**

**60 DÍAS.** Ese es el plazo que dio al grupo el gobernador para presentar propuestas. Archivo

# Concilio para el desarrollo de Vieques

Primera Hora

...para presentar propuestas. Archivo

# Concilio para el desarrollo de Vieques

**Primera Hora**

"Con el objetivo de fortalecer y robustecer el desarrollo económico de la Isla municipio de Vieques", Pedro Pierluisi estableció ayer el Concilio para el Desarrollo Económico Sostenible de Vieques. Así lo dio a conocer tras estampar su firma en la Orden Ejecutiva 2021-031, en la cual también se brindaría especial atención a la creación de empleos, fuentes de energía, cambio climático y proyectos especiales cooperativistas. "Por muchos años nuestra gente de Vieques ha enfrentado un rezago en las áreas de transportación, salud, seguridad, infraestructura, y educación, entre otros sectores de índole social y económico. Ya es hora de que se le brinde la atención oportuna y necesaria que necesitan. Me he comprometido a atender sus reclamos con sentido de urgencia, y este Concilio que estará presidido por el alcalde de Vieques, José Corcino Acevedo, busca que, de una vez y por todas, Vieques pueda tener los recursos que necesita", expresó por escrito el gobernador.

El Concilio estará compuesto además por los secretarios del Departamento de Desarrollo Económico y Comercio (DDEC), Departamento de Seguridad Pública (DSP), Recursos Naturales y Ambientales (DRNA), de Salud, de Educación y de Transportación y Obras Públicas (DTOP). De igual forma, por dos líderes comunitarios de Vieques, un ingeniero, un arquitecto, un planificador, un representante del sector cooperativista, un economista y un representante del sector empresarial los cuales serán nombrados por el gobernador. En un periodo máximo de 60 días el Concilio deberá presentar al gobernador un informe de las propuestas desarrolladas y en un periodo de seis meses debe entregar al primer mandatario el plan de desarrollo económico sostenible para Vieques, incluyendo las estrategias para la identificación de recursos adecuados.