# The Petitioning for a Government Redress of Grievances

Exhibit 4

| # | Name | Sign | Career |
|---|---|---|---|
| 82 | Elianid Melina Ayala | [sign] | BBA |
| 83 | Ivelisse Johnson Ramos | [sign] | BBA |
| 84 | José L. Torres Cintrón | [sign] | BBA |
| 85 | Maritza Colón Colón | [sign] | BBA |
| 86 | Luis Alberto Pérez Ortiz | [sign] | Social Worker, BA |
| 87 | Maria E. Alvarez | [sign] | Doctor in Ministry |
| 88 | Maria de L. Flores Torres | [sign] | BA Education Elementary Secondary |
| 89 | Jesus D. Martinez Marin | [sign] | Police Officer |
| 90 | Irma A. Ortiz Sanes | [sign] | House Wife |
| 91 | Julio Bermúdez Mercado | [sign] | Vieques Airport Security Manager |
| 92 | Mercedo A. Maldonado | [sign] | House Wife |
| 93 | Johnny Gastón Torres | [sign] | Mechanic |
| 94 | Antonio / Abren | [sign] | Security Guard |
| 95 | Elia E. Martinez | [sign] | Sales & Associate |
| 96 | Efrain Feliciano | [sign] | Federal Government Retired |
| 97 | Marla Feliciano | [sign] | Ass Degree |
| 98 | [illegible] | [sign] | Propane Gas Plant |
| 99 | Angel E. Guadalupe Ortiz | [sign] | Social Studies Professor |
| 100 | JORGE L. GUADALUPE | [sign] | US Army Retired & Pastor |

Organized by the Corporation of Development Socioeconomic Sustainable of Vieques, CODESU, Inc.

101. Mrs. Yashei Rosario, sign _____ Community Leader Speaker, and President of the Corporation of Development Socioeconomic Sustainable of Vieques. Creators of the Vieques Self Sufficient Development Plan.

Date: May 1, 2014

CODESU, INC.
VIEQUES
325336

CODESU, INC. HC 2 BOX 12914 VIEQUES, PR 00765 * (941) 840-4193 * FAX (787) 741-3007 * CODESU.VIEQUES@YAHOO.COM

We, Non-Native Viequenses as Residents, undersigned endorsing their request, Freedom! The Greatest American Achievement:

| # | Name | Sign | Native | Career |
|---|---|---|---|---|
| 1 | Victor Cabrera | [sign] | Non Native | Construction Worker |
| 2 | MICHELLE MCNERNEY | [sign] | Non Native | TOUR GUIDE |
| 3 | Ada Castro | [sign] | Non Native | Sales & Associates |
| 4 | Jorge L. Castillo | [sign] | Non Native | Business Owner |
| 5 | Maribel Ibarra Hernandez | [sign] | Non Native | As Degree |
| 6 | Francheska Ruiz Cavino | [sign] | Non Native | Biologist |
| 7 | MIKE BAZANDIARAN | [sign] | Non Native | BIOLOGIST |
| 8 | Kimberly Noemi Diaz-Rosas | [sign] | Native | Field Leader |
| 9 | Dance Tisti Stokes Rosas | [sign] | Native | Student I am Vieques |
| 10 | Martin Ramos | [sign] | Non Native | MBA |
| 11 | DANIEL ESTEVES MENDEZ | [sign] | Non Native | BUSINESS OWNER |
| 12 | Cristina Corrada Emmanuel | [sign] | Non Native | Anthropologist |
| 13 | Yarilis Garcia Ortiz | [sign] | Native | Environmental Science |
| 14 | Kayla Ru [?] | [sign] | Native | Criminal Justice BA |
| 15 | Maricelis Santos Ramos | [sign] | Native | Biologist BS |
| 16 | Gerardo Rivera Angle | [sign] | Native | Airline Employee |
| 17 | Abraham Galloway | [sign] | Native | Airline Research Agt |

