Exhibit #6

# PETITION TO THE UNITED STATES CONGRESS

## PLEASE GRANT VIEQUES PERMISSION TO SPEAK AT STATEHOOD SESSION

## NO MONEY FOR LOBBYISTS

WHERE IS THE 1940 AGREEMENT BETWEEN THE GOVERNMENT OF PUERTO RICO AND DOD/NAVY/MARINES?

**HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION**

**U.S. VIEQUES 6TH INSULAR UNINCORPORATE U.S. TERRITORY = SAVING PRIVATE VIEQUES GOVERNOR, HOUSE & SENATE AND DELEGATE, LIKE THE U.S. VIRGIN ISLANDS WITH THEIR OWN CONSTITUTION BECOMING THE UNITED STATES SWITZERLAND OF THE CARIBBEAN**

**U.S. FAMILIES AND PUERTO RICAN'S FAMILIES WILL ENJOYED THE 6TH INSULAR A U.S. TERRITORY, THAT WILL EXALT THE CARIBBEAN HISTORY**

## APRIL 24, 2021 * STATEHOOD WITH-WITHOUT VIEQUES PLEBISCITE

YO CREO EN
U.S. VIEQUES

## THE COMMONWEALTH OF PUERTO RICO WANTS TO BECOME STATE 51

**BUT SUPPRESSED THE VIEQUES SOVEREIGNTY TERRITORIAL PLEBISCITE = FEBRUARY 27, 2021**

**THE ELECTORAL COMMISSION DENIED WE PEOPLE OF VIEQUES "THE RIGHT TO VOTE" AS AMERICANS**

## ELECTORAL COMMISSION OF PUERTO RICO SUPPRESSED THE ORDER OF JUDGE LAURA TAYLOR SWAIN

**A COMMUNITY JUST NEEDED TO CELEBRATE A PLEBISCITE IS "THE MUNICIPALITY ENDORSEMENT" DENIED ON DECEMBER 11, 2018:**

**CEE MAILED A STATEMENT REQUESTING AN ORDER OF COURT TO CELEBRATE THE PROCEEDINGS V. VIEQUES = 2 YEARS LITIGATING.**

**PLAINTIFF VIEQUES ACHIEVED THE ELECTORAL COMMISSION REQUESTED AND SUPPRESSED, SINCE JANUARY 10TH, TIL FEBRUARY 10, 2021, 30 DAYS CAUSING DISCRIMINATION DAMAGES; SUPPRESSING JUDGE TAYLOR SWAIN RULING, WHO PROTECTED THE COMMUNITY LIKE JOHN MARSHALL'S LAW SHOULD PROTECT THE HELPLESS, FILED IN CONGRESS.**

**2020: THE FINANCIAL OVERSIGHT BOARD FOR PUERTO RICO ATTORNEYS, REQUESTED LEGISLATION BUT JUDGE LAURA TAYLOR SWAIN EMPOWERED THE COURT, AS DISTRICT JUDGE GUSTAVO GELPI, RATIFY THE NATIVE VIEQUENSES CONSTITUTIONAL VOTING RIGHTS. JUDGE TAYLOR SWAIN UPHELD PROMESA STAY, AND GRANTED THE U.S. COURT FOR DISTRICT OF PUERTO RICO TO SOLELY DECIDE ON THE VIEQUES TERRITORIAL PLEBISCITE. JUDGE LAURA TAYLOR SWAIN DID NOT GRANTED ANY PARTICIPATION OF THE HOUSE OF REPRESENTATIVE NOR SENATE OF PUERTO RICO, WHOM FOR 80 YEARS, ADBRIDGED THE VIEQUENSES INALIENABLE RIGHTS. LOOK AT THEIR CARING DEMONSTRATION OF THE COMMONWEALTH'S POLITICIANS AND "VIEQUES VOTE NO STATEHOOD WITH MOMMY DEAREST COMMONWEALTH OF PUERTO RICO, THE BABYSITTER WHO EATS OUR FOOD AND LET US STARVED. 80 YEARS "SUPPRESSING" LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS OF THE NATIVE VIEQUENSES. LOOK! LOOK! LOOK!**

September 5, 2020: **Gregorio García**, a 61 years old man had a heart attack at the Ferry Port Terminal, without any Medical Installation not even a **stretcher** in the facility, very far away from the urban area of Ceiba, in the middle or nowhere unreachable, should it have a Medical Room for emergencies.

