IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YASHEI ROSARIO, PRESIDENT & CHAIRMAN AND
DEVEℛOPMENT SOCIOECONOMIC AND
CONSERVATION FIDEICOMISO OF VIEQUES
DESCO, INC.

DEBTORS PLAINTIFFS

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, AS REPRESENTATIVE
OF COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEE'S RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEAH F PUERTO
RICO, AND THE PUERTO RICO PUBLIC BUILDINGS
AUTHORITY.

Defendants

PROMESA
TITLE III

No. 17 BK 03283-9-LTS

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM.

## ACCORDING TO PRESIDENT JOE BIDEN'S JUNETEENTH
### MOVANT'S MOTION OF RECONSIDERATION ON STAY RELIEF DENIAL ORDER
**EXHIBIT #1: DOCUMENT-13990. DESCO IS PRESENTING THE REPAYMENT PLAN - EXIT FOR PUERTO RICO DEBT FREE**
The Objection to the RESTRUCTURATION PLAN is because increased the sacrifices on the Puerto Rican People, increasing the Exodus, **ENLARGING, THE FINANCIAL LOAD UPON THE UNITED STATES.**
**VIEQUES AS A REAL ESTATE ASSETS TO THE SHAREHOLDERS, WITHOUT INFRASTRUCTURE**
**78 YEARS OF ECONOMIC STABILITY AND TRANQUILITY FOR - SHAREHOLDERS & PUERTO RICO RETIREES 911**

RESPECTFULLY COMES NOW, Yashei Rosario, President and Chairman & Development Socioeconomic and Conservation Fideicomiso of Vieques DESCO Inc, acknowledging that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico, as sole representative of the Commonwealth of Puerto Rico, the Retirement System, and the Puerto Rico Public Buildings Authority, pursuant to section 315(b), Economic Stability Act, (PROMESA). DESCO, also pursuit section 315(b), seeking the Economy Stability Act, Proposal: Exit for Puerto Rico Debt Free.

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 1 OF 23

DESCO will pay the entire $100 BILLION DEBT, in exchange of the authorization upon the Electoral Commission of Puerto Rico (CEE), to CELEBRATE THE VIEQUES TERRITORIAL PLEBISCITE. CEE must not preclude Congress from enacting legislation, that would treat Vieques as an Incorporated U.S. Territory, apart from Puerto Rico = HAWAII VS PALMYRA ATOLL, precedent established by Chief United States District Judge Gustavo Gelpi Order, on December 23, 2020.

**DEPTORS PROPOSAL:** Rosario and DESCO's adjusted offers **10%** Shares/Not Permanently, as the creator of the Development Economic Plan of Vieques, copy filed Case: 17-1103-FAB, Case: 17-1940-WGY, Case 17-2320-CCC and Court of Appeal-First Circuit of Boston, Case 18-1782. Offer: 10% Shares Not Permanent + 10.5% IVU-TAX = 20.5% EXCLUSIVELY pay for Fiscal Debt. Just in the Entrance Ticket = IVU-TAX + Souvenirs EXCLUSIVE, a Trustee must be assigned.

# I
BASED ON JUNETEENTH DESCO CREATED A THEME PARK EXALTING WHO WE ARE
## AFRICAN CARIBBEAN AMERICAN
## HACIENDA LA PERLA HISTORY THEME PARK
TRANSFORMING THE HACIENDA'S SLAVERY FARMING TEARS AND WOUNDS
INTO AN SPLENDIT HISTORY ADVENTURE, CULTURE AND DANCES
WE ARE MORE THAN JUST HOTELS AND BEACHES



**TENEMOS HISTORIA, CULTURA Y DANZA**
○ HACIENDA LA PERLA ES UNA TRANSFORMADORA SOCIAL PORQUE CONSTRUIRÁ
A "LOS NADIES" SEGÚN LA POESÍA DE EDUARDO GALEANO:
"LOS QUE VALEN MENOS QUE LA BALA QUE LOS MATA"
TRANSFORMADOS DE ADENTRO HACIA AFUERA = "QUE COSECHA" DE CUIDADANOS
BORINCANOS DE EXCELENCIA, A TRAVÉS DE LA SUPERACIÓN = CUANDO ESTÉN TRAS
BASTIDORES, PEINADO, MAQUILLAJE, VESTUARIO = 20 SEGUNDOS Y AL ESCENARIO
CUANDO SE VIREN FRENTE A LAS LUCES = SUS VIDAS NUNCA SERÁN IGUALES
**SERÁN BAILARINES DE REVISTA**
PROYECTO 5 PANES Y 2 PECES = EL EVANGELIO AL DÍA
○ JESUCRISTO PRIMERO LE DIO DE COMER A LOS 5,000 Y CREÓ UN NUEVOESTILO DE VIDA =
○ HACIENDA LA PERLA HISTORY THEME PARK
BALLET FOLKLÓRICO DE VIEQUES
DISEÑO, PATRONES Y COSTURA ©

**HACIENDA WILL TARGET WITH THOSE NOT IMPORTANT FOR THE SOCIETY AS SINGLE MOTHERS, SCHOOL DROP OUTS WITH CHILDRENS TO CREATE A VERY PRODUCTIVE SOCIETY = EDUCATIONAL DRAFTED, WORK 6 HOURS AT $10.00 = EDUCATIONAL DRAFTED = OBLIGATED TO STUDY = BECOMING PROFESSIONALS**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 2 OF 23

# OVER 5,000 FUN AND SHOW BUSINESS JOBS BREAKING THRU CRIME AND WELFARE ASSISTANCE DEPENDENCY

## AS A MATTER OF FACT, RESPONDING TO THE U. S. TAXPAYERS CLAIM

# EDUCATION IS DESCO'S PRIORITY CREATING A RECREATION EDUCATIONAL FIELD

# DOCTOR YXZ HUMANITARIAN MEDICAL UNIVERSITY



## UNIVERSIDAD HUMANITARIA DE VIEQUES GREEN CAMPUS

CADA DOMO COMPRENDERÁ DE UNA FACULTAD UNIVERSITARIA. CONSTRUIREMOS PRIMERO A GENERALES, HUMANIDADES, SOCIALES Y LA UNIVERSIDAD PAGARÁ LAS CLASES DEL SISTEMA EDUCATIVO DE ESPAÑA ONLINE PERO LAS CLASES SE OFRECERAN EN EL GREEN CAMPUS

CADA FACULTAD SERÁ AUTO SUSTENTABLE PORQUE EL TECHO DEL DOMO SERÁ UNA PANTALLA DE CINE QUE PROYECTARÁ EL PLANETARIO. LA PRIMERA FASE DE TRES FASES DEL ACUARIO, ES DIGITAL Y SERÁ PEDAGOGÍA Y CIENCIAS NATURALES.

