# The Petitioning for a Governmental Redress of Grievances #3

*Why should We have to "Sink" with the "Titanic" Commonwealth of Puerto Rico due to their mismanagements? Especially, after all that the Native Viequenses accomplished for the safety and national security of the United States of America and for all Americans. Let us define our lives and future.*

*Honoring the Memorial Day, May 26, 2014.*
*In God We Trust!*

*We rest our case.*

We, the undersigned are requesting, Freedom! The Greatest American Achievement:

| # | Name | Sign | Career |
|---|------|------|--------|
| 1. | Julián García | [signature] | Biologist |
| 2. | Jorge Colón | [signature] | Agronomist |
| 3. | Jorge Nales | [signature] | Warehouse Owner |
| 4. | Mario Burke Castro | [signature] | Bombero Firefighter |
| 5. | Ivan Camacho Datz | [signature] | Concrete Manufacturer |
| 6. | Juan A. Cruz Díaz | [signature] | Elementary Math Teacher |
| 7. | Alfonso Voyáti | [signature] | Ship Captain |
| 8. | Julio Serrano López | [signature] | Veteran and BBA |
| 9. | Arcinio Corcino | [signature] | Sand & Gravel Broqueur |
| 10. | Julio R Martínez Torres | [signature] | Security Guard Manager |
| 11. | Gabriel Covelino Pérez | [signature] | Public Driver |
| 12. | Rafael Ventura | [signature] | Public Driver |
| 13. | Juanita Rodríguez | [signature] | Legal Secretary |
| 14. | Felix Julián Julián | [signature] | Veteran |
| 15. | Ismael Camacho | [signature] | Retired |
| 16. | John Julián | [signature] | Retired |
| 17. | Abraham Camacho | [signature] | Retired |
| 18. | Rafael Rujica | [signature] | Retired Police Officer |
| 19. | Alex Julián García Díaz | [signature] | MBA, Internship Student |
| 20. | Carlos A Cruz | [signature] | Retired |
| 21. | Pedro Hal (Sergio) | [signature] | Retired |
| 22. | Francisco Pérez | [signature] | Business Owner |
| 23. | Edgardo Velásquez | [signature] | Security Guard |
| 24. | Dolores Félix Rivera | [signature] | Public Driver |
| 25. | Jose Emilio Adams | [signature] | Business Owner |
| 26. | Erika Montáñez S. | [signature] | Housewife |
| 27. | Idalia Camacho Belardo | [signature] | Accounting Secretary |
| 28. | Regalado Miro | [signature] | Public Driver |
| 29. | José J Ayala | [signature] | Public Driver |
| 30. | Duvie Noel Belardo | [signature] | Student I am Vieques |
| 31. | Adamaris Cruz Sánchez | [signature] | Student |
| 32. | Julie Rivera Hernández | [signature] | Student |
| 33. | Neishmarie Meléndez | [signature] | Student |
| 34. | Liluvka Rosario | [signature] | Student |
| 35. | Ashley Morell | [signature] | Student |
| 36. | Hilary J. Rucci | [signature] | Student |
| 37. | Wilfredo Morell | [signature] | Business Owner |

