# VIEQUES ISLAND WILL NOT BE A BURDEN TO THE UNITED STATES #4

## Vieques Caribbean Library Theme Park
*By the Corporation of Development Socioeconomic Sustainable of Vieques, CODESU, INC.*

**Description:** We have developed a full presentation for this proposed plan. However, please find this as a brief synopsis of our viable and Sustainable Development Plan for the economic development of Vieques. Puerto Rico is called worldwide, "The Welfare Parasite Island" a society created by the politician's strategies, and **We** Want to break through and put to work the 90% of our Population/Youth, creating over 4,000 fun jobs, direct and indirect. **"The Vieques Caribbean Library Theme Park"**
With your financial assistance will also allow us the creation of basic infrastructure, and Self-Sustaining Industry and a productive society. **Although Vieques** is a small island with a similar 8,050 population like Ketchikan, Alaska, and our Library Theme Park, will be a cultural and historical based attractions will create a Visitors Educational Service with our Life Library, also with our Folkloric Dances Glamorous Extravaganza ballet.
**Vieques has 12 months of warm weather** and a full year tourism season.

The Navy built a magnificent mile long Structure, known as Mosquito Pier. These would be the bases to Expand and create a Wooden Port Terminal, similar to the one in St. Petersburg, Florida; thus trough a Nature based Cruise line Industry, Vieques can generate needed employment and potentially become one of the best American Caribbean Recreational areas. Vieques can become more competitive than the Virgin Islands and one of the best attraction for American and International Families. Just compare Mosquito Pier, which is 3 times longer that the St. Petersburg Pier, then compare and project those earnings for Vieques.

### Vieques the Greatest Investment of the United States

**Marketing:** With responsible planning and development, we can receive **Six Cruises daily**. This would include the already exiting natural protected areas and the creation of family based historical cultural 6 Pavilions based on Taino, Spanish/Colonial and African cultures, and the rich history of Vieques, plus the Navy History Pavilion since World War II.

A Water Park with Artificial Water Falls and swimming pools recreating the Rain Forest will be an added attraction and floating Aquarium, and the Aqua-Mini Golf, plus a Water Go-Kart & Ground Tracks. In a sustainable manner. 5ive Caribbean History Pavilions: 1. Taino Indians, 2. Spain, 3. African, 4. Famous People 5. Vieques, and the 6th Navy's Pavilion. Grant us an old submarine and old ships for touring, and All Non-Top Secret material, can be shown.

**Financial Perspective:** By selling an all included $150.00 **"Vieques City Pass"**. We project the Following, For example: 3,000 Pax x 8 Cruises daily = 24,000 visitors...
$150.00 = $3, 600, 000 dollars daily x 7 days = $25, 200, 000 weekly x 4 weeks = **$100, 800, 000**
Monthly x 12 month = **$1,209, 600,000 x 8% = $ 96,768,000 Federal Tax U.S. Payment**

*YES, THE UNITED STATES CAN CREATE NEW THINGS TO MAKE AMERICA PROUD*

### WE WILL NOT BE A BURDEN
The $100, 800, 000 profit x 12 month = $1,209, 600, 000 annually, on the entrance only; plus the Tours, Souvenirs shops and a Fish Based Menu Restaurants by the seashore = **Vieques Self-Sustainable Development Plan.** A good amount of the profit will be deposit in an **"Emergency Trust Account"** to prevent us from repeating the Government of Puerto Rico financial mistakes. The remainder of the earnings that are not used for maintenance and operational facility expenses will be geared to assisting Vieques, such as:

- Will Finance **CARIBBEAN MEDICAL CENTER WITH A CANCER CLINIC.** The proper machinery for agriculture, poultry, cattle, and other livestock industry, like producing our own Milk Industry locally. Finance to improve our hailing fishing industry; create sea farming and a Lobsters/Crab/Shrimping industry.
- To pursue our very own Ocean Thermal Energy Plant and **produce our own water and electricity.** Develop a partnership with a University to create a Bilingual Local Campus to create a well educate professionals society.

