## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., | No. 17 BK 3283-LTS (Jointly Administered) |
| | This filing relates to the Commonwealth. |
| Debtors | |

### NOTICE OF WITHRAWAL OF CLAIM NO. 88876

TO THE HONORABLE COURT:

The Puerto Rico Land Administration, through the undersigned counsel, very respectfully informs that it withdraws its Claim No. 88876, filed on June 28, 2018 and in support thereof states:

1. No objection to Claim No. 88876 has been filed; and

2. The claimant is not a defendant in an adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, July 6th, 2021.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants and attorneys of record.

S/ CARLOS E. CARDONA-FERNÁNDEZ
Carlos E. Cardona-Fernández
USDC-PR No. 217806
PO Box 810412
Carolina PR 00981-0412
Ph. (787) 550-9280
e-mail: carloscardonafe@hotmail.com