**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al.*,

                           Debtors.[1]

---

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

**STATUS REPORT OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO IN CONNECTION WITH PRO SE
PARTIES' PARTICIPATION AT THE HEARING SCHEDULED FOR JULY 13, 2021**

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Participation of Pro Se Parties at the Hearing*

*Scheduled for July 13, 2021* (the "Pro Se Participation Order"), dated June 29, 2021 [ECF No.

17183], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board")

respectfully submits this *Status Report of the Financial Oversight and Management Board in*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474);
(iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-
LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747);
and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth,
COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last
Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations)

*Connection with Pro Se Parties at the Hearing Scheduled for July 13, 2021* (the "Status Report"), and hereby respectfully states as follows:

1.      On May 11, 2021, the Oversight Board filed the *Third Amended Title III Joint Plan of Adjustment for the Commonwealth of Puerto Rico, et al.* [ECF No. 16740] (as subsequently amended, the "Plan"), and accompanying *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 16741] (as subsequently amended, the "Disclosure Statement").

2.      On May 13, 2021, the Oversight Board filed the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (the "Solicitation Procedures Motion") [ECF No. 16756] and the *Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (the "Confirmation Procedures Motion," and together with the Solicitation Procedures Motion, the "Motions") [ECF No. 16757]. A hearing to consider the issues raised by the Motions, including, *inter alia*, the adequacy of the Disclosure Statement, is scheduled for July 13, 2021 (the "DS Hearing").

3.      Since the filing of the Motions, numerous parties have interposed objections thereto, including the following *pro se* parties (collectively, the "Pro Se Objecting Parties"):

- Antonio Martín Cervera [ECF No. 16871];

- Maria Teresita Martín [ECF No. 16872];

- Ana A. Núñez Velázquez [ECF Nos. 16937, 17040];

- Wanda I. Ortiz Santiago [ECF Nos. 16939, 17175];

- Nancy I. Negrón López [ECF No. 16955];

- Yashei Rosario [ECF No. 17047]; and

- Luis Roldan Ruiz.[2]

4.      On June 29, 2021, the Court entered the Pro Se Participation Order, directing the

Oversight Board to contact each of the Pro Se Objecting Parties to determine (1) whether any Pro

Se Objecting Party wishes to be heard at the hearing in connection with his or her objection at the

DS Hearing, and (2) whether any Pro Se Objecting Party requires an interpreter to do so. Further,

to the extent any Pro Se Objecting Party's Objection did not include a telephone number or email

address, the Pro Se Participation Order also directed the Oversight Board to "consult reasonably

available sources of such information including, without limitation, proofs of claim filed by the

Pro Se Objecting Parties." Pro Se Participation Order at 2 n.2.

5.      Pursuant to the Court's order, the Oversight Board has used reasonable efforts to

ascertain the contact information for each Pro Se Objecting Party. Using the information provided

---

[2] As set forth in the *Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Amended Joint Motion for Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 17187] (the "DS Reply"), the Oversight Board also received a letter submitted by Mr. Roldan Ruiz. A copy of the letter and a certified translation thereof were submitted as attachments to the DS Reply.

3

in the Pro Se Objecting Parties' objections and proofs of claim, the Oversight Board identified telephone numbers and/or email addresses for each Pro Se Objecting Party, with the exception of Mr. Roldan Ruiz, and made efforts to contact each of these individuals.

6.     The Oversight Board has been informed that the following Pro Se Objecting Parties intend to appear at the DS Hearing:

- Mr. Antonio Martín Cervera. Mr. Martín Cervera has stated that he does not require an interpreter.

- Ms. Nancy Negrón López. Ms. Negrón López has stated that she does not require an interpreter.

- Ms. Yashei Rosario. Ms. Rosario has stated that she does require an interpreter.

7.     Further, Ms. María Teresita Martín and Ms. Wanda Ortíz Santiago have informed the Oversight Board that they do not intend to appear at the DS Hearing.

