UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

         Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING FIRST AND SECOND INFORMATIVE MOTIONS OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING RESOLUTION
OF PROOFS OF CLAIM PURSUANT TO ALTERNATIVE DISPUTE RESOLUTION PROCEDURES

       Upon consideration of the *First Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Resolution of Proofs of Claim Pursuant to Alternative Dispute Resolution Procedures* (Docket Entry No. 16705, the "First Informative Motion"), and the *Second Informative Motion of the Financial Oversight and Management Board for Puerto Rico with Respect to Resolution of Proofs of Claim Pursuant to Alternative Dispute Resolution Procedures* (Docket Entry No. 17218, the "Second Informative Motion"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] requesting the Court approve the stipulations attached hereto as Exhibit 1-A, Exhibit 1-B, Exhibit 1-C, Exhibit 1-D, Exhibit 1-E, Exhibit 1-F, Exhibit 1-G, Exhibit 1-H, Exhibit 1-I, and Exhibit 1-J (together, the "Stipulations") on the basis that the parties have agreed to settle the validity and amount of the proofs of claim identified in the column titled "Claim Number" in Exhibit 1 hereto, that are the subject of said Stipulations; and it appearing that (i) the Court has subject matter jurisdiction over the First Informative Motion and Second Informative Motion pursuant to PROMESA section 306(a), and (ii) venue is proper pursuant to PROMESA section 307(a); and after due deliberation and sufficient cause appearing therefor:

1. The First Informative Motion and Second Informative Motion are GRANTED as set forth herein.

2. The Stipulations are hereby approved.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

4. This Order resolves Docket Entry Nos. 16705 and 17218 in Case No. 17-3283.

SO ORDERED.

Dated: July 7, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] PROMESA is codified at 48 U.S.C. § 2101 et seq.