# EXHIBIT 1

### SCHEDULE OF RESOLVED CLAIMS SUBJECT TO
### FIRST INFORMATIVE MOTION AND SECOND INFORMATIVE MOTION

| Claimant | Claim No. | Debtor(s) | Asserted Claim Amount | Settled Amount | Stipulation Ex. No. |
|---|---|---|---|---|---|
| NORTHWEST SECURITY MANAGEMENT, INC. | 28777 | Commonwealth of Puerto Rico | $1,268,000.00 | $359,000.00 | 1-A |
| WEST CORPORATION | 82579 | Commonwealth of Puerto Rico | $228,498.60 | $168,224.06 | 1-B |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 167838 | Puerto Rico Electric Power Authority | $297,000.00 | $0.00 | 1-C |
| JANNEFER MONTALVO DELGADO (in representation of minor SARAH RAMOS MONTALVO) | 167851 | Puerto Rico Electric Power Authority | $2,000,000.00 | $70,000.00 | 1-D |
| JANNEFFER MONTALVO (in representation of minor NAYLEF A. PEREZ MONTALVO) | 167852 | Puerto Rico Electric Power Authority | $2,000,000.00 | $70,000.00 | 1-E |
| MIGUEL ANGEL SANCHEZ RIVERA | 167853 | Puerto Rico Electric Power Authority | $300,000.00 | $150,000.00 | 1-F |
| JOSE ALBERTO SÁNCHEZ TORRES | 167854 | Puerto Rico Electric Power Authority | $150,000.00 | $30,000.00 | 1-G |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 27538 | Puerto Rico Electric Power Authority | $1,320,000.00 | $0.00 | 1-H |
| CARMEN SOCORRO TORRES | 167856 | Puerto Rico Electric Power Authority | $300,000.00 | $150,000.00 | 1-I |
| DOMINGO DE JESUS TORRES | 42755 | Puerto Rico Electric Power Authority | $150,000.00 | $30,000.00 | 1-J |