UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------x

| | |
|---|---|
| HON. WANDA VÁZQUEZ GARCED (in her<br>official capacity), and THE PUERTO RICO<br>FISCAL AGENCY AND FINANCIAL ADVISORY<br>AUTHORITY, | |
| Plaintiffs,<br>v. | |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Pro. No. 20-00080-LTS |
| Defendant. | |

-----------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER REGARDING DEFECTIVE NOTICE OF WITHDRAWAL

   The Court has received and reviewed the *Motion to Withdraw Representation and Requesting that Counsel Be Subsequently Excluded from Notices* (the "Notice of Withdrawal") filed by Angel A. Valencia-Aponte ("Counsel").  (Docket Entry No. 17220.)  Pursuant to Local Bankruptcy Rule 9010-1(3)(A), an attorney may withdraw from a case or proceeding without leave of court by filing a notice of withdrawal with the Court, provided that:

  i. the notice of withdrawal is accompanied by a notice of appearance of other counsel;

  ii. the attorney seeking to withdraw certifies that his client has been advised regarding the procedures and responsibilities related to appearing pro se, and that after conferring with the attorney, the client has stated his intention to proceed pro se;

  iii. there are no motions pending before the court; and

  iv. no trial or hearing date has been scheduled.

   The Notice of Withdrawal is defective because there is an appeal currently pending in Adv. Proc. No. 20-00080 and the Notice of Withdrawal was not accompanied by a notice of appearance of other counsel.  Counsel is hereby directed to file an amended Notice of Withdrawal or a motion for leave to withdraw by **July 16, 2021**.  Failure to comply with this order will result in the Notice of Withdrawal being stricken from the docket.

   SO ORDERED.

Dated: July 7, 2021

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  United States District Judge