## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., | No. 17 BK 3283-LTS (Jointly Administered) |
| | This filing relates to the Commonwealth. |
| Debtors | |

### NOTICE OF WITHRAWAL OF CLAIM NO. 52308

TO THE HONORABLE COURT:

    The Puerto Rico Land Administration, through the undersigned counsel, very respectfully informs that it withdraws its Claim No. 52308[1], filed on June 26, 2018, and in support thereof states:

1. No objection to Claim No. 52308 has been filed; and

2. The claimant is not a defendant in an adversary proceeding.

RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, July 7th, 2021.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants and attorneys of record.

    **S/ CARLOS E. CARDONA-FERNÁNDEZ**
    Carlos E. Cardona-Fernández
    USDC-PR No. 217806
    PO Box 810412
    Carolina PR 00981-0412
    Ph. (787) 550-9280
    e-mail: carloscardonafe@hotmail.com

---

[1] Yesterday, Creditor filed a Notice withdrawing Claim No. 88876 (Docket No. 17227), which is directly related to Claim No. 52308.

Case:17-03283-LTS Doc#:17233 Filed:07/07/21 Entered:07/07/21 15:55:45 Desc: Main
Document Page 2 of 2

Page 2