```
Court Name: District Court
Division: 1
Receipt Number: PRX100077593
Cashier ID: arodrigu
Transaction Date: 07/07/2021
Payer Name: ADSUAR MUNIZ GOYCO SEDA
----------------------------------------
PRO HAC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 070825
 Amt Tendered:  $300.00
----------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF COLIN
MCGRATH
THRU: ERIC PEREZ-OCHOA
```