# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
APPEARANCE AT DISCLOSURE STATEMENT HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the Court's *Order Regarding Procedures Disclosure Statement Hearing* [Dkt. No. 17210] (the "**Order**"):

1. Clark T. Whitmore of Maslon LLP will appear telephonically on behalf of the Trustee at the Hearing.

2. Mr. Whitmore will present on the *Limited Objection of U.S. Bank National Association as Prepa Bond Trustee to Approval of Debtors' Amended Disclosure Statement* [Dkt. No. 16975].

3. Mr. Whitmore has been allocated three (3) minutes to present the Trustee's position, but reserves the right to be heard on any matter raised by any party at the disclosure statement hearing related to the Title III cases.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s *Eric A. Tulla* | By: /s Clark T. Whitmore |
| Eric A. Tulla | Clark T. Whitmore (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | John Duffey (admitted *pro hac vice*) |
| Email: etulla@ riveratulla.com | |
| | 90 South Seventh Street, Suite 3300 |
| /s *Iris J. Cabrera-Gómez* | Minneapolis, MN 55402 |
| Iris J. Cabrera-Gómez | Telephone: 612-672-8200 |
| USDC-DPR No. 221101 | Facsimile: 612-672-8397 |
| Email: icabrera@riveratulla.com | E-Mail: clark.whitmore@maslon.com |
| | john.duffey@maslon.com |
| Rivera Tulla & Ferrer Building | **ATTORNEYS FOR U.S. BANK NATIONAL** |
| 50 Quisqueya Street | **ASSOCIATION, IN ITS CAPACITY AS** |
| San Juan, PR 00917-1212 | **TRUSTEE** |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

*Iris J. Cabrera-Gómez*
Iris J. Cabrera-Gómez