**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING U.S. BANK'S APPEARANCE AT JULY 13-14, 2021 DISCLOSURE STATEMENT HEARING

U.S. Bank Trust National Association ("U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Disclosure Statement Hearing* (Case No. 17-BK-3283, ECF. No. 17210) and respectfully states as follows:

1. Ronald J. Silverman from the New York, New York office of Hogan Lovells US LLP will appear telephonically on behalf of U.S. Bank at the July 13-14, 2021, Disclosure Statement Hearing.

2. Mr. Silverman will present argument on behalf of U.S. Bank in connection with the following pleadings to be heard at the Disclosure Statement Hearing:

(a) *Objection of U.S. Bank as Successor Trustee for the PRIFA Rum Tax Bonds to Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Form of Ballots, and Voting and Election Procedures, (VI)*

*Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 16981];

(b) *Objection of U.S. Bank as Fiscal Agent for the Puerto Rico Public Building Authority Bonds Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Form of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 16983];

(c) *Objection of U.S. Bank as Trustee for Bonds Issued by UPR, PRIDCO, Children's Trust, Municipal Finance Agency and AFICA (University Plaza and Ana G. Mendez) to Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Form of Ballots, and Voting and Election Procedures, (VI)*

*Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 16984]; and

(d) *Objection of U.S. Bank as Trustee for the Puerto Rico Public Finance Corporation Bonds to the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Form of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 16989].

3. U.S. Bank reserves the right to be heard on any matter relating to the above listed filings and to respond to any statements made by any party during the Disclosure Statement Hearing.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 8th day of July, 2021.

By: */s/ Eric A. Tulla*

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212

Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
Robin E. Keller, Esq.
Pieter Van Tol, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
robin.keller@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National Association*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

By: *Iris J. Cabrera-Gomez*
     Iris J. Cabrera-Gomez