**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION**
**OF FINANCIAL GUARANTY INSURANCE COMPANY FOR**
**APPEARANCE AT JULY 13-14, 2021 DISCLOSURE STATEMENT HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("***FGIC***"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at July 13-14, 2021 Disclosure Statement Hearing*. In support of the Motion, FGIC respectfully states as follows:

1.      María E. Picó, Martin A. Sosland and James E. Bailey, III intend to participate on behalf of FGIC at the Hearing[1] conducted by the Court telephonically via CourtSolutions due to the ongoing COVID-19.

2.      Ms. Picó, Mr. Sosland and Mr. Bailey will speak in connection with the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III)*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Disclosure Statement Hearing* [Case No. 17-3283, Dkt. # 17210] (the "***Order***").

*Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 16756] *and the Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 16757].

3.      Ms. Picó, Mr. Sosland and Mr. Bailey also reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interest of FGIC.

WHEREFORE, FGIC respectfully requests that the Court take notice of the foregoing.

Dated:  July 8, 2021.

Respectfully submitted,

REXACH & PICÓ, CSP

By: */s/ María E. Picó*
        María E. Picó
        USDC-PR 123214
        802 Ave. Fernández Juncos
        San Juan PR 00907-4315
        Telephone: (787) 723-8520
        Facsimile: (787) 724-7844
        E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
        Martin A. Sosland (*pro hac vice*)
        5430 LBJ Freeway, Suite 1200
        Dallas, TX 75240
        Telephone: (469) 680-5502
        Facsimile: (469) 680-5501
        E-mail: martin.sosland@butlersnow.com

2

60195776.v1

James E. Bailey III (*pro hac vice*)
Adam M. Langley (*pro hac vice*)
6075 Poplar Ave., Suite 500
Memphis, TN  38119
Telephone: (901) 680-7347
Facsimile: (615) 680-7201
E-mail: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance
Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will notify case participants.

Dated:  July 8, 2021.

Respectfully submitted,

By: */s/ Martin A. Sosland*
    Martin A. Sosland

*Attorney for Financial Guaranty Insurance
Company*

3

60195776.v1