## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Exmelihn Reyes, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified in the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Filing of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* and Hearing Thereon, a copy of which is attached hereto as **Exhibit B**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 8, 2021

_/s/ Exmelihn Reyes_____
Exmelihn Reyes

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 8, 2021, by Exmelihn Reyes, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

Signature: _/s/ JAMES A. MAPPLETHORPE_
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 54714

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 879667 | AFORTUNADA VELEZ OCASIO | ADDRESS ON FILE | | | | |
| 247550 | AGUAYO DIAZ, JOSE FERNANDEZ | ADDRESS ON FILE | | | | |
| 603103 | AIDA ROSA VELEZ RENTAS | ADDRESS ON FILE | | | | |
| 10894 | ALBINO MARTINEZ, ANA H | ADDRESS ON FILE | | | | |
| 606614 | AMERICA ANGUITA RODRIGUEZ | HC 1 BOX 8609 | | CABO ROZO | PR | 00623-9560 |
| 1163369 | ANA L DEL RIO LOPEZ | ADDRESS ON FILE | | | | |
| 1316053 | ANAID GABRIEL GARCIA | ADDRESS ON FILE | | | | |
| 958957 | ANTONIO ACEVEDO TORRES | ADDRESS ON FILE | | | | |
| 1169526 | ANTONIO J NAZARIO TOSSAS | ADDRESS ON FILE | | | | |
| 1318234 | ANTONIO RIVERA MARTINEZ | ADDRESS ON FILE | | | | |
| 1265993 | ANTONIO TROCHE PADILLA | ADDRESS ON FILE | | | | |
| 960401 | ARLETTE VALPAIS ANDUJAR | ADDRESS ON FILE | | | | |
| 34007 | ARROYO & MONROUZEAU CSP | PO BOX 191242 | | SAN JUAN | PR | 00919-1242 |
| 960915 | ASTRID AGUILAR COLL | ADDRESS ON FILE | | | | |
| 1171606 | AUREA E RAMOS SANCHEZ | ADDRESS ON FILE | | | | |
| 39642 | AXIS Surplus Insurance Company | 10000 AVALON BLVD STE 200 | | Alpharetta | GA | 30009-2531 |
| 53430 | BLANCA, ANTONIO | ADDRESS ON FILE | | | | |
| 1178238 | CARLOS N TORRES SANTIAGO | ADDRESS ON FILE | | | | |
| 966878 | CARLOS SANTIAGO BLANCO | ADDRESS ON FILE | | | | |
| 967591 | CARMEN A A QUINONES RODRIGUEZ | ADDRESS ON FILE | | | | |
| 75126 | CARMEN G GARCIA GONZALEZ | ADDRESS ON FILE | | | | |
| 971818 | CARMEN M GUIVAS IRIZARRY | ADDRESS ON FILE | | | | |
| 973819 | CARMEN R RAMOS LUGO | ADDRESS ON FILE | | | | |
| 974311 | CARMEN RODRIGUEZ FUENTES | ADDRESS ON FILE | | | | |
| 628762 | CARMEN S BERRIOS ZAYAS | ADDRESS ON FILE | | | | |
| 82489 | Castillo Barreto, Juan B | ADDRESS ON FILE | | | | |
| 84198 | CASTRO RIVERA, CARMEN N | ADDRESS ON FILE | | | | |
| 1324368 | CELSA ACOSTA TOLEDO | ADDRESS ON FILE | | | | |
