# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT JULY 13, 2021 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Merrill Lynch, Pierce, Fenner & Smith Inc. ("MLPF&S"), by and through its counsel, hereby submit this Informative Motion in response to this Honorable Court's *Order Regarding Procedures For Disclosure Statement Hearing* [ECF No. 17210], setting forth guidelines for parties wishing to be heard at the July 13, 2021 hearing (the "Hearing"), and respectfully INFORMS:

1. Carrie Hardman of Winston & Strawn LLP will appear telephonically at the Hearing but does not intend to present any arguments.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Counsel reserves the right to present argument to the extent any issues arise relevant to the *Joinder of Merrill Lynch, Pierce, Fenner & Smith Inc. In Support Of Joint Objection of Underwriter Defendants to Debtors' Motion For An Order Approving Disclosure Statement* [ECF No. 16993] or any other objections, responses, statements, joinders, replies, or responsive pleadings related to the following:

   a. *Amended Joint Motion Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Public Buildings Authority For An Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice And Confirmation Schedule, (IV) Approving Solicitation Packages And Distribution Procedures, (V) Approving Forms Of Ballots, And Voting And Election Procedures, (VI) Approving Notice Of Non-Voting Status, (VII) Fixing Voting, Election, And Confirmation Deadlines, And (VIII) Approving Vote Tabulation Procedures* [ECF No. 16756] (the "Disclosure Statement Motion");

   b. *Omnibus Reply Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Public Buildings Authority To Objections To Amended Joint Motion For Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice And Confirmation Schedule, (IV) Approving Solicitation Packages And Distribution Procedures, (V) Approving Forms Of Ballots, And Voting And Election Procedures, (VI) Approving Notice Of Non-Voting Status, (VII) Fixing Voting, Election, And Confirmation Deadlines, And (VIII) Approving Vote Tabulation Procedures* [ECF No. 17187] (the "Reply");

   c. *Fourth Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al.*, [ECF No. 17191] (the "Plan");

   d. *Disclosure Statement For The Fourth Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al.*, [ECF No. 17192] (the "Disclosure Statement").

3. Furthermore, MLPF&S respectfully reserve the right to respond, as necessary, to statements made at the Hearing or otherwise by any party in connection with the Title III Cases.

4. MLPF&S had not intended to file an informative motion as it does not intend to present argument at the Hearing, but because it reserves the right to speak, MLPF&S files this

Informative Motion in an abundance of caution. Thus, MLPF&S apologizes for the brief, yet inconsequential, delay in filing and respectfully requests allowance and consideration of same.

**WHEREFORE**, Counsel respectfully requests this Honorable Court to take notice of the information stated above.

**RESPECTFULLY SUBMITTED,**

Dated: July 8, 2021

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **BOBONIS, BOBONIS & RODRIGUEZ POVENTUD** |
| | /s/ Enrique G. Figueroa-Llinás |
| | Enrique G. Figueroa-Llinás |
| | USDC No. 201709 |
| | 129 de Diego Ave. |
| Carrie V. Hardman (*Pro Hac Vice*) | San Juan, Puerto Rico 00911-1927 |
| 200 Park Avenue | Tel: (787) 725-7941 |
| New York, NY 10166 | Fax: (787) 725-4245 |
| Tel: (212) 294-6700 | Email: efl@bobonislaw.com |
| Fax: (212) 294-4700 | |
| Email: chardman@winston.com | *Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc.* |
| Joseph L. Motto (*Pro Hac Vice*) | |
| 35 W. Wacker Drive | |
| Chicago, IL 60601 Tel: (312) 558-5600 | |
| Fax: (312) 558-5700 | |
| Email: jmotto@winston.com | |
| *Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc.* | |