Proof of Claim: <CLAIM NUMBER> 176231
Claimant: <CLAIMANT NAME> Maria E. Sepulveda Torres

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

   ☒ A pending or closed legal action with or against the Puerto Rican government

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   Dinero a deuda do por concepto de aumentos - Ley Promesa

2. What is the amount of your claim (how much money do you claim to be owed):
   $ 26,400.00

3. **Employment.** Does your claim relate to current or <u>former</u> employment with the Government of Puerto Rico?

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed: Puerto Rico Telephone Co., P.R. ELA - Representante Serv III

   3(b). Identify the dates of your employment related to your claim: Desde el 2 de marzo de 1975 hasta 12 de enero de 1998

   3(c). Last four digits of your social security number: 5025

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☒ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 89 - Julio - 1979 - Retribución Uniforme y Ley 89 Julio - 1995 - El Romerazo

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

   ☒ No.
   ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. N/A

4(b). Identify the name and address of the court or agency where the action is pending: N/A

4(c). Case number: N/A

4(d). Title, Caption, or Name of Case: N/A

4(e). Status of the case (pending, on appeal, or concluded): N/A

4(f). Do you have an unpaid judgment? Yes / No (Circle one). N/A
If yes, what is the date and amount of the judgment? N/A

2

RECLAMANTE: Maria E Sepulveda Torres

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 176231

Numero DE telefono: 787-842-3728

Numero De empleada: 8378

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 2 de Marzo de 1975 hasta el 2 de enero de 1998 como Representante de Servicio III de la Puerto Rico Telephone Company - ELA.

1. Ley 89 julio 1995 ROMERAZO  CANTIDAD $ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Maria E. Sepulveda Torres
Nombre en letra de molde

Mari E Sepulveda Torres 6/29 2021
Firma y fecha

Cantidad Adeudada

① Ley 89 - Julio 1979 - Retribución Uniforme    $ 12,800.00
② Ley 89 - Julio 1995 - El Romerazo             $ 13,600.00

Gran Total    $ 26,400.00

RECLAMANTE **María E. Sepúlveda Torres**

DIRECCIÓN **Urb. Los Caobos**
**Calle Caimito 3131**
**Ponce, Puerto Rico**
**00716**

Numero Reclamación **176231**

Fecha de presentación (envío) **29 de junio de 2021**

Deudor **Commonwealth of Puerto Rico**

Por este medio incluyo con mi reclamación presentada el **29** de **Junio** de **2021** lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como **Representante de Servicio III** desde el **2** de **Marzo** de **1975** hasta el **2** de **enero** de **1998**. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ **26,400.00**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**María E. Sepúlveda Torres**
Nombre en letra de molde

*María E. Sepúlveda Torres — 6/29-2021*
Firma y fecha

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### MARIA E. SEPULVEDA
### XXX-XX-5025

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 02/03/1975.
- Trabajó como emplead(o)(a) regular hasta 02/01/1998.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 14 de junio de 2021.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords