Maria Esepulveda Torres
Urb. Los Caobos
Calle Caimito 3131
Ponce, Puerto Rico
00716



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 JUL -8 PM 1:45