7 de julio de 2021.

Employees Retirement System
of the Government of the
Commonwealth of P.R.

A quién pueda interesar

Sirva la presente para que no se rechace mi reclamo número 51119 por la siguiente razón: Me retiré en mayo 2014 me retiré con el grado de maestría en Adaptación Curricular para estudiantes con Necesidades Especiales. El gobierno no reconoció mi preparación académica la paga es lo que gana cualquier maestro con bachillerato. Baja una diferencia de $300.00 dolares menos en mi paga. Ya que yo cumplía con todas las disposiciones de ley para el otorgamiento de aumento salarial correspondiente además de acudir a la Comisión Apelativa de Servicio Público donde me reconocieron mi grado de maestría

pero no he recibido la paga de $25,200.00 en estos años más los intereses.

Gracias por tomar en consideración mi reclamo número 51119

Att. Margarita Morales Vázquez
HC 72 Box 24342
Cayey, P.R. 00736

Teléfono (787) 378-9532
moralesmargara68@gmail.com