CONFIRM.DE ENVIO

FECHA :   JUN-25-2014  MIE 14:03
NOMBRE:   MULTIPLESC
TEL   :   7872634804

| TELEFONO | : 17876223461 |
|---|---|
| PAG. | : 4/4 |
| HORA INICIO | : JUN-25 14:01 |
| DURACION | : 01' 32" |
| MODO | : ECM |
| RESULTADOS | : OK |

PRIMERA PAGINA DE DOCUMENTO TRANSMITIDO...



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACION
CENTRO DE ADIESTRAMIENTO VOCACIONAL
GABRIEL BIBILONI
CAYEY, PUERTO RICO
738-5342



CARTA DE TRAMITE

18 de junio de 2014
FECHA

Sra. Margarita Morales
Maestra

Estimada señora Morales:

Se acompañan los siguientes documentos:

1- RECOMENDACIÓN DE REVISIÓN DE SALARIO 2013 (EXPTE.)

CARRERA MAGISTERIAL

Cordialmente,

RECIBIDO POR: _____

Carmen D. Padilla Martinez
Director/a



EL DEPARTAMENTO DE EDUCACION NO DISCRIMINA POR RAZÓN DE RAZA, COLOR, GÉNERO, ORIENTACIÓN SEXUAL, NACIMIENTO, ORIGEN NACIONAL, CONDICION SOCIAL, IDEAS POLITICAS O RELIGIOSAS, EDAD O IMPEDIMENTO EN SUS ACTIVIDADES, SERVICIOS EDUCATIVOS Y OPORTUNIDADES DE EMPLEO.

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Morales Vazquez, Margarita | 51119 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of Claim asserts liability associated with pension adjustments that claimant asserts are payable by ERS. However, pursuant to the Post-Petition Legislation, the Commonwealth assumed any obligation to make payment to pensioners or other beneficiaries of ERS. | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Morales Vazquez, Margarita | 51119 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | |