







Refa. Margarita Morales
H.C 72 Box 24342
Cayey, P.R. 00736

CERTIFIED MAIL
7018 1130 0002 0478 8471

to: Secretaria
Tribunal de Distrito de E.U.
#150 Avenida Chardon
Edificio Federal
San Juan, P.R. 00918