**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br><br>Debtors | PROMESA Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

**MOTION TO INFORM PFZ PROPERIES, INC'S INTENT TO**
**APPEAR AT THE JULY 13-14, 2021, DISCLOSURE STATEMENT HEARING**

To the Honorable Court:

PFZ Properties, Inc. (hereinafter, PFZ), a creditor of the Commonwealth of Puerto Rico (hereinafter, the Debtor or the Commonwealth), by and through its undersigned counsel, states and prays as follows regarding its appearance at the July 13, 2021, Disclosure Statement Hearing (hereinafter the Hearing):

1. Pursuant to the Order Regarding Procedures for Disclosure Statement Hearing (Dkt. #17210), the following information is provided:

a. The relevant motions are:

i. "OBJECTION TO "DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO ET AL." BY CREDITOR PFZ PROPERTIES, INC." (Dkt. #16969)

ii. "JOINDER OF CREDITOR DEMETRIO AMADOR INC./DEMETRIO AMADOR ROBERTS TO CREDITOR PFZ PROPERTIES, INC.'S OBJECTION TO THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO ET AL." (Dkt. #17005)

iii. "MARUZ REAL ESTATE CORP.'S MOTION FOR JOINDER TO CREDITOR PFZ PROPERTIES, INC.'S OBJECTION TO THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO ET AL. FILED AT DOCKET NO. 16969" (Dkt. #17016)

iv. OMNIBUS REPLY OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO OBJECTIONS TO AMENDED JOINT MOTION FOR ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD DATE, (III) APPROVING CONFIRMATION

    HEARING NOTICE AND CONFIRMATION SCHEDULE, (IV) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES, (V) APPROVING FORMS OF BALLOTS, AND VOTING AND ELECTION PROCEDURES, (VI) APPROVING NOTICE OF NON-VOTING STATUS, (VII) FIXING VOTING, ELECTION, AND CONFIRMATION DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES (Dkt. #17187) (THE "REPLY").

  v. FOURTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL., (Dkt. #17191) (THE "PLAN").

  vi. DISCLOSURE STATEMENT FOR THE FOURTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL., (Dkt. #17192) (THE "DISCLOSURE STATEMENT").

 b. The party who intends to appear is PFZ Properties, Inc. The order of appearance will be as coordinated with Debtor.

 c. David Carrión Baralt, Esq. and Russell Del Toro-Sosa (if necessary) will speak on behalf of PFZ Properties, Inc.

 2. Attorney David Carrión Baralt will be available also to address any matters presented by any party and to respond to any questions from the Court.

 WHEREFORE, PFZ Properties Inc. requests from the Honorable Court to take notice of the above provided information and to allow

its participation in the Hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system, which will send a notification to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of July 2021.

>/s/ DAVID CARRION BARALT
>USDC PR 207214
>Attorney for PFZ Properties
>P.O. Box 364463
>San Juan, P.R. 00936-4463
>Tel. (787) 758-5050
>Fax. (787) 296-3434
>E-mail: davidcarrionb@aol.com
>
>/s/ RUSSELL A. DEL TORO
>USDC PR 121302
>Attorney for PFZ Properties
>Cond. Condado Princess
>#2 Calle Washington 304
>San Juan, Puerto Rico 00907
>Telephone (787) 529-6502
>E-mail: rdeltoro@dtslaw.com
>russell.deltoro.sosa@gmail.com
>
>/s/ JOSE ÁNGEL REY
>USDC PR 118103
>Attorneys for PFZ Properties
>P.O. Box 10127
>San Juan, P.R. 00908-1127
>Tel. (787) 396-2600
>E-mail: joseangelrey46@gmail.com