UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br><br>Debtors | PROMESA Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

**MOTION TO INFORM BY CREDITORS WHO ARE PLAINTIFFS IN CERTAIN CASES UNDER 42 U.S.C. 1983 INTENT TO APPEAR AT THE JULY 13-14, 2021, DISCLOSURE STATEMENT HEARING**

To the Honorable Court:

Come now CREDITORS WHO ARE PLAINTIFFS IN CERTAIN CASES UNDER 42 U.S.C. 1983, by and through their undersigned counsel, state and pray as follows regarding their appearance at the July 13-14, 2021, Disclosure Statement Hearing (hereinafter the Hearing):

1. Pursuant to the Order Regarding Procedures for Disclosure Statement Hearing (Dkt. #17210), the following information is provided:

a. The relevant motions are:

   i. "OBJECTION TO "DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO ET AL." BY CREDITORS WHO ARE PLAINTIFFS IN CERTAIN CASES UNDER 42 U.S.C. 1983" (Dkt. #16978)

   ii. OMNIBUS REPLY OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO OBJECTIONS TO AMENDED JOINT MOTION FOR ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD DATE, (III) APPROVING CONFIRMATION HEARING NOTICE AND CONFIRMATION SCHEDULE, (IV) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES, (V) APPROVING FORMS OF BALLOTS, AND VOTING AND ELECTION PROCEDURES, (VI) APPROVING NOTICE OF NON-VOTING STATUS, (VII) FIXING VOTING, ELECTION, AND CONFIRMATION DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES (Dkt. #17187) (THE "REPLY").

   iii. FOURTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL., (Dkt. #17191) (THE "PLAN").

      iv. DISCLOSURE STATEMENT FOR THE FOURTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL., (Dkt. #17192) (THE "DISCLOSURE STATEMENT").

  b. The party who intends to appear is the group of creditors who are plaintiffs in certain cases under 42 U.S.C. 1983. The order of appearance will be as coordinated with Debtor and the appearance will be of 3 minutes.

  c. David Carrión Baralt, Esq. will speak on their behalf.

2. Attorney David Carrión Baralt will be available also to address any matters presented by any party and to respond to any questions from the Court.

WHEREFORE, the herein appearing party requests from the Honorable Court to take notice of the above provided information and to allow its participation in the Hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of July 2021.

        /s/ DAVID CARRION BARALT
        USDC PR 207214
        Attorney for PFZ Properties
        P.O. Box 364463
        San Juan, P.R. 00936-4463
        Tel. (787) 758-5050
        Fax. (787) 296-3434
        E-mail: davidcarrionb@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July 2021, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system, which will send a notification to all attorneys of record.

/s/ David Carrión Baralt
DAVID CARRION BARALT