# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

## AMENDED MOTION TO INFORM CHANGE OF LEGAL COUNSEL

**TO THE HONORABLE COURT:**

  **COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, very respectfully state, alleges and pray:

1. Up to this point, Suiza has been represented by Reichard & Escalera LLC in all matters related to the Title III petitions filed by the Commonwealth of Puerto Rico.

2. Suiza has decided to effect *a limited change in representation and will be represented by Godreau & González Law, LLC going forward in <u>all matters related to the approval of the Disclosure Statement, confirmation of the Plan of Adjustment and related proceedings</u>*.

3. Reichard & Escalera will continue to represent Suiza in all other matters.

4. That the physical address for Godreau & González Law is McLeary Street 1806, San Juan, Puerto Rico 00911; and the postal address PO Box 9024176, San Juan, Puerto Rico 00902-4176.

5. That attorney Rafael A. González Valiente will be lead counsel for the firm; the email address for attorney González Valiente is *rgv@g-glawpr.com*; and the telephone (787) 726-0077.

6. That from this day forward Reichard & Escalera, LLC, nor any of its attorneys, will no longer represent Suiza in relation to the approval of the Disclosure Statement, confirmation of the Plan of Adjustment and related proceedings.

**WHEREFORE**, it is requested from this Honorable Court to take note of the above; and relieve Reichard & Escalera from Suiza's legal representation in relation to the approval of the Disclosure Statement, confirmation of the Plan of Adjustment and related proceedings.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 8th, 2021.

By: */s/ Rafael A. González Valiente*
USDC NO. 225209

**Godreau & González Law, LLC**
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*

**REICHARD & ESCALERA, LLC**

*/s/ Rafael Escalera Rodríguez*
Rafael Escalera Rodríguez
USDC-PR No. 122609
*escalera@reichardescalera.com*

*/s/ Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714
*arizmendis@reichardescalera.com*

*/s/ Fernando Van Derdys*
Fernando Van Derdys
USDC-PR 201913
*fvander@reichardescalera.com*

*/s/ Alana Vizcarrondo-Santana*
Alana Vizcarrondo-Santana
USDC-PR No. 301614
*vizcarrondo@reichardescalera.com*

*/s/ Christopher A. Dávila*
Christopher A. Dávila
USDC-PR No. 304103
*cdavila@reichardescalera.com*

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888