UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283(LTS) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies:

(i) that on July 8, 2021 she electronically filed the following document using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case Nos. 17-BK-4780 and 17-BK-3283, which sent notification of such filing to all counsel of record participating in the CM/ECF system; and

(ii) that on same date she caused the following document to be served:

(a) on the Standard Parties and Affected Parties via the CM/ECF System;

(b) by email to all persons in attached Exhibit A as per the Master Service List of 17-BK-3283 as of July 7, 2021 ("Master Service List"), and

(c) by U.S Mail to all persons in attached Exhibit B as per the Master Service List and to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

      **CASE 17-3283: DKT. 17246** INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING APPEARANCE AT DISCLOSURE STATEMENT HEARING

Respectfully Submitted, in San Juan, Puerto Rico, on this 9th day of July 2021.

**RIVERA, TULLA AND FERRER, LLC**
*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438/Fax: (787)767-5784

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE