In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| A & E Group, Corp. | Attn: President or General Counsel | rebecabarnes@bufetebarnes.com |
| A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas | rburgos@adameslaw.com |
| Adm. Servicios Generales | Attn: President or General Counsel | finanzas@asg.pr.gov |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Perez Ochoa, Luis A. Oliver-Fraticelli, Alexandra Casellas-Cabrera | epo@amgprlaw.com<br>loliver@amgprlaw.com<br>acasellas@amgprlaw.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer | daniel.bustos@excelerateenergy.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini, Brad M. Kahn | idizengoff@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com<br>bkahn@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Thomas P. McLish, Scott M. Heimberg, Allison S. Thornton | tmclish@akingump.com<br>sheimberg@akingump.com<br>athornton@akingump.com |
| Aldarondo & López-Bras, P.S.C. | Attn: Ivan M. Castro Ortiz, Sheila J. Torres-Delgado, Claudio Aliff-Ortiz, Eliezer Aldarondo-Ortiz, David R. Rodríguez-Burns | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net |
| Alexandra Bigas Valedon | | alexandra.bigas@gmail.com |
| Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle | acasepr@gmail.com |
| Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo | ealmeida@almeidadavila.com<br>zdavila@almeidadavila.com<br>enrique.almeida@almeidadavila.com |
| American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz | jrivlin@afscme.org<br>tpaterson@afscme.org<br>martz@afscme.org |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| AmeriNat | Attn: Mark Fredericks, Francisco De Armas | mfredericks@amerinatls.com<br>fdearmas@ciacpr.com |
| Andrés L. Córdova | | acordova@juris.inter.edu |
| Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen, Jose L. Ramirez-Coll & Carolina V. Cabrera Bou | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com<br>ccabrera@amrclaw.com |
| Antonio Fuentes-González | | antoniofuentesgonzalez@yahoo.com |
| Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Arthur Samodovitz | | Arthursail@stny.rr.com |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | | asociacióngerencialescfse@gmail.com |
| Autonomous Municipality of Ponce | | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR,  LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas de PR,  LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com<br>gonzalo.alcalde@metropistas.com<br>yanira.belen@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com<br>gonzalo.alcalde@metropistas.com<br>yanira.belen@metropistas.com |
| Badillo Saatchi & Saatchi Inc. | Attn: President or General Counsel | orlando.gonzalez@publicisone.com |
| Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Bauza Brau Irizarry & Silva | Attn: Antonio Bauza-Santos, Guillermo J. Silva-Wiscovich | antonio.bauza@bioslawpr.com<br>gsilva@bioslawpr.com |
| Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | belkgrovas@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Bermúdez Díaz & Sánchez LLP | Attn: José J. Sánchez Vélez, Esq. & Reggie Diaz Hernandez, Esq. | jsanchez@bdslawpr.com<br>rdiaz@bdslawpr.com |
| Bobonis, Bobonis & Rodriguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás | cbg@bobonislaw.com<br>efl@bobonislaw.com |
| Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq. | sbest@brownrudnick.com<br>bchew@brownrudnick.com |
| Brown Rudnick LLP | Attn: Sunni P. Beville, Esq. | sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | jessica@bufete-emmanuelli.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com<br>remmanuelli@me.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno, Wendolyn Torres Rivera | rolando@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com<br>wendolyn@bufete-emmanuelli.com |
| Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda | mcrm100@msn.com |
| Butler Snow, LLP | Attn: Adam M. Langley, James E. Bailey III | adam.langley@butlersnow.com<br>jeb.bailey@butlersnow.com |
| Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com |
| Butler Snow, LLP | Attn: Martin Sosland, Esq. | martin.sosland@butlersnow.com<br>Chris.Maddux@butlersnow.com<br>Mitch.Carrington@butlersnow.com |
| Butler Snow, LLP | Attn: Stanford G. Ladner | stan.ladner@butlersnow.com |
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | condecarmen@condelaw.com<br>ls.valle@condelaw.com<br>notices@condelaw.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais, Nathan Bull, William J. Natbony, and Jaclyn A. Hall | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br>NATHAN.BULL@CWT.com<br>bill.natbony@cwt.com<br>jaclyn.hall@cwt.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | mark.ellenberg@cwt.com |
| Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq. | ioliver@ccsllp.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia, Carlos M. Rivera-Vicente | Adiaz@cnrd.com<br>Kbolanos@cnrd.com<br>avalencia@cnrd.com<br>crivera@cnr.law<br>angelvalencia@cnr.law |
| Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Cardona Jimenez | jf@cardonalaw.com |
| Caribbean Hospital Corporation | Attn: Dr. Sylvia Lourdes de la Peña | delapena.sylvia@gmail.com |
