# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING EXHIBITS IN CONNECTION WITH THE DISCLOSURE STATEMENT HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to paragraph 8 of the Court's *Order Regarding Procedures for Disclosure Statement Hearing* [Case No. 17-3283, ECF No. 17210] (the "Procedures Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and collectively with the Commonwealth and ERS, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PROMESA"),[2] respectfully submits this informative motion regarding exhibits that the Oversight Board may present at the July 13, 2021 hearing (the "Disclosure Statement Hearing") on the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [Case No. 17-3283, ECF No. 16756] (the "Disclosure Statement and Solicitation Procedures Motion") and the *Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Case No. 17-3283, ECF No. 16757] (the "Confirmation Procedures Motion"). The Oversight Board respectfully states as follows:

1. Pursuant to Paragraph 8 of the Procedures Order, attached hereto as Exhibit A is the Oversight Board's compiled PDF exhibit for use at the Disclosure Statement Hearing in connection with the Disclosure Statement and Solicitation Procedures Motion and the Confirmation Procedures Motion. The compiled PDF exhibit consists of (a) Oversight Board Exhibit 1 [Debtors' Omnibus Reply Charts to Objections to the Disclosure Statement and Solicitation Procedures Motion] in connection with the Disclosure Statement and Solicitation Procedures Motion; (b) Oversight Board Exhibit 2 [Debtors' Omnibus Reply Chart to Objections

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

2

to Confirmation Procedures Motion] in connection with the Confirmation Procedures Motion; and (c) Oversight Board Demonstrative Exhibit 1 [Revised Proposed Discovery Deadlines] in connection with the Confirmation Procedures Motion.

2. The following is a list of the Oversight Board's exhibits in the compiled PDF:

| **Oversight Board Exhibit 1** |
| --- |
| Debtors' Omnibus Reply Charts to Objections to the Disclosure Statement and Solicitation Procedures Motion, ECF No. 17187, Exhibit A in Case No. 17-3283<br><br>There are no known objections to the use of Oversight Board Exhibit 1. |
| **Oversight Board Exhibit 2** |
| Debtors' Omnibus Reply Chart to Objections to Confirmation Procedures Motion, ECF No. 17189, Appendix A in Case No. 17-3283<br><br>There are no known objections to the use of Oversight Board Exhibit 2. |
| **Oversight Board Demonstrative Exhibit 1** |
| Revised Proposed Discovery Deadlines<br><br>There are no known objections to the use of Oversight Board Demonstrative Exhibit 1. |

3. The Oversight Board continues to rely on the entirety of its written submissions on the Disclosure Statement and Solicitation Procedures Motion and the Confirmation Procedures Motion and reserves the right to refer to them at the Hearing.

*[Remainder of Page Intentionally Left Blank]*

3

<table>
<tr><td>Dated: July 9, 2021<br>San Juan, Puerto Rico</td><td>Respectfully submitted,<br><br>/s/ Martin J. Bienenstock<br>Martin J. Bienenstock<br>Brian S. Rosen<br>(Admission pro hac vice)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*</td></tr>
</table>