UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

| | | |
|---|---|---|
| The Financial Oversight And Management Board for Puerto Rico | * | PROMESA Title III |
| | * | |
| as representative of | * | No. 17 BK 328-LTS |
| The Commonwealth of Puerto Rico, et | * | |

OPOSICION A LA TRICENTESIMA CUADRAGESIMA QUINTA OBJECION GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES ERRONEAMENTE CLASIFICADAS

A la atención de su señoría, Juez del Tribunal de Distrito de los Estados Unidos, Laura Taylor Swain:

Gisela Vázquez Rodríguez, por conducto de su abogado, Lcdo. Carlos I. León Camacho, radica esta Oposición a la tricentésima cuadragésima quinta objeción global

1. Hemos recibido la objeción reclamando se reclasifiquen ciertas reclamaciones. Específicamente se solicita reclasificar la reclamación número 34338 de Gisela Vázquez Rodríguez de una garantizada a una no garantizada. El fundamento para la petición de reclasificación obedece a que la reclamante omitió presentar pruebas evidentes para aportar un reclamo asegurado.

2. En este caso el Honorable Tribunal de Primera Instancia Sala de Bayamón, en el caso DAC2014-0647 emitió Sentencia ordenando al Estado Libre Asociado el pago del valor de tasación de cierto vehículo confiscado o la devolución del vehículo. Ordenó además el tribunal, el pago del interés legal prevaleciente de conformidad con las Reglas de Procedimiento Civil.

3. Dicha sentencia constituye prueba evidente para apoyar un reclamo asegurado.

4. En vista de lo anterior, nos oponemos a la reclasificación de la reclamación número 34338 a favor de Gisela Vázquez Rodríguez, de una garantizada a una no garantizada.

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal declare HA LUGAR la presente Moción y conceda todas las provisiones en ella rogadas.

RESPETUOSAMENTE SOMETIDO.

Certifico: haber enviado copia a: Lcdo. Herman D. Bauer, Lcda. Carla García Benítez, Lcdo. Gabriel A. Miranda, Bufete Oneill & Borges LLC, 250 Avenida Muñoz Rivera, local 800, San Juan, PR 00918-1813 y a Lcdo. Martin J. Bienenstock, Lcdo. Brian S. Rosen, PROSKAUER ROSE LLP, Eleven Times Square, New York, NY 10036.

En Toa Alta, Puerto Rico hoy 29 de junio de 2021.

*Carlos I. León Camacho*
Carlos I. León Camacho
RUA 12613
Jardines de Toa Alta #47
Toa Alta, Puerto Rico 00953
Tel. (787) 870-8009
cleonabogado@hotmail.com