UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

SUPPLEMENTAL ORDER REGARDING PARTICIPATION OF
PRO SE PARTIES AT THE HEARING SCHEDULED FOR JULY 13, 2021

The Court has received and reviewed the *Status Report of the Financial Oversight and Management Board for Puerto Rico in Connection with Pro Se Parties' Participation at the Hearing Scheduled for July 13, 2021* (Docket Entry No. 17230 in Case No. 17-3283, the "Status Report")[2] filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Oversight Board is directed to contact[3] the Pro Se Objecting Parties

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the *Order Regarding Participation of Pro Se Parties at the Hearing Scheduled for July 13, 2021* (Docket Entry No. 17183 in Case No. 17-3283).

[3] To the extent that any Pro Se Objecting Party's objection does not provide a telephone number or email address, the Oversight Board is directed to consult reasonably available sources of such information including, without limitation, proofs of claim filed by the Pro Se Objecting Parties.

that have expressed their intention to appear at the Hearing (as identified in the Status Report, including any that have not yet responded), to notify them that they should arrive at the Clemente Ruiz Nazario United States Courthouse (the "Courthouse") at **1:00 p.m.** on **July 13, 2021 (Atlantic Standard Time)**, to check in for the Hearing, which will recommence at approximately **2:00 p.m.**

Only the certified interpreter, the Pro Se Objecting Parties who have expressed an intention to appear at the Courthouse, and an attorney for the Oversight Board will be permitted to attend the Hearing at the Courthouse. Members of the public and press will be able to listen to the proceedings telephonically. All individuals present at the Courthouse for the Hearing must comply with the District of Puerto Rico's COVID-19 protocols.

SO ORDERED.

Dated: July 9, 2021

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge