TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| Zobeida Aponte Colón | PROMESA |
| 11120 Hacienda El Semil | Título III |
| Villalba, P.R. 00766 | Núm. 17 BK 3283-LTS |
| Tel. 787-466-9214 | No. De Reclamación **81072** |
| zobeidaaponte@gmail.com | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $ 100.00 mensuales.

Este aumento nunca se pagó.

Durante el termino de esa ley (1984-2002) yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 19 años a $1,200.00 por año, lo que representa $22,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

Cantidad adeudada estimada: $ 22,800.00

*[signature]*
Zobeida Aponte Colón

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

Zobeida Aponte Colón
11120 Hacienda El Semil
Villalba, P.R. 00766
Tel. 787-466-9214
zobeidaaponte@gmail.com

PROMESA
Título III
Núm. 17 BK 3283-LTS
No. De Reclamación **81072**

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DE 27 DE JULIO DE 1998. LA LEY 180 ESTABLE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA 3 AÑOS POR EL AUMENTO DEL COSTO DE LA VIDA.

EL DINERO SE ME ADUEDA DESDE EL AÑO 2016 CUANDO COMENCÉ A RECIBIR LA PENSION HASTA EL PRESENTE 2019. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HON. TRIBUNAL NO DEBA DECLARAR A LUGAR LA OBJECIÓN GLOBAL EN RELACIÓN A MI RECLAMO.

*Zobeida Aponte Colón*
Zobeida Aponte Colón



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

ZOBEIDA APONTE COLON

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRA DE ESCUELA ELEMENTAL

ELEMENTARY SCHOOL TEACHER

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el    21 de mayo    de 19 98
*Issued on*    May 21,    19 98

Dado en San Juan de Puerto Rico, el    8 de diciembre    de 19 98
*Given at San Juan, Puerto Rico on*    December 8,    19 98

COMISION DEL CENTENARIO PUERTO RICO 100
ESTADOS UNIDOS 1898 • 1998
PUERTO RICO · U.S.A. CENTENNIAL COMMISSION
Conmemorando 100 años de Unión a los Estados Unidos

Víctor R. Fajardo Vélez
Secretario de Educación
*Secretary of Education*



NUESTROS NIÑOS Primero

Número 1424          Number 1424



# Caribbean University

Bayamón, Puerto Rico

The Trustees of the University by virtue of the authority vested in them and upon recommendation of the Faculty have conferred upon

## Zobeida Aponte Colón

the degree of

## Master of Arts in Education

together with all the rights, privileges and honors pertaining to that degree and the Trustees grant this Diploma as evidence thereof.

Given at the Caribbean University at Bayamón, Puerto Rico, this month of June, two thousand seven.

_President of the University_



_Chairman of the Board of Trustees_

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2021 |
| Hasta: | 03/31/2021 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3379303 |
| Fecha Aviso: | 03/30/2021 |

**ZOBEIDA APONTE COLON**
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

SS: XXX-XX-3866

| | |
|---|---|
| # Empleado: | XXXXX3866 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,430.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,215.00 | 480.00 | 7,290.00 |
| **Total:** | | | 1,215.00 | 480.00 | 7,290.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,215.00 | 0.00 | 0.00 | 1,215.00 |
| Acumulado: | 7,290.00 | 0.00 | 0.00 | 7,290.00 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3379303 | 1,215.00 |
| Total: | 1,215.00 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2021

Aviso No.
3379303

Cant. Deposito: $1,215.00

TRAY 110 SQ 27746*****************SCH 5-DIGIT 00751    27746 2 AV 0.398
ZOBEIDA APONTE COLON
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 003106940338 | $1,215.00 |
| Total: | | $1,215.00 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 03/01/2021
Hasta: 03/15/2021

