From: Zobeida Aponte Colón
11120, Hacienda El Semil
Villalba, P.R. 00766





To: Tribunal De Distrito Para Los Estados U
(clerk office)
Avenida Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767