## UNITED STATES DISTRICT COURT
## DISTTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MOTION TO CLARIFY ORDER AT DOCKET NUMBER 17284

COMES NOW, creditor Suiza Dairy Corp. ("Suiza"), represented by the undersigned attorneys, and very respectfully avers and prays as follows:

1. The Order at Docket Number 17284 withdraws the law firm of Reichard & Escalera LLC as legal representative for Suiza.

2. However, pursuant to the *Amended Motion to Inform Change of Legal Counsel* filed at Docket Number 17274, the law firm of Reichard & Escalera LLC will continue representing Suiza in all matters *not related to the approval of the Disclosure Statement, confirmation of Plan of Adjustment and other related proceedings*.

3. For clarity purposes, Reichard & Escalera LLC *will continue representing Suiza in the matter at Docket Number 17166*.

WHEREFORE, it is requested from this Honorable Court to take notice of the above and consider the record clarified as per the contents of this motion.

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 9th, 2021.

**REICHARD & ESCALERA, LLC**

*/s/ Rafael Escalera Rodríguez*
Rafael Escalera Rodríguez
USDC-PR No. 122609
*escalera@reichardescalera.com*

*/s/ Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714
*arizmendis@reichardescalera.com*

*/s/ Fernando Van Derdys*
Fernando Van Derdys
USDC-PR 201913
*fvander@reichardescalera.com*

*/s/ Alana Vizcarrondo-Santana*
Alana Vizcarrondo-Santana
USDC-PR No. 301614
*vizcarrondo@reichardescalera.com*

*/s/ Christopher A. Dávila*
Christopher A. Dávila
USDC-PR No. 304103
*cdavila@reichardescalera.com*

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888