UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.¹ | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF AGENDA FOR**
**DISCLOSURE STATEMENT HEARING ON JULY 13-14, 2021 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Tuesday, July 13, 2021**,<br>from 9:30 a.m. to 12:50 p.m.,<br>from 2:10 p.m. to 5:00 p.m.<br>and, if necessary,<br>**Wednesday, July 14, 2021**,<br>from 9:30 a.m. to 1:00 p.m.,<br>and from 2:00 p.m. to 5:00 p.m.<br>(Atlantic Standard Time)<br><br>Honorable Laura Taylor Swain, United States District Judge<br>Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.**<br><br>Attorney Participation: Pursuant to the *Order Regarding Procedures for Disclosure Statement Hearing* [Case No. 17-3283, ECF No. 17210], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must |

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

    register with CourtSolutions at www.court-solutions.com. The FOMB and AAFAF may register up to five speaking lines per day, and all other parties shall be limited to two speaking lines per day. There will be no limitation on listen-only lines.

    <u>Members of the Public and Press</u>: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (6937) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.  CONTESTED MATTERS

1. **Disclosure Statement and Solicitation Procedures Motion**. Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No. 17-3283, ECF No. 16756]**

   **Disclosure Statement**. Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 16741]**

   <u>Objection Deadline</u>: June 15, 2021 at 5:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
   A. Objection of Ambac Assurance Corporation and Financial Guaranty Insurance Company to the Board's Disclosure Statement Approval Motion and Confirmation Procedures Motion **[Case No 17-3283, ECF No. 16998]**

   B. Objection of Ambac Assurance Corporation to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No 17-3283, ECF No. 17008]**

   C. Supplemental Objection of Ambac Assurance Corporation to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No 17-3283, ECF No. 17164]**

D. Joinder to Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Third Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico [Docket 17017] and Ambac Assurance Corporation to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico [Docket 17-18], filed by Salud Integral de la Montaña, Inc. **[Case No 17-3283, ECF No. 17114]**

E. Objection of Financial Guaranty Insurance Company to Approval of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No 17-3283, ECF No. 17007]**

F. Objection of the DRA Parties to the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No 17-3283, ECF No. 17006]**

G. Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Third Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico, *et al.* and (II) Related Motions **[Case No 17-3283, ECF No. 17017]**

H. Joinder to Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Third Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico [Docket 17017] and Ambac Assurance Corporation to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico [Docket 17-18], filed by Salud Integral de la Montaña, Inc. **[Case No 17-3283, ECF No. 17114]**

I. Limited Sur-Reply of Committee of Unsecured Creditors with Respect to Bankruptcy Rule 3013 Issues and in Response to Oversight Board's Omnibus Reply in Support of Disclosure Statement Motion **[Case No 17-3283, ECF No. 17223]**

J. Objection to the Third Oversight Board's Plan of Adjustment and Disclosure Statement Dated May 11, 2021 and Requesting for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 3013 to Reclassify Together Employees Wage Claims Included in Class 55, with Class 49 AFSCME Employees Claims or in the Alternative, Be Placed in a Separate Class, to Provide Group Wage Claim Holders Equal Treatment as That Provided to AFSCME Employees Grivance [*sic*] and Colective [*sic*] Barganing [*sic*] Pre-Petition Wage Awards and Requesting Related Reliefs, filed by former Government employee group creditors **[Case No 17-3283, ECF No. 17021]**

K.  Limited Objection of the Ad Hoc Group of FGIC Noteholders[2] to the (I) Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., and (II) Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No 17-3283, ECF No. 17001]**

L.  The Puerto Rico Fiscal Agency and Financial Advisory Authority's Limited Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No 17-3283, ECF No. 17011]**

M.  Reservation of Rights of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth Of Puerto Rico, *et al*. **[Case No 17-3283, ECF No. 17202]**

N.  Objection to Disclosure Statement, filed by Salud Integral de la Montaña, Inc. **[Case No 17-3283, ECF No. 16980]**

O.  Limited Objection and Reservation of Rights of Certain Medical Centers[3] to Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* **[Case No 17-3283, ECF No. 16988]**

P.  Joint Objection of Underwriter Defendants to Debtors' Motion for an Order Approving Disclosure Statement **[Case No 17-3283, ECF No. 16987]**

Q.  Joinder of Merrill Lynch, Pierce, Fenner & Smith Inc. in Support of Joint Objection of Underwriter Defendants to Debtors' Motion for an Order Approving Disclosure Statement **[Case No 17-3283, ECF No. 16993]**[4]

R.  Objection to "Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al." by Creditors Who Are Plaintiffs in Certain Cases Under 42 U.S.C. §1983 **[Case No 17-3283, ECF No. 16978]**

---

[2] Taconic Capital Advisors LP, Aurelius Capital Management, LP, Canyon Capital Advisors LLC, First Ballantyne LLC, and Moore Capital Management, LP.

