UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONEALTH OF PUERTO RICO, THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, AND OTHERS | PROMESA<br>TITLE III<br><br>NO. 17BK03283 LTS<br>  19BK05523 LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and the Puerto Rico Public Buildings Authority (PBA)** |

OPPOSITION TO DISALLOWANCE OF CLAIM NO. 173732
OF APRIL 9, 2020 AGAINST DEBTOR PUERTO RICO PUBLIC BUILDINGS
AUTHORITY

**COMES NOW SKY HIGH ELEVATORS CORP.**, the Claimant in Claim No. 173732 of Case No. 19BK05523, represented by the undersigned and before this Honorable Court respectfully opposes any disallowance regarding the Claim No. 173732:

1. Prime Clerk mailed to Sky High Elevators Corp., "Attn: Luis Costos" (*sic*) an envelope postage marked June 23, 2021 that was not delivered until the afternoon of July 8, 2021. Inside the envelope was one piece of paper without any signature or address saying that Sky High Elevator Corp. filed on April 9, 2020 the Claim No. 173732 in the amount of $1,247,393.46 against the Debtor Puerto Rico Public Buildings Authority (PBA), and that "one or more of the Debtors are seeking to disallow your claim for the reasons listed below." The only alleged reason provided is that the aforesaid claim is supposedly "duplicative", but no information is provided on the allege "duplicative" and no other proof of claim is pointed to or identified.

2. Because of the lack of information provided and in order to protect the property and rights of Claimant, Sky High Elevators Corp. files this opposition and objects to any and all

disallowance of Claim No. 173732. ***Puerto Rico Constitution, Article II, section 7 and 9; Fifth and Fourteenth Amendments to the Constitution of the United States.***

3. The sought disallowance would be erroneous and contrary to law and fact. Claimant demands trial by jury on any action to disallow this claim.

4. Claimant reserves the right to supplement, amend, and amplify this opposition.

**WHEREFORE**, the Claimant respectfully requests that this Honorable Court reject any and all sought disallowance of Claim No. 173732 and/or provide Claimant a trial by jury.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of July, 2021.

I hereby CERTIFY that the instant Opposition was filed using the CM/ECF System of this Honorable Court which shall notify all Attorneys of record in this case.

/s/ David W. Román Rodríguez
David W. Román Rodríguez, Esq.
USDC-PR #125709
Email: davidroman@gmail.com
Urb. Villa Ávila
#A-7 Mayagüez Street
Guaynabo, Puerto Rico 00969
Tel. (787) 525-7223