# **EXHIBIT B**

Redline

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD DATE, (III) APPROVING CONFIRMATION HEARING NOTICE AND CONFIRMATION SCHEDULE, (IV) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES, (V) APPROVING FORMS OF BALLOTS, AND VOTING AND ELECTION PROCEDURES, (VI) APPROVING NOTICE OF NON-VOTING STATUS, (VII) FIXING VOTING, ELECTION, AND CONFIRMATION DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES**

Upon the motion (the "Motion"),[2] dated May 13, 2021, of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board" and in its capacity as representative of the Commonwealth, ERS, and PBA,

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

the "Debtors"), as representative of the debtor under PROMESA section 315(b), pursuant to

sections 105, 502, 1125, 1126(a), 1126(b), 1126(c), 1126(e), 1126(f), 1126(g), and 1128 of title

11 of the United States Code (made applicable to the Title III Cases pursuant to PROMESA

section 301(a)) (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure (made

applicable to the Title III Cases pursuant to PROMESA section 310) (the "Bankruptcy Rules")

2002, 3016, 3017, 3018, 3020, 9013, 9014, and 9021, and Local Bankruptcy Rules for the United

States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") 3016-2 and 9013-1

requesting an order: (i) approving the proposed Disclosure Statement, (ii) fixing a Voting Record

Date for voting on the Plan (as defined below), (iii) approving the Confirmation Hearing Notice

and confirmation schedule, (iv) approving the proposed contents of the Solicitation Package and

procedures for distribution thereof, (v) approving the forms of ballots and election instructions,

and establishing solicitation, voting, and balloting procedures, (vi) approving the form and

manner of Notice of Non-Voting Status, (vii) fixing a Voting Deadline and Election Deadline,

and (viii) approving procedures for tabulating creditor votes, all as more fully described in the

Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief

requested therein pursuant to PROMESA section 306(a); and it appearing that venue in this

district is proper pursuant to PROMESA section 307(a); and due and proper notice of the Motion

having been provided and it appearing that no other or further notice need be provided; and the

Court having held a hearing on July 13, 2021 to consider the adequacy of the information

contained in the Disclosure Statement and the additional relief requested in the Motion (the

"Disclosure Statement Hearing"); and the Court having determined the relief sought in the

Motion is in the best interests of the Debtors, its creditors, and all parties in interest; and the

Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby found and determined that:[3]

A.      The Debtors, by and through the Oversight Board, as the Debtors' representative in its Title III case pursuant to PROMESA section 315(b), have full authority to propose and prosecute the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority*, dated ~~June 29,~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ~~16740~~_____ in Case No. 17-3283] and the ~~Fourth~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~June 29,~~July 12, 2021 (as the same may be amended or modified, including all exhibits and supplements thereto, the "<u>Plan</u>") [ECF No. ~~16741~~_____ in Case No. 17-3283].

B.      The Disclosure Statement (including the exhibits attached thereto) contains adequate information within the meaning of section 1125 of the Bankruptcy Code, and no other or further information is necessary for purposes of soliciting acceptances and rejections of the Plan as set forth herein.

C.      The Disclosure Statement (including the exhibits attached thereto) provides holders of Claims and other parties in interest with sufficient notice of the injunction, exculpation, and release provisions contained in Article LXXXVIII of the Plan in satisfaction of the requirements of Bankruptcy Rule 3016(c).

---

[3]   The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014.

D.      The forms of ballots and election instructions with respect to the Plan,
substantially in the forms attached hereto as **Schedules 3 and 5** (each, a "Ballot" or an "Election
Notice"), are consistent with Official Bankruptcy Form No. B 314, adequately address the
particular needs of the Title III Cases and are appropriate for the relevant Classes of Claims
entitled under the Plan to vote to accept or reject the Plan and to make an election of the form of
distribution under the Plan, as applicable.

E.      Ballots to vote to accept or reject the Plan need only be provided to Assured,
National, or Syncora on account of Claims in Classes 2, 3, 5, 16, 17, 19, 22, 23, 25, 29, 34, and
39, as applicable.  Beneficial holders of Claims in Classes 2, 3, 5, 16, 17, 19, 22, 23, 25, 29, 34,
and 39 shall be entitled to receive Election Notices to make an election with respect to the form
of distribution under the Plan to the extent such election are provided pursuant to the Plan.
Ballots to vote to accept or reject the Plan need only be provided to Assured or National on
account of Claims arising from securities insured by such parties in Classes 56, 57, and 58, as
applicable.

F.      Ballots need not be provided to the holders of Claims in the following Classes,
because the holders of these Claims are unimpaired pursuant to the Plan and are deemed to
accept the Plan:

- Class 12 (PBA General Unsecured Claims),

- Class 48A (Retired ERS Participant Below-Threshold Claims)

- Class 48B (Retired JRS Participant Below-Threshold Claims)

- Class 48C (Retired TRS Participant Below-Threshold Claims)

- Class 48K (VTP Payroll Participant Below-Threshold Claims)

- Class 52 (Energy Incentive Claims),

4

- Class 54 (Tax Credit Claims),

- Class 64 (Gracia-Gracia Claims), and

- Class 65 (Convenience Claims), and

- Class 66 (Federal Claims).

G.      Ballots need not be provided to the holders of Claims in the following Classes, because such holders will receive no distributions pursuant to the Plan and are deemed to reject the Plan:

- Class 11 (PBA/DRA Secured Claim)

- Class 13 (PBA/DRA Unsecured Claim),

- Class 60 (CW Appropriations Claims), and

- Class 61 (CW 510(b) Subordinated Claims).

H.      The period set forth below, during which the Debtors may solicit acceptances and rejections to the Plan and elections with respect to the form of distribution thereunder, is a reasonable period of time for holders of Claims entitled to vote on the Plan or make elections regarding the form of distributions pursuant to the Plan.

I.      The procedures set forth below regarding notice to all parties in interest of the time, date, and place of the hearing to consider confirmation of the Plan (the "Confirmation Hearing"), filing of objections or responses to the proposed confirmation of, or proposed modifications to, the Plan ("Confirmation Objections") and the distribution and contents of the solicitation packages (the "Solicitation Packages") provide a fair and equitable notice and voting process and comply with Bankruptcy Rules 2002, 3017, and 3018 and constitute sufficient notice to all interested parties of the Voting Record Date, the Voting Deadline, the Election Deadline, the Confirmation Objection Deadline, the Confirmation Hearing, and all related matters.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.     The Motion is granted as modified herein, and all other objections to the Disclosure Statement are overruled.

2.     The Disclosure Statement is approved in its entirety, and the Debtors may accordingly solicit acceptances and rejections of the Plan as set forth herein.

3.     The forms of Ballots and Notices are approved.

4.     The record date for purposes of determining creditors entitled to vote on the Plan (except in connection with the Bond Classes and any Claims in ~~Classes~~Class 48~~(D)  (J)~~ and Class 49) or, in the case of the non-voting Classes to receive the Notice of Non-Voting Status, shall be **July 13, 2021** (the "Voting Record Date"); provided, however, the Voting Record Date for ~~Classes~~Class 48~~(A)  (E)~~ and Class 49 shall be **April 1, 2021**.

5.     With respect to any transferred Claim (except for any Claims in the Bond Classes), the transferee should be entitled to receive a Solicitation Package and vote to accept or reject the Plan on account of the transferred Claim only if: (a) all actions necessary to effect the transfer of the Claim pursuant to Bankruptcy Rule 3001(e) have been completed by the Voting Record Date; or (b) the transferee files, no later than the Voting Record Date, (i) the documentation required by Bankruptcy Rule 3001(e) to evidence the transfer, and (ii) a sworn statement of the transferor supporting the validity of the transfer. In the event a Claim is transferred after the transferor has completed, executed, and returned a Ballot, the transferee of such Claim shall be bound by any vote or election, if applicable, (and the consequences thereof) made on the Ballot by such transferor of such transferred Claim.

6.     For the purposes of voting on the Plan, (i) Assured, National, or Syncora shall have the sole right to cast the votes to accept or reject the Plan on account of Claims in Classes

2, 3, 5, 16, 17, 19, 22, 23, 25, 29, 34, and 39, as applicable, and (ii) Assured and National, as applicable, shall have the sole right to cast the votes to accept or reject the Plan on account of Claims in Classes 56, 57, and 58 solely on account of the applicable Claims arising from securities insured by such parties.

7.      Cede & Company and The Depository Trust Company ("<u>DTC</u>") shall provide the Debtors within seven (7) Business Days of the date of this Order, or as soon as possible thereafter, a listing of the names and addresses of all Nominees that as of the Voting Record Date held, directly or indirectly, any of the Existing Bonds.

8.      The Debtors shall cause the Balloting Agent to complete the mailing of the Confirmation Hearing Notice in accordance with the Bankruptcy Rules and Local Rules on or before **the later of July 20, 2021 and five (5) business days after entry of this Order**.

9.      The Debtors shall cause the Balloting Agent to complete the mailing of the appropriate Solicitation Package by **the later of August 10, 2021 and date that is twenty-eight (28) calendar days following entry of this Order** (the "<u>Solicitation Mailing Date</u>") to all known holders (as of the Voting Record Date) of Claims in the following classes (collectively, the "<u>Voting Classes</u>"):

|  | **Class** |
|---|---|
| Vintage PBA Bond Claims | Class 1 |
| Vintage PBA Bond Claims (Assured) | Class 2 |
| Vintage PBA Bond Claims (National) | Class 3 |
| Vintage PBA Bond Claims (Other Insured) | Class 4 |
| Vintage PBA Bond Claims (Syncora) | Class 5 |
| Retail Vintage PBA Bond Claims | Class 6 |
| 2011 PBA Bond Claims | Class 7 |
| Retail 2011 PBA Bond Claims | Class 8 |
| 2012 PBA Bond Claims | Class 9 |
| Retail 2012 PBA Bond Claims | Class 10 |
| <u>PBA/DRA Secured Claims</u> | <u>Class 11</u> |

|  | Class |
|---|---|
| PBA General Unsecured Claims | Class 12 |
| PBA/DRA Unsecured Claims | Class 13 |
| Vintage CW Bond Claims | Class 14 |
| Retail Vintage CW Bond Claims | Class 15 |
| Vintage CW Bond Claims (Assured) | Class 16 |
| Vintage CW Bond Claims (National) | Class 17 |
| Vintage CW Bond Claims (Other Insured) | Class 18 |
| Vintage CW Bond Claims (Syncora) | Class 19 |
| Vintage CW Guarantee Bond Claims | Class 21 |
| Vintage CW Guarantee Bond Claims (Assured) | Class 22 |
| Vintage CW Guarantee Bond Claims (National) | Class 23 |
| Vintage CW Guarantee Bond Claims (Other Insured) | Class 24 |
| Vintage CW Guarantee Bond Claims (Syncora) | Class 25 |
| 2011 CW Bond Claims | Class 27 |
| Retail 2011 CW Bond Claims | Class 28 |
| 2011 CW Bond Claims (Assured) | Class 29 |
| 2011 CW Guarantee Bond Claims | Class 31 |
| 2011 CW Series D/E/PIB Bond Claims | Class 33 |
| 2011 CW Series D/E/PIB Bond Claims (Assured) | Class 34 |
| Retail 2011 CW Series D/E/PIB Bond Claims | Class 35 |
| 2012 CW Bond Claims | Class 37 |
| Retail 2012 CW Bond Claims | Class 38 |
| 2012 CW Bond Claims (Assured) | Class 39 |
| 2012 CW Guarantee Bond Claims | Class 41 |
| 2014 CW Bond Claims | Class 43 |
| Retail 2014 CW Bond Claims | Class 44 |
| 2014 CW Guarantee Bond Claims | Class 46 |
| Retired ERS Participant Above-Threshold Claims | Class 48D |
| Retired JRS Participant Above-Threshold Claims | Class 48E |
| Retired TRS Participant Above-Threshold Claims | Class 48F |
| Active ERS Participant Claims | Class 48G |
| Active JRS Participant Claims | Class 48H |
| Active TRS Participant Claims | Class 48I |
| System 2000 Participant Claims | Class 48J |
| VTP Payroll Participant Above-Threshold Claims | Class 48L |
| AFSCME Claims | Class 49 |
| Dairy Producer Claims | Class 50 |
| Eminent Domain Claims | Class 51 |

|  | **Class** |
|---|---|
| Med Center Claims | Class 53 |
| CW General Unsecured Claims | Class 55 |
| CW/HTA Claims | Class 56 |
| CW/Convention Center Claims | Class 57 |
| CW/PRIFA Rum Tax Claims | Class 58 |
| CW/MBA Claims | Class 59 |
| ERS Bond Claims | Class 62 |
| ERS General Unsecured Claims | Class 63 |

10.     The Debtors shall not be required to mail or cause to be mailed Solicitation Packages to any holders of Claims that are, as of the Voting Record Date, marked on the Title III register maintained by Prime Clerk as subject to administrative reconciliation procedures pursuant to an order granting the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] ("Administrative Reconciliation Order"), as such holders shall not be entitled to vote such Claims to accept or reject the Plan, unless such holder's claim has been allowed pursuant to an order of the Court on or before the Voting Deadline, as defined below.

11.     Solicitation Packages mailed to creditors holding Claims in the Voting Classes will contain, in English and Spanish translation: (i) the Confirmation Hearing Notice; (ii) a flash drive (or otherwise in the Debtors' discretion)[4] containing this Disclosure Statement Order (without the exhibits hereto) and Disclosure Statement (together with all exhibits thereto, including the Plan); and (iii) the appropriate form of Ballot[5] or Notice, if any, with instructions for voting and/or making any applicable election, and, as applicable, a pre-addressed, pre-paid return envelope, (iv) with respect to Class 48, the Retiree Committee Letter and Information

---

[4]   For the avoidance of doubt, the Debtors reserve the right (in their sole discretion) to distribute the Disclosure Statement (together with all exhibits thereto) and the Disclosure Statement Order in paper format to a subset of voting creditors (such as Retirees) if it is determined to be the most effective method of serving such a population of prospective voters.

[5]   The Debtors are permitted, in consultation with the Retiree Committee, to send the appropriate Ballot and voting instructions to holders of Claims in Class 48 in Spanish translation only.

Guide, attached hereto as **Schedules 6(a)-(b)**, and (v) with respect to Classes 51, 55, and 63, the UCC Letter, attached hereto as **Schedule 7.**

12.     If it is a Nominee's customary and accepted practice to forward the solicitation information to (and collect votes or elections from) Beneficial Owners by voter information form, email, telephone or other customary means of communications, as applicable, the Nominee may employ that method of communication in lieu of sending the paper Notice, and/or Solicitation Package.

13.     The Debtors are authorized, but not required, to distribute the Disclosure Statement (together with all exhibits thereto) and the Disclosure Statement Order to the Voting Classes in electronic format (flash drive), and Confirmation Hearing Notice, and Ballots, as appropriate, shall only be provided in paper format.

14.     On or before the Solicitation Mailing Date, the Debtors shall provide (i) complete Solicitation Packages (excluding Ballots) to:

(a) the U.S. Trustee,

(b) counsel to AAFAF,

(c) counsel to the LCDC, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Eric Kay, Esq.;

(d) counsel to the QTCB Group, Morgan, Lewis & Bockius LLP, One State Street, Hartford, CT 06103, Attn: Kurt A. Mayr, Esq., and David L. Lawton, Esq.; and Davis, Polk & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald Bernstein, Esq.;

(e) counsel to the GO Group, Paul Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Andrew Rosenberg, Esq. and Karen Zeituni, Esq.; Wilkie, Farr & Gallagher, 1875 K Street, NW, Washington, DC 20006, Attn: Mark Stancil, Esq.; and Robbins, Russel, Englert, Orseck, Untereiner & Sauber, LLP, 2000 K Street NW, Washington, DC 20006, Attn: Donald Burke, Esq.;

(f)    counsel to the Constitutional Debt Group; Morrison & Foerster, LLC, 250 West 55th Street, New York, NY 10019, Attn: James Peck, Esq., Gary Lee, Esq., and Andrew Kissner, Esq.;

(g)    counsel to Ambac; Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn: Dennis F. Dunne, Esq., and Atara Miller, Esq.;

(h)    counsel to Assured; Cadwalader, Wickersham & Taft, 200 Liberty Street, New York, NY 10281, Attn: Mark Ellenberg, Esq., William J. Natbony, Esq., and Casey Servais, Esq.;

(i)    counsel to FGIC; Butler Snow LLP, 2911 Turtle Creek, Suite 1400, Dallas, TX 75219, Attn: Martin A. Sosland, Esq.;

(j)    counsel to National; Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Andrew Wilkinson, Esq., Kelly DiBlasi, Esq. and Kirsten Erichsen, Esq.;

(k)    counsel to Syncora; Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019, Attn: Eric Daucher, Esq.;

(l)    counsel to AFSCME, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038, Attn: Kenneth Pasquale, Esq. and Sherry J. Millman, Esq.;

and (ii) the Disclosure Statement Order (excluding the exhibits thereto) and the Confirmation Hearing Notice to the Debtors' Bankruptcy Rule 2002 list as of the Voting Record Date.

15.    The Debtors shall complete, by no later than the Solicitation Mailing Date, the service of (i) the Confirmation Hearing Notice, ~~and~~ (ii) a Notice of Non-Voting Status, and (iii) with respect to Classes 48(A)-(C), and 48(K), the Retiree Committee Information Guide, attached hereto as **Schedule 6(b),** to all known holders (as of the Voting Record Date) of Claims in the following Classes:

- ~~Class 11 (PBA/DRA Secured Claim)~~

- ~~Class 12 (PBA General Unsecured Claims),~~

- ~~Class 13 (PBA/DRA Unsecured Claim),~~

- Class 48A (Retired ERS Participant Below-Threshold Claims),

- Class 48B (Retired JRS Participant Below-Threshold Claims),

11

- Class 48C (Retired TRS Participant Below-Threshold Claims),

- Class 48K (VTP Payroll Participant Below-Threshold Claims),

- Class 52 (Energy Incentive Claims),

- Class 54 (Tax Credit Claims),

- Class 60 (CW Appropriations Claims),

- Class 61 (CW 510(b) Subordinated Claims),

- Class 64 (Gracia-Gracia Claims), and

- Class 65 (Convenience Claims),

- Class 66 (Federal Claims).

16.     The Confirmation Hearing will be held on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**; provided, however, that the Confirmation Hearing may be continued from time to time without further notice other than through adjournments announced in open Court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Court.

17.     The Confirmation Hearing Notice setting forth the time, date, and place of the Confirmation Hearing, substantially in the form attached hereto as **Schedule 2**, is approved.

18.     The Debtors, through Prime Clerk LLC, shall publish the Confirmation Hearing Notice, on one occasion, in each of *El Nuevo Dia* in Spanish (primary circulation is in Puerto Rico), *Caribbean Business* in English (primary circulation is in Puerto Rico), *El Diario* in Spanish (primary circulation is in New York), *El Nuevo Herald* in Spanish (primary circulation is Miami), *The New York Times*, *The Bond Buyer*, *El Vocero* in Spanish (primary circulation is in Puerto Rico), and *Primera Hora* in Spanish (primary circulation is in Puerto Rico) to the extent possible, (i) between July 18,25, 2021 and July 24,31, 2021, (ii) between September 5, 2021 and

September 11, 2021, and (iii) between September 26, 2021 and October 2, 2021, which notice is hereby approved and constitutes adequate and sufficient notice and complies Bankruptcy Rule 2002.  To the extent any of the above publications are unable to publish or suspends publication during the time periods above, the Debtors are permitted to use reasonable best efforts to secure a similar alternative publisher without further order of the Court.

19.    The Debtors, through Prime Clerk LLC, shall cause no less than ten (10) radio advertisements, to be aired to the extent possible during the periods from (i) August 11,22, 2021 up to and including August 17,28, 2021, (ii) September 5, 2021 up to and including September 11, 2021, and (iii) September 26, 2021 up to and including October 2, 2021 (for a total of thirty (30) radio advertisements), on (a) WMEG FM (contemporary hit radio) in Spanish and (b) WKAQ AM (Spanish language talk radio) in Spanish, informing listeners of (i) the approval of the Disclosure Statement and the scheduling to the Confirmation Hearing, (ii) the date by which Confirmation Objections must be filed and served, (iii) the Voting Deadline and the Election Deadline and (iv) an information hotline to receive certain additional information.  To the extent any of the above radio stations are unable to broadcast or suspends broadcasting during the time periods above, the Debtors are permitted to use reasonable best efforts to secure a similar alternative radio station without further order of the Court.

20.    Any Confirmation Objections must:

(a) be in writing and signed,

(b) state the name, address, and nature of the Claim of the objecting or responding party,

(c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan or order confirming the Plan to resolve any such objection or response,

(d) be served so as to be actually received by the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(e) be filed, together with proof of service, with the Court and served so that such objections and responses are actually received by no later than **5:00 p.m. (Atlantic Standard Time) on October 8, 2021** (the "Final Confirmation Objection Deadline").

21.     Confirmation Objections that are not timely filed, served, and actually received in the manner set forth above shall not be considered and shall be deemed overruled.

22.     Any objecting party that has not filed a timely Confirmation Objection will not be permitted to make an oral presentation at the Confirmation Hearing.

23.     The Debtors and other parties in interest are authorized to file and serve no later than **5:00 p.m. (Atlantic Standard Time) on October 25, 2021**: (i) replies or an omnibus reply to any objections to the confirmation of the Plan; (ii) the Debtors' memorandum of law in support of confirmation of the Plan; (iii) any ~~affidavits~~declarations in support of confirmation of the Plan; and (iv) the Debtors' proposed order and findings of fact confirming the Plan.

24.     The Debtors shall not be required to send Solicitation Packages to (i) any holder of an unimpaired Claim under the Plan, (ii) any holder of a Claim in a Class deemed to reject the Plan, (iii) any party who holds a Claim, whether in the form of a filed proof of claim, or an amount listed on the list of creditors filed by the Debtors pursuant to sections 924 and 925 of the Bankruptcy Code (as amended or modified, the "List of Creditors") in an amount of $0.00, (iv) any holder of a Claim to which the Debtors have served an objection or request for estimation, or that has been expunged by order of the Court, and (v) a creditor that has a Claim that has already been paid in full.

25.     With respect to addresses from which notices of the Disclosure Statement hearing were returned as undeliverable by the United States Postal Service, the Debtors are excused from

mailing Solicitation Packages or any other materials related to voting on or confirmation of the Plan to entities listed at such addresses. For purposes of serving the Solicitation Packages, the Debtors are authorized to rely on the address information for all Classes as compiled, updated, and maintained by the Balloting Agent as of the Voting Record Date. In addition, to the extent any Solicitation Packages are returned as undeliverable by the United States Postal Service (including Solicitation Packages from voting creditors), neither the Debtors nor the Balloting Agent are required to conduct additional research for updated addresses or to attempt to reserve the Solicitation Packages on such parties.

