UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------------------ x

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING PROPOSED COMMITTEE RECOMMENDATION LETTER TO GENERAL UNSECURED CREDITORS REGARDING VOTING ON FIFTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF <u>COMMONWEALTH OF PUERTO RICO, *ET AL.*</u>**

To the Honorable United States District Judge Laura Taylor Swain:

    The Official Committee of Unsecured Creditors (the "<u>Committee</u>"),[2] respectfully files this information motion (the "<u>Informative Motion</u>") to share with the Court and parties in interest a copy of its proposed Committee recommendation letter for inclusion in the proposed

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

Solicitation Package[3] to be distributed to general unsecured creditors of the Commonwealth and ERS. In support of this Informative Motion, the Committee respectfully states as follows:

## COMMITTEE LETTER

1. The Committee is pleased to report that it has reached a global settlement with the Oversight Board regarding the treatment of general unsecured claims under a revised Proposed Plan, including resolution of the Committee's Objection to the adequacy of the Disclosure Statement. As part of that settlement, the Committee also agreed to submit, for inclusion in the Solicitation Package, a letter from the Committee, substantially in the form attached hereto as **Exhibit A** (the "Committee Letter"), recommending that general unsecured claims in Classes 51, 55, and 63 vote to accept the *Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al.* [Docket No. 17306] (the "Amended Plan").[4]

2. In particular, as the Court will recall, the Committee previewed in its Objection to the Disclosure Statement that, in the event that the Court did approve the Disclosure Statement and the Solicitation Packages, the Solicitation Packages to be sent to general unsecured creditors should include a letter from the Committee setting forth the Committee's recommendation to general unsecured creditors with respect to whether they should vote to accept or reject the plan of adjustment, as contemplated by section 1103(c)(3) of the Bankruptcy Code, pursuant to which the Committee shall "advise those represented by [the Committee] of such committee's determinations as to any plan formulated."

---

[3] Capitalized terms used but not otherwise defined in this Supplement have the meanings set forth in the Committee's omnibus objection to the Disclosure Statement and related motion [Docket No. 17017] (the "Objection").

[4] As part of the global settlement, the Oversight Board also agreed to make certain additional changes to the plan, which will be reflected in a further revised Amended Plan.

3. In light of the global settlement with the Oversight Board, the Committee will request at the Disclosure Statement hearing that the Court authorize the inclusion of the Committee Letter as part of the Solicitation Package.[5] The Oversight Board **has advised the Committee that the Committee Letter is in form and substance acceptable to the Oversight Board.**[6]

4. Finally, the Committee intends to share substantially the same information contained in the Committee Letter with general unsecured creditors through the Committee's website and social media, direct mailings, and other forms of communications. In addition, the Committee intends to hold in-person meetings in Puerto Rico to explain the voting process, how to fill out a ballot and ensure it is timely submitted, as well as the Committee's support for the Amended Plan and the reasons for that support (all such efforts, collectively, the "<u>Dissemination Efforts</u>"). The Committee will request at the Disclosure Statement hearing that its Dissemination Efforts be approved by the Court pursuant to 11 U.S.C. §1125(d) as made applicable by PROMESA.

5. For all these reasons, the Committee respectfully will request at the Disclosure Statement hearing that, if the Court approves the disclosure statement and the Solicitation Procedures, the Court (a) authorize the inclusion of the Committee Letter in the Solicitation Package and (b) authorize the Committee to disseminate substantially the same information through the Dissemination Efforts.

[*Remainder of page intentionally left blank.*]

---

[5] Given that the global settlement with the Oversight Board was reached today, it was obviously not possible for the Committee to have submitted the Committee Letter prior to today.

[6] The Committee Letter is also an exhibit to the Committee Agreement (as defined in the Amended Plan).

Dated: July 13, 2021

By: /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: /s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*