Hearing Date: August 4, 2021 at 9:30 a.m. (AST)
Objection Deadline: July 20,2021, 4:00 p.m. (AST)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF HEARING OF FINANCIAL GUARANTY INSURANCE COMPANY'S MOTION (I) ASSERTING THE RIGHT TO VOTE CERTAIN CLAIMS PURSUANT TO SECTION 301 OF PROMESA AND (II) SEEKING TEMPORARY ALLOWANCE OF THE CLAWBACK CLAIM FOR VOTING PURPOSES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3018**

**PLEASE TAKE NOTICE** that a hearing on the *Motion (I) Asserting the Right to Vote*

*Certain Claims Pursuant to Section 301 of PROMESA and (II) Seeking Temporary Allowance of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*the Clawback Claim for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018,* (the "**Motion**") [ECF No. 17315], filed by Financial Guaranty Insurance Company ("**FGIC**"), on July 13, 2021, will be held before the Honorable Laura Taylor Swain, United States District Judge, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "**Court**"), on **August 4, 2021, at 9:30 am (AST)** or at such other place and time as ordered by the Court, if necessary.

**PLEASE TAKE FURTHER NOTICE** that any response objection (an "**Objection**") to the Motion by parties must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all parties in interest, on a CD-Rom, in Text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Court's *Fifteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 17127] (the "**Case Management Order**"), so as to be so filed and received by the Standard Parties (as defined in the Case Management Order) no later than **July 20, 2021, at 4:00 pm AST** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed by the Objection Deadline, the Court may grant the Motion without a hearing.

**I HEREBY CERTIFY** that this Notice of Hearing has been electronically filed with the Clerk using the CM/ECF system, which will send notice to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

Dated: July 13, 2021
       San Juan, Puerto Rico

.                                             Respectfully submitted,

                                              **REXACH & PICÓ, CSP**

                                        By: */s/ María E. Picó*
                                            María E. Picó
                                            USDC-PR 123214
                                            802 Ave. Fernández Juncos
                                            San Juan PR 00907-4315
                                            Telephone: (787) 723-8520
                                            Facsimile: (787) 724-7844
                                            E-mail: mpico@rexachpico.com


                                            **BUTLER SNOW LLP**

                                        By: */s/ Martin A. Sosland*
                                            Martin A. Sosland (*pro hac vice*)
                                            2911 Turtle Creek, Suite 1400
                                            Dallas, TX 75219
                                            Telephone: (469) 680-5502
                                            Facsimile: (469) 680-5501
                                            E-mail: martin.sosland@butlersnow.com

                                            James E. Bailey III (*pro hac vice*)
                                            Adam M. Langley (*pro hac vice)*
                                            6075 Poplar Ave., Suite 500
                                            Memphis, TN  38119
                                            Telephone: (901) 680-7347
                                            Facsimile: (615) 680-7201
                                            E-mail: jeb.bailey@butlersnow.com
                                            adam.langley@butlersnow.com

                                      *Attorneys for Financial Guaranty Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: July 13, 2021.

By: */s/ Martin A. Sosland*
       Martin A. Sosland

*Attorney for Financial Guaranty Insurance Company*