**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA DOMINGUEZ, ELIZABETH | 32231 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA DOMINGUEZ, ELIZABETH | 32231 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | |

Elizabeth Rivera Dominguez
Brisas de Loíza
225 Calle Libra
Canóvanas PR 00729

939-245-8662
elizarobotina56@hotmail.com

Deseo que se me siga considerando mi reclamo. Todas las evidencias fueron enviadas en el 2018. Tengo un reclamo válido para cobrar suma de dinero que me corresponde en pago de la sentencia dictada en el caso KPE 2005-0608. No deseo que se me elimine de ninguna consideración ni de ninguna lista pendiente. No es justo que se desestime algo que fue ganado en el Tribunal de Primera Instancia Sala Superior de San Juan. Desconozco porque en la lista con el monto de la reclamación dice indeterminada porque desde el 2018 envié a la Junta de Supervisión el monto de la reclamación que se me adeuda.

Elizabeth Rivera Dominguez
12 Julio 2021