## Three Hundred and Forty-First Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 77 | REYES SANTIAGO, NELSON A<br>BO COCO VIEJO<br>133 E CALLE PALES MATOS<br>SALINAS, PR 00751 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25025 | Undetermined* | REYES SANTIAGO, NELSON A<br>133 E PALES MATOS<br>COCO VIEJO<br>SALINAS, PR 00751 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29819 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | RIVERA DOMINGUEZ, ELIZABETH<br>BRISAS DE LOIZA<br>225 CALLE LIBRA<br>CANOVANAS, PR 00729-2987 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32231 | Undetermined* | RIVERA DOMINGUEZ, ELIZABETH<br>BRISAS DE LOIZA<br>225 CALLE LIBRA<br>CANOVANAS, PR 00729-2987 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31275 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | RIVERA ENCARNACION, MADELINE<br>PO BOX 20135<br>SAN JUAN, PR 00928-0135 | 05/23/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19439 | Undetermined* | RIVERA ENCARNACION, MADELINE<br>PO BOX 20135<br>SAN JUAN, PR 00928-0135 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20306^ | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

^ Claim #20306 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | RIVERA RODRIGUEZ, NAYDA<br>URB VISTAMAR<br>162 CALLE CATALUNA<br>CAROLINA, PR 00983-1843 | 05/08/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13675 | $ 39,000.00* | RIVERA RODRIGUEZ, NAYDA L.<br>CATALUNA 162<br>VISTAMAR<br>CAROLINA, PR 00983 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12341 | $ 39,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 5/22/2018
Proof of Claim No.: 31275

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

ELIZABETH RIVERA DOMINGUEZ
BRISAS DE LOIZA
225 CALLE LIBRA
CANOVANAS, PR 00729-2987

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 5/22/2018
Proof of Claim No.: 32231

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

ELIZABETH RIVERA DOMINGUEZ
BRISAS DE LOIZA
225 CALLE LIBRA
CANOVANAS, PR 00729-2987

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores. | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con la AEP y el SRE.** |

**NOTIFICACIÓN DE LA TRICENTÉSIMA CUADRAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DUPLICADAS DE DEUDORES RECÍPROCOS**

SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, ES PORQUE USTED TAMBIÉN HA RADICADO UNA EVIDENCIA DE RECLAMACIÓN DUPLICADA EN RELACIÓN CON LA MISMA RESPONSABILIDAD ALEGADA CONTRA EL ELA. USTED NO TIENE QUE RADICAR RÉPLICA A LA OBJECIÓN GLOBAL PARA DEFENDER SUS DERECHOS COMO ALEGADOS CONTRA EL ELA. SU EVIDENCIA DE RECLAMACIÓN DUPLICADA SERÁ PRESERVADA A EFECTOS DE LA DETERMINACIÓN EN UNA FECHA POSTERIOR, Y USTED RECIBIRÁ UNA NOTIFICACIÓN RELATIVA A CUALQUIER PROCEDIMIENTO ADICIONAL.

LA OBJECIÓN GLOBAL PRETENDE ALTERAR SUS DERECHOS EN RELACIÓN CON LAS RECLAMACIONES QUE HAN DE SER RECHAZADAS, SEGÚN APARECEN EN EL <u>ANEXO A</u>. TODA RECLAMACIÓN QUE SEA RECHAZADA SE TRATARÁ COMO SI NUNCA SE HUBIERA RADICADO.

SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y COMENTARLA CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.

**OBSÉRVESE QUE** el 18 de junio de 2021, la Autoridad de Edificios Públicos de Puerto Rico (la "<u>AEP</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>", y junto con la AEP, los "<u>Deudores</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante de

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL.* AND HEARING THEREON**

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as sole representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States District Court for the District of Puerto Rico (the "Court"):

(i) the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16740] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Plan"), and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

SRF 54595

Response Deadline: July 19, 2021, at 4:00PM (Atlantic Standard Time)
Hearing Date: August 4, 2021, at 9:30AM (Atlantic Standard Time)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to PBA and ERS. |

**THREE HUNDRED FORTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS**

The Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with PBA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA TRICENTÉSIMA CUADRAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DUPLICADAS DE DEUDORES RECÍPROCOS**

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

Copia

## ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

YO, Elizabeth Rivera Dominguez, mayor de edad, X casado, soltero, empleado, X retirado y vecino de Brisas de la Cruz 225 (a nueva) teléfono(s): 939-245-8662 y correo electrónico: [illegible] declaro que soy acreedor en el caso: Nilda Agosto Maldonado vs. ELA, KPE 2005-0608, Sentencia del Tribunal de Primera Instancia, Sala de San Juan, por reclamación de salarios.

