Elizabeth Rivera Dominguez
Brisas de Loíza
225 Calle Libra
Canóvanas PR 00729-2987



7021 0350 0001 2016 0992

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
JUL 12, 21
AMOUNT
$7.20
R2305P150006-04

RETURN RECEIPT REQUESTED

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT C...