# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors | PROMESA (TITLE III)<br><br><br><br>NO. 17 BK 3283 (LTS)<br><br><br>(Jointly Administered)[1] |

## NOTICE OF WITHDRAWAL AS ATTORNEY

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that attorney Orlando Ortiz-Cintrón, hereby respectfully request to withdraw his appearance as counsel for Claimants Julio E. Leandry-Hernández and Ileana Ortiz-Santiago, and respectfully request to be removed from the master service list of attorneys in this case.

1. The reason for this withdrawal is that the undersigned attorney is working at the Puerto Rico Legal Services, Inc.'s Foreclosure Prevention Unit since February 1st, 2021, and has ceased on his private law practice pursuant to 45 C.F.R. Part 1604.

2. Specifically, Section 1604.4 states that outside practice of attorneys in our program is permissible only under the following conditions:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*§ 1604.4 Permissible outside practice.*

**A recipient's written policies may permit a full-time attorney to engage in a specific case or matter that constitutes the outside practice of law if:**

**(a) The director of the recipient or the director's designee determines that representation in such case or matter is consistent with the attorney's responsibilities to the recipient's clients;**

**(b) Except as provided in § 1604.7, the attorney does not intentionally identify the case or matter with the Corporation or the recipient; and**

*(c) The attorney is -*

*(1) Newly employed and has a professional responsibility to close cases from a previous law practice, and does so on the attorney's own time as expeditiously as possible；* **or**

**(2) Acting on behalf of him or herself, a close friend, family member or another member of the recipient's staff; or**

**(3) Acting on behalf of a religious, community, or charitable group; or**

**(4) Participating in a voluntary pro bono or legal referral program affiliated with or sponsored by a bar association, other legal organization or religious, community or charitable group." (Emphasis supplied).**

3.     The undersigned attorney has served a copy of this motion on the abovementioned Claimants by certified letter sent with a copy of this motion to their last known postal address at Comunidad Punta Diamante, 1561 Calle Naira, Ponce, PR 00728.

4.     Please take notice that the Claimants will continue to be represented by Mr. Carlos Fernández-Nadal until further notice.

**WHEREFORE**, the undersigned respectfully request to be permitted to withdraw as attorneys of record for Claimants Julio E. Leandry-Hernández and Ileana Ortiz-Santiago, pursuant to Rule 83D(b) of the Local Rules of the United States District Court for the District of Puerto Rico.

**WE HEREBY CERTIFY** that we have electronically filed the foregoing with the Clerk of the Court using the electronic filing system (CM/ECF) which will notify all registered parties in such system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of July 2021.

> **/s/ Orlando Ortiz-Cintrón**
> **USDC Bar No. 221109**
> **Attorney for Claimants**
> **Julio E. Leandry-Hernández and**
> **Ileana Ortiz-Santiago**
> PUERTO RICO LEGAL SERVICES, INC.
> PO Box 331109
> Ponce, PR 00733-1109
> Tel.: (787) 844-7335, x2413
> Fax: (787) 841-4901
> E-mail: oortiz@servicioslegales.org