UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF REQUESTS CONCERNING THE STATUS REPORT OF THE
GOVERNMENT PARTIES REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

The Court has received and reviewed the *Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 2544 in Case No. 17-4780, the "Status Report"), filed by the Financial Oversight and Management Board for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Authority (together, the "Government Parties"). The Status Report requests that the Court require the Government Parties to file an updated status report on or before October 8, 2021. (Status Report ¶ 13.) The Court has also received and reviewed the *Official Committee of Unsecured Creditors' Response to Status Report of Government Parties Regarding COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 17325 in Case No. 17-3283 and Docket Entry No. 2545 in Case No. 17-4780, the "Response") filed by the Official Committee of Unsecured Creditors (the "UCC"), asking that this Court (a) "impose a deadline for the Oversight Board to either withdraw the Rule 9019 Motion or propose a firm schedule for its consideration by the Court," or (b) impose a deadline for the Government Parties' next status report that is sooner than October 8, 2021. (Resp. ¶ 2.)

In light of the UCC's Response, the Government Parties are hereby directed to file an updated status report on the Government Parties' position as proposed in paragraph 13 of the Status Report by **October 4, 2021**.

SO ORDERED.

Dated: July 15, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge