**Hearing Date**: Mid-October 2021
**Objection Deadline**: August 5, 2021 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## SUMMARY COVER SHEET FOR SEVENTH INTERIM APPLICATION OF ILEANA C. CARDONA FERNANDEZ, ESQ., LOCAL CONFLICTS COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWELFTH INTERIM FEE PERIOD <u>FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021</u>

## ALL FEES AND SERVICES IN THIS INTERIM APPLICATION WERE INCURRED IN PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

### Summary Sheet

| | |
|---|---|
| Name of Applicant: | Ileana C. Cardona Fernández, Esq. |
| Authorized to Provide Professional Services as: | Local Conflicts Counsel for The Financial Oversight and Management Board, acting through its Special Claims Committee |
| Name of Client: | The Financial Oversight and Management Board, acting through its Special Claims Committee |
| Petition Date: | May 3, 2017[2] |
| Retention Date: | April 30, 2019 |
| Compensation Period: | February 1, 2021 through May 31, 2021 (the "Compensation Period") |
| Total Compensation Sought: | $4,185.00 |
| Expense Reimbursement Sought: | $0.00 |
| Total Compensation and Expense Reimbursement Sought: | $4,185.00 |
| Prior Applications Filed: | 6 |

This is an: ___ monthly   _X_ interim   ___ final application

This is Ileana C. Cardona Fernández, Esq.'s seventh interim application in these cases (this "Application").

---

[2]   The petition date for the Commonwealth under Title III was May 3, 2017. The petition date for COFINA under Title III was May 5, 2017. The petition date for ERS and HTA under Title III was May 21, 2017. The petition date for PREPA under Title III was July 2, 2017.

Additional Information required pursuant to the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013:

| | |
|---|---|
| Total Compensation Approved by Interim Order to Date: | $30,285.00 |
| Total Expense Reimbursement Approved by Interim Order to Date: | $400.00 |
| Total Allowed Compensation Paid to Date: | $30,285.00 |
| Total Allowed Expense Reimbursement Paid to Date: | $400.00 |
| Total Compensation Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $3,061.58 |
| Total Expense Reimbursement Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $0.00 |
| Hourly Rate in this Application: | $225.00 |
| Number of Professionals in this Application: | 1 |
| Number of Professionals Billing Fewer than 15 hours in this Application: | 0 |
| Difference Between Fees Budgeted and Compensation Requested for this Period: | <50% under budget |
| Rate Increases Since Date of Retention: | None |
| Disclosure of Compensation Sought in this Application Using Rates Disclosed at Retention: | N/A |

## Summary of Prior Monthly Fee Statements for the Compensation Period
### from February 1, 2021 through May 31, 2021

| Date | Period Covered | Total Fees | Fees Requested (90%) | Holdback (10%) | Expenses Requested | Fees Paid[3] | Expenses Paid (100%) |
|---|---|---|---|---|---|---|---|
| 3/10/21 | February 1, 2021 – February 28, 2021 | $1,755.00 | $1,579.50 | $175.50 | $0.00 | $1,421.55 | $0.00 |
| 4/12/21 | March 1, 2021 – March 31, 2021 | $1,372.50 | $1,235.25 | $137.25 | $0.00 | $1,111.50 | $0.00 |
| 5/10/21 | April 1, 2021 – April 30, 2021 | $652.50 | $587.25 | $65.25 | $0.00 | $528.53 | $0.00 |
| 6/10/21 | May 1, 2021 – May 31, 2021 | $405.00 | $364.50 | $40.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | | $4,185.00 | $3,766.50 | $418.50 | $0.00 | $3,061.58 | $0.00 |

### Summary of Amounts Requested to be Paid

Total 10% Holdback on Fees:          $418.50

**Total Amount Requested to be Paid:**          **$4,185.00**

---

[3] On March 26, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Second Monthly Fee Statement, the Debtors paid the undersigned $1,421.55 on account of fees requested, the Debtors withheld: (i) $175.50 the amount of the 10% holdback, plus (ii) $157.95, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.
On April 27, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Third Monthly Fee Statement, the Debtors paid the undersigned $1,111.50 on account of fees requested The Debtors withheld: (i) $137.25, the amount of the 10% holdback, plus (ii) $123.53, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.
On June 3, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Fourth Fee Statement, the Debtors paid the undersigned $528.53 on account of fees requested The Debtors withheld: (i) $65.25 the amount of the 10% holdback, plus (ii) $58.72, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.
To the date of this Application, The Debtors have not yet made a payment corresponding to the Twenty-Fifth Monthly Fee Statement for Ileana C. Cardona Fernández.

