Estimated Hearing Date: October 6, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: August 3, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
|   as representative of | ) |
| | ) **This Application relates** |
| THE PUERTO RICO HIGHWAYS AND | ) **only to HTA and shall** |
| TRANSPORTATION AUTHORITY | **be filed in the Lead** |
| | **Case No. 17 BK 3283-** |
| Debtor | **LTS and HTA's Title** |
| | **III Case (Case No. 17** |
| | **BK 3567-LTS)** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) ); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)..

# SUMMARY SHEET TO
## NINYH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2021 through May 31, 2021 |
| Professional Fees | $187,820.30 |
| Less Voluntary Reduction | (18,782.03) |
| Total Amount of Fees Requested: | **$169,038.27** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$169,038.27** |

This is a(n) _____ Monthly ___X___ Interim _____ Final Fee Application

**Eight Prior Interim Applications Filed in this Matter**

### Monthly Fee Statements Filed Related to Ninth Interim Fee Application[2]
### February 1, 2021 through May 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-first - 4/28/2021 | 2/1/2021 - 2/28/2021 | $ 22,792.10 | $ (2,279.21) | $ 20,512.89 | $ 18,461.60 | $ (1,846.16) | $ (276.92) | $ - | $ 16,338.52 | $ 16,338.52 | $ - | $ 2,051.29 |
| Thirty-second - 5/7/2021 | 3/1/2021 - 3/31/2021 | $ 72,306.50 | $ (7,230.65) | $ 65,075.85 | $ 58,568.27 | $ (5,856.83) | $ (878.52) | $ - | $ 51,832.91 | $ 51,832.91 | $ - | $ 6,507.59 |
| Thirty-third - 6/8/2021 | 4/1/2021- 4/30/2021 | $ 64,555.90 | $ (6,455.59) | $ 58,100.31 | $ 52,290.28 | $ (5,229.03) | $ (784.35) | $ - | $ 46,276.90 | $ 46,276.90 | $ - | $ 5,810.03 |
| Thirty-fourth - 7/7/2021 | 5/1/2021 - 5/31/2021 | $ 28,165.80 | $ (2,816.58) | $ 25,349.22 | $ 22,814.30 | $ (2,281.43) | $ (342.21) | $ - | $ 20,190.65 | ** | $ - | $ 2,534.92 |
| **Total** | | $ 187,820.30 | $ (18,782.03) | $ 169,038.27 | $ 152,134.44 | $ (15,213.44) | $ (2,282.02) | $ - | $ 134,638.98 | $ 114,448.33 | $ - | $ 16,903.83 |

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Ninth Interim Fee Application.

**Compensation by Category**
**February 1, 2021 through May 31, 2021**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From February 1, 2021 through May 31, 2021** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 337.2 | $  183,797.80 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 3.6 | $  2,754.90 |
| Puerto Rico Highways and Transportation Authority - Meetings | 2.3 | $  1,267.60 |
| Total | 343.1 | $  187,820.30 |
| **Blended Hourly Rate Before Voluntary Reduction** | | $  547.42 |
|  | | |
| *Less 10% voluntary reduction* | | $  (18,782.03) |
| **Total Ninth Interim Fee Application With Reduction** | | $  169,038.27 |
| **Ninth Interim Fee Application Blended Hourly Rate With Reduction** | | $  492.68 |

**Fees by Professional**
**February 1, 2021 through May 31, 2021**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $964 | 2.2 | $2,120.80 |
| Jay Herriman | Managing Director | Claim Management | $937 | 44.5 | $41,696.50 |
| Kara Harmon | Director | Claim Management | $675 | 18.3 | 12,352.50 |
| Mark Zeiss | Director | Claim Management | $661 | 25.3 | 16,723.30 |
| Richard Carter | Consultant II | Claim Management | $577 | 4.1 | 2,365.70 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 55.8 | 30,690.00 |
| Nick Fiore | Consultant | Claim Management | $550 | 0.2 | 110.00 |
| Nick Tammerine | Consultant | Claim Management | $550 | 23.2 | 12,760.00 |
| Tyler Potesta | Consultant | Claim Management | $525 | 0.7 | 367.50 |
| Brent Wadzita | Junior Consultant | Claim Management | $441 | 21.5 | 9,481.50 |
| Julia McCarthy | Analyst | Claim Management | $425 | 14.7 | 6,247.50 |
| Chester Monte | Analyst | Claim Management | $400 | 10.2 | 4,080.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 120.2 | 48,080.00 |
| Claudia Sigman | Analyst | Claim Management | $400 | 1.3 | 520.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.9 | 225.00 |
| **Subtotal** | | | | 343.1 | 187,820.30 |
| *Less 10% voluntary reduction* | | | | | -18,782.03 |
| **Total** | | | | | **$169,038.27** |

### Expenses by Category
### October 1, 2020 through January 31, 2021

No Expenses Incurred

## Monthly Fee Statements Filed Related to First Interim Fee Application
## August 9, 2018 through September 30, 2018

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 28,295.00 | $ (2,829.50) | $ 25,465.50 | $ 22,918.95 | $ - | $ (343.78) | $ - | $ 22,575.17 | $ 22,918.95 | $ - | $ 2,546.55 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $ 69,365.00 | $ (6,936.50) | $ 62,428.50 | $ 56,185.65 | $ - | $ (842.78) | $ - | $ 55,342.87 | $ 56,185.65 | $ - | $ 6,242.85 |
| Total | | $ 97,660.00 | $ (9,766.00) | $ 87,894.00 | $ 79,104.60 | $ - | $ (1,186.57) | $ - | $ 77,918.03 | $ 79,104.60 | $ - | $ 8,789.40 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Second Interim Fee Application
## October 1, 2018 through January 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 82,240.00 | $ (8,224.00) | $ 74,016.00 | $ 66,614.40 | $ - | $ - | $ (999.22) | $ - | $ 65,615.18 | $ 66,614.40 | $ - | $ 7,401.60 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 49,740.00 | $ (4,974.00) | $ 44,766.00 | $ 40,289.40 | $ - | $ - | $ (604.34) | $ - | $ 39,685.06 | $ 40,289.40 | $ - | $ 4,476.60 |
| Fifth - 2/20/2019 | 12/1/18 to 12/31/18 | $ 18,215.00 | $ (1,821.50) | $ 16,393.50 | $ 14,754.15 | $ - | $ - | $ (221.31) | $ - | $ 14,532.84 | $ 14,754.15 | $ - | $ 1,639.35 |
| Fifth - Puerto Rico 2/20/2019 | 12/1/18 to 12/31/18 | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ - | $ - | $ (50.30) | $ - | $ 3,303.10 | $ 3,353.40 | $ - | $ 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 44,427.50 | $ (4,442.75) | $ 39,984.75 | $ 35,986.28 | $ - | $ (3,598.63) | $ (539.79) | $ - | $ 31,847.86 | $ 35,986.28 | $ - | $ 3,998.47 |
| Total | | $ 198,762.50 | $ (19,876.25) | $ 178,886.25 | $ 160,997.63 | $ - | $ (3,598.63) | $ (2,414.96) | $ - | $ 154,984.04 | $ 160,997.63 | $ - | $ 17,888.62 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Third Interim Fee Application
## February 1, 2019 through May 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 74,310.00 | $ (7,431.00) | $ 66,879.00 | $ 60,191.10 | $ (6,019.11) | $ (902.87) | $ - | $ 53,269.12 | $ 53,269.12 | $ - | $ 6,687.90 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 20,485.00 | $ (2,048.50) | $ 18,436.50 | $ 16,592.85 | $ (1,659.29) | $ (248.89) | $ - | $ 14,684.67 | $ 14,684.67 | $ - | $ 1,843.65 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 15,567.50 | $ (1,556.75) | $ 14,010.75 | $ 12,609.68 | $ (1,260.97) | $ (189.15) | $ - | $ 11,159.56 | $ 11,159.56 | $ - | $ 1,401.08 |
| Tenth - 7/1/2019 | 5/1/19 to 5/31/19 | $ 49,517.50 | $ (4,951.75) | $ 44,565.75 | $ 40,109.18 | $ (4,010.92) | $ (601.64) | $ - | $ 35,496.62 | Pending | Pending | $ 4,456.58 |
| Total | | $ 159,880.00 | $ (15,988.00) | $ 143,892.00 | $ 129,502.80 | $ (12,950.28) | $ (1,942.54) | $ - | $ 114,609.98 | $ 79,113.36 | $ - | $ 14,389.20 |

## Monthly Fee Statements Filed Related to Fourth Interim Fee Application
## June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/19 | $ 39,037.50 | $ (14,850.00) | $ 24,187.50 | $ 21,768.75 | $ (2,176.88) | $ (326.53) | $ - | $ 19,265.34 | $ 19,265.34 | $ - | $ 2,418.75 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | $ 25,430.00 | $ (2,543.00) | $ 22,887.00 | $ 20,598.30 | $ (2,059.83) | $ (308.97) | $ - | $ 18,229.50 | $ 18,229.50 | $ - | $ 2,288.70 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | $ 27,359.20 | $ (2,735.92) | $ 24,623.28 | $ 22,160.95 | $ (2,216.10) | $ (332.41) | $ - | $ 19,612.44 | $ 19,612.44 | $ - | $ 2,462.33 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | $ 43,845.50 | $ (4,384.55) | $ 39,460.95 | $ 35,514.86 | $ (3,551.49) | $ (532.72) | $ - | $ 31,430.65 | $ 31,430.65 | $ - | $ 3,946.10 |
| Total | | $ 135,672.20 | $ (24,513.47) | $ 111,158.73 | $ 100,042.86 | $ (10,004.29) | $ (1,500.64) | $ - | $ 88,537.93 | $ 88,537.93 | $ - | $ 11,115.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement. Additionally, A&M has reduced their fees by $12,162.50 related to the Claims objection audit further described below.

## Monthly Fee Statements Filed Related to Fifth Interim Fee Application
## October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/19 | 10/1/19 to 10/31/19 | $ 19,924.90 | $ (1,992.49) | $ 17,932.41 | $ 16,139.17 | $ (1,613.92) | $ (242.09) | $ - | $ 14,283.16 | $ 14,283.16 | $ - | $ 1,793.24 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | $ 12,925.20 | $ (1,292.52) | $ 11,632.68 | $ 10,469.41 | $ (1,046.94) | $ (157.04) | $ - | $ 9,265.43 | $ 9,265.43 | $ - | $ 1,163.27 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | $ 6,220.30 | $ (622.03) | $ 5,598.27 | $ 5,038.44 | $ (503.84) | $ (75.58) | $ - | $ 4,459.02 | $ 4,459.02 | $ - | $ 559.83 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | $ 19,083.70 | $ (1,908.37) | $ 17,175.33 | $ 15,457.80 | ** | ** | $ - | $ 15,457.80 | ** | $ - | $ 1,717.53 |
| Total | | $ 58,154.10 | $ (5,815.41) | $ 52,338.69 | $ 47,104.82 | $ (3,164.70) | $ (474.71) | $ - | $ 43,465.41 | $ 28,007.62 | $ - | $ 5,233.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Sixth Interim Fee Application
## February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nineteenth - 4/23/20 | 2/1/20 to 2/29/20 | $ 19,971.70 | $ (1,997.17) | $ 17,974.53 | $ 16,177.08 | $ (1,617.71) | $ (242.66) | $ - | $ 14,316.71 | $ 14,316.71 | $ - | $ 1,797.45 |
| Twentieth - 5/26/20 | 3/1/20 to 3/31/20 | $ 14,929.70 | $ (1,492.97) | $ 13,436.73 | $ 12,093.06 | $ (1,209.31) | $ (181.40) | $ - | $ 10,702.36 | $ 10,702.36 | $ - | $ 1,343.67 |
| Twenty-first - 6/15/2020 | 4/1/20 to 4/30/20 | $ 36,840.80 | $ (3,684.08) | $ 33,156.72 | $ 29,841.05 | $ (2,984.10) | $ (447.62) | $ - | $ 26,409.33 | $ 26,409.33 | $ - | $ 3,315.67 |
| Twenty-second - 7/6/2020 | 5/1/20 to 5/31/20 | $ 15,493.00 | $ (1,549.30) | $ 13,943.70 | $ 12,549.33 | $ (1,254.93) | $ (188.24) | $ - | $ 11,106.16 | ** | $ - | $ 1,394.37 |
| Total | | $ 87,235.20 | $ (8,723.52) | $ 78,511.68 | $ 70,660.51 | $ (7,066.05) | $ (1,059.91) | $ - | $ 62,534.55 | $ 51,428.40 | $ - | $ 7,851.17 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Seventh Interim Fee Application
## June 1, 2020 through September 30, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | $ 21,199.40 | $ (2,119.94) | $ 19,079.46 | $ 17,171.51 | $ (1,717.15) | $ (257.57) | $ - | $ 15,196.79 | $ 15,196.79 | $ - | $ 1,907.95 |
| Twenty-fourth - 8/17/2020 | 7/1/2020 to 7/31/2020 | $ 83,590.30 | $ (8,359.03) | $ 75,231.27 | $ 67,708.14 | $ (6,770.81) | $ (1,015.62) | $ - | $ 59,921.71 | $ 59,921.71 | $ - | $ 7,523.13 |
| Twenty-fifth - 9/14/2020 | 8/1/2020 - 8/31/2020 | $ 15,982.10 | $ (1,598.21) | $ 14,383.89 | $ 12,945.50 | $ (1,294.55) | $ (194.18) | $ - | $ 11,456.77 | $ 11,456.77 | $ - | $ 1,438.39 |
| Twenty-sixth - 10/26/2020 | 9/1/2020 to | $ 19,414.50 | $ (1,941.45) | $ 17,473.05 | $ 15,725.75 | $ (1,572.57) | $ (235.89) | $ - | $ 13,917.28 | ** | $ - | $ 1,747.31 |
| Total | | $ 140,186.30 | $ (14,018.63) | $ 126,167.67 | $ 113,550.90 | $ (11,355.09) | $ (1,703.26) | $ - | $ 100,492.55 | $ 86,575.26 | $ - | $ 12,616.77 |

### Monthly Fee Statements Filed Related to Eighth Interim Fee Application
### October 1, 2020 through January 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-seventh - 12/29/2020 | 10/1/2020 - 10/31/2020 | $ 16,886.90 | $ (1,688.69) | $ 15,198.21 | $ 13,678.39 | $ (1,367.84) | $ (205.18) | $ - | $ 12,105.37 | $ 12,105.37 | $ - | $ 1,519.82 |
| Twenty-eighth - 1/19/2021 | 11/1/2020 - 11/30/2020 | $ 13,503.50 | $ (1,350.35) | $ 12,153.15 | $ 10,937.84 | $ (1,093.78) | $ (164.07) | $ - | $ 9,679.98 | $ 9,679.98 | $ - | $ 1,215.32 |
| Twenty-ninth - 1/25/2021 | 12/1/2020 - 12/31/2020 | $ 14,061.00 | $ (1,406.10) | $ 12,654.90 | $ 11,389.41 | $ (1,138.94) | $ (170.84) | $ - | $ 10,079.63 | $ 10,079.63 | $ - | $ 1,265.49 |
| Thirtieth - 2/26/2021 | 1/1/2021 - 1/31/2021 | $ 19,242.50 | $ (1,924.25) | $ 17,318.25 | $ 15,586.43 | $ (1,558.64) | $ (233.80) | $ - | $ 13,793.99 | ** | $ - | $ 1,731.83 |
| Total | | $ 63,693.90 | $ (6,369.39) | $ 57,324.51 | $ 51,592.06 | $ (5,159.21) | $ (773.88) | $ - | $ 45,658.97 | $ 31,864.99 | $ - | $ 5,732.45 |

### Monthly Fee Statements Filed Related to Ninth Interim Fee Application
### February 1, 2021 through May 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-first - 4/28/2021 | 2/1/2021 - 2/28/2021 | $ 22,792.10 | $ (2,279.21) | $ 20,512.89 | $ 18,461.60 | $ (1,846.16) | $ (276.92) | $ - | $ 16,338.52 | $ 16,338.52 | $ - | $ 2,051.29 |
| Thirty-second - 5/7/2021 | 3/1/2021 - 3/31/2021 | $ 72,306.50 | $ (7,230.65) | $ 65,075.85 | $ 58,568.27 | $ (5,856.83) | $ (878.52) | $ - | $ 51,832.91 | $ 51,832.91 | $ - | $ 6,507.59 |
| Thirty-third - 6/8/2021 | 4/1/2021 - 4/30/2021 | $ 64,555.00 | $ (6,455.59) | $ 58,100.31 | $ 52,290.28 | $ (5,229.03) | $ (784.35) | $ - | $ 46,276.90 | $ 46,276.90 | $ - | $ 5,810.03 |
| Thirty-fourth - 7/7/2021 | 5/1/2021 - 5/31/2021 | $ 28,165.80 | $ (2,816.58) | $ 25,349.22 | $ 22,814.30 | $ (2,281.43) | $ (342.21) | $ - | $ 20,190.65 | ** | $ - | $ 2,534.92 |
| Total | | $ 187,820.30 | $ (18,782.03) | $ 169,038.27 | $ 152,134.44 | $ (15,213.44) | $ (2,282.02) | $ - | $ 134,638.98 | $ 114,448.33 | $ - | $ 16,903.83 |

Estimated Hearing Date: October 6, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: August 3, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | ) |
| Debtors. [1] | |

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
| as representative of | ) **This Application relates** |
| | **only to HTA and shall** |
| THE PUERTO RICO HIGHWAYS AND | **be filed in the Lead** |
| TRANSPORTATION AUTHORITY | **Case No. 17 BK 3283-** |
| | **LTS and HTA's Title** |
| Debtor | **III Case (Case No. 17** |
| | **BK 3567-LTS)** |

---

## NINTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
## MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
## PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) ); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Puerto Rico Highways and Transportation Authority, ("HTA"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Ninth interim fee application filed during the Tenth interim application period (the "Ninth Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing February 1, 2021 through and including May 31, 2021 (the "Ninth Interim Fee Application Period").

By this Ninth Interim Fee Application, A&M seeks compensation in the amount of $187,820.30 less a discount in the amount of $18,782.03 for a total amount of $169,03,27, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Ninth Interim Fee Application Period.

**JURISDICTION**

1.       The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## BACKGROUND

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtor as a 'covered entity" under PROMESA section 101(d),

7.      On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.      Background information regarding the Debtor and the commencement of the Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

9.      On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to

3

manage and resolve the tens of thousands of claims filed against the Title III entities[2].

10.     On April 28 2021, A&M served on the Notice Parties (as defined in the Interim Compensation Order) its thirty-first monthly fee statement for the period February 1, 2021 through February 28, 2021.  The thirty-first monthly fee statement is attached hereto as <u>Exhibit A.</u>

11.     On May 7, 2021, A&M served on the Notice Parties its thirty-second monthly fee statement for the period March 1, 2021 through March 31, 2021.  The thirty-second monthly fee statement is attached hereto as <u>Exhibit B.</u>

12.     On June 8, 2021, A&M served on the Notice Parties its thirty-third monthly fee statement for the period April 1, 2021 through April 20, 2021.  The thirty-third monthly fee statement is attached hereto as <u>Exhibit C.</u>

13.     On July 7, 2021, A&M served on the Notice Parties its thirty-fourth monthly fee statement for the period May 1, 2021 through May 31, 2021.  The thirty-fourth monthly fee statement is attached hereto as <u>Exhibit D.</u>

14.     In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $152,134.44, which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of $114,448.33 in fees and $0 in incurred expenses with respect to fee statements filed during the Ninth Interim Compensation Period.   The variance between the requested fees and payments received relates to: 1) the Thirty-Fourth monthly fee statements for the period May 1, 2021 through May 31, 2021 remain unpaid, 2) a 1.5% Technical Service Fee tax withholdings totaling $1,939.80, and 3)  a universal 10% withholding tax (versus fees incurred on Puerto Rico)

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

effective as of December 2018 and as of the time of filing this Application, totaling $12,932.01

for the Ninth Interim Fee Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

15.     All services for which A&M requests compensation were performed for Puerto

Rico Highways and Transportation Authority ("HTA").  The time detail for the Ninth Interim

Fee Application Period is attached hereto as Exhibit E.  This Ninth Interim Fee Application

contains time entries describing the time spent by each professional during the Ninth Interim Fee

Application Period.  To the best of A&M's knowledge, this Ninth Interim Fee Application

substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the

Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are

entered and organized by task and by professional performing the described service in 1/10 of an

hour increments.

16.     A&M incurred no expenses for the Ninth Interim Fee Application Period as

presented here to as Exhibit F.

17.     The services rendered by A&M during the Ninth Interim Fee Application can be

grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

**SUMMARY OF SERVICES PERFORMED**

18.     This Ninth Interim Fee Application covers the fees incurred during the Ninth

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for HTA.  A&M believes it is appropriate to be compensated

for the time spent in connection with these matters, and set forth a narrative description of the

services rendered for the Debtors and the time expended, organized by project task categories as

follows:

**A.  Puerto Rico Highways and Transportation Authority – Claims Administration and
Objections**

19.     During this period, A&M:

    a.  Reviewed approximately 30 Claims identified as human resource related to
confirm proper categorization for transfer to the Administrative Claims
Resolution (ACR) process and, further, recorded asserted agency information
for ease of transfer to correct contacts for further reconciliation;

    b.  Reviewed approximately 10 Claims Reconciliation workbooks related to
accounts payable Claims completed by Commonwealth agencies. In instances
where the Commonwealth needed additional information from the creditor to
complete the reconciliation, A&M coordinated the follow up communication;

    c.  Prepared approximately 15 Claim Reconciliation workbooks related to
accounts payable Claims aggregating data received from the creditor and
historical payment information provided by the Commonwealth prior to
sending to the appropriate Commonwealth agency for reconciliation.

    d.  Reviewed responses to approximately 12 adjourned Claims from previous
deficient Claim Omnibus Objections to determine if the response provided
sufficient information to move the Claim into the Administrative Claims

6

Resolution (ACR) or Alternative Dispute Resolution (ADR) process or move
forward with an Objection;

e.   Prepared and filed 33 Omnibus Objections affecting 41 Claims;

f.   Reviewed approximately 5 Claim reconciliation summaries completed by the
Department of Justice and Commonwealth agencies highlighting critical case
information and providing guidance on the case status. A&M used this
summary detail to identify the proper next steps in the reconciliation process,
including but not limited to: objecting to proof of Claim(s); transferring Claim
to ADR process; identifying additional documentation necessary for
reconciliation;

g.   Reviewed approximately 100 litigation Claims to identify if claimant is
asserting liabilities related to pension and/or retirement benefits;

h.   Reviewed approximately 75 litigation Claims to analyze asserted unliquidated
values for Plan Class and Disclosure Statement estimates;

i.   Analyzed approximately 190 litigation Claims asserting class action litigation
cases to determine if liability is already asserted in the "master" claim filed by
the attorney on behalf of all plaintiffs in the litigation. If determined that the
asserted liabilities is duplicative of the "master" proof of claim the claims
were flagged for omnibus objections;

j.   Reviewed approximately 115 litigation Claims to determine if the asserted
litigation case has a judgement and/or a settlement ordered. A&M used this
data to prioritize reconciliation efforts with the DOJ and respective
Commonwealth agencies;

k.   Reviewed approximately 18 newly filed claims to determine next steps in
reconciliation process;

7

l.   Created and updated Claims summary analysis by claim type to allow counsel
to review the claims groupings and confirm A&M's proposed treatment for
each claim type;

m.   Performed creditor outreach to collect missing information for deficient
Proofs of Claim;

n.   Provided regular updates of the claims reconciliation progress to
representatives of the Title III entities, AAFAF, the Oversight Board, and their
respective advisors.

In conjunction with this category, A&M expended approximately 337.2 hours during the
Application Period, for a total of $183,797.80, prior to any fee reduction.

**B.  Puerto Rico Highways and Transportation Authority – Fee Applications**

20.     During the Ninth Interim Fee Application Period, A&M prepared its Eighth
Interim Fee Application as required by the Second Amended Interim Compensation Order.
In conjunction with this category, A&M expended approximately 3.6 hours during the
Application Period, for a total of $2,754.90, prior to any fee reduction.

**C.  Puerto Rico Highways and Transportation Authority – Meetings**

21.     During the Ninth Interim Fee Application Period, A&M participated in several
meetings to review the Highway and Transportation Authority claims process.  These meetings
included:

a.   During the Fifth Interim Fee Application Period, A&M held meetings with
other Title III professionals to coordinate and streamline the individual claims
reconciliation process

In conjunction with this category, A&M expended approximately 2.3 hours during the
Application Period, for a total of $1,267.60 prior to any fee reduction.

**D.  Discounts Agreed to By A&M and the Oversight Board**

22.     A&M and the Oversight Board in its role as representative for HTA had

previously agreed to a ten-percent discount of fees based on the Engagement Letter.

### CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER

23.     Attached hereto as Exhibit H is a declaration of Julie M. Hertzberg, the

undersigned representative of A&M.  To the extent that the Ninth Interim Fee Application does

not comply in all respects with the requirements of the aforementioned rules, A&M believes that

such deviations are not material and respectfully requests that any such requirements be waived.

### NOTICE

24.     Pursuant to the Interim Compensation Order, notice of this Application has been

filed in HTA's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and

served upon:

> (a)  the Financial Oversight and Management Board, 40 Washington Square
> South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez,
> Oversight Board Member.
>
> (b)  attorneys for the Financial Oversight and Management Board as
> representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC,
> 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D.
> Bauer, Esq. (Hermann.bauer@oneillborges.com;
>
> (c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New
> York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com) and Diana
> M. Perez, Esq. (dperez@omm.com).
>
> (d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500,
> 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C.
> Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-
> Rivero Esq. (cvelaz@mpmlawpr.com);
>
> (e)  the Office of the United States Trustee for the District of Puerto
> Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR
> 00901 (re: *In re: Commonwealth of Puerto Rico*);
>
> (f)  attorneys for the Official Committee of Unsecured Creditors, Paul
> Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A.

9

Despins, Esq. (lucdespins@paulhastings.com);

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner. com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l.  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M respectfully requests that, for the period February 1, 2021 through May 31, 2021, the Court (i) grant A&M interim allowance of compensation in the amount of $169,038.27 for professional services rendered during the Ninth Interim Fee Application Period.  A&M did not incur any expenses.

Dated: July 15, 2021
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

## **EXHIBITS**

# Exhibit A

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | )   PROMESA |
| | )   Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | )   No. 17 BK 3567-LTS |
| | ) |
| | ) |
|    as representative of | ) |
| | ) |
| THE PUERTO RICO HIGHWAYS AND | ) |
| TRANSPORTATION AUTHORITY, et al., | ) |

Debtors. [1]

**COVER SHEET TO THIRTY-FIRST MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | February 1, 2021 through February 28, 2021 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $20,512.89 ($22,792.10 incurred less 10% voluntary reduction of $2,279.21) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-first monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2021.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On April 28, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

## Summary of Professional Fees for the Period February 1, 2021 through February 28, 2021

## Puerto Rico Highways & Transportation Authority

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 32.9 | 22,379.70 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 1.1 | 412.40 |
| **Subtotal** | **34.0** | 22,792.10 |
| *Less 10% voluntary reduction* | | *(2,279.21)* |
| **Total** | | $  20,512.89 |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $964 | 1.20 | $1,156.80 |
| Jay Herriman | Managing Director | Claim Management | $937 | 9.00 | 8,433.00 |
| Kara Harmon | Director | Claim Management | $675 | 7.60 | 5,130.00 |
| Richard Carter | Consultant II | Claim Management | $577 | 3.10 | 1,788.70 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 6.70 | 3,685.00 |
| Tyler Potesta | Consultant | Claim Management | $525 | 0.70 | 367.50 |
| Brent Wadzita | Junior Consultant | Claim Management | $441 | 2.10 | 926.10 |
| Emmett McNulty | Analyst | Claim Management | $400 | 2.70 | 1,080.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.90 | 225.00 |
| **Subtotal** | | | | **34.0** | 22,792.10 |
| *Less 10% voluntary reduction* | | | | | *-2,279.21* |
| **Total** | | | | | **$20,512.89** |

## Summary of Expenses for the Period February 1, 2021 through February 28, 2021

## Puerto Rico Highways & Transportation Authority

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $18,461.60, for services rendered outside of Puerto Rico.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

2

**<u>EXHIBITS</u>**

*Exhibit A*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Task
### February 1, 2021 through February 28, 2021

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 32.9 | $22,379.70 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 1.1 | $412.40 |
| **Total** | **34.0** | **$22,792.10** |

### Puerto Rico Highways  Transportation Authority
### Summary of Time Detail by Professional
### February 1, 2021 through February 28, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964.00 | 1.2 | $1,156.80 |
| Herriman, Jay | Managing Director | $937.00 | 9.0 | $8,433.00 |
| Harmon, Kara | Director | $675.00 | 7.6 | $5,130.00 |
| Carter, Richard | Consultant II | $577.00 | 3.1 | $1,788.70 |
| DiNatale, Trevor | Consultant II | $550.00 | 6.7 | $3,685.00 |
| Potesta, Tyler | Consultant | $525.00 | 0.7 | $367.50 |
| Wadzita, Brent | Junior Consultant | $441.00 | 2.1 | $926.10 |
| McNulty, Emmett | Analyst | $400.00 | 2.7 | $1,080.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.9 | $225.00 |
| **Total** | | | **34.0** | **$22,792.10** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**February 1, 2021 through February 28, 2021**

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964 | 1.2 | $1,156.80 |
| Herriman, Jay | Managing Director | $937 | 8.8 | $8,245.60 |
| Harmon, Kara | Director | $675 | 7.6 | $5,130.00 |
| Carter, Richard | Consultant II | $577 | 3.1 | $1,788.70 |
| DiNatale, Trevor | Consultant II | $550 | 6.7 | $3,685.00 |
| Potesta, Tyler | Consultant | $525 | 0.7 | $367.50 |
| Wadzita, Brent | Junior Consultant | $441 | 2.1 | $926.10 |
| McNulty, Emmett | Analyst | $400 | 2.7 | $1,080.00 |
| | | | 32.9 | $22,379.70 |
| | *Average Billing Rate* | | | $680.23 |

*Exhibit C*

> ### *Puerto Rico Highways & Transportation Authority*
> ### *Summary of Time Detail by Professional*
> ### *February 1, 2021 through February 28, 2021*

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.2 | $187.40 |
| Corbett, Natalie | Para Professional | $250 | 0.9 | $225.00 |
| | | | 1.1 | $412.40 |
| | *Average Billing Rate* | | | $374.91 |

**Exhibit D**

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through February 28, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/1/2021 | 1.30 | Review draft listing of deficient bond claims to be included on Omnibus objection |
| DiNatale, Trevor | 2/5/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 2/8/2021 | 0.10 | Prepare detailed analysis to ensure that claim is properly flagged for upcoming deficient claims objection. |
| Carter, Richard | 2/9/2021 | 0.30 | Prepare detailed analysis to ensure that 5 claims are properly flagged for upcoming deficient claims objection. |
| McNulty, Emmett | 2/10/2021 | 2.10 | Analyze set of duplicative claims in preparation of the duplicate objections for the April omnibus hearing |
| DiNatale, Trevor | 2/12/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 2/14/2021 | 0.10 | Prepare detailed analysis of 1 claim flagged as potentially related to a specific class action lawsuit at the request of counsel. |
| McNulty, Emmett | 2/15/2021 | 0.60 | Analyze new mailing responses filed by claimants to determine the proper next steps in reconciliation process |
| Carter, Richard | 2/17/2021 | 0.10 | Prepare updated AP unresolved tracker based on additional responses received by Commonwealth agency. |
| Carter, Richard | 2/17/2021 | 0.60 | Prepare detailed analysis of documentation received from the Commonwealth regarding an unresolved AP claim. |
| DiNatale, Trevor | 2/19/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 2/25/2021 | 1.90 | Prepared schedule of all claims filed against HTA for the preparation of claims presentation. |
| Herriman, Jay | 2/25/2021 | 2.30 | Review litigation claims in order to update claims estimation amounts as appropriate |
| Herriman, Jay | 2/25/2021 | 0.90 | Review draft claims analysis waterfall report |
| Potesta, Tyler | 2/25/2021 | 0.70 | Analyze 4 claims for duplicate liabilities to include on April omnibus objections. |
| DiNatale, Trevor | 2/26/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/26/2021 | 0.60 | Review updated claims waterfall report |
| Harmon, Kara | 2/27/2021 | 2.30 | Prepare presentation for HTA claims reconciliation status report |
| Harmon, Kara | 2/27/2021 | 1.20 | Complete first draft of claims analysis presentation related to active HTA claims |
| Harmon, Kara | 2/27/2021 | 1.80 | Analyze active HTA litigation claims to prepare analysis on high value claims |

<div style="border:1px solid black">

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through February 28, 2021*

</div>

*Exhibit D*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Herriman, Jay | 2/27/2021 | 1.60 | Review draft claims reconciliation status deck in prep of call with Proskauer |
| Hertzberg, Julie | 2/27/2021 | 1.20 | Review draft claims reconciliation status deck in prep of call with Proskauer |
| Harmon, Kara | 2/28/2021 | 0.70 | Analyze duplicate and substrative duplicate claims for April omnibus objections |
| Harmon, Kara | 2/28/2021 | 1.60 | Prepare modifications to HTA claims presentation per comments from J. Herriman |
| Herriman, Jay | 2/28/2021 | 2.10 | Prepare draft analysis related to status of unreconciled unsecured claims |
| Wadzita, Brent | 2/28/2021 | 2.10 | Analyze 3 contract claims asserted against the HTA to evaluate the contract terms and conditions in relation to claim to be used in further reconciliation |
| **Subtotal** | | **32.9** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Corbett, Natalie | 2/26/2021 | 0.90 | Finalize 8th interim application |
| Herriman, Jay | 2/26/2021 | 0.20 | Finalize January 2021 fee application |
| **Subtotal** | | **1.1** | |
| ***Grand Total*** | | **34.0** | |

# <u>Exhibit B</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
MARCH 1, 2021 THROUGH MARCH 31, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | )    PROMESA |
| | )    Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | )    No. 17 BK 3567-LTS |
| | ) |
| | ) |
|    as representative of | ) |
| | ) |
| THE PUERTO RICO HIGHWAYS AND | ) |
| TRANSPORTATION AUTHORITY, et al., | |
| | |
|         Debtors. [1] | |

**COVER SHEET TO THIRTY-SECOND MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>MARCH 1, 2021 THROUGH MARCH 31, 2021</u>**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Puerto Rico Highways & Transportation Authority</u> |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| reimbursement for fees and services outside of Puerto Rico is sought: | <u>March 1, 2021 through March 31, 2021</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$65,075.85 ($72,306.50 incurred less 10% voluntary reduction of $7,230.65)</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$   - 0 -</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-second monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2021.

 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On May 7, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
         Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.
         Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
         Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
         Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period March 1, 2021 through March 31, 2021**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 131.5 | 69,071.20 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 2.1 | 1,967.70 |
| Puerto Rico Highways and Transportation Authority - Meeting | 2.3 | 1,267.60 |
| **Subtotal** | **135.9** | **72,306.50** |
| *Less 10% voluntary reduction* | | *(7,230.65)* |
| **Total** | | **$      65,075.85** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $964 | 1.00 | $964.00 |
| Jay Herriman | Managing Director | Claim Management | $937 | 19.70 | 18,458.90 |
| Kara Harmon | Director | Claim Management | $675 | 5.80 | 3,915.00 |
| Mark Zeiss | Director | Claim Management | $661 | 10.60 | 7,006.60 |
| Richard Carter | Consultant II | Claim Management | $577 | 1.00 | 577.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 15.10 | 8,305.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 82.70 | 33,080.00 |
| **Subtotal** | | | | **135.9** | **72,306.50** |
| *Less 10% voluntary reduction* | | | | | *-7,230.65* |
| **Total** | | | | | **$65,075.85** |

**Summary of Expenses for the Period March 1, 2021 through March 31, 2021**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $58,568.27, for services rendered outside of Puerto Rico.

2

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

2

# **EXHIBITS**

*Exhibit A*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Task
### March 1, 2021 through March 31, 2021

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 131.5 | $69,071.20 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 2.1 | $1,967.70 |
| Puerto Rico Highways and Transportaion Authority - Meeting | 2.3 | $1,267.60 |
| **Total** | **135.9** | **$72,306.50** |

*Page 1 of 1*

*Exhibit B*

### *Puerto Rico Highways  Transportation Authority*
### *Summary of Time Detail by Professional*
### *March 1, 2021 through March 31, 2021*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964.00 | 1.0 | $964.00 |
| Herriman, Jay | Managing Director | $937.00 | 19.7 | $18,458.90 |
| Harmon, Kara | Director | $675.00 | 5.8 | $3,915.00 |
| Zeiss, Mark | Director | $661.00 | 10.6 | $7,006.60 |
| Carter, Richard | Consultant II | $577.00 | 1.0 | $577.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 15.1 | $8,305.00 |
| McNulty, Emmett | Analyst | $400.00 | 82.7 | $33,080.00 |
| **Total** | | | **135.9** | **$72,306.50** |

*Exhibit C*

*Puerto Rico Highways & Transportation Authority*
*Summary of Time Detail by Professional*
*March 1, 2021 through March 31, 2021*

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964 | 1.0 | $964.00 |
| Herriman, Jay | Managing Director | $937 | 17.4 | $16,303.80 |
| Harmon, Kara | Director | $675 | 5.1 | $3,442.50 |
| Zeiss, Mark | Director | $661 | 10.6 | $7,006.60 |
| Carter, Richard | Consultant II | $577 | 0.9 | $519.30 |
| DiNatale, Trevor | Consultant II | $550 | 14.9 | $8,195.00 |
| McNulty, Emmett | Analyst | $400 | 81.6 | $32,640.00 |
| | | | 131.5 | $69,071.20 |
| | | *Average Billing Rate* | | $525.26 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority
Summary of Time Detail by Professional
March 1, 2021 through March 31, 2021**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

Prepare monthly and interim fee applications in accordance with court
guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 2.1 | $1,967.70 |
| | | | 2.1 | $1,967.70 |
| | *Average Billing Rate* | | | $937.00 |

*Exhibit C*

---

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### March 1, 2021 through March 31, 2021

---

**Puerto Rico Highways and Transportaion Authority - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.2 | $187.40 |
| Harmon, Kara | Director | $675 | 0.7 | $472.50 |
| Carter, Richard | Consultant II | $577 | 0.1 | $57.70 |
| DiNatale, Trevor | Consultant II | $550 | 0.2 | $110.00 |
| McNulty, Emmett | Analyst | $400 | 1.1 | $440.00 |
| | | | 2.3 | $1,267.60 |
| | | *Average Billing Rate* | | $551.13 |

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**March 1, 2021 through March 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 3/1/2021 | 0.80 | Prepare modifications to HTA claims summary report per comments from Proskauer |
| Harmon, Kara | 3/1/2021 | 0.60 | Analyze HTA litigation documents to respond to questions from Proskauer related to eminent domain cases |
| Herriman, Jay | 3/1/2021 | 1.30 | Update claims reconciliation status deck with updates from Proskauer |
| Hertzberg, Julie | 3/1/2021 | 0.60 | Review updated claims reconciliation status deck |
| DiNatale, Trevor | 3/2/2021 | 2.40 | Assist with preparation of HTA Claims reconciliation summary report for Proskauer review |
| DiNatale, Trevor | 3/2/2021 | 1.70 | Perform review of Treasury related claims to determine next steps in reconciliation process |
| Harmon, Kara | 3/2/2021 | 1.20 | Analyze comments from Proskauer related to HTA claims analysis presentation to prepare updated document |
| Harmon, Kara | 3/2/2021 | 0.90 | Prepare additional analysis of "Treasury" claims per comments from Proskauer related to unresolved claims at HTA |
| Herriman, Jay | 3/2/2021 | 0.80 | Review updated unsecured claims reconciliation status deck |
| Hertzberg, Julie | 3/2/2021 | 0.40 | Review supplemental updated unsecured claims reconciliation status deck |
| Herriman, Jay | 3/3/2021 | 1.10 | Review litigation claims to identify possible parent / child relationships |
| Herriman, Jay | 3/3/2021 | 1.90 | Review bond claims to be included in April Omnibus objections |
| Herriman, Jay | 3/4/2021 | 1.10 | Review litigation claims to identify possible no liability claims |
| DiNatale, Trevor | 3/5/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 3/5/2021 | 0.90 | Prepare workbook for HTA claims analysis for discussions with E. McNulty |
| McNulty, Emmett | 3/5/2021 | 2.10 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/5/2021 | 1.20 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/6/2021 | 2.90 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/6/2021 | 1.90 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/8/2021 | 2.80 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*March 1, 2021 through March 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 3/8/2021 | 2.10 | Review population of litigation claims to prepare individualized analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/8/2021 | 1.90 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| McNulty, Emmett | 3/8/2021 | 2.40 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| Harmon, Kara | 3/9/2021 | 0.70 | Analyze T50 litigation claims prepared be E. McNulty to determine next steps for claims reconciliation |
| Herriman, Jay | 3/9/2021 | 2.30 | Review litigation claims to determine estimated claim values for Plan purposes |
| McNulty, Emmett | 3/9/2021 | 2.70 | Review population of litigation claims filed against HTA to prepare analysis for further claim classification |
| McNulty, Emmett | 3/9/2021 | 1.40 | Review population of litigation claims filed against HTA to prepare analysis regarding secured and unsecured claim amounts |
| McNulty, Emmett | 3/9/2021 | 2.10 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| McNulty, Emmett | 3/9/2021 | 1.90 | Review population of litigation claims filed against HTA to prepare analysis for further claim classification |
| McNulty, Emmett | 3/9/2021 | 1.10 | Prepare docketing comments file to ensure claims are correctly represented in official claims register |
| McNulty, Emmett | 3/9/2021 | 1.70 | Review population of litigation claims filed against HTA to prepare analysis regarding secured and unsecured claim amounts |
| Zeiss, Mark | 3/9/2021 | 2.10 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| Carter, Richard | 3/10/2021 | 0.60 | Prepare schedule of unresolved AP-related claims filed against the HTA for further analysis. |
| McNulty, Emmett | 3/10/2021 | 2.10 | Review population of claims to prepare analysis regarding the claims' secured and unsecured claim amounts |
| McNulty, Emmett | 3/10/2021 | 2.60 | Review population of claims filed against HTA to prepare analysis regarding secured and unsecured claim amounts |
| McNulty, Emmett | 3/10/2021 | 1.90 | Review population of claims to prepare analysis regarding secured and unsecured claim amounts |
| McNulty, Emmett | 3/10/2021 | 1.70 | Review population of litigation claims filed against HTA to prepare analysis for further claim classification |

*Page 2 of 7*

*Exhibit D*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *March 1, 2021 through March 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 3/11/2021 | 0.30 | Prepare detailed analysis of ACR-related claims requiring updates to Waterfall flags. |
| DiNatale, Trevor | 3/11/2021 | 0.80 | Perform review of omnibus objection drafts |
| Herriman, Jay | 3/11/2021 | 1.60 | Review analysis of top 50 litigation claims - judgments in prep of call with Proskauer |
| McNulty, Emmett | 3/11/2021 | 1.70 | Review population of litigation claims filed against HTA to prepare analysis regarding specific litigation judgements |
| McNulty, Emmett | 3/11/2021 | 2.20 | Analyze population of litigation claims to prepare analysis for further claim classification within the ADR process |
| McNulty, Emmett | 3/11/2021 | 1.70 | Review population of claims to prepare analysis regarding the claims' secured and unsecured claim amounts |
| McNulty, Emmett | 3/11/2021 | 2.40 | Review population of litigation claims to prepare individualized analysis of litigation judgement for further claim categorization |
| DiNatale, Trevor | 3/12/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McNulty, Emmett | 3/12/2021 | 0.70 | Analyze population of litigation claims to prepare specific analysis of litigation judgements for further claim categorization |
| McNulty, Emmett | 3/12/2021 | 1.40 | Review population of litigation claims to prepare individualized analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/12/2021 | 1.90 | Review population of litigation claims to prepare specific analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/12/2021 | 2.10 | Analyze population of litigation claims to prepare specific analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/15/2021 | 1.30 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/15/2021 | 1.60 | Analyze population of litigation claims to prepare analysis for further internal review in the ADR process |
| McNulty, Emmett | 3/15/2021 | 1.90 | Review population of litigation claims to prepare detailed analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/15/2021 | 2.70 | Analyze litigation claims to prepare detailed analysis for further claim classification into the ADR process |
| Zeiss, Mark | 3/15/2021 | 1.40 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| Herriman, Jay | 3/16/2021 | 2.90 | Review litigation claims in prep of call with Proskauer |
| Herriman, Jay | 3/16/2021 | 0.50 | Prepare multiple emails to litigation creditors requesting additional information related to their claim |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*March 1, 2021 through March 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/16/2021 | 1.80 | Review analysis of takings claims to determine next steps and treatment under plan |
| McNulty, Emmett | 3/16/2021 | 1.90 | Review population of litigation claims to prepare claim synopses for further claim classification into the ADR process |
| McNulty, Emmett | 3/16/2021 | 1.40 | Prepare modifications to claimant and claim information related to register processing for the week ending 3/19/21 |
| McNulty, Emmett | 3/16/2021 | 2.30 | Analyze litigation claims to prepare detailed claim synopses for further claim classification into the ADR process |
| McNulty, Emmett | 3/16/2021 | 2.80 | Review population of litigation claims to prepare claim synopses to be used for further claim classification within the ADR process |
| McNulty, Emmett | 3/16/2021 | 0.80 | Analyze weekly claims register to process newly filed claims |
| Zeiss, Mark | 3/16/2021 | 1.40 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| Zeiss, Mark | 3/18/2021 | 2.30 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| DiNatale, Trevor | 3/23/2021 | 1.40 | Analyze litigation Claims to identify potential administrative/post-petition liabilities |
| DiNatale, Trevor | 3/24/2021 | 0.70 | Prepare ADR exhibits consisting of Claims removed from omnibus objections for upcoming transfer |
| DiNatale, Trevor | 3/24/2021 | 0.90 | Prepare ACR exhibits consisting of Claims removed from omnibus objections for upcoming transfer |
| McNulty, Emmett | 3/24/2021 | 1.40 | Analyze population of claims with secured claim amounts to prepare detailed analysis further claim categorization |
| DiNatale, Trevor | 3/25/2021 | 0.40 | Perform updates to ADR exhibits consisting of Claims removed from omnibus objections for upcoming transfer |
| DiNatale, Trevor | 3/26/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 3/29/2021 | 0.90 | Prepare ADR transfer exhibit highlighting Claims removed from omnibus objections |
| McNulty, Emmett | 3/29/2021 | 1.40 | Review population of Eminent Domain claims to prepare claim analysis for further claim classification |
| McNulty, Emmett | 3/29/2021 | 2.10 | Review population of Eminent Domain claims to prepare detailed analysis for further claim classification |
| McNulty, Emmett | 3/29/2021 | 1.80 | Review population of Eminent Domain claims to prepare detailed analysis for further claim classification |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**March 1, 2021 through March 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 3/29/2021 | 0.30 | Draft report of CUSIPs and potential objections for bonds that bondholder claims assert for upcoming April objections |
| DiNatale, Trevor | 3/30/2021 | 0.90 | Perform updates to ADR transfer exhibit highlighting Claims removed from omnibus objections |
| McNulty, Emmett | 3/30/2021 | 2.80 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| McNulty, Emmett | 3/30/2021 | 1.90 | Review population of Eminent Domain claims to prepare claim analysis for further claim classification |
| Zeiss, Mark | 3/30/2021 | 0.90 | Finalize ADR, ACR Exhibits from December 2019 - October 2020 objections as applicable per Proskauer comments |
| Herriman, Jay | 3/31/2021 | 2.10 | Review litigation claims to identify reverse condemnation claims needed for plan classification |
| McNulty, Emmett | 3/31/2021 | 1.60 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| McNulty, Emmett | 3/31/2021 | 1.30 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| Zeiss, Mark | 3/31/2021 | 1.40 | Revise bondholder claims reconciliation for bondholder claiming losses |
| Zeiss, Mark | 3/31/2021 | 0.80 | Revise bondholder claims reconciliation per additional objections by CUSIP for potential April Objections |
| **Subtotal** | | **131.5** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/7/2021 | 1.20 | Prepare Eighth Interim Fee Application |
| Herriman, Jay | 3/12/2021 | 0.60 | Finalize Eighth interim fee application |
| Herriman, Jay | 3/15/2021 | 0.30 | Finalize Eighth Interim fee application, send to counsel for filing |
| **Subtotal** | | **2.1** | |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**March 1, 2021 through March 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 3/5/2021 | 0.20 | Participate in conference call with K. Harmon and E. McNulty to discuss litigation review related to claims estimation |
| McNulty, Emmett | 3/5/2021 | 0.20 | Participate in conference call with K. Harmon and E. McNulty to discuss litigation review related to claims estimation |
| Carter, Richard | 3/11/2021 | 0.10 | Participate in conference call with R. Carter and E. McNulty regarding analysis of secured and unsecured class amounts for Highways and Transportation Authority litigation claims |
| DiNatale, Trevor | 3/11/2021 | 0.20 | Participate in conference call with T. DiNatale and E. McNulty regarding preparation of analysis for population of secured HTA claims |
| Harmon, Kara | 3/11/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of analysis for secured and unsecured class amounts for HTA litigation claims |
| Harmon, Kara | 3/11/2021 | 0.30 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| Herriman, Jay | 3/11/2021 | 0.10 | Participate in conference call with J. Herriman and E. McNulty regarding preparation of detailed analysis for HTA litigation claims |
| McNulty, Emmett | 3/11/2021 | 0.10 | Participate in conference call with J. Herriman and E. McNulty regarding preparation of detailed analysis for HTA litigation claims |
| McNulty, Emmett | 3/11/2021 | 0.10 | Participate in conference call with R. Carter and E. McNulty regarding analysis of secured and unsecured class amounts for Highways and Transportation Authority litigation claims |
| McNulty, Emmett | 3/11/2021 | 0.20 | Participate in conference call with T. DiNatale and E. McNulty regarding preparation of analysis for population of secured HTA claims |
| McNulty, Emmett | 3/11/2021 | 0.30 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| McNulty, Emmett | 3/11/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of analysis for secured and unsecured class amounts for HTA litigation claims |
| Harmon, Kara | 3/15/2021 | 0.10 | Participate in conference call with K. Harmon, J. Herriman and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| Herriman, Jay | 3/15/2021 | 0.10 | Participate in conference call with K. Harmon, J. Herriman and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| McNulty, Emmett | 3/15/2021 | 0.10 | Participate in conference call with K. Harmon, J. Herriman and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**March 1, 2021 through March 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | 2.3 | |
| *Grand Total* | | 135.9 | |

# <u>Exhibit C</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
APRIL 1, 2021 THROUGH APRIL 30, 2021**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |
| | | |
| Debtors. [1] | | |

# COVER SHEET TO THIRTY-THIRD MONTHLY FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR THE PERIOD FROM <u>APRIL 1, 2021 THROUGH APRIL 30, 2021</u>

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Puerto Rico Highways & Transportation Authority</u> |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | April 1, 2021 through April 30, 2021 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $58,100.31 ($64,555.90 incurred less 10% voluntary reduction of $6,455.59) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-third monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2021.


  /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On June 8, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
          Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:     Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:     Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period April 1, 2021 through April 30, 2021**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 120.1 | 64,555.90 |
| **Subtotal** | **120.1** | **64,555.90** |
| *Less 10% voluntary reduction* | | *(6,455.59)* |
| **Total** | | $ **58,100.31** |

| **PROFESSIONAL** | **POSITION** | **DEPARTMENT** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 10.80 | 10,119.60 |
| Kara Harmon | Director | Claim Management | $675 | 4.90 | 3,307.50 |
| Mark Zeiss | Director | Claim Management | $661 | 9.40 | 6,213.40 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 18.70 | 10,285.00 |
| Nick Tammerine | Consultant II | Claim Management | $550 | 22.10 | 12,155.00 |
| Brent Wadzita | Junior Consultant | Claim Management | $441 | 19.40 | 8,555.40 |
| Emmett McNulty | Analyst | Claim Management | $400 | 34.80 | 13,920.00 |
| **Subtotal** | | | | **120.1** | **64,555.90** |
| *Less 10% voluntary reduction* | | | | | -6,455.59 |
| **Total** | | | | | **$58,100.31** |

**Summary of Expenses for the Period April 1, 2021 through April 30, 2021**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $52,290.28, for services rendered outside of Puerto Rico.

2

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

2

**<u>EXHIBITS</u>**

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**April 1, 2021 through April 30, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 120.1 | $64,555.90 |
| **Total** | **120.1** | **$64,555.90** |

*Page 1 of 1*

*Exhibit B*

## *Puerto Rico Highways  Transportation Authority*
### *Summary of Time Detail by Professional*
### *April 1, 2021 through April 30, 2021*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 10.8 | $10,119.60 |
| Harmon, Kara | Director | $675.00 | 4.9 | $3,307.50 |
| Zeiss, Mark | Director | $661.00 | 9.4 | $6,213.40 |
| DiNatale, Trevor | Consultant II | $550.00 | 18.7 | $10,285.00 |
| Tammerine, Nick | Consultant II | $550.00 | 22.1 | $12,155.00 |
| Wadzita, Brent | Junior Consultant | $441.00 | 19.4 | $8,555.40 |
| McNulty, Emmett | Analyst | $400.00 | 34.8 | $13,920.00 |
| | | **Total** | **120.1** | **$64,555.90** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**April 1, 2021 through April 30, 2021**

**Puerto Rico Highways and
Transportaion Authority - Claims
Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim analysis,
review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 10.8 | $10,119.60 |
| Harmon, Kara | Director | $675 | 4.9 | $3,307.50 |
| Zeiss, Mark | Director | $661 | 9.4 | $6,213.40 |
| DiNatale, Trevor | Consultant II | $550 | 18.7 | $10,285.00 |
| Tammerine, Nick | Consultant II | $550 | 22.1 | $12,155.00 |
| Wadzita, Brent | Junior Consultant | $441 | 19.4 | $8,555.40 |
| McNulty, Emmett | Analyst | $400 | 34.8 | $13,920.00 |
| | | | 120.1 | $64,555.90 |
| | | *Average Billing Rate* | | $537.52 |

*Page 1 of 1*

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**April 1, 2021 through April 30, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 4/1/2021 | 1.20 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/1/2021 | 1.90 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/1/2021 | 2.10 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| DiNatale, Trevor | 4/2/2021 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McNulty, Emmett | 4/2/2021 | 2.90 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain claims for further claim classification |
| DiNatale, Trevor | 4/5/2021 | 1.70 | Analyze waterfall summary report to identify potential "no liability" litigation Claims for upcoming omnibus objections |
| DiNatale, Trevor | 4/5/2021 | 0.90 | Review "parent" class action litigation Claims to determine proper plaintiff details for potential substantive duplicate objections |
| Herriman, Jay | 4/5/2021 | 0.30 | Review updated claims waterfall report |
| McNulty, Emmett | 4/5/2021 | 2.60 | Analyze population of litigation claims to prepare analysis for further internal review in the ADR process |
| McNulty, Emmett | 4/5/2021 | 1.60 | Review population of litigation claims to create detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/5/2021 | 1.90 | Analyze population of litigation claims to prepare claim analysis for further internal review in the ADR process |
| McNulty, Emmett | 4/5/2021 | 2.30 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain /expropriation of property claims for further claim classification |
| DiNatale, Trevor | 4/6/2021 | 1.40 | Analyze litigation claim matches for commons assertions to master claims in preparation for upcoming claim objections |
| DiNatale, Trevor | 4/6/2021 | 1.30 | Perform review of litigation Claims identified as substantive duplicate for upcoming omnibus objections |
| McNulty, Emmett | 4/6/2021 | 1.30 | Analyze population of litigation claims to prepare analysis regarding possible duplicate classification of claims for further internal review |
| McNulty, Emmett | 4/6/2021 | 2.40 | Analyze population of litigation claims to prepare analysis regarding possible duplicate classification of claims for further internal review |

*Exhibit D*

> ***Puerto Rico Highways & Transportation Authority***
> ***Time Detail by Activity by Professional***
> ***April 1, 2021 through April 30, 2021***

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 4/6/2021 | 2.10 | Review population of litigation claims to create detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/6/2021 | 2.70 | Review population of litigation claims to create detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/7/2021 | 1.60 | Analyze population of litigation claims to prepare claim analysis for further internal claim classification within the ADR process |
| McNulty, Emmett | 4/7/2021 | 2.10 | Analyze population of litigation claims to prepare detailed claim analysis for further internal claim classification |
| McNulty, Emmett | 4/7/2021 | 2.20 | Review population of litigation claims to create detailed claim analysis for further internal claim classification |
| McNulty, Emmett | 4/7/2021 | 2.60 | Review population of litigation claims to create detailed claim analysis for further internal claim classification |
| McNulty, Emmett | 4/7/2021 | 1.30 | Analyze population of litigation claims to create detailed claim analysis for further internal claim classification |
| Harmon, Kara | 4/8/2021 | 0.90 | Analyze HTA claims to prepare analysis of eminent domain claims |
| Herriman, Jay | 4/8/2021 | 1.70 | Review draft analysis of HTA takings claims to ensure proper categorization for plan class |
| Zeiss, Mark | 4/8/2021 | 0.90 | Draft report of Prime Clerk changes for claims recently under ordered Omnibus Exhibits, checking against ordered Omnis |
| DiNatale, Trevor | 4/9/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 4/10/2021 | 1.80 | Review Bond claims to be included on June Omnibus claim objections |
| DiNatale, Trevor | 4/11/2021 | 0.60 | Prepare class action litigation substantive duplicate reports for team review |
| Harmon, Kara | 4/11/2021 | 3.20 | Analyze HTA filed litigation claims to determine claims for expropriate and takings / prepare non-HTA litigation for objection to modify Debtor |
| Tammerine, Nick | 4/11/2021 | 0.40 | Create report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/11/2021 | 0.60 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Tammerine, Nick | 4/11/2021 | 0.90 | Formulate recommendations regarding potential objections to claims following review of filed proofs of claim asserting priority status. |

*Page 2 of 6*

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*April 1, 2021 through April 30, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 4/12/2021 | 1.10 | Develop summary report of unreconciled litigation Claims for AAFAF and Proskauer review |
| DiNatale, Trevor | 4/12/2021 | 0.30 | Analyze DOJ and AAFAF litigation Claim reconciliation detail to determine next steps in objection process |
| Herriman, Jay | 4/12/2021 | 1.10 | Review bond claims to be included on Omnibus objections for hearing in June |
| Tammerine, Nick | 4/12/2021 | 0.90 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/12/2021 | 1.40 | Perform review of filed proofs of claim asserting priority status and determine likelihood of whether asserted priorities are valid. |
| Harmon, Kara | 4/13/2021 | 0.80 | Analyze HTA claims to prepare analysis of eminent domain claims |
| Tammerine, Nick | 4/13/2021 | 0.90 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Tammerine, Nick | 4/13/2021 | 0.60 | Formulate recommendations regarding potential objections to claims based on review of filed proofs of claim asserting priority status and the supporting documentation contained therein. |
| Tammerine, Nick | 4/13/2021 | 0.70 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Wadzita, Brent | 4/13/2021 | 2.40 | Analyze asserted legal eminent domain property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/13/2021 | 2.70 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| DiNatale, Trevor | 4/14/2021 | 0.90 | Review Claims identified duplicate to the master litigation claim for upcoming omnibus objections |
| Tammerine, Nick | 4/14/2021 | 1.20 | Perform review of filed proofs of claim asserting priority status and determine likelihood of whether asserted priorities are valid. |
| Tammerine, Nick | 4/14/2021 | 0.70 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Wadzita, Brent | 4/14/2021 | 1.90 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/14/2021 | 2.90 | Analyze asserted legal inverse expropriation of property claims to prepare detailed analysis for further claim classification |
| Tammerine, Nick | 4/15/2021 | 1.80 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |

*Exhibit D*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *April 1, 2021 through April 30, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Tammerine, Nick | 4/15/2021 | 0.30 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Wadzita, Brent | 4/15/2021 | 1.40 | Analyze asserted legal eminent domain property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/15/2021 | 2.80 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/15/2021 | 2.10 | Analyze asserted legal inverse expropriation of property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/15/2021 | 2.60 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Zeiss, Mark | 4/15/2021 | 1.40 | Research CUSIPs for bonds bondholders claim for proper objection basis, for bonds not covered by master bond claimants or resolved in other Title III cases, asserted against HTA |
| DiNatale, Trevor | 4/16/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 4/16/2021 | 1.90 | Review analysis of claims asserting takings liabilities to determine objection process to properly classify claims |
| Tammerine, Nick | 4/16/2021 | 0.70 | Formulate recommendations regarding potential objections to claims following review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/16/2021 | 1.30 | Perform review of filed proofs of claim asserting priority status and determine likelihood of whether asserted priorities are valid. |
| Tammerine, Nick | 4/16/2021 | 0.60 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Wadzita, Brent | 4/16/2021 | 0.60 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Herriman, Jay | 4/19/2021 | 2.10 | Review bond related claims to be listing on upcoming Omnibus objections |
| Tammerine, Nick | 4/20/2021 | 1.00 | Perform quality control check on claims currently identified for objection by reviewing claim reconciliation work performed by other members of the A&M team. |
| Tammerine, Nick | 4/20/2021 | 0.90 | Identify potential updates to claims marked for objection and make recommendations for revisions as applicable. |
| Tammerine, Nick | 4/21/2021 | 0.90 | Review claim reconciliation work performed by other members of the A&M team. |
| Tammerine, Nick | 4/21/2021 | 0.70 | Update internal case management system based on updates identified during review of reconciliation work done by members of the A&M team. |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**April 1, 2021 through April 30, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 4/22/2021 | 2.30 | Revise June bondholder Omnibus Exhibits for reasons accompanying each claim based off of bond CUSIP information claimants provided |
| Tammerine, Nick | 4/23/2021 | 0.80 | Update internal case management system to reflect reconciliation efforts related to claims asserting priority status that have been identified as not being eligible for such asserted priority. |
| Tammerine, Nick | 4/23/2021 | 0.70 | Review filed claims asserting priority status and identify claims that are not entitled to the elevated priority they're asserting. |
| Herriman, Jay | 4/25/2021 | 1.90 | Review draft Claim Omnibus objection exhibits 320 - 328 related to bonds |
| Tammerine, Nick | 4/26/2021 | 0.40 | Formulate recommendations regarding potential objections to claims following review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/26/2021 | 0.80 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/26/2021 | 0.90 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Zeiss, Mark | 4/26/2021 | 2.40 | Draft June non-bondholder Omnibus Objection Exhibits per draft workbook |
| DiNatale, Trevor | 4/27/2021 | 0.70 | Perform review of claims identified for upcoming omnibus objections |
| Tammerine, Nick | 4/27/2021 | 0.90 | Analyze claims asserting 503(b)(9), administrative, priority, and/or secured status(es) to determine whether non-GUC priority is potentially valid. |
| Tammerine, Nick | 4/27/2021 | 1.10 | Notate findings of priority claims analysis and make recommendations regarding potential objections based on said findings. |
| DiNatale, Trevor | 4/28/2021 | 1.10 | Review omnibus claim objections to provide feedback to Proskauer |
| DiNatale, Trevor | 4/28/2021 | 0.80 | Perform review of omnibus claim objection exhibits |
| Zeiss, Mark | 4/28/2021 | 1.20 | Revise June non-bondholder Omnibus Objection Exhibits per updated draft workbook |
| DiNatale, Trevor | 4/29/2021 | 0.80 | Perform review of omnibus claim objection exhibits |
| Zeiss, Mark | 4/29/2021 | 1.20 | Revise June non-bondholder Omnibus Objection Exhibits per updated draft workbook |
| DiNatale, Trevor | 4/30/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*April 1, 2021 through April 30, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **120.1** | |
| *Grand Total* | | 120.1 | |

# Exhibit D

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**MAY 1, 2021 THROUGH MAY 31, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |

Debtors. [1]


**COVER SHEET TO THIRTY-FOURTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>MAY 1, 2021 THROUGH MAY 31, 2021</u>**


# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO


| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Puerto Rico Highways & Transportation Authority</u> |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | May 1, 2021 through May 31, 2021 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $25,349.22 ($28,165.80 incurred less 10% voluntary reduction of $2,816.58) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-fourth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2021.


   /s/ _____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On July 7, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
            FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:      Juan J. Casillas Ayala, Esq.
              Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:      John J. Rapisardi, Esq.
              Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:      Luis C. Marini-Biaggi, Esq.
              Carolina Velaz-Rivero, Esq.
              Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:      Robert Gordon, Esq.
              Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:      Catherine Steege, Esq.
              Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:      Reylam Guerra Goderich, Deputy Assistant of
General Accounting
              Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
              Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
              Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
              Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period May 1, 2021 through May 31, 2021**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 52.7 | 27,791.00 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 0.4 | 374.80 |
| **Subtotal** | **53.1** | **28,165.80** |
| *Less 10% voluntary reduction* | | *(2,816.58)* |
| **Total** | | **$   25,349.22** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 5.00 | 4,685.00 |
| Mark Zeiss | Director | Claim Management | $661 | 5.30 | 3,503.30 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 15.30 | 8,415.00 |
| Nick Fiore | Consultant | Claim Management | $550 | 0.20 | 110.00 |
| Nick Tammerine | Consultant | Claim Management | $550 | 1.10 | 605.00 |
| Julia McCarthy | Analyst | Claim Management | $425 | 14.70 | 6,247.50 |
| Chester Monte | Analyst | Claim Management | $400 | 10.20 | 4,080.00 |
| Claudia Sigman | Analyst | Claim Management | $400 | 1.30 | 520.00 |
| **Subtotal** | | | | **53.1** | **28,165.80** |
| *Less 10% voluntary reduction* | | | | | *-2,816.58* |
| **Total** | | | | | **$25,349.22** |

**Summary of Expenses for the Period May 1, 2021 through May 31, 2021**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $22,814.30, for services rendered outside of Puerto Rico.

2

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/_____
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

2

**<u>EXHIBITS</u>**

*Exhibit A*

| Puerto Rico Highways & Transportation Authority |
| :---: |
| *Summary of Time Detail by Task* |
| *May 1, 2021 through May 31, 2021* |

| Task Description | Sum of Hours | Sum of Fees |
| :--- | ---: | ---: |
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 52.7 | $27,791.00 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 0.4 | $374.80 |
| **Total** | **53.1** | **$28,165.80** |

*Exhibit B*

### Puerto Rico Highways  Transportation Authority
### Summary of Time Detail by Professional
### May 1, 2021 through May 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 5.0 | $4,685.00 |
| Zeiss, Mark | Director | $661.00 | 5.3 | $3,503.30 |
| DiNatale, Trevor | Consultant II | $550.00 | 15.3 | $8,415.00 |
| Fiore, Nick | Consultant | $550.00 | 0.2 | $110.00 |
| Tammerine, Nick | Consultant | $550.00 | 1.1 | $605.00 |
| McCarthy, Julia | Analyst | $425.00 | 14.7 | $6,247.50 |
| Chester, Monte | Analyst | $400.00 | 10.2 | $4,080.00 |
| Sigman, Claudia | Analyst | $400.00 | 1.3 | $520.00 |
| | | **Total** | **53.1** | **$28,165.80** |

*Exhibit C*

### *Puerto Rico Highways & Transportation Authority*
### *Summary of Time Detail by Professional*
### *May 1, 2021 through May 31, 2021*

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 4.6 | $4,310.20 |
| Zeiss, Mark | Director | $661 | 5.3 | $3,503.30 |
| DiNatale, Trevor | Consultant II | $550 | 15.3 | $8,415.00 |
| Fiore, Nick | Consultant | $550 | 0.2 | $110.00 |
| Tammerine, Nick | Consultant | $550 | 1.1 | $605.00 |
| McCarthy, Julia | Analyst | $425 | 14.7 | $6,247.50 |
| Chester, Monte | Analyst | $400 | 10.2 | $4,080.00 |
| Sigman, Claudia | Analyst | $400 | 1.3 | $520.00 |
| | | | 52.7 | $27,791.00 |
| | *Average Billing Rate* | | | $527.34 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**May 1, 2021 through May 31, 2021**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.4 | $374.80 |
| | | | 0.4 | $374.80 |
| | *Average Billing Rate* | | | $937.00 |

*Exhibit D*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *May 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 5/3/2021 | 1.80 | Revise partial, full litigation duplicates Omnibus Exhibit objections for August hearing |
| Zeiss, Mark | 5/4/2021 | 1.60 | Revise partial, full litigation duplicates Omnibus Exhibit objections for August hearing |
| Tammerine, Nick | 5/5/2021 | 0.30 | Identify potential updates to claims marked for objection and make recommendations claims by revisions as applicable. |
| Tammerine, Nick | 5/5/2021 | 0.80 | Perform quality control check on claims currently identified for objection by reviewing claim reconciliation work performed by other members of the A&M team. |
| Herriman, Jay | 5/6/2021 | 2.40 | Review analysis of bond claims to be included in next round of Omnibus objections |
| Zeiss, Mark | 5/6/2021 | 1.10 | Draft workbook of bondholder claims ready for objection including basis of objection by CUSIP for August hearing |
| DiNatale, Trevor | 5/7/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 5/7/2021 | 0.80 | Draft full, partial duplicate litigation omnibus objection exhibits per comments for additional matches, removed matches for upcoming August hearing filings |
| DiNatale, Trevor | 5/10/2021 | 1.40 | Analyze judgement and settlement reconciliation detail provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 5/11/2021 | 1.40 | Review judgement and settlement reconciliation detail provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 5/11/2021 | 1.60 | Prepare summary report of DOJ litigation Claim reconciliation detail for Proskauer review |
| DiNatale, Trevor | 5/12/2021 | 1.10 | Analyze judgement and settlement reconciliation detail provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 5/12/2021 | 1.70 | Prepare summary report of DOJ litigation Claim reconciliation detail for Proskauer review |
| DiNatale, Trevor | 5/13/2021 | 1.40 | Prepare updated objection tracker summary for class action claims on upcoming omnibus objections |
| DiNatale, Trevor | 5/14/2021 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 5/14/2021 | 1.10 | Review claims to be included on August Omnibus objections |
| McCarthy, Julia | 5/18/2021 | 1.20 | Analyze litigation claims asserting pension components to be transferred into ADR process |
| Sigman, Claudia | 5/20/2021 | 0.30 | Analyze litigation claims with judgements / settlements for entry into ADR process. |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**May 1, 2021 through May 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 5/21/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 5/21/2021 | 1.10 | Review bond claims to be included in August Omnibus objections |
| McCarthy, Julia | 5/21/2021 | 2.40 | Analyze unliquidated litigation claims related to personal injury to be transferred into ADR process |
| McCarthy, Julia | 5/21/2021 | 2.10 | Analyze litigation claims asserting pension components to be transferred into ADR process |
| McCarthy, Julia | 5/21/2021 | 2.60 | Review unliquidated litigation settlements related to personal injury for entry into ADR process |
| Fiore, Nick | 5/24/2021 | 0.20 | Analyze litigation claims for pension related assertions and additional unrelated assertions |
| Chester, Monte | 5/25/2021 | 2.90 | Review claims with asserted priority amounts to prepare for Aug omnibus objections |
| Chester, Monte | 5/25/2021 | 2.30 | Triage unliquidated POC's to determine if only pension liability was asserted |
| McCarthy, Julia | 5/25/2021 | 1.30 | Review unliquidated litigation claims which are pending approval to be transferred into ADR process |
| Sigman, Claudia | 5/25/2021 | 0.20 | Review litigation claims with judgements / settlements for entry into ADR process. |
| Chester, Monte | 5/26/2021 | 2.80 | Analyze employee related litigation Claims to determine if claimant asserted pension liabilities |
| Chester, Monte | 5/26/2021 | 2.20 | Review employee related litigation Claims to determine if claimant asserted pension liabilities |
| Sigman, Claudia | 5/27/2021 | 0.40 | Analyze litigation claims to be transferred into the ADR process related to government employees. |
| DiNatale, Trevor | 5/28/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McCarthy, Julia | 5/28/2021 | 2.80 | Review unliquidated claims related to personal injury for entry into ADR process |
| McCarthy, Julia | 5/28/2021 | 2.30 | Analyze unliquidated claims related to unpaid wages to be entered into ADR process |
| Sigman, Claudia | 5/31/2021 | 0.40 | Analyze litigation claims to be transferred into the ADR process related to government employees. |

| **Subtotal** | | **52.7** | |

*Page 2 of 3*

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*May 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 5/4/2021 | 0.40 | Review March Fee Application and send to board for approval |
| **Subtotal** | | **0.4** | |
| *Grand Total* | | 53.1 | |

# Exhibit E

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**PROFESSIONAL SERVICES TIME DETAIL FOR THE NINTH INTERIM**
**FEE APPLICATION PERIOD**
**FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

<table>
<tr><td></td><td>*Puerto Rico Highways & Transportation Authority*<br>*Time Detail by Activity by Professional*<br>*February 1, 2021 through May 31, 2021*</td><td>*Exhibit E*</td></tr>
</table>

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/1/2021 | 1.30 | Review draft listing of deficient bond claims to be included on Omnibus objection |
| DiNatale, Trevor | 2/5/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 2/8/2021 | 0.10 | Prepare detailed analysis to ensure that claim is properly flagged for upcoming deficient claims objection. |
| Carter, Richard | 2/9/2021 | 0.30 | Prepare detailed analysis to ensure that 5 claims are properly flagged for upcoming deficient claims objection. |
| McNulty, Emmett | 2/10/2021 | 2.10 | Analyze set of duplicative claims in preparation of the duplicate objections for the April omnibus hearing |
| DiNatale, Trevor | 2/12/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 2/14/2021 | 0.10 | Prepare detailed analysis of 1 claim flagged as potentially related to a specific class action lawsuit at the request of counsel. |
| McNulty, Emmett | 2/15/2021 | 0.60 | Analyze new mailing responses filed by claimants to determine the proper next steps in reconciliation process |
| Carter, Richard | 2/17/2021 | 0.10 | Prepare updated AP unresolved tracker based on additional responses received by Commonwealth agency. |
| Carter, Richard | 2/17/2021 | 0.60 | Prepare detailed analysis of documentation received from the Commonwealth regarding an unresolved AP claim. |
| DiNatale, Trevor | 2/19/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 2/25/2021 | 1.90 | Prepared schedule of all claims filed against HTA for the preparation of claims presentation. |
| Herriman, Jay | 2/25/2021 | 2.30 | Review litigation claims in order to update claims estimation amounts as appropriate |
| Herriman, Jay | 2/25/2021 | 0.90 | Review draft claims analysis waterfall report |
| Potesta, Tyler | 2/25/2021 | 0.70 | Analyze 4 claims for duplicate liabilities to include on April omnibus objections. |
| DiNatale, Trevor | 2/26/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/26/2021 | 0.60 | Review updated claims waterfall report |
| Harmon, Kara | 2/27/2021 | 2.30 | Prepare presentation for HTA claims reconciliation status report |
| Harmon, Kara | 2/27/2021 | 1.20 | Complete first draft of claims analysis presentation related to active HTA claims |
| Harmon, Kara | 2/27/2021 | 1.80 | Analyze active HTA litigation claims to prepare analysis on high value claims |

<div style="text-align:center">

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

</div>

**Exhibit E**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/27/2021 | 1.60 | Review draft claims reconciliation status deck in prep of call with Proskauer |
| Hertzberg, Julie | 2/27/2021 | 1.20 | Review draft claims reconciliation status deck in prep of call with Proskauer |
| Harmon, Kara | 2/28/2021 | 0.70 | Analyze duplicate and substrative duplicate claims for April omnibus objections |
| Harmon, Kara | 2/28/2021 | 1.60 | Prepare modifications to HTA claims presentation per comments from J. Herriman |
| Herriman, Jay | 2/28/2021 | 2.10 | Prepare draft analysis related to status of unreconciled unsecured claims |
| Wadzita, Brent | 2/28/2021 | 2.10 | Analyze 3 contract claims asserted against the HTA to evaluate the contract terms and conditions in relation to claim to be used in further reconciliation |
| Harmon, Kara | 3/1/2021 | 0.60 | Analyze HTA litigation documents to respond to questions from Proskauer related to eminent domain cases |
| Harmon, Kara | 3/1/2021 | 0.80 | Prepare modifications to HTA claims summary report per comments from Proskauer |
| Herriman, Jay | 3/1/2021 | 1.30 | Update claims reconciliation status deck with updates from Proskauer |
| Hertzberg, Julie | 3/1/2021 | 0.60 | Review updated claims reconciliation status deck |
| DiNatale, Trevor | 3/2/2021 | 1.70 | Perform review of Treasury related claims to determine next steps in reconciliation process |
| DiNatale, Trevor | 3/2/2021 | 2.40 | Assist with preparation of HTA Claims reconciliation summary report for Proskauer review |
| Harmon, Kara | 3/2/2021 | 1.20 | Analyze comments from Proskauer related to HTA claims analysis presentation to prepare updated document |
| Harmon, Kara | 3/2/2021 | 0.90 | Prepare additional analysis of "Treasury" claims per comments from Proskauer related to unresolved claims at HTA |
| Herriman, Jay | 3/2/2021 | 0.80 | Review updated unsecured claims reconciliation status deck |
| Hertzberg, Julie | 3/2/2021 | 0.40 | Review supplemental updated unsecured claims reconciliation status deck |
| Herriman, Jay | 3/3/2021 | 1.10 | Review litigation claims to identify possible parent / child relationships |
| Herriman, Jay | 3/3/2021 | 1.90 | Review bond claims to be included in April Omnibus objections |
| Herriman, Jay | 3/4/2021 | 1.10 | Review litigation claims to identify possible no liability claims |
| DiNatale, Trevor | 3/5/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Page 2 of 15*

**Exhibit E**

| | |
|---|---|
| *Puerto Rico Highways & Transportation Authority*<br>*Time Detail by Activity by Professional*<br>*February 1, 2021 through May 31, 2021* | |

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 3/5/2021 | 0.90 | Prepare workbook for HTA claims analysis for discussions with E. McNulty |
| McNulty, Emmett | 3/5/2021 | 2.10 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/5/2021 | 1.20 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/6/2021 | 1.90 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/6/2021 | 2.90 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/8/2021 | 1.90 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| McNulty, Emmett | 3/8/2021 | 2.10 | Review population of litigation claims to prepare individualized analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/8/2021 | 2.80 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| McNulty, Emmett | 3/8/2021 | 2.40 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| Harmon, Kara | 3/9/2021 | 0.70 | Analyze T50 litigation claims prepared be E. McNulty to determine next steps for claims reconciliation |
| Herriman, Jay | 3/9/2021 | 2.30 | Review litigation claims to determine estimated claim values for Plan purposes |
| McNulty, Emmett | 3/9/2021 | 1.40 | Review population of litigation claims filed against HTA to prepare analysis regarding secured and unsecured claim amounts |
| McNulty, Emmett | 3/9/2021 | 1.10 | Prepare docketing comments file to ensure claims are correctly represented in official claims register |
| McNulty, Emmett | 3/9/2021 | 1.90 | Review population of litigation claims filed against HTA to prepare analysis for further claim classification |
| McNulty, Emmett | 3/9/2021 | 2.70 | Review population of litigation claims filed against HTA to prepare analysis for further claim classification |
| McNulty, Emmett | 3/9/2021 | 2.10 | Analyze population of litigation claims to prepare detailed analysis of litigation details for further claim categorization |
| McNulty, Emmett | 3/9/2021 | 1.70 | Review population of litigation claims filed against HTA to prepare analysis regarding secured and unsecured claim amounts |
| Zeiss, Mark | 3/9/2021 | 2.10 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Carter, Richard | 3/10/2021 | 0.60 | Prepare schedule of unresolved AP-related claims filed against the HTA for further analysis. |
| McNulty, Emmett | 3/10/2021 | 2.10 | Review population of claims to prepare analysis regarding the claims' secured and unsecured claim amounts |
| McNulty, Emmett | 3/10/2021 | 2.60 | Review population of claims filed against HTA to prepare analysis regarding secured and unsecured claim amounts |
| McNulty, Emmett | 3/10/2021 | 1.70 | Review population of litigation claims filed against HTA to prepare analysis for further claim classification |
| McNulty, Emmett | 3/10/2021 | 1.90 | Review population of claims to prepare analysis regarding secured and unsecured claim amounts |
| Carter, Richard | 3/11/2021 | 0.30 | Prepare detailed analysis of ACR-related claims requiring updates to Waterfall flags. |
| DiNatale, Trevor | 3/11/2021 | 0.80 | Perform review of omnibus objection drafts |
| Herriman, Jay | 3/11/2021 | 1.60 | Review analysis of top 50 litigation claims - judgments in prep of call with Proskauer |
| McNulty, Emmett | 3/11/2021 | 1.70 | Review population of claims to prepare analysis regarding the claims' secured and unsecured claim amounts |
| McNulty, Emmett | 3/11/2021 | 1.70 | Review population of litigation claims filed against HTA to prepare analysis regarding specific litigation judgements |
| McNulty, Emmett | 3/11/2021 | 2.40 | Review population of litigation claims to prepare individualized analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/11/2021 | 2.20 | Analyze population of litigation claims to prepare analysis for further claim classification within the ADR process |
| DiNatale, Trevor | 3/12/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McNulty, Emmett | 3/12/2021 | 1.40 | Review population of litigation claims to prepare individualized analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/12/2021 | 1.90 | Review population of litigation claims to prepare specific analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/12/2021 | 2.10 | Analyze population of litigation claims to prepare specific analysis of litigation judgement for further claim categorization |
| McNulty, Emmett | 3/12/2021 | 0.70 | Analyze population of litigation claims to prepare specific analysis of litigation judgements for further claim categorization |
| McNulty, Emmett | 3/15/2021 | 1.60 | Analyze population of litigation claims to prepare analysis for further internal review in the ADR process |
| McNulty, Emmett | 3/15/2021 | 1.90 | Review population of litigation claims to prepare detailed analysis to further classify litigation claims within the ADR process |

<table>
<tr><td colspan="2">*Puerto Rico Highways & Transportation Authority*<br>*Time Detail by Activity by Professional*<br>*February 1, 2021 through May 31, 2021*</td><td>***Exhibit E***</td></tr>
</table>

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| McNulty, Emmett | 3/15/2021 | 1.30 | Review population of litigation claims to prepare analysis to further classify litigation claims within the ADR process |
| McNulty, Emmett | 3/15/2021 | 2.70 | Analyze litigation claims to prepare detailed analysis for further claim classification into the ADR process |
| Zeiss, Mark | 3/15/2021 | 1.40 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| Herriman, Jay | 3/16/2021 | 1.80 | Review analysis of takings claims to determine next steps and treatment under plan |
| Herriman, Jay | 3/16/2021 | 2.90 | Review litigation claims in prep of call with Proskauer |
| Herriman, Jay | 3/16/2021 | 0.50 | Prepare multiple emails to litigation creditors requesting additional information related to their claim |
| McNulty, Emmett | 3/16/2021 | 0.80 | Analyze weekly claims register to process newly filed claims |
| McNulty, Emmett | 3/16/2021 | 1.40 | Prepare modifications to claimant and claim information related to register processing for the week ending 3/19/21 |
| McNulty, Emmett | 3/16/2021 | 2.30 | Analyze litigation claims to prepare detailed claim synopses for further claim classification into the ADR process |
| McNulty, Emmett | 3/16/2021 | 1.90 | Review population of litigation claims to prepare claim synopses for further claim classification into the ADR process |
| McNulty, Emmett | 3/16/2021 | 2.80 | Review population of litigation claims to prepare claim synopses to be used for further claim classification within the ADR process |
| Zeiss, Mark | 3/16/2021 | 1.40 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| Zeiss, Mark | 3/18/2021 | 2.30 | Reconcile bondholder claims whose proof of claim or subsequent bond responses were not sufficient to object by CUSIP and amount as required, requiring analysis of Puerto Rico bonds claimed, identifying deficient amounts |
| DiNatale, Trevor | 3/23/2021 | 1.40 | Analyze litigation Claims to identify potential administrative/post-petition liabilities |
| DiNatale, Trevor | 3/24/2021 | 0.70 | Prepare ADR exhibits consisting of Claims removed from omnibus objections for upcoming transfer |
| DiNatale, Trevor | 3/24/2021 | 0.90 | Prepare ACR exhibits consisting of Claims removed from omnibus objections for upcoming transfer |
| McNulty, Emmett | 3/24/2021 | 1.40 | Analyze population of claims with secured claim amounts to prepare detailed analysis further claim categorization |

*Exhibit E*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 3/25/2021 | 0.40 | Perform updates to ADR exhibits consisting of Claims removed from omnibus objections for upcoming transfer |
| DiNatale, Trevor | 3/26/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 3/29/2021 | 0.90 | Prepare ADR transfer exhibit highlighting Claims removed from omnibus objections |
| McNulty, Emmett | 3/29/2021 | 1.80 | Review population of Eminent Domain claims to prepare detailed analysis for further claim classification |
| McNulty, Emmett | 3/29/2021 | 1.40 | Review population of Eminent Domain claims to prepare claim analysis for further claim classification |
| McNulty, Emmett | 3/29/2021 | 2.10 | Review population of Eminent Domain claims to prepare detailed analysis for further claim classification |
| Zeiss, Mark | 3/29/2021 | 0.30 | Draft report of CUSIPs and potential objections for bonds that bondholder claims assert for upcoming April objections |
| DiNatale, Trevor | 3/30/2021 | 0.90 | Perform updates to ADR transfer exhibit highlighting Claims removed from omnibus objections |
| McNulty, Emmett | 3/30/2021 | 2.80 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| McNulty, Emmett | 3/30/2021 | 1.90 | Review population of Eminent Domain claims to prepare claim analysis for further claim classification |
| Zeiss, Mark | 3/30/2021 | 0.90 | Finalize ADR, ACR Exhibits from December 2019 - October 2020 objections as applicable per Proskauer comments |
| Herriman, Jay | 3/31/2021 | 2.10 | Review litigation claims to identify reverse condemnation claims needed for plan classification |
| McNulty, Emmett | 3/31/2021 | 1.30 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| McNulty, Emmett | 3/31/2021 | 1.60 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |
| Zeiss, Mark | 3/31/2021 | 0.80 | Revise bondholder claims reconciliation per additional objections by CUSIP for potential April Objections |
| Zeiss, Mark | 3/31/2021 | 1.40 | Revise bondholder claims reconciliation for bondholder claiming losses |
| McNulty, Emmett | 4/1/2021 | 1.90 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/1/2021 | 2.10 | Review population of litigation claims to prepare detailed claim analysis for further claim classification within ADR process |

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 4/1/2021 | 1.20 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain claims for further claim classification |
| DiNatale, Trevor | 4/2/2021 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McNulty, Emmett | 4/2/2021 | 2.90 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain claims for further claim classification |
| DiNatale, Trevor | 4/5/2021 | 1.70 | Analyze waterfall summary report to identify potential "no liability" litigation Claims for upcoming omnibus objections |
| DiNatale, Trevor | 4/5/2021 | 0.90 | Review "parent" class action litigation Claims to determine proper plaintiff details for potential substantive duplicate objections |
| Herriman, Jay | 4/5/2021 | 0.30 | Review updated claims waterfall report |
| McNulty, Emmett | 4/5/2021 | 1.90 | Analyze population of litigation claims to prepare claim analysis for further internal review in the ADR process |
| McNulty, Emmett | 4/5/2021 | 2.60 | Analyze population of litigation claims to prepare analysis for further internal review in the ADR process |
| McNulty, Emmett | 4/5/2021 | 1.60 | Review population of litigation claims to create detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/5/2021 | 2.30 | Review population of litigation claims to prepare detailed claim analysis regarding eminent domain /expropriation of property claims for further claim classification |
| DiNatale, Trevor | 4/6/2021 | 1.40 | Analyze litigation claim matches for commons assertions to master claims in preparation for upcoming claim objections |
| DiNatale, Trevor | 4/6/2021 | 1.30 | Perform review of litigation Claims identified as substantive duplicate for upcoming omnibus objections |
| McNulty, Emmett | 4/6/2021 | 1.30 | Analyze population of litigation claims to prepare analysis regarding possible duplicate classification of claims for further internal review |
| McNulty, Emmett | 4/6/2021 | 2.10 | Review population of litigation claims to create detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/6/2021 | 2.70 | Review population of litigation claims to create detailed claim analysis regarding eminent domain claims for further claim classification |
| McNulty, Emmett | 4/6/2021 | 2.40 | Analyze population of litigation claims to prepare analysis regarding possible duplicate classification of claims for further internal review |

*Exhibit E*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 4/7/2021 | 2.10 | Analyze population of litigation claims to prepare detailed claim analysis for further internal claim classification |
| McNulty, Emmett | 4/7/2021 | 2.20 | Review population of litigation claims to create detailed claim analysis for further internal claim classification |
| McNulty, Emmett | 4/7/2021 | 1.30 | Analyze population of litigation claims to create detailed claim analysis for further internal claim classification |
| McNulty, Emmett | 4/7/2021 | 1.60 | Analyze population of litigation claims to prepare claim analysis for further internal claim classification within the ADR process |
| McNulty, Emmett | 4/7/2021 | 2.60 | Review population of litigation claims to create detailed claim analysis for further internal claim classification |
| Harmon, Kara | 4/8/2021 | 0.90 | Analyze HTA claims to prepare analysis of eminent domain claims |
| Herriman, Jay | 4/8/2021 | 1.70 | Review draft analysis of HTA takings claims to ensure proper categorization for plan class |
| Zeiss, Mark | 4/8/2021 | 0.90 | Draft report of Prime Clerk changes for claims recently under ordered Omnibus Exhibits, checking against ordered Omnis |
| DiNatale, Trevor | 4/9/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 4/10/2021 | 1.80 | Review Bond claims to be included on June Omnibus claim objections |
| DiNatale, Trevor | 4/11/2021 | 0.60 | Prepare class action litigation substantive duplicate reports for team review |
| Harmon, Kara | 4/11/2021 | 3.20 | Analyze HTA filed litigation claims to determine claims for expropriate and takings / prepare non-HTA litigation for objection to modify Debtor |
| Tammerine, Nick | 4/11/2021 | 0.60 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Tammerine, Nick | 4/11/2021 | 0.90 | Formulate recommendations regarding potential objections to claims following review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/11/2021 | 0.40 | Create report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| DiNatale, Trevor | 4/12/2021 | 0.30 | Analyze DOJ and AAFAF litigation Claim reconciliation detail to determine next steps in objection process |
| DiNatale, Trevor | 4/12/2021 | 1.10 | Develop summary report of unreconciled litigation Claims for AAFAF and Proskauer review |
| Herriman, Jay | 4/12/2021 | 1.10 | Review bond claims to be included on Omnibus objections for hearing in June |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

*Exhibit E*

### Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Tammerine, Nick | 4/12/2021 | 1.40 | Perform review of filed proofs of claim asserting priority status and determine likelihood of whether asserted priorities are valid. |
| Tammerine, Nick | 4/12/2021 | 0.90 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Harmon, Kara | 4/13/2021 | 0.80 | Analyze HTA claims to prepare analysis of eminent domain claims |
| Tammerine, Nick | 4/13/2021 | 0.70 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/13/2021 | 0.60 | Formulate recommendations regarding potential objections to claims based on review of filed proofs of claim asserting priority status and the supporting documentation contained therein. |
| Tammerine, Nick | 4/13/2021 | 0.90 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Wadzita, Brent | 4/13/2021 | 2.70 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/13/2021 | 2.40 | Analyze asserted legal eminent domain property claims to prepare detailed analysis for further claim classification |
| DiNatale, Trevor | 4/14/2021 | 0.90 | Review Claims identified duplicate to the master litigation claim for upcoming omnibus objections |
| Tammerine, Nick | 4/14/2021 | 0.70 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/14/2021 | 1.20 | Perform review of filed proofs of claim asserting priority status and determine likelihood of whether asserted priorities are valid. |
| Wadzita, Brent | 4/14/2021 | 1.90 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/14/2021 | 2.90 | Analyze asserted legal inverse expropriation of property claims to prepare detailed analysis for further claim classification |
| Tammerine, Nick | 4/15/2021 | 0.30 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/15/2021 | 1.80 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Wadzita, Brent | 4/15/2021 | 2.80 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/15/2021 | 2.10 | Analyze asserted legal inverse expropriation of property claims to prepare detailed analysis for further claim classification |

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 4/15/2021 | 1.40 | Analyze asserted legal eminent domain property claims to prepare detailed analysis for further claim classification |
| Wadzita, Brent | 4/15/2021 | 2.60 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Zeiss, Mark | 4/15/2021 | 1.40 | Research CUSIPs for bonds bondholders claim for proper objection basis, for bonds not covered by master bond claimants or resolved in other Title III cases, asserted against HTA |
| DiNatale, Trevor | 4/16/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 4/16/2021 | 1.90 | Review analysis of claims asserting takings liabilities to determine objection process to properly classify claims |
| Tammerine, Nick | 4/16/2021 | 0.70 | Formulate recommendations regarding potential objections to claims following review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/16/2021 | 1.30 | Perform review of filed proofs of claim asserting priority status and determine likelihood of whether asserted priorities are valid. |
| Tammerine, Nick | 4/16/2021 | 0.60 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Wadzita, Brent | 4/16/2021 | 0.60 | Analyze asserted legal taking property claims to prepare detailed analysis for further claim classification |
| Herriman, Jay | 4/19/2021 | 2.10 | Review bond related claims to be listing on upcoming Omnibus objections |
| Tammerine, Nick | 4/20/2021 | 1.00 | Perform quality control check on claims currently identified for objection by reviewing claim reconciliation work performed by other members of the A&M team. |
| Tammerine, Nick | 4/20/2021 | 0.90 | Identify potential updates to claims marked for objection and make recommendations for revisions as applicable. |
| Tammerine, Nick | 4/21/2021 | 0.70 | Update internal case management system based on updates identified during review of reconciliation work done by members of the A&M team. |
| Tammerine, Nick | 4/21/2021 | 0.90 | Review claim reconciliation work performed by other members of the A&M team. |
| Zeiss, Mark | 4/22/2021 | 2.30 | Revise June bondholder Omnibus Exhibits for reasons accompanying each claim based off of bond CUSIP information claimants provided |
| Tammerine, Nick | 4/23/2021 | 0.80 | Update internal case management system to reflect reconciliation efforts related to claims asserting priority status that have been identified as not being eligible for such asserted priority. |

*Page 10 of 15*

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Tammerine, Nick | 4/23/2021 | 0.70 | Review filed claims asserting priority status and identify claims that are not entitled to the elevated priority they're asserting. |
| Herriman, Jay | 4/25/2021 | 1.90 | Review draft Claim Omnibus objection exhibits 320 - 328 related to bonds |
| Tammerine, Nick | 4/26/2021 | 0.80 | Update report summarizing recommendations and other pertinent data points related to review of filed proofs of claim asserting priority status. |
| Tammerine, Nick | 4/26/2021 | 0.90 | Perform review of filed proofs of claim asserting priority status to identify instances where asserted priority are potentially invalid based on stated bases of claim and support provided. |
| Tammerine, Nick | 4/26/2021 | 0.40 | Formulate recommendations regarding potential objections to claims following review of filed proofs of claim asserting priority status. |
| Zeiss, Mark | 4/26/2021 | 2.40 | Draft June non-bondholder Omnibus Objection Exhibits per draft workbook |
| DiNatale, Trevor | 4/27/2021 | 0.70 | Perform review of claims identified for upcoming omnibus objections |
| Tammerine, Nick | 4/27/2021 | 1.10 | Notate findings of priority claims analysis and make recommendations regarding potential objections based on said findings. |
| Tammerine, Nick | 4/27/2021 | 0.90 | Analyze claims asserting 503(b)(9), administrative, priority, and/or secured status(es) to determine whether non-GUC priority is potentially valid. |
| DiNatale, Trevor | 4/28/2021 | 0.80 | Perform review of omnibus claim objection exhibits |
| DiNatale, Trevor | 4/28/2021 | 1.10 | Review omnibus claim objections to provide feedback to Proskauer |
| Zeiss, Mark | 4/28/2021 | 1.20 | Revise June non-bondholder Omnibus Objection Exhibits per updated draft workbook |
| DiNatale, Trevor | 4/29/2021 | 0.80 | Perform review of omnibus claim objection exhibits |
| Zeiss, Mark | 4/29/2021 | 1.20 | Revise June non-bondholder Omnibus Objection Exhibits per updated draft workbook |
| DiNatale, Trevor | 4/30/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 5/3/2021 | 1.80 | Revise partial, full litigation duplicates Omnibus Exhibit objections for August hearing |
| Zeiss, Mark | 5/4/2021 | 1.60 | Revise partial, full litigation duplicates Omnibus Exhibit objections for August hearing |

*Exhibit E*

<div style="text-align:center">

***Puerto Rico Highways & Transportation Authority***
***Time Detail by Activity by Professional***
***February 1, 2021 through May 31, 2021***

</div>

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Tammerine, Nick | 5/5/2021 | 0.80 | Perform quality control check on claims currently identified for objection by reviewing claim reconciliation work performed by other members of the A&M team. |
| Tammerine, Nick | 5/5/2021 | 0.30 | Identify potential updates to claims marked for objection and make recommendations for revisions as applicable. |
| Herriman, Jay | 5/6/2021 | 2.40 | Review analysis of bond claims to be included in next round of Omnibus objections |
| Zeiss, Mark | 5/6/2021 | 1.10 | Draft workbook of bondholder claims ready for objection including basis of objection by CUSIP for August hearing |
| DiNatale, Trevor | 5/7/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 5/7/2021 | 0.80 | Draft full, partial duplicate litigation omnibus objection exhibits per comments for additional matches, removed matches for upcoming August hearing filings |
| DiNatale, Trevor | 5/10/2021 | 1.40 | Analyze judgement and settlement reconciliation detail provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 5/11/2021 | 1.60 | Prepare summary report of DOJ litigation Claim reconciliation detail for Proskauer review |
| DiNatale, Trevor | 5/11/2021 | 1.40 | Review judgement and settlement reconciliation detail provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 5/12/2021 | 1.70 | Prepare summary report of DOJ litigation Claim reconciliation detail for Proskauer review |
| DiNatale, Trevor | 5/12/2021 | 1.10 | Analyze judgement and settlement reconciliation detail provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 5/13/2021 | 1.40 | Prepare updated objection tracker summary for class action claims on upcoming omnibus objections |
| DiNatale, Trevor | 5/14/2021 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 5/14/2021 | 1.10 | Review claims to be included on August Omnibus objections |
| McCarthy, Julia | 5/18/2021 | 1.20 | Analyze litigation claims asserting pension components to be transferred into ADR process |
| Sigman, Claudia | 5/20/2021 | 0.30 | Analyze litigation claims with judgements / settlements for entry into ADR process. |
| DiNatale, Trevor | 5/21/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 5/21/2021 | 1.10 | Review bond claims to be included in August Omnibus objections |
| McCarthy, Julia | 5/21/2021 | 2.60 | Review unliquidated litigation settlements related to personal injury for entry into ADR process |

<div style="border:1px solid;">

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

</div>

**Exhibit E**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McCarthy, Julia | 5/21/2021 | 2.10 | Analyze litigation claims asserting pension components to be transferred into ADR process |
| McCarthy, Julia | 5/21/2021 | 2.40 | Analyze unliquidated litigation claims related to personal injury to be transferred into ADR process |
| Fiore, Nick | 5/24/2021 | 0.20 | Analyze litigation claims for pension related assertions and additional unrelated assertions |
| Chester, Monte | 5/25/2021 | 2.90 | Review claims with asserted priority amounts to prepare for Aug omnibus objections |
| Chester, Monte | 5/25/2021 | 2.30 | Triage unliquidated POC's to determine if only pension liability was asserted |
| McCarthy, Julia | 5/25/2021 | 1.30 | Review unliquidated litigation claims which are pending approval to be transferred into ADR process |
| Sigman, Claudia | 5/25/2021 | 0.20 | Review litigation claims with judgements / settlements for entry into ADR process. |
| Chester, Monte | 5/26/2021 | 2.80 | Analyze employee related litigation Claims to determine if claimant asserted pension liabilities |
| Chester, Monte | 5/26/2021 | 2.20 | Review employee related litigation Claims to determine if claimant asserted pension liabilities |
| Sigman, Claudia | 5/27/2021 | 0.40 | Analyze litigation claims to be transferred into the ADR process related to government employees. |
| DiNatale, Trevor | 5/28/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McCarthy, Julia | 5/28/2021 | 2.80 | Review unliquidated claims related to personal injury for entry into ADR process |
| McCarthy, Julia | 5/28/2021 | 2.30 | Analyze unliquidated claims related to unpaid wages to be entered into ADR process |
| Sigman, Claudia | 5/31/2021 | 0.40 | Analyze litigation claims to be transferred into the ADR process related to government employees. |

**Subtotal**                       **337.2**

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 2/26/2021 | 0.90 | Finalize 8th interim application |

*Exhibit E*

<div style="border:1px solid black; text-align:center;">

***Puerto Rico Highways & Transportation Authority***
***Time Detail by Activity by Professional***
***February 1, 2021 through May 31, 2021***

</div>

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 2/26/2021 | 0.20 | Finalize January 2021 fee application |
| Herriman, Jay | 3/7/2021 | 1.20 | Prepare Eighth Interim Fee Application |
| Herriman, Jay | 3/12/2021 | 0.60 | Finalize Eighth interim fee application |
| Herriman, Jay | 3/15/2021 | 0.30 | Finalize Eighth Interim fee application, send to counsel for filing |
| Herriman, Jay | 5/4/2021 | 0.40 | Review March Fee Application and send to board for approval |
| **Subtotal** | | **3.6** | |

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 3/5/2021 | 0.20 | Participate in conference call with K. Harmon and E. McNulty to discuss litigation review related to claims estimation |
| McNulty, Emmett | 3/5/2021 | 0.20 | Participate in conference call with K. Harmon and E. McNulty to discuss litigation review related to claims estimation |
| Carter, Richard | 3/11/2021 | 0.10 | Participate in conference call with R. Carter and E. McNulty regarding analysis of secured and unsecured class amounts for Highways and Transportation Authority litigation claims |
| DiNatale, Trevor | 3/11/2021 | 0.20 | Participate in conference call with T. DiNatale and E. McNulty regarding preparation of analysis for population of secured HTA claims |
| Harmon, Kara | 3/11/2021 | 0.30 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| Harmon, Kara | 3/11/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of analysis for secured and unsecured class amounts for HTA litigation claims |
| Herriman, Jay | 3/11/2021 | 0.10 | Participate in conference call with J. Herriman and E. McNulty regarding preparation of detailed analysis for HTA litigation claims |
| McNulty, Emmett | 3/11/2021 | 0.30 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| McNulty, Emmett | 3/11/2021 | 0.20 | Participate in conference call with T. DiNatale and E. McNulty regarding preparation of analysis for population of secured HTA claims |

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*February 1, 2021 through May 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 3/11/2021 | 0.10 | Participate in conference call with J. Herriman and E. McNulty regarding preparation of detailed analysis for HTA litigation claims |
| McNulty, Emmett | 3/11/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty regarding preparation of analysis for secured and unsecured class amounts for HTA litigation claims |
| McNulty, Emmett | 3/11/2021 | 0.10 | Participate in conference call with R. Carter and E. McNulty regarding analysis of secured and unsecured class amounts for Highways and Transportation Authority litigation claims |
| Harmon, Kara | 3/15/2021 | 0.10 | Participate in conference call with K. Harmon, J. Herriman and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| Herriman, Jay | 3/15/2021 | 0.10 | Participate in conference call with K. Harmon, J. Herriman and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |
| McNulty, Emmett | 3/15/2021 | 0.10 | Participate in conference call with K. Harmon, J. Herriman and E. McNulty regarding preparation of detailed analysis for population of secured claims filed against the HTA. |

| **Subtotal** | | **2.3** | |

| *Grand Total* | | **343.1** | |

# Exhibit F

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**EXPENSE DETAIL FOR THE NINTH INTERIM FEE APPLICATION PERIOD**
**FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

-no expenses incurred during the interim period-

# __Exhibit G__

**ALVAREZ & MARSAL NORTH AMERICA, LLC
SERVICES PERFORMED BY CATEGORY
FOR THE NINTH INTERIM FEE APPLICATION PERIOD
FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

*Exhibit G*

---

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**February 1, 2021 through May 31, 2021**

---

**Puerto Rico Highways and**
**Transportaion Authority - Claims**
**Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim analysis,
review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964 | 2.2 | $2,120.80 |
| Herriman, Jay | Managing Director | $937 | 41.6 | $38,979.20 |
| Harmon, Kara | Director | $675 | 17.6 | $11,880.00 |
| Zeiss, Mark | Director | $661 | 25.3 | $16,723.30 |
| Carter, Richard | Consultant II | $577 | 4.0 | $2,308.00 |
| DiNatale, Trevor | Consultant II | $550 | 55.6 | $30,580.00 |
| Fiore, Nick | Consultant | $550 | 0.2 | $110.00 |
| Tammerine, Nick | Consultant | $550 | 23.2 | $12,760.00 |
| Potesta, Tyler | Consultant | $525 | 0.7 | $367.50 |
| Wadzita, Brent | Junior Consultant | $441 | 21.5 | $9,481.50 |
| McCarthy, Julia | Analyst | $425 | 14.7 | $6,247.50 |
| Chester, Monte | Analyst | $400 | 10.2 | $4,080.00 |
| McNulty, Emmett | Analyst | $400 | 119.1 | $47,640.00 |
| Sigman, Claudia | Analyst | $400 | 1.3 | $520.00 |
| | | | 337.2 | $183,797.80 |

*Average Billing Rate*               $545.07

*Exhibit G*

*Puerto Rico Highways & Transportation Authority*
*Summary of Time Detail by Professional*
*February 1, 2021 through May 31, 2021*

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 2.7 | $2,529.90 |
| Corbett, Natalie | Para Professional | $250 | 0.9 | $225.00 |
| | | | 3.6 | $2,754.90 |
| | *Average Billing Rate* | | | $765.25 |

*Exhibit G*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**February 1, 2021 through May 31, 2021**

**Puerto Rico Highways and Transportaion Authority - Meeting**

Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.2 | $187.40 |
| Harmon, Kara | Director | $675 | 0.7 | $472.50 |
| Carter, Richard | Consultant II | $577 | 0.1 | $57.70 |
| DiNatale, Trevor | Consultant II | $550 | 0.2 | $110.00 |
| McNulty, Emmett | Analyst | $400 | 1.1 | $440.00 |
| | | | 2.3 | $1,267.60 |
| | *Average Billing Rate* | | | $551.13 |

# <u>Exhibit H</u>

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE NINTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

In re:                                                    )    PROMESA
                                                          )    Title III
THE FINANCIAL OVERSIGHT AND                               )
MANAGEMENT BOARD FOR PUERTO RICO,                         )    No. 17 BK 3283-LTS
                                                          )
   as representative of                    )
                                                          )
THE COMMONWEALTH OF PUERTO RICO, et al.,                  )    (Jointly Administered)
                                                          )
                 Debtors. [1]

---------------------------------------------------------------------------

In re:                                                    )    PROMESA
                                                          )    Title III
THE FINANCIAL OVERSIGHT AND                               )
MANAGEMENT BOARD FOR PUERTO RICO,                         )    No. 17 BK 3567-LTS
                                                          )
   as representative of                    )
                                                          )    **This Application relates
                                                          )    only to HTA and shall be
THE PUERTO RICO HIGHWAYS AND                              )    filed in the Lead Case No.
TRANSPORTATION AUTHORITY                                       17 BK 3283-LTS and
                                                               HTA's Title III Case
               Debtor               (Case No. 17 BK 3567-
                                                               LTS)**


---------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF NINTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL
NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY, FOR THE PERIOD**

**FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Puerto Rico Highways and Transportation Authority (the "Debtor"),

pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability

Act ("PROMESA"),[2] hereby certifies with respect to A&M's ninth interim application for

allowance of compensation for services rendered and reimbursement of expenses incurred with

respect to the Debtor's Title III case, dated July 15, 2021 (the "Application"),[3] for the period

from February 1, 2021 through and including May 31, 2021 (the "Compensation Period") as

follows:

1.  I am the professional designated by A&M in respect of compliance with the Guidelines
    and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: July 15, 2021

/s/_____

Julie M. Hertzberg

# **PROPOSED ORDER**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| Debtors.[1] | | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3567-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
|   as representative of | ) | |
| | ) | ) |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY | | |
| Debtor | | |

------------------------------------------------------------------------

**ORDER APPROVING NINTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, FOR THE PERIOD
<u>FEBRUARY 1, 2021 THROUGH MAY 31, 2021</u>**

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board") acting as representative of the Puerto Rico Highways and Transportation

Authority (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and*

*Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and

317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the

*United States Trustee Guidelines for Reviewing Applications for Compensation and*

*Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by

the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this

Court's *Second Amended Order Setting Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim

compensation for professional services rendered by A&M for the period commencing February

1, 2021 through and including May 31, 2021 in the amount of **$169,038.27** all of which

represents fees earned outside of Puerto Rico; this Court having determined that the legal and

factual bases set forth in the Application establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation
   Period is allowed on an interim basis in the amount of **$169,038.27**, all of which
   represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including
   those that were previously held back pursuant to the Interim Compensation Order, less
   any amounts previously paid for such fees and expenses under the terms of the Interim
   Compensation Order.

---

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

4.  The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2021        _____
       San Juan, Puerto Rico                    Honorable Laura Taylor Swain
                                              United States District Judge