# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-00005-LTS |

**URGENT JOINT MOTION TO CONTINUE DEADLINES IN
<u>CERTAIN PROCEEDINGS</u>**

**To the Honorable United States Magistrate Judge Judith Gail Dein and the Honorable United States District Court Judge Laura Taylor Swain:**

Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company ("FGIC"), The Bank of New York Mellon ("BNYM"), U.S. Bank Trust National Association ("U.S. Bank", and collectively with Ambac, FGIC, and BNYM, "Settling Creditors"), Milliman, Inc. ("Milliman"), and the Financial Oversight and Management Board for Puerto Rico (the "Board"), as Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") (collectively, the "Parties"), respectfully submit this urgent joint motion to continue certain deadlines pending in the above-captioned proceedings (the "Matters").

## BACKGROUND

1. As the Parties, other than Milliman, informed the Court during the disclosure statement hearing, on July 14, 2021, the Parties reached an agreement in principle regarding a settlement. The Parties, other than Milliman, are engaged in the process of formalizing that agreement. As a result of the tentative settlement, the Parties have agreed that all pending deadlines in the Matters within the next two weeks, as detailed below, should be adjourned and reset on the schedule described below, given that a settlement could obviate the need to proceed with those Matters.

2. <u>Revenue Bond Adversary Proceedings</u>. On January 16, 2020, the Oversight Board initiated the above-captioned adversary proceedings seeking to disallow claims by holders of HTA Bonds, CCDA Bonds, and PRIFA Bonds (collectively, the "Revenue Bond Adversary Proceedings"). The Revenue Bond Adversary Proceedings are currently stayed in part pursuant to the Court's March 10, 2020 *Final Case Management Order For Revenue Bonds* [ECF No.

- 1 -

12186][2]. Currently pending before the Court are the Board's partial summary judgment motions (the "Summary Judgment Motions") in each of the Revenue Bond Adversary Proceedings.[3] Under the existing schedule, the Settling Creditors' deadline to file supplemental briefing regarding the Summary Judgment Motions is this Friday, July 16, 2021, and the Commonwealth's date to file responses thereto is August 13, 2021. *See Order* [ECF No. 17137].

        3.      Milliman Rule 2004 Discovery. On January 13, 2021, the Court issued its *Order* [ECF No. 15589] granting *Ambac Assurance Corporation's Urgent Motion for an Order Authorizing Third-Party Discovery under Bankruptcy Rule 2004 Concerning Pension Liabilities* [ECF. No. 15342]. Discovery pursuant to that order (the "Milliman Rule 2004 Discovery") has been ongoing. Pursuant to the Court's recent order, a joint status report regarding the status of Milliman Rule 2004 Discovery is due July 15, 2021. *See Order* [ECF No. 17206].

## JURISDICTION AND VENUE

        4.      This Court has subject matter jurisdiction over this matter under PROMESA section 306(a), 48 U.S.C. § 2166(a), and venue is proper under PROMESA section 307(a), 48 U.S.C. § 2167(a).

---

[2] Unless otherwise indicated, all ECF numbers referenced herein refer to the docket in Case No. 17 BK 3283-LTS.

[3] *See Notice of Motion and Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims* [ECF No. 43 in Adv. Proc. No. 20-00003-LTS] relating to the PRIFA Bonds; *Notice of Motion and Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims* [ECF No. 40 in Adv. Proc. No. 20-00004-LTS] relating to the CCDA Bonds; *Notice of Motion and Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims* [ECF No. 50 in Adv. Proc. No. 20-00005-LTS] relating to the HTA Bonds.

**RELIEF REQUESTED**

5. The Parties request that the Court continue the foregoing existing deadlines in the Matters in the following manner:

a. the Settling Creditors' deadline to file supplemental briefing regarding the Summary Judgment Motions shall be July 28, 2021, at 5 p.m. AST;

b. the Commonwealth's date to file responsive briefing shall be August 25, 2021, at 5 p.m. AST;

c. the hearing on the Summary Judgment Motions shall remain on September 15, 2021;

d. The parties shall file a joint status report regarding the status of Milliman Rule 2004 Discovery on July 28, 2021.

6. The Parties propose this revised schedule in light of the Court scheduling a further hearing on issues pertaining to the approval of a disclosure statement on July 27, 2021. If the Parties need to further extend the schedules in the Matters based on the status of the tentative settlement, the Parties will promptly advise the Court. As a matter of judicial economy and Party resources, the Parties should not be required to move forward and actively litigate matters that could be resolved through the negotiated settlement. No prejudice to non-movants exists, as the requested stays apply only to matters among the Parties.

7. Pursuant to Paragraph I.H of the *Fifteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 17127-1], Movants hereby certify that they have carefully examined the matter and concluded that there is a true need for the Urgent Motion; have not created the urgency through any lack of due diligence; and have made reasonable, good-faith efforts to

- 3 -

resolve or narrow the issues that are being brought to the Court, including by meeting and conferring with opposing counsel.

[*Remainder of page intentionally left blank*]

Dated: July 14, 2021
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
Martin A. Sosland (admitted *pro hac vice*)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
Email: martin.sosland@butlersnow.com

James E. Bailey III (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

**GLENN AGRE BERGMAN & FUENTES LLP**

By: /s/ *Andrew K. Glenn*
    Andrew K. Glenn (admitted pro hac vice)
    Olga Fuentes-Skinner (admitted pro hac vice)
    Marissa E. Miller (admitted pro hac vice)
    55 Hudson Yards – 19th Floor
    New York, New York 10001
    Telephone: (212) 358-5600
    Email: aglenn@glennagre.com
           ofuentes@glennagre.com
           mmiller@glennagre.com

***Attorneys for Ambac Assurance Corporation***

**RIVERA, TULLA AND FERRER, LLC**

By: /s/ *Eric A. Tulla*
    Eric A. Tulla
    (USDC-DPR No. 118313)
    Email: etulla@ riveratulla.com
    Iris J. Cabrera-Gómez
    (USDC-DPR No. 221101)
    Email: icabrera@ riveratulla.com
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Telephone: (787) 753-0438
    Facsimile: (787) 767-5784

**SEPULVADO, MALDONADO & COURET**

By: /s/ *Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    (USDC-PR No. 222207)
    304 Ponce de León Ave. Suite 990
    San Juan, PR 00918
    Telephone: (787) 765-5656
    Facsimile: (787) 294-0073
    Email: acouret@smclawpr.com

**HOGAN LOVELLS US LLP**

By: /s/ *Ronald Silverman*
    Ronald Silverman, Esq.
    Michael C. Hefter, Esq.
    390 Madison Avenue
    New York, NY 10017
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100
    ronald.silverman@hoganlovells.com
    michael.hefter@hoganlovells.com

***Attorneys for U.S. Bank Trust National Association, in its Capacity as Trustee to PRIFA Bondholders***

**REED SMITH LLP**

By: /s/ *Jared S. Roach*
    Luke A. Sizemore (admitted *pro hac vice)*
    Jared S. Roach (admitted *pro hac vice*)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: lsizemore@reedsmith.com
           jroach@reedsmith.com

***Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders and as Fiscal Agent to the HTA Bondholders***

| | |
|---|---|
| **O'NEILL & BORGES LLC** | **O'MELVENY & MYERS LLP** |

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 15205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:   (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

**PROSKAUER ROSE LLP**

/s/ *Michael A. Firestein*
Martin J. Bienenstock
Jeffrey Levitan
Ehud Barak
(Admitted *Pro Hac Vice*)

Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
            jlevitan@proskauer.com
            ebarak@proskauer.com

Michael A. Firestein
Lary Alan Rappaport
(Admitted *Pro Hac Vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel:   (310) 557-2900
Fax:  (310) 557-2193
Email: mfirestein@proskauer.com
            lrappaport@proskauer.com

*Attorneys for the Financial*
*Oversight and Management Board,*
*as Representative of the Commonwealth*

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: jrapisardi@omm.com

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
Email: pfriedman@omm.com

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
Email: emckeen@omm.com
            apavel@omm.com

**MARINI PIETRANTONI MUÑIZ LLC**

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2173
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and*
*Financial Advisory Authority, as representative of*
*the Government Entities pursuant to Act 2-2017*

- 8 -

By: */s/ Frank S. Harrison*
Frank S. Harrison *(admitted pro hac vice)*
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
fharrison@williamskastner.com

By: */s/ Brett Ingerman*
Brett Ingerman *(admitted pro hac vice)*
DLA Piper LLP (US) The Marbury Building,
6225 Smith Ave.
Baltimore, MD 21209-3600
Tel: (410) 580-4177
brett.ingerman@us.dlapiper.com

By: /s/ Mariana Muñiz Lara
Mariana Muñiz Lara
DLA Piper (Puerto Rico) LLC
PRDC Bar No. 231,706
Calle de la Tanca #500, Suite 401
San Juan, PR 00901-1969
Tel: (787) 945-9106
mariana.muniz@dlapiper.com

***Attorneys for Milliman, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com