# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2020 (excluding Restructuring lawyers) | Blended Hourly Rate — Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$857** | **$1,147.86** |
| | Partner – Sr. (20+ years) | $902 | $1,284.95 |
| | Partner – Mid (13-19 years) | $848 | $999.01 |
| | Partner – Jr. (0-12 years) | $746 | N/A |
| **Associate** | | **$561** | **$626.20** |
| | Associate – Sr. (5+ years) | $633 | $775.00 |
| | Associate – Mid (4-5years) | $628 | $755.00 |
| | Associate – Jr. (0-3 years) | $531 | $582.82 |
| **Counsel** | N/A | N/A | $746.52 |
| **Paralegal** | N/A | $307 | $338.30 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $938.58 |
| **Blended Rate for all Attorneys with 15% discount** | | | $797.79 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $892.24 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $758.41 |

Case Name: In re Commonwealth of Puerto Rico, et al.

Case Number: 17 BK 3283-LTS

Applicant's Name: Jenner & Block LLP

Date of Application: July 15, 2021

Interim or Final: Interim