# **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2021) | Total Billed Hours (2021) | Total Fees Requested |
|---|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,500 | 0.40 | $600.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,300 | 286.60 | $372,580.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,150 | 39.30 | $45,195.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $975 | 192.50 | $187,687.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,025 | 158.40 | $162,360.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,300 | 60.10 | $78,130.00 |
| ADAM G. UNIKOWSKY | Partner | 2007 | Appellate & Supreme Court Practice | $1,100 | 5.00 | $5,500.00 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $755 | 3.30 | $2,491.50 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $660 | 8.60 | $5,676.00 |
| WILLIAM A. WILLIAMS | Associate | 2015 | Restructuring & Bankruptcy | $775 | 24.40 | $18,910.00 |
| ANNA M. WINDEMUTH | Associate | 2020 | Litigation | $575 | 84.90 | $48,817.50 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $660 | 386.50 | $255,090.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $895 | 225.20 | $201,554.00 |
| KATHLEEN R. ALBERT | Paralegal | N/A | Litigation/ Restructuring & Bankruptcy | $335 | 53.60 | $17,956.00 |
| CATHERINE R. CARACCI | Paralegal | N/A | Litigation/ Restructuring & Bankruptcy | $360 | 54.60 | $19,656.00 |
| MARC A. PATTERSON | Paralegal | N/A | Restructuring & Bankruptcy | $235 | 10.70 | $2,514.50 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Litigation | $360 | 4.50 | $1,620.00 |
| **Sub-Total*** | | | | | **1,598.60** | **$1,426,338.00** |

# **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| | | | | | | |
|---|---|---|---|---|---|---|
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $213,950.70 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $0.00 |
| **Total** | | | | | | **$1,212,387.30** |