# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| B&W Copy | $3,459.20 |
| Color Copy | $789.75 |
| Court Fees | $420.00 |
| Lexis Research | $2,273.72 |
| Other Professional Services | $35,601.50 |
| Pacer Charges | $56.30 |
| Postage Expense | $492.20 |
| Special Messenger Service | $485.41 |
| UPS | $208.31 |
| Westlaw Research | $3,553.56 |
| **Travel** | |
| Airfare | N/A |
| Ground Transportation | N/A |
| Hotel | N/A |
| Meals | N/A |
| Parking | N/A |
| **TOTAL** | **$47,339.95** |