**EXHIBIT G**

Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| 2004 INVESTIGATION | 160.10 | $111,283.50 |
| AMBAC/ASSURED ADVERSARY PROCEEDING | 58.80 | $40,446.00 |
| AMBAC CONSTITUTIONAL CHALLENGE | 2.00 | $1,950.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 272.00 | $225,118.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 68.50 | $82,064.50 |
| COMMUNICATIONS WITH RETIREES | 3.50 | $4,495.00 |
| COURT HEARINGS | 19.80 | $21,026.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 0.50 | $650.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 45.30 | $36,916.00 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 41.80 | $38,226.00 |
| ERS BOND ISSUES | 142.30 | $120,224.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 778.00 | $738,082.50 |
| GO BONDS ISSUES | 5.00 | $4,556.00 |
| PREPA | 1.00 | 1,300.00 |
| **Sub-Total*** | 1,598.60 | $1,426,338.00 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $213,950.70 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$1,212,387.30** |