# February 2021

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                           **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 1/12/21 | Other Professional Services, ELAN CORPORATE PAYMEN T SYSTEMS, 01/12/2021 | 70.00 |
| 2/03/21 | 12/31/2020 Quarterly Pacer Charge | 3.00 |
| 2/03/21 | 12/31/2020 Quarterly Pacer Charge | 39.60 |
| 2/08/21 | US Messenger 01/22/2021 | 33.32 |
| 2/10/21 | Alix Partners - 2/10/21; Hosting fees, User fees, Project Management and Hard Copy/Third-Party Load Fee. | 8,714.50 |
| 2/23/21 | B&W Copy | 30.20 |
| 2/25/21 | B&W Copy | 5.20 |
| 2/26/21 | B&W Copy | 1,139.80 |
| 2/28/21 | Lexis Research | 790.41 |
| 2/28/21 | Westlaw Research | 75.26 |
| 2/28/21 | Westlaw Research | 10.92 |
| 2/28/21 | Westlaw Research | 640.30 |
| 2/28/21 | Westlaw Research | 309.98 |
| | TOTAL DISBURSEMENTS | $ 11,862.49 |

MATTER 10113 TOTAL                                                            $ 11,862.49

# March 2021

## LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                                                              **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 3/01/21 | B&W Copy | 738.10 |
| 3/05/21 | Color Copy | 57.75 |
| 3/09/21 | Other Professional Services; ALIX PARTNERS LLP; 03/09/2021 | 8,669.75 |
| 3/09/21 | B&W Copy | 198.00 |
| 3/10/21 | US Messenger 02/23/2021 | 33.32 |
| 3/10/21 | US Messenger 03/01/2021 | 49.23 |
| 3/10/21 | US Messenger 03/01/2021 | 24.56 |
| 3/10/21 | US Messenger 03/02/2021 | 70.83 |
| 3/10/21 | US Messenger 03/02/2021 | 34.46 |
| 3/10/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 03/10/ 2021 | 70.00 |
| 3/10/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 03/10/ 2021 | 70.00 |
| 3/10/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 03/10/ 2021 | 70.00 |
| 3/16/21 | Color Copy | .00 |
| 3/16/21 | B&W Copy | 1,119.40 |
| 3/16/21 | 03/16/2021 UPS Delivery Service 1Z6134380192837159 | 39.41 |
| 3/16/21 | 03/16/2021 UPS Delivery Service 1Z6134380194734168 | 26.48 |
| 3/31/21 | Lexis Research | 407.08 |
| 3/31/21 | Westlaw Research | 109.01 |
| 3/31/21 | Westlaw Research | 271.64 |
| 3/31/21 | Westlaw Research | 421.04 |
|  | TOTAL DISBURSEMENTS | $ 12,480.06 |

MATTER 10113 TOTAL                                                                                                                          $ 12,480.06

# April 2021

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. Clark Street<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 3/09/21 | Other Professional Services; ALIX PARTNERS LLP; 03/09/2021; March 2021. | 9,328.25 |
| 3/17/21 | Postage Expense | 375.40 |
| 3/30/21 | Postage Expense | 27.20 |
| 4/12/21 | Color Copy | 6.00 |
| 4/12/21 | B&W Copy | 39.00 |
| 4/12/21 | 04/12/2021 UPS Delivery Service 1Z6134380191235293 | 8.20 |
| 4/12/21 | 04/12/2021 UPS Delivery Service 1Z6134380191551316 | 20.26 |
| 4/13/21 | B&W Copy | 88.10 |
| 4/20/21 | B&W Copy | 101.30 |
| 4/20/21 | 04/20/2021 UPS Delivery Service 1Z6134380198425628 | 20.26 |
| 4/20/21 | 04/20/2021 UPS Delivery Service 1Z6134380199319009 | 8.20 |
| 4/21/21 | Postage Expense | 89.60 |
| 4/23/21 | US Messenger 04/08/2021 | 33.32 |
| 4/23/21 | US Messenger 04/14/2021 | 33.32 |
| 4/23/21 | US Messenger 04/14/2021 | 69.69 |
| 4/23/21 | 2021 Quarter 1 PACER Charges | 13.70 |
| 4/28/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 04/28/ 2021 | 70.00 |
| 4/28/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 04/28/ 2021 | 70.00 |
| 4/28/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 04/28/ 2021 | 70.00 |
| 4/30/21 | Westlaw Research | 1,216.63 |
| 4/30/21 | Westlaw Research | 115.50 |
| 4/30/21 | Color Copy | 8.25 |
| 4/30/21 | B&W Copy | .10 |
| | TOTAL DISBURSEMENTS | $ 11,812.28 |

MATTER 10113 TOTAL $ 11,812.28

# May 2021

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                          **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 5/05/21 | Color Copy | 2.25 |
| 5/05/21 | 05/05/2021 UPS Delivery Service 1Z6134380197121305 | 8.21 |
| 5/05/21 | 05/05/2021 UPS Delivery Service 1Z6134380197189314 | 20.29 |
| 5/05/21 | 05/05/2021 UPS Delivery Service 1Z6134380197121305 | 8.21 |
| 5/05/21 | 05/05/2021 UPS Delivery Service 1Z6134380197189314 | 20.29 |
| 5/05/21 | 05/05/2021 UPS Delivery Service 1Z6134380197121305 | 8.21 |
| 5/05/21 | 05/05/2021 UPS Delivery Service 1Z6134380197189314 | 20.29 |
| 5/11/21 | Alix Partners LLP - 5/11/21; Hard Copy/Third-PartyLoad Fee, Hosting Fees (GB), User Fees & Project Management. | 8,819.00 |
| 5/12/21 | Color Copy | 610.50 |
| 5/14/21 | Color Copy | 105.00 |
| 5/25/21 | US Messenger 05/12/2021 | 33.32 |
| 5/25/21 | US Messenger 05/12/2021 | 70.04 |
| 5/31/21 | Lexis Research | 630.71 |
| 5/31/21 | Lexis Research | 445.52 |
| 5/31/21 | Westlaw Research | 3.89 |
| 5/31/21 | Westlaw Research | 12.89 |
| 5/31/21 | Westlaw Research | 366.50 |
| | TOTAL DISBURSEMENTS | $ 11,185.12 |

MATTER 10113 TOTAL                                                                                    $ 11,185.12