**EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2021 TO MAY 31, 2021**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,165 | 173.1 | $ 201,661.50 | - | $ - | 173.1 | $ 201,661.50 |
| Heeren, Ana | Senior Managing Director | 925 | 25.0 | 23,125.00 | - | - | 25.0 | 23,125.00 |
| Park, Ji Yon | Senior Managing Director | 1,020 | 27.9 | 28,458.00 | - | - | 27.9 | 28,458.00 |
| Grunwald Kadar, Andrea (1) | Managing Director | 915 | 123.4 | 112,911.00 | - | - | 123.4 | 112,911.00 |
| Litterst JR, Roland | Managing Director | 760 | 15.0 | 11,400.00 | - | - | 15.0 | 11,400.00 |
| Whitcomb, John | Managing Director | 760 | 7.5 | 5,700.00 | - | - | 7.5 | 5,700.00 |
| Fitschen, Ernst (2) | Senior Director | 747 | 260.2 | 194,271.00 | - | - | 260.2 | 194,271.00 |
| Garcia Pelaez, Andres | Senior Director | 650 | 9.9 | 6,435.00 | - | - | 9.9 | 6,435.00 |
| Sombuntham, Natalie | Director | 805 | 337.8 | 271,929.00 | - | - | 337.8 | 271,929.00 |
| Guminski, Henry | Senior Consultant | 395 | 0.6 | 237.00 | - | - | 0.6 | 237.00 |
| Locke, William (2) | Senior Consultant | 425 | 276.7 | 117,461.00 | - | - | 276.7 | 117,461.00 |
| Newton, Emilie (2) | Senior Consultant | 400 | 3.4 | 1,360.00 | - | - | 3.4 | 1,360.00 |
| Smotkin, Lauren | Senior Consultant | 450 | 11.3 | 5,085.00 | - | - | 11.3 | 5,085.00 |
| Gower, Connor | Consultant | 380 | 0.5 | 190.00 | - | - | 0.5 | 190.00 |
| Leake, Nicola | Consultant | 430 | 50.5 | 21,715.00 | - | - | 50.5 | 21,715.00 |
| Lievano, Manuela | Consultant | 350 | 58.5 | 20,475.00 | - | - | 58.5 | 20,475.00 |
| Osipov, Sergey | Consultant | 354 | 183.1 | 64,794.00 | - | - | 183.1 | 64,794.00 |
| Hellmund-Mora, Marili | Project Assistant | 290 | 2.6 | 754.00 | - | - | 2.6 | 754.00 |
| **SUBTOTAL** | | | **1,567.0** | **$ 1,087,961.50** | **-** | **$ -** | **1,567.0** | **$ 1,087,961.50** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 1,087,961.50** | | **$ -** | | **$ 1,087,961.50** |

(1): Ms. Grunwald Kadar has left the firm but continues to be an active project team member as an FTI contractor, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].

(2): Mr. Fitschen, Mr. Locke and Ms. Newton have been promoted to Senior Director, Senior Consultant and Senior Consultant, respectively, effective April 1, 2021, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].