**EXHIBIT C**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2021 TO MAY 31, 2021**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 3 | Mediation | 5.9 | $ 5,699.50 | - | $ - | 5.9 | $ 5,699.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 176.8 | 134,722.00 | - | - | 176.8 | 134,722.00 |
| 10 | Case Management | 3.3 | 2,872.50 | - | - | 3.3 | 2,872.50 |
| 16 | Analysis and Review of the Plan of Adjustment | 181.4 | 165,390.00 | - | - | 181.4 | 165,390.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 111.1 | 105,541.50 | - | - | 111.1 | 105,541.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 98.3 | 94,503.00 | - | - | 98.3 | 94,503.00 |
| 24 | Preparation of Fee Application | 25.2 | 20,400.50 | - | - | 25.2 | 20,400.50 |
| 27 | Strategic Communications | 119.1 | 64,262.50 | - | - | 119.1 | 64,262.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 845.9 | 494,570.00 | - | - | 845.9 | 494,570.00 |
| | **SUBTOTAL** | **1,567.0** | **$ 1,087,961.50** | **-** | **$ -** | **1,567.0** | **$ 1,087,961.50** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 1,087,961.50** | | **$ -** | | **$ 1,087,961.50** |