# **EXHIBIT G**

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING,
INC. FOR THE PERIOD FEBRUARY 1, 2021 TO MAY 31, 2021**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/28/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for February 2021. | $ 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **1,000.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,000.00** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2021 TO MARCH 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 03/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for March 2021. | $ 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **1,000.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,000.00** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 03/31/21 | LaMagna, Matthew | Other | Google Ads Invoice for March 2021 Services for the Official Committee of Retirees of the Commonwealth of Puerto Rico. | $ 1,014.54 |
| 04/30/21 | LaMagna, Matthew | Other | Google Ads Invoice for April 2021 Services for the Official Committee of Retirees of the Commonwealth of Puerto Rico. | 1,756.86 |
| 04/30/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for April 2021. | 1,000.00 |
| | | **Other Total** | | **$ 3,771.40** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 3,771.40** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for May 2021. | $ 1,000.00 |
| 06/28/21 | Sub-retained Vendor | Other | Sub-retained vendor fees for November 2020 to March 2021. | 22,160.00 |
| 06/28/21 | Sub-retained Vendor | Other | Sub-retained vendor fees for April 2021 to May 2021. | 6,120.00 |
| | | **Other Total** | | **$ 29,280.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 29,280.00** |