## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| CASE ADMINISTRATION/MISCELLANEOUS | 316.50 | $82,125.00 |
| CHALLENGES TO PROMESA | 4.40 | $1,470.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 112.90 | $31,760.00 |
| COMMUNICATIONS WITH RETIREES | 144.40 | $41,500.00 |
| CONTESTED MATTERS | 62.80 | $22,560.00 |
| COURT HEARINGS | 8.80 | $3,200.00 |
| DISCOVERY MATTERS | 0 | $0 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 44.20 | $13,575.00 |
| ERS/TRS/JRS MATTERS | 17.70 | $6,500.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 243.20 | $79,632.50 |
| GO BOND ISSUES | 7.60 | $2,647.50 |
| MEDIATION | 0.20 | $75.00 |
| NON-WORKING TRAVEL TIME | 0 | $0 |
| PENSION ANALYSIS | 26.90 | $7,472.50 |
| PREPA | 46.00 | $17,250.00 |
| **TOTAL** | **1,035.60** | **$309,767.50** |