# EXHIBIT D

## SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $310.24 |
| Document Delivery | $420.00 |
| Postage | $0 |
| Translation services | $1,872.00 |
| Transport Services | $441.87 |
| **TOTAL** | **$3,044.11** |