# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

### FEBRUARY 2021

**EXPENSES BGM**

| Date | Description | Amount |
|---|---|---|
| 02/02/21 | TRANSLATED MEETING: COR MEETING OF FEBRUARY 2, 2021 | 208.00 |
|  | TRANSLATED MEETING: COR MEETING OF FEBRUARY 12, 2021 | 208.00 |
| 02/24/21 | DOCUMENT DELIVERY: LYDIA PELLOT, SAN JUAN | 20.00 |
|  | SUBTOTAL: | [ 436.00] |

### MARCH 2021

**EXPENSES BGM**

| Date | Description | Amount |
|---|---|---|
| 03/01/21 | DOCUMENT REPRODUCTION: COR MEETING OF MARCH 3, 2021 | 17.00 |
|  | EXTERNAL DOCUMENT REPRODUCTION: SIR SPEEDY #54670 (COR MEETING OF MARCH 3, 2021) | 206.05 |
|  | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (COPY OF THE RADIO TRANSCRIPT) (SAN JUAN) | 15.00 |
| 03/02/21 | DOCUMENT REPRODUCTION: REVISED RADIO SCRIPT (#46) | 2.00 |
| 03/02/21 | DOCUMENT DELIVERY SERVICES: MIGUEL FABRE (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: CARMEN NUÑEZ (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: BLANCA PANIAGUA (CAROLINA) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
|  | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) | 45.00 |
|  | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ (PONCE) | 120.00 |
|  | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (BAYAMÓN) | 20.00 |
| 03/08/21 | DOCUMENT REPRODUCTION: COPIES OF "PLAN DE AJUSTE DE DEUDAS DE P.R." | 23.10 |
| 03/10/21 | OTHER EXPENSES: ▮▮▮▮▮▮▮▮▮▮ TRANSPORT SERVICES ▮▮▮▮▮▮▮▮▮▮ | 441.87 |

| Date | Description | Amount |
|---|---|---|
| 03/12/21 | EXTERNAL DOCUMENT REPRODUCTION: SIR SPEEDY COR 38.69 | |
| | SUBTOTAL: | [ 1,048.71 ] |

## APRIL 2021

**EXPENSES BGM**

| Date | Description | Amount |
|---|---|---|
| 04/01/21 | TRANSLATIONS: RITA #6712: COR MEETING OF MARCH 8, 2021 | 208.00 |
| | TRANSLATIONS: RITA #6719: COR MEETING OF MARCH 10, 2021 | 208.00 |
| | TRANSLATIONS: RITA #6735: COR MEETING OF MARCH 12, 2021 | 208.00 |
| | TRANSLATIONS: RITA #6748: COR MEETING OF MARCH 17, 2021 | 208.00 |
| | TRANSLATIONS: RITA #6761: COR MEETING OF MARCH 19, 2021 | 208.00 |
| 04/15/21 | TRANSLATIONS: RITA #6854: COR MEETING OF APRIL 15, 2021 | 208.00 |
| 04/19/21 | TRANSLATIONS: RITA #6862: COR MEETING OF APRIL 19, 2021 | 208.00 |
| 04/28/21 | DOCUMENT DELIVERY: MILAGROS ACEVEDO, TOA ALTA | 40.00 |
| | DOCUMENT DELIVERY: CARMEN NÚÑEZ, BAYAMÓN | 40.00 |
| | SUBTOTAL: | [ 1,536.00] |

## MAY 2021

**EXPENSES BGM**

| Date | Description | Amount |
|---|---|---|
| 05/12/21 | DOCUMENT REPRODUCTION: THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT | 23.40 |
| | SUBTOTAL: | [ 23.40] |

**TOTAL EXPENSES** [$3,044.11]