**Hearing Date:  October 6, 2021 at 9:30 a.m. (AST)**
**Objection Deadline: August 5, 2021 at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | **PROMESA**<br>**Title III** |
| **THE FINANCIAL OVERSIGHT AND**<br>**MANAGEMENT BOARD FOR PUERTO RICO,** | **No. 17 BK 3283-LTS** |
| **as representative of** | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO,** *et al.,* | |
| **Debtors.[1]** | |

_____/

**NOTICE OF FILING OF SIXTH INTERIM FEE APPLICATION OF GENOVESE
JOBLOVE AND BATTISTA, P.A. AS SPECIAL LITIGATION COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
FEBRUARY 1, 2021 THROUGH MAY 31, 2021 AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on July 15, 2021, pursuant to this Court's *Second*

*Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses*

*of Professionals* ("Second Interim Compensation Order") [ECF No. 3269]; Genovese Joblove &

Battista, P.A. ("GJB"), as special litigation counsel to the Official Committee of Unsecured

Creditors (the "Committee")[2],in the above-captioned Title III cases, filed their *Sixth Interim Fee*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA

*Application of Genovese Joblove & Battista, P.A., as Special Litigation Counsel to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for Period of February 1, 2021 through May 31, 2021* (the "Application")

**PLEASE TAKE FURTHER NOTICE** that any response or objection ("Objections") to the Application by any party other than the Fee Examiner shall be (a) in writing, (b)shall conform to the Federal Rules of Bankruptcy Procedure, the Second Interim Compensation Order, and the Thirteenth Amended Case Management Procedures [ECF No. 13512]; and (c) be filed with the Court and served on the entities below, so as to be received on or before **August 5, 2021 at 4:00 p.m.** (AST) (the "Objection Deadline"):

a.      The Financial Oversight and Management Board, c/o Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

b.      The Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (Hermann.bauer@oneillborges.com);

c.      Puerto Rico Fiscal Agency and Financial Advisory Authority, c/o Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz Rivero Esq., (cvelaz@mpmlawpr.com);

d.      Puerto  Rico Fiscal Agency and Financial Advisory Authority, c/o O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J.

Rapisardi, Esq. (jrapisardi@omm.com), Suzanne Uhland, Esq. (suhland@omm.com), and

Diana M. Perez, Esq. (dperez@omm.com);

e.       The Office of the United States Trustee for the District of Puerto Rico, Attn:

Monsita Lecaroz, Esq,  Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico,

00901.(monsita.lecaroz@usdoj.gov);

f.       The Official Committee of Unsecured Creditors, c/o Paul Hastings LLP, 200 Park

Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

g.       The Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC,

El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan

J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq.

(aaneses@cstlawpr.com);

h.       The Official Committee of Retired Employees, c/o Jenner & Block LLP, 919 Third

Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com); Richard

Levin, Esq. (rlevin@jenner.com);  and Jenner & Block LLP, 353 N. Clark Street, Chicago,

IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq.

(mroot@jenner.com);

i.       The Official Committee of Retired Employees, c/o Bennazar, García & Milián,

C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn:

A.J. Bennazar Zequeira, Esq. (ajb@bennazar.org);

j.       The Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, Puerto Rico

00902. Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting

(Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary

of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez,

Deputy      Assistant      Secretary      of      Internal      Revenue      and      Tax      Policy

3

(angel.pantoja@hacienda.pr.gov);  Francisco Parés Alicea, Assistant Secretary of Internal

Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña

Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

k.        Counsel to any other statutory committee appointed;

l.        The Fee Examiner, c/o EDGE Legal Strategies, PSC, 252 Ponce de León Avenue,

Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo

(elugo@edgelegalpr.com); and Godfrey & Kahn, S.C., One East Main Street, Suite 500,

Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

### <u>NOTICE OF INTENTION TO BE HEARD</u>

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Second Interim

Compensation Order, the Court may grant the Application without a hearing if (a) no Objection is

timely filed and served and (b) the Fee Examiner issues the Fee Examiner Report (as defined in

the Second Interim Compensation Order) recommending approval of the Application in full or in

part. If objections to the Application are timely filed, a hearing on the Application will be held

before the Honorable Laura Taylor Swain, United States District Judge, at the United States

District Court for the District of Puerto Rico, Room 3, 150 Carlos Chardón Street, Federal

Building, Office 150, San Juan, Puerto Rico 00918-1767 on **October 6, 2021 at 9:30 a.m. (AST)**

(the "<u>Hearing</u>").

Copies of all documents filed in these Title III cases are available (a) free of charge by

visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the

Court's website at https://www.prd.uscourts.gov, subject to the procedures and fees set forth

therein.

4

Dated: July 15, 2021

 */s/ John Arrastia*
GENOVESE JOBLOVE & BATTISTA, P.A.
John H. Genovese, Esq. *(Pro Hac Vice)*
John Arrastia, Esq. *(Pro Hac Vice)*
Jesus M. Suarez, Esq. *(Pro Hac Vice)*
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice)*
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Telephone:  (305) 349-2300
jgenovese@gjb-law.cdom
jarrastia@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Special Litigation Counsel to the Official Committee of Unsecured Creditors*

/s/ *Juan J. Casillas Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq.(USDC-PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditor*