# **EXHIBIT D**

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $701 |
| **VP & Actuary** | $520 |
| **Actuary** | $446 |
| **Consultant** | No time this period |
| **Analyst** | $298 |
| **All Employees** | $540 |