# **EXHIBIT E**

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---:|---:|---:|
| Baty-Barr, Robert | Analyst | Pension | 280.00 | 3.80 | 1,064.00 |
| Bridges, Geoffrey W. | Actuary | Pension | 490.00 | 37.50 | 18,375.00 |
| Johnson, Noel | Actuary | Pension | 430.00 | 102.20 | 43,946.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 750.00 | 67.80 | 50,850.00 |
| Rubin, Benjamin | Analyst | Pension | 310.00 | 5.80 | 1,798.00 |
| Strom, Matthew A. | SVP & Actuary | Pension | 590.00 | 30.00 | 17,700.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 520.00 | 12.90 | 6,708.00 |
| Sub-Total | | | | **260.00** | **140,441.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (0.00) |
| Total | | | | | **140,441.00** |

Hourly billing rates shown are the average rates for the fee application period.