# Exhibit G

## Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 156.50 | $ 76,588.00 |
| 002 Research | - | $ - |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 58.20 | $ 32,980.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 15.70 | $ 9,557.00 |
| 018 Case Administration | 29.60 | $ 21,316.00 |
| Non-Working Travel Time | - | $ - |
| Subtotal | **260.00** | **$ 140,441.00** |
| Less 50% Discount on Non-working Travel Matter | | $ - |
| Total | | $ 140,441.00 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | July 15, 2021 |
| Interim or Final: | Interim |