# **EXHIBIT H**

**Detailed Time Records for Segal Consulting**



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**March 16, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2021

Re: Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 2/1/2021 | Johnson, Noel D. | ██████ request: updates to ██████ analysis to show ██████ impact to participants | **2.60** | 1,118.00 |
| 2/1/2021 | Timmons, Amy S. | Development and distribution of calculator statistics. | **0.90** | 468.00 |
| 2/3/2021 | Johnson, Noel D. | ██████ request: updates to ██████ analysis to show ██████ impact to participants | **9.10** | 3,913.00 |
| 2/3/2021 | Strom, Matthew A. | Review changes to ██████ calculations | **2.20** | 1,298.00 |
| 2/4/2021 | Johnson, Noel D. | ██████ request: updates to replacement ratio analysis to show pension reform impact to participants | **3.10** | 1,333.00 |
| 2/5/2021 | Strom, Matthew A. | Review changes to ██████ calculations | **2.80** | 1,652.00 |
| 2/8/2021 | Johnson, Noel D. | Revisions to ██████ analysis requested by ██████ to illustrate benefit impacts | **0.90** | 387.00 |
| 2/8/2021 | Strom, Matthew A. | Review calculations for illustrations of benefit impact on individuals | **1.20** | 708.00 |
| 2/8/2021 | Timmons, Amy S. | Development and distribution of weekly calculator usage statistics | **0.80** | 416.00 |
| 2/9/2021 | Nicholl, Kim M. | Review of letter sent by Jenner ██████ | **0.60** | 450.00 |
| 2/10/2021 | Johnson, Noel D. | Revisions to ██████ analysis requested by ██████ to illustrate benefit impacts | **1.80** | 774.00 |
| 2/21/2021 | Bridges, Geoffrey W. | Reviewing ██████ model for ██████ | **1.50** | 735.00 |
| 2/22/2021 | Nicholl, Kim M. | Internal call to discuss project deliverables for ██████ request | **0.50** | 375.00 |
| 2/22/2021 | Johnson, Noel D. | Internal call to discuss project deliverables for ██████ request | **0.50** | 215.00 |
| 2/22/2021 | Strom, Matthew A. | Discuss revisions to individual illustrations and deliverable | **0.50** | 295.00 |
| 2/22/2021 | Nicholl, Kim M. | Preliminary review of ██████ analysis ██████ | **1.70** | 1,275.00 |
| 2/22/2021 | Nicholl, Kim M. | Review of interactive spreadsheet showing pension cuts for sample retirees | **0.70** | 525.00 |
| 2/22/2021 | Bridges, Geoffrey W. | Discussion regarding ██████ model. | **0.50** | 245.00 |
| 2/22/2021 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics. | **1.00** | 520.00 |
| 2/23/2021 | Bridges, Geoffrey W. | Reviewing updates to ██████ model for ██████ | **0.30** | 147.00 |
| 2/23/2021 | Johnson, Noel D. | Updates to summary files for response to ██████ request | **3.70** | 1,591.00 |
| 2/24/2021 | Johnson, Noel D. | Revisions to analysis ██████ | **4.60** | 1,978.00 |
| 2/26/2021 | Johnson, Noel D. | Revisions analysis ██████ | **3.90** | 1,677.00 |

2/28/2021   Bridges, Geoffrey W.   Reviewing letter and exhibits ███████████   **1.10**   539.00

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 3.40 | 1,666.00 |
| Johnson, Noel D. | 430.00 | 30.20 | 12,986.00 |
| Nicholl, Kim M. | 750.00 | 3.50 | 2,625.00 |
| Strom, Matthew A. | 590.00 | 6.70 | 3,953.00 |
| Timmons, Amy S. | 520.00 | 2.70 | 1,404.00 |
|  |  | 46.50 | 22,634.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**March 16, 2021**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2021

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 2/1/2021 | Strom, Matthew A. | Professional call to discuss FOMB public hearing, ███████ and communications | 1.20 | 708.00 |
| 2/1/2021 | Johnson, Noel D. | Professional call to discuss FOMB public hearing, ███████ and communications | 1.20 | 516.00 |
| 2/1/2021 | Bridges, Geoffrey W. | Professional call to discuss FOMB public hearing, ███████ and communications | 1.20 | 588.00 |
| 2/1/2021 | Nicholl, Kim M. | Professional call to discuss FOMB public hearing, ███████ and communications | 1.20 | 900.00 |
| 2/8/2021 | Strom, Matthew A. | Professional call to discuss ██████ communications | 0.70 | 413.00 |
| 2/8/2021 | Johnson, Noel D. | Professional call to discuss ██████ communications | 0.70 | 301.00 |
| 2/8/2021 | Bridges, Geoffrey W. | Professional call to discuss ██████ communications | 0.70 | 343.00 |
| 2/8/2021 | Nicholl, Kim M. | Professional call to discuss ██████ communications | 0.70 | 525.00 |
| 2/16/2021 | Nicholl, Kim M. | Professional call to discuss ██████ communications | 0.80 | 600.00 |
| 2/16/2021 | Bridges, Geoffrey W. | Professional call to discuss ██████ communications | 0.80 | 392.00 |
| 2/16/2021 | Johnson, Noel D. | Professional call to discuss ██████ communications | 0.80 | 344.00 |
| 2/22/2021 | Strom, Matthew A. | Professional call to discuss ██████ communications | 1.00 | 590.00 |
| 2/22/2021 | Johnson, Noel D. | Professional call to discuss ██████ communications | 1.00 | 430.00 |
| 2/22/2021 | Bridges, Geoffrey W. | Professional call to discuss ██████ communications | 1.00 | 490.00 |
| 2/22/2021 | Nicholl, Kim M. | Professional call to discuss ██████ communications | 1.00 | 750.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 3.70 | 1,813.00 |
| Johnson, Noel D. | 430.00 | 3.70 | 1,591.00 |
| Nicholl, Kim M. | 750.00 | 3.70 | 2,775.00 |
| Strom, Matthew A. | 590.00 | 2.90 | 1,711.00 |
| | | 14.00 | 7,890.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**March 16, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2021

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 2/2/2021 | Strom, Matthew A. | Meeting of the Retiree Committee | 2.50 | 1,475.00 |
| 2/2/2021 | Nicholl, Kim M. | Retiree Committee meeting | 2.50 | 1,875.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 750.00 | 2.50 | 1,875.00 |
| Strom, Matthew A. | 590.00 | 2.50 | 1,475.00 |
| | | 5.00 | 3,350.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**March 16, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2021

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 2/10/2021 | Nicholl, Kim M. | Preparation of budget for March | 0.70 | 525.00 |
| 2/10/2021 | Nicholl, Kim M. | Preparation of declaration to accompany January invoice | 0.60 | 450.00 |
| 2/10/2021 | Nicholl, Kim M. | Prepare January invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet and updating Excel files for changes in billing rates. | 3.70 | 2,775.00 |
| 2/17/2021 | Nicholl, Kim M. | Prepare January invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet and updating Excel files for changes in billing rates. | 1.60 | 1,200.00 |
| 2/18/2021 | Bridges, Geoffrey W. | Sending information about Hacienda withholding to C. Wedoff at Jenner. | 0.20 | 98.00 |
| 2/22/2021 | Nicholl, Kim M. | Response to fee examiner report on 10th interim application | 1.20 | 900.00 |
| 2/23/2021 | Bridges, Geoffrey W. | Drafting 11th fee application. | 1.90 | 931.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 490.00 | 2.10 | 1,029.00 |
| Nicholl, Kim M. | 750.00 | 7.80 | 5,850.00 |
| | | 9.90 | 6,879.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**March 16, 2021**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 9.20 | 4,508.00 |
| Johnson, Noel D. | 430.00 | 33.90 | 14,577.00 |
| Nicholl, Kim M. | 750.00 | 17.50 | 13,125.00 |
| Strom, Matthew A. | 590.00 | 12.10 | 7,139.00 |
| Timmons, Amy S. | 520.00 | 2.70 | 1,404.00 |
|  |  | 75.40 | 40,753.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**April 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2021

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 3/1/2021 | Timmons, Amy S. | Updates and distribution of weekly calculator statistics. | 0.90 | 468.00 |
| 3/4/2021 | Johnson, Noel D. | Preparation of sample ████████ | 1.40 | 602.00 |
| 3/4/2021 | Nicholl, Kim M. | Updates to sample ████████ | 1.80 | 1,350.00 |
| 3/4/2021 | Timmons, Amy S. | Review and testing of edits to calculation and text | 1.20 | 624.00 |
| 3/5/2021 | Johnson, Noel D. | Preparation of sample ████████ | 1.80 | 774.00 |
| 3/5/2021 | Johnson, Noel D. | Summary of retiree and active participant data, ████ | 5.70 | 2,451.00 |
| 3/5/2021 | Bridges, Geoffrey W. | Reviewing ████ prepared for FTI. | 0.70 | 343.00 |
| 3/5/2021 | Baty-Barr, Robert | Code adjustments to calculator for new $1500 threshold including text changes to support new threshold calculations and testing of site updates | 3.80 | 1,064.00 |
| 3/5/2021 | Timmons, Amy S. | Edits to calculator, testing and review. | 0.80 | 416.00 |
| 3/6/2021 | Bridges, Geoffrey W. | Reviewing letter ████████ cut threshold updated to $1,500. | 1.10 | 539.00 |
| 3/8/2021 | Bridges, Geoffrey W. | Updating letter ████████ | 0.80 | 392.00 |
| 3/8/2021 | Bridges, Geoffrey W. | Responding to questions on ████ statistics from FTI. | 1.40 | 686.00 |
| 3/8/2021 | Rubin, Benjamin A. | Calculated average monthly pension ████████ | 0.80 | 248.00 |
| 3/8/2021 | Nicholl, Kim M. | Review second amended plan of adjustment | 2.10 | 1,575.00 |
| 3/10/2021 | Bridges, Geoffrey W. | Updates to ████████ letter ████ | 0.60 | 294.00 |
| 3/11/2021 | Strom, Matthew A. | Review cover letter ████████ | 2.20 | 1,298.00 |
| 3/12/2021 | Rubin, Benjamin A. | Put together PDF ████ | 0.60 | 186.00 |
| 3/12/2021 | Bridges, Geoffrey W. | Finishing letter ████████ sending out. | 0.60 | 294.00 |
| 3/15/2021 | Timmons, Amy S. | Weekly calculator statistics - updating and distribution. | 0.70 | 364.00 |
| 3/18/2021 | Johnson, Noel D. | Analysis ████████ to provide ████ ████ impacts to FTI Consulting | 1.20 | 516.00 |
| 3/19/2021 | Johnson, Noel D. | Continuation of analysis ████████ to provide ████ ████ impacts to FTI Consulting | 1.90 | 817.00 |
| 3/22/2021 | Nicholl, Kim M. | Review request for analysis ████ | 1.10 | 825.00 |
| 3/22/2021 | Timmons, Amy S. | Preparation and distribution of weekly statistics for calculator | 0.80 | 416.00 |
| 3/23/2021 | Bridges, Geoffrey W. | Discussing analysis for FTI with Segal team. | 0.30 | 147.00 |
| 3/23/2021 | Johnson, Noel D. | Match ████████ for use in FTI presentation | 4.80 | 2,064.00 |
| 3/24/2021 | Johnson, Noel D. | Continuation ████████ for use in FTI presentation ████ | 2.40 | 1,032.00 |
| 3/24/2021 | Rubin, Benjamin A. | Discussion on ████████ matching | 0.90 | 279.00 |

| 3/25/2021 | Johnson, Noel D. | Continuation of ███████████ for use in FTI presentation | 2.60 | 1,118.00 |
| 3/29/2021 | Johnson, Noel D. | Continuation of ██████████ for use in FTI presentation | 3.80 | 1,634.00 |
| 3/29/2021 | Timmons, Amy S. | Updating and distribution of calculator statistics. | 0.90 | 468.00 |
| 3/30/2021 | Nicholl, Kim M. | Review information on HB 120 | 1.00 | 750.00 |
| 3/30/2021 | Rubin, Benjamin A. | Benefit cut threshold $1,500 coding | 3.50 | 1,085.00 |
| 3/31/2021 | Johnson, Noel D. | Review and match ██████████████ ████████████████████. | 6.80 | 2,924.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Baty-Barr, Robert | 280.00 | 3.80 | 1,064.00 |
| Bridges, Geoffrey W. | 490.00 | 5.50 | 2,695.00 |
| Johnson, Noel D. | 430.00 | 32.40 | 13,932.00 |
| Nicholl, Kim M. | 750.00 | 6.00 | 4,500.00 |
| Rubin, Benjamin A. | 310.00 | 5.80 | 1,798.00 |
| Strom, Matthew A. | 590.00 | 2.20 | 1,298.00 |
| Timmons, Amy S. | 520.00 | 5.30 | 2,756.00 |
| | | 61.00 | 28,043.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

April 15, 2021

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2021

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | | Hours | Value |
|------|--------------|---|---|-------|-------|
| 3/1/2021 | Bridges, Geoffrey W. | Professional call | | 0.80 | 392.00 |
| 3/1/2021 | Nicholl, Kim M. | Professional call | | 0.80 | 600.00 |
| 3/1/2021 | Johnson, Noel D. | Professional call | | 0.80 | 344.00 |
| 3/1/2021 | Strom, Matthew A. | Professional call | | 0.80 | 472.00 |
| 3/8/2021 | Nicholl, Kim M. | Professional call | | 0.90 | 675.00 |
| 3/8/2021 | Bridges, Geoffrey W. | Professional call | | 0.90 | 441.00 |
| 3/8/2021 | Strom, Matthew A. | Professional call | | 0.90 | 531.00 |
| 3/15/2021 | Bridges, Geoffrey W. | Professional call | | 1.10 | 539.00 |
| 3/15/2021 | Nicholl, Kim M. | Professional call | | 1.10 | 825.00 |
| 3/15/2021 | Strom, Matthew A. | Professional call | | 1.10 | 649.00 |
| 3/15/2021 | Johnson, Noel D. | Professional call | | 1.10 | 473.00 |
| 3/22/2021 | Bridges, Geoffrey W. | Professional call | | 0.80 | 392.00 |
| 3/22/2021 | Johnson, Noel D. | Professional call | | 0.80 | 344.00 |

| 3/22/2021 | Strom, Matthew A. | Professional call | ████████ | 0.80 | 472.00 |
| 3/22/2021 | Nicholl, Kim M. | Professional call | ████████ | 0.80 | 600.00 |
| 3/29/2021 | Bridges, Geoffrey W. | Professional call | ████████ | 0.90 | 441.00 |
| 3/29/2021 | Nicholl, Kim M. | Professional call | ████████ | 0.90 | 675.00 |
| 3/29/2021 | Johnson, Noel D. | Professional call | ████████ | 0.90 | 387.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490 | 4.50 | 2,205.00 |
| Johnson, Noel D. | 430 | 3.60 | 1,548.00 |
| Nicholl, Kim M. | 750 | 4.50 | 3,375.00 |
| Strom, Matthew A. | 590 | 3.60 | 2,124.00 |
| | | 16.20 | 9,252.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

April 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2021

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 3/3/2021 | Nicholl, Kim M. | Attending COR Board meeting. | 2.10 | 1,575.00 |
| 3/3/2021 | Bridges, Geoffrey W. | Attending COR Board meeting. | 2.00 | 980.00 |
| 3/3/2021 | Johnson, Noel D. | Attending COR Board meeting. | 2.00 | 860.00 |
| 3/3/2021 | Strom, Matthew A. | COR meeting | 2.00 | 1,180.00 |
| 3/17/2021 | Nicholl, Kim M. | Attending COR meeting. | 1.30 | 975.00 |
| 3/17/2021 | Bridges, Geoffrey W. | Attending COR meeting. | 1.30 | 637.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 3.30 | 1,617.00 |
| Johnson, Noel D. | 430.00 | 2.00 | 860.00 |
| Nicholl, Kim M. | 750.00 | 3.40 | 2,550.00 |
| Strom, Matthew A. | 590.00 | 2.00 | 1,180.00 |
| | | 10.70 | 6,207.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

April 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2021

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 3/1/2021 | Bridges, Geoffrey W. | Updates to fee application. | 0.80 | 392.00 |
| 3/1/2021 | Nicholl, Kim M. | Work on fee application | 2.10 | 1,575.00 |
| 3/9/2021 | Bridges, Geoffrey W. | Updating 11th fee application to reflect approval of 10th fee application, sending to Jenner. | 0.50 | 245.00 |
| 3/15/2021 | Nicholl, Kim M. | Preparation of budget for April | 1.10 | 825.00 |
| 3/15/2021 | Nicholl, Kim M. | Prepare February invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet and updating Excel files for changes in billing rates. | 4.20 | 3,150.00 |
| 3/15/2021 | Nicholl, Kim M. | Preparation of declaration to accompany February invoice | 0.90 | 675.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 1.30 | 637.00 |
| Nicholl, Kim M. | 750.00 | 8.30 | 6,225.00 |
| | | 9.60 | 6,862.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**April 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Baty-Barr, Robert | 280.00 | 3.80 | 1,064.00 |
| Bridges, Geoffrey W. | 490.00 | 14.60 | 7,154.00 |
| Johnson, Noel D. | 430.00 | 38.00 | 16,340.00 |
| Nicholl, Kim M. | 750.00 | 22.20 | 16,650.00 |
| Rubin, Benjamin A. | 310.00 | 5.80 | 1,798.00 |
| Strom, Matthew A. | 590.00 | 7.80 | 4,602.00 |
| Timmons, Amy S. | 520.00 | 5.30 | 2,756.00 |
| | | 97.50 | 50,364.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**May 17, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2021

Re: Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 4/1/2021 | Johnson, Noel D. | Review ██████████ and summarization of the results | 3.70 | 1,591.00 |
| 4/5/2021 | Timmons, Amy S. | Development and distribution of weekly calculator statistics. | 0.90 | 468.00 |
| 4/12/2021 | Timmons, Amy S. | Updating of weekly calculator usage statistics and distribution of report | 1.10 | 572.00 |
| 4/13/2021 | Nicholl, Kim M. | Review ██████████ | 0.70 | 525.00 |
| 4/14/2021 | Nicholl, Kim M. | Additional review of data ██████ | 0.80 | 600.00 |
| 4/15/2021 | Johnson, Noel D. | Review ██████ | 2.90 | 1,247.00 |
| 4/26/2021 | Nicholl, Kim M. | Research ██████ | 2.20 | 1,650.00 |
| 4/26/2021 | Nicholl, Kim M. | Review ██████ actuarial analysis | 1.00 | 750.00 |
| 4/26/2021 | Strom, Matthew A. | Discuss ██████ requests ██████ | 1.00 | 590.00 |
| 4/26/2021 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics. | 1.20 | 624.00 |
| 4/27/2021 | Nicholl, Kim M. | Continuation of research ██████ | 1.90 | 1,425.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Johnson, Noel D. | 430.00 | 6.60 | 2,838.00 |
| Nicholl, Kim M. | 750.00 | 6.60 | 4,950.00 |
| Timmons, Amy S. | 520.00 | 3.20 | 1,664.00 |
| | | 17.40 | 10,042.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 17, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2021

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 4/7/2021 | Bridges, Geoffrey W. | Professional call | 0.90 | 441.00 |
| 4/7/2021 | Nicholl, Kim M. | Professional call | 0.90 | 675.00 |
| 4/12/2021 | Bridges, Geoffrey W. | Professional call | 0.90 | 441.00 |
| 4/12/2021 | Nicholl, Kim M. | Professional call | 0.90 | 675.00 |
| 4/12/2021 | Johnson, Noel D. | Professional call | 0.90 | 387.00 |
| 4/19/2021 | Johnson, Noel D. | Professional call | 0.90 | 387.00 |
| 4/19/2021 | Nicholl, Kim M. | Professional call | 0.90 | 675.00 |
| 4/26/2021 | Bridges, Geoffrey W. | Professional call | 0.90 | 441.00 |
| 4/26/2021 | Nicholl, Kim M. | Professional call | 0.90 | 675.00 |
| 4/26/2021 | Johnson, Noel D. | Professional call | 0.90 | 387.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490 | 2.70 | 1,323.00 |
| Johnson, Noel D. | 430 | 2.70 | 1,161.00 |
| Nicholl, Kim M. | 750 | 3.60 | 2,700.00 |
| | | 9.00 | 5,184.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 17, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2021

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|------------|---|-------|-------|
| 4/14/2021 | Nicholl, Kim M. | Preparation of budget for May | 0.80 | 600.00 |
| 4/14/2021 | Nicholl, Kim M. | Preparation of declaration to accompany March invoice | 0.90 | 675.00 |
| 4/14/2021 | Nicholl, Kim M. | Prepare March invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet and updating Excel | 3.80 | 2,850.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 750.00 | 5.50 | 4,125.00 |
| | | 5.50 | 4,125.00 |

EIN#     13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**May 17, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 2.70 | 1,323.00 |
| Johnson, Noel D. | 430.00 | 9.30 | 3,999.00 |
| Nicholl, Kim M. | 750.00 | 15.70 | 11,775.00 |
| Strom, Matthew A. | 590.00 | 1.00 | 590.00 |
| Timmons, Amy S. | 520.00 | 3.20 | 1,664.00 |
| | | 31.90 | 19,351.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**June 16, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2021

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 5/3/2021 | Timmons, Amy S. | Weekly update of calculator statistics and distribution of report. | 0.90 | 468.00 |
| 5/20/2021 | Johnson, Noel D. | Preparation of revised participant level impacts ███. Analysis completed | 3.80 | 1,634.00 |
| 5/21/2021 | Johnson, Noel D. | Review of ███ impacts to pension participants ███ | 2.40 | 1,032.00 |
| 5/24/2021 | Johnson, Noel D. | Analysis in response to additional questions ███ | 2.50 | 1,075.00 |
| 5/24/2021 | Timmons, Amy S. | Updates to weekly calculator statistics and distribution of results. | 0.80 | 416.00 |
| 5/25/2021 | Nicholl, Kim M. | Review of proposed changes ███. | 1.20 | 900.00 |
| 5/25/2021 | Strom, Matthew A. | Working on model ███ | 1.60 | 944.00 |
| 5/25/2021 | Johnson, Noel D. | Preparation of responses to questions ███ | 4.90 | 2,107.00 |
| 5/26/2021 | Nicholl, Kim M. | Discuss setting up excel spreadsheet to model ███ | 0.90 | 675.00 |
| 5/26/2021 | Bridges, Geoffrey W. | Discuss setting up excel spreadsheet to model ███ | 0.90 | 441.00 |
| 5/26/2021 | Strom, Matthew A. | Discuss mechanics of ███ spreadsheet | 0.90 | 531.00 |
| 5/26/2021 | Bridges, Geoffrey W. | Getting team started on ███ model. | 0.80 | 392.00 |
| 5/26/2021 | Johnson, Noel D. | Preparation of responses to questions ███ | 3.20 | 1,376.00 |
| 5/27/2021 | Bridges, Geoffrey W. | Reviewing responses to FTI on questions ███ | 3.90 | 1,911.00 |
| 5/28/2021 | Nicholl, Kim M. | Review of ███ report ███ | 1.60 | 1,200.00 |
| 5/28/2021 | Strom, Matthew A. | Working on model ███ | 1.30 | 767.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 5.60 | 2,744.00 |
| Johnson, Noel D. | 430.00 | 16.80 | 7,224.00 |
| Nicholl, Kim M. | 750.00 | 3.70 | 2,775.00 |
| Strom, Matthew A. | 590.00 | 3.80 | 2,242.00 |
| Timmons, Amy S. | 520.00 | 1.70 | 884.00 |
| **Total:** | | 31.60 | 15,869.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

June 16, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2021

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 5/3/2021 | Bridges, Geoffrey W. | Professional call to discuss bankruptcy timeline, model, ███. | 0.70 | 343.00 |
| 5/3/2021 | Johnson, Noel D. | Professional call to discuss bankruptcy timeline, model, ███ | 0.70 | 301.00 |
| 5/3/2021 | Strom, Matthew A. | Professional call to discuss bankruptcy timeline, financial model, ███ | 0.70 | 413.00 |
| 5/3/2021 | Nicholl, Kim M. | Professional call to discuss bankruptcy timeline, model, ███ | 0.70 | 525.00 |
| 5/10/2021 | Nicholl, Kim M. | Professional call to discuss ███ status of POA process, communications | 1.00 | 750.00 |
| 5/10/2021 | Johnson, Noel D. | Professional call to discuss ███ status of POA process, communications | 1.00 | 430.00 |
| 5/10/2021 | Strom, Matthew A. | Professional call to discuss ███ status of POA process, communications | 1.00 | 590.00 |
| 5/10/2021 | Bridges, Geoffrey W. | Professional call to discuss ███, status of POA process, communications | 1.00 | 490.00 |
| 5/17/2021 | Bridges, Geoffrey W. | Professional call to discuss ███ status of POA process, third amended POA, new fiscal plan, communications | 1.30 | 637.00 |
| 5/17/2021 | Johnson, Noel D. | Professional call to discuss ███ status of POA process, third amended POA, new fiscal plan, communications | 1.30 | 559.00 |
| 5/25/2021 | Strom, Matthew A. | Professional call ███ to discuss POA | 1.20 | 708.00 |
| 5/25/2021 | Nicholl, Kim M. | Professional call ███ to discuss POA | 1.20 | 900.00 |
| 5/25/2021 | Bridges, Geoffrey W. | Professional call ███ to discuss POA | 1.20 | 588.00 |
| 5/25/2021 | Johnson, Noel D. | Professional call ███ to discuss POA | 1.20 | 516.00 |
| 5/25/2021 | Strom, Matthew A. | Professional call ███ to discuss POA | 1.20 | 708.00 |
| 5/28/2021 | Bridges, Geoffrey W. | Discussion with FTI ███ | 1.20 | 588.00 |
| 5/28/2021 | Nicholl, Kim M. | Discussion with FTI ███ | 1.20 | 900.00 |
| 5/28/2021 | Strom, Matthew A. | Discussion with FTI ███ | 1.20 | 708.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490 | 5.40 | 2,646.00 |
| Johnson, Noel D. | 430 | 4.20 | 1,806.00 |
| Nicholl, Kim M. | 750 | 4.10 | 3,075.00 |
| Strom, Matthew A. | 590 | 5.30 | 3,127.00 |
| **Total:** | | 19.00 | 10,654.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

June 16, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2021

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 5/17/2021 | Nicholl, Kim M. | Preparation of June budget | 1.00 | 750.00 |
| 5/17/2021 | Nicholl, Kim M. | Preparation of declaration to accompany April invoice | 0.90 | 675.00 |
| 5/17/2021 | Nicholl, Kim M. | Prepare April invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet and updating Excel files for changes in billing rates. | 2.70 | 2,025.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 750.00 | 4.60 | 3,450.00 |
| **Total:** | | 4.60 | 3,450.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**June 16, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 11.00 | 5,390.00 |
| Johnson, Noel D. | 430.00 | 21.00 | 9,030.00 |
| Nicholl, Kim M. | 750.00 | 12.40 | 9,300.00 |
| Strom, Matthew A. | 590.00 | 9.10 | 5,369.00 |
| Timmons, Amy S. | 520.00 | 1.70 | 884.00 |
| | | 55.20 | 29,973.00 |

EIN#   13-1975125