# EXHIBIT D

### Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 1.20 | $150.00 |
| Jorge Marchand | Principal | $175.00 | 428.55 | $74,996.25 |
| Male Noguera | Media Manager | $95.00 | 374.80 | $35,606.00 |
| María Schell | Business Editor | $110.00 | 467.10 | $51,381.00 |
| **Total** | | | **1,271.65** | **$162,133.25** |