# EXHIBIT E

### Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---|
| Radio program expenses | $4,000.00 |
| Graphics creation, design, and support | $400.00 |
| Teleconference services | $149.90 |
| Advertising for retiree outreach | $6,138.67 |
| Media monitoring services | $2,402.40 |
| Web analytic services | $297.00 |
| **TOTAL** | $13,387.97 |