# **EXHIBIT F**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 346.75 | $47,948.75 |
| Project Management | 675.80 | $90,520.00 |
| Website Development and Management | 249.10 | $23,664.50 |
| **Total** | **1,271.65** | **$162,133.25** |