**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From February 1 to February 28, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 2/5/2021 | Facebook Ads | Square Weebly/Squareup International Ltd (Webpage Tool Subscription: Promote Accelerate Plan) | 900.00 |
| 2/6/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 2/19/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 553.39 |
| 2/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 2/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 78.89 |
| 2/26/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 145.60 |
| 2/26/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 1,747.20 |
| | | *Total:* | **4,325.08** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From March 1 to March 31, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---:|
| 3/13/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 3/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 3/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 3/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 369.10 |
| 3/23/2021 | Uno Radio Group | ORC Weekly Radio Program (10 pre-recorded programs at Noti Uno Radio) | 4,000.00 |
| | | *Total:* | **5,368.10** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From April 1 to April 30, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 3/31/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 509.60 |
| 4/8/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 4/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 4/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 4/20/2021 | Zoom Video Communications | Zoom's Standard Pro Annual Suscription, for the ORC's video conference meetings | 149.90 |
| 4/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 543.93 |
| | | *Total:* | **2,202.43** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From May 1 to May 31, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---:|
| 05/11/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 136.82 |
| 05/16/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 168.75 |
| 05/18/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 143.75 |
| 05/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 05/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 05/24/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 50.68 |
| 05/25/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 793.36 |
| | | *Total:* | **1,492.36** |