# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: January 16, 2021 through May 15, 2021** | | | | | | |
| 5/7/21 | 1/16/21 - 2/15/21 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 5/12/21 | 2/16/21 - 3/15/21 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 7/14/21 | 3/16/21 - 4/15/21 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 7/15/21 | 4/16/21 - 5/15/21 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$108,000.00** | **$0.00** | **$54,000.00** | **$0.00** | **$12,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/26/2021 | 2021-0080 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>JANUARY 16, 2020 TO FEBRUARY 15, 2021<br><br>FEE MESUAL: | 30,000.00 |

 - E-blasts
   Sent two eblasts to the data base
     1. Update to the data base on Title III Process
     2. A communication with a call to action to send a letter to the governor to a new database
   Estimated hours on this project: 4 hours

 - Media
   1. Translation of a statement of the negotiations of the Board
   2. Send and follow up to all media
   Estimated hours on this project: 2 hours

 - Communications and other efforts
   1. Monitoring local media
     1. Daily clippings with their translation of article/news related to matters of the Committee.
     2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
        Estimated hours on this project: 28 hours
   2. Conference calls
     1. Multiple conference calls to address how we are going to stablish dialogues with politicians and the new government.
        Estimated hours on this: 2 hrs.
   3. Estimates
     1. Work on several estimates to send a letter to key people in government and creditors
        Estimated hours on this: 2 hrs.

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/26/2021 | 2021-0080 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

Project: **4 - UNSECURED FEES**

Job #

### Description / Amount

- Website
  1. Edits to the home page section
  2. Worked on the new homepage section with the letter to governor
     Estimated hours on this: 3 hrs.

**Vo. Bo.**
Amarilys Torres

**Vo. Bo.**
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 3/17/2021 | 2021-0138 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>FEBRUARY 16, 2020 TO MARCH 15, 2021<br><br>FEE MESUAL: | 30,000.00 |

Communications and other efforts
1. Monitoring local media
    1. Daily clippings with their translation of article/news related to matters of the Committee.
    2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
       Estimated hours on this: 25 hours
2. Conference calls
    1. Multiple conference calls with members of the committee about action plans and what's next.
       Estimated hours on this: 2 hrs.

Website
1. Edits to some sections and renewal of the security certificates
2. Maintenance
   Estimated hours on this: 2.5 hrs.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209





# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/30/2021 | 2021-0178 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MARCH 16, 2020 TO APRIL 15, 2021<br><br>FEE MESUAL: | 30,000.00 |

Communications and other efforts
- 1. Monitoring local media
    1. Clippings with their translation of article/news related to matters of the Committee.
    2. Ee spend around 1.0 hour doing these clippings/translations and sending them to the UCC
       Estimated hours on this: 20 hours
- 2. Conference calls
    1. Multiple conference calls with members of the committee
    2. Coordination of an interview with Joanisabel González from El Nuevo Día
       1. Assisted the call and sent material to the journalist for the article
       2. Article published: April 15, 2021
    Estimated hours on this: 2 hrs.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 5/17/2021 | 2021-0203 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>APRIL 16, 2020 TO MAY 15, 2021<br><br>FEE MESUAL: | 30,000.00 |

Communications and other efforts
  1. Monitoring local media
     1. Clippings with their translation of article/news related to matters of the Committee.
     2. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
        Estimated hours on this: 20 hours
  2. Conference calls
     1. Multiple conference calls between Bernardo and some of the members of the committee to take actions and spoke to the media regarding PREPA and the FOMB
        Estimated hours on this: 2 hrs.
  3. Channel messages from our database for questions regarding their claims.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209