**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Stenger, Edward J | Managing Director | $ 1,295 | 40.9 | $ 52,965.50 |
| Martinez, Scott | Director | 935 | 640.5 | 598,867.50 |
| Westermann, Michael | Director | 825 | 125.4 | 103,455.00 |
| Praga, Deborah | Vice President | 625 | 84.9 | 53,062.50 |
| Verry, Laura C | Senior Vice President | 530 | 1.1 | 583.00 |
| Saydah, Heather | Senior Vice President | 480 | 1.7 | 816.00 |
| **Total** | | | **894.5** | **$ 809,749.50** |