**Exhibit B**

**Summary of Hours and Fees by Project Category**

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | | |
|---|---|---|---|---|
| Matter Category | Old Matter Category | Description | Hours | 100% Fees |
| 12275.00100 | 1 | Planning & Coordination / Case Management | 32.4 | $ 32,762.00 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 105.8 | 98,268.00 |
| 12275.00102 | 3 | Communication with Interested Parties | 81.7 | 76,678.50 |
| 12275.00103 | 4 | Liquidity and Cash Management | 74.4 | 67,370.00 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 61.4 | 54,404.00 |
| 12275.00105 | 6 | Financial and Other Diligence | 16.5 | 15,427.50 |
| 12275.00106 | 7 | Sales of Assets | 0.2 | 187.00 |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | - | - |
| 12275.00108 | 9 | Debt Capacity | 0.3 | 280.50 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 195.5 | 177,957.50 |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 181.0 | 161,351.00 |
| 12275.00112 | 13 | Testimony / Court Appearance | 6.3 | 5,890.50 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 4.9 | 4,581.50 |
| 12275.00115 | 16 | Retention | 3.2 | 1,773.00 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 38.5 | 27,875.50 |
| 12275.00117 | 19 | PREPA Title III | 77.8 | 71,292.00 |
| 12275.00118 | 20 | HTA Title III | 8.5 | 7,947.50 |
| 12275.00119 | 21 | ERS Title III | 6.1 | 5,703.50 |
| 12275.00129 | 18 | Non-Working Travel Time | - | - |
| **Total** | | | **894.5** | **$ 809,749.50** |