**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| **Category** | **Total** |
| Travel & Lodging | $ - |
| Meals | - |
| Phone | - |
| Direct Charges | - |
| Postage/Courier | - |
| Copy Charges | - |
| **Grand Total** | **$ -** |