**Exhibit E**

**Detail of Expenses by Expense Category**

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| Professional | Date | Category | Description | Amount |
| **Total Expenses** | | | | $ - |