**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# **EXHIBIT D-1**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2021 | March 2021 | April 2021 | May 2021 | Total | February 2021 | March 2021 | April 2021 | May 2021 | Total |
| B110 | Case Administration | 75 | 50 | 50 | 50 | 225 | 10.20 | 15.30 | 14.70 | 6.70 | **46.90** |
| B112 | General Creditor Inquiries | 2 | 2 | 5 | 5 | 14 | 0.00 | 0.50 | 0.50 | 0.30 | **1.30** |
| B113 | Pleadings Review | 25 | 35 | 35 | 30 | 125 | 9.50 | 11.00 | 24.30 | 11.00 | **55.80** |
| B120 | Asset Analysis and Recovery | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B130 | Asset Disposition | 0 | 0 | 5 | 5 | 10 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 50 | 25 | 25 | 105 | 25.60 | 1.60 | 9.30 | 0.00 | **36.40** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 60 | 60 | 100 | 75 | 295 | 59.20 | 66.70 | 103.30 | 69.70 | **298.90** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 20 | 20 | 30 | 15 | 85 | 4.80 | 60.80 | 50.30 | 8.80 | **124.70** |
| B160 | Employment / Fee Applications (Paul Hastings) | 40 | 35 | 40 | 40 | 155 | 29.30 | 32.40 | 9.30 | 14.00 | **85.00** |
| B161 | Budgeting (Case) | 2 | 2 | 2 | 2 | 8 | 0.20 | 0.80 | 0.50 | 0.70 | **2.20** |
| B165 | Employment / Fee Applications (Other Professionals) | 5 | 5 | 5 | 5 | 20 | 3.30 | 9.60 | 3.30 | 3.10 | **19.30** |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2021 | March 2021 | April 2021 | May 2021 | Total | February 2021 | March 2021 | April 2021 | May 2021 | Total |
| B180 | Avoidance Action Analysis | 10 | 10 | 10 | 10 | 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B185 | Assumption / Rejection of Leases and Contracts | 10 | 10 | 5 | 5 | 30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 | Other Contested Matters (including GDB restructuring) | 10 | 20 | 20 | 20 | 70 | 3.00 | 3.00 | 0.50 | 1.00 | 7.50 |
| B191 | General Litigation | 100 | 50 | 100 | 50 | 300 | 18.50 | 26.70 | 21.60 | 8.10 | 74.90 |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 10 | 10 | 10 | 10 | 40 | 0.00 | 0.00 | 0.30 | 0.00 | 0.30 |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B222 | Union Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 0.00 | 0.80 |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 | Security Document Analysis | 1 | 1 | 1 | 1 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 | Investigations | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2021 | March 2021 | April 2021 | May 2021 | Total | February 2021 | March 2021 | April 2021 | May 2021 | Total |
| B310 | Claims Administration and Objections | 100 | 75 | 75 | 75 | **325** | 33.10 | 45.30 | 244.10 | 95.60 | **418.10** |
| B320 | Plan and Disclosure Statement | 250 | 350 | 300 | 500 | **1400** | 81.30 | 42.20 | 271.60 | 220.70 | **615.80** |
| B420 | Restructurings | 20 | 20 | 20 | 20 | **80** | 28.10 | 1.90 | 0.40 | 2.70 | **33.10** |
| **TOTAL HOURS** | | 754 | 814 | 847 | 952 | 3,367 | 306.00 | 317.80 | 754.80 | 442.40 | 1,821.00 |
| **TOTAL FEES** | | $819,598.00[2] | $886,446.00 | $922,383.00 | $1,070,048.00 | $3,698,475.00 | $349,337.50 | $ 353,742.00 | $ 772,989.50 | $ 440,469.50 | $ 1,916,538.50 |
| *MINUS 20% REDUCTION*[3] | | ($163,919.60) | ($177,289.20) | ($184,476.60) | ($214,009.60) | ($739,695.00) | $(69,867.50) | $ (70,748.40) | $(154,597.90) | $ (88,093.90) | $ (383,307.70) |
| **TOTAL FEES (NET OF REDUCTION)** | | $655,678.40 | $709,156.80 | $737,906.40 | $856,038.40 | $2,958,780.00 | $ 279,470.00 | $ 282,993.60 | $ 618,391.60 | $ 352,375.60 | $ 1,533,230.80 |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $1,087, $1,089, $1,089, and $1,124 for the Paul Hastings attorneys who are expected to work on this matter in February, March, April, and May, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $870, $871, $871, and $899, respectively.

3

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2021 | March 2021 | April 2021 | May 2021 | Total | February 2021 | March 2021 | April 2021 | May 2021 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310  Claims Administration and Objections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191  General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191  General Litigation | 20 | 20 | 20 | 20 | **80** | 18.3 | 18.2 | 21.6 | 6.8 | **64.9** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191  General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191  General Litigation | 20 | 20 | 20 | 0 | **60** | 0 | 0 | 0 | 0 | **0** |
| **TOTAL HOURS** | **40** | **40** | **40** | **20** | **140** | **18.3** | **18.2** | **21.6** | **6.8** | **64.9** |

4

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED
# BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 45.30 | $32,879.50 |
| B113   Pleadings Review | 55.80 | $24,552.50 |
| B140   Relief from Stay / Adequate Protection Proceedings | 36.40 | $44,935.50 |
| B150   Meetings of and Communications with Creditors | 197.20 | $202,563.50 |
| B155   Court Hearings | 72.30 | $82,358.00 |
| B160   Employment / Fee Applications (Paul Hastings) | 85.00 | $81,312.50 |
| B161   Budgeting (Case) | 2.20 | $2,970.00 |
| B165   Employment / Fee Applications (Other Professionals) | 19.30 | $14,896.50 |
| B170   Fee/Employment Objections | 0.00 | $0.00 |
| B190   Other Contested Matters | 7.50 | $8,469.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 0.30 | $405.00 |
| B222   Union Issues | 0.80 | $876.00 |
| B310   Claims Administration and Objections | 284.80 | $303,282.50 |
| B320   Plan and Disclosure Statement (including Business Plan) | 544.40 | $558,863.50 |
| **TOTAL** | **1351.30** | **$1,358,364.00** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112   General Creditor Inquiries | 1.30 | $1,423.50 |
| B150   Meetings of and Communications with Creditors | 16.80 | $21,396.50 |
| **TOTAL** | **18.10** | **$22,820.00** |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B150 Meetings of and Communications with Creditors | 3.80 | $4,256.00 |
| B155 Court Hearings | 3.70 | $3,573.00 |
| B310 Claims Administration and Objections | 104.20 | $100,901.50 |
| B420 Restructurings | 33.10 | $38,478.50 |
| **TOTAL** | **144.80** | **$147,209.00** |

*(Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B320 Plan and Disclosure Statement | 1.90 | $2,565.00 |
| **TOTAL** | **1.90** | **$2,565.00** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 1.60 | $376.00 |
| B155 Court Hearings | 48.70 | $65,091.00 |
| B191 General Litigation | 0.40 | $198.00 |
| B310 Claims Administration and Objections | 14.10 | $17,132.00 |
| B320 Plan and Disclosure Statement | 1.90 | $2,427.00 |
| **TOTAL** | **66.70** | **$85,224.00** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191 General Litigation | 74.50 | $86,860.00 |
| **TOTAL** | **74.50** | **$86,860.00** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B310 Claims Administration and Objections | 15.00 | $21,400.00 |
| B320 Plan and Disclosure Statement (including Business | 61.00 | $90,815.50 |

6

| | | |
|---|---:|---:|
| Plan) | | |
| **TOTAL** | **76.00** | **$72,215.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 81.10 | $95,176.00 |
| B320   Plan and Disclosure Statement (including Business | 6.60 | $6,105.00 |
| **TOTAL** | **87.70** | **$101,281.00** |

# **EXHIBIT D-2**

## **SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY**

| Category | Amount |
|---|---:|
| Articles and Publications | $274.00 |
| Travel Expenses - Taxi / Ground Transportation | $100.00 |
| Court Call | $420.00 |
| Courier Services | $243.08 |
| Computer Search | $16,139.67 |
| Travel Expenses - Internet | $43.00 |
| In-house Black and White Reproduction Charges (58,390 copies at $0.08 per page) | $4,671.20 |
| In-house Color Reproduction Charges (961 copies at $0.25 per page) | $240.25 |
| Outside Professional Services | $54,917.58 |
| Postage/Express Mail | $1,711.60 |
| **TOTAL** | **$78,760.38** |