# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### February 2021 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $226,374.67[1] | $181,099.74 | $24,926.47 | $206,026.21 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $7,569.00 | $6,055.20 | $0.00 | $6,055.20 |
| Total for PREPA (all outside of Puerto Rico) | $36,629.00 | $29,303.20 | $0.00 | $29,303.20 |
| **Grand Total for all Debtors (net of credits)** | **$270,572.67** | **$216,458.14** | **$24,926.47** | **$241,384.61** |

---

[1] Reflects a credit of $78,764.83 for fee reductions pursuant to the order approving Paul Hastings' Ninth Interim Fee Application.

**March 2021 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $111,862.55[2] | $89,490.04 | $6,861.61[3] | $96,351.65 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $65,508.00 | $52,406.40 | $1,391.14 | $53,797.54 |
| Total for PREPA (all outside of Puerto Rico) | $13,211.00 | $10,568.80 | $0.00 | $10,568.80 |
| **Grand Total for all Debtors (net of credits)** | **$190,581.55** | **$152,465.24** | **$8,252.75** | **$160,717.99** |

---

[2]  Reflects a credit of $162,080.45 for fee reductions pursuant to the order approving Paul Hastings' Tenth Interim Fee Application.

[3]  Reflects a credit of $170.77 for expense reductions pursuant to the order approving Paul Hastings' Tenth Interim Fee Application.

2

**April 2021 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $676,530.50 | $541,224.40 | $33,582.08 | $574,806.48 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $12,147.00 | $9,717.60 | $0.00 | $9,717.60 |
| Total for PREPA (all outside of Puerto Rico) | $85,392.00 | $68,313.60 | $1,877.50 | $70,191.10 |
| **Grand Total for all Debtors** | **$774,069.50** | **$619,255.60** | **$35,459.58** | **$654,715.18** |

**May 2021 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $425,927.50 | $340,742.00 | $9,880.81 | $350,622.81 |
| Total for HTA (all outside of Puerto Rico) | $2,565.00 | $2,052.00 | $0.00 | $2,052.00 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $11,977.00 | $9,581.60 | $70.00 | $9,651.60 |
| **Grand Total for all Debtors** | **$440,469.50** | **$352,375.60** | **$9,950.81** | **$362,326.41** |