# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Luft, Avi E. | Counsel | Corporate |
| Traxler, Katherine A. | Counsel | Restructuring |
| Al-Saif, Bandar K. | Associate | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Farmer, Will Clark | Associate | Corporate |
| Ferguson, James L. | Associate | Litigation |
| Lopez, Leah M. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Sutton, Ezra C. | Associate | Corporate |
| Zwillinger, Zachary | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| O'Dea, Heather R. | Legal Research Analyst | -- |
| Wu, Winnie | Case Assistant | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |

| Naulo, Mariya | Associate | Corporate |
|---|---|---|

### PREPA (Matter ID 00006)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |

### ERS (Matter ID 00008)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Bassett, Nicholas A. | Partner | Corporate |
| Timofeyev, Igor V. | Partner | Litigation |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### Other Adversary Proceedings (Matter ID 00009)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Farmer, Will Clark | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |
| Kuo, Jocelyn | Paralegal | -- |

*Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |

*Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Lopez, Leah M. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Sutton, Ezra C. | Associate | Corporate |