## SCHEDULE 2

## MONTHLY STATEMENTS COVERED IN APPLICATION[1]

### (attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (80%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| 4/9/21 | 2/1/21 – 2/28/21 | $216,458.14 | $24,926.47 | $216,458.14 | $24,926.47 | $54,114.53 |
| 5/7/21 | 3/1/21 – 3/31/21 | $152,465.24 | $8,252.75 | $152,465.24 | $8,252.75 | $38,116.31 |
| 6/25/21 | 4/1/21 - 4/30/21 | $619,255.60 | $35,459.58 | $609,966.77 | $35,459.58 | $154,813.90 |
| 7/9/21 | 5/1/21 – 5/31/21 | $352,375.60 | $9,950.81 | $0.00 | $0.00 | $88,092.90 |
| **Total** | | **$1,340,554.58[2]** | **$78,589.61[3]** | **$978,890.15** | **$68,638.80** | **$335,137.64** |

---

[1]   The adjustments to Paul Hastings' fees during the Application Period do not represent a write-off of such fees, and Paul Hastings reserves the right to seek allowance and payment of such fees at a later date.  The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance and payment of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance or payment of Paul Hastings' fees and expenses.  The foregoing reservation does not affect the 20% end of the case write-off (with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process).

[2]   This amount reflects (a) a credit of 78,764.83 for fee reductions pursuant to the order approving Paul Hastings' Ninth Interim Fee Application and (b) a credit of $162,080.45 for fee reductions pursuant to the order approving Paul Hastings' Tenth Interim Fee Application.

[3]   This amount reflects a credit of $170.77 for cost reductions pursuant to the order approving Paul Hastings' Tenth Interim Fee Application.



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267350

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2021 | $191,632.00 |
| Less credit for fee reductions pursuant to Order Approving Ninth Interim Fee Application | (78,764.83) |
| Net Fees | $112,867.17 |
| Costs incurred and advanced | 24,909.37 |
| **Current Fees and Costs Due** | **$137,776.54** |
| **Total Balance Due - Due Upon Receipt** | **$137,776.54** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267350

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2021 | $191,632.00 |
| Less credit for fee reductions pursuant to Order Approving Ninth Interim Fee Application | (78,764.83) |
| Net Fees | $112,867.17 |
| Costs incurred and advanced | 24,909.37 |
| **Current Fees and Costs Due** | **$137,776.54** |
| **Total Balance Due - Due Upon Receipt** | **$137,776.54** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** |
|---|---|
| Citibank | Paul Hastings LLP |
| ABA # 322271724 | Lockbox 4803 |
| SWIFT Address:  CITIUS33 | PO Box 894803 |
| 787 W. 5th Street | Los Angeles, CA  90189-4803 |
| Los Angeles, CA  90071 | |
| Account Number: 206628380 | |
| Account Name: Paul Hastings LLP | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267350

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

**Official Comm. of Unsecured Creditors of Commonwealth of PR**          **$191,632.00**

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 02/01/2021 | DEB4 | Correspond with A. Velazquez (SEIU) regarding comments to legislation | 0.10 | 1,095.00 | 109.50 |
| 02/01/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 02/02/2021 | DEB4 | Correspond with J. Casillas (CST) regarding HB 120 (0.2); correspond with L. Despins regarding Oversight Board (0.1) | 0.30 | 1,095.00 | 328.50 |
| 02/02/2021 | WW6 | Review master service list as of February 3, 2021 | 0.30 | 235.00 | 70.50 |
| 02/03/2021 | DEB4 | Correspond with L. Despins regarding A. Velazquez (SEIU) comments to legislation | 0.50 | 1,095.00 | 547.50 |
| 02/03/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 02/05/2021 | AB21 | Telephone conference with D. Barron regarding title III update and open workstreams | 0.40 | 1,350.00 | 540.00 |
| 02/05/2021 | DEB4 | Conference with A. Bongartz regarding case administration and workstreams | 0.40 | 1,095.00 | 438.00 |

The Commonwealth of Puerto Rico                                                                Page 2
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/05/2021 | DEB4 | Correspond with L. Despins regarding PR legislation (0.1); revise same (0.3); draft email to Committee regarding legislation (0.5) | 0.90 | 1,095.00 | 985.50 |
| 02/08/2021 | AB21 | Review correspondence from D. Barron regarding retiree legislation | 0.10 | 1,350.00 | 135.00 |
| 02/08/2021 | DEB4 | Correspond with A. Bongartz regarding legislation (0.1); correspond with S. Millman (Stroock) regarding same (0.1) | 0.20 | 1,095.00 | 219.00 |
| 02/09/2021 | DEB4 | Correspond with J. Casillas (CST) regarding legislation (0.3); analyze revisions thereto (0.9) | 1.20 | 1,095.00 | 1,314.00 |
| 02/09/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 02/10/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 02/11/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 02/12/2021 | DEB4 | Conference with J. Casillas (CST) regarding Puerto Rico legislation | 0.30 | 1,095.00 | 328.50 |
| 02/15/2021 | DEB4 | Correspond with L. Despins regarding Puerto Rico legislation | 0.10 | 1,095.00 | 109.50 |
| 02/17/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 02/18/2021 | WW6 | Review master service list as of February 17, 2021 | 0.30 | 235.00 | 70.50 |
| 02/23/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 02/24/2021 | DEB4 | Correspond with M. Naulo regarding Oversight Board meeting (0.1); correspond with A. Bongartz regarding same (0.1) | 0.20 | 1,095.00 | 219.00 |
| 02/26/2021 | MN11 | Observe Oversight Board public meeting | 3.20 | 955.00 | 3,056.00 |
| | | **Subtotal: B110  Case Administration** | **10.20** | | **8,870.50** |

**B113    Pleadings Review**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/02/2021 | AB21 | Review docket update in Title III cases | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2267350

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 02/02/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/03/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/04/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/05/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 02/05/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/08/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 02/08/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/09/2021 | DEB4 | Correspond with A. Bongartz and Z. Zwillinger regarding new pleadings | 0.10 | 1,095.00 | 109.50 |
| 02/09/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/09/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 02/10/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 02/10/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/11/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                              Page 4
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/11/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/12/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 02/12/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/16/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/17/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/17/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 02/18/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/19/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/22/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 02/22/2021 | DEB4 | Correspond with W. Wu regarding recent filings | 0.10 | 1,095.00 | 109.50 |
| 02/22/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 02/23/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 02/23/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/23/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |

The Commonwealth of Puerto Rico                                          Page 5
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/24/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/25/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 02/25/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 02/26/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| | | **Subtotal: B113  Pleadings Review** | **9.50** | | **3,519.50** |

**B140     Relief from Stay/Adequate Protection Proceedings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | ZSZ | Review pleadings and exhibits in preparation for First Circuit hearing on revenue bond lift stay appeals | 4.10 | 1,125.00 | 4,612.50 |
| 02/02/2021 | ZSZ | Review case law and issues in preparation for First Circuit hearing on revenue bond lift stay appeals | 4.50 | 1,125.00 | 5,062.50 |
| 02/03/2021 | LAD4 | Prepare outline (by reviewing issues, case law, notes) for First Circuit appeal oral argument | 3.10 | 1,600.00 | 4,960.00 |
| 02/03/2021 | ZSZ | Review briefs and outline in preparation for First Circuit hearing on revenue bond lift stay appeals (3.6); correspond with L. Despins regarding same (1.1); analyze certain case law regarding same (1.4) | 6.10 | 1,125.00 | 6,862.50 |
| 02/04/2021 | AB21 | Correspond with L. Despins regarding preparation for oral argument in monolines' appeal of lift stay decision | 0.20 | 1,350.00 | 270.00 |
| 02/04/2021 | LAD4 | Continue reviewing pleadings and preparing outline for First Circuit argument (2.30); handle court hearing (2.80); t/c A. Miller (Milbank) re: same (.20) | 5.30 | 1,600.00 | 8,480.00 |

The Commonwealth of Puerto Rico                                              Page 6
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/2021 | ZSZ | Review pleadings and key documents in preparation for First Circuit hearing on revenue bond lift stay appeals (2.1); correspond with L. Despins regarding same (.1) | 2.20 | 1,125.00 | 2,475.00 |
| | | **Subtotal: B140 Relief from Stay/Adequate Protection Proceedings** | **25.50** | | **32,722.50** |

**B150    Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 02/01/2021 | DEB4 | Prepare Committee update email | 0.30 | 1,095.00 | 328.50 |
| 02/02/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.6); correspond with L. Despins regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 02/02/2021 | MN11 | Review recent filings and developments for Committee update email (1.7); draft summary of same (1.3) | 3.00 | 955.00 | 2,865.00 |
| 02/03/2021 | AB21 | Prepare Committee update email | 0.10 | 1,350.00 | 135.00 |
| 02/04/2021 | AB21 | Revise Committee update email | 0.10 | 1,350.00 | 135.00 |
| 02/04/2021 | MN11 | Email with A. Bongartz regarding committee updates | 0.50 | 955.00 | 477.50 |
| 02/05/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 02/05/2021 | MN11 | Review recent filings and developments for Committee update email (1.1); draft same (1.2) | 2.30 | 955.00 | 2,196.50 |
| 02/08/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases | 0.80 | 1,350.00 | 1,080.00 |
| 02/08/2021 | DEB4 | Revise update email to Committee | 0.20 | 1,095.00 | 219.00 |
| 02/08/2021 | LAD4 | Review/edit draft email to committee re: update/mediation (.30); review First Circuit COFINA mootness opinion (.80) | 1.10 | 1,600.00 | 1,760.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2267350

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/09/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,350.00 | 810.00 |
| 02/09/2021 | DEB4 | Correspond with L. Despins regarding Committee update email (0.1); draft same (0.6); correspond with A. Bongartz regarding same (0.1) | 0.80 | 1,095.00 | 876.00 |
| 02/10/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.2) | 0.70 | 1,350.00 | 945.00 |
| 02/15/2021 | AB21 | Revise Committee update email (0.4); correspond with L. Despins regarding same (0.1); correspond with M. Naulo regarding same (0.1) | 0.60 | 1,350.00 | 810.00 |
| 02/15/2021 | MN11 | Review recent filings for committee update email (1.0); correspond with A. Bongartz regarding same (.2) | 1.20 | 955.00 | 1,146.00 |
| 02/16/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email (0.1); revise same (0.2); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 02/16/2021 | MN11 | Draft Committee update email | 2.80 | 955.00 | 2,674.00 |
| 02/18/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 02/18/2021 | MN11 | Review recent developments for Committee update email (1.0); email with A. Bongartz regarding same (.8) | 1.80 | 955.00 | 1,719.00 |
| 02/21/2021 | MN11 | Draft Committee update email | 1.80 | 955.00 | 1,719.00 |
| 02/22/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.6); correspond with M. Naulo regarding same (0.1); correspond with N. Bassett regarding insert for same (0.1); correspond with L. Despins regarding same (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 02/22/2021 | DEB4 | Correspond with M. Naulo regarding next committee update email | 0.10 | 1,095.00 | 109.50 |

The Commonwealth of Puerto Rico                                                          Page 8
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/22/2021 | MN11 | Correspond with A. Bongartz recent developments for Committee update email | 0.50 | 955.00 | 477.50 |
| 02/23/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases and agenda for next Committee call (0.9); correspond with M. Naulo regarding same (0.1); correspond with N. Bassett regarding same (0.1); correspond with Z. Zwillinger regarding same (0.1); correspond with L. Despins regarding same (0.1) | 1.30 | 1,350.00 | 1,755.00 |
| 02/23/2021 | MN11 | Email with A. Bongartz recent developments for Committee update (.7); correspond with N. Bassett regarding Committee update email (.3); draft Committee update email (3.5) | 4.50 | 955.00 | 4,297.50 |
| 02/24/2021 | AB21 | Correspond with Committee regarding update on Title III cases and GO bondholder PSA (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 02/26/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.7); correspond with M. Naulo regarding same (0.3); correspond with L. Despins regarding same (0.1) | 1.10 | 1,350.00 | 1,485.00 |
| 02/26/2021 | MN11 | Draft Committee update email regarding Oversight Board public meeting | 2.50 | 955.00 | 2,387.50 |
| 02/27/2021 | AB21 | Correspond with Committee regarding update on recent developments in Title III cases | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **31.40** | | **34,052.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | AB21 | Telephone conference with M. Naulo regarding claims objection hearing | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                                 Page 9
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | MN11 | Listen to omnibus claims objection hearing (1.0); call with A. Bongartz regarding same (.1) | 1.10 | 955.00 | 1,050.50 |
| 02/01/2021 | WW6 | Correspond with M. Naulo regarding February 4, 2021 oral argument | 0.10 | 235.00 | 23.50 |
| 02/04/2021 | ZSZ | Listen to First Circuit oral argument regarding revenue bond lift stay appeals (2.8); draft summary of oral argument for Committee (.7) | 3.50 | 1,125.00 | 3,937.50 |
| | | **Subtotal: B155  Court Hearings** | **4.80** | | **5,146.50** |

**B160     Fee/Employment Applications for Paul Hastings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/03/2021 | AB21 | Revise summary charts for Paul Hastings' December 2020 fee statement (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 02/03/2021 | JK21 | Update parties in interest list for retention purposes | 1.60 | 495.00 | 792.00 |
| 02/03/2021 | KAT2 | Review additional interested parties from J. Kuo (.1); prepare exhibits to supplemental declaration regarding retention (.1); correspond with K. Dilworth regarding same (.1) | 0.30 | 920.00 | 276.00 |
| 02/04/2021 | KAT2 | Prepare parts of supplemental declaration and Exhibit A per new hires and additional interested parties (1.5); correspond with K. Dilworth regarding same (.1) | 1.60 | 920.00 | 1,472.00 |
| 02/10/2021 | JK21 | Correspond with K. Traxler regarding interested parties for retention purposes | 0.20 | 495.00 | 99.00 |

The Commonwealth of Puerto Rico                                          Page 10
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/10/2021 | KAT2 | Correspond with I. Ahmad regarding response to U.S. Trustee Appendix B requests for interim fee application (.1); prepare part of supplemental retention declaration (1.2); review input from K. Dilworth regarding same (.1); review correspondence from V. Lee regarding same (.2); correspond with J. Kuo regarding parties in interest (.1) | 1.70 | 920.00 | 1,564.00 |
| 02/11/2021 | DEB4 | Correspond with A. Bongartz regarding professional compensation issue | 0.10 | 1,095.00 | 109.50 |
| 02/11/2021 | KAT2 | Prepare parts of eleventh interim fee application (1.4); correspond with I. Ahmad regarding Appendix B response (.1); prepare same (.3) | 1.80 | 920.00 | 1,656.00 |
| 02/12/2021 | AB21 | Finalize Paul Hastings December 2020 fee statement, related cover letter, and exhibits (0.6); correspond with B. Williamson (Fee Examiner) regarding same (0.1); correspond with M. Bienenstock (Proskauer), P. Friedman (O'Melveny) and Notice Parties regarding same (0.1) | 0.80 | 1,350.00 | 1,080.00 |
| 02/12/2021 | DEB4 | Correspond with A. Bongartz regarding fee application (0.1); conference with M. Naulo regarding same (0.6) | 0.70 | 1,095.00 | 766.50 |
| 02/12/2021 | MN11 | Conference with D. Barron regarding interim fee application (.6); review fee statements for October through December 2020 services in connection with same (1.6) | 2.20 | 955.00 | 2,101.00 |
| 02/15/2021 | AB21 | Review Paul Hastings January 2021 fee statement | 0.40 | 1,350.00 | 540.00 |
| 02/15/2021 | MN11 | Review fee statements in connection with preparing interim fee application | 1.00 | 955.00 | 955.00 |
| 02/16/2021 | MN11 | Correspond with D. Barron regarding fee statements in connection with interim fee application (.8); review fee statements regarding same (1.0) | 1.80 | 955.00 | 1,719.00 |
| 02/17/2021 | AB21 | Review Paul Hastings January 2021 fee statement | 0.90 | 1,350.00 | 1,215.00 |

The Commonwealth of Puerto Rico                                                          Page 11
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/17/2021 | MN11 | Draft inserts to interim fee application | 2.70 | 955.00 | 2,578.50 |
| 02/19/2021 | KAT2 | Review parts of draft interim fee application (.2); correspond with A. Bongartz regarding same (.1) | 0.30 | 920.00 | 276.00 |
| 02/19/2021 | MN11 | Prepare inserts to interim fee application (1.6); review prior applications regarding same (.8) | 2.40 | 955.00 | 2,292.00 |
| 02/22/2021 | AB21 | Review PH January 2021 fee statement (0.6); correspond with C. Edge regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 02/22/2021 | DEB4 | Correspond with M. Naulo regarding preparation of fee application | 0.10 | 1,095.00 | 109.50 |
| 02/23/2021 | AB21 | Revise no objection letter regarding PH December 2020 fee statement (0.2); correspond with P. Friedman (O'Melveny) regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 02/23/2021 | JK21 | Update parties in interest list for retention purposes | 1.60 | 495.00 | 792.00 |
| 02/23/2021 | KAT2 | Prepare parts of supplemental declaration regarding retention (1.2); review input from D. Verdon regarding same (.3); review additional interested parties from J. Kuo (.1) | 1.60 | 920.00 | 1,472.00 |
| 02/24/2021 | KAT2 | Prepare parts of eleventh interim fee application | 0.10 | 920.00 | 92.00 |
| 02/26/2021 | AB21 | Telephone conference with C. Edge regarding PH January 2021 fee statement (0.1); review same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 02/26/2021 | KAT2 | Prepare parts of supplemental declaration regarding retention | 0.30 | 920.00 | 276.00 |
| 02/27/2021 | DEB4 | Correspond with M. Naulo regarding interim fee application | 0.10 | 1,095.00 | 109.50 |
| 02/28/2021 | MN11 | Prepare inserts to interim fee application (1.7); review fee statements in connection with same (1.7) | 3.40 | 955.00 | 3,247.00 |
| | | **Subtotal: B160  Fee/Employment Applications for Paul Hastings** | **29.30** | | **27,749.50** |

The Commonwealth of Puerto Rico                                                    Page 12
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B161** | **Budget** | | | | |
| 02/24/2021 | AB21 | Revise PH budget for March 2021 (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B161  Budget** | **0.20** | | **270.00** |
| **B165** | **Fee/Employment Applications for Other Professionals** | | | | |
| 02/04/2021 | JK21 | Revise summary chart of fee applications for A. Bongartz | 1.30 | 495.00 | 643.50 |
| 02/19/2021 | DEB4 | Correspond with D. Cash regarding SLB retention application (0.3); correspond with A. Bongartz regarding same (0.2); revise same (1.4) | 1.90 | 1,095.00 | 2,080.50 |
| 02/22/2021 | AB21 | Review Zolfo January 2021 fee statement | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **3.30** | | **2,859.00** |
| **B190** | **Other Contested Matters(excl. assumption/rejections motions)** | | | | |
| 02/01/2021 | NAB | Participate in meet and confer on Ambac discovery | 0.40 | 1,350.00 | 540.00 |
| 02/11/2021 | NAB | Review correspondence from A. Pavel (O'Melveny) regarding Ambac Rule 2004 discovery (.2); participate in meet and confer call regarding same (.5) | 0.70 | 1,350.00 | 945.00 |
| 02/12/2021 | ZSZ | Draft joinder to Ambac Rule 2004 motion | 0.90 | 1,125.00 | 1,012.50 |
| 02/15/2021 | NAB | Review and revise draft joinder in Ambac Rule 2004 motion (.2); email with Z. Zwillinger regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 02/18/2021 | NAB | Email with S. Martinez (Zolfo) regarding Ambac discovery issues | 0.10 | 1,350.00 | 135.00 |
| 02/22/2021 | NAB | Correspond with F. Harrison (Milliman counsel) regarding Rule 2004 production (.2) | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2267350

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/23/2021 | NAB | Email with Z. Zwillinger regarding Rule 2004 issues (.1); review pleadings in connection with same (.1) | 0.20 | 1,350.00 | 270.00 |
| 02/25/2021 | NAB | Email with E. Au (DSAI) regarding Ambac Rule 2004 document production | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B190 Other Contested Matters(excl. assumption/rejections motions)** | **3.00** | | **3,847.50** |

**B310     Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/03/2021 | DEB4 | Correspond with M. Naulo regarding claim objections | 0.10 | 1,095.00 | 109.50 |
| 02/03/2021 | NAB | Email with Z. Zwillinger regarding revenue bonds discovery | 0.30 | 1,350.00 | 405.00 |
| 02/04/2021 | MN11 | Analyze omnibus claims objections | 2.50 | 955.00 | 2,387.50 |
| 02/05/2021 | DEB4 | Conference with M. Naulo regarding review of claim objections | 0.40 | 1,095.00 | 438.00 |
| 02/05/2021 | MN11 | Conference with D. Barron regarding omnibus claims objections (.4); email with W. Wu regarding same (.2) | 0.60 | 955.00 | 573.00 |
| 02/07/2021 | DEB4 | Correspond with A. Bongartz regarding ACR order (0.1); analyze documents regarding same (0.5) | 0.60 | 1,095.00 | 657.00 |
| 02/08/2021 | MN11 | Correspond with W. Wu regarding claims tracking | 0.30 | 955.00 | 286.50 |
| 02/09/2021 | DEB4 | Correspond with M. Naulo regarding claim objections | 0.10 | 1,095.00 | 109.50 |
| 02/09/2021 | MN11 | Correspond with J. Kuo, D. Barron, W. Wu regarding satisfied claims | 0.50 | 955.00 | 477.50 |
| 02/10/2021 | DEB4 | Correspond with A. Bongartz regarding objection to ACR inclusion | 0.20 | 1,095.00 | 219.00 |
| 02/11/2021 | DEB4 | Correspond with W. Wu regarding responses to claim objections | 0.30 | 1,095.00 | 328.50 |
| 02/11/2021 | DEB4 | Correspond with L. Despins regarding objection to ACR inclusion | 0.20 | 1,095.00 | 219.00 |

The Commonwealth of Puerto Rico                                                 Page 14
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/11/2021 | WW6 | Review response to omnibus claim objections (.2); correspond with M. Palmer regarding same (.2) | 0.40 | 235.00 | 94.00 |
| 02/22/2021 | DEB4 | Review responses to omnibus claim objections | 0.30 | 1,095.00 | 328.50 |
| 02/23/2021 | ZSZ | Listen to meet and confer regarding revenue bond adversary proceeding discovery (1.5); draft summary of same for internal team (.3); review monolines' section 926 appeal brief (1.0); draft summary for Committee regarding same (.7) | 3.50 | 1,125.00 | 3,937.50 |
| 02/24/2021 | WW6 | Review response to omnibus claim objections (.2); correspond with M. Palmer regarding same (.2) | 0.40 | 235.00 | 94.00 |
| 02/25/2021 | ZSZ | Review revenue bond adversary proceeding discovery joint status report | 0.20 | 1,125.00 | 225.00 |
| 02/26/2021 | NAB | Correspond with A. Bongartz regarding revenue bond adversary discovery | 0.10 | 1,350.00 | 135.00 |
| 02/27/2021 | DEB4 | Review omnibus claim objection responses | 0.20 | 1,095.00 | 219.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **11.20** | | **11,243.00** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | HRO | Research regarding Joint Resolution 57 for M. Kahn | 0.70 | 250.00 | 175.00 |
| 02/01/2021 | MRK | Review research regarding Joint Resolution 57-1993 | 0.20 | 1,230.00 | 246.00 |
| 02/01/2021 | MRK | Review email from D. Barron regarding proposed HB 120 | 0.20 | 1,230.00 | 246.00 |
| 02/01/2021 | MRK | Analyze Puerto Rico law regarding Commonwealth general obligation refinancing bonds | 2.40 | 1,230.00 | 2,952.00 |
| 02/01/2021 | MRK | Analyze law of certain jurisdictions regarding refinancing bonds | 2.20 | 1,230.00 | 2,706.00 |

The Commonwealth of Puerto Rico                                                    Page 15
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2021 | MRK | Telephone conference with M. Santiago and N. Palmer (CST Law) regarding Commonwealth refinancing bonds | 1.00 | 1,230.00 | 1,230.00 |
| 02/01/2021 | MRK | Review comments received from M. Santiago (CST Law) regarding GO refinancing bonds | 0.90 | 1,230.00 | 1,107.00 |
| 02/01/2021 | NAB | Email with S. Maza and A. Bongartz regarding plan confirmation litigation and classification issues | 0.20 | 1,350.00 | 270.00 |
| 02/02/2021 | MRK | Prepare memorandum regarding GO refinancing bonds | 2.40 | 1,230.00 | 2,952.00 |
| 02/02/2021 | MRK | Prepare memorandum regarding GO refinancing bonds | 3.20 | 1,230.00 | 3,936.00 |
| 02/03/2021 | DEB4 | Correspond with L. Despins regarding plan of adjustment | 0.60 | 1,095.00 | 657.00 |
| 02/03/2021 | MRK | Email to M. Santiago and N. Palmer (CST Law) regarding Commonwealth general obligation refinancing bonds | 0.10 | 1,230.00 | 123.00 |
| 02/03/2021 | MRK | Telephone conference with M. Santiago and N. Palmer (CST Law) regarding Commonwealth refinancing bonds | 0.30 | 1,230.00 | 369.00 |
| 02/03/2021 | MRK | Prepare memorandum regarding GO refinancing bonds | 4.00 | 1,230.00 | 4,920.00 |
| 02/04/2021 | DEB4 | Analyze AAFAF letter on retirement law (1.2); correspond with L. Despins regarding same (0.3) | 1.50 | 1,095.00 | 1,642.50 |
| 02/04/2021 | MRK | Email A. Bongartz regarding GO refinancing bonds | 0.10 | 1,230.00 | 123.00 |
| 02/04/2021 | MRK | Revise memorandum regarding Commonwealth general obligation refinancing bonds | 1.90 | 1,230.00 | 2,337.00 |
| 02/04/2021 | MRK | Email M. Santiago (CST Law) regarding Commonwealth general obligation refinancing bonds | 0.10 | 1,230.00 | 123.00 |
| 02/04/2021 | MRK | Review comments from M. Santiago and N. Palmer (CST Law) regarding Commonwealth general obligation refinancing bonds | 0.70 | 1,230.00 | 861.00 |

The Commonwealth of Puerto Rico                                                    Page 16
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/2021 | MRK | Review Puerto Rico law relevant to Commonwealth general obligation refinancing bonds | 0.40 | 1,230.00 | 492.00 |
| 02/04/2021 | NAB | Correspond with L. Despins regarding plan confirmation and claim classification issues (.2); correspond with M. Firestein (Proskauer) regarding same (.2); review orders and documents related to same (.2); call with S. Maza regarding same (.2) | 0.80 | 1,350.00 | 1,080.00 |
| 02/05/2021 | AB21 | Telephone conference with D. Barron regarding renewed motion to lift litigation stay related to GO priority objection | 0.10 | 1,350.00 | 135.00 |
| 02/05/2021 | DEB4 | Review docket in connection with GO objection (0.1); correspond with L. Despins regarding same (0.1); conference with A. Bongartz regarding same (0.1) | 0.30 | 1,095.00 | 328.50 |
| 02/08/2021 | AB21 | Telephone conference with D. Barron regarding renewed motion to lift stay re GO priority objection | 0.10 | 1,350.00 | 135.00 |
| 02/08/2021 | BKA | Analyze pleadings and orders for renewed lift stay motion (3.4); call with D. Barron regarding same (0.2) | 3.60 | 855.00 | 3,078.00 |
| 02/08/2021 | DEB4 | Conference with A. Bongartz regarding litigation stay regarding GO objection (0.1); correspond with A. Bongartz regarding same (0.1); conference with B. Al Saif regarding same (0.2); correspond with B. Al-Saif regarding same (0.1); correspond with N. Bassett regarding same (0.1) | 0.60 | 1,095.00 | 657.00 |
| 02/08/2021 | DEB4 | Correspond with L. Despins regarding plan | 0.50 | 1,095.00 | 547.50 |
| 02/09/2021 | AB21 | Telephone conference with D. Barron and B. Al Saif regarding potential renewed motion to lift stay (0.1); correspond with L. Despins regarding same (0.1); review correspondence from N. Bassett regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 02/09/2021 | BKA | Analyze pleadings and orders for renewed lift stay motion (2.4); call with A. Bongartz and D. Barron regarding came (0.1); further call with D. Barron regarding same (0.2) | 2.70 | 855.00 | 2,308.50 |

The Commonwealth of Puerto Rico                                                                    Page 17
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/09/2021 | BKA | Analyze divestiture doctrine and related authority for renewed lift stay motion (3.5); calls with N. Bassett regarding same (0.2); call with D. Barron regarding same (0.2) | 3.90 | 855.00 | 3,334.50 |
| 02/09/2021 | DEB4 | Conference with A. Bongartz and B. Al-Saif regarding renewed motion to lift litigation stay (0.1); further conferences with B. Al-Saif regarding same (0.4); conferences with N. Bassett regarding same (0.2); review correspondence from I. Timofeyev regarding same (0.4) | 1.10 | 1,095.00 | 1,204.50 |
| 02/09/2021 | IVT | Correspond with N. Bassett and D. Barron regarding application of divestiture doctrine to potential renewed motion to lift stay in GO priority objection | 0.20 | 1,350.00 | 270.00 |
| 02/09/2021 | IVT | Conference with N. Bassett regarding renewed motion to lift stay in GO priority objection and implications of same for pending appeals | 0.40 | 1,350.00 | 540.00 |
| 02/09/2021 | IVT | Analyze jurisdictional questions regarding potential renewed motion to lift stay in GO priority proceeding | 1.20 | 1,350.00 | 1,620.00 |
| 02/09/2021 | IVT | Prepare summary analysis of findings regarding application of divestiture doctrine to potential renewed motion to lift stay in GO priority objection | 1.10 | 1,350.00 | 1,485.00 |
| 02/09/2021 | NAB | Call with D. Barron regarding renewed motion to lift litigation stay and related appellate issues (.1); analyze same (.1); call with I. Timofeyev regarding same (.4); review case law relating to same (.4); conference with D. Barron regarding same (.1); correspond with D. Barron regarding same (.2); calls with B. Al-Saif regarding question relating to same (.2) | 1.50 | 1,350.00 | 2,025.00 |

The Commonwealth of Puerto Rico                                                    Page 18
96395-00002
Invoice No. 2267350

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/10/2021 | AB21 | Telephone conference with L. Despins, N. Bassett, and D. Barron regarding renewed motion to lift stay to pursue GO priority objection (0.1); correspond with L. Despins and D. Barron regarding same (0.1); telephone conference with D. Barron regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 02/10/2021 | DEB4 | Conference with A. Bongartz regarding litigation stay (0.1); correspond with I. Timofeyev regarding same (0.1); correspond with L. Despins regarding same (0.2); conference with L. Despins, N. Bassett, and A. Bongartz regarding same (0.1); correspond with B. Al-Saif regarding same (0.1) | 0.60 | 1,095.00 | 657.00 |
| 02/10/2021 | DEB4 | Correspond with L. Despins regarding plan issues (0.6); correspond with L. Despins and A. Bongartz regarding motion to extend February 10, 2021 deadline (0.4) | 1.00 | 1,095.00 | 1,095.00 |
| 02/10/2021 | IVT | Correspond with N. Bassett and D. Barron regarding strategy for potential renewed motion to lift litigation stay and intervening developments | 0.30 | 1,350.00 | 405.00 |
| 02/10/2021 | LAD4 | Call N. Bassett, A. Bongartz, D. Barron regarding potential motion to lift litigation stay (.1); review same (.2) | 0.30 | 1,600.00 | 480.00 |
| 02/10/2021 | NAB | Email with D. Barron, I. Timofeyev regarding motion to lift litigation stay over GO bonds objection (.3); call with L. Despins, A. Bongartz, and D. Barron regarding same (.1); review Oversight Board filings concerning plan of adjustment and settlement relating to same (.1) | 0.50 | 1,350.00 | 675.00 |
| 02/11/2021 | DEB4 | Correspond with L. Despins regarding motion to extend February 10, 2021 deadline and related issues (0.6); correspond with J. Casillas (CST) regarding same (0.2) | 0.80 | 1,095.00 | 876.00 |
| 02/22/2021 | DEB4 | Correspond with L. Despins regarding Commonwealth plan of adjustment | 0.30 | 1,095.00 | 328.50 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2267350

Page 19

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/22/2021 | IVT | Review First Circuit's decision in GO priority appeal | 0.10 | 1,350.00 | 135.00 |
| 02/22/2021 | NAB | Review decision dismissing GO stay appeal for lack of jurisdiction (.1); email with L. Despins regarding same (.1); draft Committee update email regarding same (.3); correspond with I. Timofeyev regarding same (.1) | 0.60 | 1,350.00 | 810.00 |
| 02/23/2021 | AB21 | Review amended PSA with GO bondholders (0.8); correspond with Committee regarding same (0.1); telephone conference with S. Martinez (Zolfo) regarding same (0.4); correspond with S. Martinez regarding same (0.2); correspond with A. Velazquez (SEIU) regarding same (0.1); telephone conference with D. Barron regarding summary of PSA (0.1) | 1.70 | 1,350.00 | 2,295.00 |
| 02/23/2021 | DEB4 | Analyze PSA and related documents (1.8); draft summary regarding same (0.9); conference with A. Bongartz regarding same (0.1); follow up correspondence with A. Bongartz regarding monoline claims (0.4) | 3.20 | 1,095.00 | 3,504.00 |
| 02/23/2021 | WW6 | Correspond with M. Naulo re plan support agreement | 0.20 | 235.00 | 47.00 |
| 02/24/2021 | AB21 | Analyze GO bondholder PSA (0.3); telephone conferences with S. Martinez (Zolfo) regarding same (0.5); correspond with M. Naulo regarding same (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 02/24/2021 | DEB4 | Correspond with A. Bongartz and L. Despins regarding PSA | 0.80 | 1,095.00 | 876.00 |
| 02/24/2021 | DEB4 | Correspond with L. Despins and A. Bongartz regarding Puerto Rico legislation (0.1); review same (0.5) | 0.60 | 1,095.00 | 657.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2267350

Page 20

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/26/2021 | NAB | Review announcements related to FOMB plan and Committee settlement proposal (.2) | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B320 Plan and Disclosure Statement (including Business Plan)** | **53.90** | | **61,351.50** |
| | **Total** | | **182.30** | | **191,632.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 9.80 | 1,600.00 | 15,680.00 |
| NAB | Nicholas A. Bassett | Partner | 6.30 | 1,350.00 | 8,505.00 |
| IVT | Igor V. Timofeyev | Partner | 3.30 | 1,350.00 | 4,455.00 |
| AB21 | Alex Bongartz | Of Counsel | 17.20 | 1,350.00 | 23,220.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 7.70 | 920.00 | 7,084.00 |
| ZSZ | Zachary S. Zwillinger | Associate | 25.00 | 1,125.00 | 28,125.00 |
| DEB4 | Douglass E. Barron | Associate | 23.00 | 1,095.00 | 25,185.00 |
| MN11 | Mariya Naulo | Associate | 42.60 | 955.00 | 40,683.00 |
| BKA | Bandar K. Al-Saif | Associate | 10.20 | 855.00 | 8,721.00 |
| MRK | Marguerite R. Kahn | Special Counsel | 20.10 | 1,230.00 | 24,723.00 |
| JK21 | Jocelyn Kuo | Paralegal | 4.70 | 495.00 | 2,326.50 |
| HRO | Heather R. O'Dea | Other Timekeeper | 0.70 | 250.00 | 175.00 |
| WW6 | Winnie Wu | Other Timekeeper | 11.70 | 235.00 | 2,749.50 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 02/11/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543071; 02/11/2021; ; 1Z9305430199485627 (MAN) | | | 25.27 |

The Commonwealth of Puerto Rico                                                          Page 21
96395-00002
Invoice No. 2267350

| | | |
|---|---|---:|
| 02/01/2021 | Articles and Publications - New York Law Institute, Invoice# 18357 Dated 02/01/21, NY - Puerto Rico legislation: Act No. 33 approved December 7, 1942, Act No. 2 approved October 10, 1985 | 174.00 |
| 11/30/2020 | PH Discovery HC - Data Hosting - TrustPoint International, LLC, Invoice# 20-11399 Dated 11/30/20, November 2020 hosting services; user logins and project management/technical operations | 406.15 |
| 11/30/2020 | PH Discovery HC - Data Hosting - TrustPoint International, LLC, Invoice# 20-11398 Dated 11/30/20, November 2020 hosting services and user logins | 7,016.30 |
| 01/31/2021 | PH Discovery HC - Data Hosting - TrustPoint International, LLC, Invoice# 21-00456 Dated 01/31/21, January 2021 hosting services and user logins | 597.57 |
| 01/31/2021 | PH Discovery HC - Data Hosting - TrustPoint International, LLC, Invoice# 21-00455 Dated 01/31/21, Hosting services and user logins provided in January 2021 | 7,041.65 |
| 11/30/2020 | PH Discovery HC - Project Management - TrustPoint International, LLC, Invoice# 20-11399 Dated 11/30/20, November 2020 hosting services; user logins and project management/technical operations | 175.00 |
| 01/31/2021 | PH Discovery HC - Project Management - TrustPoint International, LLC, Invoice# 21-00456 Dated 01/31/21, January 2021 hosting services and user logins | 1,137.50 |
| 11/30/2020 | PH Discovery HC - User Licenses - TrustPoint International, LLC, Invoice# 20-11399 Dated 11/30/20, November 2020 hosting services; user logins and project management/technical operations | 250.00 |
| 11/30/2020 | PH Discovery HC - User Licenses - TrustPoint International, LLC, Invoice# 20-11398 Dated 11/30/20, November 2020 hosting services and user logins | 630.00 |
| 01/31/2021 | PH Discovery HC - User Licenses - TrustPoint International, LLC, Invoice# 21-00456 Dated 01/31/21, January 2021 hosting services and user logins | 300.00 |
| 01/31/2021 | PH Discovery HC - User Licenses - TrustPoint International, LLC, Invoice# 21-00455 Dated 01/31/21, Hosting services and user logins provided in January 2021 | 630.00 |
| 01/31/2021 | UnitedLex Invoices - Unitedlex Corp, Invoice# 055100 Dated 01/31/21, UnitedLex – DSAI January 2021 Charges - Outside Professional Services | 2,818.00 |

The Commonwealth of Puerto Rico                                                 Page 22
96395-00002
Invoice No. 2267350

| Date | Description | Amount |
|------------|-------------------------|--------|
| 02/01/2021 | Westlaw | 51.31 |
| 02/01/2021 | Westlaw | 773.89 |
| 02/02/2021 | Westlaw | 565.35 |
| 02/03/2021 | Westlaw | 25.66 |
| 02/03/2021 | Westlaw | 25.66 |
| 02/04/2021 | Westlaw | 310.27 |
| 02/06/2021 | Westlaw | 128.29 |
| 02/09/2021 | Westlaw | 128.29 |
| 02/10/2021 | Westlaw | 76.97 |
| 02/14/2021 | Westlaw | 192.58 |
| 02/15/2021 | Westlaw | 207.64 |
| 02/16/2021 | Westlaw | 51.30 |
| 02/17/2021 | Westlaw | 538.80 |
| 02/18/2021 | Westlaw | 25.66 |
| 02/19/2021 | Westlaw | 76.97 |
| 02/22/2021 | Westlaw | 128.29 |
| 02/24/2021 | Westlaw | 175.72 |
| 02/26/2021 | Westlaw | 51.31 |
| 02/01/2021 | Computer Search (Other) | 2.07 |
| 02/02/2021 | Computer Search (Other) | 42.93 |
| 02/03/2021 | Computer Search (Other) | 14.49 |
| 02/04/2021 | Computer Search (Other) | 2.07 |
| 02/05/2021 | Computer Search (Other) | 0.27 |
| 02/09/2021 | Computer Search (Other) | 36.72 |
| 02/10/2021 | Computer Search (Other) | 1.98 |
| 02/11/2021 | Computer Search (Other) | 2.16 |
| 02/12/2021 | Computer Search (Other) | 2.52 |
| 02/15/2021 | Computer Search (Other) | 10.71 |
| 02/16/2021 | Computer Search (Other) | 3.87 |
| 02/16/2021 | Computer Search (Other) | 2.88 |
| 02/17/2021 | Computer Search (Other) | 2.88 |
| 02/18/2021 | Computer Search (Other) | 2.88 |
| 02/22/2021 | Computer Search (Other) | 3.42 |

The Commonwealth of Puerto Rico                                    Page 23
96395-00002
Invoice No. 2267350

| | | |
|---|---|---:|
| 02/23/2021 | Computer Search (Other) | 34.83 |
| 02/24/2021 | Computer Search (Other) | 0.99 |
| 02/26/2021 | Computer Search (Other) | 6.30 |
| **Total Costs incurred and advanced** | | **$24,909.37** |

| | |
|---|---:|
| **Current Fees and Costs Due** | **$137,776.54** |
| **Total Balance Due - Due Upon Receipt** | **$137,776.54** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                April 7, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                      Please Refer to
c/o O'Melveny & Myers LLP                       Invoice Number: 2267351
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                  PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Communications w/Creditors/Website(Other than Comm. Members)**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2021 | $3,285.00 |
| **Current Fees and Costs Due** | **$3,285.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,285.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267351

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Communications w/Creditors/Website(Other than Comm. Members)**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                    $3,285.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$3,285.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,285.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267351

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

**Communications w/Creditors/Website(Other than Comm. Members)**          **$3,285.00**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 02/01/2021 | DEB4 | Analyze claims register in connection with creditor outreach (0.4); correspond with A. Torres and B. Medina (Kroma) regarding email to creditors (0.6); prepare same (0.5); revise letter to governor in connection with same (0.2); correspond with A. Bongartz regarding same (0.1) | 1.80 | 1,095.00 | 1,971.00 |
| 02/02/2021 | DEB4 | Correspond with B. Medina and A. Torres (Kroma) regarding mass email (0.3); correspond with A. Bongartz regarding same (0.1); revise same (0.2); correspond with B. Medina regarding claimant spreadsheet (0.1); conference with F. Santos (Puerto Rico Hospital Supply) regarding creditor outreach effort (0.1) | 0.80 | 1,095.00 | 876.00 |
| 02/03/2021 | DEB4 | Correspond with L. Llach (CST) regarding outreach efforts (0.1); correspond with B. Medina (Kroma) regarding same (0.1) | 0.20 | 1,095.00 | 219.00 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00004
Invoice No. 2267351

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/2021 | DEB4 | Correspond with B. Medina (Kroma) regarding creditor outreach efforts | 0.10 | 1,095.00 | 109.50 |
| 02/08/2021 | DEB4 | Correspond with A. Torres (Kroma) regarding creditor outreach | 0.10 | 1,095.00 | 109.50 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **3.00** | | **3,285.00** |
| | | **Total** | **3.00** | | **3,285.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DEB4 | Douglass E. Barron | Associate | 3.00 | 1,095.00 | 3,285.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$3,285.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,285.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267352

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                                $36,629.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$36,629.00** |
| **Total Balance Due – Due Upon Receipt** | **$36,629.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267352

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021

|  |  |
|---|---|
| Legal fees for professional services for the period ending February 28, 2021 | $36,629.00 |
| **Current Fees and Costs Due** | **$36,629.00** |
| **Total Balance Due - Due Upon Receipt** | **$36,629.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267352

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

**PREPA**                                                                                 **$36,629.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | | **Meetings of and Communications with Creditors** | | | |
| 02/12/2021 | SM29 | Creditor update call with PREPA/AAFAF (1.2); call with S. Martinez re same (.2) | 1.40 | 1,120.00 | 1,568.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **1.40** | | **1,568.00** |
| **B310** | | **Claims Administration and Objections** | | | |
| 02/26/2021 | IVT | Correspond with J. Kuo and W. Wu regarding status report for PREPA claim objection appeal | 0.10 | 1,350.00 | 135.00 |
| 02/26/2021 | IVT | Prepare status report for PREPA claim objection appeal | 1.50 | 1,350.00 | 2,025.00 |
| 02/26/2021 | IVT | Correspond with N. Bassett regarding status report for PREPA claim objection appeal | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00006
Invoice No. 2267352

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/26/2021 | JK21 | Review status report regarding claim objection appeal no. 20-1122 | 0.90 | 495.00 | 445.50 |
| 02/26/2021 | NAB | Revise status report in claim objection appeal (.2); correspond with I. Timofeyev regarding same (.2) | 0.40 | 1,350.00 | 540.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **3.10** | | **3,415.50** |

**B420    Restructurings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/2021 | IVT | Review First Circuit's order to show cause in PREPA appeal | 0.10 | 1,350.00 | 135.00 |
| 02/02/2021 | IVT | Correspond with L. Despins and N. Bassett regarding jurisdictional response to order to show cause in PREPA appeal | 0.40 | 1,350.00 | 540.00 |
| 02/02/2021 | IVT | Correspond with N. Bassett regarding jurisdictional response to order to show cause in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/04/2021 | DEB4 | Correspond with L. Despins regarding PREPA RSA | 0.40 | 1,095.00 | 438.00 |
| 02/06/2021 | IVT | Correspond with N. Bassett regarding jurisdictional response in PREPA appeal | 0.10 | 1,350.00 | 135.00 |
| 02/06/2021 | NAB | Email with I. Timofeyev regarding appellate brief on finality | 0.10 | 1,350.00 | 135.00 |
| 02/11/2021 | IVT | Prepare response to order to show cause in PREPA appeal | 1.60 | 1,350.00 | 2,160.00 |
| 02/11/2021 | IVT | Correspond with N. Bassett regarding Oversight Board's filing concerning plan of adjustment and response to order to show cause in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/12/2021 | IVT | Correspond with N. Bassett regarding response to order to show cause in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/12/2021 | IVT | Prepare jurisdictional response to order to show cause in PREPA appeal | 7.80 | 1,350.00 | 10,530.00 |

The Commonwealth of Puerto Rico                                          Page 3
96395-00006
Invoice No. 2267352

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/13/2021 | IVT | Correspond with N. Bassett regarding response to order to show cause in PREPA appeal | 0.10 | 1,350.00 | 135.00 |
| 02/13/2021 | IVT | Review revised response to order to show cause in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/13/2021 | NAB | Review and revise appeal brief (.5); review order and briefing in related appeal (.4); email with L. Despins and I. Timofeyev regarding same (.1) | 1.00 | 1,350.00 | 1,350.00 |
| 02/15/2021 | LAD4 | Review/edit response to First Circuit OSC re: PREPA appeal | 0.90 | 1,600.00 | 1,440.00 |
| 02/15/2021 | NAB | Revise draft appellate brief regarding finality (.7); review email from L. Despins regarding same (.2); emails with I. Timofeyev regarding same (.2) | 1.10 | 1,350.00 | 1,485.00 |
| 02/16/2021 | IVT | Conference with N. Bassett regarding response to order to show cause in PREPA appeal | 0.10 | 1,350.00 | 135.00 |
| 02/16/2021 | IVT | Review issue regarding response to order to show cause in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/16/2021 | IVT | Correspond with J. Kuo and W. Wu regarding reviewing authority and record references in response to order to show cause in PREPA appeal | 0.70 | 1,350.00 | 945.00 |
| 02/16/2021 | IVT | Correspond with N. Bassett regarding response to order to show cause in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/16/2021 | IVT | Revise response to order to show cause in PREPA appeal | 2.20 | 1,350.00 | 2,970.00 |
| 02/16/2021 | JK21 | Revise response to show cause order in appeal 20-2162 (7.1); electronically file with the court response to show cause order in appeal 20-2162 (0.4) | 7.50 | 495.00 | 3,712.50 |
| 02/16/2021 | NAB | Revise appellate brief on finality (.3); email with I. Timofeyev and L. Despins regarding same (.2); call with I. Timofeyev regarding same (.1); final review of same (.1) | 0.70 | 1,350.00 | 945.00 |

The Commonwealth of Puerto Rico                                    Page 4
96395-00006
Invoice No. 2267352

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/22/2021 | IVT | Correspond with N. Bassett regarding strategy for PREPA appeal in light of First Circuit's decision in GO priority appeal | 0.30 | 1,350.00 | 405.00 |
| 02/23/2021 | IVT | Correspond with N. Bassett regarding upcoming status report in PREPA appeal | 0.10 | 1,350.00 | 135.00 |
| 02/23/2021 | NAB | Review status of appeals of objection and motion to terminate (.1); correspond with I. Timofeyev and L. Despins regarding same (.2) | 0.30 | 1,350.00 | 405.00 |
| 02/24/2021 | IVT | Review Oversight Board's response regarding jurisdiction in PREPA appeal | 0.50 | 1,350.00 | 675.00 |
| 02/24/2021 | IVT | Correspond with L. Despins and N. Bassett regarding Oversight Board's response on jurisdiction in PREPA appeal | 0.20 | 1,350.00 | 270.00 |
| 02/24/2021 | NAB | Review FOMB motion for leave to file brief on jurisdictional issue on appeal (.3); correspond with L. Despins and I. Timofeyev regarding same (.2) | 0.50 | 1,350.00 | 675.00 |
| 02/25/2021 | IVT | Review order granting Oversight Board's motion to file response regarding jurisdiction in PREPA appeal | 0.10 | 1,350.00 | 135.00 |
| 02/25/2021 | NAB | Review First Circuit order on motion to file response brief and email with L. Despins and I. Timofeyev regarding same | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B420  Restructurings** | **28.10** | | **31,645.50** |
| | **Total** | | **32.60** | | **36,629.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.90 | 1,600.00 | 1,440.00 |
| NAB | Nicholas A. Bassett | Partner | 4.20 | 1,350.00 | 5,670.00 |
| IVT | Igor V. Timofeyev | Partner | 17.30 | 1,350.00 | 23,355.00 |
| SM29 | Shlomo Maza | Associate | 1.40 | 1,120.00 | 1,568.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,095.00 | 438.00 |

The Commonwealth of Puerto Rico                                                    Page 5
96395-00006
Invoice No. 2267352

| JK21 | Jocelyn Kuo | Paralegal | 8.40 | 495.00 | 4,158.00 |
|------|-------------|-----------|------|--------|----------|
| | **Current Fees and Costs** | | | | **$36,629.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$36,629.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    April 7, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                           Invoice Number: 2267353
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**ERS**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00008
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                              $7,569.00
| | |
|---|---|
| **Current Fees and Costs Due** | **$7,569.00** |
| **Total Balance Due – Due Upon Receipt** | **$7,569.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267353

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**ERS**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00008
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021

| | |
|---|---:|
| | $7,569.00 |
| **Current Fees and Costs Due** | **$7,569.00** |
| **Total Balance Due – Due Upon Receipt** | **$7,569.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267353

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

**ERS**                                                                 **$7,569.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | **Claims Administration and Objections** | | | | |
| 02/18/2021 | NAB | Email with L. Despins regarding ultra vires oral argument | 0.20 | 1,350.00 | 270.00 |
| 02/22/2021 | JRB | Telephone conference with N. Bassett regarding oral argument preparation | 0.30 | 1,475.00 | 442.50 |
| 02/22/2021 | NAB | Begin preparing for oral argument on ultra vires issues (.4); review briefing and orders in connection with same (.2); call with J. Bliss regarding same (.3); correspond with L. Despins regarding same (.2) | 1.10 | 1,350.00 | 1,485.00 |
| 02/23/2021 | DEB4 | Correspond with A. Wildovsky (Prime Clerk) regarding ERS objection related pleadings | 0.10 | 1,095.00 | 109.50 |

The Commonwealth of Puerto Rico                                                                    Page 2
96395-00008
Invoice No. 2267353

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/23/2021 | NAB | Call with W. Dalsen (Proskauer), L. Raiford (Jenner) regarding ERS mediation and oral argument (.4); call with L. Raiford regarding same (.2); call with C. Mullarney (Brown Rudnick) regarding same (.1); review rulings on evidentiary motions for ultra vires argument (.4); draft summary of same (.3) | 1.40 | 1,350.00 | 1,890.00 |
| 02/26/2021 | NAB | Call with L. Raiford (Jenner), C. Mullarney (Brown Rudnick) regarding ultra vires oral argument (.3); email with L. Despins and J. Bliss regarding same (.1); correspond with J. Bliss regarding same (.2); review documents relating to same (.1) | 0.70 | 1,350.00 | 945.00 |
| | | **Subtotal: B310 Claims Administration and Objections** | **3.80** | | **5,142.00** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/12/2021 | NAB | Call with W. Dalsen (Proskauer) regarding ERS mediation (.2); emails with L. Raiford (Jenner) regarding same (.1); email with L. Despins regarding same (.1); call with D. Aquila (Brown Rudnick) regarding same (.1) | 0.50 | 1,350.00 | 675.00 |
| 02/14/2021 | NAB | Email with L. Despins regarding mediation | 0.10 | 1,350.00 | 135.00 |
| 02/15/2021 | NAB | Emails with L. Despins regarding ERS mediation (.1); review mediation proposal (.1) | 0.20 | 1,350.00 | 270.00 |
| 02/16/2021 | NAB | Email with L. Despins regarding mediation (.1); call with S. Martinez (Zolfo) regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 02/25/2021 | AB21 | Correspond with L. Despins, S. Maza, and N. Bassett regarding section 1111(b) question | 0.10 | 1,350.00 | 135.00 |
| 02/25/2021 | NAB | Email with A. Bongartz, S. Maza, and L. Despins regarding ERS mediation (.1); email with J. Bliss regarding oral argument (.1) | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico                                                Page 3
96395-00008
Invoice No. 2267353

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/2021 | SM29 | Emails with L. Despins, N. Bassett, A. Bongartz re section 1111(b) issues in connection with ERS mediation | 0.60 | 1,120.00 | 672.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **1.90** | | **2,427.00** |
| | **Total** | | **5.70** | | **7,569.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| JRB | James R. Bliss | Partner | 0.30 | 1,475.00 | 442.50 |
| NAB | Nicholas A. Bassett | Partner | 4.60 | 1,350.00 | 6,210.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.10 | 1,350.00 | 135.00 |
| SM29 | Shlomo Maza | Associate | 0.60 | 1,120.00 | 672.00 |
| DEB4 | Douglass E. Barron | Associate | 0.10 | 1,095.00 | 109.50 |

| **Current Fees and Costs** | **$7,569.00** |
|----------------------------|---------------|
| **Total Balance Due - Due Upon Receipt** | **$7,569.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                     April 7, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                           Please Refer to
c/o O'Melveny & Myers LLP                           Invoice Number: 2267354
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                       PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                          $24,814.00

     Costs incurred and advanced                    17.10

     **Current Fees and Costs Due**              **$24,831.10**

     **Total Balance Due – Due Upon Receipt**    **$24,831.10**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267354

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                          $24,814.00

Costs incurred and advanced                          17.10

**Current Fees and Costs Due**                          **$24,831.10**

**Total Balance Due - Due Upon Receipt**                          **$24,831.10**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267354

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

**Other Adversary Proceedings**                                        **$24,814.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 02/01/2021 | AB21 | Correspond with L. Despins regarding Ambac's limited objection to HTA tolling stipulation | 0.20 | 1,350.00 | 270.00 |
| 02/01/2021 | NAB | Email with T. Axelrod (Brown Rudnick) regarding avoidance action issues (.1); review avoidance action settlement recommendation documents and data (.5); call with S. Martinez (Zolfo) regarding same (.9) | 1.50 | 1,350.00 | 2,025.00 |
| 02/02/2021 | NAB | Call with T. Axelrod (Brown Rudnick) regarding Banco Popular escrow account (.5); review emails from T. Axelrod regarding avoidance action settlement issues (.2) | 0.70 | 1,350.00 | 945.00 |
| 02/04/2021 | NAB | Review memoranda related to avoidance action settlements | 0.30 | 1,350.00 | 405.00 |

The Commonwealth of Puerto Rico                                            Page 2
96395-00009
Invoice No. 2267354

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/2021 | SM29 | Call with N. Bassett re litigation schedule and meet and confer (.2); review notes from section 3013 motion re same (.4); email N. Bassett re same (.1) | 0.70 | 1,120.00 | 784.00 |
| 02/05/2021 | NAB | Email with S. Martinez (Zolfo) regarding avoidance action settlements and strategy (.1); email with T. Axelrod (Brown Rudnick) regarding same (.2) | 0.30 | 1,350.00 | 405.00 |
| 02/07/2021 | NAB | Review email from T. Axelrod (Brown Rudnick) regarding avoidance action settlement negotiations (.2); email with T. Axelrod regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 02/10/2021 | NAB | Review settlement recommendations on avoidance actions (.3); email with S. Martinez (Zolfo) regarding same (.3); review revisions to escrow agreement for avoidance action settlement proceeds (.2); email with T. Axelrod (Brown Rudnick) regarding same (.1) | 0.90 | 1,350.00 | 1,215.00 |
| 02/11/2021 | NAB | Call with S Martinez (Zolfo) regarding avoidance action issues (.5); review settlement recommendations and related documents in connection with same (.6); call with T. Axelrod (Brown Rudnick), S. Martinez regarding same (1.1); call and email with T. Axelrod regarding settlement issue (.1); review proposed revisions to draft settlement agreement in connection with same (.2) | 2.50 | 1,350.00 | 3,375.00 |
| 02/15/2021 | NAB | Review emails from M. Sawyer (Brown Rudnick) and recommendation memos regarding avoidance actions (.5); email to S. Martinez (Zolfo) regarding same (.2); call with S. Martinez regarding same (1.0); email to M. Sawyer (Brown Rudnick) regarding same (.3); email to L. Llach (CST) regarding same (.1) | 2.10 | 1,350.00 | 2,835.00 |
| 02/16/2021 | NAB | Review avoidance action settlement documents (.1); call with S. Martinez (Zolfo regarding same (.4); email with T. Axelrod (Brown Rudnick) regarding same (.2) | 0.70 | 1,350.00 | 945.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00009
Invoice No. 2267354

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/17/2021 | NAB | Emails with T. Axelrod (Brown Rudnick) regarding avoidance action issues (.5); analyze settlement recommendations regarding same (.2) | 0.70 | 1,350.00 | 945.00 |
| 02/19/2021 | NAB | Review emails from T. Axelrod (Brown Rudnick) regarding avoidance action settlement (.1); review revised draft settlement agreement in connection with same (.2); review revised draft escrow agreement (.1); email with T. Axelrod regarding same (.1) | 0.50 | 1,350.00 | 675.00 |
| 02/20/2021 | NAB | Review comments to escrow agreement for avoidance action proceeds (.1); prepare supporting documentation for same (.2); emails with T. Axelrod regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 02/22/2021 | NAB | Review additional avoidance action recommendations and related memoranda (1.1); correspond with S. Martinez (Zolfo) regarding same (.2); review draft motions for default judgment and related documents (.4); correspond with M. Sawyer (Brown Rudnick) regarding same (.2); revise draft motion for extension of time to file default judgment (.2); correspond with M. Sawyer (Brown Rudnick) regarding same (.1) | 2.20 | 1,350.00 | 2,970.00 |
| 02/23/2021 | NAB | Call with S. Martinez (Zolfo) regarding avoidance action issues (.5); review recommendations and memoranda regarding settlement of same (.6); prepare email to M. Sawyer (Brown Rudnick) regarding same (.5); email with M. Sawyer (Brown Rudnick) regarding motions for default judgment (.1); email with J. Nieves (CST) regarding avoidance action issues (.1) | 1.80 | 1,350.00 | 2,430.00 |
| 02/24/2021 | NAB | Review email and settlement recommendation from M. Sawyer (Brown Rudnick) for avoidance action (.4); email with M. Sawyer regarding same (.1); email with S. Martinez (Zolfo) regarding same (.1); email with T. Axelrod (Brown Rudnick) regarding settlement update (.1) | 0.70 | 1,350.00 | 945.00 |

The Commonwealth of Puerto Rico                                          Page 4
96395-00009
Invoice No. 2267354

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/2021 | NAB | Further review avoidance action recommendation information (.3); call with S. Martinez (Zolf) regarding same (.3); email to T. Axelrod (Brown Rudnick) regarding same (.1); prepare responses to M. Sawyer (Brown Rudnick) regarding same (.1); review email from T. Axelrod (Brown Rudnick) relating to escrow agreement (.1); review revisions to Oracle settlement agreement (.1); email with T. Axelrod (Brown Rudnick) regarding same (.1) | 1.10 | 1,350.00 | 1,485.00 |
| 02/28/2021 | NAB | Continue to review information relating to avoidance action settlements (.5); email to M. Sawyer (Brown Rudnick) regarding avoidance action issues (.4) | 0.90 | 1,350.00 | 1,215.00 |
| | | **Subtotal: B191 General Litigation** | **18.50** | | **24,814.00** |
| | **Total** | | **18.50** | | **24,814.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 17.60 | 1,350.00 | 23,760.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.20 | 1,350.00 | 270.00 |
| SM29 | Shlomo Maza | Associate | 0.70 | 1,120.00 | 784.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 02/01/2021 | Computer Search (Other) | | | 0.90 |
| 02/02/2021 | Computer Search (Other) | | | 0.90 |
| 02/03/2021 | Computer Search (Other) | | | 0.90 |
| 02/04/2021 | Computer Search (Other) | | | 0.90 |
| 02/05/2021 | Computer Search (Other) | | | 0.90 |
| 02/08/2021 | Computer Search (Other) | | | 0.90 |
| 02/10/2021 | Computer Search (Other) | | | 0.90 |

The Commonwealth of Puerto Rico                                     Page 5
96395-00009
Invoice No. 2267354

| 02/11/2021 | Computer Search (Other) | 0.90 |
|---|---|---|
| 02/12/2021 | Computer Search (Other) | 0.90 |
| 02/15/2021 | Computer Search (Other) | 0.90 |
| 02/16/2021 | Computer Search (Other) | 0.90 |
| 02/17/2021 | Computer Search (Other) | 0.90 |
| 02/18/2021 | Computer Search (Other) | 0.90 |
| 02/19/2021 | Computer Search (Other) | 0.90 |
| 02/22/2021 | Computer Search (Other) | 0.90 |
| 02/23/2021 | Computer Search (Other) | 0.90 |
| 02/24/2021 | Computer Search (Other) | 0.90 |
| 02/25/2021 | Computer Search (Other) | 0.90 |
| 02/26/2021 | Computer Search (Other) | 0.90 |
| **Total Costs incurred and advanced** | | **$17.10** |

| **Current Fees and Costs** | **$24,831.10** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$24,831.10** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.

April 7, 2021

Please Refer to
Invoice Number: 2267355

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                           $58,467.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$58,467.50** |
| **Total Balance Due – Due Upon Receipt** | **$58,467.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    April 7, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                           Invoice Number: 2267355
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                       PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**<u>Mediation</u>**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                          $58,467.50
                                                    _____
                    **Current Fees and Costs Due**              **$58,467.50**
                    **Total Balance Due – Due Upon Receipt**    **$58,467.50**
                                                    ======================

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267355

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

**Mediation**                                                                **$58,467.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | | **Claims Administration and Objections** | | | |
| 02/03/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding | 2.40 | 1,350.00 | 3,240.00 |
| | | (0.6); correspond with L. Despins regarding same (0.1); telephone conference with B. Rosen (Proskauer), L. Stafford (Proskauer), J. Herriman (A&M), P. Friedman (O'Melveny), L. Despins, S. Martinez (Zolfo), and T. Stenger (Zolfo) regarding same (0.8); post-mortem with S. Martinez, T. Stenger, and L. Despins regarding same (0.3); correspond with L. Stafford regarding follow-up (0.1); telephone conference with S. Martinez regarding (0.2); correspond with L. Llach (CST) regarding (0.1); analyze issues related to same (0.2) | | | |

The Commonwealth of Puerto Rico                                                     Page 2
96395-00010
Invoice No. 2267355

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/03/2021 | LAD4 | Review (.40); handle call with Proskauer (B. Rosen), A. Bongartz, S. Martinez, T. Stenger (Zolfo) re: (.80); post mortem with same Zolfo team and A. Bongartz (.30) | 1.50 | 1,600.00 | 2,400.00 |
| 02/04/2021 | AB21 | Telephone conference with L. Llach (CST) and S. Martinez (Zolfo) regarding | 0.20 | 1,350.00 | 270.00 |
| 02/05/2021 | AB21 | Analyze (0.3); telephone conference with S. Martinez (Zolfo) regarding same (0.7); correspond with D. Barron regarding same (0.1); telephone conference with S. Martinez regarding (0.1) | 1.20 | 1,350.00 | 1,620.00 |
| 02/07/2021 | AB21 | Review | 0.60 | 1,350.00 | 810.00 |
| 02/09/2021 | AB21 | Review (0.5); telephone conferences with J. Nieves regarding same (0.3); update (0.4); telephone conferences with S. Martinez (Zolfo) regarding same (0.2); correspond with L. Despins regarding same (0.3); correspond with L. Despins regarding (0.4) | 2.10 | 1,350.00 | 2,835.00 |
| 02/09/2021 | LAD4 | T/c Judge Houser re: update (.30); email to committee re: same (.30) | 0.60 | 1,600.00 | 960.00 |
| 02/10/2021 | AB21 | Telephone conference with L. Despins regarding | 0.10 | 1,350.00 | 135.00 |
| 02/10/2021 | LAD4 | T/c A. Bongartz re: (.10); review same (.50) | 0.60 | 1,600.00 | 960.00 |
| 02/12/2021 | AB21 | Correspond with L. Despins regarding | 0.60 | 1,350.00 | 810.00 |
| 02/13/2021 | AB21 | Correspond with L. Despins regarding (0.5); correspond with B. Rosen (Proskauer), B. Houser (mediation team leader), P. Friedman (O'Melveny) regarding same (0.1) | 0.60 | 1,350.00 | 810.00 |

The Commonwealth of Puerto Rico                                              Page 3
96395-00010
Invoice No. 2267355

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/13/2021 | LAD4 | Review/edit email to FOMB counsel re: | 0.40 | 1,600.00 | 640.00 |
| 02/20/2021 | AB21 | Telephone conference with L. Despins and S. Martinez (Zolfo) regarding (0.2); follow-up telephone conferences with S. Martinez regarding same (0.6); review (0.2); correspond with L. Despins regarding update to Committee regarding same (0.2) | 1.20 | 1,350.00 | 1,620.00 |
| 02/20/2021 | LAD4 | T/c S. Martinez (Zolfo) and A. Bongartz re: (.20); email to B. Rosen re: same (.10) | 0.30 | 1,600.00 | 480.00 |
| 02/22/2021 | AB21 | Telephone conference with L. Despins and S. Martinez (Zolfo) regarding | 0.30 | 1,350.00 | 405.00 |
| 02/22/2021 | LAD4 | T/c S. Martinez (Zolfo) and A. Bongartz re: (.30); review same (.60) | 0.90 | 1,600.00 | 1,440.00 |
| 02/23/2021 | AB21 | Telephone conference with L. Despins and S. Martinez (Zolfo) regarding (0.3); telephone conferences with S. Martinez regarding same (0.6); correspond with S. Martinez and L. Despins regarding same (0.1); review (0.1) | 1.10 | 1,350.00 | 1,485.00 |
| 02/23/2021 | LAD4 | T/c S. Martinez (Zolfo) and A. Bongartz re: | 0.30 | 1,600.00 | 480.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **15.00** | | **21,400.00** |

The Commonwealth of Puerto Rico                                   Page 4
96395-00010
Invoice No. 2267355

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 02/01/2021 | AB21 | Review (0.3); correspond with D. Barron regarding same (0.1); correspond with Committee regarding same (0.2); telephone conference with L. Despins, S. Martinez (Zolfo) and Committee regarding (0.6); follow-up call with L. Despins and D. Barron regarding same (0.3); follow-up call with S. Martinez regarding same (0.1); telephone conference with M. Hindman (clerk to Judge Houser) regarding (0.1); correspond with M. Hindman regarding same (0.1) | 1.80 | 1,350.00 | 2,430.00 |
| 02/01/2021 | DEB4 | Correspond with A. Bongartz and L. Despins regarding (0.1); revise same (1.0); conference with A. Bongartz and L. Despins regarding same (0.3); correspond with R. Ortiz (Unitech) regarding same (0.1) | 1.50 | 1,095.00 | 1,642.50 |
| 02/01/2021 | LAD4 | T/c A. Velazquez (SEIU) re: mediation strategy (.40); review issues/notes to prepare for committee call (.70); handle committee call re: mediation issues (.60); post-mortem A. Bongartz & D. Barron (.30) | 2.00 | 1,600.00 | 3,200.00 |
| 02/02/2021 | AB21 | Review (0.2); mediation session with L. Despins, S. Martinez (Zolfo), T. Stenger (Zolfo), B. Houser (mediation team leader), B. Rosen (Proskauer), J. Herriman (A&M), A. Velazquez (SEIU), D. Mac (Drivetrain), FOMB members regarding (1.0); post-mortem with L. Despins, S. Martinez, T. Stenger, A. Velazquez, and D. Mack (0.4); correspond with S. Martinez regarding follow-up issues (0.1) | 1.70 | 1,350.00 | 2,295.00 |

The Commonwealth of Puerto Rico                                              Page 5
96395-00010
Invoice No. 2267355

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/2021 | LAD4 | Review (1.10); handle mediation session with Judge Houser and the Committee, FOMB, A. Bongartz (1.0); call with PR committee, A. Bongartz to review just completed session (.40); t/c Judge Houser re: same (.20) | 2.70 | 1,600.00 | 4,320.00 |
| 02/11/2021 | AB21 | Analyze (0.4); correspond with L. Despins regarding same (0.3); correspond with S. Millman (Stroock) and P. DeChiara (Cohen Weiss) regarding same (0.2) | 0.90 | 1,350.00 | 1,215.00 |
| 02/19/2021 | AB21 | Correspond with Committee regarding update on mediation (0.1); telephone conference with S. Martinez (Zolfo) regarding same (0.1); review correspondence from L. Despins regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 02/24/2021 | AB21 | Correspond with M. Hindman (Clerk to Judge Houser) regarding mediation session on Oversight Board's plan proposal | 0.10 | 1,350.00 | 135.00 |
| 02/25/2021 | AB21 | Review (0.3); correspond with L. Despins and S. Martinez (Zolfo) regarding same (0.1); correspond with Committee regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 02/25/2021 | LAD4 | Review (.30); handle ERS mediation session (1.20) | 1.50 | 1,600.00 | 2,400.00 |
| 02/26/2021 | AB21 | Telephone conference with L. Despins, S. Martinez (Zolfo), T. Stenger (Zolfo), A. Velazquez (SEIU), and D. Mack (Drivetrain) regarding (0.3); telephone conference with S. Martinez regarding same (0.1); correspond with S. Martinez regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |

The Commonwealth of Puerto Rico                                                          Page 6
96395-00010
Invoice No. 2267355

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/26/2021 | AB21 | Telephone conference with L. Despins, T. Stenger (Zolfo) and S. Martinez (Zolfo) regarding | 3.00 | 1,350.00 | 4,050.00 |
| | | (0.4); telephone conference with L. Despins, T. Stenger, S. Martinez and Committee regarding (0.8); mediation session on with B. Rosen (Proskauer), N. Jaresko (Oversight Board), P. Friedman (O'Melveny), J. Herriman (A&M), L. Despins, T. Stenger, and S. Martinez (1.3); post-mortem telephone conference with L. Despins, T. Stenger, and S. Martinez regarding same (0.4); telephone conference with S. Martinez regarding same (0.1) | | | |
| 02/26/2021 | LAD4 | T/c S. Martinez (Zolfo), A. Velazquez (SEIU), D. Mack, and A. Bongartz re: (.30); t/c S. Martinez and A. Bongartz re: (.40); handle Committee meeting re: same (.80); review (1.20); handle mediation session (1.30); post-mortem with T. Stenger, S. Martinez and A. Bongartz (.40) | 4.40 | 1,600.00 | 7,040.00 |
| 02/27/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding | 0.50 | 1,350.00 | 675.00 |
| 02/27/2021 | LAD4 | T/c S. Kirpalani (Quinn Emanuel) re: status of mediation (.50); analyze/edit (.70) | 1.20 | 1,600.00 | 1,920.00 |

The Commonwealth of Puerto Rico                                                    Page 7
96395-00010
Invoice No. 2267355

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/28/2021 | AB21 | Telephone conference with L. Despins, S. Martinez (Zolfo) regarding (0.3); revise same (0.8); telephone conferences with S. Martinez regarding same (0.4); correspond with L. Despins regarding same (0.2); correspond with Committee regarding same (0.1); correspond with L. Despins regarding (0.3); correspond with B. Rosen (Proskauer) and P. Friedman (O'Melveny) regarding same (0.2) | 2.30 | 1,350.00 | 3,105.00 |
| 02/28/2021 | LAD4 | T/c with A. Bongartz, S. Martinez (Zolfo) regarding | 0.30 | 1,600.00 | 480.00 |
| 02/28/2021 | NAB | Review (.3) | 0.30 | 1,350.00 | 405.00 |
| | | **Subtotal: B320 Plan and Disclosure Statement (including Business Plan)** | **25.50** | | **37,067.50** |
| | **Total** | | **40.50** | | **58,467.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 16.70 | 1,600.00 | 26,720.00 |
| NAB | Nicholas A. Bassett | Partner | 0.30 | 1,350.00 | 405.00 |
| AB21 | Alex Bongartz | Of Counsel | 22.00 | 1,350.00 | 29,700.00 |
| DEB4 | Douglass E. Barron | Associate | 1.50 | 1,095.00 | 1,642.50 |

**Current Fees and Costs**                                                      **$58,467.50**

**Total Balance Due - Due Upon Receipt**                                        **$58,467.50**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267357

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                                    $26,941.00

**Current Fees and Costs Due**          **$26,941.00**
**Total Balance Due – Due Upon Receipt**          **$26,941.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send
payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We
strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @
213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal
confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply
mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267357

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending February 28, 2021                              $26,941.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$26,941.00** |
| **Total Balance Due – Due Upon Receipt** | **$26,941.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

April 7, 2021

Please Refer to
Invoice Number: 2267357

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2021

## **Creditors' Committee Meetings**                                   **$26,941.00**

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 02/02/2021 | DEB4 | Correspond with R. Ortiz (Unitech) regarding Committee meeting | 0.10 | 1,095.00 | 109.50 |
| 02/02/2021 | MN11 | Draft agenda for Committee call (.4); email S. Martinez (Zolfo) regarding same (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1); correspond with A. Bongartz regarding same (.1); draft annotated agenda for Committee call (.3) | 1.10 | 955.00 | 1,050.50 |
| 02/03/2021 | AB21 | Correspond with D. Barron regarding preparation for Committee update call (0.1); update call with L. Despins, S. Martinez (Zolfo) and Committee regarding update on Title III cases (0.6) | 0.70 | 1,350.00 | 945.00 |
| 02/03/2021 | DEB4 | Attend Committee meeting (0.6); revise annotated agenda for same (0.2); correspond with M. Naulo regarding same (0.1) | 0.90 | 1,095.00 | 985.50 |

The Commonwealth of Puerto Rico
96395-00012
Invoice No. 2267357

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/03/2021 | LAD4 | Review agenda and issues to prepare for committee call (.90); handle committee call (.60) | 1.50 | 1,600.00 | 2,400.00 |
| 02/03/2021 | MN11 | Correspond with L. Despins regarding annotated agenda for Committee call | 0.20 | 955.00 | 191.00 |
| 02/09/2021 | AB21 | Revise agenda for next Committee update call (0.1); correspond with M. Naulo regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 02/09/2021 | MN11 | Draft Committee call agenda (.4); email S. Martinez (Zolfo) regarding same (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1); draft Committee update email (2.7) | 3.40 | 955.00 | 3,247.00 |
| 02/10/2021 | AB21 | Telephone conference with L. Despins, S. Martinez (Zolfo) and Committee regarding update on Title III cases (0.5); prepare for same, including review of annotated agenda (0.1) | 0.60 | 1,350.00 | 810.00 |
| 02/10/2021 | DEB4 | Attend Committee call (.5); follow up review of issues discussed (.1) | 0.60 | 1,095.00 | 657.00 |
| 02/10/2021 | LAD4 | Review issues/notes to prepare for committee meeting (.70); handle weekly committee meeting (.50) | 1.20 | 1,600.00 | 1,920.00 |
| 02/10/2021 | MN11 | Correspond with J. Arrastia (Genovese) regarding Committee call discussion (.3); draft annotated Committee call agenda (.4); correspond with L. Despins regarding same (.1); correspond with A. Bongartz regarding Committee call (.2) | 1.00 | 955.00 | 955.00 |
| 02/16/2021 | AB21 | Revise agenda for next Committee update call (0.1); correspond with M. Naulo regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 02/16/2021 | DEB4 | Correspond with M. Naulo regarding prior Committee meeting | 0.20 | 1,095.00 | 219.00 |
| 02/16/2021 | MN11 | Draft Committee call agenda (.4); email S. Martinez regarding same (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1) | 0.70 | 955.00 | 668.50 |

The Commonwealth of Puerto Rico
96395-00012
Invoice No. 2267357

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/17/2021 | AB21 | Attend call with L. Despins, S. Martinez (Zolfo), and Committee regarding Title III update | 0.20 | 1,350.00 | 270.00 |
| 02/17/2021 | DEB4 | Committee call | 0.20 | 1,095.00 | 219.00 |
| 02/17/2021 | LAD4 | Handle committee meeting | 0.20 | 1,600.00 | 320.00 |
| 02/17/2021 | MN11 | Draft annotated Committee call agenda (.4); email L. Despins regarding same (.1); correspond with A. Bongartz regarding recent developments for Committee update email (.7) | 1.20 | 955.00 | 1,146.00 |
| 02/21/2021 | AB21 | Correspond with Committee regarding mediation update | 0.10 | 1,350.00 | 135.00 |
| 02/23/2021 | MN11 | Draft agenda for Committee call (.4); email S. Martinez regarding same (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1) | 0.70 | 955.00 | 668.50 |
| 02/24/2021 | AB21 | Prepare for Committee update call, including review of annotated agenda (0.1); attend call with L. Despins, S. Martinez (Zolfo) and Committee regarding Title III update (0.7) | 0.80 | 1,350.00 | 1,080.00 |
| 02/24/2021 | DEB4 | Attend Committee meeting (.7); follow up review of issues (.1) | 0.80 | 1,095.00 | 876.00 |
| 02/24/2021 | LAD4 | Review issues, agenda, and notes to prepare for committee call (.90); handle weekly committee call (.70) | 1.60 | 1,600.00 | 2,560.00 |
| 02/24/2021 | MN11 | Draft annotated agenda for Committee call (.4); correspond with L. Despins regarding same (.1); review amended PSA (1.1); email with A. Bongartz regarding same for Committee update (.4); draft Committee update email (1.8) | 3.80 | 955.00 | 3,629.00 |

The Commonwealth of Puerto Rico                                                            Page 4
96395-00012
Invoice No. 2267357

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/26/2021 | DEB4 | Review agenda and notes to prepare for Committee call (0.1); attend Committee call (0.8); correspond with R. Ortiz (Unitech) regarding same (0.1); correspond with R. Cacho (Tradewinds) regarding same (0.1) | 1.10 | 1,095.00 | 1,204.50 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **23.40** | | **26,941.00** |
| | **Total** | | **23.40** | | **26,941.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 4.50 | 1,600.00 | 7,200.00 |
| AB21 | Alex Bongartz | Of Counsel | 2.90 | 1,350.00 | 3,915.00 |
| DEB4 | Douglass E. Barron | Associate | 3.90 | 1,095.00 | 4,270.50 |
| MN11 | Mariya Naulo | Associate | 12.10 | 955.00 | 11,555.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$26,941.00** |
| **Total Balance Due - Due Upon Receipt** | **$26,941.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270539

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Official Comm. of Unsecured Creditors of Commonwealth of PR
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2021 | $183,166.50 |
| Costs incurred and advanced | 7,017.98 |
| **Current Fees and Costs** | **$190,184.48** |
| Less credit for fee reductions pursuant to Order Approving Tenth Interim Fee Application | (162,080.45) |
| Less credit for cost reductions pursuant to Order Approving Tenth Interim Fee Application | (170.77) |
| **Current Fees and Costs Due** | **$27,933.26** |
| **Total Balance Due - Due Upon Receipt** | **$27,933.26** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270539

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2021 | $183,166.50 |
| Costs incurred and advanced | 7,017.98 |
| **Current Fees and Costs** | **$190,184.48** |
| Less credit for fee reductions pursuant to Order Approving Tenth Interim Fee Application | **(162,080.45)** |
| Less credit for cost reductions pursuant to Order Approving Tenth Interim Fee Application | **(170.77)** |
| **Current Fees and Costs Due** | **$27,933.26** |
| **Total Balance Due - Due Upon Receipt** | **$27,933.26** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270539

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

**Official Comm. of Unsecured Creditors of Commonwealth of PR**          **$183,166.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 03/01/2021 | JK21 | Review title III cases for critical dates (0.4); update case calendar (0.3) | 0.70 | 495.00 | 346.50 |
| 03/02/2021 | JK21 | Review title III case dockets for critical dates (0.4); update case calendar (0.3) | 0.70 | 495.00 | 346.50 |
| 03/03/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 03/04/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 03/08/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 03/10/2021 | AB21 | Update list of open issues for Committee | 0.20 | 1,350.00 | 270.00 |
| 03/10/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 03/11/2021 | LAD4 | T/c D. Mack (Drivetrain) re: PR process (.50); t/c J. Casillas (CST) & B. Medina (Kroma) re: update on issues (.70) | 1.20 | 1,600.00 | 1,920.00 |
| 03/11/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 03/11/2021 | WW6 | Draft response to March 10, 2021 status report | 0.90 | 235.00 | 211.50 |

The Commonwealth of Puerto Rico                                         Page 2
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/12/2021 | JK21 | Review title III cases for critical dates | 0.40 | 495.00 | 198.00 |
| 03/12/2021 | LAD4 | T/c J. Casillas (CST) re: update on legislature next steps (.40); analyze/comment on same (.90); t/c T. Stenger, S. Martinez (Zolfo), and A. Bongartz re: prep for Monday call with FOMB professionals (.30) | 1.60 | 1,600.00 | 2,560.00 |
| 03/15/2021 | JK21 | Review title III cases for critical dates (0.3); update case calendar (0.2) | 0.50 | 495.00 | 247.50 |
| 03/16/2021 | JK21 | Review Title III cases and adversary proceedings for critical dates (0.9); update case calendar (0.2) | 1.10 | 495.00 | 544.50 |
| 03/17/2021 | JK21 | Review Title III cases for critical dates | 0.40 | 495.00 | 198.00 |
| 03/17/2021 | JK21 | Prepare certificates of service regarding interim fee applications of Kroma, Zolfo, and Paul Hastings (0.4); electronically file certificates of service (0.4) | 0.80 | 495.00 | 396.00 |
| 03/18/2021 | WW6 | Review master service list as of March 18, 2021 (.2); update case calendar (.2) | 0.40 | 235.00 | 94.00 |
| 03/20/2021 | AB21 | Correspond with D. Barron regarding update to Rule 2019 statement | 0.10 | 1,350.00 | 135.00 |
| 03/23/2021 | LAD4 | T/c J. Casillas (CST) re: update on case | 0.40 | 1,600.00 | 640.00 |
| 03/23/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |
| 03/25/2021 | AB21 | Telephone conference and correspond with D. Barron regarding updated Rule 2019 statement for Committee | 0.10 | 1,350.00 | 135.00 |
| 03/25/2021 | DEB4 | Correspond with L. Torres (CST) regarding claims information for rule 2019 statement (0.1); review issue regarding same (0.1); correspond and conference with A. Bongartz regarding rule 2019 statement (0.1) | 0.30 | 1,095.00 | 328.50 |
| 03/25/2021 | LAD4 | T/c A. Miller (Milbank) re: update on case (.30); t/c R. Morales (Genesis) re: committee update issues (.50) | 0.80 | 1,600.00 | 1,280.00 |
| 03/26/2021 | MN11 | Observe Oversight Board public meeting | 2.50 | 955.00 | 2,387.50 |
| 03/29/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |

The Commonwealth of Puerto Rico            Page 3
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/30/2021 | DEB4 | Correspond with committee members regarding claim information for rule 2019 statement | 0.30 | 1,095.00 | 328.50 |
| 03/30/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 03/31/2021 | DEB4 | Correspond with M. Naulo regarding rule 2019 statement | 0.40 | 1,095.00 | 438.00 |
| | | **Subtotal: B110  Case Administration** | **15.30** | | **13,357.50** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 03/03/2021 | AB21 | Review Title III docket update and recent filings | 0.30 | 1,350.00 | 405.00 |
| 03/03/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases (.3) | 0.30 | 235.00 | 70.50 |
| 03/03/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 03/04/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 03/04/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/05/2021 | AB21 | Review docket update and recent filings (0.1); correspond with M. Naulo regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/05/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/08/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/09/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |

The Commonwealth of Puerto Rico                                                    Page 4
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/10/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 03/10/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/10/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in pending adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 03/11/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/12/2021 | AB21 | Review Title III docket update and recent filings | 0.30 | 1,350.00 | 405.00 |
| 03/18/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/19/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/22/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 03/22/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/23/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 03/23/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/23/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in pending adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 03/24/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |

The Commonwealth of Puerto Rico                                                      Page 5
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/25/2021 | AB21 | Review Title III docket update and recent developments | 0.20 | 1,350.00 | 270.00 |
| 03/25/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/26/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 03/26/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/29/2021 | AB21 | Review Title III docket update and recent developments | 0.20 | 1,350.00 | 270.00 |
| 03/29/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/30/2021 | AB21 | Review Title III docket update and recent developments | 0.20 | 1,350.00 | 270.00 |
| 03/30/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in pending adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 03/30/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 03/31/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| | | **Subtotal: B113 Pleadings Review** | **11.00** | | **5,149.50** |

**B140    Relief from Stay/Adequate Protection Proceedings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/2021 | AB21 | Review pleading related to Atlantic Medical lift stay motion (0.3); correspond with L. Despins regarding hearing on same (0.1); correspond with B. Kahn (Akin) regarding hearing on same (0.1); correspond with J. Alonzo regarding hearing on same (0.1) | 0.60 | 1,350.00 | 810.00 |

The Commonwealth of Puerto Rico                                                          Page 6
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/03/2021 | ZSZ | Draft summary of First Circuit decision in lift stay appeals for Committee | 1.00 | 1,125.00 | 1,125.00 |
| | | **Subtotal: B140 Relief from Stay/Adequate Protection Proceedings** | **1.60** | | **1,935.00** |

**B150     Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email (0.1); telephone conference with M. Naulo regarding same (0.1); correspond with L. Despins regarding same (0.1); revise same (0.8) | 1.10 | 1,350.00 | 1,485.00 |
| 03/01/2021 | MN11 | Review recent filings and developments for committee update email (1.3); summarize same for committee update email (1.3); conference with A. Bongartz regarding same (.1) | 2.70 | 955.00 | 2,578.50 |
| 03/02/2021 | MN11 | Review recent filings and developments for committee update email (1.2); email with A. Bongartz regarding same (.3) | 1.50 | 955.00 | 1,432.50 |
| 03/03/2021 | MN11 | Review recent filings and developments for committee update email (.8); correspond with A. Bongartz regarding same (.2); correspond with D. Barron regarding committee questions (.2) | 1.20 | 955.00 | 1,146.00 |
| 03/04/2021 | AB21 | Revise Committee update email (1.0); correspond with M. Naulo regarding same (0.1); correspond with L. Despins regarding same (0.1) | 1.20 | 1,350.00 | 1,620.00 |
| 03/04/2021 | MN11 | Review recent filings and developments for committee update email (2.0); draft same (2.2) | 4.20 | 955.00 | 4,011.00 |
| 03/05/2021 | MN11 | Review recent filings and developments for committee update email (.5); correspond with A. Bongartz regarding same (.2) | 0.70 | 955.00 | 668.50 |
| 03/08/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                                    Page 7
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/08/2021 | DEB4 | Correspond with M. Naulo regarding committee update email | 0.10 | 1,095.00 | 109.50 |
| 03/08/2021 | MN11 | Review recent filings and developments for Committee update email (1.8); draft same (2.1); correspond with A. Bongartz regarding same (.1) | 4.00 | 955.00 | 3,820.00 |
| 03/09/2021 | AB21 | Revise Committee update emails, including agenda for Committee call (0.7); correspond with L. Despins regarding same (0.1); correspond with M. Naulo regarding same (0.1); correspond with A. Velazquez (SEIU) regarding same (0.1) | 1.00 | 1,350.00 | 1,350.00 |
| 03/09/2021 | MN11 | Review recent filings and developments for committee update email (1.1); draft same (1.4) | 2.50 | 955.00 | 2,387.50 |
| 03/09/2021 | MN11 | Review informative motions for substantive content for committee update email | 0.60 | 955.00 | 573.00 |
| 03/11/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 03/11/2021 | MN11 | Review recent filings and developments for Committee update email (1.2); draft same (.8) | 2.00 | 955.00 | 1,910.00 |
| 03/12/2021 | AB21 | Correspond with Committee regarding update in Title III cases | 0.10 | 1,350.00 | 135.00 |
| 03/15/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.20 | 1,350.00 | 270.00 |
| 03/15/2021 | MN11 | Review recent filings and developments for committee update email (1.4); draft same (1.1) | 2.50 | 955.00 | 2,387.50 |
| 03/16/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases | 0.60 | 1,350.00 | 810.00 |
| 03/16/2021 | MN11 | Review recent developments for Committee update email | 1.20 | 955.00 | 1,146.00 |
| 03/18/2021 | MN11 | Review recent filings and developments for committee update email (1.1); draft same (1.0) | 2.10 | 955.00 | 2,005.50 |

The Commonwealth of Puerto Rico                                                         Page 8
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/19/2021 | MN11 | Review recent filings and developments for committee update email (.6); email A. Bongartz regarding same (.4) | 1.00 | 955.00 | 955.00 |
| 03/20/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 03/23/2021 | AB21 | Revise Committee update email and agenda for Committee update call (0.4); correspond with L. Despins and M. Naulo regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 03/23/2021 | DEB4 | Correspond with M. Naulo regarding committee email | 0.10 | 1,095.00 | 109.50 |
| 03/23/2021 | MN11 | Draft agenda for committee call (.3); email L. Despins regarding same (.1); email S. Martinez (Zolfo Cooper) regarding same (.1); email A. Velazquez (SEIU) regarding same (.1); review recent developments for committee update email (1.3); revise same (.5); correspond with A. Bongartz regarding same (.2) | 2.60 | 955.00 | 2,483.00 |
| 03/24/2021 | AB21 | Telephone conference with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 03/24/2021 | MN11 | Draft annotated agenda for Committee update call (.3); email L. Despins regarding same (.1); conference with A. Bongartz regarding committee update email (.1); draft same (2.5) | 3.00 | 955.00 | 2,865.00 |
| 03/26/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 03/26/2021 | MN11 | Draft Committee update email | 3.10 | 955.00 | 2,960.50 |
| 03/28/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); correspond with M. Naulo regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2270539

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/29/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.2); telephone conference with M. Naulo regarding same (0.1); correspond with L. Despins regarding same (0.1); correspond with D. Barron regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 03/29/2021 | MN11 | Call with A. Bongartz regarding committee update email (.1); draft same (1.5) | 1.60 | 955.00 | 1,528.00 |
| 03/29/2021 | MN11 | Draft agenda for Committee call | 0.20 | 955.00 | 191.00 |
| 03/30/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email (0.1); revise same (0.3) | 0.40 | 1,350.00 | 540.00 |
| 03/31/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.6); correspond with M. Naulo regarding same (0.2); correspond with L. Despins regarding same (0.1); correspond with S. Millman (Stroock) regarding same (0.1) | 1.00 | 1,350.00 | 1,350.00 |
| 03/31/2021 | MN11 | Draft committee update email | 1.20 | 955.00 | 1,146.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **46.20** | | **47,348.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/03/2021 | AB21 | Revise draft informative motion for March 10 hearing (0.1); correspond with W. Wu regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/03/2021 | DEB4 | Correspond with W. Wu regarding informative motion in connection with hearing | 0.20 | 1,095.00 | 219.00 |
| 03/03/2021 | WW6 | Prepare for March 11, 2021 hearing (.2); correspond with N. Bassett regarding same (.1); correspond with A. Bongartz regarding same (.1) | 0.40 | 235.00 | 94.00 |
| 03/03/2021 | WW6 | Prepare informative motion for March 10-11, 2021 hearing (1.2); correspond with D. Barron regarding same (.2); update same (.2) | 1.60 | 235.00 | 376.00 |

The Commonwealth of Puerto Rico                                                    Page 10
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/04/2021 | AB21 | Review draft agenda for March 10, 2021 omnibus hearing (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/04/2021 | WW6 | Correspond with A. Bongartz regarding March 10-11, 2021 omnibus hearing (.2); correspond with D. Barron regarding same (.2); correspond with N. Bassett regarding same (.1) | 0.50 | 235.00 | 117.50 |
| 03/05/2021 | WW6 | Prepare informative motion for March 10-11, 2021 hearing for filing (.2); correspond with A. Bongartz regarding same (.1); electronically file same with court (.2); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1); correspond with N. Bassett re joint informative motion regarding March 10-11, 2021 hearing (.3) | 1.20 | 235.00 | 282.00 |
| 03/08/2021 | WW6 | Correspond with N. Bassett regarding amended joint informative motion for March 11, 2021 hearing (.2); review service of same (.2) | 0.40 | 235.00 | 94.00 |
| 03/09/2021 | WW6 | Prepare certificate of service for informative motion for March 10-11, 2021 hearing (.4); electronically file same with court (.2) | 0.60 | 235.00 | 141.00 |
| 03/10/2021 | AB21 | Telephonically participate in March 10, 2021 omnibus hearing | 0.50 | 1,350.00 | 675.00 |
| 03/10/2021 | LAD4 | Review pleadings and issues to prepare for omnibus hearing (.50); t/c S. Martinez (Zolfo) and A. Bongartz re: same (.30); t/c A. Miller (Milbank) re: same (.10); handle hearing (.50); t/c A. Velazquez (SEIU) re: same (.50) | 1.90 | 1,600.00 | 3,040.00 |
| 03/15/2021 | AB21 | Correspond with J. Kuo regarding March 7, 2021 hearing in revenue bond litigation | 0.10 | 1,350.00 | 135.00 |
| 03/17/2021 | NAB | Attend portion of hearing on revenue bond discovery issues | 0.80 | 1,350.00 | 1,080.00 |
| 03/17/2021 | ZSZ | Listen to oral argument on revenue bond adversary proceeding motions to compel | 3.50 | 1,125.00 | 3,937.50 |

The Commonwealth of Puerto Rico                                                      Page 11
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B155  Court Hearings** | **12.10** | | **10,731.00** |

**B160    Fee/Employment Applications for Paul Hastings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2021 | AB21 | Review letter from fee examiner regarding PH tenth interim fee application (0.3); correspond with L. Despins regarding same (0.1); telephone conference with K. Traxler regarding same (0.1); telephone conference with N. Bassett regarding response to same (0.1) | 0.60 | 1,350.00 | 810.00 |
| 03/01/2021 | KAT2 | Review letter report from fee examiner on tenth interim fee application (.3); call with A. Bongartz regarding same (.1); correspond with C. Edge regarding same (.2) | 0.60 | 920.00 | 552.00 |
| 03/01/2021 | NAB | Call with A. Bongartz regarding correspondence with fee examiner (.1); begin preparing response to same (.2) | 0.30 | 1,350.00 | 405.00 |
| 03/03/2021 | NAB | Draft insert for response to fee examiner's report (1.0); correspond with A. Bongartz regarding same (.1) | 1.10 | 1,350.00 | 1,485.00 |
| 03/07/2021 | DEB4 | Correspond with M. Naulo regarding interim fee application | 0.10 | 1,095.00 | 109.50 |
| 03/08/2021 | AB21 | Telephone conference with K. Traxler regarding response to fee examiner letter | 0.10 | 1,350.00 | 135.00 |
| 03/08/2021 | KAT2 | Telephone conference with A. Bongartz regarding fee examiner's report on tenth interim fee application (.1); review same (.2); prepare response to same (1.8); correspond with C. Edge regarding same (.2); correspond with A. Bongartz regarding same (.1); prepare tenth supplemental declaration (1.5); review input from D. Verdon and J. Robinson regarding same (.3); analyze disclosures (.3); correspond with J. Kuo regarding same (.1) | 4.60 | 920.00 | 4,232.00 |
| 03/08/2021 | MN11 | Draft inserts to interim fee application | 1.00 | 955.00 | 955.00 |

The Commonwealth of Puerto Rico                                                          Page 12
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/09/2021 | KAT2 | Correspond with J. Kuo regarding interested parties (.1); update supplemental declaration (.6) | 0.70 | 920.00 | 644.00 |
| 03/09/2021 | MN11 | Draft parts of interim fee application regarding services provided | 2.40 | 955.00 | 2,292.00 |
| 03/10/2021 | DEB4 | Correspond with M. Naulo regarding fee application | 0.10 | 1,095.00 | 109.50 |
| 03/10/2021 | MN11 | Correspond with K. Traxler and C. Edge regarding interim fee application (.2); prepare inserts to same (.6); correspond with D. Barron regarding same (.2) | 1.00 | 955.00 | 955.00 |
| 03/11/2021 | AB21 | Revise response to fee examiner's report on PH tenth interim fee application (1.2); correspond with L. Despins regarding same (0.2); correspond with K. Traxler regarding same (0.1); telephone conference with C. Edge regarding same (0.1) | 1.60 | 1,350.00 | 2,160.00 |
| 03/11/2021 | AB21 | Finalize PH January 2021 fee statement, including cover letter and related exhibits (0.5); correspond with B. Williamson (Fee Examiner) regarding same (0.1); correspond with M. Bienenstock (Proskauer) and P. Friedman (O'Melveny) regarding same (0.1); analyze conflict issues for next supplement declaration in support of PH retention (0.2) | 0.90 | 1,350.00 | 1,215.00 |
| 03/11/2021 | KAT2 | Review input from C. Edge for response to fee examiner (.1); prepare inserts to response to fee examiner (.6); correspond with A. Bongartz regarding same (.1) | 0.80 | 920.00 | 736.00 |
| 03/12/2021 | AB21 | Revise PH interim fee application (1.3); correspond with M. Naulo regarding same (0.1); telephone conferences with C. Edge regarding same (0.1) | 1.50 | 1,350.00 | 2,025.00 |
| 03/12/2021 | AB21 | Revise letter response to fee examiner regarding PH fee application (0.1); correspond with M. Hancock (Godfrey Kahn) regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico                                                      Page 13
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/13/2021 | AB21 | Revise PH interim fee application (2.3); correspond with L. Despins regarding same (0.1); correspond with N. Bassett regarding same (0.1) | 2.50 | 1,350.00 | 3,375.00 |
| 03/14/2021 | AB21 | Revise PH interim fee application (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 03/15/2021 | AB21 | Finalize PH fee application, including exhibits (0.3); telephone conference with C. Edge regarding same (0.1); correspond with J. Kuo regarding same, including filing and service (0.3); correspond with B. Williamson (Fee Examiner) regarding same (0.2) | 0.90 | 1,350.00 | 1,215.00 |
| 03/15/2021 | JK21 | Prepare Paul Hastings eleventh interim fee application for electronic filing (0.4); electronically file with the court Paul Hastings eleventh interim fee application (0.4); electronically serve Paul Hastings eleventh interim fee application (0.3); correspond with the court regarding proposed order on Paul Hastings eleventh interim fee application (0.2) | 1.30 | 495.00 | 643.50 |
| 03/15/2021 | KAT2 | Prepare parts of supplemental declaration | 1.80 | 920.00 | 1,656.00 |
| 03/21/2021 | AB21 | Analyze issues related to next supplemental declaration in support of PH retention (0.2); correspond with D. Hein regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 03/23/2021 | AB21 | Revise no objection letter for PH January 2021 fee statement (0.2); correspond with P. Friedman (O'Melveny) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 03/23/2021 | AB21 | Review PH February 2021 fee statement | 1.00 | 1,350.00 | 1,350.00 |
| 03/23/2021 | JK21 | Revise parties in interest list for retention as committee counsel | 0.90 | 495.00 | 445.50 |
| 03/24/2021 | AB21 | Revise PH February 2021 fee statement (0.8); correspond with C. Edge regarding same (0.1) | 0.90 | 1,350.00 | 1,215.00 |

The Commonwealth of Puerto Rico                                                          Page 14
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/24/2021 | KAT2 | Prepare parts of tenth supplemental declaration (.7); review input from D. Verdon regarding same (.2) | 0.90 | 920.00 | 828.00 |
| 03/25/2021 | JK21 | Update parties in interest list for retention as committee counsel | 2.40 | 495.00 | 1,188.00 |
| 03/26/2021 | AB21 | Review correspondence from M. Hancock (Godfrey Kahn) regarding PH tenth interim fee application (0.1); correspond with L. Despins regarding same (0.1); telephone conference with M. Hancock regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 03/31/2021 | AB21 | Revise summary charts related to PH February 2021 fee statement | 0.30 | 1,350.00 | 405.00 |
| 03/31/2021 | KAT2 | Review input from K. Dilworth regarding interested parties (.1); prepare supplemental declaration regarding same (.4) | 0.50 | 920.00 | 460.00 |
| | | **Subtotal: B160  Fee/Employment Applications for Paul Hastings** | **32.40** | | **33,761.00** |

**B161   Budget**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/10/2021 | AB21 | Prepare PH budget for April 2021 | 0.40 | 1,350.00 | 540.00 |
| 03/11/2021 | AB21 | Prepare PH budget for April 2021 | 0.30 | 1,350.00 | 405.00 |
| 03/24/2021 | AB21 | Correspond with B. Williamson (Fee Examiner) regarding PH April 2021 budget | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B161  Budget** | **0.80** | | **1,080.00** |

**B165   Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/08/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding Zolfo fee application | 0.10 | 1,350.00 | 135.00 |
| 03/11/2021 | DEB4 | Correspond with M. Naulo regarding Kroma fee application | 0.10 | 1,095.00 | 109.50 |
| 03/11/2021 | MN11 | Draft Kroma fee application (1.9); correspond with D. Barron regarding same (.5) | 2.40 | 955.00 | 2,292.00 |

The Commonwealth of Puerto Rico                                                   Page 15
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/12/2021 | AB21 | Correspond with M. Naulo regarding Kroma fee application | 0.20 | 1,350.00 | 270.00 |
| 03/12/2021 | DEB4 | Correspond with M. Naulo regarding Kroma fee application | 0.10 | 1,095.00 | 109.50 |
| 03/12/2021 | MN11 | Correspond with D. Barron regarding Kroma fee application (.2); correspond with A. Bongartz regarding same (.2); correspond with A. Roman (Kroma) regarding same (.3); revise same (.5) | 1.20 | 955.00 | 1,146.00 |
| 03/14/2021 | AB21 | Telephone conference with M. Naulo regarding Kroma fee application (0.2); revise same (0.1); correspond with M. Naulo regarding same (0.1); review draft Zolfo fee application (0.2); correspond with S. Martinez (Zolfo) regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 03/14/2021 | DEB4 | Conference with M. Naulo regarding Kroma fee application | 0.30 | 1,095.00 | 328.50 |
| 03/14/2021 | MN11 | Speak with D. Barron regarding Kroma fee application (.3); speak with A. Bongartz regarding same (.2); revise same (.5); email A. Roman (Kroma) regarding same (.3) | 1.30 | 955.00 | 1,241.50 |
| 03/15/2021 | JK21 | Prepare Kroma ninth interim fee application for electronic filing (0.3); electronically file with the court Kroma ninth interim fee application (0.4); prepare Zolfo Cooper eleventh interim fee application for electronic filing (0.4); electronically file with the court Zolfo Cooper eleventh interim fee application (0.4); electronically serve Kroma and Zolfo fee applications (0.3) | 1.80 | 495.00 | 891.00 |
| 03/15/2021 | MN11 | Correspond with A. Roman (Kroma) regarding Kroma fee application (.4); correspond with D. Barron and A. Bongartz regarding same (.5); correspond with J. Kuo regarding same (.3) | 1.20 | 955.00 | 1,146.00 |
| 03/25/2021 | AB21 | Correspond with D. Praga (Zolfo) regarding Zolfo February 2021 fee statement | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                         Page 16
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/29/2021 | AB21 | Correspond with S. Martinez (Zolfo) regarding updated parties in interest list | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B165 Fee/Employment Applications for Other Professionals** | **9.60** | | **8,884.00** |

**B190    Other Contested Matters(excl. assumption/rejections motions)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2021 | NAB | Revise joinder in Ambac Rule 2004 motion (.1); email with L. Despins regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 03/02/2021 | JK21 | Review joinder to Ambac's Rule 2004 motion (0.4); electronically file with the court joinder to Ambac's Rule 2004 motion (0.4); electronically serve joinder to Ambac's Rule 2004 motion (0.2) | 1.00 | 495.00 | 495.00 |
| 03/02/2021 | NAB | Participate in Ambac Rule 2004 discovery meet and confer (.4); review response to order to show cause on appeal (.2); review Ambac Rule 2004 motion joinder (.2) | 0.80 | 1,350.00 | 1,080.00 |
| 03/03/2021 | JK21 | Prepare certificate of service regarding joinder to Ambac's Rule 2004 motion (0.4); electronically file with the court certificate of service (0.3) | 0.70 | 495.00 | 346.50 |
| 03/04/2021 | NAB | Email with E. Au regarding Ambac Rule 2004 discovery | 0.10 | 1,350.00 | 135.00 |
| 03/22/2021 | NAB | Email with E. Au and S. Martinez regarding Ambac Rule 2004 discovery issues | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B190 Other Contested Matters(excl. assumption/rejections motions)** | **3.00** | | **2,596.50** |

**B310    Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2021 | DEB4 | Correspond with M. Palmer (Proskauer) regarding proof of claim responses | 0.10 | 1,095.00 | 109.50 |
| 03/01/2021 | JK21 | Electronically file with the court third status report in claim objection appeal 20-1122 | 0.30 | 495.00 | 148.50 |

The Commonwealth of Puerto Rico                                                      Page 17
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2021 | WW6 | Review response to omnibus claim objections (.2); correspond with M. Palmer regarding same (.2) | 0.40 | 235.00 | 94.00 |
| 03/01/2021 | ZSZ | Participate in revenue bond adversary proceeding meet and confer regarding discovery disputes | 0.90 | 1,125.00 | 1,012.50 |
| 03/14/2021 | MN11 | Review omnibus objections for claims summary chart | 4.70 | 955.00 | 4,488.50 |
| 03/17/2021 | ZSZ | Review motion to compel briefing | 2.70 | 1,125.00 | 3,037.50 |
| 03/18/2021 | AB21 | Correspond with L. Torres (CST) regarding omnibus claims objection (0.1); telephone conference with M. Naulo regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/18/2021 | MN11 | Draft email to A. Bongartz regarding omnibus claim objections (.5); call with A. Bongartz regarding same (.1) | 0.60 | 955.00 | 573.00 |
| 03/18/2021 | NAB | Email with S. Martinez (Zolfo) and Z. Zwillinger regarding revenue bonds motion to compel and plan discovery issues | 0.20 | 1,350.00 | 270.00 |
| 03/20/2021 | NAB | Review revenue bonds discovery hearing transcript | 0.10 | 1,350.00 | 135.00 |
| 03/22/2021 | ZSZ | Draft summary of last week's hearing on revenue bond adversary proceeding motion to compel discovery (.8); review document production in revenue bond adversary proceedings (6.6) | 7.40 | 1,125.00 | 8,325.00 |
| 03/23/2021 | ZSZ | Review document production in revenue bond adversary proceedings | 5.90 | 1,125.00 | 6,637.50 |
| 03/24/2021 | ZSZ | Review document production in revenue bond adversary proceedings | 4.50 | 1,125.00 | 5,062.50 |
| 03/26/2021 | ZSZ | Draft summary of Judge Dein's order on the motion to compel discovery in the revenue bond adversary proceedings | 0.80 | 1,125.00 | 900.00 |
| 03/27/2021 | ZSZ | Call with E. Au regarding document productions in revenue bond litigation | 0.10 | 1,125.00 | 112.50 |
| 03/29/2021 | ZSZ | Review documents produced in revenue bond adversary proceeding litigation | 3.70 | 1,125.00 | 4,162.50 |

The Commonwealth of Puerto Rico                                             Page 18
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/30/2021 | ZSZ | Review documents produced in revenue bond adversary proceeding litigation | 2.80 | 1,125.00 | 3,150.00 |
| | | **Subtotal: B310 Claims Administration and Objections** | **35.40** | | **38,488.50** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/2021 | DEB4 | Correspond with A. Bongartz and L. Despins regarding Commonwealth plan | 0.20 | 1,095.00 | 219.00 |
| 03/03/2021 | DEB4 | Correspond with L. Despins regarding plan of adjustment | 0.30 | 1,095.00 | 328.50 |
| 03/05/2021 | DEB4 | Correspond with L. Despins regarding Commonwealth plan of adjustment | 0.20 | 1,095.00 | 219.00 |
| 03/08/2021 | AB21 | Correspond with Committee regarding chapter 11 plan and disclosure statement (0.3); correspond with L. Despins regarding same (0.1); review same (0.3) | 0.70 | 1,350.00 | 945.00 |
| 03/09/2021 | AB21 | Review second amended plan of adjustment (2.1); telephone conferences with S. Martinez (Zolfo) regarding same (1.0) | 3.10 | 1,350.00 | 4,185.00 |
| 03/10/2021 | AB21 | Correspond with S. Maza regarding PRIFA BAN stipulation (0.1); correspond with N. Bassett regarding query related to treatment of revenue bonds under plan of adjustment (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/11/2021 | AB21 | Telephone conference with L. Despins and S. Martinez (Zolfo) regarding update on plan issues (0.3); follow-up correspondence with D. Barron regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 03/11/2021 | DEB4 | Observe Jaresko plan presentation (1.0); correspond with A. Bongartz regarding same (0.4); correspond with A. Bongartz and L. Despins regarding plan (0.3); review documents related to same (0.5) | 2.20 | 1,095.00 | 2,409.00 |

The Commonwealth of Puerto Rico                                          Page 19
96395-00002
Invoice No. 2270539

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/12/2021 | AB21 | Telephone conference with M. Naulo regarding potential legislative resolution (0.5); correspond with L. Despins regarding same (0.1); analyze issues related to same (0.2); revise draft resolution (0.4); correspond with L. Despins regarding same (0.1) | 1.30 | 1,350.00 | 1,755.00 |
| 03/12/2021 | DEB4 | Correspond with L. Despins regarding plan of adjustment | 0.10 | 1,095.00 | 109.50 |
| 03/12/2021 | MN11 | Correspond with A. Bongartz regarding resolution supportive of unsecured creditors (.4); analyze case law and statutory authority regarding same (3.9); call with A. Bongartz regarding same (.5); draft same (3.2) | 8.00 | 955.00 | 7,640.00 |
| 03/15/2021 | AB21 | Revise draft legislative resolution (0.2); correspond with L. Despins and J. Casillas (CST) regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 03/17/2021 | NAB | Review S. Martinez (Zolfo) presentation on plan issues | 0.10 | 1,350.00 | 135.00 |
| 03/30/2021 | AB21 | Correspond with L. Despins regarding treatment of revenue bondholders under proposed Commonwealth plan of adjustment | 0.30 | 1,350.00 | 405.00 |
| 03/31/2021 | NAB | Email with S. Martinez (Zolfo) regarding plan diligence issues | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **17.60** | | **19,835.00** |
| | | **Total** | **185.00** | | **183,166.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.90 | 1,600.00 | 9,440.00 |
| NAB | Nicholas A. Bassett | Partner | 4.00 | 1,350.00 | 5,400.00 |
| AB21 | Alex Bongartz | Of Counsel | 32.90 | 1,350.00 | 44,415.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2270539

Page 20

| KAT2 | Katherine A. Traxler | Of Counsel | 9.90 | 920.00 | 9,108.00 |
|------|----------------------|------------|------|--------|----------|
| ZSZ | Zachary S. Zwillinger | Associate | 33.30 | 1,125.00 | 37,462.50 |
| DEB4 | Douglass E. Barron | Associate | 5.20 | 1,095.00 | 5,694.00 |
| MN11 | Mariya Naulo | Associate | 64.20 | 955.00 | 61,311.00 |
| JK21 | Jocelyn Kuo | Paralegal | 13.00 | 495.00 | 6,435.00 |
| WW6 | Winnie Wu | Other Timekeeper | 16.60 | 235.00 | 3,901.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 03/08/2021 | Photocopy Charges | 276.00 | 0.08 | 22.08 |
| 03/08/2021 | Photocopy Charges | 280.00 | 0.08 | 22.40 |
| 03/09/2021 | Photocopy Charges | 840.00 | 0.08 | 67.20 |
| 03/15/2021 | Photocopy Charges | 1,088.00 | 0.08 | 87.04 |
| 03/15/2021 | Photocopy Charges | 94.00 | 0.08 | 7.52 |
| 03/29/2021 | Photocopy Charges | 216.00 | 0.08 | 17.28 |
| 03/15/2021 | Photocopy Charges (Color) | 24.00 | 0.25 | 6.00 |
| 03/15/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543121; 03/15/2021; 1Z9305430197467972 (MAN) | | | 25.55 |
| 03/16/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163121; 03/16/2021; Edificio Ochoa; Office of the United States Trustee; 500 Tanca Street; San Juan, PR 00901 ; 1ZA6T1630190326052 (MAN) | | | 26.47 |
| 01/27/2021 | Taxi/Ground Transportation - Vital Transportation Services, Inc. (USD)(JPMSUA); Invoice # 5855255 dated 02/05/2021; Service Type: Car; From/To: M, 200 PARK AVE 10166/ CT 06832; Passenger LUC, Despins/Pkg; Ticket # 3713162 dated 01/27/2021 09:44 | | | 100.00 |
| 03/01/2021 | Articles and Publications - New York Law Institute, Invoice# 18365 Dated 03/01/21, NY- NYLI usage for February 2021 - PR Legislature, approved July 12, 1993. Requested by M. Kahn | | | 100.00 |
| 02/28/2021 | UnitedLex Invoices - Unitedlex Corp, Invoice# 055873 Dated 02/28/21, UnitedLex – DSAI February 2021 Charges - Outside Professional Services | | | 1,735.50 |

The Commonwealth of Puerto Rico                                                          Page 21
96395-00002
Invoice No. 2270539

| | | |
|---|---|---|
| 03/31/2021 | UnitedLex Invoices - Unitedlex Corp, Invoice# 056490 Dated 03/31/21, UnitedLex – DSAI March 2021 Charges | 3,827.00 |
| 03/12/2021 | Vendor Expense - G. Alexander Bongartz; 03/10/2021; Dial-in court call on March 10, 2021, 8:30 am | 70.00 |
| 03/12/2021 | Vendor Expense - Luc Despins; 03/10/2021; Dial-in court call on March 10, 2021, 8:30 am | 70.00 |
| 03/03/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 77.00 |
| 03/05/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 70.00 |
| 03/08/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 7.00 |
| 03/09/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 84.00 |
| 03/16/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 78.00 |
| 03/29/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 77.00 |
| 03/01/2021 | Westlaw | 51.86 |
| 03/05/2021 | Westlaw | 25.93 |
| 03/01/2021 | Computer Search (Other) | 13.32 |
| 03/02/2021 | Computer Search (Other) | 5.94 |
| 03/03/2021 | Computer Search (Other) | 45.45 |
| 03/04/2021 | Computer Search (Other) | 4.68 |
| 03/05/2021 | Computer Search (Other) | 2.34 |
| 03/08/2021 | Computer Search (Other) | 5.49 |
| 03/09/2021 | Computer Search (Other) | 7.29 |
| 03/10/2021 | Computer Search (Other) | 2.43 |
| 03/10/2021 | Computer Search (Other) | 0.27 |
| 03/11/2021 | Computer Search (Other) | 22.77 |
| 03/12/2021 | Computer Search (Other) | 9.63 |
| 03/15/2021 | Computer Search (Other) | 55.08 |
| 03/16/2021 | Computer Search (Other) | 65.61 |
| 03/16/2021 | Computer Search (Other) | 0.90 |
| 03/17/2021 | Computer Search (Other) | 7.56 |
| 03/23/2021 | Computer Search (Other) | 3.42 |
| 03/25/2021 | Computer Search (Other) | 9.90 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2270539

Page 22

| | |
|---|---|
| 03/30/2021 Computer Search (Other) | 101.07 |
| **Total Costs incurred and advanced** | **$7,017.98** |
| | |
| **Current Fees and Costs Due** | **$27,933.26** |
| **Total Balance Due - Due Upon Receipt** | **$27,933.26** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270540

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Communications w/Creditors/Website(Other than Comm. Members)
### (Services Rendered Outside of Puerto Rico)
PH LLP Client/Matter # 96395-00004
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021

| | |
|---|---:|
| | $2,567.00 |
| **Current Fees and Costs Due** | **$2,567.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,567.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
　Citibank
　ABA # 322271724
　SWIFT Address:  CITIUS33
　787 W. 5th Street
　Los Angeles, CA  90071
　Account Number: 206628380
　Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| 　Paul Hastings LLP |
| 　Lockbox 4803 |
| 　PO Box 894803 |
| 　Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270540

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Communications w/Creditors/Website(Other than Comm. Members)**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021

|  |  |
|---|---|
| Legal fees for professional services for the period ending March 31, 2021 | $2,567.00 |
| **Current Fees and Costs Due** | **$2,567.00** |
| **Total Balance Due - Due Upon Receipt** | **$2,567.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions:**</u>

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address:**</u>

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270540

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

**Communications w/Creditors/Website(Other than Comm. Members)**          **$2,567.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B112** | **General Creditor Inquiries** | | | | |
| 03/23/2021 | DEB4 | Conference with creditor (J. Reyes) regarding inquiry | 0.50 | 1,095.00 | 547.50 |
| | | **Subtotal: B112  General Creditor Inquiries** | **0.50** | | **547.50** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 03/10/2021 | DEB4 | Correspond with A. Torres (Kroma) regarding creditor website and content | 0.10 | 1,095.00 | 109.50 |
| 03/22/2021 | MN11 | Review updates and hearing transcripts to update creditors website | 2.00 | 955.00 | 1,910.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **2.10** | | **2,019.50** |
| | **Total** | | **2.60** | | **2,567.00** |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00004
Invoice No. 2270540

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DEB4 | Douglass E. Barron | Associate | 0.60 | 1,095.00 | 657.00 |
| MN11 | Mariya Naulo | Associate | 2.00 | 955.00 | 1,910.00 |

| **Current Fees and Costs** | | | | | **$2,567.00** |
| **Total Balance Due - Due Upon Receipt** | | | | | **$2,567.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270541

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021

$13,211.00

**Current Fees and Costs Due** — **$13,211.00**

**Total Balance Due – Due Upon Receipt** — **$13,211.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270541

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021 | $13,211.00

**Current Fees and Costs Due** | **$13,211.00**

**Total Balance Due – Due Upon Receipt** | **$13,211.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270541

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

## PREPA
$13,211.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 03/12/2021 | SM29 | Creditor update call | 0.50 | 1,120.00 | 560.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **0.50** | | **560.00** |
| **B310** | **Claims Administration and Objections** | | | | |
| 03/01/2021 | IVT | Revise status report in PREPA claim objection appeal | 0.60 | 1,350.00 | 810.00 |
| 03/01/2021 | IVT | Correspond with N. Bassett regarding status report in PREPA claim objection appeal | 0.20 | 1,350.00 | 270.00 |
| 03/01/2021 | NAB | Correspond with L. Despins regarding status report in claim objection appeal (.1); correspond with I. Timofeyev regarding same (.1); review draft of same (.2) | 0.40 | 1,350.00 | 540.00 |

The Commonwealth of Puerto Rico Page 2
96395-00006
Invoice No. 2270541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/22/2021 | NAB | Review email from P. Possinger (Proskauer) regarding PREPA LUMA contract administrative expense motion (.1); correspond with L. Despins and S. Maza regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 03/23/2021 | NAB | Review PREPA update and LUMA/claims issues (.2); email with S. Maza and S. Martinez (Zolfo) regarding same (.2); email with L. Despins regarding same (.1); call with S. Maza and S. Martinez regarding same (.7); email with P. Possinger (Proskauer) regarding same (.1); email with UTIER counsel regarding same (.1) | 1.40 | 1,350.00 | 1,890.00 |
| 03/23/2021 | SM29 | Review issues and pleadings to prepare for call with N. Bassett and S. Martinez (Zolfo) re PREPA issues, claims reconciliation, LUMA motion and monthly report (.3); call with N. Bassett and S. Martinez re same (.7) | 1.00 | 1,120.00 | 1,120.00 |
| 03/24/2021 | IVT | Correspond with N. Bassett regarding PREPA objection appeal and strategy in light of renewed motion to terminate | 0.40 | 1,350.00 | 540.00 |
| 03/29/2021 | AB21 | Telephone conference with N. Bassett regarding LUMA administrative expense motion (0.1); review related reservation of rights (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/29/2021 | NAB | Review LUMA administrative expense motion and related scheduling motion (.5); call with A. Bongartz regarding same (.1); call with S. Martinez regarding same (.3); prepare reservation of rights in response to scheduling motion (.7); email with L. Despins regarding same (.1) | 1.70 | 1,350.00 | 2,295.00 |
| 03/29/2021 | SM29 | Correspond with N. Bassett re LUMA motion timing (.1); review emails from S. Martinez and N. Bassett re discovery re same (.3) | 0.40 | 1,120.00 | 448.00 |

The Commonwealth of Puerto Rico                                            Page 3
96395-00006
Invoice No. 2270541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/29/2021 | WW6 | Prepare reservation of rights regarding LUMA Energy scheduling motion (.6); correspond with N. Bassett regarding same (.1); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 1.40 | 235.00 | 329.00 |
| 03/30/2021 | NAB | Further review administrative expense motion (.5); email with S. Martinez (Zolfo) regarding same (.2); email with P. Possinger (Proskauer) and E. Barak (Proskauer) regarding same (.1) | 0.80 | 1,350.00 | 1,080.00 |
| 03/31/2021 | SM29 | Correspond with L. Despins re LUMA administrative expense motion | 0.20 | 1,120.00 | 224.00 |
| **Subtotal: B310  Claims Administration and Objections** | | | **8.90** | | **10,086.00** |

**B420    Restructurings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/11/2021 | IVT | Correspond with N. Bassett regarding response to Oversight Board's status report in PREPA litigation | 0.20 | 1,350.00 | 270.00 |
| 03/11/2021 | IVT | Revise response to Oversight Board's status report in PREPA litigation | 0.70 | 1,350.00 | 945.00 |
| 03/11/2021 | NAB | Review status report concerning PREPA Rule 9019 motion (.2); email with L. Despins, A. Bongartz, and I. Timofeyev regarding same (.2); draft response to status report (.4); emails with L. Despins and I. Timofeyev regarding same (.1); email with W. Wu regarding same (.1) | 1.00 | 1,350.00 | 1,350.00 |
| **Subtotal: B420  Restructurings** | | | **1.90** | | **2,565.00** |
| **Total** | | | **11.30** | | **13,211.00** |

The Commonwealth of Puerto Rico                               Page 4
96395-00006
Invoice No. 2270541

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 5.50 | 1,350.00 | 7,425.00 |
| IVT | Igor V. Timofeyev | Partner | 2.10 | 1,350.00 | 2,835.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.20 | 1,350.00 | 270.00 |
| SM29 | Shlomo Maza | Associate | 2.10 | 1,120.00 | 2,352.00 |
| WW6 | Winnie Wu | Other Timekeeper | 1.40 | 235.00 | 329.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$13,211.00** |
| **Total Balance Due - Due Upon Receipt** | **$13,211.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270542

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**ERS**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00008
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2021 | $65,508.00 |
| Costs incurred and advanced | 1,391.14 |
| **Current Fees and Costs Due** | **$66,899.14** |
| **Total Balance Due – Due Upon Receipt** | **$66,899.14** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270542

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**ERS**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00008
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2021 | $65,508.00 |
| Costs incurred and advanced | 1,391.14 |
| **Current Fees and Costs Due** | **$66,899.14** |
| **Total Balance Due – Due Upon Receipt** | **$66,899.14** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270542

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

**ERS**                                                                 **$65,508.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 03/01/2021 | NAB | Correspond with J. Bliss and L. Despins regarding ultra vires oral argument (.1); begin preparing for same (.2) | 0.30 | 1,350.00 | 405.00 |
| 03/02/2021 | NAB | Email with L. Despins regarding ultra vires oral argument (.2); review briefing relating to same (.5); review issues and case law in preparation for oral argument (2.9) | 3.60 | 1,350.00 | 4,860.00 |
| 03/03/2021 | JK21 | Prepare case references/annotations for ERS hearing on March 10, 2021 for N. Bassett | 2.30 | 495.00 | 1,138.50 |
| 03/03/2021 | NAB | Review order regarding oral argument procedures (.1); email with W. Wu regarding same (.2); email with J. Arrastia (Genovese) regarding same (.1); email with L. Despins regarding same and mediation (.2); email and call with L. Raiford (Jenner) regarding oral argument (.3); review briefing and prepare outline for oral argument (3.3) | 4.20 | 1,350.00 | 5,670.00 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00008
Invoice No. 2270542

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/04/2021 | JRB | Review pleadings and issues to prepare summary judgment argument (5.7); telephone conference with N. Bassett regarding same (.3) | 6.00 | 1,475.00 | 8,850.00 |
| 03/04/2021 | NAB | Prepare outline and review case law for oral argument (4.5); call with J. Bliss regarding same (.3); correspond with L. Raiford (Jenner) regarding same and related informative motions (.3); prepare exhibit list for oral argument (.4); review informative motion regarding time allocations (.1); correspond with W. Dalsen (Proskauer) regarding same (.1); call with R. Doty (expert witness) regarding oral argument (.2); further review case law and briefing in connection with same (1.4); correspond with J. Bliss regarding same (.5); review draft informative motion (.1) | 7.90 | 1,350.00 | 10,665.00 |
| 03/05/2021 | JRB | Review issues and case law in preparation for summary judgment argument (3.9); telephone conference with N. Bassett regarding same (.6) | 4.50 | 1,475.00 | 6,637.50 |
| 03/05/2021 | NAB | Emails with W. Dalsen (Jones Day) and D. Fox (Jones Day) regarding oral argument (.3); email with W. Wu regarding same (.1); email with Chambers regarding same (.1); revise informative motion (.1); email with D. Fox regarding same (.1); review briefing and supplement outline for oral argument (3.6); review demonstratives and exhibits in connection with same (.6); call with J. Bliss regarding same (.6) | 5.50 | 1,350.00 | 7,425.00 |
| 03/06/2021 | NAB | Review outline, exhibits, and demonstratives in preparation for oral argument (2.6); review related case law (.9) | 3.50 | 1,350.00 | 4,725.00 |
| 03/07/2021 | NAB | Continue to prepare oral argument outline | 2.60 | 1,350.00 | 3,510.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00008
Invoice No. 2270542

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/08/2021 | NAB | Revise informative motion (.2); email with W. Wu regarding same (.1); email with D. Fox (Jones Day) regarding same (.1); email with L. Raiford (Jenner) regarding status of argument (.1); further argument preparations, including review of case law, briefing, expert reports, and underlying documents (5.4) | 5.90 | 1,350.00 | 7,965.00 |
| 03/09/2021 | NAB | Further review expert reports, related exhibits, and issues to prepare for oral argument (2.3); review stipulation to adjourn oral argument (.1) | 2.40 | 1,350.00 | 3,240.00 |
| | | **Subtotal: B155  Court Hearings** | **48.70** | | **65,091.00** |

**B191   General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/15/2021 | JK21 | Correspond with A. Bongartz and Z. Zwillinger regarding March 17, 2021 hearing regarding bond issues | 0.40 | 495.00 | 198.00 |
| | | **Subtotal: B191  General Litigation** | **0.40** | | **198.00** |

**B310   Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/09/2021 | DEB4 | Correspond with A. Wildavsky (Prime Clerk) regarding ERS pleadings | 0.10 | 1,095.00 | 109.50 |
| 03/30/2021 | DEB4 | Correspond with M. Gonzalez (Prime Clerk) regarding ERS-related pleadings | 0.10 | 1,095.00 | 109.50 |
| | | **Subtotal: B310  Claims Administration and Objections** | **0.20** | | **219.00** |

| | | **Total** | **49.30** | | **65,508.00** |

The Commonwealth of Puerto Rico                                         Page 4
96395-00008
Invoice No. 2270542

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JRB | James R. Bliss | Partner | 10.50 | 1,475.00 | 15,487.50 |
| NAB | Nicholas A. Bassett | Partner | 35.90 | 1,350.00 | 48,465.00 |
| DEB4 | Douglass E. Barron | Associate | 0.20 | 1,095.00 | 219.00 |
| JK21 | Jocelyn Kuo | Paralegal | 2.70 | 495.00 | 1,336.50 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 03/08/2021 | Photocopy Charges (Color) | 937.00 | 0.25 | 234.25 |
| 03/04/2021 | Westlaw | | | 209.85 |
| 03/06/2021 | Westlaw | | | 103.72 |
| 03/07/2021 | Westlaw | | | 791.46 |
| 03/12/2021 | Westlaw | | | 51.86 |
| **Total Costs incurred and advanced** | | | | **$1,391.14** |

| | |
|---|---|
| **Current Fees and Costs** | **$66,899.14** |
| **Total Balance Due - Due Upon Receipt** | **$66,899.14** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270543

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021                               $28,579.50

Costs incurred and advanced                                14.40

**Current Fees and Costs Due**                            **$28,593.90**

**Total Balance Due – Due Upon Receipt**                  **$28,593.90**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270543

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021                                    $28,579.50

          Costs incurred and advanced                 14.40

          **Current Fees and Costs Due**              **$28,593.90**

          **Total Balance Due - Due Upon Receipt**    **$28,593.90**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270543

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

**Other Adversary Proceedings**                                    **$28,579.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 03/01/2021 | NAB | Call with T. Axelrod (Brown Rudnick) regarding escrow agreement issues (.2); review revised agreement and related documents in connection with same (.2); revise escrow agreement (.3); email with L. Despins regarding same (.1); email with T. Axelrod regarding same (.1); email with J. Casillas (CST) regarding same (.1) | 1.00 | 1,350.00 | 1,350.00 |

The Commonwealth of Puerto Rico                                                   Page 2
96395-00009
Invoice No. 2270543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/2021 | NAB | Call with T. Axelrod (Brown Rudnick), M. Sawyer (Brown Rudnick), S. Martinez (Zolfo) regarding avoidance action settlement and analysis (1.0); review open issues to prepare for same (.3); email with T. Axelrod regarding avoidance action escrow agreement (.3); call with S. Martinez regarding avoidance action settlement and related plan issues (.5); email with T. Axelrod regarding avoidance action issues (.1) | 2.20 | 1,350.00 | 2,970.00 |
| 03/04/2021 | NAB | Email with T. Axelrod (Brown Rudnick) regarding escrow agreement and avoidance action issues | 0.20 | 1,350.00 | 270.00 |
| 03/08/2021 | NAB | Review email from M. Sawyer (Brown Rudnick) regarding avoidance action issues (.2); review recommendation memoranda and related documents in connection with same (.2); email with S. Martinez regarding same (.1); call with S. Martinez regarding same and plan issues (.6); draft email response to M. Sawyer (.1); review revisions to avoidance action escrow agreement (.2); email with T. Axelrod (Brown Rudnick) regarding same (.1); review amended plan and disclosure statement in connection with same (.2) | 1.70 | 1,350.00 | 2,295.00 |
| 03/10/2021 | NAB | Email with A. Bongartz regarding clawback litigation issues | 0.20 | 1,350.00 | 270.00 |
| 03/11/2021 | NAB | Review agreement for escrow of sale proceeds (.2); email with T. Axelrod (Brown Rudnick) regarding same (.1); email with S. Martinez (Zolfo) regarding avoidance action settlement issues (.1) | 0.40 | 1,350.00 | 540.00 |
| 03/15/2021 | AB21 | Correspond with N. Bassett regarding escrow agreement for proceeds from avoidance actions | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico
96395-00009
Invoice No. 2270543

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/15/2021 | NAB | Review emails from T. Axelrod (Brown Rudnick) regarding avoidance action issues (.2); review motion to extend stay of avoidance action litigation (.2); review chart relating to same (.1); email with M. Sawyer (Brown Rudnick) relating to same (.1); review case law in connection with avoidance action settlement issues (.3); correspond with A. Bongartz regarding same (.1) | 1.00 | 1,350.00 | 1,350.00 |
| 03/16/2021 | AB21 | Correspond with N. Bassett regarding settlement of garden variety avoidance actions | 0.20 | 1,350.00 | 270.00 |
| 03/16/2021 | NAB | Revise escrow agreement for avoidance action sale proceeds (.2); review emails from T. Axelrod (Brown Rudnick) and M. Sawyer (Brown Rudnick) regarding avoidance action settlement issues (.2); review avoidance action settlement recommendations (.3) | 0.70 | 1,350.00 | 945.00 |
| 03/17/2021 | NAB | Review avoidance action settlement recommendations and related emails from M. Sawyer (Brown Rudnick) (.3); email with S. Martinez (Zolfo) regarding same (.1); email with T. Axelrod (Brown Rudnick) regarding related issues (.1); review revised settlement agreement for claims against vendor (.2) | 0.70 | 1,350.00 | 945.00 |
| 03/18/2021 | NAB | Review avoidance action settlement recommendations (.4); emails with S. Martinez (Zolfo) regarding same (.2); email with M. Sawyer (Brown Rudnick) regarding same (.2); review draft motion to dismiss adversary proceeding and email with M. Sawyer (Brown Rudnick) regarding same (.2); initial review of draft motion to establish settlement procedures for tolled claims (.3) | 1.30 | 1,350.00 | 1,755.00 |

The Commonwealth of Puerto Rico                                    Page 4
96395-00009
Invoice No. 2270543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/19/2021 | NAB | Review avoidance action settlement recommendations (.3); email with S. Martinez (Zolfo) regarding same (.1); email with T. Axelrod regarding same (.1); review tolled avoidance action settlement procedures motion (.3); review related documents in connection with same (.3) | 1.10 | 1,350.00 | 1,485.00 |
| 03/20/2021 | NAB | Email with S. Martinez regarding avoidance action settlement recommendations (.2); review same (.2) | 0.40 | 1,350.00 | 540.00 |
| 03/21/2021 | NAB | Review settlement procedures motion (.4); review further avoidance action settlement recommendations (.2) | 0.60 | 1,350.00 | 810.00 |
| 03/22/2021 | NAB | Review motion to establish settlement procedures for tolled avoidance claims (.3); review related motions and filings in connection with same (.3); analyze issues in connection with same (.4); email and call with J. Arrastia regarding same (.3); email with T. Axelrod (Brown Rudnick) regarding avoidance action escrow agreement (.1) | 1.40 | 1,350.00 | 1,890.00 |
| 03/23/2021 | AB21 | Telephone conference with N. Bassett regarding settlement procedures for avoidance actions (.3); review same (.1) | 0.40 | 1,350.00 | 540.00 |
| 03/23/2021 | NAB | Review avoidance action settlement memoranda (.1); call with S. Martinez (Zolfo) regarding same and plan confirmation issues (.4); emails with T. Axelrod (Brown Rudnick) regarding issues relating to motion for approval of tolled avoidance action settlement procedures (.2); call with A. Bongartz regarding same (.3); review same (.1) | 1.10 | 1,350.00 | 1,485.00 |
| 03/24/2021 | AB21 | Review draft motion for order approving tolling agreement settlement procedures | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico
96395-00009
Invoice No. 2270543

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/24/2021 | NAB | Revise draft avoidance action procedures motion (1.1); emails with T. Axelrod (Brown Rudnick) regarding same (.1); email with L. Despins and A. Bongartz regarding same (.1); review additional avoidance action settlement recommendation memorandum (.2); call with S. Martinez (Zolfo) regarding same and avoidance issues (.4); review draft settlement notices (.1); email with S. Martinez regarding same (.1) | 2.10 | 1,350.00 | 2,835.00 |
| 03/25/2021 | NAB | Correspond with L. Despins regarding motion to approve settlement procedures (.1); correspond with S. Martinez (Zolfo) regarding settlement procedures issues (.1) | 0.20 | 1,350.00 | 270.00 |
| 03/28/2021 | NAB | Review emails from ___ regarding avoidance action settlement recommendations | 0.30 | 1,350.00 | 405.00 |
| 03/29/2021 | NAB | Review emails and attachments from T. Axelrod (Brown Rudnick) and M. Sawyer (Brown Rudnick) regarding avoidance action issues | 0.40 | 1,350.00 | 540.00 |
| 03/30/2021 | JK21 | Update summary of pending adversary proceedings | 4.80 | 495.00 | 2,376.00 |
| 03/31/2021 | JK21 | Update summary of pending adversary proceedings | 3.30 | 495.00 | 1,633.50 |
| 03/31/2021 | NAB | Email with T. Axelrod regarding settlement procedures motion and related issues (.2); review same (.2) | 0.40 | 1,350.00 | 540.00 |
| | | **Subtotal: B191 General Litigation** | **26.30** | | **28,579.50** |
| | **Total** | | **26.30** | | **28,579.50** |

The Commonwealth of Puerto Rico                                         Page 6
96395-00009
Invoice No. 2270543

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 17.40 | 1,350.00 | 23,490.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.80 | 1,350.00 | 1,080.00 |
| JK21 | Jocelyn Kuo | Paralegal | 8.10 | 495.00 | 4,009.50 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 03/01/2021 | Computer Search (Other) | | | 0.90 |
| 03/03/2021 | Computer Search (Other) | | | 0.90 |
| 03/04/2021 | Computer Search (Other) | | | 0.90 |
| 03/05/2021 | Computer Search (Other) | | | 0.90 |
| 03/08/2021 | Computer Search (Other) | | | 0.90 |
| 03/09/2021 | Computer Search (Other) | | | 0.90 |
| 03/10/2021 | Computer Search (Other) | | | 0.90 |
| 03/11/2021 | Computer Search (Other) | | | 0.90 |
| 03/12/2021 | Computer Search (Other) | | | 0.90 |
| 03/15/2021 | Computer Search (Other) | | | 0.90 |
| 03/16/2021 | Computer Search (Other) | | | 0.90 |
| 03/17/2021 | Computer Search (Other) | | | 0.90 |
| 03/18/2021 | Computer Search (Other) | | | 0.90 |
| 03/19/2021 | Computer Search (Other) | | | 0.90 |
| 03/22/2021 | Computer Search (Other) | | | 0.90 |
| 03/23/2021 | Computer Search (Other) | | | 0.90 |
| **Total Costs incurred and advanced** | | | | **$14.40** |

| | |
|---|---|
| **Current Fees and Costs** | **$28,593.90** |
| **Total Balance Due - Due Upon Receipt** | **$28,593.90** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    May 5, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                          Invoice Number: 2270544
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mediation**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021                              $36,658.00

**Current Fees and Costs Due**          **$36,658.00**

**Total Balance Due - Due Upon Receipt**          **$36,658.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**          | **Remittance Address:**
 Citibank                                 |  Paul Hastings LLP
 ABA # 322271724                          |  Lockbox 4803
 SWIFT Address:  CITIUS33                 |  PO Box 894803
 787 W. 5th Street                        |  Los Angeles, CA  90189-4803
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270544

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Mediation**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021

$36,658.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$36,658.00** |
| **Total Balance Due - Due Upon Receipt** | **$36,658.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270544

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

**Mediation**                                                                          **$36,658.00**

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 03/01/2021 | AB21 | Telephone conference with S. Millman (Stroock) regarding (0.1); correspond with L. Despins regarding same (0.1); telephone conferences with S. Martinez (Zolfo) regarding same (0.2); call with L. Despins, S. Martinez, and Committee regarding same (0.7); follow-up correspondence with L. Despins regarding same (0.5); correspond with Committee regarding same (0.1); revise (0.2) | 1.90 | 1,350.00 | 2,565.00 |
| 03/01/2021 | LAD4 | Review/edit (1.20) | 1.20 | 1,600.00 | 1,920.00 |
| 03/01/2021 | NAB | Review (.4); review emails from A. Bongartz regarding same (.1) | 0.50 | 1,350.00 | 675.00 |

The Commonwealth of Puerto Rico                                                      Page 2
96395-00010
Invoice No. 2270544

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/2021 | AB21 | Finalize (1.0); correspond with L. Despins regarding same (0.1); telephone conferences with S. Martinez (Zolfo) regarding same (0.2); further correspond with L. Despins and S. Martinez regarding same (0.3); correspond with B. Rosen (Proskauer), P. Friedman (O'Melveny) and mediation team regarding same (0.1); correspond with L. Despins regarding same (0.1); correspond with Committee regarding same (0.2); review (0.1) | 2.10 | 1,350.00 | 2,835.00 |
| 03/03/2021 | AB21 | Telephone conference with L. Despins, T. Stenger (Zolfo) and S. Martinez (Zolfo) regarding (0.6); correspond with M. Hindman (clerk to Judge Houser) regarding (0.1); correspond with R. Cacho (Tradewinds) and P. DeChiara (Cohen Weiss) regarding same (0.1); mediation session with L. Despins, B. Rosen (Proskauer), J. Herriman (A&M), P. Friedman (O'Melveny), N. Jaresko (Oversight Board) and B. Houser (Mediation team leader) regarding (0.6); post-mortem with T. Stenger, S. Martinez, and L. Despins regarding same (0.3); follow-up telephone conference with S. Martinez regarding same (0.2) | 1.90 | 1,350.00 | 2,565.00 |
| 03/03/2021 | DEB4 | Correspond with M. Naulo regarding mediation session (0.1); correspond with A. Bongartz regarding same (0.1); conference and correspond with R. Ortiz regarding same (0.2) | 0.40 | 1,095.00 | 438.00 |

The Commonwealth of Puerto Rico                                          Page 3
96395-00010
Invoice No. 2270544

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/03/2021 | LAD4 | Emails to B. Rosen (Proskauer) re: (.30); t/c D. Mack (Drivetrain) re: same (.40); t/c C. Steege (Jenner) re: same (.20); participate in (.60); t/c S. Millman (Stroock) re: (.20); t/c S. Martinez (Zolfo) and A. Bongartz (.60); review (.70); handle mediation session with FOMB and A. Bongartz (.60); post-mortem with A. Bongartz, T. Stenger (Zolfo) and S. Martinez (Zolfo) re: same (.30) | 3.90 | 1,600.00 | 6,240.00 |
| 03/04/2021 | LAD4 | T/c Judge Houser re: (.30); emails to S. Martinez (Zolfo) and A. Bongartz re: same (.20); t/c P. Friedman (O'Melveny) re: (.20); t/c A. Velazquez (SEIU) re: same (.50); t/c D. Mack (Drivetrain) re: (.40); t/c J. Casillas (CST) re: (.30); analyze/comment on PR law re: (.80) | 2.70 | 1,600.00 | 4,320.00 |
| 03/11/2021 | LAD4 | T/c B. Rosen re: (.20); review same (.90); t/c S. Martinez (Zolfo) & A. Bongartz re: same (.30); t/c A. Velazquez (SEIU) re: update (.40) | 1.80 | 1,600.00 | 2,880.00 |
| 03/12/2021 | AB21 | Correspond with L. Despins and S. Martinez (Zolfo) regarding (0.2); follow-up telephone conference with S. Martinez regarding (0.1); telephone conference with L. Despins, S. Martinez, and T. Stenger (Zolfo) regarding (0.3) | 0.60 | 1,350.00 | 810.00 |
| 03/15/2021 | AB21 | Mediation session with L. Despins, S. Martinez (Zolfo), T. Stenger (Zolfo), B. Rosen (Proskauer), B. Houser (Mediation Team Leader) regarding | 1.60 | 1,350.00 | 2,160.00 |

The Commonwealth of Puerto Rico                                           Page 4
96395-00010
Invoice No. 2270544

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/15/2021 | LAD4 | Review (.40); handle mediation session with FOMB professionals (B. Rosen, S. Zelin (PJT)), Judge Houser, A. Bongartz, S. Martinez, T. Stenger (Zolfo) (1.60); post-mortem with S. Martinez (Zolfo) (.20) | 2.20 | 1,600.00 | 3,520.00 |
| 03/16/2021 | NAB | Call with S. Martinez (Zolfo) regarding | 0.50 | 1,350.00 | 675.00 |
| 03/17/2021 | LAD4 | T/c S. Martinez (Zolfo) re: next steps (.20); review/edit (1.10) | 1.30 | 1,600.00 | 2,080.00 |
| 03/24/2021 | AB21 | Attend portion of call with L. Despins, S. Martinez (Zolfo), and T. Stenger (Zolfo) regarding | 0.30 | 1,350.00 | 405.00 |
| 03/24/2021 | LAD4 | T/c S. Martinez, T. Stenger (Zolfo) and B. Bongartz (portion) re: (.50); t/c Judge Houser re: (.20); t/c A. Velazquez (SEIU) re: update (.40) | 1.10 | 1,600.00 | 1,760.00 |
| 03/26/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding mediation update (0.2); review 0.1); correspond with S. Martinez (Zolfo) regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 03/31/2021 | AB21 | Correspond with L. Despins and S. Martinez (Zolfo) regarding | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B320 Plan and Disclosure Statement (including Business Plan)** | **24.60** | | **36,658.00** |
| | **Total** | | **24.60** | | **36,658.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|-----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 14.20 | 1,600.00 | 22,720.00 |
| NAB | Nicholas A. Bassett | Partner | 1.00 | 1,350.00 | 1,350.00 |

The Commonwealth of Puerto Rico                                                                    Page 5
96395-00010
Invoice No. 2270544

| AB21 | Alex Bongartz | Of Counsel | 9.00 | 1,350.00 | 12,150.00 |
| DEB4 | Douglass E. Barron | Associate | 0.40 | 1,095.00 | 438.00 |

| **Current Fees and Costs** | | | | | **$36,658.00** |
| **Total Balance Due - Due Upon Receipt** | | | | | **$36,658.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270545

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021

| | |
|---|---:|
| | $22,972.00 |
| **Current Fees and Costs Due** | **$22,972.00** |
| **Total Balance Due – Due Upon Receipt** | **$22,972.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270545

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Creditors' Committee Meetings
### (Services Rendered Outside of Puerto Rico)
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending March 31, 2021                                    $22,972.00

**Current Fees and Costs Due**                    **$22,972.00**

**Total Balance Due - Due Upon Receipt**          **$22,972.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

May 5, 2021

Please Refer to
Invoice Number: 2270545

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2021

**Creditors' Committee Meetings**                                              **$22,972.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 03/01/2021 | LAD4 | Review issues, notes to prepare for special committee call (.80); handle special committee call re: mediation proposal (.70) | 1.50 | 1,600.00 | 2,400.00 |
| 03/09/2021 | MN11 | Draft committee call agenda (.4); email S. Martinez regarding same (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1) | 0.70 | 955.00 | 668.50 |

The Commonwealth of Puerto Rico                                            Page 2
96395-00012
Invoice No. 2270545

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/10/2021 | AB21 | Revise presentation for Committee on Commonwealth plan of adjustment (0.7); telephone conferences with S. Martinez (Zolfo) regarding same (0.7); telephone conference with L. Despins and S. Martinez regarding same (0.3); correspond with L. Despins regarding same (0.1); correspond with Committee regarding same (0.1); revise annotated agenda for Committee update call (0.1); update call with L. Despins, S. Martinez, and Committee regarding recent developments in Title III cases (1.0) | 3.00 | 1,350.00 | 4,050.00 |
| 03/10/2021 | DEB4 | Attend Committee meeting | 1.00 | 1,095.00 | 1,095.00 |
| 03/10/2021 | LAD4 | Review pending matters to prepare for committee call (.50); handle weekly call (1.00) | 1.50 | 1,600.00 | 2,400.00 |
| 03/10/2021 | MN11 | Draft annotated agenda for committee call (.3); email L. Despins regarding same (.1) | 0.40 | 955.00 | 382.00 |
| 03/16/2021 | AB21 | Revise agenda for Committee update call (0.1); correspond with M. Naulo regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/16/2021 | MN11 | Draft committee call agenda (.4); email S. Martinez (Zolfo) regarding same (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1); email M. Ramos-Salinas regarding same (.1); email with A. Bongartz regarding same (.1); email L. Despins regarding same (.1) | 1.00 | 955.00 | 955.00 |
| 03/17/2021 | AB21 | Update call with L. Despins, S. Martinez (Zolfo) and Committee regarding recent developments in Title III cases (0.7); correspond with Committee regarding same (0.1); review draft agenda for same (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 03/17/2021 | DEB4 | Attend Committee meeting | 0.70 | 1,095.00 | 766.50 |
| 03/17/2021 | LAD4 | Review pending matters/issues to prepare for committee call (1.10); handle weekly committee call (.70); post-mortem with R. Cacho (Tradewinds) (.30) | 2.10 | 1,600.00 | 3,360.00 |

The Commonwealth of Puerto Rico                                    Page 3
96395-00012
Invoice No. 2270545

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/17/2021 | MN11 | Draft annotated agenda for committee call (.3); email L. Despins regarding same (.1); correspond with A. Bongartz regarding committee update email (.4) | 0.80 | 955.00 | 764.00 |
| 03/24/2021 | AB21 | Review agenda for Committee update call (0.1); attend Committee update call with L. Despins, S. Martinez (Zolfo) and Committee members regarding recent developments in Title III cases (0.3) | 0.40 | 1,350.00 | 540.00 |
| 03/24/2021 | DEB4 | Attend Committee meeting | 0.30 | 1,095.00 | 328.50 |
| 03/24/2021 | LAD4 | Review issues/agenda to prepare for committee call (.40); handle weekly committee call (.30) | 0.70 | 1,600.00 | 1,120.00 |
| 03/30/2021 | AB21 | Review draft agenda for Committee update call (0.1); correspond with M. Naulo, L. Despins, and A. Velazquez (SEIU) regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 03/30/2021 | MN11 | Email S. Martinez (Zolfo) regarding committee call agenda (.1); email L. Despins regarding committee call agenda (.1); email A. Velazquez regarding call agenda (.1); draft committee update email (2.2) | 2.50 | 955.00 | 2,387.50 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **17.90** | | **22,972.00** |
| **Total** | | | **17.90** | | **22,972.00** |

The Commonwealth of Puerto Rico                                                    Page 4
96395-00012
Invoice No. 2270545

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.80 | 1,600.00 | 9,280.00 |
| AB21 | Alex Bongartz | Of Counsel | 4.70 | 1,350.00 | 6,345.00 |
| DEB4 | Douglass E. Barron | Associate | 2.00 | 1,095.00 | 2,190.00 |
| MN11 | Mariya Naulo | Associate | 5.40 | 955.00 | 5,157.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$22,972.00** |
| **Total Balance Due - Due Upon Receipt** | | **$22,972.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274668

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $605,251.00 |
| Costs incurred and advanced | 33,298.06 |
| **Current Fees and Costs Due** | **$638,549.06** |
| **Total Balance Due – Due Upon Receipt** | **$638,549.06** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274668

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021                                          $605,251.00

Costs incurred and advanced                                          33,298.06

**Current Fees and Costs Due**                                          **$638,549.06**

**Total Balance Due - Due Upon Receipt**                                          **$638,549.06**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
|  Paul Hastings LLP |
|  Lockbox 4803 |
|  PO Box 894803 |
|  Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                     June 23, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                          Invoice Number: 2274668
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Official Comm. of Unsecured Creditors of Commonwealth of PR**          **$605,251.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 04/01/2021 | AB21 | Correspond with D. Barron regarding Oversight Board's rejection of debt restructuring legislation | 0.10 | 1,350.00 | 135.00 |
| 04/01/2021 | DEB4 | Correspond with D. Mack (Drivetrain) regarding Rule 2019 disclosure | 0.10 | 1,095.00 | 109.50 |
| 04/01/2021 | MN11 | Communicate regarding Rule 2019 statements with W. Wu (.4) and D. Barron (.3) | 0.70 | 955.00 | 668.50 |
| 04/01/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 04/01/2021 | WW6 | Update case calendar (.3); correspond with Z. Zwillinger regarding same (.1) | 0.40 | 235.00 | 94.00 |
| 04/01/2021 | WW6 | Correspond with M. Naulo re sixth supplemental Rule 2019 statement | 0.20 | 235.00 | 47.00 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/02/2021 | WW6 | Review master service list as of March 31, 2021 | 0.20 | 235.00 | 47.00 |
| 04/06/2021 | DEB4 | Review Rule 2019 statement draft (0.4); correspond with L. Torres (CST) regarding same (0.1); correspond with M. Naulo regarding same (0.1) | 0.60 | 1,095.00 | 657.00 |
| 04/06/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett re document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 04/07/2021 | DEB4 | Correspond with L. Torres (CST) regarding claim information for Rule 2019 statement (0.1); correspond with A. Bongartz regarding same (0.1) | 0.20 | 1,095.00 | 219.00 |
| 04/07/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 04/08/2021 | MN11 | Correspond with D. Barron regarding rule 2019 statement (.2); review same (.2) | 0.40 | 955.00 | 382.00 |
| 04/08/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |
| 04/08/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 04/09/2021 | AB21 | Update list of open issues for Committee | 0.20 | 1,350.00 | 270.00 |
| 04/09/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 04/12/2021 | AB21 | Update list of open issues for Committee | 0.10 | 1,350.00 | 135.00 |
| 04/12/2021 | AB21 | Telephone conference with D. Barron regarding updated Rule 2019 statement for Committee | 0.10 | 1,350.00 | 135.00 |
| 04/12/2021 | DEB4 | Correspond and conferences with L. Torres (CST) regarding claims information (0.1); revise rule 2019 statement (0.2); conference with A. Bongartz regarding same (0.1); correspond with A. Bongartz regarding same (0.1) | 0.50 | 1,095.00 | 547.50 |
| 04/13/2021 | AB21 | Telephone conference with D. Barron regarding update on Rule 2019 statement for Committee (0.1); review latest draft of same (0.1) | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico                                              Page 3
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/2021 | DEB4 | Correspond and conference with L. Torres (CST) regarding Rule 2019 statement (0.2); conference with A. Bongartz regarding same (0.1); revise same (0.2) | 0.50 | 1,095.00 | 547.50 |
| 04/14/2021 | WW6 | Correspond with A. Bongartz, L. Despins, N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 04/14/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 04/15/2021 | WW6 | Update case calendar (.3); correspond with A. Bongartz regarding same (.1) | 0.40 | 235.00 | 94.00 |
| 04/15/2021 | WW6 | Prepare certificate of service for motion to lift stay in revenue bond adversary proceeding and scheduling motion regarding same (.5); electronically file same with court (.3) | 0.80 | 235.00 | 188.00 |
| 04/16/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 04/16/2021 | WW6 | Correspond with A. Bongartz, L. Despins, N. Bassett re document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 04/19/2021 | AB21 | Correspond with L. Despins regarding Committee's updated Rule 2019 statement (0.1); telephone conference with D. Barron regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 04/19/2021 | DEB4 | Conference with A. Bongartz regarding rule 2019 statement (.1); follow up review of same (.1) | 0.20 | 1,095.00 | 219.00 |
| 04/19/2021 | WW6 | Prepare seventh supplemental rule 2019 statement for filing (.2); correspond with D. Barron regarding same (.1); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 1.00 | 235.00 | 235.00 |
| 04/20/2021 | WW6 | Update case calendar (.3) | 0.30 | 235.00 | 70.50 |
| 04/20/2021 | WW6 | Prepare certificate of service regarding seventh Rule 2019 statement (.3); electronically file same with court (.1) | 0.40 | 235.00 | 94.00 |
| 04/21/2021 | AB21 | Telephone conference with J. Casillas (CST) regarding new counsel for Baxter | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                              Page 4
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/21/2021 | JK21 | Review title III cases for critical dates (0.3); update case calendar (0.2) | 0.50 | 495.00 | 247.50 |
| 04/21/2021 | MN11 | Email with W. Wu and J. Kuo regarding Oversight Board hearing (.3) | 0.30 | 955.00 | 286.50 |
| 04/22/2021 | JK21 | Review title III cases for critical dates (0.3); update case calendar (0.2) | 0.50 | 495.00 | 247.50 |
| 04/23/2021 | JK21 | Review title III cases for critical dates | 0.30 | 495.00 | 148.50 |
| 04/26/2021 | JK21 | Review title III cases for critical dates | 0.30 | 495.00 | 148.50 |
| 04/27/2021 | JK21 | Review title III cases for critical dates (0.3); review FOMB website for latest financial documents (0.2) | 0.50 | 495.00 | 247.50 |
| 04/28/2021 | JK21 | Review title III cases for critical dates | 0.30 | 495.00 | 148.50 |
| 04/29/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website (.2); update case calendar (.1) | 0.30 | 235.00 | 70.50 |
| | | **Subtotal: B110  Case Administration** | **13.10** | | **7,631.50** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/02/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 04/02/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/05/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 04/05/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/06/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico                                                    Page 5
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/06/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/07/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |
| 04/07/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/07/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in pending adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 04/08/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 04/08/2021 | JK21 | Review and revise document review database | 7.20 | 495.00 | 3,564.00 |
| 04/08/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/09/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/09/2021 | WW6 | Update pleadings database | 4.20 | 235.00 | 987.00 |
| 04/12/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/12/2021 | WW6 | Correspond with D. Cash regarding scheduling motion | 0.30 | 235.00 | 70.50 |
| 04/13/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/14/2021 | AB21 | Review Title III docket update and recent filings (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/14/2021 | JK21 | Correspond with E. Sutton regarding precedent reply briefs | 0.30 | 495.00 | 148.50 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/14/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/14/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 04/15/2021 | JK21 | Revise document review database | 0.60 | 495.00 | 297.00 |
| 04/15/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/16/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 04/16/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases (.3) | 0.30 | 235.00 | 70.50 |
| 04/19/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 04/19/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/20/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 04/20/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 04/20/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases (.3) | 0.30 | 235.00 | 70.50 |
| 04/21/2021 | AB21 | Review update on Title III docket and recent filings (0.2); correspond with N. Bassett regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 04/26/2021 | AB21 | Review Title III docket update and recent pleadings | 0.20 | 1,350.00 | 270.00 |
| 04/27/2021 | AB21 | Review Title III docket update and recent filings (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |

The Commonwealth of Puerto Rico                                             Page 7
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/28/2021 | MN11 | Review informative motions for substantive filings (.7); email A. Bongartz regarding same (.1) | 0.80 | 955.00 | 764.00 |
| 04/29/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 04/29/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.20 | 235.00 | 47.00 |
| 04/30/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| | | **Subtotal: B113 Pleadings Review** | **24.30** | | **10,957.00** |

**B140    Relief from Stay/Adequate Protection Proceedings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | AB21 | Correspond with Z. Zwillinger and W. Wu regarding DRA Parties' lift stay motion | 0.10 | 1,350.00 | 135.00 |
| 04/01/2021 | ZSZ | Review DRA lift stay motion | 1.00 | 1,125.00 | 1,125.00 |
| 04/05/2021 | ZSZ | Draft summary of DRA amended lift stay motion | 1.30 | 1,125.00 | 1,462.50 |
| 04/14/2021 | ZSZ | Correspond with A. Bongartz and N. Bassett regarding DRA parties' motion to lift stay and correspondence with counsel for Oversight Board regarding same | 0.30 | 1,125.00 | 337.50 |
| 04/16/2021 | AB21 | Correspond with Z. Zwillinger regarding joinder in Oversight Board's standing objection to DRA Parties lift stay motion | 0.10 | 1,350.00 | 135.00 |
| 04/16/2021 | ZSZ | Correspond with M. Kahn regarding DRA lift stay objection and cross-motion to file objection | 0.20 | 1,125.00 | 225.00 |
| 04/16/2021 | ZSZ | Correspond with A. Bongartz and N. Bassett regarding DRA lift stay objection | 0.20 | 1,125.00 | 225.00 |

The Commonwealth of Puerto Rico                                                 Page 8
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/19/2021 | AB21 | Analyze Oversight Board's draft standing objection to DRA Parties' motion to lift stay (0.4); telephone conference with Z. Zwillinger regarding same (0.2); correspond with L. Despins, Z. Zwillinger, and N. Bassett regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 04/19/2021 | NAB | Review draft objection to DRA parties' motion to lift automatic stay (.5); correspond with Z. Zwillinger regarding same (.1) | 0.60 | 1,350.00 | 810.00 |
| 04/19/2021 | ZSZ | Review Oversight Board's objection to amended DRA parties lift stay motion on standing grounds | 1.20 | 1,125.00 | 1,350.00 |
| 04/19/2021 | ZSZ | Call with A. Bongartz regarding Oversight Board's objection to amended DRA parties lift stay motion on standing grounds | 0.20 | 1,125.00 | 225.00 |
| 04/19/2021 | ZSZ | Draft joinder to Oversight Board's objection | 0.50 | 1,125.00 | 562.50 |
| 04/20/2021 | NAB | Review draft joinder in objection to DRA parties' standing and email with Z. Zwillinger regarding same (.1) | 0.10 | 1,350.00 | 135.00 |
| 04/20/2021 | ZSZ | Review issues regarding joinder to objection to DRA parties amended lift stay motion | 0.40 | 1,125.00 | 450.00 |
| 04/21/2021 | JK21 | Review joinder to Oversight Board's objection to DRA parties' motion to lift the stay (0.2); electronically file with the court joinder to Oversight Board's objection to DRA parties' motion to lift the stay (0.4); electronically serve joinder to Oversight Board's objection to DRA parties' motion to lift the stay (0.3) | 0.90 | 495.00 | 445.50 |
| 04/21/2021 | NAB | Review joinder in objection to DRA Parties' motion to lift stay and email with Z. Zwillinger regarding same (.1) | 0.10 | 1,350.00 | 135.00 |
| 04/21/2021 | ZSZ | Revise joinder to Oversight Board's objection to DRA lift stay motion on standing grounds | 0.70 | 1,125.00 | 787.50 |

The Commonwealth of Puerto Rico                                                        Page 9
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/21/2021 | ZSZ | Review as filed objection regarding DRA lift stay motion on standing grounds | 0.70 | 1,125.00 | 787.50 |
| | | **Subtotal: B140 Relief from Stay/Adequate Protection Proceedings** | **9.30** | | **10,278.00** |

**B150      Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 04/01/2021 | DEB4 | Correspond with M. Naulo regarding committee email | 0.10 | 1,095.00 | 109.50 |
| 04/01/2021 | MN11 | Review recent developments for update email (.5), communicate with A. Bongartz re same (.2) | 0.70 | 955.00 | 668.50 |
| 04/02/2021 | AB21 | Revise Committee update email (0.7); correspond with M. Naulo regarding same (0.2); correspond with L. Despins regarding same (0.1); correspond with S. Martinez (Zolfo) regarding same (0.1) | 1.10 | 1,350.00 | 1,485.00 |
| 04/02/2021 | MN11 | Draft Committee update email for A. Bongartz | 3.20 | 955.00 | 3,056.00 |
| 04/02/2021 | ZSZ | Draft summary of Oversight Board letter for Committee update email | 0.80 | 1,125.00 | 900.00 |
| 04/02/2021 | ZSZ | Correspond with L. Despins, A. Bongartz, and N. Bassett regarding draft summary of letter for Committee update email | 0.60 | 1,125.00 | 675.00 |
| 04/05/2021 | AB21 | Call with M. Naulo regarding next Committee update email (0.1); correspond with Committee regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 04/05/2021 | MN11 | Review recent filings and developments for Committee update email (.5); discuss same with A. Bongartz (.1); correspond with A. Bongartz regarding same (.2) | 0.80 | 955.00 | 764.00 |

The Commonwealth of Puerto Rico                                                    Page 10
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/06/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases and agenda for Committee update call (1.5); telephone conference with M. Naulo regarding same (0.1); correspond with M. Naulo regarding same (0.1); telephone conference with N. Bassett regarding same (0.1); correspond with L. Despins regarding same (0.3) | 2.10 | 1,350.00 | 2,835.00 |
| 04/06/2021 | DDC1 | Prepare summary of ERS bondholder settlement for Committee update | 3.80 | 955.00 | 3,629.00 |
| 04/06/2021 | MN11 | Review recent filings and developments for committee update email (1.1); discuss same with A. Bongartz (.1); draft same (.8) | 2.00 | 955.00 | 1,910.00 |
| 04/06/2021 | NAB | Call with A. Bongartz regarding committee updates on avoidance action settlements | 0.10 | 1,350.00 | 135.00 |
| 04/07/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email (0.2); correspond with L. Despins regarding same (0.1); revise same (0.5) | 0.80 | 1,350.00 | 1,080.00 |
| 04/07/2021 | MN11 | Review recent developments for Committee update email (2.1); draft same (1.1) | 3.20 | 955.00 | 3,056.00 |
| 04/08/2021 | AB21 | Telephone conference with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 04/08/2021 | MN11 | Speak with A. Bongartz regarding Committee update email (.1); draft committee update email (2.4) | 2.50 | 955.00 | 2,387.50 |
| 04/08/2021 | SM29 | Prepare email to committee re renewed Rule 3013 motion | 0.20 | 1,120.00 | 224.00 |
| 04/09/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 04/09/2021 | MN11 | Review recent filings and developments for Committee update email (1.2); draft same (.9) | 2.10 | 955.00 | 2,005.50 |
| 04/10/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.7); correspond with L. Despins regarding same (0.1) | 0.80 | 1,350.00 | 1,080.00 |

The Commonwealth of Puerto Rico                                                    Page 11
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email regarding recent developments in Title III cases | 0.20 | 1,350.00 | 270.00 |
| 04/12/2021 | MN11 | Review developments and developments for Committee update email (2.2); draft same (1.3); draft Committee call agenda (.4) | 3.90 | 955.00 | 3,724.50 |
| 04/13/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases and agenda for Committee update call (0.5); correspond with L. Despins regarding same (0.1); correspond with M. Naulo regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 04/13/2021 | MN11 | Review recent filings and developments for Committee update email (2.9); draft same (1.7) | 4.60 | 955.00 | 4,393.00 |
| 04/14/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1); correspond with M. Naulo regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 04/14/2021 | DEB4 | Correspond with M. Naulo regarding committee email | 0.10 | 1,095.00 | 109.50 |
| 04/14/2021 | MN11 | Draft Committee update email (2.0) | 2.00 | 955.00 | 1,910.00 |
| 04/14/2021 | MN11 | Review recent filings and developments for Committee update email (.2); email with D. Barron regarding same (.1); conference with B. Al-Saif regarding same (.1) | 0.40 | 955.00 | 382.00 |
| 04/15/2021 | AB21 | Conference with M. Naulo regarding next Committee update email (0.1); revise same (0.6); correspond with L. Despins regarding same (0.1) | 0.80 | 1,350.00 | 1,080.00 |
| 04/15/2021 | MN11 | Review recent filings and developments for committee update email (2.8); discuss same with A. Bongartz (.1); draft committee update email (1.8) | 4.70 | 955.00 | 4,488.50 |
| 04/16/2021 | DEB4 | Correspond with M. Naulo regarding committee update email | 0.10 | 1,095.00 | 109.50 |

The Commonwealth of Puerto Rico                                                                 Page 12
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/19/2021 | MN11 | Review recent filings and developments for Committee update email (.5); draft Committee call agenda (.3) | 0.80 | 955.00 | 764.00 |
| 04/20/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 04/20/2021 | MN11 | Review recent filings and developments for Committee update email (4.8); draft same (2.7) | 7.50 | 955.00 | 7,162.50 |
| 04/21/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with M. Naulo regarding same (0.2); correspond with L. Despins regarding same (0.1); telephone conference and correspond with S. Martinez (Zolfo) regarding same (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 04/21/2021 | DEB4 | Correspond with M. Naulo regarding inquiry from A. Velazquez (SEIU) | 0.10 | 1,095.00 | 109.50 |
| 04/21/2021 | MN11 | Review recent filings and developments for Committee update email (2.8); draft annotated committee call agenda (.6); correspond with L. Despins regarding same (.1); email with B. Al-Saif regarding Committee update email (.2) | 3.70 | 955.00 | 3,533.50 |
| 04/22/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/22/2021 | BKA | Prepare summaries of eleventh ACR notice and twelfth ADR notice for Committee update email | 1.20 | 855.00 | 1,026.00 |
| 04/22/2021 | MN11 | Review recent developments for Committee update email (4.3); draft same (2.9) | 7.20 | 955.00 | 6,876.00 |
| 04/22/2021 | MN11 | Correspond with B. Al-Saif regarding Committee update email (.3); correspond with A. Bongartz regarding same (.2) | 0.50 | 955.00 | 477.50 |
| 04/23/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/23/2021 | MN11 | Summarize oversight board public meeting for Committee update email (.4); correspond with A. Bongartz regarding same (.2); review recent filings and developments for Committee update email (.3) | 0.90 | 955.00 | 859.50 |
| 04/24/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.4); correspond with S. Martinez (Zolfo) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.60 | 1,350.00 | 810.00 |
| 04/25/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 04/25/2021 | MN11 | Summarize recent case developments for committee update email | 1.50 | 955.00 | 1,432.50 |
| 04/26/2021 | AB21 | Correspond with M. Naulo regarding Committee update email | 0.10 | 1,350.00 | 135.00 |
| 04/26/2021 | MN11 | Review recent developments for Committee update email (.3); draft same (.4) | 0.70 | 955.00 | 668.50 |
| 04/27/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email and agenda for Committee update call (0.1); revise same (0.9); correspond with L. Despins regarding same (0.1) | 1.10 | 1,350.00 | 1,485.00 |
| 04/28/2021 | MN11 | Review recent filings and developments for Committee update email (1.7); draft same (.9) | 2.60 | 955.00 | 2,483.00 |
| 04/29/2021 | AB21 | Telephone conference with M. Naulo regarding next Committee update email regarding recent developments in Title III cases (0.1); revise same (0.7); correspond with L. Despins regarding same (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 04/29/2021 | MN11 | Review recent filings and developments for Committee update email (.7); call with A. Bongartz regarding same (.1); correspond with A. Bongartz regarding same (.1) | 0.90 | 955.00 | 859.50 |
| 04/30/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                                 Page 14
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/30/2021 | MN11 | Correspond with W. Wu regarding tracking cases | 0.10 | 955.00 | 95.50 |
| 04/30/2021 | MN11 | Review recent filings and developments for Committee update email (2.1); draft same (1.1) | 3.20 | 955.00 | 3,056.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **78.90** | | **80,375.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/14/2021 | MN11 | Observe Congressional hearing (3.7); summarize same (.1) | 3.80 | 955.00 | 3,629.00 |
| 04/20/2021 | WW6 | Prepare for April 28-29, 2021 hearing (.3) | 0.30 | 235.00 | 70.50 |
| 04/20/2021 | WW6 | Prepare informative motion regarding April 28-29, 2021 omnibus hearing (.9) | 0.90 | 235.00 | 211.50 |
| 04/21/2021 | AB21 | Consider draft agenda and proposed time allotments in preparation for omnibus hearing (0.8); correspond with M. Volin (Proskauer) regarding same (0.3); telephone conference with N. Bassett regarding same (0.1) | 1.20 | 1,350.00 | 1,620.00 |
| 04/21/2021 | JK21 | Review informative motion regarding April 28-29, 2021 omnibus hearing (0.4); revise same (0.3); correspond with Z. Zwillinger regarding same (0.2) | 0.90 | 495.00 | 445.50 |
| 04/22/2021 | AB21 | Revise informative motion related to hearing attendance (0.2); correspond with J. Kuo regarding same (0.4) | 0.60 | 1,350.00 | 810.00 |
| 04/22/2021 | JK21 | Review informative motion regarding April 28-29, 2021 hearing (0.3); electronically file with the court informative motion regarding April 28-29, 2021 hearing (0.4); electronically serve informative motion regarding April 28-29, 2021 hearing (0.2) | 0.90 | 495.00 | 445.50 |

The Commonwealth of Puerto Rico                                                      Page 15
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/22/2021 | JK21 | Revise informative motion regarding rule 3013 hearing on April 28-29, 2021 (0.8); revise joint informative motion regarding revenue bonds motion to lift litigation stay (0.4) | 1.20 | 495.00 | 594.00 |
| 04/23/2021 | AB21 | Correspond with L. Despins regarding preparation for April 28, 2021 omnibus hearing (0.1); telephone conference with Z. Zwillinger regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 04/23/2021 | JK21 | Prepare April 28, 2021 hearing reference materials for Z. Zwillinger | 1.60 | 495.00 | 792.00 |
| 04/23/2021 | MN11 | Observe oversight board public meeting (2.3) | 2.30 | 955.00 | 2,196.50 |
| 04/23/2021 | SM29 | Correspond with L. Despins re hearing prep (.1); call with B. Al-Saif re same (.4) | 0.50 | 1,120.00 | 560.00 |
| 04/25/2021 | BKA | Correspond with S. Maza regarding preparation for April 28, 2021 omnibus hearing | 0.10 | 855.00 | 85.50 |
| 04/26/2021 | AB21 | Prepare hearing notes regarding DS scheduling motion for April 28, 2021 omnibus hearing (2.8); correspond with J. Kuo regarding related reference documents (0.1); correspond with L. Despins regarding same (0.1); telephone conference with I. Goldstein regarding same (0.1); correspond with S. Maza regarding same (0.1) | 3.20 | 1,350.00 | 4,320.00 |
| 04/26/2021 | JK21 | Correspond with A. Bongartz regarding reference materials for April 28, 2021 omnibus hearing | 0.60 | 495.00 | 297.00 |
| 04/26/2021 | LAD4 | Review/edit hearing outline for monolines stay issues | 1.90 | 1,600.00 | 3,040.00 |
| 04/26/2021 | ZSZ | Draft outline for revenue bond lift stay cross-motion hearing | 2.10 | 1,125.00 | 2,362.50 |
| 04/26/2021 | ZSZ | Correspond with L. Despins regarding hearing on revenue bond lift stay cross-motion | 0.10 | 1,125.00 | 112.50 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

Page 16

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/27/2021 | AB21 | Correspond with L. Despins regarding preparation for April 28, 2021 omnibus hearing (0.5); telephone conference with S. Maza regarding same (0.1); prepare timeline for DS scheduling (0.4) | 1.00 | 1,350.00 | 1,350.00 |
| 04/27/2021 | LAD4 | T/c A. Miller (Milbank) re: hearing strategy and update (.40); prepare for hearing all day (review cases and various objections filed) (6.70) | 7.10 | 1,600.00 | 11,360.00 |
| 04/27/2021 | NAB | Correspond with L. Despins regarding preparations for omnibus hearing (.3) | 0.30 | 1,350.00 | 405.00 |
| 04/28/2021 | AB21 | Participate in portion of April 28, 2021 omnibus hearing (3.6); post-mortem call with S. Maza regarding same (0.3) | 3.90 | 1,350.00 | 5,265.00 |
| 04/28/2021 | LAD4 | Continue preparation for hearing (2.90); handle same (4.20) | 7.10 | 1,600.00 | 11,360.00 |
| 04/28/2021 | NAB | Correspond with L. Despins in preparation for omnibus hearing (.2); attend portions of same (2.4); review pleadings and issues in preparation for same (.2); follow-up call with S. Maza regarding same (.2) | 3.00 | 1,350.00 | 4,050.00 |
| 04/28/2021 | SM29 | Correspond with L. Despins re hearing prep (.1); call with A. Bongartz re same (.3); call with N. Bassett regarding same (.2) | 0.60 | 1,120.00 | 672.00 |
| 04/28/2021 | ZSZ | Attend hearing on revenue bond lift stay cross-motion | 1.60 | 1,125.00 | 1,800.00 |
| 04/29/2021 | AB21 | Listen to second day of April 28/29, 2021 omnibus hearing (3.2); correspond with L. Despins regarding same (0.1) | 3.30 | 1,350.00 | 4,455.00 |
| | | **Subtotal: B155 Court Hearings** | **50.30** | | **62,579.00** |

**B160 Fee/Employment Applications for Paul Hastings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | KAT2 | Prepare parts of supplemental declaration (.7); review input from V. Lee and D. Verdon regarding new hires (.3) | 1.00 | 920.00 | 920.00 |

The Commonwealth of Puerto Rico                                                    Page 17
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/02/2021 | KAT2 | Prepare parts of supplemental declaration (.3); begin to prepare twelfth interim fee application (.7) | 1.00 | 920.00 | 920.00 |
| 04/08/2021 | KAT2 | Prepare parts of twelfth interim fee application | 0.20 | 920.00 | 184.00 |
| 04/09/2021 | AB21 | Finalize PH February 2021 fee statement, cover letter to notice parties, and related documents (0.6); correspond with M. Bienenstock (Proskauer) and notice parties regarding same (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.80 | 1,350.00 | 1,080.00 |
| 04/09/2021 | AB21 | Correspond with M. Hancock (Godfrey) regarding resolution of PH tenth interim fee application | 0.50 | 1,350.00 | 675.00 |
| 04/19/2021 | AB21 | Review PH March 2021 fee statement (0.7); correspond with C. Edge regarding same (0.1) | 0.80 | 1,350.00 | 1,080.00 |
| 04/20/2021 | AB21 | Prepare no objection letter regarding PH February 2021 fee statement | 0.20 | 1,350.00 | 270.00 |
| 04/20/2021 | KAT2 | Prepare supplemental declaration regarding retention as committee counsel (.9); review input from D. Verdon and J. Robinson regarding same (.3) | 1.20 | 920.00 | 1,104.00 |
| 04/21/2021 | AB21 | Correspond with L. Despins regarding update on PH fee statements (0.1); revise no objection letter for PH February 2021 fee statement (0.1); correspond with P. Friedman (O'Melveny) regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 04/22/2021 | AB21 | Correspond with C. Edge regarding PH March 2021 fee statement | 0.10 | 1,350.00 | 135.00 |
| 04/29/2021 | JK21 | Update parties in interest list for supplemental declaration | 3.20 | 495.00 | 1,584.00 |
| | | **Subtotal: B160  Fee/Employment Applications for Paul Hastings** | **9.30** | | **8,357.00** |

The Commonwealth of Puerto Rico                                                Page 18
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B161** | **Budget** | | | | |
| 04/10/2021 | AB21 | Prepare PH budget for May 2021 | 0.30 | 1,350.00 | 405.00 |
| 04/15/2021 | AB21 | Finalize PH May 2021 budget (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B161  Budget** | **0.50** | | **675.00** |
| **B165** | **Fee/Employment Applications for Other Professionals** | | | | |
| 04/06/2021 | JK21 | Review docket and eleventh interim fee applications for summary chart of same | 0.60 | 495.00 | 297.00 |
| 04/07/2021 | JK21 | Prepare summary chart regarding interim fee applications of estate professionals | 2.30 | 495.00 | 1,138.50 |
| 04/08/2021 | AB21 | Correspond with A. Velazquez (SEIU) regarding certification for PH and Zolfo fee statements | 0.10 | 1,350.00 | 135.00 |
| 04/27/2021 | AB21 | Review Zolfo's supplemental declaration in support of retention (0.1); correspond with S. Martinez (Zolfo) regarding same (0.1); correspond with D. Praga (Zolfo) regarding Zolfo March 2021 fee statement (0.1) | 0.30 | 1,350.00 | 405.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **3.30** | | **1,975.50** |
| **B190** | **Other Contested Matters(excl. assumption/rejections motions)** | | | | |
| 04/14/2021 | NAB | Attend meet and confer call regarding Ambac Rule 2004 discovery (.5) | 0.50 | 1,350.00 | 675.00 |
| | | **Subtotal: B190  Other Contested Matters(excl. assumption/rejections motions)** | **0.50** | | **675.00** |

The Commonwealth of Puerto Rico                                          Page 19
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B210** | | **Debtors' Financial Information and Operations/Fiscal Plan** | | | |
| 04/27/2021 | AB21 | Review Zolfo presentation on certified Commonwealth fiscal plan | 0.30 | 1,350.00 | 405.00 |
| | | **Subtotal: B210  Debtors' Financial Information and Operations/Fiscal Plan** | **0.30** | | **405.00** |
| **B222** | **Union Issues** | | | | |
| 04/21/2021 | DEB4 | Correspond with A. Bongartz regarding AFT/FOMB agreement (0.1); review documents related to same (0.3) | 0.40 | 1,095.00 | 438.00 |
| 04/27/2021 | DEB4 | Correspond with L. Despins and A. Bongartz regarding SPU-Board settlement agreement | 0.40 | 1,095.00 | 438.00 |
| | | **Subtotal: B222  Union Issues** | **0.80** | | **876.00** |
| **B310** | **Claims Administration and Objections** | | | | |
| 04/01/2021 | WW6 | Review Debtor's objection to omnibus claim objections | 0.60 | 235.00 | 141.00 |
| 04/01/2021 | ZSZ | Review letter regarding Oversight Board's request to lift the litigation stay to file additional motions for summary judgment | 0.30 | 1,125.00 | 337.50 |
| 04/01/2021 | ZSZ | Correspond with A. Bongartz and N. Bassett regarding letter regarding Oversight Board's request to lift the litigation stay to file additional motions for summary judgment | 0.30 | 1,125.00 | 337.50 |

The Commonwealth of Puerto Rico                                    Page 20
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/02/2021 | AB21 | Telephone conference with M. Firestein (Proskauer), A. Miller (Milbank), Z. Zwillinger regarding Oversight Board's scheduling motion for summary judgment motions in revenue bond litigation (0.7); telephone conference with Z. Zwillinger regarding same (0.3); review Oversight Board's letter regarding same (0.1); correspond with Z. Zwillinger, N. Bassett, and L. Despins regarding same (0.3) | 1.40 | 1,350.00 | 1,890.00 |
| 04/02/2021 | NAB | Review emails from Z. Zwillinger regarding revenue bond adversary proceeding developments | 0.10 | 1,350.00 | 135.00 |
| 04/02/2021 | ZSZ | Discussion with A. Bongartz, M. Firestein (Proskauer), and A. Miller (Milbank) regarding Oversight Board's request to lift the litigation stay to file additional motions for summary judgment | 0.70 | 1,125.00 | 787.50 |
| 04/02/2021 | ZSZ | Call with A. Bongartz regarding Oversight Board's request to lift the litigation stay to file additional motions for summary judgment | 0.30 | 1,125.00 | 337.50 |
| 04/05/2021 | AB21 | Telephone conference with N. Bassett and Z. Zwillinger regarding Oversight Board's motion to lift litigation stay in revenue bond litigation (0.4); correspond with N. Bassett, Z. Zwillinger, and L. Despins regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 04/05/2021 | NAB | Call with A. Bongartz and Z. Zwillinger regarding revenue bond litigation lift stay motion and related issues (.4); call with M. Firestein (Proskauer) and Z. Zwillinger regarding same (.2); correspond with Z. Zwillinger and L. Despins regarding same (.2) | 0.80 | 1,350.00 | 1,080.00 |
| 04/05/2021 | WW6 | Correspond with D. Barron regarding responses to omnibus claim objections | 0.10 | 235.00 | 23.50 |
| 04/05/2021 | ZSZ | Correspond with L. Despins regarding revenue bond adversary proceeding litigation strategy | 0.40 | 1,125.00 | 450.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

Page 21

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/05/2021 | ZSZ | Draft correspondence to M. Firestein (Proskauer) regarding revenue bond adversary proceeding litigation strategy | 0.70 | 1,125.00 | 787.50 |
| 04/05/2021 | ZSZ | Call with A. Bongartz and N. Bassett regarding revenue bond adversary proceeding litigation strategy | 0.40 | 1,125.00 | 450.00 |
| 04/05/2021 | ZSZ | Call with N. Bassett and M. Firestein (Proskauer) regarding revenue bond adversary proceeding litigation strategy | 0.20 | 1,125.00 | 225.00 |
| 04/05/2021 | ZSZ | Correspond with N. Bassett regarding revenue bond adversary proceeding litigation strategy | 0.10 | 1,125.00 | 112.50 |
| 04/06/2021 | NAB | Revise email to M. Firestein (Proskauer) regarding revenue bond lift stay motion (.2); email with Z. Zwillinger regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 04/06/2021 | ZSZ | Correspond with N. Bassett regarding Oversight Board's motion to lift the stay | 0.10 | 1,125.00 | 112.50 |
| 04/06/2021 | ZSZ | Review Oversight Board's motion to lift the stay | 0.40 | 1,125.00 | 450.00 |
| 04/07/2021 | IG1 | Review cases regarding committee standing to pursue claim objection (.30); draft email to Z. Zwillinger regarding same (.10). | 0.40 | 905.00 | 362.00 |
| 04/07/2021 | NAB | Email to M. Firestein (Proskauer) regarding revenue bond litigation lift stay motion | 0.10 | 1,350.00 | 135.00 |
| 04/07/2021 | ZSZ | Revise draft motion to lift revenue bond litigation stay to file limited objections to adversary proceeding defendants claims | 2.90 | 1,125.00 | 3,262.50 |
| 04/07/2021 | ZSZ | Analyze case law regarding motion to lift revenue bond litigation stay | 0.90 | 1,125.00 | 1,012.50 |
| 04/08/2021 | ZSZ | Revise draft motion to lift revenue bond litigation stay to file limited objections to adversary proceeding defendants claims | 1.90 | 1,125.00 | 2,137.50 |
| 04/09/2021 | NAB | Review response and cross-motion to lift revenue bond litigation stay (.4); correspond with Z. Zwillinger regarding same (.3); call with Z. Zwillinger regarding same (.1) | 0.80 | 1,350.00 | 1,080.00 |

The Commonwealth of Puerto Rico                                                      Page 22
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/09/2021 | ZSZ | Call with N. Bassett regarding draft motion to lift revenue bond litigation stay to file limited objections to adversary proceeding defendants claims | 0.10 | 1,125.00 | 112.50 |
| 04/09/2021 | ZSZ | Revise draft motion to lift revenue bond litigation stay to file limited objections to adversary proceeding defendants claims | 1.40 | 1,125.00 | 1,575.00 |
| 04/10/2021 | NAB | Email with Z. Zwillinger regarding revenue bond lift stay motion (.2) | 0.20 | 1,350.00 | 270.00 |
| 04/11/2021 | AB21 | Correspond with Z. Zwillinger and N. Bassett regarding response and cross-motion related to Oversight Board's lift stay motion (revenue bond litigation) | 0.10 | 1,350.00 | 135.00 |
| 04/11/2021 | NAB | Correspond with Z. Zwillinger regarding revenue bond litigation lift stay motion | 0.30 | 1,350.00 | 405.00 |
| 04/12/2021 | AB21 | Correspond with Committee regarding update on cross-motion to lift stay in revenue bond litigation (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 04/12/2021 | DEB4 | Review replies to claim objections | 0.20 | 1,095.00 | 219.00 |
| 04/12/2021 | JF1 | Correspond with Z. Zwillinger regarding cross-motion to lift stay | 0.10 | 855.00 | 85.50 |
| 04/12/2021 | LAD4 | Review/edit cross-motion to lift stay (1.20); t/c Z. Zwillinger, N. Bassett re: same (.30) | 1.50 | 1,600.00 | 2,400.00 |
| 04/12/2021 | NAB | Review revised draft response and cross-motion to lift revenue bond litigation stay (.2); call with L. Despins and Z. Zwillinger regarding same (.3); follow-up call with Z. Zwillinger regarding same (.1) | 0.60 | 1,350.00 | 810.00 |
| 04/12/2021 | WW6 | Review responses to omnibus claim objections (.3); correspond with D. Barron regarding same (.2); correspond with M. Palmer (Proskauer Rose LLP) regarding same (.2) | 0.70 | 235.00 | 164.50 |
| 04/12/2021 | ZSZ | Call with L. Despins and N. Bassett regarding motion for leave to file objection in revenue bond litigation | 0.30 | 1,125.00 | 337.50 |

The Commonwealth of Puerto Rico                                                        Page 23
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | ZSZ | Correspond with parties to revenue bond adversary proceedings regarding relief requested in cross-motion | 0.20 | 1,125.00 | 225.00 |
| 04/12/2021 | ZSZ | Revise response to Oversight Board's motion to lift the stay and cross-motion | 0.70 | 1,125.00 | 787.50 |
| 04/12/2021 | ZSZ | Call with N. Bassett regarding motion for leave to file objection in revenue bond litigation | 0.10 | 1,125.00 | 112.50 |
| 04/12/2021 | ZSZ | Draft email to committee regarding relief requested in cross-motion | 0.40 | 1,125.00 | 450.00 |
| 04/13/2021 | AB21 | Revise draft cross-motion to lift stay in revenue bond litigation (0.4); revise related scheduling motion (0.2); correspond with N. Bassett and Z. Zwillinger regarding same (0.2); review bondholder objection to Oversight Board's motion to lift stay in revenue bond litigation (0.2); correspond with S. Maza regarding same (0.1) | 1.10 | 1,350.00 | 1,485.00 |
| 04/13/2021 | JF1 | Prepare cross-motion regarding lift stay or, alternatively, intervene | 0.80 | 855.00 | 684.00 |
| 04/13/2021 | JF1 | Correspond with Z. Zwillinger regarding cross-motion to lift stay | 0.10 | 855.00 | 85.50 |
| 04/13/2021 | JK21 | Correspond with J. Ferguson regarding cited docket entries in response to revenue bonds lift stay motion (0.7); review response to lift stay motion in revenue bond adversary (0.3); electronically file with the court response to lift stay motion (0.4); review scheduling motion (0.2); electronically file with the court scheduling motion (0.4) | 2.00 | 495.00 | 990.00 |
| 04/13/2021 | NAB | Review response and cross-motion regarding motion to lift stay of revenue bond litigation (.3); correspond with Z. Zwillinger regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 04/13/2021 | SM29 | Review limited objection to revenue bond litigation lift stay motion filed by Ambac (.4); review same filed by PSA creditors (.7); correspond with L. Despins re same (.1) | 1.20 | 1,120.00 | 1,344.00 |

The Commonwealth of Puerto Rico                                                Page 24
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/2021 | ZSZ | Draft response to Oversight Board's lift stay motion in revenue bond adversary proceedings | 3.30 | 1,125.00 | 3,712.50 |
| 04/14/2021 | AB21 | Correspond with N. Bassett and Z. Zwillinger regarding briefing on urgent motion to schedule cross-motion to lift stay in revenue bond litigation (0.2); review objections to Committee's scheduling motion on cross-motion (0.3); correspond with N. Bassett and Z. Zwillinger regarding same (0.1); review correspondence from N. Bassett and Z. Zwillinger regarding reply in support of scheduling motion (0.3); telephone conference with N. Bassett regarding same (0.2) | 1.10 | 1,350.00 | 1,485.00 |
| 04/14/2021 | BKA | Prepare summary of Ambac objection to Oversight Board revenue bond stay motion (0.8); call with M. Naulo regarding same (0.1) | 0.90 | 855.00 | 769.50 |
| 04/14/2021 | BKA | Prepare report of large proofs of claim (6.2); correspond with A. Bongartz regarding same (0.4) | 6.60 | 855.00 | 5,643.00 |
| 04/14/2021 | ECS1 | Analyze case law related to limited objection of PSA creditors to Oversight Board's motion to modify litigation | 2.00 | 700.00 | 1,400.00 |
| 04/14/2021 | NAB | Review objections to scheduling motion for cross-motion to lift revenue bond litigation stay (.3); call with A. Bongartz regarding response (.2); call with W. Farmer and E. Sutton regarding same (.4); email with W. Farmer and Z. Zwillinger regarding same (.1); outline reply brief (.8) | 1.80 | 1,350.00 | 2,430.00 |
| 04/14/2021 | WCF | Call with N. Bassett and E. Sutton regarding reply brief (.4); analyze case law and precedent regarding urgent motions and scheduling relief (2.2); analyze additional case law regarding same (1.3); draft scheduling reply brief (2.2) | 6.10 | 955.00 | 5,825.50 |

The Commonwealth of Puerto Rico                                               Page 25
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/15/2021 | AB21 | Revise reply in support of urgent motion to schedule cross-motion to lift stay in revenue bond litigation (0.3); correspond with N. Bassett regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/15/2021 | AB21 | Correspond with W. Wu regarding scheduling of Fir Tree administrative expense motion (0.1); review same (0.1); telephone conference with M. Volin (Proskauer) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/15/2021 | ECS1 | Prepare reply in support of committee's urgent motion requesting entry of order setting briefing schedule and hearing on cross-motion for stay relief | 1.00 | 700.00 | 700.00 |
| 04/15/2021 | LAD4 | Review/edit response to objections to cross-motions re: revenue bonds (.60) | 0.60 | 1,600.00 | 960.00 |
| 04/15/2021 | NAB | Revise draft reply brief in support of urgent motion to set hearing on cross-motion to lift revenue bond stay (1.2); correspond with L. Despins, W. Farmer, and E. Sutton regarding same (.3); review case law and authorities for same (.4); further revise draft response (.4) | 2.30 | 1,350.00 | 3,105.00 |
| 04/15/2021 | WCF | Revise scheduling reply brief (2.4); email with N. Bassett and E. Sutton regarding same (.3) | 2.70 | 955.00 | 2,578.50 |
| 04/15/2021 | WW6 | Prepare reply in support of urgent scheduling motion for filing (.3); correspond with N. Bassett regarding same (.1); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 1.10 | 235.00 | 258.50 |
| 04/15/2021 | ZSZ | Meet and confer regarding revenue bond adversary proceedings | 0.90 | 1,125.00 | 1,012.50 |
| 04/16/2021 | AB21 | Correspond with L. Despins, N. Bassett, and S. Maza regarding argument related to cross-motion to lift stay in revenue bond litigation | 0.50 | 1,350.00 | 675.00 |

The Commonwealth of Puerto Rico                                                            Page 26
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2021 | LAD4 | Review/edit email re: revenue bonds and Committee's right to object (.80) | 0.80 | 1,600.00 | 1,280.00 |
| 04/16/2021 | WW6 | Prepare certificate of service for reply in support of UCC's cross-motion in revenue bond adversary proceeding (.4); electronically file same with court (.2) | 0.60 | 235.00 | 141.00 |
| 04/16/2021 | WW6 | Correspond with M. Palmer (Proskauer) re responses to omnibus claim objections (.3) | 0.30 | 235.00 | 70.50 |
| 04/19/2021 | NAB | Review status report on revenue bond litigation discovery (.2) | 0.20 | 1,350.00 | 270.00 |
| 04/19/2021 | ZSZ | Correspond with L. Despins regarding joinder to Oversight Board's objection | 0.30 | 1,125.00 | 337.50 |
| 04/20/2021 | MRK | Correspond with Z. Zwillinger regarding revenue bond claim objection | 0.30 | 1,230.00 | 369.00 |
| 04/20/2021 | MRK | Analyze issues and related case law for PRIFA revenue bond claim objection | 1.60 | 1,230.00 | 1,968.00 |
| 04/20/2021 | MRK | Draft PRIFA revenue bond claim objection | 2.40 | 1,230.00 | 2,952.00 |
| 04/20/2021 | MRK | Email Z. Zwillinger regarding PRIFA revenue bond claim objection | 0.20 | 1,230.00 | 246.00 |
| 04/20/2021 | MRK | Analyze issues and related case law for PRIFA revenue bond claim objection | 2.40 | 1,230.00 | 2,952.00 |
| 04/20/2021 | ZSZ | Revenue bond adversary proceeding meet and confer | 0.80 | 1,125.00 | 900.00 |
| 04/20/2021 | ZSZ | Correspond with A. Bongartz, N. Bassett, and M. Kahn regarding draft revenue bond objections | 0.30 | 1,125.00 | 337.50 |
| 04/21/2021 | AB21 | Review responses to Committee's cross-motion to lift stay (0.3); correspond with N. Bassett and Z. Zwillinger regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/21/2021 | AB21 | Telephone conference with Z. Zwillinger regarding joint informative motion regarding Committee's cross-motion to lift stay (0.1) | 0.10 | 1,350.00 | 135.00 |
| 04/21/2021 | MRK | Draft parts of PRIFA revenue bond claim objection (4.4); call with Z. Zwillinger regarding same (.4) | 4.80 | 1,230.00 | 5,904.00 |

The Commonwealth of Puerto Rico                                              Page 27
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/21/2021 | MRK | Analyze issues and related case law for PRIFA revenue bond claim objection | 1.90 | 1,230.00 | 2,337.00 |
| 04/21/2021 | MN11 | Review GO objections (.9) | 0.90 | 955.00 | 859.50 |
| 04/21/2021 | NAB | Review objections to motion to lift revenue bond litigation stay (.4); email with Z. Zwillinger regarding same (.3) | 0.70 | 1,350.00 | 945.00 |
| 04/21/2021 | ZSZ | Review oppositions to cross-motions to file revenue bond objections | 2.10 | 1,125.00 | 2,362.50 |
| 04/21/2021 | ZSZ | Call with M. Kahn regarding revenue bond objections | 0.40 | 1,125.00 | 450.00 |
| 04/21/2021 | ZSZ | Call with A. Bongartz regarding joint informative motion regarding oppositions to cross-motions to file revenue bond objections | 0.10 | 1,125.00 | 112.50 |
| 04/22/2021 | AB21 | Correspond with Z. Zwillinger and N. Bassett regarding reply in support of cross-motion to lift stay in revenue bond litigation | 0.10 | 1,350.00 | 135.00 |
| 04/22/2021 | AB21 | Telephone conference with Z. Zwillinger regarding joint informative motion for cross-motion on lifting stay in revenue bond litigation (0.2); correspond with M. Volin (Proskauer) regarding joint informative motion regarding LUMA motion (0.1); correspond with L. Despins and N. Bassett regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/22/2021 | AB21 | Correspond with A. Velazquez (SEIU) regarding question related to GO claim objections (0.2); correspond with J. Bliss regarding same (0.1); correspond with S. Maza regarding same (0.2) | 0.50 | 1,350.00 | 675.00 |
| 04/22/2021 | DEB4 | Correspond with M. Naulo regarding revenue bond proofs of claim | 0.30 | 1,095.00 | 328.50 |
| 04/22/2021 | DEB4 | Correspond with A. Velazquez (SEIU) regarding GO objections | 0.10 | 1,095.00 | 109.50 |
| 04/22/2021 | ECS1 | Analyze case law related to Assured's and Ambac's objections to committee's response to motion of oversight board for stay relief | 5.10 | 700.00 | 3,570.00 |

The Commonwealth of Puerto Rico                                                    Page 28
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/22/2021 | JK21 | Review joint informative motion regarding April 28-29, 2021 hearing on cross-motion for stay relief (0.3); electronically file with the court joint informative motion regarding April 28-29, 2021 hearing on cross-motion for stay relief (0.4); electronically serve joint informative motion regarding April 28-29, 2021 hearing on cross-motion for stay relief (0.2) | 0.90 | 495.00 | 445.50 |
| 04/22/2021 | MRK | Draft parts of CCDA revenue bond claim objection | 3.90 | 1,230.00 | 4,797.00 |
| 04/22/2021 | MRK | Analyze issues and related authority for CCDA revenue bond claim objection | 4.10 | 1,230.00 | 5,043.00 |
| 04/22/2021 | MN11 | Review proofs of claim (.4); correspond regarding same with D. Barron (.1) | 0.50 | 955.00 | 477.50 |
| 04/22/2021 | NAB | Email with Z. Zwillinger regarding claim objection issues (.2); review issue regarding same (.1); email with J. Mendez (Buffette) regarding April 28, 2021 hearing issues (.2) | 0.50 | 1,350.00 | 675.00 |
| 04/22/2021 | ZSZ | Draft reply in support of cross-motion to file revenue bond objections | 12.30 | 1,125.00 | 13,837.50 |
| 04/22/2021 | ZSZ | Correspond with E. Sutton regarding reply in support of cross-motion to file revenue bond objections | 0.10 | 1,125.00 | 112.50 |
| 04/22/2021 | ZSZ | Discussion with A. Bongartz regarding cross-motion to file revenue bond objections | 0.20 | 1,125.00 | 225.00 |
| 04/22/2021 | ZSZ | Draft informative motion regarding cross-motion to file revenue bond objections | 0.80 | 1,125.00 | 900.00 |
| 04/23/2021 | AB21 | Revise draft reply in support of cross-motion to lift stay in revenue bond litigation (0.4); correspond with N. Bassett and Z. Zwillinger regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 04/23/2021 | MRK | Continue drafting PRIFA and CCDA revenue bond claim objections | 0.60 | 1,230.00 | 738.00 |
| 04/23/2021 | MRK | Draft parts of PRIFA and CCDA revenue bond claim objections | 2.40 | 1,230.00 | 2,952.00 |
| 04/23/2021 | MRK | Review proofs of claim relating to revenue bond claims | 2.10 | 1,230.00 | 2,583.00 |

The Commonwealth of Puerto Rico                                                    Page 29
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/23/2021 | NAB | Review and revise draft reply in support of motion to lift revenue bond litigation stay (1.8); emails with Z. Zwillinger regarding same (.2); analyze issues in connection with same (.4); further revise draft reply (.9); email with J. Mendez (Buffete) regarding hearing agenda (.1) | 3.40 | 1,350.00 | 4,590.00 |
| 04/23/2021 | ZSZ | Revise draft reply in support of cross-motion to lift revenue bond litigation stay | 1.50 | 1,125.00 | 1,687.50 |
| 04/23/2021 | ZSZ | Review pleadings and prepare outline for hearing on motion to lift revenue bond litigation stay (3.7); call with A. Bongartz regarding same (.1) | 3.80 | 1,125.00 | 4,275.00 |
| 04/24/2021 | AB21 | Review draft reply in support of cross-motion to lift stay in revenue bond litigation | 0.20 | 1,350.00 | 270.00 |
| 04/24/2021 | JK21 | Electronically file with the court reply to cross-motion to lift the litigation stay (0.4); electronically serve reply to cross-motion to lift the litigation stay (0.2) | 0.60 | 495.00 | 297.00 |
| 04/24/2021 | NAB | Review and revise cross-motion to lift stay to pursue revenue bond claim objection (1.8); review objections and case law concerning same (1.1); email with L. Despins regarding same (.3); call with Z. Zwillinger regarding same (.1); further revise objection (1.1) | 4.40 | 1,350.00 | 5,940.00 |
| 04/24/2021 | ZSZ | Discussion with N. Bassett regarding reply in support of cross-motion to lift revenue bond litigation stay | 0.10 | 1,125.00 | 112.50 |
| 04/24/2021 | ZSZ | Revise reply in support of cross-motion to lift revenue bond litigation stay | 3.70 | 1,125.00 | 4,162.50 |
| 04/24/2021 | ZSZ | Prepare outline and case annotations for hearing on motion to lift revenue bond litigation stay | 1.60 | 1,125.00 | 1,800.00 |
| 04/25/2021 | MRK | Analyze HTA revenue bond claim objection | 1.40 | 1,230.00 | 1,722.00 |
| 04/25/2021 | MRK | Revise HTA revenue bond claim objection | 1.10 | 1,230.00 | 1,353.00 |
| 04/25/2021 | ZSZ | Review issues and prepare outline for hearing on motion to lift revenue bond litigation stay | 1.30 | 1,125.00 | 1,462.50 |

The Commonwealth of Puerto Rico                                                      Page 30
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/26/2021 | ZSZ | Review documents produced as part of revenue bond adversary proceeding summary judgment discovery | 1.40 | 1,125.00 | 1,575.00 |
| 04/26/2021 | ZSZ | Review draft objections from M. Kahn | 0.60 | 1,125.00 | 675.00 |
| 04/28/2021 | ZSZ | Review pleadings related to revenue bond adversary proceeding discovery | 1.00 | 1,125.00 | 1,125.00 |
| 04/28/2021 | ZSZ | Correspond with M. Kahn regarding hearing on revenue bond lift stay cross-motion | 0.20 | 1,125.00 | 225.00 |
| 04/29/2021 | WW6 | Prepare sixth supplemental informative motion regarding notices of participation (.4); correspond with D. Barron regarding same (.1); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 1.20 | 235.00 | 282.00 |
| 04/30/2021 | MN11 | Correspond with A. Bongartz regarding claims objections | 0.10 | 955.00 | 95.50 |
| 04/30/2021 | ZSZ | Review defendants' motion to compel and government parties motion for protective order regarding revenue bond adversary proceeding summary judgment supplemental discovery | 1.50 | 1,125.00 | 1,687.50 |
| | | **Subtotal: B310  Claims Administration and Objections** | **145.30** | | **159,609.00** |

**B320     Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/2021 | DEB4 | Correspond with A. Bongartz and L. Despins regarding FOMB's HB 120 letters | 0.40 | 1,095.00 | 438.00 |
| 04/07/2021 | NAB | Telephone call with A. Bongartz and L. Despins regarding plan confirmation and related issues (.3); review discovery requests in connection with same (.2) | 0.50 | 1,350.00 | 675.00 |

The Commonwealth of Puerto Rico                                        Page 31
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/08/2021 | AB21 | Telephone conference with N. Bassett regarding disclosure statement discovery (0.1); correspond with S. Martinez (Zolfo) regarding same (0.1); correspond with S. Maza regarding same (0.1); telephone conferences with S. Maza regarding objection to disclosure statement schedule and renewed reclassification motion (0.3); telephone conference with B. Al-Saif regarding hearing on original reclassification motion (0.1); review correspondence from B. Al-Saif regarding same (0.1); telephone conference with L. Despins and N. Bassett regarding renewed reclassification motion (0.2); review correspondence from L. Despins regarding same (0.1); correspond with S. Maza regarding disclosure statement scheduling motion (0.2) | 1.30 | 1,350.00 | 1,755.00 |
| 04/08/2021 | BKA | Analyze authority for renewed Rule 3013 motion (1.8); prepare renewed Rule 3013 motion (3.6); call with A. Bongartz regarding same (0.1); calls with S. Maza regarding same (0.4) | 5.90 | 855.00 | 5,044.50 |
| 04/08/2021 | LAD4 | T/c A. Bongartz & N. Bassett re: retiree classification issues (.20); t/c A. Velazquez (SEIU) re: same (.20); review/comment on same (3.20) | 3.60 | 1,600.00 | 5,760.00 |
| 04/08/2021 | NAB | Telephone call with L. Despins and A. Bongartz regarding disclosure statement hearing and plan confirmation issues (.2); call with A. Bongartz regarding same and related discovery (.1) | 0.30 | 1,350.00 | 405.00 |
| 04/08/2021 | SM29 | Calls with A. Bongartz re renewed Rule 3013 motion and DS schedule (.3); review email from B. Al-Saif re same and analysis of prior ruling (.2); review transcript from prior hearing (.3); prepare renewed Rule 3013 motion (.2); calls with B. Al-Saif re same (.4) | 1.40 | 1,120.00 | 1,568.00 |

The Commonwealth of Puerto Rico                                                    Page 32
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/2021 | AB21 | Telephone conference with N. Bassett, S. Maza, and S. Martinez (Zolfo) regarding disclosure statement discovery (0.5); telephone conferences with S. Maza regarding renewed reclassification motion and disclosure statement schedule (0.3); correspond with L. Despins and S. Maza regarding same (0.1); review draft renewed reclassification motion (0.1) | 1.00 | 1,350.00 | 1,350.00 |
| 04/09/2021 | IG1 | Telephone conference with S. Maza regarding objection to disclosure statement scheduling motion (.30); read scheduling motion and transcripts of hearing on rule 3013 motion (1.40). | 1.70 | 905.00 | 1,538.50 |
| 04/09/2021 | NAB | Call with A. Bongartz, S. Martinez (Zolfo), and S. Maza regarding plan confirmation, disclosure statement discovery and related issues | 0.50 | 1,350.00 | 675.00 |
| 04/09/2021 | SM29 | Review and revise draft Rule 3013 motion (3.1); correspond with L. Despins and A. Bongartz re same (.3); call with S. Martinez (Zolfo), N. Bassett and A. Bongartz re disclosure statement, discovery, and scheduling issues (.5); review disclosure statement scheduling motion (.6); prepare outline of limited objection to same (.3); call with A. Bongartz re same (.3); calls with I. Goldstein re same (.3); correspond with B. Al-Saif re same (.1) | 5.50 | 1,120.00 | 6,160.00 |
| 04/10/2021 | AB21 | Review discovery requests related to disclosure statement (0.3); telephone conference with S. Martinez (Zolfo) regarding same (0.2) | 0.50 | 1,350.00 | 675.00 |
| 04/10/2021 | IG1 | Continue reviewing disclosure statement motion, order approving same, and proposed procedures (1.30); analyze objections to disclosure statement (3.40); draft parts of objection to disclosure statement scheduling motion (2.10). | 6.80 | 905.00 | 6,154.00 |

The Commonwealth of Puerto Rico                                                          Page 33
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/11/2021 | AB21 | Revise document requests related to disclosure statement (2.7); telephone conferences with S. Martinez (Zolfo) regarding same (0.2); correspond with S. Martinez, N. Bassett, and S. Maza regarding same (0.1); correspond with L. Despins regarding same (0.1); telephone conferences with S. Maza regarding renewed Rule 3013 motion and objection to DS scheduling motion (0.3) | 3.40 | 1,350.00 | 4,590.00 |
| 04/11/2021 | IG1 | Continue drafting objection to disclosure statement scheduling motion (6.20); analyze cases cited in the motion (1.10). | 7.30 | 905.00 | 6,606.50 |
| 04/11/2021 | LAD4 | Review/edit renewed rule 3013 motion (1.40) | 1.40 | 1,600.00 | 2,240.00 |
| 04/11/2021 | NAB | Review draft discovery requests for disclosure statement and plan confirmation (.3); email with A. Bongartz regarding same (.2) | 0.50 | 1,350.00 | 675.00 |
| 04/11/2021 | SM29 | Revise renewed Rule 3013 motion to include comments from L. Despins and A. Bongartz (1.6); call with A. Bongartz re same (.2); correspond with L. Despins re timing issues (.2); review prior arguments in connection with same (.5); correspond with I. Goldstein re limited objection to DS scheduling motion (.1); call with A Bongartz re same (.1) | 2.70 | 1,120.00 | 3,024.00 |
| 04/12/2021 | AB21 | Review limited objection to disclosure statement schedule (0.6); telephone conferences with S. Maza regarding same (0.3) | 0.90 | 1,350.00 | 1,215.00 |

The Commonwealth of Puerto Rico                                                    Page 34
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | AB21 | Analyze scheduling issues related to rule 3013 motion (0.4); correspond with D. Cash regarding urgent motion to set a hearing (0.2); revise same (0.3); telephone conference with L. Despins regarding same (0.2); telephone conference with S. Maza regarding same (0.1); correspond with L. Despins and S. Maza regarding same (0.3); correspond with M. Bienenstock (Proskauer) and B. Rosen (Proskauer) regarding same (0.1); review draft rule 3013 motion (0.4); telephone conferences with S. Maza regarding same (0.2); correspond with Committee regarding same (0.2) | 2.40 | 1,350.00 | 3,240.00 |
| 04/12/2021 | AB21 | Review comments from S. Martinez (Zolfo) on draft document requests related to disclosure statement | 0.10 | 1,350.00 | 135.00 |
| 04/12/2021 | DDC1 | Draft urgent motion for hearing on Rule 3013 classification motion | 5.90 | 955.00 | 5,634.50 |
| 04/12/2021 | DEB4 | Correspond with L. Despins and A. Bongartz regarding plan of adjustment | 0.20 | 1,095.00 | 219.00 |
| 04/12/2021 | IG1 | Revise objection to disclosure statement scheduling motion. | 0.80 | 905.00 | 724.00 |
| 04/12/2021 | LAD4 | T/c A. Bongartz re: motion sequencing issues (.20); review/edit DS scheduling objection (1.10); review/edit renewed motion for separate hearing on rule 3013 motion (.70) | 2.00 | 1,600.00 | 3,200.00 |
| 04/12/2021 | NAB | Correspond with S. Martinez (Zolfo) regarding plan confirmation and disclosure statement discovery | 0.20 | 1,350.00 | 270.00 |
| 04/12/2021 | SM29 | Prepare revised Rule 3013 motion (3.3); review urgent motion re hearing date in connection with same (.6); prepare limited objection to DS scheduling motion (2.7); calls with A. Bongartz re same and Rule 3013 motion (.6); review draft email to Proskauer re same (.1) | 7.30 | 1,120.00 | 8,176.00 |

The Commonwealth of Puerto Rico                                                   Page 35
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | WCF | Review prior 2020 discovery requests and revised requests with financial advisor comments | 0.40 | 955.00 | 382.00 |
| 04/13/2021 | AB21 | Revise renewed rule 3013 motion and related scheduling motion (1.1); revise limited objection to DS scheduling motion (0.5); telephone conferences with S. Maza regarding renewed rule 3013 motion and limited objection to DS scheduling motion (1.3); correspond with S. Maza regarding same (0.1) | 3.00 | 1,350.00 | 4,050.00 |
| 04/13/2021 | JK21 | Revise renewed rule 3013 motion (3.4); review scheduling motion (0.3); electronically file with the court renewed rule 3013 motion (0.4); electronically file with the court scheduling motion (0.4); electronically file with the court limited objection to the disclosure statement (0.4) | 4.90 | 495.00 | 2,425.50 |
| 04/13/2021 | LAD4 | Final review/edit of rule 3013 motion (.90); final review/edit of objection to DS scheduling motion (.80); review/edit of A. Bongartz outline re: external communication (1.20); t/c A. Bongartz re: same (.20); analyze plan challenge issues (unfair discrimination etc.) (2.40) | 5.50 | 1,600.00 | 8,800.00 |
| 04/13/2021 | NAB | Review draft response to disclosure statement scheduling motion and classification motion scheduling motion (.4); correspond with S. Maza and L. Despins regarding same (.2) | 0.60 | 1,350.00 | 810.00 |
| 04/13/2021 | SM29 | Review DS scheduling objections filed by J. Mudd (.2); review same filed by P. Hein (.3); review same filed by Ambac (.4) | 0.90 | 1,120.00 | 1,008.00 |

The Commonwealth of Puerto Rico                                                    Page 36
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/2021 | SM29 | Revise limited objection to DS scheduling motion (.7); revise renewed Rule 3013 motion (.5); revise related scheduling motion (.3); revise limited objection re discovery issues (.3); correspond with N. Bassett re meet and confer in connection with same (.2); further revise same (.2); correspond with J. Kuo and W. Wu re filing prep for objection, renewed Rule 3013 motion, and scheduling motion (.2); review changes from J. Kuo and W. Wu (.4); further revise limited objection (.5); calls with A. Bongartz re objection, renewed Rule 3013 motion, and scheduling motion (1.3); correspond with L. Despins re scheduling motion (.1); revise same per his input (.1) | 4.80 | 1,120.00 | 5,376.00 |
| 04/13/2021 | WW6 | Review limited objection to disclosure statement scheduling motion | 1.70 | 235.00 | 399.50 |
| 04/14/2021 | AB21 | Telephone conference with S. Maza regarding discovery and open issues related to disclosure statement (0.3); telephone conference with N. Bassett regarding discovery related to disclosure statement (0.1); correspond with L. Despins regarding update regarding scheduling of renewed Rule 3013 motion (0.4); correspond with Committee regarding same (0.2) | 1.00 | 1,350.00 | 1,350.00 |
| 04/14/2021 | LAD4 | T/c A. Velazquez (SEIU) re: deemed rejected concept | 0.40 | 1,600.00 | 640.00 |
| 04/14/2021 | NAB | Call with A. Bongartz regarding disclosure statement and plan discovery (.1); review responses to disclosure statement scheduling motion (.2) | 0.30 | 1,350.00 | 405.00 |
| 04/14/2021 | SM29 | Call with A. Bongartz re disclosure statement discovery related issues | 0.30 | 1,120.00 | 336.00 |
| 04/14/2021 | SM29 | Correspond with A. Bongartz re GUC vs bond treatment under plan (.1); analyze same (.7); correspond with L. Despins and A. Bongartz re same (.3) | 1.10 | 1,120.00 | 1,232.00 |

The Commonwealth of Puerto Rico                                                        Page 37
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/14/2021 | SM29 | Email with E. Sutton re priority issue (.3); review cases from E. Sutton re same (.9); analyze additional cases re same (.6) | 1.80 | 1,120.00 | 2,016.00 |
| 04/14/2021 | WCF | Email with S. Maza regarding revised discovery requests (.2); revise discovery requests (.1) | 0.30 | 955.00 | 286.50 |
| 04/15/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) and S. Maza regarding disclosure statement discovery (0.2); telephone conference with L. Despins, S. Martinez, N. Bassett, and S. Maza regarding same (0.2) | 0.40 | 1,350.00 | 540.00 |
| 04/15/2021 | ECS1 | Review disclosure statement for the second amended joint plan of adjustment | 1.80 | 700.00 | 1,260.00 |
| 04/15/2021 | JK21 | Correspond with S. Maza and E. Sutton regarding March 2021 disclosure statement | 0.60 | 495.00 | 297.00 |
| 04/15/2021 | LAD4 | Review/edit draft discovery requests for DS (1.10); t/c N. Bassett, S. Maza, A. Bongartz re: same (.20) | 1.30 | 1,600.00 | 2,080.00 |
| 04/15/2021 | NAB | Call with L. Despins, S. Maza, A. Bongartz, and S. Martinez (Zolfo) regarding disclosure statement discovery (.2); review draft discovery requests in connection with same (.2); review disclosure statement scheduling motion objections (.4) | 0.80 | 1,350.00 | 1,080.00 |
| 04/15/2021 | SM29 | Review issues to prepare for call re disclosure statement and related discovery (.6); call with S. Martinez (Zolfo) and A. Bongartz re same (.2); call with S. Martinez, N. Bassett, A. Bongartz, and L. Despins re same (.2); correspond with E. Sutton re disclosure statement review (.2); review disclosure statement (2.3) | 3.50 | 1,120.00 | 3,920.00 |
| 04/15/2021 | WW6 | Prepare certificate of service for renewed rule 3013 motion and urgent scheduling motion regarding same (.5); electronically file same with court (.2) | 0.70 | 235.00 | 164.50 |
| 04/16/2021 | ECS1 | Review certain parts of disclosure statement for the second amended joint plan of adjustment (4.4); analyze case law related to disclosure (0.5) | 4.90 | 700.00 | 3,430.00 |

The Commonwealth of Puerto Rico                                                    Page 38
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2021 | LAD4 | Continue to review of discovery requests (.60); continue to review/comment on plan/DS challenge issues (1.40) | 2.00 | 1,600.00 | 3,200.00 |
| 04/16/2021 | MN11 | Correspond with S. Maza regarding municipal bankruptcies (.2); review case law regarding same (.6) | 0.80 | 955.00 | 764.00 |
| 04/16/2021 | SM29 | Outline disclosure statement issues and tasks (.4); emails with M. Naulo re legal authority on disclosure issues (.2); review disclosure statement draft request for production (.6) | 1.20 | 1,120.00 | 1,344.00 |
| 04/18/2021 | ECS1 | Analyze case law related to the disclosure statement and objections thereto | 1.00 | 700.00 | 700.00 |
| 04/19/2021 | AB21 | Correspond with L. Despins, N. Bassett, and S. Maza regarding classification issues in connection with Rule 3013 motion | 1.10 | 1,350.00 | 1,485.00 |
| 04/19/2021 | ECS1 | Analyze case law related to the disclosure statement and objections thereto | 4.80 | 700.00 | 3,360.00 |
| 04/19/2021 | MN11 | Review municipal bankruptcy disclosure statements in Jefferson County bankruptcy case (3.4); annotate same (1.1); review municipal bankruptcy disclosure statements in Stockton bankruptcy case (2.2); annotate same (.8); email W. Wu regarding same (.2) | 7.70 | 955.00 | 7,353.50 |
| 04/19/2021 | NAB | Correspond with A. Bongartz regarding claim classification issues (.2); analyze same (.5) | 0.70 | 1,350.00 | 945.00 |
| 04/19/2021 | WCF | Revise discovery requests regarding second amended disclosure statement | 0.80 | 955.00 | 764.00 |
| 04/20/2021 | AB21 | Correspond with S. Maza regarding disclosure statement issues (0.2); correspond with S. Martinez (Zolfo) regarding same (0.1); telephone conference with S. Martinez regarding same (0.1); correspond with N. Bassett regarding questions related to avoidance action trust under plan of adjustment (0.1) | 0.50 | 1,350.00 | 675.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

Page 39

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/2021 | AB21 | Review objections to Rule 3013 motion and related scheduling motion (0.4); telephone conference with S. Maza regarding same (0.2); correspond with L. Despins and S. Maza regarding same (0.2) | 0.80 | 1,350.00 | 1,080.00 |
| 04/20/2021 | ECS1 | Analyze cases and statutory authority related to disclosure statement objections (5.5); call with S. Maza regarding same (.4) | 5.90 | 700.00 | 4,130.00 |
| 04/20/2021 | HRO | Research regarding the disclosure statement and related hearing in Stockton (Bankr. E. D. Ca. 12-32118) | 0.30 | 250.00 | 75.00 |
| 04/20/2021 | JK21 | Research regarding certain disclosure statement objections | 1.60 | 495.00 | 792.00 |
| 04/20/2021 | JK21 | Correspond with S. Maza, L. Despins, N. Bassett, and A. Bongartz regarding objections to the renewed rule 3013 motion | 0.40 | 495.00 | 198.00 |
| 04/20/2021 | LAD4 | Review/comment on discovery issues | 0.20 | 1,600.00 | 320.00 |
| 04/20/2021 | MN11 | Analyze objections to disclosure statement in Detroit bankruptcy (1.3); revise outline on public-sector bankruptcy cases (.5); email with S. Maza regarding same (.3); email with W. Wu regarding same (.2) | 2.30 | 955.00 | 2,196.50 |
| 04/20/2021 | NAB | Email with S. Maza and A. Bongartz regarding reply in support of Rule 3013 motion (.1); review objections to same (.3); email with A. Bongartz and W. Farmer regarding disclosure statement litigation issues (.2) | 0.60 | 1,350.00 | 810.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

Page 40

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/2021 | SM29 | Emails with A. Bongartz re disclosure statement issues (.1); emails with E. Sutton re same (.1); email with J. Kuo re same (.2); review case law re same (.7); review related issues list (.4); call with E. Sutton re same (.4); review objections to Rule 3013 motion from unions (.4); review objections to Rule 3013 scheduling motion from Oversight Board (.5); review objections to Rule 3013 scheduling motion from retiree committee (.5); call with A. Bongartz re same (.2); emails with N. Bassett, A. Bongartz re same (.2); emails with L. Despins, A. Bongartz, N. Bassett re same (.1) | 3.80 | 1,120.00 | 4,256.00 |
| 04/20/2021 | SM29 | Emails with M. Naulo re disclosure statement case findings | 0.20 | 1,120.00 | 224.00 |
| 04/20/2021 | WCF | Review disclosure statement discovery dispute briefing | 0.40 | 955.00 | 382.00 |
| 04/21/2021 | AB21 | Telephone conference with L. Despins, N. Bassett, S. Maza regarding renewed Rule 3013 motion (0.5); post-mortem with S. Maza regarding same (0.1); correspond with Committee regarding related objections (0.4); correspond with L. Despins regarding same (0.2) | 1.20 | 1,350.00 | 1,620.00 |
| 04/21/2021 | AB21 | Telephone conference with L. Despins regarding disclosure statement discovery (0.2); telephone conferences with W. Farmer regarding same (0.4); review updated drafts of discovery requests (0.2) | 0.80 | 1,350.00 | 1,080.00 |
| 04/21/2021 | AB21 | Correspond with E. Barak (Proskauer), M. Root (Jenner) regarding joint informative motion regarding Committee's renewed Rule 3013 motion (0.1) | 0.10 | 1,350.00 | 135.00 |
| 04/21/2021 | ECS1 | Analyze case law and precedent related to the disclosure statement and objections thereto | 3.00 | 700.00 | 2,100.00 |

The Commonwealth of Puerto Rico                                           Page 41
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/21/2021 | LAD4 | T/c A. Bongartz, S. Maza and N. Bassett re: rule 3013 strategy (.50); review objections to renewed Rule 3013 motion (1.10); review/edit discovery for DS process (.30); t/c A. Bongartz re: same (.20); review FOMB latest status report (.10); t/c A. Bongartz, J. Casillas (CST) re: outreach and list of local creditors (.20); review challenge issues to FOMB (.90) | 3.10 | 1,600.00 | 4,960.00 |
| 04/21/2021 | MN11 | Review rulings on municipal disclosure statement objections (3.4); annotate same (1.2) | 4.60 | 955.00 | 4,393.00 |
| 04/21/2021 | NAB | Call with L. Despins, S. Maza, and A. Bongartz regarding Rule 3013 motion and related disclosure statement issues (.5); emails with A. Bongartz regarding disclosure statement and April 28, 2021 hearing (.2); call with A. Bongartz regarding same (.1); review discovery requests in connection with disclosure statement (.2); review draft reply in support of Rule 3013 motion scheduling motion (.8); email with S. Maza regarding same (.2) | 2.00 | 1,350.00 | 2,700.00 |
| 04/21/2021 | SM29 | Review issues and pleadings to prepare for call re reply in support of renewed Rule 3013 scheduling motion and in connection with disclosure statement scheduling motion (.3); call with L. Despins, A. Bongartz, and N. Bassett re same (.5); follow up call with A. Bongartz re same (.1); correspond with D. Cash re open issues for same (.5); emails with D. Cash re same (.3); prepare reply (6.2); review case law re same (1.6); emails with Z. Zwillinger re same (.1) | 9.60 | 1,120.00 | 10,752.00 |
| 04/21/2021 | WCF | Call with A. Bongartz regarding disclosure statement discovery (.4); revise disclosure statement discovery requests (3.1); revise deposition notices (.2); email with A. Bongartz, S. Maza, N. Bassett regarding same (.3) | 4.00 | 955.00 | 3,820.00 |

The Commonwealth of Puerto Rico                                        Page 42
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/22/2021 | AB21 | Revise draft reply in support of scheduling motion for renewed Rule 3013 motion (0.2); correspond with S. Maza regarding same (0.1); correspond with Committee regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 04/22/2021 | AB21 | Revise joint informative motion for scheduling motion on Rule 3013 motion (0.4); correspond with E. Barak (Proskauer), M. Root (Jenner), W. Natbony (CWT), and R. Berezin (Weil) regarding same (0.9) | 1.30 | 1,350.00 | 1,755.00 |
| 04/22/2021 | JK21 | Revise reply to renewed rule 3013 motion (3.6); electronically file with the court reply to renewed rule 3013 motion (0.4); electronically serve reply to renewed rule 3013 motion (0.2) | 4.20 | 495.00 | 2,079.00 |
| 04/22/2021 | JK21 | Review joint informative motion on rule 3013 scheduling motion (0.2); electronically file joint motion (0.4); electronically serve joint motion (0.2) | 0.80 | 495.00 | 396.00 |
| 04/22/2021 | LAD4 | Review FOMB reply to rule 3013 scheduling motion (.50); t/c S. Maza re: same (.20); review selected classification cases (1.60) | 2.30 | 1,600.00 | 3,680.00 |
| 04/22/2021 | MN11 | Draft outline of certain municipal disclosure statement objections | 3.80 | 955.00 | 3,629.00 |
| 04/22/2021 | NAB | Review revised draft reply in support of Rule 3013 motion scheduling motion (.3); email with A. Bongartz and S. Maza regarding same (.2); review authority relating to disclosure statement discovery (.2) | 0.70 | 1,350.00 | 945.00 |
| 04/22/2021 | SM29 | Revise reply in support of Rule 3013 scheduling motion (2.2); call with L. Despins regarding same (.2) | 2.40 | 1,120.00 | 2,688.00 |
| 04/23/2021 | AB21 | Telephone conference with N. Bassett regarding discovery related to disclosure statement (0.2); correspond with N. Bassett regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |

The Commonwealth of Puerto Rico                                    Page 43
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/23/2021 | BKA | Review renewed Rule 3013 pleadings for April 28, 2021 omnibus hearing (3.2); prepare outline of renewed Rule 3013 pleadings for same (2.6); call with S. Maza regarding same (0.4) | 6.20 | 855.00 | 5,301.00 |
| 04/23/2021 | JK21 | Review disclosure statement discovery request | 0.70 | 495.00 | 346.50 |
| 04/23/2021 | MN11 | Correspond with S. Maza regarding municipal disclosure statement objections (.2); analyze same (.5) | 0.70 | 955.00 | 668.50 |
| 04/23/2021 | NAB | Revise plan discovery requests (.7); review disclosure statement in connection with same (.5); call with A. Bongartz regarding same (.2); email with A. Bongartz regarding same (.2); further revise draft requests (1.4); email with L. Despins regarding same (.2); email with W. Farmer regarding same (.1); revise draft cover letter for same (.5) | 3.80 | 1,350.00 | 5,130.00 |
| 04/23/2021 | SM29 | Review disclosure statement issues and precedent outline from M. Naulo (.6); review related case law (.9); emails with M. Naulo re same (.2); emails with E. Sutton re same (.1) | 1.80 | 1,120.00 | 2,016.00 |
| 04/23/2021 | WCF | Review revised requests for production (.6); revise discovery letter for production to Debtors (.5); revise deposition notices for production (.3); email N. Bassett regarding discovery letter (.1); email J. Kuo regarding revised requests for production (.2) | 1.70 | 955.00 | 1,623.50 |
| 04/24/2021 | BKA | Review disclosure statement scheduling pleadings for April 28, 2021 omnibus hearing (3.2); prepare outline regarding same (2.7) | 5.90 | 855.00 | 5,044.50 |
| 04/25/2021 | AB21 | Begin preparing notes for hearing on disclosure statement scheduling motion | 0.80 | 1,350.00 | 1,080.00 |

The Commonwealth of Puerto Rico                                                    Page 44
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/25/2021 | LML1 | Correspond with S. Maza regarding objections to disclosure statement (.1); begin reviewing municipal bankruptcy case dockets and filings related to plans/disclosure statements and related objections (1.3) | 1.40 | 765.00 | 1,071.00 |
| 04/26/2021 | BKA | Prepare outline of disclosure statement scheduling pleadings for April 28, 2021 omnibus hearing (2.3); prepare outline of renewed Rule 3013 pleadings for same (2.6) | 4.90 | 855.00 | 4,189.50 |
| 04/26/2021 | ECS1 | Analyze cases and precedent related to objections to the disclosure statement | 0.60 | 700.00 | 420.00 |
| 04/26/2021 | IG1 | Telephone conference with A. Bongartz regarding cases cited by Oversight Board in disclosure statement scheduling motion (.10); analyze same (.30); draft email to A. Bongartz regarding decision (.10). | 0.50 | 905.00 | 452.50 |
| 04/26/2021 | LML1 | Continue reviewing municipal bankruptcy case dockets and filings in connection with proposed plans/disclosure statements and related objections (2.8); prepare summary of findings (1.6) | 4.40 | 765.00 | 3,366.00 |
| 04/26/2021 | MN11 | Analyze municipal disclosure statement objections and rulings (1.0); summarize same for S. Maza (2.6) | 3.60 | 955.00 | 3,438.00 |
| 04/27/2021 | JK21 | Research chapter 9 disclosure statement pleadings for E. Sutton | 2.30 | 495.00 | 1,138.50 |
| 04/27/2021 | LML1 | Review municipal bankruptcy case dockets and filings related to plans/disclosure statements and related objections (4.6); prepare summary of findings for S. Maza (2.6) | 7.20 | 765.00 | 5,508.00 |
| 04/27/2021 | SM29 | Prepare hearing outline for renewed Rule 3013 scheduling motion (1.5); call with A. Bongartz re same (.1); review outline from A. Bongartz re DS scheduling motion (.3); correspond with L. Despins re same (.2) | 2.10 | 1,120.00 | 2,352.00 |
| 04/28/2021 | AB21 | Telephone conferences with S. Martinez (Zolfo) regarding update on plan and disclosure statement issues | 0.40 | 1,350.00 | 540.00 |

The Commonwealth of Puerto Rico                                                    Page 45
96395-00002
Invoice No. 2274668

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/28/2021 | ECS1 | Analyze issues and case law related to disclosure statement for the second amended joint plan of adjustment | 3.50 | 700.00 | 2,450.00 |
| 04/28/2021 | LML1 | Continue reviewing municipal bankruptcy case dockets and filings related to plans/disclosure statements and related objections (4.8); prepare summary of findings for S. Maza (2.8) | 7.60 | 765.00 | 5,814.00 |
| 04/28/2021 | NAB | Emails with Z. Zwillinger regarding discovery (.2) | 0.20 | 1,350.00 | 270.00 |
| 04/28/2021 | SM29 | Correspond with L. Lopez re disclosure statement and case law analysis (.2); review issue regarding same (.1); correspond with E. Sutton re same (.1) | 0.40 | 1,120.00 | 448.00 |
| 04/28/2021 | ZSZ | Review documents and hearing notes related to disclosure statement | 1.40 | 1,125.00 | 1,575.00 |
| 04/29/2021 | ECS1 | Analyze case law and precedent objections related to disclosure statement for the second amended joint plan of adjustment | 5.40 | 700.00 | 3,780.00 |
| 04/29/2021 | LML1 | Review additional municipal bankruptcy case dockets and disclosure statement pleadings from same | 1.40 | 765.00 | 1,071.00 |
| 04/29/2021 | ZSZ | Review discovery requests relating to disclosure statement | 1.30 | 1,125.00 | 1,462.50 |
| 04/30/2021 | ECS1 | Further analyze case law and precedent objections related to disclosure statement | 2.20 | 700.00 | 1,540.00 |
| 04/30/2021 | LML1 | Continue to review municipal bankruptcy case dockets and relevant disclosure statement objections (1.2); correspond with S. Maza regarding same (.3) | 1.50 | 765.00 | 1,147.50 |
| 04/30/2021 | SM29 | Correspond with L. Lopez re disclosure statement case findings | 0.40 | 1,120.00 | 448.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **261.50** | | **260,857.50** |
| | **Total** | | **597.40** | | **605,251.00** |

The Commonwealth of Puerto Rico                                                          Page 46
96395-00002
Invoice No. 2274668

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 40.80 | 1,600.00 | 65,280.00 |
| NAB | Nicholas A. Bassett | Partner | 33.30 | 1,350.00 | 44,955.00 |
| AB21 | Alex Bongartz | Of Counsel | 63.30 | 1,350.00 | 85,455.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 3.40 | 920.00 | 3,128.00 |
| ZSZ | Zachary S. Zwillinger | Associate | 65.70 | 1,125.00 | 73,912.50 |
| SM29 | Shlomo Maza | Associate | 53.70 | 1,120.00 | 60,144.00 |
| DEB4 | Douglass E. Barron | Associate | 4.50 | 1,095.00 | 4,927.50 |
| DDC1 | Derek D. Cash | Associate | 9.70 | 955.00 | 9,263.50 |
| WCF | Will Clark Farmer | Associate | 16.40 | 955.00 | 15,662.00 |
| MN11 | Mariya Naulo | Associate | 93.00 | 955.00 | 88,815.00 |
| JF1 | James L. Ferguson | Associate | 1.00 | 855.00 | 855.00 |
| BKA | Bandar K. Al-Saif | Associate | 31.70 | 855.00 | 27,103.50 |
| LML1 | Leah M. Lopez | Associate | 23.50 | 765.00 | 17,977.50 |
| ECS1 | Ezra C. Sutton | Associate | 41.20 | 700.00 | 28,840.00 |
| MRK | Marguerite R. Kahn | Special Counsel | 29.20 | 1,230.00 | 35,916.00 |
| IG1 | Irena M. Goldstein | Attorney | 17.50 | 905.00 | 15,837.50 |
| JK21 | Jocelyn Kuo | Paralegal | 41.70 | 495.00 | 20,641.50 |
| HRO | Heather R. O'Dea | Other Timekeeper | 0.30 | 250.00 | 75.00 |
| WW6 | Winnie Wu | Other Timekeeper | 27.50 | 235.00 | 6,462.50 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 04/08/2021 | Photocopy Charges | 280.00 | 0.08 | 22.40 |
| 04/12/2021 | Photocopy Charges | 1,449.00 | 0.08 | 115.92 |
| 04/13/2021 | Photocopy Charges | 12,456.00 | 0.08 | 996.48 |
| 04/15/2021 | Photocopy Charges | 700.00 | 0.08 | 56.00 |
| 04/19/2021 | Photocopy Charges | 504.00 | 0.08 | 40.32 |
| 04/21/2021 | Photocopy Charges | 198.00 | 0.08 | 15.84 |
| 04/22/2021 | Photocopy Charges | 7,524.00 | 0.08 | 601.92 |

The Commonwealth of Puerto Rico                                                   Page 47
96395-00002
Invoice No. 2274668

| | | | | |
|---|---|---|---|---|
| 04/22/2021 | Photocopy Charges | 924.00 | 0.08 | 73.92 |
| 04/23/2021 | Photocopy Charges | 462.00 | 0.08 | 36.96 |
| 04/26/2021 | Photocopy Charges | 1,122.00 | 0.08 | 89.76 |
| 04/29/2021 | Photocopy Charges | 3,053.00 | 0.08 | 244.24 |
| 04/16/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543161; 04/16/2021; 1Z9305434493174554 (MAN) | | | 42.44 |
| 02/28/2021 | Outside Professional Services - TrustPoint International, LLC, Invoice# 21-01354 Dated 02/28/21, Puerto Rico-Pleadings Database for February 2021 | | | 1,633.27 |
| 02/28/2021 | Outside Professional Services - TrustPoint International, LLC, Invoice# 21-01351 Dated 02/28/21, Puerto Rico-Prepa Database for February 2021 | | | 7,690.25 |
| 03/31/2021 | Outside Professional Services - TrustPoint International, LLC, Invoice# 21-02343 Dated 03/31/21, Puerto Rico-Pleadings Database for March 2021 | | | 2,895.77 |
| 03/31/2021 | Outside Professional Services - TrustPoint International, LLC, Invoice# 21-02342 Dated 03/31/21, Puerto Rico-Prepa Database for March 2021 | | | 7,812.12 |
| 04/30/2021 | UnitedLex Invoices - Unitedlex Corp, Invoice# 057514 Dated 04/30/21, UnitedLex – DSAI April 2021 Charges | | | 8,321.50 |
| 04/30/2021 | Vendor Expense - G. Alexander Bongartz; 04/29/2021; court call hearing; Service Charge | | | 70.00 |
| 04/11/2021 | Lexis/On Line Search | | | 130.53 |
| 04/13/2021 | Lexis/On Line Search | | | 25.05 |
| 04/13/2021 | Lexis/On Line Search | | | 26.11 |
| 04/13/2021 | Lexis/On Line Search | | | 25.05 |
| 04/20/2021 | Lexis/On Line Search | | | 26.11 |
| 04/20/2021 | Lexis/On Line Search | | | 26.37 |
| 04/26/2021 | Lexis/On Line Search | | | 25.04 |
| 04/27/2021 | Lexis/On Line Search | | | 25.05 |
| 04/08/2021 | Postage/Express Mail - First Class - US; TYVEL ENVELOPE | | | 70.00 |
| 04/12/2021 | Postage/Express Mail - First Class - US; tyvek envelope | | | 84.00 |
| 04/14/2021 | Postage/Express Mail - Priority Mail; | | | 14.40 |
| 04/14/2021 | Postage/Express Mail - First Class - US; LARGE TYVEK | | | 637.00 |

The Commonwealth of Puerto Rico                                          Page 48
96395-00002
Invoice No. 2274668

| 04/15/2021 | Postage/Express Mail - First Class - US; TYVEK ENVELOPE | 84.00 |
|---|---|---|
| 04/26/2021 | Postage/Express Mail - First Class - US; TYVEK ENVELOPE | 79.20 |
| 04/30/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 112.00 |
| 04/13/2021 | Westlaw | 23.72 |
| 04/13/2021 | Westlaw | 23.72 |
| 04/14/2021 | Westlaw | 427.01 |
| 04/20/2021 | Westlaw | 45.24 |
| 04/20/2021 | Westlaw | 71.17 |
| 04/21/2021 | Westlaw | 98.06 |
| 04/21/2021 | Westlaw | 71.17 |
| 04/25/2021 | Westlaw | 65.38 |
| 04/07/2021 | Computer Search (Other) | 5.13 |
| 04/08/2021 | Computer Search (Other) | 23.40 |
| 04/09/2021 | Computer Search (Other) | 36.09 |
| 04/12/2021 | Computer Search (Other) | 1.53 |
| 04/13/2021 | Computer Search (Other) | 4.59 |
| 04/15/2021 | Computer Search (Other) | 0.18 |
| 04/15/2021 | Computer Search (Other) | 0.90 |
| 04/20/2021 | Computer Search (Other) | 70.74 |
| 04/21/2021 | Computer Search (Other) | 22.14 |
| 04/22/2021 | Computer Search (Other) | 16.02 |
| 04/23/2021 | Computer Search (Other) | 2.70 |
| 04/23/2021 | Computer Search (Other) | 2.52 |
| 04/24/2021 | Computer Search (Other) | 2.61 |
| 04/25/2021 | Computer Search (Other) | 2.88 |
| 04/26/2021 | Computer Search (Other) | 2.34 |
| 04/27/2021 | Computer Search (Other) | 78.03 |
| 04/28/2021 | Computer Search (Other) | 12.87 |
| 04/29/2021 | Computer Search (Other) | 22.59 |
| 04/29/2021 | Computer Search (Other) | 2.70 |
| 04/30/2021 | Computer Search (Other) | 8.37 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2274668

Page 49

| | | |
|---|---|---|
| 04/30/2021 | Computer Search (Other) - CourtLink Use - Charges for April, 2021 | 5.24 |
| **Total Costs incurred and advanced** | | **$33,298.06** |
| | **Current Fees and Costs** | **$638,549.06** |
| | **Total Balance Due - Due Upon Receipt** | **$638,549.06** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com


The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274669

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Communications w/Creditors/Website(Other than Comm. Members)
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins


Legal fees for professional services
for the period ending April 30, 2021 | $16,639.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$16,639.50** |
| **Total Balance Due – Due Upon Receipt** | **$16,639.50** |


We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274669

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

<u>**Communications w/Creditors/Website(Other than Comm. Members)**</u>
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021                                          $16,639.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$16,639.50** |
| **Total Balance Due – Due Upon Receipt** | **$16,639.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send
payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We
strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @
213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal
confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply
mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274669

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Communications w/Creditors/Website(Other than Comm. Members)**          **$16,639.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B112** | **General Creditor Inquiries** | | | | |
| 04/25/2021 | DEB4 | Correspond with creditor F. Rodriguez regarding inquiry | 0.10 | 1,095.00 | 109.50 |
| 04/26/2021 | DEB4 | Conference with creditor M. Lynn regarding inquiry | 0.40 | 1,095.00 | 438.00 |
| | | **Subtotal: B112 General Creditor Inquiries** | **0.50** | | **547.50** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 04/08/2021 | MN11 | Draft summary of court hearings for creditor website (1.4) | 1.40 | 955.00 | 1,337.00 |

The Commonwealth of Puerto Rico                                            Page 2
96395-00004
Invoice No. 2274669

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/2021 | AB21 | Prepare issues list regarding plan treatment of unsecured creditors for communication with creditors (1.3); telephone conference with L. Despins regarding same (0.2); correspond with L. Despins regarding same (0.2); telephone conference with S. Martinez (Zolfo) regarding same (0.1); correspond with L. Despins regarding related claims information (0.3); telephone conference with S. Martinez (Zolfo) regarding same (0.1) | 2.20 | 1,350.00 | 2,970.00 |
| 04/14/2021 | AB21 | Revise list of plan related issues for communications with creditors (1.1); correspond with L. Despins regarding same (0.2); telephone conferences with S. Martinez (Zolfo) regarding same (0.3); correspond with L. Despins, S. Martinez, and J. Casillas (CST) regarding same (0.2); correspond with S. Maza regarding related legal question (0.1); correspond with B. Al-Saif regarding list of unsecured creditors holding largest claims (0.3); review list (0.3) | 2.50 | 1,350.00 | 3,375.00 |
| 04/14/2021 | LAD4 | T/c J. Casillas (CST) re: external communication update (1.10); review/edit presentation re: same (1.40) | 2.50 | 1,600.00 | 4,000.00 |
| 04/15/2021 | AB21 | Update chart regarding largest unsecured creditor claims (0.8); correspond with L. Despins regarding same (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 04/20/2021 | LAD4 | T/c J. Casillas (CST) re: canvassing local creditors | 0.40 | 1,600.00 | 640.00 |
| 04/21/2021 | AB21 | Telephone conference with L. Despins, J. Casillas (CST) regarding outreach to creditors (0.2); correspond with L. Despins and J. Casillas regarding same (0.2) | 0.40 | 1,350.00 | 540.00 |

The Commonwealth of Puerto Rico                                                          Page 3
96395-00004
Invoice No. 2274669

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/27/2021 | AB21 | Telephone conference with L. Despins, J. Casillas (CST), and I. González-Morales (counsel to various creditors) regarding plan of adjustment (0.5); follow-up correspondence with J. Casillas and L. Despins regarding same (0.3); telephone conference with D. Barron regarding review of certain documents (0.1) | 0.90 | 1,350.00 | 1,215.00 |
| 04/27/2021 | LAD4 | T/c I. Gonzales (counsel to pre-petition judgment holders), J. Casillas (CST) & A. Bongartz re: status of claims (.50) | 0.50 | 1,600.00 | 800.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **11.70** | | **16,092.00** |
| | **Total** | | **12.20** | | **16,639.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.40 | 1,600.00 | 5,440.00 |
| AB21 | Alex Bongartz | Of Counsel | 6.90 | 1,350.00 | 9,315.00 |
| DEB4 | Douglass E. Barron | Associate | 0.50 | 1,095.00 | 547.50 |
| MN11 | Mariya Naulo | Associate | 1.40 | 955.00 | 1,337.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$16,639.50** |
| **Total Balance Due - Due Upon Receipt** | | **$16,639.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274670

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### PREPA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021                                        $85,392.00

Costs incurred and advanced                                        1,877.50

**Current Fees and Costs Due**                                        **$87,269.50**

**Total Balance Due – Due Upon Receipt**                        **$87,269.50**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274670

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021 ............................................. $85,392.00

Costs incurred and advanced ............................................. 1,877.50

**Current Fees and Costs Due** ............................................. **$87,269.50**

**Total Balance Due – Due Upon Receipt** ............................................. **$87,269.50**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*


PAUL
HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274670

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**PREPA**                                                                 **$85,392.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 04/09/2021 | SM29 | Creditor update call | 0.80 | 1,120.00 | 896.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **0.80** | | **896.00** |
| **B310** | **Claims Administration and Objections** | | | | |
| 03/30/2021 | NAB | Review administrative expense motion (.5); email with S. Martinez (Zolfo) regarding same (.2); email with P. Possinger (Proskauer) and E. Barak (Proskauer) regarding same (.1) | 0.80 | 1,350.00 | 1,080.00 |
| 04/01/2021 | WW6 | Prepare certificate of service for reservation of rights regarding LUMA Energy scheduling motion (.4); electronically file same with court (.2) | 0.60 | 235.00 | 141.00 |

The Commonwealth of Puerto Rico                                                        Page 2
96395-00006
Invoice No. 2274670

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/06/2021 | NAB | Email with E. Barak (Proskauer) regarding discovery issues (.1); review discovery responses (.1); email with S. Martinez (Zolfo) and S. Maza regarding same (.1); email with R. Buffette (UTIER counsel) regarding same and review requests (.2); review draft protective order (.2) | 0.70 | 1,350.00 | 945.00 |
| 04/07/2021 | ECS1 | Analyze supplemental agreement termination fees and application of § 503(b)(1)(A) of the Bankruptcy Code | 1.20 | 700.00 | 840.00 |
| 04/07/2021 | NAB | Review correspondence from P. Possinger (Proskauer) regarding LUMA motion (.1); correspond with S. Martinez (Zolfo) and S. Maza regarding same and potential objection (.1); call with S. Maza and S. Martinez regarding same (.8) | 1.00 | 1,350.00 | 1,350.00 |
| 04/07/2021 | SM29 | Review LUMA documents in advance of call with N. Bassett and S. Martinez (Zolfo) (1.1); call with N. Bassett and S. Martinez re same (.8); correspond with L. Despins re same (.3); correspond with E. Sutton re authority on same (.2) | 2.40 | 1,120.00 | 2,688.00 |
| 04/08/2021 | DEB4 | Conference with S. Maza regarding objection to Luma motion (0.4); conferences with L. Lopez regarding case law related to same (0.6); analyze case law related to same (3.3); draft objection to Luma motion (5.9) | 10.20 | 1,095.00 | 11,169.00 |
| 04/08/2021 | ECS1 | Analyze cases related to supplemental agreement termination fees and § 503(b)(1)(A) of the Bankruptcy Code | 4.70 | 700.00 | 3,290.00 |
| 04/08/2021 | LML1 | Call with S. Maza regarding consent rights and termination fee with regard to draft limited objection to LUMA motion (.2); review same and related case law (1.2); draft initial analysis of same (.4); conferences with D. Barron regarding same (.6); further analyze case law on same (3.8); correspond with D. Barron regarding same (.2) | 6.40 | 765.00 | 4,896.00 |

The Commonwealth of Puerto Rico                                            Page 3
96395-00006
Invoice No. 2274670

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/08/2021 | SM29 | Call with D. Barron re LUMA limited objection (.4); call with L. Lopez re case law for same (.2) | 0.60 | 1,120.00 | 672.00 |
| 04/09/2021 | AB21 | Correspond with S. Maza regarding LUMA objection (0.1); correspond with Committee regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 04/09/2021 | DEB4 | Conference with L. Lopez regarding objection to Luma motion (0.3); conferences with S. Maza regarding same (0.4); correspond with L. Lopez and S. Maza regarding same (0.5) | 1.20 | 1,095.00 | 1,314.00 |
| 04/09/2021 | ECS1 | Continue to analyze cases related to termination fees and § 503(b)(1)(A) of the Bankruptcy Code | 1.40 | 700.00 | 980.00 |
| 04/09/2021 | LML1 | Review LUMA motion (.5); analyze case law on the general/specific applicability of sections 503(b) and 503(b)(1)(A) and related limiting doctrines (3.1); analyze case law cited by the Government Parties on administrative expense claim allowance (2.3); draft memorandum regarding same (1.8); conference with D. Barron regarding same (.3) | 8.00 | 765.00 | 6,120.00 |
| 04/09/2021 | LML1 | Review draft limited objection to LUMA motion and prior order (1.5); review case law analysis on administrative expense claims (.8); review evidentiary procedures for administrative expense claims (1.0); begin drafting sections of limited objection regarding LUMA motion (2.1) | 5.40 | 765.00 | 4,131.00 |
| 04/09/2021 | LAD4 | Review/edit Luma email to Committee | 0.40 | 1,600.00 | 640.00 |
| 04/09/2021 | SM29 | Correspond with L. Despins re LUMA motion (.1); calls with D. Barron re issues and outline of limited objection in connection with same (.4) | 0.50 | 1,120.00 | 560.00 |
| 04/09/2021 | SM29 | Prepare email to committee re LUMA limited objection | 0.30 | 1,120.00 | 336.00 |
| 04/10/2021 | LML1 | Continue drafting sections of limited objection to LUMA motion | 10.50 | 765.00 | 8,032.50 |

The Commonwealth of Puerto Rico                                                                 Page 4
96395-00006
Invoice No. 2274670

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/11/2021 | AB21 | Correspond with Committee regarding draft objection to LUMA administrative expense motion | 0.10 | 1,350.00 | 135.00 |
| 04/11/2021 | DEB4 | Correspond with S. Maza regarding PREPA objection | 0.60 | 1,095.00 | 657.00 |
| 04/11/2021 | ECS1 | Further analyze supplemental agreement termination fees and application of § 503(b)(1)(A) of the Bankruptcy Code | 0.40 | 700.00 | 280.00 |
| 04/11/2021 | LML1 | Draft sections of limited objection to LUMA motion (.6); correspond with S. Maza and D. Barron regarding same (.1); review cases and statutory authority regarding consent, blocking, and veto rights (.9); draft memorandum on same (.6); revise parts of limited objection regarding same (1.0); correspond with S. Maza regarding same (.1) | 3.30 | 765.00 | 2,524.50 |
| 04/11/2021 | LAD4 | Review/edit renewed Luma objection | 1.60 | 1,600.00 | 2,560.00 |
| 04/11/2021 | SM29 | Prepare limited objection to LUMA administrative expense motion (2.6); review cases from E. Sutton re same (1.1); correspond with E. Sutton, D. Barron, and L. Lopez re consent rights and authority in connection with same (.3); review related cases (1.3); revise limited objection to include comments from L. Despins (.5); correspond with L. Despins re same (.2); correspond with S. Martinez (ZC) re same (.2); review comments from S. Martinez on limited objection (.1); revise objection to include same (.2) | 6.50 | 1,120.00 | 7,280.00 |
| 04/12/2021 | LAD4 | Review/edit revised Luma objection (re-draft) (1.10) | 1.10 | 1,600.00 | 1,760.00 |
| 04/12/2021 | NAB | Revise objection to LUMA administrative expense motion (.6); review contract and related document in connection with same (.3); correspond with S. Maza and L. Despins regarding same (.2) | 1.10 | 1,350.00 | 1,485.00 |

The Commonwealth of Puerto Rico                                    Page 5
96395-00006
Invoice No. 2274670

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/2021 | SM29 | Correspond with L. Despins and N. Bassett re LUMA administrative expense motion (.2); revise limited objection to same to include comments from L. Despins (1.1); revise same to incorporate comments from N. Bassett (.4) | 1.70 | 1,120.00 | 1,904.00 |
| 04/12/2021 | WW6 | Review renewed limited objection to LUMA's administrative expense motion (1.8); prepare same for filing (.2); correspond with S. Maza regarding same (.2); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 2.90 | 235.00 | 681.50 |
| 04/20/2021 | SM29 | Correspond with A. Bongartz re LUMA issues | 0.20 | 1,120.00 | 224.00 |
| 04/26/2021 | DEB4 | Correspond with S. Maza regarding administrative claim motion | 0.70 | 1,095.00 | 766.50 |
| 04/26/2021 | SM29 | Review Oversight Board reply in support of LUMA motion (.7); analyze case law re same (4.0); prepare hearing outline (1.1); email S. Martinez (Zolfo) re same (.2) | 6.00 | 1,120.00 | 6,720.00 |
| 04/27/2021 | SM29 | Review pleadings and issues to prepare for LUMA hearing (1.7); analyze case law re same (1.5); correspond with L. Despins re same (.6); calls with S. Martinez (Zolfo) re same (.3); correspond with S. Martinez re same (.2); correspond with L. Despins re hearing prep (.2); revise hearing outline (.5); correspond with L. Despins re same (.2); revise hearing outline per L. Despins input (.9); review comments from S. Martinez to same (.2); correspond with S. Martinez re same (.2); revise outline to include S. Martinez input (.3) | 6.80 | 1,120.00 | 7,616.00 |
| **Subtotal: B310 Claims Administration and Objections** | | | **89.50** | | **84,048.00** |

The Commonwealth of Puerto Rico
96395-00006
Invoice No. 2274670

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B420** | **Restructurings** | | | | |
| 04/16/2021 | SM29 | Call with M. Cassell (Wachtell) re RSA issues | 0.20 | 1,120.00 | 224.00 |
| 04/19/2021 | SM29 | Correspond with L. Despins and N. Bassett re calls with WLRK and RSA issues | 0.20 | 1,120.00 | 224.00 |
| | | **Subtotal: B420  Restructurings** | **0.40** | | **448.00** |
| | **Total** | | **90.70** | | **85,392.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.10 | 1,600.00 | 4,960.00 |
| NAB | Nicholas A. Bassett | Partner | 3.60 | 1,350.00 | 4,860.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.30 | 1,350.00 | 405.00 |
| SM29 | Shlomo Maza | Associate | 26.20 | 1,120.00 | 29,344.00 |
| DEB4 | Douglass E. Barron | Associate | 12.70 | 1,095.00 | 13,906.50 |
| LML1 | Leah M. Lopez | Associate | 33.60 | 765.00 | 25,704.00 |
| ECS1 | Ezra C. Sutton | Associate | 7.70 | 700.00 | 5,390.00 |
| WW6 | Winnie Wu | Other Timekeeper | 3.50 | 235.00 | 822.50 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 04/08/2021 | Lexis/On Line Search | | | 52.21 |
| 04/08/2021 | Lexis/On Line Search | | | 175.36 |
| 04/08/2021 | Lexis/On Line Search | | | 496.01 |
| 04/09/2021 | Lexis/On Line Search | | | 130.53 |
| 04/09/2021 | Lexis/On Line Search | | | 250.51 |
| 04/10/2021 | Lexis/On Line Search | | | 287.16 |
| 04/11/2021 | Lexis/On Line Search | | | 52.21 |

The Commonwealth of Puerto Rico                                                    Page 7
96395-00006
Invoice No. 2274670

| | | |
|---|---|---:|
| 04/11/2021 | Lexis/On Line Search | 391.59 |
| 04/11/2021 | Lexis/On Line Search | 27.94 |
| 04/11/2021 | Lexis/On Line Search | 13.98 |
| **Total Costs incurred and advanced** | | **$1,877.50** |
| | **Current Fees and Costs** | **$87,269.50** |
| | **Total Balance Due - Due Upon Receipt** | **$87,269.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                  June 23, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                        Please Refer to
c/o O'Melveny & Myers LLP                        Invoice Number: 2274671
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                    PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**ERS**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00008
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021                              $12,147.00
                              **Current Fees and Costs Due**      **$12,147.00**
                              **Total Balance Due – Due Upon Receipt**  **$12,147.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send
payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We
strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @
213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal
confirmation.*

**Wiring and ACH Instructions:**            **Remittance Address:**
  Citibank                                    Paul Hastings LLP
  ABA # 322271724                             Lockbox 4803
  SWIFT Address:  CITIUS33                    PO Box 894803
  787 W. 5th Street                           Los Angeles, CA  90189-4803
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply
mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274671

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**ERS**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00008
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021

$12,147.00

**Current Fees and Costs Due**  **$12,147.00**

**Total Balance Due – Due Upon Receipt**  **$12,147.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274671

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**ERS**                                                                    **$12,147.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 04/13/2021 | WW6 | Prepare certificate of service for response to stay ERS adversary proceedings (.4); electronically file same with court (.2); prepare certificate of service for renewed limited objection regarding LUMA administrative expense motion (.4); electronically file same with court (.2); electronically serve committee pleadings filed on April 13, 2021 (.4) | 1.60 | 235.00 | 376.00 |
| | **Subtotal: B110  Case Administration** | | **1.60** | | **376.00** |
| **B310** | **Claims Administration and Objections** | | | | |
| 04/01/2021 | DEB4 | Correspond with M. Gonzalez (Prime Clerk) regarding ERS objection pleadings | 0.10 | 1,095.00 | 109.50 |

The Commonwealth of Puerto Rico                                             Page 2
96395-00008
Invoice No. 2274671

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/2021 | DEB4 | Correspond with M. Gonzalez (Prime Clerk) regarding ERS objection pleadings | 0.10 | 1,095.00 | 109.50 |
| 04/05/2021 | AB21 | Correspond with N. Bassett regarding motion to stay ERS litigation, including ultra vires objection | 0.50 | 1,350.00 | 675.00 |
| 04/05/2021 | DEB4 | Correspond with A. Bongartz regarding ERS objection pleadings | 0.10 | 1,095.00 | 109.50 |
| 04/05/2021 | NAB | Call with J. Roche (Proskauer) regarding proposed stay of litigation (.2); analyze Committee strategy for response to same (.3); correspond with L. Despins regarding same (.1); review draft motion to stay (.1) | 0.70 | 1,350.00 | 945.00 |
| 04/06/2021 | IVT | Conference with N. Bassett regarding preservation of appeal issues for ERS proceeding | 0.30 | 1,350.00 | 405.00 |
| 04/06/2021 | IVT | Correspond with N. Bassett regarding response to motion to stay ERS proceeding | 0.20 | 1,350.00 | 270.00 |
| 04/06/2021 | NAB | Review emails from J. Roche (Proskauer) regarding ERS litigation stay (.2); conference with I. Timofeyev regarding same (.3); correspond with A. Bongartz regarding same and summary for Committee (.2); correspond with L. Despins regarding same (.1) | 0.80 | 1,350.00 | 1,080.00 |
| 04/07/2021 | DEB4 | Correspond with M. Gonzalez regarding ERS objection pleadings | 0.10 | 1,095.00 | 109.50 |
| 04/07/2021 | IVT | Prepare insert to stay motion in ERS proceeding ensuring preservation of appellate issues | 1.30 | 1,350.00 | 1,755.00 |
| 04/07/2021 | IVT | Correspond with N. Bassett regarding preservation of appellate issues in ERS proceeding | 0.10 | 1,350.00 | 135.00 |
| 04/07/2021 | NAB | Revise draft objection to stay motion (.4); review pleadings and stipulation in connection with same (.3); correspond with L. Despins and I. Timofeyev regarding same (.1) | 0.80 | 1,350.00 | 1,080.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00008
Invoice No. 2274671

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/08/2021 | IVT | Correspond with N. Bassett and W. Wu regarding response to motion to stay ERS proceeding | 0.20 | 1,350.00 | 270.00 |
| 04/08/2021 | IVT | Review response to motion to stay ERS proceeding | 0.20 | 1,350.00 | 270.00 |
| 04/08/2021 | NAB | Further revise response to motion to stay litigation (.7); correspond with W. Wu regarding same (.2) | 0.90 | 1,350.00 | 1,215.00 |
| 04/08/2021 | WW6 | Prepare response to stay adversary proceedings regarding ERS bonds for filing (.3); correspond with N. Bassett regarding same (.1); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 1.10 | 235.00 | 258.50 |
| 04/09/2021 | DEB4 | Correspond with M. Gonzalez (Prime Clerk) regarding ERS objection documents | 0.10 | 1,095.00 | 109.50 |
| 04/12/2021 | AB21 | Review ERS stay order (0.1); correspond with L. Despins and N. Bassett regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 04/12/2021 | DEB4 | Correspond with M. Gonzalez regarding ERS objection related documents | 0.10 | 1,095.00 | 109.50 |
| 04/12/2021 | IVT | Review district court's order regarding stay in ERS litigation and overruling objection | 0.10 | 1,350.00 | 135.00 |
| 04/12/2021 | NAB | Review decision granting motion to stay litigation (.1); correspond with L. Despins regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 04/19/2021 | DEB4 | Correspond with L. Despins and A. Bongartz regarding ERS settlement (0.2); correspond with J. Berman (Prime Clerk) regarding notices of participation (0.1) | 0.30 | 1,095.00 | 328.50 |
| 04/27/2021 | DEB4 | Prepare informative motion regarding notices of participation (0.4); conference with A. Bongartz regarding same (0.1); correspond with C. Mohan (Prime Clerk) regarding same (0.1) | 0.60 | 1,095.00 | 657.00 |

The Commonwealth of Puerto Rico          Page 4
96395-00008
Invoice No. 2274671

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/28/2021 | DEB4 | Correspond with C. Mohan (Prime Clerk) regarding notices of participation (0.1); review same (0.2); correspond with objector counsel regarding informative motion related to same (0.2) | 0.50 | 1,095.00 | 547.50 |
| 04/29/2021 | DEB4 | Correspond with objector counsel regarding informative motion in connection with notices of participation (0.1); correspond with W. Wu regarding same (0.1); review same (0.1); correspond with A. Bongartz regarding same (0.1) | 0.40 | 1,095.00 | 438.00 |
| 04/30/2021 | DEB4 | Correspond with M. Gonzalez (Prime Clerk) regarding ERS objection related pleadings | 0.10 | 1,095.00 | 109.50 |
| | | **Subtotal: B310  Claims Administration and Objections** | **10.10** | | **11,771.00** |
| | | **Total** | **11.70** | | **12,147.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 3.40 | 1,350.00 | 4,590.00 |
| IVT | Igor V. Timofeyev | Partner | 2.40 | 1,350.00 | 3,240.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.70 | 1,350.00 | 945.00 |
| DEB4 | Douglass E. Barron | Associate | 2.50 | 1,095.00 | 2,737.50 |
| WW6 | Winnie Wu | Other Timekeeper | 2.70 | 235.00 | 634.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$12,147.00** |
| **Total Balance Due - Due Upon Receipt** | **$12,147.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274672

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Adversary Proceedings**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $23,643.00 |
| Costs incurred and advanced | 284.02 |
| **Current Fees and Costs Due** | **$23,927.02** |
| **Total Balance Due - Due Upon Receipt** | **$23,927.02** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274672

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Other Adversary Proceedings**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $23,643.00 |
| Costs incurred and advanced | 284.02 |
| **Current Fees and Costs Due** | **$23,927.02** |
| **Total Balance Due - Due Upon Receipt** | **$23,927.02** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274672

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Other Adversary Proceedings**                                        **$23,643.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 04/01/2021 | NAB | Correspond with T. Axelrod (Brown Rudnick) and J. Arrastia (Genovese) regarding settlement procedures motion | 0.30 | 1,350.00 | 405.00 |
| 04/06/2021 | NAB | Revise draft avoidance action settlement procedures motion (.3); email with T. Axelrod regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 04/07/2021 | NAB | Review settlement recommendation memoranda for avoidance actions (.8); emails to S. Martinez (Zolfo) regarding same (.2); email to M. Sawyer (Brown Rudnick) regarding same (.1) | 1.10 | 1,350.00 | 1,485.00 |
| 04/08/2021 | NAB | Call with S. Martinez (Zolfo) regarding avoidance action settlement recommendation issues and plan confirmation issues (.3); review recommendation memoranda (.3); email to T. Axelrod (Brown Rudnick) regarding same (.2) | 0.80 | 1,350.00 | 1,080.00 |

The Commonwealth of Puerto Rico
96395-00009
Invoice No. 2274672

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/09/2021 | NAB | Correspond with T. Axelrod (Brown Rudnick) regarding answer deadlines in avoidance actions (.2); review orders and related documents in connection with same (.2); correspond with J. Arrastia (Genovese) regarding same (.1); call with W. Farmer regarding avoidance issues (.5); correspond with A. Bongartz regarding discovery requests (.1) | 1.10 | 1,350.00 | 1,485.00 |
| 04/09/2021 | WCF | Call with N. Bassett regarding case history and avoidance issues (.5); analyze ordinary course of business defense regarding first-instance transaction and preference claim (2.7); draft analysis of same for N. Bassett (.4) | 3.60 | 955.00 | 3,438.00 |
| 04/10/2021 | NAB | Emails with S. Martinez regarding avoidance action issues (.2); analyze same (.3) | 0.50 | 1,350.00 | 675.00 |
| 04/12/2021 | IVT | Correspond with N. Bassett regarding district court's order regarding stay in ERS litigation and overruling objection | 0.10 | 1,350.00 | 135.00 |
| 04/13/2021 | NAB | Review avoidance action recommendation emails and memoranda (.1) | 0.10 | 1,350.00 | 135.00 |
| 04/14/2021 | ECS1 | Prepare reply in support of committee's motion requesting entry of order setting briefing schedule and hearing on committee's cross-motion for stay relief (5.9); call with N. Bassett and W. Farmer regarding same (.4) | 6.30 | 700.00 | 4,410.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00009
Invoice No. 2274672

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2021 | NAB | Review avoidance action settlement recommendations (.4); review case law and backup documentation relating to same (.5); call with S. Martinez (Zolfo) regarding same (.4); email with T. Axelrod (Brown Rudnick) and M. Sawyer (Brown Rudnick) regarding settlement agreements and related issues (.3); review additional backup documentation for proposed settlements (.3) review settlement agreements (.2); call with T. Axelrod, S. Martinez regarding avoidance action issues (.9); further call with S. Martinez regarding same (.3) | 3.30 | 1,350.00 | 4,455.00 |
| 04/18/2021 | NAB | Analyze proposed avoidance action settlement (.4); review backup documentation regarding same (.2); email with S. Martinez (Zolfo) regarding same (.2) | 0.80 | 1,350.00 | 1,080.00 |
| 04/19/2021 | NAB | Call with S. Martinez (Zolfo) regarding settlement recommendation for avoidance action (.3); review backup data and documents in connection with same (.4) | 0.70 | 1,350.00 | 945.00 |
| 04/20/2021 | NAB | Call with J. Nieves (CST) regarding avoidance action mediator recommendations (.1) | 0.10 | 1,350.00 | 135.00 |
| 04/20/2021 | NAB | Email with S. Martinez (Zolfo) regarding avoidance action settlement recommendation issues (.3) | 0.30 | 1,350.00 | 405.00 |
| 04/22/2021 | NAB | Email with M. Sawyer (Brown Rudnick) regarding avoidance action settlement issues and analysis of same (.3) | 0.30 | 1,350.00 | 405.00 |
| 04/26/2021 | NAB | Email with S. Martinez (Zolfo) regarding discovery issues (.1); review and assess avoidance action settlement recommendation memoranda (.3); email with T. Axelrod (Brown Rudnick) regarding same (.2); review draft notice of settlement and final settlement agreement (.2); email with M. Sawyer (Brown Rudnick) regarding same (.1) | 0.90 | 1,350.00 | 1,215.00 |

The Commonwealth of Puerto Rico                                                   Page 4
96395-00009
Invoice No. 2274672

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/27/2021 | NAB | Review avoidance action settlement agreement and related documents (.2); email with M. Sawyer (Brown Rudnick) regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 04/28/2021 | NAB | Call with T. Axelrod (Brown Rudnick) regarding avoidance action settlement procedures motion (.1); email with T. Axelrod regarding same (.1); revise draft motion (.2); further email with T. Axelrod regarding same (.1) | 0.50 | 1,350.00 | 675.00 |
| 04/30/2021 | NAB | Correspond with T. Axelrod (Brown Rudnick) regarding motion to establish settlement procedures | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B191  General Litigation** | **21.60** | | **23,643.00** |
| | **Total** | | **21.60** | | **23,643.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| IVT | Igor V. Timofeyev | Partner | 0.10 | 1,350.00 | 135.00 |
| NAB | Nicholas A. Bassett | Partner | 11.60 | 1,350.00 | 15,660.00 |
| WCF | Will Clark Farmer | Associate | 3.60 | 955.00 | 3,438.00 |
| ECS1 | Ezra C. Sutton | Associate | 6.30 | 700.00 | 4,410.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 04/09/2021 | Lexis/On Line Search | | | 25.05 |
| 04/15/2021 | Lexis/On Line Search | | | 156.63 |
| 04/15/2021 | Lexis/On Line Search | | | 6.33 |
| 04/22/2021 | Westlaw | | | 71.17 |
| 04/13/2021 | Computer Search (Other) | | | 0.90 |
| 04/14/2021 | Computer Search (Other) | | | 20.34 |
| 04/14/2021 | Computer Search (Other) | | | 0.90 |

The Commonwealth of Puerto Rico                                               Page 5
96395-00009
Invoice No. 2274672

| | | |
|---|---|---:|
| 04/26/2021 | Computer Search (Other) | 0.90 |
| 04/28/2021 | Computer Search (Other) | 0.90 |
| 04/29/2021 | Computer Search (Other) | 0.90 |
| **Total Costs incurred and advanced** | | **$284.02** |
| | **Current Fees and Costs** | **$23,927.02** |
| | **Total Balance Due - Due Upon Receipt** | **$23,927.02** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274673

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2021 | $15,810.00 |
| **Current Fees and Costs Due** | **$15,810.00** |
| **Total Balance Due – Due Upon Receipt** | **$15,810.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274673

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021                                     $15,810.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$15,810.00** |
| **Total Balance Due – Due Upon Receipt** | **$15,810.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274673

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Mediation**                                                                                    **$15,810.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 04/01/2021 | AB21 | Telephone conference with L. Despins, S. Martinez (Zolfo), and T. Stenger (Zolfo) regarding ▮▮▮ (0.4); review same ▮▮▮ (0.2) | 0.60 | 1,350.00 | 810.00 |
| 04/01/2021 | LAD4 | T/c S. Martinez & T. Stenger (Zolfo) & A. Bongartz re: ▮▮▮ (.40); review/edit ▮▮▮ (.80); review/comment on ▮▮▮ (1.60) | 2.80 | 1,600.00 | 4,480.00 |
| 04/02/2021 | LAD4 | Review/edit ▮▮▮ (1.20); t/c S. Martinez (Zolfo) re: same (.20); analyze/comment on ▮▮▮ (2.70) | 4.10 | 1,600.00 | 6,560.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2274673

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/05/2021 | AB21 | Correspond with S. Martinez (Zolfo) regarding follow-up question from S. Millman (Stroock) regarding mediation update | 0.10 | 1,350.00 | 135.00 |
| 04/06/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding | 0.30 | 1,350.00 | 405.00 |
| 04/07/2021 | LAD4 | T/c S. Martinez (Zolfo) re: (.10); t/c Judge Houser re: update (.20); t/c A. Velazquez (SEIU) re: same (.50) | 0.80 | 1,600.00 | 1,280.00 |
| 04/26/2021 | AB21 | Review correspondence from S. Martinez (Zolfo) regarding | 0.10 | 1,350.00 | 135.00 |
| 04/28/2021 | AB21 | Review draft email from S. Martinez (Zolfo) regarding | 0.10 | 1,350.00 | 135.00 |
| 04/30/2021 | AB21 | Correspond with L. Despins regarding | 0.20 | 1,350.00 | 270.00 |
| 04/30/2021 | LAD4 | Review/edit (.80); t/c S. Martinez (Zolfo) re: same (.20) | 1.00 | 1,600.00 | 1,600.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **10.10** | | **15,810.00** |
| | **Total** | | **10.10** | | **15,810.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 8.70 | 1,600.00 | 13,920.00 |
| AB21 | Alex Bongartz | Of Counsel | 1.40 | 1,350.00 | 1,890.00 |
| | **Current Fees and Costs** | | | | **$15,810.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$15,810.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274674

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021

|  |  |
|---|---|
| | $15,187.00 |
| **Current Fees and Costs Due** | **$15,187.00** |
| **Total Balance Due – Due Upon Receipt** | **$15,187.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274674

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending April 30, 2021                                        $15,187.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$15,187.00** |
| **Total Balance Due – Due Upon Receipt** | **$15,187.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 23, 2021

Please Refer to
Invoice Number: 2274674

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2021

**Creditors' Committee Meetings**                                          **$15,187.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 04/06/2021 | MN11 | Draft committee call agenda (.4); email L. Despins regarding same (.1); email A. Velazquez regarding same (.1); email S. Martinez regarding same (.1) | 0.70 | 955.00 | 668.50 |
| 04/07/2021 | AB21 | Telephone conference with L. Despins and N. Bassett in preparation for Committee update call (0.3); review agenda and issues to prepare for same (0.2); participate in Committee update call regarding recent developments in Title III cases (0.7) | 1.20 | 1,350.00 | 1,620.00 |
| 04/07/2021 | DEB4 | Review agenda and notes to prepare for meeting (0.1); attend committee meeting (0.7) | 0.80 | 1,095.00 | 876.00 |
| 04/07/2021 | LAD4 | Review agenda and pending issues to prepare for committee call (.30); t/c A. Bongartz and N. Bassett re: same (.30); handle weekly committee call (.70) | 1.30 | 1,600.00 | 2,080.00 |

The Commonwealth of Puerto Rico                                        Page 2
96395-00012
Invoice No. 2274674

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/07/2021 | MN11 | Draft annotated committee call agenda (.3); email L. Despins regarding same (.1) | 0.40 | 955.00 | 382.00 |
| 04/13/2021 | MN11 | Revise Committee call agenda (.1); email L. Despins regarding same (.1); email A. Velazquez (SEIU) regarding same (.1) | 0.30 | 955.00 | 286.50 |
| 04/14/2021 | AB21 | Revise annotated agenda for Committee update call (0.1); telephone conference with M. Naulo regarding same (0.1); telephone conference with L. Despins, S. Martinez (Zolfo), and Committee regarding update on chapter 11 cases (0.5) | 0.70 | 1,350.00 | 945.00 |
| 04/14/2021 | DEB4 | Attend Committee meeting | 0.50 | 1,095.00 | 547.50 |
| 04/14/2021 | LAD4 | Review agenda and issues to prepare for committee call (.40); handle weekly committee call (.50) | 0.90 | 1,600.00 | 1,440.00 |
| 04/14/2021 | MN11 | Draft annotated agenda for Committee call (.1); discuss same with A. Bongartz (.1); email L. Despins regarding same (.1) | 0.30 | 955.00 | 286.50 |
| 04/14/2021 | SM29 | Committee call | 0.50 | 1,120.00 | 560.00 |
| 04/20/2021 | AB21 | Revise agenda for Committee update call (0.1); correspond with M. Naulo, S. Martinez (Zolfo), and L. Despins regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 04/20/2021 | MN11 | Revise Committee call agenda (.2); correspond with S. Martinez (Zolfo) regarding same (.1); correspond with L. Despins regarding same (.1); correspond with A. Velazquez (SEIU) regarding same (.1) | 0.50 | 955.00 | 477.50 |
| 04/21/2021 | AB21 | Correspond with M. Naulo regarding annotated agenda for Committee update call (0.2); revise same (0.1); telephone conference with L. Despins, S. Martinez (Zolfo), and Committee regarding recent developments in Title III cases (0.2) | 0.50 | 1,350.00 | 675.00 |
| 04/21/2021 | DEB4 | Attend committee meeting (0.2); prepare notes regarding same (0.1) | 0.30 | 1,095.00 | 328.50 |
| 04/21/2021 | LAD4 | Handle weekly Committee call | 0.20 | 1,600.00 | 320.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00012
Invoice No. 2274674

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/28/2021 | AB21 | Correspond with M. Naulo regarding preparation for Committee update call (0.1); call with L. Despins, S. Martinez (Zolfo) and Committee regarding recent developments in Title III cases (0.6) | 0.70 | 1,350.00 | 945.00 |
| 04/28/2021 | DEB4 | Attend Committee meeting | 0.60 | 1,095.00 | 657.00 |
| 04/28/2021 | LAD4 | Review pending issues to prepare for committee call (.30); handle weekly committee call (.60) | 0.90 | 1,600.00 | 1,440.00 |
| 04/28/2021 | MN11 | Draft annotated agenda for committee call (.3); email L. Despins regarding same (.1) | 0.40 | 955.00 | 382.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **11.90** | | **15,187.00** |
| | **Total** | | **11.90** | | **15,187.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.30 | 1,600.00 | 5,280.00 |
| AB21 | Alex Bongartz | Of Counsel | 3.30 | 1,350.00 | 4,455.00 |
| SM29 | Shlomo Maza | Associate | 0.50 | 1,120.00 | 560.00 |
| DEB4 | Douglass E. Barron | Associate | 2.20 | 1,095.00 | 2,409.00 |
| MN11 | Mariya Naulo | Associate | 2.60 | 955.00 | 2,483.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$15,187.00** |
| **Total Balance Due - Due Upon Receipt** | | **$15,187.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277297

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $378,314.50 |
| Costs incurred and advanced | 9,862.81 |
| **Current Fees and Costs Due** | **$388,177.31** |
| **Total Balance Due - Due Upon Receipt** | **$388,177.31** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277297

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

Legal fees for professional services
for the period ending May 31, 2021

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $378,314.50 |
| Costs incurred and advanced | 9,862.81 |
| **Current Fees and Costs Due** | **$388,177.31** |
| **Total Balance Due - Due Upon Receipt** | **$388,177.31** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277297

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

**Official Comm. of Unsecured Creditors of Commonwealth of PR**          **$378,314.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 05/04/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/04/2021 | WW6 | Update case calendar | 0.30 | 235.00 | 70.50 |
| 05/05/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 05/06/2021 | AB21 | Update list of open issues for Committee | 0.20 | 1,350.00 | 270.00 |
| 05/06/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |
| 05/06/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett re document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/11/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/2021 | JK21 | Review response to Covid-19 status report (0.2); electronically file with the court response to Covid-19 status report (0.4); electronically serve response to Covid-19 status report (0.3) | 0.90 | 495.00 | 445.50 |
| 05/12/2021 | LAD4 | T/c A. Velazquez (SEIU) re: update on case (.40) | 0.40 | 1,600.00 | 640.00 |
| 05/12/2021 | SM29 | Review open issues list and pending case matters | 0.50 | 1,120.00 | 560.00 |
| 05/12/2021 | WW6 | Update case calendar (.3); correspond with A. Bongartz regarding May 18, 2021 hearing (.1) | 0.40 | 235.00 | 94.00 |
| 05/13/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/13/2021 | WW6 | Service of response to May 11, 2021 status report | 0.20 | 235.00 | 47.00 |
| 05/14/2021 | WW6 | Update case calendar | 0.40 | 235.00 | 94.00 |
| 05/17/2021 | WW6 | Prepare certificate of service for response to status report re COVID-19 pandemic and rule 9019 motion (.4); electronically file the same with court (.2) | 0.60 | 235.00 | 141.00 |
| 05/17/2021 | WW6 | Review master service list as of May 17, 2021 | 0.30 | 235.00 | 70.50 |
| 05/18/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/18/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| 05/20/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/25/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/26/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |
| 05/27/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |

The Commonwealth of Puerto Rico                                                     Page 3
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/27/2021 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 235.00 | 47.00 |
| 05/28/2021 | WW6 | Update case calendar | 0.20 | 235.00 | 47.00 |
| | | **Subtotal: B110  Case Administration** | **6.70** | | **3,020.00** |

**B113  Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | AB21 | Review docket update and recent filings (0.2); correspond with D. Barron regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 05/03/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/04/2021 | AB21 | Review docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 05/04/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 05/04/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/05/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/06/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 05/06/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases (.3) | 0.30 | 235.00 | 70.50 |
| 05/07/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 05/07/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/10/2021 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                        Page 4
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/10/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/11/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 05/11/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |
| 05/11/2021 | WW6 | Update case calendar | 0.10 | 235.00 | 23.50 |
| 05/11/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/12/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/13/2021 | AB21 | Review Title III docket update and recent filings (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 05/13/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/14/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/17/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 05/17/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/18/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/18/2021 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 235.00 | 211.50 |

The Commonwealth of Puerto Rico                                         Page 5
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/19/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases (.3); correspond with L. Despins regarding order regarding revenue bond adversary (.1) | 0.40 | 235.00 | 94.00 |
| 05/20/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/21/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/24/2021 | AB21 | Review Title III docket update and recent filings (0.1); correspond with L. Despins and N. Bassett regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 05/24/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/25/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/26/2021 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,350.00 | 270.00 |
| 05/26/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/27/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| 05/28/2021 | WW6 | Correspond with A. Bongartz, S. Maza regarding recently filed pleadings in title III cases | 0.30 | 235.00 | 70.50 |
| | | **Subtotal: B113  Pleadings Review** | **11.00** | | **4,926.50** |

**B150      Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | DEB4 | Revise committee update email (1.2); correspond with M. Naulo regarding committee update email (0.1) | 1.30 | 1,095.00 | 1,423.50 |

The Commonwealth of Puerto Rico                                                       Page 6
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | MN11 | Correspond with A. Bongartz re Committee update email (.1); correspond with D. Barron regarding same (.5); review recent filings and developments for Committee update email (1.2); draft same (1.1) | 2.90 | 955.00 | 2,769.50 |
| 05/04/2021 | AB21 | Correspond with M. Naulo regarding Committee update email (0.1); telephone conference with M. Naulo regarding same (0.1); revise update email (0.4); correspond with L. Despins regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 05/06/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 05/06/2021 | DEB4 | Correspond with M. Naulo regarding committee update email | 0.10 | 1,095.00 | 109.50 |
| 05/07/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.6); correspond with L. Despins regarding same (0.1) | 0.70 | 1,350.00 | 945.00 |
| 05/10/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 05/10/2021 | MN11 | Review recent filings and developments for Committee update email | 0.80 | 955.00 | 764.00 |
| 05/11/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 05/11/2021 | MN11 | Correspond with A. Bongartz regarding recent developments and Committee updates (.2); correspond with W. Wu regarding same (.2); correspond with N. Bassett regarding same (.2) | 0.60 | 955.00 | 573.00 |
| 05/11/2021 | MN11 | Draft committee update email | 2.70 | 955.00 | 2,578.50 |
| 05/12/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email (0.1); revise same (0.3); correspond with L. Despins regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 05/12/2021 | MN11 | Review developments for committee update email (1.6); draft same (1.4) | 3.00 | 955.00 | 2,865.00 |
| 05/13/2021 | MN11 | Review recent case developments for committee update email (2.1); draft same (1.6) | 3.70 | 955.00 | 3,533.50 |

The Commonwealth of Puerto Rico                                                    Page 7
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/14/2021 | MN11 | Review recent filings and developments for committee update email (1.9); draft same (1.0) | 2.90 | 955.00 | 2,769.50 |
| 05/16/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,350.00 | 810.00 |
| 05/17/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email | 0.10 | 1,350.00 | 135.00 |
| 05/17/2021 | MN11 | Draft Committee update email | 2.00 | 955.00 | 1,910.00 |
| 05/18/2021 | DEB4 | Conference with M. Naulo regarding Committee update email (0.3); revise same (0.5) | 0.80 | 1,095.00 | 876.00 |
| 05/18/2021 | MN11 | Draft committee update email (2.1); call with D. Barron regarding same (.3) | 2.40 | 955.00 | 2,292.00 |
| 05/19/2021 | DEB4 | Correspond with L. Despins regarding Committee update email (0.1); revise same (0.1); correspond with M. Naulo and A. Bongartz regarding issues related to same (0.3) | 0.50 | 1,095.00 | 547.50 |
| 05/19/2021 | MN11 | Draft annotated agenda for Committee call (.4); correspond with L. Despins regarding same (.1); draft Committee update email (1.0) | 1.50 | 955.00 | 1,432.50 |
| 05/20/2021 | MN11 | Draft Committee update email | 3.60 | 955.00 | 3,438.00 |
| 05/21/2021 | MN11 | Draft Committee update email | 1.80 | 955.00 | 1,719.00 |
| 05/23/2021 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,350.00 | 675.00 |
| 05/23/2021 | MN11 | Daft committee update email | 3.40 | 955.00 | 3,247.00 |
| 05/25/2021 | AB21 | Correspond with M. Naulo regarding next Committee update email (0.1); revise same (0.3) | 0.40 | 1,350.00 | 540.00 |
| 05/25/2021 | MN11 | Draft committee update email (1.6); correspond regarding additional developments with A. Bongartz (.2) | 1.80 | 955.00 | 1,719.00 |

The Commonwealth of Puerto Rico                                                Page 8
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/26/2021 | MN11 | Draft annotated committee call agenda (.4); correspond with L. Despins regarding same (.1); revise same to reflect recent developments (.3); correspond with A. Bongartz and L. Despins regarding same (.2) | 1.00 | 955.00 | 955.00 |
| 05/27/2021 | AB21 | Correspond with Committee regarding update on Oversight Board public meeting | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **40.70** | | **40,787.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/27/2021 | LML1 | Attend via teleconference FOMB's 28th public meeting regarding certification of fiscal plans (2.4); review notes and FOMB documents (.6); begin drafting summary of meeting proceedings (.7); correspond with A. Bongartz regarding same (.1) | 3.80 | 765.00 | 2,907.00 |
| 05/28/2021 | LML1 | Review notes and documents from FOMB's 28th public meeting regarding certification of fiscal plans (.4); summarize meeting proceedings for A. Bongartz (.9) | 1.30 | 765.00 | 994.50 |
| | | **Subtotal: B155 Court Hearings** | **5.10** | | **3,901.50** |

**B160    Fee/Employment Applications for Paul Hastings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | KAT2 | Prepare parts of tenth supplemental declaration (.6); review input from D. Verdon and V. Lee regarding new hires (.2) | 0.80 | 920.00 | 736.00 |
| 05/05/2021 | AB21 | Telephone conference and correspond with C. Edge regarding update on PH March 2021 fee statement | 0.10 | 1,350.00 | 135.00 |
| 05/05/2021 | JK21 | Update parties in interest list for retention as Committee counsel | 3.80 | 495.00 | 1,881.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2277297

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/05/2021 | KAT2 | Prepare parts of twelfth interim fee application (1.5); review additional interested parties from J. Kuo (.1); prepare insert to supplemental declaration regarding same (.2) | 1.80 | 920.00 | 1,656.00 |
| 05/06/2021 | AB21 | Correspond with A. Velazquez (SEIU) regarding certification related to PH and Zolfo March 2021 fee statements | 0.10 | 1,350.00 | 135.00 |
| 05/06/2021 | AB21 | Telephone conference with C. Edge regarding PH March 2021 fee statement | 0.10 | 1,350.00 | 135.00 |
| 05/06/2021 | KAT2 | Prepare parts of tenth supplemental declaration | 0.40 | 920.00 | 368.00 |
| 05/07/2021 | AB21 | Revise cover letter for PH March 2021 fee statement and related exhibits (0.6); correspond with M. Bienenstock (Proskauer) and Notice Parties regarding same (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.80 | 1,350.00 | 1,080.00 |
| 05/11/2021 | KAT2 | Prepare interim fee application and related exhibits | 1.30 | 920.00 | 1,196.00 |
| 05/13/2021 | KAT2 | Prepare interim fee application and related exhibits (.3); prepare supplemental declaration (.6); review input from J. Robinson and D. Verdon regarding same (.1) | 1.00 | 920.00 | 920.00 |
| 05/14/2021 | AB21 | Review draft PH interim fee application (0.1); correspond with D. Barron regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 05/15/2021 | AB21 | Revise PH interim fee application | 0.40 | 1,350.00 | 540.00 |
| 05/20/2021 | AB21 | Revise no objection letter for PH March 2021 fee statement (0.2); correspond with P. Friedman (O'Melveny) regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 05/25/2021 | KAT2 | Prepare parts of tenth supplemental declaration (.9); review input from D. Verdon and A. Eng regarding new hires (.2); correspond with K. Dilworth regarding additional interested parties (.1); correspond with J. Kuo regarding same (.1) | 1.30 | 920.00 | 1,196.00 |

The Commonwealth of Puerto Rico                                                          Page 10
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/27/2021 | JK21 | Review docket for new parties in interest (0.9); update parties in interest list for supplemental disclosures (0.7) | 1.60 | 495.00 | 792.00 |
| | | **Subtotal: B160  Fee/Employment Applications for Paul Hastings** | **14.00** | | **11,445.00** |

**B161     Budget**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/13/2021 | AB21 | Prepare PH budget for June 2021 | 0.30 | 1,350.00 | 405.00 |
| 05/14/2021 | AB21 | Revise PH budget for June 2021 | 0.20 | 1,350.00 | 270.00 |
| 05/20/2021 | AB21 | Finalize PH budget for June 2021 (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B161  Budget** | **0.70** | | **945.00** |

**B165     Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/2021 | AB21 | Correspond with S. Martinez (Zolfo) and W. Wu regarding filing of 11th supplemental declaration in support of Zolfo retention | 0.10 | 1,350.00 | 135.00 |
| 05/04/2021 | WW6 | Prepare J. Mitchell supplemental declaration of Zolfo Cooper for filing (.3); correspond with A. Bongartz regarding same (.2); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 1.20 | 235.00 | 282.00 |
| 05/05/2021 | WW6 | Prepare certificate of service regarding Zolfo Cooper supplemental declaration (.3); electronically file same with court (.2) | 0.50 | 235.00 | 117.50 |
| 05/11/2021 | JK21 | Review docket sheet for newly filed interim fee applications (0.6); draft summary chart of eleventh interim fee applications (0.7) | 1.30 | 495.00 | 643.50 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **3.10** | | **1,178.00** |

The Commonwealth of Puerto Rico                                                    Page 11
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

**B190    Other Contested Matters(excl. assumption/rejections motions)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/2021 | NAB | Review letter from B. Correspond with E. Au regarding Ambac Rule 2004 document production issues (.1); review additional draft discovery requests to government parties (.2) | 0.30 | 1,350.00 | 405.00 |
| 05/08/2021 | NAB | Email with E. Au and L. Stafford (Proskauer) regarding Ambac Rule 2004 production issues | 0.20 | 1,350.00 | 270.00 |
| 05/12/2021 | NAB | Review Ambac discovery requests and related letter | 0.30 | 1,350.00 | 405.00 |
| 05/17/2021 | NAB | Review court orders on Ambac motions to compel | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B190  Other Contested Matters(excl. assumption/rejections motions)** | **1.00** | | **1,350.00** |

**B310    Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/2021 | MN11 | Review claims objections (1.1); draft summary of same (.7) | 1.80 | 955.00 | 1,719.00 |
| 05/03/2021 | MN11 | Review recently filed claims objections (3.8); draft email re substantive objections for A. Bongartz and D. Barron (.5) | 4.30 | 955.00 | 4,106.50 |
| 05/03/2021 | WW6 | Prepare certificate of service to sixth supplemental informative motion re notices of participation (.4); electronically file same with court (.3) | 0.70 | 235.00 | 164.50 |
| 05/04/2021 | AB21 | Review summary email from M. Naulo regarding omnibus claims objections | 0.10 | 1,350.00 | 135.00 |
| 05/05/2021 | ZSZ | Review documents produced as part of revenue bond adversary proceeding summary judgment discovery | 4.50 | 1,125.00 | 5,062.50 |

The Commonwealth of Puerto Rico                                                    Page 12
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/06/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding claims update (0.1); correspond with L. Llach (CST) regarding same (0.1); telephone conference with L. Llach regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| 05/06/2021 | WW6 | Review omnibus objections to claims (1.2); correspond with D. Barron regarding responses to omnibus objections to claims (.1) | 1.30 | 235.00 | 305.50 |
| 05/06/2021 | ZSZ | Review documents produced as part of revenue bond adversary proceeding summary judgment discovery | 3.90 | 1,125.00 | 4,387.50 |
| 05/07/2021 | ZSZ | Review documents produced as part of revenue bond adversary proceeding summary judgment discovery | 2.10 | 1,125.00 | 2,362.50 |
| 05/10/2021 | DEB4 | Review responses to claim objections | 0.10 | 1,095.00 | 109.50 |
| 05/10/2021 | WW6 | Correspond with D. Barron regarding responses to omnibus claims objections | 0.30 | 235.00 | 70.50 |
| 05/10/2021 | ZSZ | Review documents produced as part of adversary proceeding summary judgment | 3.20 | 1,125.00 | 3,600.00 |
| 05/11/2021 | DEB4 | Correspond with W. Wu regarding responses to omnibus claim objections | 0.10 | 1,095.00 | 109.50 |
| 05/11/2021 | NAB | Review Oversight Board motion to stay revenue bond adversary proceedings (.1); email with Z. Zwillinger regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| 05/11/2021 | WW6 | Correspond with M. Palmer (Proskauer) regarding responses to omnibus claims objections (.1); correspond with D. Barron regarding same (.1); review same (.2) | 0.40 | 235.00 | 94.00 |
| 05/16/2021 | DEB4 | Correspond with A. Bongartz regarding ADR report | 0.10 | 1,095.00 | 109.50 |
| 05/17/2021 | DEB4 | Conference with M. Naulo regarding ADR report | 0.20 | 1,095.00 | 219.00 |
| 05/17/2021 | MN11 | Call with D. Barron regarding claims process (.2); review ADR and ACR notices (3.5) | 3.70 | 955.00 | 3,533.50 |
| 05/17/2021 | WW6 | Review ADR notices (1.1); review ACR notices (1.2) | 2.30 | 235.00 | 540.50 |

The Commonwealth of Puerto Rico                                                           Page 13
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/18/2021 | DEB4 | Correspond with R. Ortiz regarding Unitech claims | 0.10 | 1,095.00 | 109.50 |
| 05/18/2021 | MN11 | Correspond with W. Wu regarding claims review process | 0.30 | 955.00 | 286.50 |
| 05/19/2021 | MN11 | Review claims for ADR summary chart | 3.00 | 955.00 | 2,865.00 |
| 05/19/2021 | ZSZ | Listen to deposition stipulation call with counsel for Government Parties and Defendants in revenue bond adversary proceedings | 0.30 | 1,125.00 | 337.50 |
| 05/20/2021 | ZSZ | Listen to deposition of T. Ahlberg for revenue bond adversary proceeding litigation | 9.20 | 1,125.00 | 10,350.00 |
| 05/21/2021 | DEB4 | Conferences with M. Naulo regarding ADR report (0.4); correspond with A. Bongartz regarding same (0.1); correspond with M. Naulo regarding same (0.4) | 0.90 | 1,095.00 | 985.50 |
| 05/21/2021 | MN11 | Revise ADR claims chart (4.6); correspond with W. Wu regarding same (.3); conferences with D. Barron regarding same (.4) | 5.30 | 955.00 | 5,061.50 |
| 05/21/2021 | WW6 | Review ADR proof of claim chart | 2.70 | 235.00 | 634.50 |
| 05/21/2021 | ZSZ | Listen to BDO rule 30(b)(6) deposition in revenue bond adversary proceeding litigation | 4.50 | 1,125.00 | 5,062.50 |
| 05/22/2021 | DEB4 | Correspond with M. Naulo regarding ADR analysis (.6); conference with M. Naulo regarding same (.2); prepare same (2.9) | 3.70 | 1,095.00 | 4,051.50 |
| 05/22/2021 | MN11 | Revise ADR analysis (2.1); conference with D. Barron regarding same (.2); revise ADR chart (.7); correspond with D. Barron regarding same (.3) | 3.30 | 955.00 | 3,151.50 |
| 05/23/2021 | MN11 | Review ADR analysis | 0.70 | 955.00 | 668.50 |
| 05/24/2021 | ZSZ | Attend revenue bond adversary proceeding summary judgment deposition of O. Rodriguez | 8.10 | 1,125.00 | 9,112.50 |
| 05/25/2021 | ZSZ | Further attend revenue bond adversary proceeding summary judgment deposition of O. Rodriguez | 5.70 | 1,125.00 | 6,412.50 |

The Commonwealth of Puerto Rico                                      Page 14
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/26/2021 | ZSZ | Further attend revenue bond adversary proceeding summary judgment deposition of T. Ahlberg | 7.80 | 1,125.00 | 8,775.00 |
| 05/27/2021 | ZSZ | Attend revenue bond adversary proceeding summary judgment deposition of E. Aponte Dalmau | 6.60 | 1,125.00 | 7,425.00 |
| 05/28/2021 | AB21 | Telephone conference with S. Maza regarding objection to Fir Tree administrative expense motion | 0.20 | 1,350.00 | 270.00 |
| 05/28/2021 | SM29 | Call with A. Bongartz regarding objection to Fir Tree administrative expense motion | 0.20 | 1,120.00 | 224.00 |
| 05/28/2021 | ZSZ | Participate in revenue bond meet and confer regarding fact depositions | 0.40 | 1,125.00 | 450.00 |
| 05/29/2021 | AB21 | Correspond with P. Friedman (O'Melveny) and B. Rosen (Proskauer) regarding objection to Fir Tree's administrative expense motion (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 05/31/2021 | AB21 | Correspond with B. Rosen (Proskauer) regarding Fir Tree's administrative expense motion | 0.10 | 1,350.00 | 135.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **92.90** | | **93,942.00** |

**B320     Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | AB21 | Correspond with D. Barron regarding response to S. Millman (Stroock) regarding DS update | 0.10 | 1,350.00 | 135.00 |
| 05/03/2021 | DEB4 | Correspond with A. Bongartz and L. Despins regarding informative motion on disclosure statement scheduling (0.3); correspond with S. Millman (Stroock) regarding same (0.1) | 0.40 | 1,095.00 | 438.00 |
| 05/03/2021 | ECS1 | Analyze precedent Chapter 9 disclosure statements and objections thereto | 2.90 | 700.00 | 2,030.00 |

The Commonwealth of Puerto Rico                                           Page 15
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | ECS1 | Review certain provisions in the second amended disclosure statement (.8); analyze related case law (.7) | 1.60 | 700.00 | 1,120.00 |
| 05/03/2021 | IG1 | Review informative motion and related information concerning disclosure statement and scheduling. | 0.30 | 905.00 | 271.50 |
| 05/03/2021 | NAB | Email with J. Ohring (Milbank) and L. Despins regarding disclosure statement discovery | 0.10 | 1,350.00 | 135.00 |
| 05/04/2021 | ECS1 | Review certain provisions in the second amended disclosure statement (1.7); analyze related case law (1.3) | 3.00 | 700.00 | 2,100.00 |
| 05/04/2021 | LAD4 | Call with N. Bassett, W. Farmer, and J. Ohring (Milbank) re: coordinating discovery on Disclosure Statement (.50); review same (.80) | 1.30 | 1,600.00 | 2,080.00 |
| 05/04/2021 | NAB | Call with E. Dexter (Milbank), J. Ohring (Milbank), L. Despins, and W. Farmer regarding disclosure statement discovery (.5); review discovery requests in advance of same (.2); email with B. Rosen (Proskauer) regarding same (.1); email with W. Farmer and S. Martinez (Zolfo) regarding revisions to discovery requests and related issues (.3); review disclosure statement in connection with same (.2); review order on disclosure statement schedule (.1); review revised draft discovery requests (.3) | 1.70 | 1,350.00 | 2,295.00 |
| 05/04/2021 | SM29 | Review DS scheduling order and related timing issues | 0.30 | 1,120.00 | 336.00 |
| 05/04/2021 | WCF | Call with L. Despins, N. Bassett and Milbank LLP regarding disclosure statement discovery requests (.5); review discovery requests regarding additional requests to third party (.6) | 1.10 | 955.00 | 1,050.50 |
| 05/05/2021 | AB21 | Call with S. Martinez (Zolfo) regarding open plan-related issues and GO recovery | 0.20 | 1,350.00 | 270.00 |

The Commonwealth of Puerto Rico                                                    Page 16
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/05/2021 | ECS1 | Review second amended disclosure statement, second amended plan, PSA, and information related to potential objections thereto | 1.00 | 700.00 | 700.00 |
| 05/05/2021 | LAD4 | Review DS procedure order (.40); review related issues (.30) | 0.70 | 1,600.00 | 1,120.00 |
| 05/05/2021 | NAB | Review correspondence from Oversight Board regarding disclosure statement data room (.2); correspond with W. Farmer regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 05/05/2021 | WCF | Review disclosure statement protective order and subscription | 0.10 | 955.00 | 95.50 |
| 05/06/2021 | ECS1 | Review second amended disclosure statement, second amended plan, PSA, and information related to potential objections thereto | 0.30 | 700.00 | 210.00 |
| 05/06/2021 | NAB | Email with J. Ohring (Milbank) regarding disclosure statement discovery (.1); consider discovery next steps (.1) | 0.20 | 1,350.00 | 270.00 |
| 05/07/2021 | AEL2 | Review discovery requests (.5); correspond with N. Bassett regarding same (.1) | 0.60 | 1,350.00 | 810.00 |
| 05/07/2021 | LAD4 | T/c S. Martinez (Zolfo) and A. Bongartz and S. Maza re: review of Assured settlement and implications for Committee (.60); review same (.80) | 1.40 | 1,600.00 | 2,240.00 |
| 05/07/2021 | NAB | Call with S. Martinez (Zolfo) regarding disclosure statement discovery and avoidance action settlement recommendation issues (.4); review same (.1); review letter from B. Rosen (Proskauer) regarding disclosure statement discovery (.2); correspond with L. Despins and A. Luft regarding same (.2) | 0.90 | 1,350.00 | 1,215.00 |
| 05/07/2021 | NAB | Call with S. Martinez (Zolfo) regarding disclosure statement discovery and avoidance action settlement recommendation issues | 0.40 | 1,350.00 | 540.00 |

The Commonwealth of Puerto Rico                                              Page 17
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/2021 | SM29 | Call with S. Martinez (Zolfo), A. Bongartz, L. Despins re PSA with monoline (.6); review same (.4) | 1.00 | 1,120.00 | 1,120.00 |
| 05/07/2021 | WCF | Review Debtors' response to discovery requests | 0.10 | 955.00 | 95.50 |
| 05/09/2021 | NAB | Draft response to B. Rosen (Proskauer) letter regarding disclosure statement discovery | 0.50 | 1,350.00 | 675.00 |
| 05/10/2021 | AB21 | Review draft response letter in connection with disclosure statement discovery | 0.10 | 1,350.00 | 135.00 |
| 05/10/2021 | ECS1 | Analyze the second amended disclosure statement, the second amended plan, the PSA, and information related to potential objections thereto | 0.80 | 700.00 | 560.00 |
| 05/10/2021 | LAD4 | Review/edit draft letter to B. Rosen (Proskauer) re: discovery (.50); review/edit Disclosure Statement issues list (1.60) | 2.10 | 1,600.00 | 3,360.00 |
| 05/10/2021 | NAB | Revise draft response to B. Rosen (Proskauer) regarding disclosure statement discovery (.3); email with L. Despins regarding same (.1); correspond with J. Ohring (Milbank) regarding disclosure statement discovery (.1); call with J. Ohring regarding same (.2) | 0.70 | 1,350.00 | 945.00 |
| 05/11/2021 | ECS1 | Analyze HTA/CCDA related plan support agreement, the second amended disclosure statement, the second amended plan, and information related to potential objections thereto | 2.60 | 700.00 | 1,820.00 |
| 05/11/2021 | LAD4 | Review selected sections of disclosure statement | 1.70 | 1,600.00 | 2,720.00 |
| 05/11/2021 | NAB | Revise draft response letter to B. Rosen (Proskauer) regarding discovery | 0.20 | 1,350.00 | 270.00 |
| 05/11/2021 | NAB | Call with J. Ohring (Milbank) regarding Ambac discovery requests and related issues (.2); review draft discovery requests (.2) | 0.40 | 1,350.00 | 540.00 |

The Commonwealth of Puerto Rico                                                    Page 18
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/2021 | AB21 | Correspond with J. Kuo regarding comparisons of amended plan and DS (0.1); correspond with N. Bassett and S. Maza regarding same (0.1) | 0.20 | 1,350.00 | 270.00 |
| 05/12/2021 | AB21 | Correspond with N. Bassett regarding Commonwealth disclosure statement and related discovery | 0.10 | 1,350.00 | 135.00 |
| 05/12/2021 | AB21 | Correspond with Committee regarding filing of third amended plan and related disclosure statement | 0.30 | 1,350.00 | 405.00 |
| 05/12/2021 | DEB4 | Correspond with L. Despins and A. Bongartz regarding plan issues | 0.10 | 1,095.00 | 109.50 |
| 05/12/2021 | ECS1 | Analyze and prepare questions regarding the third amended disclosure statement and the third amended plan | 4.70 | 700.00 | 3,290.00 |
| 05/12/2021 | JK21 | Review second and third amended disclosure statements and plans of the commonwealth (2.3); correspond with A. Bongartz regarding comparisons of disclosure statements and plans (0.4) | 2.70 | 495.00 | 1,336.50 |
| 05/12/2021 | NAB | Correspond with S. Martinez (Zolfo) regarding disclosure statement discovery issues (.2); review newly filed disclosure statement (.6); consider additional discovery requests regarding same (.4) | 1.20 | 1,350.00 | 1,620.00 |
| 05/12/2021 | SM29 | Prepare disclosure statement issues/task list | 0.50 | 1,120.00 | 560.00 |
| 05/13/2021 | AB21 | Telephone conference with L. Despins, N. Bassett, and S. Maza regarding disclosure statement objection (1.0); telephone conference with S. Martinez (Zolfo) regarding same (0.2) | 1.20 | 1,350.00 | 1,620.00 |
| 05/13/2021 | LAD4 | T/c N. Bassett, A. Bongartz, S. Maza re: DS strategy meeting (1.00) | 1.00 | 1,600.00 | 1,600.00 |
| 05/13/2021 | NAB | Review revised disclosure statement (1.7); call with L. Despins, A. Bongartz, and S. Maza regarding objection to same (1.0); correspond with W. Farmer regarding revised discovery requests (.3); revise same and draft cover letter (.3) | 3.30 | 1,350.00 | 4,455.00 |

The Commonwealth of Puerto Rico                                          Page 19
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/13/2021 | SM29 | Review amended DS to prepare for call (.7); call with L. Despins, A. Bongartz, N. Bassett re amended DS (1.0) | 1.70 | 1,120.00 | 1,904.00 |
| 05/13/2021 | WCF | Draft correspondence regarding supplemental disclosure statement discovery (.6); draft discovery requests to FOMB (.4); draft discovery requests to AAFAF (.7) | 1.70 | 955.00 | 1,623.50 |
| 05/14/2021 | AB21 | Telephone conferences with N. Bassett regarding objection to disclosure statement and related discovery | 0.20 | 1,350.00 | 270.00 |
| 05/14/2021 | ECS1 | Review and prepare questions related to the third amended plan and disclosure statement | 1.00 | 700.00 | 700.00 |
| 05/14/2021 | LAD4 | T/c N. Bassett re: document request cover letter (.20); review/edit same (.80); t/c S. Martinez (Zolfo) re: conversation with mediation Financial Advisor (.20) | 1.20 | 1,600.00 | 1,920.00 |
| 05/14/2021 | NAB | Call with A. Bongartz regarding disclosure statement and related discovery (.2); revise additional discovery requests to Oversight Board and AAFAF in connection with disclosure statement (.9); correspond with S. Martinez (Zolfo) regarding same (.3); call with S. Martinez and M. Westermann (Zolfo) regarding same (.4); further revise draft discovery requests and cover letter for same (1.2); continue to review disclosure statement in connection with same (.5); call with L. Despins regarding same (.2); correspond with W. Farmer regarding comments on discovery requests (.1) | 3.80 | 1,350.00 | 5,130.00 |
| 05/14/2021 | WCF | Revise discovery letter to FOMB and AAFAF (.3); revise discovery requests to FOMB (.7); revise discovery requests to AAFAF (.9); correspond with N. Bassett regarding same (.2); prepare discovery correspondence to FOMB and AAFAF (.3) | 2.40 | 955.00 | 2,292.00 |
| 05/15/2021 | NAB | Correspond with J. Ohring (Milbank) regarding disclosure statement discovery | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                                           Page 20
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/16/2021 | AB21 | Telephone conference with L. Despins, N. Bassett, and S. Maza regarding objection to disclosure statement and related discovery | 0.40 | 1,350.00 | 540.00 |
| 05/16/2021 | LAD4 | T/c A. Bongartz, N. Bassett and S. Maza re: DS strategy | 0.40 | 1,600.00 | 640.00 |
| 05/16/2021 | NAB | Email with J. Ohring (Milbank) regarding disclosure statement discovery (.1); email with W. Farmer regarding same (.1); call with L. Despins, A. Bongartz, and S. Maza regarding plan confirmation discovery (.4) | 0.60 | 1,350.00 | 810.00 |
| 05/16/2021 | SM29 | Review disclosure statement (3.7); call with A. Bongartz, L. Despins, N. Bassett re same (.4); prepare issues list re same (.6) | 4.70 | 1,120.00 | 5,264.00 |
| 05/17/2021 | AB21 | Telephone conference with S. Martinez (Zolfo), T. Stenger (Zolfo), L. Despins, and N. Bassett regarding objection to disclosure statement | 1.10 | 1,350.00 | 1,485.00 |
| 05/17/2021 | LAD4 | T/c S. Martinez, T. Stenger (Zolfo) and A. Bongartz, N. Bassett re: DS objection (1.10) | 1.10 | 1,600.00 | 1,760.00 |
| 05/17/2021 | NAB | Call with Z. Zwillinger and W. Farmer regarding motion to compel discovery on disclosure statement (.5); call with S. Martinez (Zolfo), L. Despins, and A. Bongartz regarding disclosure statement discovery (1.1); review draft issues list (.2); correspond with A. Bongartz and S. Maza regarding same (.1) | 1.90 | 1,350.00 | 2,565.00 |
| 05/17/2021 | WCF | Call with N. Bassett and Z. Zwillinger regarding motion to compel disclosure statement discovery (.5); correspond with Z. Zwillinger regarding disclosure statement discovery letters between N. Bassett and FOMB (.1); correspond with Z. Zwillinger regarding disclosure statement discovery RFPs served on FOMB and AAFAF (.1) | 0.70 | 955.00 | 668.50 |
| 05/17/2021 | ZSZ | Call with N. Bassett and W. Farmer regarding motion to compel disclosure statement discovery (.5); review disclosure statement documents (1.4) | 1.90 | 1,125.00 | 2,137.50 |

The Commonwealth of Puerto Rico                                               Page 21
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/18/2021 | NAB | Call with Z. Zwilliger regarding disclosure statement discovery (.2); call with J. Ohring (Milbank), E. Dexter (Milbank), W. Farmer regarding preparation for disclosure statement meet and confer sessions (.4); review discovery requests and notes in advance of same (.3); email with L. McKeen (OMM) regarding discovery (.1) | 1.00 | 1,350.00 | 1,350.00 |
| 05/18/2021 | WCF | Call with N. Bassett and counsel to Ambac (Milbank) regarding disclosure statement discovery requests and meet and confer process (.4); correspond with Z. Zwillinger regarding motion to compel correspondence and background (.2) | 0.60 | 955.00 | 573.00 |
| 05/18/2021 | ZSZ | Draft motion to compel disclosure statement discovery (9.5); call with N. Bassett regarding same (.2) | 9.70 | 1,125.00 | 10,912.50 |
| 05/19/2021 | AEL2 | Teleconference with N. Bassett regarding update on matter (.2); review discovery issues (.3) | 0.50 | 1,350.00 | 675.00 |
| 05/19/2021 | ECS1 | Analyze cases regarding standards for disclosure statements and application of same | 1.60 | 700.00 | 1,120.00 |
| 05/19/2021 | NAB | Prepare outline for meet and confer with AAFAF on discovery requests (.6); participate in meet and confer with AAFAF, Z. Zwillinger, and W. Farmer (.3); follow-up call with J. Ohring (Milbank) regarding same (.2); call with A. Luft regarding discovery update (.2); correspond with Z. Zwillinger regarding motion to compel (.2) | 1.50 | 1,350.00 | 2,025.00 |
| 05/19/2021 | SM29 | Correspond with E. Sutton re certain disclosure statement issues to be analyzed | 0.20 | 1,120.00 | 224.00 |
| 05/19/2021 | WCF | Analyze authorities regarding motion to compel disclosure statement discovery (.4); meet and confer with N. Bassett, Z. Zwillinger, counsel to Ambac and counsel to AAFAF regarding disclosure statement discovery requests (.3) | 0.70 | 955.00 | 668.50 |

The Commonwealth of Puerto Rico                                                      Page 22
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/19/2021 | ZSZ | Draft motion to compel disclosure statement discovery (2.8); analyze caselaw regarding same (1.4); meet and confer with AAFAF, N. Bassett, and W. Farmer regarding disclosure statement discovery (.3) | 4.50 | 1,125.00 | 5,062.50 |
| 05/20/2021 | ECS1 | Continue to analyze cases regarding standards for disclosure statements and application of same | 4.70 | 700.00 | 3,290.00 |
| 05/20/2021 | WCF | Revise motion to compel disclosure statement discovery (.5); analyze authorities regarding same (.7) | 1.20 | 955.00 | 1,146.00 |
| 05/21/2021 | ECS1 | Analyze cases regarding required disclosure of assets and creditor receipts in disclosure statements | 1.90 | 700.00 | 1,330.00 |
| 05/21/2021 | LML1 | Call with S. Maza regarding disclosure statement objections (.5); correspond with S. Maza on same (.4) | 0.90 | 765.00 | 688.50 |
| 05/21/2021 | LML1 | Analyze case law on disclosure statement objections regarding unfair discrimination, asset disclosure, and disclosure of fees/incentives to vote | 4.60 | 765.00 | 3,519.00 |
| 05/21/2021 | SM29 | Call with L. Lopez re disclosure statement issues (.5); correspond with E. Sutton re same (.1); correspond with A. Bongartz and N. Bassett re issues/task list re disclosure statement (.1) | 0.70 | 1,120.00 | 784.00 |
| 05/21/2021 | WCF | Correspond with Z. Zwillinger regarding comments on motion to compel disclosure statement discovery | 0.10 | 955.00 | 95.50 |
| 05/21/2021 | ZSZ | Draft motion to compel disclosure statement discovery | 3.90 | 1,125.00 | 4,387.50 |
| 05/22/2021 | NAB | Review Oversight Board responses and objections to disclosure statement discovery requests (.4); email with W. Farmer, Z. Zwillinger, and S. Martinez (Zolfo) regarding same (.4) | 0.80 | 1,350.00 | 1,080.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2277297

Page 23

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/22/2021 | WCF | Correspond with E. Au (DSAI) regarding data room documents (.2); prepare data room documents for S. Martinez (Zolfo) (.3); correspond with S. Martinez regarding same (.1); analyze authorities regarding disclosure statement discovery, depositions, and third-party discovery (2.3); revise motion to compel disclosure statement discovery (.9); review responses and objections of FOMB to first set of RFPs (.4) | 4.20 | 955.00 | 4,011.00 |
| 05/22/2021 | ZSZ | Review responses and objections to disclosure statement discovery requests (1.0); update draft motion to compel discovery regarding same (1.2) | 2.20 | 1,125.00 | 2,475.00 |
| 05/23/2021 | NAB | Revise draft motion to compel (.8); emails with Z. Zwillinger and W. Farmer regarding same (.3); review background information regarding same (.2) | 1.30 | 1,350.00 | 1,755.00 |
| 05/23/2021 | SM29 | Analyze caselaw on certain disclosure statement issues | 3.50 | 1,120.00 | 3,920.00 |
| 05/24/2021 | AB21 | Telephone conference with S. Martinez (Zolfo), D. T. Stenger (Zolfo), and L. Despins regarding disclosure statement objection | 0.30 | 1,350.00 | 405.00 |
| 05/24/2021 | AB21 | Correspond with N. Bassett regarding disclosure statement related discovery | 0.20 | 1,350.00 | 270.00 |
| 05/24/2021 | ECS1 | Analyze caselaw regarding Rule 34 discovery obligations as related to third parties | 2.60 | 700.00 | 1,820.00 |
| 05/24/2021 | ECS1 | Continue to analyze caselaw regarding minimum required disclosure of assets and creditor receipts in disclosure statements | 3.80 | 700.00 | 2,660.00 |
| 05/24/2021 | ECS1 | Call with S. Maza regarding disclosure statement and committee concerns (.4); prepare questions for FOMB related to unclear, inconsistent or missing information pertaining to the disclosure statement and plan (2.6) | 3.00 | 700.00 | 2,100.00 |

The Commonwealth of Puerto Rico                                                           Page 24
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/24/2021 | LAD4 | T/c T. Stenger, S. Martinez (Zolfo) and A. Bongartz re: DS issues (.30); participate in DS discovery meet & confer with N. Bassett, Z. Zwillinger and Proskauer team (L. Stafford, M. Dale) (1.10) | 1.40 | 1,600.00 | 2,240.00 |
| 05/24/2021 | NAB | Review responses to discovery requests (.5); correspond with S. Martinez (Zolfo) regarding same (.2); correspond with L. Despins regarding same and preparation for meet and confer (.3); review discovery requests and responses in preparation for meet and confer (.8); call with S. Martinez regarding same (.2); call with J. Ohring (Milbank) regarding same (.2); revise draft motion to compel (1.8); call with W. Farmer regarding same (.3); correspond with L. Despins regarding same (.2); correspond with J. Ohring regarding same and next steps (.1); participate in meet and confer on disclosure statement discovery and Ambac Rule 2004 motion with Proskauer (L. Stafford, M. Dale), L. Despins, Z. Zwillinger, W. Farmer (1.1) | 5.70 | 1,350.00 | 7,695.00 |
| 05/24/2021 | SM29 | Call with E. Sutton re disclosure statement issues (.4); prepare issues list (3.1) | 3.50 | 1,120.00 | 3,920.00 |
| 05/24/2021 | WCF | Revise motion to compel discovery requests regarding disclosure statement (2.7); call with N. Bassett regarding comments on same (.3); meet and confer with Oversight Board, Milbank (Ambac), N. Bassett, L. Despins, Z. Zwillinger regarding disclosure statement discovery requests (1.1); correspond with E. Sutton regarding motion to compel caselaw (.1); review authorities regarding disclosure statement discovery (.8); call with Z. Zwillinger regarding comments on motion to compel (.4); revise motion to compel regarding supplemental discovery requests outside of four primary categories (.9) | 6.30 | 955.00 | 6,016.50 |
| 05/24/2021 | ZSZ | Draft motion to compel disclosure statement discovery | 2.90 | 1,125.00 | 3,262.50 |

The Commonwealth of Puerto Rico                                                    Page 25
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/24/2021 | ZSZ | Call with W. Farmer regarding motion to compel disclosure statement discovery | 0.40 | 1,125.00 | 450.00 |
| 05/24/2021 | ZSZ | Disclosure statement discovery meet and confer with Oversight Board, L. Despins, N. Bassett, and W. Farmer | 1.10 | 1,125.00 | 1,237.50 |
| 05/25/2021 | BKA | Prepare disclosure statement motion to compel (4.1); correspond with W. Farmer and E. Sutton regarding same (0.2) | 4.30 | 855.00 | 3,676.50 |
| 05/25/2021 | ECS1 | Prepare questions for the FOMB related to unclear, inconsistent or missing information pertaining to the third amended disclosure statement, plan of adjustment, and related documents | 5.30 | 700.00 | 3,710.00 |
| 05/25/2021 | ECS1 | Analyze certain objections to the third amended disclosure statement | 0.80 | 700.00 | 560.00 |
| 05/25/2021 | ECS1 | Prepare motion to compel disclosure statement discovery | 2.70 | 700.00 | 1,890.00 |
| 05/25/2021 | LAD4 | Detailed review of document production request | 1.40 | 1,600.00 | 2,240.00 |
| 05/25/2021 | NAB | Prepare parts of motion to compel (1.7); correspond with L. Despins regarding same (.1); correspond with J. Ohring (Milbank) regarding same (.2); correspond with Z. Zwillinger regarding same (.2); call with Z. Zwillinger regarding same (.3); revise draft motion (.6) | 3.10 | 1,350.00 | 4,185.00 |
| 05/25/2021 | WCF | Correspond with W. Wu regarding authority cited in motion to compel disclosure statement discovery (.1); revise motion to compel disclosure statement discovery (2.8); call with Z. Zwillinger regarding comments on same (.5); correspond with E. Sutton and B. Al-Saif regarding comments on motion to compel case authorities (.4) | 3.80 | 955.00 | 3,629.00 |
| 05/25/2021 | ZSZ | Call with W. Farmer regarding motion to compel disclosure statement discovery | 0.50 | 1,125.00 | 562.50 |
| 05/25/2021 | ZSZ | Discussion with N. Bassett regarding motion to compel disclosure statement discovery | 0.30 | 1,125.00 | 337.50 |

The Commonwealth of Puerto Rico                                    Page 26
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/25/2021 | ZSZ | Draft motion to compel disclosure statement discovery | 6.90 | 1,125.00 | 7,762.50 |
| 05/26/2021 | ECS1 | Continue to prepare questions for the FOMB related to unclear, inconsistent or missing information pertaining to the third amended disclosure statement and plan of adjustment | 2.20 | 700.00 | 1,540.00 |
| 05/26/2021 | ECS1 | Revise motion to compel disclosure statement discovery | 0.80 | 700.00 | 560.00 |
| 05/26/2021 | ECS1 | Review certain provisions in the third amended disclosure statement and plan | 0.80 | 700.00 | 560.00 |
| 05/26/2021 | LAD4 | Review/edit motion to compel | 2.10 | 1,600.00 | 3,360.00 |
| 05/26/2021 | NAB | Review and revise motion to compel (1.3); correspond with Z. Zwillinger and W. Farmer regarding same (.2) | 1.50 | 1,350.00 | 2,025.00 |
| 05/26/2021 | SM29 | Review emails from S. Martinez (Zolfo) re comments to discovery and disclosure statement issues (.3); correspond with S. Martinez and E. Sutton re same (.1) | 0.40 | 1,120.00 | 448.00 |
| 05/26/2021 | WCF | Revise motion to compel disclosure statement discovery regarding outstanding requests for production (.9); revise motion to compel regarding cited authority and team comments (.4); correspond with Z. Zwillinger regarding same (.2) | 1.50 | 955.00 | 1,432.50 |
| 05/26/2021 | WW6 | Review motion to compel disclosure statement discovery (3.2); prepare exhibits for same (.3); correspond with Z. Zwillinger regarding same (.2); electronically file same with court (.3); electronically serve same to master service list (.3); correspond with Williams Lea regarding additional service of same (.1) | 4.40 | 235.00 | 1,034.00 |
| 05/26/2021 | ZSZ | Draft motion to compel disclosure statement discovery | 6.50 | 1,125.00 | 7,312.50 |
| 05/26/2021 | ZSZ | Correspond with W. Farmer regarding motion to compel disclosure statement discovery | 0.10 | 1,125.00 | 112.50 |

The Commonwealth of Puerto Rico                                                    Page 27
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/27/2021 | ECS1 | Analyze classification of pension claims and certain additional unsecured claims in municipal and chapter 11 bankruptcies | 3.90 | 700.00 | 2,730.00 |
| 05/27/2021 | JK21 | Research regarding pension claims and classes in disclosure statements | 1.30 | 495.00 | 643.50 |
| 05/27/2021 | NAB | Review B. Rosen (Proskauer) letter regarding disclosure statement discovery (.3); emails with M. Dale (Proskauer) regarding same (.1); email with Z. Zwillinger and W. Farmer regarding same (.2) | 0.60 | 1,350.00 | 810.00 |
| 05/27/2021 | ZSZ | Correspond with Oversight Board regarding meeting and conferring on disclosure statement discovery | 0.20 | 1,125.00 | 225.00 |
| 05/27/2021 | ZSZ | Review correspondence regarding meeting and conferring on disclosure statement discovery | 0.20 | 1,125.00 | 225.00 |
| 05/27/2021 | ZSZ | Correspond with N. Bassett regarding meeting and conferring on disclosure statement discovery | 0.10 | 1,125.00 | 112.50 |
| 05/28/2021 | ECS1 | Analyze classification of pension claims and additional unsecured claims in municipal and chapter 11 bankruptcies | 1.70 | 700.00 | 1,190.00 |
| 05/28/2021 | ECS1 | Review letter from B. Rosen to N. Bassett regarding disclosure statement discovery and Zolfo Cooper analysis of same | 0.30 | 700.00 | 210.00 |
| 05/28/2021 | SM29 | Review disclosure statement issues list | 0.60 | 1,120.00 | 672.00 |
| 05/28/2021 | WCF | Correspond with N. Bassett and Z. Zwillinger regarding June 1, 2021 meet and confer (.1); review additional disclosure statement data room folders produced by FOMB (.2); correspond with E. Au regarding new production from FOMB (.3) | 0.60 | 955.00 | 573.00 |
| 05/30/2021 | NAB | Correspond with L. Despins regarding disclosure statement discovery and objection issues (.1); review second set of responses and objections to disclosure statement discovery requests (.4); correspond with S. Martinez (Zolfo) regarding same (.2) | 0.70 | 1,350.00 | 945.00 |

The Commonwealth of Puerto Rico                                                    Page 28
96395-00002
Invoice No. 2277297

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/31/2021 | AB21 | Correspond with I. Goldstein regarding solicitation procedures motion | 0.10 | 1,350.00 | 135.00 |
| 05/31/2021 | ECS1 | Summarize caselaw findings regarding objections to the third amended disclosure statement | 0.50 | 700.00 | 350.00 |
| 05/31/2021 | NAB | Review caselaw regarding disclosure statement objection (.3); correspond with L. Despins regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **211.40** | | **216,819.50** |
| | | **Total** | **386.60** | | **378,314.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 16.20 | 1,600.00 | 25,920.00 |
| NAB | Nicholas A. Bassett | Partner | 34.10 | 1,350.00 | 46,035.00 |
| AEL2 | Avi E. Luft | Of Counsel | 1.10 | 1,350.00 | 1,485.00 |
| AB21 | Alex Bongartz | Of Counsel | 14.40 | 1,350.00 | 19,440.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 6.60 | 920.00 | 6,072.00 |
| ZSZ | Zachary S. Zwillinger | Associate | 97.70 | 1,125.00 | 109,912.50 |
| SM29 | Shlomo Maza | Associate | 17.80 | 1,120.00 | 19,936.00 |
| DEB4 | Douglass E. Barron | Associate | 8.40 | 1,095.00 | 9,198.00 |
| WCF | Will Clark Farmer | Associate | 25.10 | 955.00 | 23,970.50 |
| MN11 | Mariya Naulo | Associate | 56.50 | 955.00 | 53,957.50 |
| BKA | Bandar K. Al-Saif | Associate | 4.30 | 855.00 | 3,676.50 |
| LML1 | Leah M. Lopez | Associate | 10.60 | 765.00 | 8,109.00 |
| ECS1 | Ezra C. Sutton | Associate | 54.50 | 700.00 | 38,150.00 |
| IG1 | Irena M. Goldstein | Attorney | 0.30 | 905.00 | 271.50 |
| JK21 | Jocelyn Kuo | Paralegal | 11.60 | 495.00 | 5,742.00 |
| WW6 | Winnie Wu | Other Timekeeper | 27.40 | 235.00 | 6,439.00 |

The Commonwealth of Puerto Rico                                                          Page 29
96395-00002
Invoice No. 2277297

---

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 05/04/2021 | Photocopy Charges | 630.00 | 0.08 | 50.40 |
| 05/13/2021 | Photocopy Charges | 280.00 | 0.08 | 22.40 |
| 05/20/2021 | Photocopy Charges | 9,712.00 | 0.08 | 776.96 |
| 05/27/2021 | Photocopy Charges | 16,302.00 | 0.08 | 1,304.16 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630197504025 (MAN) | | | 23.26 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630197215507 (MAN) | | | 23.26 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630198935317 (MAN) | | | 23.26 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630197504025 (MAN) | | | 2.35 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021 ; 1ZA6T1630195493434 (MAN) | | | 23.26 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630195493434 (MAN) | | | 2.35 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630196170334 (MAN) | | | 23.26 |
| 05/20/2021 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163211; 05/20/2021; 1ZA6T1630198935317 (MAN) | | | 2.35 |
| 05/11/2021 | Vendor Expense - Shlomo Maza; 04/28/2021; Expense incurred - Court Call reimbursement; Court Call | | | 70.00 |
| 05/13/2021 | Vendor Expense - Luc Despins; 04/28/2021; Omnibus court call hearing; Court Call | | | 70.00 |
| 05/25/2021 | Vendor Expense - Shlomo Maza; 05/16/2021; Travel expense incurred - Inflight Wifi | | | 18.00 |
| 05/26/2021 | Vendor Expense - Shlomo Maza; 05/23/2021; in flight wifi (the return trip) | | | 25.00 |

The Commonwealth of Puerto Rico                                                Page 30
96395-00002
Invoice No. 2277297

| | | |
|---|---|---|
| 05/03/2021 | Lexis/On Line Search | 77.20 |
| 05/03/2021 | Lexis/On Line Search | 123.55 |
| 05/20/2021 | Lexis/On Line Search | 103.00 |
| 05/21/2021 | Lexis/On Line Search | 25.75 |
| 05/21/2021 | Lexis/On Line Search | 104.04 |
| 05/21/2021 | Lexis/On Line Search | 27.57 |
| 05/21/2021 | Lexis/On Line Search | 74.13 |
| 05/21/2021 | Lexis/On Line Search | 360.50 |
| 05/22/2021 | Lexis/On Line Search | 77.25 |
| 05/22/2021 | Lexis/On Line Search | 41.36 |
| 05/22/2021 | Lexis/On Line Search | 128.75 |
| 05/23/2021 | Lexis/On Line Search | 154.50 |
| 05/23/2021 | Lexis/On Line Search | 463.50 |
| 05/24/2021 | Lexis/On Line Search | 154.50 |
| 05/24/2021 | Lexis/On Line Search | 26.01 |
| 05/24/2021 | Lexis/On Line Search | 1,014.38 |
| 05/24/2021 | Lexis/On Line Search | 26.01 |
| 05/24/2021 | Lexis/On Line Search | 13.79 |
| 05/24/2021 | Lexis/On Line Search | 98.84 |
| 05/24/2021 | Lexis/On Line Search | 13.79 |
| 05/24/2021 | Lexis/On Line Search | 412.00 |
| 05/24/2021 | Lexis/On Line Search | 151.64 |
| 05/24/2021 | Lexis/On Line Search | 172.97 |
| 05/24/2021 | Lexis/On Line Search | 13.79 |
| 05/24/2021 | Lexis/On Line Search | 154.50 |
| 05/26/2021 | Lexis/On Line Search | 695.24 |
| 05/26/2021 | Lexis/On Line Search | 24.71 |
| 05/27/2021 | Lexis/On Line Search | 51.50 |
| 05/28/2021 | Lexis/On Line Search | 103.00 |
| 05/29/2021 | Lexis/On Line Search | 257.50 |
| 05/29/2021 | Lexis/On Line Search | 716.57 |
| 05/31/2021 | Lexis/On Line Search | 103.00 |

The Commonwealth of Puerto Rico                                                        Page 31
96395-00002
Invoice No. 2277297

| | | |
|---|---|---|
| 05/05/2021 | Postage/Express Mail - First Class - US; TYVEK ENVELOPE | 84.00 |
| 05/05/2021 | Postage/Express Mail - First Class - US; TYVEK ENVELOPE | 84.00 |
| 05/13/2021 | Postage/Express Mail - First Class - US; tyvek envelope | 70.00 |
| 05/13/2021 | Westlaw | 25.39 |
| 05/16/2021 | Westlaw | 50.78 |
| 05/21/2021 | Westlaw | 25.39 |
| 05/24/2021 | Westlaw | 101.56 |
| 05/25/2021 | Westlaw | 406.25 |
| 05/26/2021 | Westlaw | 25.39 |
| 05/27/2021 | Westlaw | 25.39 |
| 05/28/2021 | Westlaw | 400.95 |
| 05/04/2021 | Computer Search (Other) | 10.98 |
| 05/05/2021 | Computer Search (Other) | 11.43 |
| 05/06/2021 | Computer Search (Other) | 2.07 |
| 05/11/2021 | Computer Search (Other) | 30.87 |
| 05/11/2021 | Computer Search (Other) | 2.70 |
| 05/12/2021 | Computer Search (Other) | 1.44 |
| 05/18/2021 | Computer Search (Other) | 30.60 |
| 05/21/2021 | Computer Search (Other) | 5.49 |
| 05/22/2021 | Computer Search (Other) | 3.33 |
| 05/22/2021 | Computer Search (Other) | 5.40 |
| 05/23/2021 | Computer Search (Other) | 5.40 |
| 05/24/2021 | Computer Search (Other) | 12.69 |
| 05/27/2021 | Computer Search (Other) | 16.20 |
| **Total Costs incurred and advanced** | | **$9,862.81** |

| | |
|---|---|
| **Current Fees and Costs** | **$388,177.31** |
| **Total Balance Due - Due Upon Receipt** | **$388,177.31** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277298

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Communications w/Creditors/Website(Other than Comm. Members)
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $328.50 |
| **Current Fees and Costs Due** | **$328.50** |
| **Total Balance Due – Due Upon Receipt** | **$328.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277298

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Communications w/Creditors/Website(Other than Comm. Members)**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $328.50 |
| **Current Fees and Costs Due** | **$328.50** |
| **Total Balance Due – Due Upon Receipt** | **$328.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    June 24, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                           Invoice Number: 2277298
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

**Communications w/Creditors/Website(Other than Comm. Members)**          **$328.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B112** | **General Creditor Inquiries** | | | | |
| 05/20/2021 | DEB4 | Conference with creditor M. Lynn regarding inquiry | 0.20 | 1,095.00 | 219.00 |
| 05/25/2021 | DEB4 | Conference with creditor A. Colon regarding inquiry | 0.10 | 1,095.00 | 109.50 |
| | | **Subtotal: B112  General Creditor Inquiries** | **0.30** | | **328.50** |
| | **Total** | | **0.30** | | **328.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DEB4 | Douglass E. Barron | Associate | 0.30 | 1,095.00 | 328.50 |

The Commonwealth of Puerto Rico                                          Page 2
96395-00004
Invoice No. 2277298

| | |
|---|---|
| **Current Fees and Costs** | **$328.50** |
| **Total Balance Due - Due Upon Receipt** | **$328.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277299

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $11,977.00 |
| Costs incurred and advanced | 70.00 |
| **Current Fees and Costs Due** | **$12,047.00** |
| **Total Balance Due – Due Upon Receipt** | **$12,047.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277299

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending May 31, 2021 ............................................... $11,977.00

Costs incurred and advanced ............................................... 70.00

**Current Fees and Costs Due** ............................................... **$12,047.00**

**Total Balance Due - Due Upon Receipt** ............................................... **$12,047.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277299

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

**PREPA**                                                            $11,977.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | | **Meetings of and Communications with Creditors** | | | |
| 05/21/2021 | SM29 | Creditor update call | 1.10 | 1,120.00 | 1,232.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **1.10** | | **1,232.00** |
| **B155** | **Court Hearings** | | | | |
| 05/18/2021 | AB21 | Telephone conference with M. Naulo regarding hearing on UTIER injunction motion | 0.10 | 1,350.00 | 135.00 |
| 05/18/2021 | MN11 | Observe court hearing on UTIER injunction motion (1.3); summarize same (2.2); call with A. Bongartz regarding same (.1) | 3.60 | 955.00 | 3,438.00 |
| | | **Subtotal: B155 Court Hearings** | **3.70** | | **3,573.00** |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00006
Invoice No. 2277299

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | **Claims Administration and Objections** | | | | |
| 05/03/2021 | LAD4 | Review Luma opinion (.20); review options re: same (.40) | 0.60 | 1,600.00 | 960.00 |
| 05/03/2021 | NAB | Review decision on PREPA administrative expense motion | 0.20 | 1,350.00 | 270.00 |
| 05/03/2021 | SM29 | Review J. Swain opinion re second LUMA motion | 0.30 | 1,120.00 | 336.00 |
| 05/04/2021 | LAD4 | T/c A. Velazquez (SEIU) re: Luma/Prepa issues (including UTIER arguments) (.40) | 0.40 | 1,600.00 | 640.00 |
| 05/13/2021 | MN11 | Analyze legal issues concerning O&M contract | 1.20 | 955.00 | 1,146.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **2.70** | | **3,352.00** |
| **B420** | **Restructurings** | | | | |
| 05/12/2021 | AB21 | Telephone conference with L. Despins and N. Bassett regarding response to PREPA status report (0.2); review same (0.1); correspond with J. Kuo regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 05/12/2021 | LAD4 | T/c N. Bassett and A. Bongartz re: stay motion/PREPA report RSA (.20); review PREPA RSA stay strategy (.50) | 0.70 | 1,600.00 | 1,120.00 |
| 05/12/2021 | NAB | Call with L. Despins and A. Bongartz regarding PREPA RSA motion status report and related issues (.2); review status report (.2); prepare response to same (.5); correspond with L. Despins, A. Bongartz, and J. Kuo regarding same (.2); revise draft response per their input (.2) | 1.30 | 1,350.00 | 1,755.00 |
| 05/21/2021 | IVT | Review First Circuit's order dismissing the PREPA appeal for lack of jurisdiction | 0.10 | 1,350.00 | 135.00 |

The Commonwealth of Puerto Rico                                      Page 3
96395-00006
Invoice No. 2277299

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/24/2021 | NAB | Review decision on PREPA status report (.1); email with A. Bongartz regarding same (.1) | 0.20 | 1,350.00 | 270.00 |
| | | **Subtotal: B420  Restructurings** | **2.70** | | **3,820.00** |

| | **Total** | | **10.20** | | **11,977.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.70 | 1,600.00 | 2,720.00 |
| NAB | Nicholas A. Bassett | Partner | 1.70 | 1,350.00 | 2,295.00 |
| IVT | Igor V. Timofeyev | Partner | 0.10 | 1,350.00 | 135.00 |
| AB21 | Alex Bongartz | Of Counsel | 0.50 | 1,350.00 | 675.00 |
| SM29 | Shlomo Maza | Associate | 1.40 | 1,120.00 | 1,568.00 |
| MN11 | Mariya Naulo | Associate | 4.80 | 955.00 | 4,584.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 05/19/2021 | Vendor Expense - G. Alexander Bongartz; 05/18/2021; dial-in court hearing charge | | | 70.00 |
| **Total Costs incurred and advanced** | | | | **$70.00** |

| **Current Fees and Costs** | **$12,047.00** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$12,047.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277300

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**HTA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $2,565.00 |
| **Current Fees and Costs Due** | **$2,565.00** |
| **Total Balance Due – Due Upon Receipt** | **$2,565.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277300

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**HTA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

Legal fees for professional services
for the period ending May 31, 2021 | $2,565.00
**Current Fees and Costs Due** | **$2,565.00**
**Total Balance Due – Due Upon Receipt** | **$2,565.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277300

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

**HTA**                                                                                       **$2,565.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 05/06/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding HTA PSA | 0.20 | 1,350.00 | 270.00 |
| 05/07/2021 | AB21 | Telephone conference with S. Martinez (Zolfo) regarding HTA/CCDA plan support agreement (0.8); telephone conference with L. Despins, S. Martinez, T. Stenger (Zolfo) and S. Maza regarding same (0.6) | 1.40 | 1,350.00 | 1,890.00 |
| 05/10/2021 | AB21 | Review Zolfo presentation on HTA/CCDA PSA (0.2); correspond with S. Martinez (Zolfo) regarding same (0.1) | 0.30 | 1,350.00 | 405.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **1.90** | | **2,565.00** |
| | **Total** | | **1.90** | | **2,565.00** |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00007
Invoice No. 2277300

---

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 1.90 | 1,350.00 | 2,565.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$2,565.00** |
| **Total Balance Due - Due Upon Receipt** | | **$2,565.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277301

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

Legal fees for professional services
for the period ending May 31, 2021            $9,823.50

                Costs incurred and advanced      18.00

                **Current Fees and Costs Due**     **$9,841.50**

                **Total Balance Due - Due Upon Receipt**     **$9,841.50**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277301

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $9,823.50 |
| Costs incurred and advanced | 18.00 |
| **Current Fees and Costs Due** | **$9,841.50** |
| **Total Balance Due - Due Upon Receipt** | **$9,841.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277301

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

## Other Adversary Proceedings                                      $9,823.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 05/03/2021 | NAB | Review settlement recommendation memoranda (.9); analyze back-up information and legal issues in connection with same (1.0); email with S. Martinez (Zolfo) regarding same (.1); call with S. Martinez (Zolfo) regarding same (.6); email with T. Axelrod (Brown Rudnick) regarding same (.2) | 2.80 | 1,350.00 | 3,780.00 |
| 05/04/2021 | NAB | Email with S. Martinez regarding avoidance action settlement issues (.3); email with T. Axelrod regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 05/10/2021 | NAB | Review avoidance action settlement memoranda and supporting documentation (.3); call with S. Martinez (Zolfo) regarding same (.3); call with T. Axelrod (Brown Rudnick), S. Martinez regarding same (.8) | 1.40 | 1,350.00 | 1,890.00 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00009
Invoice No. 2277301

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/2021 | NAB | Review additional avoidance action settlement recommendation memoranda (.6); correspond with S. Martinez (Zolfo) regarding same (.2) | 0.80 | 1,350.00 | 1,080.00 |
| 05/13/2021 | NAB | Correspond with L. Llach (CST) regarding avoidance action settlement recommendations | 0.10 | 1,350.00 | 135.00 |
| 05/16/2021 | NAB | Review avoidance action settlement recommendation memos (.2); email with T. Axelrod (Brown Rudnick) regarding same (.1); call with T. Axelrod regarding same (.1) | 0.40 | 1,350.00 | 540.00 |
| 05/17/2021 | NAB | Correspond with T. Axelrod (Brown Rudnick) regarding avoidance action settlements | 0.10 | 1,350.00 | 135.00 |
| 05/18/2021 | JK21 | Update list of pending adversary proceedings | 1.30 | 495.00 | 643.50 |
| 05/30/2021 | NAB | Review avoidance action mediator recommendations (.2); correspond with L. Llach (CST) regarding same (.1) | 0.30 | 1,350.00 | 405.00 |
| 05/31/2021 | NAB | Review comments to avoidance action settlement agreement (.2); correspond with M. Sawyer (Brown Rudnick) regarding same (.1); review potential mediator's bio and correspond with L. Llach (CST) regarding same (.2) | 0.50 | 1,350.00 | 675.00 |
| | | **Subtotal: B191  General Litigation** | **8.10** | | **9,823.50** |
| | | **Total** | **8.10** | | **9,823.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 6.80 | 1,350.00 | 9,180.00 |
| JK21 | Jocelyn Kuo | Paralegal | 1.30 | 495.00 | 643.50 |

The Commonwealth of Puerto Rico                                     Page 3
96395-00009
Invoice No. 2277301

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 05/03/2021 | Computer Search (Other) | | | 0.90 |
| 05/04/2021 | Computer Search (Other) | | | 0.90 |
| 05/05/2021 | Computer Search (Other) | | | 0.90 |
| 05/06/2021 | Computer Search (Other) | | | 0.90 |
| 05/07/2021 | Computer Search (Other) | | | 0.90 |
| 05/10/2021 | Computer Search (Other) | | | 0.90 |
| 05/11/2021 | Computer Search (Other) | | | 0.90 |
| 05/12/2021 | Computer Search (Other) | | | 0.90 |
| 05/14/2021 | Computer Search (Other) | | | 0.90 |
| 05/17/2021 | Computer Search (Other) | | | 0.90 |
| 05/18/2021 | Computer Search (Other) | | | 0.90 |
| 05/19/2021 | Computer Search (Other) | | | 0.90 |
| 05/20/2021 | Computer Search (Other) | | | 0.90 |
| 05/21/2021 | Computer Search (Other) | | | 0.90 |
| 05/24/2021 | Computer Search (Other) | | | 0.90 |
| 05/25/2021 | Computer Search (Other) | | | 0.90 |
| 05/26/2021 | Computer Search (Other) | | | 0.90 |
| 05/27/2021 | Computer Search (Other) | | | 0.90 |
| 05/28/2021 | Computer Search (Other) | | | 0.90 |
| 05/31/2021 | Computer Search (Other) | | | 0.90 |
| **Total Costs incurred and advanced** | | | | **$18.00** |

| | |
|---|---|
| **Current Fees and Costs** | **$9,841.50** |
| **Total Balance Due - Due Upon Receipt** | **$9,841.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277302

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $1,280.00 |
| **Current Fees and Costs Due** | **$1,280.00** |
| **Total Balance Due – Due Upon Receipt** | **$1,280.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277302

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2021 | $1,280.00 |
| **Current Fees and Costs Due** | **$1,280.00** |
| **Total Balance Due – Due Upon Receipt** | **$1,280.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277302

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

**Mediation**                                                                 **$1,280.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 05/18/2021 | LAD4 | T/c Judge Houser re: mediation (.80) | 0.80 | 1,600.00 | 1,280.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **0.80** | | **1,280.00** |
| | **Total** | | **0.80** | | **1,280.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.80 | 1,600.00 | 1,280.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$1,280.00** |
| **Total Balance Due - Due Upon Receipt** | | **$1,280.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277303

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending May 31, 2021                                        $36,181.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$36,181.00** |
| **Total Balance Due – Due Upon Receipt** | **$36,181.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                June 24, 2021
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                       Please Refer to
c/o O'Melveny & Myers LLP                       Invoice Number: 2277303
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                   PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending May 31, 2021                              $36,181.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$36,181.00** |
| **Total Balance Due – Due Upon Receipt** | **$36,181.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

June 24, 2021

Please Refer to
Invoice Number: 2277303

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2021

## Creditors' Committee Meetings $36,181.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 05/04/2021 | MN11 | Draft committee call agenda (.5); email L. Despins regarding same (.1); email S. Martinez (Zolfo Cooper) regarding same (.1); email A. Velazquez (SEIU) regarding same (.1); review recent filings and developments for Committee update email (1.9); draft same (1.1); email W. Wu regarding case tracking (.1); speak with A. Bongartz regarding committee update email (.1) | 4.00 | 955.00 | 3,820.00 |
| 05/04/2021 | MN11 | Draft annotated Committee call agenda | 0.60 | 955.00 | 573.00 |
| 05/05/2021 | AB21 | Review annotated agenda to prepare for Committee update call (0.1); telephone conference with L. Despins, S. Martinez (Zolfo), and Committee regarding recent developments in Title III cases (0.5) | 0.60 | 1,350.00 | 810.00 |
| 05/05/2021 | DEB4 | Attend Committee meeting | 0.50 | 1,095.00 | 547.50 |

The Commonwealth of Puerto Rico                                                                  Page 2
96395-00012
Invoice No. 2277303

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/05/2021 | LAD4 | Review agenda and issues to prepare for committee call (.30); handle weekly committee call (.50) | 0.80 | 1,600.00 | 1,280.00 |
| 05/05/2021 | MN11 | Draft annotated committee call agenda (.4); correspond with L. Despins regarding same (.2); draft Committee update email (2.1) | 2.70 | 955.00 | 2,578.50 |
| 05/10/2021 | MN11 | Draft committee call agenda | 0.40 | 955.00 | 382.00 |
| 05/11/2021 | AB21 | Revise agenda for Committee update call (0.1); correspond with Committee regarding same (0.2); correspond with M. Naulo regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 05/11/2021 | MN11 | Correspond with S. Martinez (Zolfo) regarding committee call agenda (.1); correspond with L. Despins regarding same (.1); correspond with A. Velazquez (SEIU) regarding same (.1) | 0.30 | 955.00 | 286.50 |
| 05/12/2021 | AB21 | Review annotated agenda and notes to prepare for Committee update call (0.1); telephone conference with L. Despins, S. Martinez (Zolfo) and Committee members regarding update on Title III cases (0.5) | 0.60 | 1,350.00 | 810.00 |
| 05/12/2021 | DEB4 | Attend Committee meeting | 0.50 | 1,095.00 | 547.50 |
| 05/12/2021 | LAD4 | Review DS/plan issues to prepare for committee call (.40); handle weekly committee call (.50) | 0.90 | 1,600.00 | 1,440.00 |
| 05/12/2021 | MN11 | Draft annotated agenda for committee call (.3); correspond with L. Despins regarding same (.1) | 0.40 | 955.00 | 382.00 |
| 05/18/2021 | AB21 | Correspond with M. Naulo regarding agenda for Committee update call | 0.10 | 1,350.00 | 135.00 |
| 05/18/2021 | MN11 | Draft Committee call agenda (.4); correspond with L. Despins regarding same (.1); correspond with S. Martinez regarding same (.3); correspond with A. Velazquez (SEIU) regarding same (.1); correspond with A. Bongartz regarding same (.2); correspond with J. Arrastia (Genovese) regarding same (.2); correspond with J. Casillas (CST) regarding same (.3) | 1.60 | 955.00 | 1,528.00 |

The Commonwealth of Puerto Rico                                           Page 3
96395-00012
Invoice No. 2277303

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/19/2021 | AB21 | Call with L. Despins, S. Martinez (Zolfo) and Committee regarding update on Title III cases | 0.70 | 1,350.00 | 945.00 |
| 05/19/2021 | LAD4 | Review agenda and notes to prepare for committee call (.50); handle weekly committee call (.70) | 1.20 | 1,600.00 | 1,920.00 |
| 05/25/2021 | MN11 | Draft agenda for committee call (.4); correspond with L. Despins regarding same (.1); correspond with S. Martinez regarding same (.1); correspond with A. Velazquez regarding same (.1); correspond with J. Casillas regarding same (.3) | 1.00 | 955.00 | 955.00 |
| 05/26/2021 | AB21 | Prepare notes for Committee update call (0.1); call with L. Despins, S. Martinez (Zolfo), and Committee regarding recent developments in Title III cases (0.3) | 0.40 | 1,350.00 | 540.00 |
| 05/26/2021 | DEB4 | Review agenda and notes to prepare for Committee meeting (0.1); attend Committee meeting (0.3) | 0.40 | 1,095.00 | 438.00 |
| 05/26/2021 | LAD4 | Review notes/issues to prepare for committee call (.40); handle weekly committee call (.30) | 0.70 | 1,600.00 | 1,120.00 |
| 05/26/2021 | SM29 | Committee update call | 0.30 | 1,120.00 | 336.00 |
| 05/29/2021 | AB21 | Correspond with L. Despins regarding preparation for working group session regarding disclosure statement objection (0.3); correspond with Committee regarding same (0.1) | 0.40 | 1,350.00 | 540.00 |
| 05/31/2021 | AB21 | Correspond with S. Maza, D. Barron, L. Lopez, and E. Sutton regarding presentation to Committee regarding disclosure statement (0.4); telephone conference with S. Maza, D. Barron, L. Lopez, and E. Sutton regarding same (0.6) | 1.00 | 1,350.00 | 1,350.00 |
| 05/31/2021 | ECS1 | Call with S. Maza, L. Lopez, D. Barron, and A. Bongartz regarding presentation to Committee regarding disclosure statement objection (.6); further call with S. Maza, L. Lopez regarding same (.4) | 1.00 | 700.00 | 700.00 |

The Commonwealth of Puerto Rico
96395-00012
Invoice No. 2277303

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/31/2021 | ECS1 | Prepare presentation to Committee regarding disclosure statement objection | 3.80 | 700.00 | 2,660.00 |
| 05/31/2021 | SM29 | Call with A. Bongartz, L. Lopez, E. Sutton, D. Barron re presentation to Committee re disclosure statement (.6); further call with L. Lopez, E. Sutton re same (.4); prepare parts of Committee presentation (.9); review portions of presentation from L. Lopez (.3); emails with L. Lopez re same (.2); call with D. Barron re same (.2) | 2.60 | 1,120.00 | 2,912.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **27.90** | | **30,076.00** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/31/2021 | DEB4 | Prepare committee meeting presentation (2.4); conference with A. Bongartz, S. Maza, L. Lopez, and E. Sutton regarding same (0.6); further call with S. Maza regarding same (0.2) | 3.20 | 1,095.00 | 3,504.00 |
| 05/31/2021 | LML1 | Call with A. Bongartz, S. Maza, D. Barron and E. Sutton regarding Committee presentation regarding disclosure statement (.60); further call with S. Maza and E. Sutton regarding same (.40); analyze best interest/liquidation issues related to disclosure statement (.7); correspond with E. Sutton regarding same (.2); prepare slides for Committee presentation regarding same (.7); prepare slides regarding available assets/recoveries (.6); correspond with S. Maza regarding same (.2) | 3.40 | 765.00 | 2,601.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **6.60** | | **6,105.00** |

| | | **Total** | **34.50** | | **36,181.00** |

The Commonwealth of Puerto Rico                                                                 Page 5
96395-00012
Invoice No. 2277303

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.60 | 1,600.00 | 5,760.00 |
| AB21 | Alex Bongartz | Of Counsel | 4.20 | 1,350.00 | 5,670.00 |
| SM29 | Shlomo Maza | Associate | 2.90 | 1,120.00 | 3,248.00 |
| DEB4 | Douglass E. Barron | Associate | 4.60 | 1,095.00 | 5,037.00 |
| MN11 | Mariya Naulo | Associate | 11.00 | 955.00 | 10,505.00 |
| LML1 | Leah M. Lopez | Associate | 3.40 | 765.00 | 2,601.00 |
| ECS1 | Ezra C. Sutton | Associate | 4.80 | 700.00 | 3,360.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$36,181.00** |
| **Total Balance Due - Due Upon Receipt** | **$36,181.00** |