# EXHIBIT A

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

The blended hourly rate for CST timekeepers who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters") during the twelve-month period beginning on June 1, 2020 and ending on May 31, 2021 was, in the aggregate, approximately $208 per hour (the "Non-Bankruptcy Blended Hourly Rate"). The blended hourly rate for CST's timekeepers in the Title III Cases during the Application Period was approximately $252 per hour (the "Debtor Blended Hourly Rate"). A detailed comparison of these rates follows:

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE ||
|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | COMMITTEE BLENDED HOURLY RATE |
| Partner | $258 | $270 |
| Counsel | $234 | $260 |
| Junior Partner | $212 | $240 |
| Senior Associate | $182 | $200 |
| Associate | $156 | $170 |
| | | |
| All timekeepers aggregated | $208 | $252 |

1