# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $121,689.00 | 450.70 | $270.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $46,170.00 | 171.00 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $567.00 | 2.10 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $5,022.00 | 18.60 | $270.00 | 0 |
| | | **Total Partner:** | | **$173,448.00** | **642.40** | | |
| Luis Ramos | Member | Labor and Litigation | 2002 | $1,296.00 | 4.80 | $270.00 | 0 |
| | | **Total Partner:** | | **$1,296.00** | **4.80** | | |
| Rene Comas | Counsel | Labor and Litigation | 1997 | $2,990.00 | 11.50 | $260.00 | 0 |
| | | **Total Counsel:** | | **$2,990.00** | **11.50** | | |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $24,792.00 | 103.30 | $240.00 | 1 |

| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $1,392.00 | 5.80 | $240.00 | 0 |
|---|---|---|---|---|---|---|---|
| | | **Total Junior Partner:** | | **$26,184.00** | **109.10** | | |
| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $14,580.00 | 72.90 | $200.00 | 1 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $6,920.00 | 34.60 | $200.00 | 0 |
| Natalia Del Nido | Senior Associate | Labor and Litigation | 2011 | $540.00 | 2.70 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$22,040.00** | **110.20** | | |
| Coralis Sosa | Associate | Corporate and Taxes | 2020 | $6,613.00 | 38.90 | $170.00 | 0 |
| | | **Total Associate:** | | **$6,613.00** | **38.90** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $627.00 | 6.60 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$627.00** | **6.60** | | |
| | **Total:** | | | **$233,198.00** | **923.50** | | |
| | **Blended Rate:** | | | | | **$252.52** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$253.65** | |

2