# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Feb-21 | Mar-21 | Apr-21 | May-21 | Total | Feb-21 | Mar-21 | Apr-21 | May-21 | Total |
| B110 Case Administration | 7.00 | 8.00 | 8.00 | 7.00 | 30.00 | 5.30 | 2.30 | 6.90 | 7.00 | 21.50 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 80.00 | 75.00 | 65.00 | 63.00 | 283.00 | 49.10 | 74.90 | 64.20 | 63.00 | 251.20 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 5.00 | 5.00 | 10.00 | 10.00 | 30.00 | 4.30 | 4.00 | 9.10 | 5.60 | 23.00 |
| B155 Court Hearings | 7.00 | 5.00 | 8.00 | 8.00 | 28.00 | 5.80 | 4.60 | 7.80 | 4.10 | 22.30 |
| B160 Employment / Fee Applications | 3.00 | 28.00 | 4.00 | 2.00 | 37.00 | 0.00 | 16.80 | 0.00 | 0.00 | 16.80 |
| B161 Budgeting (Case) | 3.00 | 3.00 | 3.00 | 3.00 | 12.00 | 1.80 | 1.70 | 2.30 | 3.00 | 8.80 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 58.00 | 70.00 | 55.00 | 55.00 | 238.00 | 58.00 | 39.90 | 38.30 | 47.20 | 183.40 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 35.00 | 33.00 | 38.00 | 35.00 | 141.00 | 19.40 | 10.90 | 30.20 | 35.00 | 95.50 |
| B191 General Litigation | 75.00 | 55.00 | 65.00 | 65.00 | 260.00 | 69.10 | 17.00 | 64.10 | 69.40 | 219.60 |
| B195 Non-Working Travel | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 5.00 | 10.00 | 10.00 | 15.00 | 40.00 | 5.00 | 0.00 | 3.90 | 15.00 | 23.90 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 10.00 | 10.00 | 20.00 | 20.00 | 60.00 | 0.00 | 8.00 | 20.00 | 22.10 | 50.10 |
| B420 Restructurings | 2.00 | 4.00 | 4.00 | 5.00 | 15.00 | 1.50 | 0.30 | 0.00 | 5.60 | 7.40 |
| **TOTAL HOURS** | **294.00** | **310.00** | **294.00** | **292.00** | **1,190.00** | **219.30** | **180.40** | **246.80** | **277.00** | **923.50** |
| **TOTAL FEES** | **$69,972.00** | **$73,780.00** | **$69,972.00** | **$69,496.00** | **$283,220.00** | **$55,837.00** | **$45,348.00** | **$63,872.00** | **$68,141.00** | **$233,198.00** |

2

### FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

**General (Matter ID:  396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---|---|
| B110   - Case Administration | 17.60 | $4,643.50 |
| B113   - Pleadings Review | 126.40 | $31,405.00 |
| B150   - Meetings of and Communications with Creditors | 22.70 | $6,129.00 |
| B155   - Court Hearings | 20.50 | $5,412.50 |
| B190   - Other Contested Matters | 48.60 | $12,244.00 |
| B191   - General Litigation | 150.40 | $38,679.50 |
| B310   - Claims Administration and Objections | 7.20 | $1,704.00 |
| B320   - Plan and Disclosure Statement | 49.40 | $13,097.00 |
| B420   - Restructurings | 3.10 | $837.00 |
| **Total** | **445.90** | **$114,151.50** |

**PREPA (Matter ID:  396-00006)**

| Task Code | Hours | Amount |
|---|---|---|
| B113   - Pleadings Review | 106.60 | $28,285.00 |
| B150   - Meetings of and Communications with Creditors | 0.30 | $81.00 |
| B155   - Court Hearings | 1.50 | $370.00 |
| B190   - Other Contested Matters | 43.50 | $8,408.00 |
| B191   - General Litigation | 38.70 | $9,781.00 |
| B310   - Claims Administration and Objections | 0.80 | $216.00 |
| **Total** | **191.40** | **$47,141.00** |

**HTA (Matter ID:  396-00007)**

| Task Code | Hours | Amount |
|---|---|---|
| B113   - Pleadings Review | 3.00 | $768.00 |
| **Total** | **3.00** | **$768.00** |

**ERS (Matter ID:  396-00008)**

| Task Code | Hours | Amount |
|---|---|---|
| B110   - Case Administration | 0.10 | $9.50 |
| B113   - Pleadings Review | 13.60 | $3,308.00 |
| B155   - Court Hearings | 0.30 | $28.50 |
| B191   - General Litigation | 4.00 | $1,004.00 |
| B310   - Claims Administration and Objections | 0.30 | $60.00 |
| **Total** | **18.30** | **$4,410.00** |

**Fee Application (Matter ID:  396-00015)**

| Task Code | Hours | Amount |
|---|---|---|
| B160   - Fee/Employment Applications | 16.80 | $4,466.00 |
| B161   - Budgeting (Case) | 8.80 | $2,337.00 |
| **Total** | **25.60** | **$6,803.00** |

**Commonwealth Claims Review (Matter ID:  396-00017)**

| Task Code | Hours | Amount |
|---|---|---|
| B190   - Other Contested Matters | 0.10 | $20.00 |
| B191   - General Litigation | 25.00 | $6,449.00 |
| B310   - Claims Administration and Objections | 15.60 | $4,072.00 |
| B320   - Plan and Disclosure Statement | 0.70 | $189.00 |
| B420   - Restructurings | 4.30 | $1,161.00 |
| **Total** | **45.70** | **$11,891.00** |

**Avoidance Actions (Matter ID:  396-00018)**

| Task Code | Hours | Amount |
|---|---|---|
| B110   - Case Administration | 3.80 | $991.00 |
| B113   - Pleadings Review | 1.60 | $432.00 |
| B180   - Avoidance Action | 183.40 | $45,349.50 |
| B190   - Other Contested Matters | 3.30 | $873.50 |
| B191   - General Litigation | 1.50 | $387.50 |
| **Total** | **193.60** | **$48,033.50** |

**EXHIBIT D-2**

**SUMMARY OF EXPENSES BY CATEGORY**

| Category | Amount |
|---|---|
| Conference Call Expense | $31.17 |
| Court Solutions Fees re: Appearance at Hearings | $350.00 |
| Delivery Expense | $35.00 |
| Photocopies Expense | $2,964.69 |
| Postage Expense | $604.65 |
| Transcription of Hearings | $661.05 |
| **Total** | **$4,646.56** |