# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### February 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $48,630.00 | $43,767.00 | $110.00 | $43,877.00 |
| PREPA | $6,574.00 | $5,916.60 | $0.00 | $5,916.60 |
| HTA | $195.00 | $175.50 | $0.00 | $175.50 |
| ERS | $438.00 | $394.20 | $0.00 | $394.20 |
| **Total** | **$55,837.00** | **$50,253.30** | **$110.00** | **$50,363.30** |

### March 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $37,699.00 | $33,929.10 | $3,951.70 | $37,880.80 |
| PREPA | $4,973.00 | $4,475.70 | $0.00 | $4,475.70 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $2,676.00 | $2,408.40 | $0.00 | $2,408.40 |
| **Total** | **$45,348.00** | **$40,813.20** | **$3,951.70** | **$44,764.90** |

**April 2021 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $45,721.00 | $41,148.90 | $403.46 | $41,552.36 |
| PREPA | $17,227.00 | $15,504.30 | $0.00 | $15,504.30 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $924.00 | $831.60 | $0.00 | $831.60 |
| **Total** | **$63,872.00** | **$57,484.80** | **$403.46** | **$57,888.26** |

**May 2021 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $48,829.00 | $43,946.10 | $28.00 | $43,974.10 |
| PREPA | $18,367.00 | $16,530.30 | $153.40 | $16,683.70 |
| HTA | $573.00 | $515.70 | $0.00 | $515.70 |
| ERS | $372.00 | $334.80 | $0.00 | $334.80 |
| **Total** | **$68,141.00** | **$61,326.90** | **$181.40** | **$61,508.30** |