RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT,
SAN JUAN, PR

2021 JUL 15 PM 5: 14

Junio 10, 2021
Carolina, P.R.

Secretaria
Tribunal de Distrito de E.U.
Sala 150 Edificio Federal
S.J., PR. 00918 - 1767

Re: Nilda Mangual Flores
C/1 I-13 Est. Santdo
Carolina, P.R. 00985
Tel. 787-550-4673
SS. 6524

Claim #26524
17BK03283LTS
#29762
17BK03566LTS

Honorable Tribunal solicito se reconsidere mis reclamos y sea eva- luada y asegurada en relación a salario mínimo. Se re-ajuste mi pensión, pasos por merito, intereses y Seguro Social. Deseo continuar en el caso de la Ley Promesa. Y que se me pague lo que me adeudan.

Cordialmente
Nilda Mangual Flores