## Three Hundred and Forty-First Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 50 | LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807 CALLE JONES<br>LARES, PR 00669 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66474 | Undetermined* | LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807 CALLEJONES<br>LARES, PR 00669 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66138 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 51 | LUGO ORTIZ, WANDA I<br>URB FLAMBOYANES<br>1622 CALLE LILAS<br>PONCE, PR 00716 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25146 | Undetermined* | LUGO ORTIZ, WANDA I.<br>VILLAS DEL LAUREL II<br>1412 BOULEVARD<br>COTO LAUREL, PR 00780 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 26526 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 52 | MANGUAL FLORES, NILDA<br>CALLE 1 I13 ESTANCIAS SAN FDO.<br>CAROLINA, PR 00985 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29762 | Undetermined* | MANGUAL FLORES, NILDA<br>CALLE I13 ESTANCIAS SAN FDO.<br>CAROLINA, PR 00985 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18462 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 53 | MARCIAL MATTEI, REINALDO<br>#25 BRANDEN<br>ENSENADA, PR 00647 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46919 | Undetermined* | MARCIAL MATTEI, REINALDO<br>CALLE BRANDON #25<br>ENSENADA, PR 00647 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 35154 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 54 | MARTINEZ COLLAZO, ANGELA<br>PO BOX 3056<br>JUNCOS, PR 00777 | 06/13/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64864 | Undetermined* | MARTINEZ COLLAZO, ANGELA<br>P.O. BOX 3056<br>JUNCOS, PR 00777 | 06/13/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 59591 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |