Julia Mongual Flores
13 Calle 1 Est. San
Pablo. Carolina, P.R. 00985

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 JUL 15 PM 5: 14

Secretaria Tribunal
de Distrito de E.U.
Sala 150 Edificio Federal
S.J., P.R. 00918-1767

SAN JUAN PR 009
13 JUL 2021 PM 1 L