López Oquendo Carlos
Ub. Sierra Bayamón
31-11 calle 29
Bayamón PR 00961



Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767