Stephanie H Wilson Crespo (Madre)

9915 Cypress Creek Prkw #1606
Houston TX 77070
(936) 257-2791
Stephanie Wilson Crespo 42@gmail.com

Nombre deudores: Estado libre Asociado
de P.R  17-DK-03283 (LTS)
Dept De Educacion
# Reclamo 87128, 87771, 94832
objecion global, 30060

Razon: (Documento Justificativo)
Servicios Negados del Dept de Educacion
(87771)

Servicios Negados a mis Hijos Hadessa
Velazquez Wilson / Armando Velazquez Wilson
(94832)

Buenos Dias!

Solicito que no se revoca mis Reclamaciones
del sistema. Quiero continuar con mis Reclamacion
Gracias!

Stephanie H
Wilson Crespo

7/7/2021          Stephanie H Wilson
Crespo

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 15 PM 2:0?