IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H | 94832 | 6/29/2018 | Commonwealth of Puerto Rico | $160,000.00 |
| Reason: | This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H | 94832 | 6/29/2018 | Commonwealth of Puerto Rico | $160,000.00 |
| Base para: | Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educción ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba. | | | |

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H | 87771 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H | 87771 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educción ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba. | | | |

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H. | 87128 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. ||||

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H. | 87128 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educción ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba. ||||

(1,185)

L-HR-U

Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: ▮
Nombre del Reclamante: ▮

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive** por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico 850 3rd Avenue, Suite 412,
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

- ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- ☐ Empleo actual o anterior en el gobierno de Puerto Rico
- ☑ Otro (describir): _Reclamación de Daños y Perjuicios contra el Dep. de Educación y el Gobierno de Puerto Rico (Pleito de Educación Especial)_

PARA UNA ACCIÓN LEGAL:

Ha comenzado una acción legal? (S) N

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intención de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: _Dept. de Educación y Gobierno de P.R._

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: _Tribunal de Primera Instancia, Sala de San Juan, Salón 805_

Número del Caso: _KPE1980-1738_

Título, subtítulo o nombre del caso: _Rosa Lydia Vélez y Otros v. Dept. Educación y Otros (Pleito Educación Especial)_

Estado del caso (pendiente, en apelación o concluido): _pendiente_

¿Tiene algún juicio pendiente de pago? S /(N) de ser así, indique la fecha y el monto de la sentencia. _____

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: _____

Período específico en el que estuvo, o está empleado en relación con la reclamación: _____

Los últimos cuatro dígitos de su número de seguro social: _____

[Continúa al dorso]

Naturaleza de la reclamación relacionada con empleo:

- ☐ Jubilación
- ☐ Salarios impagos
- ☐ Días por enfermedad
- ☐ Vacaciones
- ☐ Queja con el sindicato
- ☐ Acción legal pendiente o cerrada
- ☐ Otra: _____

El monto de su reclamación: _____

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

**\*\*Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.\*\***

PARA OTRO TIPO DE RECLAMACIÓN:

Describa el fundamento de su reclamación: **Daños y Perjuicios, Ley Federal IDEA, y Ley Estatal 51-1996**

El monto de su reclamación: **$150,000.00 por reclamante**

✱ En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta. ✱



L-HR-U

Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: ▮
Nombre del Reclamante: ▮

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive** por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

> Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico 850 3rd Avenue, Suite 412,
> Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

- ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- ☐ Empleo actual o anterior en el gobierno de Puerto Rico
- ☑ Otro (describir): _Reclamación de Daños y Perjuicios contra el Dep. de Educación y el Gobierno de Puerto Rico (Pleito de Educación Especial)_

PARA UNA ACCIÓN LEGAL:

Ha comenzado una acción legal? **S** / N

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intención de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: _Dept. de Educación y Gobierno de P.R._

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: _Tribunal de Primera Instancia, Sala de San Juan, Salón 805_

Número del Caso: _KPE1980-1738_

Título, subtítulo o nombre del caso: _Rosa Lydia Vélez y Otros v. Dept. Educación y Otros (Pleito Educación Especial)_

Estado del caso (pendiente, en apelación o concluido): _pendiente_

¿Tiene algún juicio pendiente de pago? S / **N** de ser así, indique la fecha y el monto de la sentencia. ____

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: ____

Período específico en el que estuvo, o está empleado en relación con la reclamación: ____

Los últimos cuatro dígitos de su número de seguro social: ____

[Continúa al dorso]

Naturaleza de la reclamación relacionada con empleo:

- ☐ Jubilación
- ☐ Salarios impagos
- ☐ Días por enfermedad
- ☐ Vacaciones
- ☐ Queja con el sindicato
- ☐ Acción legal pendiente o cerrada
- ☐ Otra: _____

El monto de su reclamación: _____

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

**Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.**

PARA OTRO TIPO DE RECLAMACIÓN:

Describa el fundamento de su reclamación: _Daños y Perjuicios, Ley Federal IDEA, y Ley Estatal 51-1996_

El monto de su reclamación: _$150,000.00 por reclamante_

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

| | |
|---|---|
| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: **K PE1980-1738 (805)** |
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | INJUNCTION CLÁSICO; DAÑOS y PERJUICIOS |
| Demandados | CASO EDUCACIÓN ESPECIAL |

**RECLAMACIÓN**

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial:**

ARMANDO SANGENIS VELAZQUEZ WILSON

**Núm. de registro (si lo conoce):**

00033352

**Núm. de SIE:**

18808036

**Fecha de Nacimiento**

24-09-2000

**Nombre de la escuela:**

PADRE RUFO FERNANDEZ BAYAMON

Bayamón

**Madre**

STEPHANIE H WILSON CRESPO

**Padre**

ARMANDO VELAZQUEZ ALLENDE

**Tutor**

MADRE

**Encargado**

MADRE

**Parentesco del encargado**

MADRE

**Dirección**

CALLE 21X14URB MAGNOLIA GARDENS BAYAMON

**Dirección (2)**

LA MISMA

**Municipio**

Bayamón

**Estado/Pais**

Puerto Rico

**Código Postal**

00956

**Teléfono**

(787) 9068992

**Fax**

(787) 3804971

**Correo electrónico (email)**

WILSONSTEPHANIE262@gmail.com

**Breve Relato:**

MI HIJO LLEVA DOS ANOS SIN TERAPIAS DE EDUCACION ESPECIAL DESDE QUE SE FUE DESDE LA OTRA ESCUELA LE NEGARON LA PRUEBA DE AUDICION DEVIDO A QUE ELLOS NO LA COSTIABAN ESTA EN APS TOMANDO MEDICAMENTOS POR SU CONDICION ESTA EN SICOLOGO Y SICRIATRA ES INPERACTIVO Y AGRECIVO SE A FRACASADO DOS VESES ESTUVO DESDE PEQUENO EN INTERVENCION TEMPRANA EN TRATAMIENTOS .TODA EVALUACION DE TEREPIAS TOMA MAS DE UN ANO SE A TARDADO MUCHO SUS EVALUACIONES .A ESTADO EN HOSPITAL SICRIATRICO DEVIDO A SU AGRECIVIDAD.

**Diagnóstico**

Disturbios Emocionales
Problemas de Audición
Problemas de Habla o Lenguaje
Problemas Específicos de Aprendizaje

**Servicios de educación que no le están o no le fueron brindados:**

Re evaluación

**Terapias (no recibidas):**

Ocupacional

TOMA MEDICAMENTOS EN APS DEPRECION ,INPERACTIVIDAD,CONPULCIVO

Pérdidas económicas

Niños, Niñas y Joven de Educacion Especial

Submission Date   10-27-2016 12:15:25

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ROSA LYDIA VÉLEZ Y OTROS<br>Demandante<br>vs<br>DEPARTAMENTO DE EDUCACIÓN Y OTROS<br>Demandados | CIVIL NÚM: K PE1980-1738 (805)<br><br>SOBRE:<br>INJUNCTION CLÁSICO;<br>DAÑOS y PERJUICIOS<br>CASO EDUCACIÓN ESPECIAL |

### Reclamación
FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

## Al Comisionado Especial:

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1. Nombre

| | |
|---|---|
| Nombre del niño(a) o joven de educación especial: | HADASSALIZ VELAZQUEZ WILSON |
| Núm. de registro: | 000188013 |
| Núm. de SIE: | 24023098 |

2. Fecha de Nacimiento

| | |
|---|---|
| Fecha de Nacimiento | 16-12-2001 |
| Nombre de la escuela: | PADRE RUFO FERNANDEZ BAYAMON |
| Municipio | Bayamón |

3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

| | |
|---|---|
| Madre | STEPHANIE H WILSON CRESPO |
| Padre | ARMANDO VELAZQUEZ ALLENDE |
| Tutor | MADRE |
| Encargado | MADRE |
| Parentesco del encargado | MADRE |

| | |
|---|---|
| Dirección | CALLE 21 X14 URB MAGNOLIA GARDENS BAYAMON PR |
| Dirección (2) | LA MISMA |
| Municipio | Bayamón |
| Estado/País | Puerto Rico |
| Código Postal | 00956 |
| Teléfono | (787) 9068992 |
| Fax | (787) 3804971 |
| Correo electrónico (email) | WILSONSTEPHANIE262@gmail.com |

5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial que no le están o no le fueron brindados.

| | |
|---|---|
| Breve Relato: | MI HIJA LLEVA DOS ANOS SIN TERAPIAS DESDE QUE SE FUE DE LA OTRA ESCUELA SE HISO LOS PAPELES MAS DE UN ANO ESTUVO DESDE PEQUENA EN INTERVENCION TEMPRANA POR SU CONDICION TENIA RASGOS DE AUTISMO ESTA ACTUALMENTE EN APS SICOLOGO Y SICRIATRA TOMA MEDICAMENTOS SE FRACASO TRES VESES EN LA ESCUELA NO TENIA MAESTRO DE EDUCACION ESPECIAL . |
| Diagnóstico | Disturbios Emocionales |
| Servicios de educación que no le están o no le fueron brindados: | Evaluación |
| Terapias (no recibidas): | Habla / lenguaje<br>Sicológica<br>Ocupacional<br>Otras |

6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique.

Reclamantes (Puede seleccionar más de un reclamante.):

Niños, Niñas y Joven de Educacion Especial
Madre
Encargado / Tutor

___

| | |
|---|---|
| | Daños Físicos |
| Especifique | FRACASO EN TRES ANOS NO LA QUISIERON DAR EXAMENES DE UVICACION |
| | Angustias y sufrimientos mentales y/o emocionales |

| | |
|---|---|
| Especifique | TOMA MEDICAMENTOS EN APS DEPRECION ,INPERACTIVIDAD,CONPULCIVO |
| Seleccione las que apliquen | Pérdidas económicas |
| Daños en el aprendizaje: | Retraso en la fecha de graduación<br>Retrazo en aprendizaje |
| Gastos: | Gastos por transporatación |

7. Identificar su representación

| | |
|---|---|
| Identificar su representación legal (Escoja una alternativa) | Se autoriza a los representantes de la clase en su fase interdictal a representarnos en la fase de daños y perjuicios. |

**No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (matasellos) del correo o del envío del correo electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información aquí solicitada.**

**Su reclamación será remitida al correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al someter el formulario, usted también recibirá una confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario recibido.**

Submission Date    10-27-2016 11:52:24

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ROSA LYDIA VÉLEZ Y OTROS<br>Demandante<br>vs<br>DEPARTAMENTO DE EDUCACIÓN Y OTROS<br>Demandados | CIVIL NÚM: K PE1980-1738 (805)<br>SOBRE:<br>INJUNCTION CLÁSICO;<br>DAÑOS y PERJUICIOS<br>CASO EDUCACIÓN ESPECIAL |

### Reclamación
FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

## Al Comisionado Especial:

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1. Nombre

| | |
|---|---|
| Nombre del niño(a) o joven de educación especial: | ARMANDO SANGENIS VELAZQUEZ WILSON |
| Núm. de registro: | 00033352 |
| Núm. de SIE: | 18808036 |

2. Fecha de Nacimiento

| | |
|---|---|
| Fecha de Nacimiento | 24-09-2000 |
| Nombre de la escuela: | PADRE RUFO FERNANDEZ BAYAMON |
| Municipio | Bayamón |

3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

| | |
|---|---|
| Madre | STEPHANIE H WILSON CRESPO |
| Padre | ARMANDO VELAZQUEZ ALLENDE |
| Tutor | MADRE |
| Encargado | MADRE |
| Parentesco del encargado | MADRE |

| | |
|---|---|
| Dirección | CALLE 21X14URB MAGNOLIA GARDENS BAYAMON |
| Dirección (2) | LA MISMA |
| Municipio | Bayamón |
| Estado/Pais | Puerto Rico |
| Código Postal | 00956 |
| Teléfono | (787) 9068992 |
| Fax | (787) 3804971 |
| Correo electrónico (email) | WILSONSTEPHANIE262@gmail.com |

5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial que no le están o no le fueron brindados.

| | |
|---|---|
| Breve Relato: | MI HIJO LLEVA DOS ANOS SIN TERAPIAS DE EDUCACION ESPECIAL DESDE QUE SE FUE DESDE LA OTRA ESCUELA LE NEGARON LA PRUEBA DE AUDICION DEVIDO A QUE ELLOS NO LA COSTIABAN ESTA EN APS TOMANDO MEDICAMENTOS POR SU CONDICION ESTA EN SICOLOGO Y SICRIATRA ES INPERACTIVO Y AGRECIVO SE A FRACASADO DOS VESES ESTUVO DESDE PEQUENO EN INTERVENCION TEMPRANA EN TRATAMIENTOS .TODA EVALUACION DE TEREPIAS TOMA MAS DE UN ANO SE A TARDADO MUCHO SUS EVALUACIONES .A ESTADO EN HOSPITAL SICRIATRICO DEVIDO A SU AGRECIVIDAD. |
| Diagnóstico | Disturbios Emocionales<br>Problemas de Audición<br>Problemas de Habla o Lenguaje<br>Problemas Específicos de Aprendizaje |
| Servicios de educación que no le están o no le fueron brindados: | Re evaluación |
| Terapias (no recibidas): | Ocupacional |

6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique.

Reclamantes (Puede seleccionar más de un reclamante.):

Niños, Niñas y Joven de Educacion Especial
Madre
Encargado / Tutor

___

| | |
|---|---|
| | Daños Físicos |
| Especifique | SE A FRACASADO DOS VESES |

| | |
|---|---|
| Seleccione las que apliquen | Pérdidas económicas |
| Daños en el aprendizaje: | Retraso en la fecha de graduación<br>Retraso académico<br>Retrazo en aprendizaje |
| Gastos: | Gastos por transporatación |

7. Identificar su representación

| | |
|---|---|
| Identificar su representación legal (Escoja una alternativa) | Se autoriza a los representantes de la clase en su fase interdictal a representarnos en la fase de daños y perjuicios. |

**No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (matasellos) del correo o del envío del correo electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información aquí solicitada.**

**Su reclamación será remitida al correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al someter el formulario, usted también recibirá una confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario recibido.**

| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: **K PE1980-1738 (805)** |
|---|---|
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | **INJUNCTION CLÁSICO;** |
| | **DAÑOS y PERJUICIOS** |
| Demandados | **CASO EDUCACIÓN ESPECIAL** |

RECLAMACIÓN

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial:**

HADASSALIZ VELAZQUEZ WILSON

**Núm. de registro (si lo conoce):**

000188013

**Núm. de SIE:**

24023098

**Fecha de Nacimiento**

16-12-2001

**Nombre de la escuela:**

PADRE RUFO FERNANDEZ BAYAMON

Bayamón

**Madre**

STEPHANIE H WILSON CRESPO

**Padre**

ARMANDO VELAZQUEZ ALLENDE

**Tutor**

MADRE

**Encargado**

MADRE

**Parentesco del encargado**

MADRE

**Dirección**

CALLE 21 X14 URB MAGNOLIA GARDENS BAYAMON PR

**Dirección (2)**

LA MISMA

**Municipio**

Bayamón

**Estado/Pais**

Puerto Rico

**Código Postal**

00956

**Teléfono**

(787) 9068992

**Fax**

(787) 3804971

**Correo electrónico (email)**

WILSONSTEPHANIE262@gmail.com

**Breve Relato:**

MI HIJA LLEVA DOS ANOS SIN TERAPIAS DESDE QUE SE FUE DE LA OTRA ESCUELA SE HISO LOS PAPELES MAS DE UN ANO ESTUVO DESDE PEQUENA EN INTERVENCION TEMPRANA POR SU CONDICION TENIA RASGOS DE AUTISMO ESTA ACTUALMENTE EN APS SICOLOGO Y SICRIATRA TOMA MEDICAMENTOS SE FRACASO TRES VESES EN LA ESCUELA NO TENIA MAESTRO DE EDUCACION ESPECIAL .

**Diagnóstico**

Disturbios Emocionales

**Servicios de educación que no le están o no le fueron brindados:**

Evaluación

**Terapias (no recibidas):**

Habla / lenguaje
Sicológica
Ocupacional
Otras

TOMA MEDICAMENTOS ESTA EN APS

**Pérdidas económicas**

Niños, Niñas y Joven de Educacion Especial
Madre
Encargado / Tutor

Seleccione las que apliquen

Daños en el aprendizaje:

Retraso en la fecha de graduación
Retraso académico
Retrazo en aprendizaje

Gastos:

Gastos por transporatación

Identificar su representación legal (Escoja una alternativa)

Se autoriza a los representantes de la clase en su fase interdictal a representarnos en la fase de daños y perjuicios.

Otra representacion legal

Número de Confirmación

353394125281606364

Madre
Encargado / Tutor

**Seleccione las que apliquen**

**Daños en el aprendizaje:**

Retraso en la fecha de graduación
Retrazo en aprendizaje

**Gastos:**

Gastos por transporatación

**Identificar su representación legal (Escoja una alternativa)**

Se autoriza a los representantes de la clase en su fase interdictal a representarnos en la fase de daños y perjuicios.

**Otra representacion legal**

**Número de Confirmación**

353392744281841651