Stephonie Wilson Crespo
9915 cypress creek Pkwy #1606
Houston TX 77070

Secretaria Tribunal de Distrito
de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767


