**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROMAN OCASIO, CARMEN I | 15520 | 5/15/2018 | Commonwealth of Puerto Rico | $15,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROMAN OCASIO, CARMEN I | 15520 | 5/15/2018 | Commonwealth of Puerto Rico | $15,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 15 PM 5:10

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
Tribunal de Primera Instancia
Sala Superior de Caguas

| | |
|---|---|
| SONIA RIVERA y otros<br>*Parte Demandante*<br>vs.<br>DEPARTAMENTO DE SALUD y otros<br>*Parte Demandada* | *Civil Núm.* E CD2000-0352<br>*Sala* 404<br>*Sobre:* COBRO DE DINERO |

# SENTENCIA

Atendida la Moción de Sentencia Sumaria presentada por el Departamento de Salud del Estado Libre Asociado de Puerto Rico, se declara la misma *HA LUGAR*. A tales efectos, en virtud de las Reglas 36 y 43.2 de las de Procedimiento Civil de Puerto Rico, dictamos Sentencia desestimando la Demanda y ordenando su archivo *con perjuicio*.

*REGÍSTRESE Y NOTIFÍQUESE.*

En Caguas, Puerto Rico, a *14 de octubre de 2003*.

*TERESA MEDINA MONTESERIN*
**Juez Superior**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAGUAS

RIVERA, SONIA T.
    DEMANDANTE
    VS.
DEPARTAMENTO DE SALUD
    DEMANDADO

CASO NUM: E CD2000-0352
SALON: 0404

COBRO DE DINERO
CAUSAL O DELITO

ROMAN OCASIO, CARMEN IRIS
ACASIA A2
REPARTO VALENCIANO
JUNCOS PR      00777

NOTIFICACION DE SENTENCIA

EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA 14 DE OCTUBRE DE 2003 , QUE HA SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

Y, SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA, DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA CON FECHA DE 28 DE OCTUBRE DE 2003 .

MORALES RODRIGUEZ ANGEL LUIS
PO BOX 192483
    SAN JUAN PR
    00919-2483

RODRIGUEZ PADILLA, RAFAEL
D DE JUSTICIA
SAN JUAN PR
    PO BOX 9020192
    00902-0192

ACEVEDO DELGADO, JUAN R.
ALTURAS DE VILLA DEL REY
CAGUAS PR
    CALLE 29 A9
    00725

CARRION DE LEON, JOSE LUIS
HC3 BOX 7096
    JUNCOS PR
    00777

```
                                                    CASO NUM: E CD2000-0352
                                                            SALON: 0404
```

CLAUDIO AYALA, RAMON
VILLA ESPERANZA                         ESPERANZA 177
CAGUAS PR                               00725

GONZALEZ RODRIGUEZ, SOCORRO
PO BOX 1180                             LAS PIEDRAS PR
                                        00771

RODRIGUEZ MATOS, ANTONIO
PO BOX 145                              CIDRA PR
                                        00739-0145

ROSA RIVERA, CARMEN DELIA
BO SANTIAGO LIMA                        BOX 50
NAGUABO PR                              00718

ROSADO CARMONA, ELENA
HC 02 BOX 4886                          LAS PIEDRAS PR
                                        00771

SANCHEZ COLLAZO, RAMON
HC 04 BOX 49778                         CAGUAS  PR
                                        00725

CAGUAS            , PUERTO RICO, A 28 DE OCTUBRE DE 2003

                              LCDA. ANABELY BARETTY TORRES
                                              SECRETARIO
                        POR: GRISELLE VELA____
                                              SECRETARIO AUXILIAR

O.A.T. 704-NOTIFICACION DE SENTENCIA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAGUAS

| | |
|---|---|
| SONIA T RIVERA et. als.<br><br>DEMANDANTE<br><br>vs.<br><br>DEPARTAMENTO DE SALUD y otros<br><br>DEMANDADOS | Civil Núm: ECD 2000-0352 (404)<br><br>SOBRE:<br><br>REQUERIMIENTO DE PAGO, LEY DEL 27 DE AGOSTO DE 1982 Y LEY 84 DEL 6 DE JULIO DE 1983 COBRO DE DINERO |

## CONTESTACION A INTERROGATORIO

A: La parte demandada - Departamento de la Salud

P/C: Lcda. Vivian Gonzalez Mendez
Departamento de Justicia
Division de Asuntos Contributivos y
Deudores al Estado

De: La Parte Demadante

P/C: Lcdo Angel L. Morales Rodriguez

Comparece la parte demandante y muy respetuosamente somete las contestaciones al Interrogatorio sometido.

1. Con relacion a la persona que contesta este interrogatorio, indique:

    a. Su nombre y apellidos paterno y materno

    Carmen Román Ocasio.

    b. Lugar y fecha de nacimiento

    REDACTED, Gurabo.

    c. Estado civil y numero de Seguro Social

    Casada REDACTED 5831.

    d. Direccion exacta de su residencia

    Urb. Reparto Valenciano Calle Acasia A-2 Juncos, Puerto Rico.

    e. Identifique las fuentes de informacion que utilizo para contestar el presente interrogatorio.

    Conocimiento Propio.

    f. Con relacion a cada pregunta en particular, indique si su conocimiento para contestar cada pregunta es personal o por referencia o informacion.

    Conocimiento Propio.

    g.    Indique que relacion tiene usted con la parte en cuyo nombre y representacion contesta el presente interrogatorio.

    N/A.

2.    Si usted es casado, con relacion a la persona de su conyuge, exprese:

    a.    El nombre y apellidos paterno y materno

    Angel L. Rojas Díaz.

    b.    El oficio, profesion o negocio a que se dedica.

    Retirado.

    c.    Direccion residencial.

    Urb. Reparto Valenciano Calle Acacia A-2 Juncos, Puerto Rico.

    d.    Direccion del lugar donde ejerce su profesion, oficio o negocio.

    N/A.

    e.    Si es empleado, el nombre y direccion del patrono.

    N/A.

    f.    Numero de seguro social.

3.    Si usted ejerce alguna profesion, oficio u negocio, exprese los siguientes detalles.

    a.    La naturaleza, tipo o clase de su profesion, oficio u negocio

    Retirada.

    b.    Lugar exacto donde la ejerce o practica.

    c.    Si es empleado, el nombre y direccion de su patrono al presente.

    d.    Tiempo que lleva trabajando en ese empleo.

    e.    Sueldo que devenga en dicho trabajo.

4.    Con relacion a cada uno de los miembros que componen a la parte demandante, indicar.

    a.    Nombre completo.

    Angel L. Rojas Díaz.

    b.    Seguro Social.

    c.    Direccion fisica y postal.

        La misma anterior.

    d.    Agencia en la que labora desde el año 1982 hasta el presente. Indique la fecha en que ocupo dichas posiciones.

        Hospital Regional.

    e.    Posiciones ocupadas desde el año 1982 hasta el presente. Indique la fecha en que ocupo dichas posiciones.

        Oficinista Dactilografo desde 1971.

    f.    Si laboro para el Departamento de Salud, indicar la fecha exacta en la que dejo de laborar para el Departamento de Salud.

        Junio 1999.    D[...] 1999

    g.    Cantidad que alega se le adeuda y por concepto de que.

    h.    Gestiones escritas -acompañe copia- y/o orales realizadas con sus supervisores, supervisores y/o con las personas encargadas de nomina, relacionadas a los hechos indicados en la demanda. Indicar el nombre de las personas ante las cuales se hicieron dichas gestiones

        N/A.

5.    La legislatura aprobó las Leyes 12 del 27 de agosto de 1982 y 83 y 84 del 4 de junio de 1983 que me conceden una bonificación especial de $190.00, un aumento salarial de $30.00 y un ajuste en las escalas retributivas. El Departamento de Salud nunca me hizo efectivo dichos pagos, por lo cual, me adeudan salarios retroactivos a la fecha de aprobación de las Leyes antes mencionadas.

6.    La parte demandada era mi patrono cuando se aprobaron las leyes mencionadas en la contestación número 5 y, por lo tanto, tenía la obligación de pagarme todos los beneficios que me concedieron dichas leyes.

7.    Todas las personas que figuran como demandantes en la demanda.

8.    El conocimiento personal de los demandantes es a los efectos que ninguno recibió pago alguno por los beneficios concedidos por las leyes mencionadas en la contestación número 5.

9.    No.

10.    Todos los demandantes.

11. Declararemos que tenemos derecho a recibir las bonificaciones y aumentos salariales conforme a las leyes antes mencionadas y que el Departamento de Salud no nos ha efectuado el pago adeudado.

12. Al momento no tenemos prueba documentada real y objetiva en nuestro poder excepto Memorando firmado por el Ex-Gobernador Canos Romero Barceló del 12 de abril de 1983 el cual se acompaña.

13. Véase contestación anterior.

14. El computo se basa en la tonificacion especial de $190.00, el aumento salarial de $30.00 retroactivo al 1ro de octubre de 1983 y un ajuste salarial que debio realizarse posterior al 1 de abril de 1984 conforme a la nueva escala de retribución. Estos cómputos varían para cada empleado y podrán ser completados una vez se obtenga la documentación pertinente del Departamento de Salud.

15. No se han consultado peritos.

16. No.

En Caguas, Puerto Rico, a ___ de noviembre de 2002.

## JURAMENTO

Yo, **Carmen Román Ocasio**, mayor de edad, casada, retirada y vecina de Juncos, Puerto Rico, bajo juramento declaro lo siguiente.

1. Que mis circunstancias personales son las anteriormente descritas.

2. Que he leido las contestaciones al Interrogatorio que antecede y los mismos son ciertos y correctos.

Y para que asi conste, juro la Contestacion al Interrogatorio en Caguas, Puerto Rico
a ___ de NOV 18 2002 de 2002.

_Carmen Roman Ocasio_
DECLARANTE
UC# REDACTED

Test. Núm. ____
Jurado y suscrito ante mi por _Carmen Roman_ y vecino de _Juncos_
a quien doy fe de conocer personalmente en Caguas, Puerto Rico, a de NOV 18 2002
e 2001.

SECRETARIA REGIONAL INT.

**NOTARIO PUBLICO**

DENNISE CASTRILLO TOR

**CERTIFICO**: Que en el día de hoy le he enviado copia de esta Contestación al Interrogatorio a la **Lcda. Vivían González Méndez**, Departamento de Justicia, División de Asuntos Contributivos y Deudores del Estado, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192.

**LIC ÁNGEL L MORALES RODRÍGUEZ**
Colegiado Núm. 8756

P.O. Box 192483
San Juan, Puerto Rico 00919-2483
Tel.   (787) 314-9309
         (787) 704-2370

Carman I Roman Ocasio
Repto. Valenciano A2
Calle A Juncos PR-00777-2919
NO- Reclamacion- 15520





Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardón
Edificio Federal
San Juan Puerto Rico 00918-1762