# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>　　Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, et. al<br><br>　　Defendants. | Adv. Proc. No. 20-0003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, et. al<br><br>    Defendants. | Adv. Proc. No. 20-0004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-0005-LTS |

## **ORDER**

This matter is before the Court on the *Corrected Urgent Joint Motion to Continue Deadlines in Certain Proceedings* (Dkt. No. 17370 in 17-BK-3283; Dkt. No. 205 in 20-AP-03; Dkt. No. 193 in 20-AP-04; and Dkt. No. 218 in 20-AP-05) (the "Urgent Motion"). Taking note of the agreement among the parties and finding good cause for the requested relief, the Court hereby ALLOWS the Urgent Motion. The deadlines in the above-captioned proceedings are modified as follows:

2

1. The Settling Creditors[2] shall file supplemental briefing regarding the Summary Judgment Motions on or before **July 28, 2021 at 5:00 p.m. (AST)**;

2. The Commonwealth shall file responsive briefing to the Settling Creditors' supplemental briefing on or before **August 25, 2021 at 5:00 p.m. (AST)**;

3. The parties shall file a joint status report regarding the status of Milliman Rule 2004 Discovery on or before **July 28, 2021**;

4. The hearing on the Summary Judgment Motions shall remain **on September 15, 2021**;

5. The Parties shall promptly advise the Court if the Parties need to further extend the schedules in the Matters based on the status of the tentative settlement.

This order resolves Dkt. No. 17370 in 17-BK-3283; Dkt. No. 205 in 20-AP-03; Dkt. No. 193 in 20-AP-04; and Dkt. No. 218 in 20-AP-05.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 16, 2021

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.