# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                    Debtors | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| HON. WANDA VÁZQUEZ GARCED (in her official capacity), and THE PUERTO RICO FISCAL AGENCY AND FINANCIALADVISORY AUTHORITY,<br><br>                    Plaintiffs,<br>   v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                    Defendant. | Adv. Pro. No. 20-00080-LTS |

## AMENDED MOTION COMPLYING WITH ORDER REGARDING DEFECTIVE NOTICE OF WITHDRAWAL

**TO THE HONORABLE COURT:**

Comes now, appearing Counsel for *Cooperativa de Farmacias Puertorriqueñas* (COOPHARMA) and very respectfully alleges and prays as follows:

1. On July 7, 2021, the Honorable Court issued an Order Regarding Defective Notice of Withdrawal, directing the undersigned counsel to file an amended notice of withdrawal (Docket 172200) in compliance with Local Bankruptcy Rule 1910-1(3)(A).

2. The undersigned counsel represented Coopharma in the capacity of *Amicus* allowed by the Court in connection and limited to the implementation of Act # 82.

3. Once the appeal process was initiated by the Government of Puerto Rico, the Coopharma directives were consulted and did not direct counsel or the Law Firm where counsel worked to request leave to further participate as *Amicus* in the Appellate process. The Coopharma direction (Mr. David Jimenez) was tendered a PDF copy of the Government's brief on appeal and advised as to the deadlines to appear as *amicus* in the Appellate process.

4. Mr. David Jimenez, as President for Coopharma, was contacted by electronic means and by phone by the undersigned and was ultimately informed, during a telephonic conference call on July 16, 2021, about the *pro-se* process and Coopharma's responsibilities. The undersigned certifies that Mr. Jimenez (Coopharma) acknowledged the process and reiterated that Coopharma has no interest in appearing in the Appellate process and that further will appear *pro-se* in the instant case should there be any need.

5. Otherwise, there are no pending matters known to counsel with regard to the instant case but for the appeal process itself, where Coopharma is not participating as *amicus*, by choice.

6. Coopharma's address is: 115 Km. 24.8 , Barrio Asomante, Aguada, Puerto Rico, Phone: 787-252-2048, Email: coopharma@coopharma.coop

7. The undersigned counsel is no longer with the Law Firm (Cancio, Nadal & Rivera) who has the representation for Coopharma. The Firm was advised about the process of requesting withdrawal of representation by the undersigned counsel.

8. Accordingly, the appearing counsel is respectfully requesting that the Honorable Court grants his motion to withdraw as counsel.

**WHEREFORE**, it is respectfully requested that the Honorable Court: (a) grant the undersigned counsel's request to withdraw, and (b) direct the Office of the Clerk of Court to subsequently exclude counsel from notifications in the instant matter.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Motion Complying With Order* with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system. Additionally, Coopharma was copied electronic copy at the Emails: coopharma@coopharma.coop and djime_2006@yahoo.com

In San Juan, Puerto Rico, this 16th day of July 2021.

s/Angel A. Valencia-Aponte

Angel A. Valencia-Aponte
USDC-PR 123905
PO Box 361917
San Juan, Puerto Rico 00936-1917
E-mail: avalencia@aavalaw.com
TEL: (787) 245-0009
