Se adjunta nueva evidencia según solicitado en el Formulario Oficial 410 Modificado:

1. Memorando, 8 junio 2001 Pierre E. Vivoni, Superintendente

2. Computos

3. Lista de Estructura Que Regirá En la Policía de Puerto Rico a partir del 1 junio 2002 (véase pag. 3) Auxilian en Sistemas de Oficinas I, II, III

4. Carta, 30 agosto 2005 del Ledo. Pedro Toledo Firmado por: Ramón Ortega Rodriguez CPA. Superintendente Asociado

5. Comunicación AP-31-1-613, 21 oct 2005 Revisión Del Puesto Núm. 9505 (véase párrafo Núm. 3) Solicito revisión sueldo mensual No recibí Contestación.

*[Signature]*

RECEIVED & FILED CLERK'S OFFICE JUL 19 2021 US DISTRICT COURT SAN JUAN, PR