UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |



## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   _Zulma L Cruz Lizang_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
|---|---|---|---|

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Zulma I. Cruz Irizarry
Number / Número: P. O. Box 800598
City / Ciudad: Cotolaurel  State/Estado: P.R.  ZIP Code/Código postal: 00780
Contact phone / Teléfono de contacto: 1-939-222-9950
Contact email / Correo electrónico de contacto: zulmacruz6190@gmail.com

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre:
Number / Número:  Street / Calle:
City / Ciudad:  State / Estado:  ZIP Code / Código postal:
Contact phone / Teléfono de contacto:
Contact email / Correo electrónico de contacto:

4. **Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☑ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 102255
Filed on / Presentada el 06/27/2018 (MM /DD/YYYY) / (DD/MM/AAAA)

5. **Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☑ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).
_____

7. **Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

| 8. How much is the claim? | $ 105,600.00 Does this amount include interest or other charges? |
|---|---|
| ¿Cuál es el importe de la reclamación? | ¿Este importe incluye intereses u otros cargos?<br>☑ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. |

| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>    Nature of property / Naturaleza del bien:<br>    ☐ Motor vehicle / Vehículos<br><br>    ☐ Other. Describe:<br>    Otro. Describir: _____<br><br>    Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>    Value of property / Valor del bien:   $_____<br><br>    Amount of the claim that is secured /<br>    Importe de la reclamación que está garantizado: $_____<br><br>    Amount of the claim that is unsecured /<br>    Importe de la reclamación que no está garantizado: $_____<br>    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br>    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>    Amount necessary to cure any default as of the Petition Date /<br>    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>    _____<br><br>    Annual Interest Rate (on the Petition Date)<br>    Tasa de interés anual (cuando se presentó el caso)_____%<br>    ☐ Fixed / Fija<br>    ☐ Variable / Variable |

| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   _____(MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
   First name / Primer nombre      Middle name / Segundo nombre      Last name / Apellido

Title / Cargo _____

Company / Compañía _____
   Identify the corporate servicer as the company if the authorized agent is a servicer.
   Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
   Number / Número       Street / Calle

_____
City / Ciudad                          State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested



PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0007041 00000000 0001 0005 01409 INS: 0 0
****4000027778****BAR(23) MAIL ID *** 000125618912 ***

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

General Bar Date: May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

If by first class mail:
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia:

Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600084792

U0501 v.01 02.15.2018

June 27, 2018

Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suit 412
Brooklyn. N.Y.    11232

To whom it may concern:

Acompany documents to be evaluated
for the Epiq Bankruptcy Solutions, LLC.

They are some to prove of the
salaries that are not paying
correctly in the Agency of Police
Department and we appreciate to
this evaluation and pay for
the justice salaries and pension
that we have correctly.

Thanks for the attention
of this claims form (410).

Zulma & Cruz Irizarry

GOBIERNO DE PUERTO RICO
POLICIA DE PUERTO RICO

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN . P.O. 00936-8166

CUARTEL GENERAL
TEL (787) 793-1234

5 de septiembre de 2000

Todo El Personal Civil

Lcdo. Pedro A. Toledo
Superintendente

PLAN DE CLASIFICACION Y RETRIBUCION

El 12 de diciembre de 1997, la Policía de Puerto Rico contrató los servicios técnicos y de asesoramiento de la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), para que realizará un estudio de inventario de puestos ocupados y vacantes en nuestra Agencia y desarrollara unos nuevos Planes de Clasificación de Puestos y de Retribución, correspondiente a los servicios de Carrera y Confianza.

Luego de realizar el estudio correspondiente, OCALARH nos sometió para nuestra consideración el nuevo Plan de Clasificación. En armonía con las recomendaciones de la OCALARH el Negociado de Asuntos Fiscales, en coordinación con el Negociado de Recursos Humanos, efectuó un análisis de presupuesto y evaluó varias alternativas fiscales. Estas fueron discutidas con la Oficina de Gerencia y Presupuesto quien autorizó implantar los resultados del estudio de referencia en etapas.

La primera etapa será efectiva el 7 de septiembre de 2000 y la misma se empieza con la adopción de la primera fase de las nuevas estructuras retributivas que se desarrollaron para ambos servicios. Como consecuencia de la implantación de la primera etapa, cada empleado recibirá un incremento en su sueldo de $150.00 mensuales. En las próximas etapas restantes, los sueldos serán aumentados hasta alcanzar la cantidad que le corresponde como consecuencia del ajuste en sueldo proyectado.



**Policiacas**

# Aumentan salarios a civiles de Policía

Por Tomás de Jesús Mangual
Redactor - EL VOCERO

El superintendente de la Policía, Lcdo. Pedro Toledo Dávila, anunció el viernes que los más de 2 mil empleados civiles de la Policía comenzarán a recibir un aumento de $300 mensuales en sus cheques salariales con retroactividad al 7 de septiembre. Toledo Dávila lo expresó minutos antes de que inaugurara junto al Lcdo. Miguel A. Santino, director ejecutivo de la Agencia Estatal para el Manejo de Emergencias (AEMEAD), el primer centro de mando móvil de esta agencia.

Con respecto a los aumentos de salario a los empleados civiles de la Policía, Toledo Dávila dijo contar con unos $4 millones otorgados por la Oficina de Presupuesto para cumplir con los mismos, cosa que provocaría, según él, que a los mismos les aumente su sueldo a sobre $842.00 mensuales.

Los empleados civiles de la Policía han sido históricamente los peor pagados en todas las agencias del Gobierno y los aumentos se anuncian luego de que éstos tomaron la determinación de sindicalizarse para exigir aumentos de sueldo y mejores condiciones de trabajo, como los que actualmente cuentan sus compañeros, agentes policiacos.

Según lo explicó Toledo Dávila, a varios cientos de empleados civiles que se reunieron con él en el salón de actos del Cuartel General, a éstos se les comenzará a pagar el aumento en sus próximos cheques en cantidades de $150 quincenales.

"Estamos esperando que OCAP nos otorgue un préstamo de $12 millones para implantar entre los empleados civiles el plan de clasificación que provocaría mayores aumentos a su sueldo", terminó diciendo el Superintendente al ofrecer la "buenanueva" a estos empleados el viernes.

## El centro móvil de AEMEAD

Con relación a la inauguración del primer centro móvil de la AEMEAD, la misma se realizó en el estacionamiento del Cuartel General en Hato Rey. El "Command Post", como se bautizó a dicha unidad, mide 38 pies de largo, cuenta con tres acondicionadores de aire, una fotocopiadora, un fax con comunicación celular y una torre de alumbrado de tres mil vatios que se eleva a 15 pies.

Además, cuenta con equipo de comunicación que permite modulación con todas las agencias de seguridad y protección pública, 8 estaciones para instalar y operar el mismo número de computadoras portátiles, aparte de que dicha unidad que permite trabajar sin importar las condiciones del tiempo. El "Command Post" será utilizado como un centro de educación pública ya que será llevada a diferentes puntos de la isla para explicar a la comunidad el trabajo y la función de esta agencia gubernamental.



**CENTRO DE MANDO MOVIL**
AGENCIA ESTATAL PARA EL MANEJO
Y ADMINISTRACION DE EMERGENCIAS

---

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Gobierno Municipal Autónomo de Ponce

## JUNTA DE SUBASTAS

APARTADO 331709
PONCE, PUERTO RICO 00733-1709

## AVISO DE SUBASTA

| | |
|---|---|
| SUBASTA NUM | : 6-AE-2000-2001 |
| FECHA | : 28 de septiembre de 2000 |
| HORA | : 11:00 A.M. |
| LUGAR | : Salón de Asamblea |

La Junta de Subasta del Municipio de Ponce, Puerto Rico, recibirá proposiciones en pliegos cerrados, original y cinco (5) copias, en el Salón de Asamblea, Segundo Piso, Casa Alcaldía de Ponce, para lo siguiente:

RENGLON A: ARRENDAMIENTO DE CINCO (5) KIOSKOS EN EL AREA DEL
PARQUE URBANO DORA COLON CLAVELL.

RENGLON B: ARRENDAMIENTO CAFETERIA EN EL AREA DEL PARQUE URBANO
DORA COLON CLAVELL.

RENGLON C: ARRENDAMIENTO CAFETERIA /TIENDA EN EL    CENTRO
CERREMONIAL INDIGENA DE TIBES.

Los licitadores interesados deberán solicitar especificaciones en la Oficina de Subasta, ubicada en el 2do. Piso de la Casa Alcaldía de Ponce, Puerto Rico

Todo licitador interesado deberá someter una fianza

34 / POLICIA Y TRIBUNALES

EL NUEVO DIA / lunes, 11 de septiembre de 2000

# Alza para empleados civiles de la Policía

Por Carmen E. Torres
El Nuevo Día

**LOS EMPLEADOS** civiles de la Policía recibieron un aumento salarial de $150 mensuales que, pese a ser recibido con gusto por los trabajadores, resultó menos de lo que esperaban.

En una reunión que convocó el viernes pasado con los empleados civiles, el superintendente Pedro Toledo anunció la entrada en vigor de la primera etapa del plan de retribución, por el cual alrededor de 2,200 empleados civiles recibirán el incremento salarial.

Toledo indicó que firmó la orden que autoriza el aumento el pasado jueves 7 de septiembre, justo antes de que entraran en vigor las restricciones del período electoral.

Para todos los empleados civiles el aumento mínimo será de $300 al mes, pero ante la carencia de fondos para cubrir la totalidad del alza salarial, la administración de la Policía optó por dividir en varios pasos los aumentos.

En la primera etapa de los aumentos salariales fueron separados $4 millones del presupuesto general de la Policía para dichos pagos, dijo Toledo.

Sin embargo, esa cifra es sólo una tercera parte de los $12 millones necesarios para implantar en su totalidad el plan de retribución de los empleados civiles.

## El jefe de la Uniformada optó por dividir el incremento salarial en varias etapas

La semana pasada Toledo había explicado a la prensa que estaba en conversaciones con la Oficina de Presupuesto y Gerencia para que se asignaran los $12 millones, pero que en caso de que no le destinaran la cifra completa tendría que segmentar en etapas los aumentos. Eso fue precisa-

mente lo que ocurrió.

Toledo dijo que las próximas etapas para los aumentos tardarían aproximadamente cinco meses. No obstante, dejó entrever que le corresponderá a la próxima administración autorizar la concesión de los próximos incrementos.

Con el aumento anunciado por Toledo, los empleados civiles de la Policía no cualificarían para recibir este año un aumento salarial de $100 contenido en la plataforma del gobernador Pedro Rosselló para todos los empleados públicos, explicó el teniente coronel José Ramos, ayudante del Superintendente.

Toledo explicó que sólo entró en vigor parte del plan de retribución y no el plan de clasificación de plazas, que aún será bajo revisión de la Oficina Central de Administración Laboral y Recursos Humanos.

**LOS EMPLEADOS** civiles han reclamado durante los pasados dos años que entre en vigor el plan de clasificación y retribución. Estos acusaron a Toledo de arrastrar los pies en la adopción del plan.

# Muere un peatón en Coamo

Por Mario Santana

# APROVECHA POR SOLO $9.99 POR MES

MATRICULA $39.00 + MES POR ADELANTADO.

Horario:
L-J. 8:30a.m.-9:00p.m.
V. 8:30a.m.-7:00p.m.
S. 9:00a.m.-4:00p.m.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO



DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN, PUERTO RICO 00936-8166
Tel 793-1234

27 de febrero de 2002-02-27

A TODO EL PERSONAL CIVIL

Lcdo. Miguel Pereira
Superintendente

ASUNTO: IMPLANTACION PLAN DE CLASIFICACION DE PUESTO Y RETRIBUCION

El propósito de esta comunicación es aclarar el último párrafo de la tercera (3era) página, correspondiente al comunicado en el que se les informa a todos los empleados civiles, el efecto de la implantación de los Planes de Clasificación de Puestos y Retribución, en los puestos que los mismos ocupan, así como en su salario.

Si su puesto está comprendido dentro de la unidad apropiada, usted puede recurrir al proceso de **Quejas, Agravios y Arbitraje**, según se establece en el Convenio Colectivo de los empleados civiles de la Policía de Puerto Rico, dentro del término de **15 días** laborales, a partir de la notificación de la revisión administrativa. Por otro lado, si su puesto está excluido de la unidad apropiada, puede recurrir a la **Junta de Apelaciones del Sistema de Administración de Personal (JASAP)**, según se indica en la comunicación a la que hacemos referencia.



Case:17-03283-LTS Doc#:17888-1 Filed:08/19/21 Entered:08/19/21 10:20:39 Desc:
Exhibit Page 11 of 45

**FORMULARIO DE QUERELLAS**

## PROCEDIMIENTO DE QUEJAS, AGRAVIOS Y ARBITRAJE
## POLICIA DE PUERTO RICO
### Y
## SINDICATO EMPLEADOS CIVILES ORGANIZADOS (E.C.O.)

A utilizarse en Áreas Policíacas, Colegios Universitarios y Cuartel General

*Zulma I. Cruz Irizarry*

**QUERELLANTE**

**VS.**

Policía de Puerto Rico

**QUERELLADO**

ÁREA __Ponce__

FECHA __8 de agosto de 2003__

Q- __2003-3-006__

ASUNTO: __Clasificiación de Puestos__

__y Retribución__

### QUERELLA

#### FECHAS Y HECHOS QUE OCURRIERON Y PROVOCAN LA QUERELLA

1- El 27 de febrero de 2002 (Implatación de Clasificación y Retribución).

2- El 11 de marzo de 2002 (Solicitud Revisión Administrativa).

3- El 19 de agosto de 2003 (Notificación sobre Revisión Administrativa).

Esta última comunicación tiene fecha 2 de abril de 2003, pero se recibió en fecha

19 de agosto de 2003.

#### SECCIÓN DEL CONVENIO O DISPOSICIÓN LEGAL QUE ALEGADAMENTE SE VIOLA

Convenio Art. III y IV, Art. VII, Secc. 2, Art. VIII, Secc. 1, Art. IX, Secc. 1, Art X,
Par 2 y 3, Art. XII, Inciso 2,3, Art. XIV, Secc. 2 y 4, Art. XIX, Secc. 5, Ley #5 de Per-
sonal, Reg. de Personal, Reglamento de Retribución Uniforme Secc. 4.4 (3) y 4.6, Inciso 2,3,
5,6 y 8, Secc. 4.8, Art. 2, Secc. 1 y 2 y Art. 9 Reg. de Personal; Principio de mérito
Secc. 6 (1), (2), (3) y (4) y Art. 4, Ley de Personal.

#### REMEDIO SOLICITADO POR EL EMPLEADO O EL SINDICATO

1. Solicito una **AUDITORIA CON URGENCIA**. Se audite mi plaza y se corrija la clasificación y
retribución para que se me reconozca mi puesto a una escala y clasificación superior; que est
a tono con el nivel de complejidad y responsabilidad del trabajo que desempeño por ser de
mayor jerarquía. Que la misma sea retroactiva. 2-Que se declare nula la clasificación de Aux.
Adm. I y se me adicione al nivel de Aux. Sist. Ofic. III 3- La auditoría que solicito ya había
sido solicitada para el mes de Marzo de 2003, al Sindicato y Negociado de Recursos Humanos.

8 de septiembre de 2003
**FECHA**

09 SEP 2003

*Zelma I. Cruz Irizarry*
**FIRMA DEL QUERELLANTE**

## AUTORIZACIÓN Y SOLICITUD ENTREGA DOCUMENTOS DEL EXPEDIENTE PERSONAL

Yo, *Zulma I. Cruz Irizarry* Núm. Seg. Soc. **2556**

empleado de la Policía de Puerto Rico y/o Comisión de Seguridad, del área

policíaca de _Ponce_ por la presente solicito, en

conformidad a la Sec. 1348 de la Ley de Personal, se me provea copia de mi

nombramiento y todas las OP-15 que están en mi Expediente de Personal, y

cualquier otro documento que pueda arrojar luz sobre los aumentos de

sueldo que se me han otorgado en mi empleo.

Agradeceré se tramite mi solicitud prontamente.

A ___ de _____ de 200 .

_Zulma I. Cruz Irizarry_
FIRMA EMPLEADO

## CONTRATO DE SERVICIOS PROFESIONALES
## EMPLEADOS POLICIA DE PUERTO RICO

Yo _Zulma I. Cruz Irizarry_ por la presente contrato a las Ledas. Ivonne González Morales y Adela L. Torruella, para que me representen en mi reclamación de salario y ESCALAS DE RETRIBUCION en el Tribunal de Primera Instancia de P.R. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba. Adelanto la cantidad de $20.00 dolares para gastos de radicación de la demanda e investigación. Acompaño con el contrato la cantidad de $

En _Ponce_, Puerto Rico, hoy _____ de _____ de _____.

_Representante Legal_                    _Zulma J. Cruz Irizarry_
                                         Firma del empleado

## INFORMACION PERSONAL DEL EMPLEADO

1- Nombre: _Zulma I. Cruz Irizarry_
2- Dirección Postal: _P.O. Box 800 598 Coto Laurel P.R. 00780_
3- Seguro Social : _[redacted]-2556_   Tel _(939) 222-9950_
4- División u Oficina donde trabaja: _Dto. Juana Díaz_
5- Pueblo donde trabaja : _Ponce_
6- Fecha en que comenzó a trabajar en la Policía de PR _13 Febrero 1981_
   (s) pasó a trabajar en la Comisión de Seguridad (diga la fecha)_____
7- Puesto al que está nombrado oficialmente. Indique nivel de su puesto I, II(III)ect. y fecha de nombramiento: _1 Enero 2002_
8- Sí está ralizando otras funciones que no son las de su puesto explique EJ. Interinato – asignación administrativa – falta de personal: _____
   Fecha en que comenzó _____ de _____ de _____
9- Salario mensual que usted recibe: _____
10- Diga si recibe algún sueldo diferencial: (SI) ___ (NO) _✓_ cantidad
11- Indique su preparación académica: _Bachillerato – Gerencia_
12- Indique si con anterioridad usted ha recibido pasos por mérito y/o por años de servicios: (SI) ___ (NO) _✓_ Diga cuántos pasos: _____
13- Indique si se le han eliminado a usted los pasos que tenía. Explique ___
_____
14- Indique cuál es su jornada diaria de trabajo (7 ½ hrs. ó 8 hrs.) ___
15- Diga si tiene usted alguna reclamación por pago de horas extras.
    (SI) ___ (NO) ___ cantidad: _____, núm. horas _____
16- Indique si usted recibe dietas fijas (SI) ___ (NO) _✓_ fecha en que comenzó a recibirlas _____ diga si se le adeudan dietas la cantidad _____ y provea evidencia
17- Provea a su Representación Legal dentro un tiempo razonable copia de los formularios OP-15, Informe de Cambio Especial, de los aumentos de sueldos recibidos por usted y talonarios de cheques quincenales dentro periodo reclamación.

EN LA JUNTA DE APELACIONES DEL SISTEMA DE
ADMINISTRACIÓN DE PERSONAL

DELFINA LOPEZ ROSARIO Y OTROS

Apelantes

vs.                                        CASO NUM.:T-01-10-372

POLICIA DE PUERTO RICO Y OTROS

Apelados

## SOLICITUD DE ACUMULACIÓN EN APELACION

YO _Zulma I. Cruz Irizarry_ empleado civil de la Policia de Puerto Rico, por la presente solicito a la Hon. Junta de Apelaciones del Sistema de Administración de Personal autorice la acumulación de mi reclamación sobre violación de la Ley de Retribución Uniforme y FLSA, por retención indebida de salarios al estar el suscribiente similarmente situado. A los efectos, designo a la Lcda. Ivonne González para que me represente.

RESPETUOSAMENTE SOMETIDO.

En ........................., Puerto Rico, a ___de _____de 2004.

_Zulma I. Cruz Irizarry_
FIRMA PETICIONARIO
DIRECCIÓN POSTAL Y TELÉFONO
_P.O. Box 800598_
_Coto Laurel P.R. 00780_

# *A U T O R I Z A T I O N*

*The undersigned* Zulma I. Cruz Irizarry *a civilian employee of the Police Department of the Commonwealth of Puerto Rico, and/or Public Protection and Security Commission and the similarly situated of defendant employer, con.  ·nts to become a party plaintiff in the present action.*

*Zulma I. Cruz Irizarry*
*SIGNATURE*

## AUTORIZACION Y SOLICITUD ENTREGA
## DOCUMENTOS DEL EXPEDIENTE PERSONAL

Yo *Zulma I. Cruz Irizarry* Núm. Seg. Soc. ████ 2556

empleado de la Policía de Puerto Rico y/o Comisión de Seguridad del área

policíaca de *Ponce* por la presente solicito, en

conformidad a la Sec. 13-18 de la Ley de Personal se me provea copia de mi

nombramiento y todas las OP-15 que están en mi *Expediente de Personal, y*

cualquier otro documento que pueda arrojar luz sobre los aumentos de

sueldo que se me han otorgado en mi empleo.

Agradeceré se tramite mi solicitud prontamente.

A _____ de _____ de *2004*.

*Zulma D. Cruz Irizarry*
FIRMA EMPLEADO

P.O. BOX 902!523
SAN JUAN,
PUERTO RICO 00902-1925
TEL. (787) 724-6323
FAX (787) 724-5222

GALLARDO BLDG.
SUITE 308
221 RECINTO SUR ST
OLD SAN JUAN, PUERTO RIC

*17 de febrero de 2004*

Re Caso:  Delfina López Rosario vs. Policía de P.R

Estimados clientes:

Luego de casi 10 años en que iniciamos la reclamación salarial contra la agencia donde trabajas, hemos obtenido una sentencia favorable en uno de los casos donde planteamos controversias similares. Por tal razón estamos convocando a una reunión a <u>todas</u> los empleados que representamos para aclarar los rumores y compartir personalmente contigo los logros obtenidos e informarte sobre el status procesal de tu caso.

La reunión será el sábado 6 de marzo de 2004  a las 9:30 en el PALACIO DE LOS TRABAJADORES del Sindicato Empleados Equipo Pesado, "LOS TIGRES DE LA MONTAÑA, carretera Núm. 1 de Río Piedras a Caguas, Km. 17.8" (cerca del edificio de la Cruz Azul e intersección Ave. Las Cumbres.).

Es importante tu asistencia, ya que tenemos que actualizar la información que tenemos sobre tu expediente de personal y obtener los documentos que necesitamos para solicitar la resolución del caso.¹

Aprovecho para darte las gracias por la confianza que depositaste en mi como abogada para servirte de instrumento para lograr que se te haga justicia salarial.

Es importante tu asistencia.

Cordialmente,

Ivonne González Morales

CP

NOTA:

Traer evidencia de los salarios recibidos  Ej. Talonarios de cheques, si los tienes y las  Op-15 (informe especial de cambio de sueldo, donde acredite todos los aumentos conferidos en el empleo)

*Estado Libre Asociado de Puerto Rico*

POLICIA DE PUERTO RICO

8 de junio de 2001

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN PR 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

A TODO EL PERSONAL CIVIL
QUE ES PARTE INTEGRANTE
DE LA POLICIA DE PUERTO RICO

PIERRE E. VIVONI
Superintendente

## PLANES DE CLASIFICACION Y RETRIBUCIÓN

Como parte indispensable de mi gestión como Superintendente de la Policía de Puerto Rico, he designado un comité que evalúa el proyecto de los Planes de Clasificación y Retribución desarrollados por la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), en coordinación con nuestro Negociado de Recursos Humanos. Inmediatamente que dicho comité rinda su informe nos reuniremos con los representantes de la OCALARH con el propósito de que se efectúen los cambios y ajustes correspondientes al proyecto. Nuestro objetivo es lograr que los planes de referencia sean los apropiados para clasificar correctamente los puestos ocupados y vacantes. Por razones obvias, es necesario contar con instrumentos de trabajo efectivos para administrar los recursos humanos de nuestra Agencia de forma justa y conforme a los reglamentos y leyes aplicables.

Tan pronto se complete el proceso de evaluación y ajustes correspondientes les informaremos todo lo relacionado a la adopción e implantación de los nuevos Planes de Clasificación y Retribución. Esto debe ser, claro está, lo antes posible, pero nunca sacrificando la calidad de la encomienda. Estimamos que a más tardar en el mes de julio el proceso esté completado.

Sin embargo, es necesario aclarar lo manifestado recientemente por algunos sectores ajenos a nuestra Agencia en los diferentes medios de comunicación, en el sentido de que se utilizó el dinero asignado para la implantación de los nuevos planes para pagar las horas extras. Dicha información es totalmente falsa y tiene el efecto de crear desasosiego y confusión entre nuestros empleados civiles. Por este medio desmentimos dicha versión así como otras negativas relacionadas con este asunto y aclaramos que los fondos asignados para los Planes serán utilizados únicamente para esos propósitos.

Ay Si Ofi. II

1933

$$
\begin{array}{r}
26.5 \\
1933 \\
-1538 \\
\hline 255 \times 12 = 6
\end{array}
$$

$$
\begin{array}{r}
2008 \\
2012 \\
\hline 996
\end{array}
$$

Ley 8ª - 2018        6 8 1938

                1.903-18      3  1451
Romiago      40

Botribución Es. cela    $\dfrac{15^{\circ} \quad 2088 \times}{16 \times 150 -}$  2018

Auto 175 Según  $\dfrac{2018}{2004}$   14×175

X Para el 2002, tenía que estar en una
escala u el sueldo debió haber sido
1933, ni aún estando jubilada ha
recibido dicho sueldo su sueldo
actual es el 1538.

            Computo    1933
                    $\begin{array}{r} 1933 \\ -1538 \\ \hline 395 \\ \times 12 \\ \hline 4740 \\ \times 10 \\ \hline 47,400 \end{array}$

I) Romiraga — $40 \times 12 = 480$

Debe recibir esta
$$\frac{\times \ 6}{2,880}$$
compensación

II) Escala salarial prometida en
tres etapas y sola se duron 2
Según cuanto todo todo debido
eran 300, y de la mismo
solo dieron 150. Quedando
a deber 150 (2002)

$$\frac{\begin{array}{r} 150 \\ \times \ 12 \end{array}}{1,800}$$

$$\frac{\times \ 16}{28,800}$$

Debe recibir

IV) Aumento prometido por Sindicato
175 en el año 2004 (14 años)

$$\frac{\begin{array}{r} \$ \ 175 \\ \times \ 12 \end{array}}{2,100}$$

$$\frac{\times \ 14}{29,400}$$

1

Junio 19, 2018

8.- Comunicación de la Junta Administraciones
del Sistema de Administrativo (Foro Amdvo)

Caso Num.- T-01-60-372
Delfina López Rosario y otros
Apelantes vs. Policia de P.R. y otros
apelados (Solicitud Acumulacion en Apelación)

9. Contrato de Servicios Profesionales, Empleados
Civiles de la Policias de P.R (2004)
Autorizando a Bufette Gonzalez-Arranza con
mencion de adelanto de $2000 para gastos

10. Comunicacion de Lcda. Ivonne Gonzales Morales
informando atravez de la Policia de P.R. que
el caso que presento Delfina López obtuvieron
sentencia favorable a lo civiles

11. Carta del Ldo. Pedro Toledo   12 agosto 2008
SAOC-NRH-DCA-6-209 aclarando nuevo sueldo
segun el estudio escala salarial.

12.- Formulario sobre contrato a Lda Ivonne
Gonzalez sobre implantación incorrecta al
salario minimo federal.

13 - Formulario Solicitud Revisión Administrativa

14- Querella (Formulario) Fecha y Hecho que
formulan la querella, continuacion Acmedio
solicitado por el empleado

15 Notificacion de nombramiento y juramento

Pagina 3

June 19, 2018

15- Comunicación fechada 27 febrero 2002 - 6287 del Ledo. Miguel Pereira, Superintendente Asunto: Implantación Plan de Clasificación de Puesto y Retribución

16- Comunicación AP-28-4-151 del 7 de marzo 2002 Asunto: Solicitud de Revisión Administrativa Implantación Plan de Clasificación de Puesto y Retribución (2 paginas)

17- Comunicaciones del 27 febrero 2002 dirigidas a María Pagán Suares y Carmen Ruiz con el mismo puesto y el sueldo diferente para ser comparados recibida s por ambas el 28 de febrero 2002

18- Comunicación del Ledo. Pierre Vivoni, Superintendente tratando tema sobre Planes de Clasificación y Retribución, junto a formulario de Solicitud Revisión Administrativa

a) formulario OP-14 Cuestionario de Clasificación de Puestos

19- Ley que indica a los empleados públicos sobre aumento de $100.00 (Asamblea 2ª Ordinaria)

20- Formulario todo Pedro Toledo del 5 septiembre 2000 Asunto Plan de Clasificación y Retribución junto a copia noticia al respecto.

21- Notificación de nombramiento y juramento

# Obrevaciones:

Estos documentos se acompañan para ser evaluados y que sirven de ayuda para demostrar que no ha habido un justo sueldo desde el año 2000 hasta 2018. que se nos notifican sobre uno estudios y que los mismos no fueron completados. Esto fue de haber un conflicto de interese en cada Superintendente o jefe de Agencia.

Tenemos la duda de unos aumentos de sueldo que en todo esos años no hayamos recibidos.

c) ley 89
b) Romerazo
c) 175 00 prometido
d) 3ra escala Salaria al Sueldo

Esto puede haber un computo de todo entre los $20,000 a $25,000 dolares los cuales no estamos con evidencia y que no se refleja en la pension la sual debe ser ajustada

Cómputo completo

total aproximado

$ 105,400

Debe ser remunerada con esta cantidad.

Estado Libre Asociado de Puerto Rico
POLICÍA DE PUERTO RICO
San Juan, Puerto Rico

ESTRUCTURA SALARIAL QUE REGIRÁ
EN LA POLICÍA DE PUERTO RICO
A PARTIR DEL 1 DE ENERO DE 2002

SERVICIO DE CARRERA

| Núm. de la Escala | Tipo Mínimo | TIPOS INTERMEDIOS | | | | | | | | Tipo Máximo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 1 | 1000 | 1045 | 1092 | 1141 | 1193 | 1246 | 1302 | 1361 | 1422 | 1486 |
| 2 | 1054 | 1101 | 1151 | 1203 | 1257 | 1313 | 1373 | 1434 | 1499 | 1566 |
| 3 | 1111 | 1161 | 1213 | 1268 | 1325 | 1384 | 1447 | 1512 | 1580 | 1651 |
| 4 | 1171 | 1224 | 1279 | 1336 | 1396 | 1459 | 1525 | 1593 | 1665 | 1740 |
| 5 | 1234 | 1290 | 1348 | 1408 | 1472 | 1538 | 1607 | 1679 | 1755 | 1834 |
| 6 | 1301 | 1359 | 1420 | 1484 | 1551 | 1621 | 1694 | 1770 | 1850 | 1933 |
| 7 | 1371 | 1433 | 1497 | 1565 | 1635 | 1709 | 1785 | 1866 | 1950 | 2037 |
| 8 | 1445 | 1510 | 1578 | 1649 | 1723 | 1801 | 1882 | 1967 | 2055 | 2147 |
| 9 | 1523 | 1592 | 1663 | 1738 | 1816 | 1898 | 1983 | 2073 | 2166 | 2263 |
| 10 | 1605 | 1678 | 1753 | 1832 | 1914 | 2001 | 2091 | 2185 | 2283 | 2386 |
| 11 | 1692 | 1768 | 1848 | 1931 | 2018 | 2109 | 2203 | 2303 | 2406 | 2515 |
| 12 | 1783 | 1864 | 1948 | 2035 | 2127 | 2222 | 2322 | 2427 | 2536 | 2650 |
| 13 | 1880 | 1964 | 2053 | 2145 | 2242 | 2342 | 2448 | 2558 | 2673 | 2793 |
| 14 | 1981 | 2070 | 2164 | 2261 | 2363 | 2469 | 2580 | 2696 | 2817 | 2944 |
| 15 | 2088 | 2182 | 2280 | 2383 | 2490 | 2602 | 2719 | 2842 | 2970 | 3103 |

**Estado Libre Asociado de Puerto Rico**
**POLICÍA DE PUERTO RICO**
**San Juan, Puerto Rico**

Primera Asignación de las Clases de Puestos Comprendidas en el nuevo Plan de Clasificación de Puestos que se adopta para el Servicio de Carrera de la Policía de Puerto Rico, de conformidad con las disposiciones de la Sección 4.2 de la Ley Número 5 del 14 de octubre de 1975, según enmendada, Ley de Personal del Servicio Público de Puerto Rico.

En cumplimiento con lo dispuesto en los Artículos 2, 3 y 5 de la Ley Número 89 del 12 de julio de 1979, Ley de Retribución Uniforme, enmendada, asignamos las clases de puestos comprendidas en el nuevo Plan de Clasificación de Puestos que se adopta para el Servicio de Carrera de la Policía de Puerto Rico, a las escalas de sueldos que se establecen para tener efectividad a partir del 1 de enero de 2002.

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 5721 | ABOGADO(A) I | 8 MESES | 2716-4037 | 20 |
| 5722 | ABOGADO(A) II | 8 MESES | 3018-4484 | 22 |
| 5723 | ABOGADO(A) III | 8 MESES | 3652-4982 | 24 |
| 2451 | ADMINISTRADOR(A) AUXILIAR DE DOCUMENTOS | 6 MESES | 1445-2147 | 8 |
| 2461 | ADMINISTRADOR(A) DE DOCUMENTOS | 8 MESES | 1692-2515 | 11 |
| 2241 | ADMINISTRADOR(A) EN SISTEMAS DE OFICINA I | 6 MESES | 1692-2515 | 11 |
| 2242 | ADMINISTRADOR(A) EN SISTEMAS DE OFICINA II | 6 MESES | 1783-2650 | 12 |
| 2311 | AGENTE COMPRADOR(A) | 5 MESES | 1371-2037 | 7 |
| 4311 | ANALISTA DE PRESUPUESTO I | 7 MESES | 1605-2386 | 10 |
| 4312 | ANALISTA DE PRESUPUESTO II | 7 MESES | 1783-2650 | 12 |
| 4313 | ANALISTA DE PRESUPUESTO III | 7 MESES | 1981-2944 | 14 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 6211 | ANALISTA DE SISTEMAS DE INFORMACIÓN | 6 MESES | 2088-3103 | 15 |
| 5211 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS I | 8 MESES | 1605-2386 | 10 |
| 5212 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS II | 8 MESES | 1783-2650 | 12 |
| 5213 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS III | 8 MESES | 1981-2944 | 14 |
| 5131 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS I | 6 MESES | 1605-2386 | 10 |
| 5132 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS II | 6 MESES | 1783-2650 | 12 |
| 5133 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS III | 6 MESES | 1981-2944 | 14 |
| 1611 | ARMERO(A) | 6 MESES | 1301-1933 | 6 |
| 1541 | ARTISTA GRÁFICO | 6 MESES | 1445-2147 | 8 |
| 4411 | AUDITOR(A) I | 8 MESES | 1605-2386 | 10 |
| 4412 | AUDITOR(A) II | 8 MESES | 1783-2650 | 12 |
| 4413 | AUDITOR(A) III | 8 MESES | 2088-3103 | 15 |
| 2411 | AUXILIAR ADMINISTRATIVO(A) I | 6 MESES | 1523-2263 | 9 |
| 2412 | AUXILIAR ADMINISTRATIVO(A) II | 6 MESES | 1692-2515 | 11 |
| 2121 | AUXILIAR DE LA PROPIEDAD | 5 MESES | 1111-1651 | 3 |
| 6111 | AUXILIAR DE SERVICIOS DE TECNOLOGÍA INFORMÁTICA | 6 MESES | 1111-1651 | 3 |
| 4131 | AUXILIAR EN CONTABILIDAD I | 6 MESES | 1371-2037 | 7 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 4132 | AUXILIAR EN CONTABILIDAD II | 6 MESES | 1445-2147 | 8 |
| 4133 | AUXILIAR EN CONTABILIDAD III | 6 MESES | 1605-2386 | 10 |
| 5311 | AUXILIAR EN ESTADÍSTICAS I | 7 MESES | 1371-2037 | 7 |
| 5312 | AUXILIAR EN ESTADÍSTICAS II | 7 MESES | 1445-2147 | 8 |
| 5861 | AUXILIAR MEDICO | 6 MESES | 2716-4037 | 20 |
| 6161 | AUXILIAR EN SEGURIDAD DE SISTEMAS DE INFORMACIÓN | 6 MESES | 1783-2650 | 12 |
| 2211 | AUXILIAR EN SISTEMAS DE OFICINA I | 6 MESES | 1111-1651 | 3 |
| 2212 | AUXILIAR EN SISTEMAS DE OFICINA II | 6 MESES | 1171-1740 | 4 |
| 2213 | AUXILIAR EN SISTEMAS DE OFICINA III | 6 MESES | 1301-1933 | 6 |
| 1411 | AYUDANTE DE COCINA | 4 MESES | 1000-1486 | 1 |
| 1251 | AYUDANTE DE PERITO ELECTRICISTA | 4 MESES | 1234-1834 | 5 |
| 5421 | BIBLIOTECARIO(A) | 8 MESES | 1605-2386 | 10 |
| 1231 | CARPINTERO(A) | 4 MESES | 1234-1834 | 5 |
| 6141 | CINTOTECARIO(A) | 6 MESES | 1234-1834 | 5 |
| 1421 | COCINERO(A) | 3 MESES | 1054-1566 | 2 |
| 1521 | CONDUCTOR(A) MENSAJERO(A) | 4 MESES | 1171-1740 | 4 |
| 1111 | CONSERJE | 3 MESES | 1000-1486 | 1 |
| 4141 | CONTADOR(A) I | 8 MESES | 1692-2515 | 11 |
| 4142 | CONTADOR(A) II | 8 MESES | 1981-2944 | 14 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 6151 | COORDINADOR(A) DEL LABORATORIO DE COMPUTADORAS | 8 MESES | 1981-2944 | 14 |
| 2191 | COORDINADOR(A) DE LA LIGA ATLÉTICA POLICIACA | 6 MESES | 1605-2386 | 10 |
| 1781 | COORDINADOR(A) DE TELECOMUNICACIONES | 6 MESES | 1523-2263 | 9 |
| 5462 | DECANO(A) ASOCIADO(A) | 8 MESES | 3018-4484 | 22 |
| 5461 | DECANO(A) AUXILIAR | 8 MESES | 2863-4255 | 21 |
| 5821 | DIETISTA | 6 MESES | 1880-2793 | 13 |
| 2331 | DIRECTOR(A) AUXILIAR DE COMPRAS | 6 MESES | 1692-2515 | 11 |
| 2441 | DIRECTOR(A) AUXILIAR DE NOMINAS | 8 MESES | 1692-2515 | 11 |
| 4321 | DIRECTOR(A) AUXILIAR DE PRESUPUESTO | 9 MESES | 2201-3271 | 16 |
| 6341 | DIRECTOR(A) AUXILIAR DEL NEGOCIADO DE TECNOLOGÍA INFORMÁTICA | 8 MESES | 2863-4255 | 21 |
| 5941 | DIRECTOR(A) AUXILIAR DEL PROGRAMA DE AYUDA A FAMILIAS VÍCTIMAS DEL CRIMEN | 6 MESES | 2716-4037 | 20 |
| 4521 | DIRECTOR(A) AUXILIAR DE PROYECTOS FEDERALES | 12 MESES | 2088-3103 | 15 |
| 3331 | DIRECTOR(A) AUXILIAR DE SERVICIOS TÉCNICOS | 6 MESES | 2445-3634 | 18 |
| 5221 | DIRECTOR(A) AUXILIAR DE SISTEMAS Y PROCEDIMIENTOS | 8 MESES | 2088-3103 | 15 |
| 5141 | DIRECTOR(A) DE ADIESTRAMIENTO | 6 MESES | 2320-3447 | 17 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1891 | DIRECTOR(A) AUXILIAR EN SISTEMAS DE COMUNICACIONES | 6 MESES | 1692-2515 | 11 |
| 1881 | DIRECTOR(A) DE ARTE Y REPRODUCCIÓN | 6 MESES | 1783-2650 | 12 |
| 5431 | DIRECTOR(A) DE BIBLIOTECA | 7 MESES | 1692-2515 | 11 |
| 2341 | DIRECTOR (A) DE COMPRAS | 6 MESES | 1880-2793 | 13 |
| 5451 | DIRECTOR (A) DE DEPARTAMENTO ACADEMICO | 8 MESES | 2088-3103 | 15 |
| 5151 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS I | 8 MESES | 2201-3271 | 16 |
| 5152 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS II | 8 MESES | 2320-3447 | 17 |
| 5153 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS III | 8 MESES | 2716-4037 | 20 |
| 5951 | DIRECTOR(A) DE DIVISIÓN DE SICOLOGÍA Y TRABAJO SOCIAL | 8 MESES | 3018-4484 | 22 |
| 5331 | DIRECTOR(A) DE ESTADÍSTICAS | 7 MESES | 2201-3271 | 16 |
| 4211 | DIRECTOR(A) DE FINANZAS | 8 MESES | 2863-4255 | 21 |
| 3151 | DIRECTOR(A) DE LABORATORIO DE FOTOGRAFÍA | 8 MESES | 1783-2650 | 12 |
| 2481 | DIRECTOR(A) DE NÓMINAS | 8 MESES | 1880-2793 | 13 |
| 4331 | DIRECTOR(A) DE PRESUPUESTO | 9 MESES | 2863-4255 | 21 |
| 6351 | DIRECTOR DE SERVICIOS DE SISTEMAS DE INFORMACIÓN | 6 MESES | 2088-3103 | 15 |
| 2471 | DIRECTOR(A) DE SERVICIOS GENERALES | 7 MESES | 1692-2515 | 11 |
| 5891 | DIRECTOR(A) MEDICO | 12 MESES | 3652-4982 | 24 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1241 | EBANISTA | 4 MESES | 1234-1834 | 5 |
| 1252 | ELECTRICISTA | 4 MESES | 1371-2037 | 7 |
| 2131 | ENCARGADO(A) DE CONTROL DE PROPIEDAD DE ARMAS | 6 MESES | 1234-1834 | 5 |
| 1221 | ENCARGADO(A) DE ESTABLO | 3 MESES | 1171-1740 | 4 |
| 2141 | ENCARGADO(A) DE LA PROPIEDAD | 5 MESES | 1234-1834 | 5 |
| 1331 | ENCARGADO(A) DE MANTENIMIENTO DE VEHÍCULOS | 4 MESES | 1301-1933 | 6 |
| 5841 | ENCARGADO(A) DE SERVICIOS MÉDICOS | 6 MESES | 1692-2515 | 11 |
| 5812 | ENFERMERO(A) GENERALISTA | 6 MESES | 1605-2386 | 10 |
| 5811 | ENFERMERO(A) PRÁCTICO(A) LICENCIADO(A) | 4 MESES | 1371-2037 | 7 |
| 5921 | ESPECIALISTA EN CONSEJERÍA Y ORIENTACIÓN | 8 MESES | 2445-3634 | 18 |
| 5881 | ESPECIALISTA EN SEGURIDAD Y SALUD EN EL TRABAJO | 8 MESES | 1880-2793 | 13 |
| 6311 | ESPECIALISTA EN SISTEMAS DE INFORMACIÓN | 8 MESES | 2201-3271 | 16 |
| 5321 | ESTADÍSTICO I | 8 MESES | 1605-2386 | 10 |
| 5322 | ESTADÍSTICO II | 8 MESES | 1692-2515 | 11 |
| 5323 | ESTADÍSTICO III | 7 MESES | 1783-2650 | 12 |
| 2181 | EVALUADOR(A) DE EXPEDIENTES I | 6 MESES | 1234-1834 | 5 |
| 2182 | EVALUADOR(A) DE EXPEDIENTES II | 6 MESES | 1301-1933 | 6 |
| 2183 | EVALUADOR(A) DE EXPEDIENTES III | 6 MESES | 1445-2147 | 8 |
| 1531 | FOTÓGRAFO(A) | 3 MESES | 1301-1933 | 6 |
| 5161 | GERENTE AUXILIAR DE RECURSOS HUMANOS | 8 MESES | 2863-4255 | 21 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 2151 | GUARDALMACÉN I | 5 MESES | 1111-1651 | 3 |
| 2152 | GUARDALMACÉN II | 5 MESES | 1171-1740 | 4 |
| 1311 | INSPECTOR(A) AUXILIAR DE SERVICIOS DE TRANSPORTACIÓN | 6 MESES | 1301-1933 | 6 |
| 1321 | INSPECTOR(A) DE SERVICIOS DE TRANSPORTACIÓN | 6 MESES | 1445-2147 | 8 |
| 1621 | INSTALADOR(A) DE TORRES Y ANTENAS I | 6 MESES | 1605-2386 | 10 |
| 1622 | INSTALADOR(A) DE TORRES Y ANTENAS II | 6 MESES | 1692-2515 | 11 |
| 5411 | INSTRUCTOR(A) DE ARTES MARCIALES Y DEFENSA PERSONAL | 6 MESES | 1783-2650 | 12 |
| 5413 | INSTRUCTOR(A) DE PRIMEROS AUXILIOS | 6 MESES | 1783-2650 | 12 |
| 1211 | JARDINERO(A) | 4 MESES | 1111-1651 | 3 |
| 1291 | MECÁNICO DE LANCHAS | 4 MESES | 1371-2037 | 7 |
| 1281 | MECÁNICO(A) DE VEHÍCULOS DE MOTOR I | 4 MESES | 1371-2037 | 7 |
| 1282 | MECÁNICO(A) DE VEHÍCULOS DE MOTOR II | 4 MESES | 1445-2147 | 8 |
| 5851 | MÉDICO GENERALISTA | 8 MESES | 3018-4484 | 22 |
| 1511 | MENSAJERO(A) | 4 MESES | 1111-1651 | 3 |
| 2321 | OFICIAL DE COMPRAS I | 5 MESES | 1523-2263 | 9 |
| 2322 | OFICIAL DE COMPRAS II | 5 MESES | 1605-2386 | 10 |
| 5511 | OFICIAL DE INVESTIGACIONES | 6 MESES | 1692-2515 | 11 |
| 5111 | OFICIAL DE NOMBRAMIENTOS Y CAMBIOS | 6 MESES | 1523-2263 | 9 |
| 2431 | OFICIAL DE NÓMINAS I | 4 MESES | 1371-2037 | 7 |
| 2432 | OFICIAL DE NÓMINAS II | 5 MESES | 1523-2263 | 9 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 2171 | OFICIAL DE LA PROPIEDAD | 5 MESES | 1301-1933 | 6 |
| 5611 | OFICIAL DE COMUNICACIONES | 6 MESES | 1783-2650 | 12 |
| 2491 | OFICIAL EJECUTIVO I | 8 MESES | 2201-3271 | 16 |
| 2492 | OFICIAL EJECUTIVO II | 8 MESES | 2445-3634 | 18 |
| 2493 | OFICIAL EJECUTIVO III | 8 MESES | 2863-4255 | 21 |
| 6171 | OFICIAL EN SEGURIDAD DE SISTEMAS DE INFORMACIÓN | 8 MESES | 1981-2944 | 14 |
| 2111 | OFICINISTA I | 4 MESES | 1111-1651 | 3 |
| 2112 | OFICINISTA II | 4 MESES | 1171-1740 | 4 |
| 2113 | OFICINISTA III | 4 MESES | 1371-2037 | 7 |
| 4111 | OFICINISTA DE CONTABILIDAD | 5 MESES | 1171-1740 | 4 |
| 1711 | OPERADOR(A) DE CUADRO TELEFÓNICO | 5 MESES | 1111-1651 | 3 |
| 6121 | OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN I | 6 MESES | 1171-1740 | 4 |
| 6122 | OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN II | 6 MESES | 1234-1834 | 5 |
| 1761 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN I | 6 MESES | 1234-1834 | 5 |
| 1762 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN II | 6 MESES | 1301-1933 | 6 |
| 1763 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN III | 8 MESES | 1371-2037 | 7 |
| 1721 | OPERADOR(A) DE EQUIPO DE IMPRENTA I | 4 MESES | 1171-1740 | 4 |
| 1722 | OPERADOR(A) DE EQUIPO DE IMPRENTA II | 4 MESES | 1234-1834 | 5 |
| 1731 | OPERADOR(A) DE MÁQUINA DE IMPRIMIR FIRMAS | 4 MESES | 1111-1651 | 3 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1741 | OPERADOR(A) DE MÁQUINA RECARGADORA DE BALAS | 4 MESES | 1111-1651 | 3 |
| 1751 | OPERADOR(A) DE RADIO TELÉFONO | 4 MESES | 1234-1834 | 5 |
| 1261 | PLOMERO(A) | 4 MESES | 1301-1933 | 6 |
| 6221 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN I | 6 MESES | 1783-2650 | 12 |
| 6222 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN II | 6 MESES | 1880-2793 | 13 |
| 6223 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN III | 6 MESES | 1981-2944 | 14 |
| 4121 | RECAUDADOR(A) AUXILIAR | 4 MESES | 1301-1933 | 6 |
| 4123 | RECAUDADOR(A) OFICIAL | 6 MESES | 1445-2147 | 8 |
| 5441 | REGISTRADOR(A) | 8 MESES | 2445-3634 | 18 |
| 5961 | SICÓLOGO(A) I | 8 MESES | 2445-3634 | 18 |
| 5962 | SICÓLOGO(A) II | 8 MESES | 2716-4037 | 20 |
| 5981 | SIQUIATRA | 8 MESES | 3180-4727 | 23 |
| 5931 | SUPERVISOR(A) DE ÁREA DEL PROGRAMA DE AYUDA A FAMILIAS VÍCTIMAS DEL CRIMEN | 8 MESES | 2577-3830 | 19 |
| 1811 | SUPERVISOR(A) DE CONSERJES | 5 MESES | 1234-1834 | 5 |
| 2421 | SUPERVISOR(A) DE EVALUADOR(A) DE EXPEDIENTES | 6 MESES | 1605-2386 | 10 |
| 1841 | SUPERVISOR(A) DE LA ARMERÍA | 6 MESES | 1371-2037 | 7 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1861 | SUPERVISOR(A) DE MECÁNICO(A) DE VEHÍCULOS DE MOTOR | 5 MESES | 1523-2263 | 9 |
| 6321 | SUPERVISOR(A) DE OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN | 6 MESES | 1301-1933 | 6 |
| 1831 | SUPERVISOR(A) DE OPERADOR(A) DE EQUIPO DE IMPRENTA | 6 MESES | 1301-1933 | 6 |
| 1851 | SUPERVISOR(A) DE OPERADOR(A) DE RADIO TELÉFONO | 5 MESES | 1301-1933 | 6 |
| 1821 | SUPERVISOR(A) DE TALLER DE EBANISTERÍA Y CARPINTERÍA | 6 MESES | 1301-1933 | 6 |
| 1871 | SUPERVISOR(A) DE TÉCNICO DE PLANTAS DE EMERGENCIA DE COMUNICACIONES | 6 MESES | 1523-2263 | 9 |
| 3111 | TÉCNICO DE FOTOGRAFÍA CRIMINAL | 8 MESES | 1301-1933 | 6 |
| 3211 | TÉCNICO DE HUELLAS DACTILARES I | 5 MESES | 1371-2037 | 7 |
| 3212 | TÉCNICO DE HUELLAS DACTILARES II | 5 MESES | 1445-2147 | 8 |
| 3213 | TÉCNICO DE HUELLAS DACTILARES III | 5 MESES | 1783-2650 | 12 |
| 3131 | TÉCNICO DE LABORATORIO DE FOTOGRAFÍA I | 8 MESES | 1234-1834 | 5 |

| Núm. de La Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 3132 | TÉCNICO DE LABORATORIO DE FOTOGRAFÍA II | 8 MESES | 1371-2037 | 7 |
| 1631 | TÉCNICO DE PLANTAS DE EMERGENCIA DE COMUNICACIONES | 6 MESES | 1445-2147 | 8 |
| 6131 | TÉCNICO DE SISTEMAS DE INFORMACIÓN | 3 MESES | 1445-2147 | 8 |
| 1771 | TÉCNICO EN EQUIPO DE COMUNICACIONES I | 6 MESES | 1371-2037 | 7 |
| 1772 | TÉCNICO EN EQUIPO DE COMUNICACIONES II | 6 MESES | 1523-2263 | 9 |
| 1773 | TÉCNICO EN EQUIPO DE COMUNICACIONES III | 6 MESES | 1605-2386 | 10 |
| 1271 | TÉCNICO EN REFRIGERACIÓN | 5 MESES | 1371-2037 | 7 |
| 5911 | TÉCNICO EN RELACIONES SICOSOCIALES | 8 MESES | 1605-2386 | 10 |
| 5871 | TÉCNICO EN SEGURIDAD Y SALUD EN EL TRABAJO | 6 MESES | 1605-2386 | 10 |
| 2221 | TÉCNICO EN SISTEMAS DE OFICINA I | 4 MESES | 1301-1933 | 6 |
| 2222 | TÉCNICO EN SISTEMAS DE OFICINA II | 4 MESES | 1445-2147 | 8 |
| 2223 | TÉCNICO EN SISTEMAS DE OFICINA III | 4 MESES | 1605-2386 | 10 |
| 5711 | TÉCNICO LEGAL | 6 MESES | 2577-3830 | 19 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1121 | TRABAJADOR(A) | 3 MESES | 1000-1486 | |
| 1131 | TRABAJADOR(A) DE CONSERVACIÓN Y MANTENIMIENTO | 3 MESES | 1054-1566 | 1 |
| 5971 | TRABAJADOR(A) SOCIAL I | 8 MESES | | 2 |
| 5972 | TRABAJADOR SOCIAL II | 8 MESES | 2201-3271 | 16 |
| 5973 | TRABAJADOR SOCIAL III | 8 MESES | 2320-3447 | 17 |
| 2231 | TRANSCRIPTOR(A) DE INVESTIGACIONES ADMINISTRATIVAS | 6 MESES | 2445-3634 | 18 |
| | | | 1605-2386 | 10 |

Para que conste nuestra aprobación al contenido de este documento, firmamos la presente relación de clases de puestos en la cual se indica el número de la clase, el título de la clase, el período probatorio, la escala de sueldo asignada a cada una de las mismas y el número de la escala.

Este documento consta de doce (12) pliegos de papel conteniendo ciento ochenta y cuatro (184) clases de puestos en los cuales hemos estampado nuestras iniciales y firmas correspondientes.

En San Juan, Puerto Rico a   JUN 2 4 2002

Emmalind García García
**Emmalind García García**
**Administradora**
**Oficina Central de Asesoramiento**
**Laboral y Administración**
**de Recursos Humanos**

**Miguel A. Pereira**
**Superintendente**
**Policía de Puerto Rico**



Estado Libre Asociado de Puerto Rico
## Policía de Puerto Rico

30 de agosto de 2005

Sr. (a) Zulma I. Cruz Irizarry

Estimado (a) señor (a) Cruz Irizarry:

Efectivo el 1ro de enero de 2002, nuestra Agencia implantó los nuevos Planes de Clasificación de Puestos y de Retribución, correspondiente al Servicio de Carrera, desarrollados por la Oficina Central de Asesoramiento Laboral y Administración de Recursos Humanos (OCALARH), hoy Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico, (ORHELA) en coordinación y colaboración con personal técnico y especializado del Negociado de Recursos Humanos.

Con relación al puesto que ocupa en esta Agencia, le informamos los resultados de dicho estudio y usted no estuvo de acuerdo con los mismos, razón por la cual solicitó la revisión administrativa correspondiente.

Luego de evaluar y analizar de manera objetiva y ponderada, los argumentos contenidos en su solicitud; la configuración de puestos existentes, los valores y jerarquías relativos de los mismos, la estructura organizativa y funcional de la Agencia, líneas de mando y de supervisión prevalecientes, así como el contenido de los documentos que integran los nuevos Planes de Clasificación de Puestos y de Retribución; le informamos los resultados de la revisión administrativa que efectuamos, mediante el ANEJO que se acompaña.

En caso de que esta decisión final no le resulte satisfactoria y su puesto **no está incluido** en la Unidad Apropiada, (según este término se define en el Convenio Colectivo establecido entre la Policía de Puerto Rico y Empleados Civiles Organizados ECO), le apercibimos que tiene derecho a recurrir a la *Comisión Apelativa del Sistema de la Administración de Recursos Humanos del Servicio Público (CASARHSP))*, localizada en la Calle San Justo # 153, Viejo San Juan, (Dirección Postal Apartado 9023990, Viejo San Juan, PR. 00902), dentro del término de treinta (30) días calendario, a partir del recibo de esta notificación. Por otro lado, si su puesto **está incluido** en la Unidad Apropiada, le apercibimos que tiene derecho a recurrir al *Procedimiento de Quejas, Agravios y Arbitraje,* conforme lo dispone el Convenio Colectivo de referencia, dentro del término de quince (15) días laborables, a partir del recibo de esta notificación.

Cordialmente,

Lcdo. Pedro Toledo Dávila
Superintendente

Ramón Ortega Rodríguez, C.P.A.
Superintendente Asociado

29 de agosto de 2005
**DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, PO BOX 70166 SAN JUAN PR 00936-8166 - TEL. 787-793-1234**

# INFORME SOBRE DECISIÓN TOMADA

**NOMBRE DEL EMPLEADO: Zulma I. Cruz Irizarry**

**NÚMERO DE SEG. SOC. :** Redacted

**NÚMERO DEL PUESTO : 9505**

[X] **1.** Su solicitud de revisión administrativa fue analizada, razón por la cual **apruebo** los siguientes ajustes, efectivo el 1 de enero de 2002, fecha en que se implantó la totalidad de los nuevos Planes de Clasificación de Puestos y de Retribución:

| Áreas Identificadas | Con el Estudio | Luego de Revisión |
|---|---|---|
| Título de Clasificación | Auxiliar en Sistema de Oficina II | Auxiliar en Sistema de Oficina III |
| Sueldo Mensual | $1,336.00 | $1,359.00 |
| Comp. Complementaria | $55.00 | $55.00 |
| Diferencial en Sueldo | | |
| Número de Escala | 4 | 6 |
| Tipo Mínimo | $1,171.00 | $1,301.00 |
| Tipo Máximo | $1,740.00 | $1,933.00 |

[] **2. No** apruebo su solicitud de revisión administrativa por el o los siguientes criterios:

[] **a.** El grado de responsabilidad, complejidad y autoridad que conllevan las funciones del puesto que ocupa en la Agencia, **está** enmarcado correctamente en la clase y nivel establecido en el estudio realizado originalmente.

[] **b.** La preparación académica y la experiencia que usted posee, la cual podría ser superior a la requerida para ocupar el puesto, **no** es criterio que se considera para la clasificación y el nivel asignado al puesto.

[] **c.** La aspiración a un sueldo mayor **no** altera la clasificación y el nivel establecido para el puesto, por lo que **no** se justifica la revisión solicitada a base de este elemento de retribución.

[] **d.** La información adicional que usted presentó junto a su solicitud de revisión administrativa, **no** justifica la asignación de la clase de puesto a un valor retributivo (escala de sueldo) superior.

[] **e.** La información adicional que usted presentó junto a su solicitud de revisión administrativa, **no** altera la clasificación que se estableció para el puesto ni la retribución asignada.

[] **f.** Las revisiones administrativas que estamos atendiendo en esta etapa del proceso están relacionadas con la implantación de los nuevos Planes de Clasificación de Puestos y de Retribución, basadas primordialmente en la "Descripción de Puesto" que llenó el empleado durante el estudio realizado. El asunto de su solicitud trata de otro aspecto relacionado con la administración de un Plan de Clasificación que ya está en funcionamiento, lo cual conlleva otro procedimiento, en el que se requiere un planteamiento del supervisor inmediato, a través de los canales establecidos, acompañado con un argumento que sostenga la petición; así como un estudio y análisis del puesto por parte del Negociado de Recursos Humanos con su correspondiente auditoría.

[] 3.Otras :

_____
_____
_____
_____

*RR*

2

El Negociado de Recursos Humanos estará disponible para ofrecer cualquier otra información relacionada con las solicitudes de revisión administrativa, según esté al alcance de dicho Negociado.


_____
Lcdo. Pedro Toledo Dávila
Superintendente


_____
Ramón Ortega Ródriguez, C.P.A.
Superintendente Asociado

3

***ESTADO LIBRE ASOCIADO DE PUERTO RICO***
***POLICIA DE PUERTO RICO***
***AREA DE PONCE***

*DIRIJA TODA*
*LA CORRESPONDENCIA OFICIAL AL*
*SUPERINTENDENTE*
*P. O. BOX 70166*
*SAN JUAN, PUERTO RICO 00936-8166*
*Tel. 793-1234*



*DISTRITO JUANA DIAZ*
*837-2016 / 837-2020*

AP-31-1-613

21 de octubre de 2005

Lcdo. Pedro A. Toledo Dávila
Superintendente de la Policía de Puerto Rico

Zulma I. Cruz Irizarry
Aux. en Sistema de Oficina III
Distrito Juana Díaz

REVISION DEL PUESTO
NUMERO 9505

Muy respetuosamente me dirijo a usted, para indicarle que el día 7 de octubre de 2005, en la Comandancia Área de Ponce, me fue entregada la carta donde se me indica en el Informe Sobre Decisión Tomada de la reclasificación del puesto número 9505; efectivo el 1 de enero de 2002, que fui reclasificada a Auxiliar en Sistema de Oficina III.

Le agradezco por la decisión tomada el día 1 de enero de 2002. No obstante, nuevamente pido se revise las funciones que realizo, ya que las misma son más complejas; además que mi preparación academia cambió para el año 2003, obteniendo un Bachillerato Administración de Empresas en Gerencia, Magna Cum Laude.

En adición, solicito se revise el sueldo mensual, ya que tanto para el 1$^{ro}$ de enero de 2002 como en la actualidad es mayor que el que se me ha asignado, por lo que solicito se me lleve al máximo de la escala de sueldo.

**Funciones Esenciales del Puesto**:

1. Secretaria Comandante del Distrito

2. Transcribir los memorandos a computadora:

   a. Comandante del Distrito
   b. Comandante Auxiliar

AP-31-1-613
21/octubre/2005

    c. Sargentos
    d. Agentes

3. Redactar informes, endosos y transcribir.

4. Transcribir Planes de Trabajo a computadora.

5. Tramitar y despachar documentos del Distrito de Juana Díaz.

6. Tomar dictados de cartas y/o mensajes.

7. Coordinar las actividades del Comandante del Distrito de Juana Díaz.

8. Encargada de orientar al personal secretarial en relación a la labor que realizan.

9. Recibir y distribuir toda la correspondencia del Distrito de Juana Díaz.

10. Recibir y distribuir los cheques del personal del Distrito de Juana Díaz.

11. Orientar al público de los requisitos de las Solicitudes de Guardia de Seguridad y tramitar todo lo relacionado a las mismas.

12. Recibir y atender las llamadas telefónicas y referir al personal.

13. Reproducir documentos en fotocopiadora.

14. Preparar las excusas a los Tribunales.

15. Custodio de las Ordenes Generales, llevar el índice, dar seguimiento a los cambios; notificar, sacarle copia en caso de necesidad al personal y archivarlas.

16. Custodio de las Ordenes Especiales, llevar el índice, dar seguimiento a los cambios; notificar y sacarle copia en caso de necesidad al personal y archivarlas.

17. Custodio de los Reglamentos, llevar el índice, dar seguimiento a los cambios; notificar y sacarle copia en caso de necesidad al personal y archivarlos.

**Funciones Marginales del Puesto:**

1. Informes Semanales

    a. Tintes Unidireccionales
    b. Plan de Trabajo Puntos de Cotejo

- 3 -

AP-31-1-613
21/octubre/2005

2. Informes Partes Mensuales

    a. Labor realizadas en Comunidades Especiales
    b. Incidencia Criminal Ocurrida en las Comunidades Especiales
    c. Logros Plan Anticrimen
    d. Intervención por Tabaco y Alcohol
    e. Personal Desarmado
    f. Desglose Desprovisto Arma de Reglamento
    g. Registro Programa Calidad de Vida Escuelas
    h. PPR-146 Reemplazo Armas y Municiones
    i. Accidentes Marinos
    j. Huelgas y Protestas
    k. Documentos Recibidos
    l. Carta Academia Local
    m. Referido Integridad Pública
    n. Agente Femenina del Mes
    ñ. Agente Masculino del Mes

2. Trimestrales

    a. Estampillas de Correo

3. Semestrales

    a. Certificación Armas de Reglamentos

4. Anuales

    a. Lista de la Propiedad
    b. Sargento del Año
    c. Civil del Año
    d. Premio Manuel A. Pérez
    e. Informe OSHA

**Conocimientos, habilidades y destrezas mínimas**

Microsoft Word, Excel
Principios de Taquigrafía I y II
Correspondencia de Comercial I y II

**Preparación Académica**

Bachiller en Administración de Empresas
Gerencia – **Magna Cum Laude**
Universidad Interamericana – Recinto de Ponce
5 de junio de 2003

AP-31-1-613
21/octubre/2005

Asociado en Ciencias Aplicadas
Administración Comercial – **Magna Cum Laude**
Universidad Interamericana – Recinto de Ponce
30 de mayo 2001

Cuarto Año - Curso Comercial
Escuela Superior Luis Llorens Torres
Mayo de 1979

zic