16 de julio 2021

En cumplimiento con la forma 410 Enmendada, acompaño los documentos del Sr. William Ruiz Díaz (difunto) ex Tnte. Cor. de la Policía de Puerto Rico.

Este le hicieron solicitar su Renuncia a la Agencia. De la misma No le pagaron lo acumulado por horas y días feriados trabajados. Los familiares directos todavía esperan se le pague dichas deudas.

Cordialmente
Carmen M. Ruiz (representante de la familia)

A quien pueda interesar

Yo Ana S. Vazquez Pagán autorizo a la Sra. Carmen M Ruz para la entrega de la forma 410-M

Gracias
att
Ana S. Vazquez Pagán