RECEIVED & FILED CLERK'S OFFICE JUL 19 2021 US DISTRICT COURT SAN JUAN, PR

Junio 16, 2021

Acompaño documentos reclamando dinero adeudado y que sen nos solicitara en la forma 410 Enmendadada.

Solicito de manera muy importante se nos otorgue el dinero prometido y adeudado durante los años de de servicio y la jubilación

Agradeceré pronta atención y se nos confime esta petición que según la forma 410 Enmendada se le haya aceptado nuestros Reclamos

Cordialmente,

Carmen Milagros Rivas Díaz
Juana Díaz

United States District of Puerto Rico
Evidencia de Reclamación
Forma Modificada 410

Carmen Milagros Ruiz Diaz     Promesa
Apelante (Claims)     Titulo III
VS     No. 17 BK 3283-LTS
Comonwealth of Puerto Rico
Estado Libre Asociado de Puerto Rico
Apelada (503(b)(9)
    Deudor

    Escrito en cumplimiento
    Formulario de Reclamación
    410    Modificado

Basándome en el exhibit A de los reclamos solicitados en la forma 410 en fecha 27 de junio de 2018 adjunto evidencia actual que se nos solicitana en la forma 410 Modificada recibida en junio 2021.

Continuamos en la objeción y reclamos de las evidencias que sometemos con relación a los aumentos salariales y reclasificación de puestos los cuales todavía no se han cumplido.

Nos sostenemos en la objeción ante las Promesas Titulada III Ley de Quiebras ya mencionada. Estas deudas no nos han sido Pagadas tanto a empleados

Como jubilados.

Los documentos enviados de la oficina Secretaría (Clerck's Office) Tribunal de Distrito de los Estados Unidos es evidencia de no cumplir con las deudas con los empleados que tantos años hemos trabajado y los jubilados y que aún siendo reclamados en fechas anteriores, 3 agosto 2003 y otras y todavía a la fecha 16 de junio de 2021 no se nos ha remunerado. Es todo lo contrario, se nos eliminó el Bono que teníamos de 1,000 a 200.00 y se nos eliminó el bono de verano.

Nos sostenemo en seguir reclamando estas deuda que se nos prometieron y aun a la fecha de hoy no nos ha pagado.

Agradeceré si se va a Reclasificar en la forma 410 Enmendada sea denominada como deuda del gobierno de P.R.
Me encuentro en la pagina 31 de 37 (503)(b)(a) exhibit A