...so submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

MMLID: 972368

EPOC ID: 170356600084792

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ❏ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ❏ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ❏ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ❏ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED

CDS

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor? / ¿Quién es el acreedor actual?**

CARMEN M RUIZ DIAZ

*Carmen M. Ruiz Díaz* (signature)

Name of the current creditor (the person or entity to be paid for this claim) / Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

RECEIVED

Other names the creditor used with the debtor / Otros nombres que el acreedor usó con el deudor _____

JUN 29 2018

PRIME CLERK LLC



**Claim Number: 106293**

Proof of Claim

page 1

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

CARMEN M RUIZ DIAZ
URB VILLA DEL SOL
A5 CALLE 1
JUANA DIAZ PR 00795-2037

Contact phone / Teléfono de contacto

Eu2uit-558@gmail.com
Contact email / Correo electrónico de contacto

CM2uirs2u@gmail.com

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Carmen Milagros Ruiz Díaz
Name / Nombre

Urb. Villa del Sol, Calle A-5
Number / Número       Street / Calle

Juana Díaz P. R        00795
City / Ciudad    State / Estado    ZIP Code / Código postal

(939) 383-1622
Contact phone / Teléfono de contacto

CM2uirs2u@gmail.com
Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☑ No / No
☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

**8. How much is the claim?** $ *319,188.00*   **Does this amount include interest or other charges?**

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo, Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Increase in salary scales pending payment by the Agency*

*Salaries promise in the Agency of Police Department*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

☐ Motor vehicle / Vehículos

☐ Other. Describe:

Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:**   $ *319,188.00 and others*

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ *that there is evidence of payment* *it is unknown*

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ *s/d*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____

**Annual Interest Rate (on the Petition Date)**
**Tasa de interés anual (cuando se presentó el caso)** _____%

☐ Fixed / Fija

☑ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410

**Proof of Claim**

page 3

U0505 v 01 02 15 2018

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received     $ _____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

---

| Part 3 / Parte 3: | Sign Below / Firmar a continuación |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _/Nov 27 2018_ (MM/DD/YYYY) /(DD/MM/AAAA)

Signature / Firma _Camion Milagros Bez Olm_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _____
| First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
| Number / Número | Street / Calle |

_____
| City / Ciudad | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

---

Modified Official Form 410               **Proof of Claim**                              page 4

U0506 v 01 02 15 2018



Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR  97076

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested

PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0007041 00000000 0001 0005 01409 INS: 0 0
****4000027778****BAR(23) MAIL ID *** 000125618912 ***

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

| **If by first class mail:** | **If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia:** |
|---|---|
| Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms. |
| | Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados. |

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envie un correo electrónico a PuertoRicoInfo@primeclerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600084792

U0501 v.01 02.15 2018

...so submit your claim electroni...y by visiting http://cases.primeclerk.com/puerto... EPOC-Index

**U**NITED **S**TATES **D**ISTRICT **C**OURT FOR THE **D**ISTRICT OF **P**UERTO **R**ICO / **T**RIBUNAL DE **D**ISTRITO DE LOS **E**STADOS **U**NIDOS PARA EL **D**ISTRITO DE **P**UERTO **R**ICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 972368 |
|---|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 | EPOC ID: 170356600084792 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 | |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 | CDS |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-A...ssed Stamp...of Envelope...

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   CARMEN M RUIZ DIAZ

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagara la reclamacion)

   RECEIVED

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

   JUN 2 9 2018

   
   

   PRIME CLERK LLC

**Claim Number: 106293**

Proof of Claim

page 1



**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *319,188.00*

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo. Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Increase in salary scales pending payment by the Agency*
*Salaries promises in the agency of Police department*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Si. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

☐ Motor vehicle / Vehículos

☐ Other. Descr be:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $ *319,188.00 and others*

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $ *that there is evidence of payment* *it is unknown*

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $ *s/d*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / F ja
☑ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410

**Proof of Claim**

page 3

U0505 v 01 02 15 2016

000 0007043 00000000 0003 0005 01409 INS: 0 0

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ *319,188.00*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo. Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Increase in salary scales pending payment by the Agency Salaries promis in the Agency of Police Department*

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $ *39,188.00 and others*

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ ___ *it is contingen that there is evidence of payment*

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ *S/d*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____

**Annual Interest Rate (on the Petition Date)**
**Tasa de interés anual (cuando se presentó el caso)** _____ %
☐ Fixed / Fija
☑ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410

Proof of Claim

page 3



12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Sí. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent  Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _Nov 47, 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Cammy Wilcox_ _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _____
        First name / Primer nombre      Middle name / Segundo nombre      Last name / Apellido

Title / Cargo _____

Company / Compañía _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.
        Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
        Number / Número      Street / Calle

        City / Ciudad                           State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto_____   Email / Correo electrónico_____

ESTADO LIBRE ASOC... O DE PUERTO RICO
POLICIA DE PUERTO RICO



DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN, PUERTO RICO 00936-8166
Tel 793 1234

27 de febrero de 2002-02-27

A TODO EL PERSONAL CIVIL

**Lcdo. Miguel Pereira**
Superintendente

ASUNTO: IMPLANTACION PLAN DE CLASIFICACION DE PUESTO Y RETRIBUCION

El propósito de esta comunicación es aclarar el último párrafo de la tercera (3era) página, correspondiente al comunicado en el que se les informa a todos los empleados civiles, el efecto de la implantación de los Planes de Clasificación de Puestos y Retribución, en los puestos que los mismos ocupan, así como en su salario.

Si su puesto está comprendido dentro de la unidad apropiada, usted puede recurrir al proceso de **Quejas, Agravios y Arbitraje**, según se establece en el Convenio Colectivo de los empleados civiles de la Policía de Puerto Rico, dentro del término de **15 días** laborales, a partir de la notificación de la revisión administrativa. Por otro lado, si su puesto está excluido de la unidad apropiada, puede recurrir a la **Junta de Apelaciones del Sistema de Administración de Personal (JASAP)**, según se indica en la comunicación a la que hacemos referencia.



os de San Juan de la Administración de Reglamentos
misos, en Hato Rey.

vita a los vecinos del proyecto, a los propietarios de
nos que radican dentro de los límites territoriales
adantes, a las agencias gubernamentales y al público en
ral a participar en dicha vista y someter sus
nendaciones.

vierte que las partes podrán comparecer asistidas por
ados, pero no estarán obligadas a estar así
señaladas, incluyendo los casos de corporaciones y
dades.

cial examinador que presida la vista no podrá suspender
vista ya señalada, excepto que se solicite por escrito con
sión de las causas que justifican dicha suspensión. Dicha
tud será sometida con cinco (5) días de anticipación a la
a de dicha vista. La parte peticionaria enviará copias de
licitud a las demás partes e intervenientes en el
edimiento, dentro de los cinco (5) días señalados.

a parte debidamente citada no comparece a la conferencia
intelación a la vista, o a cualquier otra etapa durante el
dimiento adjudicativo, el funcionario que presida la misma
declararla en rebeldía y continuar el procedimiento sin
icipación, pero notificará por escrito a dicha parte su
minación, los fundamentos para la misma y el recurso de
ón disponible.

an Juan, Puerto Rico   19 de julio de 2000

Iván CasianoQuiles
Adminstrador

A: "NO PAGADO CON FONDOS PUBLICOS
ESTATALES"

# Anuncia Toledo pagos por clasificacion

MARIBEL HERNÁNDEZ
PRIMERA HORA

EL SUPERINTENDENTE de la policía, Pedro Toledo Dávila, se reunió ayer con el personal civil de la agencia para anunciarles que a partir de esta quincena recibirán el pago de la primera etapa del plan de clasificación y retribución que fue firmado el jueves, antes de que entrara en vigor la veda electoral.

Sin embargo, los empleados civiles manifestaron su disgusto cuando se les informó que no recibirán el aumento de $100 que les sería concedido por el gobernador Pedro Rosselló, ya que el alza por concepto del plan de clasificación y retribución lo interrumpe.

Toledo Dávila se encuentra en espera de una decisión de la Oficina de Gerencia y Presupuesto (OGP) para conocer si concederá los $14 millones necesarios para la implantación total del plan, que representaría un promedio de aumento de $142 en los salarios de los empleados civiles.

En lo que se toma esta determinación, el superintendente recibió una autorización para el desembolso de $4 millones de fondos de ahorro para el pago de la primera etapa, que representa un aumento de $150 mensuales, informó durante la reunión en el anfiteatro del Cuartel General. También observó que el 85 por ciento del presupuesto de la agencia es utilizado para pagos salariales.

Una de las preocupaciones planteadas por los empleados civiles durante la reunión es si el aumento y la clasificación de las 24 escalas de carrera y las nueve de confianza serían honrados por la nueva administración que asuma el mando en enero. Toledo Dávila explicó que por esa razón firmó el plan de retribución antes de la veda electoral, ya que el compromiso es ley y tendrá que ser honrado.

"Eso es ley, esto ata a todo el mundo aunque cambie el gobierno, es parte del compromiso programático del gobierno", observó Toledo Dávila y su expresión arrancó aplausos de la audiencia.

Otro de los planteamientos se refería a cuándo recibirían su nueva clasificación de puestos y el término que se requiere por ley para apelarlo, de ser necesario ante la Junta de Apelaciones del Sistema de Administración de Personal (JASAP).

A su vez, Toledo Dávila aclaró que el alza salarial incluirá a los empleados civiles adscritos a la oficina del Comisionado de Seguridad y Protección, cargo que él también ocupa.





# AVISOS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Gobierno Municipal Autónomo de Ponce
JUNTA DE SUBASTAS
APARTADO 331709





*Estado Libre Asociado de Puerto Rico*

## POLICIA DE PUERTO RICO

8 de junio de 2001

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O. BOX 70166
SAN JUAN PR 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

A TODO EL PERSONAL CIVIL
QUE ES PARTE INTEGRANTE
DE LA POLICIA DE PUERTO RICO

PIERRE E. VIVONI
Superintendente

### PLANES DE CLASIFICACION Y RETRIBUCIÓN

Como parte indispensable de mi gestión como Superintendente de la Policía de Puerto Rico, he designado un comité que evalúa el proyecto de los Planes de Clasificación y Retribución desarrollados por la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), en coordinación con nuestro Negociado de Recursos Humanos. Inmediatamente que dicho comité rinda su informe nos reuniremos con los representantes de la OCALARH con el propósito de que se efectúen los cambios y ajustes correspondientes al proyecto. Nuestro objetivo es lograr que los planes de referencia sean los apropiados para clasificar correctamente los puestos ocupados y vacantes. Por razones obvias, es necesario contar con instrumentos de trabajo efectivos para administrar los recursos humanos de nuestra Agencia de forma justa y conforme a los reglamentos y leyes aplicables.

Tan pronto se complete el proceso de evaluación y ajustes correspondientes les informaremos todo lo relacionado a la adopción e implantación de los nuevos Planes de Clasificación y Retribución. Esto debe ser, claro está, lo antes posible, pero nunca sacrificando la calidad de la encomienda. Estimamos que a más tardar en el mes de julio el proceso esté completado.

Sin embargo, es necesario aclarar lo manifestado recientemente por algunos sectores ajenos a nuestra Agencia en los diferentes medios de comunicación, en el sentido de que se utilizó el dinero asignado para la implantación de los nuevos planes para pagar las horas extras. Dicha información es totalmente falsa y tiene el efecto de crear desasosiego y confusión entre nuestros empleados civiles. Por este medio desmentimos dicha versión así como otras negativas relacionadas con este asunto y aclaramos que los fondos asignados para los Planes serán utilizados únicamente para esos propósitos.

Estado Libre Asociado de Puerto Rico
POLICÍA DE PUERTO RICO
San Juan, Puerto Rico

ESTRUCTURA SALARIAL QUE REGIRÁ
EN LA POLICÍA DE PUERTO RICO
A PARTIR DEL 1 DE ENERO DE 2002

SERVICIO DE CARRERA

| Núm. de la Escala | Tipo Mínimo | TIPOS INTERMEDIOS | | | | | | | | Tipo Máximo |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1000 | 1045 | 1092 | 1141 | 1193 | 1246 | 1302 | 1361 | 1422 | 1486 |
| 2 | 1054 | 1101 | 1151 | 1203 | 1257 | 1313 | 1373 | 1434 | 1499 | 1566 |
| 3 | 1111 | 1161 | 1213 | 1268 | 1325 | 1384 | 1447 | 1512 | 1580 | 1651 |
| 4 | 1171 | 1224 | 1279 | 1336 | 1396 | 1459 | 1525 | 1593 | 1665 | 1740 |
| 5 | 1234 | 1290 | 1348 | 1408 | 1472 | 1538 | 1607 | 1679 | 1755 | 1834 |
| 6 | 1301 | 1359 | 1420 | 1484 | 1551 | 1621 | 1694 | 1770 | 1850 | 1933 |
| 7 | 1371 | 1433 | 1497 | 1565 | 1635 | 1709 | 1785 | 1866 | 1950 | 2037 |
| 8 | 1445 | 1510 | 1578 | 1649 | 1723 | 1801 | 1882 | 1967 | 2055 | 2147 |
| 9 | 1523 | 1592 | 1663 | 1738 | 1816 | 1898 | 1983 | 2073 | 2166 | 2263 |
| 10 | 1605 | 1678 | 1753 | 1832 | 1914 | 2001 | 2091 | 2185 | 2283 | 2386 |
| 11 | 1692 | 1768 | 1848 | 1931 | 2018 | 2109 | 2203 | 2303 | 2406 | 2515 |
| 12 | 1783 | 1864 | 1948 | 2035 | 2127 | 2222 | 2322 | 2427 | 2536 | 2650 |
| 13 | 1880 | 1964 | 2053 | 2145 | 2242 | 2342 | 2448 | 2558 | 2673 | 2793 |
| 14 | 1981 | 2070 | 2164 | 2261 | 2363 | 2469 | 2580 | 2696 | 2817 | 2944 |
| 15 | 2088 | 2182 | 2280 | 2383 | 2490 | 2602 | 2719 | 2842 | 2970 | 3103 |

Estado Libre Asociado de Puerto Rico
POLICÍA DE PUERTO RICO
San Juan, Puerto Rico

Primera Asignación de las Clases de Puestos Comprendidas en el nuevo Plan de Clasificación de Puestos que se adopta para el Servicio de Carrera de la Policía de Puerto Rico, de conformidad con las disposiciones de la Sección 4.2 de la Ley Número 5 del 14 de octubre de 1975, según enmendada, Ley de Personal del Servicio Público de Puerto Rico.

En cumplimiento con lo dispuesto en los Artículos 2, 3 y 5 de la Ley Número 89 del 12 de julio de 1979, Ley de Retribución Uniforme, enmendada, asignamos las clases de puestos comprendidas en el nuevo Plan de Clasificación de Puestos que se adopta para el Servicio de Carrera de la Policía de Puerto Rico, a las escalas de sueldos que se establecen para tener efectividad a partir del 1 de enero de 2002.

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 5721 | ABOGADO(A) I | 8 MESES | 2716-4037 | 20 |
| 5722 | ABOGADO(A) II | 8 MESES | 3018-4484 | 22 |
| 5723 | ABOGADO(A) III | 8 MESES | 3652-4982 | 24 |
| 2451 | ADMINISTRADOR(A) AUXILIAR DE DOCUMENTOS | 6 MESES | 1445-2147 | 8 |
| 2461 | ADMINISTRADOR(A) DE DOCUMENTOS | 8 MESES | 1692-2515 | 11 |
| 2241 | ADMINISTRADOR(A) EN SISTEMAS DE OFICINA I | 6 MESES | 1692-2515 | 11 |
| 2242 | ADMINISTRADOR(A) EN SISTEMAS DE OFICINA II | 6 MESES | 1783-2650 | 12 |
| 2311 | AGENTE COMPRADOR(A) | 5 MESES | 1371-2037 | 7 |
| 4311 | ANALISTA DE PRESUPUESTO I | 7 MESES | 1605-2386 | 10 |
| 4312 | ANALISTA DE PRESUPUESTO II | 7 MESES | 1783-2650 | 12 |
| 4313 | ANALISTA DE PRESUPUESTO III | 7 MESES | 1981-2944 | 14 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 6211 | ANALISTA DE SISTEMAS DE INFORMACIÓN | 6 MESES | 2088-3103 | 15 |
| 5211 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS I | 8 MESES | 1605-2386 | 10 |
| 5212 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS II | 8 MESES | 1783-2650 | 12 |
| 5213 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS III | 8 MESES | 1981-2944 | 14 |
| 5131 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS I | 6 MESES | 1605-2386 | 10 |
| 5132 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS II | 6 MESES | 1783-2650 | 12 |
| 5133 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS III | 6 MESES | 1981-2944 | 14 |
| 1611 | ARMERO(A) | 6 MESES | 1301-1933 | 6 |
| 1541 | ARTISTA GRÁFICO | 6 MESES | 1445-2147 | 8 |
| 4411 | AUDITOR(A) I | 8 MESES | 1605-2386 | 10 |
| 4412 | AUDITOR(A) II | 8 MESES | 1783-2650 | 12 |
| 4413 | AUDITOR(A) III | 8 MESES | 2088-3103 | 15 |
| 2411 | AUXILIAR ADMINISTRATIVO(A) I | 6 MESES | 1523-2263 | 9 |
| 2412 | AUXILIAR ADMINISTRATIVO(A) II | 6 MESES | 1692-2515 | 11 |
| 2121 | AUXILIAR DE LA PROPIEDAD | 5 MESES | 1111-1651 | 3 |
| 6111 | AUXILIAR DE SERVICIOS DE TECNOLOGÍA INFORMÁTICA | 6 MESES | 1111-1651 | 3 |
| 4131 | AUXILIAR EN CONTABILIDAD I | 6 MESES | 1371-2037 | 7 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 4132 | AUXILIAR EN CONTABILIDAD II | 6 MESES | 1445-2147 | 8 |
| 4133 | AUXILIAR EN CONTABILIDAD III | 6 MESES | 1605-2386 | 10 |
| 5311 | AUXILIAR EN ESTADÍSTICAS I | 7 MESES | 1371-2037 | 7 |
| 5312 | AUXILIAR EN ESTADÍSTICAS II | 7 MESES | 1445-2147 | 8 |
| 5861 | AUXILIAR MEDICO | 6 MESES | 2716-4037 | 20 |
| 6161 | AUXILIAR EN SEGURIDAD DE SISTEMAS DE INFORMACIÓN | 6 MESES | 1783-2650 | 12 |
| 2211 | AUXILIAR EN SISTEMAS DE OFICINA I | 6 MESES | 1111-1651 | 3 |
| 2212 | AUXILIAR EN SISTEMAS DE OFICINA II | 6 MESES | 1171-1740 | 4 |
| 2213 | AUXILIAR EN SISTEMAS DE OFICINA III | 6 MESES | 1301-1933 | 6 |
| 1411 | AYUDANTE DE COCINA | 4 MESES | 1000-1486 | 1 |
| 1251 | AYUDANTE DE PERITO ELECTRICISTA | 4 MESES | 1234-1834 | 5 |
| 5421 | BIBLIOTECARIO(A) | 8 MESES | 1605-2386 | 10 |
| 1231 | CARPINTERO(A) | 4 MESES | 1234-1834 | 5 |
| 6141 | CINTOTECARIO(A) | 6 MESES | 1234-1834 | 5 |
| 1421 | COCINERO(A) | 3 MESES | 1054-1566 | 2 |
| 1521 | CONDUCTOR(A) MENSAJERO(A) | 4 MESES | 1171-1740 | 4 |
| 1111 | CONSERJE | 3 MESES | 1000-1486 | 1 |
| 4141 | CONTADOR(A) I | 8 MESES | 1692-2515 | 11 |
| 4142 | CONTADOR(A) II | 8 MESES | 1981-2944 | 14 |

2012
1938



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 6151 | COORDINADOR(A) DEL LABORATORIO DE COMPUTADORAS | 8 MESES | 1981-2944 | 14 |
| 2191 | COORDINADOR(A) DE LA LIGA ATLÉTICA POLICÍACA | 6 MESES | 1605-2386 | 10 |
| 1781 | COORDINADOR(A) DE TELECOMUNICACIONES | 6 MESES | 1523-2263 | 9 |
| 5462 | DECANO(A) ASOCIADO(A) | 8 MESES | 3018-4484 | 22 |
| 5461 | DECANO(A) AUXILIAR | 8 MESES | 2863-4255 | 21 |
| 5821 | DIETISTA | 6 MESES | 1880-2793 | 13 |
| 2331 | DIRECTOR(A) AUXILIAR DE COMPRAS | 6 MESES | 1692-2515 | 11 |
| 2441 | DIRECTOR(A) AUXILIAR DE NOMINAS | 8 MESES | 1692-2515 | 11 |
| 4321 | DIRECTOR(A) AUXILIAR DE PRESUPUESTO | 9 MESES | 2201-3271 | 16 |
| 6341 | DIRECTOR(A) AUXILIAR DEL NEGOCIADO DE TECNOLOGÍA INFORMÁTICA | 8 MESES | 2863-4255 | 21 |
| 5941 | DIRECTOR(A) AUXILIAR DEL PROGRAMA DE AYUDA A FAMILIAS VÍCTIMAS DEL CRIMEN | 6 MESES | 2716-4037 | 20 |
| 4521 | DIRECTOR(A) AUXILIAR DE PROYECTOS FEDERALES | 12 MESES | 2088-3103 | 15 |
| 3331 | DIRECTOR(A) AUXILIAR DE SERVICIOS TÉCNICOS | 6 MESES | 2445-3634 | 18 |
| 5221 | DIRECTOR(A) AUXILIAR DE SISTEMAS Y PROCEDIMIENTOS | 8 MESES | 2088-3103 | 15 |
| 5141 | DIRECTOR(A) DE ADIESTRAMIENTO | 6 MESES | 2320-3447 | 17 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1891 | DIRECTOR(A) AUXILIAR EN SISTEMAS DE COMUNICACIONES | 6 MESES | 1692-2515 | 11 |
| 1881 | DIRECTOR(A) DE ARTE Y REPRODUCCIÓN | 6 MESES | 1783-2650 | 12 |
| 5431 | DIRECTOR(A) DE BIBLIOTECA | 7 MESES | 1692-2515 | 11 |
| 2341 | DIRECTOR (A) DE COMPRAS | 6 MESES | 1880-2793 | 13 |
| 5451 | DIRECTOR (A) DE DEPARTAMENTO ACADEMICO | 8 MESES | 2088-3103 | 15 |
| 5151 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS I | 8 MESES | 2201-3271 | 16 |
| 5152 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS II | 8 MESES | 2320-3447 | 17 |
| 5153 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS III | 8 MESES | 2716-4037 | 20 |
| 5951 | DIRECTOR(A) DE DIVISIÓN DE SICOLOGÍA Y TRABAJO SOCIAL | 8 MESES | 3018-4484 | 22 |
| 5331 | DIRECTOR(A) DE ESTADÍSTICAS | 7 MESES | 2201-3271 | 16 |
| 4211 | DIRECTOR(A) DE FINANZAS | 8 MESES | 2863-4255 | 21 |
| 3151 | DIRECTOR(A) DE LABORATORIO DE FOTOGRAFÍA | 8 MESES | 1783-2650 | 12 |
| 2481 | DIRECTOR(A) DE NÓMINAS | 8 MESES | 1880-2793 | 13 |
| 4331 | DIRECTOR(A) DE PRESUPUESTO | 9 MESES | 2863-4255 | 21 |
| 6351 | DIRECTOR DE SERVICIOS DE SISTEMAS DE INFORMACIÓN | 6 MESES | 2088-3103 | 15 |
| 2471 | DIRECTOR(A) DE SERVICIOS GENERALES | 7 MESES | 1692-2515 | 11 |
| 5891 | DIRECTOR(A) MEDICO | 12 MESES | 3652-4982 | 24 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1241 | EBANISTA | 4 MESES | 1234-1834 | 5 |
| 1252 | ELECTRICISTA | 4 MESES | 1371-2037 | 7 |
| 2131 | ENCARGADO(A) DE CONTROL DE PROPIEDAD DE ARMAS | 6 MESES | 1234-1834 | 5 |
| 1221 | ENCARGADO(A) DE ESTABLO | 3 MESES | 1171-1740 | 4 |
| 2141 | ENCARGADO(A) DE LA PROPIEDAD | 5 MESES | 1234-1834 | 5 |
| 1331 | ENCARGADO(A) DE MANTENIMIENTO DE VEHÍCULOS | 4 MESES | 1301-1933 | 6 |
| 5841 | ENCARGADO(A) DE SERVICIOS MÉDICOS | 6 MESES | 1692-2515 | 11 |
| 5812 | ENFERMERO(A) GENERALISTA | 6 MESES | 1605-2386 | 10 |
| 5811 | ENFERMERO(A) PRÁCTICO(A) LICENCIADO(A) | 4 MESES | 1371-2037 | 7 |
| 5921 | ESPECIALISTA EN CONSEJERÍA Y ORIENTACIÓN | 8 MESES | 2445-3634 | 18 |
| 5881 | ESPECIALISTA EN SEGURIDAD Y SALUD EN EL TRABAJO | 8 MESES | 1880-2793 | 13 |
| 6311 | ESPECIALISTA EN SISTEMAS DE INFORMACIÓN | 8 MESES | 2201-3271 | 16 |
| 5321 | ESTADÍSTICO I | 8 MESES | 1605-2386 | 10 |
| 5322 | ESTADÍSTICO II | 8 MESES | 1692-2515 | 11 |
| 5323 | ESTADÍSTICO III | 7 MESES | 1783-2650 | 12 |
| 2181 | EVALUADOR(A) DE EXPEDIENTES I | 6 MESES | 1234-1834 | 5 |
| 2182 | EVALUADOR(A) DE EXPEDIENTES II | 6 MESES | 1301-1933 | 6 |
| 2183 | EVALUADOR(A) DE EXPEDIENTES III | 6 MESES | 1445-2147 | 8 |
| 1531 | FOTÓGRAFO(A) | 3 MESES | 1301-1933 | 6 |
| 5161 | GERENTE AUXILIAR DE RECURSOS HUMANOS | 8 MESES | 2863-4255 | 21 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 2151 | GUARDALMACÉN I | 5 MESES | 1111-1651 | 3 |
| 2152 | GUARDALMACÉN II | 5 MESES | 1171-1740 | 4 |
| 1311 | INSPECTOR(A) AUXILIAR DE SERVICIOS DE TRANSPORTACIÓN | 6 MESES | 1301-1933 | 6 |
| 1321 | INSPECTOR(A) DE SERVICIOS DE TRANSPORTACIÓN | 6 MESES | 1445-2147 | 8 |
| 1621 | INSTALADOR(A) DE TORRES Y ANTENAS I | 6 MESES | 1605-2386 | 10 |
| 1622 | INSTALADOR(A) DE TORRES Y ANTENAS II | 6 MESES | 1692-2515 | 11 |
| 5411 | INSTRUCTOR(A) DE ARTES MARCIALES Y DEFENSA PERSONAL | 6 MESES | 1783-2650 | 12 |
| 5413 | INSTRUCTOR(A) DE PRIMEROS AUXILIOS | 6 MESES | 1783-2650 | 12 |
| 1211 | JARDINERO(A) | 4 MESES | 1111-1651 | 3 |
| 1291 | MECÁNICO DE LANCHAS | 4 MESES | 1371-2037 | 7 |
| 1281 | MECÁNICO(A) DE VEHÍCULOS DE MOTOR I | 4 MESES | 1371-2037 | 7 |
| 1282 | MECÁNICO(A) DE VEHÍCULOS DE MOTOR II | 4 MESES | 1445-2147 | 8 |
| 5851 | MÉDICO GENERALISTA | 8 MESES | 3018-4484 | 22 |
| 1511 | MENSAJERO(A) | 4 MESES | 1111-1651 | 3 |
| 2321 | OFICIAL DE COMPRAS I | 5 MESES | 1523-2263 | 9 |
| 2322 | OFICIAL DE COMPRAS II | 5 MESES | 1605-2386 | 10 |
| 5511 | OFICIAL DE INVESTIGACIONES | 6 MESES | 1692-2515 | 11 |
| 5111 | OFICIAL DE NOMBRAMIENTOS Y CAMBIOS | 6 MESES | 1523-2263 | 9 |
| 2431 | OFICIAL DE NÓMINAS I | 4 MESES | 1371-2037 | 7 |
| 2432 | OFICIAL DE NÓMINAS II | 5 MESES | 1523-2263 | 9 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 2171 | OFICIAL DE LA PROPIEDAD | 5 MESES | 1301-1933 | 6 |
| 5611 | OFICIAL DE COMUNICACIONES | 6 MESES | 1783-2650 | 12 |
| 2491 | OFICIAL EJECUTIVO I | 8 MESES | 2201-3271 | 16 |
| 2492 | OFICIAL EJECUTIVO II | 8 MESES | 2445-3634 | 18 |
| 2493 | OFICIAL EJECUTIVO III | 8 MESES | 2863-4255 | 21 |
| 6171 | OFICIAL EN SEGURIDAD DE SISTEMAS DE INFORMACIÓN | 8 MESES | 1981-2944 | 14 |
| 2111 | OFICINISTA I | 4 MESES | 1111-1651 | 3 |
| 2112 | OFICINISTA II | 4 MESES | 1171-1740 | 4 |
| 2113 | OFICINISTA III | 4 MESES | 1371-2037 | 7 |
| 4111 | OFICINISTA DE CONTABILIDAD | 5 MESES | 1171-1740 | 4 |
| 1711 | OPERADOR(A) DE CUADRO TELEFÓNICO | 5 MESES | 1111-1651 | 3 |
| 6121 | OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN I | 6 MESES | 1171-1740 | 4 |
| 6122 | OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN II | 6 MESES | 1234-1834 | 5 |
| 1761 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN I | 6 MESES | 1234-1834 | 5 |
| 1762 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN II | 6 MESES | 1301-1933 | 6 |
| 1763 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN III | 8 MESES | 1371-2037 | 7 |
| 1721 | OPERADOR(A) DE EQUIPO DE IMPRENTA I | 4 MESES | 1171-1740 | 4 |
| 1722 | OPERADOR(A) DE EQUIPO DE IMPRENTA II | 4 MESES | 1234-1834 | 5 |
| 1731 | OPERADOR(A) DE MÁQUINA DE IMPRIMIR FIRMAS | 4 MESES | 1111-1651 | 3 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1741 | OPERADOR(A) DE MÁQUINA RECARGADORA DE BALAS | 4 MESES | 1111-1651 | 3 |
| 1751 | OPERADOR(A) DE RADIO TELÉFONO | 4 MESES | 1234-1834 | 5 |
| 1261 | PLOMERO(A) | 4 MESES | 1301-1933 | 6 |
| 6221 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN I | 6 MESES | 1783-2650 | 12 |
| 6222 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN II | 6 MESES | 1880-2793 | 13 |
| 6223 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN III | 6 MESES | 1981-2944 | 14 |
| 4121 | RECAUDADOR(A) AUXILIAR | 4 MESES | 1301-1933 | 6 |
| 4123 | RECAUDADOR(A) OFICIAL | 6 MESES | 1445-2147 | 8 |
| 5441 | REGISTRADOR(A) | 8 MESES | 2445-3634 | 18 |
| 5961 | SICÓLOGO(A) I | 8 MESES | 2445-3634 | 18 |
| 5962 | SICÓLOGO(A) II | 8 MESES | 2716-4037 | 20 |
| 5981 | SIQUIATRA | 8 MESES | 3180-4727 | 23 |
| 5931 | SUPERVISOR(A) DE ÁREA DEL PROGRAMA DE AYUDA A FAMILIAS VÍCTIMAS DEL CRIMEN | 8 MESES | 2577-3830 | 19 |
| 1811 | SUPERVISOR(A) DE CONSERJES | 5 MESES | 1234-1834 | 5 |
| 2421 | SUPERVISOR(A) DE EVALUADOR(A) DE EXPEDIENTES | 6 MESES | 1605-2386 | 10 |
| 1841 | SUPERVISOR(A) DE LA ARMERÍA | 6 MESES | 1371-2037 | 7 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1121 | TRABAJADOR(A) | 3 MESES | 1000-1486 | 1 |
| 1131 | TRABAJADOR(A) DE CONSERVACIÓN Y MANTENIMIENTO | 3 MESES | 1054-1566 | 2 |
| 5971 | TRABAJADOR(A) SOCIAL I | 8 MESES | 2201-3271 | 16 |
| 5972 | TRABAJADOR SOCIAL II | 8 MESES | 2320-3447 | 17 |
| 5973 | TRABAJADOR SOCIAL III | 8 MESES | 2445-3634 | 18 |
| 2231 | TRANSCRIPTOR(A) DE INVESTIGACIONES ADMINISTRATIVAS | 6 MESES | 1605-2386 | 10 |

Para que conste nuestra aprobación al contenido de este documento, firmamos la presente relación de clases de puestos en la cual se indica el número de la clase, el título de la clase, el período probatorio, la escala de sueldo asignada a cada una de las mismas y el número de la escala.

Este documento consta de doce (12) pliegos de papel conteniendo ciento ochenta y cuatro (184) clases de puestos en los cuales hemos estampado nuestras iniciales y firmas correspondientes.

En San Juan, Puerto Rico a   JUN 2 4 2002

Emmalind García García
Administradora
Oficina Central de Asesoramiento
Laboral y Administración
de Recursos Humanos

Miguel A. Pereira
Superintendente
Policía de Puerto Rico

June 27, 2018

Commonwealth of P.P.
Claims Processing Center
c/o Prime clerk, LLC
850 Third Avenue, Suite 412
Brooklyn. N.Y.   11232

To whom it may concern

Attached the documents to claims processing
center to be evaluated

Not at all documents printed but
necesary to convince that the Agency
have debt payment to the employes
but we tried to demonstrate that
debts.

The calculation of the bills
is great years that Agency do
not have money to pay law by law

The Superintendents and other dep
of the Agency can't effect that.
But we can try to send
that copys to demonstrate that debts.
Commonwealth public        Thank to help us with
this claim        410

# Anuncia Toledo pagos por clasificacion

Maribel Hernández
**PRIMERA HORA**

...os de San Juan de la Administración de Reglamentos ...misos, en Hato Rey.

...vila a los vecinos del proyecto, a los propietarios de ...os que radican dentro de los límites territoriales ...dantes, a las agencias gubernamentales y al público en ...ral a participar en dicha vista y someter sus ...nendaciones.

...vierte que las partes podrán comparecer asistidas por ...ados, pero no estarán obligadas a estar así ...sentadas, incluyendo los casos de corporaciones y ...dades.

...cial examinador que presida la vista no podrá suspender ...vista ya señalada, excepto que se solicite por escrito con ...esión de las causas que justifican dicha suspensión. Dicha ...itud será sometida con cinco (5) días de anticipación a la ...a de dicha vista.  La parte peticionaria enviará copias de ...olicitud a las demás partes e interventores en el ...edimiento, dentro de los cinco (5) días señalados.

...a parte debidamente citada no comparece a la conferencia ...ntelación a la vista, o a cualquier otra etapa durante el ...dimiento adjudicativo, el funcionario que presida la misma ...a declararla en rebeldía y continuar el procedimiento sin ...nticipación, pero notificará por escrito a dicha parte su ...minación, los fundamentos para la misma y el recurso de ...ón disponible.

...an Juan, Puerto Rico  19 de julio de 2000

Iván Casiano Quiles
Administrador

**...A:  NO PAGADO CON FONDOS PUBLICOS ESTATALES**

---

**EL SUPERINTENDENTE** de la policía, Pedro Toledo Dávila, se reunió ayer con el personal civil de la agencia para anunciarles que a partir de esta quincena recibirán el pago de la primera etapa del plan de clasificación y retribución que fue firmado el jueves, antes de que entrara en vigor la veda electoral.

Sin embargo, los empleados civiles manifestaron su disgusto cuando se les informó que no recibirán el aumento de $100 que les sería concedido por el gobernador Pedro Rosselló, ya que el alza por concepto del plan de clasificación y retribución lo interrumpe.

Toledo Dávila se encuentra en espera de una decisión de la Oficina de Gerencia y Presupuesto (OGP) para conocer si concederá los $14 millones necesarios para la implantación total del plan, que representaría un promedio de aumento de $142 en los salarios de los empleados civiles.

En lo que se toma esta determinación, el superintendente recibió una autorización para el desembolso de $4 millones de fondos de ahorro para el pago de la primera etapa, que representa un aumento de $150 mensuales, informó durante la reunión en el anfiteatro del Cuartel General.

También observó que el 85 por ciento del presupuesto de la agencia es utilizado para pagos salariales.

Una de las preocupaciones planteadas por los empleados civiles durante la reunión es si el aumento y la clasificación de las 24 escalas de carrera y las nueve de confianza serían honrados por la nueva administración que asuma el mando en enero. Toledo Dávila explicó que por esa razón firmó el jueves el plan de retribución antes de la veda electoral, ya que el compromiso es ley y tendrá que ser honrado.

"Eso es ley, esto ata a todo el mundo aunque cambie el gobierno, es parte del compromiso programático del gobierno", observó Toledo Dávila y su expresión arrancó aplausos de la audiencia.

Otro de los planteamientos se refería a cuándo recibirían su nueva clasificación de puestos y el término que se requiere por ley para apelarlo, de ser necesario ante la Junta de Apelaciones del Sistema de Administración de Personal (JASAP).

A su vez, Toledo Dá... aclaró que el alza salarial incluirá a los empleados civiles adscritos a la oficina del Comisionado de Seguridad y Protección, cargo que él también ocupa.

---



**PRIMERA**

**VENTAS DE DEPARTAMENTO DE TARIFAS LLAME AL PARA LAS MEJORES**

**AVISOS**



APARTADO 331709
JUNTA DE SUBASTAS
Gobierno Municipal Autónomo de Ponce
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# AVISOS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO
COMANDANCIA AREA PONCE


AP-1-3-1,217


4 de octubre de 1993


SRTA. GLORIA GUZMAN VIRELLA
DIRECTORA
NEGOCIADO DE PERSONAL


COMDTE. *FERNANDO L. CERDA RIVERA* 4-7413
COMANDANTE DEL AREA DE PONCE


SRA. CARMEN M. RUIZ DIAZ
SECRETARIA I

### REVISION EN LAS ESTRUCTURAS SALARIALES

Para la quincena del 30 de septiembre, el personal civil, al cual pertenezco, recibimos un cambio en nuestros sueldos; a consecuencia de la revisión que se le hiciera a la escala salarial.

Yo como muchas secretarias, nos encontramos muy contentas porque se ha visto un cambio en nuestros sueldos y de los cuales nos resuelve en gran medida para nuestros compromisos económicos.

Ahora bien, haciendo una evaluación de mi sueldo y comparándolo con el de otras secretarias que ocupan mi puesto como Secretaria I, en el Area de Ponce, he podido observar una diferencia, que me inquieta y que además, según mi criterio podría ser analizado por usted.

Deseo señalarle que no estoy objetando el aumento como tal, sino que entiendo que para el puesto de Secretaria I y el llevar 14 años trabajando en la Policía y un (1) año en otra Agencia, mi escala salarial pudiera ser un poco más alta.

Mi escala de sueldo subió a $801.00, recibiendo un aumento de $94.00 mensuales. Sin embargo, el puesto de otras secretarias que están en mi categoría con menos años de servicio público, cayeron en una escala de sueldo de $881.00, con un aumento de $147.00.  Aumento que sí es razonable para un puesto de una Secretaria I, y sobre todo cuando una posee un Bachillerato en Ciencias Secretariales.

14 *Civiles*
*oct 93*

@ 11 oct. 93

June 29, 2018

Commonwealth of Puerto Rico
Claims Processig Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, N.Y. 11232

To whom it may concern:
Attached or accompany the following
documents required to be evaluated for
the Epiq Bankruptcy Solutions, LLC.
      They are in spanish.
    1. PR2 DOC-26-2018 (MERGE2, TX NUM2)
        --- 400003005000000 0001 0005 0 8786 INS:00
    2. Notice of Deadlines for filig Proofs of Claim
    3. Comunicación enviada a empleados civiles
        indicando sobre el plan de clasificacion
        y Rotribuciun del entunes Lcdo.
        Pedro Toledo Devila
    4. Comunicación SADC-AP-L-4-662 solicitando
        mi renuncia por años de servicio
    I. Documento sobre orientación de pago
        por Sra. Petra Viera   3 junio 2009
    6. Comunicacion SASG-NRH-DAE RV-11-570
        4 diciembre 2009
    7. Comunicación SADC-RP-L-1-1,110, 16 de junio 2009
        Renuncia por años de servicios

Computos hecho por la Division
de Nóminas Cuartel General
no retribuidos a mi sueldo:

Escala 4          27×12×31 = 10,044
                  85×12×7 = 1,020×31 = 31,620
Escala 11         109×15 + 3 + = = 40,544

Computos y movimientos hecho
por la Division de nominas

Bomercyo desde 1983 - 2018 = 12,000.00

Hay 89 hasta 2018 - llevada a
una escala 11 concun 2,180 anual
suldo de 1,010.00                  244,440
Retiro 2011, 1544. -
Desconozco el computo de
esta Ley
Promesa Aumento Relacial - 2004 = 2,450

El ultimo paso de la estudia de las
escalar salarials ya sumer lo recordé
desde el año 2001 - hasta este año 2018
desconoso el gusto total de ese aumento
de la ultima escala.
                    total sin la ultima escala de 34,522

Ley 89    44        30        2018
                              1994
Pensando  = 1753 x 12 x 22 = 462,792.  Ley 89

          —         1753 x 12 = 21,03 - 25 = 43,825

                                        { 2018
                                        { 2009

Sueldo x años que le deben

Año   2018

Año de
la Ley 89

Ay  Si Ofi. IV

$1933$

$$\begin{array}{r} Es.5 \\ -1933 \\ -1538 \end{array}$$

$$\begin{array}{r} 2008 \\ 2012 \\ \hline 996 \end{array}$$

$255 \times 12 = 6$

Ley 8ª – 2018          6  1938

+ 903 – 18    3  1651

Romerero    40

Distribución B. cala   $\dfrac{15^{0} \quad \overset{2018}{2007} \times}{16 \times 150 -}$

Auto 175 Según   $\dfrac{2018}{2004}$
$\dfrac{}{14 \times 175}$

---

I  Para el 2002, tenía que estar en una
escuela y el pueblo debió taler siclo
1933, ni aún estando jubilada ha
recibido dicho sueldo su sueldo
actual es el 1538.

Computo    $\begin{array}{r} 1933 \\ -1538 \\ \hline 395 \\ + 12 \\ \hline 4740 \\ + 10 \\ \hline 47\,N00 \end{array}$

I̶I̶ Bormerago — $40 \times 12 = 480$

$$\underline{\times\ 6}$$

Debe recibir esta        $2,880$

compensación

IᴵᴵI Escala salarial prometida   en
tres etapas y sola se duron 2
Según cuento Lodo Lado Felicks
elevon  300,  y de la mismos
solo dieron  150 Quedando
a deber  150   ($2002$)

$$150$$
$$\underline{\times\ 12}$$
$$1,800$$
$$\underline{\times\ 16}$$

Debe recibir  $28,800$

IV  Aumento prometido por Inteligente
$175$  en  el  año  $2004$  ($14$ años)

$$\$ 175$$
$$\underline{\times\ 12}$$
$$2,100$$
$$\underline{\times\ 14}$$
$$29,400$$

Pag. 2

Junio 19, 2018

8.- Comunicación de la Junta Administraciones
del Sistema de Administrativo (Foro Amelvv.)
Caso Num.: T-61-00-372
Delfina López Rosario y otros
Apelantes vs. Policía de P.R. y otros
apelados (Solicitud Acumulación en Apelación)

9. Contrato de Servicios Profesionales, Empleados
Civiles de la Policía de P.R. (2004)
Autorizando a Bufette González-Arranza con
mención de adelanto de $2400 para gastos

10. Comunicación de Lcda. Ivonne Gonzales Morales
informando a través de la Policía de P.R. que
el caso que presentó Delfina López obtuvieron
sentencia favorable a lo civiles

11. Carta del Ldo. Pedro Toledo   12 agosto 2008
SADC-NRH-DCR-6-209, aclarando nuevo sueldo
según el estudio escala salarial.

12.- Formulario sobre contrato a Lda Ivonne
González sobre implantación incorrecta al
salario mínimo federal.

13.- Formulario Solicitud Revisión Administrativa

14.- Querella (Formulario) Fecha y Hecho que
formulan la querella, Continuación Remedio
Solicitado por el empleado

15 ~~Notificación de nombramiento y juramento~~

Pagina 3

June 19, 2018

15-Comunicación fechada 27 febrero 2002-02-27 del Lcdo. Miguel Pereira, Superintendente asunto: Implantación Plan de Clasificación de Puesto y Retribución

16- Comunicación AP-28-4-151 del 7 de marzo 2002 Asunto: Solicitud de Revisión Administrativa Implantación Plan de Clasificación de Puesto y Retribución (2 paginas)

17- Comunicaciones del 27 febrero 2002 dirigidas a Maria Pagán Suarez y Carmen Ruiz con el mismo puesto y el sueldo diferente para ser comparados recibida s por ambas el 28 de febrero 2005

18 - Comunicación del Lcdo. Pierre Vivoni, Superintendente tratando tema sobre Planes de Clasificación y Retribución, junto a formulario de Solicitud Revisión Administrativa
a) formulario OP-14 Cuestionario de Clasificación de Puestos

19- Ley que indica a los empleados públicos sobre aumento de $100.00 (Asamblea 3ª Ordinaria)

20. Formulario Ando Pedro Toledo del 5 septiembre 2000 Asunto Plan de Clasificación y Retribución junto a copia noticia al respecto.

21 - Notificación de nombramiento y juramiento

Paginett

Observaciones:

Estos documentos se acompañan
para ser evaluados y que sirvan
de ayuda para demostrar que no ha
habido un justo sueldo desde el
año 2000 hasta 2018. que se
nos notifican sobre uno estudos
y que los mismos no fueron
completados. Esto puede de hubier
un conflicto de interese en
cada Superintendente o Jefe
de Agencia.

Tenemo la duda de unos aumentos
de sueldo que en todo esos años
no hayamos recibidos.

a) ley 89
b) Romerazo
c) 175 00 prometido
d) 3ra escala Salaria al Sueldo

Esto puede haber un computo de
todo entre los $20,000 a 23,000
dolares los cuales no estumos con evidencia
y que no se refleja en la pension
la cual debe ser ajustada

# AVISO LEGAL IMPORTANTE PARA RECLAMANTES PENSIONISTAS, JUBILADOS Y EMPLEADOS

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico emitió una resolución (la "Orden de fechas límite") que establece un plazo para que los acreedores aleguen reclamaciones en contra de cualquiera de los siguientes Deudores según el Título III: (i) Estado Libre Asociado de Puerto Rico, (ii) el Sistema de Retiro de los Empleados del Gobierno de la Commonwealth de Puerto Rico, (iii) la Autoridad de Carreteras y Transportación de Puerto Rico, (iv) la Corporación del Fondo de Interés Apremiante de Puerto Rico y (v) la Autoridad de Energía Eléctrica de Puerto Rico.

De conformidad con la Orden de fechas límite, a usted **no** se le exige presentar una evidencia de reclamación con respecto a las reclamaciones que tiene por pensiones acumuladas y cualquier otro beneficio posterior a la jubilación que se le adeude ("Beneficios de pensiones"). Sin embargo, en caso de tener una reclamación que no sea por Beneficios de pensiones en contra de alguno de los Deudores según el Título III mencionados anteriormente, entonces, debe presentar una evidencia de reclamación con respecto a dicha reclamación a las **4:00 p.m. (hora estándar del Atlántico) del 29 de mayo de 2018,** o con anterioridad, para evitar que se rechace dicha reclamación.

Además, como empleado, empleado con licencia o exempleado, **no** se le exige presentar una evidencia de reclamación para indemnizaciones y beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales, **sino que debe** presentar las reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo por agravio o por derecho consuetudinario, derecho estatutario o reglamentaciones no relacionadas con el empleo, incluso cuando dichas reclamaciones se aleguen como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

Finalmente, **no** se le exige presentar una evidencia de reclamación que se limita a obligaciones en virtud de un convenio colectivo de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de la relación laboral actual o anterior con el Estado; **sin embargo**, si alega una reclamación por una o más quejas que se resolvieron y liquidaron mediante un arreglo o laudo arbitral al 28 de febrero de 2018, **debe** presentar una evidencia de reclamación.

Todos los documentos presentados en los Casos en virtud del Título III, incluida la Orden de fechas límite y el Formulario Evidencia de Reclamación, están disponibles sin cargo en el sitio web https://cases.primeclerk.com/puertorico/. Para obtener información adicional para jubilados, ingrese en www.porturetiro.com.

## INFORMACIÓN GENERAL: PUNTOS CLAVE

- Este documento es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente). El documento se enviará a todas las partes con las cuales los Deudores posiblemente tengan deudas en dinero (conocidas como "acreedores").

- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**

- En los procedimientos según el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el procedimiento según el Título III. En este documento, se explica cómo presentar sus reclamaciones.

- **A muchos acreedores de Casos en virtud del Título III no se les exige presentar una reclamación.** En este documento, se indica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que no deben presentar una reclamación.**

- **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que un Deudor propone pagar los montos adeudados a sus acreedores. Una vez presentado, este plan estará disponible para que lo revisen los acreedores. En una fecha posterior, se determinará quién votará en el plan. El monto que puede recibir en virtud del plan también se determinará más adelante.

- **Si debe presentar una reclamación en contra de alguno de los Deudores,** debe hacerlo antes del **29 de mayo de 2018 a las 4:00 p. m., hora del Atlántico.** Con este documento, se proporciona un formulario que puede usar para presentar su reclamación.

- Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.

- Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.

| Ubicaciones de Commonwealth donde se acepta la entrega personalmente de las Evidencias de reclamaciones Todas las ubicaciones están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018 (excepto los fines de semana y los feriados judiciales) | |
|---|---|
| Dirección | Horarios (AST) |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Calle Recinto Sur San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Avenida Carlos Chardón San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Avenida Tito Castro Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4to Piso San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; <u>sin embargo, pueden</u> enviarse a través del sitio web de Prime Clerk https://cases.primeclerk.com/puertorico/EPOC-Index.

### Sección 7. Información adicional

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutarios designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com o www.comitedeacreedoresdePR.com.

Fecha: 15 de febrero de 2018

reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

L.  Reclamaciones intergubernamentales: (i) cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor u "organismo territorial cubierto". A fin de disipar dudas, cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de dicha reclamación.

M.  Gastos administrativos: cualquier titular de una reclamación permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (**que no sea** una reclamación en virtud del artículo 503(b)(9) del Código de Quiebras).

N.  Evidencias de reclamaciones con plazos independientes: cualquier titular de una reclamación para el cual este Tribunal fije o haya fijado un plazo independiente.

O.  Reclamaciones administrativas de profesionales: profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

### Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones

Usted **DEBE** presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si dicho titular debe presentar una Evidencia de reclamaciones.**

### Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente

**A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHA RECLAMACIÓN.**

### Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones

**EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

A las siguientes personas y entidades <u>no</u> se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad:

A. <u>Reclamaciones permitidas</u>: cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B. <u>Reclamaciones pagadas</u>: cualquier persona o entidad cuya reclamación se haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. <u>Evidencias de reclamaciones ya presentadas</u>: cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respeta sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones y avisos de los Deudores.

D. <u>Reclamaciones correctamente mencionados y categorizados en las Listas de acreedores</u>: cualquier persona o entidad cuya reclamación figure en una de las Listas de acreedores y (i) si la reclamación no se menciona como "impugnada", "eventual" o "no liquidada", (ii) si la persona o la entidad no impugnan el monto y la naturaleza de la reclamación, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que la reclamación es una obligación del Deudor en cuestión.

E. <u>Clientes de PREPA</u>: los clientes de PREPA en relación con la disposición de sus depósitos o disputas individuales de servicio o facturación; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

F. <u>Reclamaciones por pensión</u>: con respecto a beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes o programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

G. <u>Reclamaciones de empleados sindicalizados o no sindicalizados</u>: cualquier empleado, empleado con licencia o exempleado representado por un sindicato o no representados por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de indemnización"); <u>sin embargo</u>, las reclamaciones de indemnización no deben incluir

## OVERVIEW – KEY POINTS

- This document is a legal notice concerning the Title III Cases of the Debtors (listed above). This document is being sent to all parties that may be owed money by the Debtors (known as "creditors").

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details.**

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.

- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** This document explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this document for a complete list of parties <u>not</u> required to file a claim.**

- **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

- **If you are required to file a claim against any of the Debtors**, you must do so by <u>**May 29, 2018 at 4:00 p.m., Atlantic Standard Time**</u>. A form that you may use to file your claim is provided with this document.

- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this document.

- After reading this document, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

M. <u>Administrative Expenses</u>:  Any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an administrative expense (<u>**other**</u> than a claim under Bankruptcy Code section 503(b)(9));

N. <u>Proofs of Claim with Separate Deadlines</u>:  Any holder of a claim for which a separate deadline is or has been fixed by this Court; and

O. <u>Professionals' Administrative Claims</u>:  Professionals who assert administrative claims for fees and expenses subject to the Court's approval pursuant to PROMESA section 316;

<u>provided</u>, <u>however</u>, that, should the District Court fix a date by which the Claims described in Paragraphs A. through O. above must be filed, you will be notified of such bar date at the appropriate time.

## Section 3 – Who MUST File a Proof of Claim

You **MUST** file a **Proof of Claim** to vote on any plan of adjustment filed by the Oversight Board on behalf of the Debtors or to share in any distributions from the Debtors if you have a Claim that arose prior to the commencement dates and it is not one of the types of Claims described in Paragraphs A. through O. in Section 2 above.

**A holder of a possible Claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.**

## Section 4 – Consequences of Failure to File a Proof of Claim by the Applicable Bar Date

**ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A. THROUGH O. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (<u>UNLESS OTHERWISE ORDERED BY THE COURT</u>) FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THESE TITLE III CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THESE TITLE III CASES ON ACCOUNT OF SUCH CLAIM.**

## Section 5 – What to File

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S TITLE III CASE.

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the relevant Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claim; (iv) include a copy of the supporting documentation (or, if such documentation is voluminous, you must attach a summary of such documentation) or an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the

| Locations in the Commonwealth<br>Accepting Proofs of Claim by Hand Delivery<br>All locations are available from February 27, 2018 to May 29, 2018<br>(except weekends and Court Holidays) | |
| --- | --- |
| Address | Hours (AST) |
| MCS Building, Suite 222 A<br>Bankruptcy Court Clerk's Office<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M-F<br>8:00 a. m.<br>to<br>5:00 p. m. |
| Aerotek Añasco<br>Bianca Convention Center<br>Carr 2 KM 143, Suite 3<br>Añasco, PR 00610 | M-F<br>8:30 a. m.<br>to<br>5:00 p. m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M-F<br>8:30 a. m.<br>to<br>5:00 p. m. |
| CoSpazio<br>53 Calle Las Palmeras, 4th Floor<br>San Juan, PR 00901 | M-F<br>8:30 a. m.<br>to<br>5:00 p. m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; <u>provided</u>, <u>however</u>, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

## Section 7 – Additional Information

The Debtors' Creditor Lists and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/. Any creditor that relies on the Debtors' Creditor Lists bears responsibility for determining that its Claim is accurately listed therein.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Additional information regarding the claims filing process is also available on the website for the statutory creditors' committee appointed in the Title III cases at www.creditorspr.com, www.prcreditorscommittee.com, or www.comitedeacreedoresdePR.com.

Dated:  February 15, 2018



*Gobierno de Puerto Rico*
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
PO BOX 42003 • SAN JUAN, PR 00940-2203

02 de noviembre de 2011

CARMEN M. RUIZ DIAZ                XXX-XX-8057          Solicitud No:      382457
URB VILLA DEL SOL                                       Radicada en:    20 sep 2011
A 5 CALLE 1
JUANA DIAZ, PR 00795

Estimado(a) pensionado(a): RUIZ

Hacemos referencia a la certificación enviada para el reembolso de la aportación
patronal pagada a su plan médico FIRST MEDICAL por el mes de MARZO A JUNIO 2011.

La misma es devuelta debido a lo siguiente:

___ usted no figura como pensionado(a) de este sistema.

___ no concuerda el nombre con el # de seguro social (_____).

___ la fecha de efectividad de su pensión, este mes deberá reclamarlo a
la agencia.

___ la certificación no indica el número de seguro social necesario para
este trámite.

_X_ la firma es copia y para este trámite es necesario en original.

___ no procede debido a que el mes reclamado fue pagado al plan médico.

___ la certificación no tiene el logo del plan médico.

___ con fecha del _____ fue pagado a usted el cheque _____
por la cantidad de _____.

___ otros _____.

De tener alguna pregunta o duda favor de comunicarse al teléfono (787) 754-4545
extensiones 4085 ó 4158.

Cordialmente,

Erika  Birriel Figueroa
SIP-SECCION PLANES MEDICOS

PPR-442
Rev. 5-77

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**POLICIA DE PUERTO RICO**

<u>18 de marzo de 2011</u>
Fecha

Ref:   Carmen M. Ruiz Díaz
Civil s.s. ███████████
Región de Ponce

MEMORANDUM:   Divisiones de Nóminas y Licencias

DE:   Yadira Rivera Pabón, Directora
División de Servicios a Empleados
a Retirarse

ASUNTO:   SEPARACION EN TRAMITE POR
<u>Renuncia Pensión</u>
15 de marzo de 2011

Para la acción que corresponde se le comunica que el empleado de referencia está en trámite de separación en las circunstancias que más adelante se indican.  Sírvase retener el cheque de su sueldo correspondiente a este mes hasta nuevo aviso.

## HOJA DE EVALUACION Y COTEJO EN LA DIVISION DE NOMINAS

Nombre _Carmen X. Ruiz Díaz_    Seguro Social _____

Fecha de ingreso _____    Serie _10-814067_

Empleado trabaja en _Rel. con la Comunidad_.    Puesto pertenece a _Imuest Cobra Rev de Pones._

Puesto que ocupa _Secretaria I_    Número _140 34_

Sueldo actual _901.00_

Escala _4_    Tipo _____    Retiro _$ 65-36_    _7956.00_

Cotejando en la División de Nóminas (Fecha) _16 de 1990 · 2do-mayo de 1996_

Persona que brindó la información _Jorge en la Div de Nominas_

Diferencial _____

Sueldo propuesto _$ 1010.00_

Diferencia _$ 109.00_

Escala _11_    Tipo _6I_    Retiro _$ 74.37_    _10652_

Pasos por mérito recomendados _____

Ley 89 _____

_Ascenso al puesto #3966 de Ayudante Admin. I esta div. de servicios Acando Pone_
_Recide Prob. 6 meses -_

Evaluación (computos)     _Se concede máximo de pasos en la transacción_
_Sueldo Actual $901.00_    _de ascenso -_
_929.00_
_902.00_
_$27.00 aumentos_    Certifico que el caso antes descrito fue trabajado por:

_Evilda Vera Avilés_
Nombre del empleado

_$11 ① _
_952.00  $981.00  1010.00  37/39_    _Sc. Tecnica III_
_$950.00  -952.00  -981.00  29_    Puesto
_$27.00  $29.00  $29.00  5.00_    _Evilda Vera Avilés_
_$901.00_    Firma
_75.00_
_$6.00 = $1010.00 Sueldo prop._    _2 de mayo de 1996 -_
Fecha

Hon. Comisión Designado
Policía de P.R.

Respetuosamente acudo a usted para
recibir su permiso de que me
regalar mi expediente personal.
Solo necesito el expediente de
mis documento administrativos
su número de control es

Se agradecerá su positiva reacción
sobre mi petición. Yo no puedo
terminar sin decirle la orgullosa
que siempre me sentí el haber pertenecido
a esta honrosa cuerpo y del cual
me siento todavía parte de él.

Agradezco su pronta atención
debió tener el mismo
fecha de 29 de junio

Cordialmente

Carmen Velázquez Ríos Ofic
939-383-1622

Attached 4 expedients of

Modified Claims 410

to be evaluated and Exp

Solutions

ofu

1- Carmen Maria Kug Diez

2- Carmen Kidson Kug Diez

3- William Kug Diez ( died )
   represent by Ina Lient Vazquez

4- Zulma I Cruz Irizarri

Sirp for remember

today _____  _____  _____

Carmen Kidey Kug Diez
Iover P. R.

Hon. Comisión Designado
Policía de P.R.

*Referí a Zulaida Sánchez para a proceder según reglamento Cr Berríos*

Respetuosamente acudo a usted para recibir su permiso de que me [ ] mi expediente personal. Solo necesito el expediente de mis documento administrativos su número de acertad es

Le agradecí su positiva reacción sobre mi petición Yo no puedo terminar sin decirle lo orgullosa que siempre me sentí el haber pertenecido a este honroso cuerpo y del cual me siento todavía parte de él.

Agradezco su pronta atención debo tener el mismo antes de 29 de junio.

Cordialmente

Carmen Villegas [ ] Díaz
939-383-1622

Comisionado Designado Relacion De P.R.

Autorizo a Carmen Villegos Rios Dias
a recoger mi expediente con reumas
de control      Debidi a que no
poder estar presente

Le agradezco solamevera   a
uste   por la la ayuda prestada

De la esta en nuesto
mano ante del 29
d juni

Attt.
Carmen Maria Rios Dias
hermana

-939-383-1622

...ios de San Juan de la Administración de Reglamentos
...misos, en Hato Rey.

...vila a los vecinos del proyecto, a los propietarios de
...los que radican dentro de los límites territoriales
...ndantes, a las agencias gubernamentales y al público en
...ral a participar en dicha vista y someter sus
...nendaciones.

...vierte que las partes podrán comparecer asistidas por
...ados, pero no estarán obligadas a estar así
... sentadas, incluyendo los casos de corporaciones y
...dades.

...cial examinador que presida la vista no podrá suspender
...vista ya señalada, excepto que se solicite por escrito con
...isión de las causas que justifican dicha suspensión. Dicha
...tud será sometida con cinco (5) días de anticipación a la
... de dicha vista. La parte peticionaria enviará copias de
...licitud a las demás partes e interventores en el
...edimiento, dentro de los cinco (5) días señalados.

...a parte debidamente citada no comparece a la conferencia
...intelación a la vista, o a cualquier otra etapa durante el
...dimiento adjudicativo, el funcionario que presida la misma
...á declararla en rebeldía y continuar el procedimiento sin
...rticipación, pero notificará por escrito a dicha parte su
...minación, los fundamentos para la misma y el recurso de
...ón disponible.

...an Juan, Puerto Rico  19 de julio de 2000

9 -'5 - ?

Iván CasianoQuiles
Adminsitrador

'A: "NO PAGADO CON FONDOS PUBLICOS
ESTATALES"

# Anuncia Toledo pagos por clasificación

**Maribel Hernández**
**PRIMERA HORA**

EL SUPERINTENDENTE de la policía, Pedro Toledo Dávila, se reunió ayer con el personal civil de la agencia para anunciarles que a partir de esta quincena recibirán el pago de la primera etapa del plan de clasificación y retribución que fue firmado el jueves, antes de que entrara en vigor la veda electoral.

Sin embargo, los empleados civiles manifestaron su disgusto cuando se les informó que no recibirán el aumento de $100 que les sería concedido por el gobernador Pedro Rosselló, ya que el alza por concepto del plan de clasificación y retribución los interrumpe.

Toledo Dávila se encuentra en espera de una decisión de la Oficina de Gerencia y Presupuesto (OGP) para conocer si concederá los $14 millones necesarios para la implantación total del plan, que representaría un promedio de aumento de $442 en los salarios de los empleados civiles.

En lo que se toma esta determinación, el superintendente recibió una autorización para el desembolso de $4 millones de fondos de ahorro para el pago de la primera etapa, que representa un aumento de $150 mensuales, informó durante la reunión en el anfiteatro del Cuartel General.

También observó que el 85 por ciento del presupuesto de la agencia es utilizado para pagos salariales.

Una de las preocupaciones planteadas por los empleados civiles durante la reunión es si el aumento y la clasificación de las 24 escalas de carrera y las nueve de confianza serían honradas por la nueva administración que asuma el mando en enero. Toledo Dávila explicó que por esa razón firmó el jueves el plan de retribución antes de la veda electoral, ya que el compromiso es ley y tendrá que ser honrado.

"Eso es ley, esto ata a todo el mundo aunque cam-

bie el gobierno, es parte del compromiso programático del gobierno", observó Toledo Dávila y su expresión arrancó aplausos de la audiencia.

Otro de los planteamientos se refería a cuándo recibirían su nueva clasificación de puestos y el término que se requiere por ley para apelarlo, de ser necesario, ante la Junta de Apelaciones del Sistema de Administración de Personal (JASAP).

A su vez, Toledo Dávila aclaró que el alza salarial incluirá a los empleados civiles adscritos a la oficina del Comisionado de Seguridad y Protección, cargo que él también ocupa.



PARA LAS MEJORES
TARIFAS LLAME AL
DEPARTAMENTO DE
VENTAS DE
PRIMERA
HORA



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Gobierno Municipal Autónomo de Ponce
JUNTA DE SUBASTAS
APARTADO 331709



AVISOS

**Policíacas**

# Aumentan salarios a civiles de Policía

Por Tomás de Jesús Mangual
Redactor - EL VOCERO

El superintendente de la Policía, Lcdo. Pedro Toledo Dávila, anunció el viernes que los más de 2 mil empleados civiles de la Policía comenzarán a recibir un aumento de $300 mensuales en sus cheques salariales con retroactividad al 7 de septiembre. Toledo Dávila lo expresó minutos antes de que inaugurara junto al Lcdo. Miguel A. Santino, director ejecutivo de la Agencia Estatal para el Manejo de Emergencias (AEMEAD), el primer centro de mando móvil de esta agencia.

Con respecto a los aumentos de salario a los empleados civiles de la Policía, Toledo Dávila dijo contar con unos $4 millones otorgados por la Oficina de Presupuesto para cumplir con los mismos, cosa que provocaría, según él, que a los mismos les aumente su sueldo a sobre $842.00 mensuales.

Los empleados civiles de la Policía han sido históricamente los peor pagados en todas las agencias del Gobierno y los aumentos se anuncian luego de que éstos tomaron la determinación de sindicalizarse para exigir aumentos de sueldo y mejores condiciones de trabajo, como los que actualmente cuentan sus compañeros, agentes policiacos.

Según lo explicó Toledo Dávila, a varios cientos de empleados civiles que se reunieron con él en el salón de actos del Cuartel General, a éstos se les comenzará a pagar el aumento en sus próximos cheques en cantidades de $150 quincenales.

"Estamos esperando que OCAP nos otorgue un préstamo de $12 millones para implantar entre los empleados civiles el plan de clasificación que provocaría mayores aumentos a su sueldo", terminó diciendo el Superintendente al ofrecer la "buenanueva" a estos empleados el viernes.

### El centro móvil de AEMEAD

Con relación a la inauguración del primer centro móvil de la AEMEAD, la misma se realizó en el estacionamiento del Cuartel General en Hato Rey. El "Command Post", como se bautizó a dicha unidad, mide 38 pies de largo, cuenta con tres acondicionadores de aire, una fotocopiadora, un fax con comunicación celular y una torre de alumbrado de tres mil vatios que se eleva a 15 pies.

Además, cuenta con equipo de comunicación que permite modulación con todas las agencias de seguridad y protección pública, 8 estaciones para instalar y operar el mismo número de computadoras portátiles, aparte de que dicha unidad que permite trabajar sin importar las condiciones del tiempo. El "Command Post" será utilizado como un centro de educación pública ya que será llevada a diferentes puntos de la isla para explicar a la comunidad el trabajo y la función de esta agencia gubernamental.



CENTRO DE MANDO MOVIL
AGENCIA ESTATAL PARA EL MANEJO DE EMERGENCIAS
Y ADMINISTRACION DE DESASTRES



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Gobierno Municipal Autónomo de Ponce
**JUNTA DE SUBASTAS**
APARTADO 331709
PONCE, PUERTO RICO 00733-1709

## AVISO DE SUBASTA

| | | |
|---|---|---|
| SUBASTA NUM | : | 6-AE-2000-2001 |
| FECHA | : | 28 de septiembre de 2000 |
| HORA | : | 11:00 A.M. |
| LUGAR | : | Salón de Asamblea |

La Junta de Subasta del Municipio de Ponce, Puerto Rico, recibirá proposiciones en pliegos cerrados, original y cinco (5) copias, en el Salón de Asamblea, Segundo Piso, Casa Alcaldía de Ponce, para lo siguiente:

RENGLON A: ARRENDAMIENTO DE CINCO (5) KIOSKOS EN EL AREA DEL PARQUE URBANO DORA COLON CLAVELL.

RENGLON B: ARRENDAMIENTO CAFETERIA EN EL AREA DEL PARQUE URBANO DORA COLON CLAVELL.

RENGLON C: ARRENDAMIENTO CAFETERIA / TIENDA EN EL CENTRO CERREMONIAL INDIGENA DE TIBES.

Los licitadores interesados deberán solicitar especificaciones en la Oficina de Subasta, ubicada en el 2do. Piso de la Casa Alcaldía de Ponce, Puerto Rico.

Todo licitador interesado deberá someter una fianza . . . . . .

June 27, 2018

Commonwealth of P.R.
Claims Processing Center
C/O Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, N.Y. 11232

To whom it may concern

Attached old Documents to claims processing Center to be evaluated

Not at all documents printed but necessary to convince that the Agency have debt payment to the employee but we tried to demonstrate that debts.

The calculation of the debts is great years that Agency de not have money to pay law by law.

The Superintendents and other chef of the Agency can't afford that. But we can try to send that copys to demonstrate that debts. Thank to help us with this claim

Commonwealth P.R.R 410

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En la causa:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br><br>  Deudores. | PROMESA<br>Título III<br><br><br>Caso n.º 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## AVISO DE PLAZOS PARA LA PRESENTACIÓN
## DE EVIDENCIAS DE RECLAMACIONES

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inician casos en virtud del Título III de PROMESA (cada uno de ellos, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno de ellos, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser acreedor de uno de los Deudores y es posible que deba presentar una evidencia de reclamación** ("Evidencia de reclamación").

La lista de los nombres de los Deudores, sus números de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

# IMPORTANT LEGAL NOTICE TO PENSION, RETIREE, AND EMPLOYEE CLAIMANTS

The United States District Court for the District of Puerto Rico entered an order (the "Bar Date Order") establishing a deadline for creditors to assert claims against any of the following title III debtors: (i) the Commonwealth of Puerto Rico; (ii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico; (iii) the Puerto Rico Highways and Transportation Authority; (iv) the Puerto Rico Sales Tax Financing Corporation; and (v) the Puerto Rico Electric Power Authority.

Pursuant to the Bar Date Order, you **are not** required to file a proof of claim with respect to any claims you have for accrued pensions and any and all other post-retirement benefits due to you ("Pension Benefits"). However, to the extent you have a claim that is not for Pension Benefits against any of the Title III Debtors listed above, then you should file a proof of claim with respect to such claim on or before **4:00 p.m. (Atlantic Standard Time) on May 29, 2018 to avoid disallowance of such claim.**

In addition, as an employee, furloughed employee, or former employee you are not required to file a proof of claim for any for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits, or worker's compensation claims, **but must** file claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulations, even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

Finally, you **are not** required to file a claim limited to obligations due under a collective bargaining agreement, including but not limited to grievances, or claims arising from current or former employment relationship with the Commonwealth; **however**, if you assert a claim for one or more grievances that have been resolved and liquidated by settlement or arbitration award as of February 28, 2018, you **must** file a claim.

All documents filed in the Title III Cases, including the Bar Date Order and the Proof of Claim Form, are available, free of charge, by accessing the website https://cases.primeclerk.com/puertorico/. Additional information for retirees is available at www.porturetiro.com.

## INFORMACIÓN GENERAL: PUNTOS CLAVE

- Este documento es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente). El documento se enviará a todas las partes con las cuales los Deudores posiblemente tengan deudas en dinero (conocidas como "acreedores").

- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**

- En los procedimientos según el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el procedimiento según el Título III. En este documento, se explica cómo presentar sus reclamaciones.

- **A muchos acreedores de Casos en virtud del Título III no se les exige presentar una reclamación.** En este documento, se indica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que no deben presentar una reclamación.**

- **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que un Deudor propone pagar los montos adeudados a sus acreedores. Una vez presentado, este plan estará disponible para que lo revisen los acreedores. En una fecha posterior, se determinará quién votará a en el plan. El monto que puede recibir en virtud del plan también se determinará más adelante.

- **Si debe presentar una reclamación en contra de alguno de los Deudores,** debe hacerlo antes del **29 de mayo de 2018 a las 4:00 p. m., hora del Atlántico.** Con este documento, se proporciona un formulario que puede usar para presentar su reclamación.

- Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.

- Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.

# AVISO LEGAL IMPORTANTE PARA RECLAMANTES PENSIONISTAS, JUBILADOS Y EMPLEADOS

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico emitió una resolución (la "Orden de fechas límite") que establece un plazo para que los acreedores aleguen reclamaciones en contra de cualquiera de los siguientes Deudores según el Título III: (i) Estado Libre Asociado de Puerto Rico, (ii) el Sistema de Retiro de los Empleados del Gobierno de la Commonwealth de Puerto Rico, (iii) la Autoridad de Carreteras y Transportación de Puerto Rico, (iv) la Corporación del Fondo de Interés Apremiante de Puerto Rico y (v) la Autoridad de Energía Eléctrica de Puerto Rico.

De conformidad con la Orden de fechas límite, a usted **no** se le exige presentar una evidencia de reclamación con respecto a las reclamaciones que tiene por pensiones acumuladas y cualquier otro beneficio posterior a la jubilación que se le adeude ("Beneficios de pensiones"). Sin embargo, en caso de tener una reclamación que no sea por Beneficios de pensiones en contra de alguno de los Deudores según el Título III mencionados anteriormente, entonces, debe presentar una evidencia de reclamación con respecto a dicha reclamación a las **4:00 p.m. (hora estándar del Atlántico) del 29 de mayo de 2018**, o con anterioridad, para evitar que se rechace dicha reclamación.

Además, como empleado, empleado con licencia o exempleado, **no** se le exige presentar una evidencia de reclamación para indemnizaciones y beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales, **sino que debe** presentar las reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo por agravio o por derecho consuetudinario, derecho estatutario o reglamentaciones no relacionadas con el empleo, incluso cuando dichas reclamaciones se aleguen como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

Finalmente, **no** se le exige presentar una evidencia de reclamación que se limita a obligaciones en virtud de un convenio colectivo de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de la relación laboral actual o anterior con el Estado; **sin embargo**, si alega una reclamación por una o más quejas que se resolvieron y liquidaron mediante un arreglo o laudo arbitral al 28 de febrero de 2018, **debe** presentar una evidencia de reclamación.

Todos los documentos presentados en los Casos en virtud del Título III, incluida la Orden de fechas límite y el Formulario Evidencia de Reclamación, están disponibles sin cargo en el sitio web https://cases.primeclerk.com/puertorico/. Para obtener información adicional para jubilados, ingrese en www.porturetiro.com.

o con

nismo
gún se
por un
itorial
(i) que
s debe
. Fecha

l de los
**que no**

de una

naciones
unal de

esentarse
iente una

er plan de
par en las
iicio y que
s A a O de

tar con un
tular debe

le la Fecha

A DE LOS
E INDICÓ
PRESENTE
S EN EL
O QUE EL
ACIÓN EN
E AJUSTE
ICIPAR DE
ULO III EN

## Sección 5. Qué se debe presentar

SI ALEGARÁ UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL SE ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación de respaldo (o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de reclamaciones y (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

## Sección 6. Dónde y cómo realizar la presentación

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de reclamaciones y avisos, Prime Clerk LLC, (el "**Agente de reclamaciones**") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza de la reclamación.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i)     Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii)    Realizar el envío **por servicio de correo "first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii)   Enviar mediante **servicio de correo "overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv)    Realizar la **entrega personalmente** en cualquiera de las siguientes ubicaciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) las direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentaciones no relacionados con el empleo, incluso cuando dichas reclamaciones se alegan como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

H. Reclamaciones de miembros de sindicatos individuales: cualquier persona o entidad titular de una reclamación se limita a obligaciones en virtud de sus respectivos convenios colectivos de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de su relación laboral actual o anterior con Commonwealth; sin embargo, dicho titular debe alegar (i) una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección o (ii) una reclamación por una queja que se resolvió y liquidó mediante un arreglo o laudo arbitral al 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

I. Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente o designado similares: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros montos que pueden surgir conforme al respectivo acuerdo de fideicomiso o documento del bono que no estipulan un fiduciario, agente fiscal, o agente o designado similares que podrían presentar una Evidencia de reclamaciones principal; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

J. Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o designado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todos las reclamaciones en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

K. Reclamaciones de prestamistas de contratos de préstamos individuales: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de

**Ubicaciones de Commonwealth
donde se acepta la entrega personalmente de las Evidencias de reclamaciones
Todas las ubicaciones están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018
(excepto los fines de semana y los feriados judiciales)**

| Dirección | Horarios (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse<br>Clerk's Office<br>300 Calle Recinto Sur<br>San Juan, PR 00901 | De lun. a vier.<br>de 8:00 a. m.<br>a<br>5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse<br>Clerk's Office<br>150 Avenida Carlos Chardón<br>San Juan, Puerto Rico, 00918-1767 | De lun. a vier.<br>de 8:30 a. m.<br>a<br>4:30 p. m. |
| MCS Building, Suite 222 A<br>Bankruptcy Court Clerk's Office<br>880 Avenida Tito Castro<br>Ponce, PR 00716-4732 | De lun. a vier.<br>de 8:00 a. m.<br>a<br>5:00 p. m. |
| Aerotek Añasco<br>Bianca Convention Center<br>Carr 2 KM 143, Suite 3<br>Añasco, PR 00610 | De lun. a vier.<br>de 8:30 a. m.<br>a<br>5:00 p. m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | De lun. a vier.<br>de 8:30 a. m.<br>a<br>5:00 p. m. |
| CoSpazio<br>53 Calle Las Palmeras, 4to Piso<br>San Juan, PR 00901 | De lun. a vier.<br>de 8:30 a. m.<br>a<br>5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, **pueden** enviarse a través del sitio web de Prime Clerk https://cases.primeclerk.com/puertorico/EPOC-Index.

## Sección 7. Información adicional

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación figure correctamente en dichas listas.

· Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutarios designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com o www.comitedeacreedoresdePR.com.

Fecha: 15 de febrero de 2018

reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

L.  <u>Reclamaciones intergubernamentales</u>: (i) cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor u "organismo territorial cubierto". A fin de disipar dudas, cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de dicha reclamación.

M.  <u>Gastos administrativos</u>: cualquier titular de una reclamación permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (<u>**que no sea**</u> una reclamación en virtud del artículo 503(b)(9) del Código de Quiebras).

N.  <u>Evidencias de reclamaciones con plazos independientes</u>: cualquier titular de una reclamación para el cual este Tribunal fije o haya fijado un plazo independiente.

O.  <u>Reclamaciones administrativas de profesionales</u>: profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

<u>Sin embargo</u>, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

### Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones

Usted **DEBE** presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si dicho titular debe presentar una Evidencia de reclamación.**

### Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente

**A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHA RECLAMACIÓN.**

## Sección 1. Las Fechas límite

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para los Casos en virtud del Título III mencionados anteriormente de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general: 4:00 p. m. (hora estándar del Atlántico) del 29 de mayo de 2018.** Este es el plazo (la "Fecha límite general") para presentar evidencias de reclamaciones (según se definen en el artículo 101(5) del Código de Quiebras), en contra de los Deudores en concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluidos, a fin de disipar dudas, reclamaciones en forma de bonos y reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones alegadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazos:** salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p. m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazos" y, junto con la Fecha límite general, las "Fechas límite").

(c) **Fecha límite si se modifica o complementa la Lista de acreedores:** si, una vez entregado el Aviso de la Fecha límite, algún Deudor (a) modifica su respectiva Lista de acreedores para reducir una reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones reducidas o modificadas por estos cambios, e informarles a estos titulares que tendrán hasta **(i) la Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho aviso,** la fecha que sea posterior, para presentar una evidencia de reclamación o una evidencia de reclamación modificada, si corresponde, o se les prohibirá hacerlo.

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores basado en la responsabilidad primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o conforme al sistema del Equity de los Deudores o de alguna otra manera, incluidos, a fin de disipar dudas, las reclamaciones que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras (cada uno de ellos, una "Reclamación").

## OVERVIEW – KEY POINTS

- This document is a legal notice concerning the Title III Cases of the Debtors (listed above). This document is being sent to all parties that may be owed money by the Debtors (known as "creditors").

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details.**

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.

- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** This document explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this document for a complete list of parties <u>not</u> required to file a claim.**

- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

- **If you are required to file a claim against any of the Debtors**, you must do so by **<u>May 29, 2018 at 4:00 p.m., Atlantic Standard Time</u>**. A form that you may use to file your claim is provided with this document.

- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this document.

- After reading this document, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

## Section 1 – The Bar Dates

On February 15, 2018, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Bar Date Order") in the above-captioned Title III Cases in accordance with Bankruptcy Rule 3003(c) fixing the following deadlines to file Proofs of Claim (collectively, the "Bar Dates"):

(a) **General Bar Date: 4:00 p.m. (Atlantic Standard Time) on May 29, 2018**, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement dates for their Title III Cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27));

(b) **Rejection Bar Date**: Except as otherwise set forth in any order authorizing the rejection of an executory contract or unexpired lease, **4:00 p.m. (Atlantic Standard Time) on the date that is the later of (i) the General Bar Date and (ii) the first business day that is thirty-five (35) calendar days after the entry of an order by the Court authorizing such rejection** is the deadline for a party to any such rejected executory contract or unexpired lease to file proofs of claim relating to the rejection of such contract or lease (the "Rejection Bar Date," and together with the General Bar Date, the "Bar Dates"); and

(c) **Bar Date if Creditor List is Amended or Supplemented**: If, after the Bar Date Notice is served, any Debtor (a) amends its respective Creditor List to reduce a claim and/or to change the classification, nature or characterization of a claim, or (b) supplements its respective Creditor List, such Debtor shall give notice of any amendment or supplement to the holders of claims reduced or changed thereby, and advise such holders they shall each have until the **later of (i) the General Bar Date and (ii) thirty-five (35) days from the date of such notice** to file a proof of claim, or an amended proof of claim, if applicable, or be barred from so doing.

As used in this Notice, a "claim," as defined in section 101(5) of the Bankruptcy Code, whenever arising, includes in each case any claims against any of the Debtors based upon the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "Claim").

### Section 2 – Who Is NOT Required To File a Proof of Claim

**THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST THE DEBTORS OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

The following persons and entities are **not** required to file a Proof of Claim on or before the applicable Bar Date:

A.  <u>Allowed Claims</u>:  Any person or entity whose claim was previously allowed by an order of this Court entered on or before the applicable Bar Date;

B.  <u>Paid Claims</u>:  Any person or entity whose claim was paid in full by a Debtor, including claims paid by a Debtor after the commencement date of its respective Title III Case;

C.  <u>Proofs of Claim Already Filed</u>:  Any person or entity who already properly filed a proof of claim, which substantially conforms to the Proof of Claim Form, in these Title III Cases with the Court or the Debtors' claims and noticing agent;

D.  <u>Claims Properly Listed and Categorized on Creditor Lists</u>:  Any person or entity whose claim is listed on one of the Creditor Lists and (i) the claim is not listed as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount and nature of the claim as set forth on the applicable Creditor List, and (iii) the person or entity does not dispute that the claim is an obligation of the subject Debtor;

E.  <u>PREPA Customers</u>:  Customers of PREPA in connection with the disposition of their deposits or any individual billing or service disputes; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

F.  <u>Pension Claims</u>:  With respect to pension benefits and any and all other post-retirement benefits, any retiree, active employee, and former employee of a Title III Debtor (including any former employee of a Title III Debtor receiving early pension, financial incentive, or other benefits provided under Act No. 70-2010 or Act No. 211-2015 or similar laws or programs), or any person who is or was a participant in a pension plan administered by a Title III Debtor, and any beneficiary of any the foregoing persons; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

G.  <u>Union or Non-Union Employee Claims</u>:  Any union-represented or non-union represented employee, furloughed employee, or former employee for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits or workers' compensation claims ("<u>Compensation Claims</u>"); <u>provided</u>, <u>however</u>, that Compensation Claims shall not include claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulation even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

H.  Individual Union Members' Claims:  Any person or entity that holds a claim limited to obligations due under their respective collective bargaining agreements, including, but not limited to, grievances, or claims arising from their current or former employment relationship with the Commonwealth; provided, however, that any such holder must assert (i) a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section, or (ii) a claim for a grievance that has been resolved and liquidated by settlement or arbitration award as of February 28, 2018, by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

I.  Individual Bondholder Claims Arising From Bonds That Do Not Have an Indenture Trustee, Fiscal Agent, or Similar Agent or Nominee:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and such other amounts that may arise under the respective trust agreement or bond document that does not provide for an indenture trustee, fiscal agent, or similar agent or nominee that could file a Master Proof of Claim; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

J.  Individual Bondholder Claims Covered by Timely Filed Bond Master Proof of Claim:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant indenture trustee, fiscal agent, or similar agent or nominee files a Bond Debt Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all bond claims against the relevant Debtor under the respective trust agreement or bond document; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

K.  Individual Credit Agreement Lender Claims:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant agent, if such agent exists, files a Credit Agreement Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all lender claims against the relevant Debtor under the respective credit agreement; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

L.  Inter-Governmental Claims:  (i) Any municipality, department, or agency of the Commonwealth that is not a Debtor or "covered territorial instrumentality" (as defined in PROMESA) asserting a claim against a Debtor in an amount less than $200 million, or (ii) any Debtor or "covered territorial instrumentality".  For the avoidance of doubt, any entity described in the foregoing clause (i) asserting a claim against a Debtor equal to or greater than $200 million must file a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

M. <u>Administrative Expenses</u>:  Any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an administrative expense (<u>other</u> than a claim under Bankruptcy Code section 503(b)(9));

N. <u>Proofs of Claim with Separate Deadlines</u>:  Any holder of a claim for which a separate deadline is or has been fixed by this Court; and

O. <u>Professionals' Administrative Claims</u>:  Professionals who assert administrative claims for fees and expenses subject to the Court's approval pursuant to PROMESA section 316;

<u>provided</u>, <u>however</u>, that, should the District Court fix a date by which the Claims described in Paragraphs A. through O. above must be filed, you will be notified of such bar date at the appropriate time.

## Section 3 – Who MUST File a Proof of Claim

You **MUST** file a **Proof of Claim** to vote on any plan of adjustment filed by the Oversight Board on behalf of the Debtors or to share in any distributions from the Debtors if you have a Claim that arose prior to the commencement dates and it is not one of the types of Claims described in Paragraphs A. through O. in Section 2 above.

A holder of a possible Claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.

## Section 4 – Consequences of Failure to File a Proof of Claim by the Applicable Bar Date

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A. THROUGH O. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (<u>UNLESS OTHERWISE ORDERED BY THE COURT</u>) FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THESE TITLE III CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THESE TITLE III CASES ON ACCOUNT OF SUCH CLAIM.

## Section 5 – What to File

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S TITLE III CASE.

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the relevant Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claim; (iv) include a copy of the supporting documentation (or, if such documentation is voluminous, you must attach a summary of such documentation) or an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the

claimant; and (vi) substantially conform to the Proof of Claim Form approved by the Bar Date Order. If you file a summary of the supporting documentation because they are voluminous, you must transmit the supporting documentation to (a) the Claims Agent and (b) the applicable Debtor within ten days after the date of a written request by the Debtors for such documents.

The Proof of Claim Form can be obtained, as well as filed, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

### Section 6 – Where and How to File

All Proofs of Claim, except as otherwise provided for or specifically excepted in Section 2 above, shall be filed with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the applicable Bar Date, depending upon the nature of the Claim.

Proofs of Claim may be filed through any of the following methods:

(i)      completing the electronic Proof of Claim on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,

(ii)      if delivered **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,

(iii)      if **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or

(iv)      if **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Recinto Sur Street San Juan, PR 00901 | M-F 8:00 a. m. to 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | M-F 8:30 a. m. to 4:30 p. m. |

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
|---|---|
| Address | Hours (AST) |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Tito Castro Avenue Ponce, PR 00716-4732 | M-F 8:00 a. m. to 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | M-F 8:30 a. m. to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M-F 8:30 a. m. to 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4th Floor San Juan, PR 00901 | M-F 8:30 a. m. to 5:00 p. m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted: <u>provided</u>, <u>however</u>, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

## Section 7 – Additional Information

The Debtors' Creditor Lists and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/. Any creditor that relies on the Debtors' Creditor Lists bears responsibility for determining that its Claim is accurately listed therein.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Additional information regarding the claims filing process is also available on the website for the statutory creditors' committee appointed in the Title III cases at www.creditorspr.com, www.prcreditorscommittee.com, or www.comitedeacreedoresdePR.com.

Dated:  February 15, 2018

ASR-PE-XXX
ABP, 2008

Original - Solicitado
Copia - Solicitante
Copia - Expediente



*Estado Libre Asociado de Puerto Rico*
**Administración de los Sistemas de Retiro de los Empleados
del Gobierno del Estado Libre Asociado de Puerto Rico y la Judicatura**

## *Solicitud de Reembolso APM*

**Instrucciones:**
1. El formulario será completado en todas sus partes.
2. No se recibirá el expediente sin copia de la Solicitud.
3. La Solicitud será entregada personalmente en la Oficina Solicitada.

| Número | |
|---|---|
| Solicitud | Control |
| 382457 | 2011090136 |

### Información del Solicitante

| Nombre del Solicitante | Seguro Social | Teléfono Residencial | Teléfono Celular |
|---|---|---|---|
| CARMEN M RUIZ DIAZ | XXX-XX-8057 | - - | |

| Dirección Postal | Dirección Residencial |
|---|---|
| URB VILLA DEL SOL<br>A 5 CALLE 1<br>JUANA DIAZ, PR 00795 | |

### Razón para Solicitar Reembolso

| [x] **Pago Directo** | **Descuento Indebido** | **Doble Contratación** |
|---|---|---|

Información del Plan Médico

| Entidad | Periodo Desde | Periodo Hasta | Cantidad |
|---|---|---|---|
| FIRST MEDICAL | 01-MAR-11 | 31-MAR-11 | $100.00 |
| FIRST MEDICAL | 01-APR-11 | 30-APR-11 | $100.00 |
| FIRST MEDICAL | 01-MAY-11 | 31-MAY-11 | $100.00 |
| FIRST MEDICAL | 01-JUN-11 | 30-JUN-11 | $100.00 |

### Observaciones

### Solicitante

_____
Firma

_____
Fecha (*Día/Mes/Año*)

# ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA DE PUERTO RICO

OFICINA DEL SUPERINTENDENTE

*NOC-1-16-889*



Dirija toda
la correspondencia oficial
al Superintendente
G. P. O. Box 70166
San Juan, Puerto Rico 00936

## M E M O R A N D O

| | | |
|---|---|---|
| A | : | Cor. Juan E. Rivera Santiago<br>Director<br>Negociado Operaciones de Campo |
| DE | : | Tnte. Cor. José E. Torres Madera<br>Comandante Area de Ponce |
| ASUNTO | : | RECOMENDACION PASOS POR MERITO<br>AL PERSONAL CIVIL, AREA DE PONCE |
| FECHA | : | 19 de abril de 1983 |

En atención a sus instrucciones relacionadas con el asunto, le incluyó una lista de los empleados civiles que prestan servicio en las distintas Unidades del Area de Ponce y que por sus servicios sobresalientes, su lealtad y responsabilidad merecen que se les reconozca y premie.

Hemos hecho una selección lo mas justa posible y recomendamos al siguiente personal, para que le concedan pasos por meritos, en las respectivas escalas de sueldo.

| NOMBRE | CLASIFICACON | UN. DE TRAB. | PASOS |
|---|---|---|---|
| 1. Altamira Torres Rodríguez | Of. Dact. IV. | Comdcia. | Dos (2) Pasos |
| 2. Abigail López García | Of. Dact. III. | Div. Pat. Tránsito | Dos (2) Pasos |
| 3. Dixida Lagares Velázquez | Secretaria IV. | Comdcia. | Dos (2) Pasos |
| 4. Luz S. Serrano Pagán | Of. Dact. II. | Comdcia. | Un (1) Paso |
| 5. Alejandrina Rivera Ayala | Of. Dact. II. | Comdcia. | Un (1) Paso |
| 6. Lydia E. Maldonado Maldonado | Of. Dact. II | Prec. 158 | Un (1) Paso |
| 7. Hilda J. Ramos Torres | Of. Dact. II. | Dtto. Peñuela | Un (1) Paso |
| 8. María E. Ruíz de Rivera | Of. Dact. II. | Dtto. Adjunta | Un (1) Paso |



*Gobierno de Puerto Rico*
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
PO BOX 42003 • SAN JUAN, PR 00940-2203

02 de noviembre de 2011

CARMEN M. RUIZ DIAZ      XXX-XX-8057      Solicitud No:      382457
URB VILLA DEL SOL                                 Radicada en:     20 sep 2011
A 5 CALLE 1
JUANA DIAZ, PR 00795

Estimado(a) pensionado(a): RUIZ

Hacemos referencia a la certificación enviada para el reembolso de la aportación patronal pagada a su plan médico FIRST MEDICAL por el mes de MARZO A JUNIO 2011.

La misma es devuelta debido a lo siguiente:

\___ usted no figura como pensionado(a) de este sistema.

\___ no concuerda el nombre con el # de seguro social (_____).

\___ la fecha de efectividad de su pensión, este mes deberá reclamarlo a la agencia.

\___ la certificación no indica el número de seguro social necesario para este trámite.

_X_ la firma es copia y para este trámite es necesario en original.

\___ no procede debido a que el mes reclamado fue pagado al plan médico.

\___ la certificación no tiene el logo del plan médico.

\___ con fecha del _____ fue pagado a usted el cheque _____ por la cantidad de _____.

\___ otros _____.

De tener alguna pregunta o duda favor de comunicarse al teléfono (787) 754-4545 extensiones 4085 ó 4158.

Cordialmente,

Erika Birriel Figueroa
SIP-SECCION PLANES MEDICOS



*First* **MEDICAL**
HEALTH PLAN, INC.

## CERTIFICACION

07 de noviembre de 2011

**ADMINISTRACION DEL SISTEMA DE RETIRO**

Sra. Maribel Jiménez
**Supervisora Ponce**

**PLAN MEDICO**

Certificamos que el (la) señor (a) **Carmen Ruiz Díaz #SS** ha aportado a **FIRST MEDICAL HEALTH PLAN, INC.,** la prima por concepto de Plan Médico, incluyendo la aportación patronal, según se detalla a continuación:

| MESES | | TOTAL DIRECTO PAGADO A FMHP | TOTAL A REEMBOLSAR POR LA AGENCIA |
|-------|------|------------------------------|------------------------------------|
| MARZO | 2011 | $158.00 | $100.00 |
| ABRIL | 2011 | $158.00 | $100.00 |
| MAYO | 2011 | $158.00 | $100.00 |
| JUNIO | 2011 | $158.00 | $100.00 |
| | | | |
| **TOTAL** | | **$632.00** | **$400.00** |

Esta certificación se expide a petición del suscriptor, 07 de noviembre de 2011.
ORIGINAL SUSCRIPTOR
YRL

Calle Concordia 8118 Edificio Galería Profesional Suite 108-109 Ponce PR. 00717
Tel. 841-3872 / 842-2770 / Fax 841-3890

PPR-442
Rev. 5-77

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**POLICIA DE PUERTO RICO**

18 de marzo de 2011
Fecha

Ref:   Carmen M. Ruiz Díaz
Civil s.s. ███████
Región de Ponce

MEMORANDUM:   Divisiones de Nóminas y Licencias

DE:   Yadira Rivera Pabón, Directora
División de Servicios a Empleados
a Retirarse

ASUNTO:   SEPARACION EN TRAMITE POR
Renuncia Pensión
15 de marzo de 2011

Para la acción que corresponde se le comunica que el empleado de referencia está en trámite de separación en las circunstancias que más adelante se indican.  Sírvase retener el cheque de su sueldo correspondiente a este mes hasta nuevo aviso.



Estado Libre Asociado de Puerto Rico

# Policía de Puerto Rico



## CERTIFICACION

Según reflejan nuestros records la Sra. Carmen M. Ruiz Díaz, con el Seguro Social ▮▮▮▮▮▮▮ se le pagaron sueldos montantes a $1,650.00 por concepto de Compensación Complementaria desde el 1 de julio de 1993 al 31 de diciembre de 1995 a razón de $55.00 mensuales.

Deberá pagar la cantidad de $ N/A por concepto de Retiro Adeudado correspondiente a la fecha antes indicada.

Adicional al pago efectuado por la señora Ruiz Díaz, se le descontó en la Nómina General de los meses de Mayo 1996 hasta Abril 1997 la cantidad de $11.38 mensuales.

El descuento fue cancelado para el mes de Abril de 1997.

La persona tiene Renuncia Pensión efectiva el 15 de marzo de 2011.

Dada hoy, 14 de enero de 2011, en Hato Rey, Puerto Rico.



Maritza Alvarado Rivera
Directora
División de Nóminas

nab

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO
COMANDANCIA AREA PONCE

AP-1-3-771                                          21 de diciembre de 1983

MEMORANDO    A    :    Director Oficina de Personal

             P/C  :    Director Negociado Operaciones de Campo

             DE   :    Tnte. Cor. José E. Torres Madera
                       Comandante Area Ponce    2-2166

             ASUNTO :  CONVOCATORIAS RECLUTAMIENTO ESPECIAL

          Me refiero a la comunicación NP-1-1-761 fechada el
6 de diciembre de 1983, relacionada con las convocatorias de Recluta-
miento Núm. 002-83 y 003-83.

          A continuación se le indica el personal civil de
esta Area, que están interesados en tomar éstos exámenes.

| Nombre | Puesto Ocupa | Dtto. o División |
|--------|--------------|------------------|
| 1- Wanda I. Rivera Román | Ofic. Dact. I | Peñuelas |
| | (Solicita Examen Ofic. Dact. II) | |

### OFICINISTA DACT. III

| | Puesto Ocupa | Dtto. o División |
|---|---|---|
| 1- María I. Rodríguez Laboy | Ofic. Dact. II | Div. Administración |
| 2- Alejandrina Rivera Ayala | Ofic. Dact. II | "        " |
| 3- Iraida Rodríguez Colón | Ofic. Dact. II | "        " |
| 4- Luz Silvia Serrano | Ofic. Dact. II | "        " |
| 5- María de los A. Rodrz. | Ofic. Dact. II | Div. Transportación |
| 6- Gladys Rodríguez Millán | Ofic. Dact. II | Distrito Yauco |
| 7- Eva. M. Pabón Cruz | Ofic. Dact. II | "        " |
| 8- Margie Santiago Glez. | Ofic. Dact. II | Precinto 458 |
| 9- María C. Cordero Rivera | Ofic. Dact. II | Secc. Veh. Hurtado |
| 10- Carmen. Rosado Irizarry . | Ofic. Dact. II | Sección Propiedad |
| 11- Hilda Martínez Rivera | Ofic. Dact. II | Adm. C.I.C. |
| 12- Nilsa L. Vidal Irizarry | Ofic. Dact. II | Pat. Tránsito |
| 13- Mirta Albizu García | Ofic. Dact. II | Pat. Tránsito |
| 14- Ivonne M. Pérez Cedeño | Ofic. Dact. II | Pat. Tránsito |
| 15- Adroberta Vázquez Rivera | Ofic. Dact. II | Dtto. Peñuelas |
| 16- Hilda Ramos Torres | Ofic. Dact. II | Dtto. Guánica |
| 17- Evangelina Cancel Ortíz | Ofic. Dact. II | Dtto. Guánica |
| 18- Sonia Rivera García | Ofic. Dact. II | |



**ADMINISTRACION DE LOS SISTEMA DE RETIRO**

**Gobierno de Puerto Rico**

# CERTIFICACION

Certifico que **Carmen M. Ruiz Díaz,** Seguro Social XXX-XX-8057 tiene radicada una solicitud de pensión por Merito bajo las disposiciones la Ley 447 del 15 de mayo de 1951, según enmendada.

El monto mensual de la pensión aún no se ha determinado, ya que la misma se encuentra en proceso de otorgación.

Dada a petición de la interesada, hoy 18 de mayo de 2011, en San Juan, Puerto Rico.

Certifico correcto,

Rosa M. England Sárraga
Gerente Auxiliar
Servicio al Cliente

rvr

Estación Minillas / PO BOX 42003 / San Juan, PR  00940 / Tel. 754-4545

AP-1-3-771                                          -2-

Secretaria I

1- Ruth Dávila Rodríguez          Oficinista I          Secc. Partes Policíacos

Secretaria II

1- Carmen M. Ruiz Díaz            Secretaria I          Distrito  158
2- Bethzaida Morro Morell         Secretaria I          Secc. Explosivos
3- Rosa Jiménez Cruz              Secretaria I          Div. Control Vicios

Secretaria III

1- Abigail López  García          Dact. III            Secc. Pat. Tránsito
2- Ana D. Pacheco Leandry         Secretaria II             "          "
3- Eunice Quiñones Guadalupe      Secretaria II        Laboratorio
4- Ivette Pérez Castellar         Secretaria II·       División Administración

/mars

# Policía de Puerto Rico



**Luis G. Fortuño**
Gobernador



**José E. Figueroa Sancha**
Superintendente

22 de abril de 2009

A: RUIZ DIAZ CARMEN M

## CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que *RUIZ DIAZ CARMEN M* cuyo número de empleado es \*\*\* - \*\* -791483, y que ocupa el puesto *AUX. ADMINISTRATIVO (A) I*, tiene una fecha de ingreso al público de *10/16/1978* con una antigüedad total de 30 años *6* meses *8* días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Jose E. Figueroa Sancha
Superintendente

Estado Libre Asociado de Puerto Rico

Modelo OP-15
Rev. 12 Feb. 70

**IMPORTANTE**
**INSTRUCCIONES:-**
**LEA AL DORSO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**OFICINA DE PERSONAL**
**I N F O R M E   D E   C A M B I O**

1. Número del Cambio **4796**
2. Número del Empleado
   s. s.
   Serie 19-314067

| Núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. **1152** | Puesto Núm. **1724** |
| 3. | Nombre del Empleado | Carmen M. Ruiz Díaz | |
| 4. | Título de Clasificación | Secretaria I | SECRETARIA I |
| 5. | Departamento o Agencia | Hacienda Adm. Recaudación y Cator | POLICIA DE PUERTO RI |
| 6. | División | Recaudaciones | COMANDANCIA DE PONCE |
| 7. | Unidad o Sección | Personal de Colecturía | |
| 8. | Dirección (del Trabajo) | Ventura | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Regular de Carrera | $410.00 |
| 12. | Sueldo | $336.00 | 18.45 |
| 13. | Descuento para Retiro | 17.32 | |
| 14. | Descuento para Ahorro | 11.84 | 25.13 |
| 15. | Descuento para Seguro Social | 24.27 | |
| 16. | Descuento por Préstamos Asoc. Emp. | 13.53 | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul E C M | 23.53 | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | 1o de febrero de 1980 |
| 21. | Fecha de Efectividad | 15 de febrero de 1980 | |

22. Indique si se trata de:

☐ Ascenso     ☐ Traslado     ☐ Descenso     ☐ Cambio de Status     ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
a enero/80  Por Enfermedad **1 1/2** días **NO USÓ**     a enero/80  Para Vacaciones **22 1/2** días **s6 2 1/2**

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

| 28. Muerte | | | Último día | Participante de Retiro |
| Fecha | Hora | | de pago: | ☐ Sí   ☐ No |

| 29. Suspensión: | Duración | De | A | |
| 30. Licencia sin sueldo: | Duración | De | A | |
| 31. Licencia Militar: | Duración | De | A | |
| 32. Licencia de Maternidad: | Duración | De | A | |
| 33. Licencia Especial para Estudio: | Duración | De | A | |
| 34. Reinstalación: | Duración | De | A | |

35. Comentarios y Explicaciones (Si necesita más espacio use el dorso) **Traslado a la Policía de Puerto Rico**

36. En caso de cambio de puesto indique:
Seleccionado de Terna Núm._____     Examen sin Oposición ☐
Autorización Núm._____  Nombre del anterior incumbente **NOEMI BOSCH RODRIGUEZ**

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado, o su representante autorizado firma aquí:
Sr. G. Atay Morell, Dire. Insp.          Auxiliar

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
☐ Por Oposición   **Carmen M. Ruiz Díaz**   ☐ Sin Oposición   ☐ Exento

39. Aprobado por: **HIPOLITO FONT REUS, DIRECTOR OFICINA ASUNTO PERSONAL**
Jefe de la Agencia o su Representante Autorizado     Fecha **1o de febrero de 1980**

**APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE**

40. Aprobado por: **RAFAEL BERRIOS PEREZ**
Fecha **15 de febrero de 1980**

41. Tarjeta perforada

42. Inscrito
Por:

43. Antes del Cambio          **SIMBOLOS DE CONTABILIDAD**          44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 30 | 111 | 40 | 02 | | 75 | 111 | **DEJESE EN BLANCO** |

—41—IGPR.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO
COMANDANCIA AREA PONCE


AP/1/7/430                         23 de octubre de 1979


Memorando a   :   Jefe, Negociado Operaciones
                  de Campo

De            :   Tnte. Cor. José Meléndez Santiago
                  Comandante Area Ponce          2-2778

Asunto        :   Recomendación de la Srta. Carmen
                  M. Ruíz Díaz


        El día 19 de octubre de 1979 fue entrevistada
en esta Comandancia de Area la Srta. Carmen M. Ruíz
Díaz, con relación a una solicitud para trabajar como
empleada civil en esta Comandancia de Area.

        Informó que actualmente trabaja como Taquí-
grafo en el Departamento de Hacienda, en San Juan,
pero que tiene sumo interés en trabajar en Ponce, ya
que su residencia radica en éste. Indicó además te-
ner en cierta forma acercamiento con la Policía, ya
que tiene un hermano que es Sargento de la Policía
que responde al nombre de William Ruíz Díaz 8-5846,
quien está adscrito al Distrito de Ponce.

        La Srta. Ruíz Díaz tiene aprobado el exámen
de Taquígrafo I que ofrece nuestra Agencia y la in-
vestigación confidencial practicada, la cual se in-
cluye, es favorable.

        Considerando que reune los requisitos para
el puesto que solicita, recomiendo se hagan los trá-
mites de lugar para solicitar su traslado del Depar-
tamento de Hacienda a la Policía y cubrir el puesto
de Taquígrafo I que dejara vacante la Sra. Noemí
Bosh, quien fue trasladada a otra Agencia.


rzo

ESTADO LIBRE ASOCIADO DE PUERTO
POLICIA DE PUERTO RICO
DISTRITO DE PONCE

AP/9/10/21                          22 de octubre de 1979

Memorando A  :  Comandante Area Ponce

De  :  Tnte. Martín Pérez  6-2828
         Comandante Distrito Ponce

Asunto  :  INVESTIGACION CONFIDENCIAL DE
           LA SRTA. CARMEN M. RUIZ DIAZ

     Refiérome a su comunicación AP/1/7/405, fechada el
19 de octubre de 1979, relacionada con el asunto.

     De la investigación practicada a la candidata resulta
que cualifica para pertenecer a nuestra Agencia, por lo
cual le recomiendo favorablemente.


MARS/

# FORMULARIO DE QUERELLA
## PROCEDIMIENTO DE QUEJAS, AGRAVIOS Y ARBITRAJE
### POLICÍA DE PUERTO RICO
### Y
### SINDICATO EMPLEADOS CIVILES ORGANIZADOS (E.C.O.)

A utilizarse en Áreas Policíacas, Colegios Universitarios y Cuartel General

Carmen Milagros Ruíz Díaz

**QUERELLANTE**

**VS.**

Policía de Puerto Rico

**QUERELLADO**

ÁREA  Ponce

FECHA  8 de agosto de 2003

Q-  2003-3-006

ASUNTO: Clasificiación de Puestos

y Retribución

## QUERELLA

## FECHAS Y HECHOS QUE OCURRIERON Y PROVOCAN LA QUERELLA

1- El 27 de febrero de 2002 (Implatación de Clasificación y Retribución).

2- El 11 de marzo de 2002 (Solicitud Revisión Administrativa).

3- El 19 de agosto de 2003 (Notificación sobre Revisión Administrativa).

Esta última comunicación tiene fecha 2 de abril de 2003, pero se recibió en fecha 19 de agosto de 2003.

## SECCIÓN DEL CONVENIO O DISPOSICIÓN LEGAL QUE ALEGADAMENTE SE VIOLA

Convenio Art. III y IV, Art. VII, Secc. 2, Art. VIII, Secc. 1, Art. IX, Secc. 1, Art X, Par 2 y 3, Art. XII, Inciso 2,3, Art. XIV, Secc. 2 y 4, Art. XIX, Secc. 5, Ley #5 de Personal, Reg. de Personal, Reglamento de Retribución Uniforme Secc. 4.4 (3) y 4.6, Inciso 2,3, 5,6 y 8, Secc. 4.8, Art. 2, Secc. 1 y 2 y Art. 9 Reg. de Personal; Principio de mérito Secc. 6 (1), (2), (3) y (4) y Art. 4, Ley de Personal.

## REMEDIO SOLICITADO POR EL EMPLEADO O EL SINDICATO

1. Solicito una **AUDITORIA CON URGENCIA**. Se audite mi plaza y se corrija la clasificación y retribución para que se me reconozca mi puesto a una escala y clasificación superior; que est a tono con el nivel de complejidad y responsabilidad del trabajo que desempeño por ser de mayor jerarquía. Que la misma sea retroactiva. 2-Que se declare nula la clasificación de y se me adicione al nivel de Auxiliar Adm. II. 3- La auditoría que solicito ya había sido solicitada para el mes de Marzo de 2003, al Sindicato y Negociado de Recursos Humanos.

8 de septiembre de 2003
FECHA

Carmen M. Ruíz Díaz
FIRMA DEL QUERELLANTE



Estado Libre Asociado de Puerto Rico

# Policía de Puerto Rico

## CERTIFICACION

Según reflejan nuestros records la Sra. Carmen M. Ruiz Díaz, con el Seguro Social ▮▮▮▮▮ se le pagaron sueldos montantes a $1,650.00 por concepto de Compensación Complementaria desde el 1 de julio de 1993 al 31 de diciembre de 1995 a razón de $55.00 mensuales.

Deberá pagar la cantidad de $ N/A por concepto de Retiro Adeudado correspondiente a la fecha antes indicada.

Adicional al pago efectuado por la señora Ruiz Díaz, se le descontó en la Nómina General de los meses de Mayo 1996 hasta Abril 1997 la cantidad de $11.38 mensuales.

El descuento fue cancelado para el mes de Abril de 1997.

La persona tiene Renuncia Pensión efectiva el 15 de marzo de 2011.

Dada hoy, 14 de enero de 2011, en Hato Rey, Puerto Rico.

Maritza Alvarado Rivera
Directora
División de Nóminas



nab

## FORMULARIO DE QUERELLA

### PROCEDIMIENTO DE QUEJAS, AGRAVIOS y ARBITRAJE

### POLICÍA DE PUERTO RICO

### Y

### SINDICATO EMPLEADOS CIVILES ORGANIZADOS (E.C.O.)

A utilizarse en Áreas Policíacas, Colegios Universitarios y Cuartel General

| | |
|---|---|
| Carmen Milagros Ruíz Díaz | **ÁREA** Ponce |
| **QUERELLANTE** | **FECHA** 8 de agosto de 2003 |
| **VS.** | **Q-** 2003-3-006 |
| Policía de Puerto Rico | **ASUNTO:** Clasificiación de Puestos |
| **QUERELLADO** | y Retribución |

### QUERELLA

#### FECHAS Y HECHOS QUE OCURRIERON Y PROVOCAN LA QUERELLA

1- El 27 de febrero de 2002 (Implatación de Clasificación y Retribución).

2- El 11 de marzo de 2002 (Solicitud Revisión Administrativa).

3- El 19 de agosto de 2003 (Notificación sobre Revisión Administrativa).

Esta última comunicación tiene fecha 2 de abril de 2003, pero se recibió en fecha 19 de agosto de 2003.

#### SECCIÓN DEL CONVENIO O DISPOSICIÓN LEGAL QUE ALEGADAMENTE SE VIOLA

Convenio Art. III y IV, Art. VII, Secc. 2, Art. VIII, Secc. 1, Art. IX, Secc. 1, Art X, Par 2 y 3, Art. XII, Inciso 2,3, Art. XIV, Secc. 2 y 4, Art. XIX, Secc. 5, Ley #5 de Personal, Reg. de Personal, Reglamento de Retribución Uniforme Secc. 4.4 (3) y 4.6, Inciso 2,3, 5,6 y 8, Secc. 4.8, Art. 2, Secc. 1 y 2 y Art. 9 Reg. de Personal; Principio de mérito Secc. 6 (1), (2), (3) y (4) y Art. 4, Ley de Personal.

#### REMEDIO SOLICITADO POR EL EMPLEADO O EL SINDICATO

1. Solicito una **AUDITORIA CON URGENCIA**. Se audite mi plaza y se corrija la clasificación y retribución para que se me reconozca mi puesto a una escala y clasificación superior; que este a tono con el nivel de complejidad y responsabilidad del trabajo que desempeño por ser de mayor jerarquía. Que la misma sea retroactiva. 2-Que se declare nula la clasificación de Aux. Adm. I y se me adicione al nivel de Auxiliar Adm. II. 3- La auditoría que solicito ya había sido solicitada para el mes de Marzo de 2003, al Sindicato y Negociado de Recursos Humanos.

| | |
|---|---|
| 8 de septiembre de 2003 | Carmen M. Ruíz Díaz |
| **FECHA** | **FIRMA DEL QUERELLANTE** |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO

CARMEN M-RUIZ DIAZ
SECRETARIA I
CMDCIA. PONCE

P/C  DIRECTOR
COMANDANTE AREA DE PONCE

IDENTIFICACION NUM. PUESTO 14034

ESTIMADO COMPANERO(A): CARMEN M-RUIZ DIAZ

COMO RESULTADO DE LA ADOPCION DEL SALARIO MINIMO FEDERAL Y DE AUMENTOS LEGISLATIVOS RECIBIDOS SIN QUE SE HAYAN AFECTADO LAS ESCALAS, SE PRODUJO UNA INEQUIDAD RETRIBUTIVA EN NUESTROS PLANES DE RETRIBUCION. DEBIDO A ELLO SE HIZO NECESARIA LA REVISION DE NUESTRAS ESTRUCTURAS SALARIALES, TANTO DE CARRERA COMO DE CONFIANZA. LA MISMA SE EFECTUA EN VIRTUD A LA SECCION 4.6, INCISO 4 DEL REGLAMENTO DE RETRIBUCION UNIFORME. DICHAS ESTRUCTURAS SALARIALES, ESTABLECEN CAMBIOS ASCENDENTES EN SU COMPOSICION Y ENTRARON EN VIGOR A PARTIR DEL PRIMERO DE JULIO DE 1993.

EN VISTA DE LO ANTERIOR, SU RETRIBUCION MENSUAL A PARTIR DEL 1RO. DE JULIO DE 1993 SERA DE $801.00. EN ADICION, CONTINUARA RECIBIENDO LOS $55.00 DE COMPENSACION COMPLEMENTARIA POR DIFICULTAD DE RECLUTAMIENTO Y RETENCION.

DE USTED NO ESTAR CONFORME CON LA DETERMINACION Y ASIGNACION QUE SE HA HECHO SOBRE SU NUEVA RETRIBUCION MENSUAL, TIENE DERECHO A SOLICITAR UNA REVISION DE SU CASO DENTRO DEL TERMINO DE TREINTA (30) DIAS CONTADOS A PARTIR DEL RECIBO DE ESTA COMUNICACION. ESTA RECLAMACION DEBERA HACERLA POR ESCRITO Y ENVIARLA A LA SRTA. GLORIA M. GUZMAN VIRELLA, DIRECTORA DEL NEGOCIADO DE PERSONAL.

CORDIALMENTE,

LCDO. PEDRO A. TOLEDO
SUPERINTENDENTE

### CONTRATO DE SERVICIOS PROFESIONALES
### EMPLEADOS POLICIA DE PUERTO RICO

Yo *Carmen Milagros Ruiz Diaz* por la presente contrato a las Ledas. Ivonne González Morales y Adela L. Torruella, para que me representen en mi reclamación de salario y ESCALAS DE RETRIBUCION en el Tribunal de Primera Instancia de P.R. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba. Adelanto la cantidad de $20.00 dolares para gastos de radicación de la demanda e investigación. Acompaño con el contrato la cantidad de $2000.

En *Ponce* , Puerto Rico, hoy       de              de 2004

*Hda. Ivone Gonzalez*
Representante Legal

*Carmen Milagros Ruiz Diaz*
Firma del empleado

### INFORMACION PERSONAL DEL EMPLEADO

1- Nombre: *Carmen Milagros Ruiz Diaz*
2- Dirección Postal: *Urb. Villa del Sol Calle 1- A-5, Juana Diaz 00703*
3- Seguro Social: ___ Tel: ___
4- División u Oficina donde trabaja: *Oficina de Administracion*
5- Pueblo donde trabaja: *Ponce*
6- Fecha en que comenzó a trabajar en la Policia de PR ___ *10 febrero 1980*
   (s) pasó a trabajar en la Comisión de Seguridad (diga la fecha) ___
7- Puesto al que está nombrado oficialmente. Indique nivel de su puesto I, II, III, ect. y fecha de nombramiento: *I* ___
8- Si está ralizando otras funciones que no son las de su puesto explique EJ. Interinato – asignación administrativa – falta de personal: *Debió ser Sec II* Fecha en que comenzó *14* de *febru* ___ de *1980* ___
9- Salario mensual que usted recibe: *Ad* ___
10- Diga si recibe algún sueldo diferencial: (SI) ___ (NO) ___ cantidad ///
11- Indique su preparación académica: *Bachillerato Servicios Secretarial*
12- Indique si con anterioridad usted ha recibido pasos por mérito y/o por años de servicios: (SI) ___ (NO) ✓ Diga cuántos pasos: ___
13- Indique si se le han eliminado a usted los pasos que tenía. Explique *desconoce*
14- Indique cuál es su jornada diaria de trabajo (7 ½ hrs. ó 8 hrs.) *8 hrs* ___
15- Diga si tiene usted alguna reclamación por pago de horas extras. (SI) ___ (NO) ✓ cantidad: ___ núm. horas ___ *5/d*
16- Indique si usted recibe dietas fijas (SI) ___ (NO) ___ fecha en que comenzó a recibirlas *no* ___ diga si se le adeudan dietas *Je* la cantidad *que usted tenga y* provea evidencia *tenia chofer por su auto azul*
17- Provea a su Representación Legal dentro un tiempo razonable copia de los formularios OP-15, Informe de Cambio Especial, de los aumentos de sueldos recibidos por usted y talonarios de cheques quincenales dentro periodo reclamación.

*Nuestro Reclamo con esta Demanda:*

Al 1ro. de octubre de 1996, se implantó la Ley de Salario Mínimo Federal en la Agencia. Se compactaron las primeras 10 escalas de sueldo, poniéndolas a ganar a todas por igual. A consecuencia de esto; un conserje y un ayudante administrativo o una secretaria y toda una serie de puestos ganan todos por igual, violando la Ley de Principio al Mérito.

1- Los empleados civiles tenemos derecho a que se nos ajuste el sueldo retroactivo al 1ro. de octubre de 96 y el 1ro. de septiembre de 97, hasta el presente, si lo reclamamos vía judicial, además de que se cree una nueva Escala de Sueldos.

2- Pediremos también que se nos tome como parte del sueldo los $55.00 cuando se nos concedan pasos, ajustes en sueldo, ascensos, ect.

3- Que se nos lleve a la escala que nos corresponde en los aumentos concedidos desde que se puso en vigor la última escala de sueldo, como los $100.00 que nos dieron por productividad, hasta el presente y se mantenga así en el futuro.

## INSTRUCCIONES

1- *Lea cuidadosamente el documento.*

2- *Conteste cada pregunta en letra de molde.*

3- *Anote la fecha y firme el contrato.*

4- *Fotocópielo y guarde la copia para sus records.*

5- *Grape su giro o cheque personal al contrato.*

6- *Haga una lista de los contratos que va a incluir y sáquele copia para sus records.*

7- *Favor de enviar a:*

*LCDA. IVONNE GONZALEZ*
*PO BOX 9021828*
*SAN JUAN PR 00902-1828*

8- *Solicite acuse de recibo en la estación de correos y guárdelo como evidencia de que lo envió y recibirá su constancia de quién lo recibe.*

## *AUTORIZACION Y SOLICITUD ENTREGA*
## *DOCUMENTOS DEL EXPEDIENTE PERSONAL*

Yo _Carmen Milagros Ruiz Diaz___ Núm. Seg. Soc. ▒▒▒▒▒▒▒▒

empleado de la Policía de Puerto Rico y/o Comisión de Seguridad del área

policíaca de _Puerto Rico - Area de Ponce_ por la presente solicito, en

conformidad a la Sec. 13-18 de la Ley de Personal se me provea copia de mi

nombramiento y todas las OP-15 que están en mi *Expediente de Personal, y*

cualquier otro documento que pueda arrojar luz sobre los aumentos de

sueldo que se me han otorgado en mi empleo.

Agradeceré se tramite mi solicitud prontamente.

A _____ de _febrero_ _____ de _2004_ .


_Carmen Milagros Ruiz Diaz_____
FIRMA EMPLEADO

# *A U T O R I Z A T I O N*

The undersigned *Carmen Milagro Ruiz DVa* a civilian employee of the Police Department of the Commonwealth of Puerto Rico, and/or Public Protection and Security Commission and the similarly situated of defendant employer, consents to become a party plaintiff in the present action.

_____
**SIGNATURE**

_____
_____
_____
**ADDRESS**

P.O. BOX 9021833
SAN JUAN,
PUERTO RICO 00902-1925
TEL (787) 724-8323
FAX (787) 724-5325

GALLARDO BLDG.
SUITE 306
251 RECINTO SUR ST
OLD SAN JUAN, PUERTO RIC

*17 de febrero de 2004*

*Re Caso: Delfina López Rosario vs. Policia de P.R*

*Estimados clientes:*

*Luego de casi 10 años en que iniciamos la reclamación salarial contra la agencia donde trabajas, hemos obtenido una sentencia favorable en uno de los casos donde planteamos controversias similares. Por tal razón estamos convocando a una reunión a todas los empleados que representamos para aclarar los rumores y compartir personalmente contigo los logros obtenidos e informarte sobre el status procesal de tu caso.*

*La reunión será el sábado 6 de marzo de 2004 a las 9:30 en el PALACIO DE LOS TRABAJADORES del Sindicato Empleados Equipo Pesado. "LOS TIGRES DE LA MONTAÑA, carretera Núm. 1 de Río Piedras a Caguas. Km. 17.3" (cerca del edificio de la Cruz Azul e intersección Ave. Las Cumbres.).*

*Es importante tu asistencia, ya que tenemos que actualizar la información que tenemos sobre tu expediente de personal y obtener los documentos que necesitamos para solicitar la resolución del caso.*

*Aprovecho para darte las gracias por la confianza que depositaste en mi como abogada para servirte de instrumento para lograr que se te haga justicia salarial.*

*Es importante tu asistencia.*

*Cordialmente,*

*Ivonne González Morales*

NOTA:

*Traer evidencia de los salarios recibidos. Ej. Talonanes de cheques, si los tienes y las Op-15 (informe especial de cambio de sueldo, donde acredite todos los aumentos conferidos en el empleo)*

## AUTORIZACIÓN Y SOLICITUD ENTREGA DOCUMENTOS DEL EXPEDIENTE PERSONAL

Yo. _Carmen Milagros Pineda_ Núm.Seg.Soc. ████████

empleado de la Policía de Puerto Rico y/o Comisión de Seguridad. del área

policiaca de ___Area___ por la presente solicito. en

conformidad a la Sec. 1348 de la Ley de Personal se me provea copia de mi

nombramiento y todas las OP-15 que están en mi Expediente de Personal. y

cualquier otro documento que pueda arrojar luz sobre los aumentos de

sueldo que se me han otorgado en mi empleo.

Agradeceré se tramite mi solicitud prontamente.

A ___ de _febrero_ de 2004.


_____
FIRMA EMPLEADO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO
COMANDANCIA AREA PONCE

AP-1-3-353

29 de marzo de 1993

LCDO. PEDRO TOLEDO DAVILA
SUPERINTENDENTE DE POLICIA

COMDTE. FERNANDO L. CERDA RIVERA 4-7413
COMANDANTE DEL AREA DE PONCE

SRA. CARMEN M. RUIZ DIAZ
SECRETARIA I

**SOLICITUD DE PASOS SALARIALES**

Conforme a lo que establece el Reglamento de Personal de la Policía, solicito,
respetuosamente, se me concedan dos pasos salariales.

Los fundamentos en que sostengo mi petición son:  que llevo quince (15) años
trabajando en el Estado Libre Asociado, que tengo un Bachillerato en Ciencias
Secretariales, la necesidad de solucionar problemas económicos, el volumen de
trabajo que realizo y el no haber recibido aumento de sueldo desde hace **12 años**.

Las tareas que tengo asignadas son:

1- Encargada Inventario del Almacén
2- Archivo de Horarios Mensuales personal de Administración
3- Realizar los cambios en el tarjetero del personal del Area Ponce
4- Hacer constar esos cambios en un impreso para que se pasen en la
   Orden de Personal
5- Informe Semanal de las Prendas de Uniforme
6- Hacer los cambios del personal que ingresa al Centro de
   Reemplazo para notificarlo al que hace el informe mensual
7- Trabajos del Comandante Auxiliar del Area de Ponce
8- Tomar dictados del Comandante Auxiliar y del Comandante Area
9- Transcribir memorandos del Comandante Auxiliar y cualquier
   otro que me diera la Ejecutiva del Area
10- Estar pendiente de cualquier tarea que el Comandante Auxiliar
    necesite hacer, etc.

Ante todo lo expresado, creo que es justo y razonable que se considere mi petición
y se me otorgue lo solicitado.

cmrd



**FedEx** *International Air Waybill*
Express

**1 From**
Date
Sender's FedEx Account Number
Sender's Name  *Kaplan Baldeo*  Phone

Company  *Prime Clerk, LLC*
Address  *19 . . Building Ste 222A*
Address  *. . Philo . . Avenue*
City  *. . Phile*  State/Province  *PR*
Country  *. .*  ZIP/Postal Code  *. . . /16.*
Email Address
Internal Billing Reference  *. . . claims*

**2 To**
28 ☐ Residential Delivery
Recipient's Name  *Prime Clerk*  Phone
Company  *Prime Clerk*
Address  *730 3rd Ave Ac412*  Dept./Floor
Address
City  *Brooklyn*  State/Province  *NY*
Country  ZIP/Postal Code  *11232*
Email Address
Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**
Total Packages  Total Weight ___ lbs. kg  DIM ___ / ___ / ___  in. cm
Shipper's Load and Count/SLAC ___

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|

PRIME CLERK LLC

JUN 2 9 2018

RECEIVED

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number, or license required (NLR), not subject to ITAR
For U.S. Export Only: Check One ☐ No EEI required, enter exemption number. ☐ Rather than NLR, enter license Exception
☐ Yes - Enter AES proof of filing citation
Total Declared Value for Carriage
Total Value for Customs (Specify Currency)

FedEx Tracking Number  **8115 4795 6535   0402**  Form ID No

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**5 Packaging**
06 ☐ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options**  Fees may apply. See the FedEx Service Guide.
01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery
10 ☐ Direct Signature Someone at recipient's address may sign for delivery
34 ☐ Indirect Signature If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**7 Payment**  Complete payment columns for both transportation charges and duties and taxes.
Bill transportation charges to:
Enter FedEx Acct. No. or Credit Card No. below.
1 ☐ Sender Acct No. in Section 1 will be billed   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque
Total Transportation
FedEx Acct No  *7575 - 0996 - 7*
Credit Card Exp. Date
Bill duties and taxes to:
Enter FedEx Acct. No. below.
1 ☐ Sender Acct No. in Section 1 will be billed   2 ☒ Recipient   3 ☐ Third Party   5 ☐ Cash/Check/Cheque
FedEx Acct No

**8 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Conventions, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.
Sender's Signature:
Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.
Recipient's Signature

| Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units |
|---|---|---|---|
| | | | Total Volume (cm) |

Received At:  1 ☐ Reg Stop   2 ☐ On Call Stop   3 ☐ Drop Box   4 ☐ World Service Center   5 ☐ Station   Forms Attached ☐   ☐ CI   ☐ CO
Base Charges ___   Declared Val Chrg ___   Other ___   ODA/ OPA ___   Credit Card Auth. ___
FedEx Emp # ___   Audit Emp # ___   Date ___   Time ___   Del. Courier Emp # ___   Date ___   Time ___

PART 158410 • Rev. Date 9/13 • 0494-2013 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill



Modelo OP-11
Rev. 12 Feb. 70

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| 80 | 111 | 40 | 02 | | 75 | 111 |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**OFICINA DE PERSONAL**
SAN JUAN, PUERTO RICO
**NOTIFICACION DE NOMBRAMIENTO**
**Y JURAMENTO**

2. Cert. Núm.

3. Autorización Núm.

4. Fecha:

**INSTRUCCIONES:** Use este formulario para informar todo nombramiento en el Servicio por Oposición o en el Servicio sin Oposición. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 16 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Si la persona nombrada no tiene el Historial Personal (Formulario OP-1) radicado en la Oficina de Personal, dicho formulario deberá ser sometido conjuntamente con esta Notificación de Nombramiento. Además, este nombramiento deberá venir acompañado del Examen Médico (Formulario OP-12) y del acta de nacimiento de la persona nombrada. Prepare cuatro copias de este formulario y someta tres a la Oficina de Personal con los documentos estipulados. Para nombramiento de emergencia no se requiere Historial Personal, Examen Médico ni acta de nacimiento. La cuarta copia es para sus archivos.

5. Nombre del Empleado:
RUIZ            DIAZ            CARMEN M.
(Apellido Paterno)      (Apellido Materno)      (Nombre)
Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

6. Dirección:
Ext. Sta. Teresita
Calle C-BQ-6
Ponce, P.R.

7. Agencia, Negociado o División, Sección o Unidad: POLICIA DE PUERTO RICO-COMANDANCIA AREA DE PONCE

8. Título de Clasificación:          Símbolo      Puesto Núm.  Serie
SECRETARIA I                      11401        1724      10-814067

9. Sexo:  ☐ Varón   ☒ Mujer

10. Clase de nombramiento:
☐ Probatorio        ☐ Transitorio        ☐ Provisional        ☐ De Emergencia Núm.
☒ En el Servicio XXXXXXXXXX  De carrera según Artículo 8 inciso b Ley 26 del 22 de agosto 1974
(INDIQUE LA DISPOSICION LEGAL QUE INCLUYE EL PUESTO EN ESTE SERVICIO)

11. Fecha de efectividad de Nombramiento:
19 de febrero de 1980

12. Fecha en que expira el nombramiento si es transitorio o de emergencia

13. Sueldo Mensual: $ 410.00
Obvenciones
Ret.    $18.45
S.S.    $25.13

14. Anterior Incumbente: NOEMI BOSCH RODRIGUEZ        Título de clasificación del puesto: SECRETARIA I

15. Firma de la autoridad nominadora o su representante autorizado:
Firma: HIPOLITA FONT RIOS, DIRECTOR        Oficio: ASUNTOS DE PERSONAL        Fecha: 19 feb. 1980

16.
**JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, CARMEN M. RUIZ DIAZ de 21 años SECRETARIA I
(Nombre del Funcionario o Empleado)        (Edad)    (Nombre del cargo o empleo)
juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que guardaré fidelidad y adhesión a las mismas; que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

VALDES        x Carmen M. Ruiz Diaz
ABOGADO NOTARIO PUBLICO        (Funcionario o Empleado)

Jurado y firmado ante mí,
en y para EL E. L. A. DE PUERTO RICO        hoy día 19 de febrero del año 1980
AFFIDAVIT NUM. 10,958        Sofía Valdespino
(Funcionario que toma el juramento)

NO ESCRIBA DEBAJO DE ESTA LINEA

**OFICINA DE PERSONAL**

17. Nombramiento aprobado por:
RAFAEL HERRERO PEREZ
Fecha: 19 de febrero de 1980

18. Tarjeta:
Perforada:    Por:
Verificada:    Por:

19. Núm. asignado al empleado

Núm. Historial Personal

**CONTADURIA**

20. Intervención:

21. Tarjeta Perforada:
Por:
Verificada:
Por:

J. 3-0981—800B—29—1GPR.

GOBIERNO DE PUERTO RICO
**POLICIA DE PUERTO RICO**
**COMANDANCIA DE AREA DE PONCE**
BOX 547 - PONCE, PUERTO RICO 00731

TELS. **842-5225 - 284-4040**

26 de julio de 1995

SRA. MARIA M. RIVERA RODRIGUEZ
DIRECTORA
DIVISION RECLUTAMIENTO
CUARTEL GENERA POLICIA
SAN JUAN, PUERTO RICO

La señora Carmen Milagros Ruiz Díaz, solicita ser evaluada y considerada para el puesto de Ayudante Administrativo I, en la Comandancia del Area de Ponce. En la actualidad se desempeña como secretaria en dicho lugar.

Por este medio quiero recomendar a esta candidata para el puesto que solicita.

Puedo dar fe de que es una persona de conducta intachable, finas cualidades físicas y morales y sana reputación.  Además es persona de gran inteligencia, obtenida por la educación y de probada capacidad.

Conozco de sus ejecutorias en los años que ha trabajado en esta Agencia y no tengo la menor duda de que es la candidata adecuada para el puesto de Ayudante Administrativo I.

Cordialmente,

CAPT. EDDIE SANTIAGO ECHEVARRIA 5-2735
COMANDANTE ZONA DE PONCE

**PROCEDIMIENTO DE QUEJAS, AGRAVIO Y ARBITRAJE**

**POLICÍA DE PUERTO RICO**

**Y**

**SINDICATO EMPLEADOS CIVILES ORGANIZADOS (E.C.O.)**

A utilizarse en Áreas Policíacas, Colegios Universitarios y Cuartel General

| | |
|---|---|
| Carmen Milagros Ruíz Díaz | **ÁREA** __Ponce__ |
| **QUERELLANTE** | **FECHA** _8 de agosto de 2003_ |
| **VS.** | **Q-** __2003-3-006__ |
| Policía de Puerto Rico | **ASUNTO:** _Clasificiación de Puestos_ |
| **QUERELLADO** | _y Retribución_ |

### QUERELLA

#### FECHAS Y HECHOS QUE OCURRIERON Y PROVOCAN LA QUERELLA

1- El 27 de febrero de 2002 (Implatación de Clasificación y Retribución).

2- El 11 de marzo de 2002 (Solicitud Revisión Administrativa).

3- El 19 de agosto de 2003 (Notificación sobre Revisión Administrativa).

Esta última comunicación tiene fecha 2 de abril de 2003, pero se recibió en fecha

19 de agosto de 2003.

#### SECCIÓN DEL CONVENIO O DISPOSICIÓN LEGAL QUE ALEGADAMENTE SE VIOLA

Convenio Art. III y IV, Art. VII, Secc. 2, Art. VIII, Secc. 1, Art. IX, Secc. 1, Art X,

Par 2 y 3, Art. XII, Inciso 2,3, Art. XIV, Secc. 2 y 4, Art. XIX, Secc. 5, Ley #5 de Per-

sonal, Reg. de Personal, Reglamento de Retribución Uniforme Secc. 4.4 (3) y 4.6, Inciso 2,3,

5,6 y 8, Secc. 4.8, Art. 2, Secc. 1 y 2 y Art. 9 Reg. de Personal; Principio de mérito

Secc. 6 (1), (2), (3) y (4) y Art. 4, Ley de Personal.

#### REMEDIO SOLICITADO POR EL EMPLEADO O EL SINDICATO

1. Solicito una **AUDITORIA CON URGENCIA**. Se audite mi plaza y se corrija la clasificación y

retribución para que se me reconozca mi puesto a una escala y clasificación superior; que est

a tono con el nivel de complejidad y responsabilidad del trabajo que desempeño por ser de

mayor jerarquía. Que la misma sea retroactiva. 2-Que se declare nula la clasificación de Aux.

Adm. I y se me adicione al nivel de Auxiliar Adm. II. 3- La auditoría que solicito ya había

sido solicitada para el mes de Marzo de 2003, al Sindicato y Negociado de Recursos Humanos.

| | |
|---|---|
| _8 de septiembre de 2003_ | Carmen M. Ruíz Díaz |
| **FECHA** | **FIRMA DEL QUERELLANTE** |

CONSISTE DE _29_ PAGINAS

JUN 1 3 2018



POLICIA DE PUERTO RiCO
DIVISION ADMINISTRACION DE DOCUMENTOS
CERTIFICO QUE ESTE DOCUMENTO ES COP
FIEL Y EXACTA DEL ORIGINAL EN NUES
PODER.

FIRMA AUTORIZADA

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**POLICIA DE PUERTO RICO**



### INFORME DE CAMBIO

| JIZ | DIAZ | CARMEN | 4 | 36-00248 | |
|---|---|---|---|---|---|
| | Nombre del Empleado | | | Número de Cambio | Número de Seguro Social |

| | | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|---|
| | Número de Puesto | R 14034    10-814067 | K 13756 |
| | Placa o Serie | 00000 | 00000 |
| | Agencia | POLICIA DE PUERTO RICO | |
| | División | COMANDANCIA PONCE | SERVICIOS ADMINISTRATIVOS |
| | Ubicación Geográfica | AREA PONCE | AREA PONCE |
| | Categoría Empleado | DE CARRERA | |
| 1. | Status del Empleado | REGULAR | PROBATORIO |
| . | Título de Clasificación | SECRETARIA I | AYUDANTE ADMI. I |
| 1. | Sueldo | 901.00 | 1010.00 |
| 2a. | Diferencial | | |
| 2b. | Pago Suplementario | | |
| 2c. | Bonificación | | |
| 2d. | Compensación Complementaria | 55.00 | 55.00 |
| 3. | Descuento Contribución sobre Ingresos | | |
| 4. | Descuento Seguro Social | | |
| 4a. | Descuento Medicare | | |
| 5. | Descuento Aportación Sistema de Retiro | 65.36 | 74.38 |
| 6. | Descuento Servicios Médicos | | |
| 7. | Descuento Ahorro (A.E.E.L.A.) | | |
| 8. | Descuento Seguro (A.E.E.L.A.) | | |
| 9. | Otros Descuentos | | |
| | ESCALA | 4 | 11 |
| | TIPO | | 6I |
| 10. | Fecha de Efectividad | | 01/06/96 |

| 1. Cifra de Cuenta | A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 040 | | | | | 76 | 111 | 040 | 3 | 20 | 75 | 111 |

2. Trámite a Realizar:

ASCENSO DE ACUERDO A LA LEY NUM.5 DEL 14/10/75

3. En caso de cambio a otra Agencia indique Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días, Concedida _____ días, Licencia regular _____ días, Concedida _____ días.

| | Fecha Ultimo Día de Pago | Licencia Sin Paga | Fecha de Efectividad |
|---|---|---|---|
| 24. | / / | | / / |
| 25. | / / | | / / |
| 26. Destitución | / / | | / / |
| 27. Cesantía | / / | | / / |

| 28. Suspensión de Empleo y Sueldo: | Duración | De: / / | A: / / |
|---|---|---|---|

| 29. Muerte | | Ultimo día | Participante de Retiro |
|---|---|---|---|
| Fecha: / / Hora: | | de Pago: / / | ☐ Sí    ☐ No |

30. Clase de Licencia:
Duración                    De: / /                    A: / /

31. Comentarios y Explicaciones (Si necesita más espacio use el dorso)
CONTINUA PROXIMA PAGIAN..

32. Si el cambio es a otro puesto, indique nombre anterior incumbente ISMAEL HIDALGO BONILLA

33. Si el cambio es a otra Agencia el Jefe de la agencia o su
Representante Autorizado firmará aquí:

34. Firma del Empleado en casos que fuere necesario

35. Aprobado por: _____
GLORIA M. GUZMAN VIRELLA
Jefe de la Agencia o su Representante

RER   FECHA: 15/05/96

20 de septiembre de 1979

Señor:

Le estamos devolviendo su solicitud de examen para
el puesto de Taquígrafo II, par que tenga la bondad de
indicar las fechas en que usted desempeñó los trabajos
que detalla.

Es imprscindible conocer estas fechas a fin de
poder reevaluar su experiencia, para que las mismas nos
permita determinar el valor relativo de tal experiencia
en la tabla de evaluación que para ese fin hemos
preparado.

Atentamente,

_4

TAg. I.
Forma A.   89.30 %

