IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>THE FINANICAL OVERSIGHT AND<br>MANAGEMENT BOARD OF PUERTO RICO<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>et al<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17BK3283-LTS |

**REPLY TO DEBTOR'S THREE HUNDREAD THIRTY-SIXTH OMNIBUS OBJETCION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE- BARRERAS INC'S PROOF OF CLAIM 21597**

**TO THE HONORABLE COURT:**

COME NOW**, Barreras, Inc.**, creditor in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On June 18, 2021, debtor filed the "Three hundred and thirty-six omnibus objection (substantive)of the commonwealth of Puerto Rico to claims for which the Commonwealth is not liable. (**Docket 17101**).

2. On said objection Debtor includes the following as reasons for the objection to claim 21597 filed by creditor Barreras Inc: "[p]er the books and records do the Administracion Vocacional Rehabilitation, there are no amounts due for the liabilities asserted; invoices were paid in full".

3. The objection did not include any evidence or further information other than what is stated above.

4. Proof of claim 21597 was filed for $108,800.00. This amount pertains to a rent increase difference incurred from January 1, 2014. On said date, the rent increased from

17-BK3283-LTS
REPLY TO OBJETION TO
PROOF OF CLAIM 21597

$46,241.00 to $49,641.00 per the contract between the parties signed on July 1, 2011. Specifically, Addendum "A" section 9.1 (b). (**See Exhibit 1**).

5. From January 1, 2014, Debtor continued to make payments but not for the newly increased amount due. They made partial monthly payments for the original sum of $46,241.00 ignoring the rent increase provided for in the contract and invoiced by creditor. This caused the accrual $108,800.00 in arrears which were correctly claimed by creditor on proof of claim 21597. (**See Exhibit 2**).

6. Thus, creditor herby request that this Honorable Court enter an order denying Debtor's objection to claim 21597 and allow the same as filed.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an order denying Debtor's objection to claim 21597 and allow the same as filed.

**CERTIFICATE OF SERVICE:** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all creditors and other parties in interest which have filed a notice of appearance in the captioned case.

In Guaynabo, Puerto Rico, this 19th day of July 2021.



PO Box 360764, San Juan, PR 00936-0764
Physical Address: Galería San Patricio, Suite 205
B-5 Calle Tabonuco, Guaynabo, Puerto Rico
Telephone: 787-281-0707 | Fax: 787-281-0708

**s/Edgardo L. Rivera Rivera**
USDC-PR No. 206912
E-mail: edgardo@therivera.group

17-BK3283-LTS
REPLY TO OBJETION TO
PROOF OF CLAIM 21597

**s/ Michelle Marie Vega Rivera**
USDC-PR No. 228212
E-mail: mvega@vega-rivera.com