

# BARRERAS, INC.

BI Automotive
BI Park

Adm. Rehabilitación Vocacional
Dpto. de Finanzas Apartado 191118 San Juan 00

| DATE | ACTIVITY |
|---|---|
| 01/01/2014 | Invoice #14-8: Due 01/01/20 2014-01 |
| 02/01/2014 | Invoice #14-16: Due 02/01/2 2014-02 |
| 03/01/2014 | Invoice #14-32: Due 03/01/2 2014-03 |
| 04/01/2014 | Invoice #14-44: Due 04/01/2 2014-04 |
| 05/01/2014 | Invoice #14-58: Due 05/01/2 2014-05 |
| 06/01/2014 | Invoice #14-63: Due 06/01/2 2014-06 |
| 07/01/2014 | Invoice #14-82: Due 07/01/2 2014-07 |
| 08/01/2014 | Invoice #14-85: Due 08/01/2 2014-08 |
| 09/01/2014 | Invoice #14-99: Due 09/01/2 |
| 10/01/2014 | Invoice #14-114: Due 10/01/: |
| 11/01/2014 | Invoice #14-125: Due 11/01/: |
| 12/01/2014 | Invoice #14-137: Due 12/01/: |
| 01/01/2015 | Invoice #15-9: Due 01/01/20 |
| 02/01/2015 | Invoice #15-20: Due 02/01/2( |
| 03/01/2015 | Invoice #15-30: Due 03/01/2( |
| 04/01/2015 | Invoice #15-36: Due 04/01/2( |
| 05/01/2015 | Invoice #15-54: Due 05/01/2( |
| 06/01/2015 | Invoice #15-64: Due 06/01/2( |
| 07/01/2015 | Invoice #15-77: Due 07/01/2( |
| 08/01/2015 | Invoice #15-84: Due 08/01/2( |
| 09/01/2015 | Invoice #15-92: Due 09/01/2( |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

PO BOX 366348, San Juan, PR, 009
emails: e@barrerasinc.con

# BARRERAS, INC.

BI Automotive
BI Park

Adm. Rehabilitación Vocacional
Dpto. de Finanzas Apartado 191118 San Juan 00919-1118

STATEMENT NO. 1026

DATE 05/01/2017
TOTAL DUE $108,800.00
ENCLOSED

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 01/01/2014 | Invoice #14-8: Due 01/01/2014. Renta 2014-01 | 49,641.00 | 3,400.00 |
| 02/01/2014 | Invoice #14-16: Due 02/01/2014. Renta 2014-02 | 49,641.00 | 3,400.00 |
| 03/01/2014 | Invoice #14-32: Due 03/01/2014. Renta 2014-03 | 49,641.00 | 3,400.00 |
| 04/01/2014 | Invoice #14-44: Due 04/01/2014. Renta 2014-04 | 49,641.00 | 3,400.00 |
| 05/01/2014 | Invoice #14-58: Due 05/01/2014. Renta 2014-05 | 49,641.00 | 3,400.00 |
| 06/01/2014 | Invoice #14-63: Due 06/01/2014. Renta 2014-06 | 49,641.00 | 3,400.00 |
| 07/01/2014 | Invoice #14-82: Due 07/01/2014. Renta 2014-07 | 49,641.00 | 3,400.00 |
| 08/01/2014 | Invoice #14-85: Due 08/01/2014. Renta 2014-08 | 49,641.00 | 3,400.00 |
| 09/01/2014 | Invoice #14-99: Due 09/01/2014. 2014-09 | 49,641.00 | 3,400.00 |
| 10/01/2014 | Invoice #14-114: Due 10/01/2014. 2014-10 | 49,641.00 | 3,400.00 |
| 11/01/2014 | Invoice #14-125: Due 11/01/2014. 2014-11 | 49,641.00 | 3,400.00 |
| 12/01/2014 | Invoice #14-137: Due 12/01/2014. 2014-12 | 49,641.00 | 3,400.00 |
| 01/01/2015 | Invoice #15-9: Due 01/01/2015. 2015-01 | 49,641.00 | 3,400.00 |
| 02/01/2015 | Invoice #15-20: Due 02/01/2015. 2015-02 | 49,641.00 | 3,400.00 |
| 03/01/2015 | Invoice #15-30: Due 03/01/2015. 2015-03 | 49,641.00 | 3,400.00 |
| 04/01/2015 | Invoice #15-36: Due 04/01/2015. 2015-04 | 49,641.00 | 3,400.00 |
| 05/01/2015 | Invoice #15-54: Due 05/01/2015. 2015-05 | 49,641.00 | 3,400.00 |
| 06/01/2015 | Invoice #15-64: Due 06/01/2015. 2015-06 | 49,641.00 | 3,400.00 |
| 07/01/2015 | Invoice #15-77: Due 07/01/2015. 2015-07 | 49,641.00 | 3,400.00 |
| 08/01/2015 | Invoice #15-84: Due 08/01/2015. 2015-08 | 49,641.00 | 3,400.00 |
| 09/01/2015 | Invoice #15-92: Due 09/01/2015. 2015-09 | 49,641.00 | 3,400.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 108,800.00 | $108,800.00 |

PO BOX 366348, San Juan, PR, 00936-6348 - Tel 787-764-2520 - 787-579-8082
emails: e@barrerasinc.com - biautomotive@barrerasinc.com



# BARRERAS, INC.

BI Automotive
BI Park

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 10/01/2015 | Invoice #15-99: Due 10/01/2015. 2015-10 | 49,641.00 | 3,400.00 |
| 11/01/2015 | Invoice #15-104: Due 11/01/2015. 2015-11 | 49,641.00 | 3,400.00 |
| 12/01/2015 | Invoice #15-113: Due 12/01/2015. 2015-12 | 49,641.00 | 3,400.00 |
| 01/01/2016 | Invoice #16-5: Due 01/01/2016. 2016-01 | 49,641.00 | 3,400.00 |
| 02/01/2016 | Invoice #16-07: Due 02/01/2016. 2016-02 Renta | 49,641.00 | 3,400.00 |
| 03/01/2016 | Invoice #16-12: Due 03/01/2016. 2016-03 Renta | 49,641.00 | 3,400.00 |
| 04/01/2016 | Invoice #16-17: Due 04/01/2016. 2016-04 Renta | 49,641.00 | 3,400.00 |
| 05/01/2016 | Invoice #16-24: Due 05/01/2016. 2016-05 Renta | 49,641.00 | 3,400.00 |
| 06/01/2016 | Invoice #16-29: Due 06/01/2016. 2016-06 Renta | 49,641.00 | 3,400.00 |
| 07/01/2016 | Invoice #16-40: Due 07/01/2016. 2016-07 Renta | 49,641.00 | 3,400.00 |
| 08/01/2016 | Invoice #16-49: Due 08/01/2016. 2016-08 Renta | 49,641.00 | 3,400.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 108,800.00 | $108,800.00 |