IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>THE FINANICAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al<br>Debtor | PROMESA<br>Title III<br><br>No. 17BK3283-LTS |

## NOTICE OF APPEREANCE

**TO THE HONORABLE COURT:**

COME NOW **Barreras, Inc.**, creditor in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1.       Creditor Barreras, Inc., has retained the services of The Rivera group for representation in the matters pertaining to the above referenced case.

2.       Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, it is requested that all notices be served upon the undersigned at their electronic address herein stated.

**WHEREFORE**, it is respectfully requested that this Honorable Court GRANT this motion together with any order deemed appropriate.

17-03283-LTS9
NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**: I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all creditors and other parties in interest which have filed a notice of appearance in the captioned case including Debtor's attorney.

In Guaynabo, Puerto Rico, this 19th day of July 2021.


Law & Business Advisors

PO Box 360764, San Juan, PR 00936-0764
Physical Address: Galería San Patricio, Suite 205
B-5 Calle Tabonuco, Guaynabo, Puerto Rico
Telephone: 787-281-0707 | Fax: 787-281-0708

s/Edgardo L. Rivera Rivera
USDC-PR No. 206912
E-mail: edgardo@therivera.group

s/ Michelle Marie Vega Rivera
USDC-PR No. 228212
E-mail: mvega@vega-rivera.com