**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 13, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified in the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Filing of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. and Hearing Thereon, a copy of which is attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 16, 2021

                     */s/ Hunter Neal*
                     Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on July 16, 2021, by Hunter Neal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

## **Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1318678 | ARNALDO GARCIA GUARDIOLA | ADDRESS ON FILE | | | | |
| 39622 | AXEL SOTO RIVERA | ADDRESS ON FILE | | | | |
| 1321242 | CARLOS M GIL DE LA MADRID MEDINA | ADDRESS ON FILE | | | | |
| 628156 | CARMEN N RODRIGUEZ RIVERA | ADDRESS ON FILE | | | | |
| 1606753 | de la Cruz Silva, Lorie | ADDRESS ON FILE | | | | |
| 146787 | EDDIE NIEVES HERNANDEZ | ADDRESS ON FILE | | | | |
| 1217736 | ILLIAM M GARCIA BURGOS | ADDRESS ON FILE | | | | |
| 1015657 | JOSE A RODRIGUEZ VILLODA | ADDRESS ON FILE | | | | |
| 252892 | JUAN C RODRIGUEZ TIRADO | ADDRESS ON FILE | | | | |
| 719703 | MERCEDES M CALERO BERMUDEZ | ADDRESS ON FILE | | | | |
| 338412 | Molina Guerrero, Romulo | ADDRESS ON FILE | | | | |
| 1423421 | ORTIZ REYES, OMAR | ADDRESS ON FILE | | | | |
| 1076806 | PAULINE GONZALEZ CAMARENO | ADDRESS ON FILE | | | | |
| 404325 | PEREZ MONTANEZ, MARIA DE LOS A | ADDRESS ON FILE | | | | |
| 1041697 | RAMOS GONZALEZ, MARCELO | ADDRESS ON FILE | | | | |
| 431992 | REINALDO ORTEGA QUINONES | ADDRESS ON FILE | | | | |
| 745350 | RICARDO J ABRAHAM Y ADALIS CORTES | ADDRESS ON FILE | | | | |
| 1086440 | ROBERTO PEREIRA GONZALEZ | ADDRESS ON FILE | | | | |
| 849912 | RODIMEDI & ASSOCIATES, INC. | PO BOX 6824 | | CAGUAS | PR | 00726-6824 |
| 487622 | ROMAN MIRANDA, WILFREDO | ADDRESS ON FILE | | | | |
| 2051057 | VEGA SMITH, SAYEED MANUEL | ADDRESS ON FILE | | | | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>   Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL.* AND HEARING THEREON

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")² (the Oversight Board, in its capacity as sole representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States District Court for the District of Puerto Rico (the "Court"):

(i) the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16740] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Plan"), and

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

² PROMESA is codified at 48 U.S.C. §§ 2101-2241.

(ii) the *Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, [ECF No. 16741] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Disclosure Statement, and any amendments, supplements, changes, or modifications thereto, for approval at a hearing before the Honorable Laura Taylor Swain on **July 13, 2021 at 9:30 a.m. (Atlantic Standard Time)** convened by telephonic hearing through CourtSolutions (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing. The Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) through the agenda for the Disclosure Statement Hearing and/or at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE** that information relating to the adequacy of the information contained in the Disclosure Statement is available online in the Disclosure Statement Depository at titleiiiplandataroom.com.

**PLEASE TAKE FURTHER NOTICE** that objections (an "Objection"), if any, to the approval of the Disclosure Statement must:

(i) be in writing and signed,

(ii) conform to the Federal Rules of Bankruptcy Procedures and the *Fourteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 15894-1] (the "Case Management Procedures"),

(iii) state the name and address of the objector or entity proposing a modification to the Disclosure Statement, and the amount (if applicable) of its claim or nature of its interest in the Debtors' cases,

(iv) specify the basis and nature of any Objection and set forth the proposed modification to the Disclosure Statement, together with suggested language,

(v) be filed with the United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767, **so as to be received on or before June 15, 2021 at 5:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"), and

(vi) be served upon the Office of the United States Trustee, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, P.R. 00901 (re: In re Commonwealth of Puerto Rico) so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that objecting parties that have not filed a timely written Objection will not be permitted to make oral remarks at the Disclosure Statement Hearing.

2

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Disclosure Statement may be obtained by visiting the website maintained by the Debtors' claims and noticing agent in the PROMESA Title III cases, https://cases.primeclerk.com/puertorico/; by sending a request to Prime Clerk LLC, at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com, or, for a fee, from the Court's website, https://www.prd.uscourts.gov/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. Hard copies of the Plan and the Disclosure Statement are available upon request to the Debtors' claims and noticing agent at the phone number or email address above.

| | |
|---|---|
| Dated: May 11, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Brian S. Rosen*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |

3

**ANTE EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) |

**NOTIFICACIÓN DE PRESENTACIÓN DE LA DECLARACIÓN DE DIVULGACIÓN
PARA EL TERCER PLAN DE AJUSTE CONJUNTO ENMENDADO DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS ELABORADO
CONFORME AL TÍTULO III, Y DE LA CORRESPONDIENTE VISTA**

**OBSÉRVESE QUE** el 11 de mayo de 2021, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante del Estado Libre Asociado de Puerto Rico (el "ELA"), del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") y de la Autoridad de Edificios Públicos de Puerto Rico (la "AEP"), conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (la Junta de Supervisión, en su capacidad como el único representante del ELA, del SRE y de la AEP, se denominará los

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación federal del contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101-2241.

123526033v1

"Deudores"), presentó ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"):

(i) el *Tercer Plan de Ajuste Conjunto Enmendado del Estado Libre Asociado de Puerto Rico y otros elaborado conforme al Título III* [ECF núm. 16740] (en su versión enmendada o modificada, incluidos todos sus anexos y documentos adjuntos, el "Plan"), y

(ii) la *Declaración de Divulgación para el Tercer Plan de Ajuste Conjunto Enmendado del Estado Libre Asociado de Puerto Rico y otros* [ECF núm. 16741] (en su versión enmendada o modificada, incluidos todos sus anexos y documentos adjuntos, la "Declaración de Divulgación").

**OBSÉRVESE ADEMÁS** que los Deudores tienen la intención de presentar la Declaración de Divulgación (con sus correspondientes enmiendas, complementos, cambios o modificaciones) para su aprobación en una vista que se celebre ante su señoría, Laura Taylor Swain, el **13 de julio de 2021, a las 9:30 a.m. (AST)** convocada a través de medios telefónicos utilizando CourtSolutions (la "Vista sobre la Declaración de Divulgación"). La Declaración de Divulgación podrá ser enmendada en cualquier momento antes de que se celebre la Vista sobre la Declaración de Divulgación. La Vista sobre la Declaración de Divulgación podrá ser aplazada en cualquier momento sin notificación previa, salvo que se haya(n) anunciado la(s) fecha(s) aplazada(s) a través de un orden del día para la Vista sobre la Declaración de Divulgación y/o durante la propia Vista sobre la Declaración de Divulgación o cualesquiera vista(s) posterior(es).

**OBSÉRVESE ASIMISMO** que la información sobre la idoneidad del contenido de la Declaración de Divulgación puede consultarse en línea en el siguiente Repositorio de la Declaración de Divulgación: titleiiiplandataroom.com.

**OBSÉRVESE TAMBIÉN** que las objeciones (en adelante, la "Objeción"), si las hubiere, a la aprobación de la Declaración de Divulgación deben:

(i) constar por escrito y estar firmadas,

(ii) ajustarse a las Reglas Federales del Procedimiento de Quiebra y los *Procedimientos de Administración de Casos Enmendados núm. 14* [ECF núm. 15894-1] (los "Procedimientos de Administración de Casos"),

(iii) contener el nombre y la dirección del objetor o la entidad que proponga alguna modificación de la Declaración de Divulgación, así como el monto (en su caso) de la reclamación o la naturaleza del interés que le asista en relación con los casos de los Deudores,

(iv) especificar el fundamento y la naturaleza de cualquier Objeción y explicar la modificación propuesta de la Declaración de Divulgación, incluyendo una redacción del lenguaje sugerido a utilizar,

2

(v) presentarse ante el Tribunal de Distrito de los Estados Unidos, Secretaría (*Clerk's Office*), avenida de Carlos Chardón Ste. 150, San Juan (Puerto Rico) 00918-1767, **para ser recibidas a más tardar el 15 de junio de 2021 a las 5:00 p.m. (AST)** (la "Fecha Límite de la Objeción"), y

(vi) notificarse a la Oficina de United States Trustee, Edificio Ochoa, 500, calle Tanca, local 301, San Juan (Puerto Rico) 00901 (asunto: *In re Commonwealth of Puerto Rico*), para ser recibida a más tardar en la Fecha Límite de la Objeción.

**OBSÉRVESE ADEMÁS** que las partes objetantes que no hayan presentado una Objeción dentro de los plazos establecidos no podrán realizar observaciones orales durante la Vista sobre la Declaración de Divulgación.

**Y POR ÚLTIMO, OBSÉRVESE** que se pueden obtener copias del Plan y de la Declaración de Divulgación visitando el sitio web que mantiene el agente de reclamaciones y notificaciones de los Deudores en el marco de los casos de Título III de PROMESA: https://cases.primeclerk.com/puertorico/; realizando una solicitud a Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com; también podrá consultar dichos documentos, previo pago de las tasas correspondientes, visitando el sitio web del Tribunal: https://www.prd.uscourts.gov/. Necesitará un nombre de usuario y una contraseña de PACER para acceder a los documentos en el sitio web del Tribunal, los cuales se pueden obtener a través del Centro de Servicios de PACER visitando www.pacer.psc.uscourts.gov. Hay copias impresas del Plan y de la Declaración de Divulgación disponibles, previa solicitud, a través del agente de reclamaciones y notificaciones de los Deudores utilizando los números de teléfono y la dirección de correo electrónico arriba mencionados.

| | |
|---|---|
| Fecha: 11 de mayo de 2021<br>San Juan (Puerto Rico) | Respetuosamente sometida,<br><br>*/firma/ Brian S. Rosen*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>Nueva York, NY 10036<br><br>*/firma/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC núm. 215205<br>**O'NEILL & BORGES LLC**<br>250 Avenida Muñoz Rivera, local 800<br>San Juan, PR 00918-1813<br><br>*Co-abogados de la Junta de Supervisión y Administración Financiera como representante de los Deudores.* |

3