15 de julio de 2021

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico

Rta: Yolanda Rivera Rivera
Cond Paseo De Las Cumbres
345 carr 850 Apdo. 117
Trujillo Alto, Puerto Rico 00976
787-510-8546
yoda106@live.com

Epigrafe.
A- Tribunal Distrito delos Estado Unidos para el Distrito de Puerto Rico
B- Estado Libre Asociado de Puerto Rico (E.L.A.) Caso de Quiebra Núm. 17 BK 3283-LTS
C- Identificación contributiva federal - 3481

La presente es para solicitar que esta réplica (10904) continue bajo el Depto de la Familia ya que disponen de una sentencia legal para beneficiar a los empleados y ex-empleados de un salario no recibido por años y que el Depto ha ocasionado daños.

Esta sentencia fui adjudicada antes de la Ley Promesa. La misma, el Depto de la Familia ha incumplido la sentencia desde 2012 (luego de varias apelaciones) y en ese tiempo disponían de los fondos en el presupuesto de ese año.

El Depto de la Familia comenzó ha otorgar el 25%, en ese año, e informaron que en meses posteriores honrarían el pago total. Este acuerdo no se efectuó, sentí falta de ética y de respeto a los empleados. Todas las evidencias sobre lo señalado anterior se les envió a Prime Clerk para el 2018 ya que solicitaron se cumplimentara su formulario y así lo hice. Todos estos años no se recibió respuesta.

Le serví al Depto de la Familia por 33 años (los primeros 3 años trabajé por contrato) con lealtad, compromiso, profesionalismo y brindando servicios de excelencia a mi isla - Puerto Rico. Al retirarme sentí orgullo y completar este ciclo de vida con alegría, lo efectué para el 2009. Luego comienza la nueva etapa de adultez o vejez con tranquilidad ya que recibiría mi pensión de jubilada con derechos.

Además notifico que el para el 2015 solicité que se re-ajuste mi pensión de acuerdo a la sentencia legal dictada

Esta réplica es el número (10792) y considero que se debe evaluar la solicitud como corresponde. El Depto de la Familia determinó (en ese momento) que no evaluaría la pensión hasta que recibiera el pago total de la demanda; lo que nunca se logró.

Por todo lo expuesto no estoy de acuerdo que se unan a todos los deudores bajo el E.L.A. ya que cada agencia tiene sus motivos.

En la actualidad no dispongo de fondos para sufragar gastos de abogados que me respalden y asesoren en estas peticiones. Mis ingresos son utilizados adecuadamente para no depender de agencias gubernamentales (el cual no cualifico ni para recibir asistencia nutricional) ni de la familia. Toda esta información la expondría por derecho propio. Les reitero de mi interés de recibir los beneficios que me corresponden por la sentencia de la demanda y el re-ajuste a mi pensión. Gracias.

Cordialmente,

Yolanda Rivera Rivera