Yolanda [illegible]
Crud. Paseo De Las Cumbres
345 cam 850 Apd 117
Trujillo Alto, Puerto Rico
00976

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 19 PM 5:15

7020 1810 0001 4874 4445

U.S. POSTAGE
FCM LETTER
SAN JUAN, PR
00926
JUL 15, 21
AMOUNT
$7.0
R2305K140

Secretaria
Tribunal de Distrito de los Estados
Unidos.
150 Avenida Chardón
Edificio Federal
San Juan, Puerto Rico 00918

00918-170399