**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---

In re:

**THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,**

**as representative of**

**THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT, AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,**

**Debtors**

**PROMESA**
**Title III**

**NO. 17 BK 3283-LTS**

**Jointly Administered**

---

### PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE FROM III PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO BY PROMESA ACT

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE MOST TAKEN AS A RESULT OF IT TO WHOM CONSIDER THOSE SOCIOPOLITIC & SOCIOECONOMIC CONTROVERSY BACKGROUNDS THAT TURN OFF THE WAY OF STABILITY AND SOLVENCY OF THE EMPLOYEES AND RETIREES AT THE RETIREMENT SYSTEM OF THE GOVERNMENT (AGENCY), THE COMMONWEALTH OF PUERTO RICO FINANCIAL STATUS AND ANY FUTURE AGREEMENT ABOUT THAT  WITH THIS III PLAN OF ADJUSTEMENT OF THE COMMONWEALTH OF PUERTO RICO BY PROMESA ACT THAT NOT ASSUME ANY RESPONSIBILITIES FROM ABOUT:

1. THE PREVIEW STATUS LIKE A TERM THAT BECAME WITH ANY LABOR CLASS OF PAST GOODSTANDING FROM ABOUT ANY FORMAL INCOME AND INCOME TAXES ON THE MICRO PR CENSUS AT ANY MATTER OF FACT OF SOCIOPOLITIC AND SOCIOECONOMIC CULTURE, MAYBE INCLUDE A SUPERFICIALLY PROBLEM SOLVING FOR THE PR FINANCIAL STATUS USING THE MORE VULNERABLE AND BROKEN PRODUCTIVE LABOR CLASS WITH DISAGREEMENTS AND WITHOUT ANY GUARANTEES FOR THIS PUBLIC PAST DUE, REASON FOR THE COMEBACK AS SOON AS POSSIBLE OF THE OVERSIGHT BOARD OR THE

**OVERSIGHT RETURN THAT NEVER SATISFY ANY PAYABLE TRADE OR DEAL BILL.**

    a. **CHECK IN AND OUT THE REAL SLOW DOWN PER CÁPITA (ADULTS AND ELDERS WITH LESS PRIVATE INCOME AND WITH A FINANCIAL SECURITY ON RISK).**

**2. THE VIEW STATUS LIKE A TERM THAT BECOME WITH ANY CLASS OF PRESENT (UPDATE) DELINCUENCY FROM ABOUT ANY INFORMAL INCOME AND WITH A LITLLE AMONG OF INCOME TAXES ON POSSIBLE PAYABLE SCALES, BUT AT TOO MUCH FEDERAL CREDITS TAXES AND PUBLIC ASSISTANCES FOR THE MACRO PR CENSUS AT ANY MATTER OF FACT OF SOCIOPOLITIC AND SOCIOECONOMIC CULTURE, INCLUDE THE PERMANENT PLACE FOR THE OVERSIGHT BOARD WITH DISAGREEMENTS AND WITHOUT ANY GUARANTEES FOR THIS PUBLIC PAST DUE THAT NEVER SATISFY ANY PAYABLE TRADE OR DEAL BILL.**

    a. **CHECK IN AND OUT THE GROSS OF FEDERAL FUNDS IN ALL HIS PROGRAMS (INFANTS, YOUNGERS, TEENAGES, ADULTS AND ELDERS WITH LESS PRIVATE AND PERSONAL (OWNSHIP) INCOME AND FORGET HIS FINANCIAL SECURITY THAT ENTER ON RISK).**

**3. THE REVIEW STATUS LIKE A TERM THAT BECOME WITH ANY CLASS OF FUTURE CHAOS FROM ABOUT ANY UNDERGROUND INCOME AND NOT BY ANY INCOME TAXES WAYS, BUT AT TOO MUCH FEDERAL CREDITS TAXES, PUBLIC & FEDERAL ASSISTANCES AND ECONOMY STIMULUS FOR THE MACRO PR CENSUS AT THE SOCIOPOLITIC AND SOCIOECONOMIC CULTURE, INCLUDE ALL KIND OF PLAN OF ADJUSTEMENT OF THE COMMONWEALTH THAT NEVER SATISFY THE PR FINANCIAL STATUS, JUST FOR ADOPTING THE PERMANENT PLACE FOR THE OVERSIGHT BOARD ON DISAGREEMENTS TOO, AND WITHOUT ANY GUARANTEES FOR THIS PUBLIC PAST DUE THAT NEVER SATISFY ANY PAYABLE TRADE OR DEAL BILL.**

    a. **CHECK IN AND OUT THE IR´S FEEDBACK AND FINANCIAL OVERSIGHT BOARD ADJUSTMENT (ELDERS, ADULTS, TEENAGERS, YOUNGERS AND INFANTS WITH NO GUARANTEE ABOUT PRIVATE INCOME (OWNSHIP) AND PASS AWAY HIS PERSONAL FINANCIAL SECURITY THAT GETPUT ON RISK).**

FOR THESE KIND OF REASONS, I PRETEND WITH THIS PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO.   IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS,   OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: JULY 16, 2021 ON: AGUADILLA PR