Mrs. Ana A. Nuñez Velazquez
Res. Villanueva Apto. 170
Aguadilla PR 00603-7044

RECEIVED & FILED
2021 JUL 19 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The United States District Court
Clerk's Office
150 Carlos Chardón Ave. Suite 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JUL 17, 21
AMOUNT
$0.55
R2304W120031-08