FROM:

Edgar Felix Torres
Urbanización Jardines de
Guamaní, calle 9 -C 5
Guayama, P.R. 00784



**UNITED STATES POSTAL SERVICE.**   Retail

F   US POSTAGE PAID
$4.80   Origin: 00784
07/19/21
4239600784-02

FIRST-CLASS PKG SVC - RTL™

0 Lb 4.70 Oz
1005

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR  00918-1706

USPS TRACKING® #



9500 1104 1523 1200 6128 81

TO: United States
District Court
150 Ave. Carlos Chardon
Ste. 150
San Juan P.R. 00918

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

ReadyPost