IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | NO. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYESS RETIREMENT SYSTEM OF THE GOVERNMENT AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | Jointly Administered |
| Debtors | |

### PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE FROM NON DEBTORS CLASS ON BOARD

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE MOST AS A RESULT OF IT, TO CONSIDER THOSE "NO DEBTORS ON BOARD", JUST AS SEEING, LIKE A "DEBTORS´ BY THE WAY OF THE EMPLOYEES AT THE RETIREMENT SYSTEM OF THE GOVERNMENT (AGENCY), WITHOUT ANY INTERNAL PREVIEW, VIEW OR REVIEW OF THE INCOME AND DUES AT THE AGENCY FINANCIAL STATEMENTS FROM ABOUT ANY OF:

1. THE GOVERNMENT OF PUERTO RICO ACCOUNT ACTIVITY, USING THE ERS OWNERSHIPS AND EMPLOYEES CURRENTLY CONTRIBUTION OR SAVINGS BY HIS GUARD, OR MAYBE ALSO, THE GOOD STANDING OF THE UPDATE RETIREE PAYBACK BENEFITS, THAT NEVER WAS SHOW OFF AND NEVER EXPLAINED.
2. THE COMMON AUTHORIZATION TO ENTER WITH ANY HOLDERS NEGOTATION USING THE PUBLIC EMPLOYEES PAYROLL OR RETIREE FUNDS WITH ANY PERFORMANCE WITH ANY DISAGREE ABOUT IT, THAT NEVER WAS CONSIDERED, NEVER SHOW OFF AND NEVER EXPLAINED.
3. THE TYPE OF HOLDERS NEGOTIATIONS & TYPE OF INTEREST RATE & ANY RISK ABOUT IT BEFORE, DURING OR AFTER THOSE FINANCIAL NEGOTATIONS THAT NEVER WAS CONSIDERED NEVER SHOW OFF AND NEVER EXPLAINED.
4. THE LIMITATIONS ON TRANSACTIONS THEMES & SCHEMES, THAT NEVER WOULD BE OPEN TO THE PROPER OWNERSHIPS ON THOSE AND FOR THOSE MARKETING PURPOSES TAKING THE OWNERSHIPS SHARING DISAGREEMENT, JUST LIKE ABOUT A MATTER OF FACT AT THE CLOSE GOVERNMENT & ERS AGENCY FINANCE CHARGE, BOND & CREDITORS PAYMENTS, CREDITORS ACCOUNT BALANCE, BOND & CREDITORS PAST DUE, BUT AT THE FUTURE NATIONAL BANKRUPT IN A LEGAL CASE AND FINALLY, THE ARRIVAL OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THAT COME IN BY THE PROMESA TITLE III RULES, AS A RESULT THAT WAS THE ORDER OF THE DAY, PRETEND AFFECTING AND COLLAPSING THE VISION, MISSION, CHALLEGE, GOAL OR ACHIEVEMENT OF THE COMMON GOVERNMENT & ERS FINANCIAL DISCONTROL WITH THIS KIND OF LITTLE AND

TINY PROPER OWNERSHIPS, THAT NEVER WAS CONSIDERED, NEVER SHOW OFF AND NEVER EXPLAINED.

5. HOWEVER, HOW IS POSSIBLE THAT THE GOVERNMENT & ERS AGENCY NEVER CONSULT WITH HIS ASSOCIATES (EMPLOYEES & RETIREES) WITH THE FINALITY ABOUT FAILURE OF PROTECTING THOSE PERSONAL INFORMATION AND PRIVATE CONTRIBUTIONS OUT OF COMPLIANCE WITH FEDERAL REGULATIONS, THOSE THAT ARE GIVES ON THE RIGHT WITHOUT ANY MARKETING ISSUES TO CLAIMS, JUST IN THE NAME OF THE DISAGREEMENT AND OPPOSITION CONTROVERSY FROM ABOUT THE PROPER OWNERSHIPS (EMPLOYEES & RETIREES) VERSUS THE GOVERNMENT & ERS AGENCY FINANCIAL STANDING AND STATEMENTS UPDOWNS, THAT NEVER WAS CONSIDERED AND SHOW OFF WITH ANY PUBLIC STATEMENT OF HOLDERS & BONDS CREDITORS, THE BALANCE LAST, UPDATE & AVAILABLE STATEMENTS WITH DEBITS, CREDITS AND POSSIBLE PAST DUES, OVERDRAFF FEES, ETC., AS AN APPRECIATE PATRONAGE AND PAYROLL TRANSACTIONS ON LABOR LAW, AS SUCH AS A NOT AN AUTOMATIC CAUSES OF ACTIONS, WITHOUT ALL THE AGREEMENTS RIGHTS OF THE REAL PLAINTIFF OWNERSHIPS (EMPLOYEES & RETIREES), THAT NEVER WAS CONSULTED, THAT NEVER WAS CONSIDERED, NEVER SHOW OFF AND NEVER EXPLAINED.

6. WELL, SHARING MY PERSONAL INFORMATION & RETIRENMENT FINANCIAL STATUS WITH ANY OF THOSE UNKNOW CREDITORS "FROM BEFORE HANDS", IS SOMETHING THAT REPRESENTS THE IMPROPER MANNER OF MANAGEMENT WITH THE GOVERNMENT & ERS AGENCY ABUSSE AS A JOINTLY MARKETING BUSINESS THAT NEVER IT SUPPOSE TO DOES, AT WHAT KIND OF RISK AT THE MARKET, THAT NEVER SERVED TO THIS KIND OF NATIONALS OWNERSHIPS, LIKE ME, LITTLE AND TINY NO DEBTORS LABOR CLASS.

FOR THESE KIND OF REASONS I PRETEND WITH THIS PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT ON MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I BEING THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

RESPECTFULLY SUBMITTED,

*[signature]*

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: JULY 12, 2021
AGUADILLA PR 00603

2