IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA
Title III

as representative of

NO. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

Jointly Administered

Debtors

---

PRO SÉ OBJECTION BASED ON A MATTER OF FACT ISSUE FROM
NON DEBTORS CLASS ON BOARD

---

ANNEXED ASSESMENTS

1. GENERAL BRIEF ABOUT A GERRYMANDERING OPTION II
2. CLASSIFICATION OF LITIGATIONS FACTORS
3. AN EXAMPLE PLAN OF A
4. GENERAL BRIEF ABOUT A GERRYMANDERING OPTION I
5. OBJECTIONS TO DISCLOSURE STATEMENT
6. AGENCY BUSINESS & ECONOMIC BACKGROUND ISSUES
7. AGENCY RESTRICTIONS AT THE OUTLOOK
8. AGENCY UPDOWN ON THE FINANCIAL STATEMENTS
9. PERSONAL & PRIVATE AGENCY CREDITOR RELEASES
10. FEASIBILITY PENSION AGENCY PROGRAM PAYMENTS
11. THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT

RESPECTFULLY SUBMITTED,

*[signature]*
ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: JULY 12, 2021
AGUADILLA PR 00603

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## GENERAL BRIEF ABOUT A GERRYMANDERING OPTION
## REVIEWING THE DEBTORS AND CREDITORS BEST ANSWER

SELECT (✓) THE CORRECT ANSWER AND DISCUSS
✓ CREDITORS PARTICIPANTS AT PROMESA T.III
✓ DEBTORS PARTICIPANTS AT PROMESA T.III

| PRIME BACKUP RESERVES | GERRYMANDERING STANDING OPTIONS | | |
|---|---|---|---|
| | BEFORE JA | DURING JA | AFTER JA |
| 1. JUDGMENTS | | | |
| 2. DAMAGES | | | |
| 3. DEBTS | | | |
| 4. RIGHTS | | | |
| 5. REMEDIES | | | |
| 6. CAUSES OF ACTIONS | | | |
| 7. LIABITIES | | | |
| 8. FELONIES | | | |
| 9. KICKBACK | | | |
| 10. PAY AS YOU... | | | |
| 11. LOBBYIST ON... | | | |
| 12. VULTURE ON... | | | |
| TOTAL AVERAGE | | | |

JA (JOINTLY ADMINISTERED)

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 11, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## CLASSIFICATION OF LITIGATIONS FACTORS BY THE "OBJECTIONS FROM ANA A. NÚÑEZ VELÁZQUEZ LIKE A COMMONWEALTH OF PUERTO RICO DEBTOR TO THE FINANCIAL OVERSIGHT & MANAGEMENT BOARD FOR PUERTO RICO ON DISCLOSURE STATEMENT"
(TO BE COMPLETE BY THE ERS HARDWARE RECORDS SINCE 1991 THRU 2003 & 2012)

| MONTH & YEAR | EMPLOYEE ERS CONTRIBUTION | ERS AGENCY % INTEREST | ERS AGENCY CREDITOR | ERS AGENCY DEBTOR | ERS AGENCY BANKRUPT |
|---|---|---|---|---|---|
| 4/1991 | | | | | |
| 4/1992 | | | | | |
| 4/1993 | | | | | |
| 4/1994 | | | | | |
| 4/1995 | | | | | |
| 4/1996 | | | | | |
| 4/1997 | | | | | |
| 4/1998 | | | | | |
| 4/1999 | | | | | |
| 4/2000 | | | | | |
| 4/2001 | | | | | |
| 4/2002 | | | | | |
| 4/2003 | | | | | |
| 8/2012 | | | | | |
| 9/2012 | | | | | |
| 10/2012 | | | | | |
| TOTAL AVERAGE | | | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 9, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## AN EXAMPLE PLAN OF A FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

## GENERAL BRIEF ABOUT A GERRYMANDERING OPTION REVIEWING THE DEBTORS AND CREDITORS BEST ANSWER

| GERRYMANDERING OPTIONS | AMONG DUE PERCENTAGES APPLICATION | | | |
|---|---|---|---|---|
| | PRINCIPAL | HIGH INTEREST | LOW INTEREST | FEE CHARGES |
| ≥ 65% FOR TWENTY (20) YEARS BY LITIGATION VALUATION | | | | |
| 45% FOR TWENTY (20) YEARS BY LITIGATION VALUATION | | | | |
| ≤ 25% FOR TWENTY (20) YEARS BY LITIGATION VALUATION | | | | |
| TOTAL AVERAGE | | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 10, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## AN EXAMPLE PLAN OF A
## FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

### GENERAL BRIEF ABOUT GERRYMANDERING PAYABLE OPTIONS
### REVIEWING THE DEBTORS AND CREDITORS BEST ANSWER

SELECT (✓) THE CORRECT ANSWER AND DISCUSS
✓ CREDITORS AT THE FINANCIAL OVERSIGHT
✓ DEBTORS AT THE FINANCIAL OVERSIGHT

| GERRYMANDERING PAYABLE OPTIONS | AMONG DUE PERCENTAGES APPLICATION | | | |
|---|---|---|---|---|
| | PRINCIPAL | HIGH INTEREST | LOW INTEREST | FEE CHARGES |
| 0% | | | | |
| 5% | | | | |
| 15% | | | | |
| 25% | | | | |
| 35% | | | | |
| 45% | | | | |
| 55% | | | | |
| 65% | | | | |
| 75% | | | | |
| 85% | | | | |
| TOTAL AVERAGE | | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 10, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## CLASSIFICATION OF LITIGATIONS FACTORS BY THE "OBJECTIONS TO DISCLOSURE STATEMENT"
(TO BE COMPLETE BY THE ERS HARDWARE RECORDS SINCE 1985 THRU 2020)

### I
### AGENCY PERFORMANCE ON A REASONABLENESS VIEW

| MONTH & YEAR | EMPLOYEES CONTRIBUTION | EMPLOYMENT CONTRIBUTION | GENERAL FUNDING | AGENCY SAVINGS | AGENCY % INTEREST |
|---|---|---|---|---|---|
| 7/1985 | | | | | |
| 7/1990 | | | | | |
| 7/1995 | | | | | |
| 7/2000 | | | | | |
| 7/2005 | | | | | |
| 7/2010 | | | | | |
| 7/2015 | | | | | |
| 7/2020 | | | | | |
| TOTAL AVERAGE | | | | | |

### II
### AGENCY FINANCIAL & COMMERCIAL ON A REASONABLENESS VIEW

| MONTH & YEAR | EMPLOYEES PERSONAL LOANS & GRANTS | LOAN & GRANTS % INTEREST | ERS STOCK | ERS CAPITAL MARKET | ERS COMMON BUSINESS |
|---|---|---|---|---|---|
| 7/1985 | | | | | |
| 7/1990 | | | | | |
| 7/1995 | | | | | |
| 7/2000 | | | | | |
| 7/2005 | | | | | |
| 7/2010 | | | | | |
| 7/2015 | | | | | |
| 7/2020 | | | | | |
| TOTAL AVERAGE | | | | | |

## III
## AGENCY FISCAL RISK ON A REASONABLENESS VIEW

| MONTH & YEAR | INFRAESTRUCTURE COST & PAYROLL | ERS RETIREE PAYBACK | DOWN #EMPLOYEES | DOWN INCOME | NEW ERA COMMON DUE |
|---|---|---|---|---|---|
| 7/1985 | | | | | |
| 7/1990 | | | | | |
| 7/1995 | | | | | |
| 7/2000 | | | | | |
| 7/2005 | | | | | |
| 7/2010 | | | | | |
| 7/2015 | | | | | |
| 7/2020 | | | | | |
| TOTAL AVERAGE | | | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 9, 2021

THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO

CLASSIFICATION OF LITIGATIONS FACTORS
AGENCY BUSINESS & ECONOMIC BACKGROUND ISSUES
(TO BE COMPLETE BY THE ERS HARDWARE RECORDS SINCE 1985 THRU 2020)

## I. REGAIN FISCAL RESPONSIBILITY
SLOW DOWNLOAD AT THE PAYBACK FOR THE RETIREE
& UPDATE THE ACTIVE GROSS CONTRIBUTION 14-22%
FROM PUBLIC OR PRIVATE EMPLOYEES AND EMPLOYERS

| MONTH & YEAR | PROPER BUDGET | EXCLUSIVE DEBIT | SAVINGS CREDI RESERVE | GETPUT DUE FROM... |
|---|---|---|---|---|
| 7/1985 | | | | |
| 7/1990 | | | | |
| 7/1995 | | | | |
| 7/2000 | | | | |
| 7/2005 | | | | |
| 7/2010 | | | | |
| 7/2015 | | | | |
| 7/2020 | | | | |
| TOTAL AVERAGE | | | | |

## II. RESTRUCTURE ITS DEBITS
SLOW DOWNLOAD AT THE PAYBACK FOR THE RETIREE
& UPDATE THE ACTIVE GROSS CONTRIBUTION 14-22%
FROM PUBLIC OR PRIVATE EMPLOYEES AND EMPLOYERS

| MONTH & YEAR | PROPER BUDGET | SAVINGS DEBT RESERVE | 401K & IRA'S | OUTPUT DUE FROM ... TO |
|---|---|---|---|---|
| 7/1985 | | | | |
| 7/1990 | | | | |
| 7/1995 | | | | |
| 7/2000 | | | | |
| 7/2005 | | | | |
| 7/2010 | | | | |
| 7/2015 | | | | |

| MONTH & YEAR | PROPER BUDGET | SAVINGS DEBIT RESERVE | 401K & IRA'S | INVESTMENT & STOCKS |
|---|---|---|---|---|
| 7/2020 | | | | |
| TOTAL AVERAGE | | | | |

## III. GAIN ACCESS TO CAPITAL MARKETS
SLOW DOWNLOAD AT THE PAYBACK BY THE RETIREE ACCOUNT & UPDATE THE ACTIVE GROSS CONTRIBUTION 14-22% FROM PUBLIC OR PRIVATE EMPLOYEES AND EMPLOYERS

| MONTH & YEAR | PROPER BUDGET | SAVINGS DEBIT RESERVE | 401K & IRA'S | INVESTMENT & STOCKS |
|---|---|---|---|---|
| 7/1985 | | | | |
| 7/1990 | | | | |
| 7/1995 | | | | |
| 7/2000 | | | | |
| 7/2005 | | | | |
| 7/2010 | | | | |
| 7/2015 | | | | |
| 7/2020 | | | | |
| TOTAL AVERAGE | | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 8, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## CLASSIFICATION OF LITIGATIONS FACTORS
## AGENCY RESTRICTIONS AT THE OUTLOOK
### (TO BE COMPLETE BY THE ERS HARDWARE RECORDS AT 2020)

### I. CLASS 48A (RETIRED ERS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PREEMPTION AT THE FISCAL PLAN | | | | |
|---|---|---|---|---|---|
| | UPDATE CLAIMS | UNSECURED CLAIMS | 401K | IRA'S | %AVERAGE |
| A. INPUT | | | | | |
| B. GETPUT | | | | | |
| C. OUTPUT | | | | | |
| D. STAND BY | | | | | |
| TOTAL AVERAGE | | | | | |

### II. CLASS 48B (RETIRED JRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PREEMPTION AT THE FISCAL PLAN | | | | |
|---|---|---|---|---|---|
| | UPDATE CLAIMS | UNSECURED CLAIMS | 401K | IRA'S | %AVERAGE |
| A. INPUT | | | | | |
| B. GETPUT | | | | | |
| C. OUTPUT | | | | | |
| D. STAND BY | | | | | |
| TOTAL AVERAGE | | | | | |

### III. CLASS 48C (RETIRED TRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PREEMPTION AT THE FISCAL PLAN | | | | |
|---|---|---|---|---|---|
| | UPDATE CLAIMS | UNSECURED CLAIMS | 401K | IRA'S | %AVERAGE |
| A. INPUT | | | | | |
| B. GETPUT | | | | | |
| C. OUTPUT | | | | | |
| D. STAND BY | | | | | |
| TOTAL AVERAGE | | | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 8, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## CLASSIFICATION OF LITIGATIONS FACTORS
## AGENCY UPDOWN ON THE FINANCIAL STATEMENTS
(TO BE COMPLETE BY THE ERS HARDWARE RECORDS AT 2020)

---

### I. CLASS 48A (RETIRED ERS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PARTICIPANTS REORGANIZE AT THE FISCAL PLAN | | | | |
|---|---|---|---|---|---|
| | UPDATE CLAIMS | UNSECURED CLAIMS | 401K | IRA'S | %AVERAGE |
| A. INPUT | | | | | |
| B. GETPUT | | | | | |
| C. OUTPUT | | | | | |
| D. STAND BY | | | | | |
| TOTAL AVERAGE | | | | | |

---

### II. CLASS 48B (RETIRED JRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PARTICIPANTS REORGANIZE AT THE FISCAL PLAN | | | | |
|---|---|---|---|---|---|
| | UPDATE CLAIMS | UNSECURED CLAIMS | 401K | IRA'S | %AVERAGE |
| A. INPUT | | | | | |
| B. GETPUT | | | | | |
| C. OUTPUT | | | | | |
| D. STAND BY | | | | | |
| TOTAL AVERAGE | | | | | |

---

### III. CLASS 48C (RETIRED TRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PARTICIPANTS REORGANIZE AT THE FISCAL PLAN | | | | |
|---|---|---|---|---|---|
| | UPDATE CLAIMS | UNSECURED CLAIMS | 401K | IRA'S | %AVERAGE |
| A. INPUT | | | | | |
| B. GETPUT | | | | | |
| C. OUTPUT | | | | | |
| D. STAND BY | | | | | |
| TOTAL AVERAGE | | | | | |

---

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 8, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## CLASSIFICATION OF LITIGATIONS FACTORS
## PERSONAL & PRIVATE AGENCY CREDITOR RELEASES
(TO BE COMPLETE BY THE ERS HARDWARE RECORDS AT 2020)

---

### I. CLASS 48A (RETIRED ERS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | LOAN & BUSINESS REORGANIZE AT THE FISCAL PLAN | | |
|---|---|---|---|
| | ≤ $3,000.00 | ≥ $3,000.00 | % AVERAGE |
| A. INPUT | | | |
| B. GETPUT | | | |
| C. OUTPUT | | | |
| D. STAND BY | | | |
| TOTAL AVERAGE | | | |

### II. CLASS 48B (RETIRED JRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | LOAN & BUSINESS REORGANIZE AT THE FISCAL PLAN | | |
|---|---|---|---|
| | ≤ $3,000.00 | ≥ $3,000.00 | % AVERAGE |
| A. INPUT | | | |
| B. GETPUT | | | |
| C. OUTPUT | | | |
| D. STAND BY | | | |
| TOTAL AVERAGE | | | |

### III. CLASS 48C (RETIRED TRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | LOAN & BUSINESS REORGANIZE AT THE FISCAL PLAN | | |
|---|---|---|---|
| | ≤ $3,000.00 | ≥ $3,000.00 | % AVERAGE |
| A. INPUT | | | |
| B. GETPUT | | | |
| C. OUTPUT | | | |
| D. STAND BY | | | |
| TOTAL AVERAGE | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 8, 2021

# THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

## CLASSIFICATION OF LITIGATIONS FACTORS
## FEASIBILITY PENSION AGENCY PROGRAM PAYMENTS
(TO BE COMPLETE BY THE ERS HARDWARE RECORDS AT 2020)

### I. CLASS 48A (RETIRED ERS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PENSIONS REORGANIZE AT THE FISCAL PLAN | | |
|---|---|---|---|
| | $\leq$ $1,500.00 p/m | $\geq$ $1,500.00 p/m | % AVERAGE |
| A. INPUT | | | |
| B. GETPUT | | | |
| C. OUTPUT | | | |
| D. STAND BY | | | |
| TOTAL AVERAGE | | | |

### II. CLASS 48B (RETIRED JRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PENSIONS REORGANIZE AT THE FISCAL PLAN | | |
|---|---|---|---|
| | $\leq$ $1,500.00 p/m | $\geq$ $1,500.00 p/m | % AVERAGE |
| A. INPUT | | | |
| B. GETPUT | | | |
| C. OUTPUT | | | |
| D. STAND BY | | | |
| TOTAL AVERAGE | | | |

### III. CLASS 48C (RETIRED TRS PARTICIPANT BELOW - THRESHOLD CLAIMS)

| DATA MEMBERS | PENSIONS REORGANIZE AT THE FISCAL PLAN | | |
|---|---|---|---|
| | $\leq$ $1,500.00 p/m | $\geq$ $1,500.00 p/m | % AVERAGE |
| A. INPUT | | | |
| B. GETPUT | | | |
| C. OUTPUT | | | |
| D. STAND BY | | | |
| TOTAL AVERAGE | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST
JULY 8, 2021

THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO

I. THE PLAN'S CLASSIFICATION SCHEME COMPLIES WITH PROMESA
  A. DONE RIGHT
  B. DONE RIGHT
  C. DONE RIGHT
  D. REVIEW PURPOSE
    1. "ADOPTED A PERMISSIVE APPROACH TO CLASIFICATION"
       (REVIEW PURPOSE NUMBER 1)
       APPROACH TO CLASSIFICATION SUPPORTING IN
       A RELEVANT CASE LAW, LOGIC AND COMMON SENSE
       TO BE COMPLETE WITH THE "ERS HARDWARE"

| MONTH/YEAR | BASIC LAW | #EMPLOYEES | #RETIREES | <WAGES | >WAGES | % ERS |
|---|---|---|---|---|---|---|
| 7/1985 | | | | | | |
| 7/1990 | | | | | | |
| 7/1995 | | | | | | |
| 7/2000 | | | | | | |
| 7/2005 | | | | | | |
| 7/2010 | | | | | | |
| 7/2015 | | | | | | |
| 7/2020 | | | | | | |
| TOTAL AVERAGE | | | | | | |

E. REVIEW PURPOSE
  1. "RETIREE CLAIMS AND GENERAL UNSECURED CLAIMS CAN AND MUST BE CLASSIFIED TOGETHER"
  2. "SETTLEMENT PROVIDES BOTH BUSINESS AND ECONOMIC JUSTIFICATIONS FOR SEPARATE CLASSIFICATION"
     (REVIEW PURPOSE NUMBER 1)
     RETIREE CLAIMS TOGETHER   IN A RELEVANT CASE LAW,
     LOGIC AND COMMON SENSE TO BE COMPLETE WITH THE
     "ERS HARDWARE"

| MONTH/YEAR | BASIC LAW | RETIREE CLAIMS/ERS GROSS PAY | UNSECURED CLAIMS/ERS HOLD PAY |
|---|---|---|---|
| 7/1985 | | | |

| MONTH/YEAR | | | |
|---|---|---|---|
| 7/1990 | | | |
| 7/1995 | | | |
| 7/2000 | | | |
| 7/2005 | | | |
| 7/2010 | | | |
| 7/2015 | | | |
| 7/2020 | | | |
| TOTAL AVERAGE | | | |

## (REVIEW PURPOSE NUMBER 2)
## SETTLEMENT PROVIDES BOTH BUSINESS & ECONOMIC STATUS
## IN A RELEVANT CASE LAW, LOGIC AND COMMON SENSE TO BE COMPLETE
## WITH THE "ERS HARDWARE"

| MONTH/YEAR | BASIC LAW | RETIREE CLAIMS/CURRENT DUE | UNSECURED CLAIMS/HOLD DUE |
|---|---|---|---|
| 7/1985 | | | |
| 7/1990 | | | |
| 7/1995 | | | |
| 7/2000 | | | |
| 7/2005 | | | |
| 7/2010 | | | |
| 7/2015 | | | |
| 7/2020 | | | |
| TOTAL AVERAGE | | | |

ANA A. NÚÑEZ VELÁZQUEZ
ERS "DEBTORS" DEPONENT
19 BERNARDINO VILLANUEVA APTO 170
AGUADILLA PR 00603