Sra. Ana A. Nuñez Vazquez
19 Res. Villanueva Apto 170
Aguadilla PR 00603-7044

The Financial Oversight
and Management Board
for Puerto Rico
150 Carlos Chardón Ave. Suite 150
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
JUL 12, 21
AMOUNT
$1.60
R2304W120031-01