Miércoles, 14 de julio de 2021

Carolina, Puerto Rico

Secretaria (Clerk Office)

Tribunal de Distrito de los Estados Unidos

(United States District Court)

Sala 150 Edificio Federal (Federal Building)

San Juan, Puerto Rico 00918-1767

Re: Zulma Landrau Rivera

Dir. Ruta Rural 1 Box 35

Carolina, Puerto Rico 00983

Tel - 787-938-0715

Núm. caso – 23761

S.S – 5174

Estimado Funcionario:

Deseo que este honorable tribunal reconsidere mi reclamación de ajuste salarial según sentencia, que no se desestime mi caso y que pueda ser asegurado. Llevo alrededor de 10 años esperando por el reajuste de salario que me adeudan.

Además había radicado una apelación al Departamento de la Familia para un reajuste de salario, pasos por mérito e intereses. Hasta el momento, solicito que evalúen y reajusten mi pensión, seguro social y cualquier otra deuda que este pendiente a pagarse.

Deseo continuar como parte activa del caso de la Ley de Promesa, se tome en cuenta mi reclamación, además sea revisada y asegurada para que puedan pagar lo que me adeudan por todos esos años.

Adjunto evidencia y que se haga justicia, con gracias anticipadas.

Atentamente,

_Zulma Landrau Rivera_ (firma)

Zulma Landrau Rivera

## Tricentésima Cuadragésima Primera Objeción Global
### Anexo A: Reclamos a ser desestimados

### RECLAMACIONES A SER DESESTIMADAS | RECLAMACIÓN REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 83 | RIVERA, ZULMA LANDRAU RR 1 BOX 35 CAROLINA, PR 00983 | 05/22/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29313 | Indeterminado* | LANDRAU RIVERA, ZULMA R.R. 1 BOX 35 CAROLINA, PR 00983 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 23761 | Indeterminado* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 84 | RODRIGUEZ GONZALEZ, TANYA P.O. BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 18897 | Indeterminado* | RODRIGUEZ GONZALEZ, TANYA PO BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19945 | Indeterminado* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | RODRIGUEZ HERNANDEZ, ROBERTO CALLE 60 21 20 URB METROPOLIS CAROLINA, PR 00987 | 06/13/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 60053 | Indeterminado* | RODRIGUEZ HERNANDEZ, ROBERTO CALLE 60 21 20 URB METROPOLIS CAROLINA, PR 00987 | 06/13/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 56020 | Indeterminado* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | RODRIGUEZ LOPEZ, RAQUEL PO BOX 7307 CAROLINA, PR 00986-7307 | 05/22/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24589 | $ 48,821.92 | RODRIGUEZ LOPEZ, RAQUEL PO BOX 7307 CAROLINA, PR 00986-7307 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 28152^ | $ 48,821.92 |

^ Reclamo n°. 28152 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87 | RODRIGUEZ RODRIGUEZ, CARLOS R CALLE 3 #56 URB. SAN MARTIN PATILLAS, PR 00723 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24512 | Indeterminado* | RODRIGUEZ RODRIGUEZ, CARLOS R CALLE 3 5-6 URB. SAN MARTIN PATILLAS, PR 00723 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 45793 | Indeterminado* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados



**Secretaría Auxiliar de
Recursos Humanos y Relaciones Laborales**



2 de noviembre de 2012

Landrau Rivera, Zulma
Administración de Familias y Niños

Re: Nilda Agosto y Otros KPE-2005-0608

Estimado(a) Compañero(a):

Usted figura como demandante en el Caso de Nilda Agosto y Otros vs. Departamento de la Familia, sobre Salario Mínimo Federal.

No obstante lo anterior, y en aras de ir reduciendo la deuda producto de esta reclamación originada para el año 2005; la Oficina de Gerencia y Presupuesto ha identificado unas partidas dentro de las cuentas de economías del Departamento de la Familia para acreditarle a su acreencia en la demanda de referencia. Adjunto a esta comunicación usted recibirá un cheque por la cantidad de $ 5,272.95 equivalente al 25% del pago total al que usted tiene derecho conforme las estipulaciones de la sentencia. Del mismo, solamente se le están realizando los descuentos de Seguro Social y Contribuciones.

Reconocemos que este adelanto no representa el pago total, más si un abono de buena fe con el propósito de ir reduciendo el monto adeudado.

De usted no estar de acuerdo con la cantidad recibida, tendrá un término de 10 días para presentar una reclamación ante la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales.

Cordialmente,

María Luisa Torres Colón
Secretaria Auxiliar

---

*Edificio Lila Mayoral, Ave. Barbosa 306*
*P O Box 11398, San Juan, PR 00910-1398 / Tel. (787) 294-4900 Exts: 2358 / 2359 / Fax (787) 765-1743*

9 de noviembre de 2012

**María L. Torres Colón**
Secretaria Auxiliar Recursos Humanos
y Relaciones Laborales

RE: **Nilda Agosto Maldonado**
Caso CIVIL NUM. KPE 2005-0608

La presente es para solicitar una apelación en relación al pago recibido en el día 9 de noviembre de 2012 ya que no estoy de acuerdo con el mismo.

Desde el 1979 comencé a laborar en la Agencia como empleada transitorio y en 1989 Regular (Asistente Técnica Servicio). Cabe señalar que hay empleados que empezaron en la agencia reciente o tienen menos tiempo recibieron mucho más.

Necesito que se revisé mi expediente ya que en los 31 años de servicios que llevo en la agencia solo e recibido los quinquenios.

Ante lo expuesto apelo por no estar de acuerdo con cantidad recibida.

*[firma]*
**Zulma Landrau Rivera**
Asistente Técnico de Servicio a la Familia
Carolina I
(Dirección Postal: RR 1 Box 35
Carolina, PR 00983)

Cc: Lic. **Ivonne González Morales**
  PO BOX 9021828
  San Juan, PR 00902-1828

  **Milagros Acevedo Colón**
  Cond. Colina Real
  2000 Ave. Felisa Rincón
  Box 1405
  San Juan, PR 00926

  **Manuel Díaz Lugo**
  PO Box 9020192
  San Juan, PR 00902-0192

*[Nota manuscrita:]* La presente es para informar que hice una apelación y me adeuda sobre eso. Además los intere[ses]

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA, ZULMA LANDRAU | 29313 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: |  | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA, ZULMA LANDRAU | 29313 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | |

SENTENCIA
K PE 2005-0608
PAGINA 20

| | |
|---|---|
| 307. HERNANDEZ MENDOZA, ZORAIDA | 308. HERNANDEZ MORALES, ARMANDO |
| 309. HERNANDEZ ORTIZ, ELBA N. | 310. HERNANDEZ RAMIREZ, CARMEN DEL S. |
| 311. HERNANDEZ RIOS, MYRIAM | 312. HERNANDEZ RIVERA, MARIA I |
| 313. HERNANDEZ RIVERA, RAMON | 314. HERNANDEZ RODRIGUEZ, UBALDO |
| 315. HERNANDEZ SOTO, GILMA M. | 316. HERNANDEZ TORRES, ROSA T. |
| 317. HERNANDEZ VALLEJO, ADOLFO | 318. HERNANDEZ VAZQUEZ, MIGDALIA |
| 319. IRIZARRY FRASQUERI, WILFREDO | 320. JIMENEZ OLIVIERI, ALINA |
| 321. JIMENEZ PIMENTEL, IVIS I. | 322. JOUBERT TANCO, AWILDA |
| 323. LACEN REMIGIO, JULIA A. | 324. LANDRAU RIVERA, ZULMA |
| 325. LASALLE CONCEPCION, MARIA S. | 326. LEBRON DELGADO, ELSA |
| 327. LEBRON LEBRON, MARY | 328. LEON DAVILA, CARMEN ANA |
| 329. LOPEZ BURGOS, MARILYN J. | 330. LOPEZ CAMACHO, EVELYN |
| 331. LOPEZ CORDERO, ZULMA A. | 332. LOPEZ ESCALERA, NATASCHA |
| 333. LOPEZ FLORES, IVAN | 334. LOPEZ LUGO, ISABEL MARGARET |
| 335. LOPEZ QUILES, ILEANA | 336. LOPEZ RAMOS, MARIA J. |
| 337. LOPEZ RAMOS, ZULMA | 338. LOPEZ RODRIGUEZ, SANDRA I. |
| 339. LOPEZ SANTOS, MARIA DE LOS A. | 340. LOPEZ VAZQUEZ, MARITZA |
| 341. LORENZANA ACOSTA, LYDIA | 342. LORENZO DE EFRERE, ROSA J. |
| 343. LOZADA AQUINO, SANTA A. | 344. LOZADA DE HERNANDEZ, MARIA I. |
| 345. LOZADA ORTIZ, RAUL | 346. LOZADA RODRIGUEZ, MARGARITA |
| 347. LUGO MALDONADO, NORMA I. | 348. LUGO PEREZ, VIVIAN |
| 349. LLANOS CARRION, LUIS M. | 350. LLANOS SANCHEZ, CARMEN L. |
| 351. MACHADO DE LA ROSA, ANA L. | 352. MAISONET LOPEZ, ALEJANDRO |
| 353. MALAVE CARDENALES, JOSE M. | 354. MALDONADO COLON, MARGARITA |
| 355. MALDONADO MEDINA, BLANCA E. | 356. MALDONADO REYES, YOLANDA |
| 357. MALDONADO RIVERA, YOLANDA | 358. MANGUAL RAMIREZ, ELIZABETH |
| 359. MANSO CEPEDA, JUANA E. | 360. MANZANO MELENDEZ, MINERVA |
| 361. MARCANO CUADRADO, MYRIAM | 362. MARCANO FIGUEROA, WILLIAM |
| 363. MARINA RIVERA, ORLANDO | 364. MARRERO COLON, AILSABEL |
| 365. MARRERO MUNICH, NOELIA | 366. MARRERO REYES, ESTEBAN |
| 367. MARTINEZ CORDERO, CARMEN | 368. MARTINEZ CRUZ, RIGOBERTO |
| 369. MARTINEZ DIAZ, MARIA C. | 370. MARTINEZ MARTINEZ, ARACELIS |
| 371. MARTINEZ MERCED, CARMEN SONIA | 372. MARTINEZ NUÑEZ, CARMEN L. |
| 373. MARTINEZ ROSARIO, SANTOS A. | 374. MARTINEZ SANCHEZ, ANA IVETTE |
| 375. MARTINEZ UMPIERRE, MARIA DEL C. | 376. MARTINEZ VAZQUEZ, PEDRO |
| 377. MARTINEZ VELAZQUEZ, CARLOS | 378. MATANZO PEREZ, MARIA R. |
| 379. MATIAS MATIAS, ROSA D. | 380. MATIAS NIEVES, LAURA E. |
| 381. MATOS CRUZ, ADELAIDA | 382. MATOS CRUZ, YOLANDA |
| 383. MATOS ORTIZ, SONIA E. | 384. MATOS SANCHEZ, MARIA E. |

Direccion Postal:
RR 1 BOX 35
Carolina PR, 00983
787-983-0715

5 de octubre de 2020

Hon. Orlando López Belmonte
Secretario Departamento de la Familia

Reciba un saludo cordial,

ASUNTO:   SOLICITUD DE "STATUS" DE APELACION POR CORRECION DE PAGOS POR CASO ZULMA LANDRAU RIVERA VS DEPARTAMENTO DE LA FAMILIA, K PE 2005-0608

Recientemente, vi en una lista extraída del "site" de internet PRIMECLERK PROMESA, el cual incluye a todos los demandantes, incluyendo el caso Zulma Landrau Rivera. La cantidad que se me asigna en el mismo es de $ 13,876.34, dólares.

A base, de ese monto asignado se pudiera inferir que el Departamento de la Familia no ha considerado en lo absoluto en los pasados 8 años la apelación que se radico mediante carta sometida el día 9 de noviembre del 2012, dirigida a la Sra. María L. Torres Colon, Secretaria Auxiliar de recursos Humanos y Relaciones Laborales, de la cual incluyo copia. Referente a esto nunca se recibió contestación o alguna notificación de parte del Departamento de la Familia, respecto a mi apelación sobre la cual pensé que estaban considerando. En aquel entonces la cantidad bruta recibida fue de $ 5, 272.95 dólares, equivalente al 25% del pago total y luego le reste los descuentos de seguro social y contribuciones. La presente cifra de $13,876.34 representa menos del restante 75% que alegaban me adeudaban.

En síntesis, la justificación de mi apelación según describí en mi carta del 2012, se debe a que mis compañeras de Asistente Técnica, ya jubilada con historial de años de servicios y clasificaciones similares a las mías, recibieron por concepto de esta demanda compensaciones muy superiores a la mía, hasta el triple, según fui enterada en aquel entonces y según he vuelto a confirmar al ver la lista aludida.

Estaré haciendo llegar copia de esta carta a la Sra. Glenda Gerena Rios, Administradora de ADFAN, en caso de que ella entienda que también de atender este asunto o parte del mismo.

*[firma]*
19-Oct-20
3:55pm

Deseo se revise mi apelación y se me notifique o se me haga entrega de los cómputos realizados relacionados a mi caso. Espero que se reevalúe la presente determinación y se me haga justicia. Cuando radique la apelación en el 2012 se le envió copia a los abogados que representan a los demandantes y a Pro-sol (la unión) y también les hare llegar copia de la presente carta.

Queda de usted,

Zulma Landrau Rivera
SS xxx-xx-5174

C: Sra. Glenda Gerena Rios, Administradora ADFAN
Anejo: Copia solicitud de Apelación: 9-noviembre2012
Copia de solicitud de re-ajuste de pensión

Ruta Rural #1 Box 35
Carolina P.R. 00983



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767