Neysha M. Colón Torres
Urb. El Comandante
872 Calle María Justi
San Juan, PR 00924

# 121773 (2)
# 129809 (1)
# 139753 (1)
# 127701 (3) nmct

787-603-3920
# Caso

RECEIVED & FILED CLERK'S OFFICE JUL 20 2021 US DISTRICT COURT SAN JUAN, PR

Estimado funcionario

La presente es para solicitar a este Honorable Tribunal que pueda reconsiderar mi reclamación de ajuste salarial que no desestime la misma y a su vez pueda ser asegurada según lo acordado.

Llevo alrededor de 10 años esperando que el nos pague lo que se nos adeuda para ajuste de salarios.

Yo trabajaba como T.S. en el Dept de La Familia y había hecho una apelación tan pronto recibí el 25% de ajuste salarial ya que nos

El pago del 25% fue realizado en 11/01/2012.

adeudan el 75%

Es importante señalar que una vez se realice el pago adeudado se pueda hacer un reajuste en mi pensión, seguro social e intereses

Además cumplí los pasos de mérito recomendados y reclasificación, dietas y cualquiera otra deuda que esté pendiente a pagar.

Es por tal razón que solicito continuar como parte activa en el caso de Ley Promesa y se tome en cuenta mi reclamación y sea reevaluada y asegurada para que me puedan pagar lo que me adeudan por estos años. Le incluyo evidencias y que puedan reconsiderar mis reclamos y se haga justicia. Confío en ustedes

En adición tengo un laudo el cual no han querido trabajar ni ajustar mi pensión, seguro social ni otorgar, el retroactivo correspondiente.

Les vuelvo a enviar TODAS las evidencias para su examen y reconsideración.

Han pasado los años estamos más en edad y espero en Dios se pueda hacer justicia y ver ese beneficio GANADO reflejado en nuestros beneficios para tener una Tercera Edad como la merecemos.

Confío en la justicia del Hombre y de Dios.

Dios los colme de sabiduría y justicia.

Atentamente

Neysha Milagros Colón Torres
872 Calle María Giusti
San Juan, PR 00924

787-603-3920
E-mail → neysha.colon15@gmail.com

Casos Son:
con los claim #

② 121773 → $16,800

① 129809 → $45,760.89

① 139753 → 16,800

① 127701 → $45,760.89

Hay muchos compañeros que participa con el Señor y no veran el fruto de este esfuerzo para hacerles Justicia.

Neysha M. Colón Torres
Urb. El Comandante
872 Calle Maria giusti
San Juan, PR 00924

787-603-3920

Email neysha.colon15@gmail.com