NEYSHA M. COLON TORRES
URB EL COMANDANTE
872 CALLE MARIA GIUSTI
SAN JUAN, PR 00924

NEYSHA M. COLON TORRES
URB EL COMANDANTE
872 CALLE MARIA GIUSTI
SAN JUAN, PR 00924

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 3160 0001 4858 7109

U.S. POSTAGE PAID
PM 1-DAY
SAN JUAN, PR
00924
JUL 19 21
AMOUNT
**$14.15**
R2305K136542-10

1006        00916



Clerks Office — Secretaria
United States District Court
Sala 150 Federal Building
San Juan, PR 00918 - 1767

RECEIVED-DOCKETED
CLERKS OFFICE
U.S. DISTRICT COURT

20 JUL 20 PM 2 14