Miércoles, 14 de julio de 2021

Carolina, Puerto Rico

Secretaria (Clerk Office)

Tribunal de Distrito de los Estados Unidos

(United States District Court)

Sala 150 Edificio Federal (Federal Building)

San Juan, Puerto Rico 00918-1767

Re: Zulma Landrau Rivera

Dir. Ruta Rural 1 Box 35

Carolina, Puerto Rico 00983

Tel - 787-938-0715

Núm. caso – 29313

S.S – 5174

Estimado Funcionario:

    Deseo que este honorable tribunal reconsidere mi reclamación de ajuste salarial según sentencia, que no se desestime mi caso y que pueda ser asegurado. Llevo alrededor de 10 años esperando por el reajuste de salario que me adeudan.

    Además había radicado una apelación al Departamento de la Familia para un reajuste de salario, pasos por mérito e intereses. Hasta el momento, solicito que evalúen y reajusten mi pensión, seguro social y cualquier otra deuda que este pendiente a pagarse.

    Deseo continuar como parte activa del caso de la Ley de Promesa, se tome en cuenta mi reclamación, además sea revisada y asegurada para que puedan pagar lo que me adeudan por todos esos años.

    Adjunto evidencia y que se haga justicia, con gracias anticipadas.

Atentamente,

Zulma Landrau Rivera