Zulma Landrau Rivera
Ruta Rural #1 Box 35
Carolina P.R. 00983



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Build
San Juan (Puerto Rico) 00918-1767