**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| SONIA IVETTE FERRER MELENDEZ<br><br>Acreedor<br><br>v.<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL.,<br><br>Deudor. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(La presente Réplica guarda relación con el ELA) |



# <u>Réplica</u>

A la HONORABLE **Secretaria del Tribunal** (Clerk's Office), **Abogados de la Junta de Supervisión** (Counsel for the Oversight Board) y **Abogados del Comité de Acreedores** (Counsel for the Creditors' Committee);

Muy respetuosamente se expone:

Con relación a la **Notificación de la Tricentésima Cuadragésima Quinta Objeción Global** (Sustantiva) del Estado Libre Asociado de Puerto Rico (ELA), de la Autoridad de Carreteras y Transportación de Puerto Rico(ACT) y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SRE) a Reclamaciones Erróneamente clasificadas.

Refiérase al **Anexo A: Reclamos a ser reclasificados. Núm. 74, a nombre de Ferrer Meléndez, Sonia I. HC-75 Box 1106 Naranjito PR 00719, No. de Reclamación 23016, Deudor, Estado Libre Asociado de Puerto Rico, Estado de Prioridad, Garantizada, Importe, $3,000,000.00**

En dicha notificación se alega que el acreedor omitió proporcionar pruebas para apoyar su reclamo asegurado.

A tal efecto, sirva la presente para someter nuevamente la correspondiente evidencia de reclamación y la documentación justificativa a ser considerada sobre el derecho que asiste a dicho reclamo:

- El **21 de octubre de 2016** fue radicado un primer cargo de DISCRIMEN en el empleo (**Charge No. 515-2017-00056**) ante el U.S. Equal Employment Opportunity Commision (EEOC, por sus siglas en inglés) en contra del Departamento de Salud de Puerto Rico (Patrono). Anejo A.

- El **24 de julio de 2018** fue radicado un segundo cargo por REPRESALIAS, en el empleo (**Charge No. 515-2018-00366**) ante el U.S. Equal Employment Opportunity Commision contra el Patrono. Anejo B.

- El **12 de marzo de 2019,** fue radicado un tercer cargo (**Charge No. 515-2019-00198**) ante el U.S. Equal Employment Opportunity Commision contra la Unión General de Trabajadores (UGT). Anejo C.

- El **16 de diciembre del 2020** la Equal Employment Opportunity Commision otorgo los tres (3) permisos "Dismissal and Notice of Rights" para presentar los cargos ante el Tribunal Federal. Anejo D.

- El **12 de marzo de 2021** se radicó la DEMANDA contra el Departamento de Salud y la Unión General de Trabajadores, ante el Honorable Tribunal Federal de Puerto Rico. Anejo E.

**RESPETUOSAMENTE SOMETIDO,**

En San Juan, Puerto Rico, hoy día 14 de julio de 2021.

**SONIA IVETTE FERRER MELENDEZ**
Reclamante

Bo. Higuillales, Carr. 152 R 814, KM 0.5
Naranjito, PR 00719

HC-75 Box 1106
Naranjito, PR 00719
(787) 218-7690
sfmelendezlee@msn.com