**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ferrer Melendez, Sonia I. | 23016 | 5/25/2018 | Commonwealth of Puerto Rico | $3,000,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ferrer Melendez, Sonia I. | .23016 | 5/25/2018 | Commonwealth of Puerto Rico | $3,000,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 515-2017-00056 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sonia Ferrer Melendez | (787) 218-7690 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| H C-75 Box 1106, Naranjito, PR 00719 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DEPARTAMENTO DE SALUD | 15 - 100 | (787) 777-0150 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| Lic. Helmer Rivera, Recursos Humanos, Call Box 70184, San Juan, PR 00936 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☐ RACE | ☐ COLOR | ☒ SEX | ☒ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☒ DISABILITY | ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-04-2007    Latest: 10-21-2016

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Comencé a trabajar para el patrono en Septiembre de 1999. Actualmente trabajo como Especialista en Salud Ambiental. Por años, he sufrido discrimen por ser mujer y se me ha tratado como que tengo un impedimento mental. En específico, el Sr. Javier Torres Urbina me ha estado aislando, limitando en mis funciones y horarios, me trata de forma hostil, no me envió a un adiestramiento de la EPA en "Lead and Copper Corrosion Control" pero fue él con el Ing. Jesús Sáez quien no trabaja en esta área. Además, el Sr. Javier Torres trata de imponer sus creencias religiosas al personal de la oficina y cuando yo no participo se molesta conmigo y me trata de forma hostil. Se burla de mis opiniones, me ha enviado a evaluaciones psicológicas, me hostiga con el Convenio Colectivo a mí más que con otros empleados. Las mejores computadoras y equipo de trabajo la tienen todos los otros empleados menos yo. El personal que él supervisa también me trata de forma hostil y se tapan los unos a los otros. He puesto varias querellas en Recursos Humanos, incluyendo por violación a la Ley HIPAA y a través de la Unión, pero no se han tomado acciones correctivas sino que el patrono emprende en represalias en mi contra.

El patrono no me ha dado una explicación para permitir que continúe este discrimen en mi contra.

Creo que estoy siendo discriminada debido a mi género, religión y como si tuviera un impedimento mental en violación al Título VII y la Ley ADA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Oct 21, 2016 _____  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| AUTHORIZATION FOR RELEASE OF INFORMATION |
|---|
| TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |

### INFORMATION ABOUT AGGRIEVED PERSON

| NAME AND ADDRESS AT TIME OF TREATMENT: | DATE OF BIRTH: |
|---|---|
| Sonia Ferrer Melendez<br>H C-75 Box 1106, Naranjito, PR 00719 | 09/06/1964 (m)<br>OCT-21, 2016 |

STATED IMPAIRMENT:

I was required to submit myself to several medical examinations because I was regarded as disabled.

I hereby authorize the EEOC to review all reports submitted by psychologists, psychiatrists, and any other doctor(s).

APPROXIMATE DATES OF AGGRIEVED PERSON'S CONTACT WITH SOURCE REGARDING IMPAIRMENT (e.g., dates of treatment, hospitalization, etc.):

The evaluations were held in 2014-2016

### GENERAL AND SPECIAL AUTHORIZATION TO RELEASE MEDICAL AND OTHER INFORMATION

I hereby authorize the release or disclosure to the Equal Employment Opportunity Commission the following information for the period(s) identified above:

1) All records or other information regarding my treatment, hospitalization, and/or outpatient care for my stated impairment(s);

2) Information about how my stated impairment affects my ability to perform major life activities other than working; or

3) Information about how my stated impairment affects my ability to work.

SIGNATURE OF AGGRIEVED PERSON:                           DATE: Oct 21, 2016

CURRENT ADDRESS:

same/la misma

EEOC Form 626 (10/94)

Scanned by CamScanner

# CHARGE OF DISCRIMINATION

EEOC Form 5 (11/09)

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | FEPA | |
| | [X] EEOC | 515-2019-00198 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sonia Ferrer Meléndez | (787) 218-7690 | |

Street Address                     City, State and ZIP Code

H C-75 Box 1106, Naranjito, PR 00719

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GERSON GUZMÁN, PRESIDENTE | Unknown | (787) 240-0808 |

Street Address                     City, State and ZIP Code

Unión General de Trabajadores (UGT),  P. O. Box 29247, Estación 65 Infantería, Río Piedras, PR 00929

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                     City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | | |
|---|---|---|---|
| [ ] RACE | [ ] COLOR | [X] SEX | [ ] RELIGION |
| [ ] NATIONAL ORIGIN | [ ] RETALIATION | [ ] AGE | [X] DISABILITY |
| [ ] GENETIC INFORMATION | | | |
| [ ] OTHER (Specify) | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-05-2018      Latest: 02-28-2019

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Comencé a trabajar para el Departamento de Salud en Septiembre de 1999. Actualmente trabajo como Especialista en Salud Ambiental. He radicado varias querellas a la Unión debido a trato discriminatorio de parte del Departamento de Salud. He sido objeto de discrimen laboral debido a mi género, religión, preferencia sexual y condición mental pero la Unión no me ha representado.

He radicado querellas en la Unión pero las mismas no han sido atendidas. Entiendo que no he tenido una justa ni adecuada representación sindical ante la problemática que vivo y el discrimen laboral el cual he sido objeto por todos estos años. El discrimen ha consistido en toda distinción incluyendo exclusión y trato desigual basado en mi género, religión, preferencia sexual y condición mental. La Unión no me ha dado una explicación para no atender mis querellas.

Entiendo que estoy siendo discriminada debido a mi género, religión, preferencia sexual y condición mental en violación al Título VII del Acta de los Derechos Civiles de 1964, según enmendado, y la Ley Para Americanos con Impedimento de 1990, según enmendada.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| Date  Marzo 12, 2019          Charging Party Signature  Sonia Ferrer Meléndez | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 515-2018-00366 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Sonia Ferrer Melendez** | **(787) 218-7690** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **H C-75 Box 1106, Naranjito, PR 00719** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **DEPARTAMENTO DE SALUD** | **15 - 100** | **(787) 777-0150** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **Lic. Helmer Rivera, Recursos Humanos, Call Box 70184, San Juan, PR 00936** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-21-2016**   Latest **07-16-2018**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Comencé a trabajar para el patrono en Septiembre de 1999. Actualmente trabajo como Especialista de Salud Ambiental. Radiqué un cargo de discrimen el 21 de octubre de 2016. Desde que radiqué el cargo, he sido objeto de represalias incluyendo: ambiente hostil, discrimen, acoso y hostigamiento labora tanto del Supervisor Javier Torres y compañeros de trabajo; venganza por haberme reportado al Fondo y la razón fue por maltrato emocional labora; descuentos a mi salario sin explicación y retención de salario; reprimendas y evaluaciones negativas sobre mi trabajo; frecuentes amenazas con medidas disciplinarias; interferencia con mi computadora lo cual no me ha permitido hacer mi trabajo; e incremento de vigilancia. Finalmente, el 2 de abril de 2018, el patrono comenzó un proceso disciplinario en mi contra "Intención de Suspensión de Empleo y Sueldo" por conducto de Sr. Javier Torres y su Supervisora Sra. Mayra Toro, Secretaria Auxiliar de Salud Ambiental.

El patrono no me ha dado una explicación para permitir que se sigan tomando represalias en mi contra.

Creo que se están tomando represalias en mi contra debido al cargo de discrimen (515-2017-00056) que radiqué anteriormente en violación al Título VII de 1964, según enmendado y Ley ADA de 1990 según enmendada.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Julio 24, 2018     _Date_     _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Sonia Ferrer Melendez**<br>**HC-75 Box 1106**<br>**Naranjito, PR 00719** | From: **San Juan Local Office**<br>**525 F D Roosevelt Ave**<br>**1202 Plaza Las Americas**<br>**San Juan, PR 00918** |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **515-2017-00056** | **Damien Luna,**<br>**Investigator** | **(787) 520-5618** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

| | | | |
|---|---|---|---|
| Miguel Escobar | Digitally signed by Miguel Escobar<br>DN: cn=Miguel Escobar, o=EEOC Miami District,<br>ou=EEOC, email=miguel.escobar@eeoc.gov, c=US<br>Date: 2020.12.15 13:18:00 -05'00' | for | 12-16-2020 |

Enclosures(s)

**Bradley Anderson,**
**Acting District Director**

*(Date Mailed)*

cc: **Director, Office of Human Resources**
**Departamento De Salud**
**PO Box 70184**
**San Juan, PR 00936**

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sonia Ferrer Melendez<br>HC-75 Box 1106<br>Naranjito, PR 00719 | From: | San Juan Local Office<br>525 F D Roosevelt Ave<br>1202 Plaza Las Americas<br>San Juan, PR 00918 |

|  | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 515-2018-00366 | **Damien Luna,**<br>**Investigator** | **(787) 520-5618** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

| On behalf of the Commission | |
|---|---|
| Miguel Escobar *(Digitally signed by Miguel Escobar DN: cn=Miguel Escobar, o=EEOC, ou=Miami District, ou=EEOC, email=miguel.escobar@eeoc.gov, c=US Date: 2020.12.15 13:34:51 -05'00')* **for** | 12-16-2020 |
| Enclosures(s) | **Bradley Anderson,**<br>**Acting District Director** | *(Date Mailed)* |

cc:

Director, Office of Human Resources
Departamento De Salud
PO Box 70184
San Juan, PR 00936

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sonia Ferrer Melendez<br>HC-75 Box 1106<br>Naranjito, PR 00719 | From: | San Juan Local Office<br>525 F D Roosevelt Ave<br>1202 Plaza Las Americas<br>San Juan, PR 00918 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 515-2019-00198 | Damien Luna,<br>Investigator | (787) 520-5618 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
#### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Miguel Escobar
Digitally signed by Miguel Escobar
DN: cn=Miguel Escobar, o=EEOC Miami District,
ou=EEOC, email=miguel.escobar@eeoc.gov, c=US
Date: 2020.12.15 13:21:59 -05'00'
for

12-16-2020

Enclosures(s)

Bradley Anderson,
Acting District Director

(Date Mailed)

cc:   Gerson Guzman, Presidente
Union General De Trabajadores
P.O. Box 29247
San Juan, PR 00929

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SONIA IVETTE FERRER MELENDEZ
Plaintiff

v.

DEPARTAMENTO DE SALUD DE PUERTO
RICO (Employer)
Defendant (s)

Antiguo Hospital de Psiquiatría
Edif. A, Centro Médico
Rio Piedras, PR

PO Box 70184
San Juan PR 00936-0184

Aseguradoras X,Y,Z

v.

UNION GENERAL DE TRABAJADORES DE
PUERTO RICO, LOCAL 1199
Defendant (s)

Urbanización Villa Capri
611 Calle Niza
San Juan PR 00924

PO Box 29247
Estación 65 de Infantería,
Rio Piedras PR 00929

CIVIL NO. 21-cv-1116 (GAG)

Sobre: DAÑOS Y PERJUICIOS

2021 MAR 12 AM 10: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

COMPLAINT

AL HONORABLE TRIBUNAL FEDERAL:

COMPARECE, la demandante, por derecho propio, Sonia Ivette Ferrer Meléndez, mayor de edad, soltera, empleada y residente del pueblo Naranjito, PR. Muy respetuosamente expone, alega y solicita que:

## I.   Declaración de Jurisdicción:

En la Comisión de Igualdad en el Empleo Federal (U. S. Equal Employment Opportunity Commision, EEOC por sus siglas en inglés) oficinas en San Juan, fueron presentados los siguientes tres (3) cargos:

1. El **21 de octubre de 2016** presenté un primer cargo por DISCRIMEN, contra el Patrono Anejo
2. El **24 de julio de 2018** un segundo cargo por REPRESALIAS, contra el Patrono Anejo
3. El **12 de marzo de 2019**, un tercer cargo contra la Unión General de Trabajadores )UGT, por sus siglas en español Anejo

Luego de cuatro (4) años de investigación, el EEOC determinó, que, no pueden llegar a la conclusión de que se me violaron los derechos, pero, tampoco pueden llegar a la conclusión de que no se me violaron los derechos. Por lo tanto, el **16 de diciembre del 2020** me fueron entregados los tres 3 permisos para traer el caso ante el tribunal federal (Dismissal and Notice of Rights). (Anejos)

Copia del expediente de los tres 3 casos se encuentra disponible en el portal del EEOC, **FOIA** No.: 510-2018-011655, Ferrer Meléndez Sonia v DEPARTAMENTO DE SALUD 515-2017-00056.

## II.   Las partes:

A. La Sra. Sonia Ivette Ferrer Meléndez, mayor de edad, soltera, empleada y vecina de Naranjito Puerto Rico, en lo adelante, la parte Demandante. Con dirección postal; HC- 71 Box 1106, Naranjito, PR 00719 y física. carretera 152, Ramal 814, Barrio Higuillales Naranjito, Puerto Rico.

B. El Demandado, El Departamento de Salud de Puerto Rico, el patrono, con dirección postal; PO Box 70184, San Juan, PR 00936-0184 y la física es Antiguo Hospital de Psiquiatría, Edif. A, Centro Médico, Rio Piedras, Puerto Rico.

C. El Demandado, La Unión General de Trabajadores de Puerto Rico (UGT, por sus siglas en español), Local 1199, con dirección postal; PO Box 29247, Estación 65 Infantería, Rio Piedras PR 00929 y física. Urbanización Villa Capri, 611 Calle Niza, San Juan Puerto Rico 00924.

### III. Los hechos

**1.** El 21 **de octubre de 2016** radiqué un primer cargo por DISCRIMEN en contra del Patrono

Comencé a trabajar para el patrono en Septiembre de 1999. Actualmente trabajo como Especialista en Salud Ambiental. Por años he sufrido discrimen por ser mujer y se me ha tratado como que tengo un impedimento mental. En Especifico el Sr. Javier Torres Urbina me ha estado aislando, limitándome las funciones y horarios, me trata de forma hostil, no me envió a un adiestramiento el 5 de octubre de 2016 de la EPA (Lead and Copper Corrosion Control) pero, fue con el Ing. Jesus Saez quien no trabaja en esta área. Además, el Sr. Javier Torres trata de imponer sus creencias religiosas al personal de la oficina y cuando yo no participo se molesta conmigo y me trata de forma hostil. Se burla de mis opiniones y me ha enviado a evaluaciones psiquiátricas y psicológicas, me hostiga con el Convenio Colectivo a mí más que a los demás empleados. Las mejores computadoras y equipos de trabajo la tienen todos los otros empleados menos yo. El personal que él supervisa también me trata de forma hostil y se tapan unos a otros. He puesto varias querellas en Recursos Humanos, incluyendo por violación a la ley HIPPA y a través de la Unión, pero no se han tomado acciones correctivas, sino que el patrono emprende en represalias en mi contra.

El patrono no me ha dado una explicación para permitir que continúe este discrimen en mi contra.

También entiendo que estoy siendo discriminada debido a mi género, a mi orientación sexual e identidad de género, religión y como si tuviera un impedimento mental en violación al Título VII y La Ley de Estadounidenses con Discapacidades (ADA, por sus siglas en inglés) de 1990.

**2.** El **24 de julio de 2018** radiqué un segundo cargo por REPRESALIAS, en contra del Patrono

Comencé a trabajar para el patrono en Septiembre de 1999. Actualmente trabajo como Especialista en Salud Ambiental. Radique un cargo de discrimen el 21 de octubre de 2016. Desde que radique el cargo, he sido objeto de represalias incluyendo: ambiente hostil, discrimen, acoso y hostigamiento laboral tanto del supervisor Javier Torres y compañeros de trabajo; venganza por haberme reportado al Fondo y la razón fue por maltrato emocional laboral; descuentos a mi salario sin explicación y retención de salario; reprimendas y evaluaciones negativas sobre mi trabajo; frecuentes amenazas con medidas disciplinarias; interferencia con mi computadora lo cual no me ha permitido hacer mi trabajo;

e incremento de vigilancia. Finalmente, el 2 de abril de 2018, el patrono comenzó un proceso disciplinario en mi contra "Intención de Suspensión de Empleo y Sueldo" por conducto de Sr. Javier Torres y su Supervisora Sra. Mayra Toro, Secretaria Auxiliar de Salud Ambiental.

El patrono no me ha dado una explicación para permitir que se sigan tomando represalias en mi contra.

Creo que están tomando represalias en mi contra debido al cargo de discrimen (515-2017-00056) que radiqué anteriormente en violación al Título VII de 1964, según enmendado y Ley ADA de 1990, según enmendada.

**3.** El **12 de marzo de 2019**, radiqué un tercer cargo en contra de la UNION

Comencé a trabajar para el Departamento de Salud en Septiembre de 1999. Actualmente trabajo como Especialista en Salud Ambiental. He radicado varias querellas en la Unión debido a trato discriminatorio de parte del Departamento de Salud. He sido objeto de discrimen laboral debido a mi edad, género, religión, preferencia sexual y condición mental pero la Unión no me ha representado.

He radicado querellas en la Unión pero las mismas no han sido atendidas. Entiendo que no he tenido una justa ni adecuada representación sindical ante la problemática que vivo y el discrimen laboral el cual he sido objeto por todos estos años. El discrimen he consistido en toda distinción incluyendo exclusión y trato desigual basado en mi género, religión, preferencia sexual y condición mental. La unión no me ha una explicación para no atender mis querellas.

Entiendo que estoy siendo discriminada debido a mi género, religión, preferencia sexual y condición mental en violación al Título VII del Acta de los Derechos Civiles de 1964, según enmendado, y la Ley Para Americanos con Impedimento de 1990, según enmendada.

## IV. Suplica

Finalmente, suplico al honorable Tribunal Federal que;

a. me provean de representación legal ya que no cuento con los recursos económicos necesarios para sufragar los gastos honorarios de un abogado

b. mi condición de salud no sea tratada como una enfermedad común, sino que subyace una clara relación de causa y efecto cuyo origen son las condiciones de trabajo provocadas por las situaciones y circunstancias adversas que tienen un nexo causal entre la situación laboral, la enfermedad y condición padecida.

c. se declare, al Patrono, culpable y que se ordene, una justa compensación económica, por los daños y angustias mentales sufridas, por la cantidad de $10,000,000

d. se declare, a la Unión, culpable y que se ordene, una justa compensación económica, por los daños y angustias mentales sufridas, por la cantidad de $10,000,000

e. que se apliquen, además, todos los remedios establecidos, según proceda el Estado de Derecho.

Al Honorable Juez de este Tribunal, muy respetuosamente, solicito.

12 de marzo de 2021

SONIA IVETTE FERRER MELENDEZ
Bo. Higuillales, Carr. 152 R 814, KM 0.5
Naranjito, PR 00719

HC-75 Box 1106
Naranjito, PR 00719
(787) 218-7690
sfmelendezlee@msn.com

## IV.   Demanda del Jurado

Al Honorable Juez de este Tribunal, muy respetuosamente, solicito que el juicio del caso sea por jurado.