Sonia I. Ferrer Melendez
HC-75 Box 1106
Naranjito, P.R. 00719


7012 3460 0000 7430 9439



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JUL 14, 21
AMOUNT
$8.05
R2303S100113-01

RECEIVED AND FILED
CLERK'S OFFICE
U.S.
2021 JUL 20 PM 3:18

Secretaria (Clerk's Office)
Tribunal del Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767