Sra. Juana [illegible]
PO Box 365
Camuy, PR 00627

  

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
JUL 08, 21
AMOUNT
$7.65
R2304H109298-06



Clerk's Office
United State District Court
150 Carlos Chardon Ave Suite
San Juan, PR 00918-1767

2021 JUL 20 PM 3:14
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR