| | |
|---|---|
| Janice Oliveras Rivera<br>Andrea C. Rosado Oliveras<br><br>Vs.<br><br>El Estado Libre Asociado de Puerto Rico, El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y la Autoridad de Edificios Públicos de Puerto Rico.<br><br><br>Deudores 1 | PROMESA<br>Título III<br><br><br>Núm. 17 BK3283-LTS<br><br>RECEIVED & FILED<br>CLERK'S OFFICE<br>JUL 20 2021<br>US DISTRICT COURT<br>SAN JUAN, PR |

Núm. PR 1845 SRF 52652 Pack ID: 62088 MMLID: 1573001-P SVC: DSHN-PC

**ASUNTO**: Moción Oposición a Desestimación

Mi hija Andrea Carola Rosado Oliveras tiene 21 años y su condición es Pérdida Auditiva Sensorineural de Moderado a Severo y en Niveles de Habla de Moderado a Severo. Durante sus años de estudiantes sufrió daños por el incumplimiento reiterado y constante por el Departamento de Educación bajo la Ley Federal IDEA.

Por años, no recibió servicios relacionados (terapias), acomodos razonables, equipos de asistencia tecnológicas, entre otros.

En reclamación original se estableció una cuota fija de $100,000.00, para los daños ocasionados por el Departamento de Educación, en el incumplimiento de deber implantado por la Ley Federal IDEA.

Por tal motivo, vuelvo a notificar por quinta(5ta) vez, mi oposición a la desestimación de la presente demanda, y solicito el pago de la cuota por daños.

Atentamente;

Sta. Janice Oliveras Rivera
Madre
Andrea C. Rosado Oliveras
PO Box 365
Camuy, Puerto Rico, 00627
8 de julio del 2021

| Janice Oliveras Rivera<br><br>Vs.<br><br>El Estado Libre Asociado de Puerto Rico, El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y la Autoridad de Edificios Públicos de Puerto Rico.<br><br><br>Deudores 1 | PROMESA<br>Título III<br><br><br><br>Núm. 17 BK3283-LTS |
|---|---|

Núm. PR 1845 SRF 52652 Pack ID: 53420 MMLID: 1340216-P SVC: DSHN-PC

**ASUNTO**: Moción Oposición a Desestimación

Mi nombre es Janice Oliveras Rivera, madre de Jan Andrés y Andrea Carola Rosado Oliveraslos cuales tienen 25 y 21 años respectivamente y su condiciones son; Síndrome Down y Pérdida Auditiva Sensorineural de Moderado a Severo y en Niveles de Habla de Moderado a Severo. Durante sus años de estudiantes sufrieron daños por el incumplimiento reiterado y constante por el Departamento de Educación bajo la Ley Federal IDEA.

Por años, no recibieron servicios relacionados (terapias), acomodos razonables, equipos de asistencia tecnológicas, entre otros. Y yo como madre sufrí daño emocional, por dichos incumplimientos y por mis ausencias constantes para solicitar lo que por ley le correspondia a mis hijos, tenía dificultad en mi área laboral.

En reclamación original se estableció una cuota fija de $100,000.00, para los daños ocasionados por el Departamento de Educación, en el incumplimiento de deber implantado por la Ley Federal IDEA para conmigo, a través de la no prestación de servicios a mis hijos.

Por tal motivo, vuelvo a notificar mi oposición a la desestimación de la presente demanda, y solicito el pago de la cuota por daños.

Atentamente;

Sra. Janice Oliveras Rivera
Madre
Jan Andrés y Andrea C. Rosado Oliveras
PO Box 365
Camuy, Puerto Rico, 00627
8 de julio del 2021