12 Julio 20-21

Urb. Jardines de
C. Club, Calle 12,
R-1 Carolina 00983

Re:
Zoraida Chevere Fraguada
SS. 2905 - Tel: 787-988-9360

Honorable Tribunal:
Deseo que este Honorable
Tribunal reconsidere mi
ajuste salarial y no desestime
mi caso. Hace 10 años estamos
esperando el pago de 75%.
de lo que se me adeuda
El Honorable Juez Superior
Rebecca de León ordenó al
patrono que pagara a todos
los demandantes. y para el 2012
recibí un pago parcial
de 25%. de dicho salario
se me adeuda un 75%.
Cabe señalar que se evalúe

pag 2.

para ajuste salarial, pasos por merito, reajuste al SS. y mi pension. es por tal razón continuar como parte activa en el caso de la Ley de Promesa y se tome en cuenta mi reclamación para ser evaluada para se me pague lo que se adeuda. les envio evidencia el total adeudado es de 35,000.00.

El caso Nilda A. Agosto Maldonado v. Estado Libre Asociado de PR., Departamento de la Familia y otros ( Civil num. KPE-2005-0668, sobre reclamación de salario.

Zoraida Chicren[?]
787-988-9360.