**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CHEVERE FRAGUADA, ZORAIDA | 20600 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CHEVERE FRAGUADA, ZORAIDA | 20600 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 54642 PackID: 51 MMLID: 1155823-P Svc: 345
CHEVERE FRAGUADA, ZORAIDA
JARD DE COUNTRY CLUB
R1 CALLE 12
CAROLINA PR 00983-1759

Comité, Oficial Pencicionado de Retirado
Elior Gerena:
por la justa —

Lic. Miguel J. Padre
Ramirez

2

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | MMLID: 88983 |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283<br>Petition Date:<br>May 3, 2017 | EPOC ID: 170328300875862 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284<br>Petition Date:<br>May 5, 2017 |  |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567<br>Petition Date:<br>May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566<br>Petition Date:<br>May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780<br>Petition Date:<br>July 2, 2017 | CDS 5 22 18 |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación  04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

Claim No.: 24315
Initials KL / V

RECEIVED
MAY 23 2018
PRIME CLERK LLC

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | CHEVERE FRASUADA, ZORAIDA<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |



RECEIVED
MAY 24 2018
PRIME CLERK LLC

289

**2. Has this claim been acquired from someone else?**

☑ No / No
☐ Yes. From whom?

¿Esta reclamación se ha adquirido de otra persona?

Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)**

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
**¿A dónde deberían enviarse las notificaciones al acreedor?**

CHEVERE FRASUADA, ZORAIDA
CALLE 12 R-1
JARDINES DE COUNTRY CLUB
CAROLINA, PR 00983

Contact phone / Teléfono de contacto
_Sonia Sierra_  _hija_

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

289
Zoraida Chévere Frasuada
Name / Nombre
urb. Jardines c. club
Numbe. . Número   Street / Calle   Calle 12  R-1
Carolina PR.  00983
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto
787-988-9360-276-0627

Contact email / Correo electrónico de contacto
Zory Chevere2013@S.mail.com

---

**4. Does this claim amend one already filed?**

☑ No / No
☐ Yes. Claim number on court claims registry (if known) _____

¿Esta reclamación es una enmienda de otra presentada anteriormente?

Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No / No
☐ Yes. Who made the earlier filing?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

_Administración Familia y Niños-Departamento de la Familia, Secretaria de la Familia_

---

**7. Do you supply goods and / or services to the government?**

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

¿Proporciona bienes y / o servicios al gobierno?

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

8. How much is the claim?     $ 35,000.00 . Does this amount include interest or other charges?

¿Cuál es el importe de la reclamación?     ¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other
charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios,
gastos u otros cargos exigidos por la Norma de Quiebras
3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit
disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u
homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la
reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que
reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Demanda por ajuste Salarial_

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _ajustesalarial por horas_

Basis for perfection / Fundamento de la realización de pasos adicionales: _____
_adjunto deCarTas degestionesrealizadas_

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for
example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has
been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales
para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un
certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha
presentado o registrado un derecho de retención.

Value of property / Valor del bien:          $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410                     Proof of Claim                          page 3



000 0036373 00000000 0003 0005 07275 INS: 0 0

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property / Sí. Identifique el bien: _Lease Sentencia_ |

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _9 MARZO 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Zobaida_ _Clevere_ _Frasuada_<br>First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _acreedor_

Company / Compañía _administracion de familias, niños_<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _R-1_ _12_ _Jardines C. Club_<br>Number / Número   Street / Calle<br>_Carolina_ _PR_ _00983_<br>City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-988-936_ Email / Correo electrónico _Zary Chevere 2013 @ s.mail. com_

---

Modified Official Form 410     **Proof of Claim**     page 4

U0506 v.01 02.15.2018

SRF 54595

Response Deadline: July 19, 2021, at 4:00 PM (Atlantic Standard Time)
Hearing Date: August 4, 2021, at 9:30 AM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

## THREE HUNDRED FORTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCLASSIFIED CLAIMS

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways

and Transportation Authority ("HTA"), and the Employees Retirement System of the Government

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this three hundred forty-fifth omnibus objection (the "Three Hundred Forty-Fifth Omnibus Objection") to the misclassified proofs of claim listed on **Exhibit A** hereto, and in support of the Three Hundred Forty-Fifth Omnibus Objection, respectfully represent as follows:

## JURISDICTION

1.      The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

## BACKGROUND

**A.      The Bar Date Orders**

3.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "Commonwealth Title III Case"). On May 21, 2017, the Oversight Board issued restructuring certifications pursuant to PROMESA sections 104(j) and 206 and filed voluntary petitions for relief for HTA and ERS pursuant to PROMESA section 304(a), commencing cases under Title III thereof (respectively, the "HTA Title III Case"

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

15 de mayo de 2018

Commonwealth de Puerto Rico Claims Processing Center

c/o Prime Clerk LLC Grand Central Station

PO Box 4708

New York, NY 10163-4708

Promesa Titulo III

Caso Núm. 17 BK 3283-LTS

Estimados Funcionarios:

Mediante el presente documento, suscribiente, Zorayda Chevere Fraguada, mayor de edad, ciudadana americana y actualmente retirada de la Administración de Familias y Niños (ADFAN), Departamento de la Familia del Estado Libre Asociado de Puerto Rico, hago constar que soy parte de los reclamantes que figuran como demandantes, en el caso Nilda A. Agosto Maldonado  V. Estado Libre Asociado de Puerto Rico, Departamento de la Familia y otros, (Civil Núm. KPE 2005-0608), sobre reclamación de salarios.

A su vez hago constar que el 16 de septiembre de 2018, la Hon. Juez Superior, Rebecca de León Ríos, ordeno al patrono que pagara a todos los demandantes los salarios adeudados y no fue hasta noviembre de 2012, que recibimos un pago parcial del 25%, de dicho salario según informo el Depto. De la Familia, nunca nos ha mostrado ningún cómputo e documento oficial al respecto.

Para hacer constar lo antes indicado someto:

1. Copia de la sentencia emitida el 16 de septiembre de 2010, por la Hon. Juez Superior de San Juan, ordenando el pago de los salarios adeudados a los demandantes con el Anejo que incluye el listado de los nombres de los demandantes en cuya pagina 17, aparece mi nombre en el #128.
2. Evidencia del pago recibido del 25% de la duda, que muestra en el documento que indica el numero  el número de cheque emitido, cantidad del pago recibido con sus correspondientes descuentos aplicados.

3. Carta enviada el 25 de agosto de 2016, al Hon. Jesús Manuel Ortiz, Secretario Oficina de Asuntos Públicos de Fortaleza, solicitando su intervención para que se nos pagara el restante 75%, de los salarios que se nos adeudan.

4. Copia de esta carta también fue llevada con el mismo propósito a las oficinas de la Hon. Senadora Roxana López, con quien nos reunimos en la oficina de la Lcda. Marangely Medina, Directora de Asuntos Laborales de la Fortaleza, y con la Lcda. Lilliam Pecunia, Directora de Asuntos de Bienestar Social sin éxito alguno.

Es importante señalar que una vez se nos realice el pago adeudado esto afectara el monto de las pensiones y el seguro social que recibimos. Además se deben computar los intereses devengados por ese dinero durante los años que aplique ya que también se nos adeudan. Solicito se me pague pasos por méritos que me fueron recomendados y nunca me fueron otorgados, dietas, vacaciones y cualquier otra deuda que este pendiente de pagar.

A tales efectos someto los documentos de reclamación correspondientes a los

"Schedule D y  Schedule E–Caso No -17 bk-03283" y el  "Schedule E-Caso No.17-bk-03566".

A pesar de que las abogadas litigantes en el caso de la Demanda De Reclamación de Salarios recibieron una notificación del "Schedule H" la cual van a llenarla y documentarla para enviarla, yo estoy sometiendo esta carta y llenando las reclamaciones antes mencionadas en los "Schedule" porque intereso continuar como parte activa en el caso de la Ley Promesa y para que se tome en cuenta mi reclamación.

Atentamente,

Zorayda Chevere Fraguada

Seguro Social: XXX-XX-2905

Teléfono: 787-988-9360

Dirección Postal

Calle #12, R-1

Jardines C. C, Carolina, PR. 00983



### FAMILIA

Secretaría Auxiliar de
**Recursos Humanos y Relaciones Laborales**

2 de noviembre de 2012

Chévere Fraguada, Zoraida
Administración de Familias y Niños

Re: Nilda Agosto y Otros KPE-2005-0608

Estimado(a) Compañero(a):

Usted figura como demandante en el Caso de Nilda Agosto y Otros vs. Departamento de la Familia, sobre Salario Mínimo Federal.

No obstante lo anterior, y en aras de ir reduciendo la deuda producto de esta reclamación originada para el año 2005; la Oficina de Gerencia y Presupuesto ha identificado unas partidas dentro de las cuentas de economías del Departamento de la Familia para acreditarle a su acreencia en la demanda de referencia. Adjunto a esta comunicación usted recibirá un cheque por la cantidad de $ 11,734.03 equivalente al 25% del pago total al que usted tiene derecho conforme las estipulaciones de la sentencia. Del mismo, solamente se le están realizando los descuentos de Seguro Social y Contribuciones.

Reconocemos que este adelanto no representa el pago total, más si un abono de buena fe con el propósito de ir reduciendo el monto adeudado.

De usted no estar de acuerdo con la cantidad recibida, tendrá un término de 10 días para presentar una reclamación ante la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales.

Cordialmente,

María Luisa Torres Colón
Secretaria Auxiliar

---

**Edificio Lila Mayoral, Ave. Barbosa 306**
P O Box 11398, San Juan, PR 00910-1398 / Tel. (787) 294-4900  Exts: 2358 / 2359 / Fax (787) 765-1743

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CHEVERE FRAGUADA, ZORAIDA | 20773 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CHEVERE FRAGUADA, ZORAIDA | 20773 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

|  |  |
|---|---|
| *In re:* | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | **La presente radicación guarda relación con el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE LA TRICENTÉSIMA TRIGÉSIMA SÉPTIMA OBJECIÓN
GLOBAL (NO SUSTANTIVA) DEL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A
RECLAMACIONES RELACIONADAS CON PENSIONES ALEGADAS CONTRA EL
DEUDOR INCORRECTO**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL,
EL SRE SOLICITA QUE SU RECLAMACIÓN SEA RECLASIFICADA PARA QUE
SE ALEGUE CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO.**

**USTED NO TIENE QUE RADICAR RÉPLICA A LA OBJECIÓN GLOBAL PARA
DEFENDER SU RECLAMACIÓN CONTRA EL ELA. LA OBJECIÓN GLOBAL
PRESERVARÁ SU RECLAMACIÓN COMO UNA ALEGADA CONTRA EL ELA,
CONFORME A LO INDICADO EN LA COLUMNA TITULADA "CORREGIDA" EN
EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, A EFECTOS DE LA DETERMINACIÓN
EN UNA FECHA POSTERIOR, Y USTED RECIBIRÁ UNA NOTIFICACIÓN
RELATIVA A CUALQUIER PROCEDIMIENTO ADICIONAL.**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA TRICENTÉSIMA
TRIGÉSIMA SÉPTIMA OBJECIÓN GLOBAL, DEBERÁ LEER DETENIDAMENTE
ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU
ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

     **OBSÉRVESE QUE** el 18 de junio de 2021, el Sistema de Retiro de los Empleados del
Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE" o el "Deudor"), a través de la
Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"),
como el único representante de Título III del SRE conforme a la sección 315(b) de la *Ley para la*

## ANEXO C

### Notificación

***CUST PR 1845 SRF 54642 PackID: 52 MMLID: 1495561-P Svc: 345
CHEVERE FRAGUADA, ZORAIDA
JARD DE COUNTRY CLUB
R1 CALLE 12
CAROLINA PR 00983-1759

2

SENTENCIA
K PE 2005-0608
PAGINA 17

| | |
|---|---|
| 73. BETANCOURT RIVERA, GLENDA LIZ | 74. BETANCOURT RODRÍGUEZ, ROSA E. |
| 75. BIRRIEL URDAZ , NURI I. | 76. BLANCO SOTO, MARIA A. |
| 77. BONILLA CHISTIAN, ZAIDA | 78. BORGOS DIAZ, MYRNA L. |
| 79. BORGOS LEÓN LAURA | 80. BORIA CLEMENTE, SAMUEL |
| 81. BORIA GASTON, CARMEN R. | 82. BOURDONY BAEZ, VICTOR M. |
| 83. BRACERO RABASSA, RAFAEL | 84. BRUNO RIVERA, GLADYS E. |
| 85. BUNKER PEREZ, OSCAR | 86. BURGOS MORALES, BRENDA LIZ |
| 87. BURGOS RIVERA, JUAN JOSE | 88. CABALLERO MAISONET, MYRNA |
| 89. CABAN ACEVEDO, JULIA A. | 90. CABAN ARROYO, HERIBERTO |
| 91. CABEZA HERNANDEZ, ÁNGEL | 92. CABEZUDO PEREZ, IVONNE |
| 93. CABRERA TORRES, SIGNA MAGALY: | 94. CALDERON CARRASQUILLO, CARMEN V. |
| 95. CALDERON CRUZ, CARMEN B. | 96. CALDERON CRUZ, ENRIQUE |
| 97. CALDERON DAVILA, CARLOS | 98. CALDERON ILARRAZA, CARMEN |
| 99. CALO BIRRIEL, MILAGROS | 100. CAMACHO GOMEZ, GLORIMY |
| 101. CAMACHO PEREZ, JUDITH | 102. CAMARERO COLON, JOSE L. |
| 103. CANTRES APONTE, CARMEN S. | 104. CARABALLO ORTIZ, LUIS A. |
| 105. CARDONA MEDINA, WILSON | 106. CARDONA SANTANA., GAMALIER |
| 107. CARDONA SERRANO, ROSA I. | 108. CARRASCO BAQUERO, MARIA L. |
| 109. CARRASQUILLO DIAZ, YOLANDA | 110. CARRASQUILLO MULERO, ROSITA |
| 111. CARRASQUILLO PACHECO, LOYDA G. | 112. CARRASQUILLO ROMAN , SONIA |
| 113. CARRASQUILLO SANTIAGO, CARMEN R. | 114. CARRERO LOPEZ, DAVID |
| 15. CARRILLO FIGUEROA, ELIZABETH | 116. CARRION CASTRO, MARGARITA I. |
| 117. CARRION CEDEÑO, MARGARITA | 118. CARRION SANTIESTEBAN, ARLENE |
| 119. CARTAGENA MERCED, LUZ M. | 120. CASTILLO ROMAN, SYLVIA |
| 121. CASTRO CANALES, MIRTA | 122. CASTRO CARRION, BLANCA I. |
| 123. CASTRO LAGUERRA, ANA VEDA | 124. CASTRO RODRÍGUEZ, ELIZABETH |
| 125. CAY MORALES, MARIA | 126. CEDEÑO ROMERO, EVELYN |
| 127. CENTENO FONTANEZ, ROSA I. | 128. CHEVERE FRAGUADA, ZORAIDA |
| 129. CHEVERE IZQUIERDO, SANDRA | 130. CINTRON DE BORRALI, LILLIAM |
| 131. CINTRON DIAZ, ADELMA DEL C. | 132. CINTRON MORALES, JOSE A. |
| 133. CINTRON RODRÍGUEZ, ANGELITA | 134. CINTRON SANTANA, JARVIS |
| 135. CLAUDIO ROSADO, EDUARDO | 136. COLLAZO GONZALEZ, CARMEN |
| 137. COLON ARROYO, ANA A. | 138. COLON DE OTERO, LETICIA |
| 139. COLON DIAZ, RAFAEL | 140. COLON ORTEGA, CARMEN |
| 141. COLON RAMOS, RAMON L. | 142. COLON RIVERA, ANA M. |
| 143. COLON ROSARIO, MARGARITA | 144. COLON SANTOS, KARITZA |
| 145. COLON TORRES, NEYSHA M. | 146. CONCEPCION LAGUER, MARGARITA |
| 147. CONCEPCION QUIÑONES, JOSEFINA | 148. CONCEPCION RODRIGUEZ, MARIA DEL C. |
| 149. CORDERO AVILA, ÁNGEL G. | 150. CORDERO FERNANDEZ, MARIA J. |