Geraldo Chéo
Urb. Jardines de C. Club
Calle 12 R-1 Carolina 00983

CERTIFIED MAIL

7018 3090 0002 2777 7282

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                    $ 008.05⁰
0001940225   JUL 13 2021
MAILED FROM ZIP CODE 00984

SAN JUAN
2021 JUL 20 PM 3:13

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos (
#150 Avenida Chardón
Edificio Federal
San Juan (Puerto Rico) 00918-1767