UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING PROCEDURES FOR CONTINUED DISCLOSURE STATEMENT HEARING

The Court will hear the continued oral argument in connection with the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (Docket Entry No. 16756) and the *Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 16757) (the "Hearing") beginning at **9:30 a.m. (Atlantic Standard Time)** on **July 27, 2021**. The Hearing will be conducted on **July 27, 2021,** from **9:30 a.m. to 1:00 p.m.**, and resume, if necessary, from **2:00 p.m. to 5:00 p.m**. **(Atlantic Standard Time)**. In light of the ongoing COVID-19 public health crisis, the Court will conduct the Hearing telephonically via CourtSolutions. The Hearing shall be governed by the following procedures.

**Registration for Speaking and Listen-In Lines for**
**Attorneys; Listen-In Facilities for Members of Public and Press**

1. Attorneys who have entered an appearance in the Title III proceedings may register to participate as speakers or listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com no later than **July 23, 2021**, at **5:00 p.m. (Atlantic Standard Time)** and pay the fee established by CourtSolutions. To promote the efficient conduct of the proceedings, the number of speaking participation lines shall be limited. The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") shall be limited to five such speaking lines each, and each other party in interest shall be limited to two such speaking lines. There will be no limitation on the registration of listen-in lines for attorneys who have entered appearances in these proceedings.

2. To listen-in on the proceedings by telephone, members of the public and press should dial (888) 363-4749, and enter the access code (7214978) and security code (5022) when prompted. The access lines for press and the general public will be in listen-only mode at

all times. Recording and further broadcasting of the proceedings by any means remain prohibited. Although Judicial Conference policy generally prohibits the broadcasting of proceedings in federal trial courts, the Executive Committee of the Judicial Conference has approved a limited temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the press with audio access to court proceedings while public access to federal courthouses is restricted due to the health and safety concerns presented by the COVID-19 pandemic.

**Order and Identity of Speakers; Telephone Etiquette**

3. The Court has allotted approximately **two hours** of time for the hearing.

4. For each matter scheduled to be heard at the Hearing, counsel who intend to speak must jointly file an informative motion by **July 23, 2021**, at **12:00 p.m. (Atlantic Standard Time)** identifying (a) the relevant motion, (b) the parties (including any persons appearing pro se) who intend to appear and speak in connection with the relevant motion, (c) the names of no more than two individuals who intend to speak on behalf of each party in connection with the relevant motion or matter, (d) the order in which the parties to the relevant motion shall present argument, and (e) time allocations for each speaker.

5. During the call, the individuals who are allocated speaking lines are directed to observe the following rules:

    a. Use a landline whenever possible.

    b. Use a handset rather than a speakerphone.

    c. Identify yourself if asked to do so.

    d. Identify yourself by name each time you speak.

   e. <u>Mute</u> yourself when you are not speaking to eliminate background noise.

   f. Spell proper names.

6. All persons granted remote access to the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**<u>Pre-Hearing Filing Deadlines</u>**

7. An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by **July 23, 2021**, in accordance with the *Fifteenth Amended Notice, Case Management and Administrative Procedures*. (<u>See</u> Docket Entry No. 17127-1, § III.M.) The agenda shall also include a compilation of the information filed pursuant to Paragraph 4, <u>supra</u>, including (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party. Debtors' counsel shall file a revised agenda on **July 26, 2021**, if circumstances have changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **July 22, 2021**, at **4:00 p.m. (Atlantic Standard Time)**.

8. To the extent that counsel intend to rely on exhibits and/or demonstratives at the hearing, counsel shall file any such exhibits and/or demonstratives as a single attachment, bookmarked to delineate each included exhibit or demonstrative, in searchable PDF format to an

informative motion labeled to correspond to the relevant agenda item and/or motion or report by **12:00 p.m. (Atlantic Standard Time)** on **July 23, 2021**. Each party shall denominate its exhibits, if any, in a distinctive manner, and the informative motion shall also include an exhibit list indicating whether there are any known objections to the use of the exhibit or demonstrative. Any objection to exhibits or demonstratives so filed shall be made by informative motion filed by **9:00 p.m. (Atlantic Standard Time)** on **July 23, 2021**.

    SO ORDERED.

Dated: July 21, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge