UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
|     Debtors. | |

----------------------------------------------------------------x

**[Related to Docket #17446 and #17387]**

**INFORMATIVE MOTION – JULY 27, 2021 HEARING**

Dated: July 22, 2021

### INFORMATIVE MOTION – JULY 27, 2021 HEARING

Peter C. Hein, pro se, an individual bondholder, reserves the right to participate in the July 27, 2021 continued disclosure statement hearing and be heard on Debtors' motions docketed at #16756 and #16757, and on any other matters that may affect his interests. As of this writing, it is not clear to me what matters will be placed on the agenda and whether I will be allocated any argument time on any of such matters. According, I am making this filing on the timetable specified in ¶ 4 of the "Order regarding Procedures for Continued Disclosure Statement Hearing" (#17446) simply to preserve my right to speak if a matter is placed on the agenda for which I am allocated argument time. If I am not allocated argument time for a matter placed on the agenda, I will not appear.

I have reviewed the Court's Order Regarding Rulings Made on the Record at the July 13-14, 2021, Hearing Concerning the Proposed Disclosure Statement and Plan of Adjustment (#17387). It is doubtful that I will be able to react to the amended disclosure statement to be filed by Sunday, July 25, 2021 at 9 am AST, so as to be able to prepare and submit objections to the revisions by Monday, July 26, 2021 at 9am AST. I respectfully rest on the positions set forth in my prior filings, including #16908, #16909 and #16977 and my argument during the course of the July 13, 2021 hearing.

July 22, 2021

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com

-1-

## Certificate of Service

I, Peter C. Hein, certify that I have caused "Informative Motion – July 27, 2021 Hearing" to be served via the Court's CM/ECF system.

July 22, 2021

                                            /s/ Peter C. Hein
                                            Peter C. Hein