# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION OF FINANCIAL GUARANTY INSURANCE COMPANY FOR APPEARANCE AT JULY 27, 2021 CONTINUED DISCLOSURE STATMENT HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at July 27, 2021 Continued Disclosure Statement Hearing*. In support of the Motion, FGIC respectfully states as follows:

1.  Martin A. Sosland intends to participate on behalf of FGIC at the Hearing[1] conducted by the Court telephonically via CourtSolutions due to the ongoing COVID-19.

2.  Mr. Sosland will speak in connection with the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Continued Disclosure Statement Hearing* [Case No. 17-3283, Dkt. # 17446] (the "***Order***").

*Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 16756] *and the Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 16757].

3. Mr. Sosland also reserves the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interest of FGIC.

WHEREFORE, FGIC respectfully requests that the Court take notice of the foregoing.

Dated: July 22, 2021.

Respectfully submitted,

REXACH & PICÓ, CSP

By: */s/ María E. Picó*
María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
Martin A. Sosland (*pro hac vice*)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

James E. Bailey III (*pro hac vice*)

2

60334543.v1

      Adam M. Langley (*pro hac vice*)
      6075 Poplar Ave., Suite 500
      Memphis, TN 38119
      Telephone: (901) 680-7347
      Facsimile: (615) 680-7201
      E-mail: jeb.bailey@butlersnow.com
      adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: July 22, 2021.

Respectfully submitted,

By: */s/ Martin A. Sosland*
    Martin A. Sosland

*Attorney for Financial Guaranty Insurance Company*

60334543.v1