**EXHIBIT 1**

Lic. Luis Costas Elena

**From:** McNulty, Emmett [emcnulty@alvarezandmarsal.com]
**Sent:** Thursday, June 10, 2021 11:46 AM
**To:** Lic. Luis Costas Elena
**Subject:** RE: Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742

Hello Mr. Elena,

Thank you for your response. We have reached out to our contacts within the Commonwealth of Puerto Rico and PBA and are working with them to identify the specific invoices and/or purchase orders relevant to your client, Sky High Elevators Corp's claim 173742.

I will reach out to you once I have any further information regarding these invoices/purchase orders. Please let me know if you have any further questions.

Many Thanks,

**Emmett McNulty**
Analyst
Alvarez & Marsal North America, LLC
Mobile: (773) 703 5968
emcnulty@alvarezandmarsal.com
www.alvarezandmarsal.com

