July 14, 2021

In Re.: **Estado Libre Asociado de Puerto Rico, Case number 17 BK 3283-LTS**

On this motion I am requesting that the lawsuit against the Department of Special Education of The Commonwealth of Puerto Rico, Case number **29477**, remains active for the benefit of my son **Darryl Francis Bonet Arroyo**.

In regards to the Omnibus Objection referring to the duplicate lawsuit, Case number 49587 from Doc. #17111, listed as "Claims to be Disallowed" on Exhibit A, I have no objection to be dismissed.

Cordially

*Veronica Arroyo Lopez*

VAL

14 de julio de 2021

En Re.: **Estado Libre Asociado de Puerto Rico, Caso núm. 17 BK 3283 – LTS**

Por medio de esta moción solicito que la demanda contra el Departmento de Educación Especial de Puerto Rico del Estado Libre Asociado, número de caso **29477**, se mantenga activa para beneficio de mi hijo **Darryl Francis Bonet Arroyo**.

En relación con la Objeción Global refiriéndose al duplicado de la demanda, número de caso **49587** del Doc. #17111, que aparece en el Anexo A como "Reclamaciones que han de ser rechazadas", no tengo objeción alguna a que esta sea eliminada.

Cordialmente

*[firma]*

VAL