PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

 UNITED STATES POSTAL SERVICE — PRIORITY MAIL

FROM: Verónica Arroyo López (Bonet)
1516 NE 33rd Ln.
Cape Coral, FL 33909

- Expected delivery date specified for domestic use.

 UNITED STATES POSTAL SERVICE

Retail
US POSTAGE PAID
$7.95
Origin: 33903
07/14/21
1130850427-30

PRIORITY MAIL 3-DAY®

0 Lb 2.20 Oz
1006

EXPECTED DELIVERY DAY: 07/19/21

SHIP TO:
San Juan PR 00918

USPS TRACKING® #

9505 5161 4116 1195 8118 28

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TO: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR
00918-1767