# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF ASSURED GUARANTY
## CORP. AND ASSURED GUARANTY MUNICIPAL CORP.
## REGARDING THE CONTINUED DISCLOSURE STATEMENT HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, the "Assured Entities") hereby submit this informative motion in compliance with the *Order Regarding Procedures for Continued Disclosure Statement Hearing* (ECF No. 17446)[2] and respectfully state as follows:

1.    Mark C. Ellenberg, William J. Natbony, and/or Casey J. Servais of Cadwalader, Wickersham & Taft LLP will speak on behalf of the Assured Entities at the Continued

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

Disclosure Statement Hearing, which will be held on July 27, 2021 and conducted telephonically via CourtSolutions due to the ongoing public health crisis.

2.     Mr. Ellenberg, Mr. Natbony, and/or Mr. Servais may present oral argument on behalf of the Assured Entities as concerns the Assured Entities regarding the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (ECF No. 16756), the *Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 16757), and all related papers.

3.     Mr. Ellenberg, Mr. Natbony, and/or Mr. Servais reserve the right to be heard on any matter raised by any party at the Continued Disclosure Statement Hearing as concerns the Assured Entities related to the Title III Cases or the interests of the Assured Entities.

[*Remainder of Page Intentionally Omitted*]

Dated:  July 23, 2021
        New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**


By: /s/ *Heriberto Burgos Pérez*
     Heriberto Burgos Pérez
     USDC-PR No. 204,809
     Ricardo F. Casellas-Sánchez
     USDC-PR No. 203,114
     Diana Pérez-Seda
     USDC–PR No. 232,014
     P.O. Box 364924
     San Juan, PR 00936-4924
     Tel.: (787) 756-1400
     Fax: (787) 756-1401
     E-mail:  hburgos@cabprlaw.com
             rcasellas@cabprlaw.com
             dperez@cabprlaw.com


*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
     Howard R. Hawkins, Jr.*
     Mark C. Ellenberg*
     William J. Natbony*
     Thomas J. Curtin*
     Casey J. Servais*
     200 Liberty Street
     New York, New York 10281
     Tel.: (212) 504-6000
     Fax: (212) 406-6666
     Email:  howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           bill.natbony@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 23rd day of July, 2021.

By: _/s/ Howard R. Hawkins, Jr._
Howard R. Hawkins, Jr.*
* Admitted pro hac vice