# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE UNITED STATES OF AMERICA PURSUANT TO ORDER REGARDING PROCEDURES FOR CONTINUED DISCLOSURE STATEMENT HEARING

The United States of America, on behalf of various federal agencies, files this *Informative Motion of the United States of America Pursuant to Order Regarding Procedures for Continued Disclosure Statement* (ECF No. 17446). In support hereof, the United States respectfully states as follows:

1. Matthew J. Troy intends to appear telephonically at the Hearing[2] on behalf of various federal agencies via CourtSolutions on a speaking line.

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Order Regarding Procedures for Continued Disclosure Statement Hearing*.

2. Mr. Troy reserves the right to be heard and present oral argument on any matter identified in the agenda to be filed by the Oversight Board in connection with the Hearing, or to address, as necessary, any matters raised by the Court or any statements made by any party in connection with the above-captioned title III proceedings or any adversary proceeding currently pending in the above-captioned title III proceedings.

This 23rd day of July 2021.

> Respectfully submitted,
> BRIAN M. BOYNTON
> Acting Assistant Attorney General
> W. STEPHEN MULDROW
> United States Attorney
> HÉCTOR E. RAMÍREZ-CARBÓ
> Assistant United States Attorney
> Civil Chief
>
> /s/ Matthew J. Troy
> RUTH A. HARVEY
> MICHAEL J. QUINN
> MATTHEW J. TROY
> USDC # G02707
>
> Attorneys, Civil Division
> U.S. Department of Justice
> P.O. Box 875
> Ben Franklin Station
> Washington, D.C. 20044
> (202) 514-9038 (o)
> (202) 307-0494 (f)
> matthew.troy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2021, I caused a true and correct copy of the foregoing Informative Motion to be filed with the Clerk of the Court using the CM/ECF system, which will generate electronic notification to all CM/ECF participants in these cases.

> /s/ Matthew J. Troy