San Juan Puerto Rico
12 Julio 2021

A: Secretaria
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

De: Signa Magaly Cabrera Torres
Calle Pellín Rodríguez 372
Villa Palmeras Santurce, PR 00915
Tel:939-207-7594
Caso#12337
SS# 5242

Estimado funcionario
La presente es para solicitar a este honorable tribunal que pueda reconsiderar mi reclamación de ajuste salarial y que no se desestime la misma, según sentencia.
A su vez deseo que pueda ser asegurada. Llevo alrededor de 10 años esperando que se me pague lo que me adeudan ya que la mitad de mis compañeros le pagaron completo su deuda y considero esto es para mi un discrimen.

Yo me desempeñaba como trabajadora social en el departamento de la familia e hice una apelación tan pronto recibí el 25% de ajuste salarial ya que lo que recibí fue muy poco.
En estos momentos me adeudan el 75%. Es importante señalar que una vez se realice el pago adeudado se pueda hacer un reajuste en mi pensión, seguro social e intereses. Además de evaluar los pasos por méritos recomendados, reclasificación, dietas, vacaciones y cualquier otra deuda que este pendiente a pagar.

Es por tal razón que solicito continuar como parte activa en el caso de Ley Promesa y se tome en cuenta mi reclamación y sea reevaluada y asegurada para que me pueda pagar lo que me adeuda por todos estos años.

Le incluyo evidencia y espero puedas reconsiderar mis reclamos y se haga justicia. Confió en ustedes y en Dios.

Con gracias anticipadas quedo de usted

Signa Magaly Cabrera Torres.