Sonia M Cohen
Calle Bellen Pedu 377
Villa Capra
S.J. Pto Rico 00915





7020 0640 0001 7193 8701

A: Secretaria
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.
2021 JUL 22 PM 4:36