Moción de oposición 13283
Platos de custodio

Soy Natividad Nieche de Jesús
Calle Progreso Unión
#0810
Urb. Rio Grande Estate, Rio Grande
Puerto Rico 00745
Eloalope8 9@gmail.com

I Epígrafe
Junta de Supervisión Financiera
para Puerto Rico
como representante del Estado
Libre Asociado de Puerto Rico
et al
Promesa Título III
Número 17 BK 03283 L.T.S.
Tricentésima Trigésima Séptima
Objeción Global

II Motivos para oponerse a la objeción Global
Ante la situación que presenta
la Tricentésima Trigésima Séptima
Objeción Global. Optamos por
orden y decisión que tome la
Hon. Juez Taylor Swain

muy respetuosamente
[signature]
Julio 18/2021

Es mi interés acogerme a este reclamo, ante los Honorables Jueces Taylor Swain, que el departamento de la Familia no otorgó en forma discrecionaria contra el grupo de la Administración de ADFAN. Ya que al otro grupo de este departamento específicamente el secretariado que está bajo la administración del prontuario se le aseguraron unos fondos y se le pagó la deuda en su totalidad.

Sin tenernos en consideración los demás grupos ya la misma demanda y la misma situación es por lo que suplicamos muy respetuosamente a los Honorables Jueces Taylor Swain, que una vez solucionado el asunto de la objeción global se le revise y certifique al Dept. de la Familia por el restante del pago de la deuda a los grupos que se les adeuda, sin más historias.

Muy respetuosamente,
[signature]
Julio 18/2021
#13143

Remitieron a su prontuario