Tricentésima Trigésima Séptima Objeción Global
Anexo A: Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 521 | TORRES GONZALEZ, JAIME<br>CAW 152 KM 4.0 BO. QUEBRIDILLAS<br>BARRANQUITAS, PR 00794 | 15223 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | | Subtotal | Indeterminado* |
| | | | | Subtotal | Indeterminado* | | | |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

| 522 | TORRES GONZALEZ, JOSE O.<br>E-27 CALLE ABACOA<br>CAGUAS, PR 00725 | 14421 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | $26,215.14 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $26,215.14 |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

| 523 | TORRES PAGAN, AMNERIS L<br>P.O. BOX 305<br>JUANA DIAZ, PR 00795 | 50949 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | | Subtotal | Indeterminado* |
| | | | | Subtotal | Indeterminado* | | | |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

| 524 | TORRES ROSARIO, LOURDES<br>PMB 170<br>RR 5 BOX 4999<br>BAYAMON, PR 00956 | 32233 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Trigésima Séptima Objeción Global
Anexo A: Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 525 | TORRES SANCHEZ, LUIS<br>PO BOX 40219<br>SAN JUAN, PR 00940 | 7473 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $87,216.04 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $87,216.04 |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | | | | | |
| 526 | TORRES SANTIAGO, JUAN ARIEL<br>HC-01 BOX 5414<br>BARRANQUITAS, PR 00794 | 144192 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | | | | | |
| 527 | TORRES SERRANO, AXEL L<br>URB. EXT. LA MARGARITA<br>B-1<br>SALINAS, PR 00751 | 138083 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | | | | | |
| 528 | TORRES TORRES, VICTOR MANUEL<br>QUINTAS DE CANOVANAS<br>CALLE 2 #219<br>CANOVANAS, PR 00729 | 131385 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | | | | | |
| 529 | TORRES, EDGAR FELIX<br>C-5 CALLE 9<br>GUAYAMA, PR 00784 | 18317 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | | | | | |
| 530 | TRICOCHE JESUS, LUZ N.<br>URB RIO GRANDE EST<br>10810 CALLE PRINCESA DIANA<br>RIO GRANDE, PR 00745-5222 | 13143 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Sexta Objeción Colectiva
### Anexo A – Reclamaciones Enmendadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
| 349 | TORRES ROSA, MIRIAM CALLE D-22 URBANIZACION SAN FERNANDO BAYAMON, PR00957 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 68130 | $ 86,618.73 | TORRES ROSA, MIRIAM CALLE D-22 URBANIZACION SAN FERNANDO BAYAMON, PR00957 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 60299 | $ 86,618.73 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 350 | TORRES ROSARIO, CESAR J. F-20 AVE. RICKY SEDA, VALLE TOLIMA CAGUAS, PR 00725 | 06/14/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 44741 | $ 72,201.64 | TORRES ROSARIO, CESAR J AVE. RICKY SEDA F20 VALLE TOLIMA CAGUAS, PR 00725 | 06/21/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 45251 | $ 46,051.10 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 351 | TRABAJACOOP PO BOX 21346 SAN JUAN, PR 00928 | 06/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 36203 | $ 4,410.08 | TRABAJACOOP PO BOX 21346 SAN JUAN, PR 00928 | 06/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 70397 | $ 4,410.08 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 352 | TRICOCHE JESUS, LUZ N. URB RIO GRANDE EST 10810 CALLE PRINCESA DIANA RIO GRANDE, PR 00745-5222 | 05/08/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 13141 | $ 41,879.28 | TRICOCHE DE JESUS, LUZ N URB RIO GRANDE ESTATE 10810 CALLE PRINCESA DIANA RIO GRANDE, PR 00745 | 05/08/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 13536 | $ 41,879.58 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 353 | TRUJILLO ARJEMI, ELIBEL L BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956-9266 | 06/07/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 31821 | $ 50,000.00 | TRUJILLO ARJEMI, ELIBEL LAURA BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956-9266 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 69433 | $ 42,480.60* |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

Cuadragésima Sexta Objeción Colectiva
Anexo A – Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 354 | TRUJILLO ARJEMI, ELIBEL L. BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 64501 | $ 50,000.00* | TRUJILLO ARJEMI, ELIBEL LAURA BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956-9266 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 69433 | $ 42,480.60* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 355 | UJAQUE DE JESUS, WALESKA E. RE 05 250023 CALLE ISABEL ANASCO, PR 00610 | 06/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 78805 | $ 51,415.67 | UJAQUE DE JESUS, WALESKA E RR 05 25023 CALLE ISABEL AÑASCO, PR 00610 | 06/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 81356 | $ 51,415.67 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 356 | VALDIVIA HERNANDEZ, ALEX JAVIER 704 CAMINO DE LOS CEDROS, VEREDAS GURABO, PR 00778 | 06/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 80388 | $ 17,465.00 | VALDIVIA HERNANDEZ, ALEX JAVIER 704 CAMINO DE LOS CEDROS GURABO, PR 00778 | 06/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 75681 | $ 42,922.54 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 357 | VARGAS FONTANEZ, PEDRO A C/BOHIO G-14 REPARTO CAGUAX CAGUAS, PR 00725-3310 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 59386 | $ 14,887.12 | VARGAS FONTANEZ, PEDRO A C/BOHIO G 14 REPARTO CAGUAX CAGUAS, PR 00725-3310 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 56891 | $ 14,887.30* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 358 | VARGAS FONTANEZ, PEDRO A G14 CALLE BOHIO REPARTO CAGUAX CAGUAS, PR 00725-3310 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 62451 | $ 1,800.00 | VARGAS FONTANEZ, PEDRO A G14 CALLE BOHIO REPTO CAGUAX CAGUAS, PR 00725-3310 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 43664 | $ 1,800.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |