Boris Aponte
Calle Primera Parc
#10810 Urb. Roberto Parde
Estate, R.G. PR 00745

CERTIFIED MAIL

7020 0640 0001 5428 2101

SAN JUAN, PR
JUL 19 2021

SAN JUAN R & DC - USPS

USA FOREVER

U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
JUL 19, 21
AMOUNT
**$7.00**
00918
R2305M148426-09

Secretaria (clerk's office
Tribunal de Distrito de los
Estados Unidos (United States
District Court)
Sala 150 Edificio Federal
Federal Building
San Juan (Puerto Rico 00918-1767