| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |||||
|---|---|---|---|---|
| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
| CABRERA TORRES, SIGNA | 12310 | 5/8/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $68,000.00 |
| Reason: | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. ||||

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |||||
|---|---|---|---|---|
| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
| CABRERA TORRES, SIGNA | 12310 | 5/8/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $68,000.00 |
| Base para: | Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. ||||

## Tricentésima Cuadragésima Primera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 BLASINI GALARZA, ENID D. URB SANTA ELENA 2 A15 CALLE ORQUIDEA GUAYANILLA, PR 00656-1449 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 151099 | Indeterminado* | BLASINI GALARZA, ENID D URB SANTA ELENA 2 A15 CALLE ORQUIDEA GUAYANILLA, PR 00656-1449 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151769 | Indeterminado* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| 7 CABEZOTO PEREZ, IVONNE HC-02 BOX 12180 GURABO, PR 00778 | 05/03/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12035 | $ 13,049.50* | CABEZUDO PEREZ, IVONNE HC-02 BOX 12180 GURABO, PR 00778 | 05/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 11829 | $ 13,049.50* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| 8 CABRERA TORRES, SIGNA VILLA PALMERAS 372 CALLE PROVIDENCIA SAN JUAN, PR 00915-2234 | 05/08/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12310 | $ 68,000.00 | CABRERA TORRES, SIGNA MAGALY VILLAS PALMERAS 372 CALLE PROVIDENCIA SAN JUAN, PR 00915-2234 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12337^ | $ 68,000.00* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 12337 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

| 9 CALDERON ILARRAZA, CARMEN PO BOX 1025 RIO GRANDE, PR 00745-1025 | 05/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 41791 | $ 30,735.45* | CALDERON ILARRAZA, CARMEN CALLE 12 T-24 VILLAS DE RIO GRANDE RIO GRANDE, PR 00745 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 36519^ | $ 30,735.45* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 36519 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| NILDA A. AGOSTO MALDONADO Y OTROS<br>PARTE DEMANDANTE<br><br>V.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO,<br>DEPARTAMENTO DE LA FAMILIA Y OTROS<br>PARTE DEMANDADA | CIVIL NUM. KPE 2005-0608<br>(907)<br><br>SOBRE<br><br>SENTENCIA DECLARATORIA;<br>Y RECLAMACIÓN DE SALARIOS |

## *SENTENCIA*

Los demandantes, que se detallan en el anejo de esta Sentencia, que se incorporan por referencia y se hace formar parte íntegra de ésta, son empleados que ocupan puestos con diferentes clasificaciones y trabajan o han trabajado en el Departamento de la Familia y sus administraciones: Secretariado, ADFAN, ADSEF, ASUME y ACUDEN.

Los empleados demandantes presentaron la demanda de epígrafe el 23 de febrero de 2005. Solicitaron una Sentencia Declaratoria que decretara la nulidad del Memorando General 5-86 de fecha 23 de abril de 1986, emitido por la Oficina Central de Administración de Personal (OCAP) hoy Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico (ORHELA), por estar en conflicto con las disposiciones establecidas bajo la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, 3 L.P.R.A. § 760 *et seq.* (derogada) y con el principio de igual paga por igual trabajo garantizado por el Art. II, sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico.

Los demandantes reclaman que sus salarios se afectaron cuando el Departamento de la Familia implantó el salario mínimo federal que entró en vigor el 15 de abril de 1986 y posteriores aumentos, ya que se dejó inoperante la estructura salarial existente y se adoptó un sistema de pago distinto e incompatible con las disposiciones de la Ley de Retribución Uniforme, *supra*. Arguyen que se violó su derecho a recibir una compensación acorde con las funciones que realizan y la jerarquía, niveles de responsabilidad y complejidad de sus respectivos puestos, a tono con el valor de su trabajo dentro del mercado de empleo.

**Signa M. Cabrera Torres**
**Apelante**

**Vs.**

**Departamento de la Familia**
**Apelada**


**CASO NUM. CE-2002-12-0704**

## MOCION INFORMATIVA

Comparece la parte apelada que suscribe y muy respetuosamente Expone y Solicita:

Que la suscribiente desde 1996 está esperando por esta oportunidad del plan de clasificación y retribución, según el principio de ley de méritos, que se me reclasifique mi puesto.

Que he hecho varios reclamos en relación a una reclasificación para Trabajador Social III, ya que mis evaluaciones y recomendaciones han solicitado el mismo.

Que aún sin recibir esta reclasificación continúo sirviendo a nuestra clientela con el respeto que se merece al igual que mi patrono, continuo dando el 100%.

Que a pesar de tener tantos años de servicios (productivos) con la agencia no se tomó en consideración para dicho puesto.

Que el Departamento tiene en sus manos un buen y capacitado servidor público.

Que solicité dicho exámen para Trabajador Social III ya que por todas las gestiones realizadas en la agencia no brindó fruto, pensé que este mecanismo sería justo, donde se le pueda ofrecer al empleado oportunidades de crecer.

Que la suscribiente reune los requisitos para poder obtener dicho puesto, por su experiencia, preparación con los adiestramientos que ha recibido, y por ser miembro de la Junta de Salud del Programa de Madres, Niños y Adolescentes; donde buscamos las ayudas para nuestros niños y familias.

Que la suscribiente incluye copia de sus evaluaciones y todas las gestiones realizadas reclamando dicha reclasificación.

Respetuosamente sometido.

En Carolina, Puerto Rico a 17 de junio de 2005

Signa M. Cabrera Torres
Alturas de Río Grande
Calle 22 V-1157
Río Grande, P.R. 00745

*24 DE ABRIL 2018*

*Commonwealth de Puerto Rico Claims Processing Center*
*c/o Prime Clerk LLC Grand Central Station*
*PO Box 4708*
*New York, NY 10163-4708*

*PROMESA    Titulo III*
*Caso Num. 17 BK 3283-LTS*

*Estimados Funcionarios:*

*Mediante el presente documento, suscribiente , Signa M. Cabrera Torres, mayor de edad, ciudadana americana y actualmente retirada de la Administración de Familias y Niños (ADFAN) del Departamento de la Familia del Estado Libre Asociado de Puerto Rico hago constar que soy parte de los reclamantes que figuran como demandantes en el caso Nilda A. Agosto Maldonado V. Estado Libre Asociado de Puerto Rico, Departamento de la Familia y Otros (Cívil Núm. KPE 2005-0608) sobre Reclamación de Salarios.*

*A su vez hago constar que el 16 de Septiembre de 2010 la Hon. Juez Superior Rebecca de León Ríos ordenó al patrono que pagara a todos los demandantes los salarios adeudados y no fue hasta Noviembre de 2012 que recibimos un pago parcial del 25% de dichos salarios según informó el Departamento de la Familia. Al presente suscribiente y todos los demandantes desconocemos cual es el monto real de la deuda debido a que el Departamento de la Familia nunca nos ha mostrado ningún computo ni documento oficial al respecto.*

*Para hacer constar lo antes indicado someto:*
*1. Copia de la Sentencia emitida el 16 de Septiembre de 2010 por el Tribunal Superior de San Juan ordenando el pago de los salarios adeudados a los demandantes con el Anejo que incluye el Listado de los Nombres de los Demandantes en cuya página 17 aparece mi nombre en el #93 .*                                                                                                              *2.*
*Evidencia del pago recibido del 25% de la deuda que se demuestra en el documento que indica el número de cheque emitido, cantidad del pago recibido con sus correspondientes descuentos aplicados.*
*3. Carta enviada el 25 de agosto de 2016 al Hon. Jesús Manuel Ortiz, Secretario Oficina de Asuntos Públicos de Fortaleza solicitando su intervención para que se nos pagara el restante 75% de los salarios que se nos adeudan.*
*4. Copia de esta carta también fue llevada con el mismo propósito a las oficinas de la*

Hon. Senadora Roxana López León con quien nos reunimos, a la oficina de la Lcda. Marangely Medina, Directora de Asuntos Laborales de Fortaleza y a la Lcda. Lilliam Pecunia, Directora de Asuntos de Bienestar Social sin éxito alguno.

Es importante señalar que una vez se nos realice el pago adeudado esto afectará el monto de las pensiones y el seguro social que recibimos. Además se deben computar los intereses devengados por ese dinero durante los años que aplique ya que tambien se nos adeudan. Solicito se me pague Pasos por Méritos que me fueron recomendados y nunca me fueron otorgados, Dietas, Vacaciones y cualquier otra deuda que este pendiente de pagar.

A tales efectos someto los documentos de reclamación correspondientes a los "Schedule E - Caso No. -17 bk - 03283" y el " Schedule E- Caso No. 17 - bk – 03566"

A pesar de que las abogadas litigantes en el caso de la Demanda de Reclamaciòn de Salarios recibieron una notificacion del "Schedule H, la cual van a llenarla y documentarla para enviarla yo estoy sometiendo esta carta y llenando las reclamaciones antes mencionadas en los " Schedules" porque intereso continuar como parte activa en el caso de la Ley Promesa y para que se tome en cuenta mi reclamaciòn.

Atentamente

Signa M. Cabrera Torres
Seguro Social: XXX-XX- 5242
Teléfono: 939-207-7594

Dirección Postal
Calle Pellin Rodriguez # 372
Villa Palmera, Santurce, P.R. 00915

Dirección residencial y postal:
Calle Pellín Rodríguez #372
Villa Palmeras, Santurce
San Juan, PR 00915
Celular número: 939-207-7594

21 de septiembre de 2020

Hon. Orlando López Belmonte
Secretario Departamento de la Familia

Reciba un saludo cordial,

**Asunto:** **Solicitud de estatus de apelación por corrección de pagos por Caso Nilda Agosto Maldonado v Depto. de la Familia, K PE 2005-0608**

Recientemente vi un listado extraído del "site" de internet PRIME CLERK PROMESA el cual incluye a todos los demandantes, inclusive, del Caso Nilda Agosto Maldonado, K PE 2005-0608. La cantidad que se me asigna en el mismo por la corrección de pagos producto del Caso, es $19,661.53.

A base de ese monto asignado de $19,661.53, se pudiera inferir que el Depto. de la Familia no ha considerado en lo absoluto en los pasados 8 años la apelación que radiqué mediante carta el 8 de noviembre de 2012, dirigida a la Sra. María L. Torres Colón, Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales, de la cual le incluyo copia. Nunca recibí contestación o notificación alguna del Depto. de la Familia con respecto a mi apelación sobre la cual pensé que estaban considerando. En aquel entonces la cantidad bruta que recibí fue $7,696.65 equivalente a un 25% del pago total, y luego le resté los descuentos de seguro social y contribuciones. La presente cifra de $19,661.53 representa menos del restante 75% que alegaban me adeudaban.

En síntesis, la justificación de mi apelación según describí en mi carta del 2012, se debe a que mis compañeras de Trabajo Social ya jubiladas con historial de años de servicio y clasificaciones similares a las mías, recibieron por concepto de esta demanda compensaciones muy superiores a la mía, hasta el triple, según fui enterada en aquel entonces y según he vuelto a confirmar al ver el listado aludido.

**Estaré haciendo llegar copia de esta carta a la Sra. Glenda Gerena Ríos, Administradora de ADFAN, en caso de que ella entienda que también debe atender este asunto, o parte del mismo.** Deseo que se revise mi apelación y me entreguen los cómputos que realizaron, o que realicen, en relación con mi Caso. Espero que se reevalúe la presente determinación y se me haga justicia. Cuando radiqué la apelación en el 2012 envié copia a las abogadas que representaban a los demandantes y a Pro-Sol (la unión), y también les haré llegar copia de la presente carta. También llené una solicitud de re-ajuste de pensión y no me han contestado nada al respecto.

Queda de usted,

*[firma]*

Signa Magali Cabrera Torres
SS #: XXX-XX-5242

C: Sra. Glenda Gerena Ríos, Administradora ADFAN
Anejo: Copia Solicitud de Apelación de 8 de noviembre de 2012
Copia de solicitud de re-ajuste de pensión

COPY

OU. 2012
3 pm
Jralynai

RECURSOS HUMANOS
RELAC...    ...ALES
2012 NOV -9 PM 1:41

Recibida
13 nov. 2012
2:10 pm

Copia
Se entrega en otra
de correspondencia
seguimiento.
Abogado

8 de noviembre de 2012

María L. Torres Colón
Secretaria Auxiliar Recursos Humanos
y Relaciones Laborables

La presente es para solicitar una apelación en relación al pago recibido en el día 7 de noviembre de 2012 ya que no estoy de acuerdo con el mismo.

Desde el 1974 comencé a laborar en la Agencia como Técnico de Servicios Sociales I. Luego a través de los años conseguí los puestos de Técnico de Servicios Sociales II y Técnico III.

En los años 1992-1993 se me reclasificó mi plaza a T.S. I y después a T.S. II recibiendo un diferencial en mi salario. Después de esa fecha había solicitado un puesto de T.S. III y nunca me lo ofrecieron y luego apelé pero nunca obtuve cita al respecto a pesar de que le daba seguimiento al caso.

Mis compañeros jubilados que son T.S. recibieron una compensación bien alta. Mientras yo recibí lo mínimo, llevando mucho tiempo en la Agencia igual que ellos. Es por tal razón que deseo se re-examine mi caso y que se me entreguen los cómputos reales que yo obtuve del mismo. El obrero es digno de su salario y requiere justicia.

Esperando su pronta acción.

Signa Magaly Cabrera Torres
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
939-207-7594
Calle Pellín Rodríguez 372
Villa Palmera

**FAMILIA**
Gobierno de Puerto Rico

**Secretaría Auxiliar de
Recursos Humanos y Relaciones Laborales**

2 de noviembre de 2012

Cabrera Torres, Signa M.
Administración de Familias y Niños

Re: Nilda Agosto y Otros KPE-2005-0608

Estimado(a) Compañero(a):

Usted figura como demandante en el Caso de Nilda Agosto y Otros vs. Departamento de la Familia, sobre Salario Mínimo Federal.

No obstante lo anterior, y en aras de ir reduciendo la deuda producto de esta reclamación originada para el año 2005; la Oficina de Gerencia y Presupuesto ha identificado unas partidas dentro de las cuentas de economías del Departamento de la Familia para acreditarle a su acreencia en la demanda de referencia. Adjunto a esta comunicación usted recibirá un cheque por la cantidad de $ 7,696.65 equivalente al 25% del pago total al que usted tiene derecho conforme las estipulaciones de la sentencia. Del mismo, solamente se le están realizando los descuentos de Seguro Social y Contribuciones.

Reconocemos que este adelanto no representa el pago total, más si un abono de buena fe con el propósito de ir reduciendo el monto adeudado.

De usted no estar de acuerdo con la cantidad recibida, tendrá un término de 10 días para presentar una reclamación ante la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales.

Cordialmente,

María Luisa Torres Colón
Secretaria Auxiliar

| # | Nombre | # | Nombre |
|---|---|---|---|
| 73. | BETANCOURT RIVERA, GLENDA LIZ | 74. | BETANCOURT RODRÍGUEZ, ROSA E. |
| 75. | BIRRIEL URDAZ, NURI I. | 76. | BLANCO SOTO, MARIA A. |
| 77. | BONILLA CHISTIAN, ZAIDA | 78. | BORGOS DIAZ, MYRNA L. |
| 79. | BORGOS LEÓN LAURA | 80. | BORIA CLEMENTE, SAMUEL |
| 81. | BORIA GASTON, CARMEN R. | 82. | BOURDONY BAEZ, VICTOR M. |
| 83. | BRACERO RABASSA, RAFAEL | 84. | BRUNO RIVERA, GLADYS E. |
| 85. | BUNKER PEREZ, OSCAR | 86. | BURGOS MORALES, BRENDA LIZ |
| 87. | BURGOS RIVERA, JUAN JOSE | 88. | CABALLERO MAISONET, MYRNA |
| 89. | CABAN ACEVEDO, JULIA A. | 90. | CABAN ARROYO, HERIBERTO |
| 91. | CABEZA HERNANDEZ, ÁNGEL | 92. | CABEZUDO PEREZ, IVONNE |
| 93. | CABRERA TORRES, SIGNA MAGALY | 94. | CALDERON CARRASQUILLO, CARMEN V. |
| 95. | CALDERON CRUZ, CARMEN B. | 96. | CALDERON CRUZ, ENRIQUE |
| 97. | CALDERON DAVILA, CARLOS | 98. | CALDERON ILARRAZA, CARMEN |
| 99. | CALO BIRRIEL, MILAGROS | 100. | CAMACHO GOMEZ, GLORIMY |
| 101. | CAMACHO PEREZ, JUDITH | 102. | CAMARERO COLON, JOSE L. |
| 103. | CANTRES APONTE, CARMEN S. | 104. | CARABALLO ORTIZ, LUIS A. |
| 105. | CARDONA MEDINA, WILSON | 106. | CARDONA SANTANA, GAMALIER |
| 107. | CARDONA SERRANO, ROSA I. | 108. | CARRASCO BAQUERO, MARIA L. |
| 109. | CARRASQUILLO DIAZ, YOLANDA | 110. | CARRASQUILLO MULERO, ROSITA |
| 111. | CARRASQUILLO PACHECO, LOYDA G. | 112. | CARRASQUILLO ROMAN, SONIA |
| 113. | CARRASQUILLO SANTIAGO, CARMEN R. | 114. | CARRERO LOPEZ, DAVID |
| 115. | CARRILLO FIGUEROA, ELIZABETH | 116. | CARRION CASTRO, MARGARITA I. |
| 117. | CARRION CEDEÑO, MARGARITA | 118. | CARRION SANTIESTEBAN, ARLENE |
| 119. | CARTAGENA MERCED, LUZ M. | 120. | CASTILLO ROMAN, SYLVIA |
| 121. | CASTRO CANALES, MIRTA | 122. | CASTRO CARRION, BLANCA I. |
| 123. | CASTRO LAGUERRA, ANA VEDA | 124. | CASTRO RODRÍGUEZ, ELIZABETH |
| 125. | CAY MORALES, MARIA | 126. | CEDEÑO ROMERO, EVELYN |
| 127. | CENTENO FONTANEZ, ROSA I. | 128. | CHEVERE FRAGUADA, ZORAIDA |
| 129. | CHEVERE IZQUIERDO, SANDRA | 130. | CINTRON DE BORRALI, LILLIAM |
| 131. | CINTRON DIAZ, ADELMA DEL C. | 132. | CINTRON MORALES, JOSE A. |
| 133. | CINTRON RODRÍGUEZ, ANGELITA | 134. | CINTRON SANTANA, JARVIS |
| 135. | CLAUDIO ROSADO, EDUARDO | 136. | COLLAZO GONZALEZ, CARMEN |
| 137. | COLON ARROYO, ANA A. | 138. | COLON DE OTERO, LETICIA |
| 139. | COLON DIAZ, RAFAEL | 140. | COLON ORTEGA, CARMEN |
| 141. | COLON RAMOS, RAMON L. | 142. | COLON RIVERA, ANA M. |
| 143. | COLON ROSARIO, MARGARITA | 144. | COLON SANTOS, KARITZA |
| 145. | COLON TORRES, NEYSHA M. | 146. | CONCEPCION LAGUER, MARGARITA |
| 147. | CONCEPCION QUIÑONES, JOSEFINA | 148. | CONCEPCION RODRIGUEZ, MARIA DEL C. |
| 149. | CORDERO AVILA, ÁNGEL G. | 150. | CORDERO FERNANDEZ, MARIA J. |



Rev. Dic. 09

Gobierno de Puerto Rico
ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan PR 00940-2203

**COPY**

8 nov 2012
4:13pm
S Díaz

## SOLICITUD DE REAJUSTE DE PENSIÓN

○ Inicial   ○ Revisión

### SECCIÓN I. DATOS DEL PENSIONADO

| Apellido Paterno, Materno, Nombre e Inicial | Seguro Social | Nacimiento (Día-Mes-Año) | Teléfono |
|---|---|---|---|
| Cabrera Torros, Seinal | [redacted] | 8/dic/52 | 939-207-7594 |

| Dirección Postal: | Dirección Residencial: ☐ Igual a la Postal |
|---|---|
| Calle Sello Pablo 372 Villas Palmas Santurce 00915 | Calle 22-V-15 Río Grande 00745 |
| Urbanización, Condominio o Barrio | Urbanización, Condominio o Barrio |

| Plan Acogido: | Fechas (Día-Mes-Año) | | |
|---|---|---|---|
| ☐ Coordinado | Primer Descuento para Retiro | Separación o Renuncia | Efectividad de Pensión |
| ☐ Completa Suplementación | 1976 | jubilada 31/12/2007 | 1/enero/2008 |

Favor de Completar este Apartado si Usted era Policía:

| Número | |
|---|---|
| Demandas Solicitadas | Sentencia Solicitada |
| | |

### SECCIÓN II. CERTIFICACIÓN

CERTIFICO que la información provista aquí es cierta y que me consta que ofrecer información falsa conlleva la aplicación de penalidades establecida por Ley

Firma del Pensionado    8/nov/12
                        Fecha (Día-Mes-Año)

### DOCUMENTOS A RADICAR CON LA SOLICITUD

1. Solicitud de Reajuste de Pensión (ASR-PA-016).
2. Hoja de Servicio (ASR-PA-004) sin sueldos ajustados y descuentos para Retiro.
3. Hoja de Servicio (ASR-PA-004) con sueldos ajustados y descuentos para Retiro.
4. Copia de las nóminas donde se afectó el pago correspondiente.
5. Informe de Cambio (OP-15).

Conservación: Igual al expediente del cual forma parte.