Case:17-03283-LTS Doc#:17476-2 Filed:07/22/21 Entered:07/23/21 10:23:57 Desc: Envelope Page 1 of 1

Sra M Cohen
Calle Pillen Rodu 377
Villa ?
S.J. P.to Rico 00915




CERTIFIED MAIL

7020 0640 0001 7193 8701

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 JUL 22 PM 4:36

A: Secretaria
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767