

| Date Filed | Case # | Debtor | Claim |
|---|---|---|---|
| 6/26/2018 | 17BK 03566 LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 98589 |

Asserted Claim: Undetermined

Asunto:
Envío de réplica a la objeción global a la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Número de Reclamación: 98589
Nombre: Yolanda Irizarry Espinosa
Dirección: Urb. Bello Horizonte
  Calle 8-A-15
  Guayama, PR 00784
Teléfono: (787) 317-9592
Dirección Correo Electrónico: yolymk55@yahoo.com

Epígrafe: Nombre del Tribunal
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Nombre de los deudores
Estado Libre Asociado de Puerto Rico
Número de Procedimiento:
17 BK 03566-LTS

Título de Objeción
Notificación de la Centísima décima Primera Objeción Global.
Número de Reclamación
  98589

Motivos

Los motivos por la que el Tribunal no debe declarar no lugar la objeción global en relación a mi reclamo

1. Tengo derecho a reclamar en mi número de reclamo 98589
2. Trabajé para el Departamento de Educación de Puerto Rico de los años 1976 a 2010.
3. Esta agencia me garantizaba un aumento de sueldo anual que nunca llegó porque procedían a congelarlos.
4. Soy maestra jubilada que trabajé por más de 30 años
5. Completé la información que se me requirió por ustedes.
6. El motivo de mi reclamación es de $100,000 o más a la que tengo derecho.

Documentación Justificativa

A continuación le estoy enviando una copia del documento en relación a mi reclamo 98589

1. Secretaría (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-17

2. Abogado de la Junta de Supervisión
Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

3. Abogado del Comete del Acredores
Counsel for the Creditors
Paul Hasting LLP
200 Park Avenue
New York, New York 10166
James Bliss
James Worthington
G. Alexander Bongartz

**DEPARTAMENTO DE EDUCACION**
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

4 de marzo de 2010

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | YOLANDA IRIZARRY ESPINOSA |
| Seguro Social | : | Redacted |
| Categoría | : | MAESTRO INGLES-NIVEL SEC. |
| Distrito Escolar | : | ARROYO |
| Sueldo Mensual | : | $2,775.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 26 de octubre de 1976 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha rendido servicios para este Departamento por un periodo de 32 años. |

Matilde Pedraza Leduc
Supervisora
Unidad de Jubilaciones Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Yolanda Irizarry
Urb. Bello Horizonte
Calle 8-A-15
Guayama, PR 00784

Case:17-03283-LTS Doc#:17477 Filed:07/22/21 Entered:07/23/21 10:49:53 Desc: Main
Document Page 5 of 5

CERTIFIED MAIL

19 JUL 20[..]
UNITED STATES POSTAL SERVICE

7020 0640 0000 6188 5375

U.S. POSTAGE PAID
FCM LETTER
GUAYAMA, PR
00784
JUL 19, 21
AMOUNT
1000  00918  $4.15
R2304M110400-02

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 22 PM 4:38

Secretaría (Clerk's Office)
Tribunal de Distrito EU
Room 150 Federal Building
San Juan, Puerto Rico 00918

00918999