# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## MOTION TO INFORM APPEARANCE OF THE AD HOC GROUP OF FGIC INSURED NOTEHOLDERS AT CONTINUED DISCLOSURE STATEMENT HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Taconic Capital Advisors LP, Aurelius Capital Management, LP, Canyon Capital Advisors LLC, First Ballantyne LLC, and Moore Capital Management, LP (collectively, the "Ad Hoc Group of FGIC Insured Noteholders")[2] by and through its undersigned counsel, hereby respectfully submits this motion to inform (the "Informative Motion") pursuant to the *Order Regarding Procedures for Continued Disclosure Statement Hearing* (Case No. 17 BK 3283-LTS, ECF No. 17446) (the "Procedures Order"),[3] and respectfully states as follows:

---

[1] The Debtors in the various Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Each member of the Ad Hoc Group of FGIC Insured Noteholders files this Informative Motion exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Procedures Order unless otherwise noted.

1. Lawrence A. Larose of Sheppard Mullin Richter & Hampton LLP will appear on behalf of the Ad Hoc Group of FGIC Insured Noteholders at the Hearing, which will be conducted telephonically via CourtSolutions.

2. Mr. Larose, on behalf of the Ad Hoc Group of FGIC Insured Noteholders, reserves the right to be heard and present oral argument at the Hearing related to any matter (i) identified in the agenda to be filed by the Oversight Board in connection with the Hearing, or (ii) raised by any party at the Hearing related to the Title III cases which may affect the interests of the Ad Hoc Group of FGIC Insured Noteholders. The Ad Hoc Group of FGIC Insured Noteholders further reserves the right to amend this Informative Motion as needed.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 23, 2021　　　　　　　　Respectfully submitted,

CÓRDOVA & DICK, LLC

*/s/Brian M. Dick Biascoecheas*
Brian M. Dick Biascoechea
#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918

P.O. Box 194021
San Juan, PR 00919-4021

Telephone: (787) 452-6425
USDC No.: 230,903
bmd@cordovadick.com

*Local Counsel to the Ad Hoc Group of*
*FGIC Insured Noteholders*

- and -

SHEPPARD MULLIN RICHTER & HAMPTON LLP

*/s/Lawrence A. Larose*
Lawrence A. Larose (admitted pro hac vice)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 896-0627
Facsimile: (917) 438-6197

*Counsel to the Ad Hoc Group of FGIC Insured*
*Noteholders*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

CÓRDOVA & DICK, LLC

*/s/Brian M. Dick Biascoechea*
Brian M. Dick
Biascoechea #403 Calle 12
de Octubre Urb. El Vedado
San Juan, PR 00918

P.O. Box 194021
San Juan, PR 00919-4021

Telephone: (787) 452-6425
USDC No.: 230,903
bmd@cordovadick.com

*Local Counsel to the Ad Hoc Group of FGIC Insured Noteholders*