REFERENCIA: 14 Julio 2021
Nombre: JUDITH CAMACHO PEREZ
Direccion: URB. Ext. PARQUE ECUESTRE
M-28 calle 26 CAROLINA PR. 00987
Telefono: (787) 393-8172
Correo electronico:

Epigrafe:
Nombre tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Nombre Deudores: In re: Junta de Supervision y Administracion Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico et al.;
número procedimiento:
Promesa titulo III
case num. 17 BK 3283-LTS Doc# 17108-4 claim # 29885
dated Filed - 5-24-2018
Debtor - Commonwealth of Puerto Rico

Motivo para oponerme a la Objecion Global:

Solicito a este Honorable Tribunal se me reconsidere mi reclamacion de dinero adeudado por pago de demanda al Estado Libre Asociado de Puerto Rico ya que fue dictada sentencia a mi favor por el Tribunal y solo se me pagado un 25% de la deuda. En carta recibida sobre la Objecion Global se me indica que la base para la misma es que "El demandante omitio proporcionar pruebas evidentes para apoyar un reclamo asegurado". En 16 de mayo del 2018 que someti la reclamacion inicial a dicho Tribunal envie todas las evidencias que tenia en mi poder y en mayo 24 del 2018 recibi confirmacion de Prime Clerk LLC como recibida. Adjunto copia de Sentencia del Tribunal y evidencia de pagos recibidos. Solicito se me evalue y se me deje continuar como →

parte activa en el caso de Ley Promesa para que se me pueda pagar dinero adeudado y se me puedan hacer una vez terminada la reclamación ajustes en mi pensión de Seguro Social y en el Sistema de Retiro del ELA.

Les agradeceré la atención prestada.

Gracias

att. Judith Camacho Pérez
Tel- (787) 393-8172