FROM: JUDITH C[...]
URB. EXT. PARQUE EQUESTRE
M-28 calle 26
CAROLINA PR 00987



U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00985
JUL 14, 21
AMOUNT
$2.20
R2305K132908-21

SECRETARIA (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(UNITED States District Court)
Sala 150 EDIFICIO FEDERAL
SAN JUAN PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 22 PM 4:36