**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION
REGARDING U.S. BANK'S APPEARANCE AT
JULY 27, 2021 CONTINUED DISCLOSURE STATEMENT HEARING**

U.S. Bank National Association ("USBNA") and U.S. Bank Trust National Association ("USBTNA", and collectively with USBNA, "U.S. Bank") hereby submit this informative motion in response to the Court's *Order Regarding Procedures for Continued Disclosure Statement Hearing* (Case No. 17-BK-3283, ECF. No. 17446) and respectfully state as follows:

1. Ronald J. Silverman from the New York, New York office of Hogan Lovells US LLP will appear telephonically on behalf of U.S. Bank at the July 27, 2021 continued Disclosure Statement hearing (the "Continued Disclosure Statement Hearing").

2. Mr. Silverman reserves the right to be heard and present oral argument on behalf of U.S. Bank in connection with the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting*

*Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (Docket Entry No. 16756).

3. U.S. Bank reserves the right to be heard on any matter relating to the above listed filing and to respond to any statements made by any party during the Continued Disclosure Statement Hearing.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 23rd day of July, 2021.

By: /s/ Eric A. Tulla

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
Robin E. Keller, Esq.
Pieter Van Tol, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
robin.keller@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that this 23rd day of July 2021 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

By: *Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez