# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br><br>Debtors | PROMESA Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

## MOTION TO INFORM PFZ PROPERIES, INC'S INTENT TO APPEAR AT THE JULY 27, 2021, CONTINUED DISCLOSURE STATEMENT HEARING

To the Honorable Court:

PFZ Properties, Inc. (hereinafter, PFZ), a creditor of the Commonwealth of Puerto Rico (hereinafter, the Debtor or the Commonwealth), by and through its undersigned counsel, states and prays as follows regarding its appearance at the July 27, 2021, Disclosure Statement Hearing (hereinafter the Hearing):

1. Pursuant to the Order Regarding Procedures for Continued Disclosure Statement Hearing (Dkt. #17446), the following information is provided:

        a.    The party who intends to appear is PFZ Properties, Inc.

        b.    David Carrión Baralt, if necessary, will speak on behalf of PFZ Properties, Inc. and will be available to address any matters presented by any party and to respond to any questions from the Court.

WHEREFORE, PFZ Properties Inc. requests from the Honorable Court to take notice of the above provided information and to allow its participation in the Hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of July 2021.

/s/ DAVID CARRION BARALT
USDC PR 207214
Attorney for PFZ Properties
P.O. Box 364463
San Juan, P.R. 00936-4463
Tel. (787) 758-5050
E-mail: davidcarrionb@aol.com

/s/ RUSSELL A. DEL TORO
USDC PR 121302
Attorney for PFZ Properties
Cond. Condado Princess
#2 Calle Washington 304
San Juan, Puerto Rico 00907
Telephone (787) 529-6502
E-mail: rdeltoro@dtslaw.com
russell.deltoro.sosa@gmail.com

/s/ JOSE ÁNGEL REY
USDC PR 118103
Attorneys for PFZ Properties
P.O. Box 10127
San Juan, P.R. 00908-1127
Tel. (787) 396-2600
E-mail: joseangelrey46@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2021, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system, which will send a notification to all attorneys of record.

/s/ David Carrión Baralt

DAVID CARRION BARALT