13 de julio de 2021

SECRETARIA TRIBUNAL DEL DISTRITO DE LOS E.U.
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918 – 1767

RE: RECLAMACION NUMERO (28179) SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO
RECLAMACION NUMERO (25360) SALARIO MINIMO FEDERAL
RECLAMACIONES NUMEROS (27280) (161653) RECLAMOS CONTIGENTES

El motivo de mi Reclamación contra el Sistema de Retiro de los empleados, es que el Gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal incluyendo pagos a sus acreedores.

Además, sin que mediara notificación ni autorización, ni consentimiento de nuestra parte en crasa violación y perjuicio de los empleados públicos, acciones que dejaron inoperante dicho Sistema. Esto, en crasa violación a nuestros derechos, poniendo en peligro nuestro sustento en el futuro. Evidencia de las aportaciones figuran en el estado emitido por la Administración de los Sistemas de Retiro enviado en la reclamación y subsiguientemente. Base adicional a nuestra reclamación y periodo que comprende, también se detalla en documentos que incluimos en términos de la utilización de las aportaciones de Retiro por el Gobierno de Puerto Rico.

Como consecuencia de tales acciones y malas prácticas se aprobó la **Ley Núm. 3-2013**, que reformo los sistemas, congelando las pensiones al 30 de junio de 2013 y eliminando beneficios adquiridos mediante la Ley 447 de los Sistemas de Retiro y la Ley Núm. 1-1990, creando un disloque e inequidad entre los empleados públicos.

Por otro lado, el Gobierno de Puerto Rico, en crasa violación a la legislación y reglamentación sobre retribución a los empleados públicos **(Ley Núm. 5-1975, Ley Núm. 89-1979, Ley Núm. 184-2014, Ley Núm. 8-2017)** y a la igual paga por igual trabajo no implanto escalas salariales para atemperarlas a los salarios mínimos concedidos a partir de 1986, manteniendo las mismas inoperantes. Sobre esta reclamación no hemos recibido requerimiento alguno del Ajuste Salarial.

Solicito muy respetuosamente que este dinero sea devuelto.

*Mayra E. Torres Ramos*
Mayra E. Torres Ramos
Urb. Ciudad Señorial calle Noble #73
San Juan, Puerto Rico 00926
Celular: 787-243-1785
Correo Electrónico: beba_2163@yahoo.com