*Evidencia de Reclamación:* **28179**
*Reclamante:* Torres Ramos, Mayra E

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 28179**

\_\_\_\_\_ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **28179** NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

**X** Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **28179** o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

Nombre del Reclamante: *Mayra E. Torres Ramos*
Firma del Reclamante: *Mayra E Torres Ramos*
Fecha: *13 de Julio de 2021*



*Proof of Claim:* **28179**
*Claimant:* **Torres Ramos, Mayra E**

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 28179**

\_\_\_\_\_ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. **28179** and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

\_\_\_\_\_ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. **28179** or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____

**Claimant Name:**_____
**Claimant Signature:**_____
**Date:**_____

---


170328300014573

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

MMLID: 924143
EPOC ID: 170356600413134

2018 MAY 22 A 10: 20 RECEIVED

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Other Participant and Pension Liabilities as a Contingent, Unliquidated general unsecured claim in the amount of $442.16. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Otros pasivos de participantes y pensiones como un reclamo Contingente, Sin liquidez no asegurado por un monto de $442.16. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

**Modified Official Form 410 / Formulario Oficial 410 Modificado**

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**
   ¿Quién es el acreedor actual?

   MAYRA E TORRES RAMOS
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor



Modified Official Form 410
U0503 v.01 02.15.2018

Proof of Claim

page 1



| # | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?

MAYRA E TORRES RAMOS
73 CALLE NOBLE
SAN JUAN PR 00926

(787) 243-1785
Contact phone / Teléfono de contacto

beba 2163 @ yahoo.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre _____

Number / Número   Street / Calle _____

City / Ciudad   State / Estado   ZIP Code / Código postal _____

Contact phone / Teléfono de contacto _____

Contact email / Correo electrónico de contacto _____

4. Does this claim amend one already filed? / ¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☒ Yes. Claim number on court claims registry (if known) 2016-05-1340
    Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)
    Filed on / Presentada el 05-09-96 / 30-06-17 (MM/DD/YYYY) / (DD/MM/AAAA) Grupo III
    Caso: Madeline Acevedo Camacho   no ha sido pagado

5. Do you know if anyone else has filed a proof of claim for this claim? / ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☒ Yes. Who made the earlier filing?
    Sí. ¿Quién hizo la reclamación anterior? Lic. Ivonne González Morales
    & Lic. Madeline Acevedo Colón

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? / ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de la Familia

7. Do you supply goods and / or services to the government? / ¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 151,200

---

Modified Official Form 410       Proof of Claim       page 2

U0504 v.01 02.15.2018

8. How much is the claim? $ 151,200 . Does this amount include interest or other charges?
   ¿Cuál es el importe de la reclamación?
   ¿Este importe incluye intereses u otros cargos?
   ☐ No / No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   Salario Minimo Federal

10. Is all or part of the claim secured?

    ¿La reclamación está garantizada de manera total o parcial?

    ☐ No / No
    ☑ Yes. The claim is secured by a lien on property.
    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos

    ☑ Other. Describe:
    Otro. Describir: Fué reconocida tal deuda y dis Presidente

    Basis for perfection / Fundamento de la realización de pasos adicionales: Campo I fue pagado en su totalidad, Grupo II el 25% fue pagado

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien: $ 151,200

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $ 151,200

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $ 151,200
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso) _____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. Is this claim based on a lease?

    ¿Esta reclamación está basada en un arrendamiento?

    ☑ No / No
    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410    Proof of Claim    page 3

U0505 v.01 02.15.2018

| | | |
|---|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes, Identify the property / Sí. Identifique el bien: _Material de Retribución_ | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ _157,200_ |

## Part 3 / Parte 3:  Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _19-05-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Mayra E. Torres Ramos_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: _Mayra_ _Eliz_ _Torres_ _Ramos_
  First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: _Oficial Administrativo III_

Company / Compañía: _Departamento de la Familia_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: _Urb. Ciudad Señorial Calle noble #73_
  Number / Número    Street / Calle

_San Juan_  _P.R._  _00926_
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-243-1785_   Email / Correo electrónico _beba_2163@yahoo.com_

Modified Official Form 410         Proof of Claim         page 4

U0506 v.01 02.15.2018

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TORRES RAMOS, MAYRA E | 25360 | 5/22/2018 | Commonwealth of Puerto Rico | $453,600.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $151,200.00. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $151,200.00. | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TORRES RAMOS, MAYRA E | 25360 | 5/22/2018 | Commonwealth of Puerto Rico | $453,600.00 |
| Base para: | El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $151.200,00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $151.200,00. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



## CERTIFICACION

Certifico que la Sra. Mayra E. Torres Ramos, con seguro social XXX-XX-5056, labora para el Departamento de la Familia – Administración de Familias y Niños desde el 5 de septiembre de 1996 hasta el presente.

Ocupa un puesto de Oficial Administrativo III con estatus De Carrera – Regular. Devenga un salario de $3,503.00 mensual.

Esta certificación se expide a petición de la señora Torres, hoy 16 de enero de 2020, conforme a información en el Sistema Mecanizado de Recursos Humanos (RHUM) del Departamento de Hacienda.

Carmín Rodríguez Negrón
Administradora Auxiliar de Recursos Humanos



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

MAYRA E TORRES RAMOS
URB CUIDAD SEÑORIAL
73 CALLE NOBLE
SAN JUAN, PR 00926

Seguro Social: XXX-XX-5056

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 21 de septiembre de 1963
Fecha de Ingreso al Servicio Público: 16 de julio de 1998
Fecha de Comienzo de Cotización: 16 de julio de 1998

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 15 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 13,899.40 | Aportaciones: | 7,308.43 |
| | | Intereses: | 1,122.93 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 38.69 | | | | |
| Tiempo: | 4.25 | | | | |
| Balance Acumulado: | 36,779.28 | Total Aportaciones: | 15,022.33 | Total Aportaciones: | 7,308.43 |
| Beneficio: | 628.81 | Beneficio: | 79.23 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Contact 844.822.9231    Client Login

# Commonwealth of Puerto Rico (17-03283) CHANGE CASE

Case Info   Docket   **Claims**   Submit a Claim   Presentar un reclamo   Submit Inquiry

Master Claims Filter

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| 69442 | 21265 | 05/25/2018 | TORRES RAMOS, ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 432653 | 19886 | 05/25/2018 | TORRES RAMOS, ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| | 55060 | 06/27/2018 | TORRES RAMOS, ARNALDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 113,065.34 |
| 602850 | 30268 | 05/25/2018 | TORRES RAMOS, DENNIS | Commonwealth of Puerto Rico | $ 12,600.00 |
| 602850 | 31927 | 05/25/2018 | TORRES RAMOS, DENNIS | Commonwealth of Puerto Rico | $ 0.00 |
| | 23301 | 05/25/2018 | TORRES RAMOS, DIANA V | Commonwealth of Puerto Rico | $ 150,000.00 |
| | 47255 | 06/24/2018 | Torres Ramos, Diana V. | Commonwealth of Puerto Rico | $ 150,000.00 |
| | 33622 | 05/25/2018 | Torres Ramos, Juan A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 3,600.00 |
| 1101382 | 7012 | 04/23/2018 | Torres Ramos, Juan L | Commonwealth of Puerto Rico | $ 0.00 |
| 155361 | 24048 | 05/29/2018 | TORRES RAMOS, MARGARITA | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 300,000.00 |
| | 31465 | 05/29/2018 | Torres Ramos, Margarita | Puerto Rico Electric Power Authority | $ 10,000.00 |
| | 35493 | 05/29/2018 | TORRES RAMOS, MARGARITA | Commonwealth of Puerto Rico | $ 170,000.00 |
| 549688 | 28179 | 05/22/2018 | Torres Ramos, Mayra E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 168,236.64 |
| | 27280 | 05/22/2018 | Torres Ramos, Mayra E | Commonwealth of Puerto Rico | $ 1,326.48 |
| 413134 | 25360 | 05/22/2018 | TORRES RAMOS, MAYRA E | Commonwealth of Puerto Rico | $ 453,600.00 |
| | 13400 | 05/08/2018 | TORRES RESTO, GERMAN | Commonwealth of Puerto Rico | $ 300.00 |
| | 37820 | 06/20/2018 | Torres Reyes, Dahimar | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,880.83 |
| | 44301 | 06/20/2018 | Torres Reyes, Dahimar | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,880.83 |
| | 40556 | 05/29/2018 | Torres Reyes, Jose E | Commonwealth of Puerto Rico | $ 0.00 |
| | 38400 | 05/29/2018 | Torres Reyes, Lydia | | $ 166,800.00 |

Search Docket   Search Claim

Q Enter number or name

Select scope: Claims Only

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s): Commonwealth of Puerto Rico(17-03283)

Select Classification: Select an Option

Select Search Operator: Select an Option

Amount

Date from — Date to

Search Claim

Reset

2/3/2020

Case:17-03283-LTS Doc#:17485-1 Filed:07/22/21 Entered:07/23/21 12:08:32 Desc:
Exhibit Page 12 of 19

Prime Clerk

Prime Clerk  Commonwealth of ...

MENU

case info / claims

+ Case Navigation

+ Quick Links

161653                                                                                        advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | 413135 |
| Claim # | 161653 |
| Filed Date | 08/01/2018 |
| Creditor Name | TORRES RAMOS, MAYRA E |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.04 |

« ‹ Page 1 of 1 » ›

terms of use    privacy notice    team         © 2019 Prime Clerk. All rights reserved.



Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **161653**
Nombre del Reclamante: **TORRES RAMOS, MAYRA E**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive** por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

- ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- ☐ Empleo actual o anterior en el gobierno de Puerto Rico
- ☑ Otro (describir): _Schedule 6 - Reclamo Contigente_

PARA UNA ACCIÓN LEGAL:

¿Ha comenzado una acción legal? S / **N**

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intenc de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: _Departamento de la Familia_
_Administración Familias y Niños_

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: _____

Número de caso: _____

Título, subtítulo o nombre del caso: _____

Estado del caso (pendiente, en apelación o concluido): _____

¿Tiene un juicio sin pagar? S / N. Si es así, ¿cuál es la fecha y el monto de la sentencia? _____

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: _Departamento de la Familia_
_Administración Familias y Niños_

Período específico en el que estuvo, o está empleado en relación con la reclamación: _Actual_

Los últimos cuatro dígitos de su número de seguro social: _____

[Continúa al dorso]

Naturaleza de la reclamación relacionada con empleo:

- ☐ Jubilación
- ☐ Salarios impagos
- ☐ Días por enfermedad
- ☐ Vacaciones

- ☐ Queja con el sindicato
- ☐ Acción legal pendiente o cerrada
- ☒ Otro: _Schedute 6 -Reclamo 9 Contigente_

En la medida que posea documentación para respaldar su reclamación, incluya dichos documentos en su respuesta.

**Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.**

PARA OTRO TIPO DE RECLAMACIÓN:

Describa el fundamento de su reclamación: _____

_____

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.



You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

MMLID: 1387985

Claim # 27280

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED 2018 MAY 22 A 10:20

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**
   ¿Quién es el acreedor actual?

   MAYRA E TORRES RAMOS
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

---

Modified Official Form 410
U0513 v.01 02.15.2018

Proof of Claim

page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>MAYRA E TORRES RAMOS<br>URB CUIDAD SENORIAL<br>73 CALLE NOBLE<br>SAN JUAN PR 00926<br><br>(787) 243-1785<br>Contact phone / Teléfono de contacto<br><br>beba_2163@yahoo.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☑ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) Schedule-G<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☑ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? Reclamo Contigente | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Debtor Commonwealth of P.R. |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ 442-16 |

Modified Official Form 410                      Proof of Claim                          page 2

U0514 v.01 02.15.2018

| | |
|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ **442.16** . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Reclamo Contigente_ |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>Otro. Describir: _Reclamo Contigente_<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** ____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $ **442.16**<br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $ **442.16**<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $ **442.16**<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ ____<br><br>**Annual Interest Rate (on the Petition Date)**<br>**Tasa de interés anual (cuando se presentó el caso)** ____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ ____ |

Modified Official Form 410          Proof of Claim          page 3

U0515 v.01 02.15.2018

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / Sí. Identifique el bien: _Reclamo Contingente_ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ __442.16__<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

### Sign Below / Firmar a continuación

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __19-05-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Mayra E Torres Ramos__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: __Mayra__ __Ediz__ __Torres__ __Ramos__
      First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: __Oficial Administrativo III__

Company / Compañía: __Departamento de La Familia__
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: __Urb. Ciudad Señorial calle noble #73__
                    Number / Número    Street / Calle
__San Juan__  __P.R.__  __00926__
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-243-1785__  Email / Correo electrónico __beba_2163@yahoo.com__

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested



PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0036641 00000000 0001 0005 07329 INS: 0 0
****4000357060****BAR(23) MAIL ID *** 000125955053 ***
MAYRA E TORRES RAMOS
73 CALLE NOBLE
SAN JUAN PR 00926

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Other Participant and Pension Liabilities as a Contingent, Unliquidated general unsecured claim in the amount of $442.16. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Otros pasivos de participantes y pensiones como un reclamo Contingente, Sin liquidez no asegurado por un monto de $442.16. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia:**

Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com/puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index
EPOC ID: 170356600413134
U0501 v.01 02.15.2018