MAYRA E. TORRES RAMOS
URB. CIUDAD SEÑORIAL
CALLE NOBLE #73
SAN JUAN, PUERTO RICO 00926

CERTIFIED MAIL™

7004 2510 0004 9771 2579



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JUL 14, 21
AMOUNT
$7.85
R2304M114809-35

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

2021 JUL 22 PM 4:05
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR