UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | MMLID: 283888 |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283<br>Petition Date: May 3, 2017 | |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284<br>Petition Date: May 5, 2017 | CDS 05/22/18 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567<br>Petition Date: May 21, 2017 | |
| ☑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566<br>Petition Date: May 21, 2017 | 2018 MAY 22 A 10: 14 RECEIVED |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780<br>Petition Date: July 2, 2017 | 454 |

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

RECEIVED

MAY 24 2018

PRIME CLERK LLC

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

<mark>LUIS E. MARCANO GARCIA</mark>

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

454

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Claim Number: 28177


170328380006536

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

LUIS E. MARCANO GARCIA
LUIS E. MARCANO GARCIA (DERECHO PROPIO)
839 CALLE AÑASCO
APT. 811
SAN JUAN, PR 00925-2455

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

454

Luis E. Marcano García
Name / Nombre

839 Calle Añasco Apt. 811
Number / Número     Street / Calle

San Juan PR 00925
City / Ciudad     State / Estado     ZIP Code / Código postal

(787) 547-4619
Contact phone / Teléfono de contacto

lmelmarie42@gmail.com
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de la Familia

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 102,758.23

---

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  15-Mayo-2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Luis E Marcano Garcia_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

8. **How much is the claim?**  $ _102,758.73_  **Does this amount include interest or other charges?**
   **¿Cuál es el importe de la reclamación?**
   ¿Este importe incluye intereses u otros cargos?
   ☑ No / No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. **What is the basis of the claim?**
   **¿Cuál es el fundamento de la reclamación?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Límite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   _Aportaciones al Sistema de retiro_

10. **Is all or part of the claim secured?**
    **¿La reclamación está garantizada de manera total o parcial?**
    ☐ No / No
    ☑ Yes. The claim is secured by a lien on property.
    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    **Nature of property / Naturaleza del bien:**
    ☐ Motor vehicle / Vehículos

    ☑ Other. Describe:   _Descuento de nuevas aportaciones de retiro_
    Otro. Describir:

    **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

    **Value of property / Valor del bien:** $ _102,758.73_

    **Amount of the claim that is secured /**
    **Importe de la reclamación que está garantizado:** $ _102,758.73_

    **Amount of the claim that is unsecured /**
    **Importe de la reclamación que no está garantizado:** $ _102,758.73_
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    **Amount necessary to cure any default as of the Petition Date /**
    **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____

    **Annual Interest Rate** (on the Petition Date)
    **Tasa de interés anual** (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. **Is this claim based on a lease?**
    **¿Esta reclamación está basada en un arrendamiento?**
    ☑ No / No
    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

**FedEx Express** — *International Air Waybill*

FedEx Tracking Number: 8120 6424 3200 04

**1 From**

Date: 05/22

Sender's FedEx Account Number

Sender's Name: _____ Phone: _____

Company: _____

Address: _____

Address: _____

City: _____ State/Province: _____

Country: PR ZIP/Postal Code: 00701

Email Address: _____

Internal Billing Reference: _____ (20)

**2 To**

28 ☐ Residential Delivery

Recipient's Name: _____ Phone: 4725243786

Company: PRIME CLERK

Address: _____

Address: 850 3RD AVE STE 412 Dept./Floor

City: BROOKLYN State/Province: NY

Country: US ZIP/Postal Code: 11232

Email Address: _____

Recipient's Tax ID Number for Customs Purposes

Received
MAY 24 2018
Prime Clerk LLC

**3 Shipment Information**

Total Packages: _____ Total Weight: _____ lbs ☐ kg ☐ DIM / / in ☐ cm ☐

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | |

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number, not license required (NLR), not subject to ITAR.
For U.S. Export Only: Check One ☐ No EEI required, enter exemption number:
☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage: _____ If other than NLR, enter License Exception: _____

Total Value for Customs (Specify Currency): _____

**4 Express Package Service**

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First  01 ☐ FedEx Intl. Priority  03 ☒ Fed

**5 Packaging**

05 ☐ FedEx Envelope  02 ☐ FedEx Pak  03 ☐ FedEx Box  04 ☐ Fed
15 ☐ FedEx 10kg Box  25 ☐ FedEx 25kg Box  01 ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the F

01 ☐ HOLD at FedEx Location  03 ☐ SATURDAY Delivery

10 ☐ Direct Signature  34 ☐ Indirect Signature

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

1 ☐ Sender  2 ☒ Recipient  3 ☐ Third Party  4 ☐ Credit Card

FedEx Acct. No.: 3035-4796-7

Credit Card Exp. Date: _____

Bill duties and taxes to:

1 ☐ Sender  2 ☐ Recipient  3 ☐ Third Party  5 ☐ Cash/Check

FedEx Acct. No.: _____

**8 Required Signature**

Sender's Signature: _____

Recipient's Signature: _____

Origin Station ID: _____ Country Code/Destination Station ID: BTA URSA Routing: XNOBHA

Received At: 1 ☐ Reg. Stop  2 ☒ On-Call Stop  3 ☐ Drop Box  4 ☐ World Service Center  5 ☐ Station

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. R

**Prime Clerk** Q
830 3RD AVE FL 9
NEW YORK NY 10022-6561

CDS 05/22/18

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNS

Prime Clerk
A KROLL BUSINESS

## Creditor Data Details - Claim # 28177

**Creditor**

MARCANO GARCIA, LUIS E

**Debtor Name**

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**

05/22/2018

**Claim Number**

28177

**Schedule Number**

n/a

# Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | $102,758.73 |
| **C\*** | |
| **U\*** | |
| **F\*** | |
| **Current Claim Value** | $102,758.73 |
| **Claim Status** | Subject to ACR |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**                    Secured

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**      $102,758.73

**C\***

**U\***

**F\***

**Current Claim Value**        $102,758.73

**Claim Status**               Subject to ACR

**Claim Nature**               503(b)(9) Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**               Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

**Current Claim Value**

**Claim Status**

| **Claim Nature** | Total |
|---|---|
| **Schedule Amount** | $0.00 |
| **C*** | |
| **U*** | |
| **D*** | |
| **Asserted Claim Amount** | $205,517.46 |
| **C*** | |
| **U*** | |
| **F*** | |
| **Current Claim Value** | $205,517.46 |
| **Claim Status** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de marzo de 2018

### Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

LUIS MARCANO GARCIA                                          **Seguro Social: XXX-XX-7098**
COND. PLAZA UNIVERSIDAD
2000, TORRRE B APT. 811
SAN JUAN, PR 00925

A base de la información en nuestros registros, al 14 de marzo de 2018 usted posee:

**Fecha de Nacimiento: 21 de abril de 1968**                  **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 1996**

**Fecha de Comienzo de Cotización: 01 de julio de 1996**

| Ley 1 al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | | |
|---|---|---|---|---|---|
| Años Acreditados: | 16.75 | | Tiempo Trabajado: | 4.07 | |
| Aportaciones: | | $59,712.93 | Aportaciones: | | $28,003.10 |
| Intereses: | | $13,149.76 | Intereses: | | $1,892.94 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $72,897.45 | Total Aportaciones: | | $29,896.04 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: LUIS MARCANO GARCIA**                                    Seguro Social: XXX-XX-7098

COND. PLAZA UNIVERSIDAD

2000, TORRRE B APT. 811

SAN JUAN, PR 00925

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

Corporación:                     DEPARTAMENTO DE LA FAMILIA

Años de Servicio:                ---

Balance de Aportaciones:    $102,758.73

Esta certificación fue emitida el 14 de marzo de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018031436009858

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Marcano Garcia, Luis | 27812 | 5/22/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Marcano Garcia, Luis | 27812 | 5/22/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**\*\*\*CUST PR 1845 SRF 38154 PackID: 198 MMLID: 295463 SVC: 121st Omni**
**Marcano Garcia, Luis**
**Plaza Universidad 2000**
**839 Calle Anasco Apt 811**
**San Juan, PR 00925**

## One Hundred and Twenty-First Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 159 | MANON RODRIGUEZ, SANTIAGO<br>BO SABANA LLANA<br>470 CALLE LAS FLORES<br>SAN JUAN, PR 00923 | 3/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3090 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 160 | MANUEL CORA VEGA, EDGAR<br>CALLE 10 - 729 BARRIO OBRERO<br>SANTURCE, PR 00915 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18946 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 161 | MANUEL TORRES TAPIA<br>URB LOS MAESTROS<br>760 CALLE TEODORO AGUILAR<br>SAN JUAN, PR 00923-2437 | 3/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2348 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 162 | MANZANO PEREZ, MARITZA<br>P.O.BOX 10000 SUITE 148<br>CAYEY, PR 00737 | 5/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12311 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 163 | MANZO NIEVES, JUANA<br>VILLA PALMERAS<br>229 CALLE AMPARO<br>SAN JUAN, PR 00915 | 6/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63772 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 164 | MARCANO GARCIA, LUIS<br>PLAZA UNIVERSIDAD 2000<br>839 CALLE ANASCO APT 811<br>SAN JUAN, PR 00925 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27812 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 295463 |
|---|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 | EPOC ID: 17032830075227 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 | CDS05 /22 /18 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 | |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Income Tax Refunds - Corporations and Individuals as a Contingent general unsecured claim in the amount of $683.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Reembolso de Impuestos - Empresas y Individuos como un reclamo Contigente no asegurado por un monto de $683.00. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

RECEIVED

MAY 2 4 2018

PRIME CLERK LLC
825

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

¿Quién es el acreedor actual?

MARCANO GARCIA, LUIS

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Claim Number: 27812

170328300752276

2. **Has this claim been acquired from someone else?**

   *¿Esta reclamación se ha adquirido de otra persona?*

   ☑ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____ N/N _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   *¿A dónde deberían enviarse las notificaciones al acreedor?*

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

   **Where should notices to the creditor be sent?**
   *¿A dónde deberían enviarse las notificaciones al acreedor?*

   825
   MARCANO GARCIA, LUIS
   PLAZA UNIVERSIDAD 2000
   839 CALLE AÑASCO APT 811
   SAN JUAN, PR 00925

   787 - 547 - 4619
   Contact phone / Teléfono de contacto

   mermai eto 72@gmail.com
   Contact email / Correo electrónico de contacto

   **Where should payments to the creditor be sent?** (if different)
   *¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)*

   N/A
   Name / Nombre

   _____
   Number / Número      Street / Calle

   _____
   City / Ciudad      State / Estado      ZIP Code / Código postal

   _____
   Contact phone / Teléfono de contacto

   _____
   Contact email / Correo electrónico de contacto

4. **Does this claim amend one already filed?**

   *¿Esta reclamación es una enmienda de otra presentada anteriormente?*

   ☑ No / No
   ☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   *¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?*

   ☑ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

   *¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?*

   ☐ No / No
   ☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   Departamento de la familia

7. **Do you supply goods and / or services to the government?**

   *¿Proporciona bienes y / o servicios al gobierno?*

   ☑ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____ N/A _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**8. How much is the claim?**   $ _20,000.00_    . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

**¿Cuál es el importe de la reclamación?**

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Dias por Aguinaldo de Licencia No Enfermedad Acumulada_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☑ Other. Describe:
Otro. Describir:   _Dias por enfermedad acumulados_
_(40 dias) al 05-15-2018_

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____
_Dias por Enfermedad acumulados_

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:**   $ _20,000.00_

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ _20,000.00_

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ _20,000.00_
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso) _____%   _N/A_

☐ Fixed / Fija

☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Sí. Identifique el bien: _Remuneracion por el mes de [illegible] de [illegible]_

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $ _N/A_
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**

Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _15-05-70 B_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _[signature]_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _Luis_ _Marcelo_ _Garcia_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Director Ejecutivo Dep. Humanos_

Company / Compañía _[illegible] de la Familia_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _839 Calle Hispo Apt-31_
Number / Número    Street / Calle

_Sta Mara_ _PR_ _00925_
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _[illegible]_   Email / Correo electrónico _nelnn.etara@[illegible].com_

---

**FedEx Express** — *International Air Waybill*

FedEx Tracking Number: 8120 6424 3200 04

**1 From**

Date 05/30/1

Sender's FedEx Account Number

Sender's Name: Nydia Gonzalo — Phone 787-494-7900

Company: Hmc Clerk Co en San Juan de PR Co.

Address: 10 Calle Loc Mun. 2d

City: San Juan    State/Province

Country: PR    ZIP/Postal Code: 00901

Email Address

Internal Billing Reference: 1691-02 (20)

**2 To**    28 ☐ Residential Delivery

Recipient's Name    Phone 47299794

**Received MAY 24 2018 Prime Clerk LLC**

Company: PRIME CLERK

Address: 850 3RD AVE STE 412    Dept/Floor

City: BROOKLYN    State/Province: NY

Country: US    ZIP/Postal Code: 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages / Shipper's Load and Count/SLAC

Total Weight ___ lbs ___ kg

DIM ___ / ___ / ___ in. cm

Commodity Description: Legal Documents

Harmonized Code    Country of Manufacture    Value for Customs

Has EEI been filed in AES?
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number:
☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First    01 ☐ FedEx Intl. Priority    03 ☒ FedEx

**5 Packaging**

06 ☐ FedEx Envelope    02 ☒ FedEx Pak    03 ☐ FedEx Box    04 ☐ FedEx
15 ☐ FedEx 10kg Box    25 ☒ FedEx 25kg Box    01 ☐ Other

**6 Special Handling and Delivery Signature Options**    Fees may apply. See the

01 ☐ HOLD at FedEx Location    03 ☐ SATURDAY Delivery

10 ☐ Direct Signature    34 ☐ Indirect Signature

**7 Payment**    Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

1 ☐ Sender Acct No. in Section 1 will be billed    2 ☒ Recipient    3 ☐ Third Party    4 ☐ Credit Card

Bill duties and taxes to:

1 ☐ Sender Acct No. in Section 1 will be billed    2 ☐ Recipient    3 ☐ Third Party    5 ☐ Cash/Check

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill...

PART 158429 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A.

CDS 05/22/18

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUN

## Prime Clerk
A **KROLL** BUSINESS

## Creditor Data Details - Claim # 27812

### Creditor
Marcano Garcia, Luis

### Debtor Name
Commonwealth of Puerto Rico

### Date Filed
05/22/2018

### Claim Number
27812

### Schedule Number
n/a

## Claim Amounts

| Claim Nature | General Unsecured |
| --- | --- |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**                     Secured

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**        $20,000.00

**C\***                              C

**U\***                              U

**F\***

**Current Claim Value**          $20,000.00

**Claim Status**                 Subject to ADR

**Claim Nature**                 503(b)(9) Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**                 Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

**Current Claim Value**

**Claim Status**

| Claim Nature | Total |
|---|---|
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $20,000.00 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $20,000.00 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | 12/12/2019 |
|---|---|
| Objection Motion | Debtor's Omnibus Objection to Claims - One Hundr... |
| Date Filed | 01/13/2021 |
| Objection Order | ORDER GRANTING 9572 ONE HUNDRED TWENTY-FIRST OMNI... |
| Basis | Deficient |
| Status | Ordered |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an

admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Prime Clerk
A **KROLL** BUSINESS

## Creditor Data Details - Claim # 26027

**Creditor**

Marcano Garcia, Luis

**Debtor Name**

Commonwealth of Puerto Rico

**Date Filed**

05/22/2018

**Claim Number**

26027

**Schedule Number**

752276

# Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | $683.00 |
| **C\*** | C |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |
| **U\*** | |
| **F\*** | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**                   Secured

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**       $30,000.00

**C\***                               C

**U\***                               U

**F\***

**Current Claim Value**         $30,000.00

**Claim Status**                   Asserted

**Claim Nature**                   503(b)(9) Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**                   Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

**Current Claim Value**

**Claim Status**

| **Claim Nature** | Total |
| --- | --- |
| **Schedule Amount** | $683.00 |
| **C*** | |
| **U*** | |
| **D*** | |
| **Asserted Claim Amount** | $30,000.00 |
| **C*** | |
| **U*** | |
| **F*** | |
| **Current Claim Value** | $30,000.00 |
| **Claim Status** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 295463

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

EPOC ID: 17032830075227

CDS 05/22/18

2018 MAY 22 A 10: 25

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Income Tax Refunds -- Corporations and Individuals as a Contingent general unsecured claim in the amount of $683.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Reembolso de Impuestos - Empresas y Individuos como un reclamo Contingente no asegurado por un monto de $683.00. Debe presentar una prueba de reclamación oportunamente o se le prohíba por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

RECEIVED

MAY 24 2018

PRIME CLERK LLC 825

1. Who is the current creditor?

¿Quién es el acreedor actual?

MARCANO GARCIA, LUIS

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Claim Number: 26027



170328300752276

page 1

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____ N/A

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

MARCANO GARCIA, LUIS
PLAZA UNIVERSIDAD 2000
839 CALLE ANASCO APT 811
SAN JUAN, PR  00925

787-547-4619
Contact phone / Teléfono de contacto

lmelxajeretz@Gmail.com
Contact email / Correo electrónico de contacto

825

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

N/A

Name / Nombre

Number / Número     Street / Calle

City / Ciudad        State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☑ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)  2016-05-1340
Filed on / Presentada el  2011-2017 (MM/DD/YYYY) (DD/MM/AAAA)  Grupo III
Clan- Madeline Acevedo Canales 70% Hermendrgas

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☑ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?  Leda. Ivonne Gonzalez Morale
Leda. Milagros Acevedo Colon

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☑ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de la Familia

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____ N/A

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ 30,000.00

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _30, 000.00_ . Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Salario Mínimo Federal (Sueldos Bajos de Completación Escala)_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☑ Other. Describe:
Otro. Describir:   _Deuda reconocida por la Agencia (Tercera Demanda) Grupo III_

Basis for perfection / Fundamento de la realización de pasos adicionales: _La Agencia pago demanda al Grupo I, y al Grupo II pago el 25% de la deuda_

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).

Value of property / Valor del bien:   $ _30,000.00_

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _30,000.00_

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _30,000.00_
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%   _NA_

☐ Fixed / Fija

☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property / *Materia de Retribución*<br>Sí. Identifique el bien: *Salario Mínimo Federal (Congelación de Escala)* |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ *N/A* |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el *05-15-2018* (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name *Luis E. Marcano García*
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo *Director Division Mec Humano*

Company / Compañía *Departamento de la Familia*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección *839 Calle Araso, Apt. 811*
Number / Número    Street / Calle

*San Juan    PR    00925*
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto *787-547-4619*  Email / Correo electrónico *melnajek4@gmail.com*

**FedEx** Express   *International Air Waybill*

| 1 | From | | |
|---|---|---|---|
| Date | OS 39 | | Sender's FedEx Account Number |

Sender's Name  *Angela Cano*

Phone  *787-691-7000*

Company  *Hine Clerk del [en/un Court]*

Address  *[50] Calle Tecnica [0]*

Address

City  *San Juan*

State/Province

Country  *PR*

ZIP/Postal Code  *00901*

Email Address

Internal Billing Reference  *[181] 02   (20)*

**FedEx Tracking Number**  8120 6424 3200   04

| 2 | To | | 28 ☐ Residential Delivery |
|---|---|---|---|

Recipient's Name

Phone  *347-9594345*

**Received**
**MAY 24 2018**

Company  PRIME CLERK

Address  850 3RD AVE STE 412

Dept./Floor

**Prime Clerk LLC**

City  BROOKLYN

State/Province  NY

Country  US

ZIP/Postal Code  11232

Email Address

Recipient's Tax ID Number for Customs Purposes

| 3 | Shipment Information | | | |
|---|---|---|---|---|

Total Packages   Total Weight   ☐ lbs ☐ kg   ☐ DIM   ☐ in. ☐ cm

Shipper's Load and Count/SLAC

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | |

Has EEI been filed in AES?
For U.S. Export Only, Check One
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR
☐ No EEI required, enter exemption number:
☐ Yes – Enter AES proof of filing citation.

If other than NLR, enter License Exception:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

| 4 | Express Package Service |
|---|---|
NOTE: Service order has changed. Please select carefully.
06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☒ Fed

| 5 | Packaging |
|---|---|
06 ☐ FedEx Envelope   02 ☒ FedEx Pak   03 ☐ FedEx Box   04 ☐ Fed
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

| 6 | Special Handling and Delivery Signature Options | Fees may apply. See the b |
|---|---|---|
01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery
10 ☐ Direct Signature   34 ☐ Indirect Signature

| 7 | Payment   Complete payment options for both transportation charges and duties and taxes. |
|---|---|
Bill transportation charges to:   Enter FedEx Acct. No. or Credit Card No. below.
1 ☐ Sender   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Car
FedEx Acct. No.  *3095-0996-7*
Credit Card Exp. Date

Bill duties and taxes to:   Enter FedEx Acct. No. below.
1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Check
FedEx Acct. No.

| 8 | Required Signature |
|---|---|
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and y
U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or M
and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with E
contrary to U.S. law prohibited.

Sender's Signature:
Received above shipment in good order and condition. We agree to pay all charges, including Customs duties
and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.

Recipient's Signature

Origin Station ID   Country Code/Destination Station ID   URSA Routing

Received At   ☐ Reg. Stop   ☐ On-Call Stop   ☐ Drop Box   ☐ World Service Center

Base Charges   Declared Val Chrg   Other

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A.

CDS 05/22/18

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUN

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Marcano Garcia, Luis | 26027 | 5/22/2018 | Commonwealth of Puerto Rico | $30,000.00 |
| Reason: | | | This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the "Acevedo Camacho Plaintiff Group" and assert approximately $50 million in liabilities associated with alleged back pay and allegedly unpaid pension contributions. The plaintiffs in this litigation are former DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Marcano Garcia, Luis | 26027 | 5/22/2018 | Commonwealth of Puerto Rico | $30,000.00 |
| Base para: | | | Este reclamo es un duplicado de los reclamos maestros n.° 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los reclamos maestros de Acevedo Camacho se presentan en nombre del "Grupo de demandantes de Acevedo Camacho" y reclaman cerca de $50 millones en obligaciones relacionadas con un supuesto pago retroactivo y supuestos aportes de jubilación impagos. Los demandantes de este pleito son los ex empleados del DOFA que alegaron que DOFA retuvo de manera ilegal salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

### Tricentésima Cuadragésima Novena Objeción Global
### Anexo A: Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 253 | MARCANO GARCIA, LUIS PLAZA UNIVERSIDAD 2000 839 CALLE AÑASCO APT 811 SAN JUAN, PR 00925 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 26027 | $ 30,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00 |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es un duplicado de los reclamos maestros n.º 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.º 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito.  Los reclamos maestros de Acevedo Camacho se presentan en nombre del "Grupo de demandantes de Acevedo Camacho" y reclaman cerca de $50 millones en obligaciones relacionadas con un supuesto pago retroactivo y supuestos aportes de jubilación impagos.  Los demandantes de este pleito son los ex empleados del DOFA que alegaron que DOFA retuvo de manera ilegal salarios y pagos de jubilación, como resultado del "Memorándum general N.º 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio.

^ Reclamo nº. 103072 también incluido en el Anexo A a la Objeción Global nº 337 por reclamos clasificados erróneamente

Tricentésima Cuadragésima Novena Objeción Global
Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 254 | MARIN MARQUEZ, CYNTHIA CALLE DALIA #33 B BUZON 179 BUENA VENTURA CAROLINA, PR 00987 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 91136 | $ 40,606.98* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00 |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es un duplicado de los reclamos maestros n.º 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.º 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito.  Los reclamos maestros de Acevedo Camacho se presentan en nombre del "Grupo de demandantes de Acevedo Camacho" y reclaman cerca de $50 millones en obligaciones relacionadas con un supuesto pago retroactivo y supuestos aportes de jubilación impagos.  Los demandantes de este pleito son los ex empleados del DOFA que alegaron que DOFA retuvo de manera ilegal salarios y pagos de jubilación, como resultado del "Memorándum general N.º 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente