LUIS MARCANO GARCIA
839 CALLE AÑASCO APTO. 811
SAN JUAN, PUERTO RICO 00925-2455

CERTIFIED MAIL

7020 3160 0002 1781 8233





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JUL 16, 21
AMOUNT
$8.25
R2303S103558-35

1000    00918

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767