## Tricentésima Cuadragésima Primera Objeción Global
### Anexo A: Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 36 | GERMAN TORRES BERRIOS D/B/A GERMAN TORRES BERRIOS & ASSOC. HC-4 BOX 5775 BARRANQUITAS, PR 00794-9800 | 06/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174089 | $3,900.00 | GERMAN TORRES BERRIOS & ASSOCIADOS HC 04 BOX 5775 BARRANQUITAS, PR 00794-9609 | 06/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 48747 | $15,178.00 |

Base para: Reclamo de una obligación duplicada interpuesto contra la Autoridad de Edificios de Puerto Rico (Deudor). Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | GONZALEZ BENITEZ, ROSA M. T-706 CALLE PASIONARIA URB. LOIZA VALLEY CONDUANAS, PR 00729 | 05/31/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 47287 | $48,000.00 | GONZALEZ BENITEZ, ROSA M T 706 CALLE PASIONARIA CANOVANAS, PR 00729 | 05/31/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 90365^ | $48,000.00* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 90365 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | GONZALEZ LEON, IVETTE 372 PELLIN RODRIGUEZ VILLA PALMERA SANTURCE, PR 00915 | 05/08/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12526 | $59,313.00* | GONZALEZ DE LEON, IVETTE 372 PELLIN RODRIGUEZ VILLAS PALOMERAS SANTURCE, PR 00915 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12312^ | $59,313.00* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 12312 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | GONZALEZ VIVALDI, MIGDALIA R. 209 CALLE MANUEL F ROSSY SAN JUAN, PR 00918 | 07/21/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 68525 | $20,000.00 | GONZALEZ VIVALDI, MIGDALIA R 209 CALLE MANUEL F ROSSY SAN JUAN, PR 00918 | 07/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 68524 | $20,000.00* |

Base para: Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

| | |
|---|---|
| 229. FIGUEROA CRUZ, IRIS M. | 230. FIGUEROA GONZALEZ, ELIZABETH |
| 231. FIGUEROA GONZALEZ, FLORENTINO | 232. FIGUEROA PEREZ, AGUSTIN |
| 233. FIGUEROA RAMOS, LOYDA: | 234. FIGUEROA RODRÍGUEZ, ANA M. |
| 235. FIGUEROA ROSARIO, ANA L. | 236. FIGUEROA SANTANA, JOSE C. |
| 237. FIGUEROA TORRES, ROBERTO | 238. FINES RIVERA, SAUL |
| 239. FLORES GARCIA, FRANCISCO | 240. FONTANET ALGARIN, AIDA |
| 241. FONTANEZ RIVERA, CARMEN S. | 242. FORTY CARRASQUILLO, HEIDY |
| 243. FRANCO LOPEZ, ELBA M. | 244. FREYTES OJEDA, OLGA I. |
| 245. FUENTES BENITEZ, ANA M. | 246. FUENTES CRUZ, INES |
| 247. FUENTES MENDEZ, EDGARDO L. | 248. FUENTES SANTIAGO, MARIA DE LOS A. |
| 249. FUENTES VAZQUEZ, MELITZA | 250. GARCES CASTILLO, EVA M. |
| 251. GARCIA CANALES, CELIA | 252. GARCIA DIAZ, ANA |
| 253. GARCIA GARCIA, GLADYS E. | 254. GARCIA MELENDEZ, GRISSEL M. |
| 255. GARCIA MORALES, CINDY M. | 256. GARCIA ORTIZ, CARMEN V. |
| 257. GARCIA PUMAREJO, ORLANDO | 258. GARCIA REYES, SANTOS J. |
| 259. GARCIA RIVERA, GABRIEL | 260. GARCIA ROMERO, CARMEN I. |
| 261. GARCIA RULLAN, LETICIA | 262. GARCIA VICENS, MARIA A.C. |
| 263. GASCOT SAEZ, MARIA B. | 264. GINES RIVERA, SONIA CRISTINA |
| 265. GOMEZ CRUZ, RAFAEL | 266. GOMEZ CHACON, GLORIA I. |
| 267. GOMEZ HUERTAS, EVELYN | 268. GOMEZ MALDONADO, MARIA MINERVA |
| 269. GOMEZ OCASIO, CARMEN E. | 270. GOMEZ RIOS, LINDA VIRGINIA |
| 271. GOMEZ TORRES, DOLORES | 272. GOMEZ VAZQUEZ, LYDIA E. |
| 273. GONZALEZ BENITEZ, ROSA M. | 274. GONZALEZ COLLAZO, MARILU |
| 275. GONZALEZ DE LEON, IVETTE | 276. GONZALEZ DIAZ, RUTH Z. |
| 277. GONZALEZ ENCARNACION, LUZ D. | 278. GONZALEZ FLORES, FELICITA |
| 279. GONZALEZ GONZALEZ, NOELIA | 280. GONZALEZ GONZALEZ, ROSA M. |
| 281. GONZALEZ LARRAURY, GLADYS E. | 282. GONZALEZ LUNA, LUIS A. |
| 283. GONZALEZ MORALES, IRMA I. | 284. GONZALEZ NIEVES, MAYRA |
| 285. GONZALEZ ORTIZ, CARLOS | 286. GONZALEZ OYOLA, CARMEN M. |
| 287. GONZÁLEZ RIOS, RAMÓN | 288. GONZALEZ RIVERA, RAMON A. |
| 289. GONZALEZ ROSA, MIGDALIA | 290. GONZALEZ VARGAS, CANDIDA: |
| 291. GONZALEZ VAZQUEZ, CARMEN L. | 292. GONZALEZ VAZQUEZ, LUCY E. |
| 293. GRAULAU REYMUNDI, JOSE J. | 294. GUTIEREZ GARCIA, LUZ EVELYN |
| 295. GUTIERREZ RIVERA, CARMEN V. | 296. GUTIERREZ TORRES, LUZ M. |
| 297. GUZMAN GONZALEZ, LILLIAM | 298. GUZMAN MOLINA, MARCELA |
| 299. HENRRICY SANTIAGO, MARGARITA | 300. HERNANDEZ CASTRO, MARIA B. |
| 301. HERNANDEZ CEDEÑO, MARIA M. | 302. HERNANDEZ DAVILA, LUZ N. |
| 303. HERNANDEZ DE JESUS, RAMONA | 304. HERNANDEZ HERNANDEZ, ANTONIO |
| 305. HERNANDEZ HERNANDEZ, GLENDA I. | 306. HERNANDEZ LOPEZ, ALVIN |

9 de noviembre de 2012

María L. Torres Colón
Secretaria Auxiliar Recursos Humanos
y Relaciones Laborales

RE: Nilda Agosto Maldonado
Caso CIVIL NUM. KPE 2005-0608

La presente es para solicitar una apelación en relación al pago recibido en el día 5 de noviembre de 2012 ya que no estoy de acuerdo con el mismo.

Desde el 1977 comencé a laborar en la Agencia como Técnico de Servicios Sociales I luego a través de los años conseguí los puestos TSF II, TSF III y luego Trabajadora Social I en el año 2001 y estuve en servicio hasta que me **retire** el 30 de septiembre del 2012. Cabe señalar que hay empleados que empezaron en la agencia reciente o tienen menos tiempo y recibieron mucho más beneficios.

Necesito que se revise mi expediente ya que trabaje 35 años en la agencia y nunca recibí pasos por meritos y ningún otro tipo de aumento.

Ante lo expuesto apelo por no estar de acuerdo con cantidad recibida.

Ivette González de León
Trabajadora Social I
Carolina I
(Dirección Postal: Urb. Los Ángeles C/ Perseo # 39
Carolina, PR 00979)

Cc: Lic. **Ivonne González Morales**
    PO BOX 9021828
    San Juan, PR 00902-1828

    **Milagros Acevedo Colón**
    Cond. Colina Real
    2000 Ave. Felisa Rincón
    Box 1405
    San Juan, PR 00926

    **Manuel Díaz Lugo**
    PO Box 9020192
    San Juan, PR 00902-0192

PROSOL
UTIER
NOV 15 2012
RECIBIDO

30 de abril de 2018

Commonwealth de Puerto Rico Claims Processing Center
C/O Prime Clerk Grand Central Station
PO Box 4708
New York, NY 10163-4708

PROMESA Título III
Caso Num. 17BK 3283-LTS

Estimados Funcionarios:

Mediante el presente documento, suscribiente, Ivette González De León, mayor de edad, cuidadana americana y actualmente retirada de la Administración de Familias y Niños (ADFAN) del Departamento de la Familia del Estado Libre Asociado de Puerto Rico hago constar que soy parte de los reclamantes que figuran como demandantes en el caso Nilda A. Agosto Maldonado vs Estado Libre Asociado de Puerto Rico, Departamento de la Familia y otros (Civil Núm. KPE 2005-0608) sobre Reclamación de Salarios.

A su vez hago constar que el 16 de septiembre de 2010, la Hon. Juez Superior Rebecca de León Ríos, ordenó al patrono que pagara a todos los demandantes los salarios adeudados y no fue hasta noviembre de 2012 que recibimos un pago parcial del 25% de dichos salarios según informó el Departamento de la Familia. Al presente suscribiente y todos los demandantes desconocemos cuál es el monto real de la deuda debido a que el Departamento de la Familia nunca nos ha mostrado ningún computo ni documento oficial al respecto.

Para hacer constar lo antes indicado someto:

1. Copia de la sentencia emitida el 16 de septiembre de 2010, por el Tribunal Superior de San Juan ordenando el pago de los salarios adeudados a los demandantes con el anejo que incluye el listado de los nombres de los demandantes en cuya página 19 aparece mi nombre en el número 275.

2. Evidencia del pago recibido del 25% de la deuda que se demuestra en el documento que indica el número de cheque emitido, cantidad del pago recibido con sus correspondientes descuentos aplicados.

Es importante señalar que una vez se nos realice el pago adeudado, esto afectará el monto de las pensiones y el seguro social que recibimos. Además se deben computar los intereses devengados por ese dinero durante los años que aplique, ya que también se nos adeudan.

Solicito se me paguen, pasos por méritos que me fueron recomendados y nunca me fueron otorgados, vacaciones, dietas y cualquier otra deuda que se encuentre pendiente de pagar.

A tales efectos someto los documentos de reclamación correspondientes a los "Schedule E y el Schedule D – Caso No. 17 – BK – 03283."

A pesar de que con respecto a la Demanda de Reclamación de Salarios, las abogadas litigantes del caso recibieron una notificación del "Schedule H" y ellas van a llenarla y documentarla para enviarla, yo estoy cursando esta carta y llenando las reclamaciones de los "Schedules", antes mencionados, porque intereso continuar como parte activa en el caso de la Ley PROMESA y para que se tome en cuenta mi reclamación.

Atentamente,

*[firma]*

Ivette González De León
Seguro Social: XXX-XX-5148
Teléfono: 321-557-5127
C/Pillán Rodríguez 372
Villa Palmera, Santurce
San Juan, Puerto Rico 00915

Case:17-03283-LTS Doc#:17494-1 Filed:07/22/21 Entered:07/23/21 15:21:34 Desc: Exhibit Page 6 of 7



**Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales**

2 de noviembre de 2012

González De León, Ivette
Administración de Familias y Niños

Re: Nilda Agosto y Otros KPE-2005-0608

Estimado(a) Compañero(a):

Usted figura como demandante en el Caso de Nilda Agosto y Otros vs. Departamento de la Familia, sobre Salario Mínimo Federal.

No obstante lo anterior, y en aras de ir reduciendo la deuda producto de esta reclamación originada para el año 2005; la Oficina de Gerencia y Presupuesto ha identificado unas partidas dentro de las cuentas de economías del Departamento de la Familia para acreditarle a su acreencia en la demanda de referencia. Adjunto a esta comunicación usted recibirá un cheque por la cantidad de $ 19,771.04 equivalente al 25% del pago total al que usted tiene derecho conforme las estipulaciones de la sentencia. Del mismo, solamente se le están realizando los descuentos de Seguro Social y Contribuciones.

Reconocemos que este adelanto no representa el pago total, más si un abono de buena fe con el propósito de ir reduciendo el monto adeudado.

De usted no estar de acuerdo con la cantidad recibida, tendrá un término de 10 días para presentar una reclamación ante la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales.

Cordialmente,

María Luisa Torres Colón
Secretaria Auxiliar

PROSOL
UTIER
NOV 15 2012
RECIBIDO

Edificio Lila Mayoral, Ave. Barbosa 306
P O Box 11398, San Juan, PR 00910-1398 / Tel. (787) 294-4900 Exts: 2358 / 2359 / Fax (787) 765-1743

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| NILDA A. AGOSTO MALDONADO Y OTROS<br>PARTE DEMANDANTE<br><br>V.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO,<br>DEPARTAMENTO DE LA FAMILIA Y OTROS<br>PARTE DEMANDADA | CIVIL NUM. KPE 2005-0808<br>(907)<br><br>SOBRE<br><br>SENTENCIA DECLARATORIA;<br>Y RECLAMACIÓN DE SALARIOS |

## *SENTENCIA*

Los demandantes, que se detallan en el anejo de esta Sentencia, y que se incorporan por referencia y se hace formar parte íntegra de ésta, son empleados que ocupan puestos con diferentes clasificaciones y trabajan o han trabajado en el Departamento de la Familia y sus administraciones: Secretariado, ADFAN, ADSEF, ASUME y ACUDEN.

Los empleados demandantes presentaron la demanda de epígrafe el 23 de febrero de 2005. Solicitaron una Sentencia Declaratoria que decretara la nulidad del Memorando General 5-86 de fecha 23 de abril de 1986, emitido por la Oficina Central de Administración de Personal (OCAP) hoy Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico (ORHELA), por estar en conflicto con las disposiciones establecidas bajo la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, 3 L.P.R.A. § 760 *et seq.* (derogada) y con el principio de igual paga por igual trabajo garantizado por el Art. II, sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico.

Los demandantes reclaman que sus salarios se afectaron cuando el Departamento de la Familia implantó el salario mínimo federal que entró en vigor el 15 de abril de 1986 y posteriores aumentos, ya que se dejó inoperante la estructura salarial existente y se adoptó un sistema de pago distinto e incompatible con las disposiciones de la Ley de Retribución Uniforme, *supra*. Arguyen que se violó su derecho a recibir una compensación acorde con las funciones que realizan y la jerarquía, niveles de responsabilidad y complejidad de sus respectivos puestos, a tono con el valor de su trabajo dentro del mercado de empleo.