San Juan, Puerto Rico
12 Julio 2021

A: Secretaria
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

De: Ivette González De León
Calle Pellín Rodríguez 372
Villa Palmeras Santurce, PR 00915
Tel: 1-321-557-5127
Caso # 12526
SS: 5148

Estimado funcionario:
Deseo que este honorable tribunal reconsidere mi reclamación de ajuste salarial y no la desestime según sentencia. Hace 10 años que estoy esperado por lo que adeudan. A su vez había apelado al Departamento de la Familia por un reajuste salarial, pasos por méritos etc....

Es por tal razón que solicito continuar en el caso de Ley Promesa y se tome en consideración mi reclamación y sea revaluada, asegurada y no desestimada para que me puedan pagar lo que se me adeuda por estos años ya que la mitad de mis compañeros le pagaron completo la demanda y su reajuste.

Adjunto evidencia y por favor reconsidere mis reclamos, la aseguren y no le desestimen. Confió en ustedes y que se haga justicia con mis Solicitud.

Con gracias anticipadas

Ivette González De León