De: Ivette González De León
Calle Pellín Rodríguez 372
Villa Palmeras Santurce, PR 00915





U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
JUL 14, 21
AMOUNT
$7.60
R2304E105975-15

7020 0640 0001 7193 8732

A: Secretaria
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767