20 de julio de 2021

RECEIVED & FILED
2021 JUL 20 PM 1:49
CLERK'S OFFICE
DISTRICT
SAN JUAN

PRIME CLERK

CARMEN MARIA RUIZ DIAZ
RETIRO CENTRAL  31 DICIEMBRE 2009
CLAIM NUMBER 113880

SOMETO RECLAM0 DE LA CANTIDAD DE ROMERAZO NO RECIBIDA.   AUMENTO DE SALARIO DE $40.00 OTORGADO POR EL GOBERNADOR CARLOS ROMERO BARCELO, NO RECIBIDO DURANTE MIS AÑOS DE SERVICIO DESPUES DESDE 19 DE SEPTIEMBRE DE 1983 TRABAJABA EN EL DEPTO DE SERVICIOS SOCIALES AHORA DEPTO DE LA FAMILIA Y RETIRADA DE POLICIA DE PUERTO RICO.
CANTIDAD ESTIMADA $12, 000.00

RECLAMO DE LA LEY 89 DE LA RECLASIFICACION POR AUMENTO DE SALARIO MINIMO FEDERAL AFECTANDO A EMPLEADOS DE CARRERA QUE NO RECIBIMOS EL BENEFICIO. AUNQUE SOLICITE RECLAMACION DE ESTE CASO NO TENGO EVIDENCIA DE HABER SIDO ACEPTADA Y DESCONOZCO NUMERO DE RECLAMACION Y SI FUE ACEPTADA Y APROBADA. NO HE RECIBIDO NINGUN PAGO POR ESTE CASO DE DELFINA VELAZQUEZ.  NO TENGO INTENCIONES DE ALGUNA DUPLICIDAD. SOLICITO ME AYUDEN Y SE ACLARE ESTA SITUACION CON UNA INVESTIGACION. SOLICITO CONTINUAR ESTE PROCESO CON PRIME CLERK. CANTIDAD ESTIMADA  $

RECLAMO EL AUMENTO DE SALARIO DE $175.00 ESTABLECIDO POR EL CONVENIO COLECTIVO  DEL 1 DE JULIO DE 2004. JORGE MENDEZ REFIRIO ESTE CASO Y NOS INDICO QUE SE GANO EN LA COMISION DE RELACIONES DEL TRABAJO DE SERVICIO PUBLICO. NO HE RECIBIDO CANTIDAD POR ESTE AUMENTO DE SALARIO. CANTIDAD ESTIMADA $11,530.00.

RECONOZCO QUE LA PENSION ASIGNADA DEBERA SER ACTUALIZADA POR LA POLICIA DE PUERTO RICO.

LE HE SOMETIDO LAS EVIDENCIA NECESARIAS PARA COLABORAR CON PRIME CLERK Y LE HE SOLICITADO ACTUALICEN MI DIRECCION POSTAL CALLE EL CAOBO 722 URB. SOMBRAS DEL REAL COTO LAUREL PUERTO RICO 00780 PARA CONTINUAR RECIBIENDO SU CORRESPONCIA.

CARMEN MARÍA RUIZ DÍAZ
camarudifashion@gmail.com
camarudi@yahoo.com

20 de julio de 2021

PRIME CLERK (sometido por correo electrónico a Prime Clerk el 20 de julio de 2021)

Mi dirección postal: Calle El Caobo 722 Urb Sombras del Real Coto Laurel Puerto Rico 00780. No recibí estos documentos. El día 16 de julio me entregaron copia de este documento. Llame y me orientaron que aparece una duplicidad de reclamación del caso de Delfina (Lcda. González) Nunca recibí contestación del Bufete González de la reclamación. Hay una lista de nombres no aparece mi nombre. En junio de 2018 le envié a Prime Clerk evidencias de lo que me deben las Agencias para las que trabajé. Mantengo mi reclamo porque nunca recibí dinero de la ley 89. No recibí dinero del Romerazo. No recibí el aumento de salario de $175.00 por convenio colectivo julio 2004. Según ECO Sindicato este caso se ganó. Necesito actualicen mi dirección postal para continuar recibiendo su correspondencia.

Carmen María Ruiz Díaz
camarudifashion@gmail.com
camarudi@yahoo.com

\*\*\*\*\*\*\*

Le informe mi nueva dirección postal para continuar recibiendo correspondencia de Prime Clerk. Solicito se reconsidere mi caso en Prime Clerk, yo le sometí copia de los intentos de ser incluida en la demanda del caso de Delfina Velázquez, pero no tengo ninguna evidencia, dirigida a mi nombre, de haber sido aceptada en la demanda y ninguna comunicación con mi nombre de que estas reclamaciones fueron ganadas. Ni siquiera estoy incluida en la lista que sometieron a los empleados. En 2004 El Sindicato de Empleados Civiles Organizados Policía de Puerto Rico (ECO) informó de una decisión favorable de este caso y a petición de ECO entregamos una reclamación. Le incluí copia de estos documentos. Ni ECO Policía de Puerto Rico, ni la Hermandad de Trabajadores del Depto. De Servicios Sociales nos dio evidencia de que mi caso fue aceptado. En 2018 ECO nuevamente nos reúne para tramitar los documentos a Prime Clerk. Nos orientó a los empleados retirados pensionados de llenar los documentos y entregarlos nosotros mismos porque no estoy en la unidad apropiada. En ese momento tampoco me informaron sobre mi caso. El 3 de marzo de 2021 Jorge Méndez ECO nos orienta a someter casos a Lcdo. González. Le escribiré no estoy interesada. Quiero continuar con Prime Clerk.

Solicito una investigación de esta duplicidad de casos y quién los tiene y por qué no he recibido notificación. Alguien debe orientar al Sindicato de las gestiones que hace duplicar casos. Gracias.

Carmen María Ruiz Díaz
Policía de Puerto Rico
Retirada y pensionada
camarudifashion@gmail.com
camarudi@yahoo.com