You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index



**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 974645
EPOC ID: 170356600087069

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ❑ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíba por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

CARMEN RUIZ DIAZ _Carmen Maria Ruiz Diaz_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

RECEIVED

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

JUN 29 2018

PRIME CLERK LLC

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy to Mail

**Claim Number: 113880**

Proof of Claim

page 1



**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
Si. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

¿A dónde deberían enviarse las notificaciones al acreedor?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices the creditor be sent?**

¿A dónde deberían enviarse las notificaciones al acreedor?

CARMEN RUIZ DIAZ
~~PO BOX 800047~~
COTO LAUREL PR 00780-0047

Calle El Globo 722
Urb Sombras del Real
Coto Laurel PR 00780

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)

¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número      Street / Calle

City / Ciudad      State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes. Claim number on court claims registry (if known)
Si. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☐ Yes. Who made the earlier filing?
Si. ¿Quién hizo la reclamación anterior?_____

---

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date |
|---|---|
| | Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Si. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☐ Yes. Provide the additional information set forth below / Si. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410               Proof of Claim               page 2

U0504 v 01 02.15 2018

000 0043928 00000000 0003 0005 08786 INS: 0 0 0

**8. . How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$_____. **Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo. Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Sueldos y Aumentos reclamados y no pagados*
*Romero = 12,000.00      Otros: 11,530.00*

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Descr be:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / F ja
☑ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$_____

Modified Official Form 410

Proof of Claim

page 3

U0505 v 01 02.15.2018

**12. Is this claim subject to a right of setoff?**

**¿La reclamación está sujeta a un derecho de compensación?**

☐ No / No

☒ Yes. Identify property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?**

☐ No / No

☒ Yes. Indicate the amount of your claim arising from the value of any goods received     $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

---

**Part 3 / Parte 3:**   **Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

**Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.**

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _27 Junio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
       First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo _____

Company / Compañía _____
       Identify the corporate servicer as the company if the authorized agent is a servicer.
       Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
       Number / Número          Street / Calle

_____
City / Ciudad                    State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto _____     Email / Correo electrónico _____

---

Modified Official Form 410               **Proof of Claim**                    page 4

U0506 v.01 02 15 2018



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>         Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>") has filed voluntary petitions under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[1] initiating Title III cases under PROMESA (each, a "<u>Title III Case</u>" and collectively, the "<u>Title III Cases</u>") for the debtors listed below (each, a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim** ("<u>Proof of Claim</u>").

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

---

[1]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

## OVERVIEW – KEY POINTS

- This document is a legal notice concerning the Title III Cases of the Debtors (listed above). This document is being sent to all parties that may be owed money by the Debtors (known as "creditors").

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details.**

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.

- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** This document explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this document for a complete list of parties <u>not</u> required to file a claim.**

- **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

- **If you are required to file a claim against any of the Debtors**, you must do so by **<u>May 29, 2018 at 4:00 p.m., Atlantic Standard Time</u>**. A form that you may use to file your claim is provided with this document.

- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this document.

- After reading this document, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

## Section 1 – The Bar D

On February 15, 2018, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Bar Date Order") in the above-captioned Title III Cases in accordance with Bankruptcy Rule 3003(c) fixing the following deadlines to file Proofs of Claim (collectively, the "Bar Dates"):

(a) **General Bar Date**: **4:00 p.m. (Atlantic Standard Time) on May 29, 2018**, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement dates for their Title III Cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27));

(b) **Rejection Bar Date**: Except as otherwise set forth in any order authorizing the rejection of an executory contract or unexpired lease, **4:00 p.m. (Atlantic Standard Time) on the date that is the later of (i) the General Bar Date and (ii) the first business day that is thirty-five (35) calendar days after the entry of an order by the Court authorizing such rejection** is the deadline for a party to any such rejected executory contract or unexpired lease to file proofs of claim relating to the rejection of such contract or lease (the "Rejection Bar Date," and together with the General Bar Date, the "Bar Dates"); and

(c) **Bar Date if Creditor List is Amended or Supplemented**: If, after the Bar Date Notice is served, any Debtor (a) amends its respective Creditor List to reduce a claim and/or to change the classification, nature or characterization of a claim, or (b) supplements its respective Creditor List, such Debtor shall give notice of any amendment or supplement to the holders of claims reduced or changed thereby, and advise such holders they shall each have until the **later of (i) the General Bar Date and (ii) thirty-five (35) days from the date of such notice** to file a proof of claim, or an amended proof of claim, if applicable, or be barred from so doing.

As used in this Notice, a "claim," as defined in section 101(5) of the Bankruptcy Code, whenever arising, includes in each case any claims against any of the Debtors based upon the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "Claim").



## Section 2 – Who Is NOT Required To File a Proof of Claim

**THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST THE DEBTORS OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

The following persons and entities are <u>not</u> required to file a Proof of Claim on or before the applicable Bar Date:

A. <u>Allowed Claims</u>:  Any person or entity whose claim was previously allowed by an order of this Court entered on or before the applicable Bar Date;

B. <u>Paid Claims</u>:  Any person or entity whose claim was paid in full by a Debtor, including claims paid by a Debtor after the commencement date of its respective Title III Case;

C. <u>Proofs of Claim Already Filed</u>:  Any person or entity who already properly filed a proof of claim, which substantially conforms to the Proof of Claim Form, in these Title III Cases with the Court or the Debtors' claims and noticing agent;

D. <u>Claims Properly Listed and Categorized on Creditor Lists</u>:  Any person or entity whose claim is listed on one of the Creditor Lists and (i) the claim is not listed as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount and nature of the claim as set forth on the applicable Creditor List, and (iii) the person or entity does not dispute that the claim is an obligation of the subject Debtor;

E. <u>PREPA Customers</u>:  Customers of PREPA in connection with the disposition of their deposits or any individual billing or service disputes; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

F. <u>Pension Claims</u>:  With respect to pension benefits and any and all other post-retirement benefits, any retiree, active employee, and former employee of a Title III Debtor (including any former employee of a Title III Debtor receiving early pension, financial incentive, or other benefits provided under Act No. 70-2010 or Act No. 211-2015 or similar laws or programs), or any person who is or was a participant in a pension plan administered by a Title III Debtor, and any beneficiary of any the foregoing persons; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

G. <u>Union or Non-Union Employee Claims</u>:  Any union-represented or non-union represented employee, furloughed employee, or former employee for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits or workers' compensation claims ("<u>Compensation Claims</u>"); <u>provided</u>, <u>however</u>, that Compensation Claims shall not include claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulation even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

claimant; and (vi) substantially conform to the Proof of Claim Form approved by the Bar Date Order. If you file a summary of the supporting documentation because they are voluminous, you must transmit the supporting documentation to (a) the Claims Agent and (b) the applicable Debtor within ten days after the date of a written request by the Debtors for such documents.

The Proof of Claim Form can be obtained, as well as filed, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

## Section 6 – Where and How to File

All Proofs of Claim, except as otherwise provided for or specifically excepted in Section 2 above, shall be filed with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the applicable Bar Date, depending upon the nature of the Claim.

Proofs of Claim may be filed through any of the following methods:

(i)  completing the electronic Proof of Claim on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,

(ii)  if delivered **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,

(iii)  if **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or

(iv)  if **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
|---|---|
| Address | Hours (AST) |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Recinto Sur Street San Juan, PR 00901 | M-F 8:00 a. m. to 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | M-F 8:30 a. m. to 4:30 p. m. |



| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
| --- | --- |
| Address | Hours (AST) |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Tito Castro Avenue Ponce, PR 00716-4732 | M-F 8:00 a. m. to 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | M-F 8:30 a. m. to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M-F 8:30 a. m. to 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4th Floor San Juan, PR 00901 | M-F 8:30 a. m. to 5:00 p. m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; <u>provided</u>, <u>however</u>, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

### Section 7 – Additional Information

The Debtors' Creditor Lists and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/. Any creditor that relies on the Debtors' Creditor Lists bears responsibility for determining that its Claim is accurately listed therein.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Additional information regarding the claims filing process is also available on the website for the statutory creditors' committee appointed in the Title III cases at www.creditorspr.com, www.prcreditorscommittee.com, or www.comitedeacreedoresdePR.com.

Dated:  February 15, 2018



### Sección 1. Las Fechas límite

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para los Casos en virtud del Título III mencionados anteriormente de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general: 4:00 p. m. (hora estándar del Atlántico) del 29 de mayo de 2018.** Este es el plazo (la "Fecha límite general") para presentar evidencias de reclamaciones (según se definen en el artículo 101(5) del Código de Quiebras), en contra de los Deudores en concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluidos, a fin de disipar dudas, reclamaciones en forma de bonos y reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones alegadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazos:** salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p. m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazos" y, junto con la Fecha límite general, las "Fechas límite").

(c) **Fecha límite si se modifica o complementa la Lista de acreedores:** si, una vez entregado el Aviso de la Fecha límite, algún Deudor (a) modifica su respectiva Lista de acreedores para reducir una reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones reducidas o modificadas por estos cambios, e informarles a estos titulares que tendrán hasta **(i) la Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho aviso**, la fecha que sea posterior, para presentar una evidencia de reclamación o una evidencia de reclamación modificado, si corresponde, o se les prohibirá hacerlo.

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores basado en la responsabilidad primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o conforme al sistema del Equity de los Deudores o de alguna otra manera, incluidos, a fin de disipar dudas, las reclamaciones que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras (cada uno de ellos, una "Reclamación").



### Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones

**EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

A las siguientes personas y entidades <u>no</u> se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad:

A. <u>Reclamaciones permitidas</u>: cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B. <u>Reclamaciones pagadas</u>: cualquier persona o entidad cuya reclamación se haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. <u>Evidencias de reclamaciones ya presentadas</u>: cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respeta sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones y avisos de los Deudores.

D. <u>Reclamaciones correctamente mencionados y categorizados en las Listas de acreedores</u>: cualquier persona o entidad cuya reclamación figure en una de las Listas de acreedores y (i) si la reclamación no se menciona como "impugnada", "eventual" o "no liquidada", (ii) si la persona o la entidad no impugnan el monto y la naturaleza de la reclamación, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que la reclamación es una obligación del Deudor en cuestión.

E. <u>Clientes de PREPA</u>: los clientes de PREPA en relación con la disposición de sus depósitos o disputas individuales de servicio o facturación; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

F. <u>Reclamaciones por pensión</u>: con respecto a beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes o programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

G. <u>Reclamaciones de empleados sindicalizados o no sindicalizados</u>: cualquier empleado, empleado con licencia o exempleado representados por un sindicato o no representados por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de <u>indemnización</u>"); <u>sin embargo</u>, las reclamaciones de indemnización no deben incluir

reclamaciones que se alegaron o se alegarán en una causa o acción un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentaciones no relacionados con el empleo, incluso cuando dichas reclamaciones se alegan como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

H.   **Reclamaciones de miembros de sindicatos individuales:** cualquier persona o entidad titular de una reclamación se limita a obligaciones en virtud de sus respectivos convenios colectivos de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de su relación laboral actual o anterior con Commonwealth; sin embargo, dicho titular debe alegar (i) una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección o (ii) una reclamación por una queja que se resolvió y liquidó mediante un arreglo o laudo arbitral al 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

I.   <u>Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente o designado similares:</u> cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros montos que pueden surgir conforme al respectivo acuerdo de fideicomiso o documento del bono que no estipulan un fiduciario, agente fiscal, o agente o designado similares que podrían presentar una Evidencia de reclamaciones principal; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

J.   <u>Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente:</u> cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o designado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todas las reclamaciones en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

K.   <u>Reclamaciones de prestamistas de contratos de préstamos individuales:</u> cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de

reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

L. Reclamaciones intergubernamentales: (i) cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor u "organismo territorial cubierto". A fin de disipar dudas, cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de dicha reclamación.

M. Gastos administrativos: cualquier titular de una reclamación permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (**que no sea** una reclamación en virtud del artículo 503(b)(9) del Código de Quiebras).

N. Evidencias de reclamaciones con plazos independientes: cualquier titular de una reclamación para el cual este Tribunal fije o haya fijado un plazo independiente.

O. Reclamaciones administrativas de profesionales: profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

### Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones

Usted **DEBE** presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si dicho titular debe presentar una Evidencia de reclamación.**

### Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente

**A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHA RECLAMACIÓN.**

### Sección 5. Qué se debe presentar

SI ALEGARÁ UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL SE ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación de respaldo (o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de reclamaciones y (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

### Sección 6. Dónde y cómo realizar la presentación

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de reclamaciones y avisos, Prime Clerk LLC, (el "Agente de reclamaciones") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza de la reclamación.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i)   Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii)  Realizar el envío **por servicio de correo "first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii) Enviar mediante **servicio de correo "overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv)  Realizar la **entrega personalmente** en cualquiera de las siguientes ubicaciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) las direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

| Ubicaciones de Commonwealth donde se acepta la entrega personalmente de las Evidencias de reclamaciones Todas las ubicaciones están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018 (excepto los fines de semana y los feriados judiciales) | |
| --- | --- |
| Dirección | Horarios (AST) |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Calle Recinto Sur San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Avenida Carlos Chardón San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Avenida Tito Castro Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4to Piso San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; **sin embargo, pueden** enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

### Sección 7. Información adicional

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutarios designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com o www.comitedeacreedoresdePR.com.

Fecha: 15 de febrero de 2018

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En la causa:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br><br>Deudores. | PROMESA<br>Título III<br><br><br>Caso n.º 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## AVISO DE PLAZOS PARA LA PRESENTACIÓN
## DE EVIDENCIAS DE RECLAMACIONES

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inician casos en virtud del Título III de PROMESA (cada uno de ellos, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno de ellos, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser acreedor de uno de los Deudores y es posible que deba presentar una evidencia de reclamación** ("Evidencia de reclamación").

La lista de los nombres de los Deudores, sus números de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| ...lo Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| ...oración del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| ...ma de Retiro de los Empleados del Gobierno de ...monwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| ...ridad de Carreteras y Transportación de Puerto Rico ...T") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| ...ridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

## INFORMACIÓN GENERAL: PUNTOS CLAVE

- Este documento es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente). El documento se enviará a todas las partes con las cuales los Deudores posiblemente tengan deudas en dinero (conocidas como "acreedores").

- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**

- En los procedimientos según el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el procedimiento según el Título III. En este documento, se explica cómo presentar sus reclamaciones.

- **A muchos acreedores de Casos en virtud del Título III <u>no se les exige</u> presentar una reclamación.** En este documento, se indica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que <u>no</u> deben presentar una reclamación.**

- **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que un Deudor propone pagar los montos adeudados a sus acreedores. Una vez presentado, este plan estará disponible para que lo revisen los acreedores. En una fecha posterior, se determinará quién votará en el plan. El monto que puede recibir en virtud del plan también se determinará más adelante.

- **Si debe presentar una reclamación en contra de alguno de los Deudores,** debe hacerlo antes del **<u>29 de mayo de 2018 a las 4:00 p. m., hora del Atlántico</u>**. Con este documento, se proporciona un formulario que puede usar para presentar su reclamación.

- Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.

- Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.



# AVISO LEGAL IMPORTANTE PARA RECLAMANTES PENSIONISTAS, JUBILADOS Y EMPLEADOS

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico emitió una resolución (la "Orden de fechas límite") que establece un plazo para que los acreedores aleguen reclamaciones en contra de cualquiera de los siguientes Deudores según el Título III: (i) Estado Libre Asociado de Puerto Rico, (ii) el Sistema de Retiro de los Empleados del Gobierno de la Commonwealth de Puerto Rico, (iii) la Autoridad de Carreteras y Transportación de Puerto Rico, (iv) la Corporación del Fondo de Interés Apremiante de Puerto Rico y (v) la Autoridad de Energía Eléctrica de Puerto Rico.

De conformidad con la Orden de fechas límite, a usted **no** se le exige presentar una evidencia de reclamación con respecto a las reclamaciones que tiene por pensiones acumuladas y cualquier otro beneficio posterior a la jubilación que se le adeude ("Beneficios de pensiones"). Sin embargo, en caso de tener una reclamación que no sea por Beneficios de pensiones en contra de alguno de los Deudores según el Título III mencionados anteriormente, entonces, debe presentar una evidencia de reclamación con respecto a dicha reclamación a las **4:00 p.m. (hora estándar del Atlántico) del 29 de mayo de 2018**, o con anterioridad, para evitar que se rechace dicha reclamación.

Además, como empleado, empleado con licencia o exempleado, **no** se le exige presentar una evidencia de reclamación para indemnizaciones y beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales, **sino que debe** presentar las reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo por agravio o por derecho consuetudinario, derecho estatutario o reglamentaciones no relacionadas con el empleo, incluso cuando dichas reclamaciones se aleguen como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

Finalmente, **no** se le exige presentar una evidencia de reclamación que se limita a obligaciones en virtud de un convenio colectivo de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de la relación laboral actual o anterior con el Estado; **sin embargo**, si alega una reclamación por una o más quejas que se resolvieron y liquidaron mediante un arreglo o laudo arbitral al 28 de febrero de 2018, **debe** presentar una evidencia de reclamación.

Todos los documentos presentados en los Casos en virtud del Título III, incluida la Orden de fechas límite y el Formulario Evidencia de Reclamación, están disponibles sin cargo en el sitio web https://cases.primeclerk.com/puertorico/. Para obtener información adicional para jubilados, ingrese en www.porturetiro.com.

# IMPORTANT LEGAL NOTICE TO PENSION, RETIREE, AND EMPLOYEE CLAIMANTS

The United States District Court for the District of Puerto Rico entered an order (the "Bar Date Order") establishing a deadline for creditors to assert claims against any of the following title III debtors: (i) the Commonwealth of Puerto Rico; (ii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico; (iii) the Puerto Rico Highways and Transportation Authority; (iv) the Puerto Rico Sales Tax Financing Corporation; and (v) the Puerto Rico Electric Power Authority.

Pursuant to the Bar Date Order, you **are not** required to file a proof of claim with respect to any claims you have for accrued pensions and any and all other post-retirement benefits due to you ("Pension Benefits"). However, to the extent you have a claim that is not for Pension Benefits against any of the Title III Debtors listed above, then you should file a proof of claim with respect to such claim on or before **4:00 p.m. (Atlantic Standard Time) on May 29, 2018 to avoid disallowance of such claim.**

In addition, as an employee, furloughed employee, or former employee you <u>are not</u> required to file a proof of claim for any for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits, or worker's compensation claims, **but must** file claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulations, even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

Finally, you **are not** required to file a claim limited to obligations due under a collective bargaining agreement, including but not limited to grievances, or claims arising from current or former employment relationship with the Commonwealth; **however**, if you assert a claim for one or more grievances that have been resolved and liquidated by settlement or arbitration award as of February 28, 2018, you **must** file a claim.

All documents filed in the Title III Cases, including the Bar Date Order and the Proof of Claim Form, are available, free of charge, by accessing the website https://cases.primeclerk.com/puertorico/. Additional information for retirees is available at www.porturetiro.com.

H. <u>Individual ███ Members' Claims</u>:  Any person or entity ███ holds a claim limited to obligations due under their respective collective bargaining agreements, including, but not limited to, grievances, or claims arising from their current or former employment relationship with the Commonwealth; <u>provided</u>, <u>however</u>, that any such holder must assert (i) a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section, or (ii) a claim for a grievance that has been resolved and liquidated by settlement or arbitration award as of February 28, 2018, by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

I. <u>Individual Bondholder Claims Arising From Bonds That Do Not Have an Indenture Trustee, Fiscal Agent, or Similar Agent or Nominee</u>: Any person or entity that holds a claim that is limited to the repayment of principal, interest and such other amounts that may arise under the respective trust agreement or bond document that does not provide for an indenture trustee, fiscal agent, or similar agent or nominee that could file a Master Proof of Claim; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

J. <u>Individual Bondholder Claims Covered by Timely Filed Bond Master Proof of Claim</u>: Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant indenture trustee, fiscal agent, or similar agent or nominee files a Bond Debt Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all bond claims against the relevant Debtor under the respective trust agreement or bond document; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

K. <u>Individual Credit Agreement Lender Claims</u>:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant agent, if such agent exists, files a Credit Agreement Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all lender claims against the relevant Debtor under the respective credit agreement; <u>provided</u>, <u>however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

L. <u>Inter-Governmental Claims</u>:    (i) Any municipality, department, or agency of the Commonwealth that is not a Debtor or "covered territorial instrumentality" (as defined in PROMESA) asserting a claim against a Debtor in an amount less than $200 million, or (ii) any Debtor or "covered territorial instrumentality".  For the avoidance of doubt, any entity described in the foregoing clause (i) asserting a claim against a Debtor equal to or greater than $200 million must file a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

M. Administrative Expenses: Any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an administrative expense (other than a claim under Bankruptcy Code section 503(b)(9));

N. Proofs of Claim with Separate Deadlines: Any holder of a claim for which a separate deadline is or has been fixed by this Court; and

O. Professionals' Administrative Claims: Professionals who assert administrative claims for fees and expenses subject to the Court's approval pursuant to PROMESA section 316;

provided, however, that, should the District Court fix a date by which the Claims described in Paragraphs A. through O. above must be filed, you will be notified of such bar date at the appropriate time.

## Section 3 – Who MUST File a Proof of Claim

You **MUST** file a **Proof of Claim** to vote on any plan of adjustment filed by the Oversight Board on behalf of the Debtors or to share in any distributions from the Debtors if you have a Claim that arose prior to the commencement dates and it is not one of the types of Claims described in Paragraphs A. through O. in Section 2 above.

A holder of a possible Claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.

## Section 4 – Consequences of Failure to File a Proof of Claim by the Applicable Bar Date

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A THROUGH O. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (UNLESS OTHERWISE ORDERED BY THE COURT) FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THESE TITLE III CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THESE TITLE III CASES ON ACCOUNT OF SUCH CLAIM.

## Section 5 – What to File

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S TITLE III CASE.

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the relevant Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claim; (iv) include a copy of the supporting documentation (or, if such documentation is voluminous, you must attach a summary of such documentation) or an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the

**POLICIA DE PUERTO RICO**

CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN , P.R. 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

5 de septiembre de 2000

Todo El Personal Civil

Ldo. Pedro A. Toledo
Superintendente

### PLAN DE CLASIFICACION Y RETRIBUCION

El 12 de diciembre de 1997, la Policía de Puerto Rico contrató los servicios técnicos y de asesoramiento de la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), para que realizará un estudio de inventario de puestos ocupados y vacantes en nuestra Agencia y desarrollara unos nuevos Planes de Clasificación de Puestos y de Retribución, correspondiente a los servicios de Carrera y Confianza.

Luego de realizar el estudio correspondiente, OCALARH nos sometió para nuestra consideración el nuevo Plan de Clasificación. En armonía con las recomendaciones de la OCALARH el Negociado de Asuntos Fiscales, en coordinación con el Negociado de Recursos Humanos, efectuó un análisis de presupuesto y evaluó varias alternativas fiscales. Estas fueron discutidas con la Oficina de Gerencia y Presupuesto quien autorizó implantar los resultados del estudio de referencia en etapas.

La primera etapa será efectiva el 7 de septiembre de 2000 y la misma se empieza con la adopción de la primera fase de las nuevas estructuras retributivas que se desarrollaron para ambos servicios. Como consecuencia de la implantación de la primera etapa, cada empleado recibirá un incremento en su sueldo de $150.00 mensuales. En las próximas etapas restantes, los sueldos serán aumentados hasta alcanzar la cantidad que le corresponde como consecuencia del ajuste en sueldo proyectado.

Esperamos que este mejoramiento en salario sirva como aliciente y fuerza motivadora para continuar ofreciendo un servicio de excelencia al pueblo de Puerto Rico, según lo hemos estado haciendo hasta el momento como un equipo de trabajo ágil y efectivo.



**Estado Libre Asociado de Puerto Rico**
**POLICIA DE PUERTO RICO**

SAOC-AP-1-11-062

8 de junio de 2009

Hon. José Figueroa Sancha
Superintendente
Policia de Puerto Rico

Tnte. Cor. Héctor Agosto Rodríguez 2-11982
Director Regional de Ponce

Tnte. II José I. Rivera Torres 7-15478
Director Interino
División de Compras
Región de Ponce

Carmen María Ruiz Diaz
Agente Comprador
División de Compras de Ponce

Solicito mi renuncia al Honorable Cuerpo de la Policia de Puerto Rico por años de servicio. Mi renuncia se hace efectiva el 31 de diciembre de 2009.

Comencé mis labores el 3 de marzo de 1980 en el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, antes Departamento de Servicios Sociales y completaré mis 30 años de servicio en la Policia de Puerto Rico, donde comencé mis labores el 1 de diciembre de 1995, con la ayuda de Dios.

Es para mí un honor trabajar para el Estado Libre Asociado de Puerto Rico como servidora pública, tanto en el Departamento de la Familia, como en el honroso Cuerpo de la Policia de Puerto Rico. Agradezco a Dios y al pueblo de Puerto Rico por los servicios que le he brindado durante estos años.

Solicito dos (2) pasos por mérito por los años de servicio que he realizado con esmero y dedicación en la Policia de Puerto Rico.

Anexos: copia OCAP-11 y OCAP-15.

cf Sindicato Empleados Civiles Organizados
    Policia de Puerto Rico

---

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O. BOX 70166 SAN JUAN, P.R. 00936 - 8166 TEL.(787) 793-1234

*Julio 2009*

*Nitza Baez*
*Ext. 2202*
*Div. Retiro y*
*Liquidaciones*
*P-02*



ORIENTACION PARA RETIRO
POR AÑOS DE SERVICIO
DIVISION DE LICENCIAS

INFORMACION DEL EMPLEADO

1- Nombre *Carmen A. Ruiz Díaz*      Núm. Placa *Civil*

2- Lugar de Trabajo *Compras, Ponce*      Seg. Soci ████ 3426

3- Efectividad de la Renuncia por Años de Servicio *31 Diciembre 2009*

4- _____ Si  √  No   deseo solicitar servicios no cotizados (pago de Plan Ceta tiempo militar, tiempo transitorio, tiempo trabajado en otra Agencia.

Si continua acogido al Plan Médico debe pagar por lo menos dos (2) pagos por adelantado. En estos casos tan pronto cobre su pensión en el Sistema de Retiro, llevará el recibo de pago estos le orientarán al respecto.

OTRAS OBSERVACIONES:     Carta de Renuncia por conducto Reglamentario

**DEBERA PASAR POR LA DIVISION DE LICENCIA Y ORIENTARSE RELACIONADO A LAS HORAS COMPENSATORIAS, DIAS FERIADOS Y BALANCES DE LICENCIA. LOS DIAS PARA ATENDER EL PUBLICO SON LUNES Y MIERCOLES.**

**NO SE LE PAGARA MAS DE SESENTA (60) DIAS DE LICENCIA REGULAR.**

**SE LE PAGARA HASTA NOVENTA (90) DIAS DE LICENCIA POR ENFERMEDAD. NO SE PAGARA EL EXCESO**

**Petra Viera Cruz**
Ext. 3504
*3 Jun/09*





SASG-NRH-DAERV-11-570

4 de diciembre de 2009

Sra. Carmen M. Ruiz Díaz
PO Box 800047
Cotto Laurel PR  00780

Estimada señora Ruiz Díaz:

Para la Policía de Puerto Rico es un orgullo tener Veteranos como usted, que ofreciste tu vida, esfuerzo y juventud en proteger la vida y la propiedad del Pueblo de Puerto Rico.

Por tal razón, el Superintendente de la Policía de Puerto Rico te invita a la actividad en reconocimiento a todos los empleados jubilados del año 2009.  La misma se llevará a cabo el viernes, 11 de diciembre de 2009 a las 10:00 am en el anfiteatro del Colegio de Justicia Criminal (Academia) en Gurabo.

Habrá música y almuerzo.  Te esperamos con tu familia.

Favor de confirmar la asistencia al (787) 793-1234 extensión 3504.

Cordialmente,

Yadira Rivera Pabón
Directora
División Asistencia a Empleados
a Retirarse y Veterano



**Estado Libre Asociado de Puerto Rico**
**POLICIA DE PUERTO RICO**

SAOC-RP-1-1-1,110

16 de junio de 2009

José E. Figueroa Sancha
Superintendente

Deborah M. Vega
Gerente
Negociado Recursos Humanos

## RENUNCIA POR AÑOS DE SERVICIO DE LA EMPLEADA CIVIL CARMEN MARIA RUIZ DIAZ, AGENTE COMPRADOR, ADSCRITA A LA DIVISION COMPRAS, REGION DE PONCE

Remito la comunicación SAOC-AP-1-11-062, fechada el 8 de junio de 2009, relacionada con la solicitud de renuncia de la empleada civil **Carmen María Ruiz Díaz**, Agente Comprador, adscrita a la División Compras, Región de Ponce.

La señora Ruiz Díaz desea que su renuncia sea efectiva el día **31 de diciembre de 2009**.

Recomiendo favorablemente que se le conceda un (1) paso en el sueldo por la excelente labor que ha rendido durante todos estos años de servicio.

**Tnte. Cor. Héctor E. Agosto Rodríguez 2-11982**
**Director Región de Ponce**

## EN LA JUNTA DE APELACIONES DEL SISTEMA DE ADMINISTRACIÓN DE PERSONAL

DELFINA LOPEZ ROSARIO Y OTROS

Apelantes

vs.                                    CASO NUM.:T-01-10-372

POLICIA DE PUERTO RICO Y OTROS

Apelados

### SOLICITUD DE ACUMULACIÓN EN APELACION

YO _Carmen Maria Ruiz Diaz_, empleado civil de la Policía de Puerto Rico, por la presente solicito a la Hon. Junta de Apelaciones del Sistema de Administración de Personal autorice la acumulación de mi reclamación sobre violación de la Ley de Retribución Uniforme y FLSA, por retención indebida de salarios al estar el suscribiente similarmente situado. A los efectos, designo a la Lcda. Ivonne González para que me represente.

RESPETUOSAMENTE SOMETIDO.

En ___Ponce___, Puerto Rico, a ___ de ___Mayo___ de 2004.

_____
FIRMA PETICIONARIO
DIRECCIÓN POSTAL Y TELÉFONO

P.O. Box 8004?
Cto Laurel PR 00780
787-848-2433

CONTRATO DE SERVICIOS PROFESIONALES
EMPLEADOS CIVILES DE LA POLICIA DE PUERTO RICO

Yo, _Carmen Maria Ruiz Diaz_ por la presente contrato y autorizo al Bufete GONZALEZ - ARRAIZA para que me represente en mi reclamación sobre Salarios y sobre tiempo extra adeudados por la POLICIA DE PUERTO RICO. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba. Adelanto la cantidad de $20.00 dólares para gastos de radicación e investigación. Acompaño con el contrato la cantidad de $ _____ para gastos de litigio.

En _Ponce_____ Puerto Rico, hoy ___ de _____ de 2004.

_____                    _____
LCDA. IVONNE GONZÁLEZ                          FIRMA DEL EMPLEADO
P.O. BOX 9021828
SAN JUAN, PR 00902-1828

INFORMACIÓN PERSONAL DEL EMPLEADO

1. Nombre: _Carmen Maria Ruiz Diaz_
2. Dirección Postal: _P O Box 80047_
3. Seguro Social: ███████-3426 Tel: 787-
4. Nombre de la División o unidad Ad. donde trabaja: _Div. Compras de Ponce_
5. Pueblo donde trabaja: _Ponce_
6. Fecha en que comenzó a trabajar en la Policía de Puerto Rico: _11 dic 1995_
7. Puesto que ocupa (Indique nivel I,II, etc.) _Agente Comprador II_
8. Diga la escala en la cual está asignado su puesto: _7_
9. Salario mensual que recibe: $ _____
10. Diga si recibe algún sueldo diferencial: ___(Si) ___(No) Cantidad: $ _____
11. Indique su preparación académica: _Bachillerato Admin. Comercial_
12. Indique si con anterioridad usted ha recibido pasos por mérito y/o por años de servicios: _____(SI) _____(No) Diga cuantos pasos: _____
13. Indique cual es su jornada diaria de trabajo (7 1/2 hrs)____( 8 hrs.) _____
14. Diga si tiene usted alguna reclamación por pago de horas extras:(SI)___(No) _X_ cantidad que se le adeuda según UD: $ _____ número horas _____
15. Diga si ha recibido pago del exceso tiempo extra _____ _No_
16. Indique cuanto dinero ha recibido por tiempo extra_____ y someta talonarios, si los conserva
17. Indique si se le informa balances del tiempo compensatorio _Si_ y someta copia comunicaciones recibidas si las conserva. _Verbal._
18. Diga si se le adeudan días de fiesta
19. Indique si usted disfruta una hora de descanso para tomar alimentos? _Si_
20. Si no disfruta hora de almuerzo, describa brevemente la situación _____

NOTA IMPORTANTE:
Provea a su representación Legal. dentro tiempo razonable:

a. copia de los formularios OP-15. (Informe de Cambio Especial) de los aumentos de sueldos recibidos por usted.
b. copia de cualquier documento para establecer su reclamación Ej. Hojas asistencia; balances TC notificados. ect..

### CONTRATO DE SERVICIOS PROFESIONALES
### EMPLEADOS POLICIA DE PUERTO RICO

Yo _Carmen Noria Ruiz Diaz_ por la presente contrato a las Ledas. Ivonne Gonzalez Morales y Adela L. Torruella, para que me representen en mi reclamación de salario y ESCALAS DE RETRIBUCION en el Tribunal de Primera Instancia de P.R. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba. Adelanto la cantidad de $20.00 dolares para gastos de radicación de la demanda e investigación. Acompaño con el contrato la cantidad de $ _____.

En _____, Puerto Rico, hoy ___ de _____ de 200__

_____                    _____
Representante Legal                      Firma del empleado

### INFORMACIÓN PERSONAL DEL EMPLEADO

1- Nombre: _____
2- Dirección Postal: _____
3- Seguro Social : _____ Tel : _____
4- División u Oficina donde trabaja : _____
5- Pueblo donde trabaja : _____
6- Fecha en que comenzó a trabajar en la Policía de PR _____
   (s) pasó a trabajar en la Comisión de Seguridad (diga la fecha)_____
7- Puesto al que está nombrado oficialmente. Indique nivel de su puesto I, II, III, ect. y fecha de nombramiento: _____
8- Si está ralizando otras funciones que no son de su puesto explique EJ. Interinato – asignación administrativa – falta de personal: _____
   Fecha en que comenzó _____ de _____ de _____
9- Salario mensual que usted recibe: _____
10- Diga si recibe algún sueldo diferencial: (SI) ____ (NO) _____ cantidad
11- Indique su preparación académica: _____
12- Indique si con anterioridad usted ha recibido pasos por mérito y/o por años de servicios: (SI) ___ (NO) ____ Diga cuántos pasos: _____
13- Indique si se le han eliminado a usted los pasos que tenia. Explique ___
14- Indique cuál es su jornada diaria de trabajo (7 ½ hrs. ó 8 hrs.) ___
15- Diga si tiene usted alguna reclamación por pago de horas extras.
   (SI) ___ (NO) ____ cantidad: _____, núm. horas _____
16- Indique si usted recibe dietas fijas (SI) ___ (NO) ___ fecha en que comenzó a recibirlas _____ diga si se le adeudan dietas ___
   la cantidad _____ y provea evidencia
17- Provea a su Representación Legal dentro un tiempo razonable copia de los formularios OP-15, Informe de Cambio Especial, de los aumentos de sueldos recibidos por usted y talonarios de cheques quincenales dentro periodo reclamación.

*Nuestro Reclamo con esta Demanda:*

Al 1ro. de octubre de 1996, se implantó la Ley de Salario Mínimo Federal en la Agencia. Se compactaron las primeras 10 escalas de sueldo, poniédolas a ganar a todas por igual. A consecuencia de esto; un conserje y un ayudante administrativo o una secretaria y toda una serie de puestos ganan todos por igual, violando la Ley de Principio al Mérito.

1- Los empleados civiles tenemos derecho a que se nos ajuste el sueldo retroactivo al 1ro. de octubre de 96 y el 1ro. de septiembre de 97, hasta el presente, si lo reclamamos vía judicial, además de que se cree una nueva Escala de Sueldos.

2- Pediremos también que se nos tome como parte del sueldo los $55.00 cuando se nos concedan pasos, ajustes en sueldo, ascensos, ect.

3- Que se nos lleve a la escala que nos corresponde en los aumentos concedidos desde que se puso en vigor la última escala de sueldo, como los $100.00 que nos dieron por productividad, hasta el presente y se mantenga así en el futuro.

## INSTRUCCIONES

1- Lea cuidadosamente el documento.
2- Conteste cada pregunta en letra de molde.
3- Anote la fecha y firme el contrato.
4- Fotocópielo y guarde la copia para sus records.
5- Grape su giro o cheque personal al contrato.
6- Haga una lista de los contratos que va a incluir y sáquele copia para sus records.
7- Favor de enviar a:

LCDA. IVONNE GONZALEZ
PO BOX 9021828
SAN JUAN PR 00902-1828

8- Solicite acuse de recibo en la estación de correos y guárdelo como evidencia de que lo envió y recibirá su constancia de quién lo recibe.

LAW OFFICES

*Ivonne González Morales*

P.O. BOX 9021828
SAN JUAN,
PUERTO RICO 00902-1828
TEL. (787) 724-8323
FAX (787) 724-8323

POLICIA DE PUERTO RICO
SR. SALVADOR RAYA
OFICINA TECNOLOGIA INFORMATICA
CUARTEL GENERAL

GALLARDO BLDG.
SUITE 306
301 RECINTO SUR ST.
OLD SAN JUAN, PUERTO RICO 00901

ENVIAR ANTES DEL 18 DE MARZO DEL 2004
17 de febrero de 2004

*Re Caso: Delfina López Rosario vs. Policía de P.R*

Estimados clientes:

Luego de casi 10 años en que iniciamos la reclamación salarial contra la agencia donde trabajas, hemos obtenido una sentencia favorable en uno de los casos donde planteamos controversias similares. Por tal razón estamos convocando a una reunión a todos los empleados que representamos para aclarar los rumores y compartir personalmente contigo los logros obtenidos e informarte sobre el status procesal de tu caso.

La reunión será el sábado 6 de marzo de 2004 a las 9:30 en el PALACIO DE LOS TRABAJADORES' del Sindicato Empleados Equipo Pesado. "LOS TIGRES DE LA MONTAÑA, carretera Núm. 1 de Río Piedras a Caguas, Km. 17.8" (cerca del edificio de la Cruz Azul e intersección Ave. Las Cumbres.).

Es importante tu asistencia, ya que tenemos que actualizar la información que tenemos sobre tu expediente de personal y obtener los documentos que necesitamos para solicitar la resolución del caso.[1]

Aprovecho para darte las gracias por la confianza que depositaste en mi como abogada para servirte de instrumento para lograr que se te haga justicia salarial.

Es importante tu asistencia.

Cordialmente,

*Ivonne González Morales*

---

[1] NOTA:

Traer evidencia de los salarios recibidos Ej. Talonarios de cheques, si los tienes y las Op-15 (Informe especial de cambio de sueldo, donde acredite todos los aumentos conferidos en el empleo)

SASG-NRH-DCR-6-229

12 de agosto de 2008

Sr. (a) CARMEN M RUIZ DIAZ

Estimado (a) señor (a): RUIZ

La Ley Pública 110-28 de 25 de mayo de 2007, enmendó la Ley Federal de Normas Razonables del Trabajo ("Fair Labor Standards Act"), mediante la cual se estableció un aumento en el salario mínimo federal de manera escalonada, a aplicarse en un período de veintiséis (26) meses. Es decir, el salario que había estado vigente hasta entonces de $5.15 por hora a $5.85 por hora, efectivo el 24 de julio de 2007; de $5.85 a $6.55 por hora, efectivo el 24 de julio de 2008 y; de $6.55 a $7.25 por hora, efectivo el 24 de julio de 2009.

La implantación de la primera etapa ($5.85 p/h el 24 de julio de 2007) del salario mínimo federal no tuvo el efecto de impactar las escalas de sueldo de la estructura retributiva vigente para el Servicio de Carrera de la Policía de Puerto Rico. Esto, debido a que todas las escalas que integran la estructura retributiva que la Agencia implantó el 1ro de enero de 2002, estaban sobre la primera etapa del salario mínimo federal ($5.85 p/h). No obstante, la implantación de la segunda etapa del salario mínimo federal ($6.55 p/h efectivo el 24 de julio de 2008), sí impactó las escalas de sueldo de la estructura retributiva vigente para el Servicio de Carrera, por lo que fue necesario desarrollar y adoptar una nueva estructura retributiva para dicho Servicio, con lo cual la Policía de Puerto Rico da estricto cumplimiento a las disposiciones de la Ley Federal de Normas Razonables del Trabajo, supra.

Luego de desarrollar la nueva estructura retributiva para el Servicio de Carrera y al momento de implantar la misma, esta Agencia adoptó la siguiente norma para efectuar los ajustes de sueldos de los empleados en las nuevas escalas correspondientes, según aplique a cada caso en particular:

*"Cuando el sueldo vigente del empleado es inferior al tipo mínimo de la nueva escala asignada a la clase con la que está clasificado el puesto que éste ocupa, su sueldo se ajustará al tipo mínimo de dicha escala. Cuando el sueldo vigente del empleado queda ubicado entre dos (2) tipos de la nueva escala, el sueldo de éste se ajustará al tipo inmediatamente superior. En los casos en que el sueldo vigente del empleado coincida con uno de los tipos de la nueva escala o sobrepase el tipo máximo de la misma, el sueldo del empleado no se ajustará. Una vez entrada en vigor la nueva estructura retributiva, ningún empleado devengará un sueldo inferior al que devengaba con anterioridad a la fecha de vigencia de la misma. Los sueldos resultantes de acciones de personal que se efectúen con posterioridad, se continuarán trabajando conforme a las normas establecidas en virtud de las leyes y reglamentos aplicables."*

Conforme a lo antes señalado, le informo que su sueldo mensual será de $2,196.00, efectivo el 24 de julio de 2008. Además, todo empleado que devengue $55 por concepto de compensación complementaria, continuará recibiendo la misma.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente





Carmen M. Ruiz Díaz
P O Box 800047
Coto Laurel, Puerto Rico 00780

P. O. Box 9063
Juan, PR 00908

0078040047



Programa de Solidaridad - UTIER

*Específica que actualmente trabaja en la Policía*

1 de mayo de 2008

Carmen María Ruiz Díaz
PO Box 800047
Coto Laurel, Puerto Rico 00780

Estimada señora Ruiz:

El 25 de abril de 2008 tuvimos una conversación telefónica en la que interesaba ser orientada sobre la demanda de salario mínimo federal que lleva nuestra organización contra el Departamento de la Familia. De dicha conversación se desprendió que usted, posiblemente, pudiera ser elegible para entrar en la demanda.

Consultamos con la Lcda. Milagros Acevedo Colón y ella nos informó que, de forma general, sí cualifica porque se ha mantenido ligado al Gobierno. No obstante, habría que analizar su expediente y conocer los detalles de la transacción de personal efectuada con usted.

Es por eso que le enviamos el Contrato de Servicios Profesionales, núm. 04139, para ser completado, firmado y devuelto a nuestra oficina a no más tardar del **viernes, 16 de mayo de 2008.** Se le advierte de que de encontrarse que la transacción de personal realizada con usted fue un traslado, sin mayor desligue del servicio, s aceptará su reclamo, el perito verificará su expediente y se harán los cómputos para determinar la cantidad en salarios que el Departamento de la Familia la adeuda por los años de 1986 hasta 1994. En el 1994 fue la última enmienda al salario mínimo federal realizada y de la cual usted se vio afectada.

De tener alguna duda sobre la información solicitada en el contrato o sobre el proceso de la demanda, puede comunicarse con la suscribiente a los números de teléfono: (787) 724-6118 ó 724-6119, en horario laborable de lunes a viernes de 8:00 de la mañana a 12:00 del medio día y de 1:00 de la tarde a 4:30 de la tarde.

Cordialmente,

Helga M. González Nieves
Oficial de Organización

*ESTADO LIERE ASOCIADO DE PUERTO RICO*
*POLICIA DE PUERTO RICO*
*AREA DE PONCE*



DIRIJA TODA
LA CORRESPONDENCIA OFICIAL AL
SUPERINTENDENTE
SAN JUAN, PUERTO RICO 00936-8166
Tel. 793-1234

***** **FAX 787-259-1537** *****

## DIVISION DE COMPRAS DE PONCE

**A**           : Luis Pedrara Leduc

**DE**          : Carmen M Ituer Diaz

**FECHA**       : 25 de abril de 2008

**ASUNTO**      : Reclasificación

                :

**PAGINAS**     : _3_          **INCLUYE ESTA PÁGINA**

**TELEFONO**    : 1-787 - 734 - 6149

**COMENTARIOS:** _____

_____

_____

_____

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL      E-2) BUSY
E-3) NO ANSWER         E-4) NO FACSIMILE CONNECTION

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*POLICIA DE PUERTO RICO*
*AREA DE PONCE*

*DIRIJA TODA*
*LA CORRESPONDENCIA OFICIAL AL*
*SUPERINTENDENTE*
*SAN JUAN, PUERTO RICO 00936-8166*
*Tel. 793-1234*



***** **FAX 787-259-1537** *****

## DIVISION DE COMPRAS DE PONCE

A    Luis Pedrina Leduc

DE   : Carmen M Ruiz Diaz

FECHA  : 25 de abril de 2008

ASUNTO : Reclasificación

:

04139

## EMPLEADOS DEPARTAMENTO DE LA FAMILIA
## CONTRATO DE SERVICIOS PROFESIONALES

Calle Recinto Sur 301
Edificio Gallardo Oficina 305
Viejo San Juan
Tel: (787) 724-5323 / 764-0244
Fax: (787) 721-4648

P.O. Box 9021828
San Juan, Puerto Rico
00902-1826

Yo, _Carmen M Ruiz Díaz_, por la presente contrato a la Lcda.. Ivonne González Morales y Lcda. Milagros Acevedo Colón para que me represente en mi reclamación relacionada con la implantación incorrecta del salario mínimo y se dilucide sobre los salarios que me correspondan en derecho. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba.

En _Ponce_, Puerto Rico, hoy de _25_ de _abril_ de 200 _8_.

_____
Lcda.. Ivonne González Morales
Lcda.. Milagros Acevedo Colón

_____
FIRMA CLIENTE

### INFORMACIÓN PERSONAL
### FAVOR ESCRIBIR EN LETRA DE MOLDE

1. Agencia donde trabaja: _Policia de P. R._   Pueblo: _Ponce_

2. Nombre: _Carmen Maria Ruiz Diaz_

3. Dirección Postal: _P O. Box 800047 Cdo Laurel PR 00780_

4. Dirección Residencial: _Urb Sombras del Real Calle Caoba E-22 Real Anón Ponce PR_

5. Seguro Social ▮▮▮▮ _3426_ e-mail: _camarudi@yahoo.com_
   _X-4928_

6. Tel. Res.: _____, Tel. Trabajo: _787-284-4040_, Cel.: _787-929-5441_

7. Fecha en que comenzó a trabajar en la agencia: _1 de diciembre de 1995_

8. Puesto(s) Ocupado(s) con fecha en que ocupó cada uno: _____
   _Agente Comprador II - Dic-1995 - 2/2002_
   _Agente Comprador 2/2002 hasta el presente_

9. MARQUE CON "X" ENCASILLADO QUE CORRESPONDA SI ACTUALMENTE NO ESTA TRABAJANDO por: Retiro por años de servicios ( ); Renuncia o Traslado ( ) y Fecha: Mes_____, Año_____

10. Puesto actual: _Agente Comprador_ Salario:Mensual $ _2196⁰⁰_ Quincenal $ _588.35 (mensual)_
    _588.35 /14_

Página 2
Contrato Servicios Profesionales
Empleados Departamento de la Familia

11. Diga si recibe algún sueldo diferencial; SI (X), NO ( ). Diga número de pasos y año en que los
recibió: _Recibo una compensación mensual de_
_± 55.00 mensuales. Nunca he recibido_
_pasos por mérito por falta de fondos_
_de la agencia y nunca he recibido_
_pasos por Uley 89 por años de servicios._

12. Indique su preparación académica: _Actualmente curso una_
_Maestría en Comercio Internacional_
_Tengo un Bachillerato en Administración_
_de empresas. Concentración en gerencia_

13. Indique si ha recibido pasos por mérito y/o por años de servicios: SI ( ) NO (X). Diga número
pasos y año en que los recibió: _____

14. Indique cual es su jornada diaria de trabajo: 7 ½ hrs.(X) ó 8 hrs. Diarias ( ).

15. Indique si Ud. registra asistencia con las horas reales trabajadas y si se le adeudan horas extras,
y de ser afirmativa, someta evidencia y el número de horas adeudadas. _____

16. Indique si Ud. disfruta una hora para tomar alimentos. _Disfruto 1/2 hora_

17. Si no disfruta hora de almuerzo, describa brevemente la situación. _____

_____

_____

18. Diga si Ud. supervisa personal: SI ( ), NO (X) y número de empleados y desde cuando _____

_____

_____

### INSTRUCCIONES IMPORTANTES: LEER ANTES DE FIRMAR

a. Verificar que ha contestado todas las preguntas.
b. NO SE ACEPTARAN CONTRATOS DE PERSONAS QUE LLEVEN MAS DE 1 AÑO
RETIRADO O QUE HAYAN RENUNCIADO AL EMPLEO.
c. FAVOR PROVEER A SU REPRESENTACION LEGAL CON SU CONTRATO O EN
TIEMPO RAZONABLE LOS SIGUIENTES DOCUMENTOS: 1. copia de los formularios OP-
15 (Informe de Cambio Especial), hora de servicio donde se incluya información de todos los
aumentos de sueldos recibidos por usted en su empleo, 2. copia de cualquier carta o documento
donde Ud. le haya solicitado a la agencia o a su supervisor la actualización de la escala de
retribución y/o solicitado orientación sobre sus derechos y correspondiente contestación.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO
Superintendencia Auxiliar en Servicios Gerenciales
Negociado de Recursos Humanos
División de Clasificación y Retribución

No Escribir En Este Espacio
USO OFICIAL

Número de Control

## FORMULARIO SOLICITUD DE REVISIÓN ADMINISTRATIVA

Carmen M. Ruíz Díaz
*Nombre del Empleado*

█████ 3426
*Número de Seguro Social*

13971 - (3447717)
*Número del Puesto*

284-4040 Ext. 4928
*Teléfono y Número de Extensión*

Ponce
*Área Policiaca*

_____
*Distrito o Precinto*

Insp. Luis R. Torres Santiago
*Nombre del Supervisor Inmediato*

4-0690
*Número del Puesto o Placa*

Operaciones de Campo SACC
*Superintendencia Auxiliar*

_____
*Negociado*

Compras
*División*

_____
*Oficina o Sección*

De usted entender que su status como empleado de la Policía de Puerto Rico, se afecta por
motivo de la implantación de los nuevos Planes de Clasificación de Puestos y de Retribución
para el Servicio de Carrera, marque una de las tres alternativas que se proveen a continuación.
Luego explique en el espacio que se provee en cada alternativa, en forma clara y legible, las
razones o fundamentos que sostienen su petición de revisión administrativa, así como el remedio
que solicita.

xxx 3.   *Otro:*   Se revise la clasificación, el salario y la escala al puesto que ocupo como Agente Comprador II, # 13971, por motivo de la implantación del nuevo plan de clasificación de puestos y retribución.

*Fundamentos de la Solicitud (escriba en letra de molde o a maquinilla):*   No estoy de acuero ya que esta clasificación de puesto fue injusta porque mis 22 años de servicio las funciones que realizo que no han cambiado, que han aumentado las responsabilidades con fondos públicos, por mi preparación académica BBA y 15 créditos MBA, créditos en computadora. Siento que merezco una mejor evaluación de mi puesto Agente Comprador II. Merezco un mejor sueldo. Entiendo que he sido descendida lo que no concuerda con la ley de personal y el principio de méritos. Adjunto comunicación AP-28-4-151 y evidencia.

*Remedio que solicita (sea específico):*   Que al revisar mi escala, puesto y sueldo me reclasifiquen Agente Comprador III, que me aumenten el salario tomando en consideración mis años de servicio también y me compensen económicamente desde el año 1995 ya que mi salario está por debajo de lo que me correspondía y mi escala salarial sea 12 o mayor que ésta.

7 de marzo de 2002
_____
*Fecha*

*Firma del Empleado*

CRR

## PROCEDIMIENTO DE QUEJAS, AGRAVIO Y ARBITRAJE
### POLICÍA DE PUERTO RICO
### Y
### SINDICATO EMPLEADOS CIVILES ORGANIZADOS (E.C.O.)

A utilizarse en Áreas Policíacas, Colegios Universitarios y Cuartel General

Carmen M. Ruíz Díaz
_____

**QUERELLANTE**

**VS.**

Policía de Puerto Rico
_____

**QUERELLADO**

ÁREA  Ponce

FECHA  9 de septiembre de 2003

Q- 2003-03-0007

ASUNTO:  Clasificación de Puestos y

Retribución

### QUERELLA

**FECHAS Y HECHOS QUE OCURRIERON Y PROVOCAN LA QUERELLA**

El 28 de febrero de 2002 (Notificación de Clasificación de Puesto).

El 7 de marzo de 2002 (Solicitud de revisión administrativa...)

El 19 de agosto de 2003 (Notificación sobre revisión administrativa).

**SECCIÓN DEL CONVENIO O DISPOSICIÓN LEGAL QUE ALEGADAMENTE SE VIOLA**

Ver Anejo sobre el mismo, página -3-.

**REMEDIO SOLICITADO POR EL EMPLEADO O EL SINDICATO**

Ver Anejo sobre el mismo, página -3-.

09 SEP 2003

9 de septiembre de 2003
_____
FECHA

Carmen M. Ruíz Díaz
_____
FIRMA DEL QUERELLANTE

## SECCION DEL CONVENIO O DISPOSICION LEGAL QUE ALEGADAMENTE SE VIOLA

1. Reglamento de Personal: Areas Esenciales al Principio del Mérito Secs. 6 (1), (2), (3) y (4) y Art. 4 Ley de Personal.

2. Reglamento de Retribución Uniforme Secs. 4.4 (3) y 4.6, inciso 2,3,5,6 y 8 y Sec. 4.8, Ley de Retribución Uniforme Art. 2 Sec. 1 y 2 y Art. 9.

3. Reglamento de Personal Policía de PR, disposiciones relativas a la Clasificación y Retribución de puestos.

4. Art. II Sec. 16 Constitución ELA.

5. Ley de Personal del Servicio Público, Num. 5.

6. Sección del Convenio Art. VIII Sección 1, Art. IX Sección I, Art. X Párrafo 2do. y 3ro, Art. VII Sección 2, Art. III y Art. IV, Art. XII Inciso 2,3, Art. XIV Sección 2 y 4, Art. XII, Inc. 2.3, Art. XIV, Secc. 2 y Secc. 4, Art. XIX, Secc. 5.

### REMEDIO SOLICITADO POR EL EMPLEADO O EL SINDICATO

1. Que se revise el estudio realizado y los fundamentos utilizados para creación de la nueva clase Agente Comprador (a), al poder existir prácticas ilícitas del trabajo, por parte del patrono por haber utilizado criterios arbitrarios con el propósito de discriminar contra las clases mayormente ocupadas por mujeres respecto a las condiciones y retribución en términos del empleo.

2. Se declare nulo y arbitrario la determinación de agrupar bajo un nuevo título de clasificación, los puestos de Agente Comprador II y III con empleados de menor jerarquía y que no realizan tareas al mismo nivel de complejidad y responsabilidad en que yo me desempeño.

3. Que se declare nula la clasificación de Agente Comprador (a), o se adicione nuevos niveles.

4. Que se me asigne a la plaza de Agente Comprador III.

5. Se audite mi plaza y se me restituya y corrija la clasificiación y retribución asignada de forma que se me reconozca, con carácter retroactivo, el nivel retributivo que me corresponde y se asigne mi puesto a una escala y clasificación superior y que esté, a tono con el nivel de complejidad y responsabilidad del trabajo que desempeño por ser de mayor jerarquía y me corresponde un salario superior, pues se violó el principio de equidad retributiva (Ley 89).

---

9- Sept .03

**FECHA**

FIRMA DEL QUERELLANTE

ESTADO LIBRE ASOC ... O DE PUERTO RICO
POLICIA DE PUERTO RICO

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN PUERTO RICO 00936-8166
Tel 793-1234

27 de febrero de 2002-02-27

A TODO EL PERSONAL CIVIL

**Lcdo. Miguel Pereira**
Superintendente

ASUNTO: IMPLANTACION PLAN DE CLASIFICACION DE PUESTO Y RETRIBUCION

El propósito de esta comunicación es aclarar el último párrafo de la tercera (3era) página, correspondiente al comunicado en el que se les informa a todos los empleados civiles, el efecto de la implantación de los Planes de Clasificación de Puestos y Retribución, en los puestos que los mismos ocupan, así como en su salario.

Si su puesto está comprendido dentro de la unidad apropiada, usted puede recurrir al proceso de **Quejas, Agravios y Arbitraje**, según se establece en el Convenio Colectivo de los empleados civiles de la Policía de Puerto Rico, dentro del término de **15 días** laborales, a partir de la notificación de la revisión administrativa. Por otro lado, si su puesto está excluido de la unidad apropiada, puede recurrir a la **Junta de Apelaciones del Sistema de Administración de Personal (JASAP)**, según se indica en la comunicación a la que hacemos referencia.



3.30 PM
28 FEB 2002

AP-28-4-151

7 de marzo de 2002



Lcdo. Miguel A. Pereira
Superintendente



Sra. Carmen M. Ruiz Díaz
Agente Comprador II

## SOLICITUD DE REVISION ADMINISTRATIVA
## IMPLANTACION PLAN DE CLASIFICACION
## DE PUESTO Y RETRIBUCION

En referencia a las comunicaciones fechadas el 27 de febrero de 2002, una de ellas con los números 02-07, firmadas por usted, le envío el presente escrito para solicitarle una revisión administrativa sobre la clasificación adjudicada en el puesto que ocupo en la Policía de Puerto Rico, Area de Ponce.

Considero que el título otorgado y el sueldo mensual, según las columnas de identificación en una de las comunicaciones, no le hacen justicia a mis 22 años en el servicio público y al puesto de Agente Comprador II para el cual ingresé a la Policía en calidad de ascenso.

Si bien se menciona que mi "status" como empleada permanece inalterado parece una contradición el de ser Agente Comprador II con número de puesto 13971, pasa a ser Agente Comprador sin número de puesto; lo que sería factible interpretarlo como un descenso. Lo mismo sucede en cuanto al número de escala que de 12 ocurre un descenso a escala 7.

Resulta necesario preguntarse el alcance y los fundamentos del estudio para el efecto que tuvo, cuando no se realizo una entrevista, por lo menos.

La verdadera justicia del estudio debió ser no el llevarme por debajo del derecho adquirido y si una posición III, dada mi experiencia, los años de servicio, la preparación académica y el volumen de trabajo que realizo.

Además de que este estudio..comenzó en diciembre de 1997, transcurrido un periodo de hace 5 años, y han aumentado mis tareas asignadas.

Considero que la agencia me debe ajuste de salario desde que comencé a trabajar en Diciembre de 1995, ya que fui trasladada del Depto. de la Familia en calidad de ascenso a la Policía de Puerto Rico con 15 años de servicio. El ajuste de salario realizado fue por debajo de un Agente Comprador II que comenzó a laborar en el servicio público en el año 1994.

Ni siquiera al ingresar a la Policía de Puerto Rico me indicaron cual sería mi salario para tomar una determinación, si me convenía el cambio de Agencia, ya que el Depto. de la Familia tenía posibilidades de progresar.

7 de marzo de 2002
Página -2-

Tengo estudios de Bachillerato, además 15 créditos de programa graduados en Administración MBA y créditos de Sistema de computadoras.

Realizo funciones de mucha embergadura y responsabilidad con fondos públicos.

Con mucho respeto solicito me reclasifiquen al puesto de Agente Comprador III, me aumenten mi salario y la escala.


cc:  Sr. Pablo Rodríguez Guzmán
     Director, Recursos Humanos


     Sra. Marta I. Santiago
     Presidenta, E.C.O.

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## POLICIA DE PUERTO RICO

27 de Febrero de 2002

28 FEB 2002
3:30 pm
nps

Sr.(a)   Pagan Suarez, Maria M.
AGENTE COMPRADOR II

*Ocupara*
*Sueldo mayor*
*que el*
*Convertir*

Estimado (a) señor(a):   Pagan Suarez

*La Policia de Puerto Rico contrató los servicios consultivos y profesionales de la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), para que realizara un estudio del inventario de puestos ocupados y vacantes que tiene esta Agencia, con el propósito de desarrollar unos nuevos Planes de Clasificación de Puestos y de Retribución para los Servicios de Carrera y Confianza, en estrecha colaboración con nuestro Negociado de Recursos Humanos. La OCALARH concluyó el estudio de referencia y nos informó los resultados y recomendaciones correspondientes. Luego de evaluar los aludidos planes y determinar los ajustes correspondientes, hemos tomado la decisión de adoptar e implantar dichos planes, efectivo el primero de enero de 2002, según ya lo habíamos indicado en nuestra comunicación NRH-2-6-2-006 del 24 de enero del 2002.*

*Los nuevos Planes desarrollados le permitirán a la Agencia contar con unos instrumentos de trabajo ágiles y modernos, administrar nuestros recursos humanos en forma efectiva, así como reclutar y retener el personal más cualificado y competente. Dichos instrumentos de trabajo están en armonía con las disposiciones de la Sección 4.2 de la Ley 5 del 14 de octubre de 1975, conocida como Ley de Personal del Servicio Público de Puerto Rico, enmendada y el Artículo 4 del Reglamento de Retribución Uniforme del 7 de junio de 1984.*

*Previo a la implantación de los nuevos planes, se adoptó la alternativa de otorgar un aumento mínimo de trescientos dólares ($300) mensuales sobre el sueldo que devengaba cada empleado, los cuales ya se dieron en dos (2) etapas, cada una de ciento cincuenta dolares ($150), efectivo en septiembre del 2000 y julio de 2001, respectivamente. Además de los trescientos dólares ($300) de referencia, una cantidad considerable de empleados también recibe otro aumento en sus sueldos, esto por motivo del ajuste en la nueva escala de sueldo asignada a la*

crv/

3817

*nueva clase con la que se clasificó el puesto que ocupan en la Agencia, conforme a la norma de ajuste adoptada, según aplica a cada caso en particular.*

*La norma adoptada para el ajuste de los sueldos comprende lo siguiente: cuando el sueldo vigente del empleado es inferior al tipo mínimo de la nueva escala asignada a la nueva clase con la que se clasifica el puesto que éste ocupa, su sueldo se ajustará al tipo mínimo de dicha escala; cuando el sueldo vigente del empleado queda ubicado entre dos (2) tipos de la nueva escala, el sueldo de éste se ajustará al tipo inmediatamente superior; y en los casos en que el sueldo vigente del empleado coincida con uno de los tipos de la nueva escala o sobrepase el tipo máximo de la misma, el sueldo del empleado no se ajustará.*

*A base del estudio realizado, a continuación le informo el efecto que el mismo tuvo en la clasificación del puesto que usted ocupa en esta Agencia, conforme a las funciones esenciales asignadas, así como en el sueldo mensual a devengar efectivo el 1 de enero de 2002, fecha en que se implanta en su totalidad los nuevos Planes de Clasificación de Puestos y de Retribución.*

| Areas Identificadas | Antes del Estudio | Despues del Estudio |
|---|---|---|
| Número del Puesto | 13972 | |
| Título de Clasificación | AGENTE COMPRADOR II | Agente Comprador |
| Sueldo Mensual | $1,405.00 | $1,433.00 |
| Comp.Complementaria | *$55.00* | *$55.00* |
| Diferencial en Sueldo | | $0.00 |
| Numero de Escala | 12 | 7 |
| Tipo Mínimo | $867.00 | $1,371.00 |
| Tipo Máximo | $1,098.00 | $2,037.00 |

*Su status como empleado permanece inalterado.*

*En el caso de los empleados que reciben un diferencial en sueldo, se procedió a honrar el mismo y se efectuó el ajuste correspondiente para que la cuantía otorgada bajo dicho concepto, esté conformada con la progresión de los tipos retributivos, correspondientes a la nueva escala de sueldo asignada a la nueva clase con la que se clasificó el puesto.*

*Sobre este particular, le informo que debido a que los diferenciales en sueldo constituyen una compensación adicional y separada del sueldo regular del empleado, todo lo relacionado con la concesión, mantenimiento y remoción de los mismos, está condicionado y regulado por las disposiciones de la Ley 89 del 12 de junio de 1979, conocida como Ley de Retribución Uniforme, enmendada y por las secciones 4.8(11) y 5.3(3) del Reglamento de Retribución Uniforme.*

*Nuestro Negociado de Recursos Humanos estará a su disposición para orientarlo(a) y aclararle las dudas que pueda tener relacionadas con el estudio realizado, así como con los nuevos planes desarrollados, según corresponda a cada caso en particular.*

*crv/*                                                                 3818

De usted considerar que la acción tomada perjudica su status como empleado, tiene el derecho a solicitar por escrito una revisión administrativa ante el que suscribe, dentro del término de quince (15) días calendario a partir del recibo de esta notificación.   Las revisiones administrativas, serán atendidas por un equipo de trabajo compuesto por personas con vasta experiencia y dominio de las materias de clasificación de puestos y retribución en el Servicio Público de Puerto Rico.

Dicho equipo de trabajo, tiene la encomienda de evaluar y efectuar un análisis técnico y objetivo de los planteamientos presentados, luego de lo cual me harán una recomendación por escrito, según corresponda a cada caso. Durante este proceso, se reconocerán las estructuras de puestos prevalescientes en cada unidad de trabajo, las líneas de mando y supervisión existentes, así como las jerarquías y valores relativos de los puestos. La decisión le será notificada por escrito.

En caso de que la decisión no le resulte satisfactoria, puede recurrir a la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), Apartado 4840, Old San Juan Station, San Juan Puerto Rico 00905, dentro del término de treinta (30) días calendario a partir de la notificación de la revisión administrativa.

Cordialmente,

Superintendente

cru/

3819

25 de agosto de 2003

Sra. Serva Parilla de Borinquen
Presidenta ECO

**SOLICITUD REUNION PARA ORIENTACION**
**DECISION CASO RECLASIFICACION**

Respetuosamente le solicito una reunión en el Área de Ponce, para que se nos oriente sobre la Decisión de la Agencia sobre la Reclasificación.

Tenemos necesidad de estar orientados antes de firmar cualquier documento.

Fecha notificación de la decisión de la Agencia fue el 19 de agosto de 2003, lo cual la reunión debe ser antes de cumplir (15) días.

Agradeceré pronta atención.

**FIRMAS:**

Case:17-03283-LTS Doc#:17497-1 Filed:07/20/21 Entered:07/23/21 16:20:56 Desc:
Exhibit Page 51 of 101

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### POLICIA DE PUERTO RICO



27 de Febrero de 2002

Sr.(a)  Ruiz Diaz, Carmen M
AGENTE COMPRADOR II

Estimado (a) señor(a):  Ruiz Diaz

*La Policía de Puerto Rico contrató los servicios consultivos y profesionales de la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), para que realizara un estudio del inventario de puestos ocupados y vacantes que tiene esta Agencia, con el propósito de desarrollar unos nuevos Planes de Clasificación de Puestos y de Retribución para los Servicios de Carrera y Confianza, en estrecha colaboración con nuestro Negociado de Recursos Humanos. La OCALARH concluyó el estudio de referencia y nos informó los resultados y recomendaciones correspondientes. Luego de evaluar los aludidos planes y determinar los ajustes correspondientes, hemos tomado la decisión de adoptar e implantar dichos planes, efectivo el primero de enero de 2002, según ya lo habíamos indicado en nuestra comunicación NRH-2-6-2-006 del 24 de enero del 2002.*

*Los nuevos Planes desarrollados le permitirán a la Agencia contar con unos instrumentos de trabajo ágiles y modernos, administrar nuestros recursos humanos en forma efectiva, así como reclutar y retener el personal más cualificado y competente. Dichos instrumentos de trabajo están en armonía con las disposiciones de la Sección 4.2 de la Ley 5 del 14 de octubre de 1975, conocida como Ley de Personal del Servicio Público de Puerto Rico, enmendada y el Artículo 4 del Reglamento de Retribución Uniforme del 7 de junio de 1984.*

*Previo a la implantación de los nuevos planes, se adoptó la alternativa de otorgar un aumento mínimo de trescientos dólares ($300) mensuales sobre el sueldo que devengaba cada empleado, los cuales ya se dieron en dos (2) etapas, cada una de ciento cincuenta dolares ($150), efectivo en septiembre del 2000 y julio de 2001, respectivamente. Además de los trescientos dólares ($300) de referencia, una cantidad considerable de empleados también recibe otro aumento en sus sueldos, esto por motivo del ajuste en la nueva escala de sueldo asignada a la*

crv/                                                                 5296

nueva clase con la que se clasificó el puesto que ocupan en la Agencia, conforme a la norma de ajuste adoptada, según aplica a cada caso en particular.

La norma adoptada para el ajuste de los sueldos comprende lo siguiente: cuando el sueldo vigente del empleado es inferior al tipo mínimo de la nueva escala asignada a la nueva clase con la que se clasifica el puesto que éste ocupa, su sueldo se ajustará al tipo mínimo de dicha escala; cuando el sueldo vigente del empleado queda ubicado entre dos (2) tipos de la nueva escala, el sueldo de éste se ajustará al tipo inmediatamente superior; y en los casos en que el sueldo vigente del empleado coincida con uno de los tipos de la nueva escala o sobrepase el tipo máximo de la misma, el sueldo del empleado no se ajustará.

A base del estudio realizado, a continuación le informo el efecto que el mismo tuvo en la clasificación del puesto que usted ocupa en esta Agencia, conforme a las funciones esenciales asignadas, así como en el sueldo mensual a devengar efectivo el 1 de enero de 2002, fecha en que se implanta en su totalidad los nuevos Planes de Clasificación de Puestos y de Retribución.

| Areas Identificadas | Antes del Estudio | Despues del Estudio |
|---|---|---|
| Número del Puesto | 13971 | |
| Título de Clasificación | AGENTE COMPRADOR II | Agente Comprador |
| Sueldo Mensual | $1,293.00 | $1,371.00 |
| Comp.Complementaria | $55.00 | $55.00 |
| Diferencial en Sueldo | | $0.00 |
| Numero de Escala | 12 | 7 |
| Tipo Mínimo | $867.00 | $1,371.00 |
| Tipo Máximo | $1,098.00 | $2,037.00 |

Su status como empleado permanece inalterado.

En el caso de los empleados que reciben un diferencial en sueldo, se procedió a honrar el mismo y se efectuó el ajuste correspondiente para que la cuantía otorgada bajo dicho concepto, esté conformada con la progresión de los tipos retributivos, correspondientes a la nueva escala de sueldo asignada a la nueva clase con la que se clasificó el puesto.

Sobre este particular, le informo que debido a que los diferenciales en sueldo constituyen una compensación adicional y separada del sueldo regular del empleado, todo lo relacionado con la concesión, mantenimiento y remoción de los mismos, está condicionado y regulado por las disposiciones de la Ley 89 del 12 de junio de 1979, conocida como Ley de Retribución Uniforme, enmendada y por las secciones 4.8(11) y 5.3(3) del Reglamento de Retribución Uniforme.

Nuestro Negociado de Recursos Humanos estará a su disposición para orientarlo(a) y aclararle las dudas que pueda tener relacionadas con el estudio realizado, así como con los nuevos planes desarrollados, según corresponda a cada caso en particular.

crv/

5297

De usted considerar que la acción tomada perjudica su status como empleado, tiene el derecho a solicitar por escrito una revisión administrativa ante el que suscribe, dentro del término de quince (15) días calendario a partir del recibo de esta notificación.   Las revisiones administrativas, serán atendidas por un equipo de trabajo compuesto por personas con vasta experiencia y dominio de las materias de clasificación de puestos y retribución en el Servicio Público de Puerto Rico.

Dicho equipo de trabajo, tiene la encomienda de evaluar y efectuar un análisis técnico y objetivo de los planteamientos presentados, luego de lo cual me harán una recomendación por escrito, según corresponda a cada caso. Durante este proceso, se reconocerán las estructuras de puestos prevalescientes en cada unidad de trabajo, las líneas de mando y supervisión existentes, así como las jerarquías y valores relativos de los puestos. La decisión le será notificada por escrito.

En caso de que la decisión no le resulte satisfactoria, puede recurrir a la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), Apartado 4840, Old San Juan Station, San Juan Puerto Rico 00905, dentro del término de treinta (30) días calendario a partir de la notificación de la revisión administrativa.

Cordialmente,

Superintendente

3:30 PM.
2 8 FEB 2002
Recibido

crv/

5298

Documentos como evidencia
de la Sra. Carmen
María Ruiz Díaz
empleada civil como
Agente Comprador
Policía de P.R.

Estimados con margen de error
pero con las comunicaciones.
que evidencian lo que se nos
promete, se nos dio a medias y
se nos quedó a deber

Sometido hoy
Carmen María Ruiz Díaz

**POLICIA DE PUERTO RIC**

8 de junio de 2001



AL SUPERINTENDENTE
P. O.   BOX   770168
SAN JUAN PR 00936-8168

CUARTEL GENERAL
TEL. (787) 793-1234

A TODO EL PERSONAL CIVIL
QUE ES PARTE INTEGRANTE
DE LA POLICIA DE PUERTO RICO

PIERRE E. VIVONI
Superintendente

## PLANES DE CLASIFICACION Y RETRIBUCION

Como parte indispensable de mi gestión como Superintendente de la Policía de Puerto Rico, he designado un comité que evalúa el proyecto de los Planes de Clasificación y Retribución desarrollados por la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), en coordinación con nuestro Negociado de Recursos Humanos. Inmediatamente que dicho comité rinda su informe nos reuniremos con los representantes de la OCALARH con el propósito de que se efectúen los cambios y ajustes correspondientes al proyecto. Nuestro objetivo es lograr que los planes de referencia sean los apropiados para clasificar correctamente los puestos ocupados y vacantes. Por razones obvias, es necesario contar con instrumentos de trabajo efectivos para administrar los recursos humanos de nuestra Agencia de forma justa y conforme a los reglamentos y leyes aplicables.

Tan pronto se complete el proceso de evaluación y ajustes correspondientes les informaremos todo lo relacionado a la adopción e implantación de los nuevos Planes de Clasificación y Retribución. Esto debe ser, claro está, lo antes posible, pero nunca sacrificando la calidad de la encomienda. Estimamos que a más tardar en el mes de julio el proceso esté completado.

Sin embargo, es necesario aclarar lo manifestado recientemente por algunos sectores ajenos a nuestra Agencia en los diferentes medios de comunicación, en el sentido de que se utilizó el dinero asignado para la implantación de los nuevos planes para pagar las horas extras. Dicha información es totalmente falsa y tiene el efecto de crear desasosiego y confusión entre nuestros empleados civiles. Por este medio desmentimos dicha versión así como otras negativas relacionadas con este asunto y aclaramos que los fondos asignados para los Planes serán utilizados únicamente para esos propósitos.

GOBIERNO DE PUERTO RICO

POLICIA DE PUERTO RICO

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P.O. BOX 70166
SAN JUAN, P.R. 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

5 de septiembre de 2000

Todo El Personal Civil

Lcdo. Pedro A. Toledo
Superintendente

### PLAN DE CLASIFICACION Y RETRIBUCION

El 12 de diciembre de 1997, la Policía de Puerto Rico contrató los servicios técnicos y de asesoramiento de la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), para que realizará un estudio de inventario de puestos ocupados y vacantes en nuestra Agencia y desarrollara unos nuevos Planes de Clasificación de Puestos y de Retribución, correspondiente a los servicios de Carrera y Confianza.

Luego de realizar el estudio correspondiente, OCALARH nos sometió para nuestra consideración el nuevo Plan de Clasificación. En armonía con las recomendaciones de la OCALARH el Negociado de Asuntos Fiscales, en coordinación con el Negociado de Recursos Humanos, efectuó un análisis de presupuesto y evaluó varias alternativas fiscales. Estas fueron discutidas con la Oficina de Gerencia y Presupuesto quien autorizó implantar los resultados del estudio de referencia en etapas.

La primera etapa será efectiva el 7 de septiembre de 2000 y la misma se empieza con la adopción de la primera fase de las nuevas estructuras retributivas que se desarrollaron para ambos servicios. Como consecuencia de la implantación de la primera etapa, cada empleado recibirá un incremento en su sueldo de $150.00 mensuales. En las próximas etapas restantes, los sueldos serán aumentados hasta alcanzar la cantidad que le corresponde como consecuencia del ajuste en sueldo proyectado.



# A las urnas los empleados civiles de la Uniformada

Por Waldo D. Covas Quevedo
Nuevo Día

**LOS EMPLEADOS** civiles de la Policía comenzarán a votar mañana en torno a la sindicación de dicho grupo en la agencia, informaron Daniel Alforán Mundo y Saúl Sústache, presidente y vicepresidente, respectivamente, de la organización Empleados Civiles Organizados (ECO).

Los dirigentes de ECO informaron que las votaciones se efectuarán mañana en las áreas policiacas de Aguadilla, Arecibo, aguas, Guayama, Humacao, Mayagüez, Ponce y la academia de la Policía, en Gurabo.

El jueves se votará en Bayamón, Carolina, Culebra, Fajardo, San Juan, Utuado, Vieques y el Cuartel General de Hato Rey, los resultados se anunciarán el viernes en la Comisión de Relaciones del Trabajo del Servicio Público.

Alforán Mundo señaló que 1,900 empleados civiles son elegibles para votar y sostuvo que necesitan 960 votos para lograr sindicarlos.

**EL PRESIDENTE** anticipó que los empleados civiles se beneficiarán de aumentos salariales de entre $150 y $200 mensuales, a partir del 15 del corriente, al entrar en vigor el plan de reclasificación y retribución en la Policía, tras una larga espera de 21 años.



De izquierda a derecha, el teniente Nelson Echevarría, Elsa Sústache y Daniel Alforán.

# Anuncia Toledo pagos por clasificacion

**MARIBEL HERNÁNDEZ**
**PRIMERA HORA**

**EL SUPERINTENDENTE** de la policía, Pedro Toledo Dávila, se reunió ayer con el personal civil de la agencia para anunciarles que a partir de esta quincena recibirán el pago de la primera etapa del plan de clasificación y retribución que fue firmado el jueves, antes de que entrara en vigor la veda electoral.

Sin embargo, los empleados civiles manifestaron su disgusto cuando se les informó que no recibirán el aumento de $100 que les sería concedido por el gobernador Pedro Rosselló, ya que el alza por concepto del plan de clasificación y retribución lo interrumpe.

Toledo Dávila se encuentra en espera de una decisión de la Oficina de Gerencia y Presupuesto (OGP) para conocer si concederá los $14 millones necesarios para la implantación total del plan, que representaría un promedio de aumento de $142 en los salarios de los empleados civiles.

En lo que se toma esta determinación, el superintendente recibió una autorización para el desembolso de $4 millones de fondos de ahorro para el pago de la primera etapa, que representa un aumento de $150 mensuales, informó durante la reunión en el anfiteatro del Cuartel General. También observó que el 85 por ciento del presupuesto de la agencia es utilizado para pagos salariales.

Una de las preocupaciones planteadas por los empleados civiles durante la reunión es si el aumento y la clasificación de las 24 escalas de carrera y las nueve de confianza serían honrados por la nueva administración que asuma el mando en enero. Toledo Dávila explicó que por esa razón firmó el jueves el plan de retribución antes de la veda electoral, ya que el compromiso es ley y tendrá que ser honrado.

"Eso es ley, esto atá a todo el mundo aunque cambie el gobierno, es parte del compromiso programático del gobierno", observó Toledo Dávila y su expresión arrancó aplausos de la audiencia.

Otro de los planteamientos se refería a cuándo recibirían su nueva clasificación de puestos y el término que se requiere por ley para apelarlo, de ser necesario ante la Junta de Apelaciones del Sistema de Administración de Personal (JASAP).

A su vez, Toledo Dávila aclaró que el alza salarial incluirá a los empleados civiles adscritos a la oficina del Comisionado de Seguridad y Protección, cargo que él también ocupa.

---

dios de San Juan de la Administración de Reglamentos y Permisos, en Hato Rey.

...vita a los vecinos del proyecto, a los propietarios de ...os que radican dentro de los límites territoriales ...dantes, a las agencias gubernamentales y al público en ...ral a participar en dicha vista y someter sus ...endaciones.

...vierte que las partes podrán comparecer asistidas por ...ados, pero no estarán obligadas a estar así ...esentadas, incluyendo los casos de corporaciones y ...dades.

...cial examinador que presida la vista no podrá suspender ...vista ya señalada, excepto que se solicite por escrito con ...esión de las causas que justifican dicha suspensión. Dicha ...tud será sometida con cinco (5) días de anticipación a la ...a de dicha vista. La parte peticionaria enviará copias de ...olicitud a las demás partes e interventores en el ...edimiento, dentro de los cinco (5) días señalados.

...na parte debidamente citada no comparece a la conferencia ...antelación a la vista, o a cualquier otra etapa durante el ...dimiento adjudicativo, el funcionario que presida la misma ...á declararla en rebeldía y continuar el procedimiento sin ...articipación, pero notificará por escrito a dicha parte su ...minación, los fundamentos para la misma y el recurso de ...ión disponible.

San Juan, Puerto Rico   19 de julio de 2000

Iván Casiano Quiles
Administrador

...TA: "NO PAGADO CON FONDOS PUBLICOS ESTATALES"



**¡VEN!**
**PRIMERA**

DEPARTAMENTO DE
VENTAS DE
TARIFAS LLAME AL
PARA LAS MEJORES

**AVISOS**





ESTADO LIBRE ASOCIADO DE PUERTO RICO
Gobierno Municipal Autónomo de Ponce
JUNTA DE SUBASTAS
APARTADO 331709

**AVISOS**



TRIBUNALES

**EL NUEVO DIA** / lunes, 11 de septiembre de 2000

# Alza para empleados civiles de la Policía

**Por Carmen E. Torres**
*El Nuevo Día*

**LOS EMPLEADOS** civiles de la Policía recibieron un aumento salarial de $150 mensuales que, pese a ser recibido con gusto por los trabajadores, resultó menos de lo que esperaban.

En una reunión que convocó el viernes pasado con los empleados civiles, el superintendente Pedro Toledo anunció la entrada en vigor de la primera etapa del plan de retribución, por el cual alrededor de 2,200 empleados civiles recibirán el incremento salarial.

Toledo indicó que firmó la orden que autoriza el aumento el pasado jueves 7 de septiembre, justo antes de que entraran en vigor las restricciones del período electoral.

Para todos los empleados civiles el aumento mínimo será de $300 al mes, pero ante la carencia de fondos para cubrir la totalidad del alza salarial, la administración de la Policía optó por dividir en varios pasos los aumentos.

En la primera etapa de los aumentos salariales fueron separados $4 millones del presupuesto general de la Policía para dichos pagos, dijo Toledo.

Sin embargo, esa cifra es sólo una tercera parte de los $12 millones necesarios para implantar en su totalidad el plan de retribución de los empleados civiles.

> ### El jefe de la Uniformada optó por dividir el incremento salarial en varias etapas

La semana pasada Toledo había explicado a la prensa que estaba en conversaciones con la Oficina de Presupuesto y Gerencia para que se asignaran los $12 millones, pero que en caso de que no le destinaran la cifra completa tendría que segmentar en etapas los aumentos. Eso fue precisa-

mente lo que ocurrió.

Toledo dijo que las próximas etapas tardarían aproximadamente cinco meses. No obstante, dejó entrever que le corresponderá a la próxima administración autorizar la concesión de los próximos incrementos.

Con el aumento anunciado por Toledo, los empleados civiles de la Policía no cualificarían para recibir este año un aumento salarial de $100 contenido en la plataforma del gobernador Pedro Rosselló para todos los empleados públicos, explicó el teniente coronel José Ramos, ayudante del Superintendente.

Toledo explicó que sólo entró en vigor parte del plan de retribución y no el plan de clasificación de plazas, que aún está bajo revisión de la Oficina Central de Administración Laboral y Recursos Humanos.

**LOS EMPLEADOS** civiles han reclamado durante los pasados dos años que entre en vigor el plan de clasificación y retribución. Estos acusaban a Toledo de arrastrar los pies en la adopción del plan.

## Muere un peatón en Coamo

**Por Mario Santana**
*El Nuevo Día*

Por otro lado, la Policía dijo ayer que el sábado ocurrieron tres robos...



a que sólo
or parte del
bución.

**APROVECHA POR SÓLO $9.99**

POR MES

MATRICULA $39.00 +
MES POR ADELANTADO.

**Horario:**
L-J. 8:30 a.m.-9:00 p.m.
V. 8:30 a.m.-7:00 p.m.
S. 9:00 a.m.-4:00 p.m.

VISA

Soy Michelle Romero Ortiz.

## Policiacas

# Aumentan salarios a civiles de Policía

de septiembre de 2000

**Por Tomás de Jesús Mangual**
**Reportero - EL VOCERO**

El superintendente de la Policía, Leda. Pedro Toledo Dávila, anunció el viernes que los más de 2 mil empleados civiles de la Policía comenzarán a recibir un aumento de $300 mensuales en sus cheques salariales con retroactividad al 7 de septiembre. Toledo Dávila lo expresó minutos antes de que inaugurara junto al Ledo. Miguel Santino, director ejecutivo de la Agencia Estatal para el Manejo de Emergencias (AEMEAD), el primer centro de mando móvil de esta agencia.

Con respecto a los aumentos de salario a los empleados civiles de la Policía, Toledo Dávila dijo contar con unos 11 millones otorgados por la Oficina de Presupuesto para cumplir con los mismos, cosa que provocaría, según dijo, que a los mismos les aumente su sueldo a sobre $842.00 mensuales.

Los empleados civiles de la Policía han sido históricamente los peor pagados en todas las agencias del Gobierno y los aumentos se anuncian luego de que éstos tomaron la determinación de sindicalizarse para exigir aumentos de sueldo y mejores condiciones de trabajo, como los que actualmente cuentan sus compañeros, agentes policíacos.

Según lo explicó Toledo Dávila, varios cientos de empleados civiles que se reunieron con él en el salón de actos del Cuartel General, a éstos se les comenzará a pagar el aumento en sus próximos cheques en cantidades de $150 quincenales.

"Estamos esperando que OCAP nos otorgue un préstamo de $12 millones para implantar entre los empleados civiles el plan de clasificación que proveería mayores aumentos a su sueldo", terminó diciendo el Superintendente al ofrecer la "buena nueva" a estos empleados el viernes.

El centro móvil de AEMEAD

Con relación a la inauguración del primer centro móvil de la AEMEAD, la misma se realizó en el estacionamiento del Cuartel General en Hato Rey. El "Command Post", como se bautizó a dicha unidad, mide 38 pies de largo, cuenta con tres acondicionadores de aire, una fotocopiadora, un fax con comunicación celular y una torre de alumbrado de tres mil vatios que se eleva a 15 pies.

Además, cuenta con equipo de comu-



**CENTRO DE MANDO MOVIL**
AGENCIA ESTATAL PARA EL MANEJO
Y ADMINISTRACION DE EMERGENCIA

nicación que permite modulación con todas las agencias de seguridad y protección pública, 8 estaciones para instalar y operar el mismo número de computadoras portátiles, aparte de que dicha unidad que permite trabajar sin importar las condiciones del tiempo. El "Command Post" será utilizado como un centro de enlace para que sea llevada a diferentes puntos de la isla para explicar a la comunidad el trabajo y la función de esta agencia gubernamental.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Gobierno Municipal Autónomo de Ponce
**JUNTA DE SUBASTAS**
APARTADO 331709
PONCE, PUERTO RICO 00731-1709

# AVISO DE SUBASTA

| SUBASTA NUM. | |
|---|---|
| FECHA | 6 AE 2000 2001 |
| | 28 de septiembre de 2000 |
| HORA | 11:00 A.M. |
| LUGAR | Salón de Asambleas |

La Junta de Subasta del Municipio de Ponce, Puerto Rico, recibirá proposiciones en pliegos cerrados, original y cinco (5) copias, en el Salón de Asambleas, Segunda Piso, Casa Alcaldía de Ponce, para lo siguiente:

RENGLON A: ARRENDAMIENTO DE CINCO (5) KIOSKOS EN EL AREA DEL PARQUE URBANO DORA COLON CLAVELL.

RENGLON B: ARRENDAMIENTO CAFETERIA EN EL AREA DEL PARQUE URBANO DORA COLON CLAVELL.

RENGLON C: ARRENDAMIENTO CAFETERIA / TIENDA EN EL CENTRO CEREMONIAL INDIGENA DE TIBES.

Los licitadores interesados deberán solicitar especificaciones en la Oficina de Subastas, ubicada en el 2do. Piso de la Casa Alcaldía de Ponce, Puerto Rico.

Todo licitador interesado deberá comprar su especificación y pliego de subasta...

Caso: Carmen María R. Díaz
Pensionada del Gobierno
Retiro Central 31 de diciembre 2009

1980: Departamento de la Familia, antes Departamento de Servicios Sociales
Puesto: Oficinista de Contabilidad
Acogida desde 1983 a la Hermandad de Trabajadores de Servicios Sociales
Presidente:  Luis Pedraza Leduc
1995: Traslado en Acervo a La Policía de Puerto Rico
Puesto: Agente Comprador II
Acogida desde 1998 al Sindicato de Empleados Civiles Organizados (E.C.O.)

Reclamo: aumento de salario por la cantidad de $40.00
de 19 de septiembre de 1983 conocido como Romerazo,
otorgado por el gobernador Carlos Romero Barceló.
Este aumento  de $40.00 no lo he recibido.  La cantidad estimada:          $12,000.00.

Reclamo: Del plan de Clasificación y Retribución.
Policia de Puerto Rico realizó un plan de retribución de salario
Desde 2002 hasta llevarme al salario máximo de $2,196.00 de
Agente Comprador II. El caso se radicó por E.C.O. En el año 2008.
No se reclasificó mi Puesto Agente Comprador II. La escala quedo en 7.
Me deben retroactivo Ley 89 del 12 de julio de 1979 ley de
Retribución Uniforme (ley 5 Aprobada previamente (OCAP)
Los empleados civiles de la Policia de Puerto Rico recibieron un retroactivo
Después del año 2009, año de 2009, Me informó la Sra. María Pagan Suárez
Agente Comprador II y la Sra. Milagros Torres de Finanzas. cantidad.   $

Reclamo: Aumento de salario $175.00 establecido en el Convenio Colectivo
Efectivo el 1 de julio de 2004. Jorge Méndez, presidente del Sindicato E.C.O.
Ya refirió este caso a Commonwealth reclamando el dinero. Este caso se gano.
CRTSP- Comisión de relaciones del Trabajo de Servicio Público.
Vi la evidencia, pero la tienen en el sindicato. Desconozco si fueron incluidos
los Pensionados. Este aumento no lo he recibido. La cantidad estimada       $11,530.00

Carmen María Ruiz Díaz

Please sign Received
documents of the evidence
to claim the form 410

Thanks
Jennifer

POLICIA DE PUERTO RICO

8 de junio de 2001

AL SUPERINTENDENTE
P. O. BOX 70166.
SAN JUAN PR 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

A TODO EL PERSONAL CIVIL
QUE ES PARTE INTEGRANTE
DE LA POLICIA DE PUERTO RICO

PIERRE E. VIVONI
Superintendente

## PLANES DE CLASIFICACION Y RETRIBUCION

Como parte indispensable de mi gestión como Superintendente de la Policía de Puerto Rico, he designado un comité que evalúa el proyecto de los Planes de Clasificación y Retribución desarrollados por la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos (OCALARH), en coordinación con nuestro Negociado de Recursos Humanos. Inmediatamente que dicho comité rinda su informe nos reuniremos con los representantes de la OCALARH con el propósito de que se efectúen los cambios y ajustes correspondientes al proyecto. Nuestro objetivo es lograr que los planes de referencia sean los apropiados para clasificar correctamente los puestos ocupados y vacantes. Por razones obvias, es necesario contar con instrumentos de trabajo efectivos para administrar los recursos humanos de nuestra Agencia de forma justa y conforme a los reglamentos y leyes aplicables.

Tan pronto se complete el proceso de evaluación y ajustes correspondientes les informaremos todo lo relacionado a la adopción e implantación de los nuevos Planes de Clasificación y Retribución. Esto debe ser, claro está, lo antes posible, pero nunca sacrificando la calidad de la encomienda. Estimamos que a más tardar en el mes de julio el proceso esté completado.

Sin embargo, es necesario aclarar lo manifestado recientemente por algunos sectores ajenos a nuestra Agencia en los diferentes medios de comunicación, en el sentido de que se utilizó el dinero asignado para la implantación de los nuevos planes para pagar las horas extras. Dicha información es totalmente falsa y tiene el efecto de crear desasosiego y confusión entre nuestros empleados civiles. Por este medio desmentimos dicha versión así como otras negativas relacionadas con este asunto y aclaramos que los fondos asignados para los Planes serán utilizados únicamente para esos propósitos.



## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### POLICIA DE PUERTO RICO
*Superintendencia Auxiliar en Servicios Gerenciales*
*Negociado de Recursos Humanos*
*División de Clasificación y Retribución*

No Escribir En Este Espacio
USO OFICIAL

Número de Control

## FORMULARIO SOLICITUD DE REVISIÓN ADMINISTRATIVA

Carmen M. Ruíz Díaz
*Nombre del Empleado*

███ 3426
*Número de Seguro Social*

13971 - (3447717)
*Número del Puesto*

284-4040 Ext. 4928
*Teléfono y Número de Extensión*

Ponce
*Área Policíaca*

*Distrito o Precinto*

Insp. Luis R. Torres Santiago
*Nombre del Supervisor Inmediato*

4-0690
*Número del Puesto o Placa*

Operaciones de Campo SAOC
*Superintendencia Auxiliar*

*Negociado*

Compras
*División*

*Oficina o Sección*

*De usted entender que su status como empleado de la Policía de Puerto Rico, se afecta por motivo de la implantación de los nuevos Planes de Clasificación de Puestos y de Retribución para el Servicio de Carrera, marque una de las tres alternativas que se proveen a continuación. Luego explique en el espacio que se provee en cada alternativa, en forma clara y legible, las razones o fundamentos que sostienen su petición de revisión administrativa, así como el remedio que solicita.*

CR-

4

xxx 3.   *Otro:*   Se revise la clasificación, el salario y la escala al puesto que ocupo como Agente Comprador II, # 13971, por motivo de la implantación del nuevo plan de clasificación de puestos y retribución.

*Fundamentos de la Solicitud (escriba en letra de molde o a maquinilla):*  No estoy de acuerdo ya que esta clasificación de puesto fue injusta porque mis 22 años de servicio las funciones que realizo que no han cambiado, que han aumentado las responsabilidades con fondos públicos, por mi preparación académica BBA y 15 créditos MBA, créditos en computadora. Siento que merezco una mejor evaluación de mi puesto Agente Comprador II.  Merezco un mejor sueldo.  Entiendo que he sido descendida lo que no concuerda con la ley de personal y el principio de méritos. Adjunto comunicación AP-28-4-151 y evidencia.

*Remedio que solicita (sea específico):*  Que al revisar mi escala, puesto y sueldo me reclasifiquen Agente Comprador III, que me aumenten el salario tomando en consideración mis años de servicio también y me compensen económicamente desde el año 1995 ya que mi salario está por debajo de lo que me correspondía y mi escala salarial sea 12 o mayor que ésta.

7 de marzo de 2002
_____
*Fecha*

_____
*Firma del Empleado*

CRC

ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA DE PUERTO RICO

NEGOCIADO DE PERSONAL

PPR-16
10-89

No escriba en esta espacio

## CUESTIONARIO DE CLASIFICACION DE PUESTOS    PAGINA 2

1. Negociado, División y Sección (Indique los tres (3))
   SUPERINTENDENCIA AUXILIAR EN OPERACIONES DE CAMPO - AREA DE PONCE
   COMANDANCIA - DIVISION DE ADMINISTRACION

2. 1er. Apellido          2do. Apellido o del Esposo          Nombre

   RUIZ          DIAZ          CARMEN

3. Título Oficial del Puesto (Ejemplo: Secretaria IV)          4. Núm. del Puesto

   AGENTE COMPRADOR II          13971

5. Título Funcional del Puesto (Ejemplo: Secretaria del Director)          6. Sueldo Actual

7. Nombre y Título del Supervisor Inmediato:

8. Detalle el trabajo que usted realiza en el orden de importancia de las distintas tareas, empezando con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga la descripción de sus deberes tan claramente, que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para escribir sus deberes, adhiera hojas adicionales.

| Tiempo | Tareas del Puesto |
|---|---|
| | concepto de reparaciones, adquisición de piezas y otros servicios. |
| | 7. En caso de contratos, verifica que los precios sean justos para |
| | darle el trabajo. |
| | 8. En caso de no existir contrato para resolver cualquier necesidad, |
| | sondea tres (3) licitadores para seleccionar el más conveniente. |
| | para la Agencia. |
| | MARGINALES |
| | 1. De requerírsele, entrega personalmente los cheques del Oficial |
| | Pagador Especial a garajes y casas suplidoras. |
| | 2. Se encarga de solicitar cotizaciones para el alquiler de guaguas |
| | para viajes de la Liga Atlética y alimentación de presos. |
| | 3. Realiza otras tareas afines a su puesto. |

9. Si usted supervisa menos de cinco (5) empleados, mencione los nombres y los títulos de clasificación de cada uno. Si usted supervisa más de cinco (5), indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "Ninguno".

| NOMBRE | TITULO DEL PUESTO | NUMERO |
|---|---|---|
| | | |
| | | |
| | | |

10. ¿Qué máquina usa usted regularmente en su trabajo? Indique el por ciento del tiempo en el manejo de cada máquina.

| Calculadora | 25% | | . % |
|---|---|---|---|
| | % | | % |

11. Indique en que forma recibe usted instrucciones respecto a su trabajo, marque el encasillado correspondiente.

Recibo instrucciones generales [X]    Recibo instrucciones detalladas []
Puedo usar mi propio criterio, sujeto a revisión []

12. Indique en que forma es supervisado su trabajo, marcando el encasillado correspondiente.

La supervisión es superficial []    La supervisión es minuciosa [X]
La supervisión se limita a algunos aspectos [] – Indique cuáles:

CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS

Fecha  22 abril 1997                    Firma del Empleado  Carmen M. Báez Díaz

INFORMACION DEL JEFE INMEDIATO

13. La información del empleado es cierta y exacta, con las siguientes excepciones o adiciones (Déle atención especial a los apartados 11 y 12).
    Cierta y exacta.

14. ¿Cuáles considera usted los deberes más importantes de este puesto?
    Todos.

15. ¿Incluye este puesto mecanografía?    X  No    Sí  En caso afirmativo indique

    ¿Incluye este puesto taquigrafía?     X  No    Sí  En caso afirmativo indique

16. Indique los requisitos que debe poseer la persona que ocupe este puesto. Tenga e mente los requisitos del puesto y no la persona que lo ha de ocupar.

| | REQUISITOS NECESARIOS | REQUISITOS ADICIONALES DESEABLES |
|---|---|---|
| Instrucción general | Graduación de escuela superior o su equivalente, suplementada por cursos comerciales. | |
| Instrucción especial | | |
| Duración y Clase de Experiencia | Dos (2) años de experiencia en la compra o venta de equipos, materiales y suministros de los que usa la Policía de Puerto Rico. | |
| Licencias o certificados | | |
| Conocimientos, habilidades, requisitos físicos y otros factores especiales | | |

Fecha: 22 abril 1997                    Firma de Jefe Inmediato:  Tnte. Gil Rodríguez
17. Certificación del Director de la Oficina              Morales 6-0299

    Certifico que la información del Supervisor Inmediato es cierta y exacta, con las siguientes excepciones o adiciones.

    Tnte. Cor. Héctor Rodríguez Muñoz 2-4425
    Firma

18. CERTIFICO QU HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

    Firma del Superintendente



28 de junio de 1994

OFICINA DE LA SECRETARIA

Estimados compañeros:

Desde que inicié mis labores al frente de este Departamento hace año y medio, me percaté de la dedicación y capacidad del personal de esta Agencia. Reconociendo las difíciles situaciones con las que ustedes tienen que trabajar y de que nunca se les ha hecho una mejoría económica de esta naturaleza a sus limitados salarios, hice público hace aproximadamente un año atrás que haría todo lo que estuviera a mi alcance por superar esa situación.

Desde ese momento hemos tomado todas las medidas administrativas pertinentes para poder hacer las economías necesarias que pudieran hacer realidad nuestro propósito. Estimulada por la intención del Gobernador de hacerle justicia a nuestros empleados públicos, hemos sometido todos los documentos requeridos a las agencias reguladoras recomendando un aumento de sueldo de $115.00 mensuales efectivo el 1ro. de julio de 1994, el mayor en toda la historia del Departamento de Servicios Sociales.

Es importante volver a señalar que este aumento se lo ganaron cada uno de ustedes por su dedicación y trabajo cumpliendo cabalmente con la misión programática de nuestro Departamento.

A nombre del Pueblo a quien ustedes le sirven con tanta devoción, de nuestro Gobernador y en el mío propio, les testimonio nuestra deuda de gratitud por un trabajo bien hecho.

Carmen L. Rodríguez de Rivera
Secretaria

CRR/asr

# ORIGINAL

(02) F-398

## ESTADO LIBRE ASOCIADO DE PUERTO RICO

14ta Asamblea
Legislativa

3ra Sesión
Ordinaria

P. de la C 2634

de MAY ___

Presentado ~~_____~~

Referido a: ~~Hacienda~~

## LEY

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro de julio de 2002.

### EXPOSICIÓN DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al beneficio y el bienestar de todos los puertorriqueños. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que les fuerza a una vida con limitaciones. Aún así, estos hombres y mujeres que honran esta distinguida carrera, le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

2

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de, y en la medida que lo permitan los recursos públicos, colocar a éstos a la par con los empleados de la empresa privada. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan éstos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

**DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

1      Artículo 1.– Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

2      (a)      Cien (100) dólares mensuales de aumento de sueldo a los empleados

3                    públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción

4                    de status ni categoría. Cuando en un puesto se prestaren servicios a

5                    jornada parcial, el aumento a concederse será proporcional a la jornada de

3

1   trabajo. Aquellos empleados vinculados al servicio que no estén en

2   servicio activo al 1$^{ro}$ de julio de 2002 tendrán derecho a recibir el aumento

3   efectivo a la fecha en que se reintegren al servicio.

4   El aumento de sueldo se concederá aun cuando el empleado esté

5   devengando un sueldo igual o superior al tipo máximo de la escala o que

6   con el aumento excedan éste.  Dicho aumento no afectará al margen

7   retributivo de que disfrutan los empleados para mejoramiento salarial, ni

8   se ajustará a escala.  Disponiéndose que las acciones de personal que se

9   efectúen con posterioridad a la vigencia del presente aumento se

10  tramitarán conforme a las normas que emita la Oficina Central de

11  Asesoramiento Laboral y de la Administración de Recursos Humanos, en

12  armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada,

13  conocida como "Ley de Retribución Uniforme" y el Reglamento de

14  Retribución Uniforme.

15  (b)   Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley

16  Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en

17  unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la

18  ley antes citada es de cero o negativo.  Aquellas unidades apropiadas cuyo

19  resultado de la fórmula arroje positivo, pero menos de cien (100) dólares,

20  recibirán un aumento equivalente a la diferencia entre cien (100) dólares y

21  el resultado de dicha fórmula.

22  Artículo 2.— El costo del aumento de sueldo propuesto será sufragado por fondos a ser

23  provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las

1   asignaciones que para  propósito se incluyeron en la Resolución Conjunta del Presupuesto

2   General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con

3   recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a

4   las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, recibirán

5   los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran.

6   Las agencias para las cuales trabajen este tipo de empleados públicos deberán hacer los ajustes

7   correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este

8   Artículo.

9       Artículo 3.– Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta

10   Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de

11   Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de

12   seguro social, clasificación del puesto, fecha en que comenzó a trabajar, sueldo devengado y

13   costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la

14   Oficina de Gerencia y Presupuesto no más tarde del 1ro de septiembre de 2002.

15       Artículo 4.– Se excluyen de las disposiciones de esta Ley las siguientes agencias o

16   dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que

17   tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley

18   Núm. 130 de 8 de mayo de 1945, según enmendada; (3) los miembros uniformados de la Policía

19   de Puerto Rico; (4) el Cuerpo de Bomberos de Puerto Rico; (5) los empleados municipales y/o

20   aquellos que presten servicios a los municipios; (6) los empleados públicos cubiertos por la Ley

21   Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo

22   resultado de la fórmula de la Sección 15 de la ley antes citada es igual o mayor de cien (100)

23   dólares mensuales.

5

1        Artículo 5.– Los aumentos concedidos mediante esta Ley serán efectivos a partir del 1ro

2    de julio de 2002.

3        Artículo 6.– Los aumentos de sueldo concedidos mediante esta Ley tienen el efecto de

4    interrumpir el tiempo para ser acreedor de un aumento por años de servicio.

5        Artículo 7.– Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará

6    sin efecto mientras tenga aplicabilidad esta Ley.

7        Artículo 8.– Esta Ley comenzará a regir inmediatamente después de su aprobación.

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

Numero del Cambio

73465

2. Numero de Seguro Social del Empleado

3426   SERIE

|  | Antes del Cambio | Despúes del Cambio  1C–816806 |
|---|---|---|
| Cambio a Efectuarse | Puesto Núm.   7255 | Puesto Núm.   13971 |
| 3. Nombre del Empleado | Carmen M. Ruiz Díaz | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Depto. de la Familia | Policía de Puerto Rico |
| 6. División | Adm. para el Des. Socio-Eco. | DIV. SERV. ADMINISTRATIVOS |
| 7. Unidad o Sección | de la Familia | AREA DE PONCE |
| 8. Ubicación geográfica del puesto | Ponce I | |
| 9. Categoría del Empleado | De Carrera | DE CARRERA |
| 10. Status del Empleado | Regular | PROBATORIO |
| 11. Título de Clasificación | Oficinista de Contabilidad | AGENTE COMPRADOR II |
| 12. Sueldo | $851.00 | $893.00 |
| 12a. Diferencial   COMP. COMPL. (Z) | | 55.00 |
| 13. Descuento para Contribución sobre Ingresos | 17.54 | |
| 14. Descuento para Seguro Social | 65.10 | |
| 15. Descuento para Aportación Sistema de Retiro | 56.67 | 60.15 |
| 16. Descuento para Servicios Médicos | 83.00   + 40.00 Aport. Pat. | |
| 17. Descuento para Ahorros (A.E.E.L.A:) | 25.53 | |
| 18. Descuento para Seguro (A.E.E.L.A.) | 3.50 | |
| 19. Otros Descuentos   Prest.Asoc.Emp. | 96.42 | |
|    Fondos Benef. | 1.00 | |
|    Hdad. Emp. | 8.00   Nat.Life Ins. 19.70 | |
| 20. Fecha de Efectividad | 30 de noviembre de 1995 | 1ro. de diciembre de 1995 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 96 | 111 | 077 | 08 | -- | 001 | 1110 | 96 | 111 | 40 | 09 | | 75 | 111 |

22. Indique si se trata de:   ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☒ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:   Compensatorio _____ días.
Licencia Enfermedad _____ días,   Concedida _____ días.   Licencia Regular _____ días,   Concedida _____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo:   Duración _____ De _____ A _____

29. Muerte:   Fecha _____ Hora _____ Ultimo día de pago: _____   Participante de Retiro   ☐ Sí   ☐ No

30. Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad   ☐ Militar sin Sueldo   ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso)   Traslado a la Policía de Puerto Rico

32. Si el cambio de puesto es por Certificación de Elegibles indique:   Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:   NUEVA CREACION

33. Si el cambio es a otra agencia el jefe/a la agencia donde se origine el cambio o su representante autorizado firmará.
Ramón Hernández _____ Sec. Aux. de Pers. y Rec. Humanos

34. Firma del empleado en casos que fuere necesario

35. Aprobado por: GLORIA GUZMAN VARELA, DIRECTORA NEGDO.
REC. HUMANOS   Jefe de la Agencia o su Representante Autorizado

36. Fecha en que se prepara:   30/nov/95

PARA USO EXCLUSIVO DE LA OCAP

Revisado o Aprobado por: _____   Fecha: _____

AH. Janet Crespo

OCAP-11
Rev. 9-76

| 1  SIMBOLOS DE CONTABILIDAD | | | | | | | | Estado Libre Asociado de Puerto | 2  Certificacion Numero |
|---|---|---|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Inv. | Sol. Inv. | Asig. | Objeto | | OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL | 351 |
| 60 | 111 | 77 | 11 | - | 81 | 111 | | Apartado 8476, Estacion Fernandez Juncos, Santurce, Puerto Rico 00910 | 3  Fecha de la Certificacion |
| | | | | | | | | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 20/noviemb./79 |

INSTRUCCIONES: Use este formulario para toda nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizara este formulario para notificar la fecha en que el empleado comenzara a prestar servicios. Por consiguiente, no debe ser sometido ante de la persona, empresa o trabaja. El apartado 20 "Juramento" debera ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Medico (OCAP-2)Certificacion de Verificacion de Requisitos (OCAP-29) Declaracion Individual y Certificado de Nacimiento. Distribucion: Original sera retenido por la agencia, primera y segunda copia la O.C.A.P.,tercera copia Departamento de Hacienda (Contaduria), cuarta copia Asociacion de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

Retiro 458

| 4  Nombre del Empleado: | 5  Nombre segun aparece en el Seguro Social | C. Sexo |
|---|---|---|
| Ruiz        Diaz,      Carmen M.  (Apellido Paterno)    (Apellido Materno)         (Nombre) | Carmen M. Ruiz Diaz | F. ___  M: ___ X |
| Si se trata de una mujer casada siga este orden: (1) Apellido paterno seguido de la preposicion "DE" (2) Apellido del esposo y (3) Nombre | 7  Numero del Seguro Social: ███-34-26 | |

| 8  Direccion del empleado | 9  Agencia, Negociado o Division, Seccion o Unidad y Pueblo |
|---|---|
| Calle C Bo. 6 Ext. Teresita Ponce, P.R. 00731 | Depto. Servicios Sociales/Sec. Aux. Asist. Publica/Prog. Cupones para Alimentos/ Ponce I. |

| 10  Titulo de Clasificacion del Puesto | 11  Numero de Clase | 12  Numero del Puesto |
|---|---|---|
| Oficinista de Contabilidad | 0020 | 2105 |

| 13  Clase de Nombramiento | 14  Sueldo Mensual $ 420.00 |
|---|---|
| ☐ Regular    ☒ Probatorio    ☐ Transitorio | Diferencial _____ |
| ☐ En el Servicio de Confianza _____ (indique disposicion legal que incluye el puesto en el servicio de confianza) | Total $ _____ |

| 15  Fecha de efectividad del Nombramiento 3 de marzo de 1980 | 16  Fecha en que expira el periodo probatorio o el nombramiento 2 de agosto de 1980 |
|---|---|

| 17  Anterior: Incumbente Vacante Original | 18  Titulo de Clasificacion del Puesto |
|---|---|

| 19  Firma de Autoridad Nominadora o su representante Autorizado: Gustavo Martinez Cancel                    Firma | Secretario Auxiliar en Administracion                    Titulo | 20 de febrero /80                    Fecha |
|---|---|---|

20.

## JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, Carmen M. Ruiz Diaz de mayor soltera Oficinista de Contabilidad
     (Nombre del Funcionario o Empleado,)    (Edad,)    (Soltero o Casado)    (Nombre del cargo o empleo)
vecino de Ponce , juro solemnemente que mantendre y defendere la Constitucion de los Estados Unidos y la Constitucion
     (Pueblo)

y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestare fidelidad y adhesion a las mismas; y que asumo esta obligacion libremente y sin reserva mental ni proposito de evadirla; y que desempeñare bien y fielmente los deberes del cargo o empleo que estoy proximo a ejercer. Asi me ayude Dios.

3 de marzo 80
(Fecha)                                        (Firma del Empleado o Funcionario)

AFFIDAVIT NUM. ___

Suscrito y jurado ante mi por Carmen M. Ruiz Diaz , de las circunstancias
                                              (Nombre)
personales antes expresadas _____ de conocer personalmente en Ponce , Puerto Rico,
hoy ___ de _____ del año 1980 .                    (Pueblo)

                                        (Firma y Direccion del Notario Publico
                                        o del Funcionario Autorizado que toma
                                        el Juramento)

### PARA USO EXCLUSIVO DE OCAP

| 21  Recibido y _____ juramento aprobado o registrado por: | 23  Fecha |
|---|---|

A.H. Janet Crespo

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1 Número del Cambio

**73465**

2 Número de Seguro Social del Empleado

████ 3426

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **7255** | Puesto Núm. |
| 3. Nombre del Empleado | **Carmen M. Ruiz Díaz** | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | **Depto. de la Familia** | **Policía de Puerto Rico** |
| 6. División | **Adm. para el Des. Socio-Eco.** | |
| 7. Unidad o Sección | **de la Familia** | |
| 8. Ubicación geográfica del puesto | **Ponce I** | |
| 9. Categoría del Empleado | **De Carrera** | |
| 10. Status del Empleado | **Regular** | |
| 11. Título de Clasificación | **Oficinista de Contabilidad** | |
| 12. Sueldo | **$851.00** | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | **17.54** | |
| 14. Descuento para Seguro Social | **65.10** | |
| 15. Descuento para Aportación Sistema de Retiro | **56.67** | |
| 16. Descuento para Servicios Médicos Group Sale | **83.00   + 60.00 Aport. Pat.** | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | **25.53** | |
| 18. Descuento para Seguro (A.E.E.L.A.) | **3.50** | |
| 19. Otros Descuentos **Prest.Asoc.Emp.** | **96.42** | |
| **Fondos Benef.** | **1.00** | |
| **Edad. Emp.** | **5.00   Nat.Life Ins. 19.70** | |
| 20. Fecha de Efectividad | **30 de noviembre de 1995** | **1ro. de diciembre de 1995** |

| | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. SIMBOLOS DE CONTABILIDAD | **96** | **111** | **077** | **08** | **—** | **091** | **1130** | | | | | | | |

22. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:   Compensatorio _____ días.
Licencia Enfermedad _____ días.   Concedida _____ días.   Licencia Regular _____ días.   Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo:   Duración: _____   De _____   A _____

29. Muerte:   Último día   Participante de Retiro ☐ Sí ☐ No
Fecha _____   Hora _____   de pago: _____

30. Clase de Licencia: ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo

Duración: _____   DE _____   A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso)

32. Si el cambio de puesto es por: Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:
**Ramón Hernández Reyes, Sec. Aux. Pers. y Rec. Humanos**

34. Firma del empleado en casos que fuere necesario

35. Aprobado por: _____
Jefe de la Agencia o su Representante Autorizado

36. Fecha en que se preparó:   **30/nov/95**

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____   Fecha: _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA DE PUERTO RICO



DIRIJA TODA
LA CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN, PUERTO RICO 00936 - 8166
Tel. 793-1234

NRH-2-2-23-1,428                    10 de noviembre de 1995

Gdia. José L. Vega Santiago
Placa Número 2636
P/C Comandante
Area de Ponce

Estimado señor Vega Santiago:

Como es de su conocimiento, por exigencias del servicio usted ha
estado realizando labores de índole clerical. Con el propósito de
reforzar nuestras unidades operacionales, nos veremos en la necesidad de
ubicarlo en sus funciones como miembro de la Fuerza.

A tales fines y efectivo el 1 de diciembre de 1995, usted será
sustituido por la empleada civil Carmen M. Ruiz Díaz, en las funciones
que hasta el presente ha venido desempeñando. Deberá reportarse de
inmediato a la Superintendencia Auxiliar en Operaciones de Campo, en la
cual el Cor. Héctor Quiles Acevedo, Superintendente Auxiliar, le
asignará sus funciones y área de trabajo.

Cordialmente,

Lcdo. Pedro A. Toledo
Superintendente

ESTADO LIBRE ASOC    O DE PUERTO RICO

POLICIA DE PUERTO RICO



NRH-2-2-23-1,496

DIRIJA TODA
LA CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P.O. BOX 70166
SAN JUAN, PUERTO RICO 00936 – 8166
Tel. 793-1234

1 de diciembre de 1995

Tnte. Cor. Eliezer Barrios Velázquez
Comandante, Area de Ponce

Gloria M. Guzmán Virella
Directora
Negociado Recursos Humanos

Por: Gladys Velázquez Serrano
Directora
División Nombramientos y Cambios

NOMBRAMIENTO CIVIL ACERVO

A continuación le informo el nombre, la serie de la
empleada civil nombrada, efectivo el 1 de diciembre de
1995. Prestará servicios en la División de Servicios
Administrativos de la Comandancia Area de Ponce.
Sustituirá al Gdia. José L. Vega Santiago, placa número
2636, el cual se encuentra realizando las funciones
inherentes al cargo que ésta va a ocupar.

1. Sra. Carmen M. Ruiz Díaz
   Agente Comprador II
   Número de Serie 10-816806

Favor de notificar al Negociado de Recursos Humanos hora y
fecha de incorporación.

| A. F. | Fondo | Agencia | Dia | Sub Dia | Asig | Objeto |
|-------|-------|---------|-----|---------|------|--------|
| | 111 | 77 | 11 | – | 81 | 111 |

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos
Santurce, Puerto Rico 00910

**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

361

3. Fecha de la Certificación: 26/noviemb./79

**INSTRUCCIONES:** Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona comenzar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-2) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduria), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado:

Ruiz Díaz, Carmen M.
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social

Carmen M. Ruiz Díaz

6. Sexo: M [ ] F [X]

7. Número del Seguro Social: ___-3462 / 3426

8. Dirección del empleado
Calle C Bo. 6
Ext. Teresita
Ponce, P.R. 00731

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
Depto. Servicios Sociales/Sec. Aux. Asist. Pública/Prog. Cupones para Alimentos/ Ponce I.

10. Título de Clasificación del Puesto
Oficinista de Contabilidad

11. Número de Clase
0020

12. Número del Puesto
2105

13. Clase de Nombramiento

[ ] Regular   [X] Probatorio   [ ] Transitorio

[ ] En el Servicio de Confianza _____
(indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $ 420.00

Diferencial _____

Total $ _____

15. Fecha de efectividad del Nombramiento
3 de marzo de 1980

16. Fecha en que expira el período probatorio o el nombramiento
2 de agosto de 1980

17. Anterior Incumbente
Vacante Original

18. Título de Clasificación del Puesto

19. Firma de la autoridad nominadora o su representante autorizado:
Gustavo Martínez Cancel
Firma

Secretario Auxiliar en Administración
Título

20 de febrero /80
Fecha

20.

**JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, Carmen M. Ruiz Díaz de mayor soltera Oficinista de Contabilidad y
(Nombre del Funcionario o Empleado) (Edad) (Soltero o Casado) (Nombre del cargo o empleo)

vecino de Ponce , juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución
(Pueblo)

las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

3 de marzo de 1980
(Fecha)

(Firma del Empleado o Funcionario)

AFFIDAVIT NUM. 1679

Suscrito y jurado ante mí por Carmen M. Ruiz Díaz
(Nombre)

de las circunstancias personales antes expresadas a quien doy fe de conocer personalmente en Ponce , Puerto Rico,
(Pueblo)

hoy 3 de marzo del año 1980.

Firma y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

**PARA USO EXCLUSIVO DE OCAP**

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|

99 04 3 F2 550 B. W. 5-FR.

**FedEx** Express   *International Air Waybill*

**1  From**

Date

Sender's FedEx Account Number

Sender's Name

Phone

Company

Address

Address

City

State Province

Country

ZIP Postal Code

Email Address

Internal Billing Reference

**2  To**

28 ☐ Residential Delivery

Recipient's Name

Phone

Company

Address

Address

Dept./Floor

City

State Province

Country

ZIP Postal Code

Email Address

Recipient's Tax ID Number for Customs Purposes

**3  Shipment Information**

Total Packages Shipper's Load and Count/SLAC | Total Weight | lbs. kg | DIM | in cm

Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs

PRIME CLERK LLC

JUN 2 9 2018

RECEIVED

Has EEI been filed in AES? For U.S. Export Only: Check One
☐ No EEI required, value $2,500 or less per Sch. B Number, or no license required/NLR, or not subject to ITAR
☐ No EEI required, enter exemption number
☐ Yes - Enter AES proof of filing citation

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

FedEx Tracking Number **8124 5651 1011** | **0402** | Form ID No.

**4  Express Package Service**

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**5  Packaging**

06 ☐ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   ☐ Other

**6  Special Handling and Delivery Signature Options**

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature

**7  Payment**  Complete payment section to bill transportation charges to different parties

Bill transportation charges to:

Enter FedEx Acct. No. or Credit Card No. below

1 ☐ Sender Acct No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash Check/Cheque

Total Transportation

FedEx Acct No.

Specify Currency

Credit Card Exp. Date

Bill duties and taxes to:

Enter FedEx Acct. No. below

1 ☐ Sender Acct No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party   ☐ Cash Check/Cheque

FedEx Acct No.

**8  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill...

Sender's Signature:

Recipient's Signature:

662

Origin Station ID | Country Code/Destination Station ID | IDSA Routing | Handling Units / Total Volume (cm)
| | | Forms Attached

Received At: | Reg. Stop | On Call Stop | Drop Box | World Service Center | Station
Base Charges | Declared Val. Chrg. | COAT OPA | Credit Card Auth.
FedEx Emp. # | Other | Audit Emp. # | Dest. Center Emp. # | Date | Time

Part 158189 Rev. Date 9/13 • #99192 2013 FedEx • PRINTED IN U.S.A. 000A • Non-Negotiable International Air Waybill

 Gmail

Carmen Maria Ruiz Diaz <camarudifashion@gmail.com>

## caso Carmen Ruiz Diaz

2 mensajes

**Carmen Maria Ruiz Diaz** <camarudifashion@gmail.com>          19 de julio de 2021, 21:35
Para: puertoricoinfo@primeclerk.com

Mi nombre correcto es Carmen Maria Ruiz Diaz y solicito actualizar mi dirección postal: Calle el Caobo 722 Urb
Sombras del Real Coto Laurel, PR 00780.
Claim Number: 113880.

**Carmen Maria Ruiz Diaz** <camarudifashion@gmail.com>          19 de julio de 2021, 21:40
Para: puertoricoinfo@primeclerk.com, Carmen Maria Ruiz Diaz <carmeneu474@gmail.com>, Carmen M Ruiz Diaz
<camarudi@yahoo.com>

[Texto citado oculto]

**Estado Libre Asociado de Puerto Rico**
**POLICÍA DE PUERTO RICO**
San Juan, Puerto Rico

**ESTRUCTURA SALARIAL QUE REGIRÁ**
**EN LA POLICÍA DE PUERTO RICO**
**A PARTIR DEL 1 DE ENERO DE 2002**

**SERVICIO DE CARRERA**

| Núm. de la Escala | Tipo Mínimo | TIPOS INTERMEDIOS | | | | | | | | Tipo Máximo |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 1 | 1000 | 1045 | 1092 | 1141 | 1193 | 1246 | 1302 | 1361 | 1422 | 1486 |
| 2 | 1054 | 1101 | 1151 | 1203 | 1257 | 1313 | 1373 | 1434 | 1499 | 1566 |
| 3 | 1111 | 1161 | 1213 | 1268 | 1325 | 1384 | 1447 | 1512 | 1580 | 1651 |
| 4 | 1171 | 1224 | 1279 | 1336 | 1396 | 1459 | 1525 | 1593 | 1665 | 1740 |
| 5 | 1234 | 1290 | 1348 | 1408 | 1472 | 1538 | 1607 | 1679 | 1755 | 1834 |
| 6 | 1301 | 1359 | 1420 | 1484 | 1551 | 1621 | 1694 | 1770 | 1850 | 1933 |
| 7 | 1371 | 1433 | 1497 | 1565 | 1635 | 1709 | 1785 | 1866 | 1950 | 2037 |
| 8 | 1445 | 1510 | 1578 | 1649 | 1723 | 1801 | 1882 | 1967 | 2055 | 2147 |
| 9 | 1523 | 1592 | 1663 | 1738 | 1816 | 1898 | 1983 | 2073 | 2166 | 2263 |
| 10 | 1605 | 1678 | 1753 | 1832 | 1914 | 2001 | 2091 | 2185 | 2283 | 2386 |
| 11 | 1692 | 1768 | 1848 | 1931 | 2018 | 2109 | 2203 | 2303 | 2406 | 2515 |
| 12 | 1783 | 1864 | 1948 | 2035 | 2127 | 2222 | 2322 | 2427 | 2536 | 2650 |
| 13 | 1880 | 1964 | 2053 | 2145 | 2242 | 2342 | 2448 | 2558 | 2673 | 2793 |
| 14 | 1981 | 2070 | 2164 | 2261 | 2363 | 2469 | 2580 | 2696 | 2817 | 2944 |
| 15 | 2088 | 2182 | 2280 | 2383 | 2490 | 2602 | 2719 | 2842 | 2970 | 3103 |

**Estado Libre Asociado de Puerto Rico**
**POLICÍA DE PUERTO RICO**
**San Juan, Puerto Rico**

Primera Asignación de las Clases de Puestos Comprendidas en el nuevo Plan de Clasificación de Puestos que se adopta para el Servicio de Carrera de la Policía de Puerto Rico, de conformidad con las disposiciones de la Sección 4.2 de la Ley Número 5 del 14 de octubre de 1975, según enmendada, Ley de Personal del Servicio Público de Puerto Rico.

En cumplimiento con lo dispuesto en los Artículos 2, 3 y 5 de la Ley Número 89 del 12 de julio de 1979, Ley de Retribución Uniforme, enmendada, asignamos las clases de puestos comprendidas en el nuevo Plan de Clasificación de Puestos que se adopta para el Servicio de Carrera de la Policía de Puerto Rico, a las escalas de sueldos que se establecen para tener efectividad a partir del 1 de enero de 2002.

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 5721 | ABOGADO(A) I | 8 MESES | 2716-4037 | 20 |
| 5722 | ABOGADO(A) II | 8 MESES | 3018-4484 | 22 |
| 5723 | ABOGADO(A) III | 8 MESES | 3652-4982 | 24 |
| 2451 | ADMINISTRADOR(A) AUXILIAR DE DOCUMENTOS | 6 MESES | 1445-2147 | 8 |
| 2461 | ADMINISTRADOR(A) DE DOCUMENTOS | 8 MESES | 1692-2515 | 11 |
| 2241 | ADMINISTRADOR(A) EN SISTEMAS DE OFICINA I | 6 MESES | 1692-2515 | 11 |
| 2242 | ADMINISTRADOR(A) EN SISTEMAS DE OFICINA II | 6 MESES | 1783-2650 | 12 |
| 2311 | AGENTE COMPRADOR(A) | 5 MESES | 1371-2037 | 7 |
| 4311 | ANALISTA DE PRESUPUESTO I | 7 MESES | 1605-2386 | 10 |
| 4312 | ANALISTA DE PRESUPUESTO II | 7 MESES | 1783-2650 | 12 |
| 4313 | ANALISTA DE PRESUPUESTO III | 7 MESES | 1981-2944 | 14 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 6211 | ANALISTA DE SISTEMAS DE INFORMACIÓN | 6 MESES | 2088-3103 | 15 |
| 5211 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS I | 8 MESES | 1605-2386 | 10 |
| 5212 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS II | 8 MESES | 1783-2650 | 12 |
| 5213 | ANALISTA DE SISTEMAS Y PROCEDIMIENTOS III | 8 MESES | 1981-2944 | 14 |
| 5131 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS I | 6 MESES | 1605-2386 | 10 |
| 5132 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS II | 6 MESES | 1783-2650 | 12 |
| 5133 | ANALISTA EN ADMINISTRACIÓN DE RECURSOS HUMANOS III | 6 MESES | 1981-2944 | 14 |
| 1611 | ARMERO(A) | 6 MESES | 1301-1933 | 6 |
| 1541 | ARTISTA GRÁFICO | 6 MESES | 1445-2147 | 8 |
| 4411 | AUDITOR(A) I | 8 MESES | 1605-2386 | 10 |
| 4412 | AUDITOR(A) II | 8 MESES | 1783-2650 | 12 |
| 4413 | AUDITOR(A) III | 8 MESES | 2088-3103 | 15 |
| 2411 | AUXILIAR ADMINISTRATIVO(A) I | 6 MESES | 1523-2263 | 9 |
| 2412 | AUXILIAR ADMINISTRATIVO(A) II | 6 MESES | 1692-2515 | 11 |
| 2121 | AUXILIAR DE LA PROPIEDAD | 5 MESES | 1111-1651 | 3 |
| 6111 | AUXILIAR DE SERVICIOS DE TECNOLOGÍA INFORMÁTICA | 6 MESES | 1111-1651 | 3 |
| 4131 | AUXILIAR EN CONTABILIDAD I | 6 MESES | 1371-2037 | 7 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 4132 | AUXILIAR EN CONTABILIDAD II | 6 MESES | 1445-2147 | 8 |
| 4133 | AUXILIAR EN CONTABILIDAD III | 6 MESES | 1605-2386 | 10 |
| 5311 | AUXILIAR EN ESTADÍSTICAS I | 7 MESES | 1371-2037 | 7 |
| 5312 | AUXILIAR EN ESTADÍSTICAS II | 7 MESES | 1445-2147 | 8 |
| 5861 | AUXILIAR MEDICO | 6 MESES | 2716-4037 | 20 |
| 6161 | AUXILIAR EN SEGURIDAD DE SISTEMAS DE INFORMACIÓN | 6 MESES | 1783-2650 | 12 |
| 2211 | AUXILIAR EN SISTEMAS DE OFICINA I | 6 MESES | 1111-1651 | 3 |
| 2212 | AUXILIAR EN SISTEMAS DE OFICINA II | 6 MESES | 1171-1740 | 4 |
| 2213 | AUXILIAR EN SISTEMAS DE OFICINA III | 6 MESES | 1301-1933 | 6 |
| 1411 | AYUDANTE DE COCINA | 4 MESES | 1000-1486 | 1 |
| 1251 | AYUDANTE DE PERITO ELECTRICISTA | 4 MESES | 1234-1834 | 5 |
| 5421 | BIBLIOTECARIO(A) | 8 MESES | 1605-2386 | 10 |
| 1231 | CARPINTERO(A) | 4 MESES | 1234-1834 | 5 |
| 6141 | CINTOTECARIO(A) | 6 MESES | 1234-1834 | 5 |
| 1421 | COCINERO(A) | 3 MESES | 1054-1566 | 2 |
| 1521 | CONDUCTOR(A) MENSAJERO(A) | 4 MESES | 1171-1740 | 4 |
| 1111 | CONSERJE | 3 MESES | 1000-1486 | 1 |
| 4141 | CONTADOR(A) I | 8 MESES | 1692-2515 | 11 |
| 4142 | CONTADOR(A) II | 8 MESES | 1981-2944 | 14 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 6151 | COORDINADOR(A) DEL LABORATORIO DE COMPUTADORAS | 8 MESES | 1981-2944 | 14 |
| 2191 | COORDINADOR(A) DE LA LIGA ATLÉTICA POLICÍACA | 6 MESES | 1605-2386 | 10 |
| 1781 | COORDINADOR(A) DE TELECOMUNICACIONES | 6 MESES | 1523-2263 | 9 |
| 5462 | DECANO(A) ASOCIADO(A) | 8 MESES | 3018-4484 | 22 |
| 5461 | DECANO(A) AUXILIAR | 8 MESES | 2863-4255 | 21 |
| 5821 | DIETISTA | 6 MESES | 1880-2793 | 13 |
| 2331 | DIRECTOR(A) AUXILIAR DE COMPRAS | 6 MESES | 1692-2515 | 11 |
| 2441 | DIRECTOR(A) AUXILIAR DE NOMINAS | 8 MESES | 1692-2515 | 11 |
| 4321 | DIRECTOR(A) AUXILIAR DE PRESUPUESTO | 9 MESES | 2201-3271 | 16 |
| 6341 | DIRECTOR(A) AUXILIAR DEL NEGOCIADO DE TECNOLOGÍA INFORMÁTICA | 8 MESES | 2863-4255 | 21 |
| 5941 | DIRECTOR(A) AUXILIAR DEL PROGRAMA DE AYUDA A FAMILIAS VÍCTIMAS DEL CRIMEN | 6 MESES | 2716-4037 | 20 |
| 4521 | DIRECTOR(A) AUXILIAR DE PROYECTOS FEDERALES | 12 MESES | 2088-3103 | 15 |
| 3331 | DIRECTOR(A) AUXILIAR DE SERVICIOS TÉCNICOS | 6 MESES | 2445-3634 | 18 |
| 5221 | DIRECTOR(A) AUXILIAR DE SISTEMAS Y PROCEDIMIENTOS | 8 MESES | 2088-3103 | 15 |
| 5141 | DIRECTOR(A) DE ADIESTRAMIENTO | 6 MESES | 2320-3447 | 17 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1891 | DIRECTOR(A) AUXILIAR EN SISTEMAS DE COMUNICACIONES | 6 MESES | 1692-2515 | 11 |
| 1881 | DIRECTOR(A) DE ARTE Y REPRODUCCIÓN | 6 MESES | 1783-2650 | 12 |
| 5431 | DIRECTOR(A) DE BIBLIOTECA | 7 MESES | 1692-2515 | 11 |
| 2341 | DIRECTOR (A) DE COMPRAS | 6 MESES | 1880-2793 | 13 |
| 5451 | DIRECTOR (A) DE DEPARTAMENTO ACADEMICO | 8 MESES | 2088-3103 | 15 |
| 5151 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS I | 8 MESES | 2201-3271 | 16 |
| 5152 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS II | 8 MESES | 2320-3447 | 17 |
| 5153 | DIRECTOR(A) DE DIVISIÓN DE RECURSOS HUMANOS III | 8 MESES | 2716-4037 | 20 |
| 5951 | DIRECTOR(A) DE DIVISIÓN DE SICOLOGÍA Y TRABAJO SOCIAL | 8 MESES | 3018-4484 | 22 |
| 5331 | DIRECTOR(A) DE ESTADÍSTICAS | 7 MESES | 2201-3271 | 16 |
| 4211 | DIRECTOR(A) DE FINANZAS | 8 MESES | 2863-4255 | 21 |
| 3151 | DIRECTOR(A) DE LABORATORIO DE FOTOGRAFÍA | 8 MESES | 1783-2650 | 12 |
| 2481 | DIRECTOR(A) DE NÓMINAS | 8 MESES | 1880-2793 | 13 |
| 4331 | DIRECTOR(A) DE PRESUPUESTO | 9 MESES | 2863-4255 | 21 |
| 6351 | DIRECTOR DE SERVICIOS DE SISTEMAS DE INFORMACIÓN | 6 MESES | 2088-3103 | 15 |
| 2471 | DIRECTOR(A) DE SERVICIOS GENERALES | 7 MESES | 1692-2515 | 11 |
| 5891 | DIRECTOR(A) MEDICO | 12 MESES | 3652-4982 | 24 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1241 | EBANISTA | 4 MESES | 1234-1834 | 5 |
| 1252 | ELECTRICISTA | 4 MESES | 1371-2037 | 7 |
| 2131 | ENCARGADO(A) DE CONTROL DE PROPIEDAD DE ARMAS | 6 MESES | 1234-1834 | 5 |
| 1221 | ENCARGADO(A) DE ESTABLO | 3 MESES | 1171-1740 | 4 |
| 2141 | ENCARGADO(A) DE LA PROPIEDAD | 5 MESES | 1234-1834 | 5 |
| 1331 | ENCARGADO(A) DE MANTENIMIENTO DE VEHÍCULOS | 4 MESES | 1301-1933 | 6 |
| 5841 | ENCARGADO(A) DE SERVICIOS MÉDICOS | 6 MESES | 1692-2515 | 11 |
| 5812 | ENFERMERO(A) GENERALISTA | 6 MESES | 1605-2386 | 10 |
| 5811 | ENFERMERO(A) PRÁCTICO(A) LICENCIADO(A) | 4 MESES | 1371-2037 | 7 |
| 5921 | ESPECIALISTA EN CONSEJERÍA Y ORIENTACIÓN | 8 MESES | 2445-3634 | 18 |
| 5881 | ESPECIALISTA EN SEGURIDAD Y SALUD EN EL TRABAJO | 8 MESES | 1880-2793 | 13 |
| 6311 | ESPECIALISTA EN SISTEMAS DE INFORMACIÓN | 8 MESES | 2201-3271 | 16 |
| 5321 | ESTADÍSTICO I | 8 MESES | 1605-2386 | 10 |
| 5322 | ESTADÍSTICO II | 8 MESES | 1692-2515 | 11 |
| 5323 | ESTADÍSTICO III | 7 MESES | 1783-2650 | 12 |
| 2181 | EVALUADOR(A) DE EXPEDIENTES I | 6 MESES | 1234-1834 | 5 |
| 2182 | EVALUADOR(A) DE EXPEDIENTES II | 6 MESES | 1301-1933 | 6 |
| 2183 | EVALUADOR(A) DE EXPEDIENTES III | 6 MESES | 1445-2147 | 8 |
| 1531 | FOTÓGRAFO(A) | 3 MESES | 1301-1933 | 6 |
| 5161 | GERENTE AUXILIAR DE RECURSOS HUMANOS | 8 MESES | 2863-4255 | 21 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 2151 | GUARDALMACÉN I | 5 MESES | 1111-1651 | 3 |
| 2152 | GUARDALMACÉN II | 5 MESES | 1171-1740 | 4 |
| 1311 | INSPECTOR(A) AUXILIAR DE SERVICIOS DE TRANSPORTACIÓN | 6 MESES | 1301-1933 | 6 |
| 1321 | INSPECTOR(A) DE SERVICIOS DE TRANSPORTACIÓN | 6 MESES | 1445-2147 | 8 |
| 1621 | INSTALADOR(A) DE TORRES Y ANTENAS I | 6 MESES | 1605-2386 | 10 |
| 1622 | INSTALADOR(A) DE TORRES Y ANTENAS II | 6 MESES | 1692-2515 | 11 |
| 5411 | INSTRUCTOR(A) DE ARTES MARCIALES Y DEFENSA PERSONAL | 6 MESES | 1783-2650 | 12 |
| 5413 | INSTRUCTOR(A) DE PRIMEROS AUXILIOS | 6 MESES | 1783-2650 | 12 |
| 1211 | JARDINERO(A) | 4 MESES | 1111-1651 | 3 |
| 1291 | MECÁNICO DE LANCHAS | 4 MESES | 1371-2037 | 7 |
| 1281 | MECÁNICO(A) DE VEHÍCULOS DE MOTOR I | 4 MESES | 1371-2037 | 7 |
| 1282 | MECÁNICO(A) DE VEHÍCULOS DE MOTOR II | 4 MESES | 1445-2147 | 8 |
| 5851 | MÉDICO GENERALISTA | 8 MESES | 3018-4484 | 22 |
| 1511 | MENSAJERO(A) | 4 MESES | 1111-1651 | 3 |
| 2321 | OFICIAL DE COMPRAS I | 5 MESES | 1523-2263 | 9 |
| 2322 | OFICIAL DE COMPRAS II | 5 MESES | 1605-2386 | 10 |
| 5511 | OFICIAL DE INVESTIGACIONES | 6 MESES | 1692-2515 | 11 |
| 5111 | OFICIAL DE NOMBRAMIENTOS Y CAMBIOS | 6 MESES | 1523-2263 | 9 |
| 2431 | OFICIAL DE NÓMINAS I | 4 MESES | 1371-2037 | 7 |
| 2432 | OFICIAL DE NÓMINAS II | 5 MESES | 1523-2263 | 9 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 2171 | OFICIAL DE LA PROPIEDAD | 5 MESES | 1301-1933 | 6 |
| 5611 | OFICIAL DE COMUNICACIONES | 6 MESES | 1783-2650 | 12 |
| 2491 | OFICIAL EJECUTIVO I | 8 MESES | 2201-3271 | 16 |
| 2492 | OFICIAL EJECUTIVO II | 8 MESES | 2445-3634 | 18 |
| 2493 | OFICIAL EJECUTIVO III | 8 MESES | 2863-4255 | 21 |
| 6171 | OFICIAL EN SEGURIDAD DE SISTEMAS DE INFORMACIÓN | 8 MESES | 1981-2944 | 14 |
| 2111 | OFICINISTA I | 4 MESES | 1111-1651 | 3 |
| 2112 | OFICINISTA II | 4 MESES | 1171-1740 | 4 |
| 2113 | OFICINISTA III | 4 MESES | 1371-2037 | 7 |
| 4111 | OFICINISTA DE CONTABILIDAD | 5 MESES | 1171-1740 | 4 |
| 1711 | OPERADOR(A) DE CUADRO TELEFÓNICO | 5 MESES | 1111-1651 | 3 |
| 6121 | OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN I | 6 MESES | 1171-1740 | 4 |
| 6122 | OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN II | 6 MESES | 1234-1834 | 5 |
| 1761 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN I | 6 MESES | 1234-1834 | 5 |
| 1762 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN II | 6 MESES | 1301-1933 | 6 |
| 1763 | OPERADOR(A) DE EQUIPO DE MICROFILMACIÓN III | 8 MESES | 1371-2037 | 7 |
| 1721 | OPERADOR(A) DE EQUIPO DE IMPRENTA I | 4 MESES | 1171-1740 | 4 |
| 1722 | OPERADOR(A) DE EQUIPO DE IMPRENTA II | 4 MESES | 1234-1834 | 5 |
| 1731 | OPERADOR(A) DE MÁQUINA DE IMPRIMIR FIRMAS | 4 MESES | 1111-1651 | 3 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1741 | OPERADOR(A) DE MÁQUINA RECARGADORA DE BALAS | 4 MESES | 1111-1651 | 3 |
| 1751 | OPERADOR(A) DE RADIO TELÉFONO | 4 MESES | 1234-1834 | 5 |
| 1261 | PLOMERO(A) | 4 MESES | 1301-1933 | 6 |
| 6221 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN I | 6 MESES | 1783-2650 | 12 |
| 6222 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN II | 6 MESES | 1880-2793 | 13 |
| 6223 | PROGRAMADOR(A) DE SISTEMAS DE INFORMACIÓN III | 6 MESES | 1981-2944 | 14 |
| 4121 | RECAUDADOR(A) AUXILIAR | 4 MESES | 1301-1933 | 6 |
| 4123 | RECAUDADOR(A) OFICIAL | 6 MESES | 1445-2147 | 8 |
| 5441 | REGISTRADOR(A) | 8 MESES | 2445-3634 | 18 |
| 5961 | SICÓLOGO(A) I | 8 MESES | 2445-3634 | 18 |
| 5962 | SICÓLOGO(A) II | 8 MESES | 2716-4037 | 20 |
| 5981 | SIQUIATRA | 8 MESES | 3180-4727 | 23 |
| 5931 | SUPERVISOR(A) DE ÁREA DEL PROGRAMA DE AYUDA A FAMILIAS VÍCTIMAS DEL CRIMEN | 8 MESES | 2577-3830 | 19 |
| 1811 | SUPERVISOR(A) DE CONSERJES | 5 MESES | 1234-1834 | 5 |
| 2421 | SUPERVISOR(A) DE EVALUADOR(A) DE EXPEDIENTES | 6 MESES | 1605-2386 | 10 |
| 1841 | SUPERVISOR(A) DE LA ARMERÍA | 6 MESES | 1371-2037 | 7 |



| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1861 | SUPERVISOR(A) DE MECÁNICO(A) DE VEHÍCULOS DE MOTOR | 5 MESES | 1523-2263 | 9 |
| 6321 | SUPERVISOR(A) DE OPERADOR(A) DE EQUIPO ELECTRÓNICO DE INFORMACIÓN | 6 MESES | 1301-1933 | 6 |
| 1831 | SUPERVISOR(A) DE OPERADOR(A) DE EQUIPO DE IMPRENTA | 6 MESES | 1301-1933 | 6 |
| 1851 | SUPERVISOR(A) DE OPERADOR(A) DE RADIO TELÉFONO | 5 MESES | 1301-1933 | 6 |
| 1821 | SUPERVISOR(A) DE TALLER DE EBANISTERÍA Y CARPINTERÍA | 6 MESES | 1301-1933 | 6 |
| 1871 | SUPERVISOR(A) DE TÉCNICO DE PLANTAS DE EMERGENCIA DE COMUNICACIONES | 6 MESES | 1523-2263 | 9 |
| 3111 | TÉCNICO DE FOTOGRAFÍA CRIMINAL | 8 MESES | 1301-1933 | 6 |
| 3211 | TÉCNICO DE HUELLAS DACTILARES I | 5 MESES | 1371-2037 | 7 |
| 3212 | TÉCNICO DE HUELLAS DACTILARES II | 5 MESES | 1445-2147 | 8 |
| 3213 | TÉCNICO DE HUELLAS DACTILARES III | 5 MESES | 1783-2650 | 12 |
| 3131 | TÉCNICO DE LABORATORIO DE FOTOGRAFÍA I | 8 MESES | 1234-1834 | 5 |

| Núm. de La Clase | Titulo de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 3132 | TÉCNICO DE LABORATORIO DE FOTOGRAFÍA II | 8 MESES | 1371-2037 | 7 |
| 1631 | TÉCNICO DE PLANTAS DE EMERGENCIA DE COMUNICACIONES | 6 MESES | 1445-2147 | 8 |
| 6131 | TÉCNICO DE SISTEMAS DE INFORMACIÓN | 3 MESES | 1445-2147 | 8 |
| 1771 | TÉCNICO EN EQUIPO DE COMUNICACIONES I | 6 MESES | 1371-2037 | 7 |
| 1772 | TÉCNICO EN EQUIPO DE COMUNICACIONES II | 6 MESES | 1523-2263 | 9 |
| 1773 | TÉCNICO EN EQUIPO DE COMUNICACIONES III | 6 MESES | 1605-2386 | 10 |
| 1271 | TÉCNICO EN REFRIGERACIÓN | 5 MESES | 1371-2037 | 7 |
| 5911 | TÉCNICO EN RELACIONES SICOSOCIALES | 8 MESES | 1605-2386 | 10 |
| 5871 | TÉCNICO EN SEGURIDAD Y SALUD EN EL TRABAJO | 6 MESES | 1605-2386 | 10 |
| 2221 | TÉCNICO EN SISTEMAS DE OFICINA I | 4 MESES | 1301-1933 | 6 |
| 2222 | TÉCNICO EN SISTEMAS DE OFICINA II | 4 MESES | 1445-2147 | 8 |
| 2223 | TÉCNICO EN SISTEMAS DE OFICINA III | 4 MESES | 1605-2386 | 10 |
| 5711 | TÉCNICO LEGAL | 6 MESES | 2577-3830 | 19 |

| Núm. de la Clase | Título de la Clase | Período Probatorio | Escala de Sueldos | Núm. de la Escala |
|---|---|---|---|---|
| 1121 | TRABAJADOR(A) | 3 MESES | 1000-1486 | 1 |
| 1131 | TRABAJADOR(A) DE CONSERVACIÓN Y MANTENIMIENTO | 3 MESES | 1054-1566 | 2 |
| 5971 | TRABAJADOR(A) SOCIAL I | 8 MESES | 2201-3271 | 16 |
| 5972 | TRABAJADOR SOCIAL II | 8 MESES | 2320-3447 | 17 |
| 5973 | TRABAJADOR SOCIAL III | 8 MESES | 2445-3634 | 18 |
| 2231 | TRANSCRIPTOR(A) DE INVESTIGACIONES ADMINISTRATIVAS | 6 MESES | 1605-2386 | 10 |

Para que conste nuestra aprobación al contenido de este documento, firmamos la presente relación de clases de puestos en la cual se indica el número de la clase, el título de la clase, el periodo probatorio, la escala de sueldo asignada a cada una de las mismas y el número de la escala.

Este documento consta de doce (12) pliegos de papel conteniendo ciento ochenta y cuatro (184) clases de puestos en los cuales hemos estampado nuestras iniciales y firmas correspondientes.

En San Juan, Puerto Rico a    JUN 2 4 2002

Emmalind García García
Administradora
Oficina Central de Asesoramiento
Laboral y Administración
de Recursos Humanos

Miguel A. Pereira
Superintendente
Policía de Puerto Rico

*Carmen Maria Ruiz Diaz* (signature)

# DELFINA LOPEZ ROSARIO, BENITO ACEVEDO Y OTROS
## VS
## POLICIA DE PUERTO RICO

| APELANTES | PUESTO | ESCALA | PUEBLO |
|---|---|---|---|
| OLAFIA BEZARES, CONCHITA | TÉCNICO DE PERSONAL I | 13 | HATO REY |
| RAIAM RODRÍGUEZ, LUZ C. | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| EVEDO CEPEDO, BENITO | OFICINISTA I | 03 | HATO REY |
| OSTA VÉLEZ, JOSÉ | MECÁNICO AUTOMOTRIZ I | | PONCE |
| IORNO RIVERA, JOSÉ R. | TÉCNICO SOCIAL I | 03 | CAROLINA |
| AMO CRUZ, ROSA M. | TRABAJADOR SOCIAL II | 18 | HATO REY |
| ICE ORTIZ, ROSA | OFICINISTA DACTILÓGRAFO II | | BAYAMON |
| LICEA AGUAYO, JENNY | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| LICEA ORTIZ, ROSA | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| LLENDE ORTIZ, REGINO | OFICINISTA I | | CANOVANAS |
| LLENDE PÉREZ, RAMON L. | TÉCNICO HUELLAS DACTILARES II | 14 | HATO REY |
| LMODÓVAR QUILES, ALEJANDRO | AUXILIAR ESTADÍSTICAS I | 06 | HATO REY |
| LTORAN MUNDO, DANIEL H. | OFICINISTA I | 03 | HATO REY |
| ALVAREZ CALO, LILLIAM | | | CAROLINA |
| ALVAREZ FEBUS, NELIDA | OPERADORA EQUIPO ELECTRÓNICO I | | HATO REY |
| ALVAREZ GONZALEZ, JUANITA | OFICINISTA DACTILÓGRAFO II | | HATO REY |
| ALVAREZ MARTINEZ, ELIS P. | OFICINISTA DACTILÓGRAFO II | | GUAYANILLA |
| ALVAREZ MORALES, EMMA N. | AYUDANTE ADMINISTRATIVO | 11 | HATO REY |
| ALVAREZ PÉREZ, MANUEL | TÉCNICO HUELLAS DACTILARES II | 14 | HATO REY |
| AMADOR RIVERA, PILAR | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| AMARO CANCEL, VIRGEN M. | OFICINISTA DACTILÓGRAFO II | | BAYAMON |
| ANDINO LÓPEZ, RAMONITA | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| ANDUJAR SERRANO, HERMINIA | OFICINISTA DACTILÓGRAFO II | 04 | ARECIBO |
| ANGLERO SOTO, DAISY M. | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| ARCE LORENZO, BETTY | SECRETARIA I | 04 | MANATÍ |
| ARCE MUÑIZ, CARMELO | AUDITOR INTERNO   III | 20 | HATO REY |
| ARCE RIVERA NANCY I. | COMPARADOR MATERIALES Y EQUIPO | | HATO REY |
| ARROYO TORRES, NOEMI | OFICINISTA I | 03 | HATO REY |
| ARROYO TORRES, PEDRO J. | AUXILIAR DE CONTABILIDAD II | 13 | HATO.REY |
| AVILES ROSADO, EVELYN | OFICINISTA DACTILÓGRAFO I | 03 | AGUADILLA |
| AYALA GOZMEZ, PEDRO A. | OPERADOR DE EQUIPO ELECT. DE ENTRADA DE DATOS I | | HATO REY |
| BAEZ GARCIA, WILFREDO | TÉCNICO DE PERSONAL II | 16 | HATO REY |
| BAEZ MOYENO, JACQUELINE | OFICINISTA I | | HATO REY |
| BAEZ RODRÍGUEZ, GAMALIER | TÉCNICO DE PLANTA DE EMERGENCIA  II | 15 | HATO REY |
| BAEZ ROSA, GLADYS | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| BARBOSA JIMÉNEZ, FRANCER B. | SICOLOGÍA II | | HATO REY |
| BARBOSA PEDROSA, CELIA I. | TÉCNICO  PRES. III | | HATO REY |
| BARRETO BARRETO, ROSA LYDIA | OFICINISTA DACTILÓGRAFO II | 04 | AGUADILLA |
| BATISTA RIVERA, YOLANDA | TÉCNICO HUELLAS DACTILARES I | 12 | HATO REY |
| BATISTA SERRANO, CARLOS | AUXILIAR EN ESTADÍSTICAS II | 13 | HATO REY |
| BENTINE ROBLEDO, WALLACE | TÉCNICO PERSONAL IV | 21 | HATO REY |
| BERRIOS SUAREZ, MIRIAM | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| BERRIOS DELGADO, LUZ E. | OFICINISTA DACTILÓGRAFO II | 04 | HUMACAO |
| BLAS MEDINA, FRANCISCO | OFICINISTA I | 03 | AGUADILLA |
| BONILLA MALDONADO, GERARDO | MECÁNICO AUTOMOTRIZ II | 04 | PONCE |
| BONILLA MONTAÑEZ, EMMA | OFICINISTA DACTILÓGRAFO II | 03 | HATO REY |
| BONILLA VÁZQUEZ, MARITZA | OFICINISTA I | 06 | CAROLINA |
| BURGOS HERNANDEZ, HILDA | OFICINISTA DACTILÓGRAFO III | 11. | HATO REY |
| BURGOS MARTÍNEZ, MIGDALIA | AYUDANTE ADMINISTRATIVO I | | SAN SEBASTIÁN |
| CABAN QUIÑÓNEZ, MARY | OFICINISTA DACTILÓGRAFO II | | HATO REY |
| CABRERA LÓPEZ, CARMEN I | SECRETARIA III | 10 | HATO REY |
| CABRERA MEDINA, CARMEN D. | SECRETARIA V | 13 | HATO REY |
| CAINS CRUZ, URIEL E. | OPERADOR DE MAQUINA DUPLICADORA II | 05 | HATO REY |
| CALDERON COLON, MADELINE | SECRETARIA IV | 12 | HATO REY |
| CALDERON RODRÍGUEZ ANGEL  L. | OPERADOR DE EQUIPO ELECTRÓNICO I | | HATO REY |
| CAMACHO SOTO, DIMARY | TÉCNICO DE PERSONAL I | | PONCE |
| CAMPOS COLLAZO, CARMEN | OFICINISTA DACTILÓGRAFO II | 14 | HATO REY |
| | TÉCNICO HUELLAS DACTILARES II | | |
| CANTERO OLMO, ELWIN | OFICINISTA DACTILÓGRAFO III | | HATO REY |
| CANTERO OLMO, SONIO C. | | | HATO REY |
| CANTERO RODRÍGUEZ, SONIA | TÉCNICO DE PERSONAL V | 03 | HATO REY |
| CAPPAS PEREZ, ASTRID A. | OFICINISTA I | | HATO REY |
| CARBONEL ORTIZ, VANESSA E. | COORDINADOR DE ÁREA | 03 | ARECIBO |
| CARDONA COLON, LIRIO G. | OFICINISTA DACTILÓGRAFO I | | AGUADILLA |
| CARDONA MERCADO, MILSA | TÉCNICO AUTOMOTRIS II | 13 | HATO REY |
| CARDONA RODRÍGUEZ, JOSÉ A. | TÉCNICO DE COMUNICACIONES II | 03 | HATO REY |
| CARMENATY SANTOS, DAVID | OFICINISTA DACTILÓGRAFO I | | RINCÓN |
| CARMONA MIRANDA, AWILDA L. | OFICINISTA DACTILÓGRAFO I | 09 | HATO REY |
| CARO RIVERA, WINDY I. | OFICINISTA I | 13 | HATO REY |
| CARRERO ORTIZ, MARIA DE LOS A. | TÉCNICO DE PERSONAL I | 07 | HATO REY |
| CASSIDY NEGRÓN, MARIA I | OPERADOR DE ENTRADA DE DATOS I | | HATO REY |
| CASTRO CANDELARIA, AIDA I | SECRETARIA | 16 | HATO REY |
| 〜O GONZALEZ, JANNETTE | TRABAJADOR SOCIAL I | | HATO REY |
| 〜OYTIA, ANNIE | TÉCNICO DE PLANTA DE EMERGENCIA  II | | |

| APELANTES | PUESTO | ESCALA | | PUEBLO |
|---|---|---|---|---|
| CASTRO RIVERA, ADRIAN | OPERADOR DE EQUIPO ELECTRÓNICO ENTRADA DATOS I | | | HATO REY |
| CEDEÑO GALINDEZ, ANTONIO | OFICINISTA I | 03 | | HATO REY |
| CEPEDA QUIÑONES, CARMEN NITZA | AGENTE COMPRADOR III | 15 | | HATO REY |
| CHARNECO LLORET, PATRIA | OFICINISTA DACTILÓGRAFO I | 03 | | AGUADILLA |
| CINTRON RIVERA, CARMEN | AYUDANTE ADMINISTRATIVO I | 11 | | HATO REY |
| CLASS DÍAZ, FELIX | TÉCNICO FOTO CRIMINAL II | 14 | | HATO REY |
| CLAUDIO MORALES, FRANCISCO | ARTISTA DE BOCETOS POLICÍACOS III | 17 | | HATO REY |
| COLLAZO COLON, EDWIN F. | OPERADOR DE MAQUINA DUPLICADORA II | 05 | | HATO REY |
| COLLAZO RIVERA, JAVIER | TÉCNICO PRESUPUESTO I | | | HATO REY |
| COLMENARES JIMÉNEZ, MARTA | OFICINISTA IV | | | HATO REY |
| COLON CRUZ, MILDRED | OPERADOR DE ENTRADA DE DATOS I | 07 | | PONCE |
| COLON ORTIZ, EVELINDA | OFICINISTA DACTILÓGRAFO II | 04 | | HATO REY |
| COLON RIVERA, LUISA | | | | |
| COLON RODRÍGUEZ, SONIA L. | SECRETARIA III | 10 | | HATO REY |
| COLON ROSA, ANA L. | AGENTE COMPRADOR III | 15 | | HATO REY |
| COLON TORRES, MIRIAM H. | TÉCNICO DE PERSONAL III | 19 | | HATO REY |
| CONCEPCIÓN RIVERA, RAQUEL | OFICINISTA DACTILÓGRAFO | | | HATO REY |
| COPA AYALA, BETZAIDA | OFICINISTA DACTILÓGRAFO III | 06 | | HATO REY |
| CORDERO RIVERA, MARIA C. | OFICINISTA DACTILÓGRAFO II | 04 | | PONCE |
| CORREA ROBLES, SAMUEL | TÉCNICO DE SISTEMA DE PROC III | 19 | | HATO REY |
| CORREA RODRÍGUEZ, SONIA | AYUDANTE ADMINISTRATIVO | | | HATO REY |
| CORREA SEPULVEDA, GLADYS A. | TÉCNICO DE PERSONAL II | 16 | | HATO REY |
| CORTES BABILONIA, MARILYN | OFICINISTA DACTILÓGRAFO I | | | AGUADILLA |
| CORTES LABOY, EVELYN | OFICINISTA DACTILÓGRAFO IV | | | HATO REY |
| CORTES ROSARIO, ELBA | OPERADOR DE ENTRADA DE DATOS I | 07 | | HATO REY |
| CORTIJO JORGE, ANA D. | OFICINISTA DACTILÓGRAFO IV | | | HATO REY |
| COSME FIGUEROA, ANA JULIA | AYUDANTE ADMINISTRATIVO I | 11 | | RIO PIEDRA |
| COTTO ANDINO, ANA ERIKA | OFICINISTA I | 03 | | HATO REY |
| COTTO NIEVES, HERIBERTO | AYUDANTE ADMINISTRATIVO III | 17 | | HATO REY |
| CRESPO PEREZ, LUIS S. | MECÁNICO AUTOMOTRIZ II | | | AGUADILLA |
| CRUZ AQUILINO, MARIA DE LOS A. | OFICINISTA DACTILÓGRAFO IV | 09 | | HATO REY |
| CRUZ COLLAZO, OLGA | COORDINADORA | | | HATO REY |
| CRUZ CORTIJO, MARIO | OFICINISTA I | 04 | | HATO REY |
| CRUZ CORTIJO, ORESTE | OPERADOR DE MAQUINA DUPLICADORA II | 05 | | HATO REY |
| CRUZ CRUZ, LUZ S. | OFICINISTA DACTILÓGRAFO IV | | | HATO REY |
| CRUZ MELÉNDEZ, ILEANA C. | OFICINISTA I | 03 | | HATO REY |
| CRUZ MORALES, JESÚS A. | PROGRAMADOR DE SISTEMA ELECT. I | 07 | | HATO REY |
| CRUZ RIVERA, JOSUE A. | PLOMERO | 05 | | HATO REY |
| CRUZ RUBIO, VANESA | AUXILIAR ESTADÍSTICO I | 06 | | HATO REY |
| CRUZ SANTIAGO, MARISOL | SECRETARIA IV | 12 | | ARECIBO |
| CRUZ SANTIAGO, MARISOL | SECRETARIA IV | 12 | | ARECIBO |
| CRUZ VIERA, JULIA | TÉCNICO HUELLAS DACTILARES II | 14 | | HATO REY |
| CULVAS ROSA, CESAR | DIVISIÓN AUDITORIA INTERNA | | | HATO REY |
| DÁVILA CORREA, NIULCA | OFICINISTA DACTILÓGRAFO II | 04 | | HATO REY |
| DÁVILA CORTES, MELBA I | AUXILIAR DE ESTADÍSTICAS | 06 | | HATO REY |
| DÁVILA OTERO, GEORGINA | TÉCNICO DE PERSONAL IV | 21 | | HATO REY |
| DÁVILA REYES, ANGEL LUIS | AUXILIAR DE ESTADÍSTICAS I | 06 | | HATO REY |
| DE JESÚS RAMOS, LUIS G. | DIRECTOR | | | HATO REY |
| DE JESÚS RAMOS, LUIS G. | DIRECTOR | | | HATO REY |
| DE JESÚS RIVERA, MAURI | AUDITOR INTERNO III | 20 | | HATO REY |
| DE JESÚS VAZQUEZ, ENRIQUE | OPERADOR EQUIPO ELECTRÓNICO I | | | HATO REY |
| DEL VALLE DEL VALLE, RENE X | OFICINISTA I | 03 | | HATO REY |
| DELGADO PAGAN, IDSIA E. | SECRETARIA III | 10 | | HATO REY |
| DELGADO PEREZ, LUZ E. | OFICINISTA II | 04 | | HATO REY |
| DELGADO PEREZ, LUZ C. | OFICINISTA II | | | HATO REY |
| DIA RIOS, HECTOR M. | CONSERJE | 01 | | LOIZA |
| DÍAZ HERNÁNDEZ, RAFAEL | OFICINISTA IIII | 06 | | HATO RE |
| DÍAZ MALDONADO, ELIEZER | CONSERJE | 01 | | YAUCO |
| DIAZ MARTINEZ, OSCAR | | | | |
| DIAZ RIVERA, MARIA S. | | | | |
| DÍAZ VILLEGAS, VIRGINIA | OFICINISTA DACTILÓGRAFO II | 04 | | HATO R |
| DOBEKI FLORES, DAMARIS | | | | |
| DOMÍNGUEZ TORRES, EDILBERTO | OFICINISTA I | 03 | | HATO R |
| DONES DONES PELLICIER, MARIA | OFICINISTA DACTILÓGRAFO IV | | | HATO R |
| DONES PELLICIER, MARIA | OFICINISTA DACTILÓGRAFO IV | | | HATO R |
| ECHEVARRIA LUCIANO, LEIDA M. | OFICINISTA DACTILÓGRAFO II | 04 | | PONCE |
| ECCBAR FALU, ROBERTO | RADIO OPERADOR II | 10 | | HATO R |
| ESTRADA VÁZQUEZ, SYLVIA | SECRETARIA V | 13 | | HATO |
| F. LCON MALDONADO, NELIDA | OPERADOR DE ENTRADA DE DATOS II | 09 | | HATO |
| FALU BENITES, JOSEFINA | | | | |
| FEBO CRUZ, JUANITA | AYUDANTE ADMINISTRATIVO III | 17 | | HATO |
| FELICIANO GONZÁLEZ, MARIA L. | OFICIAL EJECUTIVO I | 20 | | HATO |
| FERNÁNDEZ MARTINEZ, MEDIN J. | OFICIAL EJECUTIVO I | 23 | | HATO |
| FIGUEROA ARROYO, JOSEFA M. | AUXILIAR DE CONTABILIDAD II | 13 | | HATO |
| FIGUEROA BAEZ, MARISOL | OPERADOR DE COMPUTADORA I | 11 | | HATO |
| FIGUEROA CARRASCO, JOSÉ DAVID | CONSERJE | 01 | | SAN I |
| FIGUEROA CARRASQUILLO, MARGARITA | AUXILIAR ADMINISTRATIVO I | | | HAT |

| APELANTES | PUESTO | ESCALA | PUEBLO |
|---|---|---|---|
| FIGUEROA ESPERANZA, MARTÍN | OFICINISTA DACTILÓGRAFO I | 03 | HATO REY |
| FIGUERA HERNÁNDEZ, LUZ V. | SECRETARIA EJECUTIVA | 14 | HATO REY |
| FIGUEROA NIEVES, ELSA MARIA | TÉCNICO DE INVESTIGACIÓN  II | | HATO REY |
| FIGUEROA NÚÑEZ, JOSUÉ | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| FIGUEROA SIERRA, CARMEN S. | OFICINISTA DACTILÓGRAFO II | | HUMACAO |
| FLORES COLÓN, MARIA DE LOS ANGELES | OPERADOR DE TELETIPO  II | 19 | HATO REY |
| FLORES LOZADA, AURELIA | PROGRAMADOR II | 21 | HATO REY |
| FONT RIOS, HIPÓLITO | DIRECTOR OFICINA ASUNTOS DE PERSONAL | 26 | HATO REY |
| FRANCO GONZÁLEZ, NEREIDA | OFICINISTA DACTILÓGRAFO II | 04 | AGUADILLA |
| FREYTES MALDONADO, CARMEN  Z. | SECRETARIO IV | | HATO REY |
| FREYTES MALDONADO, LOURDES | OFICINISTA II | 04 | HATO REY |
| GALARZA SANTANA, EVELYN | OFICINISTA  DACTILÓGRAFO II | 04 | HUMACAO |
| GARCÍA  PÉREZ, MARIA M. | OFICINISTA DACTILÓGRAFO II | | HATO REY |
| GARCÍA BETANCOURT, CARMEN E. | OFICINISTA  DACTILÓGRAFO II | 04 | ARECIBO |
| GARCÍA BETANCOURT, JOSEFA F. | SECRETARIA II | 06 | ARECIBO |
| GARCIA JIRIGNONI, MARIA DEL CARMEN | OFICINISTA I | | CULEBRA |
| GARCÍA DÍAZ, ANA G. | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| GARCÍA FONTANET, HÉCTOR M. | TÉCNICO HUELLAS DACTILARES IV | 18 | HATO REY |
| GARCIA GARCÍA LOURDES E. | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| GARCIA PÉREZ, ELSA E. | AYUDANTE ADMINISTRATIVO I | 11 | HATO REY |
| GELABERT CARABALLO, GLORIA M. | SECRETARIA EJECUTIVA | 14 | HATO REY |
| GOMEZ MARTINEZ, ANA B. | OFICINISTA DACTILÓGRAFO III | | HATO REY |
| GOMEZ RIEVERA, EDGAR | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO REY |
| GÓMEZ SIACA,LUZ E. | TÉCNICO DE PERSONAL IV | 21 | HATO REY |
| GONZÁLEZ  DE JESÚS, MARGARITA | SECRETARIA V | 13 | HATO REY |
| GONZÁLEZ COTTO, ADA L. | COORDINADOR DE CASOS OMBUSMAN | | HATO REY |
| GONZÁLEZ COTTO, NILDA A. | TAQUÍGRAFO DE INVESTIGACIÓN | 12 | HATO REY |
| GONZÁLEZ DÁVILA, CLARRISA | DACTILÓGRAFO III | 11 | HATO REY |
| GONZÁLEZ DE JESÚS, ENID M. | OFICINISTA DACTILÓGRAFO I | 03 | SAN LORENZO |
| GONZÁLEZ DIAZ, LOURDES | DIRECTORA DE SERVICIOS MEDICOS | | HATO REY |
| GONZÁLEZ GONZÁLEZ, JUAN R. | OFICIAL EJECUTIVO II | 23 | RIO PIEDRAS |
| GONZÁLEZ GONZÁLEZ, JUDITH | AUXILIAR DIRECTOR | | HATO REY |
| GONZÁLEZ GONZALEZ, MARITZA | OFICINISTA DACTILÓGRAFO IV | | HATO REY |
| GONZÁLEZ ORTIZ, JOSÉ M. | TÉCNICO HUELLAS DACTILARES II | 14 | HATO REY |
| GONZÁLEZ RODRÍGUEZ, ISIDORO | OFICINISTA I | | HATO REY |
| GONZÁLEZ SANTANA, ANTONIO | AUXILIAR DE ESTADÍSTICAS I | 06 | HATO REY |
| GOTAY CRUZ, ANA D. | SECRETARIA IV | 12 | HATO REY |
| GRAULAO MARTÍNEZ, VIVIANA | ESTADÍSTICAS III | | HATO REY |
| GUADALUPE SANABRIA, LUZ I. | OFICINISTA I | | HATO REY |
| GUERRA ISSUAR, CARMEN M. | AUXILIAR ESTADÍSTICAS I | 06 | HATO REY |
| GULDI OLIVO, IVONNE | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO REY |
| HERNÁNDEZ ALEMAN, AIDA I | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| HERNÁNDEZ CORTES, GLADIMAR | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| HERNANDEZ CRUZ, MABEL G. | TÉCNICO DE PERSONAL II | 16 | HATO REY |
| HERNANDEZ GONZALEZ, CARMEN A. | OFICINISTA DACTILÓGRAFO IV | | HATO REY |
| HERNÁNDEZ JUARBE, SAMUEL | ARTISTA DE BOCETOS  II | 14 | HATO REY |
| HERNÁNDEZ MARTÍNEZ, JOSÉ JAIME | OFICINISTA I | 03 | HATO REY |
| HERNÁNDEZ MÉNDEZ, BRUNILDA | SECRETARIA II | 06 | ARECIBO |
| HERNÁNDEZ MONTANEZ, LESLIE A. | SECRETARIA IV | 12 | HATO REY |
| HERNANDEZ RIVERA, GLORIA I. | OFICINISTA DACTILÓGRAFO | | AGUADILLA |
| HERNANDEZ RODRÍGUEZ, MARIA M. | | | |
| HERNANDEZ SANDOVAL, NITZA | AUXILIAR  ESTADÍSTICAS I | 06 | |
| HERNÁNDEZ SOTO, MARIA A. | OFICINISTA  DACTILÓGRAFO II | 04 | CAMUY |
| HIDALGO NÚÑEZ, MARIA L. | SECRETARIA EJECUTIVA | 14 | HATO REY |
| HUERTAS GREO, SONIA I. | | | |
| INDIO RIVERA, SAMUEL | AUXILIAR DIVISIÓN DIRECTOR PRODUCCIÓN & ARTE | | HATO REY |
| Irizarry NIEVES, IRIS M. | OFICINISTA DACTILÓGRAFO I | 03 | CAMUY |
| IRRIZARRY VIZCARRONDO, ROSA G. | TÉCNICO RELACIONES SYCO·SOCIAL | 15 | HATO REY |
| JIMÉNEZ ROBLES, LETICIA I. | OFICINISTA DACTILÓGRAFO IV | | SAN SEBASTIÁN |
| KUILAN AMEZQUITA, BEATRIZ | TÉCNICO DE PERSONAL III | 19 | HATO REY |
| KUILAN AMEZQUITA, SONIA NOEMI | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| LA VILLA, RICARDO | AYUDANTE ADMINISTRATIVO | | HATO REY |
| LABOY RODRÍGUEZ, MARIA DE L. | OFICINISTA  II | | HATO REY |
| LAGUERRE ACEVEDO, MIRAN | OFICINISTA DACTILÓGRAFO I | | ARECIBO |
| LAMELA SOTO, WALTER R. | OFICIAL EJECUTIVO II | 23 | HATO REY |
| LANZO ROMAN, ERIC O. | TÉCNICO HUELLAS DACTILARES I | 12 | HATO REY |
| LEBRON REYES, MARITAZA | AYUDANTE ADMINISTRATIVO II | 13 | HATO REY |
| LEBRON MUÑOZ, ANGEL | CONSERJE | 01 | HATO REY |
| LEÓN ALICEA, ANA RUTH | AYUDANTE ADMINISTRATIVO I | 11 | HATO REY |
| LÓPEZ DÍAZ, MARILYN | OFICINISTA I | 03 | HATO REY |
| LÓPEZ LAUREANO, ANTONIO | GUARDALMACÉN I | | HATO REY |
| LÓPEZ LAUREANO, RAUL | OFICINISTA II | 04 | HATO REY |
| LÓPEZ LEBRON, NILDA H. | ENFERMERA GRADUADA | | HATO REY |
| LÓPEZ LLOMPART, MERCEDES | AYUDANTE ADMINISTRATIVO III | 17 | HATO REY |
| LÓPEZ MAYMI, CARMEN LINNETTE | SECRETARIA III | 10 | HATO REY |
| LÓPEZ MAYSONET, DELIA | AUXILIAR DE ESTADÍSTICAS I | 08 | HATO REY |
| LÓPEZ OCASIO, MARIANO | TÉCNICO HUELLAS DACTILARES II | 14 | HATO REY |

| PELANTES | PUESTO | ESCALA | PUEBLO |
|---|---|---|---|
| ES LOUDRIEL, LUZ C. | OFICINISTA DACTILÓGRAFO II | 07 | HATO REY |
| ES MULLER, WILFREDO | OFICINISTA II | 04 | HATO REY |
| ES ROMERO, CARMEN | SECRETARIA | 14 | HATO REY |
| EZ REINA, LUIS A. | CONSERJE | 01 | ARECIBO |
| | CONSERJE | 01 | AGUADILLA |
| SIO GRACIA, PABLO | OPERADOR EQUIPO ELECTRÓNICO I | | HATO REY |
| SIO RIVERA, BRENDA | OFICIAL EJECUTIVO IV | | HATO REY |
| DA MORALES, VLADIMIR | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| ENCIA RODRÍGUEZ, MARIA DEL C | SECRETARIA III | 10 | HATO REY |
| JO NIEVES, GLORIA E. | TÉCNICO HUELLAS DACTILARES III | 16 | HATO REY |
| JENDO LÓPEZ, JOSÉ RENE | OFICINISTA | 09 | HATO REY |
| JENDO MALDONADO, SILVIA | OFICINISTA I | 03 | HATO REY |
| OZCO MOJICA, MARITZA | OFICINISTA II | | HATO REY |
| IEGA DEL VALLE, SONIA L. | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO REY |
| IEGA TORRES, CANDIDA | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| IIZ AYALA, MARLY A. | DIRECTORA DE ADIESTRAMIENTO | | HATO REY |
| IIZ CASTILLO, MIGDALIA DEL C. | SECRETARIA V | 13 | HATO REY |
| IIZ GUZMAN, Evelyn | OFICINISTA I | | HATO REY |
| IIZ MARRERO MIGDALIA | SECRETARIA IV | 12 | HATO REY |
| IIZ MONTALVO, EMMA | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO REY |
| IIZ NIEVES, ROSIBEL | AGENTE COMPRADOR | | HATO REY |
| IIZ PASTRANA, EMILIO | OFICINISTA DACTILÓGRAFO III | 00 | HATO REY |
| IIIZ RODRÍGUEZ, FLOR DE MARIA | SECRETARIA IV | 12 | HATO REY |
| IIIZ SANTIAGO, JUANITA | TÉCNICO I | | HATO REY |
| JSORIO RAMOS, JOSÉ A | OPERADOR DE ENTRADA DE DATOS II | 09 | ARECIBO |
| JYOLA OTERO, ORLANDO | SECRETARIA III | 10 | PONCE |
| JABÓN RUIZ, MIGDALIA | OPERADOR DE TELETIPO I | 9 | PONCE |
| JACHECO LABOY, EDWIN | OFICINISTA DACTILÓGRAFO II | | AGUADILLA |
| JADUA BARRIOS, LISSETE | OPERADOR DE ENTRADA DE DATOS I | | HATO REY |
| PAGAN CLAUDIO, LISBETT | AYUDANTE ADMINISTRATIVO III | 17 | HATO REY |
| PAGAN MARTÍNEZ, GLORIA | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| PAGAN SALGADO, PAULA | OFICIAL EJECUTIVO II | 23 | HATO RET |
| PALACIOS DÍAZ, JOSÉ H. | TÉCNICO DE PERSONAL III | 19 | HATO REY |
| PARRILLA MIRANDA, CONNIE | TÉCNICO DE PERSONAL I | 13 | HUMACAO |
| PÉREZ AMADOR, LISSETE | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| PÉREZ DÍAZ, SONIA I. | OFICINISTA DACTILÓGRAFO II | | GUAYANILLA |
| PÉREZ IRIZARRY, CARMEN M. | ESTADÍSTICO II | | HATO REY |
| PÉREZ MARTÍNEZ, MARÍA | OFICINISTA I | 03 | HATO REY |
| PÉREZ MEDINA, NÉSTOR | OFICINISTA I | | HATO REY |
| PÉREZ RIOS, ROSA M. | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| PÉREZ RODRÍGUEZ, NORMA | OFICINISTA DACTILÓGRAFO II | 04 | AGUADILLA |
| PÉREZ ROSADO, NEYSA | OFICINISTA IV | 09 | HATO REY |
| PÉREZ SANTOS, CARMEN A. | OFICINISTA DACTILÓGRAFO III | 06 | YAUCO |
| PÉREZ VÉLEZ, OLGA | OFICINISTA DACTILÓGRAFO I | 03 | ARECIBO |
| PÉREZ ZEDA, GLORIMAR | OPERADOR DE ENTRADA DE DATOS I | | CAROLINA |
| PILLICH FELIX , MARILYN | OPERADOR DE MAQ. DUPLICADORA | 03 | HATO REY |
| PORTELA FELICIANO, AGUSTIN | AYUDANTE ADMINISTRATIVO III | 17 | HATO REY |
| QUIÑONES RAMOS, CAMILA | AYUDANTE ADMINISTRATIVO I | 11 | HATO REY |
| QUIÑÓNEZ PINTO, SANDRA I. | OFICINISTA I | 03 | SAN LORENZO |
| QUIÑONEZ TORRES, CARMEN I. | OFICINISTA I | | GUAYANILLA |
| QUIÑÓNEZ TORRES, NELSON | OFICINISTA DACTILÓGRAFO II | 04 | ARECIBO |
| RABASSA DE RIVERA, NEREIDA | AUXILIAR DE ESTADÍSTICAS I | 06 | CAGUAS |
| RAMÍREZ PÉREZ, GERARDO J. | GUARDA ALMACEN I | | HATO REY |
| RAMOS AGUILA, RAMÓN R. | OPERADOR DE ENTRADA DE DATOS II | 09 | RIO PIEDRAS |
| RAMOS BRACETTI, JANNETT | OFICINISTA DACTILÓGRAFO | | FAJARDO |
| RAMOS FIGUEROA, LUZ D. | TÉCNICO HUELLAS DACTILARES III | 16 | HATO REY |
| RAMOS FUENTES, EDDIE | OFICINISTA DACTILÓGRAFO II | 04 | MAYAGUEZ |
| RAMOS FUENTES, EDITH M. | OFICINISTA DACTILÓGRAFO | | ARECIBO |
| RAMOS MARTÍNEZ, ROSA | ANALISTA SISTEMAS ELECTRÓNICOS II | | HATO REY |
| RAMOS RIVERA, LUZ MARIA | OFICINISTA I | 10 | HATO REY |
| RAMOS RODRÍGUEZ, LOURDES | SECRETARIA III | 23 | HATO REY |
| RAMOS SABASTER, ROSA MA. | PROGRAMADOR III | 23 | HATO REY |
| RAMOS SÁNCHEZ, CARLOS M. | COORDINADOR DE TELECOMUNICACIONES | 03 | ARECIBO |
| RAYA DÁVILA, SALVADOR | OFICINISTA DACTILÓGRAFO | 10 | HATO REY |
| REYES SÁNCHEZ, SONIA M. | PROGRAMADOR I | 07 | HATO REY |
| REYES SOTO, CARLOS | OPERADOR DE ENTRADA DE DATOS | 09 | HATO REY |
| RIO NAZABAL, AMABLE | OPERADOR DE ENTRADA DE DATOS II | | |
| RIO NAZABAL, AMPARO | | 06 | HATO REY |
| RIOS CANCEL, LUZ E. | | 01 | ARECIBO |
| RIOS FELICIANO, LUIS S. | OFICINISTA DACTILÓGRAFO III | | HUMACAO |
| RIOS LÓPEZ, ROSA I. | CONSERJE | | HATO REY |
| RIOS RAMOS, ANA E | OFICINISTA DACTILÓGRAFO I | 18 | HATO REY |
| RIOS SANTIAGO, ANGEL L. | TÉCNICO HUELLAS DACTILARES IV | 11 | UTUADO |
| RIVERA RIVERA, SONIA | AYUDANTE ADMINISTRATIVO I | | HATO REY |
| RIVERA RODRÍGUEZ, LUZ MINERVA | CONTADOR I | | HATO REY |
| RIVERA RODRÍGUEZ, MARIA M. | DIRECTOR DE RECLUTAMIENTO | 00 | HATO REY |
| VERA RODRÍGUEZ, CARMEN IRIS | OFICINISTA I | 10 | HATO REY |
| Z, FRANKIE | TÉCNICO HUELLAS DACTILARES III | | |

| APELANTES | PUESTO | ESCALA | PUEBLO |
|---|---|---|---|
| RIVERA BORRES, ERNESTO | TÉCNICO HUELLAS DACTILARES I | 12 | HATO REY |
| RIVERA COLMENARES, MARTA | OFICINISTA III | | HATO REY |
| RIVERA FERRER, NAVAL | ESTADÍSTICAS I | 14 | HATO REY |
| RIVERA FLORES, ANA E. | OFICINISTA II | | HATO REY |
| RIVERA FONTANEZ, MARIA M. | AUXILIAR ADMINISTRATIVO III | | HATO REY |
| RIVERA GARCÍA, IRIS | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| RIVERA GONZÁLEZ, MARGARITA | OFICINISTA I | 03 | HATO REY |
| RIVERA GONZÁLEZ, RUBÉN | CONSERJE | 01 | AGUADILLA |
| RIVERA NEGRÓN, IRIS M. | AYUDANTE ADMINISTRATIVO III | 17 | HATO REY |
| RIVERA OLIVERO, ISRAEL | AUXILIAR MEDICO | | HATO REY |
| RIVERA OTERO, HAYDEE | OFICINISTA IV | 09 | HATO REY |
| RIVERA PABON, YADIRA | TÉCNICO DE PERSONAL II | 16 | HATO REY |
| RIVERA PIZARRO, JOSÉ L. | OFICINISTA DACTILÓGRAFO I | 03 | HATO REY |
| RIVERA REYES, GUILLERMO | | | HATO REY |
| RIVERA RIOS, FRANCES | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| RIVERA RIVERA, NYDIA | OFICIAL EJECUTIVO III | 23 | HATO REY |
| RIVERA RODRÍGUEZ, MARIA M. | DIRECTORA DE RECLUTAMIENTO | | HATO REY |
| RIVERA SÁNCHEZ, NANCY | TÉCNICO DE PERSONAL I | 13 | HATO REY |
| RIVERA SANTIAGO, MARITZA | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| RIVERA SILVA, DAMARIS | OFICINISTA DACTILÓGRAFO II | | HATO REY |
| RIVERA TORES, MARIBEL | ESTADÍSTICAS I | 14 | HATO REY |
| RIVERA VAZQUEZ, MERCEDES | OFICINISTA DACTILÓGRAFO III | | PONCE |
| ROBLES PIZARRO, CESAR | TÉCNICO HUELLAS DACTILARES I | 12 | HATO REY |
| ROBLES REYES, ELIUT | OFICIAL EJECUTIVO II | 23 | HATO REY |
| RODRÍGUEZ ÁLVAREZ, ISABEL | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO REY |
| RODRÍGUEZ ÁLVAREZ, MIGDALIA | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO REY |
| RODRÍGUEZ ARROYO, DORIS | OFICINISTA I | | GUAYAMA |
| RODRÍGUEZ BURGOS, IVETTE | OFICINISTA DACTILÓGRAFO IV | | HATO REY |
| RODRÍGUEZ CEPEDA, ROSA E. | OFICINISTA I | 03 | HATO REY |
| RODRÍGUEZ COLLAZO, MARITZA | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| RODRÍGUEZ COLON, CARMEN M. | OFICINISTA DACTILÓGRAFO II | | HATO REY |
| RODRÍGUEZ COLON, MARIA C. | OFICINISTA II | 04 | HATO REY |
| RODRÍGUEZ CRUZ, ALEIDA | OFICIAL EJECUTIVO I | 20 | HATO REY |
| RODRÍGUEZ DOMENECH, MARIA DE LA A. | OFICIAL EJECUTIVO II | 23 | HATO REY |
| RODRÍGUEZ FONTANEZ, JENNY I. | TRABAJADOR SOCIAL II | 18 | HATO REY |
| RODRÍGUEZ HERNÁNDEZ, OSCAR | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| RODRÍGUEZ IGLESIAS, VICKY | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| RODRÍGUEZ MATOS, IRVIA L. | OFICINISTA DACTILÓGRAFO II | 06 | HATO REY |
| RODRÍGUEZ MELÉNDEZ, MARIA D. | OFICINISTA I | | GUAYAMA |
| RODRÍGUEZ MILLAN, GLADYS | SECRETARIA | | YAUCO |
| RODRÍGUEZ MORALES, BRUNILDA | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| RODRÍGUEZ MORALES, JUAN D. | OPERADOR DE MAQUINA DUPLICADORA II | 05 | HATO REY |
| RODRÍGUEZ RIVERA, IRIS N. | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| RODRÍGUEZ RODRÍGUEZ, EVANGELINA | OFICINISTA I | | GUAYAMA |
| RODRÍGUEZ RODRÍGUEZ, SULMENEIDA | AYUDANTE ADMINISTRATIVO III | 17 | HATO REY |
| RODRÍGUEZ ROSA, ADA E. | SECRETARIA III | 10 | HATO REY |
| ROJAS MARRERO, ROSARIO | TAQUÍGRAFO DE INVESTIGACIÓN III | | HATO REY |
| ROMAN OCASIO, OSVALDO | OFICINISTA I | | HATO REY |
| ROMÁN SANTIAGO, FREDDY | PROGRAMADOR III | 23 | HATO REY |
| ROMÁN HERNÁNDEZ, ANA E. | SECRETARIA I | 04 | ARECIBO |
| ROMÁN HERNÁNDEZ, ELMO S. | OFICINISTA I | | HATO REY |
| ROMERO BONILLA, ENEIDA | OFICINISTA DACTILÓGRAFO I | 03 | HATO REY |
| ROSA JAVIER, ALICE D. | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| ROSA RODRÍGUEZ, LUIS. A. | TÉCNICO COMUNICACIONES II | | HATO REY |
| ROSA ROJAS, Evelyn | SECRETARIA IV | 12 | HATO REY |
| ROSA ROSA, MARIA DE LOS A. | OFICIAL EJECUTIVO II | 23 | HATO REY |
| ROSADO BARRETO, MAGDALENA | OFICINISTA DACTILÓGRAFO I | 03 | SAN LORE |
| ROSADO OCASIO, CARMEN M. | SECRETARIA I | 04 | HATO RE |
| ROSADO TORRES, JOSÉ A. | OFICINISTA II | 04 | HATO RE |
| ROSADO VIRELLA, RAFAEL | CONSERJE | 01 | HATO RE |
| ROSARIO JIMÉNEZ, JOSE F. | TÉCNICO DE SISTEMAS Y PROCEDIMIENTOS II | | HATO RE |
| ROSARIO LÓPEZ, IVONNE E. | AYUDANTE ADMINISTRATIVO I | 11 | HATO RE |
| ROSARIO ROBLES, CARMEN A. | ESTADÍSTICAS I | 14 | HATO RE |
| ROSARIO RODRÍGUEZ, ANA H. | OFICINISTA DACTILÓGRAFO II | | HATO RI |
| SALA BUSSIER, LEYLA | ESTADÍSTICAS II | | HATO R |
| SALCEDO RIDRIGUEZ, MARIA I. | OFICINISTA DACTILÓGRAFO I | 03 | YAUCO |
| SÁNCHEZ DELGADO, ANIBAL | OFICINISTA DACTILÓGRAFO I | 03 | YAUCO |
| SÁNCHEZ FONSECA, JORGE A. | TÉCNICO DE COMUNICACIONES II | 15 | HATO I |
| SÁNCHEZ ORTIZ, MARTA I. | SECRETARIA IV | 12 | HATO I |
| SÁNCHEZ RIVERA, MARTA | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO I |
| SÁNCHEZ RIVERA, MIRTA | AYUDANTE ADMINISTRATIVO III | 17 | HATO |
| SÁNCHEZ RIVERA, ROSALINA | OFICINISTA II | 04 | HATO |
| SÁNCHEZ ROSARIO, YOLANDA | OFICINISTA DACTILÓGRAFO II | 04 | VIEQU |
| SANJUJO SALGADO, MARGARITA | OFICINISTA DACTILÓGRAFO III | 06 | HATO |
| SANJURJO ANDINO, JOHANNA | TÉCNICO HUELLAS DACTILARES I | 12 | HATO |
| SANTANA DÍAZ, ANA ROSA | OPERADOR DE ENTRADA DE DATOS II | 09 | HATO |
| SANTANA VELÁSQUEZ, VILMARIZ | OFICINISTA DACTILÓGRAFO II | 04 | HATO |

| APELANTES | PUESTO | ESCALA | PUEBLO |
|---|---|---|---|
| LÓPEZ RIVERA, SABINA | PROGRAMADOR I | 18 | HATO REY |
| LÓPEZ ROSARIO, DELFINA | OFICINISTA I | 03 | HATO REY |
| LÓPEZ ROSARIO, MARIA T. | SECRETARIA DIRECTOR C.I.C. | | HATO REY |
| LÓPEZ SANTIAGO, MERARYS | OFICINISTA DACTILÓGRAFO I | 03 | HATO REY |
| LÓPEZ VEGA, CARMEN M. | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| LÓPEZ VEGA, MYRNA | OFICINISTA DACTILÓGRAFO II | 03 | HATO REY |
| LORENZANA VILLAFEÑE, CARMELO | MENSAJERO CONDUCTOR | | MANATÍ |
| LOZADA MARTINEZ, CARMEN A. | OPERADOR DE ENTRADA DE DATOS I | | ARECIBO |
| LOZADA PEREZ, RENEIDA | SECRETARIA III | | HATO REY |
| LUGO PEREZ MINERVA | OFICIAL EJECUTIVO III | 10 | GURABO |
| LUQUE COLON, HÉCTOR F. | RADIO OPERADOR I | 24 | HATO REY |
| MALDONADO ORTIZ, ROSA M. | OFICINISTA DACTILÓGRAFO III | 05 | CAGUAS |
| MARRERO GONZÁLEZ, NORRES D. | TRABAJADOR SOCIAL II | 06 | HATO REY |
| MARRERO RODRÍGUEZ, ADA I. | SECRETARIA II | 10 | HATO REY |
| MARRERO RUIZ, JOSÉ G. | OFICIAL EJECUTIVO III | 06 | HATO REY |
| MARTÍNEZ BURGOS, HAYDEE | OFICIAL EJECUTIVO III | 23 | HATO REY * |
| MARTÍNEZ CLAUDIO, RUBEN | CONSERJE | 23 | HATO REY |
| MARTÍNEZ GONZÁLEZ, CARMEN M. | DACTILÓGRAFO III | 01 | HATO REY |
| MARTÍNEZ GONZÁLEZ, YOLANDA | OFICINISTA DACTILÓGRAFO II | 11 | HATO REY |
| MARTÍNEZ HERNÁNDEZ, CARMEN T. | SECRETARIA V | 03 | BAYAMON |
| MARTÍNEZ ORTIZ, HÉCTOR | OFICINISTA DACTILÓGRAFO IV | 13 | HATO REY |
| MATOS JIMÉNEZ, BLANCA IRIS. | AYUDANTE ADMINISTRATIVO II | 09 | ARECIBO |
| MATOS VELÁSQUEZ, JULIO A. | CONSERJE | 13 | HATO REY |
| MATOS VELAZQUEZ, JULIO A | TÉCNICO DE MANTENIMIENTO | 01 | YAUCO |
| MAYSONET FALCON, CARMEN G. | SECRETARIA EJECUTIVA | 01 | Yabucoa |
| MEDINA CABAN, RAUL | OFICIAL EJECUTIVO I | | HATO REY |
| MEDINA RIVERA, CARLOS J. | OFICIAL EJECUTIVO III | 20 | HATO REY |
| MEDINA RODRÍGUEZ, JORGE | ALMACÉN GUARDA I | 23 | HATO REY |
| MEDINA SANTIAGO, OLGA I. | TÉCNICO DE PRESUPUESTO V | | HATO REY |
| MELÉNDEZ CALDERON, OSCAR | TÉCNICO HUELLAS DACTILARES | | HATO REY |
| MELÉNDEZ RIVERA, MARIA E. | OFICINISTA DACTILÓGRAFO II | 12 | HATO REY |
| MENDEZ BONILLA, LILLIAM I. | ESTADÍSTICAS II | | HATO REY |
| MENDEZ CANCEL, MARITZA | | | HATO REY |
| MENENDEZ GONZÁLEZ, JUAN A. | TÉCNICO HUELLAS DACTILARES III | | AGUADILLA |
| MERCADO MORALES, HILDA | DIVISIÓN DE SICOLOGÍA Y TRABAJO SOCIAL | 16 | HATO REY |
| MERCADO RIVERA, CARLOS | OFICINISTA I | | HATO REY |
| MERCED RODRÍGUEZ, BERNARDO | | 03 | HATO REY |
| MILIAN PIZARRO, ELIAS | TÉCNICO HUELLAS DACTILARES I | | HATO REY |
| MIRANDA HERNÁNDEZ, CARMELO | OFICINISTA DACTILÓGRAFO I | 12 | HATO REY |
| MIRANDA MIRANDA, ROSA M. | OFICINISTA DACTILÓGRAFO I | 03 | AGUADILLA |
| MIRANDA ORTIZ, CRUZ MARIA | SECRETARIA V | 03 | HATO REY |
| MIRANDA RODRÍGUEZ, ANA I. | OFICINISTA DACTILÓGRAFO III | 13 | |
| MOJICA MOTTA, MELBA IRIS | OFICINISTA DACTILÓGRAFO IV | | HATO REY |
| MOJICA TIRADO, YAMILET | OFICINISTA DACTILÓGRAFO II | 09 | CABO ROJO |
| MOLINA HERNÁNDEZ, ERNESTO | CONSERJE | | ARECIBO |
| MONCLOVA RODRÍGUEZ, ELEONOR | OPERADOR DE ENTRADA DE DATOS I | 01 | HATO REY |
| MONGE FERNÁNDEZ, SONIA | ESTADÍSTICOS I | 07 | HATO REY |
| MONTALVO AMIL, IRMA. | DATA ENTRY I | 14 | HATO REY |
| MONTALVO CARABALLO, GLADYS | OPERADOR DE ENTRADA DE DATOS III | | HATO REY |
| MONTALVO PASTRANA, MIRTA | OFICINISTA DACTILÓGRAFO I | 11 | HATO REY |
| MONTAÑEZ DELGADO, CARMEN S. | AYUDANTE ADMINISTRATIVO III | 03 | ARECIBO |
| MORALES CABALLERO, VIVIAN | PROGRAMADOR SIST. ELECT. I | 17 | HATO REY |
| MORALES GUADALUPE, MAYRA | AYUDANTE ADMINISTRATIVO III | 18 | HATO REY |
| MORALES MARTINEZ, VILMA | OFICINISTA I | 17 | HATO REY |
| MORALES OTERO, MARIA S. | AUDITOR INTERNO IV | 03 | HATO REY |
| MORALES RODRÍGUEZ, MARÍA R. | OFICINISTA DACTILÓGRAFO II | 04 | SAN LOREN |
| MORALES SANTANA, DAMASO | DIRECTOR ARTE Y REPRODUCCIÓN | 21 | HATO REY |
| MORENO CRUZ, MIGDALIA | OFICINISTA DACTILÓGRAFO III | 06 | HATO REY |
| MORINGLANE GONZÁLEZ, ASENCIO | TÉCNICO DE COMUNICACIONES III | | HATO REY |
| MUÑOZ DE VALLEJO, ANTONIA | ESTADÍSTICAS II | 14 | HATO REY |
| MUÑOZ LOIZ, NILKA | OFICINISTA DACTILÓGRAFO II | 04 | CAGUAS |
| MUÑOZ RODRÍGUEZ, ZORAIDA | SECRETARIA I | 04 | SAN LORE |
| NAPOLEÓN ROSADO, VIVIAN | AYUDANTE ADMINISTRATIVO I | 11 | HATO REY |
| NARVÁEZ RIVERA, EPIFANIA | OFICINISTA DACTILÓGRAFO I | | HATO REY |
| NAVEDO ARROYO, FRANCISCO | TÉCNICO HUELLAS DACTILARES III | 16 | HATO RE |
| NAZARIO NAVAS, RAMÓN NICOLAS | AYUDA FAMILIA VICTIMAS DEL CRIMEN P.A.F.U.I.C | | HATO RE |
| NEGRÓN ARROYO, LUZ Z. | OFICINISTA DACTILÓGRAFO II | 04 | HATO RE |
| NEGRÓN FLORES, ALEYIS | TÉCNICO DE SISTEMA DE PROC. | 16 | HATO RE |
| NEGRON GARCIA, CARMEN D. | OFICINISTA II | | HATO RE |
| NEGRÓN MOJICA, SAUL | TÉCNICO DE PERSONAL III | 19 | HATO RE |
| NEGRÓN NEGRÓN, MINERVA | CONSERJE | 01 | ARECIBO |
| NEVARES ÁLVAREZ, RAMONITA | OFICINISTA DACTILÓGRAFO IV | 09 | HATO RE |
| NEVÁVEZ FONTAN, JOSÉ E. | TÉCNICO DE SISTEMA DE PROC V | 23 | HATO RE |
| NIEVES COTTO, MIRNA | OFICINISTA DACTILÓGRAFO II | 04 | BAYAMC |
| NIEVES CRUZ, ISABEL | SECRETARIA III | 10 | HATO RE |
| NIEVES CRUZ, MAYDA | OFICINISTA I | | HATO RE |
| NIEVES IZQUIERDO, EDDIE | OFICINISTA III | | HATO RE |

| APELANTES | PUESTO | ESCALA | PUEBLO |
|---|---|---|---|
| SANTANA VENEGAS, ELSIE H. | OFICINISTA II | | HATO REY |
| SANTIAGO AVILÉS, RUBEN | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| SANTIAGO CESAREO, JOSÉ A. | OFICINISTA DACTILÓGRAFO | | HATO REY |
| SANTIAGO GONZÁLEZ, MARGIE | | | PONCE • • • |
| SANTOS LÓPEZ SAMUEL A. | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| SANTOS RODRÍGUEZ, ROSA M. | OFICINISTA IV | 09 | HATO REY |
| SANTOS TORRES, MIRIAM | TRABAJADORA SOCIAL IV | | HATO REY |
| SARRAGA RIVERAS, MAGALI | TÉCNICO DE PRESUPUESTO II | | HATO REY |
| SASTRE SÁNCHE, CARMELO A. | AYUDANTE ADMINISTRATIVO I. | 11 | ARECIBO |
| SEDA MARTÍNEZ, LESVIA ENID | SICOLOGÍA III | | HATO REY |
| SEPULVEDA SIERRA, ZULMA | AYUDANTE ADMINISTRATIVO | | HATO REY |
| SIERRA RIVERA, RANDY | TÉCNICO DE COMUNICACIONES I | 11 | HATO REY |
| SIERRA SOTO, HARRY | PROGRAMADOR DE SISTEMA ELECTRÓNICO I | | HATO REY |
| SOLIS MANZANO, CARMEN A. | OFICINISTA DACTILÓGRAFO I | 03 | HATO REY |
| SOTO NAZARIO, HILDA I. | COORDINADORA DE ÁREA | 19 | HATO REY |
| SOTO RIVERA, MARIE E. | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| SOTO SANTOS, ROSA I. | OFICINISTA DACTILÓGRAFO IV | 09 | HATO REY |
| TIRADO MARTÍNEZ, ANGELIE M. | OFICINISTA I | | HATO REY |
| TIRADO MARTIR, VILMA | AUXILIAR ADMINISTRATIVO II | | HATO REY |
| TIRADO ROSARIO, REINALDO | TÉCNICO DE PLANTA DE EMERGENCIA II | 15 | HATO REY |
| TORRES CRUZ, MILAGROS | CONTADOR I | | PONCE |
| TORRES DÍAZ, MARIA GISELA | AYUDANTE ADMINISTRATIVO II | 13 | HATO REY |
| TORRES HERNÁNDEZ, RUBEN | TÉCNICO HUELLAS DACTILARES III | 16 | HATO REY |
| TORRES RIOS, CARMEN M. | DIVISIÓN REGISTRO DE ARMAS | | HATO REY |
| TORRES RODRÍGUEZ, GLORIA | OFICINISTA DACTILÓGRAFO I | 03 | HATO REY |
| TOPRES RODRÍGUEZ, LUZ M. | OFICINISTA DACTILÓGRAFO I | 03 | YAUCO |
| TORRES SERRANO, CARMEN J. | OFICINISTA I | 03 | HATO REY |
| TORRUELLAS, SIMONETTI, VICTORINA | SECRETARIA IV | 12 | HATO REY |
| URRUTIA NÚÑEZ, ESTEBAN | CONSERJE | 01 | SAN SEBASTIÁN |
| VALE SOTO , ANA | | | |
| VALENTIN CARRION, VICTORIA | IDENTIFICACIÓN  CRIMINAL | 09 | HATO REY |
| VALLEJO MUÑOZ, ANTONIO | ARTITA DE  BOCETOS III | 17 | HATO REY |
| VARGAS LOPEZ, MARIA | TEC. PRES IV | | HATO REY |
| VÁZQUEZ DÍAZ, BRUNILDA | AYUDANTE ADMINISTRATIVO III | 17 | HATO REY |
| VAZQUEZ FERRI NIVIA | OFICINISTA I | | HATO RYE |
| VÁZQUEZ GONZÁLEZ, MILAGROS | SECRETARIA | | CAGUAS |
| VAZQUEZ RODRÍGUEZ, CARMELITA | | | HATO REY |
| VEGA ARCE, MIGDALIA | OFICIAL EJECUTIVO II | 23 | HATO REY |
| VEGA DE DE LEON, LUZ M. | AUXILIAR DE CONTABILIDAD III | 16 | HATO REY |
| VEGA MORALES, CARMEN D. | OFICIAL EJECUTIVO I | 20 | HATO REY |
| VEGA PEREZ, LUCAS | OFICINISTA | 09 | HATO REY |
| VEGA SERRANO, HÉCTOR R. | INSTALADOR DE TORRES Y ANTENAS | | HATO REY |
| VELÁSQUEZ DÍAZ, MABEL E. | TÉCNICO DE PERSONAL III | 19 | HATO REY |
| VELAZQUEZ MONTALVO, IRVISON | OPERADOR DE ENTRADA DE DATOS I | 07 | HATO REY |
| VELEZ CARDONA, AIDA M. | DIRECTORA DIV. PSICOLOGÍA Y TRABAJADOR SOCIAL | | HATO REY |
| VÉLEZ COLON, MIRAN | OFICINISTA DACTILÓGRAFO II | 04 | ARECIBO |
| VELEZ PAGAN, RAMONA | TÉCNICO HUELLAS DACTILARES I | 12 | HATO REY |
| VENTURA SÁNCHEZ, LISIADA | CONTADOR I | | CAROLINA |
| VENTURA SÁNCHEZ, MARCOS J. | MENSAJERO | | GURABO |
| VERA AVEILES, ENILDA | TÉCNICO DE PERSONAL II | 16 | HATO REY |
| VERA VARGAS, OMAYRA | | | |
| VERDEJO PARRILLA, MARILYN | TÉCNICO RELACIONES SYCO-SOCIAL | 15 | HATO REY |
| VIDAL ACEVEDO, MARIA A | OFICINISTA DACTILÓGRAFO II | 04 | FAJARDO |
| VILLANUEVA DIAZ, PRISCILLA | SECRETARIA III | 10 | HATO REY |
| VILLEGAS ALVAREZ, AIDA L. | TÉCNICO HUELLAS DACTILARES I | 12 | HATO REY |
| VIRUET VILLAFAÑE, AIDA I. | OFICINISTA DACTILÓGRAFO II | 04 | HATO REY |
| WEAVER CAMPILLO, PETER | ANALISTA DE SISTEMA  III | 27 | HATO REY |
| ZARZA, MARTIN, MARIA I | OFICIAL EJECUTIVO III | 24 | HATO REY |
| ZAYAS RODRÍGUEZ, MIGDALIA | AUXILIAR EN OPERACIONES DE CAMPO | | HATO REY |