UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM<br>OF THE GOVERNMENT OF THE<br>COMMONWEALTH OF PUERTO RICO (ERS), | |
| Debtor. | |

---

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| as representative of | No. 19 BK 5523-LTS |

PUERTO RICO PUBLIC BULDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

ORDER APPROVING URGENT MOTION
TO RESCHEDULE THE CONTINUED DISCLOSURE STATEMENT HEARING

Upon the *Urgent Motion to Reschedule the Continued Disclosure Statement Hearing* (Docket Entry No. 17500 in Case No. 17-3283, the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that the Oversight Board provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein, IT IS HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Disclosure Statement Hearing is rescheduled to **Thursday, July 29, 2021**, at **10:30 a.m. (Atlantic Standard Time)** (the "Continued Hearing Date").

3. The Oversight Board shall file an amended Disclosure Statement and an amended proposed order approving the Disclosure Statement, and redlines of each showing changes from the prior versions of the same, by **Tuesday, July 27, 2021**, at **9:00 a.m. (Atlantic Standard Time)**.

4. The deadline for parties to file objections, if any, to the Disclosure Statement revisions made in response to the Court's Disclosure Statement Hearing Order of July 16, 2021, is **Wednesday, July 28, 2021**, at **12:00 p.m. (Atlantic Standard Time)**.

5. The Court's *Order Regarding Procedures for Continued Disclosure Statement Hearing* (Docket Entry No. 17446 in Case No. 17-3283, the "Procedures Order") is deemed applicable to the Continued Hearing Date, with the following amendments:

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

    a. With respect to paragraph 1 of the Procedures Order, the deadline to register on CourtSolutions for the Continued Hearing Date will be **July 26, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

    b. The informative motions described in paragraph 4 of the Procedures Order must be filed by **July 26, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

    c. Parties who have already filed Informative Motions concerning their intention to be heard do not need to refile those motions unless there are changes to the attorneys identified therein.

    d. The agenda described in paragraph 7 of the Procedures Order must be filed by **July 26, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

    e. The filings described in paragraph 8 of the Procedures Order will be due by **July 27, 2021**, at **12:00 p.m. (Atlantic Standard Time)** and **July 27, 2021**, at **9:00 p.m. (Atlantic Standard Time)**, respectively.

6. Debtors' counsel will file a revised agenda on **Wednesday, July 28, 2021**, if circumstances have changed or if requested to do so by the Court.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

8. This Order resolves Docket Entry No. 17500 in Case No. 17-3283.

SO ORDERED.

Dated: July 24, 2021

                                                                     /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge