## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., | No. 17 BK 3283-LTS (Jointly Administered) |
| | This filing relates to the Commonwealth. |
| Debtors | |

## MOTION TO INFORM REGARDING CLAIM
## TO BE HEARD AT THE AUGUST 4, 2021 HEARING
### Re: Docket Nos. 16647 and 17207

TO THE HONORABLE COURT:

The Puerto Rico Land Administration, through the undersigned counsel, very respectfully informs and requests:

1. Creditor intends to appear and be heard at the August 4, 2021 Hearing in connection with the Three Hundred Twenty-First Omnibus Objection to Claim Nos. 50438 & 73021 (Docket No. 16647) of the Puerto Rico Land Administration (the "Claims"), one for $1,129,811.76 and the other for $36,386,620.57, and the Response to Objection to Claims (Docket No. 17207).

2. The undersigned will appear, on behalf of the appearing party, at the Claim Objection Hearing telephonically.

3. Together with the instant motion, the Puerto Rico Land Administration supplements its Response at Docket No. 17207 with a copy of the Deposits Account Statement recently received from the Economic Development Bank for Puerto Rico concerning the funds or deposits relevant to Claim No. 50438. As argued in the Response at Docket No. 17207, the

attached Deposits Account Statement[1] received from the Economic Development Bank for Puerto Rico suggests that the deposits relevant to Claim No. 50438 cannot be considered Designated Deposits subject to the provisions of the GDB Restructuring Act, and that the Objection (Docket No. 16647) should be denied as to Claim No. 50438.

WHEREFORE, very respectfully it is requested that the Court take notice of the aforementioned and that the undersigned be provided access to appear at the hearing telephonically. It is also requested that the Response at Docket No. 17207 be considered supplemented and amended, subject to what was prayed therein.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, July 24, 2021.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants and attorneys of record.

S/ CARLOS E. CARDONA-FERNÁNDEZ
Carlos E. Cardona-Fernández
USDC-PR No. 217806
PO Box 810412
Carolina PR 00981-0412
Ph. (787) 550-9280
e-mail: carloscardonafe@hotmail.com

---

[1] The amount reflected in the Deposits Account Statement includes the interest accrued.