

# DEPOSITS ACCOUNT STATEMENT

**For the Period Ending 06/30/2021**

**PR LAND ADMINISTRATION**

PO BOX 9745

SAN JUAN, PR 00908

| REF ID | TRANS TYPE | SETTL. DATE | MATR DATE | RATE | BEG. BALANCE | ACCRETION | REDUCTION | ENDING BALANCE | INT ACCRUED |
|---|---|---|---|---|---|---|---|---|---|
| C2107401 | ISS | 3/15/2021 | 6/14/2021 | 1.7300 | 1,216,066.45 | 0.00 | 1,216,066.45 | 0.00 | |
| C2116505 | ISS | 6/14/2021 | 9/13/2021 | 1.7300 | 0.00 | 1,221,384.38 | 0.00 | 1,221,384.38 | 997.80 |
| | | | | **Grand Totals:** | **$1,216,066.45** | **$1,221,384.38** | **$1,216,066.45** | **$1,221,384.38** | **$997.80** |

*Securities without activity during this period will not be detailed in this statement

---

**Any claim related to this statement must be submitted in writing no later than 30 days after this statement is sent or made available.**

Email: Inversiones@bde.pr.gov

P.O. BOX 2134 SAN JUAN PR 00922

Telephone: (787) 641-4300

PAGE: 1 of 3



# DEPOSITS ACCOUNT STATEMENT

**For the Period Ending 06/30/2021**

**PR LAND ADMINISTRATION**  
PO BOX 9745

**Monthly Transactions Detail**

SAN JUAN, PR 00908

| REF. NO: | C2107401 | GDB BEHALF OF LAND ADM | SETTLEMENT DATE: | 3/15/2021 | | MATURITY DATE: | 6/14/2021 |
|---|---|---|---|---|---|---|---|
| TRADE DATE | TRANS. TYPE | EFFECTIVE DATE | FACE AMOUNT | TRANSACTION AMOUNT | PRINCIPAL BALANCE | INTEREST AMOUNT | RATE |
|  | MATR | 6/14/2021 | 1,216,066.45 | 0.00 | 1,216,066.45 | 5,317.93 | 1.73 |

|  | ACCOUNT STETEMENT CLOSING BALANCE | | |
|---|---|---|---|
| BEGINNING BALANCE: | $1,216,066.45 | RATE:: | 1.7300 |
| TOTAL ACCRETIONS: | $0.00 | YIELD: | 1.7300 |
| TOTAL REDUCTIONS: | $1,216,066.45 | INTEREST ACCRUED: |  |
| FACE AMOUNT: | $0.00 | INTEREST PAID: | $5,317.93 |

**Any claim related to this statement must be submitted in writing no later than 30 days after this statement is sent or made available.**

Email: Inversiones@bde.pr.gov

P.O. BOX 2134 SAN JUAN PR 00922

Telephone: (787) 641-4300

PAGE: 2 of 3



# DEPOSITS ACCOUNT STATEMENT

**For the Period Ending 06/30/2021**

**PR LAND ADMINISTRATION**  
PO BOX 9745  
SAN JUAN, PR 00908

**Monthly Transactions Detail**

| REF. NO.: | C2116505 | GDB BEHALF OF LAND ADM | | SETTLEMENT DATE: | 6/14/2021 | | MATURITY DATE: | 9/13/2021 |
|---|---|---|---|---|---|---|---|---|
| TRADE DATE | TRANS. TYPE | EFFECTIVE DATE | FACE AMOUNT | | TRANSACTION AMOUNT | PRINCIPAL BALANCE | INTEREST AMOUNT | RATE |
| 6/14/2021 | ISS | 6/14/2021 | 1,221,384.38 | | 0.00 | 1,221,384.38 | 0.00 | 1.73 |

| ACCOUNT STETEMENT CLOSING BALANCE | | | |
|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | RATE:: | 1.7300 |
| TOTAL ACCRETIONS: | $1,221,384.38 | YIELD: | 1.7300 |
| TOTAL REDUCTIONS: | $0.00 | INTEREST ACCRUED: | $997.80 |
| FACE AMOUNT: | | INTEREST PAID: | $0.00 |

---

**Any claim related to this statement must be submitted in writing no later than 30 days after this statement is sent or made available.**

Email: Inversiones@bde.pr.gov

P.O. BOX 2134 SAN JUAN PR 00922

Telephone: (787) 641-4300