UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
                                                                :

In re:                                                                :

THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                                                :

      as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                                 :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)
                                                                  :

      Debtors.[1]                                                 :
------------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER REGARDING
PROCEDURES FOR CONTINUED DISCLOSURE STATEMENT HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

      1.     The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Continued Disclosure Statement Hearing* [ECF No. 17446] and the *Order Approving Urgent Motion to Reschedule the Continued Disclosure Statement Hearing* [ECF No. 17501].

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Sunni P. Beville, Esq. and Tristan G. Axelrod, Esq. of Brown Rudnick LLP will telephonically appear on behalf of the Special Claims Committee in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY to address, as necessary, the following matters:

a) Disclosure Statement. *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [Docket Entry No. 16756] (the "Disclosure Statement Motion");

b) Confirmation Procedures Motion. *Plaintiff's Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket Entry No. 16757] (the "Confirmation Procedures Motion", along with the Disclosure Statement Motion, collectively the "Motions").

c) Any objections, responses, statements, joinders, or replies to the Motions, including, but not limited to, any other related motions or responsive pleadings filed in connection with this matter; and

d) Any other matters scheduled for the hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

WHEREFORE, the Special Claims Committee respectfully requests that the Court take notice of the foregoing.

Dated: July 26, 2021 /s/Sunni P. Beville

BROWN RUDNICK LLP
Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Kenneth C. Suria

ESTRELLA, LLC
Kenneth C. Suria (USDC-PR 213302)
Alberto Estrella (USDC-PR 209804)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*