# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-3283<br><br>(Jointly Administered) |
| R&D MASTER ENTERPRISES, INC., PRO PAVE CORP., MATRIX TRANSPORT INC., JOSÉ A. ROVIRA GONZÁLEZ, his spouse MARÍA MAGDALENA DÍAZ VILA, and the conjugal legal partnership comprised by them,<br>                                             Plaintiffs,<br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO and NATALIE JARESKO, in her official capacity as Executive Director of the Financial Oversight and Management Board for Puerto Rico,<br>                                             Defendants. | Case No. 3:21-cv-1317 |

---

[1] The Debtors in the underlying Title III case, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO AND REQUEST FOR
CONSENT REGARDING TRANSFER OF CASE**

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") respectfully submits this Informative Motion requesting consent for transfer of the case styled *R&D Master Enterprises, Inc. v. Financial Oversight and Management Board for Puerto Rico* (No. 3:21-cv-1317) (the "R&D Litigation").[2] This case is currently assigned to the Honorable Raúl M. Arias-Marxuach.

1. As set forth in more detail in the *Motion to Transfer Civil Proceeding Pursuant to PROMESA § 306 or, in the Alternative, Pursuant to Local Rule 3A*, which has been filed contemporaneously with Judge Arias-Marxuach and is attached to this Informative Motion as Exhibit B, the R&D Litigation should be transferred to this Court, pursuant to PROMESA § 306(d)(3) as it is "related to" the pending Title III cases. Such transfer is mandatory, and the Oversight Board has requested that Judge Arias-Marxuach order the transfer.

2. Although the Oversight Board believes that mandatory transfer pursuant to PROMESA § 306 is warranted, it has also sought, in the alternative, to have the R&D Litigation transferred to this Court pursuant to U.S. District Court for the District of Puerto Rico's Local Rule 3A, as doing so would serve the interests of justice, ensure consistent outcomes, and promote judicial efficiency in this action and in the related Title III Cases. Local Rule 3A(b) provides that such transfer may be effectuated if "the receiving judge consents to the transfer." Accordingly, the Oversight Board respectfully requests the Court consent to the transfer of the R&D Litigation.

---

[2] A copy of the complaint is attached as Exhibit A.

Dated: July 27, 2021

San Juan, Puerto Rico

Respectfully Submitted,

*/s/ Luis F. Del Valle-Emmanuelli*
Luis F. Del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax N/A
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel. (787) 751-6764/763-0565
Fax (787) 763-8260


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
Fax:   (212) 969-2900
Email: mbienenstock@proskauer.com
       tmungovan@proskauer.com


*/s/ Guy Brenner*
Guy Brenner (*pro hac vice*)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel:   (202) 416-6800
Fax:   (202) 416-6899
Email: gbrenner@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico and Natalie Jaresko*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on the foregoing date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Luis F. Del Valle-Emmanuelli*
Luis F. Del Valle-Emmanuelli
