**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK-3283 (LTS) |
| As representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | (Jointly Administered) |

**COMPLEMENTARY MOTION AS TO THE FEES AND EXPENSES INCURRED IN RELATION TO LIFT OF STAY PROCEEDINGS RESULTING IN THE STIPULATION AND ORDER GRANTING REMEDY TO PLANTIFFS CLASS**

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**COME NOW** the certified Plaintiffs' Class in case <u>Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG), and attorney Antonio J. Amadeo Murga as counsel, and respectfully submit a detailed statement of all work performed by subscribing attorney Antonio J. Amadeo Murga on behalf of Plaintiffs' Class to seek the lift from stay order to obtain remedy of reimbursement and payment of fees. We are hereby representing, under penalty of perjury, that the time incurred, and expenses paid are reasonable and pertinent to the remedy obtained and records were kept to reasonable reflect said work during the period January 2018 to the present month of July 2021. Furthermore, the hourly rate is consistent to what this counsel has been paid before for similar services in the present case. Services has been itemized by date, type of service, length of time.

Counsel has been an attorney for 62 years and has considerable experience in this honorable court. A CV is included. A rate of $300 per hour is reasonable. *See*, <u>Navarro-Ayala v.</u>

1

Governor of Puerto Rico, 186 F. Supp. 128 (DPR 2016); Nelson v. Constant (E.D. La 2021) Civil Action No. 17-14581 – Easter District of La.

The issues litigated were not simple and required a lot of dedication of the part of subscribing attorney. Although accompanied by two other counsel, this attorney bore the 99% of the responsibility for litigating the case. Other counsel will bot be filing a motion for attorney's fees.

The services were as follows:

## WORK PERFORMED IN 2017-2018

| DATE | SERVICE | TIME |
| --- | --- | --- |
| Nov. 1, 2017 | Reviewed Gladys García file to seek payment of installment due according to stipulation by filing a motion for lift of stay. | 1 hour |
| Nov. 7, 2017 | Drafted letter to counsel for Commonwealth seeking payment. | 1 hour |
| Nov.16,2017 | Reviewed answer of counsel for Commonwealth that there was a stay order and we had to proceed with the protocol. | 1 hour |
| Jan. 24, 2018 | Reviewed letter from counsel for Commonwealth denying payment | 1 hour |
| Feb. 5, 2018 | Research to file motion for lift of stay. Reviewed PROMESA statute and various sources to get picture. | 3 hours |
| Feb. 6, 2018 | Research and began drafting motion for lift of stay. | 4 hours |
| Feb. 6, 2018 evening | Continued with research. | 2 hours |
| Feb. 7, 2018 | Drafted and filed Motion for Lift of Stay. Checked cases on Westlaw. | 7 hours |
| Feb. 9, 2018 | Reviewed order re: briefing of motion for stay and need to translate documents | 1.5 hours |
| Feb. 15, 2018 | Obtained and reviewed translation of document by translator. Filed motion in compliance. | 2 hours |
| Feb. 16, 2018 | Reviewed notice of proofs of claims | 1 hour |
| Feb. 22, 2018 | Received and studied objection filed by the Commonwealth. Have until Feb. 28 to answer. Began research of cases in favor. | 5 hours |
| Feb. 26, 2018 | Drafted and filed reply to objection re: our motion | 4 hours |
| Mar. 10, 2018 | Reviewed order directing supplemental briefing of Judge Taylor | 1 hour |
| Mar. 12, 2018 | Drafted motion requesting extension of time | 1 hour |
| Mar. 20, 2018 | Began working and researching to file memo | 2.5 hours |

| Mar. 21, 2018 | Concluded and filed memo | 3 hours |
|---|---|---|
| Mar. 26, 2018 | Reviewed supplemental brief filed by the Commonwealth | 1 hour |
| Mar. 26-27, 2018 | Worked on the reply to supplemental brief. Studied cases. | 9 hours |
| Apr. 2, 2018 | Studied reply by the Commonwealth | 1.5 hours |
| Apr. 9, 2018 | Reviewed Order and Memorandum by Judge Taylor Swaine | 2 hours |
| Apr. 9, 2018 | Drafted memorandum to file re: opinion in order to appeal | 1 hour |
| | Drafted and filed Notice of Appeal. **Paid Fees $500.00**. Dkt. 2897. Reviewed filing appeal in bankruptcy cases. | 2 hours |
| May 1, 2018 | Drafted motion to withdraw Rule 6. Motion. | 1 hour |
| May 4, 2018 | Filed motion | .50 hour |
| May 23, 2018 | Reviewed case opening notice Boston to comply and follow procedure. Tried to get acquainted with electronic availability for filing. | 3 hours |
| May 23, 2018 | Reviewed general docket of the First Circuit Court | 1 hour |
| | Filed Notice of Appearance | .50 hour |
| Jun 22, 2018 | Reviewed Notice from the Court | .50 hour |
| Aug. 16, 2018 | Drafted letter to Clerk re: failure of notification after reviewing file and making inquiries. | 2 hours |
| Aug. 21, 2018 | Received letter from Boston | .25 hour |
| Aug. 28, 2018 | Sent again email letter to Clerk of Boston | .50 hour |
| Sep. 25, 2018 | Drafted letter to Clerk | 1 hour |
| Sep. 28, 2018 | Reviewed answer received from the Clerk | .50 hour |
| **TOTAL HOURS 2017-2018** | | **68.25 hours** |
| **FEES PAID** | For Appeal of Order | $500.00 |
| **TOTAL EXPENSES 2017-2018** | Fees paid for Appeal of Order | **$500.00** |

## WORK PERFORMED IN 2019

| DATE | SERVICE | TIME |
|---|---|---|
| Jan 20, 2019 | Reviewed file of the case since there is no movement trying to expedite scheduling; explored alternatives | 2 hours |
| Jan. 23, 2019 | Drafted motion for expedited scheduling | 3 hours |
| Jan 24, 2019 | Reviewed appellants notice issued by the Circuit | 2 hours |
| Jan. 25 2019 | Reviewed order of the court of Jan 24, 2019, considering motion moot | .25 hour |
| Jan 26, 2019 | Began working in case to prepare brief | 4 hours |
| Jan. 28, 2019 | Continued research to draft brief | 5 hours |
| Jan. 31, 2019 | Continued working on brief. | 6 hours |

3

| Jan. 31, 2019 | Continued working on brief re: trust created by law | 6 hours |
|---|---|---|
| Feb. 1, 2019 | Continued research | 5 hours |
| Feb. 4, 2019 | Prepared outline for brief. Began statement of facts. | 5 hours |
| Feb. 6, 2019 | Continued drafting brief | 5 hours |
| Feb. 8, 2019 | Worked on brief | 5 hours |
| Feb. 9, 2019 | Worked on brief | 2 hours |
| Feb. 11, 2019 | Continued working on brief | 6 hours |
| Feb. 12, 2019 | Continued working on brief. Prepared appendix | 10 hours |
| Feb. __, 2019 | Continued working on brief. | 10 hours |
| Feb. 29, 2019 | Reviewed order of the court | .25 hour |
| Apr. 1, 2019 | Reviewed notice of appearance | .25 hour |
| Apr. 5, 2019 | Received and studied brief for debtor appellee filed. Searched cases. | 6 hours |
| Apr. 10, 2019 | Began drafting reply brief | 6 hours |
| Apr. 11, 2019 | Finished draft and prepared to file it | 4 hours |
| Apr. 29, 2019 | Reviewed calendar in notice. Filed designation attorney to present case. | .50 hour |
| May 9, 2019 | Reviewed order of the court | .25 hours |
| May 9, 2019 | Reviewed motion for lift of stay filed by Mr. Barack | .25 hours |
| May 10, 2019 | Made travel and accommodations reservations for Boston | 1 hour |
| Jun 3, 2019 | Flight to Boston (travel time) | 6 hours |
| Jun 4, 2019 | Prepared for hearing reviewing cases and possible questions | 8 hours |
| Jun 5, 2019 | Attended hearing and argued case | 2 hours |
| Jun 18, 2019 | Drafted letter to Margaret Carter re: Appellate Rule 28G | 2 hours |
| Jun 26, 2019 | Reviewed letter of Proskauer (Mrs. Hamilton) | 1 hour |
| Sep. 16, 2019 | Reviewed decision of the First Circuit. Consulted with counsel Oronoz to consider rehearing motion. | 3 hours |
| Oct. 16, 2019 | Reviewed mandate | .25 hour |
| Oct. 10, 2019 | Considered petition for certiorari in light of letter by Mr. Gary Chyi, counsel press | 1 hour |
| Oct. 13, 2019 | Drafted with the assistance of Mr. Francisco Colón memorandum in support of request for lift of stay | 4 hours |
| Oct. 14, 2019 | Reviewed corrections made by Mr. Colón | 1 hour |
| Oct. 15, 2019 | Sent memo to counsel for defendant re: lift of stay | .50 hour |
| Oct. 17, 2019 | Reviewed document from the Commonwealth Dkt. 8887 | .50 hour |
| Oct. 18, 2021 | Reviewed and filed memorandum in support of request for lift of stay | 4 hours |
| Oct. 24, 2019 | Discussion with co-counsel re: joint stipulation that may be filed with the defendant | 2 hours |
| Oct. 29, 2019 | Consultation with co-counsel re: communication of Proskauer | 1 hour |
| Oct. 31, 2019 | Drafted communication to defendants | .50 hour |
| Nov. 7, 2019 | Telephone call with Mr. Hernann Bauer | .25 hour |
| Nov. 14, 2019 | Reviewed letter of Nov. 13, 2019, from Proskauer | .25 hour |
| Dec. 2, 2019 | Reviewed draft of informative motion from Mr. Hermann Bauer | .50 hour |

| Dec. 13, 2019 | Reviewed motion from Mr. Steve Ma re: stipulation | 1.5 hour |
|---|---|---|
| **TOTAL HOURS 2019** | | **133.50 hours** |
| **EXPENSES** | Brief Inv. 798096 Dated Mar. 1, 2019 | $451.58 |
| | Reply Brief Inv. | $256.90 |
| | Plane Ticket to Boston | $348.60 |
| | Transportation expenses in Boston | $25.00 |
| Jun 3-5, 2019 | Stay at Hyatt Regency Boston Harbor | $704.00 |
| **TOTAL EXPENSES 2019** | | **$1,786.08** |

### WORK PERFORMED IN 2020

| DATE | SERVICE | TIME |
|---|---|---|
| Jan 9, 2020 | Reviewed email from Mr. Steve Ma | .25 hour |
| Jan. 21, 2020 | Reviewed email from Mr. Steve Ma enclosing Informative Motion | .50 hour |
| Feb 25, 2020 | Reviewed email from Mr. Steve Ma enclosing documents | .50 hour |
| Apr. 14, 2020 | Drafted letter to Mr. Steve Ma | .50 hour |
| May 13, 2020 | Reviewed motion sent by Mr. Hermann Bauer | .50 hour |
| Oct 13, 2020 | Reviewed draft of stipulation sent by Mr. Steve Ma re: stipulation resolving motion | 2 hours |
| Oct. 16, 2020 | Reviewed stipulation filed with documents | .50 hour |
| Oct. 16, 2020 | Reviewed informative motion | .25 hour |
| Oct. 19, 2020 | Reviewed email from Mr. Steve Ma | .25 hour |
| Nov. 17, 2020 | Reviewed and studied motion and stipulations filed Dkt. 15171 to resolve the issued pending | 2 hours |
| Nov. 25, 2020 | Reviewed email from Mr. Steve Ma | .25 hour |
| Nov. 25, 2020 | Received, reviewed and prepared to file opposition to limited objection by Official Committee of Unsecured Creditors | 3 hours |
| Dec. 1, 2020 | Reviewed email from Sr. Steve Ma | .25 hour |
| Dec. 2, 2020 | Drafted and answer reply to objection by the Official Committee of Unsecured Creditors | 4 hours |
| Dec. 4, 2020 | Reviewed reply by Proskauer to the objection by the Official Committee of Unsecured creditors | 1 hour |
| Dec 4, 2020 | Reviewed informative motion filed by Proskauer | .50 hour |
| Dec. 7, 2020 | Reviewed notice of agenda for December 9 | .50 hour |
| Dec. 9, 2020 | Attended telephone hearing | .50 hour |
| Dec. 16, 2020 | Reviewed joint report filed by the Commonwealth | 1 hour |
| **TOTAL HOURS 2020** | | **17.75 hours** |

**WORK PERFORMED IN 2021**

| DATE | SERVICE | TIME |
|---|---|---|
| July 1, 2021 | Reviewed 345th Objection to proofs of claim filed by Proskauer and Drafted memo to co-counsel Oronoz | 2 hours |
| Jul. 2, 2021 | Reviewed memo from Mr. Oronoz | .25 hour |
| Jul 9, 2021 | Drafted email to Mr. Hermann Bauer re: objections to proofs of claim | .50 hour |
| Jul 12, 2021 | Reviewed email from Mr. Hermann Bauer | .25 hour |
| Jul 14, 2021 | Research on equitable estoppel. Drafted Protective Reply of Objection to Proofs of Claim. Sent draft to Mr. Hermann Bauer. | 7 hours |
| Jul 19, 2021 | Reviewed email from Ms. Miranda Grajales | .25 hours |
| Jul 20, 2021 | Email to Ms. Miranda Grajales. Reviewed documents sent by her. (Dkt. Nos. 17185 and 17186) | 1 hour |
| Jul 21, 2021 | Drafted motion requesting notification after discussing with Mr. Oronoz. | 3 hours |
| Jul 22, 2021 | Telephone calls to Mr. Bauer and Mr. Colón. Reviewed docket. Drafted motion for attorney's fees. | 5 hours |
| Jul 23, 2021 | Corrected draft of motions for attorney's fees and researched cases | 4 hours |
| **TOTAL HOURS 2021** | | **23.25 hours** |

**TOTAL HOURS**

| 2017-2018 | | 68.25 |
|---|---|---|
| 2019 | | 133.50 |
| 2020 | | 17.75 |
| 2021 | | 23.25 |
| **TOTAL HRS** | | **242.75** |
| **AMOUNT** | @ $300/per hr | **$72,825.00** |

**TOTAL FEES AND EXPENSES**

| 2017-2018 | Fees | $ 500.00 |
|---|---|---|
| 2019 | Expenses | $1,786.08 |
| **AMOUNT** | | **$2,286.08** |

WHEREFORE, it is respectfully requested that the amount of $75,111.08 in fees and expenses be awarded to counsel Antonio J. Amadeo Murga.

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, July 27, 2021.

| | |
|---|---|
| *s/Antonio J. Amadeo Murga*<br>USDC-PR No. 110103<br>A.J. AMADEO MURGA LAW OFFICES<br>605 Condado, Ave.<br>Suite 518<br>San Juan, PR 00907<br>Tel. (787)764-0893<br>ajamadeo@gmail.com | Mario M. Oronoz Rodríguez<br>USDC-PR No. 120606<br>ORONOZ & ORONOZ<br>Urb. Torrimar, K-4 Bambú St.<br>Guaynabo, PR 00966-3109<br>Tel. (787)294-5255<br>mmo@oronozlaw.com |

Francisco Colón Ramírez
USDC-PR No. 210510
COLÓN RAMÍREZ, LLC
1225 Ponce de León Ave.
VIG Tower Suite 1503
San Juan, PR 00907
Tel. (939)389-6062
fecolon@colonramirez.com