# CURRICULUM VITAE OF

# ANTONIO J. AMADEO MURGA

RESIDENTIAL ADDRESS: Cond. Candina Reef, Apt. 404
Candina #2, San Juan, PR  00907

PROFESSIONAL ADDRESS: Cond. San Alberto, Suite 518
Ave. Condado 605, Santurce, PR  00907
Tel. (787) 764-0893 Cel. (787) 403-4333
Email: ajamadeo@gmail.com

## I. BACKGROUND AND EDUCATION:

1936 — Born in Río Piedras, Puerto Rico

1944-53 — Studies elementary and secondary education in the Public Schools of Puerto Rico.

1953-56 — Graduates in three years obtaining a Bachelor in Social Sciences straight A average. Receives the Aguilar medal for the highest average in the University of P. R. for the Class of 1956.

1956-59 — Is granted a scholarship to study law at Harvard Law School, graduates in 1959 obtaining his Juris Doctor.

## II. PROFESSIONAL EXPERIENCE AND PUBLICATIONS:

1958 — Instructor in Social Sciences at the University of P.R.

1959-60 — Law Clerk, the Supreme Court of P.R.

1959 — Author of law review article "Distribution of Judicial Functions Between Local and Federal Courts, and the Rise of Federalism in the Comonwealth of Puerto Rico." Revista Colegio de Abogados, 1960.

1960-62 — Director of the Legal Office of Puerto Rico•s Department of Education.

1962 — Admitted to practice in the U.S. District Court for P.R. of the U.S. Circuit Court of Appeals

| | |
|---|---|
| 1963-92 | Engaged in private practice (litigation) at 321 Cond. San Alberto, Santurce, P.R. |
| 1963-68 | Consultant to the P.R. Department of Education |
| 1964-65 | Member of the Governor's Committee for Economy and Efficiency in Government. |
| 1966-72 | Instructor and Lecturer at the University of P.R. Law School. |
| 1967 | Admitted to practice before Supreme Court of U.S. |
| 1972-1977 | Member of the Bar Association Commission on Constitutional Law. |
| 1973-78 | Member of the Supreme Court's Board for Bar Exam. |
| 1979-81 | Attended the Judicial Conference of the First Circuit Court of Appeals. |
| 1980-81 | Commentator at the Supreme Court of P.R. Judicial Conference. |
| 1980 | Lecturer at N.A.C.C.U.A. Convention. |
| 1979-82 | Member of the Bar Association Continuing Education Commission. |
| 1981-85 1991-97 | Member and Vice-President of Board of Directors of Ana G. Mendez University System. |
| 1985-90 | President of the Advisory Committee of the Senate of P.R. for Public Safety. |
| 1985-92 | Member of the Commission to Resolve Complaints against Municipal Officials. |
| 1991 | Attended the Judicial Conference of the First Circuit. |
| 1992-97 | Judge of the Court of Appeals of the Commonwealth of P.R. |
| 1993 | Author of law review article "P.R. Appellate Justice: A Chronic Crisis" (published in P.R. Bar Association Journal, 1993) |
| 1997 | Author of the Treatrise: "The Valuation of Damages in Civil Responsibility" published in August 1997  Supplement published in December 2001; Second Edition Published in 2012 |

1997- In private practice devoted to litigation, appellate practice and arbitration.

## III. AFFILIATIONS:

Member of P.R. Bar Association

Member of the American Bar Association

Member of Banker's Club of P.R.

Member of the Association of Trial Lawyers of America.

Member of the Notary Association of P.R.

Member of P.R. Bankruptcy Bar Association

## IV. PERSONAL STATUS:

Married to Edna Fornaris.
Father of four children.

# CURRICULUM VITAE
## of
## A.J. Amadeo-Murga

## **SUPPLEMENT**

After October 1992 and up to January 1997 Atty. A.J. Amadeo Murga worked as a Judge of the Appeals Court of Puerto Rico. He was the Administrator Judge of the Appeals Court in the Ponce Section. Later he became Appeals Judge of the Special Unit of the Superior Court in Puerto Rico. He was designated to hear cases as a trial judge in the Counties of Humacao and San Juan. Later, he formed part as a judge of the Circuit Court of Appeals in the Commonwealth of Puerto Rico until his resignation in 1997.

During his judicial experience, he decided many cases both involving administrative law, inheritance, judicial administration, torts, criminal law and general litigation.

After 1997, he again resumed his private practice. He was designated as Special Commissioner in the following cases at the Superior Court level:

| | | |
|---|---|---|
| 1. | Las Piedras Construction Corp. v. Autoridad de Carreteras y Transportación de P.R. | Tribunal de Primera Instancia Sala Superior de San Juan - KAC 2002-1857 (603) |
| 2. | Broadcasting and Programing Systems Of P.R. v. Municipio de Bayamon | Tribunal de Primera Instancia Sala Superior de Bayamon - DAC 1999-0477 |
| 3. | El Estado Libre Asociado de Puerto Rico, Representado por su Secretario de Justicia v. Adquisición de una Parcela de Terreno de 174.795 Cuerdas, Equivalentes a 687,015.0642, Metros Cuadrados, Localizada en el Barrio Higuillar, Sector Monterrey, del Termino Municipal de Dorado y Wilfredo Alvarez Cintron, Dolores Julia Ramirez Diaz, Jose C. Reyes Garcia y John Doe y Richard Doe | Tribunal de Primera Instancia Sala Superior de San Juan - KEF 99-0167 (1002) |
| 4. | In re: Jorge V. Zayas Caban | Tribunal Supremo de P.R. - CP-2003-9 |

| | | |
|---|---|---|
| 5. | In re: Nelson Velez Lugo | Tribunal Supremo de P.R. - CP-2002-13 |
| 6. | In re: Rafael A. Rivera Rivera | Tribunal Supremo de P.R. - CP-2003-11 |

At the federal court system he was designated as Mediator in the following cases:

| | | |
|---|---|---|
| 1. | Puerto Rico Electric Power Authority v. Caleb Brett USA, Inc. | United States District Court For The District of Puerto Rico - No. 02-2210 (SEC) |
| 2. | Julio Class v. Southern Medical Center; Dr. Eduardo Caraballo, Elsa Feliciano D/B/A Asilo La Caridad, and Tortfeasors ABC | United States District Court For The District of Puerto Rico - Civil No.: 02-2566 (HL) - Tort Action for Negligence; Medical Malpractice Diversity Jurisdiction - Jury Trial Demanded |
| 3. | Rompeolas Producciones, Inc. v. P.M.G. Artists Representatives, et al., | United States District Court For The District of Puerto Rico - Civil No.: 04-1456 (ORD) |
| 4. | Carmen Gloria Santos Espada v. Jaime Cancel Lugo | United States District Court For The District of Puerto Rico - 00-1666 (JP) |
| 5. | Ruben Cotto Torres, et al., v. United States of America | United States District Court For The District of Puerto Rico - 08-1516 (RLA) |

He has also been an Arbitrator as a sole or joined Arbitration in the following cases:

| | | |
|---|---|---|
| 1. | Dr. Jose R. Fuentes Rodriguez v. Rosendo Vela Pinero | Tribunal de Primera Instancia, Sala Superior de San Juan KAC 00-7400 (908) |
| 2 | Proactiva Media Ambiente, S.A. Transactional Technologies International, Inc. v. Hector Hoyos Aliff; Biometrics Imagineering, Inc.; Transactional Technologies, International, LTD | American Arbitration Association Caso Num. 50 T 168 00513 02 |
| 3 | Bat Holding Inc. v. Michael H. Leason | American Arbitration Association Caso Num. 50 180 T 00111 06 |

5

| | | |
|---|---|---|
| 4 | Francisco Valladares v. Supermercados Econo | United States District Court For The District Of Puerto Rico 04-2078 (PG) |

Also he was the attorney for the Judicial Administrator Ramon Junco in case No. KJV 1999-1832, First Instance Court of San Juan. Also, he was attorney for the Judicial Administrator in case <u>Felipe Benicio Sanchez, Ex-Parte,</u> Caso Num. FJV 96-0244 (404), First Instance Court of Carolina.

Attorney Amadeo maintains a trial practice in which he handles tort cases, commercial litigation and civil right cases both in local and federal courts.