UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
                                                                    No. 17 BK 03283-LTS
       as representative of
                                                                    (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, et al.

                     Debtors.¹
------------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2021, the following pleading was served on the Standard Parties and Affected Parties (as defined in the Fourteenth Amended Notice, Case Management, and Administrative Procedures Order) via the CM/ECF System. On the same day, courtesy copies were sent by FedEx overnight delivery to the Chambers of the Honorable Laura Taylor Swain at: United States District Court for the Southern District of New York Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312 and to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922. On the same day, the document was served on the parties set forth in the attached **Exhibit A** (by email) and the parties set forth in the attached **Exhibit B** (by First Class Mail):

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Dkt. 17482**: Informative Motion Regarding U.S. Bank's Appearance at July 27, 2021 Continued Disclosure Statement Hearing

Respectfully Submitted,

This 27th day of July 2021 in San Juan, Puerto Rico.

>**RIVERA, TULLA AND FERRER, LLC**
>*/s/ Iris J. Cabrera-Gomez*
>Iris J. Cabrera-Gomez
>USDC-DPR No. 221101
>Email: icabrera@riveratulla.com
>Rivera Tulla & Ferrer Building
>50 Quisqueya Street
>San Juan, PR 00917-1212
>Tel: (787)753-0438/Fax: (787)767-5784
>
>and
>
>*/s/ Sara Posner*
>Sara Posner
>sara.posner@hoganlovells.com
>390 Madison Avenue
>New York, New York 10017
>Telephone: (212) 918-3000
>Facsimile: (212) 918-3100
>
>*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*