**EXHIBIT B**

Alan Friedman
124 Lander Ave.
Staten Island, NY 10314

AmeriCorps
Attn: Kim Mansaray
1201 New York Ave., NW
Washington, DC 20525

Antilles Power Depot, Inc.
Attn: Raymond Texidor
PO Box 810190
Carolina, PR 00981-0190

Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc.
Apartado Postal 2227
Mayagüez, PR 00681

Banco Popular de Puerto Rico, as Trustee
Popular Fiduciary Services, Popular Center North Building
#209 Munoz Rivera, Ave, 2nd Level
Hato Rey, PR 918

Bank of New York Mellon as PRIFA Indenture Trustee Pursuant
to the Trust Agreement Dated as of March 1, 2015
225 Fifth Ave, Suite 1200
Pittsburgh, PA 15222

Candlewood Investment Group, LP
555 Theodore Fremd Avenue, Suite C-303
Rye, NY 10580

Carlos Alsina Batista Law Offices, PSC
Attn: Carlos C. Alsina Batista
638 Aldebaran St #201
San Juan, PR 00920

Cohen, Weiss and Simon LLP
Attn: Hiram M. Arnaud
900 Third Ave
21st Floor
New York, NY 10022

Cooperativa De A/C Aibonitena
100 Calle Jose C. Vazquez
Aibonito, PR 705

Correction Corporation of America
Attn: President or General Counsel
10 Burton Hills Boulevard
Nashville, TN 37215

Davidson Kempner Capital Management LP
520 Madison Avenue
30th Floor
New York, NY 10022

Departamento de Justicia de Puerto Rico
Apartado 9020192
San Juan, PR 00902-0192

Department of Defense (DOD)
Attn: Patrick Shanahan
1400 Defense Pentagon
Washington, DC 20301-1400

Department of Energy (DOE)
Attn: Rick Perry
1000 Independence Ave., SW
Washington, DC 20585

Department of Homeland Security (DHS)
Attn: Kirstjen M. Nielsen
245 Murray Lane., SW
Washington, DC 20528-0075

Department of Housing and Urban Development (HUD)
Attn: Ben Carson
451 7th Street., SW
Washington, DC 20410

Department of Human and Health Services
Attn: Alex Azar
200 Independence Ave, SW
Washington, DC 20201

Department of the Interior (DOI)
Attn: David Bernhardt
1849 C St., NW
Washington, DC 20240

Department of Transportation (DOT)
Attn: Elaine L. Chao
1200 New Jersey Ave., SE
Washington, DC 20590

Department of Veterans Affairs (VA)
Attn: Robert Wilkie
810 Vermont Ave., NW
Washington, DC 20420

Economic and Statistics Administrations
c/o Bureau of Economic Analysis (BEA)
4600 Silver Hill Rd.
Washington, DC 20233

Federal Communications Commission (FCC)
Attn: Ajit Pai
445 12th St., SW
Washington, DC 20554

Federal Emergency Management Agency (FEMA)
Attn: Bob Fenton
500 C St., SW
Washington, DC 20472

Fir Tree Partners
55 West 46th Street, 29th Floor
New York, NY 10036

Goldentree Asset Management LP
300 Park Avenue, 20th Floor
New York, NY 10022

Ing. José F. Ortiz Vázquez
Director Ejecutivo de la Autoridad de Energía Eléctrica. S
Avenida Ponce de León, Parada 17 ½,
Edificio NEOS
Octavo Piso
Santurce, PR 00936-4267

Integrand Assurance Company
PO Box 70128
San Juan, PR 00936-8128

Ismael Vincenty Perez
Apt 6105 350 Via Aventura
Trujillo Alto, PR 976

Jack Katz
ESJ Towers
6165 Isla Verde Ave
Carolina, PR 00979-5729

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera
and Jaime and Maria L. Fuster Zalduondo
PO Box 363101
San Juan, PR 936

Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica
Sistema de Retiro AEE
PO Box 13978
San Juan, PR 00908-3978

Kanoso Auto Sales Inc.
Attn: Jose A. Crespo Gonzalez, President
PO Box 1446
San German, PR 00683

Liberty Cablevision of Puerto Rico, LLC
Attn: Alexandra Verdiales
PO Box 192296
San Juan, PR 00919-2296

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero
PO Box 190095
San Juan, PR 00919-0095

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero
Triple S Plaza, 1510 F.D. Roosevelt Ave.
9th Floor, Suite 9 B1
Guaynabo, PR 00968

Metro Pavia Health System
Attn: Zarel J Soto Acaba
PO Box 3180
Carolina, PR 00984

Muniz Burgos Contractors, Corp.
Attn: President or General Counsel
Condominio Parque De Las Fuentes PH204
680 Calle Cesar Gonzalez
San Juan, PR 00918-3912

Oppenheimerfunds Inc.
350 Linden Oaks
Rochester, NY 14625

Pablo Del Valle Rivera
PO Box 2319
Toa Baja, PR 00951-2319

Puerto Rico Electric Power Authority
Attn: Office Of The General Counsel
PO Box 364267
San Juan, PR 00936-4267

Puerto Rico Hospital Supply
Call Box 158
Carolina, PR 00986-0158

Puerto Rico Industrial Development Company
Attn: Gabriel Maldonado
PO Box 362350
San Juan, PR 00936-2350

Reinaldo Vincenty Perez
917 Calle Isaura Arnau
San Juan, PR 924

Reliable Equipment Corporation
Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation
PO Box 2316
Toa Baja, PR 00951-2316

Rene Pinto-Lugo
PO Box 13531
San Juan, PR 00908

Santander Asset Management, LLC
GAM Tower, 2nd Floor, 2 Tabonuco Street
Guaynabo, PR 6968

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission – NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Small Business Administration (SBA)
Attn: Linda McMahon
409 3rd St., SW
Washington, DC 20416

SOMOS, Inc.
1605 Ponce De Leon Avenue
Suite 300, San Martin Bldg.
San Juan, PR 00909

3

Sucesion Francisco Xavier Gonzalez Goenaga
PO Box 364643
San Juan, PR 936

The American Federation of Teachers (AFT)
Attn: Mark Richard
555 New Jersey Ave., NW
11th Floor
Washington, DC 20001

The Commonwealth of Puerto Rico
Office of the Governor
La Fortaleza
63 Calle Fortaleza
San Juan, PR 00901

Unión de Médicos de la Corporación del Fondo del Seguro del Estado
PO Box 70344, CMM33
San Juan, PR 00936-8344

Unitech Engineering
Attn: Ramón Ortiz Carro
Urb Sabanera
40 Camino de la Cascada
Cidra, PR 00739

US Army Corps of Engineers
Attn: Todd T. Semonite
441 G St., NW
Washington, DC 20548

US Attorney for the District of Puerto Rico
Attn: Rosa E. Rodriguez-Velez, U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

US Department of Agriculture
Attn: Sonny Perdue
1400 Independence Ave., SW
Washington, DC 20250

US Department of Commerce
Attn: Wilbur Ross
1401 Constitution Ave., NW
Washington, DC 20230

US Department of Education (ED)
Attn: Betsy DeVos
400 Maryland Ave., SW
Washington, DC 20202

US Department of Health and Services
Attn: Amanda Barlow
330 C St., SW
Washington, DC 20201

US Department of Justice (DOJ)
Attn: William Barr
950 Pennsylvania Ave., NW
Washington, DC 20530

US Department of Labor (DOL)
Attn: Alexander R. Acosta
Office of the Solicitor, N-2700
Frances Perkins Building, 200 Constitution Ave
Washington, DC 20210

Whitebox Advisors LLC
Attn: Scott Specken
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416