# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>　　　　as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br>　　　　　　Debtors. | PROMESA <br> Title III <br><br> Case No. 17-BK-3283 (LTS) <br><br> (Jointly Administered) <br><br> THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM (ERS) OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE. |
| WAL-MART PUERTO RICO, INC. <br> Proof of claim no. 160793 <br><br>　　　　　　Respondent. | |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT AUGUST 4-5, 2021 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Wal-Mart Puerto Rico, Inc. ("Wal-Mart"), through the undersigned attorney, submits this informative motion in response to the Court's *Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing* (Dkt. No. 17522) ("the Order"), and respectfully states as follows:

　　　1.　　Guillermo J. Silva-Wiscovich of Bauzá Brau Irizarry & Silva, LLC will appear telephonically on behalf of Wal-Mart at the August 4-5, 2021 Omnibus Hearing via CourtSolutions, but does not seek to be heard.

　　　2.　　Wal-Mart reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-

captioned Title III cases or any adversary proceeding pending in the above-captioned Title III cases, to the extent it impacts the rights, claims, or interests of Wal-Mart.

WHEREFORE, Wal-Mart respectfully requests that Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 27th day of July, 2021.

*/s/Guillermo J. Silva-Wiscovich*
**GUILLERMO J. SILVA-WISCOVICH**
**USDC-PR NO. 210708**
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8743
FAX: (787) 282-3673
Email: gsilva@bioslawpr.com

*Counsel for Respondent*
*Wal-Mart Puerto Rico, Inc.*