IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REQUIRING FURTHER AMENDED CONFIRMATION PROCEDURES ORDER

The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17520, the "Informative Motion"), filed by the Oversight Board in accordance with the Court's July 20, 2021, *Order Establishing Preliminary Confirmation*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431, the "July 20th Order").

Through the Informative Motion, the Debtors seek clarification of certain provisions of the July 20th Order. The Court hereby directs the Debtors to file a further proposed Amended Confirmation Procedures Order[2] by 3:00 p.m. on Wednesday, July 28, 2021, which reflects the following changes and/or clarifications from the proposed Confirmation Procedures that were detailed in the July 20th Order:

1. The deadline for the Debtors to file replies to Objections to confirmation of the Plan is October 27, 2021.

2. The deadline for the Debtors to file replies in support of the Proposed Confirmation Order is October 27, 2021. The request to maintain the October 29, 2021, deadline for such replies is denied.

3. Responses to discovery requests are presumptively due 7 (seven) days after service of the request. The final day to serve follow-up document requests shall be October 4, 2021.

4. The deadlines with respect to service of initial deposition notices, topics, and requested times for depositions, and briefing of Daubert Motions and motions <u>in limine</u> contained in the July 15th Order have not been modified, and shall be included in the Debtors' revised proposed Amended Confirmation Procedures Order. The Court intentionally omitted these deadlines from Exhibit A to the July 20, 2021, order, which was intended to provide a general overview of the procedures and ensure the initiation of confirmation and discovery procedures while the Court considers the issue of the adequacy of the Disclosure Statement.

SO ORDERED.

Dated: July 27, 2021

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Informative Motion.