Naomi Nieves [?] Propane Gas Plant Owner

# The Petitioning for a Governmental Redress of Grievances

| # | Name | Sign | Career |
|---|---|---|---|
| 18. | Randall Bermúdez | [signature] 21 | Native Student I am Vieques |
| 19. | Iza Ortiz | Iza Ortiz | Native Student I am Vieques |
| 20. | Keishla Jones | Keishla Jones | Native Student I am Vieques |
| 21. | Jose L. Ayala Serrano | Jose L. Ayala Serrano | Native Student I am Vieques |
| 22. | Iobed E. Calzada Mulero | Iobed E. Calzada 19 | Native Student I am Vieques |
| 23. | Kamshila Mercado Feliciano | Kamshila Mercado Feliciano 19 | Native Student I am Vieques |
| 24. | Tatiana Rodríguez Encarnación | Tati Rodri 21 | Native Student I am Vieques |
| 25. | Yanisha Acosta Acevedo | Yanisha Acosta Acevedo 21 | Native Student I am Vieques |
| *26. | Veronica Santiago | [signature] age 19 | Native Student I am Vieques |
| 27. | Shakira L. Soto | Shakira 18 | Native Student I am Vieques |
| 28. | Shahyas Black | [signature] | Native Student Vieques |
| 29. | Rosa I. Santiago | Rosa I. Santiago Feliciano | Native Housewife |
| 30. | Teresa C. Asencio | Teresa C. Asencio | Native Housewife |
| 31. | Maria M. Melendez | Maria M. Melendez | Native Retired |
| 32. | Miguel Rivera | Miguel Rivera | Native Retired |
| 33. | Sonia N. Rivera Melendez | Sonia N. Rivera Melendez | Native Chef Assistant |
| 34. | Raul Trinidad Alejandro | Raul Trinidad Alejandro | Native Housewife |
| 35. | Fernando Mercado | Fernando Mercado | Native Retired |
| 36. | Aury Maria Kadiz Ramos | Aury M. Reyna Ramos | Native Retired |
| 37. | Norma Emoni | [signature] | Native Secretary |
| 38. | Orlando Rivera Luis | Orlando Rivera Luis | Native Retirado |
| 39. | Samuel Perez Rosario | Samuel Perez Rosario | Native Student I am Vieques |
| 40. | Myrna Mirella López | Myrna Mirella López | Native Housekeeping |
| 41. | Jose M. Sanes Guzman | [signature] | Native Police Officer |
| 42. | Pedro Carrillo Ortiz | [signature] | Native Retired Wildlife fisher |
| 43. | Jonathan Cordero | Jonathan Cordero | Native Fisherman |
| 44. | Carlos Fuentes | Carlos Fuentes | Native Fisherman |
| 45. | Marcos Guerrero | Marcos Guerrero | Native Fisherman |
| 46. | Carlos Aventura | Carlos Aventura | Native Fisherman |
| 47. | Juan G Carlen | Juan G Carlen | Native Fisherman |
| 48. | Jose F. Acosta M. | Jose F. Acosta | Native Fisherman |
| 49. | Carlos E. Diaz | Carlos E. Diaz | Native Fisherman |
| 50. | Daniel Cotto | [signature] | Native Fisherman |
| 51. | Juan Torres | Juan Torres | Native Fisherman |
| 52. | Eric Torres | Eric Torres | Native Fish Market Owner |
| 53. | Tomas Mulero Carrillo | [signature] | Native Fisherman |
| 54. | Abraham Velasquez | A. Velasquez | Native Abe Bio Bay Tour |
| 55. | Edsel L Ventura Santiago | [signature] | Native Merchant |
| 56. | Luis E. Ventura Santiago | Luis Ventura | Native Merchant |
| 57. | Luis O. Ventura Santiago | [signature] | Native Business Owner |
| 58. | Jose Fontanyn | [signature] | Native Milk Industry Adm |
| 59. | Jose A. Roldán | Jose A. Roldán | Native Milk Industry Adm |
| 60. | Luis J. Serrano Hill | [signature] | Native Student Vieques |
| 61. | Juan E. Cruz | Juan E. Cruz | Native Student I am Vieques |

April 30, 2014

## The Petitioning for a Governmental Redress of Grievances

| # | Name | Sign | Career |
|---|------|------|--------|
| 62. | Susan Vegar Diaz | [signed] | Native Business Owner |
| 63. | Felicita Cecilio | [signed] | Native Retired |
| 64. | Sara Maldonado | [signed] | Native Retired |
| 65. | Hector L. Garcia | [signed] | Native Newspaper Worker |
| 66. | Hector M. Silva | [signed] | Native Green Areas Worker |
| 67. | Petra Suarez Morales | [signed] | Native Dept Education Worker |
| 68. | Joaquin Ayala | [signed] | Native Mental Tech Worker |
| 69. | Edardo Vegerino | [signed] | Native Truck Transport |
| 70. | Mirelys Serrano E. | [signed] | Native Educational Assistant |
| 71. | Nelson Alvarez Sanes | [signed] | Native Packaging Carrier |
| 72. | Edwin Reyes | [signed] | Native Truck Driver |
| 73. | Lissette Marie Torres | [signed] | Native Housewife |
| 74. | Yakisha Belardo Rosa | [signed] | Native Housewife |
| 75. | Alma E Santiago Saldaña | [signed] | Native Education Dept Retired |
| 76. | Tatiana Rodriguez Osorio | [signed] | Native Housewife |
| 77. | Emerito Ledesma | [signed] | Native Navy Club Worker |
| 78. | Charys M. Rivera Bosques | [signed] | Native Hair Stylist |
| 79. | Yulmar Rosa Adams | [signed] | Native Business Adm. Ass |
| 80. | Alexander Prott | [signed] | Native Truck Driver |
| 81. | Raisa Ayala Principe | [signed] | Native Rest Business Owner |
| 82. | Carlos Torres Rodriguez | [signed] | Native Rest Business Owner |
| 83. | Ana E. Adams | [signed] | Native Tourguide |
| 84. | Elie Parrilla Sanchez | [signed] | Native Tour guide |
| 85. | Cristobal Bonano | [signed] | Native Construction Bus Owner |
| 86. | Juan Luis Medina | [signed] | Native Construction Worker |
| 87. | Victorino Parrilla Leboy | [signed] | Native Construction Worker |
| 88. | Jose I. La Roza | [signed] | Native Construction Worker |
| 89. | Joel S. Serrano | [signed] | Native Construction Worker |
| 90. | Orlando Matta | [signed] | Native Construction Worker |
| 91. | Carlos Daniel | [signed] | Native Construction Worker |
| 92. | Harry Reyes Tirado | [signed] | Native Construction Worker |
| 93. | Eugenio Ayala | [signed] | Native Technico Farostal |
| 94. | Modesto Pérez | [signed] | Native Robin Market Worker |
| 95. | Luis E. Martinez Rocha | [signed] | Native Furniture Fabric Owner |
| 96. | Arcadio Montañez Ortiz | [signed] | Native Brother in Law |
| 97. | Yesica J. Montañez Sanes | [signed] | Native David Sanes Niece |
| 98. | Hector Sanes Rocha | [signed] | Native David Sanes Brother |
| 99. | Carmen Sanes Rodriguez | [signed] | Native David Sanes Sister |
| 100. | Mirta Sanes Rodriguez | [signed] | Native David Sanes Sister |

Organized by the Corporation of Development Socioeconomic Sustainable of Vieques, CODESU, Inc.

101. Mrs. Yashei Rosario, sign _____ Community Leader Speaker, and President of the Corporation of Development Socioeconomic Sustainable of Vieques. Creators of the Vieques Self Sufficient Development Plan.

Date: May 11, 2014

**CODESU, INC** CODESU, INC. HC 2 BOX 12914 VIEQUES, PR 00765 * (941) 840-4193 * FAX (787) 741-3007 * CODESU.VIEQUES@YAHOO.COM
**VIEQUES**
325336

## The Petitioning for a Governmental Redress of Grievances #4

**Understand that CODESU our Corporation** is standing with the empowerment, as **We** the people of Vieques, as Native Viequenses Americans. Please do not contact the Municipality of Vieques or the Mayor Victor Emeric, because they are not part of our Petition and, as they represent the last administration of the Commonwealth in Vieques. Neither the Anti-Navy Leadership, as they are pursuing the Independence of Vieques from the United States, as **We** are requesting the U.S Government of Vieques, under the Constitution of the United States, as never before the United States granted an entire Territorial Island for surrendering their lives for the National Security and the American Way of Living, as Vieques did. Our CODESU Community Board will engage in every aspect of the electoral procedures and to Assembly the people of Vieques, to prepare the terms to establish our Government, and the transition terms from the Commonwealth of Puerto Rico, if the United States Government, respectfully grant us, that authority.

### From that day on May 1st, 2003
### We the Native Viequenses Americans can rightfully say that
### We were Honorably Discharged, from our duties

After 78 years: Grant us our right of speech in a Referendum "to decide on our future ourselves"

### Sunday February 1, 2015

Do **We** need Permission from the Commonwealth after 78 years of this unhealthy abusive political relationship?
Do **We** have Constitutional Rights or **We** the people of Vieques are excluded?

### Grant CODESU, Inc. $150 Million for our Vieques Self-Sufficient Development Plan
### With our Territorial Rights and the United States Government of Vieques

All **We** want to achieve are our right to work, like civil and political rights, the right to life and liberty, freedom of thought and speech/expression, equality before the law, social, cultural and economic rights, the right to food, and the right to education.

In Fajardo, Puerto Rico, this 30 days of August, 2014.

_____
MYRIAM YASHEI ROSARIO CENTENO

AFFIDAVIT NUMBER:-- 10,445 --

SWORN AND SUBSCRIBED to before me by **MYRIAM YASHEI ROSARIO CENTENO**, of legal age, married, owner and resident of Vieques, Puerto Rico, with driver license number 4263428, to me personally known in Fajardo, Puerto Rico, this 30 days of August, 2014.

NOTARY PUBLIC

My commission is permanent

Corporation of Development Socioeconomic Sustainable of Vieques *HC 2 Box 12914 Vieques, PR 00765 * (941) 840-4193
*codesu.vieques@yahoo.com