1. **Gregorio García** did not deserve to die all urinated and on poo poo in his pants, trembling scared while he was resuscitated several times in an incomplete Ferry Terminal. The Ambulance arrived an hour later.

2. The Elderlies crawling with the walkers as his mother fall and got hurt, and then the ATM began to build rush "La Acera in concrete"... the sidewalk in concrete because an 84 years old fall on the ground and got hurt.

LOOK!

MARCH-NOVEMBER/2020 – NO DISTANCING FERRY SERVICE

FELICITA RCIA LEFT VIEQUES AND RELOCATED TO ORLANDO TO REPLACE HER 4 TEETH AND TREATMENT ON HER DISLOCATED ARM

**PLEASE CONGRESS, HELP PRIVATE VIEQUES TO PUT AN END TO THIS UNHEALTHY POLITICAL RELATIONSHIP WITH THE HEARTLESS COMMONWEALTH OF PUERTO RICO., IN WHICH THEY DEMONSTRATED THEIR INCAPACITY TO MANAGE 78 MUNICIPALITIES = BANKRUPTCY.**

Rosario spoke through Wapa Radio about the conditions infrahumanas at Roosevelt Road, Ceiba Port Terminal with the Circus Tent that had so many holes that we were more protected under the rain. Look at the indecent roads provided by the Commonwealth's Politicians and now they are rushing reparing because of the Native Viequenses's Claim is at U.S. Court and Congress.

**THIS IS HOW MUCH THEY CARE FOR THE VIEQUENSES AND PAID WITH FEDERAL FUNDS LOOK! LOOK! LOOK! = GENOCIDE**

ARE WE CONSIDERED HUMANS?

The Cowboys of Texas have more respect for the cattles

Than the Commonwealth of Puerto Rico's Politicians for the Native Viequenses

ARE WE ENTITLE TO SOME OF THE FREEDOM THAT PRIVATE VIEQUES HELPED THE UNITED STATES TO ACHIEVED AND PROTECTED, FOR 63 YEARS?

JUDGE LAURA TAYLOR SWAIN FIND CAUSE ON GENOCIDE TO PERSUIT CASE 3:17-BK-3273 (LTS)

CONGRESS MUST DECIDE, IF PROMESA TITLE III LAW & COMMONWEALTH OF PUERTO RICO ARE ABOVE 18 U.S. CODE § 1091 – U.S. GENOCIDE LAW?

**GENOCIDE EXAMPLE: U.S. INDEPENDENT CANDITATE FOR PRESIDENT 2020 BOUGHT THE W HOTEL IN VIEQUES AND WILL EXPROPRIATE THE NATIVE VIEQUES TO BUILD HIS PRIVATE CITY = GENOCIDE?**

FEBRUARY 26, 2021 EXAMPLE: THE NEW OWNERS OR MASTERS WANT TO BUILD A CITY FOR MULTIMILLIONAIRES, REMOVING ROAD 200 FROM THE COAST IN THE AIRPORT AREA - EXPROPRIATING ZONE. NOW, DEPRIVING THE NATIVE FAMILIES FROM THEIR HOMES BECAUSE THE COMMONWEALTH'S POLITICIANS SOLD THEM THE IDEA THAT WE ARE NOT HUMANS BUT TOYS WITHOUT CONSTITUTIONAL RIGHTS. BUILDING A RACISM WALL IMPOSING HIS OWN PRIVATE ZONE FOR RICH ONLY AND THE NATIVE VIEQUENSES WILL NOT HAVE ACCESS = RACISM AND GENOCIDE? CRUSHING AND EXPERMINATING THE COMMUNITYOF VIEQUES. THIS IS NOT 1940.

# SAVING PRIVATE VIEQUES

**JUDGEMENT OF CHIEF UNITED STATES DISCTRICT JUDGE GUSTAVO GELPI EMPOWERED CONGRESS: "MY RULING IN NO WAY PRECLUDES CONGRESS FROM ENACTING LEGISLATION THAT WOULD TREAT VIEQUES AS A U.S. TERRITORY"**

THE ELECTORAL COMMISSION HAD THE JUDGEMENT AND SUPPRESSED THE U.S. COURT MAGISTRATE ORDERS, PRECLUDING CONGRESS FROM ENACTIG LEGISLATION = "SAVING PRIVATE VIEQUES" AND ABRIDGED THE 15TH AMENDMENT AND THE VOTING RIGHY ACT OF 1965. 80 YEARS RUINING THE VIEQUES'S COMMUNITY LIVES, LIBERTY AND THE PURSUIT IF HAPPINESS AND NOW SUPPRESSED THE VIEQUES TERRITORIAL PLEBISCITE APPROVED BY JUDGE LAYRA TAYLOR SWAIN AND SCHEDULED ON FEBRUARY 27, 2021

**HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION**

**APRIL 24, 2021 * STATEHOOD WITH-WITHOUT VIEQUES TERRITORIAL PLEBISCITE**

#6

**ON THE 23RD DAY OF DECEMBER 2020**

**CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI, EMPOWERED CONGRESS.**

**IN 1959: HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YASHEI ROSARIO,
Plaintiff,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, et al,

Defendants.

CIVIL NO. 20-1307 (CCC)

**ORDER**

Plaintiff Yashei Rosario brought this case against the Commonwealth of Puerto Rico seeking to lift the Title III PROMESA automatic stay in Civil Case No. 17-2320. (Docket No. 3). Plaintiff further asks the Court to authorize and order a territorial plebiscite to determine the political status of the island municipality of Vieques, Puerto Rico. Id. United States District Judge Laura Taylor Swain upheld the automatic stay. (Docket No. 10). Therefore, the Court is left to decide solely the territorial plebiscite issue.

The plebiscite claim presents an insurmountable justiciability issue under the political question doctrine. A controversy involves a political question when there is "a textually demonstrable constitutional commitment of the issue to a coordinate political department[.]" Zivotofsky ex rel. Zivotofsky v. Clinton, 566 U.S. 189, 195 (2012) (quoting Nixon v. United States, 506 U.S. 224 228 (1993) (quotation marks omitted). This case involves such a political question. Entertaining Plaintiff's claim would indispensably require this Court to make a policy decision that would, in turn, usurp the constitutional prerogative of Congress to make needful rules and

regulations as to United States territories. U.S. Const. art. IV, § 3, cl. 2. As a result, Plaintiff's complaint at Docket No. 3 must be dismissed for failure to state a claim.[1]

This ruling in no way precludes Congress from enacting legislation that would treat Vieques as a U.S. territory apart from Puerto Rico. In fact, there is precedent for this. In 1959 when Hawai'i was admitted as a state, Palmyra Atoll, which was part of the territory of Hawai'i, remained a separate incorporated possession. See Gustavo A. Gelpí, Insular Cases: A Comparative Historical Study of Puerto Rico, Hawai'i, and the Philippines, Fed. Law., 23, (March/April 2011).

**SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of December 2020.

*s/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
Chief United States District Judge

MAMA MÍA RESTAURANT

EL MAMBO MINI MARKET

VIEQUES GAS ISABEL SEGUNDA

PANADERÍA LA VIEQUENSE

FERRETERÍA LA VICTORIA

SUPERDESCUENTO MORALES MONTE SANTO

BIEKÉ CONTRACTOR

LA HIELERA

RINCÔN DEL SABOR

LOCAL 00765 RESTAURANT

FAMILY MARKET CENTRO AHORROS

**McCulloch v. Madison:** MARSHALL'S U.S. Supreme Court decision that defined the scope of the U.S. CONGRESS LEGISLATIVE POWER "RESPECTING" THE UNITED STATES CONTITUTION & JUDGES ORDERS.

**ALL THE EVIDENCE OF VIEQUES V. PUERTO RICO AND FULL INVESTIGATION IS AT U.S. COURT PACER SYSTEM**
**CASE 17-1103 (FAB) – CASE 17-1940 (WGY) - CASE 17-2320 (CCC) - CASE 20-1307 (CCC) - CASE 3:17-BK-3273 (LTS)**

**IN THE MIDDLE OF ALL THESE TRAGEDIES = SAVING PRIVATE VIEQUES**

# UNITED STATES CONGRESS WILL CREATE LIFE

## AND PRESIDENT JOE BIDEN WILL GIVE BIRTH TO A NEWBORN U.S. TERRITORY U.S. VIEQUES 6TH INSULAR U.S. TERRITORY

## A FEDERAL CRIME HAS BEEN COMMITTTED AND CONGRESS MUST DECIDE:

**DOES PROMESA TITLE III LAW & COMMONWEALTH OF PUERTO RICO ARE ABOVE 18 U.S. CODE § 1091 – U.S. GENOCIDE LAW? 535 COPIES = RESPECTFULLY ASKING THE MEMBERS OF THE HOUSE AND SENATE JUDGE LAURA TAYLOR SWAIN FIND CAUSE ON GENOCIDE TO PERSUIT CASE 3:17-BK-3273 (LTS)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
YASHEI ROSARIO,

Plaintiff,

-v-

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.
---------------------------------------------------------------x

Case No. 3:20-cv-1307-LTS

ORDER REGARDING MOTION OF STAY RELIEF
BASED ON MODERN LEGAL GENOCIDE (DOCKET ENTRY NO. 3)

The Court has received and reviewed the *Motion of Stay Relief Based on Modern Legal Genocide* (Docket Entry No. 3 in 3:20-cv-1307, the "Complaint"), filed by Plaintiff Yashei Rosario. The Court will henceforth construe the Complaint's request for stay relief as a motion for relief from the automatic stay (the "Motion"), and transfer it to Case No. 17-3283 for consideration as a contested matter in the Commonwealth's Title III case. In the interests of clarity and efficiency, the Clerk of Court is directed to transfer the Motion to Case No. 17-3283.

SO ORDERED.

Dated: July 9, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

## EXHIBIT #1: APPROVED = MUNICIPALITY ENDORSEMENT. (Spanish)

Case:17-03283-LTS Doc#:11885 Filed:02/28/20 Entered:02/28/20 16:27:51 Desc: Main Document Page 1 of 2

Exhibit

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES

Upon the *Notice of Presentment of Proposed Order Further Amending Case Management Procedures*, dated February 19, 2020 (Docket Entry No. 11288 in Case No. 17-3283, the "Notice");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the relief requested is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The *Eleventh Amended Notice, Case Management and Administrative Procedures* attached hereto as Exhibit 1 is approved.

2. The notice section is updated.

3. The scheduling section has been revised to eliminate references to omnibus hearings that have already occurred.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

5. This Order resolves Docket Entry No. 11288 in Case No. 17-3283.

SO ORDERED.

Dated: February 28, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Exhibit #1

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Vieques
Oficina del Alcalde

Hon. Víctor M. Emeric Catarineau
Alcalde

25 de enero de 2018

Sra. Yashei Rosario
HC2 Box 12914
Vieques, PR 00765

Estimado señora Rosario:

Acuso recibo de su reciente comunicación en la cual solicita el endoso municipal para la celebración del Referéndum de Soberanía Insular que propone celebrar el 25 de marzo de 2018. En su solicitud usted expresa que su meta es separar a Vieques de Puerto rico a causa de que "EL PROBLEMA NOS SON LAS LANCHAS SINO 77 AÑOS DE NO DESARROLLO ECONÓMICO"

Realmente en mi experiencia como alcalde en estos últimos (5) cinco años he sentido el abandono tanto de mi anterior Administración como de ésta hacia el pueblo de Vieques. Cuando se hacían y hacen planteamientos y denuncias al Gobierno Central sobre la necesidad de mejorar los servicios de salud, transportación marítima, seguridad y otros servicios estatales, algunos funcionarios del ejecutivo o inclusos aquellos que han ocupado o ocupan puestos electivos tratan de hacer ver que eso es responsabilidad exclusiva del alcalde, cuando en realidad la responsabilidad es del Gobierno Estatal, porque son servicios estatales. Pero para algunos "la culpa es ajena."

Inclusive en Vieques por años las carreteras estatales han sido completamente desatendidas por el Gobierno Estatal. El Municipio con sus limitados recursos las atiende como puede sin recibir un solo centavo de compensación o ayuda a cambio. Lo mismo con el problema de los caballos realengos en las carreteras estatales. El Gobierno Estatal se ha desatendido del problema dejando al Municipio solo en la búsqueda de alternativas para atender el problema de seguridad que esto representa para nuestro pueblo y aquellos que nos visitan.

Estamos también de acuerdo que hace falta un plan de desarrollo económico para Vieques. Lamentablemente son ciertos viequenses, además, del Gobierno de Puerto Rico, los primeros obstáculos al desarrollo de Vieques ya que se oponen a cualquier innovación y todo es no.

Durante mi administración siempre he apoyado toda expresión democrática de nuestra gente, sin buscar protagonismos hemos dado el espacio para que el pueblo se exprese, sea mediante asambleas de pueblo, donde hemos sabido participar y escuchar sin imponer ideas o posiciones o el referéndum del puente de Vieques, donde se dio la oportunidad a nuestro pueblo a expresar su posición sobre los sistemas de transportación entre Vieques y Puerto Rico.

Exhibit # 6

Me parece que este referéndum puede ofrecer a los viequenses la oportunidad de dar un mensaje claro y contundente de que históricamente hemos sido abandonados por las administraciones del gobierno central en Puerto Rico y que ha llegado el momento en que se nos den las herramientas para promover el desarrollo sustentable de nuestra isla.

En resumen, el Fideicomiso de Desarrollo Sustentable de Vieques, tiene mi endoso para llevar a cabo el referéndum de soberanía insular de Vieques, confiamos que puedan cumplir con los requisitos que se les establezcan y que puedan levantar los recursos económicos para cubrir los gastos de este ejercicio democrático.

Atentamente,

Hon. Victor M. Emeric Catarineau
Alcalde

SUPERMERCADOS
MORALES
ISABEL

# HAWAII V. PALMIRA ATOLL = REMAINED APART- INCORPORATED POSSESION

## U.S. VIEQUES 6TH INSULAR U.S. TERRITORY - SATURDAY APRIL 27, 2021

**June 2014: According on the United States Senate Committee on the Judiciary: For Congress to Consider Separating Vieques Island from U.S. Puerto Rico Territory, all the Community Need it was a Sovereingnty Territorial Plebiscite. Judge Layra Taylor Swain Find Cause on Modern Legal Genocide applied by the Commonwealth of Puerto Rico to the Native Viequenses and not done in Africa but in this U.S. Caribbean Territory called U.S. Puerto Rico.**

**JENNIFER GONZALEZ, (R), ATTORNEY. AFTER VIEQUES FACED 80 YEARS OF NON-DEVELOPMENT DAMAGES, IS SEEKING LEGISLATION** to give a COMPENSATION to the Viequenses without an explanation on WHAT HAPPENED WITH THE COMPENSATION PAID BY DOD/NAVY/MARINES, FOR THE 63 YEARS OPERATING THE VIEQUES NAVAL TRAINING RANGE? **WHERE IS THE 1940 AGREEMENT, BETWEEN THE GOVERNMENT OF PUERTO RICO AND DOD/NAVY/MARINES? WHAT WAS THERE FOR THE NATIVE VIEQUENSES?** DOD/NAVY/MARINES AS OFFICERS AND GENTLEMAN TOOK ALL THE BLAME WHILE THEY DID PAID, **A SUM WAS FOR THE GOVERNMENT? AND ANOTHER SUM FOR VIEQUES AND WHY NEVER ARRIVED TO THEIR DESTINATORY?**

**WHERE IS THE AGREEMENT BETWEEN THE GOVERNMENT OF PUERTO RICO AND DOD/NAVY/MARINES?**

**Vieques 1940:** The Native Viequenses were waiting for their arrival with all the blessings and promises of the Government of Puerto Rico's Senate Officials... as they heard a huge sound approaching and the Bulldozers arrived tearing in pieces their trust, humility and depriving their homes. **Regardless, it was their homes.** Told them about all the benefits that the Native Viequenses will get accepting the Military Training in Vieques & better housing, manipulating their low educational level. In which the United States always offered housing, and never arrived to their destinatory. They ran scared to the woods and their neighbors, while the Government split their Housing Benefits with San Juan, Guaynabo & Bayamon = **Genocide,** forcing the viequenses to relocate to the Virgin Island = **Genocide. 1940-2021: NOT EVEN ONE POLITICIAN DID A LITTLE FOR VIEQUES BUT MAKING OUR LIVES THE HARDEST AND UNBEARABLE MISERY = GENOCIDE, SPENDING A HUGE PERCENTAGE OF THEIR LIFETIME FLOATING IN FERRIES SUSTAINING THE MUNICIPALITY OF FAJARDO.**

**PROMISING FOR 80 YEARS A BETTER FERRY SERVICE, IN WHICH THEY TRULY CONTROLLED, WHERE THE VIEQUENSES SPEND THEIR MONEY AND THEIR MEDICAL INSURANCE = GENOCIDE.**

According to Chief United States District Judge Gustavo Gelpi: **the plebiscite claim presents an insurmountable justiciability and advice Congress to take charge.** U.S. VIEQUES do not want to be A FEDERAL FUNDS HUNTER, but an example to the U.S. Taxpayers. 2016: U.S. Guam was honored. U.S. Virgin Islands became a U.S. Territory. 1940-2003,

willingly or unwillingly on May 1, 2003, Private Vieques was honorable discharged and faced over 900,000 live ammunition bombing and got nothing in return. The Military had an income to support their families and Private Vieques, the FISHERMEN WERE NOT AGAINST THE DOD/NAVY/MARINES, **protested to feed their families** and they were not the enemy but 1940-2021: Government/Commonwealth of Puerto Rico. **GOOD PARENTING AS FEDERAL CRIME = FEDERAL JAIL. 81 Years and the Community got enough and wants their Needful Things & Medical locally, like Guam and the U.S.V.I.**

Regardless, of political preference. **Yashei Rosario, (R)** Angry Vieques Housewife with critical thinking, defending her home and her neighbors = the Intellectual Creator of the Vieques Development Socioeconomic Self Sustainable Plan and filed copies at U.S. Court Pacer, Judges as Witnesses. In which U.S. Vieques will not be a BURDEN; while the Commonwealth's Wise Politicians are always seeking to ASK CONGRESS FOR FEDERAL FUNDS, instead, the Angry Vieques Housewife Proposal is seeking for a **$150 Million Federal Loan like Congress did with the GM, Chrysler,** filed on December 30,2020, over 5,000 Jobs Direct and Indirect Proposal = Private Vieques Prize = Owners of the Economic Development of Vieques. = 10 Educational & Cultural Recreation Parks as HACIENDA LA PERLA HISTORY THEME PARK as the Viequenses Theme Park of the Caribbean History, preserving the culture, dances, and roots of the natives caribe until the end of times.

**VIEQUES PURA DIVERSION. Earning Your Smile-Ganándonos Tu Sonrisa** = NO MORE CRYING, NO MORE ABUSE COMMONWEALTH. U.S. VIEQUES will be a Fun Entertaining Island = Hacienda is a local fundraising and Auto Financing Sources to Eco-Buildings, our own **Universidad of Vieques Green Campus** in which St. Thomas is three times smaller than Vieques and half of St. Thomas is their Universidad Campus; to build and sustain our own Private Hospital, Vieques Community Hospital & Doctor Pedro P. Páez González Humanitarian Medical University, **WHERE THE POORS CAN BECOME DOCTORS** like Cuba but in U.S. Vieques Territory. **The Viequenses are treated as dummies who cannot govern themselves and Rosario is demonstrating the capacity of an Angry Housewife, demonstrating that BEEN POOR AND BEEEN DUMMIES ARE NOT SYNONIMOUS.** Puerto Rico Senator, Thomas Rivera Shatz, just engaged to ask for Federal Funds for the Economic Development of Vieques. **WHERE IS THE 1940 AGREEMENT, BETWEEN THE GOVERNMENT OF PUERTO RICO AND DOD/NAVY/MARINES? WHAT WAS THERE FOR THE NATIVE VIEQUENSES?** Today, an Angry Housewife is presenting a Fully Self-Sustainable Socioeconomic Development Plan but where the Native Viequenses are the owners of their own Economy instead of the Commonwealth's politicians splitting the Viequenses **$$$dignity**, among themself.

## THERE IS NO EVIL THAT LASTS 100 YEARS NOR VIEQUES WHO RESIST IT! = SAVING PRIVATE VIEQUES

**Development Socioeconomic & Conservation Trust of Vieques DESCO Inc, IRS-501c3** will minimize to less than 5% Participants on Welfare Assistance, Vieques becoming a very Productive Society = SETTING AN EXAMPLE TO THE UNITED STATES = U.S. Taxpayers Claim. **After 63 Years of Unpaid Military Services**, a community as Private Vieques and Americans at least deserve to own the Economic Development of Vieques = SURVIVING THE GOVERNMENT/COMMONWEALTH OF PUERTO RICO's Politicians, as the Prize Earned Serving the United States National Security, **as many native Viequenses faced over 900,000 live ammunition bombing. On May 1, 2003, Private Vieques can righteously say, that was honorably discharged from their duties and Congress may enact legislation that would treat Vieques as a U.S. Territory.**

**THE U.S. COURT TO DECIDE ON THE TERRITORIAL PLEBISCITE ISSUE AND ORDER = CONGRESS HELP SAVING**

**MARCH 2, 2021: VIEQUES CODESU WILL FILE A CLAIM TO THE ATTENTION OF CHIEF UNITED STATES DISTRICT GUSTAVO GELPI.**

The Native Americans Are Those Who Paid The Highest Price In The American History, And The Native Viequenses Are Those Who Paid The Highest Price In The American Military History = Since Pearl Harbor through Iraq and Helped the United States, Creating of the Best Soldier who bled defending the U.S. National Security and Got Nothing in Return.

**CONGRESS HELP VIEQUES, TO PUT AN END TO THIS UNHEATHLY POLITICAL RELATIONSHIP WITH THE COMMONWEALTH OF PUERTO RICO.**

Respectfully submited, 535 Copies in Congress, on the 16 day of March 2021

Yashei Rosario, President & Vieques Development Plan Intelectual Rights
Development Socioeconomic & Conservation Fideicomiso of Vieques, DESCO
HC 2 Box 12914 Villa Borinquen 172, U.S. Vieques, 00765
**(787) 903-3233 * VIEQUES.CODESU@YAHOO.COM**