LA SEGUNDA DEL ACUARIO ESTARÁ EN EL ROMPEOLAS Y CAMINARÁN DEBAJO DEL MAR, Y NO DIGA QUE ES UNA FANTASÍA PORQUE EN EL ACUARIO DE LAS ISLAS VÍRGENES, VA CAMINAN DEBAJO DEL MAR

TANTO EL PLANETARIO Y EL ACUARIO DIGITAL SERÁN LAS FUENTES DE RECUADO PARA QUE LA UNIVERSIDAD HUMANITARIA SEA INDEPENDIENTE FINANCIERAMENTE

SISTEMA EDUCATIVO OBLIGATORIO: ¿QUIERE PERTENECER AL BALLET FORKLÓRICO? TRABAJARÁN SEIS (6) HORAS A $10.00 Y ESTUDIARÁN

# WHERE THE POOR CAN BECOME DOCTORS

## THE PLANETARIUM AND THE DIGITAL ACUARIUM

The Dome Roof of each faculty will be a Movie Screen that will project
the Planetarium and Digital Aquarium Making Doctor XYZ Humanitarian Medical
a Self-Sustainable University like in Cuba but for the First Time in U.S. Territory.
How come Cuba that is supposed to be so poor and offer Humanitarian Studies and
Medicine.  The Tourism will enjoy the Educational Recreation = Making Medical Tourism
= So Much Fun = 10% Shares Not Permanent + 10.5% IVU-TAX = 20.5%

## COMPLETELY ECO-FRIENDLY =





## GREEN DEVELOPMENT
## GREEN AMPHITHEATERS WITH AN UMBRELLA DOME ROOF
## WHERE THE STUDENTS WILL SIT = ENJOYING THE PLANET

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 3 OF 23

# DESCO REQUESTED FROM PRIDCO PROPERTY L-175-0-59-00 RUINS DONATION
## THE DEPARTMENT OF ECONOMIC DEVELOPMENT OF PUERTO RICO, (PRIDCO)



| LOT NO. | AREA SQ. MTS. | AREA CUERDAS | BLDG. NO. | BLDG. AREA SQ. FEET | GENERAL INFORMATION |
|---|---|---|---|---|---|
| 4 | 15,889.01 | 4.0426 | S-1383-0-86 | 22,656.20 | VACANTE |
| 4-1 | 3,804.72 | 0.9680 | | | SOLD-MUNICIPALITY OF VIEQUES = 9/29/94 |
| 4-2 | 664.62 | 0.1691 | | | RIGHT OF WAY |
| 4-3 | 202.41 | 0.0515 | | | RIGHT OF WAY |
| 4-4 | 477.21 | 0.1214 | | | Dobra Plantation Group, Corp. |
| 5 | 96,608.33 | 24.5789 | | | VACANTE |

| LEGEND: | | | | | | |
|---|---|---|---|---|---|---|
| - - - - - LOT LIMIT | **CADASTRE NUMBER** | | | | | |
| ▬ ▪ ▬ ▪ PRIDCO PROPERTY LIMIT | **MUNICIPALITY** | **MAP** | | **BLOCK** | **PARCEL** | |
| ▬▬▬ BUILDING | | 1:10,000 | 1:1,000 | | | |
| ───── ROADS OR CURB SIDE | 76 | 462 | 006 | 02 | | |

SCALE ____NOT TO SCALE____ REV. DATE __Febrero - 2018__

DRAW DATE __FEB - 00 - 1989__ ZONNING ____I-1____

**PRIDCO**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 4 OF 23

## PRIDCO PROPERTY L-175-0-59-00 *LOT 4 *S-1383-0-86







**DESCO REQUESTED THIS PROPERTY DONATED**

**HECHO EN VIEQUES – MADE IN VIEQUES - INDUSTRIAL SEWING PLANT**
**A DEVELOPMENT ECONOMIC PROYECT LIKE THIS ONE NEEDS A LOT OF SEWING**
**FROM UNIFORMS AND ENTERTAINMENT CLOTHING  IS REQUIRED**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 5 OF 23

**DESCO WILL TRAIN THE YOUNGSTERS/COMMUNITY AS INDUSTRIAL FASHION DESIGNER AS THE**

**YOUNGSTERS WILL SEW THEIR SWIMMING SUITS AND BEACH CLOTHING LINES**

**DESCO HAS TWO (2) DIVISIONS AND CRIED OUT BEGGING FOR THIS PROPERTY**

**TO INSTALATE DESCO DEVELOPMENT SOCIOECONOMIC'S OFFICE & INDUSTRIAL SEWING PLANT**

**PRIDCO CLAIMED, THAT THE OVERSIGHT BOARD**

**WILL NOT APPROVED THE DONATION &**

**DESCO IS PRESENTING THE LETTER FROM PRIDCO'S KINDNESS**



**PRIDCO PROPERTY L-175-0-59-00 \*LOT 4-2 AND LOT 4-4 TO**

ESTABLISH DESCO CONSERVATION'S OFFICE AND GREEN-HOUSE TO GROW ENDEMIC AND
NATIVE TREES, COMETIBLES AND FRUIT TREES TO BE READY IN CASE IF ANOTHER
HURRICANE BECAUSE REFORESTATION IS IMPERATIVE.

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 6 OF 23

## DESCO HAS TWO (2) DIVISIONS AND CRIED OUT BEGGING FOR THIS PROPERTY
### NOTICE LOT 4-2     NOTICE LOT 4-2




**PRIDCO CLAIMED, THAT THE**

**OVERSIGHT BOARD**

**WILL NOT APPROVED THE DONATION &**

**DESCO IS PRESENTING THE LETTER FROM PRIDCO'S KINDNESS**

**BUT DESCO HAS TO REPAIR SOMEBODY ELSE'S PROPERTY**

**INCREASING A GOVERNMENT PROPERTY VALUE**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 7 OF 23



| LOT NO. | AREA SQ. MTS. | AREA CUERDAS | BLDG. NO. | BLDG. AREA SQ. FEET | GENERAL INFORMATION |
|---|---|---|---|---|---|
| 4 | 15,889.01 | 4.0426 | S-1383-0-86 | 22,656.20 | VACANTE |
| 4-1 | 3,804.72 | 0.9680 | | | SOLD-MUNICIPALITY OF VIEQUES – 9/29/94 |
| 4-2 | 664.62 | 0.1691 | | | RIGHT OF WAY |
| 4-3 | 202.41 | 0.0515 | | | RIGHT OF WAY |
| 4-4 | 477.21 | 0.1214 | | | Dobra Plantation Group, Corp. |
| 5 | 96,608.33 | 24.5789 | | | VACANTE |

LEGEND:
- - - - - LOT LIMIT
——— ·· PRIDCO PROPERTY LIMIT
━━━━━ BUILDING
━━━━━ ROADS OR CURB SIDE

**CADASTRE NUMBER**

| MUNICIPALITY | MAP | | BLOCK | PARCEL |
|---|---|---|---|---|
| | 1:10,000 | 1:1,000 | | |
| 76 | 462 | 086 | 02 | |

SCALE **NOT TO SCALE**   REV. DATE **Febrero - 2018**
DRAW DATE **FEB - 00 - 1989**   ZONNING **I - 1**

**PRIDCO**

# PRIDCO PROPERTY L-175-0-59-00 *LOT 5 – 26 ACRES OF LAND
### REQUESTED FOR A DRIVE IN CINEMA BUT RELOCATE THE PROJECT TO GUARANTEE THE SAFETY OF THE BIOLUMINSCENT BAY. INSTEAD, IS THE BEST LOCATION FOR STUDENTS
## = THE UNIVERSITY OF VIEQUES GREEN CAMPUS

The Native Viequenses youngsters cannot stand FLOATING in ferries to study
Regardless the weather = QUIT = Maximizing Crime vs Shareholders Real Estate
**St Thomas is three times smaller than Vieques and half of the island is their University Campus**
They also have a 169 Rooms Hospital & Vieques NONE but the Refuge as an Interpretation of Medicine



## IT IS TIME TO MOVE FORWARD
### DESCO HAS TWO (2) DIVISIONS AND CRIED OUT BEGGING FOR THIS PROPERTY IN WHICH DESCO HAD AN OPEN NEGOTIATION AND PAID THE $150.00 DEPOSIT SINCE APRIL 2021;
ON JUNE 9TH, 2021: MEETING AT PRIDCO AND INFORMING DESCO, "THAT SOMEONE GOT AHEAD AND RENTED THE LAND." A PIECE OF LAND THAT FOR THE PAST 40 YEARS NOBODY CARE FOR. WITHOUT ASKING DESCO, NOR COMPLETING NEGOTIATION AS THE MAYOR CALLED IT: **"SABOTAGE."** IN FACTS, THIS SOMEONE IS DESCO'S COMPETITORS

**ACROSS THE STREET OF THE DEPARTMENT OF FISH AND WILDLIFE, (FWS)**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 8 OF 23

1

2  **United States Department of the Interior**

3 FISH AND WILDLIFE SERVICE
VIEQUES NATIONAL WILDLIFE REFUGE
P.O. Box 1527
VIEQUES, PR 00765

4

5 March 10, 2021

6

7 To: Banco de Desarrollo Económico de Puerto Rico – Fondos CDBG

Dear Sir and/or madam, it is with great honor that I support Yashei Rosario's for your hazard mitigation grant/loan.

8 Ms. Yashei Rosario is a conservation/education partner with the community and the Vieques National Wildlife Refuge

9 (VNWR) for the past eight years.

10 At first, she only worked on the VNWR Sea Turtle program, but then branched out to carry out education, interpretation, and other conservation projects. Including the start of adopting a section of the VNWR that

11 parallels approximately 200 yards along Road 997, since May 15, 2017. Unfortunately, her original work and project,

12 that began before our island was hit by two mayor hurricanes (Irma and Maria) in September of 2017, was brought to

13 a halt by these devastating storms. After the hurricanes, this NGO has continued to work with the VNWR, to maintain the area they adopted and continue to pursue her original projects.

14 The project will also incorporate local schools and community members to learn about conservation,

15 historical and cultural issues. Many folks will be able to partake hands-on in the restoration efforts of this area, while also learning about history, local fauna and flora while enjoying good clean fun outdoors. Results from this project

16 may serve in the future to continue helping to connect more people with nature. The economic benefits of this project

17 may also influence job creation and promoting sustainable nature-based tourism on the island. We look forward to

18 you granting Ms. Yashei Rosario the opportunity to work on this project.

19 Please feel free to contact me at any time for any additional information me at (787) 457-0088 or via email at mike_barandiaran@fws.gov.

20

21 Sincerely,

22

23

24 Mike Barandiaran

25 Wildlife Refuge Manager – Biologist MS

26 USFWS-Vieques National Wildlife Refuge

27 

28

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 9 OF 23



Gobierno de Puerto Rico

## RESERVA DE NOMBRE

Estimado(a) Myriam Yashei Rosario,

El 12 de junio de 2021 a las 06:38 p.m. fue presentada una solicitud para reservar el
nombre corporativo de **"HECHO EN VIEQUES INC.".** El nombre fue aprobado por un
periodo de ciento veinte (120) días, los cuales vencen el **10 de octubre de 2021**.

Cordialmente,

**Félix E. Rivera Torres**
Secretario de Estado Interino

## PRIDCO CLAIMED, THAT THE OVERSIGHT BOARD WILL NOT APPROVED THE DONATION & DESCO IS PRESENTING THE LETTER FROM PRIDCO'S KINDNESS

GOBIERNO DE PUERTO RICO
COMPAÑÍA DE FOMENTO INDUSTRIAL

21 de junio de 2021

Sra. Yashei Rosario
**Development Socioeconomic & Conservation**
**Fideicomiso of Vieques, Desco, Inc.**
HC 2 Box 12914
Vieques, PR  00765

Estimada señora Rosario:

*Propuesta de Arrendamiento*
*Proyectos S-1383-0-86*
*Vieques, Puerto Rico*

Nos referimos al interés del "Development Socioeconomic & Conservation Fideicomiso
de Vieques, Desco, Inc." (Desco) de arrendar el edificio de la Compañía de Fomento
Industrial (CFI), Identificado en referencia.

Al evaluar su proyecto, la CFI le presenta la siguiente propuesta de Arrendamiento.

La propiedad de la CFI a arrendarse para establecer un taller de costura será el edificio
S-1383-0-86 de 22,656.20 p/c.   Este edificio enclava en el solar 4 del L-175-0-59 de
15,889.01 m/c (4.0426 cuerdas).

El término del Contrato de Arrendamiento (Contrato) será de diez años.

El canon de arrendamiento será:

| Año | Pies Cuadrados | Canon P/C | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 1 al 5 | 22,656.20 | $2.00 | $3,776.03 | $45,312.36 |
| 6 al 10 | 22,656.20 | $2.45 | $4,625.64 | $55,507.68 |

Actualmente, PRIDCO está rentando los edificios en la modalidad "as is", Desco será
responsable de restaurar el edificio.  A cambio, PRIDCO le concederá los primeros tres
meses posteriores a la posesión del edificio sin obligación de pagar renta.  En dicho
periodo deberá gestionar sus permisos y endosos.  Este periodo no podrá extenderse.
El canon de arrendamiento es uno especial denominado internamente "pass through",
el cual considera un ajuste en función de los estimados de las reparaciones que

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 10 OF 23

1

**Development Socioeconomic &
Conservation Fideicomiso of Vieques, Desco, Inc.**

2

3

4

5

6

7

requiere dicho inmueble y que será responsabilidad de Desco, excluyendo la
reparación del techo.  El ajuste se aplica imputando una reducción automática de un
valor aproximado al 50% del total del costo estimado de las reparaciones tanto civiles
como eléctricas.    El restante 50% será otorgado como un crédito en renta,
condicionado a que Desco entregue una auto certificación (por profesional certificado)
de haber completado los trabajos de reparación listadas.   Una vez se reciba la
certificación, se inspeccione por nuestros ingenieros y se acepte, se aplica el crédito.
La estructura económica está basada en las condiciones y variables específicas de
cada caso.

8

9

10

Desco deberá someter los siguientes documentos:  cuestionario de localización y
aspectos ambientales (documento interno de Fomento); plan de negocio/proyección de
venta;  estados  financieros  (personal  o  de  la  empresa);  referencias  bancarias;
documento de incorporación; seguro social patronal (o personal).

11

12

Desco deberá adquirir una fianza de garantía de renta por tres meses renovable
anualmente, así como seguros de responsabilidad pública, de estructura y ambientales,
según sea el caso.

13

14

15

16

17

El Reglamento de Reservaciones para Arrendamiento de Propiedad Inmueble MO-
ODE-001 (Reglamento) define la **cuota administrativa** como un cargo por servicio
para activar la reservación de la propiedad inmueble, la cual no será reembolsable ni
acreditado a ninguna deuda o contrato vigente o futuro.  El **depósito de reservación**
es un depósito consignado para la reservación de la propiedad. Este será equivalente
a un mes de renta/canon prevaleciente en el área que ubica la propiedad.  El depósito
de reservación se sumará al depósito que deberá consignarse al momento de la
otorgación de contrato de arrendamiento, por lo que la suma de ambos constituirá el
depósito del contrato.  El depósito del Contrato será un 12% de la Renta Anual.

18

19

20

21

22

23

Este Reglamento dispone que se concederá cinco días para el pago del depósito de
reservación.   La persona interesada deberá someter la cuota administrativa y el
depósito de reservación mediante cheque certificado o giro a nombre de la Compañía o
pago electrónico.  El periodo de reservación comenzará al día siguiente de recibido el
depósito correspondiente, dentro del referido termino de cinco días y se extenderá la
reservación por un periodo de 30 días.  Durante este periodo si el arrendamiento no se
concluye por causas atribuibles al cliente, este depósito no será reembolsado.  Si por el
contrario el arrendamiento no se concluye por causas atribuibles a la Compañía, será
reembolsado el 90% del depósito de reservación.

24

25

La CFI da por recibido el pago efectuado por Desco, correspondiente a la cuota
administrativa mediante giro de $150.00.  Se procedió a reservar el edificio a Desco,
condicionado al pago del depósito de reservación de $3,776.03, según estipula el
Reglamento.

26

27

28


GOBIERNO DE PUERTO RICO
COMPAÑÍA DE FOMENTO INDUSTRIAL

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 11 OF 23

1

**Development Socioeconomic &
Conservation Fideicomiso of Vieques, Desco, Inc.**

2

3  La otorgación del Contrato de Arrendamiento estará sujeta a las recomendaciones de
   las Divisiones de Planificación y Asuntos Ambientales, así como a los trámites
4  reglamentarios aplicables, y las recomendaciones de la Oficina de Economía y
   Finanzas de la CFI.

5  De estar de acuerdo con las disposiciones de esta Propuesta deberá firmar la misma
   como aprobada y enviarla junto al Cuestionario de Localización y el depósito de
6  reservación requerido.

7  Estamos a su disposición para aclarar cualquier duda.

   Cordialmente,
8

9  Vianca M. Rivera Román
   Directora
10 Oficina de Desarrollo Estratégico de Bienes Raíces
   DBB/ar
11

12

13 _____
   Aceptado por
14 _____
   S.S.P.
15 _____
   Fecha
16

17

18

19

20

21  GOBIERNO DE PUERTO RICO
    COMPAÑÍA DE FOMENTO INDUSTRIAL
22

23  DESCO HAS TO REPAIR SOMEBODY ELSE PROPERTY, INVESTING CAPITAL THAT FOR PRIDCO ARE
24  THE WINNERS BECAUSE EVEN THOUGH THE REPAIR WILL BE DEDUCTED FROM THE RENT,
    **FOR DESCO ARE LOSSES IN WHICH THE PROPERTY GETS RESTORE AND INCREASED THE VALUE,**
25  **BUT IN TERMS OF THREARDS, FABRICS AND BUTTONS VS THAT RENTAL = BACKRUPTCY. IN TERMS OF**
    **PRODUCTION, NO MANUFACTURER COULD AFFORD SUCH A EXPENSIVE RENTAL.**

26  PRIDCO FOLLOWS THE GOVERNMENT LAW THAT RATHER LEAVE IT UNRENTED
27  THAN DONATE IT.  THE PROPERTY WILL REMAIN THERE = NO RENT = RATHER COLLAPSED =
    GOVERNMENT/COMMONWEALTH OF PUERTO RICO'S KINDNESS DONATING THE PROPERTY.
28  **BUT NOW EVERYTHING IS THE OVERSIGHT FISCAL BOARD FAULT.**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 12 OF 23

## EL IVU DEL PLAN DE DESARROLLO SOCIOECONÓMICO DE VIEQUES
### PAGA Y SALDA LA DEUDA DE CONTROL FISCAL
### Y ES UN MODELO PARA TRANSFORMAR VIDAS = VÉALO A CONTINUACIÓN

**HACIENDA LA PERLA HISTORY THEME PARK**

### LAS HACIENDAS, ERAN DE TRABAJO ESCLAVISTA Y AHORA SON EL MANTENGO FEDERAL
### Y LOS LLEVAREMOS SU FIN, Y EN VIEQUES TRANSFORMAREMOS ESE CONCEPTO

HACIENDA LA PERLA VALIDARÁ EL DESARROLLO SOCIOECONÓMICO DE VIEQUES PERO SU FIN ES LLEGAR A TIEMPO A LAS VIDAS DE LA JUVENTUD, DESERTORES DE ESCUELAS CON HIJ@S, PORQUE **HAY HAMBRE EN VIEQUES** Y QUE A NADIE LE IMPORTA SI SE ACUESTAN SIN COMER ESAS JÓVENES MADRES CON EL PECHO APRETAO, Y LLAMÓ UNA CON SEIS (6) HIJ@S LLAMÓ, RECIÉN PARIDA, CLAMADO POR UN EMPLEO PORQUE VIVEN DEL MANTENGO FEDERAL, Y NO LES ALCANZA. **NO ES SOLO DARLE EMPLEO SINO QUE LOGRAREMOS SU EXCELENCIA,** A TRAVÉS LA SUPERACIÓN 911 = SISTEMA EDUCATIVO OBLIGATORIO, CREAREMOS MAS DE 5,000 EMPLEOS DIRECTOS E INDIRECOTS "ÚNICOS" ARTÍSTICOS, CÁMARAS CINE, LUCES, SONIDO PERO ESTÁ OBLIGADA A ESTUDIAR:

HACIENDA LA PERLA HISTORY THEME PARK, TRANSFORMARÁ A
"LOS NADIES" DE LA POESÍA DE EDUARDO GALEANO:
"LOS QUE VALEN MENOS QUE LA BALA QUE LOS MATA"

## IT WAS IMPERATIVE TO HAVE THAT PRIDCO PROPERTY L-175-0-59-00

**5,000 Direct and Indirect Jobs for those NOT VALUABLE FOR SOCIETY. Who Cares but DESCO?** An American President did just the same believing in FREEDOM ON JUNETEENTH, and the the Government of Puerto Rico **JUST CARE FOR MONEY! MONEY! MONEY!** And cannot DONATE such RUINS, that PRIDCO still believes is an Assets but for DESCO, the Native Youngsters are a very Valuable Asset, for as long as their heart are beating = **HOPE AND FAITH = LOVE.**

**On the last Session of Congress** about the STATEHOOD FOR PUERTO RICO, a Congressman claimed on his refusal, that Crime in Puerto Rico was out of control, but who cares to help DESCO to reach out to the youngsters before they criminalize themselves? They knock in every doors for a job, rushing to the municipality, **before they choose crime**, and suddenly the light walks away from their faces and darknes flows from their spirits, putting guns in their hands.

### The Shareholders claimed Vieques as a Real Estate Property and

DESCO claimed for a Social Transformation and Vieques becoming an Example of Success in which the **POORS** will break through becoming the **FINEST AMERICAN CITIZENS** Working for **DESCO** will be so fun, that the criminals will give **DESCO** the guns to join

### THE SUCCESS TROOPS = BECOMING AN EXAMPLE TO THE UNITED STATES OF AMERICA =
### HACIENDA LA PERLA HISTORY THEME PARK = PROJECT 5 BREADS AND 2 FISHES = FEED THEM FIRST.

### YES, DESCO REPAYMENT PLAN EXIT FOR PUERTO RICO DEBT FREE * WILL BE A SUCCCESS.

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 13 OF 23

## THE CARIBBEAN HISTORY WILL BE REPRESENTED IN SEVEN (6) HISTORY PAVILLIONS



**EL VIEQUES CITY PASS,
10 AMENIDADES ECO AMIGABLES
7 DÍAS = $150**

**SIETE (7) PABELLONES DE HISTORIA
COMO EPCOT:**

**TAINO, ESPAÑOL, ÁFRICA,
RECREAMOS
LA SIEMBRA DE CAÑA E
ILUSTRES VIEQUENSES**

**VIEQUES, U.S. NAVY -MARINA**

**UNIFORMES
DISEÑO, PATRONES Y COSTURA**
**CADA PABELLÓN DE HISTORIA
TENDRÁ UNA MACHINAS
ROLLERCOASTER**
©

**TODO PROPIEDAD DEL PUEBLO DE VIEQUES**

### CUBA, DOMINICAN AND PUERTO RICO WERE MIX WITH THREE (3) RACES:
**TAINO ARAWAK INDIANS, SPAIN AND AFRICANS, FAMOUS PEOPLE HISTORY PAVILION,
ROLLERCOASTERS WILL MAKE THE CARIBBEAN HISTORY MORE ENCHANTING**

## THEODORE ROOSEVELT AIRPLANE CARRIER



**30 DE DICIEMBRE DE 2020**
**FUIMOS A WASHINGTON, DC Y SOLICITAMOS AL
CONGRESO, QUE CUANDO EL PORTAVIONES**
**THEODORE ROOSEVELT**
**TERMINE HORAS Y SEA DECOMIZADO,
QUE EL MISMO SEA DONADO A**
**DESCO VIEQUES = PORQUE DESCO
ES EL PUEBLO VIEQUENSE NATIVO**

**COMO EL PABELLÓN DE HISTORIA DEL U.S. NAVY -MARINES
ENTIÉNDASE QUE ESTO NO FUE UNA FANTASÍA PARA EL
ESTADO DE NEW YORK, "EL PORTAVIONES INTREPID SEA"
AND SPACE MUSEUM, LES FUE DONADO**

**LA FÉ ES CREER EN TUS SUEÑOS Y LUCHAR HASTA QUE LOS
REALICES Y FUIMOS A TODO LUGAR CREYENDO PORQUE LA
BIBLIA DICE: "CAMINA POR FE Y NO POR VISTA" ... DIJO
NELSON MANDELA, PARA LOS INCRÉDULOS DEL NO SE PUEDE
"SON FANTASÍAS"**
**"NADIE CREE EN LAS COSAS HASTA QUE LAS VE HECHAS."**

**ALCALDE Y LEGISLATURA
MUNICIPAL TENEMOS QUE
DARLE VIDA EL ÁREA DEL
ROMPEOLAS
VÉALO ATRACADO AL
EXTREMO IZQUIERDO
COSTERO PARTE PASIVA DEL
ROMPEOLAS**

## AS U.S. NAVY-MARINES PAVILION
**IS GETTING CLOSER TO COMPLETE ITS HOURS OF SERVICE
THE U.S. NAVY-MARINES HISTORY CANNOT BE SEPARATED IT FROM VIEQUES**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 14 OF 23

# VIEQUES HISTORY PAVILION



**VIEQUES PURA DIVERSIÓN**
**DIOS RESTAURANDO AL VIEQUENSE SU SONRISA**
○ VIEQUES UNA COMUNIDAD COMO PRIVATE VIEQUES
1940 2003: MUJERES, ENVEJECIENTES, INCAPACITADOS, JÓVENES Y
NIN@S DE TODAS LAS EDADES ENFRENTANDO POR 63 AÑOS, MAS DE
900,000 LIVE AMUNITION BOMBING = BOMBARDEOS DE BALA VIVA
**PRIVATE VIEQUES = GRITANDO ATERRORIZADOS**

LOS VIEQUENSES MERECEN SER PREMIADOS POR SU VALENTÍA
Y TENER ALGO JUSTO EN SU PROPIA TIERRA, QUE NO SEAN
BOMBAZOS O PASANDO UN ALTO PORCENTAJE
DE SUS VIDAS FLOTANDO EN LANCHAS

1940 – 2021 = 81 AÑOS ESTO NO FUE BROMA SINO TORTURA
POR EL GOBIERNO ARRUINANDOLES LA VIDA
PASANDO UN ALTO PORCENTAJE DE SUS VIDAS FLOTANDO EN LANCHAS
SUPLIENDO SUS NECESIDADES FUERA DE SU TERRUÑO FIRMAN
LA LEY DE DESARROLLO Y LA PRIORIDAD DEBE SER PARA
ORGANIZACIONES LOCALES SINO SE ABRE AL PUBLICO EN GENERAL
SI LOS RESIDENTES TIENEN UN PLAN DE DESARROLLO Y ESTAN
INCORPORADOS DEBIDAMENTE BAJO EL ESTADO LIBRE ASOCIADO
¿DEBERÍAN POR LEY TENER LA PRIORIDAD?
ROGAMOS POR CLEMENCIA AL CONCILIO Y DON MANOLO CIDRE
1940 -2003: DESPUÉS DE VARIAS VIDAS ENTRE BOMBAS

## 1940-2003: VIEQUES NAVAL TRAINING RANGE
## ON MAY 1, 2003, PRIVATE VIEQUES WAS
## HONORABLE DISCHARGED FROM THEIR DUTIES.

### VIEQUES PIER MALL
#### A MALL IN THE MIDDLE OF THE OCEAN





**VISION FUTURISTA**
ESTE TERMINAL RUTA EXPRESO REPRESENTA EL EXITO DE
LAS GENERACIONES DE VIEQUES 2050, 2099, 3050, 3099 HASTA EL FIN
DEL MUNDO, MANTENIENDO NUESTRO RUSTICO ISLEÑO Y
MAXIMIZANDO, NUESTRO ESTILO DE VIDA TROPICAL.
CADA LADO DEBE TENER LA MISMA DIMENSION Y PODREMOS
RECIBIR 6 CRUCEROS DIARIOS DE 6:00 AM - 9:00 PM 2,500 PASAJEROS
= 15,000 DIARIOS X 7 DIAS = 105,000 VISITANTES SEMANALES.
**SUSTENTO ES VIDA**

**EN LUGAR DE VER A VIEQUES COMO UN OBSTÁCULO * VEA: ¿COMO MEJORAR LA OFERTA TURÍSTICA?**
**OFERTA CRUCEROS: SAN JUAN – VIEQUES – ISLAS VÍRGENES – BRITISH ISLANDS**

**ATRACAN**
**DOS (2) CRUCEROS A CADA LADO**
**DIEZ (10) CRUCEROS DIARIOS**

**BASADO EN EL MERCADEO DE FANTASÍA DE DISNEY,**
**SEA WORLD, BUSCH GARDEN Y UNIVERSAL**

○ 10 CRUCEROS X 4,000 PASAJEROS = 40,000 X $150 =
$6,000,000 X 7 = $42,000,000 X 52 SEMANAS = $2,184,000,000 X
10.5% IVU = $229,320,000
NO TOQUEN A PUERTO RICO= EL IVU
PAGA LA DEUDA FISCAL DE PUERTO RICO = $229, 320,000

○ $2,184,000,000 X 5% POR TITULARIDAD DE TIERRAS
PERPETUAMENTE = $109,200,000 +

○ $2,184,000,000 X 1% IVU MUNICIPAL = $21,810,000 =
$131,010,000 GANANCIA MUNICIPAL ANUAL DEL ROMPEOLAS

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 15 OF 23

# DESCO'S HACIENDA LA PERLA HISTORY THEME PARK
# FINANCIAL PROJECTIONS

## 10% + 10.5% IVU-TAX = 20.5% =
### REPAYMENT PLAN IN THE ENTRANCE TICKET
### $2,184,000,000 MINIMUM EARNING AT THE PIER – IVU-TAX

## 10.5 IVU-TAX $229,320,000 ANUALLY

### $2,184,000,000 - $229,320,000 Municipality = DESCO $1,954,680,000

### $1,954,680,000 X 10% = $195,468,000 SHARES = $1,759,212,000 DESCO

### $195,468,000 + $229,320,000 = $424,788,000

## $424,788,000 REPAYMENT PLAN ON DAILY CRUISES

## 40,000 VISITORS ON GROUND X $150 = $6,000,000 X 7 DAYS
### $6,000,000 X 7 DAYS = $42,000,000 X 52 WEEKS = $2,184,000,000 Capital

### $2,184,000,000 X 10.5% IVU-TAX = $229,320,000 REPAYMENT PLAN

### $2,184,000,000 X 1% MUNICIPAL = $21,840,000

### $2,184,000,000 - $229,320,000 - $21,840,000 = $1,923,840,000

### $1,923,840,000 X 10% Rosario's Shares = $193,284,000 Shares

### $193,284,000 Shares + $229,320,000 GROUND + $424,788,000 CRUISES =

## $847,392,000

### $847,392,000 + $152,608,000 SOUVENIRS = $1,000,000,000 REPAYMENT PLAN =

## EXIT FOR PUERTO RICO DEBT FREE

## HOW MUCH VIEQUES OWE? =

## 2022: VIEQUES DEBT FREE = 1,282,051,282 =

### EACH = 78 MUNICIPALITY'S EQUAL PAYMENT

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 16 OF 23

# VIEQUES BALNEARY AND THE AQUARIUM
## DESIGN COPYRITHED BY OCEANIC ENGINEER FROM CALIFORNIA





## SEGUNDA FASE DEL ACUARIO PRESENCIAL

**COPYRIGHTS * DISEÑO DE INGENIERO MARINO CALIFORNIANO QUE LLEVA ESPERANDO 15 AÑOS ENTIÉNDASE QUE NO TOCARÁ EL ROMPEOLAS**

**LA VERJA LÍMITE DEL BALNEARIO TENDRÁ UNA MAYA HASTA EL FONDO Y LAS ESPECIES NO ENTRARÁN PERO LOS TURISTAS PODRÁN CAMINAR POR EL FONDO DEL MAR Y LO ESPECTACULAR ES VER LAS ESPECIES SIN REMOVERLAS DE SU HABITAT...**

**VEA EL MERCADEO VENTA DE TRAJES DE BAÑOS Y ROPA PLAYERA**

VEA AL ALCALDE, VICE ALCALDE, SECRETARIO Y JAEMY EVALUANDO CON "CAPITÁN JULIO"

**1940 -2003: DESPUÉS DE VARIAS VIDAS ENTRE BOMBAS LOS VIEQUENSES SERÁN LOS DUEÑOS DE TODO Y LIBRES DE LA POBREZA**

### THE OCEANIC ENGINEER WILL SEALED THE BOTTOM OF THE OCEAN
### THE TOURISM WILL WALKED BENEATH THE OCEAN
### APART OF THE SPECIES ON THEIR OWN HABITAT

Respectfully, to the honorable court, please, as soon the Contract is signed, respectfully,

but the **approval of the Vieques Territorial Plebiscite,** must be established too, please.

## THE NATIVE VIEQUENSES

AFTER FACING OVER 900,000 LIVE AMMUNITIONS BOMBING FOR 63 YEARS

## GOT NOTHING IN RETURN

## AFTER SUCH A STRONG 63 YEARS HISTORY

### *THE NATIVE VIEQUENSES EARNED AND DESERVED*

AT LEAST TO OWN THEIR OWN ECONOMY = A VERY PRODUCTIVE SOCIETY

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 17 OF 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YASHEI ROSARIO,

Plaintiff,

v.                                              CIVIL NO. 20-1307 (CCC)

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO, et al,

Defendants.

ORDER

Plaintiff Yashei Rosario brought this case against the Commonwealth of Puerto Rico seeking to lift the Title III PROMESA automatic stay in Civil Case No. 17-2320. (Docket No. 3). Plaintiff further asks the Court to authorize and order a territorial plebiscite to determine the political status of the island municipality of Vieques, Puerto Rico. Id. United States District Judge Laura Taylor Swain upheld the automatic stay. (Docket No. 10). Therefore, the Court is left to decide solely the territorial plebiscite issue.

The plebiscite claim presents an insurmountable justiciability issue under the political question doctrine. A controversy involves a political question when there is "a textually demonstrable constitutional commitment of the issue to a coordinate political department[.]" Zivotofsky ex rel. Zivotofsky v. Clinton, 566 U.S. 189, 195 (2012) (quoting Nixon v. United States, 506 U.S. 224 228 (1993) (quotation marks omitted). This case involves such a political question. Entertaining Plaintiff's claim would indispensably require this Court to make a policy decision that would, in turn, usurp the constitutional prerogative of Congress to make needful rules and

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 18 OF 23

VIEQUES GAS
ISABEL SEGUNDA

BIEKÉ
CONTRACTOR

PANADERÍA
LA
VIEQUENSE

PLACITA
REYES
VEGETABLE AND
FRUITS MARKET

EL LOCAL
00765-V
ISABEL SEGUNDA

RINCÓN
DEL SABOR

SUPERMERCADO
MORALES
ISABEL SEGUNDA

EL MAMBO
MINI MARKET

Case No. 20-1307 (CCC)

1  regulations as to United States territories. U.S. Const. art. IV, § 3, cl. 2.  As a result, Plaintiff's

2  complaint at Docket No. 3 must be dismissed for failure to state a claim.[1]

3          This ruling in no way precludes Congress from enacting legislation that would treat Vieques

4  as a U.S. territory apart from Puerto Rico. In fact, there is precedent for this. In 1959 when Hawai'i

5  was admitted as a state, Palmyra Atoll, which was part of the territory of  Hawai'i, remained a

6  separate incorporated possession. See Gustavo A. Gelpí, Insular Cases: A Comparative Historical

7  Study of Puerto Rico, Hawai'i, and the Philippines, Fed. Law., 23, (March/April 2011).

8  **SO ORDERED.**

9  In San Juan, Puerto Rico this 23rd day of December 2020.

s/ Gustavo A. Gelpí
GUSTAVO A. GELPI
Chief United States District Judge

## II

## 1940-2021: 81 Years of Non-Development Damages but DoD/Navy/Marines Paid

In which Government/Commonwealth of Puerto Rico's Politicians never granted a little Economic Development to Vieques Island but forced to spend a huge percentage of their lifetime **FLOATING** in ferries, sustaining somebody else municipality's economy. NO DEVELOPMENT, in which Guam before 1940, Pearl Harbor had the Proper Economic Development.

1. **What about Jennifer Gonzalez,** who began her political career at the San Juan House of Representatives, from 2002 - 2016 = **Never helped Vieques** but with Invisible Projects, in the Eyes of the God in Whom We Trust, never seen throughout by the community.

2. **Jennifer González must answer** = VIEQUES NAVAL TRAINING RANGE = about the Native Viequenses compensation, on the 1940 Agreement, between Government/Commonwealth of Puerto Rico and DoD/U.S. Navy/Marines, never arrived to their duty designatory.

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 19 OF 23

a. Respectfully, yes, Vieques deserved an AWARD, like was done in 2016/Guam, but also,
1940-2003: The Agreement percentage designated for Vieques, **should be REFUND IT**.

3. **Exhibit #2: Newspaper Headline: May 2021, Governor Pedro Pierluisi,** (After DESCO
**filed Exhibit #3: DESCO v. Electoral Commission of Puerto Rico**, for Suppressing the
Voting Rights of Vieques). Pierluisi, rushed/signed his Execute Law 2021-031, creating the
Vieques Development Council, who should pick in 60 days, the Development Plan for
Vieques. The question is, why Pierluisi did not do it, while he was Commissioner Resident
or Secretary of Department of Justice of Puerto Rico, in which DESCO Native Community
Survival Plan, **NOT A PRIORITY**. THE HONORABLE COURT MAY SELECT IT AS A BANKRUPTCY
SOLUTION FOR PUERTO RICO DEBT FREE, IN WHICH THE POLITICIANS ARE FULLY RESPONSIBLE.
**WHY WAS NOT APROVED IN 1950'S. 1960'S, 1970'S, 1980'S, 1990's, 2000's but May 2021?**



**FERRY PASSENGERS WAITING FOR BOARDING**
**SITTING AT THE SEWAGE WATER DRAINAGE AT THE OLD FERRY PORT STATION
AT THE MUNICIPALITY OF FAJARDO PORT, PR.**
**RESPECTFULLY ASKING THE HONORABLE COURT IN TERMS OF GENOCIDE, COULD GENOCIDE EVOLUP
WITH NEW STYLES OF SUFFERINGS TO ACCOMPLISHED THE SAME, FORCING THE RESIDENTS TO
LEAVE THEIR HOMES AND RELOCATE. A 13-YEAR-OLD YOUNG GIRLS DIES 2 YEARS AGO AND A 3-YEAR
-OLD, WHO JUST DIED BECAUSE SINCE HURRICANES IRMA AND MARIA THE HOSPITAL WAS CRUSHED.**
The Island Refuge is the Interpretation of a Hospital, forcing the residents to get their medical in the
MAIN ISLAND OR LEAVE? Giving Birth in the Main Island, controlling the Population
in which the BIRTHS do not count to increase Vieques Population but Decreased Hurtfully.
**ARE WE THE PEOPLE OF VIEQUES CONSIDERED HUMANS BY THE COMMONWEALTH'S POLITICIANS?**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 20 OF 23

1

2  1940–2003: Vieques Naval Training Range = Are we entitle to some of the FREEDOM, that

3  Private Vieques helped the United States, from Pearl Harbor through Irak, to achieve and protect?
Respectfully, asking the Honorable Court, are we, the people of Vieques entitle to life, liberty, and

4  the pursuit of happiness, Voting on the Vieques Territorial Plebiscite?

5  **1. VIEQUES, MAY REMAIN ADMINISTRATED BY THE COMMONWEALTH OF PUERTO RICO.
MUNICIPALITY 076 OF PUERTO RICO. YES OR NO**

6

7  **2. 10% + 10.5% IVU-TAX = 20.5% = REPAYMENT PLAN. EXIT FOR PUERTO RICO DEBT FREE
VIEQUES WILL NOT BE A BURDEN TO THE UNITED STATES**

8  **VIEQUES STATE 51/52. YES OR NO**

9  **2008 – 2012" VIEQUES WON THE TRAVEL & LEISURES MAGAZINE PRIZE**

10  **THE BEST ISLAND OF THE ISLAND OF THE CARIBBEAN AND THE MOST ROMANTIC**



11

12

13

14

15

16  **EL PREMIO DE LA MEJOR ISLA Y LA MÁS ROMÁNTICA DEL CARIBE DE**

17  **LA REVISTA TRAVEL + LEISURES**

18  **TODOS BAILARON Y CELEBRARON PERO SOLO ESTA SERVIDORA LEYÓ, REBLUJE Y ORGANIZÓ A DESCO
DEVELOPMENT SOCIOECONOMIC AND CONSERVATION FIDEICOMISO OF VIEQUES, INC.**

19  **CREADO SU SUBSIDIARIA HACIENDA LA PERLA HISTORY THEME PARK**

20  **INDICÓ: "VIEQUES SOLO NECESITA UN POCO DE DESARROLLO"**

21  **INDICATING THAT ALL VIEQUES NEEDS, "A LITTLE DEVELOPMENT" BECAUSE THE TOURISM, LOVE IT GREEN**

22  Respectfully, the honorable court must understand the meaning of SPIRITUAL HEALING. 1940-

23  2003: Vieques as Private Vieques = women, elderlies, handicapped, youngsters and children, ALL

24  AGES, were socially impacted for MARINES FROM ALL OVER THE WORLD, impacted their

25  family's lifestyles TREMENDOUSLY, and soldiers from all over the world chasing the dignity in

which the Government/Commonwealth got rich and richer, 2021: for 81 Years, never care for the

26  Community because the **Vieques Naval Training Range** was a RENTAL. Seems, that these 63

27  YEARS, have been taken lightly, although which the native community faced over 900,000 live

28  ammunitions bombing, defending the American Way of Living. And was not enough, 1940-2021:

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX =
20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO
VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300
MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO
REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH
ON PACER U.S. COURT SYSTEM. - 21 OF 23

**In facts, 81 Years of Non-Development Damages,** forcing the community to spend a huge percentage of their lifetimes FLOATING in ferries, getting their needful things in the Main Island Puerto Rico. Regardless, of the weather getting their medical assistance in Puerto Rico with the most horrible ferries, 6/17/20, after the filing in Federal Court, 8:PM in the middle of a Depression raining severely and the Atlantic was out of control, the community was sent in an unstable Catamaran, unsafely. The speed vs 2-3-4 feet Waves, the Catamaran flew like a Manta Ray and hit the ocean so hard, that the Captain stopped and the sent the crew outside because he thought that the bottom was broken with the impact, SUFFERING MORE AND MORE, PUNISHED FOR BEING NATIVE VIEQUENSES, IF YOU DON'T LIKE IT LEAVE. Rosario witnessed on her way back home.

1. And now, **INVESTOR'S HURRICANES** are hitting Vieques, to help the Native Community as their employers, in which DESCO understood their process, **that everything was taken from them for the past 81 Years** and this is the first step to begin the healing process, the Native Viequenses should own something in their own land and at least owners benefiting of their own economy. **AT LEAST A LITTLE PRIDE AS OWNERS OF SOMETHING IN-HOUSE AND THEY WILL WORK WITH GLADNESS, CREATING DESCO'S 10% + 10.5% IVU-TAX = 20.5% = REPAYMENT PLAN EXIT FOR PUERTO RICO DEBT FREE FORMULA.**

**On May 1, 2003, Willingly or Unwillingly, Private Vieques was honorable discharge from their duty.** Is not just about the BEAUTY OF THE LAND and BEACHES but HUMANITY, in fact Vieques is their native land. HACIENDA LA PERLA HISTORY THEME PARK, will bring the youngsters back to their roots and to love who they are and to live success lives.

**Tina Turner retired and just said on HBO:**

**"SUCCESS MAKE ME FORGET."**

**Regardless, if Puerto Rico in Congress, it is to become an Independence or State 51, that is completely out of Vieques Affairs.** History Briefing: Vieques is a double colony, Colony of the United States since the Treaty of Paris, in which Spain treated Vieques as a Republic, with their own Governor Teofilo Jose Jaime María Leguillou, creator of the Sugar Cane Industry: "Vieques had a better economy, than Puerto Rico." **Becoming a Colony of Puerto Rico,** Foraker Law of 1900, Government of Puerto Rico, crushed Vieques Economy to the dust. 1940 2003: Vieques Naval Training Range's Compensation was transferred, and the Government/Commonwealth reaped every dime = Vieques faced severe extreme poverty levels, 1940-2021, CHILDREN'S HUNGER.

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 22 OF 23

## ACCORDING TO PRESIDENT JOE BIDEN'S JUNETEENTH
## ABRAHAM LINCOLN PAID DEARLY FOR BELIEVING IN FREEDOM
### THIS IS GIVING A WELL DONE RECOGNITION FROM PRESIDENT JOE BIDEN
### ON THE SACRIFICES AND ACHIEVEMENT OF PRESIDENT ABRAHAM LINCOLN
Thanks Mister President, that is what makes the United States a Great Nation

**Respectfully, to the Honorable Court,** Vieques will not be a Burden to the United States and will relief Puerto Rico but in terms of any further Federal Assistance, the funds should be given directly to Development Socioeconomic and Conservation Fideicomiso of Vieques, DESCO, Inc., is organized federally with the assistance of **Mr. Juan Bauza, EDA Director's** seminars throughout Puerto Rico, Ponce, Fajardo, San Juan, Mayaguez and the appreciation to EDA staff effort, from the University of Mayaguez. DESCO is a **501c3**, empowered to present SOLUTIONS for P.R.

1) **Exhibit #5: December 30, 2020:** (535) Copies Filed in Congress, requesting $150 Million Federal Loan based on GMC/Chrysler Federal Loan & the Theodore Roosevelt Ship.
2) **Exhibit #6: March 16, 2021:** (535) Copies filed in Congress: HELP SOMEBODY HELP US!
3) **Exhibit #7:** DESCO Legal Documentos - Hacienda la Perla History Theme Park, 100 Shares.

**Mayflower. Took 102 Signatures** to BUILD THE GREAT AMERICAN NATION. DESCO is presenting, **Exhibit #8: 203 Signatures,** transmutes an example to the Nation. In the Authority of Chief United States District Judge Gustavo Gelpi, **10,000 Native Viequenses stayed put for 63 years**, Unpaid, and accomplished an insurmountable duty vs Palmyra Atoll was incorporated without population.

RESPECTFULLY SUBMITTED, ON THE 30TH DAY OF JUNE OF 2021

Yashel Rosario, President and Chairman &
Development Socioeconomic and
Conservation Fideicomiso of Vieques
DESCO, Inc.
HC 2 Box 12914 Vieques, PR 00765
(787) 903-3233 * **vieques.codesu@gmail.com**

AMENDING: DESCO REPAYMENT PLAN AN EXIT FOR PUERTO RICO DEBT FREE = 10% NOT PERMANENT SHARES + 10.5% IVU-TAX = 20.5% FISCAL DEBT REPAYMENT PLAN. RESPECTFULLY ASKING, WHERE IS THE $300 MILLION CONGRESSIONAL GRANT FOR DESCO VIEQUES, REQUESTED ON DECEMBER 20, 2020, BASED ON GMC/CHRYSLER FEDERAL LOAN? ON THE DISAPEARANCE OF THE $300 MILLION GRANT DESCO IS REQUESTING $15 MILLION LOAN/GRANT, EDA AS CONTROLLER, FOR THE CREATION OF DESCO REPAYMENT PLAN. DESCO IS PURSUING PUERTO RICO'S DEBT FREE STABILITY LAW SECTION 315(B). NOTE: CONGRESS MAY SEARCH ON PACER U.S. COURT SYSTEM. - 23 OF 23