# The Petitioning for a Government to Redress of Grievances

#3

| # | Name | Sign | Career |
|---|------|------|--------|
| 38 | Roberto Nieves | [signed] | Accountant |
| 39 | Miguel A. Chavez | [signed] | Screen Fabric Owner |
| 40 | Jason Gabriel Agosto | [signed] | Auto Part Owner |
| 41 | Jose M. Soto | [signed] | Business Owner |
| 42 | Juan B. Santiago | [signed] | Retired |
| 43 | Angel M. Esquevez Navarro | [signed] | Security Guard |
| 44 | Jorge Cruz Rodriguez | [signed] | Computer Technician |
| 45 | Beatriz Pérez | [signed] | Computer Technician |
| 46 | Marcos Corujo Ortega | [signed] | Heavy Equipment Operator |
| 47 | Marcelina Ortega Espiet | [signed] | House wife handicap |
| 48 | Miguel Rosa Coronado | [signed] | Vietnam Veteran |
| 49 | J. Paulino Rosa | [signed] | General Electric Retired |
| 50 | Marcos Matias Silva | [signed] | Technical Writer |
| 51 | Saturnino Navarro | [signed] | Retired |
| 52 | Raul Belardo | [signed] | Construction Worker |
| 53 | Hiram De Jesús Bosques | [signed] | Cafe Business Owner |
| 54 | Jesus Paris Tapia | [signed] | Pescador / fisherman |
| 55 | Victor Morales | [signed] | Security Guard Autoridad |
| 56 | Lydia E Garcia Carambot | [signed] | Self Employment |
| 57 | Juan Rosa Maldonado | [signed] | Construction Comp Owner |
| 58 | Maria Bork | [signed] | Veteran Widow |
| 59 | Abigail Quiñones Garay | [signed] | Recreation Sport |
| 60 | Ivan Montero | [signed] | Sales & Associate |
| 61 | Eric Nelson | [signed] | Construction Worker |
| 62 | Rafael A. Carambot Santos | [signed] | Veteran USA |
| 63 | Pilar Rivera | [signed] | Propietaria Business |
| 64 | C. Gonzalez | [signed] | Propietaria (retired) |
| 65 | Carlos Roldan | [signed] | Construction Worker |
| 66 | Samuel Santiago Alicea | [signed] | Municipality Worker |
| 67 | Kayla I. Perez Huertas | [signed] | Airline Reservation Agent |
| 68 | Michael Garcia Ventura | [signed] | Maintenance Worker VA |
| 69 | Jose A. Feliciano Cruz | [signed] | Security Guard Lieutenant |
| 70 | Carlos Garcia | [signed] | Handyman / fisherman |
| 71 | William N. Nin | [signed] | Electoral Commission Tech |
| 72 | Teresita Cruz Maldonado | [signed] | Maintenance Technician |
| 73 | Luis E. Sanchez | [signed] | Security Guard |
| 74 | Marisol Torres Alicea | [signed] | Family Therapy Coordinator |
| 75 | Ana Maria Roldan | [signed] | Home Health Aid |
| 76 | Alex Cosens | [signed] | English Teacher BA |
| 77 | Jose Cruz Rodriguez | [signed] | Masajista |
| 78 | Naomi [illegible] | [signed] | Teacher English BA |
| 79 | Felix V. Acevedo Feliciano | [signed] | Transport Business Owner |
| 80 | Luis Rodriguez | [signed] | Hotel Manager |
| 81 | Jose M. Maldonado | [signed] | Car Rental Owner |

## The Petitioning for a Governmental Redress of Grievances

| # | Name | Sign | Career |
|---|------|------|--------|
| 82. | Eliani Helen Ayala | | BBA |
| 83. | Ivelisse Johnson Ramos | | BBA |
| 84. | Jose L. Torres Cintrón | | BBA |
| 85. | Maritza Colon Colon | | BBA |
| 86. | Luis Alberto Pérez Ortiz | | Social Worker, BA |
| 87. | Marie E. Alvarez | | Doctor in Ministry |
| 88. | Maria de L. Flores Torres | | B.A. Education Elementary |
| 89. | Jesus D. Martinez Abreu | | Police Officer |
| 90. | Irma A. Ortiz Sanes | | House Wife |
| 91. | Julio Bermudez Mercado | | Vieques Airport Security Manager |
| 92. | Mercedo A. Maldonado | | House Wife |
| 93. | Johnny Gastón Torres | | Mechanic |
| 94. | Antonio I Abreu | | Security Guard |
| 95. | Elia E. Martinez | | Sales Associate |
| 96. | Efrain Feliciano | | Federal Government Retired |
| 97. | Marla Feliciano | | Ass Degree |
| 98. | (illegible) | | Propane Gas Owner Plant |
| 99. | Angel E Guadalupe Ortiz | | Social Studies Professor |
| 100. | Jorge L. Guadalupe | | US Army Retired & Pastor |

Organized by the Corporation of Development Socioeconomic Sustainable of Vieques, CODESU, Inc.

101. Mrs. Yashei Rosario, sign _____ Community Leader Speaker, and President of the Corporation of Development Socioeconomic Sustainable of Vieques. Creators of the Vieques Self Sufficient Development Plan.

Date: May 1, 2014

CODESU, INC. HC 2 BOX 12914 VIEQUES, PR 00765 * (941) 840-4193 * FAX (787) 741-3007 * CODESU.VIEQUES@YAHOO.COM

CODESU, INC
VIEQUES
325336

We, Non-Native Viequenses as Residents, undersigned endorsing their request, Freedom! The Greatest American Achievement:

| # | Name | Sign | Non Native Career |
|---|------|------|-------------------|
| 1. | Victor Cabrera | | Construction Worker |
| 2. | Michelle McNerney | | Tour Guide |
| 3. | Ada Castro | | Sales & Accounts |
| 4. | Jorge L. Castillo | | Business Owner |
| 5. | Maribel Ibarra Hernandez | | As Degree |
| 6. | Francheska Ruiz Cavino | | Biologist |
| 7. | Mike Gagnon Ikran | | Biologist |
| 8. | Kimberly Noemi Diaz-Rosas | | Field Leader |
| 9. | Diane Ruth Hokes Rosas | | Student I am Vieques |
| 10. | Martin Ramos | | MBA |
| 11. | Daniel Esteves Mendez | | Business Owner |
| 12. | Cristina Corrada Emmanuel | | Anthropologist |
| 13. | Yarilis Garcia Ortiz | | Native Environmental Science |
| 14. | Nayla Ruiz | | Native Criminal Justice B |
| 15. | Maricelis Santos Ramos | | Native Biology Bs. |
| 16. | Gerardo Rivera Angela | | Native Airline Comp Agent |
| 17. | Abraham Galloway | | Native Airline Reservation |

Naomi Newstrom (illegible) Propane Gas Plant Owner

# The Petitioning for a Government Redress of Grievances

#3

| # | Name | Sign | Career |
|---|------|------|--------|
| 18 | Randall Bermúdez | [signature] 21 | Native Student I am Vieques |
| 19 | Iza Ortiz | Iza Ortiz | Native Student I am Vieques |
| 20 | Keishla Jones | Keishla Jones | Active Student I am Vieques |
| 21 | Jose L. Ayala Serrano | [signature] | Native Student Vieques |
| 22 | Iobed E. Calzada Mulero | [signature] 19 | Native Student I am Vieques |
| 23 | Kamphila Mercado Feliciano | Kamphila Mercado Feliciano 19 | Native Student I am Vieques |
| 24 | Tatiana Rodriguez Encarnación | [signature] 21 | Native Student I am Vieques |
| 25 | Yanisha Acosta Acevedo | Yanisha Acosta Acevedo 21 | Native Student I am Vieques |
| *26 | Veronica Santiago | [signature] AGE 19 | Native Student I am Vieques |
| 27 | Shakira L. Soto | Shakira Soto 18 | Native Student I am Vieques |
| 28 | Shakvas Bradi | [signature] | Native Student Vieques |
| 29 | Elsa I. Santiago | Elsa I Santiago Medina | Native Housewife |
| 30 | Teresa C. Asencio | Teresa C. Asencio | Native Housewife |
| 31 | Maria M. Melendez | Maria M Melendez | Native Retired |
| 32 | Miguel Rivera | Miguel Rivera | Native Retired |
| 33 | Sonia M. Rivera Melendez | Sonia M. Rivera Melendez | Native Chef Assistant |
| 34 | Raul Trinidad Alejandro | Raul Trinidad Alejandro | Native Maintenance |
| 35 | Fernando Mercado | Fernando Mercado | Native Retired |
| 36 | Ana Maria Kaciz Ramos | Agry Maria Ramos | Native Retired |
| 37 | Norma Emone | [signature] | Native Secretary |
| 38 | Orlando Rivera Luis | Orlando Rivera Luis | Native Retired |
| 39 | Samuel Perez Rosario | Samuel Perez Rosario | Native Student I am Vieques |
| 40 | Myrna Mirella López | Myrna Mirella López | Native Housekeeper |
| 41 | Jose M. Sanes Guzman | [signature] | Native Police Officer |
| 42 | Pedro Carrillo Ortiz | [signature] | Native Retired Wildlife |
| 43 | Jonathan Cotlero | Jonathan Cotlero | Native Fisherman |
| 44 | Carlos Fuentes | Carlos Fuentes | Native Fisherman |
| 45 | Marcos Guerrero | [signature] | Native Fisherman |
| 46 | Carlos Aventura | Carlos Aventura | Native Fisherman |
| 47 | Jean G Carden | [signature] | Native Fisherman |
| 48 | Jose F. Acosta M. | Jose F Acosta | Native Fisherman |
| 49 | Carlos E. Diaz | Carlos P. Diaz | Native Fisherman |
| 50 | Daniel Cotto | [signature] | Native Fisherman |
| 51 | Juan Torres | Juan A Torres | Native Fisherman |
| 52 | Eric Torres | Eric Torres | Native Fish Market Owner |
| 53 | Tomás Mulero Carrillo | [signature] | Native Fisherman |
| 54 | Abraham Velasquez | A. Velasquez | Native A1 Bio Bay Tour |
| 55 | Edcel L. Ventura Santiago | [signature] | Native Merchant |
| 56 | Luis E. Ventura Santiago | Luis Ventura | Native Merchant |
| 57 | Luis O. Ventura Santiago | [signature] | Native Business Owner |
| 58 | Jose Fontáynez | [signature] | Native Milk Industry Adm |
| 59 | Jose A. Roldán | Jose A. Roldán | Native Milk Industry Adm |
| 60 | Luis J. Serrano Hill | [signature] | Native Student Vieques |
| 61 | Juan E. Cruz | [signature] | Native Student I am Vieques |

April 30, 2014

# The Petitioning for a Governmental Redress of Grievances #3

| # | Name | Sign | Career |
|---|------|------|--------|
| 62. | Susan Vejarilly | [sign] | Native Business Owner |
| 63. | Felicita Cailio | [sign] | Native Retired |
| 64. | Sara Maldonado | [sign] | Native Retired |
| 65. | Hector L. Garcia | [sign] | Native Newspaper Worker |
| 66. | Hector M. Silva | [sign] | Native Green Areas Worker |
| 67. | Petra Suarez Morales | [sign] | Native Dept Education Worker |
| 68. | Joaquin Ayala | [sign] | Native Mental Tech Worker |
| 69. | Edgardo Vegerano | [sign] | Native Truck Transport |
| 70. | Mirelys Serrano E. | [sign] | Native Educational Assistant |
| 71. | Nelson Alvarez Sanes | [sign] | Native Packaging Carrier |
| 72. | Edwin Ruzan | [sign] | Native Truck Driver |
| 73. | Lisseth Marie Torres | [sign] | Native Housewife |
| 74. | Yakisha Belardo Rosa | [sign] | Native Housewife |
| 75. | Alma E Santiago Saldaña | [sign] | Native Education Retired |
| 76. | Tatiana Rodriguez Osorio | [sign] | Native Housewife |
| 77. | Emerito Ledesma | [sign] | Native Navy Club Worker |
| 78. | Charys M Rivera Bosques | [sign] | Native Hair Stylist |
| 79. | Yulmar Rosa Adams | [sign] | Native Business Adm. Ass |
| 80. | Alexander Prieto | [sign] | Native Truck Driver |
| 81. | Raysa Ayala Principe | [sign] | Native Rest Business Owner |
| 82. | Carlos Torres Rodriguez | [sign] | Native Rest Business Owner |
| 83. | Ana E. Adams | [sign] | Native Tour Guide |
| 84. | Eliu Parilla Sanchez | [sign] | Native Tour guide |
| 85. | Cristobal Bonano | [sign] | Native Construction Bus Owner |
| 86. | Juan Luis Medina | [sign] | Native Construction Worker |
| 87. | Victorino Parilla Leboy | [sign] | Native Construction Worker |
| 88. | Jose T. La Roza | [sign] | Native Construction Worker |
| 89. | Joel S. Serrano | [sign] | Native Construction Worker |
| 90. | Orlando Matta | [sign] | Native Construction Worker |
| 91. | [illegible] Daniel | [sign] | Native Construction Worker |
| 92. | Harry Reyes Tirado | [sign] | Native Construction Worker |
| 93. | Eugenio Ayala | [sign] | Native Technico Forestal |
| 94. | Modesto Pener | [sign] | Native Robin Market Owner |
| 95. | Luis E. Martinez Roldan | [sign] | Native Furniture Fabric Owner |
| 96. | Arcadio Montañez Ortiz | [sign] | Native Brother in Law |
| 97. | Yesica I. Montañez Sanes | [sign] | Native David Sanes Niece |
| 98. | Hector Sanes Rodriguez | [sign] | Native David Sanes Brother |
| 99. | Carmen Sanes Rodriguez | [sign] | Native David Sanes Sister |
| 100. | Mirta Sanes Rodriguez | [sign] | Native David Sanes Sister |

Organized by the Corporation of Development Socioeconomic Sustainable of Vieques, CODESU, Inc.

101. Mrs. Yashei Rosario, sign [sign] Community Leader Speaker, and President of the Corporation of Development Socioeconomic Sustainable of Vieques. Creators of the Vieques Self Sufficient Development Plan.

Date: May 11, 2014

CODESU, INC. HC 2 BOX 12914 VIEQUES, PR 00765 * (941) 840-4193 * FAX (787) 741-3007 * CODESU.VIEQUES@YAHOO.COM

## The Petitioning for a Governmental Redress of Grievances #3

**Understand that CODESU our Corporation** is standing with the empowerment, as **We** the people of Vieques, as Native Viequenses Americans. Please do not contact the Municipality of Vieques or the Mayor Victor Emeric, because they are not part of our Petition and, as they represent the last administration of the Commonwealth in Vieques. Neither the Anti-Navy Leadership, as they are pursuing the Independence of Vieques from the United States, as **We** are requesting the U.S Government of Vieques, under the Constitution of the United States, as never before the United States granted an entire Territorial Island for surrendering their lives for the National Security and the American Way of Living, as Vieques did. Our CODESU Community Board will engage in every aspect of the electoral procedures and to Assembly the people of Vieques, to prepare the terms to establish our Government, and the transition terms from the Commonwealth of Puerto Rico, if the United States Government, respectfully grant us, that authority.

### From that day on May 1st, 2003
### We the Native Viequenses Americans can rightfully say that
### We were Honorably Discharged, from our duties

After 78 years: Grant us our right of speech in a Referendum "to decide on our future ourselves"

### Sunday February 1, 2015

Do We need Permission from the Commonwealth after 78 years of this unhealthy abusive political relationship?
Do **We** have Constitutional Rights or **We** the people of Vieques are excluded?

### Grant CODESU, Inc. $150 Million for our Vieques Self-Sufficient Development Plan
### With our Territorial Rights and the United States Government of Vieques

All **We** want to achieve are our right to work, like civil and political rights, the right to life and liberty, freedom of thought and speech/expression, equality before the law, social, cultural and economic rights, the right to food, and the right to education.

In Fajardo, Puerto Rico, this 30 days of August, 2014.

_____
MYRIAM YASHEI ROSARIO CENTENO

AFFIDAVIT NUMBER:-- 10,445--

SWORN AND SUBSCRIBED to before me by **MYRIAM YASHEI ROSARIO CENTENO**, of legal age, married, owner and resident of Vieques, Puerto Rico, with driver license number 4263428, to me personally known in Fajardo, Puerto Rico, this 30 days of August, 2014.

_____
NOTARY PUBLIC

My commission is permanent

Corporation of Development Socioeconomic Sustainable of Vieques *HC 2 Box 12914 Vieques, PR 00765 * (941) 840-4193
*codesu.vieques@yahoo.com