In a number of cases the Federal Government has loaned money to various companies, but not limited to GM, Chrysler and through these loans the companies have been able to move ahead and thus stop depending on taxpayer money. In Vieques, the Federal Government spends a large sums on Social Welfare Assistance. You may give the Grant that **We** deserve or by granting us a loan of $150 million dollars, we will not only be able to repay the Federal Government, we will be able to create a Solid Government with a Self-Sustainable industry and a self-sustainable strong economy.
**REDUCING CRIME AND WELFARE TO LESS THAN 5% BECOMING A PRODUCTIVE SOCIETY: "MAKING AMERICA PROUD"**
**WE RATHER LIKE A GRANT, BUT WE WILL PAY BACK ANYWAY BECAUSE NOTICE THE 8% TAX, WILL BELONG TO THE FEDERAL DEPARTMENT OF TREASURE**
Mrs. Yashei Rosario, President, Development Socioeconomic Sustainable Trust of Vieques, CODESU, INC.

| | |
|---|---|
| MAMA MÍA RESTAURANT | |
| EL MAMBO MINI MARKET | |
| VIEQUES GAS ISABEL SEGUNDA | |
| PANADERÍA LA VIEQUENSE | |
| FERRETERÍA LA VICTORIA | |
| SUPERDESCUENTO MORALES MONTE SANTO | |
| BIEKÉ CONTRACTOR | |
| RINCÓN DEL SABOR | |

**RESPECTFULLY ASKING CONGRESS, TO GRANT VIEQUES DESCO = $150 MILLION DOLLARS FEDERAL LOAN**
Respectfully, in a number of cases the Federal Government has loaned money to various companies but not limited to GM, Chrysler and through this loan, Vieques will be able to move ahead and thus stop depending on Taxpayer Money and Social Welfare Assistance to less than 5% participants. Vieques will become the Greatest Example Paying Back the Federal Government and will create a Solid Federal Government with a Self-Sustainable Strong Economy, becoming a very a Productive Society with the 3-Local Universities Development Program.

**PRIVATE VIEQUES EARNED AND DESERVED: $150 MILLION DOLLARS FEDERAL LOAN & DONATION:**
The U.S. Theodore Rossevelt Vessel – Touring - Flight Shows = U.S. Navy-Marines Caribbean History Pavilion
WE ARE, DEVELOPMENT SOCIOECONOMIC & CONSERVATION FIDEICOMISO OF VIEQUES, DESCO, INC. IS WILLING TO PAY FOR THE COMMONWEALTH OF PUERTO RICO FISCAL DEBT IN EXCHANGE FOR VIEQUES ISLAND TO BE SEPARATE OF U.S. PUERTO RICO TERRITORY = ADMENDING THE FORAKER LAW = THE UNITED STATES IN THE MIDDLE OF ALL THESE TRAGEDIES, AMERICA WILL CREATE LIFE BY GIVING BIRTH TO A NEWBORN U.S. TERRITORY ORGANIC ACT, LIKE U.S.V.I./GUAM



## U.S. VIEQUES, 6TH INSULAR U.S. TERRITORY

## Hacienda La Perla History Theme Park

Seven (7) History Pavilions that includes the U.S. Navy Pavilion will perpetuate the Caribbean History from Prehistoric = Hispanic American War
It's a Fundrasing Source to Self Sustain and validate Vieques Autonomy. Vieques is at COVID 19 HIGH RISK SINCE HURRICANE MARIA and Hacienda will build the **Vieques Community Hospital and Doctor PPG Humanitarian Medical University. WHERE THE POOR CAN BECOME DOCTORS!** Please, understand, after H1N1 Virus = COVID-19 and after Corinavirus? Next? The United States make the greatest offers to the Puerto Rican Doctors and they stayed in U.S. Puerto Rico but instead we need to prepare the Nation ahead to face what's next, before it happens. 100% Eco-friendly Development, Eco-Medical Facility and Eco-Universities will be Humanitarian like Cuba but in **U.S. Vieques Territory** because we need a Doctor & Medical Personnel Manufacturing Plant 911. Purchase of the proper machinery, for Agriculture, Poultry and Lifestock Industry, like pursuing our own Milk Industry, Cattle, Sea Farming = Lobters/Crab/Shrimp and pursuit our own Ocean Thamal Energy, producing water and energy from the ocean = Self Sustainable Economy.



Yashei Rosario, CEO, Development Socioeconomic & Conservation Fideicomiso of Vieques, HC 2 Box 12914 Vieques, PR 00765 (787) 903-3233

Although, Vieques can become the United States Educational Entertainment Field = U.S. Switzerland of the Caribbean.

## FEBRUARY 27, 2021: STATEHOOD WITHOUT VIEQUES
### VIEQUES SOVEREIGNTY TERRITORIAL PLEBISCITE

### AFTER ALL THESE TRAGEDIES
# UNITED STATES CONGRESS WILL CREATE LIFE
### DEAR MISTER PRESIDENT JOE BIDEN: CAN YOU GIVE BIRTH TO A NEWBORN U.S. TERRITORY?
### U.S. VIEQUES 6TH INSULAR U.S. TERRITORY

**A FEDERAL CRIME HAS BEEN COMMITTED AND CONGRESS MUST DECIDE:**

DOES PROMESA TITLE III LAW & COMMONWEALTH OF U.S. PUERTO RICO ARE ABOVE 18 U.S. CODE § 1091 – U.S. GENOCIDE LAW? 535 COPIES = RESPECTFULLY ASKING THE MEMBERS OF THE HOUSE AND SENATE 2021

JUDGE LAURA TAYLOR SWAIN FIND CAUSE ON GENOCIDE TO PURSUIT CASE 3:17-BK-3273 (LTS)

### EXHIBIT #1: APPROVED = MUNICIPALITY ENDORSEMENT

June 2014: According on the United States Senate Committee on the Judiciary: For Congress to Consider Separating Vieques Island from U.S. Puerto Rico Territory, all the Community Need it was a Sovereingnty Territorial Plebiscite. Judge Layra Taylor Swain Find Cause on Modern Legal Genocide applied by the Commonwealth of U.S. Puerto Rico to the Native Viequenses for 80 Years and not done in Africa but in this U.S. Caribbean Territory called U.S. Puerto Rico.

**SACRIFICE:** RICARDO ROSSELLO, GOVERNOR, CARLOS JOHNNY MÉNDEZ AND JUAN MALDONADO ATM DIRECTOR INAUGURATION - CEIBA FERRY TERMINAL, ABUSING THE ELDERLIES, AND EVERYONE, EMPOWERING THEIR POLITICAL FOOLISHNESS CAUSING SEVERE INJURIES AND DEATH.

19 September 5, 2020: **Gregorio García**, a 61 years old man had a heart attack at the Ferry Port Terminal,
20 without any Medical Installation not even a **stretcher** in the facility, very far away from the urban area of
21 Ceiba, in the middle or nowhere unreachable, should it have a Medical Room for emergencies.



22  1. Gregorio García did not deserve to die all
23  urinated and on poo poo in his pants, trembling,
24  scared while he was resuscitated several times in an
25  incomplete Ferry Terminal. The Ambulance arrived
    an hour later.
26  2. The Elderlies crawling with the walkers as his
27  mother fall and got hurt, and then the ATM began to
    build rush "La Acera in concrete"... the sidewalk in
28  concrete because an 84 years old fall on the ground and got hurt.

Case 3:20-cv-01307-LTS  Document 7  Filed 07/09/20  Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------x
YASHEI ROSARIO,

    Plaintiff,

-v-   Case No. 3:20-cv-1307-LTS

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Defendants.
-----------------------------------x

ORDER REGARDING MOTION OF STAY RELIEF
BASED ON MODERN LEGAL GENOCIDE (DOCKET ENTRY NO. 3)

    The Court has received and reviewed the *Motion of Stay Relief Based on Modern Legal Genocide* (Docket Entry No. 3 in 3:20-cv-1307, the "Complaint"), filed by Plaintiff Yashei Rosario. The Court will henceforth construe the Complaint's request for stay relief as a motion for relief from the automatic stay (the "Motion"), and transfer it to Case No. 17-3283 for consideration as a contested matter in the Commonwealth's Title III case. In the interests of clarity and efficiency, the Clerk of Court is directed to transfer the Motion to Case No. 17-3283.

    SO ORDERED.

Dated: July 9, 2020

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge



**VIDEO AVAILABLE WHAT'SAPP**
**(787) 903-3233**

**Could Congress notice that according The Financial Oversight Fiscal Board's Attorneys:**

**Does PROMESA TITLE III and the Commonwealth of U.S. Puerto Rico Politicians are above:**

JUDGE LAURA TAYLOR SWAIN FIND CAUSE ON GENOCIDE TO PURSUIT CASE 3:17-BK-3273 (LTS)

Yashei Rosario, CEO, Development Socioeconomic & Conservation Fideicomiso of Vieques, HC 2 Box 12914 Vieques, PR 00765 (787) 903-3233

**IT WAS VIEQUES PUNISHED FOR VOTING NO = NO - STATE 51 WITH U.S. PUERTO RICO TERRITORY?**



17 MUNICIPALITIES REFUSED TO BECOME PART OF THE STATE 51 = Cabo Rojo, Mayagüez, Rincón, Sábana Grande, Guayanilla, Coamo, Cayey, Aibonito, Comerío, Morovis, Arroyo, Humacao, **Vieques**, San Juan, Trujillo Alto, Caguas y Naranjito. **VIEQUES SEVERELY PUNISHED! U.S.P.R.: SEEMS THAT THE ANIMALS HAVE MORE RIGHTS THAN VIEQUES¡ ARE WE CONSIDERED HUMANS? SACRIFICE: COVID 19: SINCE MARCH – NOVEMBER 2020: VIEQUES HAD ONLY 24 CASES OF COVID 19. THE ATM FERRIES BY THANKSGIVING SCHEDULED ONLY 2 FERRY TRIPS, ACKNOWLEDGING THAT WAS CHRISTMAS SHOPPING AND THE RESIDENTS DOES THEIR SHOPPING IN U.S. PUERTO RICO'S STORES = ONE FERRY 5:30AM RETURN 9:30PM. LOOK AT THE BOARDING: 12/08/2020: ELEVATING IN JUST ONE WEEK, TO OVER 200 CONTAGIOUS INCLUDING ATM EMPLOYEES = GENOCIDE = SACRIFICES, ACKNOWLEDGING THAT VIEQUES DOES NOT HAVE A HOSPITAL SINCE HURRICANE MARÍA. ROSARIO, RAN TO WAPA RADIO DECLARING PUBLICLY: "SOMEBODY HELP US, NO DISTANCING AT THE FERRY TERMINAL, PUTTING EVERYONE AT RISKS" = CASE 3:17-BK-3273 (LTS) = 18 U.S. CODE § 1091 – U.S. GENOCIDE LAW**

**JUDGE LAURA TAYLOR SWAIN FIND CAUSE ON GENOCIDE TO PURSUIT CASE 3:17-BK-3273 (LTS)**

**Could Shareholder Financial Affairs may be affected – above a Federal Crime Law = Genocide?**

BASIC OFFENSE.—Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in **substantial part**, a national, ethnic, racial, or **religious group** as such—kills **members** of that group; causes serious bodily injury to **members** of that group; causes the permanent impairment of the mental faculties of **members** of the group through drugs, torture, or similar techniques; subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in **part; imposes measures intended to prevent births within the group.**

1. **Next Step. Filing & the U.S. Supreme Court** is to determine, if PROMESA Title III and the Shareholders are above a FEDERAL CRIME: 18 U.S. Code § 1091 - Genocide | U.S. Code | U.S. Law?
2. Vieques Compensation was used = Commonwealth's Indecent Repayment Plan = Shareholders.
3. **Since May 1, 2003, U.S. Puerto Rico's Bankrupt began, and they should tell publicly, why?**

**1935, U.S. Puerto Rico** had the lowest poverty levels and Luis Muñoz Marín, President Senate of Puerto Rico find out about DoD's Affairs in terms of the installation of the U.S. Navy Naval Training Range, and took advantage of it. The Government of U.S. Puerto Rico began to received the Native Viequenses Compensation on the **BOMBING**, certain amount was for Government and certain amount for the Native Viequenses??? Abusing them because of their low educational levels, and reaping their souls apart. **Vieques Naval Training Range** began in 1940-2003, and the island trembled, children screaming and families running scared relocating to the Virgin Islands, & U.S.A. but the BRAVES Stay. **1940-2003: A Community as Private Vieques** women, elderlies, handicapped and children all ages, faced the impact of over *900,000 live ammunition bombing and got nothing in return.* **Willingly** or **Unwillingly**, on May 1, 2003, Private Vieques was Honorable Discharge from their 63 Years Duty, Pearl Harbor- Iraq, in which Commonwealth did not allowed any sort of development until today 2020 = **80 Years of Non Development Damages and Judge Laura Taylor Swain find CAUSE:**

**18 U.S. Code § 1091 - Genocide | U.S. Code | U.S. Law**

Case:17-03283-LTS Doc#:11885-1 Filed:02/28/20 Entered:02/28/20 16:27:51 Desc: Eleventh Amended Case Management Procedures Page 2 of 17

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.¹
----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ELEVENTH AMENDED
NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES**

On June 2, 2017, the Court entered an order (the "Procedures Order"): (a) incorporating the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules") for these Title III cases; (b) approving and implementing the notice, case management, and administrative procedures (collectively, the "Case Management Procedures"); and (c) granting certain related relief.

Anyone may obtain a copy of the Procedures Order and any amendments thereto, as well as any document filed with the Court in these Title III Cases by: (a) accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website"); (b) contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers); or (c) for a nominal fee, accessing the PACER system through the Court's website at www.prd.uscourts.gov. Finally,

¹ The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax

**RESPECTFULLY: WE THE PEOPLE OF VIEQUES REFUSED TO CONTINUE THIS UNHEALTHY POLITICAL RELATIONSHIP WITH MOMMY DEAREST COMMONWEALTH OF U.S. PUERTO RICO, THE BABYSITTER WHO EATS OUR FOOD AND LET US STARVE!**

Yashei Rosario, CEO, Development Socioeconomic & Conservation Fideicomiso of Vieques, HC 2 Box 12914 Vieques, PR 00765 (787) 903-3233

Case:17-03283-LTS Doc#:11885 Filed:02/28/20 Entered:02/28/20 16:27:51 Desc: Main Document Page 1 of 2

#4

Exhibit #3

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[1]
----------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES

Upon the *Notice of Presentment of Proposed Order Further Amending Case Management Procedures*, dated February 19, 2020 (Docket Entry No. 11288 in Case No. 17-3283, the "Notice");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the relief requested is in the best interests of the Debtors, their creditors, and other

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notice.

---

parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The *Eleventh Amended Notice, Case Management and Administrative Procedures* attached hereto as **Exhibit 1** is approved.

2. The notice section is updated.

3. The scheduling section has been revised to eliminate references to omnibus hearings that have already occurred.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

5. This Order resolves Docket Entry No. 11288 in Case No. 17-3283.

SO ORDERED.

Dated: February 28, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

## FEBRUARY 27, 2021: STATEHOOD WITHOUT VIEQUES
### VIEQUES SOVEREIGNTY TERRITORIAL PLEBISCITE

Yashel Rosario, CEO, Development Socioeconomic & Conservation Fideicomiso of Vieques, HC 2 Box 12914 Vieques, PR 00765 (787) 903-3233

**EXHIBIT #1: APPROVED = MUNICIPALITY OF VIEQUES ENDORSEMENT**

#4



*Exhibit #1*

**EL LOCAL 00765 V**

CONTRALOR ELECTORAL SECRETARI
2018 OCT 31 PM 1:16

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Vieques
Oficina del Alcalde

Hon. Victor M. Emeric Catarineau
Alcalde

25 de enero de 2018

Sra. Yashei Rosario
HC2 Box 12914
Vieques, PR 00765

Estimada señora Rosario:

Acuso recibo de su reciente comunicación en la cual solicita el endoso municipal para la celebración del Referéndum de Soberanía Insular que propone celebrar el 25 de marzo de 2018. En su solicitud usted expresa que su meta es separar a Vieques de Puerto rico a causa de que "EL PROBLEMA NOS SON LAS LANCHAS SINO 77 AÑOS DE NO DESARROLLO ECONÓMICO"

Realmente en mi experiencia como alcalde en estos últimos (5) cinco años he sentido el abandono tanto de mi anterior Administración como de ésta hacia el pueblo de Vieques. Cuando se hacían y hacen planteamientos y denuncias al Gobierno Central sobre la necesidad de mejorar los servicios de salud, transportación marítima, seguridad y otros servicios estatales, algunos funcionarios del ejecutivo o inclusos aquellos que han ocupado o ocupan puestos electivos tratan de hacer ver que eso es responsabilidad exclusiva del alcalde, cuando en realidad la responsabilidad es del Gobierno Estatal, porque son servicios estatales. Pero para algunos "la culpa es ajena."

**SUPERMERCADO MORALES ISABEL SEGUNDA**

Inclusive en Vieques por años las carreteras estatales han sido completamente desatendidas por el Gobierno Estatal. El Municipio con sus limitados recursos las atiende como puede sin recibir un solo centavo de compensación o ayuda a cambio. Lo mismo con el problema de los caballos realengos en las carreteras estatales. El Gobierno Estatal se ha desatendido del problema dejando al Municipio solo en la búsqueda de alternativas para atender el problema de seguridad que esto representa para nuestro pueblo y aquellos que nos visitan.

Estamos también de acuerdo que hace falta un plan de desarrollo económico para Vieques. Lamentablemente son ciertos viequenses, además, del Gobierno de Puerto Rico, los primeros obstáculos al desarrollo de Vieques ya que se oponen a cualquier innovación y todo es no.

Durante mi administración siempre he apoyado toda expresión democrática de nuestra gente, sin buscar protagonismos hemos dado el espacio para que el pueblo se exprese, sea mediante asambleas de pueblo, donde hemos sabido participar y escuchar sin imponer ideas o posiciones o el referéndum del puente de Vieques, donde se dio la oportunidad a nuestro pueblo a expresar su posición sobre los sistemas de transportación entre Vieques y Puerto Rico.

**VIEQUES DESCO COMMUNITY BOARD**

cabo el referéndum de soberanía insular de Vieques, confiamos que puedan cumplir con los requisitos que se les establezcan y que puedan levantar los recursos económicos para cubrir los gastos de este ejercicio democrático.

Atentamente,

Hon. Victor M. Emeric Catarineau
Alcalde

Calle Carlos Le Brúm # 449 Vieques, Puerto Rico 00765  (787) 741-5051  Fax. (787) 741-0565
Email: municipio.vieques@gmail.com

**Respectfully, Private Vieques** never failed the United States and was loyal. Since 1940 Pearl Harbor through 2003 Iraq served under every Administration Democrat and Republican as a Silent Partner Lamb. Please, Judge Laura Taylor Swain APPROVED the **Vieques Sovereignty Territorial Plebiscite** and Congress can APPROVED "Life, Liberty & the Pursuit of Happiness. Please, grant Vieques some of the FREEDOM that Private Vieques helped for 63 Years the United States National Security to defend and protect, also helped creating the BEST SOLDIERS who bled and many died defending the American Way of Living. Please APPROVED the Federal Loan to Development Socioeconomic & Conservation Fideicomiso of Vieques, DESCO Inc., to prevent the Commonwealth's Politicians to intercept the Federal Funds sent for Vieques, NOW TO BUILD AND SUSTAIN AN ACCELERATE MEDICAL UNIVERSITY to Manufactor Doctors and Medical Staff 911, in which Vieques will save LIVES instead of warfares between Democrats vs Republicans.  **IT IS A 911 CALL: *GRANT DESCO = $150 MILLION DOLLARS FEDERAL LOAN.**

## UNITED STATES CONGRESS WILL CREATE LIFE

**DEAR MISTER PRESIDENT JOE BIDEN: CAN YOU GIVE BIRTH TO A NEWBORN U.S. TERRITORY?**
**U.S. VIEQUES 6TH INSULAR U.S. TERRITORY**

RESPECTFULLY SUBMITTED, LAW SCHOOL DISSERTATION, ON DECEMBER 29, 2020

Yashei Rosario, CEO, Development Socioeconomic & Conservation
Fideicomiso of Vieques, DESCO, Inc. (787) 903-3233

Yashei Rosario, CEO, Development Socioeconomic & Conservation Fideicomiso of Vieques, HC 2 Box 12914 Vieques, PR 00765 (787) 903-3233