8.     The Oversight Board has not yet made contact with Ms. Núñez Vázquez. To the extent Ms. Núñez Vázquez responds to the Oversight Board's outreach, the Oversight Board will inform the Court as soon as possible.

9.     With respect to Mr. Roldan Ruiz, the Oversight Board sent a letter to Mr. Roldan Ruiz's address using overnight delivery and posed the questions directed by the Pro Se Participation Order. The Oversight Board has not yet made contact with Mr. Roldan Ruiz. To the extent Mr. Roldan Ruiz responds to the Oversight Board's outreach, the Oversight Board will inform the Court as soon as possible.

10.     Pursuant to the Pro Se Participation Order, the Oversight Board has arranged for a certified interpreter to be present at the Clemente Ruiz Nazario United States Courthouse for the DS Hearing. An attorney for the Oversight Board will also be present at the Courthouse.

11.     A summary of the Oversight Board's efforts to contact each Pro Se Objecting Party

and their responses is attached hereto as **Exhibit A.**

Dated: July 7, 2021                                 Respectfully submitted,
        San Juan, Puerto Rico


                                                    /s/ *Hermann D. Bauer*
                                                    Hermann D. Bauer
                                                    USDC No. 215205
                                                    Carla García-Benítez
                                                    USDC No. 203708
                                                    Gabriel A. Miranda
                                                    USDC No. 306704
                                                    **O'NEILL & BORGES LLC**
                                                    250 Muñoz Rivera Ave., Suite 800
                                                    San Juan, PR 00918-1813
                                                    Tel: (787) 764-8181
                                                    Fax: (787) 753-8944


                                                    /s/ *Martin J. Bienenstock*
                                                    Martin J. Bienenstock (*pro hac vice*)
                                                    Brian S. Rosen (*pro hac vice*)
                                                    **PROSKAUER ROSE LLP**
                                                    Eleven Times Square
                                                    New York, NY 10036
                                                    Tel: (212) 969-3000
                                                    Fax: (212) 969-2900
                                                    *Attorneys for the Financial
                                                    Oversight and Management Board for
                                                    Puerto Rico*

## CERTIFICATE OF SERVICE

I certify that on the date hereof, a true and correct copy of the above and foregoing was served

upon all parties via the Court's electronic case filing system (ECF).


/s/ Hermann D. Bauer
Hermann D. Bauer

**Exhibit A**

**EXHIBIT A: SUMMARY OF OUTREACH EFFORTS**

| Pro Se Objecting Party | ECF No. | Contact Method | Response |
|---|---|---|---|
| Antonio Martín Cervera | 16871 | Local counsel for the Oversight Board called and/or emailed Mr. Martín Cervera. | Mr. Martín Cervera will attend the hearing and does not need an interpreter. |
| María Teresita Martín | 16872 | Local counsel for the Oversight Board called and/or emailed Ms. Martín. | Ms. Martín will not attend the hearing. |
| Ana Núñez Velázquez | 16937 | The Oversight Board sent a letter via overnight FedEx delivery on 7/2/2021, and local counsel for the Oversight Board emailed Ms. Núñez Velázquez. | The Oversight Board is making reasonable efforts to contact Ms. Núñez Velázquez and will update the Court as soon as possible in the event a response is received. |
| Wanda Ortiz Santiago | 16939 | Local counsel for the Oversight Board called and/or emailed Ms. Ortiz Santiago. | Ms. Ortiz Santiago will not attend the hearing. |
| Nancy Negrón López | 16955 | Local counsel for the Oversight Board called and/or emailed Ms. Negrón López. | Ms. Negrón López will attend the hearing and does not need an interpreter. |
| Yashei Rosario | 17047 | Local counsel for the Oversight Board called and/or emailed Ms. Rosario. | Ms. Rosario will attend the hearing and requires an interpreter. |
| Luis Roldan Ruiz | Mailing Response | The Oversight Board sent a letter to Mr. Roldan Ruiz via overnight FedEx delivery on 7/2/2021. | The Oversight Board is making reasonable efforts to contact Mr. Roldan Ruiz and will update the Court as soon as possible in the event a response is received. |

1