| 771916 | CENTRO DE MEJORAMIENTO EMOCIONAL | 304A CALLE WING | | AGUADILLA | PR | 00603-1336 |
| 95511 | COLON ACOSTA, CLAUDIA | ADDRESS ON FILE | | | | |
| 110197 | COSME PASTRANA, ARMANDO | ADDRESS ON FILE | | | | |
| 112313 | CRESPO MEDINA, JUAN | ADDRESS ON FILE | | | | |
| 113826 | CRUZ BAEZ, SAMUEL | ADDRESS ON FILE | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1325687 | DANIEL VARGAS VALENTIN | ADDRESS ON FILE | | | | |
| 2087945 | DE JESUS DE JESUS, LYDIA | ADDRESS ON FILE | | | | |
| 1090281 | DELGADO HERNANDEZ, SABAD J | ADDRESS ON FILE | | | | |
| 136487 | DIAZ BRACERO, IVETTE L | ADDRESS ON FILE | | | | |
| 136487 | DIAZ BRACERO, IVETTE L | ADDRESS ON FILE | | | | |
| 2098465 | Diaz Puchols, Jorge | ADDRESS ON FILE | | | | |
| 980357 | DIONISIO SANTANA ROMAN | ADDRESS ON FILE | | | | |
| 148812 | EDWIN A FARINACCI RODRIGUEZ | ADDRESS ON FILE | | | | |
| 1328899 | ELBA OCASIO GUELEN | ADDRESS ON FILE | | | | |
| 150989 | Eleutiza De Jesus, Isell | ADDRESS ON FILE | | | | |
| 986154 | ELIZABETH DECHETH ALBERTORIO | ADDRESS ON FILE | | | | |
| 1329522 | ELIZABETH TORRES PEREZ | ADDRESS ON FILE | | | | |
| 1200866 | ERIDANA MARTINEZ MENDOZA | ADDRESS ON FILE | | | | |
| 1593772 | FARGAS FIGUEROA, NYDIA O | ADDRESS ON FILE | | | | |
| 992970 | FELIX A ESTRADA PEREZ | ADDRESS ON FILE | | | | |
| 993917 | FERMIN ROSALES PEREZ | ADDRESS ON FILE | | | | |
| 171272 | FIGUEROA OLAVARRIA, ISMAEL | ADDRESS ON FILE | | | | |
| 174913 | FLORES ORTIZ, JOSE | ADDRESS ON FILE | | | | |
| 1205795 | FRANCESCA J GONZALEZ RAMOS | ADDRESS ON FILE | | | | |
| 1205909 | FRANCISC FR CARRASQUILLO | ADDRESS ON FILE | | | | |
| 1428223 | FREYTES MATOS, JOSE | ADDRESS ON FILE | | | | |
| 1427360 | FREYTES MATOS, JOSE  R. | ADDRESS ON FILE | | | | |
| 1428873 | FREYTES MATOS, JOSE R. | ADDRESS ON FILE | | | | |
| 183119 | GANDELL ALVAREZ, DAVID | ADDRESS ON FILE | | | | |
| 185260 | GARCIA GARCIA, EVELYN | ADDRESS ON FILE | | | | |
| 189333 | GARRASTEGUI MALDONADO, SHEILA | ADDRESS ON FILE | | | | |
| 844027 | GARTNER US FALL SYMPOSIUM C/O GEORGE P JOHNSON | 217 2ND ST STE 100 | | SAN FRANCISCO | CA | 94105-3178 |
| 191992 | GILES TORO MD, RICHARD | ADDRESS ON FILE | | | | |
| 1334994 | GLORIA M TIRADO | ADDRESS ON FILE | | | | |
| 1211526 | GLORYVI OCASIO RUIZ | ADDRESS ON FILE | | | | |
| 1648793 | Gonzalez Hernendez, Susana | ADDRESS ON FILE | | | | |
| 202241 | GONZALEZ PARDO, JEANNETTE | ADDRESS ON FILE | | | | |
| 1242429 | GONZALEZ PARDO, JUAN M | ADDRESS ON FILE | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 206530 | GONZALEZ, DORIS | ADDRESS ON FILE | | | | |
| 208047 | GREGORY AYALA, EDIL | ADDRESS ON FILE | | | | |
| 1556545 | Gueits Rivera, Glorivette | ADDRESS ON FILE | | | | |
| 1002303 | HAYDEE RIVERA RAMOS | ADDRESS ON FILE | | | | |
| 1004387 | HERIBERTO VELEZ PEREZ | ADDRESS ON FILE | | | | |
| 1216216 | HERSON C RODRIGUEZ ACOSTA | ADDRESS ON FILE | | | | |
| 1005259 | HILDA M CARDONA ROBLES | ADDRESS ON FILE | | | | |
| 903035 | HILDA M CARDONA ROBLES | ADDRESS ON FILE | | | | |
| 225591 | HUMANA INSURANCE CO. | 8430 W BRYN MAWR AVE STE 300 | | CHICAGO | IL | 60631-3445 |
| 229753 | IRIZARRY IRIZARRY, JOSE | ADDRESS ON FILE | | | | |
| 1219325 | IRMA RODRIGUEZ ORTIZ | ADDRESS ON FILE | | | | |
| 1338719 | ISABEL RIVAS VELAZQUEZ | ADDRESS ON FILE | | | | |
| 1221341 | IVAN TORRES CARATINI | ADDRESS ON FILE | | | | |
| 233239 | IVELISSE TORREGROSA ENCHAUTEGUI | ADDRESS ON FILE | | | | |
| 1572151 | Jacobs P.S.C | 2 Crowne Point Ct Ste 100 | | Sharonville | OH | 45241-5428 |
| 1223260 | JAIME PORTALATIN ORTIZ | ADDRESS ON FILE | | | | |
| 1340365 | JAVIER BAEZ ARROYO | ADDRESS ON FILE | | | | |
| 1230233 | JORGE L RAMOS ARCE | ADDRESS ON FILE | | | | |
| 907794 | JORGE L RIVERA TORRES | ADDRESS ON FILE | | | | |
| 1343581 | JOSE E BAEZ ARROYO | ADDRESS ON FILE | | | | |
| 683652 | JOSE E RIVAS CINTRON | ADDRESS ON FILE | | | | |
| 909772 | JOSE JO VMATOS | ADDRESS ON FILE | | | | |
| 1020925 | JOSE RODRIGUEZ VEGA | ADDRESS ON FILE | | | | |
| 687775 | JOSE SEOANE RAMIREZ | ADDRESS ON FILE | | | | |
| 1021245 | JOSE SEOANE RAMIREZ | ADDRESS ON FILE | | | | |
| 1021386 | JOSE TORRES MADERA | ADDRESS ON FILE | | | | |
| 1286839 | JOSUE TANCO QUINONES | ADDRESS ON FILE | | | | |
| 1024137 | JUAN J NIEVES GONZALEZ | ADDRESS ON FILE | | | | |
| 1024416 | JUAN MARRERO REYES | ADDRESS ON FILE | | | | |
| 1242580 | JUAN MELENDEZ CARRUCINI | ADDRESS ON FILE | | | | |
| 691076 | JUAN PEREZ RIVERA | ADDRESS ON FILE | | | | |
| 1347256 | JUANA GUELEN VARGAS | ADDRESS ON FILE | | | | |
| 2175195 | KAREN E. LÓPEZ PÉREZ | ADDRESS ON FILE | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1348386 | KARLA CABREJA DE LA VEGA | ADDRESS ON FILE | | | | |
| 259262 | KRISTEN WILLIAMS | ADDRESS ON FILE | | | | |
| 1248507 | LILLIAN I RODRIGUEZ OJEDA | ADDRESS ON FILE | | | | |
| 1031634 | LIZZETTE MORALES QUINONES | ADDRESS ON FILE | | | | |
| 915770 | LOURDES M ACEVEDO ORTA | ADDRESS ON FILE | | | | |
| 699475 | LOURDES M CRUZ RODRIGUEZ | ADDRESS ON FILE | | | | |
| 1250502 | LOURDES M MORALES SOLIS | ADDRESS ON FILE | | | | |
| 1589381 | Lugo, Carmen Ramos | ADDRESS ON FILE | | | | |
| 1253427 | LUIS E APONTE SANTIAGO | ADDRESS ON FILE | | | | |
| 285101 | LUIS PLAZA PLAZA | ADDRESS ON FILE | | | | |
| 1777841 | Luis Rivera, Rigoberto | ADDRESS ON FILE | | | | |
| 1038448 | LUZ ROSARIO LEON | ADDRESS ON FILE | | | | |
| 705988 | LYDIA FIGUEROA GUZMAN | ADDRESS ON FILE | | | | |
| 647439 | MALDONADO TORRES, ENNA | ADDRESS ON FILE | | | | |
| 295118 | MANZANO MALARET, YARILIS A | ADDRESS ON FILE | | | | |
| 1295500 | MARIA TOLEDO GONZALEZ | ADDRESS ON FILE | | | | |
| 300981 | MARICARMEN DOMINGUEZ DECHETH | ADDRESS ON FILE | | | | |
| 715069 | MARICELI DEL C BORGES COLON | ADDRESS ON FILE | | | | |
| 716739 | MARITZA H DIAZ DE ORTIZ | ADDRESS ON FILE | | | | |
| 716740 | MARITZA H DIAZ DE ORTIZ | ADDRESS ON FILE | | | | |
| 1358412 | MARTA M CABOT BONILLA | ADDRESS ON FILE | | | | |
| 945352 | MARTINEZ CINTRON, ADA N. | ADDRESS ON FILE | | | | |
| 315637 | Matos Acosta, Lowel | ADDRESS ON FILE | | | | |
| 1250759 | MATOS ACOSTA, LOWEL | ADDRESS ON FILE | | | | |
| 1116534 | MAYRA VELEZ PEREZ | ADDRESS ON FILE | | | | |
| 1063297 | MIGUEL AGOSTO RODRIGUEZ | ADDRESS ON FILE | | | | |
| 1063937 | MIGUEL VARGAS MARTINEZ | ADDRESS ON FILE | | | | |
| 724478 | MISAEL ORTIZ OCASIO | ADDRESS ON FILE | | | | |
| 1121914 | MONSERRATE VARGAS | ADDRESS ON FILE | | | | |
| 725129 | MOPEC INC | 800 TECH ROW | | MADISON HTS | MI | 48071-4678 |
| 1455039 | Morales Hernandez, Johara | ADDRESS ON FILE | | | | |
| 1446260 | Nagel, Marie  R | ADDRESS ON FILE | | | | |
| 1506399 | Nater Sanchez, José Francisco | ADDRESS ON FILE | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 728041 | NELSON JIMENEZ LARACUENTE | ADDRESS ON FILE | | | | |
| 1070367 | NILDA CATALA SERRANO | ADDRESS ON FILE | | | | |
| 366531 | NORAT CORREA, NEISHA | ADDRESS ON FILE | | | | |
| 1127371 | NORMA PEREZ RUIZ | ADDRESS ON FILE | | | | |
| 1127402 | NORMA RAMOS MOJICA | ADDRESS ON FILE | | | | |
| 2007718 | Nunez Falcon, Wilma | ADDRESS ON FILE | | | | |
| 1914929 | Nunez Falcon, Wilma | ADDRESS ON FILE | | | | |
| 1497190 | Ocasio Ruiz, Glorivy | ADDRESS ON FILE | | | | |
| 1497267 | Ocasio Ruiz, Glorivy | ADDRESS ON FILE | | | | |
| 732173 | OLGA CUSTODIO CRUZ | ADDRESS ON FILE | | | | |
| 1129061 | ORLANDO BONILLA NEGRON | ADDRESS ON FILE | | | | |
| 1237972 | OSORIO DAVILA, JOSE | ADDRESS ON FILE | | | | |
| 387319 | OTERO MERCADO, ISRAEL | ADDRESS ON FILE | | | | |
| 1131127 | PEDRO ALEJANDRO CASTRO | ADDRESS ON FILE | | | | |
| 1989240 | Portalatin Ortiz, Jaime | ADDRESS ON FILE | | | | |
| 415459 | PULTER, DANIEL | ADDRESS ON FILE | | | | |
| 415605 | QRS INTERNATIONAL | 35 CORPORATE DR STE 140 | | BURLINGTON | MA | 01803-4203 |
| 1745764 | Quintana Salas, Nemesio | ADDRESS ON FILE | | | | |
| 932535 | RAMON DE LA ROSA DE JESUS | ADDRESS ON FILE | | | | |
| 1137341 | RAMONA BERDECIA BURGOS | ADDRESS ON FILE | | | | |
| 430328 | RANDY ACEVEDO BURGOS | ADDRESS ON FILE | | | | |
| 1367622 | RAUL E PEREZ GARCIA | ADDRESS ON FILE | | | | |
| 2007922 | REYES REYES, RAQUEL | ADDRESS ON FILE | | | | |
| 1139994 | RIGOBERTO LUIS RIVERA | ADDRESS ON FILE | | | | |
| 454949 | RIVERA REYES, IRIS | ADDRESS ON FILE | | | | |
| 456984 | RIVERA RODRIGUEZ, ELBA I | ADDRESS ON FILE | | | | |
| 1948554 | Rivera Sabater, Doris Zenaida | ADDRESS ON FILE | | | | |
| 1380604 | RODIMEDI ASSOCIATES INC | PO BOX 6824 | | CAGUAS | PR | 00726-6824 |
| 1830435 | RODRIGUEZ GARCIA, TOMAS | ADDRESS ON FILE | | | | |
| 818173 | RODRIGUEZ OJEDA, LILLIAM | ADDRESS ON FILE | | | | |
| 475445 | RODRIGUEZ OJEDA, LILLIAN I | ADDRESS ON FILE | | | | |
| 483221 | RODRIGUEZ VAZQUEZ, NORMA I | ADDRESS ON FILE | | | | |
| 1421657 | ROMAN RAMIREZ, CRISTIAN  DANIEL | ADDRESS ON FILE | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 935115 | ROSA L MONROIG MUNIZ | ADDRESS ON FILE | | | | |
| 935130 | ROSA LOZADA REPOLLET | ADDRESS ON FILE | | | | |
| 1142018 | ROSA M ARREAGA STGO | ADDRESS ON FILE | | | | |
| 1805539 | RUIZ RIVERA, LYDIA  E | ADDRESS ON FILE | | | | |
| 936002 | SABAD J DELGADO HERNANDEZ | ADDRESS ON FILE | | | | |
| 1090778 | SAMUEL HERNANDEZ GOMEZ | ADDRESS ON FILE | | | | |
| 936182 | SAMUEL HERNANDEZ GOMEZ | ADDRESS ON FILE | | | | |
| 507468 | SANCHEZ BURGOS, YANIBETH | ADDRESS ON FILE | | | | |
| 2096813 | SIERRA BRACERO, LUIS A. | ADDRESS ON FILE | | | | |
| 1147339 | SOCORRO RIVAS TORRES | ADDRESS ON FILE | | | | |
| 543406 | Swiss Reinsurance America Corporation | Attn: Daniel Gibson, President | 1200 MAIN ST STE 800 | KANSAS CITY | MO | 64105-2478 |
| 543407 | Swiss Reinsurance America Corporation | 1200 MAIN ST STE 800 | | KANSAS CITY | MO | 64105-2478 |
| 759244 | TOMAS SANTIAGO NEGRON | ADDRESS ON FILE | | | | |
| 1991830 | Torres Olivera, Dinorah | ADDRESS ON FILE | | | | |
| 826609 | TORRES RIVERA, RUTH M | ADDRESS ON FILE | | | | |
| 575501 | VEGA MALDONADO, MIGUEL | ADDRESS ON FILE | | | | |
| 2014932 | Vega Smith, Sayeed Manuel | ADDRESS ON FILE | | | | |
| 1152426 | VIRGINIA GARCIA MARTINEZ | ADDRESS ON FILE | | | | |
| 1107580 | ZAIDA TORRES RODRIGUEZ | ADDRESS ON FILE | | | | |
| 1826168 | Zayas Cruz, Jose A. | ADDRESS ON FILE | | | | |

**<u>Exhibit B</u>**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD
AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE
COMMONWEALTH OF PUERTO RICO, *ET AL.* AND HEARING THEREON**

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and
Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the
Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings
Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and
Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as sole representative
of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States
District Court for the District of Puerto Rico (the "Court"):

    (i)    the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of
Puerto Rico, et al.*, [ECF No. 16740] (as the same may be amended or modified,
including all exhibits and attachments thereto, the "Plan"), and

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

(ii) the *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16741] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Disclosure Statement, and any amendments, supplements, changes, or modifications thereto, for approval at a hearing before the Honorable Laura Taylor Swain on **July 13, 2021 at 9:30 a.m. (Atlantic Standard Time)** convened by telephonic hearing through CourtSolutions (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing. The Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) through the agenda for the Disclosure Statement Hearing and/or at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE** that information relating to the adequacy of the information contained in the Disclosure Statement is available online in the Disclosure Statement Depository at titleiiiplandataroom.com.

**PLEASE TAKE FURTHER NOTICE** that objections (an "Objection"), if any, to the approval of the Disclosure Statement must:

(i) be in writing and signed,

(ii) conform to the Federal Rules of Bankruptcy Procedures and the *Fourteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 15894-1] (the "Case Management Procedures"),

(iii) state the name and address of the objector or entity proposing a modification to the Disclosure Statement, and the amount (if applicable) of its claim or nature of its interest in the Debtors' cases,

(iv) specify the basis and nature of any Objection and set forth the proposed modification to the Disclosure Statement, together with suggested language,

(v) be filed with the United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767, **so as to be received on or before June 15, 2021 at 5:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"), and

(vi) be served upon the Office of the United States Trustee, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, P.R. 00901 (re: In re Commonwealth of Puerto Rico) so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that objecting parties that have not filed a timely written Objection will not be permitted to make oral remarks at the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Disclosure Statement may be obtained by visiting the website maintained by the Debtors' claims and noticing agent in the PROMESA Title III cases, https://cases.primeclerk.com/puertorico/; by sending a request to Prime Clerk LLC, at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email puertoricoinfo@primeclerk.com, or, for a fee, from the Court's website, https://www.prd.uscourts.gov/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. Hard copies of the Plan and the Disclosure Statement are available upon request to the Debtors' claims and noticing agent at the phone number or email address above.

Dated: May 11, 2021
　　　　San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**NOTIFICACIÓN DE PRESENTACIÓN DE LA DECLARACIÓN DE DIVULGACIÓN
PARA EL TERCER PLAN DE AJUSTE CONJUNTO ENMENDADO DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS ELABORADO
CONFORME AL TÍTULO III, Y DE LA CORRESPONDIENTE VISTA**

      **OBSÉRVESE QUE** el 11 de mayo de 2021, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante del Estado Libre Asociado de Puerto Rico (el "ELA"), del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") y de la Autoridad de Edificios Públicos de Puerto Rico (la "AEP"), conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (la Junta de Supervisión, en su capacidad como el único representante del ELA, del SRE y de la AEP, se denominará los

---

[1]   Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2]   PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101-2241.

"Deudores"), presentó ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"):

(i) el *Tercer Plan de Ajuste Conjunto Enmendado del Estado Libre Asociado de Puerto Rico y otros* elaborado conforme al *Título III* [ECF núm. 16740] (en su versión enmendada o modificada, incluidos todos sus anexos y documentos adjuntos, el "Plan"), y

(ii) la *Declaración de Divulgación para el Tercer Plan de Ajuste Conjunto Enmendado del Estado Libre Asociado de Puerto Rico y otros* [ECF núm. 16741] (en su versión enmendada o modificada, incluidos todos sus anexos y documentos adjuntos, la "Declaración de Divulgación").

**OBSÉRVESE ADEMÁS** que los Deudores tienen la intención de presentar la Declaración de Divulgación (con sus correspondientes enmiendas, complementos, cambios o modificaciones) para su aprobación en una vista que se celebre ante su señoría, Laura Taylor Swain, el **13 de julio de 2021, a las 9:30 a.m. (AST)** convocada a través de medios telefónicos utilizando CourtSolutions (la "Vista sobre la Declaración de Divulgación"). La Declaración de Divulgación podrá ser enmendada en cualquier momento antes de que se celebre la Vista sobre la Declaración de Divulgación. La Vista sobre la Declaración de Divulgación podrá ser aplazada en cualquier momento sin notificación previa, salvo que se haya(n) anunciado la(s) fecha(s) aplazada(s) a través de un orden del día para la Vista sobre la Declaración de Divulgación y/o durante la propia Vista sobre la Declaración de Divulgación o cualesquiera vista(s) posterior(es).

**OBSÉRVESE ASIMISMO** que la información sobre la idoneidad del contenido de la Declaración de Divulgación puede consultarse en línea en el siguiente Repositorio de la Declaración de Divulgación: titleiiiplandataroom.com.

**OBSÉRVESE TAMBIÉN** que las objeciones (en adelante, la "Objeción"), si las hubiere, a la aprobación de la Declaración de Divulgación deben:

(i) constar por escrito y estar firmadas,

(ii) ajustarse a las Reglas Federales del Procedimiento de Quiebra y los *Procedimientos de Administración de Casos Enmendados núm. 14* [ECF núm. 15894-1] (los "Procedimientos de Administración de Casos"),

(iii) contener el nombre y la dirección del objetor o la entidad que proponga alguna modificación de la Declaración de Divulgación, así como el monto (en su caso) de la reclamación o la naturaleza del interés que le asista en relación con los casos de los Deudores,

(iv) especificar el fundamento y la naturaleza de cualquier Objeción y explicar la modificación propuesta de la Declaración de Divulgación, incluyendo una redacción del lenguaje sugerido a utilizar,

2

(v)   presentarse ante el Tribunal de Distrito de los Estados Unidos, Secretaría (*Clerk's Office*), avenida de Carlos Chardón Ste. 150, San Juan (Puerto Rico) 00918-1767, **para ser recibidas a más tardar el 15 de junio de 2021 a las 5:00 p.m. (AST)** (la "Fecha Límite de la Objeción"), y

(vi)   notificarse a la Oficina de United States Trustee, Edificio Ochoa, 500, calle Tanca, local 301, San Juan (Puerto Rico) 00901 (asunto: *In re Commonwealth of Puerto Rico*), para ser recibida a más tardar en la Fecha Límite de la Objeción.

**OBSÉRVESE ADEMÁS** que las partes objetantes que no hayan presentado una Objeción dentro de los plazos establecidos no podrán realizar observaciones orales durante la Vista sobre la Declaración de Divulgación.

**Y POR ÚLTIMO, OBSÉRVESE** que se pueden obtener copias del Plan y de la Declaración de Divulgación visitando el sitio web que mantiene el agente de reclamaciones y notificaciones de los Deudores en el marco de los casos de Título III de PROMESA: https://cases.primeclerk.com/puertorico/; realizando una solicitud a Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com; también podrá consultar dichos documentos, previo pago de las tasas correspondientes, visitando el sitio web del Tribunal: https://www.prd.uscourts.gov/. Necesitará un nombre de usuario y una contraseña de PACER para acceder a los documentos en el sitio web del Tribunal, los cuales se pueden obtener a través del Centro de Servicios de PACER visitando www.pacer.psc.uscourts.gov. Hay copias impresas del Plan y de la Declaración de Divulgación disponibles, previa solicitud, a través del agente de reclamaciones y notificaciones de los Deudores utilizando los números de teléfono y la dirección de correo electrónico arriba mencionados.

Fecha: 11 de mayo de 2021
San Juan (Puerto Rico)

Respetuosamente sometida,

*/firma/ Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*/firma/ Hermann D. Bauer*
Hermann D. Bauer
USDC núm. 215205
**O'NEILL & BORGES LLC**
250 Avenida Muñoz Rivera, local 800
San Juan, PR 00918-1813

*Co-abogados de la Junta de Supervisión y Administración Financiera como representante de los Deudores.*

3