| Carla T. Rodríguez Bernier | | carla.rodriguezbernier@yahoo.com |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | | quilichinipazc@microjuris.com |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | calsina@prquiebra.com |
| Carlos E. Cardona-Fernández | | carloscardonafe@hotmail.com |
| Carlos E. Rivera-Justiniano | | lcdo.carlos.e.riverajustiniano@gmail.com |
| Carlos Fernandez-Nadal, Esq. | | carlosfernandez@cfnlaw.com |
| Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | carlosvergne@aol.com |
| Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com |
| Casillas, Santiago & Torres, LLC | Attn: Diana M. Batlle-Barasorda, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres | dbatlle@cstlawpr.com<br>emontull@cstlawpr.com<br>ltorres@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | Attn: Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | Attn: Luis F. Llach-Zúñiga | lllach@cstlawpr.com |
| Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | SwainDPRCorresp@nysd.uscourts.gov |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Charles A Curpill, PSC Law Office | Attn: Charles Alfred Cuprill, Carlos G. Garcia Miranda | cacuprill@cuprill.com<br>garciamirandalaw@gmail.com<br>cgarcia@garciariveralaw.com |
| Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | ccuprill@cuprill.com |
| Charlie Hernandez Law Offices | Attn: Charlie M. Hernández | charliehernandezlaw@gmail.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com |
| Choate, Hall & Stewart, LLP | Attn: Saige Jutras Oftedal & Douglas R. Gooding | softedal@choate.com<br>mbarulli@choate.com<br>jsantiago@choate.com<br>dgooding@choate.com |
| Cintron-Garcia Law | Attn: Carlos A. Cintron Garcia, Esq. | cintrongarcialaw@gmail.com |
| Cleary Gottlieb | Attn: Luke A Barefoot | lbarefoot@cgsh.com |
| Coalición de Organizaciones Anti Incineración, Inc. &  Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty | gmchg24@gmail.com |
| Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | eduardo@cobianroig.com |
| Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara | pdechiara@cwsny.com |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | fecolon@colonramirez.com |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | fecolon@colonramirez.com |
| Comité Diálogo Ambiental, Inc. | Attn: Víctor Alvarado | valvarados@gmail.com |
| Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz | ausubopr88@gmail.com |
| Constructora Santiago II, Corp. | Attn: Eng. José López | jlopez@constructorasantiago.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Cooley LLP | Attn: Reed A. Smith | reed.smith@cooley.com |
| Cordova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Cordova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@cordovadick.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@cordovadick.com |
| Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet, Sergio E. Criado & Rocío Del Mar Valentín Colón | ra@calopsc.com<br>scriado@calopsc.com<br>rvalentin@calopsc.com |
| Corretjer, L.L.C. | Attn: Eduardo J. Corrtejer Reyes | ejcr@corretjerlaw.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com<br>gar@crlawpr.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com<br>gar@crlawpr.com |
| Crufon Construction Corp | Attn: President or General Counsel | carlos.iguina@multinationalpr.com |
| Daniel Molina López, Esq. | | dmolinalaw@gmail.com |
| David Carrion Baralt | | davidcarrionb@aol.com |
| Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby | donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com<br>angela.libby@davispolk.com |
| De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Debevoise & Plimpton, LLP | Attn: Craig A. Bruens, Esq., & Elie J. Worenklein, Esq., Andrew Ceresney, Lisa Zornberg | cabruens@debevoise.com<br>eworenklein@debevoise.com<br>aceresney@debevoise.com<br>lzornberg@debevoise.com |
| Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor | allan.brilliant@dechert.com<br>yehuda.goor@dechert.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Dechert, LLP | Attn: G. Eric Brunstad, Jr. | eric.brunstad@dechert.com |
| Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |
| Del Valle Group Sp | Attn: President or General Counsel | rlatorre@delvallegroup.net |
| Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | hreynolds@delvallegroup.net |
| Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | afernandez@delgadofernandez.com |
| Delgado Miranda Law Offices, LLC | Attn: Briseida Y. Delgado-Miranda | delgadomirandalaw@gmail.com |
| Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov |
| Depto Trabajo Y Recursos Humanos | Attn: Edif. Prudencio Rivera Martinez | lypagan@trabajo.pr.gov |
| Despacho Juridico Ramos Luina LLC | Attn: Guillermo J Ramos Luina | gramlui@yahoo.com |
| Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | rcastellanos@devconlaw.com |
| Deya Elevator Service Inc | Attn: President or General Counsel | ventas@deya.com |
| Diaz & Vazquez Law Firm, P.S.C. | Attn: Katiuska Bolanos-Lugo | kbolanos@diazvaz.law |
| Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | diazsotolaw@gmail.com |
| Diego Corral González | Attn: Diego Corral González | corraldieg@gmail.com |
| DLA Piper (Puerto Rico) LLC | Attn: Mariana Muniz Lara | mariana.muniz@dlapiper.com |
| DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | jose.sosa@dlapiper.com |
| DLA Piper LLP (US) | Attn: Brett Ingerman | brett.ingerman@US.dlapiper.com |
| DLA Piper LLP (US) | Attn: Tomasita L. Sherer | tomasita.sherer@us.dlapiper.com |
| DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| Donna A. Maldonado-Rivera | | Donna.Maldonado@popular.com |

In re:  **The Commonwealth of Puerto Rico**, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Dr. Carlos Suarez Vazquez | | carloslsuarez@gmail.com |
| DRC Corporation | Attn: President or General Counsel | jfnevares-law@microjuris.com |
| Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan | edgardo_barreto@yahoo.com |
| Edgardo Muñoz, PSC | Attn: Edgardo Muñoz | emunozPSC@gmail.com |
| El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz | dortiz@elpuente.us |
| Elián N. Escalante De Jesús, Esq. | | elian.escalante@gmail.com |
| Environmental Protection Agency (EPA) | Attn: Michael S. Regan | Regan.Michael@epa.gov |
| Epstein Becker & Green, P.C. | Attn: Wendy G. Marcari | wmarcari@ebglaw.com |
| Estate of Carmen D. Jimenez Gandara | Attn: Carlos E. Torres | cetj@maaspr.com |
| Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria, Francisco A. Ojeda-Diez | agestrella@estrellallc.com<br>kcsuria@estrellallc.com<br>fojeda@estrellallc.com |
| Evertec Group LLC | Attn: President or General Counsel | Rafael.Echevarria@evertecinc.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco | robert.schnell@faegrebd.com<br>pjime@icepr.com |
| Federación de Maestros de Puerto Rico | | legal.fmpr@gmail.com |
| Fegan Scott LLC | Attn: Elizabeth A. Fegan | beth@feganscott.com |
| Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman | jfeldesman@FTLF.com |
| Félix J. Montañez-Miranda | | fmontanezmiran@yahoo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Fernández Cuyar Rovira & Plá LLC | Attn: Juan A. Cuyar Cobb | jcc@fccplawpr.com<br>jcc@fclawpr.com |
| Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Ferrari Law, PSC | Attn: Carla Ferrari-Lugo | ferraric@ferrarilawpr.com |
| Ferrovial Agroman, SA and Ferrovial Agroman, LLC | Attn: Eng. Nassin E. Tactuk Diná | n.tactuk@ferrovial.com |
| Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | figueroaymorgadelaw@yahoo.com |
| Foley & Lardner LLP | Attn: Michael J. Small | msmall@foley.com |
| Foley & Lardner LLP | Attn: Tamar Dolcourt | tdolcourt@foley.com |
| Fortuño Law | Attn: Juan C. Fortuño Fas | bkfilings@fortuno-law.com |
| Francisco González Law Office | Attn: Francisco R. González-Colón | bufetefrgonzalez@gmail.com |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | alex@fuenteslaw.com |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com |
| Garay Massey Law Office | Attn: Juan Carlos Garay Massey | juans@prtc.net |
| Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana | ifullana@gaflegal.com |
| Genesis Security Services Inc | Attn: President or General Counsel | contact@genesissecuritypr.com |
| Genovese Joblove & Battista, P.A. | Attn: John H. Genovese, Mariaelena Gayo-Guitian, Jesus M. Suarez, John Arrastia | jgenovese@gjb-law.com<br>mguitian@gjb-law.com<br>jsuarez@gjb-law.com<br>jarrastia@gjb-law.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq. | jlgere@gmail.com |
| Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini | courtneyrcarroll@gierbolinicarroll.com<br>miguelgierbolini@gierbolinicarroll.com |
| Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| González López & López Adames LLC | Attn: Marie Elsie López Adames | marielopad@gmail.com |
| Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | Jnieves@gonzalezmunozlaw.com |
| Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brown | bpastuszenski@goodwinlaw.com<br>cbrown@goodwinlaw.com |
| Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com |
| Guillermo Ramos Luiña | | gramlui@yahoo.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez | MARKV@HBSSLAW.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com |
| HALS, PSC | Attn: Yarymar González Carrasquillo | ygc@rclopr.com<br>ygc1@prtc.net |
| Harry Anduze Montano | | handuze@microjuris.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño | jmoralesb@microjuris.com<br>corraldieg@gmail.com |
| Hector Figueroa Vincenty | | QUIEBRAS@ELBUFETEDELPUEBLO.com |
| Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | hernandezrodriguezlaw@gmail.com |
| Hernandez-Oharriz & Santiago, P.S.C. | Attn: Edgardo José Hernández Ohárriz | ehernandez@lawservicespr.com |
| Hogan Lovells US, LLP | Attn: Robin E. Keller, Ronald J. Silverman, Michael C Hefter, Sara Posner | robin.keller@hoganlovells.com<br>ronald.silverman@hoganlovells.com<br>michael.hefter@hoganlovells.com<br>sara.posner@hoganlovells.com |
| Holland & Knight, LLP | Attn: Jesús E. Cuza | jesus.cuza@hklaw.com |
| Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León | | mvega@senado.pr.gov |
| Hunton Andrews Kurth LLP | Attn: Robert A. Rich, Esq. | rrich2@huntonak.com |
| Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila, Jose M Vazquez Lozada | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com<br>Jose.vazquez@indianowilliams.com |
| Integrand Assurance Company | | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Insolvency Unit | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov |
| Ismael Marrero Rolon | Attn: Jane Becker Whitaker | janebeckerwhitaker@gmail.com |
| Ismael Vincenty Perez | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Israel Roldán González & Isis Aimée Roldán Márquez | | irg@roldanlawpr.com<br>irm@roldanlawpr.com |
| James Law Offices | Attn: Glenn Carl James | glenncarljameslawoffices@gmail.com |
| Jean Philip Gauthier Law Office | Attn: Jean Philip Gauthier | JPGLaw@outlook.com |
| Jean Philip Gauthier Law Office | Attn: Jean Philip Gauthier | JPGLaw@outlook.com |
| Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege | mroot@jenner.com<br>csteege@jenner.com |
| Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff, Catherine Steege | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>csteege@jenner.com |
| Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado | info@jesusriveradelgado.com |
| Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales | rrivera@jgl.com<br>apico@jgl.com |
| Jiminez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | rrivera@jgl.com |
| JLG Consulting Engineering, P.S.C. | Attn: President or General Counsel | jlg@joselgarcia.com |
| Jones Day | Attn: Benjamin Rosenblum, James M. Gross | brosenblum@jonesday.com<br>jgross@jonesday.com |
| Jones Day | Attn: Beth Heifetz, Christopher J. DiPompeo | bheifetz@jonesday.com<br>cdipompeo@jonesday.com |
| Jones Day | Attn: Bruce Bennett | bbennett@jonesday.com |
| Jones Day | Attn: Isel M. Perez | iperez@jonesday.com |
| Jones Day | Attn: James A. Reeder, Jr. | jareeder@jonesday.com |
| Jorge Luis Guerrero-Calderon | | tuttieguerrero@yahoo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Jorge P. Sala Colon | | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| Jose W. Cartagena | | jwc@jwcartagena.com |
| JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman | riveraroman@hotmail.com |
| JRJ Consultants & Legal Advisors, LLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com |
| Juan A. Hernández Rivera, Esq. | | juan@jahrlaw.com |
| Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás | jsoto@jbsblaw.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com |
| Kane Russell Coleman Logan PC | Attn: Paul J. Hammer | phammer@krcl.com |
| Karimar Construction Inc | Attn: President or General Counsel | jesther27@aol.com<br>santos.giancarlo@gmail.com |
| Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com |
| Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Trevor J. Welch | AGlenn@kasowitz.com<br>SSchmidt@kasowitz.com<br>TWelch@kasowitz.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey, Esq., Ryan M. Billings, Esq. | swisotzkey@kmksc.com<br>rbillings@kmksc.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| KPMG, LLC | Attn: Angel Perez & Luisette Negron | aperez@kpmg.com<br>Lnegron@kpmg.com |
| Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer,  David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>boneill@kramerlevin.com |
| Landrau Rivera & Assoc. | Attn: Noemí Landrau Rivera | nlandrau@landraulaw.com |
| Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris | adam.goldberg@lw.com<br>liza.burton@lw.com<br>christopher.harris@lw.com |
| Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Michael J. Reiss, Esq. | jeff.bjork@lw.com<br>michael.reiss@lw.com |
| Latham & Watkins LLP | Attn: Michael J. Reiss | michael.reiss@lw.com |
| Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Law Office Aníbal Acevedo-Vilá | Attn: Aníbal Acevedo-Vilá | acevedovila1@gmail.com |
| Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com |
| Law Offices of Herrero III & Associates, P.S.C | Attn: Ismael Herrero III | herreroiLLL@herrerolaw.com |
| Law Offices of Jane Becker Whitaker | Attn: Jane Becker Whitake | janebeckerwhitaker@yahoo.com |
| Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |
| Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com |
| Lcdo. Norberto Colón Alvarado | Attn: Norberto Colón Alvarado | norbertocolonalvarado@yahoo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Ledesma & Vargas, LLC | Attn: Fransheska Pabón López | fpabon@lvvlaw.com |
| Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | rrodriguez@juris.inter.edu |
| Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | abhishek.kalra@lehmanholdings.com |
| Lemuel Negrón Colón | | lemuel.law@gmail.com |
| Lex Services PSC | Attn: Ivan Diaz Lopez | ivandialo2001@yahoo.com |
| Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | alinares2020@yahoo.com |
| Loomis Legal | Attn: Kendra Loomis | loomislegal@gmail.co |
| López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez | alavergne@lsplawpr.com |
| López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | jsanchez@lsplawpr.com alavergne@lsplawpr.com |
| Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | wlugo@lugomender.com |
| Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | lawlugo1@gmail.com |
| Luis Fred Salgado, Esq. | | luisfredsalgado@hotmail.com |
| Luis Vega Ramo | | vegaramosluis@gmail.com |
| LUMA Energy ServCo, LLC | Wayne Stensby as Chief Executive Director and President | |
| M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero | jorge@mlrelaw.com emil@mlrelaw.com |
| Mapfre-Praico Insurance Company | Attn: President or General Counsel | rdesoto@mapfrepr.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco | marianifrancolaw@gmail.com |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa, Vanessa Medina-Romero, José Negrón-Fernández | jnegron@mhlex.com<br>rsantiago@mhlex.com |
| Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero, Esq., Iván Garau-González, Esq., Valerie M. Blay-Soler | lmarini@mpmlawpr.com<br>cvelaz@mpmlawpr.com<br>igarau@mpmlawpr.com<br>vblay@mpmlawpr.com |
| Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | Attn: Roberto Lefranc Morales & Francisco J. Ramos Martinez | rlm@martilaw.com<br>jnazario@martilaw.com<br>fjramos@martilaw.com<br>jnazario@martilaw.com |
| Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq., William Z. Pentelovitch & John T. Duffey | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com<br>bill.pentelovitch@maslon.com<br>john.duffey@maslon.com |
| Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com |
| Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci | julia.mignuccisanchez@gmail.com |
| McConnell Valdes LLC | Attn: Leslie Y. Flores-Rodriguez, Esq. | lfr@mcvpr.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Alejandro J. Cepeda-Diaz & Eduardo A. Zayas-Marxuach Roberto C. Quiñones-Rivera, Esq. | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com<br>ajc@mcvpr.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Eduardo A. Zayas-Marxuach, Alejandro J. Cepeda-Diaz & Roberto C. Quiñones-Rivera, Esq., Myrgia M. Palacios-Cabrera, Esq. | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com<br>ajc@mcvpr.com<br>MPC@mcvpr.com |
| MCD Law, LLC | Attn: Hernando A. Rivera | harlawpr@gmail.com |
| McDermott Will and Emery | Attn: Brandon Q. White, Esq, Nathan Coco, Esq. | bqwhite@mwe.com<br>ncoco@mwe.com |
| McGuire Woods, LLC | Attn: Aaron G. McCollough | amccollough@mcguirewoods.com |
| McGuire Woods, LLC | Attn: E Andrew Southerling | asoutherling@mcguirewoods.com |
| McGuirewoods LLP | Attn: John J. Feliciano-Acosta | jfelicianoacosta@mcguirewoods.com |
| Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com |
| Milbank LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland, John J. Hughes, III, Jonathan Ohring | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br>johring@milbank.com |
| Miriam Sanchez Lebron | | sanchez.lebron501@gmail.com |
| Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell; Ricardo R. Lozada-Franco | dmonserrate@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com |
| Moore & Van Allen PLLC | Attn: Luis M. Lluberas | luislluberas@mvalaw.com |
| Morell, Cartagena & Dapena | Attn: Ramón E. Dapena | ramon.dapena@mbcdlaw.com |
| Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez and Ivan J Llado | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez, and Ivan J Llado | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com |
| Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, David L. Lawton, Shannon B. Wolf | kurt.mayr@morganlewis.com<br>david.lawton@morganlewis.com<br>shannon.wolf@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri | rachel.mauceri@morganlewis.com |
| Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee | JPeck@mofo.com<br>GLee@mofo.com |
| Morrison & Foerster LLP | Attn: James M. Peck, Gary S. Lee, James A. Newton, Lena H. Hughes, Andrew R. Kissner | jpeck@mofo.com<br>glee@mofo.com<br>jnewton@mofo.com<br>lhughes@mofo.com<br>akissner@mofo.com |
| Morrison & Foerster LLP | Attn: Joseph R. Palmore | jpalmore@mofo.com |
| Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | |
| Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | jbrugue@mbbclawyers.com |
| Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | man@nblawpr.com |
| Nelson Robles-Diaz Law Offices, P.S.C. | Attn: Nelson Robles-Díaz | nroblesdiaz@gmail.com |
| Nevares, Sanchez-Alvarez & Cancel PSC | Attn: Andres R. Nevares, Lemuel Cancel, Isabel M. Fullana | info@NSACLAW.com<br>anevares@nsaclaw.com<br>lcancel@nsaclaw.com<br>ifullana@gaflegal.com |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, & Carla García Benítez | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com<br>gabriel.miranda@oneillborges.com |
| Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres; Nino F Rivera Hernandez | ldelacruz@oeg.pr.gov |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq. | l.ortizsegura@ploolaw.com |
| Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | lawrog@gmail.com |
| O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com<br>apavel@omm.com |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzane Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., William J. Sushon,  Maria J. DiConza, Esq. | jrapisardi@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com<br>mdiconza@omm.com<br>wsushon@omm.com |
| O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com |
| O'Melveny & Myers, LLP | Attn: Madhu Pocha | mpocha@omm.com |
| O'Melveny & Myers, LLP | Attn: Peter Friedman | pfriedman@omm.com |
| O'Neill & Borges LLC | Attn: Paula A. González | paula.gonzalez@oneillborges.com |
| Oppenheimerfunds Inc. | | |
| Orlando Fernández Law Offices | Attn: Orlando Fernández | ofernandez@oflawoffice.com |
| Orlando Ortiz-Cintron, Esq. | | orlando1701@gmail.com |
| Oronoz & Oronoz | Attn: Mario M. Oronoz Rodríguez | mmo@oronozlaw.com |
| Orrick, Herrington & Sutcliffe, LLP | Attn: Tiffany Rowe | TRowe@orrick.com |
| Oscar Gonzalez Badillo | | gonzalezbadillo@gmail.com |
| Osvaldo Toledo Martinez, Esq. | | toledo.bankruptcy@gmail.com |
| Otero and Associates | Attn: George Otero Calero | Otero_and_assoc@hotmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pattern Energy Group Inc. | Attn: General Counsel | daniel.elkort@patternenergy.com |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Paul Hastings, LLP | Attn: Nicholas Bassett | nicholasbassett@paulhastings.com |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com<br>rrosen@paulweiss.com<br>wrieman@paulweiss.com<br>kkimpler@paulweiss.com<br>kzeituni@paulweiss.com |
| Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Peaje Investments, LLC | National Corporate Research, Ltd. | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez | | pevarfon@gmail.com |
| Pedro Nicot Santana, Esq. | | pedronicot@gmail.com |
| Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com |
| Perkins Coie LLP | Attn: Gary F. Eisenberg | geisenberg@perkinscoie.com |
| Peter C Hein, Pro Se | Attn: Peter C Hein | petercheinsr@gmail.com |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | adtoro@pico-blanco.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com |
| Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández | oramos@pmalaw.com mtrelles@pmalaw.com |
| PLC Law | Attn: Luis R. Ramos-Cartagena | lramos@plclawpr.com |
| Plumbing & Sewer Cleaning Rus Corp. | Attn: President or General Counsel | bjquintana@quintanapr.com |
| Polymer Industries Inc | Attn: President or General Counsel | erovira@polymerpr.com |
| Populicom, Inc. | Attn: President or General Counsel | gpaz@populicom.com |
| Prime Clerk, LLC | Attn: Christopher Schepper | puertoricoteam@primeclerk.com serviceqa@primeclerk.com |
| Proskauer Rose, LLP | Attn: Guy Brenner, Colin Kass, & M. Rina Kim | gbrenner@proskauer.com ckass@proskauer.com rkim@proskauer.com |
| Proskauer Rose, LLP | Attn: Jennifer L. Jones | jljones@proskauer.com |
| Proskauer Rose, LLP | Attn: Margaret A. Dale | mdale@proskauer.com |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Margaret A. Dale, Mark Harris | mbienenstock@proskauer.com ppossinger@proskauer.com ebarak@proskauer.com sratner@proskauer.com tmungovan@proskauer.com bbobroff@proskauer.com mfirestein@proskauer.com lrappaport@proskauer.com cfebus@proskauer.com kperra@proskauer.com jerichman@proskauer.com jalonzo@proskauer.com JLevitan@proskauer.com BRosen@proskauer.com dmunkittrick@proskauer.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen, Laura E. Stafford | wdalsen@proskauer.com<br>MHackett@proskauer.com<br>lstafford@proskauer.com |
| Proskauer Rose, LLP | Attn: Paul V. Possinger | ppossinger@proskauer.com |
| Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport, Michael A. Firestein | sweise@proskauer.com<br>LRappaport@proskauer.com<br>mfirestein@proskauer.com |
| Prosol-Utier | | prosol@utier.org |
| PRV Law Office | Attn: Paúl A. Rodríguez Vélez | prodriguez@prvlaw.com |
| Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown | penagaricanobrownusdc@gmail.com |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S. Yassin, Christian Sobrino Vega, Carlos Saavedra, Esq., Rocío Valentin, Esq. | Carlos.Saavedra@aafaf.pr.gov<br>Rocio.Valentin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | fsilva@claropr.com |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Zachary Russell, Matthew Scheck, K. John Shaffer | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| Quinones Arbona Candelario PSC | Attn: Victor D Candelario Vega | vcandelario@qaclaw.com |
| Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | damarisqv@bufetequinones.com |
| Rafael A. Ortiz-Mendoza | | rafael.ortiz.mendoza@gmail.com |
| Ramon Torres Rodriguez, Esq. | | rtorres@torresrodlaw.com |
| Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González | rgtolaw@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González, Yolanda V. Toyos Olascoaga | rgtolaw@gmail.com<br>ytoyos@ramostoyoslaw.com |
| RB Law Offices | Attn: Enid S. Rodriguez-Binet | erb@rodriguezbinetlaw.com |
| Reed Smith, LLP | Attn: Claudia Springer | cspringer@reedsmith.com |
| Reed Smith, LLP | Attn: David M. Schlecker | dschlecker@reedsmith.com |
| Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| Reed Smith, LLP | Attn: Luke A. Sizemore, and Jared S. Roach | lsizemore@reedsmith.com<br>jroach@reedsmith.com |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | vizcarrondo@reichardescalera.com |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | vizcarrondo@reichardescalera.com |
| Reichard & Escalera, LLC | Attn: Rafael Escalera Rodríguez, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Christopher A. Davila | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>vizcarrondo@reichardescalera.com<br>fvander@reichardescalera.com<br>riverac@reichardescalera.com<br>cdavila@reichardescalera.com |
| Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta | iacosta@renocavanaugh.com |
| Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington | tpennington@renocavanaugh.com |
| ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro | maria.baco@msn.com |
| Rexach & Picó, CSP | Attn: Maria E. Picó | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach | prcr@mcvpr.com |
| Rhonda M. Castillo Gammill | | rhoncat@netscape.net |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Ricardo L. Castillo Filippetti, Esq. | | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Ricardo L. Ortiz-Colón, Esq. | | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Richards Kibbe & Orbe LLP | Attn: Lee S. Richards III, Daniel C. Zinman, Paul J. Devlin | lrichards@rkollp.com<br>dzinman@rkollp.com<br>pdevlin@rkollp.com |
| Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach | nrickenbach@rickenbachpr.com |
| Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com |
| Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Gary A. Orseck, Kathryn S. Zecca, Donald Burke & Joshua S. Bolian | lrobbins@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>dburke@robbinsrussell.com<br>jbolian@robbinsrussell.com |
| Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves | romn1960@gmail.com |
| Roberto Quiles | | estudiolegalrivera2@gmail.com |
| Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | buzz.rochelle@romclaw.com<br>kdm@romclaw.com |
| Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach | mrm@rmlawpr.com |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel Rodríguez Marxuach | mrm@rmlawpr.com |
| Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier | Douglas.Hallward-Driemeier@ropesgray.com |
| Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan | Keith.Wofford@ropesgray.com<br>Daniel.Egan@ropesgray.com |
| Rosendo E. Miranda López, Esq. | | r.miranda@rmirandalex.net |
| RPP Law, PSC | Attn: Roberto L. Prats, Esq. | rprats@rpplaw.com |
| Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. | carlos.lugo@saldanalaw.com<br>hector.saldana@saldanalaw.com |
| Saldaña, Carvajal & Vélez Rivé, P.S.C. | Attn: Luis N. Saldaña-Román & Ángel E. Rotger-Sabat | lsaldana@scvrlaw.com<br>arotger@scvrlaw.com |
| Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq. | jsanchez@scvrlaw.com |
| Salichs Pou & Associates, PSC | Attn: Juan C. Salichs | jsalichs@splawpr.com |
| Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Jaime L. Sanabria Montanez | avb@sbgblaw.com<br>avb@sbgblaw.com<br>jsanabria@sbgblaw.com<br>jdavila@sbgblaw.com |
| Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez | gviviani@sanpir.com<br>jreyes@sanpir.com<br>jsanchez@sanpir.com<br>alavergne@sanpir.com |
| Santi Law Office | Attn: Jose Angel Santini Bonilla | santilawoffice@yahoo.com |
| Santos Berrios Law Offices LLC | Attn: Juan A Santos-Berrios | santosberriosbk@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sarlaw LLC | Attn: Sergio A. Ramirez de Arellano | sramirez@sarlaw.com |
| Schulte Roth & Zabel LLC | Attn: Douglas Mintz Peter Amend | douglas.mintz@srz.com<br>peter.amend@srz.com |
| Schulte Roth & Zabel LLC | Attn: Michael L. Cook | michael.cook@srz.com |
| Scotiabank de Puerto Rico | | Roy.purcell@scotiabank.com |
| Scotiabank de Puerto Rico | | Rgf@mcvpr.com<br>Roy.purcell@scotiabank.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com |
| Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Aurivette Deliz Delgado, & Albéniz Couret Fuentes | emaldonado@smlawpr.com<br>acouret@smlawpr.com<br>adeliz@smlawpr.com<br>jsantos@smlawpr.com |
| Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | acouret@smlawpr.com<br>jsantos@smlawpr.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick | FSosnick@Shearman.com |
| Sheppard Mullin Richter & Hampton LLP | Attn: Lawrence A. Larose, Nirav Bhatt | LLarose@sheppardmullin.com<br>NBhatt@sheppardmullin.com |
| Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie | goplerud@sagwlaw.com<br>howie@sagwlaw.com |
| Sierra Club Puerto Rico, Inc. | Attn: José Menéndez | jmenen6666@gmail.com |
| Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman, Nicholas Baker | bfriedman@stblaw.com<br>nbaker@stblaw.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum | jyoungwood@stblaw.com<br>david.elbaum@stblaw.com |
| Sistema de Retiro AEE | | MARIAE.HERNANDEZ@prepa.com |
| Sistema de Retiro AEE | | MARIAE.HERNANDEZ@prepa.com<br>carmen.herrero@prepa.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Mark A. McDermott, Bram A. Strochlic, & Shana Elberg | mark.mcdermott@skadden.com<br>Bram.Strochlic@skadden.com<br>Shana.Elberg@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq | Paul.lockwood@skadden.com |
| Sky High Elevators Corp | Attn: President or General Counsel | skyhighelevators@gmail.com |
| Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | pglassman@sycr.com |
| Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman | cmechling@stroock.com<br>smillman@stroock.com |
| Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield | cmechling@stroock.com<br>smillman@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com |
| Susman Godfrey LLP | Attn: Alex Kaplan, Michael C. Kelso, Neal Manne, Krisina Zuñiga | akaplan@susmangodfrey.com<br>mkelso@susmangodfrey.com<br>nmanne@susmangodfrey.com<br>kzuniga@susmangodfrey.com |
| Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com |
| Tanaira Padilla-Rodríguez | | tanairapadilla@yahoo.com |
| Target Engineering S E | Attn: President or General Counsel | rebecabarnes@bufetebarnes.com |
| TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Saultoledo22@yahoo.com |
| The Bank of Nova Scotia | Attn: Luis Pablo Bautista | luis.bautista@scotiabank.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| The Collateral Monitor | Attn: Matthew Cantor | Mcantor4@mac.com |
| The Collateral Monitor | Attn: Richard Katz | rich.katz@torquepointllc.com |
| The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq. | rfc@thefinancialattorneys.com |
| The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | andres@awllaw.com |
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| TransCore Atlantic, Inc. | Attn: President or General Counsel | Paula.Flowers@TransCore.com |
| U.S. Department of Justice, Civil Division | Attn: Laura Hunt, and Rebecca M. Curti-Kohart | rebecca.cutri-kohart@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Rebecca Curti-Kohart | rebecca.cutri-kohart@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | Thomas.g.ward@usdoj.gov |
| Ubarri & Roman Law Office | Attn: David W. Roman | doman@ubarri-romanlaw.com |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | | unionecfse@yahoo.com |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | migade19@hotmail.com<br>jaimeenriquecruzalvarez@gmail.com |
| United States Attorney for the Southern District of New York | Attn: Christopher Connolly | christopher.connolly@usdoj.gov |
| United States Department of Justice | Attn: Bradley Humphreys | Bradley.Humphreys@usdoj.gov |
| United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | velez.hector@epa.gov |
| United States Department of Justice | Attn: Mark A. Gallagher | mark.gallagher@usdoj.gov |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| United States Department of Justice Civil Division | Attn: Matthew J. Troy, Stephen M. Pezzi | matthew.troy@usdoj.gov<br><br>stephen.pezzi@usdoj.gov |
| United States Department of Justice Civil Division | Attn: Matthew J. Troy, Stephen M. Pezzi | matthew.troy@usdoj.gov<br><br>stephen.pezzi@usdoj.gov |
| United States District Court, District of Massachusetts | Attn: Magistrate Judge Judith G. Dein | deindprcorresp@mad.uscourts.gov |
| Universal Insurance Company | Attn: Roberto Del Toro Morales | rtoro@universalpr.com |
| US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Nancy J. Gargula | USTP.Region21@usdoj.gov |
| Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz | hvaldes@v-olaw.com |
| Valenzuela-Alvarado, LLC | Attn: José Enrico Valenzuela-Alvarado | jeva@valenzuelalaw.net<br>jose.enrico.valenzuela1@gmail.com |
| Vanessa Hernández Rodríguez | Attn: Vanessa Hernández Rodríguez | hernandezrodriguez.v@gmail.com |
| Veronica Ferraiuoli Hornedo | | vero@ferraiuoli.pr |
| Vicente & Cuebas | Attn: Harold D. Vicente | hvicente@vclawpr.com |
| Víctor Calderón Cestero | | victor@calderon-law.com |
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | rcruz@vnblegal.com |
| Vilariño & Associates LLC | Attn: Javier Vilariño | jvilarino@vilarinolaw.com |
| Vilariño & Associates LLC | Attn: Javier Vilariño, Esq. | jvilarino@vilarinolaw.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq. | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>AKHerring@wlrk.com |
| Weil, Gotshal & Manges, LLP | Attn: Kelly Diblasi, Robert Berezin, Todd Larson, Gabriel A. Morgan, Jonathan D. Polkes, & Gregory Silbert | kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com |
| Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |
| White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| White & Case, LLP | Attn: John K. Cunningham, Jason N. Zakia, Fernando de la Hoz, Cheryl Tedeschi Sloane, & Jesse Green | jzakia@whitecase.com<br>jcunningham@whitecase.com<br>fdelahoz@whitecase.com<br>csloane@whitecase.com<br>jgreen@whitecase.com |
| Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno | wilbert_lopez@yahoo.com |
| William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | william.m.vidal@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Exhibit A

Case No. 17-03283 (LTS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| William Santiago-Sastre | | wssbankruptcy@gmail.com |
| William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil | mstancil@willkie.com |
| Winston & Strawn LLP | Attn: Carrie V. Hardman | chardman@winston.com |
| Winston & Strawn LLP | Attn: Joseph L. Motto | jmotto@winston.com |
| Winston & Strawn LLP | Attn: Leo F. Delgado | ldelgado@winston.com |
| Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | JLawlor@wmd-law.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, Michael S. Neiburg | jpatton@ycst.com<br>rbrady@ycst.com<br>mneiburg@ycst.com |