Business Unit: PUERT
Aviso #: 3126904
Fecha Aviso: 03/15/2021

**ZOBEIDA APONTE COLON**
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

SS: XXX-XX-3866

# Empleado: XXXXX3866
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,430.00 Monthly

DATA IMP:          Federal      PR
Estado Civil:      Married      Married
Concesiones:       0            39 +99
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,215.00 | 390.00 | 6,075.00 |
| Total: | | | 1,215.00 | 390.00 | 6,075.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,215.00 | 0.00 | 0.00 | 1,215.00 |
| Acumulado: | 6,075.00 | 0.00 | 0.00 | 6,075.00 |

**PTO HORAS          ACUM**
Balance Inicial:       0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final:         0.0

**DISTRIBUCION PAGA NETA**
Aviso #3126904                1,215.00
Total:                        1,215.00

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/15/2021

Aviso No.
3126904

Cant. Deposito:   $1,215.00

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 003106940338 | $1,215.00 |
| Total: | | $1,215.00 |

TRAY 110 SQ 27746*****************SCH 5-DIGIT 00751     27746 2 AV 0.398
ZOBEIDA APONTE COLON
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

**NO-NEGOCIABLE**

Case:17-03283-LTS Doc#:17289 Filed:07/09/21 Entered:07/09/21 17:24:08 Desc: Main Document Page 9 of 14

# CARIBBEAN UNIVERSITY

Apartado Postal 493
Bayamón, Puerto Rico 00960-0493

~ *Certificación* ~

*Certifico que*

**ZOBEIDA APONTE COLÓN**
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

*Completó los requisitos de materias conducentes al grado de:*

**MAESTRÍA EN ARTES EN EDUCACIÓN CON ESPECIALIDAD EN CURRÍCULO EN EDUCACIÓN PRIMARIA**

*en Caribbean University el día*

**30 DE SEPTIEMBRE DE 2006**

*Expedida en Bayamón, Puerto Rico, Hoy,* 5 DE DICIEMBRE DE 2006

NOTA: EL GRADO LE SERÁ CONFERIDO EN JUNIO 2007

_____
*Registrador*

INTERNATIONAL INSTITUTE OF THE AMERICAS

To all persons to whom this degree may be presented

be it known that

*Zobeida Aponte Colón*

has satisfactorily completed the studies and met the requirements prescribed by the Board of Directors and Staff and is therefore entitled to this degree of

*Bachelor of Arts*

with all the rights, privileges and immunities thereunto appertaining. Given this month of *August 11, 1984*.



PRESIDENT

DEAN

WORLD UNIVERSITY

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 03/01/2021 | Aviso #: | 3126904 |
| | | Hasta: | 03/15/2021 | Fecha Aviso: | 03/15/2021 |

| ZOBEIDA APONTE COLON | # Empleado: | XXXXX3866 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 11120 HACIENDA SEMIL | Dept: | 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married | Married |
| VILLALBA PR 00766-2376 | Lugar: | Anos y Servicios Ley160/2013 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-3866 | Sueldo: | $2,430.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,215.00 | 390.00 | 6,075.00 |
| Total: | | | 1,215.00 | 390.00 | 6,075.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,215.00 | 0.00 | 0.00 | 1,215.00 |
| Acumulado: | 6,075.00 | 0.00 | 0.00 | 6,075.00 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3126904 | 1,215.00 |
| Total: | 1,215.00 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/15/2021

Aviso No.
3126904

Cant. Deposito: $1,215.00

TRAY 110 SQ 27746******************SCH 5-DIGIT 00751    27746 2 AV 0.398
ZOBEIDA APONTE COLON
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 003106940338 | $1,215.00 |
| Total: | | $1,215.00 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2021 |
| Hasta: | 03/31/2021 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3379303 |
| Fecha Aviso: | 03/30/2021 |

**ZOBEIDA APONTE COLON**
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

SS: XXX-XX-3866

| | |
|---|---|
| # Empleado: | XXXXX3866 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,430.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,215.00 | 480.00 | 7,290.00 |
| Total: | | | 1,215.00 | 480.00 | 7,290.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

\* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,215.00 | 0.00 | 0.00 | 1,215.00 |
| Acumulado: | 7,290.00 | 0.00 | 0.00 | 7,290.00 |

**PTO HORAS** ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #3379303    1,215.00
Total:    1,215.00

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2021

Aviso No.
3379303

Cant. Deposito: $1,215.00

TRAY 110 SQ 27746*****************SCH 5-DIGIT 00751    27746 2 AV 0.398
ZOBEIDA APONTE COLON
11120 HACIENDA SEMIL
VILLALBA PR 00766-2376

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 003106940338 | $1,215.00 |
| Total: | | $1,215.00 |

**NO-NEGOCIABLE**



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN:

Certificamos que el (la) señor(a) **Zobeida Aponte Colón**, seguro social xxx-xx-3866, es pensionado(a) de este Sistema. Recibe una pensión vitalicia por Años de Servicio. La pensión es de $ 2,430.00 mensual.

*Esta certificación se expide hoy, 20 de septiembre del 2016, en Ponce, Puerto Rico.*

Cordialmente,

Sr. Arlene Hoyos Escalera
Gerente
ahoyos@srm.pr.gov



Sistema de Retiro para Maestros, Sucursal Ponce
La Rambla Plaza – 606 Ave Tito Castro Ofic 131 – Ponce PR 00716-0205
787-777-1414 extensiones 3400 al 3410

*SRM*

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo de Pago: SM -Quincenal | Aviso #: 6514532 | |
| Desde: 01/09/2014 | Fecha Aviso: 01/15/2014 | |
| Hasta: 01/22/2014 | | |

| | | |
|---|---|---|
| ZOBEIDA APONTE COLON | # Empleado: XXXXX3866 | DATA IMP: Federal / PR |
| MSC 182 P.O. BOX 6004 | Dept: 8005137-SANTA ISABEL-PONCE | Estado Civil: Single / Claiming no personal exem |
| VILLALBA, PR 00766 | Lugar: DANIEL SERRANO RIVERA | Concesiones: 0 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: 0 |
| SS: XXX-XX-3866 | Sueldo: $3,240.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,620.00 | 60.00 | 1,620.00 | PR Withholding | 107.22 | 107.22 |
| Total: | | | 1,620.00 | 60.00 | 1,620.00 | Total: | 107.22 | 107.22 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 145.80 | 145.80 | RM-Prest Pers De Cuota-Ret Mae | 191.43 | 191.43 | GPR Plan de Retiro de Maestro | 137.70 | 137.70 |
| | | | AE-Asoc Emp ELA-Prest Regular | 310.42 | 310.42 | FSED Disability Plan | 27.54 | 27.54 |
| | | | SM-First Medical Health Plan | 16.00 | 16.00 | | | |
| | | | SC-AMER FAM LIFE ASS CO | 14.00 | 14.00 | | | |
| | | | SC-GENERAL ACCIDENT LIFE | 14.70 | 14.70 | | | |
| | | | SC-MULTINATIONAL LIFE INS. | 14.50 | 14.50 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.75 | 3.75 | | | |
| | | | Ahorros-AEELA | 48.60 | 48.60 | | | |
| Total: | 145.80 | 145.80 | Total: | 613.40 | 613.40 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,620.00 | 0.00 | 107.22 | 759.20 | 753.58 |
| Acumulado: | 1,620.00 | 0.00 | 107.22 | 759.20 | 753.58 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #6514532 | 753.58 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 753.58 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 01/15/2014

Aviso No. 6514532

Cant. Deposito: $753.58

A la Cuenta(s) De

ZOBEIDA APONTE COLON
MSC 182 P.O. BOX 6004
VILLALBA, PR 00766

Localizacion: DANIEL SERRANO RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 753.58 |
| | Total: | 753.58 |

## NO-NEGOCIABLE