[3] Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc.

[4] Merrill Lynch, Pierce, Fenner & Smith Inc. has advised the Oversight Board that Carrie V. Hardman will appear on behalf of Merrill Lynch, Pierce, Fenner & Smith Inc. but does not intend to speak at the Hearing, therefore no time has been allocated to Merrill Lynch, Pierce, Fenner & Smith Inc.

S.  Limited Objection of U.S. Bank National Association as PREPA Bond Trustee to Approval of Debtors' Amended Disclosure Statement **[Case No 17-3283, ECF No. 16975]**

T.  Objection of U.S. Bank as Successor Trustee for the PRIFA Rum Tax Bonds to Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No 17-3283, ECF No. 16981]**

U.  Objection of U.S. Bank as Fiscal Agent for the Puerto Rico Public Building Authority Bonds to the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No 17-3283, ECF No. 16983]**

V.  Objection of U.S. Bank as Trustee for Bonds Issued by UPR, PRIDCO, Children's Trust, Municipal Finance Agency and AFICA (University Plaza and Ana G. Mendez) to Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No 17-3283, ECF No. 16984]**

W.  Objection of U.S. Bank as Trustee for the Puerto Rico Public Finance Corporation Bonds to the Amended Joint Motion of the Commonwealth of Puerto Rico, et al. for an Order (I) Approving Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No 17-3283, ECF No. 16989]**

X. Objection to "Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al." by Creditor PFZ Properties, Inc. **[Case No 17-3283, ECF No. 16969]**

Y. Joinder of Creditor Demetrio Amador Inc./Demetrio Amador Roberts to Creditor PFZ Properties, Inc.'s Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al. **[Case No 17-3283, ECF No. 17005]**[5]

Z. Maruz Real Estate Corp.'s Motion for Joinder to Creditor PFZ Properties, Inc.'s Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al. filed at Docket No. 16969 **[Case No 17-3283, ECF No. 17016]**[6]

AA. Objection to: "Disclosure Statement for the Third Amended Tittle [*sic*] III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*.", filed by Finca Matilde, Inc. **[Case No 17-3283, ECF No. 16996]**

BB. Objection to Disclosure Statement and or the Plan of Adjustment at Dkt. No. 16740 & 16741, filed by Suiza Dairy Corp. **[Case No 17-3283, ECF No. 17013]**

CC. Objection of Vaqueria Tres Monjitas, Inc. to Disclosure Statement **[Case No 17-3283, ECF No. 16986]**

DD. Asociación Puertorriqueña de la Judiciatura's Objection to Disclosure Statement **[Case No 17-3283, ECF No. 17055]**

EE. Statement and Reservation of Rights Regarding Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., filed by ERS Bondholders[7] **[Case No 17-3283, ECF No. 17002]**

FF. Limited Response of the Official Committee of Retired Employees to the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico

---

[5] Demetrio Amador Inc./Demetrio Amador Roberts has advised the Oversight Board that it does not intend to speak at the Hearing, therefore no time has been allocated to Demetrio Amador Inc./Demetrio Amador Roberts.

[6] Maruz Real Estate Corp. has advised the Oversight Board that it does not intend to speak at the Hearing, therefore no time has been allocated to Maruz Real Estate Corp.

[7] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P.

    Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No 17-3283, ECF No. 17003]**

GG.  Response and Objection of Individual Bondholder to Debtors' Application for Approval of Disclosure Statement, filed by Peter C. Hein **[Case No 17-3283, ECF No. 16908]**

HH.  [1] Response and Objection of Individual Bondholder to Debtors' Motions for Orders Establishing Confirmation Procedures, and [2] Cross-Motion to Establish a Committee to Represent Retail Investors in the Confirmation Process, filed by Peter C. Hein **[Case No 17-3283, ECF No. 16909]**

II.  Supplemental Response and Objection of Individual Bondholder to Debtors' Belated Submission of Exhibit N to Disclosure Statement (Best Interests Test Reports), filed by Peter C. Hein **[Case No 17-3283, ECF No. 16977]**

JJ.  Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." **[Case No 17-3283, ECF No. 17062]**[8]

KK.  Objection of Antonio Martin Cervera **[Case No 17-3283, ECF No. 16871]**

LL.  Objections from Retires [*sic*] Members, filed by Nancy I. Negrón-López **[Case No 17-3283, ECF No. 16955]**

MM.  Motion to Oposition [*sic*] to the Restructuration [*sic*] Plan of the $100 Billion Fiscal Debt Dismembering What is Left of Puerto Rico, filed by Yashei Rosario **[Case No 17-3283, ECF No. 17047]**

NN.  Objection of Maria Teresita Martin **[Case No 17-3283, ECF No. 16872]**[9]

OO.  Objection of Ana A. Núñez Velázquez **[Case No 17-3283, ECF No. 16937]**[10]

---

[8] This objection will not be heard at the Hearing because it is an objection to the plan, and not to the disclosure statement.

[9] Maria Teresita Martin has indicated that they do not intend to participate in the Hearing, therefore no time has been allocated to them. In the event that Maria Teresita Martin appears at the Hearing, the Oversight Board respectfully requests that an additional eight minutes of time be allocated them.

[10] Ana A. Núñez Velázquez has not responded to inquiries regarding whether they intend to participate in the Hearing, therefore no time has been allocated to them. In the event that Ana A. Núñez Velázquez appears at the Hearing, the Oversight Board respectfully requests that an additional eight minutes of time be allocated them.

PP. Supplemental Objection of Ana A. Núñez Velázquez **[Case No 17-3283, ECF Nos. 16937 and 17040]**

QQ. Objection of Wanda I. Ortiz Santiago **[Case No 17-3283, ECF Nos. 16939 and 17175]**[11]

RR. Motion to File Exhibit #1: Copy of the 535 Documents To Be File [*sic*] at the U.S. Congress the White House and the Department of Justice Also Submitting, Development Socioeconomic and Conservation Fideicomiso of Vieques Desco, Inc., Board Resolution with the Community Signatures **[Case No 17-3283, ECF No. 17116]**

SS. Objection of Olga Lynn Morales **[Case No 17-3283, ECF No. 17117]**

TT. Objection of Mercy Roman Lopez **[Case No 17-3283, ECF No. 17181]**

UU. Objection of Luis Roldan Ruiz [not filed], Letter Received by Prime Clerk on June 21, 2021[12]

Reply, Joinder & Statement Deadlines: June 29, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Amended Joint Motion for Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting And Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No. 17-3283, ECF No. 17187]**

B. Supplement to Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Amended Joint Motion for Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V)

---

[11] Wanda I. Ortiz Santiago has indicated that they do not intend to participate in the Hearing, therefore no time has been allocated to them. In the event that Wanda I. Ortiz Santiago appears at the Hearing, the Oversight Board respectfully requests that an additional eight minutes of time be allocated them.

[12] Luis Roldan Ruiz has not responded to inquiries regarding whether they intend to participate in the Hearing, therefore no time has been allocated to them. In the event that Luis Roldan Ruiz appears at the Hearing, the Oversight Board respectfully requests that an additional eight minutes of time be allocated them.

    Approving Forms of Ballots, and Voting And Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures **[Case No. 17-3283, ECF No. 17277]**

C. Statement in Opposition of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to the Objection of the DRA Parties to the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures (ECF No. 17006) **[Case No 17-3283, ECF No. 17188]**

D. Limited Joinder of Ambac Assurance Corporation to the Statement in Opposition of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to the Objection of the DRA Parties to the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures (ECF No. 17006) **[Case No 17-3283, ECF No. 17193]**

Related Documents:

A. Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 16740]**

B. Notice of Filing Spanish Translation of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth Of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 16897]**

C. Notice of Filing Exhibit N (Best Interests Test Reports) to Disclosure Statement for the Third Amended Title III Joint Plan Of Adjustment of the Commonwealth of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 16927]**

D. Notice of Filing Spanish Translation of Exhibit N (Best Interests Test Reports) to Disclosure Statement for the Third Amended Title III Joint Plan Of Adjustment of the Commonwealth of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 17039]**

E.  Order Regarding Participation of Pro Se Parties at the Hearing Scheduled for July 13, 2021 **[Case No. 17-3283, ECF No. 17183]**

F.  Disclosure Statement for the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 17192]**

G.  Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 17194]**

H.  Notice of Errata Regarding Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 17195]**

I.  Motion to Submit Certified Translation and Correspondence Received in Connection with the Disclosure Statement to Be Heard at the July 13, 2021 Disclosure Statement Hearing **[Case No. 17-3283, ECF No. 17190]**

J.  Status Report of the Financial Oversight and Management Board for Puerto Rico in Connection with Pro Se Parties' Participation at the Hearing Scheduled for July 13, 2021 **[Case No. 17-3283, ECF No. 17230]**

K.  Supplemental Order Regarding Participation of Pro Se Parties at the Hearing Scheduled for July 13, 2021 **[Case No. 17-3283, ECF No. 17283]**

Status:  This matter is going forward.

Estimated Time Required:  303 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
I.  Objections to Disclosure Statement
  A. Movants:
      1. **FOMB**: Martin Bienenstock and/or Brian Rosen, 5 minutes
  B. Objecting Parties:
      **1. Morning**
          i.  **Ambac**: Dennis Dunne, Atara Miller, and/or Grant Mainland 30 minutes
          ii. **FGIC**: Martin A. Sosland, 10 minutes
          iii. **DRA Parties**:
              1. AmeriNational Community Services, LLC: Artuto J. García Solá or Nayuan Zouairabani, 7 minutes
              2. Cantor-Katz Collateral Monitor: Douglas S. Mintz or Douglas I. Koff, 7 minutes
          iv. **UCC**: Luc A. Despins, 20 minutes

        v. **Group Wage Creditors**: Ivonne Gonzalez Morales, 2 minutes[13]
        vi. **Ad Hoc Group of FGIC Noteholders**: Lawrence Larose, 2 minutes
        vii. **AAFAF:** John Rapisardi, 6 minutes
        viii. **SIM**: John E. Mudd, 3 minutes[14]
        ix. **AMC Group**: Brad Kahn, 3 minutes
        x. **Underwriter Defendants:** Howard S. Steel, 5 minutes
        xi. **Group of Section 1983 Claimants**: David Carrión Baralt, 3 minutes
        xii. **U.S. Bank**:
            1. Clark T. Whitmore, 3 minutes
            2. Ronald J. Silverman, 6 minutes
        xiii. **PFZ**: David Carrión Baralt and/or Russell Del Toro-Sosa, 6 minutes
        xiv. **Finca**: Isabel M Fullana and/or Eduardo Capdevila, 6 minutes
        xv. **Suiza**: Rafael A. González Valiente, 4 minutes
        xvi. **VTM**: Wendy G. Marcari and/or Gerardo Carlo Altieri, 3 minutes
        xvii. **APJ**[15]: 2 minutes
        xviii. **Altair Global Credit**: Benjamin Rosenblum, 2 minutes
        xix. **Retiree Committee**: Robert Gordon, 3 minutes

    **2. Afternoon**
        i. **Peter Hein (pro se)**: 8 minutes
        ii. **Antonio Martin Cervera (pro se)**: 8 minutes
        iii. **Nancy I. Negrón-López (pro se)**: 8 minutes
        iv. **Yashei Rosario (pro se)**: 8 minutes

C. <u>Supporting Parties</u>
    1. **Assured**: Mark C. Ellenberg, William Natbony and/or Casey J. Servais, 8 minutes
    2. **National**: Kelly DiBlasi and/or Colin McGrath, 8 minutes

D. <u>Movants</u>:
    1. **FOMB**: Martin Bienenstock and/or Brian Rosen, 93 minutes

---

[13] The Group Wage Creditors request no less than 8 minutes for their objection to the Disclosure Statement. The Oversight Board will continue to work with the Group Wage Creditors in advance of the hearing to reach an agreement on the appropriate time allocation.

[14] Based on communications among the objecting parties that were relayed to the Debtors, the Debtors understand that SIM was allocated 3 minutes for their objection to the Disclosure Statement. However, SIM requests no less than 5 minutes for their objection to the Disclosure Statement. The Oversight Board will continue to work with SIM in advance of the hearing to reach an agreement on the appropriate time allocation.

[15] The Oversight Board reached out to every objecting party in advance of filing this Agenda, and did not receive response from APJ. The Oversight Board will continue to coordinate with APJ in advance of the Hearing, and will file amended time allocations in the Hearing Agenda pursuant to the Procedures Order, as applicable.

11

II. Objections to Solicitation Procedures
    A. <u>Objecting Parties</u>:
        1. **UCC**: Luc A. Despins, 3 minutes
        2. **FGIC**: Martin A. Sosland, 6 minutes
        3. **Peter Hein (pro se)**: 5 minutes
    B. <u>Movants</u>:
        1. **FOMB**: Martin Bienenstock and/or Brian Rosen, 10 minutes

2. **Confirmation Procedures Motion**. Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith **[Case No. 17-3283, ECF No. 16757]**

   <u>Objection Deadline</u>: June 15, 2021 at 5:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
   A. Objection of Ambac Assurance Corporation and Financial Guaranty Insurance Company to the Board's Disclosure Statement Approval Motion and Confirmation Procedures Motion **[Case No 17-3283, ECF No. 16998]**

   B. Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Third Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico, *et al.* and (II) Related Motions **[Case No 17-3283, ECF No. 17017]**

   C. Objection of the DRA Parties to the Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith **[Case No 17-3283, ECF No. 16997]**

   D. [1] Response and Objection of Individual Bondholder to Debtors' Motions for Orders Establishing Confirmation Procedures, and [2] Cross-Motion to Establish a Committee to Represent Retail Investors in the Confirmation Process, filed by Peter C. Hein **[Case No 17-3283, ECF No. 16909]**

   E. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Limited Objection to Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith **[Case No 17-3283, ECF No. 17014]**

   F. Limited Response and Request for Clarification of the Official Committee of Retired Employees to the Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith **[Case No 17-3283, ECF No. 16991]**

   <u>Reply, Joinder & Statement Deadlines</u>: June 29, 2021 at 5:00 p.m. (Atlantic Standard Time).

   <u>Replies, Joinders & Statements</u>:

 A. Debtors' Omnibus Reply in Support of Their Motion for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith **[Case No. 17-3283, ECF No. 17189]**

Related Documents:

 A. Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 16740]**

 B. Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 16741]**

 C. Notice of Filing Spanish Translation of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth Of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 16897]**

 D. Notice of Filing Exhibit N (Best Interests Test Reports) to Disclosure Statement for the Third Amended Title III Joint Plan Of Adjustment of the Commonwealth of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 16927]**

 E. Notice of Filing Spanish Translation of Exhibit N (Best Interests Test Reports) to Disclosure Statement for the Third Amended Title III Joint Plan Of Adjustment of the Commonwealth of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 17039]**

 F. Order Regarding Participation of Pro Se Parties at the Hearing Scheduled for July 13, 2021 **[Case No. 17-3283, ECF No. 17183]**

 G. Disclosure Statement for the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 17192]**

 H. Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 17194]**

 I. Notice of Errata Regarding Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 17195]**

 J. Status Report of the Financial Oversight and Management Board for Puerto Rico in Connection with Pro Se Parties' Participation at the Hearing Scheduled for July 13, 2021 **[Case No. 17-3283, ECF No. 17230]**

 K. Supplemental Order Regarding Participation of Pro Se Parties at the Hearing Scheduled for July 13, 2021 **[Case No. 17-3283, ECF No. 17283]**

Status: This matter is going forward.

Estimated Time Required: 49 minutes.

<u>Order and Number of Speakers</u>: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
A. <u>Objecting Parties</u>:
   1. **Ambac/FGIC**: Dennis Dunne, Atara Miller, and/or Grant Mainland, 13 minutes
   2. **UCC**: Luc A. Despins, 2 minutes
   3. **DRA Parties**:
      i. AmeriNational Community Services, LLC: Artuto J. García Solá or Nayuan Zouairabani, 2.5 minutes
      ii. Cantor-Katz Collateral Monitor: Douglas S. Mintz or Douglas I. Koff, 2.5 minutes
   4. **Peter Hein (pro se):** 3 minutes
   5. **AAFAF**: Peter Friedman, 2 minutes
   6. **Retiree Committee**: Catherine Steege, 4 minutes
B. <u>Movants</u>:
   1. **FOMB**: Martin Bienenstock, Brian Rosen, and/or Margaret Dale, 20 minutes

Dated: July 9, 2021
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## Exhibit A

**Order Regarding Procedures for July 13-14, 2021 Disclosure Statement Hearing**