26.     The form of Notice of Non-Voting Status (**Schedule 4**) is hereby approved.

27.     The Notice of Non-Voting Status is hereby deemed to satisfy the requirements of the Bankruptcy Code and the Bankruptcy Rules and the Debtors shall not be required to distribute copies of the Plan, Disclosure Statement, and/or Disclosure Statement Order to any holder of a Claim in the following Classes, except as to parties who request, in writing, copies of such documents:

- ~~Class 11 (PBA/DRA Secured Claim)~~
- ~~Class 12 (PBA General Unsecured Claims),~~
- ~~Class 13 (PBA/DRA Unsecured Claim),~~
- Class 48A (Retired ERS Participant Below-Threshold Claims),
- Class 48B (Retired JRS Participant Below-Threshold Claims),
- Class 48C (Retired TRS Participant Below-Threshold Claims),
- Class 48K (VTP Payroll Participant Below-Threshold Claims),
- Class 52 (Energy Incentive Claims),
- Class 54 (Tax Credit Claims),

- Class 60 (CW Appropriations Claims),

- Class 61 (CW 510(b) Subordinated Claims),

- Class 64 (Gracia-Gracia Claims), ~~and~~

- Class 65 (Convenience Claims), and

- Class 66 (Federal Claims).

28.      Each Ballot must be executed, completed, and delivered to the Balloting Agent (i) by U.S. first-class mail, in the return envelope provided with each Ballot (or otherwise by first-class mail); (ii) by overnight courier; (iii) by hand delivery, or (iv) Prime Clerk's e-balloting platform (where permitted), so that executed and completed Ballots are received by Prime Clerk, the Balloting Agent, by no later than **5:00 p.m. (Atlantic Standard Time) on October 4, 2021**, unless such time is extended (the "Voting Deadline").[56]  Holders of Claims in the Bond Classes must deliver their voting instructions to the Nominee according to the instructions in the applicable Notice in sufficient time for the Nominee to receive and effectuate the creditor's election through ATOP in accordance with the procedures of DTC by the Voting Deadline; provided, however, that any creditor who has executed, completed, and delivered through ATOP in accordance with the procedures of DTC its vote to accept or reject the Plan may revoke such vote and withdraw any securities that have been tendered with respect to a vote through ATOP in accordance with the procedures of DTC on or before the Voting Deadline.

29.      An election of the form of distribution under the Plan must be executed, completed, and delivered to the Nominee in accordance with the instructions under the applicable Notice so as to be effectuated through ATOP in accordance with the procedures of

---

[56]    The Solicitation Agent shall use reasonable efforts to keep each on-island ballot collection site proposed in the Motion open for the full period between August 30, 2021 and October 4, 2021.  The Solicitation Agent may close any such on-island ballot collection sites (at its sole discretion), or as required by law, including, without limitation, local ordinances.  The Debtors shall make available copies of the Disclosure Statement and Plan available at each on-island ballot collection site.

DTC by no later than **5:00 p.m. (Atlantic Standard Time) on October 4, 2021**, unless such time is extended (the "Election Deadline"); provided, however, that any election of the form of distribution under the Plan executed, completed, and delivered through ATOP in accordance with the procedures of DTC on or before the Election Deadline shall be deemed to be made as of the Election Deadline; provided, further, that any creditor who has executed, completed, and delivered through ATOP in accordance with the procedures of DTC its election of the form of distribution under the Plan may revoke such election and withdraw any securities that have been tendered with respect to an election through ATOP in accordance with the procedures of DTC on or before the Election Deadline.

30.     All securities that are tendered with respect to an election of distributions under the Plan shall be restricted from further trading or transfer through the Effective Date of the Plan.

31.     All securities that are tendered with respect to a vote to accept or reject the Plan shall be restricted from further trading or transfer until the Voting Deadline; provided; however; if any of Classes 6, 8, 10, 15, 28, 35, 38, and 44 votes to accept the Plan, all securities that are tendered with respect to a vote to accept or reject the Plan in such accepting Class(es) shall be restricted from further trading or transfer until the Effective Date.

32.     Only the insurer, including pursuant to a secondary market insurance policy, of the securities giving rise to Claims in the following Classes will be entitled to cast a vote with respect to such Classes:

- Class 2 (Vintage PBA Bond Claims (Assured)),

- Class 3 (Vintage PBA Bond Claims (National)),

- Class 5 (Vintage PBA Bond Claims (Syncora)),

- Class 16 (Vintage CW Bond Claims (Assured)),

- Class 17 (Vintage CW Bond Claims (National)),

- Class 19 (Vintage CW Bond Claims (Syncora)),

- Class 22 (Vintage CW Guarantee Bond Claims (Assured)),

- Class 23 (Vintage CW Guarantee Bond Claims (National)),

- Class 25 (Vintage CW Guarantee Bond Claims (Syncora)),

- Class 29 (2011 CW Bond Claims (Assured)),

- Class 34 (2011 CW Series D/E/PIB Bond Claims (Assured)), and

- Class 39 (2012 CW Bond Claims (Assured)).

33.    Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, a Claim, and without prejudice to the rights of the Debtors in any other context, each Claim within a Class of Claims entitled to vote is temporarily allowed in an amount equal to the amount of such Claim as set forth in the claims register; provided:

    a.  If a Claim is deemed allowed under the Plan, such Claim is allowed for voting purposes in the deemed allowed amount set forth in the Plan;

    b.  If a Claim for which a proof of claim has been timely filed is wholly contingent, unliquidated, or disputed, undetermined, or unknown in amount, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00, and the Ballot mailed to the holder of such Claim shall be marked as voting at $1.00; unless such Claim is disputed as set forth in subparagraph "i" below;

    c.  If a proof of claim was timely filed in an amount that is liquidated, non-contingent, and undisputed, such Claim is temporarily allowed in the amount set forth on the proof of claim, unless such Claim is disputed as set forth in subparagraph "i" below;

    d.  If a Claim is listed on a timely filed proof of claim as contingent, unliquidated, or disputed in part, such Claim is temporarily allowed in the amount that is liquidated, non-contingent, and undisputed for voting purposes only, and not for purposes of allowance or distribution;

e.  If a Claim has been estimated or otherwise allowed for voting purposes by order of the Court, such Claim is temporarily allowed in the amount so estimated or allowed by the Court for voting purposes only, and not for purposes of allowance or distribution;

f.  If a Claim is listed in the List of Creditors as contingent, unliquidated, or disputed and a proof of claim was not (i) filed by the earlier of the applicable bar date for the filing of proofs of claim established by the Court or the Voting Record Date (as applicable); or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline, such Claim shall not be entitled to vote to accept or reject the Plan;

g.  Proofs of claim filed for $0.00 or Claims that have been expunged by order of the Court are not entitled to vote;

h.  To avoid confusion, Ballots in Classes 48(D)-(J) and Class 49 will not set forth any voting amounts; however, all voters that submit a valid vote in Classes 48(A)-(E) and Class 49 will be tabulated as one (1) vote for numerosity purposes with the same weight;

i.  If the Debtors have served an objection or request for estimation as to a Claim at least twenty (20) days before the Voting Deadline, such Claim is temporarily disallowed for voting purposes only and not for purposes of allowance or distribution, except to the extent and in the manner as may be set forth in such objection, or as ordered by the Court before the Voting Deadline;

j.  Any holders of Claims that are, as of the Voting Deadline, marked on the Title III register maintained by Prime Clerk as subject to administrative reconciliation procedures pursuant to the Administrative Reconciliation Order shall not be entitled to vote such Claims to accept or reject the Plan;

k.  For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code separate Claims held by a single creditor in a particular Class shall be aggregated based on the reasonable efforts of the Debtors and Balloting Agent as if such creditor held one Claim against the applicable Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan;

l.  Notwithstanding anything to the contrary contained herein, any creditor who has filed or purchased duplicate Claims within the same Voting Class may be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtors have objected to such duplicate Claims;

m.  If a proof of claim has been amended by a later filed proof of claim filed on or before the Voting Record Date, only the later filed amending Claim will be

entitled to vote, regardless of whether the Debtors have objected to such earlier filed Claim;

n. Notwithstanding anything contained herein to the contrary, the Balloting Agent, in its discretion, may contact voters to cure any defects in the Ballots and is authorized to so cure any defects;

o. There shall be a rebuttable presumption that any claimant who submits a properly completed, superseding Ballot, or withdraws a Ballot on or before the Voting Deadline has sufficient cause, within the meaning of Bankruptcy Rule 3018(a), to change or withdraw such claimant's acceptance or rejection of the Plan, such that the earlier submitted Ballot shall be deemed superseded or withdrawn, as applicable; and

p. Any Class that contains claims entitled to vote but no votes are returned for such Class shall be deemed to have accepted the Plan.

34.     The following additional procedures shall apply with respect to tabulating votes in the Bond Classes:

i. For the purposes of tabulating votes, each Beneficial Owner or Insurer shall be deemed to have voted only the principal amount of its public securities as submitted through and reflected in ATOP; any principal amounts thus voted may be thereafter adjusted by the Balloting Agent, on a proportionate basis with a view to the amount of securities actually voted, to reflect the corresponding claim amount with respect to the securities thus voted, including any accrued but unpaid prepetition interest or accreted principal, as applicable.

ii. If conflicting votes or "over-votes" are submitted by a Nominee, the Balloting Agent shall use reasonable efforts to reconcile discrepancies with the Nominee.

35.     If any claimant seeks to challenge the allowance or disallowance of its Claim for voting purposes in accordance with the above procedures, such claimant shall serve upon counsel for the Debtors, counsel for AAFAF, and counsel for the statutory committees appointed in any of the Title III Cases, and file with the Court (with a copy to Chambers) a motion for an order pursuant to Bankruptcy Rule 3018(a) (a "3018(a) Motion") temporarily allowing such Claim in a different amount for purposes of voting to accept or reject the Plan, on or before the tenth (10th) day after the later of (i) service of the Confirmation Hearing Notice, and (ii) service

20

of notice of an objection or request for estimation, if any, as to such Claim; provided, however, that, as to any claimant filing a 3018(a) Motion, such claimant's Ballot shall not be counted unless temporarily allowed by an order entered by the Court prior to the Voting Deadline.

36.    Each creditor that votes to accept or reject the Plan is deemed to have voted the full amount of its Claim therefor.

37.    If a creditor casts more than one Ballot voting the same Claim(s) or submits more than one election with respect to the same Claim(s) before the Voting Deadline or Election Deadline, as applicable, the last Ballot received or election made before the Voting Deadline or Election Deadline, as applicable, is hereby deemed to reflect such creditor's intent or election, as applicable, and, thus, to supersede any prior Ballot(s) or elections made, as applicable.

38.    If Assured does not make the Assured Election with respect to Classes 2, 16, 22, 29, 34, or 39, whenever a creditor in such Class fails to timely make an election of the form of distribution under the Plan, then such creditor shall be deemed to have elected Assured Bondholder Election 2 pursuant to Section 71.172.1(b) of the Plan.

39.    If a creditor in Classes 3, 17, or 23 (A) fails to timely make an election of the form of distribution under the Plan or (B) submits an election for less than all of its National Insured Bond Claims, then such creditor shall be deemed to have elected to receive the National Commutation Treatment pursuant to section 71.272.2(a) of the Plan.

40.    If a creditor in Classes 5, 19, or 25, (A) fails to timely make an election of the form of distribution under the Plan or (B) submits an election for less than all of its Syncora Insured Bond Claims, then such creditor shall be deemed to have elected to receive the Syncora Commutation Treatment pursuant to section 71.372.3(a) of the Plan.

41.     Creditors in Classes 2, 3, and 5 making an election (if available) with respect to such holders' Allowed Claim shall be deemed to have made the same election with respect to such Holders' corresponding Allowed Claim in Classes 22, 23, and 25, respectively.

42.     Creditors in Classes 21, 24, 31, and 41 making an election (if available) with respect to such holders' Allowed Claim shall be deemed to have voted to accept the Plan on account of its Allowed Claim in Classes 1 or 6 (as applicable), 4, 7 or 8 (as applicable), and 9 or 10 (as applicable), respectively.

43.     42. Any entity that holds a Claim in more than one Class that is entitled to vote must use separate Ballots for each such Claim; provided, however, that creditors must vote all of their Claims within a particular Class under the Plan either to accept or reject the Plan and may not split their vote(s), and thus, neither a Ballot that partially rejects and partially accepts the Plan, nor multiple Ballots casting conflicting votes in respect of the same Class under the Plan shall be counted; provided, further, that holders of PBA Bonds giving rise to claims in multiple Bond Classes (*e.g.* Vintage PBA Bond Claims in Class 1 and Vintage CW Guarantee Bond Claims in Class 21) must vote all of their Claims arising from such PBA Bonds to either accept or reject the Plan and may not split their vote(s) between such Bond Classes.

44.     43. The following types of Ballots shall not be counted in determining whether the Plan has been accepted or rejected: (i) any Ballot or vote through ATOP received after the Voting Deadline unless the Debtors have granted an extension with respect thereto; (ii) any Ballot that is illegible or contains insufficient information to permit the identification of the claimant; (iii) any Ballot cast by a person or entity that does not hold a Claim in a Class entitled to vote to accept or reject the Plan; (iv) any unsigned Ballot; (v) any Ballot transmitted to the Balloting Agent by facsimile, electronic mail, or other means not specifically approved herein;

(vi) any Ballot that is properly completed, executed, and timely returned to the Balloting Agent, but does not indicate either an acceptance or rejection of the Plan; (vii) any Ballot that is properly completed, executed, and timely returned to the Balloting Agent, but indicates both an acceptance and rejection of the Plan shall be counted as an acceptance of the Plan; and (viii) any Ballot without an original signature; provided, however, that any Ballot cast via the Balloting Agent's E-Ballot platform or the ATOP system shall be deemed to contain an original signature.

45.  44. Except as otherwise set forth herein, and subject to the entry of an order of the Court, the Debtors may waive any defects or irregularities as to any particular Ballot at any time, either before or after the Voting Deadline, and any such waivers shall be documented (a) by an attorney's certification stating the terms, if any, associated with any such waiver, and (b) in the vote tabulation certification prepared by the Ballot Agent.

46.  45. In accordance with the modification provisions of the Plan and Local Rule 3016-2, the Debtors are authorized to make non-substantive changes to the Disclosure Statement, the Plan, the Ballots, the Notices, the Notice of Non-Voting Status, and related documents without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors, and to make conforming changes among the Disclosure Statement, the Plan, and any other materials in the Solicitation Packages as may be necessary, prior to mailing.

47.  46. All notices to be provided pursuant to the procedures set forth herein are deemed good and sufficient notice to all parties in interest of all matters pertinent hereto and of all matters pertinent to the Confirmation Hearing and no other or further notice need be provided.

48.    Pursuant to Bankruptcy Code section 1125(d), the Retiree Committee is permitted to disseminate information through various forms of communication, including, but not limited to, the Retiree Committee's website, social media, direct mailings, radio and printed media, phone banks, and/or in-person meetings explaining, among other things, the voting process and the Retiree Committee's support for the Plan, consistent with the Retiree Committee Letter and Information Guide, attached hereto as **Schedules 6(a)-(b)**.

49.    ~~47.~~ The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

50.    ~~48.~~ The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order, including, without limitation, disputes with respect to the validity of an election of the form of distributions to be made under the Plan.

Dated: _____, 2021
San Juan, Puerto Rico

_____
Laura Taylor Swain
United States District Court Judge

## Schedule 1

**Disclosure Statement[1]**

---

[1] In the interest of economy, a hard copy of the Disclosure Statement will not be included as a schedule to the proposed Disclosure Statement Order.  A copy of the Disclosure Statement was filed on June 29, 2021, and is available on the Court's docket, as well as on the website of the Debtor's Claims and Noticing Agent, Prime Clerk, at https://cases.primeclerk.com/puertorico/. A flash drive containing the Disclosure Statement and all exhibits thereto will be included in the Solicitation Packages. Hard copies of the Disclosure Statement are available on request by contacting Prime Clerk by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please do not direct any inquiries to the Court.

**Schedule** 2

**Confirmation Hearing Notice**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF RECORD DATES, (III) HEARING ON CONFIRMATION OF THE PLAN OF ADJUSTMENT AND PROCEDURES FOR OBJECTION TO CONFIRMATION OF THE PLAN OF ADJUSTMENT, (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN OF ADJUSTMENT AND MAKING CERTAIN ELECTIONS THEREUNDER

**[If you are entitled to vote on or make an election with respect to distributions pursuant to the Plan, you will receive a separate Solicitation Package (as defined below) on a future date.]**

**INITIAL OBJECTION DEADLINE:  5:00 p.m. (Atlantic Standard Time) on August 3, 2021**

**FINAL OBJECTION DEADLINE:  5:00 p.m. (Atlantic Standard Time) on October 8, 2021**

**See below for additional deadlines.**

If you have any questions regarding this notice, please contact Prime Clerk LLC by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      ***Approval of Disclosure Statement.***  By order, dated [●], 2021 (the "Disclosure Statement Order"), the United States District Court for the District of Puerto Rico (the "Court") approved the adequacy of the information contained in the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~June 29,~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement"), filed by the Financial Oversight and Management Board on behalf of the ~~Debtor~~Debtors, and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the *~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~June 29,~~July 12, 2021 (as the same may be amended or modified, including all exhibits and supplements thereto, the "Plan"),[2] attached as **Exhibit A** to the Disclosure Statement.

2.      **Electronic copies of the Disclosure Statement and Plan are available by visiting https://cases.primeclerk.com/puertorico/.**

3.      ~~2.~~Pursuant to the Disclosure Statement Order, the Debtors will mail materials needed for voting on the Plan or making elections on distributions thereunder (the "Solicitation Package") to holders Claims in the following Classes (collectively, the "Voting Classes"):

|  | **Class** |
|---|---|
| Vintage PBA Bond Claims | Class 1 |
| Vintage PBA Bond Claims (Assured) | Class 2 |
| Vintage PBA Bond Claims (National) | Class 3 |
| Vintage PBA Bond Claims (Other Insured) | Class 4 |
| Vintage PBA Bond Claims (Syncora) | Class 5 |
| Retail Vintage PBA Bond Claims | Class 6 |
| 2011 PBA Bond Claims | Class 7 |
| Retail 2011 PBA Bond Claims | Class 8 |
| 2012 PBA Bond Claims | Class 9 |

[2] All capitalized terms used but not otherwise defined shall have the meanings given to such terms in the Plan.

|  | Class |
|---|---|
| Retail 2012 PBA Bond Claims | Class 10 |
| PBA/DRA Secured Claims | Class 11 |
| PBA General Unsecured Claims | Class 12 |
| PBA/DRA Unsecured Claims | Class 13 |
| Vintage CW Bond Claims | Class 14 |
| Retail Vintage CW Bond Claims | Class 15 |
| Vintage CW Bond Claims (Assured) | Class 16 |
| Vintage CW Bond Claims (National) | Class 17 |
| Vintage CW Bond Claims (Other Insured) | Class 18 |
| Vintage CW Bond Claims (Syncora) | Class 19 |
| Vintage CW Guarantee Bond Claims | Class 21 |
| Vintage CW Guarantee Bond Claims (Assured) | Class 22 |
| Vintage CW Guarantee Bond Claims (National) | Class 23 |
| Vintage CW Guarantee Bond Claims (Other Insured) | Class 24 |
| Vintage CW Guarantee Bond Claims (Syncora) | Class 25 |
| 2011 CW Bond Claims | Class 27 |
| Retail 2011 CW Bond Claims | Class 28 |
| 2011 CW Bond Claims (Assured) | Class 29 |
| 2011 CW Guarantee Bond Claims | Class 31 |
| 2011 CW Series D/E/PIB Bond Claims | Class 33 |
| 2011 CW Series D/E/PIB Bond Claims (Assured) | Class 34 |
| Retail 2011 CW Series D/E/PIB Bond Claims | Class 35 |
| 2012 CW Bond Claims | Class 37 |
| Retail 2012 CW Bond Claims | Class 38 |
| 2012 CW Bond Claims (Assured) | Class 39 |
| 2012 CW Guarantee Bond Claims | Class 41 |
| 2014 CW Bond Claims | Class 43 |
| Retail 2014 CW Bond Claims | Class 44 |
| 2014 CW Guarantee Bond Claims | Class 46 |
| Retired ERS Participant Above-Threshold Claims | Class 48D |
| Retired JRS Participant Above-Threshold Claims | Class 48E |
| Retired TRS Participant Above-Threshold Claims | Class 48F |
| Active ERS Participant Claims | Class 48G |
| Active JRS Participant Claims | Class 48H |
| Active TRS Participant Claims | Class 48I |
| System 2000 Participant Claims | Class 48J |
| VTP Payroll Participant Above-Threshold Claims | Class 48L |
| AFSCME Claims | Class 49 |

| | Class |
|---|---|
| Dairy Producer Claims | Class 50 |
| Eminent Domain Claims | Class 51 |
| Med Center Claims | Class 53 |
| CW General Unsecured Claims | Class 55 |
| CW/HTA Claims | Class 56 |
| CW/Convention Center Claims | Class 57 |
| CW/PRIFA Rum Tax Claims | Class 58 |
| CW/MBA Claims | Class 59 |
| ERS Bond Claims | Class 62 |
| ERS General Unsecured Claims | Class 63 |

4. 3. ***Confirmation Hearing.***  A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, in via telephonic hearing through CourtSolutions on **November 8 – 10, 12, 15 – 18, and 22 - 23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

5. 4. The Confirmation Hearing may be continued from time to time by the Court or the Oversight Board, without further notice or through adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, in accordance with the modification provisions of the Plan and Local Rule 3016-2, without further notice to interested parties.

6. 5. ***Establishment of Confirmation Discovery Deadlines***.  Pursuant to the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. ___] (the "Confirmation Discovery Procedures Order"), the Court has established **5:00 p.m. (Atlantic Standard Time) on August 3, 2021** as the deadline for parties to file an initial object (an "Initial Objection") to permit such party to participate in discovery in connection with confirmation of the Proposed Plan

7.   6. Failure to file an Initial Objection will <u>not</u> preclude a party from filing an objection to confirmation of the Plan on or before the Final Objection Deadline (as defined below).  However, a party may only participate in discovery in connection with confirmation of the proposed Plan by filing an Initial Objection by the Initial Objection Deadline, and discovery will be limited to the issues set forth in the Initial Objection.

8.   7. The Court has established additional discovery deadlines below applicable to parties who have filed in Initial Objection and are eligible to participate in discovery:

| Summary of Proposed Discovery Deadlines | |
|---|---|
| **August 6, 2021** | Deadline to Serve Requests for Admission other than Requests for Admission Related Solely to the Authenticity of Documents Produced in Response to Request for Production (All Parties) |
| | Deadline for Eligible Creditors to Serve Requests for Production of Non-Depository Documents |
| | Deadline for the Debtors to Serve Requests for Production |
| **August 13, 2021** | Deadline to File Fact Witness List and Topics (All Parties) |
| **August 16, 2021** | Deadline to Serve Responses and Objections to Requests for Admission, and Requests for Production (All Parties) |
| **August 17, 2021** | Deadline to Serve Notices of Deposition, Topics, and Requested Times for Depositions (All Parties) |
| **August 23, 2021** | Status Conference on Deposition Notices |
| **August 25, 2021** | Filing of Deposition Schedule |
| **August 30, 2021** | Serve Opening Expert Disclosures (All Parties) |
| ~~August 30, 2021~~ | ~~Serve Opening Expert Disclosures~~ |
| **September 3, 2021** | Opening Expert Reports Due |
| **September 7, 2021** | Deadline to Serve Requests for Admission Related Solely to the Authenticity of Documents Produced in Response to Request for Production (All Parties) |
| **September 13 – 22, 2021** | Fact Witness Depositions |
| **September 24, 2021** | Serve Rebuttal Expert Disclosures |
| **October 1, 2021** | Serve Rebuttal Expert Reports |
| **September ~~13~~23 to** | Expert Witness Depositions |

| Summary of Proposed Discovery Deadlines | |
|---|---|
| **October 4, 2021** | |
| **October 8, 2021** | Deadline to File ~~Supplemental~~Final Objections to Confirmation |
| | Deadline to File Motions in Limine (limited to 5 pages) and Daubert Motions (All Parties) |
| **October 11, 2021** | Deadline to Serve Exhibit Lists and Deposition Designations (All Parties) |
| **October 15, 2021** | Deadline to File Objections to Motions in Limine (limited to 5 pages) and Daubert Motions (All Parties) |
| **October 18, 2021** ~~**October 25, 2021**~~ | Deadline to Exchange Objections to Exhibit Lists, Counter-Designations, Objections to Deposition Designations, and Designation of Witnesses for Cross-Examination (All Parties) |
| **October ~~29,~~25, 2021** | Deadline to Exchange Objections to Counter-Designations |
| | Deadline to File Replies to Motions in Limine (limited to 3 pages) and Daubert Motions (All Parties) |
| | Deadline for the Debtors to File ~~Affidavits~~Declarations, Replies to Objections to Confirmation of Plan of Adjustment, and Proposed Order and Findings of Fact |
| **November 1, 2021** | Deadline for Objectors to File Witness Declarations |

9. ~~8.~~ *Plan Confirmation Depository*.  Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

10. ~~9.~~ *Confirmation Final Objection Deadline.*  The Court has established **5:00 p.m. (Atlantic Standard Time) on October 8, 2021** (the "Final Confirmation Objection Deadline") as the deadline to file objections or responses to confirmation of the proposed Plan.

11. ~~10.~~ *Objections and Responses to Confirmation.*  Objections and responses to confirmation of the Plan must:

    a. Be in writing and signed;

    b. State the name, address, and nature of the Claim of the objecting or responding party;

c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d.   Be filed with the United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767, so as to be received **on or before October 8, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e.   Be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

12.   ~~11.~~ ***Voting Record Date.*** The voting record date is **July 13, 2021** (the "Voting Record Date"), which is the date for determining which holders of Claims in Voting Classes (except Bond Classes, ~~Classes 48(A)–(E),~~Class 48, and Class 49) are entitled to vote on the Plan. Therefore, only those creditors in a Class entitled to vote on the Plan and holding Claims against the Debtors (except in the Bond Classes, ~~Classes 48(A)–(E),~~Class 48, and Class 49) as of the Voting Record Date are entitled to vote on the Plan.

13.   ~~12.~~ ***Voting Deadline.*** The deadline for voting on the Plan is on **October 4, 2021, at 5:00 p.m. (Atlantic Standard Time)**, unless such time is extended (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot or Notice and intend to vote on the Plan, you ***must***: (a) follow the instructions carefully; (b) complete ***all*** of the required information on the Ballot (as applicable); and (c) either (i) execute and return your completed Ballot according to and as set forth in detail in the voting instructions included in the Solicitation Package so that your Ballot is ***actually received*** by the Debtors' solicitation agent, Prime Clerk (the "Balloting Agent") on or before the Voting Deadline, or (ii) instruct your broker or nominee (each, a "Nominee") to electronically deliver your bonds via the Automated Tender Offer Program ("ATOP") at The Depository Trust Company ("DTC") in accordance with your desire

to vote to accept or reject the Plan on or before the Voting Deadline. ***Failure to follow such instructions may disqualify your vote.***

14. ~~13.~~ ***Election Deadline***.  The deadline for holders of eligible Bond Claims that have the right to make an election of the form of distributions under the Plan to make such election is on **October 4, 2021, at 5:00 p.m. (Atlantic Standard Time)**, unless such time is extended (the "Election Deadline").  If you received a Notice with an option to make an election, you ***must***:  (a) follow the instructions carefully; and (b) deliver ***all*** of the required information according to and as set forth in detail in the election instructions so that it is received by your Nominee in sufficient time for your Nominee to ***actually effectuate*** your election through DTC's ATOP on or before the Election Deadline.

15. ~~14.~~ ***Parties in Interest Not Entitled to Vote.***  Creditors in the following Classes are deemed to reject the Plan and not entitled to vote:

- ~~Class 11 (PBA/DRA Secured Claim)~~

- ~~Class 13 (PBA/DRA Unsecured Claim),~~

- Class 60 (CW Appropriations Claims), and

- Class 61 (CW 510(b) Subordinated Claims).

16. ~~15.~~ Creditors in the following Classes are deemed to accept the Plan and not entitled to vote:

- ~~Class 12 (PBA General Unsecured Claims),~~

- Class 48A (Retired ERS Participant Below-Threshold Claims),

- Class 48B (Retired JRS Participant Below-Threshold Claims),

- Class 48C (Retired TRS Participant Below-Threshold Claims),

- Class 48K (VTP Payroll Participant Below-Threshold Claims),

- Class 52 (Energy Incentive Claims),

- Class 54 (Tax Credit Claims),

- Class 64 (Gracia-Gracia Claims), ~~and~~

- Class 65 (Convenience Claims),

- Class 66 (Federal Claims).

17. ~~16.~~ If a Claim is listed on the Debtors' list of creditors [Case No. 17-3283, ECF Nos. 1215, 1316, 2582, 10708] as contingent, unliquidated, or disputed and a proof of claim was not (i) filed by the earlier of the applicable bar date for the filing of proofs of claim established by the Court or the Voting Record Date (as applicable); or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline, such Claim shall not be entitled to vote to accept or reject the Plan.  Proofs of claim filed for $0.00 or Claims that have been expunged by order of the Court are also not entitled to vote.

18. ~~17.~~ If you are in Classes ~~11, 13, 60,~~ 60 or 61, or have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your Claim and believe you should be entitled to vote on the Plan, you must serve the Debtors and the parties listed in paragraph 13(e) below and file with the Court (with a copy to Chambers) a motion (a "Rule 3018(a) Motion") for an order pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your Claim in a different amount or in a different Class for purposes of voting to accept or reject the Plan.  All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (i) service of this Confirmation Hearing Notice and (ii) service of notice of an objection or request for estimation, if any, as to such Claim.  In accordance with Bankruptcy Rule 3018(a), as to any to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as

may be otherwise ordered by the Court prior to the Voting Deadline (**October 4, 2021 at 5:00 p.m. (Atlantic Standard Time)**).  Creditors may contact the Balloting Agent (i) via <u>first class mail</u> or via <u>overnight courier</u>, at Puerto Rico Ballot Processing, C/O Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, (ii) by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or (iii) by email at [puertoricoinfo@primeclerk.com](mailto:puertoricoinfo@primeclerk.com), to receive an appropriate Ballot for any Claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted.  Rule 3018(a) Motions that are not timely filed and served in the manner set forth herein shall not be considered.

19.   ~~18.~~ ***Parties Who Will Not Be Treated as Creditors***.  Any holder of a Claim that (i) is scheduled in the List of Creditors at $0.00 and is not the subject of a timely filed proof of Claim or a proof of claim deemed timely filed with the Court pursuant to either the Bankruptcy Code or any order of the Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Court pursuant to either the Bankruptcy Code or any order of the Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such Claim for purposes of (a) receiving notices regarding the Plan, and (b) voting on the Plan.

20.   ~~19.~~ ***Additional Information***.  Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan, including Spanish translations thereof, should contact the Balloting Agent, Prime Clerk LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international

callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com, or may view such documents by accessing either https://cases.primeclerk.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

21.    20.   *Bankruptcy Rules 2002(c)(3) and 3016(c)).*   **In accordance with Bankruptcy Rules 2002(c)(3) and 3016(c), set forth below are the release, exculpation, and injunction provisions contained in the Plan:**

**Section 88.289.2 – Discharge and Release of Claims and Causes of Action**:

(a)    Except as expressly provided in the Plan or the Confirmation Order, all distributions and rights afforded under the Plan shall be, and shall be deemed to be, in exchange for, and in complete satisfaction, settlement, discharge and release of, all Claims or Causes of Action against the Released Parties that arose, in whole or in part, prior to the Effective Date, relating to the Title III Cases, the Debtors or Reorganized Debtors or any of their respective Assets, property, or interests of any nature whatsoever, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or Causes of Action. Upon the Effective Date, the Debtors and Reorganized Debtors shall be deemed discharged and released from any and all Claims, Causes of Action and any other debts that arose, in whole or in part, prior to the Effective Date (including prior to the Petition Date), and Claims of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not (a) a proof of claim based upon such Claim is filed or deemed filed under section 501 of the Bankruptcy Code, (b) such Claim is allowed under section 502 of the Bankruptcy Code (or is otherwise resolved), or (c) the holder of a Claim based upon such debt voted to accept the Plan. For the avoidance of doubt, nothing contained herein or in the Confirmation Order shall release, discharge or enjoin any claims or causes of action against PREPA arising from or related to PREPA-issued bonds, including, without limitation, Monoline-issued insurance pertaining thereto, and PREPA is not releasing any claims or causes of action against any non-Debtor Entity. Claims and causes of action against PREPA arising from or related to PREPA-issued bonds, and releases against PREPA and its assets shall be addressed in PREPA's Title III case, including, without limitation, any plan of adjustment therein.

(b)    Except as expressly provided in the Plan or the Confirmation Order, all Entities shall be precluded from asserting any and all Claims against the Debtors and Reorganized Debtors, and each of their respective Assets, property and rights, remedies, Claims

or Causes of Action or liabilities of any nature whatsoever, relating to the Title III Cases, the Debtors or Reorganized Debtors or any of their respective Assets and property, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities. In accordance with the foregoing, except as expressly provided in the Plan or the Confirmation Order, the Confirmation Order shall constitute a judicial determination, as of the Effective Date, of the discharge and release of all such Claims, Causes of Action or debt of or against the Debtors and the Reorganized Debtors pursuant to sections 524 and 944 of the Bankruptcy Code, applicable to the Title III Case pursuant to Section 301 of PROMESA, and such discharge shall void and extinguish any judgment obtained against the Debtors or Reorganized Debtors and their respective Assets, and property at any time, to the extent such judgment is related to a discharged Claim, debt or liability. As of the Effective Date, and in consideration for the value provided under the Plan, each holder of a Claim in any Class under this Plan shall be and hereby is deemed to release and forever waive and discharge as against the Debtors and Reorganized Debtors, and their respective Assets and property and all such Claims.

(c)     Notwithstanding any other provisions of this Section ~~88.2,~~89.2, in accordance with the provisions of the GO/PBA Plan Support Agreement, each of the GO/PBA PSA Creditors and their respective Related Persons, solely in their capacity as Creditors of the Debtors, shall (i) be deemed to have released and covenanted not to sue or otherwise pursue or seek to recover damages or to seek any other type of relief against any of the Government Releasees based upon, arising from or relating to the Government Released Claims or any of the Claims or Causes of Action asserted or which could have been asserted, including, without limitation, in the Clawback Actions and the Lift Stay Motions, and (ii) not directly or indirectly aid any person in taking any action with respect to the Government Released Claims that is prohibited by this Section ~~88.2~~89.2.

(d)     SEC Limitation.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, no provision shall (i) preclude the SEC from enforcing its police or regulatory powers, or (ii) enjoin, limit, impair or delay the SEC from commencing or continuing any claims, causes of action, proceedings or investigations against any non-debtor person or non-debtor entity in any forum.

(e)     United States Limitation.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, no provision shall (i) impair the United States, its agencies, departments, or agents, or in any manner relieve the Debtors or the Reorganized Debtors, as the case may be, from compliance with federal laws or territorial laws and requirements implementing a federally authorized or federally delegated program protecting the health, safety, and environment of persons in such territory, (ii) except to the extent provided in this Article LXXXIX and the Confirmation Order, (A) expand the scope of any discharge, release, or injunction to which the Debtors or the Reorganized Debtors are entitled under Title III, and (B) discharge, release, enjoin, or otherwise bar (1) any liability of the Debtors or the Reorganized Debtors to the United States arising from and after the Effective Date, (2) any liability to the United States that is not a Claim, (3) any affirmative defense or any right of setoff or recoupment of the United States or the Debtors or the Reorganized Debtors, as the case may be, and such rights of setoff and recoupment of such parties are expressly preserved, (4) the

continued validity of the obligations of the United States or the Debtors or the Reorganized Debtors, as the case may be, under any United States grant or cooperative assistance agreement, (5) the Debtors' or the Reorganized Debtors' obligations arising under federal police or regulatory laws, including, but not limited to, laws relating to the environment, public health or safety, or territorial laws implementing such federal legal provisions, including, but not limited to, compliance obligations, requirements under consent decrees or judicial orders, and obligations to pay associated administrative, civil, or other penalties, (6) any environmental liability to the United States that the Debtors, the Reorganized Debtors, any successors thereto, or any other Person or Entity may have as an owner or operator of real property arising during the period from and after the Effective Date, and (7) any liability to the United States or part of any non-debtor.  Without limiting the foregoing, nothing contained herein or in the Confirmation Order shall be deemed (1) to determine the tax liability of any Entity, including, but not limited to, the Debtors and the Reorganized Debtors, (2) to be binding on the IRS with regard to the federal tax liabilities, tax status, or tax filing and withholding obligations of any entity, including, but not limited to, the Debtors and the Reorganized Debtors, (3) to release, satisfy, discharge, or enjoin the collection of any claim of the IRS against any Entity other than the Debtors and the Reorganized Debtors, and (4) to grant any relief to any Entity that the Court is prohibited from granting the Declaratory Judgment Act, 28 U.S.C. § 2201(a), or the Tax Anti-Injunction Act, 26 U.S.C. § 7421(a).

(f)     Underwriter Actions.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, including, without limitation, Sections 89.3 and 89.11 of the Plan, except as may be precluded pursuant to the provisions of PROMESA, nothing in the Plan, the Confirmation Order or any Plan-related document set forth in the Plan Supplement is intended, nor shall it be construed, to impair, alter, modify, diminish, prohibit, bar, restrain, enjoin, release, reduce, eliminate or limit the rights of the plaintiffs and defendants, including, without limitation, the Underwriter Defendants, from asserting their rights, claims, causes of action and defenses in the Underwriter Actions.

**Section 88.389.3 – Injunction on Claims**:

Except as otherwise expressly provided in the Plan, the Confirmation Order or such other Final Order of the Title III Court that may be applicable, all Entities who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Section 88.289.2 hereof or who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Section 88.289.2 hereof are permanently enjoined, from and after the Effective Date, from (a) commencing or continuing, directly or indirectly, in any manner, any action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) of any kind on any such Claim or other debt or liability that is discharged pursuant to the Plan against any of the Released Parties or any of their respective assets or property, (b) the enforcement, attachment, collection or recovery by any manner or means of any judgment, award, decree or order against any of the Released Parties or any of their respective assets or property on account of any Claim or other debt or liability that is discharged pursuant to the Plan, (c) creating, perfecting, or enforcing any encumbrance of any kind against any of the Released Parties or any of their respective assets or property on account of any Claim or other debt or liability that is discharged pursuant to the Plan, and (d) except to the extent provided, permitted or preserved by sections 553, 555, 556, 559, or 560 of the Bankruptcy Code

or pursuant to the common law right of recoupment, asserting any right of setoff, subrogation or recoupment of any kind against any obligation due from any of the Released Parties or any of their respective assets or property, with respect to any such Claim or other debt or liability that is discharged pursuant to the Plan.  Such injunction shall extend to all successors and assigns of the Released Parties and their respective assets and property.

**Section 88.589.5 – Releases by the Debtors and Reorganized Debtors:**

Except as otherwise expressly provided in the Plan or the Confirmation Order, on the Effective Date, and for good and valuable consideration, each of the Debtors and Reorganized Debtors, the Disbursing Agent and each of the Debtors' and Reorganized Debtors' Related Persons shall be deemed to have and hereby does irrevocably and unconditionally, fully, finally and forever waive, release, acquit, and discharge the Released Parties from any and all Claims or Causes of Action that the Debtors, Reorganized Debtors, and the Disbursing Agent, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or claim to have, now or in the future, against any Released Party that are Released Claims or otherwise are based upon, relate to, or arise out of or in connection with, in whole or in part, any act, omission, transaction, event or other circumstance relating to the Title III Cases, or the Debtors taking place or existing on or prior to the Effective Date, and/or any Claim, act, fact, transaction, occurrence, statement, or omission in connection ~~with~~therewith or alleged or that could have been alleged, including, without limitation, any such Claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees.

**Section 88.689.6 – Injunction Related to Releases:**

As of the Effective Date, all Entities that hold, have held, or may hold a Released Claim that is released pursuant to Section 88.589.5 of the Plan, are, and shall be, permanently, forever and completely stayed, restrained, prohibited, barred and enjoined from taking any of the following actions, whether directly or indirectly, derivatively or otherwise, on account of or based on the subject matter of such discharged Released Claims:  (i) commencing, conducing or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including, without limitation any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order; (iii) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any Lien; (iv) setting off, seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation owed to any Entity released under Section 88.589.5 hereof; and (v) commencing or continuing in any manner, in any place ~~of~~or any judicial, arbitration or administrative proceeding in any forum, that does not comply with or ~~its~~is inconsistent with the provisions of the Plan or the Confirmation Order.  For the avoidance of doubt, the following stipulations will terminate upon the entry of the Confirmation Order: the Fourth Amended Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transpiration Authority Regarding the Tolling of Statute of Limitations and Consent Order [Case No. 173283-LTS, ECF No. 15854], as amended; and the Third Amended Stipulation and Consent Order Between Title III Debtors (Other Than

COFINA) and the Puerto Rico Fiscal Agency and Financial Advisory Authority Acting on Behalf of the Governmental Entities Listed on Appendix "B" Regarding the Tolling of Statute of Limitations [Case NO. 17-3283-LTS, ECF No. 15795,15795], as amended.

**Section 88.789.7 – Exculpation**:

(a) **Government Parties:** The Oversight Board, AAFAF, the Debtors, and each of their respective Related Persons, solely acting in its capacity as such at any time up to and including the Effective Date, shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formulation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; provided, however, that the foregoing provisions of this Section 88.789.7 shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct. Nothing in the foregoing provisions of this Section 88.789.7(a) shall prejudice the right of any of the Government Parties, and the Government Parties' officers and directors serving at any time up to and including the Effective Date, and each of their respective professionals to assert reliance upon advice of counsel as a defense with respect to their duties and responsibilities under the Plan.

(b) **PSA Creditors**: Each of the PSA Creditors solely in its capacity as a party to the GO/PBA Plan Support Agreement and/or the HTA/CCDA Plan Support Agreement and a Creditor and/or insurer, as applicable, from the Petition Date up to and including the Effective Date and each of their respective Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, mediation, the negotiation, formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the GO/PBA Plan Support Agreement, the HTA/CCDA Plan Support Agreement, the Definitive Documents, or any other contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; provided, however, that the foregoing provisions of this Section 88.789.7(b) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(c) **Retiree Committee:** Each of the members of the Retiree Committee, solely in its capacity as a member of the Retiree Committee and a Creditor, as applicable, from the Petition Date up to and including the Effective Date and each of the Retiree Committee's Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the Retiree Committee Plan Support Agreement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan and the Retiree

Committee Plan Support Agreement; provided, however, that, the foregoing provisions of this Section ~~88.7~~89.7(c) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(d)     **Creditors' Committee**:  Each of the members of the Creditors' Committee, solely in its capacity as a member of the Creditors' Committee, from the Petition Date up to and including the Effective and each of the Creditors' Committee's Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; provided, however, that the foregoing provisions of this Section 89.7(d) shall not affect the liability of any Entity that would otherwise result from any such act or omission to the extent such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(e)     ~~(d)~~ **AFSCME**:  Each of AFSCME solely in its capacity as a party to the AFSCME Plan Support Agreement and a Creditor, as applicable, from the Petition Date up to and including the Effective Date and each of their respective Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the AFSCME Plan Support Agreement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transaction set forth in the Plan and the AFSCME Plan Support Agreement; provided, however, that, the foregoing provisions of this Section ~~88.7(d~~89.7(e) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(f)     ~~(e)~~ **Monoline Insurers**:  Assured, National, Syncora, and their Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken consistent with the Plan or in connection with the formulation, preparation, dissemination, implementation, acceptance, confirmation or approval of the Plan, including, without limitation, in connection with the treatment of Assured Insured Bond Claims, National Insured Bond Claims, or Syncora Insured Bond Claims, the voting procedures, the election procedures, and any release of obligations under the applicable Assured Insurance Policies, National Insurance Policies, or Syncora Insurance Policies: provided, however, that, notwithstanding anything contained herein to the contrary, the terms and provisions of the Plan shall not, and shall not be construed to, release or exculpate, with respect to any beneficial holder of Assured Insured Bonds, National Insured Bonds, or Syncora Insured Bonds any payment obligation under the applicable Assured Insurance Policy, National Insurance Policy, or Syncora Insurance Policy in accordance with its terms solely to the extent of any failure of such holder to receive the Assured Treatment, National Treatment, or Syncora Treatment, as applicable (or any claims that Assured, National, or Syncora may have against a beneficial holder of Assured Insured Bonds with

respect to Assured's, National's or Syncora's applicable obligations under the Assured Insurance Policies, National Insurance Policies, or Syncora Insurance Policies, as applicable).

**Section ~~88.8~~89.8 – Appointments Related Litigation:**

Notwithstanding anything contained herein to the contrary, in the event that a Final Order is entered in connection with the Appointments Related Litigation or the Uniformity Litigation subsequent to entry of the Confirmation Order, in consideration of the distributions made, to be made, or deemed to be made in accordance with the terms and provisions of the Plan and documents and instruments related hereto, all Creditors or such other Entities receiving, or deemed to have received, distributions pursuant to or as a result of the Plan, consent and agree that such Final Order shall not in any way or manner reverse, affect or otherwise modify the transactions contemplated in the Plan and the Confirmation Order, including, without limitation, the releases, exculpations and injunctions provided pursuant to Article ~~LXXXVIII~~LXXXIX of the Plan.

**Section ~~88.9~~89.9 – Bar Order:**

To the limited extent provided in the Plan, each and every Entity is permanently enjoined, barred and restrained from instituting, prosecuting, pursuing or litigating in any manner any and all Claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown, direct or derivative, whether asserted or unasserted, against any of the Released Parties, based upon, related to, or arising out of or in connection with any of the Released Claims, confirmation and consummation of the Plan, the negotiation and consummation of the GO/PBA Plan Support Agreement, or any claim, act, fact, transaction, occurrence, statement or omission in connection with or alleged or that could have been alleged in the Title III Cases, including, without limitation, any such claim, demand, right, liability or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred arising directly or indirectly from or otherwise relating to the Title III Cases, either directly or indirectly by any Person for the direct or indirect benefit of any Released Party arising from or related to the claims, acts, facts, transactions, occurrences, statements or omissions that are, could have been or may be alleged in the related ~~Actions~~actions or any other action brought or that might be brought by, through, on behalf of, or for the benefit of any of the Released Parties (whether arising under federal, state or foreign law, and regardless of where asserted).

**Section 88.11 – Supplemental Injunction:**

Notwithstanding anything contained herein to the contrary, except to the limited extent provided in the Plan, all Entities, including Entities acting on their behalf, who currently hold or assert, have held or asserted, or may hold or assert, any Released Claims against any of the Released Parties based upon, attributable to, arising out of or relating to the Title III Cases or any Claim against the Debtors, whenever and wherever arising or asserted, whether in the ~~U.S.~~United States or anywhere else in the world, whether sounding in tort, contract, warranty, statute, or any other theory of law, equity or otherwise, shall be, and shall be deemed to be, permanently stayed, restrained and enjoined from taking any action against any of the Released Parties for the purpose of directly or indirectly collecting, recovering or receiving any payment

or recovery with respect to any Released Claims arising prior to the Effective Date (including prior to the Petition Date), including, but not limited to:

        (a)     Commencing or continuing in any manner any action or other proceeding of any kind with respect to any such Released Claim against any of the Released Parties or the assets or property of any Released Party;

        (b)     Enforcing, attaching, collecting or recovering, by any manner or means, any judgment, award, decree or order against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim;

        (c)     Creating, perfecting or enforcing any Lien of any kind against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim;

        (d)     Except as otherwise expressly provided in the Plan or the Confirmation Order, asserting, implementing or effectuating any setoff, right of subrogation, indemnity, contribution or recoupment of any kind against any obligation due to any of the Released Parties or against the property of any Released Party with respect to any such Released Claim; and

        (e)     Taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan or the Confirmation Order, provided, however, that the Debtors' compliance with the formal requirements of Bankruptcy Rule 3016 shall not constitute an admission that the Plan provides for any injunction against conduct not otherwise enjoined under the Bankruptcy Code.

Dated: _____, 2021
      San Juan, Puerto Rico

Respectfully submitted,

/s/ _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ _____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Schedule 3(a)**
**Form of Notice of Voting and Election Instructions for Holders of Claims in**
**Class 1 (Vintage PBA Bond Claims) and,**
**Class 6 (Retail Vintage PBA Bond Claims), and**
**Class 21 (Vintage CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR HOLDERS OF
(I) VINTAGE PBA BONDS WITH BOND CLAIMS IN CLASS 1 AND1.
(II) RETAIL VINTAGE PBA BOND CLAIMS IN CLASS 66, AND
(III) VINTAGE CW GUARANTEE BOND CLAIMS IN CLASS 21**

IF YOU ARE AN INDIVIDUAL WHO HOLDS VINTAGE PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL VINTAGE PBA BOND CLAIM IN CLASS 6.

IF YOU ARE A HOLDER OF VINTAGE PBA BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A VINTAGE PBA BOND CLAIM IN CLASS 1.

HOLDERS OF VINTAGE PBA BOND CLAIMS IN CLASS 1 OR RETAIL VINTAGE PBA BONDS IN CLASS 6 (AS APPLICABLE) ALSO HOLD VINTAGE CW GUARANTEE

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

BOND CLAIMS IN CLASS 21.

     This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 1 and Class 6 (as applicable)**, **and Class 21** of the ~~*Fourth*~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The Vintage PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

     ***Vintage PBA Bond Claim / Retail Vintage PBA Bond Claim / Vintage CW Guarantee Bond Claim Voting***.  Holders of (i) Vintage PBA Bond Claims in Class 1 ~~and~~or Retail Vintage PBA Bond Claims in Class 6 (as applicable) and (ii) Vintage CW Guarantee Bond Claims in Class 21 may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the* ~~*Fourth*~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

     **For the avoidance of doubt, holders of (i) Vintage PBA Bond Claims in Class 1 or Retail Vintage PBA Bond Claims in Class 6 (as applicable) and (ii) Vintage CW Guarantee Bond Claims in Class 21 must vote all such claims consistently (either all to accept or all to reject).**

     **For the further avoidance of doubt, all Vintage CW Guarantee Bond Claims are currently placed in Class 21 for voting and distribution purposes. If you make a Vintage CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your Vintage CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your Vintage CW Guarantee Bond Claims will be moved into Class 26 and treated as a Vintage CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

     ***Vintage CW Guarantee Bond Claims Election***.  Pursuant to the Plan, holders of Vintage CW Guarantee Bond Claims are entitled to their Pro Rata Share of the Vintage CW Guarantee Bond Recovery.[3]  Such holders may elect to have their Vintage CW Guarantee Bond Claim treated as a Vintage CW Guarantee Bond Claim (Taxable Election) in **Class 26** (the "**Vintage**

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The Vintage CW Guarantee Bond Recovery is shared among the Vintage CW Guarantee Bond Claims, the Vintage CW Guarantee Bond Claims (Assured), the Vintage CW Guarantee Bond Claims (National), the Vintage CW Guarantee Bond Claims (Other Insured), and the Vintage CW Guarantee Bond Claims (Syncora).

**CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 26** as well as in **Class 1** or **Class 6** (as applicable).  If you do not make the Vintage CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## ELECTION AND VOTING PROCESS

If you are a beneficial holder Beneficial holders of securities giving rise to Impaired Claims in **Class 21** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the Vintage CW Guarantee Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the Vintage CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the Vintage CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 26**.  For the avoidance of doubt, by electing to receive the Vintage CW Guarantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 1** or **Class 6** (as applicable).

  To make the Vintage CW Guarantee Taxable Bond Distribution Election to receive the Vintage CW Guarantee Taxable Bond Distribution and be treated under **Class 26**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the Vintage CW Guarantee Bond Recovery** (This is the default Plan distribution for Vintage CW Guarantee Bond Claims in **Class 21** if no election is made).

If you do not make the Vintage CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 1 or Class 6 (as applicable), and Class 21.  Please note that you must vote all Claims consistently (either all to accept or all to reject).  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement* ~~before casting your vote to accept or reject~~*, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under* *the Plan.*

**Each holder of the bonds described on Exhibit A attached hereto that is eligible and wishes to make the Vintage CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

*(Continued on Next Page)*

**How to Submit a Valid Election or Vote**

*Retail Investors:*

If you are a Retail Investor and wish to cast a:

    (a) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 6** and **Class 26,**

    (b) not make the Vintage CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 6** and **Class 21,** or

    (c) not make the Vintage CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan, in **Class 6** and **Class 21.**

you must: .   instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Vintage PBA Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

*Non-Retail Investors:*

If you are not a Retail Investor and wish to:

    (d) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 1** and **Class 26,**

    (e) not make the Vintage CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 1** and **Class 21,** or

    (f) not make the Vintage CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan in **Class 1** and **Class 21.**

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (i.e., take no action), you will be deemed to be holding a Class 1 Claim and Class 21 Claim and will receive the corresponding treatment and distribution.**

\* \* \* \* \*

In addition, by delivering your ~~Vintage PBA Bonds~~bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage PBA Bond Claim or Retail Vintage PBA Bond Claim (as applicable) and Vintage CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other ~~Vintage PBA Bond Claims or Retail Vintage PBA Bond Claims (as applicable)~~bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of ~~Vintage PBA Bond Claims or Retail Vintage PBA Bond Claims (as applicable)~~the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of ~~Vintage PBA Bond Claims or Retail Vintage PBA Bond Claims (as applicable)~~such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims ~~in Class 1 or Class 6 (as applicable)~~ on account of ~~Vintage PBA Bonds~~bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your ~~Vintage PBA Bonds~~bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR ~~HOLDERS OF VINTAGE PBA BONDS IN~~ NON-RETAIL INVESTORS (CLASS 1)*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING**

**DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). HOWEVER, IF YOU MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR VINTAGE CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

***NOTE FOR*** ~~*HOLDERS OF*~~ ***RETAIL*** ~~*VINTAGE PBA BONDS IN*~~ ***INVESTORS (CLASS 6)*****: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE. HOWEVER, IF YOU MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR VINTAGE CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your ~~Vintage PBA Bonds~~bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your ~~Vintage PBA Bonds~~bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\*   \*   \*   \*   \*

The election to have your Vintage CW Guarantee Bond Claims be treated in **Class 26** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 26** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 26**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 26** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 26**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)**

Any beneficial holder of Vintage PBA Bonds that holds multiple CUSIPs of Vintage PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK**

**LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL
ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Schedule 3(b)

**Form of Ballot for Assured on Account of Claims
in Class 2 (Vintage PBA Bond Claims (Assured)),
Class 16 (Vintage CW Bond Claims (Assured)),
Class 22 (Vintage CW Guarantee Bond Claims (Assured)),
Class 29 (2011 CW Bond Claims (Assured)),
Class 34 (2011 CW Series D/E/PIB Bond Claims (Assured)), and
Class 39 (2012 CW Bond Claims (Assured))**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN [CLASS 2 (VINTAGE PBA BOND CLAIMS (ASSURED)) / CLASS 16 (VINTAGE CW BOND CLAIMS (ASSURED)) / CLASS 22 (VINTAGE CW GUARANTEE BOND CLAIMS (ASSURED)) / CLASS 29 (2011 CW BOND CLAIMS (ASSURED)) / CLASS 34 (2011 CW SERIES D/E/PIB BOND CLAIMS (ASSURED) / CLASS 39 (2012 CW BOND CLAIMS (ASSURED))]

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~Fifth *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated [●],July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "Assured"). Pursuant to the Disclosure Statement Order, Assured is entitled to accept or reject the Plan on account of Impaired Claims in [Class 2 (Vintage PBA Bond Claims (Assured)) / Class 16 (Vintage CW Bond Claims (Assured)) / Class 22 (Vintage CW Guarantee Bond Claims (Assured)) / Class 29 (2011 CW Bond Claims (Assured)) / Class 34 (2011 CW Series D/E/PIB Bond Claims (Assured)) / Class 39 (2012 CW Bond Claims (Assured))] arising from securities insured by Assured. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                         **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 2 (Vintage PBA Bond Claims (Assured)) / Class 16 (Vintage CW Bond Claims (Assured)) / Class 22 (Vintage CW Guarantee Bond Claims (Assured)) / Class 29 (2011 CW Bond Claims (Assured)) / Class 34 (2011 CW Series D/E/PIB Bond Claims (Assured)) / Class 39 (2012 CW Bond Claims (Assured))**] set forth below in the following aggregate amount:



\*   \*   \*   \*   \*

**Item 2**.                         **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| | |
|---|---|
| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**              Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3.**                          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                             (Print or Type)

                         _____

Signature:_____

Name of Signatory:_____
                                             (If other than holder)

Title:      _____

Address:  _____

          _____

          _____

Telephone
Number:   _____

Email:      _____

Date Completed:  _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 2 (VINTAGE PBA BOND
CLAIMS (ASSURED)) / CLASS 16 (VINTAGE CW BOND CLAIMS (ASSURED)) /
CLASS 22 (VINTAGE CW GUARANTEE BOND CLAIMS (ASSURED)) / CLASS 29
(2011 CW BOND CLAIMS (ASSURED)) / CLASS 34 (2011 CW SERIES D/E/PIB BOND
CLAIMS (ASSURED)) / CLASS 39 (2012 CW BOND CLAIMS (ASSURED))]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the
~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et
al.*, dated [●],July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No.
_____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept
the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Fourth~~Fifth
Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated
[●],July 12, 2021 (as the same may be amended or modified, including all exhibits and
attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but
not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the
Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY
BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of
two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims
in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the
District Court may nevertheless confirm the Plan and thereby make it binding on holders of
Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and
accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of
Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b)
and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all
holders of Claims against the Debtors (including those holders who abstain from voting on or
reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the
confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether
or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this
Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting
Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting
Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit
E-Ballot" link.  Follow the instructions set forth on the website.  You are
encouraged to submit your Ballot via the E-Ballot platform.  If you choose to
submit your Ballot via the E-Ballot platform, you should NOT submit your paper
copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

Case:17-03283-LTS   Doc#:17309-2   Filed:07/12/21   Entered:07/12/21 21:06:48   Desc:
Exhibit B   Page 67 of 333

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*    \*    \*    \*    \*

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

Schedule 3(c)

**Form of Ballot for National on Account of Claims
in Class 3 (Vintage PBA Bond Claims (National)),
Class 17 (Vintage CW Bond Claims (National)),
and Class 23 (Vintage CW Guarantee Bond Claims (National))**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## [CLASS 3 (VINTAGE PBA BOND CLAIMS (NATIONAL)) /
## CLASS 17 (VINTAGE CW BOND CLAIMS (NATIONAL)) /
## CLASS 23 (VINTAGE CW GUARANTEE BOND CLAIMS (NATIONAL))]

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~Fifth *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "<u>Disclosure Statement Order</u>"), the District Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by National Public Finance Guarantee Corporation ("<u>National</u>"). Pursuant to Disclosure Statement Order, National is entitled to accept or reject the Plan on account of Impaired Claims in [Class 3 (Vintage PBA Bond Claims (National)) / Class 17 (Vintage CW Bond Claims (National)) / Class 23 (Vintage CW Guarantee Bond Claims (National))] arising from securities insured by National. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **<u>Online</u>**:   Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:   Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

*(Continued on Next Page)*

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                            **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 3 (Vintage PBA Bond Claims (National)) / Class 17 (Vintage CW Bond Claims (National)) / Class 23 (Vintage CW Guarantee Bond Claims (National))**] set forth below in the following aggregate amount:



$ _____

\*     \*     \*     \*     \*     \*

**Item 2**.                    **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

            **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.                          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

| |
|---|
| Name of Holder: _____<br>(Print or Type)<br><br>_____<br><br>Signature:_____<br><br>Name of Signatory:_____<br>(If other than holder)<br><br>Title:   _____<br><br>Address:   _____<br><br>_____<br><br>_____<br><br>Telephone<br>Number:   _____<br><br>Email:      _____<br><br>Date Completed:   _____ |

6

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 3 (VINTAGE PBA BOND
CLAIMS (NATIONAL)) / CLASS 17 (VINTAGE CW BOND CLAIMS (NATIONAL)) /
CLASS 23 (VINTAGE CW GUARANTEE BOND CLAIMS (NATIONAL))]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Fourth*Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●],July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Fourth*Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●],July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(iv)    **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(v)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(vi) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission**

**(except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.      i. Ensure the information contained in **Item 1** of the Ballot is correct;

b.      j. You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.      k. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.      l. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.      m. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.      n. Provide your name and mailing address;

g.      o. Sign and date your Ballot; and

h.      p. Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*   *   *   *   *   *

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

9

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Schedule 3(d)</u>**

**Form of Ballot for Syncora on Account of Claims
in Class 5 (Vintage PBA Bond Claims (Syncora)),
Class 19 (Vintage CW Bond Claims (Syncora)),
and Class 25 (Vintage CW Guarantee Bond Claims (Syncora))**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### BALLOT FOR HOLDERS OF CLAIMS IN
### [CLASS 5 (VINTAGE PBA BOND CLAIMS (SYNCORA)) /
### CLASS 19 (VINTAGE CW BOND CLAIMS (SYNCORA)) /
### CLASS 25 (VINTAGE CW GUARANTEE BOND CLAIMS (SYNCORA))]

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~Fifth *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used herein but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Syncora Guarantee Inc. ("Syncora").  Pursuant to Disclosure Statement Order, Syncora is entitled to accept or reject the Plan on account of Impaired Claims in [Class 5 (Vintage PBA Bond Claims (Syncora)) / Class 19 (Vintage CW Bond Claims (Syncora)) / Class 25 (Vintage CW Guarantee Bond Claims (Syncora))] arising from securities insured by Syncora.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.   Follow the instructions set forth on the website.   You are encouraged to submit your Ballot via the E-Ballot platform.   If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)   **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

*(Continued on Next Page)*

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                              **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 5 (Vintage PBA Bond Claims (Syncora)) / Class 19 (Vintage CW Bond Claims (Syncora)) / Class 25 (Vintage CW Guarantee Bond Claims (Syncora))**] set forth below in the following aggregate amount:



\$_____

\*     \*     \*     \*     \*

**Item 2**.                    **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

              **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.                    **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

---

Name of Holder: _____
                                        (Print or Type)


                              _____

Signature:_____

Name of Signatory:_____
                                        (If other than holder)

Title:        _____

Address:   _____

              _____

              _____

Telephone
Number:    _____

Email:        _____

Date Completed:   _____

---

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 5 (VINTAGE PBA BOND
CLAIMS (SYNCORA)) / CLASS 19 (VINTAGE CW BOND CLAIMS (SYNCORA)) /
CLASS 25 (VINTAGE CW GUARANTEE BOND CLAIMS (SYNCORA))]**

1.    ~~6.~~ This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.    ~~7.~~ The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.    ~~8.~~ **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)    ~~(iv)~~ **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    ~~(v)~~ **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) (vi) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| --- | --- |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission**

**(except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4. 9. To properly complete the Ballot, you must follow the procedures described below:

a. q. Ensure the information contained in **Item 1** of the Ballot is correct;

b. r. You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c. s. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d. t. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e. u. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f. v. Provide your name and mailing address;

g. w. Sign and date your Ballot; and

h. x. Return your Ballot using an authorized method of return indicated herein.

5. 10. If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*   \*

IF YOU:

(A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC
FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED
MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO
RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE
DEBTORS, OR THE DISTRICT COURT.

Schedule 3(e)

**Form of Notice of Voting Instructions for Holders of Claims in
Class 4 (Vintage PBA Bond Claims (Other Insured)), and
Class 24 (Vintage CW Guarantee Bond Claims (Other Insured))**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF (I) VINTAGE PBA ~~BONDS~~BOND CLAIMS (OTHER INSURED) ~~WITH CLAIMS~~ IN CLASS ~~4~~4, AND (II) VINTAGE CW GUARANTEE BOND CLAIMS (OTHER INSURED) IN CLASS 24**

HOLDERS OF VINTAGE PBA BOND CLAIMS (OTHER INSURED) IN CLASS 4 ALSO HOLD VINTAGE CW GUARANTEE BOND CLAIMS (OTHER INSURED) IN CLASS 24.

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 4 and Class 24** of the ~~*Fourth*~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage PBA Bonds that are insured by a monoline insurer, other than by Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Syncora Guarantee Inc., or National Public Finance Guarantee Corporation, and have been

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

classified in **Class 4** ("**Other Insured Vintage PBA Bonds**") and **Class 24** and the relevant CUSIPs are described on **Exhibit A** attached hereto.

~~*Other Insured*~~ *Vintage PBA Bond* ~~*Holder*~~*Claim (Other Insured) / Vintage CW Guarantee Claim (Other Insured)* *Voting*. Holders of (i) Vintage PBA Bond Claims (Other Insured) and (ii) Vintage CW Guarantee Bond Claims (Other Insured) may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the* ~~*Fourth*~~*Fifth* *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) Vintage PBA Bond Claims (Other insured) in Class 4 and (ii) Vintage CW Guarantee Bond Claims (Other Insured) in Class 24 must vote all such claims consistently (either all to accept or all to reject).**

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

**VOTING PROCESS** ~~**FOR VINTAGE PBA BOND (OTHER INSURED) HOLDERS**~~

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class** ~~**4.**~~**4 and Class 24,** you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\*   \*   \*   \*   \*

(*Continued on Next Page*)

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Other Insured Vintage PBA Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your Other Insured Vintage PBA Bonds (Other Insured) via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a Vintage PBA Bond Claim (Other Insured) and Vintage CW Guarantee Bond Claim (Other Insured), or (b) in addition to the vote cast, one or more additional votes ("**Additional Votes**") on account of other Other Insured Vintage PBA Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2. you have voted all of your Claims on account of Other Insured Vintage PBA Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes in respect of such Claims on account of Other Insured Vintage PBA Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of Other Insured Vintage PBA Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan; and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your Other Insured Vintage PBA Bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). PLEASE TAKE FURTHER NOTICE THAT ANY BONDS TENDERED THROUGH ATOP MAY CONTINUE TO BE RESTRICTED THROUGH THE EFFECTIVE DATE OF THE PLAN IF NECESSARY TO EFFECTUATE DISTRIBUTIONS UNDER THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO SUCH DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING YOUR TENDERED BONDS AT ANY TIME BEFORE THE VOTING.**

\* \* \* \* \*

### How to Revoke a Valid Vote

You may revoke your vote cast and withdraw your Other Insured Vintage PBA Bonds (Other Insured) tendered through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your Other Insured Vintage PBA Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of Other Insured Vintage PBA Bonds that holds multiple CUSIPs of Other Insured Vintage PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

*     *     *     *     *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 3(f)**

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 7 (2011 PBA Bond Claims) and ,
Class 8 (Retail 2011 PBA Bond Claims), and
Class 31 (2011 CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR HOLDERS OF
(I) 2011 PBA BOND CLAIMS ~~WITH CLAIMS~~ IN CLASS ~~7 AND~~7,
(II) RETAIL 2011 PBA BOND CLAIMS IN CLASS 8, AND
(III) 2011 ~~PBA~~CW GUARANTEE BOND CLAIMS IN CLASS 8̶31**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2011 PBA BOND CLAIM IN CLASS 8.
>
> IF YOU ARE A HOLDER OF 2011 PBA BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2011 PBA BOND CLAIM IN CLASS 7.
>
> HOLDERS OF 2011 PBA BOND CLAIMS IN CLASS 7 OR RETAIL 2011 PBA BONDS IN CLASS 8 (AS APPLICABLE) ALSO HOLD 2011 CW GUARANTEE BOND CLAIMS IN

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| CLASS 31. |
|---|

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 7 and Class 8 (as applicable), and Class 31** of the ~~Fourth~~*Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2011 PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

***2011 PBA Bond Claim / Retail 2011 PBA Bond Claim / 2011 CW Guarantee Bond Claim Voting.***  Holders of (i) 2011 PBA Bond Claims in Class 7 ~~and~~or Retail 2011 PBA Bond Claims in Class 8 (as applicable) and (ii) 2011 CW Guarantee Bond Claims in Class 31 may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) 2011 PBA Bond Claims in Class 7 or Retail 2011 PBA Bond Claims in Class 8 (as applicable) and (ii) 2011 CW Guarantee Bond Claims in Class 31 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all 2011 CW Guarantee Bond Claims are currently placed in Class 31 for voting and distribution purposes. If you make a 2011 CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your 2011 CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your 2011 CW Guarantee Bond Claims will be moved into Class 32 and treated as a 2011 CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

***2011 CW Guarantee Bond Claims Election.***  Pursuant to the Plan, holders of 2011 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2011 CW Guarantee Bond Recovery. Such holders may elect to have their 2011 CW Guarantee Bond Claim treated as a 2011 CW Guarantee Bond Claim (Taxable Election) in **Class 32** (the "**2011 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 32** as well as in **Class 7** or **Class 8** (as applicable).  If you do not make the 2011 CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

### ELECTION AND VOTING PROCESS

~~If you are a beneficial holder~~Beneficial holders of securities giving rise to Impaired Claims in **Class 31** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2011 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 32**. For the avoidance of doubt, by electing to receive the 2011 CW Gurantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 7** or **Class 8** (as applicable).

  To make the 2011 CW Guarantee Taxable Bond Distribution Election to receive the 2011 CW Gurantee Taxable Bond Distribution and be treated under **Class 32**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the 2011 CW Guarantee Bond Recovery** (This is the default Plan distribution for 2011 CW Guarantee Bond Claims in **Class 31** if no election is made).

If you do not make the 2011 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 7 or Class 8 (as applicable), and Class 31. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance**

**with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement ~~before casting your vote to accept or reject~~, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on Exhibit A attached hereto that is eligible and wishes to make the 2011 CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

*(Continued on Next Page)*

## How to Submit a Valid Election or Vote

### *Retail Investors:*

If you are a Retail Investor and wish to cast a:

(a) make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 8** and **Class 32,**

(b) not make the 2011 CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 8** and **Class 31,** or

(c) not make the 2011 CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan, in **Class 8** and **Class 31,**

you must: .   instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 PBA Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to voteinstruct on one of (a), (b), or (c) set forth above.

### *Non-Retail Investors:*

If you are not a Retail Investor and wish to:

(d) make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 7** and **Class 32,**

(e) not make the 2011 CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 7** and **Class 31,** or

(f) not make the 2011 CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan in **Class 7** and **Class 31,**

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (i.e., take no action), you will be deemed to be holding a Class 7 Claim and Class 31 Claim and will receive the corresponding treatment and distribution.**

\*   \*   \*   \*   \*

In addition, by delivering your ~~2011 PBA Bonds~~bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 PBA Bond Claim or Retail 2011 PBA Bond Claim (as applicable) and 2011 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other ~~2011 PBA Bond Claims or Retail 2011 PBA Bond Claims (as applicable)~~bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of ~~2011 PBA Bond Claims or Retail 2011 PBA Bond Claims (as applicable)~~the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of ~~2011 PBA Bond Claims or Retail 2011 PBA Bond Claims (as applicable)~~such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims ~~in Class 7 or Class 8 (as applicable)~~ on account of ~~2011 PBA Bonds~~bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your ~~2011 PBA Bonds~~bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR ~~HOLDERS OF 2011 PBA BONDS IN~~ NON-RETAIL INVESTORS (CLASS 7):***
**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE**

DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). **HOWEVER, IF YOU MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2011 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

*NOTE FOR ~~HOLDERS OF~~ RETAIL ~~2011 PBA BONDS IN~~ INVESTORS (CLASS 8)*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE. **HOWEVER, IF YOU MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2011 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

\*   \*   \*   \*   \*

**<u>How to Revoke a Valid Election or Vote (as applicable)</u>**

You may revoke your election or vote cast and withdraw your ~~2011 PBA Bonds~~bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your ~~2011 PBA Bonds~~bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\*   \*   \*   \*   \*

The election to have your 2011 CW Guarantee Bond Claims be treated in **Class 32** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 32** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 32**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 32** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 32**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)**

Any beneficial holder of 2011 PBA Bonds that holds multiple CUSIPs of 2011 PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to ~~puertoricoballots~~puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at ~~puertoricoballots@primeclerk.com~~puertoricoballots@primeclerk.com .

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA**

SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule 3(g)**

**Form of Notice of Voting Instructions for Holders of Claims in
Class 9 (2012 PBA Bond Claims) ~~and~~,
Class 10 (Retail 2012 PBA Bond Claims), and
Class 41 (2012 CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF
(I) 2012 PBA BOND CLAIMS ~~WITH CLAIMS~~ IN CLASS ~~9 AND~~9,
(II) RETAIL 2012 PBA BOND CLAIMS IN CLASS ~~10~~10, AND
(III) 2012 CW GUARANTEE BOND CLAIMS IN CLASS 41**

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2012 PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2012 PBA BOND CLAIM IN CLASS 10.

IF YOU ARE A HOLDER OF 2012 PBA BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2012 PBA BOND CLAIM IN CLASS 9.

HOLDERS OF 2012 PBA BOND CLAIMS IN CLASS 9 OR RETAIL 2012 PBA BONDS IN CLASS 10 (AS APPLICABLE) ALSO HOLD 2012 CW GUARANTEE BOND CLAIMS IN

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| CLASS 41. |
| --- |

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 9 and Class 10 (as applicable), and Class 41** of the ~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2012 PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

***2012 PBA Bond Claim / Retail 2012 PBA Bond Claim / 2012 CW Guarantee Bond Claim Voting***.  Holders of (i) 2012 PBA Bond Claims in Class 9 ~~and~~or Retail 2012 PBA Bond Claims in Class 10 (as applicable) and (ii) 2012 CW Guarantee Bond Claims in Class 41 may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the* ~~Fourth~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) 2012 PBA Bond Claims in Class 9 or Retail 2012 PBA Bond Claims in Class 10 (as applicable) and (ii) 2012 CW Guarantee Bond Claims in Class 41 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all 2012 CW Guarantee Bond Claims are currently placed in Class 41 for voting and distribution purposes. If you make a 2012 CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your 2012 CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your 2012 CW Guarantee Bond Claims will be moved into Class 42 and treated as a 2012 CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

***2012 CW Guarantee Bond Claims Election***.  Pursuant to the Plan, holders of 2012 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2012 CW Guarantee Bond Recovery. Such holders may elect to have their 2012 CW Guarantee Bond Claim treated as a 2012 CW Guarantee Bond Claim (Taxable Election) in **Class 42** (the "**2012 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 42** as well as in **Class 9** or **Class 10** (as applicable).  If you do not make the 2012 CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## ELECTION AND VOTING PROCESS

~~If you are a beneficial holder~~Beneficial holders of securities giving rise to Impaired Claims in **Class 41** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2012 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2012 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 42**. For the avoidance of doubt, by electing to receive the 2012 CW Gurantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 9** or **Class 10** (as applicable).

  To make the 2012 CW Guarantee Taxable Bond Distribution Election to receive the 2012 CW Gurantee Taxable Bond Distribution and be treated under **Class 42**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the 2012 CW Guarantee Bond Recovery** (This is the default Plan distribution for 2012 CW Guarantee Bond Claims in **Class 41** if no election is made).

If you do not make the 2012 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 9 or Class 10 (as applicable), and Class 41. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4,**

2021.

You are encouraged to review the entire Disclosure Statement ~~before casting your vote to accept or reject~~, *including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under* the Plan.

**Each holder of the bonds described on Exhibit A attached hereto that is eligible and wishes to make the 2012 CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\* \* \* \* \*

(*Continued on Next Page*)

**How to Submit a Valid Election or Vote**

***Retail Investors:***

If you are a Retail Investor and wish to cast a:

    (a)   make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 10** and **Class 42.**

    (b)   not make the 2012 CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 10** and **Class 41,** or

    (c)   not make the 2012 CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan, in **Class 10** and **Class 41.**

you must: .    instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2012 PBA Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to voteinstruct on one of (a), (b), or (c) set forth above.

***Non-Retail Investors:***

If you are not a Retail Investor and wish to:

    (d)   make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 9** and **Class 42,**

    (e)   not make the 2012 CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 9** and **Class 41,** or

    (f)   not make the 2012 CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan in **Class 9** and **Class 41.**

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (i.e., take no action), you will be deemed to be holding a Class 9 Claim and Class 41 Claim and will receive the corresponding treatment and distribution.**

\*   \*   \*   \*   \*

In addition, by delivering your ~~2012 PBA Bonds~~bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 PBA Bond Claim or Retail 2012 PBA Bond Claim (as applicable) and 2012 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other ~~2012 PBA Bond Claims or Retail 2012 PBA Bond Claims (as applicable)~~bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of ~~2012 PBA Bond Claims or Retail 2012 PBA Bond Claims (as applicable)~~the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of ~~2012 PBA Bond Claims or Retail 2012 PBA Bond Claims (as applicable)~~such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims ~~in Class 9 or Class 10 (as applicable)~~ on account of ~~2012 PBA Bonds~~bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your ~~2012 PBA Bonds~~bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

> **THE VOTING AND ELECTION DEADLINE IS
> 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**
>
> This date and time is referred to as the "**Voting and Election Deadline**."

***NOTE FOR ~~HOLDERS OF 2012 PBA BONDS IN~~ NON-RETAIL INVESTORS (CLASS 9):***
**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE**

DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). **HOWEVER, IF YOU MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2012 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

*NOTE FOR ~~HOLDERS OF~~ RETAIL ~~2012 PBA BONDS IN~~ INVESTORS (CLASS 10)*:
PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE. **HOWEVER, IF YOU MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2012 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

\*   \*   \*   \*   \*

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your ~~2012 PBA Bonds~~bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your ~~2012 PBA Bonds~~bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\*   \*   \*   \*   \*

The election to have your 2012 CW Guarantee Bond Claims be treated in **Class 42** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 42** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 42**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 42** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 42**, or will incur any liability to you for failure to give any such notification.

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center">**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)**</p>

Any beneficial holder of 2012 PBA Bonds that holds multiple CUSIPs of 2012 PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to ~~puertoricoballots~~puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at ~~puertoricoballots@primeclerk.com~~puertoricoballots@primeclerk.com .

<p style="text-align:center">*   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA**

**SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Schedule 3(h)

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 14 (Vintage CW Bond Claims) and Class 15 (Retail Vintage CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS
FOR HOLDERS OF VINTAGE CW BONDS WITH CLAIMS
IN CLASS 14 AND RETAIL VINTAGE CW BOND CLAIMS IN CLASS 15**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS VINTAGE CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL VINTAGE CW BONDS CLAIM IN CLASS 15.
>
> IF YOU ARE A HOLDER OF VINTAGE CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A VINTAGE CW BONDS CLAIM IN CLASS 14.

     This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 14 and Class 15 (as applicable)** of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~*Fourth*~~*Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   The Vintage CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all Vintage CW Bond Claims are currently placed in Class 14 for voting and distribution purposes and all Retail Vintage CW Bond Claims are currently placed in Class 15 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your Vintage CW Bonds or Retail Vintage CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 14 Vintage CW Bond Holder Election*.  Pursuant to the Plan, holders of Vintage CW Bond Claims are entitled to their Pro Rata Share of the Vintage CW Bond Recovery.[3]  Holders of Vintage CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 14 Vintage CW Bond Holder Voting*.  Holders of Vintage CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Vintage CW Bond Claims who make an election to have their Vintage CW Bond Claim treated as a Vintage CW Bond Claim (Taxable Election) in **Class 20** (the "**Vintage CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 20**.

*Class 15 Retail Vintage CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail Vintage CW Bond Claims are entitled to their Pro Rata Share of (a) the Vintage CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 15** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail Vintage CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail Vintage CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 15 Retail Vintage CW Bond Holder Voting*.  Holders of Retail Vintage CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail Vintage CW Bond Claims who make an election to have their Retail Vintage CW Bond Claim

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims (Assured), Vintage CW Bond Claims (National), Vintage CW Bond Claims (Other Insured), Vintage CW Bond Claims (Syncora) and Retail Vintage CW Bond Claims.

[4]   The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims (Assured), Vintage CW Bond Claims (National), Vintage CW Bond Claims (Other Insured), Vintage CW Bond Claims (Syncora) and Retail Vintage CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

treated as a Vintage CW Bond Claim (Taxable Election) in **Class 20** (the "**Vintage CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 20**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

<u>**ELECTIONS AND VOTING PROCESS**</u>

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 14 or Class 15**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the Vintage Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the Vintage CW Bond Recovery, as modified by your Pro Rata Share of the Vintage Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 20**.

  To make the Vintage CW Taxable Bond Distribution Election to receive the Vintage Taxable Bond Distribution and be treated under **Class 20**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

    o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**<u>Class 14 Default Treatment</u>: Receive Pro Rata Share of the Vintage CW Bond Recovery** (This is the default Plan distribution for Vintage CW Bond Claims in **Class 14** if no election is made). If you do not make the Vintage CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**<u>Class 15 Default Treatment</u>: Receive Pro Rata Share of the Vintage CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail Vintage CW Bond Claims in **Class 15** if no election is made and **Class 15** votes to accept the Plan). If you do not make the Vintage CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of Vintage CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the Vintage CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<div align="center">* * * * *</div>

<div align="center"><u>**How to Submit a Valid Election and/or Vote (as applicable)**</u></div>

If you wish to (a) make the Vintage CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 20**, (b) receive the default Plan distribution for **Class 14 or Class 15** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 14 or Class 15** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver all your Vintage CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above. For the avoidance of doubt, you cannot make the CW Taxable Bond Distribution Election for only some of your bonds; rather, you must instruct your Nominee to electronically deliver all your Vintage CW Bonds into only one of the options set forth above.

In addition, by delivering your Vintage CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage CW Bond Claim or a Retail Vintage CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other Vintage CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 14 or Class 15 (as applicable) on account of Vintage CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of Vintage CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 14 or Class 15 (as applicable) on account of Vintage CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your Vintage CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF VINTAGE CW BONDS IN CLASS 14*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021.**

**IF YOU TENDER YOUR BONDS TO MAKE THE VINTAGE CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 20, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL VINTAGE CW BONDS IN CLASS 15*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE VINTAGE CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 20, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

*     *     *     *     *

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the Vintage CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 14 or Class 15 (as applicable)** and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 14 or Class 15 (as applicable)** and cast a vote to reject the Plan and withdraw your Vintage CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your Vintage CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

* * * * *

The election to be treated in **Class 20** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 20** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 20**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 20** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 20**, or will incur any liability to you for failure to give any such notification.

* * * * *

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of Vintage CW Bonds that hold multiple CUSIPs of Vintage CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

* * * * *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

<u>Schedule 3(i)</u>

**Form of Notice of Voting Instructions for
Holders of Claims in Class 18 (Vintage CW Bond Claims (Other Insured))**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF**
**VINTAGE CW BONDS (OTHER INSURED) WITH CLAIMS IN CLASS 18**

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 18** of the ~~Fourth~~*Fifth* *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   The Vintage CW Bonds that are insured by a monoline insurer, other than by Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Syncora Guarantee Inc., or National Public Finance Guarantee Corporation, and have been classified in **Class 18** ("**Other Insured Vintage CW Bonds**") and the relevant CUSIPs are described on **Exhibit A** attached hereto.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

*Other Insured Vintage CW Bond Holder Treatment*.  Pursuant to the Plan holders of Vintage CW Bond Claims (Other Insured) are entitled to their Pro Rata Share of the Vintage CW Bond Recovery.[3]

*Other Insured Vintage CW Bond Holder Voting*.  Holders of Vintage CW Bond Claims (Insured) may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●]~~,July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## VOTING PROCESS FOR OTHER INSURED VINTAGE CW BOND HOLDERS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 18**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\*   \*   \*   \*   \*

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

---

[3]    The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims (Insured), and Retail Vintage CW Bond Claims.

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Other Insured Vintage CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a) or (b) set forth above.

In addition, by delivering your Other Insured Vintage CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a Vintage CW Bond Claim (Other Insured), or (b) in addition to the vote cast, one or more additional votes ("**Additional Votes**") on account of other Other Insured Vintage CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2. you have voted all of your Claims on account of Other Insured Vintage CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes in respect of such Claims on account of Other Insured Vintage CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of Other Insured Vintage CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan; and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your Other Insured Vintage CW Bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO**

**BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).  PLEASE TAKE
FURTHER NOTICE THAT ANY BONDS TENDERED THROUGH ATOP MAY
CONTINUE TO BE RESTRICTED THROUGH THE EFFECTIVE DATE OF THE
PLAN IF NECESSARY TO EFFECTUATE DISTRIBUTIONS UNDER THE PLAN.  IF
YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS
PRIOR TO SUCH DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS
THROUGH ATOP.**

**YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY
REVOKING YOUR VOTE AND WITHDRAWING YOUR TENDERED BONDS AT
ANY TIME BEFORE THE VOTING.**

\*   \*   \*   \*   \*

#### How to Revoke a Valid Vote

You may revoke your vote cast and withdraw your Other Insured Vintage CW Bonds tendered
through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and
withdraw your Other Insured Vintage CW Bonds via ATOP at DTC (which withdrawal will be
confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork
is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time
before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\*   \*   \*   \*   \*

#### Numerosity Information Submission
#### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of Other Insured Vintage CW Bonds that holds multiple CUSIPs of Other
Insured Vintage CW Bonds and submits more than one vote through one or more Nominees,
MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP
instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or
"**VOIs**").  The Balloting Agent has made available a template electronic spreadsheet (the
"**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on
the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the
Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.   If you
anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please

contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Schedule 3(j)

**Form of Notice of Voting and Election Instructions for
Holders of Claims in Class 21 (Vintage CW Guarantee Bond Claims)
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR
HOLDERS OF VINTAGE CW GUARANTEE BONDS WITH CLAIMS IN CLASS 21**

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 21** of the *Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The Vintage CW Guarantee Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK-3566 LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

For the avoidance of doubt, all Vintage CW Guarantee Bond Claims are currently placed in Class 21 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your Vintage CW Guarantee Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.

*Vintage CW Guarantee Bond Holder Election*. Pursuant to the Plan holders of Vintage CW Guarantee Bond Claims are entitled to their Pro Rata Share of the Vintage CW Guarantee Bond Recovery.[3]

*Vintage CW Guarantee Bond Holder Voting*. Holders of Vintage CW Guarantee Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of Vintage CW Guarantee Bond Claims who make an election to have their Vintage CW Guarantee Bond Claim treated as a Vintage CW Guarantee Bond Claim (Taxable Election) in **Class 26** (the "**Vintage CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 26**. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●], 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll-free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

**ELECTIONS AND VOTING PROCESS
FOR VINTAGE CW GUARANTEE BOND HOLDERS**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 21**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no elections are made, you will be entitled to vote to accept or reject the Plan):

---

[3] The Vintage CW Guarantee Bond Recovery is shared among the Vintage CW Guarantee Bond Claims and the Vintage CW Guarantee Bond Claims (Insured).

- *__Election for Taxable Bond Distribution__* (Available only to Puerto Rico Investors).   If you are a Puerto Rico Investor, you may elect to receive the Vintage Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the CW Bond Distribution, as modified by your Pro Rata Share of the Vintage Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 26**.

  To make the Vintage CW Guarantee Taxable Bond Distribution Election to receive the Vintage Taxable Bond Distribution and be treated under **Class 26**, you must certify in connection with your election that you are either:

  - o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the CW Bond Distribution** (This is the default Plan distribution for Vintage CW Guarantee Bond Claims in **Class 21** if no election is made). If you do not make the Vintage CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of Vintage CW Guarantee Bonds described on Exhibit A attached hereto that is eligible and wishes to make the Vintage CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

*     *     *     *     *

**How to Submit a Valid Election and/or Vote (as applicable)**

If you wish to (a) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 26**, (b) receive your Pro Rata Share of the Vintage CW Bond Distribution (which is the default Plan distribution for **Class 21**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the Vintage CW Bond Distribution (which is the default Plan distribution for **Class 21**) and cast a vote to reject the Plan, you must:

  -    instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Vintage CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**")

at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your Vintage CW Guarantee Bonds via ATOP, you are certifying that:

1.  either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other Vintage CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims on account of Vintage CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of Vintage CW Guarantee Bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of Vintage CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request — Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your Vintage CW Guarantee Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**PLEASE TAKE NOTICE THAT:**

**(A) IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST YOUR VOTE, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR**

BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021); OR

(B) IF YOU TENDER YOUR BONDS TO MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your Pro Rata Share of the CW Bond Distribution (which is the default Plan distribution for **Class 21**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the CW Bond Distribution (which is the default Plan distribution for **Class 21**) and cast a vote to reject the Plan and withdraw your Vintage CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your Vintage CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 26** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the

Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 26** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 26**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 26** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 26**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
More than One Election and/or Vote Through ATOP)**

Any beneficial holder of Vintage CW Guarantee Bonds that hold multiple CUSIPs of Vintage CW Guarantee Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com ..

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK**

~~LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.~~

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Schedule 3(k)

**Form of Notice of Voting and Instructions for
Holders of Claims in Class 24 (Vintage CW Guarantee Bond Claims (Other Insured))**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF VINTAGE
CW GUARANTEE BONDS (OTHER INSURED) WITH CLAIMS IN CLASS 24**

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 24** of the *Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage CW Guarantee Bonds that are insured by a monoline insurer, other than by Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Syncora Guarantee Inc., or National Public Finance Guarantee Corporation, and have

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

been classified in **Class 24** ("**Other Insured Vintage CW Guarantee Bonds**") and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*Other Insured Vintage CW Guarantee Bond Holder Treatment*.  Pursuant to the Plan, holders of Vintage CW Bond Claims (Other Insured) are entitled to their Pro Rata Share of the Vintage CW Guarantee Bond Recovery.[3]

*Other Insured Vintage CW Guarantee Bond Holder Voting*.  Holders of Vintage CW Guarantee Bond Claims (Other Insured) may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.  By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●], 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

**VOTING PROCESS FOR OTHER INSURED
VINTAGE CW GUARANTEE BOND HOLDERS**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 24**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

---

[3]  The Vintage CW Guarantee Bond Recovery is shared among the Vintage CW Guarantee Bond Claims, Vintage CW Guarantee Bond Claims (Assured), Vintage CW Guarantee Bond Claims (National), Vintage CW Guarantee Bond Claims (Syncora), and the Vintage CW Guarantee Bond Claims (Other Insured).

\*    \*    \*    \*    \*

**How to Submit a Valid Vote**

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Other Insured Vintage CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your Other Insured Vintage CW Guarantee Bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a Vintage CW Guarantee Bond Claim (Other Insured), or (b) in addition to the vote cast, one or more additional votes ("**Additional Votes**") on account of other Other Insured Vintage CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2. you have voted all of your Claims on account of Other Insured Vintage CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes in respect of such Claims on account of Other Insured Vintage CW Guarantee Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of Other Insured Vintage CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan; and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your Other Insured Vintage CW Guarantee Bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

---

This date and time is referred to as the "**Voting Deadline.**"

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).   PLEASE TAKE FURTHER NOTICE THAT ANY BONDS TENDERED THROUGH ATOP MAY CONTINUE TO BE RESTRICTED THROUGH THE EFFECTIVE DATE OF THE PLAN IF NECESSARY TO EFFECTUATE DISTRIBUTIONS UNDER THE PLAN.  IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO SUCH DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING YOUR TENDERED BONDS AT ANY TIME BEFORE THE VOTING.**

\*   \*   \*   \*   \*

**How to Revoke a Valid Vote**

You may revoke your vote cast and withdraw your Other Insured Vintage CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your Other Insured Vintage CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).   No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\*   \*   \*   \*   \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)**

Any beneficial holder of Other Insured Vintage CW Guarantee Bonds that holds multiple CUSIPs of Other Insured Vintage CW Guarantee Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer

instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

* * * * *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**~~Schedule 3(l)~~Form of Notice of Voting and Election Instructions for Holders of Claims in Class 27 (2011 CW Bond Claims) and Class 28 (Retail 2011 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION
INSTRUCTIONS FOR HOLDERS OF 2011 CW BONDS WITH
CLAIMS IN CLASS 27 AND RETAIL 2011 CW BOND CLAIMS IN CLASS 28**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2011 CW BONDS CLAIM IN CLASS 28.
>
> IF YOU ARE A HOLDER OF 2011 CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2011 CW BONDS CLAIM IN CLASS 27.

    This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 27 and Class 28 (as applicable)** of the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~*Fourth*~~*Fifth* *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2011 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2011 CW Bond Claims are currently placed in Class 27 for voting and distribution purposes and all Retail 2011 CW Bond Claims are currently placed in Class 28 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Bonds or Retail 2011 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 27 2011 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2011 CW Bond Claims are entitled to their Pro Rata Share of the 2011 CW Bond Recovery.[3]  Holders of 2011 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 27 2011 CW Bond Holder Voting*.  Holders of 2011 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2011 CW Bond Claims who make an election to have their 2011 CW Bond Claim treated as a 2011 CW Bond Claim (Taxable Election) in **Class 30** (the "**2011 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 30**.

*Class 28 Retail 2011 CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2011 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2011 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 28** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2011 CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2011 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 28 Retail 2011 CW Bond Holder Voting*.  Holders of Retail 2011 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2011 CW Bond Claims who make an election to have their Retail 2011 CW Bond Claim treated as a 2011 CW Bond Claim (Taxable Election) in **Class 30** (the "**2011 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 30**.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.
[3]   The 2011 CW Bond Recovery is shared among the 2011 CW Bond Claims, 2011 CW Bond Claims (Insured), and Retail 2011 CW Bond Claims.
[4]   The 2011 CW Bond Recovery is shared among the 2011 CW Bond Claims, 2011 CW Bond Claims (Insured), and Retail 2011 CW Bond Claims.
[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●]~~,July 12 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*    \*    \*    \*    \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 27 or Class 28**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2011 CW Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 30**.

  To make the 2011 CW Taxable Bond Distribution Election to receive the 2011 CW Taxable Bond Distribution and be treated under **Class 30**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 27 Default Treatment: Receive Pro Rata Share of the 2011 CW Bond Recovery** (This
is the default Plan distribution for 2011 CW Bond Claims in **Class 27** if no election is made). If
you do not make the 2011 CW Taxable Bond Distribution Election, you may cast a vote either to
accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance
with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4,
2021.**

**Class 28 Default Treatment: Receive Pro Rata Share of the 2011 CW Bond Recovery and
Retail Support Fee** (This is the default Plan distribution for Retail 2011 CW Bond Claims in
**Class 28** if no election is made and **Class 28** votes to accept the Plan). If you do not make the
2011 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the
Plan.  **To have your vote counted, you must properly vote in accordance with these
instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of
making an election discussed in Sections IX and X of the Disclosure Statement, before electing to
receive your distribution under the Plan.*

**Each holder of 2011 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and
wishes to make the 2011 CW Taxable Bond Distribution Election must submit a valid
election in the manner described herein.**

<p style="text-align:center">*   *   *   *   *</p>

<u>**How to Submit a Valid Election and/or Vote (as applicable)**</u>

If you wish to (a) make the 2011 CW Taxable Bond Distribution Election and be deemed to
accept the Plan in **Class 30**, (b) receive the default Plan distribution for **Class 27 or Class 28** (as
applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for
**Class 27 or Class 28** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your
  2011 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The
  Depository Trust Company ("**DTC**") in accordance with your desire to instruct on
  one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on
   account of a 2011 CW Bond Claim or a Retail 2011 CW Bond Claim (as applicable), or
   (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional
   votes ("**Additional Votes**") on account of other 2011 CW Bonds have been cast by one
   or more Nominees, and you have provided (or coordinated with your Nominee to

provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 27 or Class 28 (as applicable) on account of 2011 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 27 or Class 28 (as applicable) on account of 2011 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2011 CW BONDS IN CLASS 27*:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 30, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2011 CW BONDS IN CLASS 28***:  **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2011 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 30, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2011 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 27 or Class 28 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 27 or Class 28 (as applicable**) and cast a vote to reject the Plan and withdraw your 2011 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*     \*     \*     \*     \*

The election to be treated in **Class 30** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 30** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 30**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 30** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 30**, or will incur any liability to you for failure to give any such notification.

\*     \*     \*     \*     \*

<div align="center">

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP**)

</div>

Any beneficial holder of 2011 CW Bonds that hold multiple CUSIPs of 2011 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*     \*     \*     \*     \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Schedule 3(m)k)

**Form of Notice of Voting and Election Instructions for
Holders of Claims in Class 31 (2011 CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS
FOR HOLDERS OF 2011 CW GUARANTEE BONDS WITH CLAIMS IN CLASS 31**

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 31** of the *Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2011 CW Guarantee Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 -LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

For the avoidance of doubt, all 2011 CW Guarantee Bond Claims are currently placed in Class 31 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Guarantee Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.

*2011 CW Guarantee Bond Holder Election*. Pursuant to the Plan, holders of 2011 CW Bond Claims (Insured) are entitled to their Pro Rata Share of the 2011 CW Guarantee Bond Recovery.[3] Holders of 2011 CW Guarantee Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

*2011 CW Guarantee Bond Holder Voting*. Holders of 2011 CW Guarantee Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of 2011 CW Guarantee Bond Claims who make an election to have their 2011 CW Guarantee Bond Claim treated as a 2011 CW Guarantee Bond Claim (Taxable Election) in **Class 32** (the "**2011 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 32**. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●], 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

**ELECTIONS AND VOTING PROCESS FOR 2011 CW GUARANTEE BOND HOLDERS**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 31**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

---

[3] The 2011 CW Guarantee Bond Recovery is shared among the 2011 CW Guarantee Bond Claims and 2011 CW Guarantee Bond Claims (Insured).

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the CW Bond Distribution, as modified by your Pro Rata Share of the 2011 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 32**.

  To make the 2011 CW Guarantee Taxable Bond Distribution Election to receive the 2011 CW Guarantee Taxable Bond Distribution and be treated under **Class 32**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the CW Bond Distribution** (This is the default Plan distribution for 2011 CW Guarantee Bond Claims in **Class 31** if no election is made). If you do not make the 2011 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2011 CW Guarantee Bonds described on Exhibit A attached hereto that is eligible and wishes to make the 2011 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

**How to Submit a Valid Election and/or Vote (as applicable)**

If you wish to (a) make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 32**, (b) receive your Pro Rata Share of the CW Bond Distribution (which is the default Plan distribution for **Class 31**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the CW Bond Distribution (which is the default Plan distribution for **Class 31**) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**") at

The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Guarantee Bonds via ATOP, you are certifying that:

1.  either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2011 CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims on account of 2011 CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Guarantee Bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of 2011 CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request — Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Guarantee Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**PLEASE TAKE NOTICE THAT:**

**(A) IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST YOUR VOTE, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR**

BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021); OR

(B) IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

\*   \*   \*   \*   \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your Pro Rata Share of the CW Bond Distribution (which is the default Plan distribution for **Class 31**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the CW Bond Distribution (which is the default Plan distribution for **Class 31**) and cast a vote to reject the Plan and withdraw your 2011 CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*   \*   \*   \*   \*

The election to be treated in **Class 32** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the

Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 32** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 32**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 32** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 32**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
More than One Election and/or Vote Through ATOP)**

Any beneficial holder of 2011 CW Guarantee Bonds that hold multiple CUSIPs of 2011 CW Guarantee Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK**

**LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

Schedule 3(n)

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 33 (2011 CW Series D/E/PIB Bond Claims) and Class 35 (Retail 2011 CW Series
D/E/PIB Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS
FOR HOLDERS OF 2011 CW SERIES D/E/PIB BONDS WITH CLAIMS IN
CLASS 33 AND RETAIL 2011 CW SERIES D/E/PIB BOND CLAIMS IN CLASS 35**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 CW SERIES D/E/PIB BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2011 CW SERIES D/E/PIB BONDS CLAIM IN CLASS 35.
>
> IF YOU ARE A HOLDER OF 2011 CW SERIES D/E/PIB BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2011 CW SERIES D/E/PIB BONDS CLAIM IN CLASS 33.

   This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"**Commonwealth**") giving rise to claims under **Class 33 and Class 35 (as applicable)** of the ~~Fourth~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   The 2011 CW Series D/E/PIB Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2011 CW Series D/E/PIB Bond Claims are currently placed in Class 33 for voting and distribution purposes and all Retail 2011 CW Series D/E/PIB Bond Claims are currently placed in Class 35 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Series D/E/PIB Bonds or Retail 2011 CW Series D/E/PIB Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 33 2011 CW Series D/E/PIB Bond Holder Election*.  Pursuant to the Plan, holders of 2011 CW Series D/E/PIB Bond Claims are entitled to their Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery.[3]   Holders of 2011 CW Series D/E/PIB Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 33 2011 CW Series D/E/PIB Bond Holder Voting*.  Holders of 2011 CW Series D/E/PIB Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of 2011 CW Series D/E/PIB Bond Claims who make an election to have their 2011 CW Series D/E/PIB Bond Claim treated as a 2011 CW Series D/E/PIB Bond Claim (Taxable Election) in **Class 36** (the "**2011 CW Series D/E/PIB Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 36**.

*Class 35 Retail 2011 CW Series D/E/PIB Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2011 CW Series D/E/PIB Bond Claims are entitled to their Pro Rata Share of (a) the 2011 CW Series D/E/PIB Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 35** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2011 CW Series D/E/PIB Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2011 CW Series D/E/PIB Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.
[3]   The 2011 CW Series D/E/PIB Bond Recovery is shared among the 2011 CW Series D/E/PIB Bond Claims, 2011 CW Series D/E/PIB Bond Claims (Assured), and Retail 2011 CW Series D/E/PIB Bond Claims.
[4]   The 2011 CW Series D/E/PIB Bond Recovery is shared among the 2011 CW Series D/E/PIB Bond Claims, 2011 CW Series D/E/PIB Bond Claims (Assured), and Retail 2011 CW Series D/E/PIB Bond Claims.
[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

*Class 35 Retail 2011 CW Series D/E/PIB Bond Holder Voting*. Holders of Retail 2011 CW Series D/E/PIB Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of Retail 2011 CW Series D/E/PIB Bond Claims who make an election to have their Retail 2011 CW Series D/E/PIB Bond Claim treated as a 2011 CW Series D/E/PIB Bond Claim (Taxable Election) in **Class 36** (the "**2011 CW Series D/E/PIB Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 36**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●]~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

### ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 33 or Class 35**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Series D/E/PIB Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Series D/E/PIB Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 36**.

To make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election to receive the 2011 CW Series D/E/PIB Taxable Bond Distribution and be treated

under **Class 36**, you must certify in connection with your election that you are either:

- o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 33 Default Treatment: Receive Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery** (This is the default Plan distribution for 2011 CW Series D/E/PIB Bond Claims in **Class 33** if no election is made). If you do not make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 35 Default Treatment: Receive Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2011 CW Series D/E/PIB Bond Claims in **Class 35** if no election is made and **Class 35** votes to accept the Plan). If you do not make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2011 CW Series D/E/PIB Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\* \* \* \* \*

### <u>How to Submit a Valid Election and/or Vote (as applicable)</u>

If you wish to (a) make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 36**, (b) receive the default Plan distribution for **Class 33 or Class 35** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 33 or Class 35** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 CW Series D/E/PIB Bonds via the Automated Tender Offer Program ("**ATOP**")

at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Series D/E/PIB Bonds via ATOP, you are certifying that:

1. 5. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 CW Series D/E/PIB Bond Claim or a Retail 2011 CW Series D/E/PIB Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2011 CW Series D/E/PIB Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. 1. you have voted all of your Claims in Class 33 or Class 35 (as applicable) on account of 2011 CW Series D/E/PIB Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Series D/E/PIB Bonds, all votes cast by you will be disregarded;

3. 2. you are the holder of the Claims in Class 33 or Class 35 (as applicable) on account of 2011 CW Series D/E/PIB Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. 3. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Series D/E/PIB Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2011 CW SERIES D/E/PIB BONDS IN CLASS 33***:  **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST**

**A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW SERIES D/E/PIB TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 36, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2011 CW SERIES D/E/PIB BONDS IN CLASS 35*****: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2011 CW SERIES D/E/PIB TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 36, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

*        *        *        *        *

**How to Revoke a Valid Election and/or Vote (as applicable)**

You may revoke your desire to (a) make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 33 or Class 35 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 33 or Class 35 (as applicable**) and cast a vote to reject the Plan and withdraw your 2011 CW Series D/E/PIB Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Series D/E/PIB Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 36** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 36** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 36**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 36** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 36**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
<u>More than One Election and/or Vote Through ATOP</u>)**

Any beneficial holder of 2011 CW Series D/E/PIB Bonds that hold multiple CUSIPs of 2011 CW Series D/E/PIB Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").  The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.   If you

anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

## Exhibit A

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

<u>Schedule 3(el)-1</u>

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 37 (2012 CW Bond Claims) and Class 38 (Retail 2012 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION
INSTRUCTIONS FOR HOLDERS OF 2012 CW BONDS WITH
<u>CLAIMS IN CLASS 37 AND RETAIL 2012 CW BOND CLAIMS IN CLASS 38</u>**

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2012 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2012 CW BONDS CLAIM IN CLASS 38.

IF YOU ARE A HOLDER OF 2012 CW BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2012 CW BONDS CLAIM IN CLASS 37.

        This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 37 and Class 38 (as applicable)** of the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~*Fourth*~~*Fifth* *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2012 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

  For the avoidance of doubt, all 2012 CW Bond Claims are currently placed in Class 37 for voting and distribution purposes and all Retail 2012 CW Bond Claims are currently placed in Class 38 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2012 CW Bonds or Retail 2012 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.

  *Class 37 2012 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2012 CW Bond Claims are entitled to their Pro Rata Share of the 2012 CW Bond Recovery.[3]  Holders of 2012 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

  *Class 37 2012 CW Bond Holder Voting*.  Holders of 2012 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2012 CW Bond Claims who make an election to have their 2012 CW Bond Claim treated as a 2012 CW Bond Claim (Taxable Election) in **Class 40** (the "**2012 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 40**.

  *Class 38 Retail 2012 CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2012 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2012 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 38** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2012 CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2012 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

  *Class 38 Retail 2012 CW Bond Holder Voting*.  Holders of Retail 2012 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2012 CW Bond Claims who make an election to have their Retail 2012 CW Bond Claim treated as a 2012 CW Bond Claim (Taxable Election) in **Class 40** (the "**2012 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 40**.

---

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3] The 2012 CW Bond Recovery is shared among the 2012 CW Bond Claims, 2012 CW Bond Claims (Insured), and Retail 2012 CW Bond Claims.

[4] The 2012 CW Bond Recovery is shared among the 2012 CW Bond Claims, 2012 CW Bond Claims (Insured), and Retail 2012 CW Bond Claims.

[5] The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●],July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 37 or Class 38**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2012 CW Bond Recovery, as modified by your Pro Rata Share of the 2012 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 40**.

  To make the 2012 CW Taxable Bond Distribution Election to receive the 2012 CW Taxable Bond Distribution and be treated under **Class 40**, you must certify in connection with your election that you are either:

  - o  A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - o  An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 37 Default Treatment**: **Receive Pro Rata Share of the 2012 CW Bond Recovery** (This is the default Plan distribution for 2012 CW Bond Claims in **Class 37** if no election is made). If you do not make the 2012 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 38 Default Treatment**: **Receive Pro Rata Share of the 2012 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2012 CW Bond Claims in **Class 38** if no election is made and **Class 38** votes to accept the Plan). If you do not make the 2012 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2012 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2012 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

### <u>How to Submit a Valid Election and/or Vote (as applicable)</u>

If you wish to (a) make the 2012 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 40**, (b) receive the default Plan distribution for **Class 37 or Class 38** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 37 or Class 38** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2012 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2012 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 CW Bond Claim or a Retail 2012 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2012 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to

provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 37 or Class 38 (as applicable) on account of 2012 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2012 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 37 or Class 38 (as applicable) on account of 2012 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2012 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline.**"

---

*NOTE FOR HOLDERS OF 2012 CW BONDS IN CLASS 37*:  **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2012 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 40, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2012 CW BONDS IN CLASS 38***:  **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2012 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 40, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\* \* \* \* \*

**How to Revoke a Valid Election and/or Vote (as applicable)**

You may revoke your desire to (a) make the 2012 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 37 or Class 38 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 37 or Class 38 (as applicable**) and cast a vote to reject the Plan and withdraw your 2012 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2012 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 40** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 40** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 40**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 40** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 40**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP**)

Any beneficial holder of 2012 CW Bonds that hold multiple CUSIPs of 2012 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

**INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

## Exhibit A

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 3(el)-2**

**Form of Ballot for Holders of
Non-Bond Claims in Class 37 (2012 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS
OF CLAIMS IN CLASS 37 (2012 CW BOND CLAIMS) – LENDER CLAIMS**

    The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●]~~,July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

    By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●]~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below.  **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)  **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.   Follow the instructions set forth on the website.   You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

<div align="center">

**Locations in the Commonwealth**
**Accepting Ballots by Hand Delivery**

All locations are available from
August 30, 2021 to October 4, 2021
(except weekends and federal holidays)

</div>

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                    **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 37 (2012 CW Bond Claims)** set forth below in the following aggregate amount as of the Voting Record Date of June 16, 2021:



**To submit your election in Item 2 and/or your vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.   Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your election and/or your ballot.**

**IMPORTANT NOTE:   You will need the following information to retrieve and submit your customized electronic Ballot:**

               **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2**.                    **Election to be Treated as 2012 CW Bond Claims (Taxable Election) (Class 40)** (Available only to Puerto Rico Investors**).**

If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the CW Bond Distribution, as modified by your Pro Rata Share of the 2012 CW Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 40**.

To make the 2012 CW Taxable Bond Distribution Election to receive the 2012 CW Taxable Bond Distribution and be treated under **Class 40**, you must certify in connection with your election that you are either:

      o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

      o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

<div align="center">*   *   *   *   *</div>

The undersigned holder of a Claim in the amount set forth in <u>**Item 1**</u> above hereby:

(a)    certifies that such holder is either:

    1.   personal income tax purposes), or

    2.   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes); and

(b)    elects to have such holder's Claim treated as a 2012 CW Bond Claim (Taxable Election) in Class 40 and have such holder's distribution modified by the 2012 CW Taxable Bond Distribution.

---

☐   **Elect to be Treated as 2012 CW Bond Claim (Taxable Election) (Class 40)**

If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

<u>**Item 3.**</u>           **Vote on Plan** (skip if you have elected to be treated as a 2012 CW Bond Claim (Taxable Election) in Item 2 above).

The undersigned holder of a Claim in the amount set forth in <u>**Item 1**</u> above hereby votes to (please check <u>one</u>):

---

☐   <u>**ACCEPT**</u> (vote FOR) the Plan       ☐   <u>**REJECT**</u> (vote AGAINST) the Plan

---

<u>**Item 4.**</u>          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in <u>**Item 1**</u> above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election and certifications in <u>**Item**</u>

**2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

                                (Print or Type)

                   _____

Signature:_____

Name of Signatory:_____

                              (If other than holder)

Title:      _____

Address:  _____

              _____

              _____

Telephone
Number:   _____

Email:     _____

Date Completed:  _____

## VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
## BALLOT FOR CLAIMS IN CLASS 37 (2012 CW BOND CLAIMS)

1.        This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Fourth*Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●],July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Fourth*Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●],July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.        The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.        Pursuant to the Plan, any holder of an Allowed **2012 CW Bond Claim** may elect to have its Claim treated as a 2012 CW Bond Claim (Taxable Election) in Class 40 and have its distribution modified by the 2012 CW Taxable Bond Distribution.  If you elect to have your Claim reduced and treated as a 2012 CW Bond Claim (Taxable Election) in Class 40, you will be deemed to have accepted the Plan as a holder of a Claim in Class 40 (2012 CW Bond Claims (Taxable Election)).

4.        **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)        (iv) **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to

submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) ~~(v)~~ **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) ~~(vi)~~ **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>M – F</u><br>8:30 a.m.<br>to |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| | 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5.     To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

6.     If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

    (A)    HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)    DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)    DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

Schedule 3(~~pm~~)

**Form of Notice of Voting and Election Instructions for
Holders of Claims in Class 41 (2012 CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| | |
| Debtors.[1] | |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS
FOR HOLDERS OF 2012 CW GUARANTEE BONDS WITH CLAIMS IN CLASS 41**

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 41** of the *Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2012 CW Guarantee Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2012 CW Guarantee Bond Claims are currently placed in Class 41 for voting and distribution purposes. If you make any elections in**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

accordance with the instructions and procedures set forth in this Notice, however, your 2012 CW Guarantee Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.

*2012 CW Guarantee Bond Holder Election*.  Pursuant to the Plan holders of 2012 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2012 CW Guarantee Bond Recovery.  Holders of 2012 CW Guarantee Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*2012 CW Guarantee Bond Holder Voting*.  Holders of 2012 CW Guarantee Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2012 CW Guarantee Bond Claims who make an election to have their 2012 CW Guarantee Bond Claim treated as a 2012 CW Guarantee Bond Claim (Taxable Election) in **Class 42** (the "**2012 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 42**.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●], 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*   \*

**ELECTIONS AND VOTING PROCESS FOR 2012 CW GUARANTEE BOND HOLDERS**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 41**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Guarantee Taxable Bond Distribution.  If you make this election, you will

receive a Pro Rata Share of the CW Bond Distribution, as modified by your Pro Rata Share of the 2012 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 42**.

To make the 2012 CW Guarantee Taxable Bond Distribution Election to receive the 2012 CW Guarantee Taxable Bond Distribution and be treated under **Class 42**, you must certify in connection with your election that you are either:

- ○ A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- ○ An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the CW Bond Distribution** (This is the default Plan distribution for 2012 CW Guarantee Bond Claims in **Class 41** if no election is made). If you do not make the 2012 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2012 CW Guarantee Bonds described on Exhibit A attached hereto that is eligible and wishes to make the 2012 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

**How to Submit a Valid Election and/or Vote (as applicable)**

If you wish to (a) make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 42**, (b) receive your Pro Rata Share of the 2012 CW Bond Recovery (which is the default Plan distribution for **Class 41**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2012 CW Bond Recovery (which is the default Plan distribution for **Class 41**) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2012 CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2012 CW Guarantee Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2012 CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of 2012 CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2012 CW Guarantee Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of 2012 CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request—Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2012 CW Guarantee Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline.**"

---

**PLEASE TAKE NOTICE THAT:**

**(A) IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST YOUR VOTE, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY**

PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021); OR

(B) IF YOU TENDER YOUR BONDS TO MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

\* \* \* \* \*

**How to Revoke a Valid Election and/or Vote (as applicable)**

You may revoke your desire to (a) make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your Pro Rata Share of the 2012 CW Bond Recovery (which is the default Plan distribution for **Class 41**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2012 CW Bond Recovery (which is the default Plan distribution for **Class 41**) and cast a vote to reject the Plan and withdraw your 2012 CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2012 CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 42** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 42** that are

not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 42**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 42** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 42**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP)**

Any beneficial holder of 2012 CW Guarantee Bonds that hold multiple CUSIPs of 2012 CW Guarantee Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Schedule 3(q)

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 43 (2014 CW Bond Claims) and Class 44 (Retail 2014 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION**
**INSTRUCTIONS FOR HOLDERS OF 2014 CW BONDS WITH**
**CLAIMS IN CLASS 43 AND RETAIL 2014 CW BOND CLAIMS IN CLASS 44**

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2014 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2014 CW BONDS CLAIM IN CLASS 44.

IF YOU ARE A HOLDER OF 2014 CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2014 CW BONDS CLAIM IN CLASS 43.

    This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 43 and Class 44 (as applicable)** of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   The 2014 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

For the avoidance of doubt, all 2014 CW Bond Claims are currently placed in Class **43 for voting and distribution purposes and all Retail 2014 CW Bond Claims are currently placed in Class 44 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2014 CW Bonds or Retail 2014 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 43 2014 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2014 CW Bond Claims are entitled to their Pro Rata Share of the 2014 CW Bond Recovery.[3]  Holders of 2014 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 43 2014 CW Bond Holder Voting*.  Holders of 2014 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2014 CW Bond Claims who make an election to have their 2014 CW Bond Claim treated as a 2014 CW Bond Claim (Taxable Election) in **Class 45** (the "**2014 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 45**.

*Class 44 Retail 2014 CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2014 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2014 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 44** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2014 CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2014 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 44 Retail 2014 CW Bond Holder Voting*.  Holders of Retail 2014 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2014 CW Bond Claims who make an election to have their Retail 2014 CW Bond Claim treated as a 2014 CW Bond Claim (Taxable Election) in **Class 45** (the "**2014 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 45**.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

[4]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [~~●~~],July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 43 or Class 44**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2014 CW Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 45**.

  To make the 2014 CW Taxable Bond Distribution Election to receive the 2014 CW Taxable Bond Distribution and be treated under **Class 45**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 43 Default Treatment: Receive Pro Rata Share of the 2014 CW Bond Recovery** (This is the default Plan distribution for 2014 CW Bond Claims in **Class 43** if no election is made). If you do not make the 2014 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 44 Default Treatment: Receive Pro Rata Share of the 2014 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2014 CW Bond Claims in **Class 44** if no election is made and **Class 44** votes to accept the Plan). If you do not make the 2014 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2014 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2014 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<div align="center">

\*   \*   \*   \*   \*

</div>

<div align="center">

**<u>How to Submit a Valid Election and/or Vote (as applicable)</u>**

</div>

If you wish to (a) make the 2014 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 45**, (b) receive the default Plan distribution for **Class 43 or Class 44** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 43 or Class 44** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2014 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2014 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2014 CW Bond Claim or a Retail 2014 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2014 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to

provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.   you have voted all of your Claims in Class 43 or Class 44 (as applicable) on account of 2014 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2014 CW Bonds, all votes cast by you will be disregarded;

3.   you are the holder of the Claims in Class 43 or Class 44 (as applicable) on account of 2014 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4.   you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2014 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

<u>***NOTE FOR HOLDERS OF 2014 CW BONDS IN CLASS 43***</u>**:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2014 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 45, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2014 CW BONDS IN CLASS 44*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2014 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 45, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2014 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 43 or Class 3445 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 43 or Class 44 (as applicable**) and cast a vote to reject the Plan and withdraw your 2014 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2014 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*   \*   \*   \*   \*

The election to be treated in **Class 45** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 45** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 45**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 45** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 45**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP**)

Any beneficial holder of 2014 CW Bonds that hold multiple CUSIPs of 2014 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").   The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.   If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

**INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Schedule 3(~~r~~)n)-1

**Form of Notice of Voting and Election Instructions for
Holders of Claims in Class 46 (2014 CW Guarantee Bond Claims)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

                  Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

## NOTICE OF VOTING AND ELECTION INSTRUCTIONS
## FOR HOLDERS OF 2014 CW GUARANTEE BONDS WITH CLAIMS IN CLASS 46

       This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 46** of the ~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2014 CW Guarantee Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

       **For the avoidance of doubt, all 2014 CW Guarantee Bond Claims are currently placed in Class 46 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2014 CW Guarantee Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

*2014 CW Guarantee Bond Holder Election*.  Pursuant to the Plan, holders of 2014 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2014 CW Bond Recovery.[3] Holders of 2014 CW Guarantee Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*2014 CW Guarantee Bond Holder Voting*.  Holders of 2014 CW Guarantee Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2014 CW Guarantee Bond Claims who make an election to have their 2014 CW Guarantee Bond Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in **Class 47** (the "**2014 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 47**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## ELECTIONS AND VOTING PROCESS FOR 2014 CW GUARANTEE BOND HOLDERS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 46**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Guarantee Taxable Bond Distribution.  If you make this election, you will

---

[3]  The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

receive a Pro Rata Share of the 2015 CW Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 47**.

To make the 2014 CW Guarantee Taxable Bond Distribution Election to receive the 2014 CW Guarantee Taxable Bond Distribution and be treated under **Class 47**, you must certify in connection with your election that you are either:

- o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the CW Bond Distribution** (This is the default Plan distribution for 2014 CW Guarantee Bond Claims in **Class 46** if no election is made). If you do not make the 2014 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2014 CW Guarantee Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2014 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

<u>**How to Submit a Valid Election and/or Vote (as applicable)**</u>

If you wish to (a) make the 2014 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 47**, (b) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 46**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 46**) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2014 CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2014 CW Guarantee Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2014 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2014 CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of 2014 CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2014 CW Guarantee Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of 2014 CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2014 CW Guarantee Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**PLEASE TAKE NOTICE THAT:**

**(A) IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST YOUR VOTE, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY**

**PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021); OR**

**(B) IF YOU TENDER YOUR BONDS TO MAKE THE 2014 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\*   \*   \*   \*   \*

**<u>How to Revoke a Valid Election and/or Vote (as applicable)</u>**

You may revoke your desire to (a) make the 2014 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 46**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 46**) and cast a vote to reject the Plan and withdraw your 2014 CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2014 CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*   \*   \*   \*   \*

The election to be treated in **Class 47** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 47** that are

not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 47**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 47** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 47**, or will incur any liability to you for failure to give any such notification.

<p style="text-align:center">*   *   *   *   *</p>

<div style="text-align:center">

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
<u>More than One Election and/or Vote Through ATOP</u>)**

</div>

Any beneficial holder of 2014 CW Guarantee Bonds that hold multiple CUSIPs of 2014 CW Guarantee Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

<p style="text-align:center">*   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Schedule 3(sn)-2

**Form of Notice of Voting and Election Instructions for
Holder of Ports of the Americas Authority Bond in Class 46 (2014 CW Guarantee Bond
Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN CLASS 46
(2014 CW GUARANTEE BOND CLAIMS) – PORTS OF THE AMERICAS BONDS**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)   **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)  **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

> **Locations in the Commonwealth
> Accepting Ballots by Hand Delivery**
>
> All locations are available from
> August 30, 2021 to October 4, 2021
> (except weekends and federal holidays)

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**PLEASE COMPLETE THE FOLLOWING:**

**Item 1.**                    **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 46 (2014 CW Guarantee Bond Claims)** set forth below in the following aggregate amount as of the Voting Record Date of June 16, 2021:

$

**To submit your election in Item 2 and/or your vote in Item 3 below via the "E-Ballot" platform, please visit** **https://cases.primeclerk.com/puertorico**.   **Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your election and/or your ballot.**

**IMPORTANT NOTE:   You will need the following information to retrieve and submit your customized electronic Ballot:**

                     **Unique E-Ballot ID#:**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should NOT also submit a paper Ballot.

**Item 2.**                    **Election to be Treated as 2014 CW Guarantee Bond Claims (Taxable Election) (Class 47)** (Available only to Puerto Rico Investors).

If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Guarantee Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2014 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 47.**

To make the 2014 CW Guarantee Taxable Bond Distribution Election to receive the 2014 CW Guarantee Taxable Bond Distribution and be treated under **Class 47,** you must certify in

connection with your election that you are either:

- o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

\* \* \* \* \*

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby:

(a)    certifies that such holder is either:

1.    A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

2.    An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes); and

(b)    elects to have such holder's Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 47 and have such holder's distribution modified by the 2014 CW Guarantee Taxable Bond Distribution.

☐    **Elect to be Treated as 2014 CW Guarantee Bond Claim (Taxable Election) (Class 47)**

If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

**Item 3.**                **Vote on Plan** (skip if you have elected to be treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

☐    **ACCEPT** (vote FOR) the Plan        ☐    **REJECT** (vote AGAINST) the Plan

**Item 4.**                **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided

with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election and certifications in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

_____ (Print or Type)

_____

Signature: _____

Name of Signatory: _____

_____ (If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
## BALLOT FOR CLAIMS IN CLASS 46 (2014 CW GUARANTEE BOND CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      Pursuant to the Plan, any holder of an Allowed **2014 CW Guarantee Bond Claim** may elect to have its Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 47 and have its distribution modified by the 2014 CW Guarantee Taxable Bond Distribution.  If you elect to have your Claim reduced and treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 47, you will be deemed to have accepted the Plan as a holder of a Claim in Class 47 (2014 CW Guarantee Bond Claims (Taxable Election)).

4.      **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to

submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to |

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| | 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5.      To properly complete the Ballot, you must follow the procedures described below:

   a.   Ensure the information contained in **Item 1** of the Ballot is correct;

   b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

   c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

   d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

   e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

   f.   Provide your name and mailing address;

   g.   Sign and date your Ballot; and

   h.   Return your Ballot using an authorized method of return indicated herein.

6.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\* \* \* \* \*

IF YOU:

    (A)    HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)    DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)    DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

Schedule 3(o)

**Form of Notice of Voting Instructions for
Holders of Claims in Class 62 (ERS Bond Claims)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

                      Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

## NOTICE OF VOTING INSTRUCTIONS
## FOR HOLDERS OF ERS BONDS WITH CLAIMS IN CLASS 62

This Notice of Voting Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") giving rise to claims under **Class 62** of the ~~*Fourth*~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The ERS Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*ERS Bond Holder Voting*.  Holders of ERS Bond Claims may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth of Puerto Rico (the "**Commonwealth**"), ERS, and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.  By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the*

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

*Commonwealth of Puerto Rico, et al.*, dated [•] July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

**VOTING PROCESS**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 62**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\*   \*   \*   \*   \*

**How to Submit a Valid Vote**

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your ERS Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your ERS Bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of an ERS Bond Claim, or (b) in addition to the vote cast, one or more additional votes ("**Additional Votes**") on account of other ERS Bond have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of ERS Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast

conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of ERS Bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of ERS Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your ERS Bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

\*   \*   \*   \*   \*

**How to Revoke a Valid Vote**

You may revoke your vote case and withdraw your ERS Bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your ERS Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

<p style="text-align:center">*   *   *   *   *</p>

<h3 style="text-align:center">Numerosity Information Submission<br>(Applicable Only for Beneficial Holders Submitting<br>More than One Vote Through ATOP)</h3>

Any beneficial holder of ERS Bonds that hold multiple CUSIPs of ERS Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").  The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.  If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

<p style="text-align:center">*   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ERS SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit A**

| Description | CUSIP |
| --- | --- |
| Senior Pension Funding Bonds, Series 2008A | |
| | 29216MAF |
| | 29216MAA |
| | 29216MAB |
| | 29216MAG |
| | 29216MAH |
| | 29216MAJ |
| | 29216MAC |
| | 29216MAK |
| | 29216MAL |
| | 29216MAD |
| | 29216MAM |
| | 29216MAN |
| | 29216MAP |
| | 29216MAQ |
| | 29216MAE |
| Senior Pension Funding Bonds, Series 2008B | |
| | 29216MBA |
| | 29216MBB |
| | 29216MBC |
| | 29216MBD |
| | 29216MBE |
| | 29216MBF |
| | 29216MBG |
| | 29216MBH |
| | 29216MBJ |
| | 29216MAT |
| | 29216MAU |
| | 29216MAV |
| | 29216MAW |
| | 29216MAX |
| | 29216MAY |
| | 29216MAZ |
| Senior Pension Funding Bonds, Series 2008C | |
| | 29216MBL |
| | 29216MBM |
| | 29216MBN |
| | 29216MBP |

Schedule 3(tp)

**Form of Ballot for Holders of Claims in
Class 48 (Active and Retired Employee Retirement Benefit Claims)**

Schedule 3(u̶)q)

**Form of Ballot for Holders of Claims in Class 49 (AFSCME Claims)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS
## OF CLAIMS IN CLASS 49 (AFSCME CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [~~●~~],July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [~~●~~],July 12, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)    **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)   **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery |
|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) |

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: **https://www.irs.gov/.**

You are <u>not</u> required to submit an Internal Revenue Service Form W-8 or Form W-9 to cast your vote.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                           **Vote on Plan**.

The undersigned holder of a Claim(s) in **Class 49 (AFSCME Claims)** as of April 1, 2021 (which is the applicable Voting Record Date for Class 49) hereby votes to (please check <u>one</u>):

| | |
|---|---|
| ☐    **ACCEPT** (vote FOR) the Plan | ☐    **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

> **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.                           **Acknowledgements and Certification**.

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) he/she is the holder of the Claim(s) identified in **Item 1** above, or (ii) he/she has full power and authority to vote to accept or reject the Plan in **Item 1** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

| |
|---|
| Name of Holder: _____ |
| (Print or Type) |

Signature: _____

Name of Signatory: _____
                                    (If other than holder)

Title:        _____

Address:    _____

                 _____

                 _____

Telephone
Number:     _____

Email:        _____

Date Completed:  _____

**VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
BALLOT FOR CLAIMS IN CLASS 49 (AFSCME CLAIMS)**

1.       This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Fourth* *Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated [●], July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Fourth* *Fifth* *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●], July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.       The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.       **To have your vote, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      (iv)  **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.   Follow the instructions set forth on the website.   You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     (v)  **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC**

**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   (vi) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |

   **You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

    a.   Ensure the information contained in **Item 1** of the Ballot is correct;

    b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan all the Claims you hold in a Class;

    c.   If you are completing this Ballot on behalf of another person, indicate your relationship to such person and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney);

    d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

    e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

    f.   Provide your name and mailing address;

    g.   Sign and date your Ballot; and

    h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

IF YOU:

    (A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)   NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

Schedule 3(~~v~~r)

**Form of Ballot for Holders of Claims in
Class 55 (CW General Unsecured Claims) and
Class 63 (ERS General Unsecured Claims)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS**
**OF CLAIMS IN [CLASS 55 (CW GENERAL UNSECURED CLAIMS) / CLASS 63 (ERS
GENERAL UNSECURED CLAIMS)]**

      The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~*Fifth* Amended Title III *Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

      By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the* ~~Fourth~~*Fifth* Amended Title III Joint Plan of Adjustment of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Commonwealth of Puerto Rico, et al.*, dated [•] July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: https://www.irs.gov/.**

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 55 (CW General Unsecured Claims) / Class 64 (ERS General Unsecured Claims)**] as of the June 16, 2021 Voting Record Date as set forth below in the following aggregate amount:



**To submit your election in Item 2 and vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

            **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2**.                          **Election to be Treated as Convenience Claim (Class 65).**

Pursuant to the Plan, any holder of an Allowed [**CW General Unsecured Claim / ERS General Unsecured Claim**] may elect to (a) reduce the amount of such Allowed Claim to $~~10,000.00~~20,000.00 and (b) have such reduced Claim be treated pursuant to Class 65 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.

Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $~~20,000.00~~40,000.00 and (b) have such reduced claims be treated pursuant to Class 65 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you hold multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, receive more than one ballot, and wish to make this election, you **must** make a consistent

election on all the ballots you received for them to be treated pursuant to Class 65 (Convenience Claims).  If the ballots do not all consistently elect to be treated Class 65 (Convenience Claims), such election will not be effective.

If you elect to have your Claim reduced and treated as a Convenience Claim in Class 65, you will be deemed to have accepted the Plan as a holder of a Claim in Class 65 (Convenience Claims).

<p style="text-align:center">*   *   *   *   *</p>

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby elects to have such holder's Claim (a) reduced to $~~10,000.00~~20,000.00 (and if such holder holds multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, such multiple claims reduced to an aggregate amount of $~~20,000.00~~40,000.00) and (b) treated as a Convenience Claim in Class 65.

---

☐    **Elect to be Treated as Convenience Claim in Class 65**

     If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

**Item 3.**                **Vote on Plan** (skip if you have elected to be treated as a Convenience Claim in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

---

☐    **ACCEPT** (vote FOR) the Plan              ☐    **REJECT** (vote AGAINST) the Plan

---

**Item 4.**                **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

---

Name of Holder: _____
                          (Print or Type)

---

_____

Signature:_____

Name of Signatory:_____
                                            (If other than holder)

Title:      _____

Address:    _____

            _____

            _____

Telephone
Number:     _____

Email:      _____

Date Completed:  _____

**VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
BALLOT FOR CLAIMS IN [CLASS 55 (CW GENERAL UNSECURED CLAIMS) /
CLASS 63 (ERS GENERAL UNSECURED CLAIMS)]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Fourth Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated [•],July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Fourth Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [•],July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      Pursuant to the Plan, any holder of an Allowed [**CW General Unsecured Claim / ERS General Unsecured Claim**] may elect to (a) reduce the amount of such Allowed Claim to $10,000.00 20,000.00 and (b) have such reduced Claim be treated pursuant to Class 65 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $20,000.00 40,000.00 and (b) have such reduced claims be treated pursuant to Class 65 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you elect to have your Claim reduced and treated as a Convenience Claim in Class 65, you will be deemed to have accepted the Plan as a holder of a Claim in Class 65 (Convenience Claims).

4.      **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)  ~~(iv)~~ **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  ~~(v)~~ **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  ~~(vi)~~ **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 Hato Rey, San Juan, PR 00918 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M | <u>M – F</u> 8:30 a.m. to |

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Old San Juan, PR 00901 | 5:00 p.m. |
| <u>Joe's Blue</u> Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |

   **You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

   5.   To properly complete the Ballot, you must follow the procedures described below:

   a.   ~~i.~~ Ensure the information contained in **Item 1** of the Ballot is correct;

   b.   ~~j.~~ You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

   c.   ~~k.~~ If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

   d.   ~~l.~~ If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

   e.   ~~m.~~ If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

   f.   ~~n.~~ Provide your name and mailing address;

   g.   ~~o.~~ Sign and date your Ballot; and

h.   p.  Return your Ballot using an authorized method of return indicated herein.

6.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*   \*

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

Schedule 3(ws)

**Form of Ballot for Beneficial Holders of Claims in
Class 11 (PBA/DRA Secured Claims),
Class 12 (PBA General Unsecured Claims),
Class 13 (PBA/DRA Unsecured Claims)
Class 50 (Dairy Producer Claims),
Class 51 (Eminent Domain Claims),
Class 53 (Med Center Claims)
Class 56 (CW/HTA Claims),
Class 57 (CW/Convention Center Claims),
Class 58 (CW/PRIFA Rum Tax Claims, and
Class 59 (CW/MBA Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors.[1] | |

**BALLOT FOR HOLDERS OF CLAIMS IN
[CLASS 11 (PBA/DRA SECURED CLAIMS) / CLASS 12 (PBA GENERAL UNSECURED
CLAIMS) / CLASS 13 (PBA/DRA UNSECURED CLAIMS) / CLASS 50 (DAIRY
PRODUCER CLAIMS) / CLASS 51 (EMINENT DOMAIN CLAIMS) / CLASS 53 (MED
CENTER CLAIMS) / CLASS 56 (CW/HTA CLAIMS) /
CLASS 57 (CW/CONVENTION CENTER CLAIMS) / CLASS 58
(CW/PRIFA RUM TAX CLAIMS / CLASS 59 (CW/MBA CLAIMS)]**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●],July 12, 2021 (as

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

the same may be amended or modified, the "<u>Plan</u>") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "<u>Disclosure Statement Order</u>"), the District Court approved the *Disclosure Statement for the* ~~*Fourth*~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)    **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)   **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery**<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**                    **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 11 (PBA/DRA Secured Claims) / Class 12 (PBA General Unsecured Claims) / Class 13 (PBA/DRA Unsecured Claims) /** Class 50 (Dairy Producer Claims) / Class 51 (Eminent Domain Claims) / Class 53 (Med Center Claims) / Class 56 (CW/HTA Claims) / Class 57 (CW/Convention Center Claims) / Class 58 (CW/PRIFA Rum Tax Claims / Class 59 (CW/MBA Claims)**] set forth below in the following aggregate amount as of the June 16, 2021 Voting Record Date:



*     *     *     *     *

**Item 2.**                    **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| | |
|---|---|
| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**<u>Item 3</u>.**                        **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **<u>Item 1</u>** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

**VOTING INSTRUCTIONS FOR**
**COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 11 (PBA/DRA SECURED
CLAIMS) / CLASS 12 (PBA GENERAL UNSECURED CLAIMS) / CLASS 13 (PBA/DRA
UNSECURED CLAIMS) / CLASS 50 (DAIRY PRODUCER
CLAIMS) / CLASS 51 (EMINENT DOMAIN CLAIMS) / CLASS 53
(MED CENTER CLAIMS) / CLASS 56 (CW/HTA
CLAIMS) / CLASS 57 (CW/CONVENTION CENTER CLAIMS) / CLASS 58
(CW/PRIFA RUM TAX CLAIMS / AND CLASS 59 (CW/MBA CLAIMS)]**

1.    ~~11.~~ This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Fourth~~Fifth* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.    ~~12.~~ The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.    ~~13.~~ **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)    ~~(iv)~~ **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to

submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) ~~(v)~~ **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) ~~(vi)~~ **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>M – F</u><br>8:30 a.m.<br>to |

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| :---: | :---: |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| | 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4. ~~14.~~ To properly complete the Ballot, you must follow the procedures described below:

a. ~~y.~~ Ensure the information contained in **Item 1** of the Ballot is correct;

b. ~~z.~~ You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c. ~~aa.~~ If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d. ~~bb.~~ If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e. ~~cc.~~ If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f. ~~dd.~~ Provide your name and mailing address;

g. ~~ee.~~ Sign and date your Ballot; and

h. ~~ff.~~ Return your Ballot using an authorized method of return indicated herein.

5. ~~15.~~ If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

    (A)    HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)    DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)    DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

<u>Schedule 4(a)</u>

**Notice of Non-Voting Status (Deemed to Reject)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>**NOTICE OF NON-VOTING STATUS (CLASS \_\_\_) – DEEMED TO REJECT**</u>

PLEASE TAKE NOTICE THAT on [●], 2021, the United States District Court for the District of Puerto Rico approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. \_\_\_], filed by the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the ~~Fourth~~*Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●].July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOU ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY ON ACCOUNT OF YOUR CLAIM(S) AGAINST THE DEBTOR. THEREFORE, PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE REJECTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.* A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Deadlines and Important Dates.* The Court has established the following deadline in connection with the confirmation of the proposed Plan:

- **Initial Objection Deadline**: Pursuant to the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. ___], parties who wish to participate in discovery in connection with confirmation of the Plan must file an initial objection (an "Initial Objection") setting forth the legal and factual basis in support of such party's objection to confirmation of the Plan on or before 5:00 p.m. (Atlantic Standard Time) on **August 3, 2021**, and

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

- **Final Objection Deadline**: 5:00 p.m. (Atlantic Standard Time) on **October 8, 2021** to file objections or responses to confirmation of the proposed Plan.[3]

*Plan Confirmation Depository*.   Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

  a. Be in writing and signed;

  b. State the name, address, and nature of the Claim of the objecting or responding party;

  c. State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

  d. Be filed with the United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767, so as to be received **on or before October 8, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

  e. be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

[*Remainder of page intentionally left blank*]

---

[3]   Failure to file an Initial Objection will not preclude a party from filing an objection to confirmation of the Plan on or before the Final Objection Deadline.  However, discovery to be conduct by a party that files an Initial Objection will be limited to the issues set forth in the Initial Objection.

Dated: _____, 2021
        San Juan, Puerto Rico

/s/ _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ _____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

Schedule 4(b)-1
**Notice of Non-Voting Status (Deemed to Accept)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF NON-VOTING STATUS (CLASS ___) – DEEMED TO ACCEPT

PLEASE TAKE NOTICE THAT on [●], 2021, the United States District Court for the District of Puerto Rico approved the *Disclosure Statement for the ~~Fourth~~Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●],~~July 12, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the ~~Fourth~~Fifth *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated ~~[●]~~July 12, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE DEBTOR ARE UNIMPAIRED. THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.*   A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Deadlines and Important Dates.*  The Court has established the following deadlines and important dates in connection with the confirmation of the proposed Plan:

- **Initial Objection Deadline**: Pursuant to the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. ___], parties who wish to participate in discovery in connection with confirmation of the Plan must file an initial objection (an "Initial Objection") setting forth the legal and factual basis in support of such party's objection to confirmation of the Plan on or before 5:00 p.m. (Atlantic Standard Time) on **August 3, 2021**, and

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

- **Final Objection Deadline**: 5:00 p.m. (Atlantic Standard Time) on **October 8, 2021** to file objections or responses to confirmation of the proposed Plan.[3]

*Plan Confirmation Depository*.   Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

    a.  Be in writing and signed;

    b.  State the name, address, and nature of the Claim of the objecting or responding party;

    c.  State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

    d.  Be filed with the United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767, so as to be received **on or before October 8, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

    e.  be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

*[Remainder of page intentionally left blank]*

---

[3]   Failure to file an Initial Objection will not preclude a party from filing an objection to confirmation of the Plan on or before the Final Objection Deadline.  However, discovery to be conduct by a party that files an Initial Objection will be limited to the issues set forth in the Initial Objection.

Dated: _____, 2021
      San Juan, Puerto Rico

/s/ _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and*
*Management Board as representative for the*
*Debtors*

/s/ _____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and*
*Management Board as representative for the*
*Debtors*

Schedule 5(a)

**Form of Election Notice for Holders of Claims in Classes 2, 16, 22, 29, 34, and 39**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELECTION NOTICE
FOR ASSURED BOND HOLDERS WITH CLAIMS IN [CLASS 2 / 16 / 22 / 29 / 34 / 39]**

This Assured Bondholder Elections Notice (the "**Notice**") is being sent to the beneficial holders of [Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims (Assured), 2012 CW Bond Claims (Assured)] arising on account of Assured Insured Bonds, the scheduled repayment of which has been insured by Assured Guaranty Corp. or Assured Guaranty Municipal Corp. (collectively, "**Assured**") in accordance with the terms of the Assured Insurance Policies.  These securities give rise to Claims in [Class 2 / 16 / 22 / 29 / 34 / 39] of the ~~Fourth~~*Fifth* Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Assured has the right to cast the vote on account of Claims arising from Assured Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of distribution under the Plan if Assured does not make the Assured Election pursuant to Section 72.1 of the Plan.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

If Assured does not make the Assured Election with respect to any Assured Insured Bonds as set forth in Section 71.172.1(a) of the Plan (or makes the Assured Election but declines to exercise the Assured Acceleration Price Payment Option upon the occurrence of any event that gives Assured the right to exercise such option pursuant to Section 71.172.1(a) of the Plan), each beneficial holder of an Assured Insured Bond with respect to which Assured has not made the Assured Election may elect one of the following Assured Bondholder Elections, in each case on terms acceptable to Assured:

**Assured Bondholder Election 1**: You will receive from Assured the applicable Acceleration Price on the Effective Date in full satisfaction and discharge of Assured's obligations with respect to you under the applicable Assured Insurance Policies, and Assured shall receive the cash and Assured New Securities allocable to you under the Plan, which Assured New Securities, in the case of Assured New GO Bonds, may, at Assured's election, be insured in accordance with a new insurance policy issued by Assured on terms acceptable to it; or

**Assured Bondholder Election 2**: You will opt into a custodial trust, escrow arrangement, or similar structure established by Assured that would provide you with an interest in (A) the applicable Assured Insurance Policy and (B) the Assured New Securities allocable to you in accordance with terms acceptable to Assured; or ~~Assured Bondholder Election 3: You will, on the Effective Date, and in full satisfaction of Assured's obligations under the applicable Assured Insurance Policies, receive (i) the Cash and Assured New Securities allocable to you under the Plan, which, in the case of the Assured New GO Bonds, may, at Assured's election, be insured in accordance with a new insurance policy issued by Assured on terms acceptable to Assured, and (ii) a Cash payment from Assured in an amount to be determined or defined by Assured prior to the commencement of the Disclosure Statement Hearing~~.

***If you fail to make an election, you will be deemed to have elected Assured Bondholder Election 2.***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an Assured Bondholder Election.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Disclosure Statement Order, Assured is entitled to vote to accept or reject the Plan on account of [Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims (Assured), 2012 CW Bond Claims (Assured)].**

---

**IF YOU WISH TO RECEIVE YOUR DISTRIBUTION UNDER ASSURED BONDHOLDER ELECTION 2, YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.**

**Each holder of Assured Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to make Assured Bondholder Election 1 or Assured Bondholder Election 3 must submit a valid election in the manner described herein.**

\* \* \* \* \*

**How to Submit a Valid Assured Bondholder Election**

If you wish to elect to receive your distribution under the Plan pursuant to Assured Bondholder Election ~~1 or Assured Bondholder Election 3,~~1, you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Assured Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive your distribution under Assured Bondholder Election ~~1 or Assured Bondholder Election 3, as applicable.~~1.

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Assured Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive distributions under Assured Bondholder Election 1 ~~or Assured Bondholder Election 3, each~~ as described on DTC's ATOP system.

---

**THE ASSURED BONDHOLDER ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR ASSURED INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR ASSURED INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR ASSURED INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR EXISTING ASSURED INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED ASSURED INSURED BONDS.**

\* \* \* \* \*

**How to Revoke a Valid Assured Bondholder Election**

You may revoke an election to receive distributions under Assured Bondholder Election 1 ~~or Assured Bondholder Election 3~~ and withdraw your Assured Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

3

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Assured Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive your distribution under Assured Bondholder Election 1 ~~or Assured Bondholder Election 3~~ at any time before the Election Deadline, in accordance with the instructions to submit a valid taxable bond distribution election above.

\*     \*     \*     \*     \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Assured reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Assured also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, Assured or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

Schedule 5(b)

**Assured Election Notice**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ASSURED ELECTION

This Assured Election Notice (the "**Notice**") is being sent to certain beneficial holders of securities giving rise to claims under Classes [2, 16, 22, 29, 34, and 39] of the ~~Fourth~~Fifth *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "**Assured**") has exercised the Assured Election with respect to the Assured Insured Bonds held by the holders receiving this Notice.[2]

Pursuant to Article ~~LXXI~~LXXII of the Plan, if the Plan is confirmed by the Title III Court, at Assured's election, Assured shall receive the Cash and CVIs allocable to holders of Assured Insured Bonds, and all or any portion of the Assured Insured Bonds selected by Assured shall be paid, in full, on the Effective Date, at an Acceleration Price equal to the outstanding principal amount of such Assured Insured Bonds, plus the accrued and unpaid interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) as of the Effective Date from

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

(a) the proceeds of all or any portion of the Assured New GO Bonds allocable to holders of Assured Insured Bonds, which Assured New GO Bonds shall be (i) insured, at Assured's election, in accordance with a new insurance policy issued by Assured on terms acceptable to Assured, (ii) underwritten in an "offering" within the meaning of SEC Rule 15c2-12, and (iii) sold into the market such that they are issued and delivered to such underwriter(s) on the Effective Date, and

(b) to the extent such proceeds of the Assured New GO Bonds are not sufficient to pay the Acceleration Price, amounts equal to such deficiency paid by Assured in accordance with the Assured Insurance Policies insuring the relevant Assured Insured Bonds.

The principal amounts, maturities and interest rates on the Assured New GO Bonds in respect of which Assured has exercised the Assured Election shall be determined by Assured in consultation with applicable underwriter(s), such that the interest rates on the Assured New GO Bonds shall be the lowest interest rates necessary for such Assured New GO Bonds to be issued with increased par amounts relative to other New GO Bonds and otherwise result in the Assured New GO Bonds being issued at the lowest aggregate yield; provided, however, that the annual debt service on the Assured New GO Bonds due in any FY shall not be greater than the annual debt service that would have been due in such FY if such Assured New GO Bonds had the same terms as the other New GO Bonds.

If either (i) at or prior to the time of pricing of Assured New GO Bonds, Assured determines, based on its good faith evaluation of the circumstances, that Assured New GO Bonds cannot be sold into the market on terms acceptable to Assured, or (ii) such Assured New GO Bonds are not issued to the underwriter(s) for any reason, then, in either case, Assured:

(A) may elect, in its sole discretion, to exercise the Assured Acceleration Price Payment Option by paying the applicable Acceleration Price to the holders of any Assured Insured Bonds with respect to which Assured has exercised the Assured Election, and

(B) shall receive, on the Effective Date the Assured New GO Bonds in respect of which the Assured Acceleration Price Payment Option is exercised and any Cash and other Assured New Securities allocable to the relevant Assured Insured Bonds, which Assured New GO Bonds may, at Assured's election, be insured in accordance with a new insurance policy issued by Assured on terms acceptable to it.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond, including in accordance with the Assured Election or the Assured Acceleration Price Option, shall satisfy and discharge all of Assured's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

The Disclosure Statement you are receiving together with this Notice contains additional information regarding the Plan, the Assured Election, and the treatment of your claims. **You are**

not required to vote on the Plan or take any other action in order to receive the Acceleration Price in full satisfaction of your claims.

<div align="center">*   *   *   *   *</div>

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

This Notice is subject in all respects to the terms of the Plan.

## Exhibit A

**Assured Insured Bonds as to which Assured has exercised the Assured Election**

| CUSIP | Series | Maturity | Interest Rate |
|-------|--------|----------|---------------|
|       |        |          |               |
|       |        |          |               |
|       |        |          |               |

<u>Schedule 5(c)-1</u>

**Form of Election Notice for Holders of Claims in Classes ~~3, 17,~~3 and 23**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR NATIONAL BOND HOLDERS WITH CLAIMS IN ~~CLASS~~ [CLASSES 3 ~~/ 17 /~~AND 23]

This Notice (the "**Notice**") is being sent to the beneficial holders of [~~Vintage PBA Bond Claims (National) / Vintage CW Bond Claims (National) /~~ Vintage CW Guarantee Bond Claims (National)] arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**"). These securities give rise to Claims in ~~Class~~ [Classes 3 ~~/ 17 /~~and 23] of ~~Fourth~~the *Fifth* Amended *Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an ~~[~~Allowed Vintage PBA Bond Claim (National)[3] ~~/ Allowed Vintage CW Bond Claim (National) /~~and Allowed Vintage CW Guarantee Bond Claim (National)[4] (~~an~~ "**Allowed National Insured Bond ~~Claim~~Claims**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's ~~claim~~claims:

**National Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section ~~71.2~~72.2 of the Plan.  The National Commutation Consideration consists of ~~a combination of some or all of the following, to be selected at National's sole discretion prior to the commencement of the Disclosure Statement Hearing:[5] (i) some or all of a holder's~~(i) your Pro Rata Share of the applicable National Plan Consideration~~; (ii) a percentage, to be determined at National's sole discretion, of the Consummation Costs and/or the PSA Restriction Fee allocable to National in accordance with the terms and provisions of Article III of the Plan; and (iii~~, plus (ii) Cash from National in an amount ~~to be determined by National in its sole discretion~~equal to three-percent (3%) of your Allowed National Insured Bond Claims, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond ~~Claim.~~Claims). For the avoidance of doubt the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

If you elect the National Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section ~~71.2~~72.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

**National Non-Commutation Treatment (Option 2)**:  You will receive the National Non-Commutation Treatment, ~~pursuant to which:[6]~~being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the

---

[3]   Holders making an election pursuant to Section ~~71.2~~72.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National).

~~[4]   Holders making an election pursuant to Section 71.2 of the Plan with respect to Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to corresponding Allowed Vintage CW Guarantee Bond Claims (National).~~

~~[5]   [The composition of the National Commutation Consideration to be further defined at or prior to the commencement of the Disclosure Statement Hearing, and this Notice shall be modified accordingly.  For the avoidance of doubt, National has not made any elections at this time.]~~

~~[6]   [The form of National Non-Commutation Treatment, which may be one or more of the treatments set out in Option 2, will be elected by National at or prior to the commencement of the Disclosure Statement Hearing, and this Notice shall be modified accordingly.  For the avoidance of doubt, National has not made any elections at this time.]~~

avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

[Custodial Trusts: You will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the National Plan Consideration and the National Insured Bonds allocable to you into the applicable National Trust, (B) be deemed to have received your Pro Rata Share of the National Plan Consideration and National Certificates in consideration therefor, and (C) have no recourse to National or the National Insurance Policies other than as provided for under the terms of the National Trust.]

[Escrow: You will deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the National Plan Consideration in the National Escrow Account and such deposited National Plan Consideration shall be held as security for National's obligations to the holders of the National Insured Bonds whose National Plan Consideration was deposited in the National Escrow Account under the National Insurance Policies.]

[Payment of Accelerated Amounts: National shall receive the National Plan Consideration that would be otherwise allocable to you and National shall fully and completely discharge its obligation to you by paying on the Effective Date, in Cash, the amount thereof at the National Acceleration Price.]

[Alternative Treatment: The Oversight Board and National reserve the right to formulate an alternative election or implementation option with respect to the National Insured Bonds that is mutually acceptable to the Oversight Board and National, each in their respective sole discretion, in writing, prior to the commencement of the Disclosure Statement Hearing.]

*If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the* <u>*National Commutation Treatment (Option 1).*</u>

*You are encouraged to review the entire Disclosure Statement and the Plan, [including information concerning the National Trust / National Escrow Account], before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

> **Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

**IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<p style="text-align:center;">* * * * *</p>

<p style="text-align:center;"><b>How to Submit a Valid Election</b></p>

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds[74] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

<div style="border:1px solid black; text-align:center; padding:10px;">

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

</div>

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

---

[74] Holders making an election pursuant to Section 71.272.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National). For the avoidance of doubt, holders of Claims in Classes 3 and 23 shall make such election by tendering their Vintage PBA Bond(s).

\* \* \* \* \*

**How to Revoke an Election**

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

| Description | CUSIP |
|-------------|-------|
|             |       |
|             |       |
|             |       |

Schedule 5(c)-2

**Form of Election Notice for Holders of Claims in Class 17**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASS 17

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (National) arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**").  These securities give rise to Claims in Class 17 of the *Fifth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (National) (an "**Allowed National Insured Bond Claim**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

**National Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 72.2 of the Plan.  The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to six-percent (6%) of your Allowed National Insured Bond Claim, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claim).  For the avoidance of doubt the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

If you elect the National Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 72.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

**National Non-Commutation Treatment (Option 2)**:  You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the National Commutation Treatment (Option 1).***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.  HOWEVER,**

**IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on Exhibit A attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<p style="text-align:center">* * * * *</p>

<p style="text-align:center"><strong>How to Submit a Valid Election</strong></p>

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

<table>
<tr><td align="center"><strong>THE ELECTION DEADLINE IS<br>5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.</strong><br><br>This date and time is referred to as the "<strong>Election Deadline.</strong>"</td></tr>
</table>

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN.  IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

<p style="text-align:center">* * * * *</p>

<p style="text-align:center"><strong>How to Revoke an Election</strong></p>

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or

before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

*   *   *   *   *

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.  The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured.  None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

<u>Schedule 5(d)-1</u>

**Form of Election Notice for Holders of Claims in Classes ~~5, 19,~~ <u>5 and</u> 25**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELECTION NOTICE
FOR SYNCORA BOND HOLDERS WITH CLAIMS IN ~~CLASS [~~CLASSES 5 ~~/ 19 /~~AND 25~~[~~**

This Notice (the "**Notice**") is being sent to the beneficial holders of ~~[~~Vintage PBA Bond Claims (Syncora) ~~/ Vintage CW Bond Claims (Syncora) /~~ and Vintage CW Guarantee Bond Claims (Syncora)~~]~~ arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc. ("**Syncora**"). These securities give rise to Claims in ~~Class [~~Classes 5 ~~/ 19 /~~and 25~~]~~ of ~~Fourth~~the *Fifth Amended Title III Plan of Adjustment of ~~The~~the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an ~~[~~Allowed Vintage PBA Bond Claim (Syncora)[3] ~~/ Allowed Vintage CW Bond~~

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   Holders making an election pursuant to Section ~~71.3~~72.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora).

~~Claim (Syncora) /~~and Allowed Vintage CW Guarantee Bond Claim (Syncora)~~4~~] (~~an~~ "**Allowed Syncora Insured Bond** ~~Claim") may elect one of the following:~~ **Claims**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

**Syncora Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-five and fifteen hundredths percent (95.15%) of (a) the outstanding principal amount of your Class 5 and 25 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claims).  Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 72.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

**Syncora Non-Commutation Treatment (Option 2):**

You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however*, that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you.  For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

*If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the Syncora Commutation Treatment (Option 1).*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an*

---

4  ~~Holders making an election pursuant to Section 71.3 of the Plan with respect to Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora).~~

*election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

> **Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on Exhibit A attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

**\*   \*   \*   \*   \***

**How to Submit a Valid Election**

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds[4] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

[4]   Holders making an election pursuant to Section 72.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora). For the avoidance of doubt, holders of Claims in Classes 5 and 25 shall make such election by tendering their Vintage PBA Bond(s).

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\* \* \* \* \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT**

**PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.  The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board and Syncora or cured.  None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

### Exhibit A

| Description | CUSIP |
|---|---|
| | |
| | |
| | |

Schedule 5(d)-2

**Form of Election Notice for Holders of Claims in Classes 19**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

## ELECTION NOTICE
## FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASS 19

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc., ("**Syncora**").  These securities give rise to Claims in Class 19 of the *Fifth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (Syncora) (an "**Allowed Syncora Insured Bond Claim**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

**Syncora Commutation Treatment**~~:~~ **(Option 1):** On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, ~~distributable by or at the direction of Syncora in its sole and absolute discretion pursuant to Section 71.3 of the Plan. The Syncora Commutation Consideration consists of a combination of some or all of the following, to be selected at Syncora's sole discretion prior to the commencement of the Disclosure Statement Hearing: (i) some or all of a holder's Pro Rata Share of the~~which shall consist of Cash, payable by Syncora, in an amount equal to ninety-three and ten hundredths percent (93.1%) of (a) the outstanding principal amount of your Class 19 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claim). Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration~~; (ii) a percentage, to be determined at Syncora's sole discretion, of the Consummation Costs and/or the PSA Restriction Fee allocable to Syncora in accordance with the terms and provisions of Article III of the Plan; and (iii) Cash in an amount to be determined by Syncora in its sole discretion~~.

If you elect the Syncora Commutation Treatment ~~is elected, (i~~(Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any ~~Syncora Trust or Syncora Escrow Account, and (ii) Syncora shall receive the Syncora~~of the Syncora Non-Commutation Treatment options described in Section 72.3(b) of the Plan ~~Consideration that otherwise would be allocable or distributable to such holder of an Allowed Syncora Insured Bond Claim~~or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

**Syncora Non-Commutation Treatment (Option 2):** You will receive ~~one of more of the following treatments, at Syncora's election, which election shall be exercised by Syncora at or prior to the commencement of the Disclosure Statement Hearing:(i) Custodial Trusts: You~~the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust.~~(ii) Escrow: You will deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration in the Syncora Escrow Account and such deposited Syncora Plan Consideration shall be held as security for;~~ *provided, however,* that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to ~~the holders of the Syncora Insured Bonds whose Syncora Plan Consideration was deposited in the Syncora Escrow Account under the Syncora Insurance Policies.(iii) Payment of Accelerated Amounts:~~you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you~~and Syncora shall fully and completely discharge its~~

obligation to you by paying on the Effective Date, in Cash, the amount thereof at the Syncora Acceleration Price. For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

(iv) Alternative Treatment: The Oversight Board and Syncora reserve the right to formulate an alternative election or implementation option with respect to the Syncora Insured Bonds that is mutually acceptable to the Oversight Board and Syncora, each in their respective sole discretion, in writing, prior to the commencement of the Disclosure Statement Hearing.

Notwithstanding the foregoing, and for the avoidance of doubt, Syncora may make different elections, selecting among options (i) through (iv) above, with respect to different CUSIPs and different holders of Syncora Insured Bonds.

***If you fail to make an election a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the Syncora Commutation Treatment (Option 1).***

*You are encouraged to review the entire Disclosure Statement and the Plan, including information concerning the Syncora Trust, before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

---

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on Exhibit A attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\*     \*     \*     \*     \*

**How to Submit a Valid Election**

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

<div style="border:1px solid black; padding:10px;">

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

</div>

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN.  IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\*   \*   \*   \*   \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.  The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by ~~us~~the Oversight Board and Syncora or cured.  None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

| Description | CUSIP |
|---|---|
| | |
| | |
| | |

Schedule 6(a)

**Retiree Committee Letter**

Schedule 6(b)

**Retiree Committee Information Guide**

<u>Schedule 7</u>

**<u>UCC Letter</u>**