Por la presente designo a la Lcda. Ivonne González Morales, P O Box 9021828, San Juan, Puerto Rico 00902-1828, telephone: 787-410-0119, ivonnegm@prw.net, y a la Lcda. Milagros Acevedo Colón, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, telephone: 787-422-7622, maclegaljc@gmail.com, para que me representen legalmente en el caso The Financial Oversight and Management Board for Puerto Rico, et al. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS ante el Tribunal de Quiebras de Puerto Rico y para que realicen todas las gestiones, determinaciones y roles que sean necesarias para cobrar y distribuir cualquier suma de dinero que me corresponda en pago de la sentencia dictada en el caso K PE 2005-0608. A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al síndico del Título III a pagar directamente a mis abogadas, Ivonne González Morales y Milagros Acevedo Colón, el 25% de todo pago que reciba en el caso No. 17BK 3283- LTS. Reconozco haber recibido un adelanto de la sentencia y de existir balance de honorarios adeudados por mí, autorizo a debitar el importe correspondiente. De igual modo, acuerdo pagar todos los gastos, costas y peritos en que se incurra en la tramitación del caso No. 17BK 3283- LTS, dentro del término de 30 días contados a partir del recibo de requerimiento del pago.

Certifico que he recibido Memorando y orientación relacionada a la presente autorización y que he tenido oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos, por lo que firmo de forma libre y voluntaria.

2-4-4.2018 [signature] 24-4-2018
Firma                              Fecha

## AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT

I, Elizabeth Rivera Dominguez, of legal age, X married, single, employee, X retired and resident at Brisas de [illegible] 225 Calle Lima, Canovanas, PR telephone(s): 939-245-8662 and e-mail elizare[illegible] herein states that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case Number 17BK 3283-LTS.

I hereby declared that I was awarded a back pay judgment in the case Nilda Agosto Maldonado vs. ELA, KPE 2005-0608 entered by the Superior Court of San Juan, PR, due to the Commonwealth's violation of wage laws and regulations.

To represent me in the Bankruptcy case and to perform any role and determinations that would be necessary to collect and distribute any money due to me in the case K PE 2005-0608, I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, tel.: 787-410-0119, ivonnegm@prw.net, and Milagros Acevedo Colón, Esq. at Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, tel.: 787-422-7622, maclegaljc@gmail.com.

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III Trustee to pay directly 25% from the payments that I will receive in case No. 17BK 3283-LTS to my attorneys Ivonne González Morales and Milagros Acevedo Colón. I also agree to pay the expenses, costs and fees that will be incurred in the case No. 17BK 3283- LTS, as they become due and within 30 days of receiving the payment request.

As to this date, I have received partial payment(s) of approximately 25% and/or partial liquidation of the amount corresponding to me in the case of K PE 2005-0608, and I authorize to deduct any amount owed from the payment to be received as stipulated in the professional services contract. In case of non-compliance, I agree to submit to the jurisdiction of the Superior Court of San Juan, PR.

I certify that I have received an Explanatory Memorandum from my attorneys, that I was guided on its document content and have had the opportunity to study and discuss it; I declare my agreement with the terms expressed and sign this authorization freely and voluntarily.

24-4-2018                          [signature]
Date                               Signed

## MEMORANDO EXPLICATIVO

**A:** DEMANDANTES CASO
NILDA AGOSTO MALDONADO, ET ALS V ELA K PE2005-0608

**DE:** LCDA. IVONNE GONZALEZ MORALES
LCDA. MILAGROS ACEVEDO COLON

**FECHA:** 9 de abril de 2018

**ASUNTO:** Ley PROMESA, caso: The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS.

Según previamente informado, el 3 de mayo de 2017, el ELA presentó una Petición ante la Corte Federal de Quiebras del Tribunal de Distrito de Puerto Rico.

Luego de eso, el 30 de agosto de 2017, el ELA radicó ante la Corte de Quiebras, listado maestro (Matrix List) de acreedores donde se identifica la reclamación del caso de *Nilda Agosto Maldonado v ELA, K PE 2005-0608* en el Schedule H - Litigation Related Obligations (Docket 1215-14).

Posteriormente, el 15 de febrero de 2018, (Docket 2521-2), el Tribunal de Quiebras ordenó que las personas (acreedores del ELA) presenten su reclamo radicando documento titulado "Proof of Claim" en el tribunal de quiebras en o antes del 29 de mayo de 2018. Al presente, la mayoría de ustedes debe haber recibido orden de la Corte de Quiebras notificando término para presentar reclamación (Proof of Claim).

Para reclamar el pago de la Sentencia del caso NILDA AGOSTO MALDONADO, le acompañamos documento sobre ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO con la solicitud de que lo firmen en ambos idiomas y lo remitan POR CORREO ORDINARIO (no correo certificado), en o antes del 20 de abril de 2018 con giro postal o cheque certificado por $100.00 para gastos a:

Lcda. Ivonne González Morales / Lcda. Milagros Acevedo Colón
Condominio Colina Real
Ave. Felisa Rincón 2000 Box 1405
San Juan, Puerto Rico 00926

Por la complejidad del caso ante la consideración del Tribunal de Quiebras, se trata de una litigación que puede tardar años en resolverse, por lo que es **MUY IMPORTANTE** que mantengan actualizados sus datos de dirección, teléfonos, correo electrónico y nos provean con la comunicación que nos devuelvan el nombre, dirección, teléfonos y correo electrónico de persona contacto. No nos hacemos responsables si sus datos no están actualizados. Para comunicaciones posteriores por favor utilicen los siguientes correos electrónicos: ivonnegm@prw.net - maclegaljc@gmail.com