**Hearing Date**: Mid-October 2021
**Objection Deadline**: August 5, 2021 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## SEVENTH INTERIM APPLICATION OF ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWELFTH INTERIM FEE PERIOD <u>FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021</u>

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

Ileana C. Cardona Fernández, Esq., local conflicts counsel to the Financial Oversight and Management Board, acting through its Special Claims Committee (the "<u>Oversight Board</u>") as representative of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority (collectively, the "<u>Debtors</u>") in the above-captioned title III cases (the "<u>Title III Cases</u>")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submits this seventh interim fee application (the "Sixth Interim Application" or "Application"), pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[3] Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules"), Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases* effective as of November 1, 2013 (the "U.S. Trustee Guidelines," and together with the aforementioned statutes, rules and guidelines, the "Guidelines"), and in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), seeking entry of an order granting (a) the allowance of interim compensation in the aggregate amount of **$4,185.00** in fees for reasonable and necessary professional services rendered and incurred during the period commencing February 1, 2021 through and including May 31, 2021 (the "Compensation Period") for **a total amount of $4,185.00**. In support of this Application, Ileana C. Cardona Fernández, Esq. respectfully states the following:

## Jurisdiction and Venue

1.      The Court has subject matter jurisdiction to consider and determine this Sixth Interim Application pursuant to PROMESA section 306(a).  Venue is proper before this Court pursuant to PROMESA section 307(a).  The statutory predicates for the relief requested herein are PROMESA sections 316 and 317, Bankruptcy Rule 2016 and Local Rule 2016-1.

---

[2]     PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3]     The Bankruptcy Rules are made applicable to the Debtors' Title III Cases pursuant to PROMESA section 310.

2.       This Application has been prepared in accordance with the Guidelines and the Interim

Compensation Order.  Attached hereto as **Exhibit A** is a certification regarding compliance with the

Local Guidelines.

### Background and Case Status

**A.       The Debtors' Title III Cases**

3.       On June 30, 2016, the Oversight Board was established under PROMESA section

101(b).

4.       On August 31, 2016, President Obama appointed the Oversight Board's seven voting

members.

5.       Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this title

is the representative of the debtor[s]" and "may take any action necessary on behalf of the debtor[s]

to prosecute the case[s] of the debtor[s], including filing a petition under section 304 of [PROMESA]

. . . or otherwise generally submitting filings in relation to the case[s] with the court."

6.       On September 30, 2016, the Oversight Board designated the Debtors as "covered

entit[ies]" under PROMESA section 101(d).

7.       On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to

PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth

of Puerto Rico (the "Commonwealth") pursuant to section 304(a) of PROMESA, commencing a case

under title III thereof.

8.       On May 5, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto

Rico Sales Tax Financing Corporation ("COFINA") pursuant to section 304(a) of PROMESA,

commencing a case under title III thereof.

9.       On May 21, 2017, the Oversight Board filed a voluntary petition for relief for each of

the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")

and the Puerto Rico Highways and Transportation Authority ("HTA") pursuant to section 304(a) of PROMESA, commencing cases under title III thereof.

10.     On July 2, 2017, the Oversight Board filed a voluntary petition for the Puerto Rico Electric Power Authority ("PREPA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

11.     Through orders issued on June 1, June 29 and October 6, 2017, the Court ordered the joint administration of the Title III Cases for the Debtors, for procedural purposes only [Docket Nos. 242, 537 and 1417].

12.     Background information regarding the Commonwealth and its instrumentalities, and the commencement of the instant Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Docket No. 1] attached to the Commonwealth's Title III petition.

**B.      Retention of Ileana C. Cardona Fernández, Esq.**

13.     Ileana C. Cardona Fernández, Esq. is a sole practitioner with her office located in San Juan, Puerto Rico. Ms. Cardona Fernández is experienced in federal litigation and trial work.

14.     As set forth in the Independent Contractor Services Agreement dated April 30, 2019 (the "Services Agreement"),[4] Ileana C. Cardona Fernández, Esq. was retained by the Oversight Board, acting through its Special Claims Committee, as an independent contractor rendering services per Project Assignments. Ms. Cardona Fernández has been retained to serve as local conflicts counsel for the Oversight Board, acting through its Special Claims Committee. The Services Agreement was renewed as of July 1, 2020.

---

[4]   A copy of the Service Agreement is available on the Oversight Board's website at http://oversightboard.pr.gov/documents/.

### C.      Interim Compensation and Fee Examiner Orders

15.      On August 23, 2017, the Court entered the *Order Setting Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150].

16.      On October 6, 2017, the Court appointed a Fee Examiner in these Title III Cases (the

"Fee Examiner") pursuant to the *Order Pursuant to PROMESA Sections 316 and 317 and*

*Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Docket No. 1416]

(the "Fee Examiner Order").

17.      On October 31, 2017, the Fee Examiner filed the Urgent Motion of the Fee Examiner

to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim

Compensation [Docket No. 1594].

18.      On November 8, 2017, the Court entered the First Amended Order Setting Procedures

for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 1715].

19.      On November 10, 2017, the Fee Examiner issued a memorandum, and on January 3,

2018, the Fee Examiner issued a supplemental memorandum (together, the "Fee Examiner

Guidelines") to all retained professionals in these Title III Cases providing additional guidelines in

connection with the Interim Compensation Order.

20.      On May 8, 2018, the Fee Examiner filed the *Motion of the Fee Examiner to Amend*

*the Fee Examiner Order with Respect to the Scope of the Fee Examiner's Authority in the Interest of*

*Administrative Efficiency* [Docket No. 3032] (the "Motion to Amend the Fee Examiner Order").

21.      On May 23, 2018, the Oversight Board and the Puerto Rico Fiscal Agency and

Financial Authority ("AAFAF") filed a *Joint Motion for Entry of an Order Further Amending the*

*Interim Compensation Order* [Docket No. 3133].

22.      On June 6, 2018, the Court entered the Interim Compensation Order, and in

accordance therewith, Ms. Cardona Fernández and other professionals retained in these Title III

Cases was authorized to serve upon the parties identified therein (the "Notice Parties") monthly fee statements (the "Monthly Fee Statements").

23.     Pursuant to the Interim Compensation Order, the Notice Parties have ten days from the date of service of the Monthly Fee Statement to object to the amounts requested. If no objection is filed prior to expiration of the objection period, the Commonwealth is authorized to pay the respective professionals 90% of the fees and 100% of the expenses sought in each Monthly Fee Statement.

24.     On June 20, 2018, the Court entered the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Docket No. 3324] (the "Amended Fee Examiner Order").

### D.     Applications for Interim Compensation

25.     In addition to the Monthly Fee Statements, the Interim Compensation Order directed professionals to seek interim allowance and payment of compensation (including the 10% held back from Monthly Fee Statements) and expense reimbursement at 120-day intervals (each an "Interim Fee Period") by filing with the Court and serving on the Notice Parties an application for approval and allowance of all compensation and reimbursement of expenses relating to services rendered and expenses incurred during the preceding Interim Fee Period (*see* Interim Compensation Order at ¶2(f)).

26.     This is Ileana C. Cardona Fernández's seventh interim fee application and covers the period from February 1, 2021 up to and including May 31, 2021.

### Relief Requested

27.     By this Application, Ileana C. Cardona Fernández, Esq. seeks an order authorizing (a) allowance of interim compensation for the professional services rendered and expenses incurred during the Compensation Period in the aggregate amount of $4,185.00, inclusive of any amounts previously held back for a total amount of $4,185.00.

10

28.     During the Compensation Period, Ileana C. Cardona Fernández expended a total of 18.6 hours for which compensation is requested.  All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Oversight Board.

29.     Following the conclusion of each Compensation Period, Ileana C. Cardona Fernández submitted four Monthly Fee Statements, corresponding to each of the months within this period.

30.     On March 10, 2021, Ileana C. Cardona Fernández served her Twenty-Second Monthly Fee Statement, covering the period from February 1, 2021 through February 28, 2021 (the "Twenty-Second Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit B**. Ileana C. Cardona Fernández received no objection to the Twenty-Second Monthly Fee Statement. On March 26, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Second Monthly Fee Statement, the Debtors paid the undersigned $1,421.55 on account of fees requested, the Debtors withheld: (i) $175.50 the amount of the 10% holdback, plus (ii) $157.95, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.

31.     On April 12, 2021, Ileana C. Cardona Fernández served her Twenty-Third Monthly Fee Statement, covering the period from March 1, 2021 through March 31, 2021 (the "Twenty-Third Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit C**. Ileana C. Cardona Fernández received no objection to the Twenty-Third Monthly Fee Statement. On April 27, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Third Monthly Fee Statement, the Debtors paid the undersigned $1,111.50 on account of fees requested The Debtors withheld: (i) $137.25, the amount of the 10% holdback, plus (ii) $123.53, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.

32.     On May 10, 2021, Ileana C. Cardona Fernández served her Twenty-Fourth Monthly Fee Statement, covering the period from April 1, 2021 through April 30, 2021 (the "Twenty-Fourth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit D**. Ileana C. Cardona

11

Fernández received no objection to the Twenty-Fourth Monthly Fee Statement. On June 3, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Fourth Monthly Fee Statement, the Debtors paid the undersigned $528.53 on account of fees requested The Debtors withheld: (i) $65.25 the amount of the 10% holdback, plus (ii) $58.72, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.

33.     On June 10, 2021, Ileana C. Cardona Fernández served her Twenty-Fifth Monthly Fee Statement, covering the period from May 1, 2021 through May 31, 2021 (the "Twenty-Fifth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit E**. Ileana C. Cardona Fernández received no objection to the Twenty-Fifth Monthly Fee Statement. To the date of this Application, The Debtors have not yet made a payment corresponding to the Twenty-Fifth Monthly Fee Statement for Ileana C. Cardona Fernández.

34.     Other than with respect to those Monthly Fee Statements, no payments have been made to Ileana C. Cardona Fernández, Esq., and Ileana C. Cardona Fernández, Esq. has received no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered during the Compensation Period and addressed by this Seventh Interim Application.  There is no agreement or understanding between Ileana C. Cardona Fernández, Esq. and any other person, for the sharing of compensation to be received for services rendered in these cases.

35.     In accordance with the Services Agreement, Ileana C. Cardona Fernández, Esq.'s hourly rate is $225.00 per hour.

36.     Ileana C. Cardona Fernández, Esq. maintains computerized records of all time spent in connection with its representation of the Oversight Board.  Ileana C. Cardona Fernández, Esq. has provided itemized time records during the Compensation Period to this Court, the Debtors, the Fee Examiner, all notice parties pursuant to the Interim Compensation Order and the U.S. Trustee.  All entries itemized in Ileana C. Cardona Fernández, Esq.'s time records comply with the requirements

set forth in the Guidelines, including the use of separate matter numbers for different project types, as described in this Application.

37.     Pursuant to, and consistent with, the relevant requirements of the Guidelines, as applicable, the following exhibits are attached hereto and incorporated herein by reference:

    i.    **Exhibit A** - certification by Ileana C. Cardona Fernández, Esq. regarding her compliance with the Local Guidelines.

    ii.    **Exhibit B**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Second Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

    iii.    **Exhibit C**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Third Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

    iv.    **Exhibit D**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Fourth Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

    v.    **Exhibit E**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Fifth Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

**Summary of Services Performed by Ileana C. Cardona Fernández, Esq. During the Compensation Period**

38.     Set forth below is a description of significant professional services, broken down by project category, rendered by Ileana C. Cardona Fernández, Esq. during the Compensation Period. The following services described are not intended to be a comprehensive summary of the work performed by Ileana C. Cardona Fernández, Esq.  Detailed descriptions of all services rendered by Ileana C. Cardona Fernández can be found in the detailed time records reflecting the services performed, annexed to the Monthly Fee Statements attached hereto as **Exhibits B thru E**, and such descriptions are incorporated herein by reference.

    **A.**    **Case Administration**

    **Fees: $517.50; Hours: 2.3**

13

39.     During the Compensation Period, Ileana C. Cardona Fernández, Esq. actively engaged in the process of communication with co-counsel with regards to strategy and case management planning. In addition, Ileana C. Cardona Fernández, Esq. actively participated in case management and administration related tasks per team agreement and direction.

### B.     Avoidance Actions

### Fees: $225.00; Hours: 1

40.     During the Compensation Period, Ileana C. Cardona Fernández actively participated in the drafting, review, filing, and/or follow-up of avoidance actions. During the Compensation Period, Ileana C. Cardona Fernández, Esq. actively participated in communications with opposing counsel to discuss case progression and reach agreements regarding case-specific courses of action. During the Compensation Period, Ileana C. Cardona Fernández participated in calls with co-counsels to provide status reports and recommendations for specific actions.  In addition, Ileana C. Cardona Fernández, Esq. engaged in periodic follow-up discussions with co-counsels regarding case issues.

### C.     Tolling Agreements

### Fees: $1,957.50; Hours: 8.7

41.     During the Compensation Period, Ileana C. Cardona Fernández actively participated in the review and follow-up of tolling agreement vendors. During the Compensation Period, Ileana C. Cardona Fernández, Esq. actively participated in communications with opposing counsel to discuss progression and reach agreements regarding matter-specific courses of action. During the Compensation Period, Ileana C. Cardona Fernández participated in calls with co-counsels to provide status reports and recommendations for specific actions.  In addition, Ileana C. Cardona Fernández, Esq. engaged in periodic follow-up discussions with co-counsels regarding related issues.

### D.    Fee Applications / Monthly Fee Statements

### Fees: $1,485.00; Hours: 6.6

42.    During the Compensation Period, Ileana C. Cardona Fernández prepared and submitted four Monthly Fee Statements and corresponding Objection Statements. During the Compensation Period, Ileana C. Cardona Fernández also prepared and submitted her Sixth Interim Fee Application for the Eleventh Interim Compensation Period.

## <u>The Application Should be Granted</u>

43.    Section 317 of PROMESA provides for interim compensation of professionals and incorporates the substantive standards of Section 316 of PROMESA to govern the Court's award of such compensation. 48 U.S.C. § 2177. Section 316 provides that a court may award a professional employed under section 1103 of title 11 of the United States Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *Id*. § 2176(a)(1) and (2). Section 316(c) sets forth criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to a professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (1)    the time spent on such services;
>
> (2)    the rates charged for such services;
>
> (3)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (5)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the restructuring field; and

    (6)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title or title 11, United States Code.

*Id.* § 2176(c).

44.    Ileana C. Cardona Fernández, Esq. respectfully submits that the services for which she seeks compensation and the expenditures for which she seeks reimbursement in this Seventh Interim Application were necessary and beneficial to the Oversight Board.  In light of the nature, extent and value of such services, Ileana C. Cardona Fernández, Esq. submits that the compensation requested herein is reasonable.

45.    The compensation for Ileana C. Cardona Fernández, Esq.'s services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved. The professional services were performed with expedition and in an efficient manner.

46.    In sum, the services rendered by Ileana C. Cardona Fernández, Esq. were necessary and beneficial to the Oversight Board, were reasonable in light of the value of such services to the Oversight Board and were performed with skill and expertise.  Accordingly, Ileana C. Cardona Fernández, Esq. submits that approval of the compensation for professional services and reimbursement of expenses requested in this Seventh Interim Fee Application is warranted.

### **Location of Services Provided**

47.    All fees and services during this Compensation Period were rendered and incurred within Puerto Rico.

### **Statements Pursuant to Appendix B of the U.S. Trustee Guidelines**

48.    The following statements address information pursuant to Section C.5 of the U.S. Trustee Guidelines:

    a.    **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

        **Answer**:  No.

16

b.   **Question**: If the fees sought in this fee application as compared to the fees
budgeted for the time period covered by this fee application are higher by 10%
or more, did you discuss the reasons for the variation with the client?

**Answer**: N/A.

c.   **Question**: Have any of the professionals included in this fee application varied
their hourly rate based on geographic location of the bankruptcy case?

**Answer**: No.

d.   **Question**: Does the fee application include time or fees related to reviewing
or revising time records or preparing, reviewing, or revising invoices?  (This
is limited to work involved in preparing and editing billing records that would
not be compensable outside of bankruptcy and does not include reasonable
fees for preparing a fee application.).  If so, please quantify by hours and fees.

**Answer**: No.

e.   **Question**: Does this fee application include time or fees for reviewing time
records to redact any privileged or other confidential information?  If so,
please quantify by hours and fees.

**Answer**: No.

f.   **Question**: If the fee application includes any rate increases in retention: (i) did
your client review and approve those rate increases in advance?  and (ii) Did
your client agree when retaining the law firm to accept all future rate
increases?  If not, did you inform your client that they need not agree to
modified rates or terms in order to have you continue the representation,
consistent with ABA Formal Ethics Opinion 11-458?

**Answer**: The Application does not include any additional rate increases.

## Notice

49.    Notice of this Application has been provided to: (a) the United States Trustee for the

District of Puerto Rico, (b) the Oversight Board and its counsel, (c) counsel to AAFAF, (d) counsel

to the Fee Examiner, (e) counsel to the Official Committee of Unsecured Creditors, (f) counsel to

the Official Committee of Retirees, and (g) the Puerto Rico Department of Treasury.  Ileana C.

Cardona Fernández, Esq. respectfully submits that no further notice of this Application should be

required.

**No Prior Request**

50.     No prior interim fee application for the relief requested herein has been made to this or any other Court.

**Conclusion**

WHEREFORE, Ileana C. Cardona Fernández, Esq. respectfully requests that the Court enter an order; (a) approving the interim allowance of $4,185.00 for compensation for professional services rendered during the Compensation Period for a total of $4,185.00; and (b) granting such other and further relief as the Court deems just and proper.

San Juan, Puerto Rico
Dated: July 15, 2021

/s/ Ileana C. Cardona Fernández
Ileana C. Cardona Fernández
USDC-PR Bar No. 302610
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926
Tel: (787) 484-8202
icardona@iccflaw.com

*Local Conflicts Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

## **<u>EXHIBIT A</u>**

**CERTIFICATION OF ILEANA C. CARDONA FERNÁNDEZ, ESQ.
IN SUPPORT OF THE APPLICATION**

**Hearing Date**: Mid-October 2021
**Objection Deadline**: August 5, 2021 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF ILEANA C. CARDONA FERNÁNDEZ, ESQ. IN SUPPORT OF SEVENTH INTERIM APPLICATION OF
## ILEANA C. CARDONA FERNÁNDEZ, ESQ., LOCAL CONFLICTS COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWELFTH INTERIM FEE PERIOD FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021

I, Ileana C. Cardona Fernández, hereby certify that:

1.    I am an attorney admitted to practice in the Commonwealth of Puerto Rico and am before this Court.  I am a solo practitioner with office at Urb. Estancias de San Gerardo, Calle Orlando #1609, San Juan, Puerto Rico 00926.  I am local conflicts counsel to the Financial Oversight and Management Board, acting through its Special Claims Committee (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section315(b) of the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]  I have personal

knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with (a) Local Bankruptcy Rule 2016-1 (the "Local Guidelines"), (b)

Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation*

*and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, effective as of November 1, 2013 (the

"U.S. Trustee Guidelines"), and (c) the *Second Amended Order Setting Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 (the "Interim

Compensation Order"), this certification is made with respect to the Seventh Interim Application of

Ileana C. Cardona Fernández, Esq., as local conflicts counsel to the Oversight Board dated July 15,

2021 (the "Application"),[3] for interim compensation and reimbursement of expenses for the period

of February 1, 2021 up to and including May 31, 2021 (the "Compensation Period").

3.      With respect to section (a)(4) of the Local Guidelines, I certify that:

      a.      I have read the Application;

      b.      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and reimbursement of expenses sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the U.S. Trustee Guidelines and these Local Guidelines;

      c.      except to the extent that fees or disbursements are prohibited by the Local Guidelines, the compensation and reimbursement of expenses requested are billed in accordance with the Services Agreement.  Ileana C. Cardona Fernández, Esq.'s hourly rate in these cases is $225.00.

      d.      in providing a reimbursable service, Ileana C. Cardona Fernández, Esq. does not make a profit on that service, whether the service is performed by Ileana C. Cardona Fernández, Esq. in- house or through a third party.

---

[2]    PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3]    Capitalized terms used but not defined herein have the meanings given to them in the Application.

Dated: July 15, 2021
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Ileana C. Cardona Fernández*
Ileana C. Cardona Fernández
USDC-PR Bar No. 302610
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926
Tel: (787) 484-8202
icardona@iccflaw.com

*Local Conflicts Counsel to the Financial
Oversight and Management Board, acting
through the Special Claims Committee*

**<u>EXHIBIT B</u>**

**TWENTY-SECOND MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – FEBRUARY 2021**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>FEBRUARY 1, 2021 – FEBRUARY 28, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                    March 10, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 041

Re:   The Financial Oversight and Management Board for Puerto Rico,
       as representative of The Commonwealth of Puerto Rico, *et al.*
       Debtors under Title III
       <u>February 1, 2021 – February 28, 2021</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$1,755.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $175.50 |
| Interim Compensation for Professional Services (90%) | $1,579.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $1,579.00 |

## <u>FEE STATEMENT INDEX</u>

**Exhibit A**          **Time and Compensation Breakdown**
**Exhibit B**          **Time Entries – Invoice**
**Exhibit C**          **Professional Certification**
**Exhibit D**          **Principal Certification**

# EXHIBIT A

## EXHIBIT A

**SERVICES RENDERED BY
ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

**FEBRUARY 1, 2021 THRU FEBRUARY 28, 2021**

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 7.8 | $1,755.00 |
| **TOTAL** | | | **7.8** | **$1,755.00** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 041
**Client** – PRO-001
**Date**: March 10, 2021

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:    General Matters
       Microsoft Corp. – Case No. 19-00290
       First Medical Health Plan, Inc.

## <u>INVOICE</u>

For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>February 1, 2021 through February 28, 2021.</u>

# GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 2/6/21 | Prepared March 2021 Budget (**0.2 hour**)<br><br>Submitted March 2021 via email to Fee Examiner (**0.1 hour**)<br><br>Prepared January 2021 Monthly Statement (**0.5 hour**)<br><br>Submitted January 2021 Monthly Statement via email to H. Cohen (**0.1 hour**) | 0.9 | $202.50 |
| 2/8/21 | Began drafting Interim Fee Application, due Mar. 15 (**1.8 hour**) | 1.8 | $405.00 |
| 2/9/21 | Finished drafting Interim Fee Application (**0.8 hour**)<br><br>Read email from K. Boucher re: receipt of March 2021 Budget (**0.1 hour**) | 0.9 | $202.50 |
| 2/16/21 | Read email from H. Cohen submitting January 2021 Monthly Statement. (**0.1 hour**) | 0.1 | $22.50 |
| 2/26/21 | Prepared Title III Objection Statement for Jan. 2021 Monthly Statement (**0.1 hour**) | 0.3 | $67.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 041
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: March 10, 2021

|  |  |  |  |
|---|---|---|---|
|  | Submitted Title III Objection Statement to H. Cohen by email. **(0.1 hour)** |  |  |
|  | Submitted Interim Fee App. Draft to H. Cohen by email for review. **(0.1 hour)** |  |  |

## MICROSOFT PUERTO RICO

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 2/1/21 | Prepared for call with M. Milano, R. Wexler, and T. Axelrod to discuss preference claim. **(0.5 hour)** <br><br> Participated in call with M. Milano to discuss preference claim **(0.4 hour)** | 0.9 | $202.50 |
| 2/16/21 | Prepared for call w/ M. Milano, R. Wexler, and T. Axelrod to discuss potential settlement **(0.5 hour)** <br><br> Read email from M. Milano in advance of settlement discussion call today. **(0.1 hour)** <br><br> Participated in call w/ M. Milano, R. Wexler, and T. Axelrod to discuss potential settlement **(0.3 hour)** | 0.9 | $202.50 |

## FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 2/3/21 | Read email from I. Oliver re: updated amounts with corresponding exhibits, and call scheduled for today. **(0.6 hour)** <br><br> Read email from J. Reinhard re: call postponement. **(0.1 hour)** | 0.7 | $157.50 |
| 2/5/21 | Read email from J. Reinhard re: call schedule **(0.1 hour)** <br><br> Read email from I. Oliver re: call schedule. **(0.1 hour)** | 0.2 | $45.00 |
| 2/16/21 | Read email from I. Oliver in advance of today's call to discuss pending claim. **(0.3 hour)** | 1.1 | $247.50 |

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 041
**Client** – PRO-001
**Date**: March 10, 2021

| | | | |
|---|---|---|---|
| | Prepared for call to discuss pending claim **(0.5 hour)**<br><br>Participated in call to discuss pending claim w/ I. Oliver and R. Wexler. **(0.3 hour)** | | |

**TOTAL:**            7.8 hours

**BALANCE DUE:**      $1,755.00

**Check payable to:**      Ileana C. Cardona Fernández, Esq.
                         Urb. Estancias de San Gerardo
                         Calle Orlando #1609
                         San Juan, PR 00926

# EXHIBIT C

**<u>EXHIBIT C</u>**

**PROFESSIONAL CERTIFICATION**

  I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

### PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Second Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from February 1, 2021 through February 28, 2021.


_____

Jaime A. El Koury
General Counsel to the Financial
Oversight and Management Board for
Puerto Rico

## **EXHIBIT C**

**TWENTY-THIRD MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – MARCH 2021**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**TWENTY-THIRD MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>MARCH 1, 2021 – MARCH 31, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                April 12, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 043

Re:   The Financial Oversight and Management Board for Puerto Rico,
      as representative of The Commonwealth of Puerto Rico, *et al.*
      Debtors under Title III
      <u>March 1, 2021 – March 31, 2021</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$1,372.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $137.25 |
| Interim Compensation for Professional Services (90%) | $1,235.25 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $1,235.25 |

## <u>FEE STATEMENT INDEX</u>

**Exhibit A**         **Time and Compensation Breakdown**
**Exhibit B**         **Time Entries – Invoice**
**Exhibit C**         **Professional Certification**
**Exhibit D**         **Principal Certification**

# EXHIBIT A

## EXHIBIT A

**SERVICES RENDERED BY
ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

**MARCH 1, 2021 THRU MARCH 31, 2021**

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 6.1 | $1,372.50 |
| **TOTAL** | | | **6.1** | **$1,372.50** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 043
**Client** – PRO-001
**Date**: April 12, 2021

**BILL TO:**

Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:     General Matters
        Microsoft Corp. – Case No. 19-00290
        First Medical Health Plan, Inc.

<u>**INVOICE**</u>

For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>March 1, 2021 through March 31, 2021.</u>

# GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 3/8/21 | Prepared April 2021 Budget **(0.2 hour)** <br><br> Submitted April 2021 via email to Fee Examiner **(0.1 hour)** <br><br> Prepared February 2021 Monthly Statement **(0.5 hour)** <br><br> Submitted February 2021 Monthly Statement via email to H. Cohen **(0.1 hour)** | 0.9 | $202.50 |
| 3/10/21 | Read email from H. Cohen submitting Monthly Statement for February 2021. **(0.1 hour)** | 0.1 | $22.50 |
| 3/18/21 | Prepared Title III Objection statement for February Monthly Statement **(0.1 hour)** <br><br> Sent Title III objection statement to H. Cohen via email. **(0.1 hour)** | 0.2 | $45.00 |

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 043
**Client** – PRO-001
**Date**: April 12, 2021

## MICROSOFT PUERTO RICO

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 3/17/21 | Read email from J. Reinhard re: Memorandum of Understanding contract query and research. **(0.2 hour)**<br><br>Responded to J. Reinhard re: Memorandum of Understanding contract query **(0.1 hour)** | 0.3 | $67.50 |
| 3/18/21 | Performed research of Memorandum of Understanding under Puerto Rico Contract Law **(1 hour)**<br><br>Sent email to J. Reinhard re: results of contract law research query **(0.2 hour)**<br><br>Read email from J. Reinhard re: contract query follow up questions **(0.1 hour)**<br><br>Performed research on follow up Memorandum of Understanding contract query **(2 hours)**<br><br>Sent email to J. Reinhard re: results of follow up research to contract query **(0.2 hour)** | 3.5 | $787.50 |

## FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 3/9/21 | Prepared for call to discuss status of claim w/ I. Oliver; T. Axelrod; B. DaSilva **(0.5 hour)**<br><br>Participated in call to discuss status of claim w/ I. Oliver; T. Axelrod; B. DaSilva **(0.2 hour)** | 0.7 | $157.50 |
| 3/19/21 | Read email from C. García re: ongoing settlement discussions and reschedule call **(0.2 hour)** | 0.2 | $45.00 |
| 3/30/21 | Read email from J. Reinhard to I. Oliver re: call to discuss status of claim. **(0.1 hour)**<br><br>Read response from I. Oliver to J. Reinhard re: call to discuss status of claim **(0.1 hour)** | 0.2 | $45.00 |

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 043
**Client** – PRO-001
**Date**: April 12, 2021


**TOTAL:**                    **6.1 hours**


**BALANCE DUE:**          $1,372.50

**Check payable to:**       Ileana C. Cardona Fernández, Esq.
                            Urb. Estancias de San Gerardo
                            Calle Orlando #1609
                            San Juan, PR 00926

# EXHIBIT C

## **EXHIBIT C**

### **PROFESSIONAL CERTIFICATION**

     I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

                                  *s/ Ileana C. Cardona Fernandez*
                                  **Ileana C. Cardona Fernández**
                                  **USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Third Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from March 1, 2021 through March 31, 2021.

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>EXHIBIT D</u>**

**TWENTY-FOURTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – APRIL 2021**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

     Debtors.

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>APRIL 1, 2021 – APRIL 30, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                    May 10, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 045

Re:    The Financial Oversight and Management Board for Puerto Rico,
       as representative of The Commonwealth of Puerto Rico, *et al.*
       Debtors under Title III
       <u>April 1, 2021 – April 30, 2021</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$652.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $65.25 |
| Interim Compensation for Professional Services (90%) | $587.25 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $587.25 |

## <u>FEE STATEMENT INDEX</u>

**Exhibit A**          **Time and Compensation Breakdown**
**Exhibit B**          **Time Entries – Invoice**
**Exhibit C**          **Professional Certification**
**Exhibit D**          **Principal Certification**

# EXHIBIT A

<u>**EXHIBIT A**</u>

**SERVICES RENDERED BY**
**ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

<u>**APRIL 1, 2021 THRU APRIL 30, 2021**</u>

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---------|----------------------------------|------|-------|--------|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 2.9 | $652.50 |
| **TOTAL** | | | **2.9** | **$652.50** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 045
**Client** – PRO-001
**Date**: May 10, 2021

**BILL TO:**

Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:    General Matters
        Microsoft Corp. – Case No. 19-00290
        Hospira Puerto Rico, LLC – Case No. 19-00186
        Gila, LLC – Case No. 19-00354

## <u>INVOICE</u>

For professional services rendered and expenses incurred in connection with the above captioned matters from: <u>April 1, 2021 through April 30, 2021.</u>

## GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 4/7/21 | Prepared May 2021 Budget (**0.2 hour**)<br><br>Submitted May 2021 Budget via email to Fee Examiner (**0.1 hour**)<br><br>Prepared March 2021 Monthly Statement (**0.5 hour**)<br><br>Submitted March 2021 Monthly Statement via email to H. Cohen (**0.1 hour**)<br><br>Read email from K. Boucher re: receipt Budget (**(0.1 hour**) | **1** | $225.00 |
| 4/8/21 | Read email from T. Axelrod re: potential disclosure statement hearing. (**0.1 hour**)<br><br>Responded to T. Axelrod re: disclosure statement hearing potential date. (**0.1 hour**) | **0.2** | $45.00 |
| 4/12/21 | Read email by H. Cohen to fee examiner re: Monthly Statements (**0.1 hour**) | **0.1** | $22.50 |
| 4/20/21 | Prepared Title III Objection Statements for March Monthly Statement (**0.1 hour**) | **0.1** | $22.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 045
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: May 10, 2021

| 4/23/21 | Read email from H. Cohen re: Title III Objection Statements for March **(0.1 hour)** | **0.1** | $22.50 |
| 4/27/21 | Read email from T. Axelrod to SCC team re: SCC's position on current matters re: FOMB Plan **(0.4 hour)** | **0.4** | $90.00 |

## HOSPIRA PUERTO RICO LLC – 19-00186

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 4/15/21 | Read email from Court re: DN 17 **(0.1 hour)** <br><br> Read DN 17 – Order modifying briefing schedule **(0.3 hour)** | **0.4** | $90.00 |

## GILA LLC – 19-00354

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 4/15/21 | Read email from Court re: DN 15 **(0.1 hour)** <br><br> Read DN 15 – Order modifying briefing schedule **(0.2 hour)** | **0.3** | $67.50 |

## MICROSOFT CORP. – 19-00290

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 4/15/21 | Read email from Court re: DN 15 **(0.1 hour)** <br><br> Read DN 15 – Order modifying briefing schedule **(0.2 hour)** | **0.3** | $67.50 |

**TOTAL:**               **2.9 hours**

**BALANCE DUE:**         $652.50

**Check payable to:**    Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

# EXHIBIT C

## **EXHIBIT C**

## **PROFESSIONAL CERTIFICATION**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Fourth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from April 1, 2021 through April 30, 2021.

_____

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**EXHIBIT E**

**TWENTY-FIFTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – MAY 2021**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

      Debtors.

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>MAY 1, 2021 – MAY 31, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                    June 10, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 047

Re:   The Financial Oversight and Management Board for Puerto Rico,
      as representative of The Commonwealth of Puerto Rico, *et al.*
      Debtors under Title III
      May 1, 2021 – May 31, 2021

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$405.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $40.50 |
| Interim Compensation for Professional Services (90%) | $364.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $364.50 |

## <u>FEE STATEMENT INDEX</u>

**Exhibit A**          **Time and Compensation Breakdown**
**Exhibit B**          **Time Entries – Invoice**
**Exhibit C**          **Professional Certification**
**Exhibit D**          **Principal Certification**

# EXHIBIT A

## EXHIBIT A

**SERVICES RENDERED BY
ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

**MAY 1, 2021 THRU MAY 31, 2021**

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---------|--------------------------------|------|-------|--------|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 1.8 | $405.00 |
| **TOTAL** | | | **1.8** | **$405.00** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 047
**Client** – PRO-001
**Date**: June 10, 2021

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:    General Matters

<u>**INVOICE**</u>

For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>May 1, 2021 through May 31, 2021.</u>

# GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 5/6/21 | Prepared June 2021 Budget (**0.2 hour**)<br><br>Submitted June 2021 Budget via email to Fee Examiner (**0.1 hour**)<br><br>Prepared April 2021 Monthly Statement (**0.5 hour**)<br><br>Submitted April 2021 Monthly Statement via email to H. Cohen (**0.1 hour**)<br><br>Read email from K. Boucher re: receipt Budget ((**0.1 hour**) | **1** | $225.00 |
| 5/11/21 | Read email from H. Cohen re: Title III Objection statements send out time (**0.1 hour**)<br><br>Read email from H. Cohen to Fee Examiner re: Monthly Statements (**0.1 hour**) | **0.2** | $45.00 |
| 5/14/21 | Examined email from T. Axelrod re: October confirmation schedule. (**0.2 hour**)<br><br>Examined email from L. Viola re: sixth interim fee applications recommendations (**0.1 hour**) | **0.3** | $67.50 |

Ileana C. Cardona Fernández, Esq.                    **Invoice No.** 047
787-484-8202                                          **Client** – PRO-001
icardona@iccflaw.com                                  **Date**: June 10, 2021

| 5/19/21 | Prepared Title III Objection Statement **(0.2 hour)**<br><br>Sent Title III Objection Statement to H. Cohen for review and send-out **(0.1 hour)** | **0.3** | $67.50 |
|---|---|---|---|

**TOTAL:**                    **1.8 hours**

**BALANCE DUE:**          $405.00

**Check payable to:**     Ileana C. Cardona Fernández, Esq.
                          Urb. Estancias de San Gerardo
                          Calle Orlando #1609
                          San Juan, PR 00926

# EXHIBIT C

## EXHIBIT C

**PROFESSIONAL CERTIFICATION**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Fifth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from May 1, 2021 through May 31, 2021.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico