UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>          Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

-------------------------------------------------------------------x

**[Related to Docket #17501, #17457, #17446, #17387]**

**AMENDED INFORMATIVE MOTION – JULY 29, 2021 HEARING**

Dated: July 27, 2021

**AMENDED INFORMATIVE MOTION – JULY 29, 2021 HEARING**

Peter C. Hein, pro se, an individual bondholder, is filing this Amended Informative Motion in accordance with par 5.c of this Court's Order Approving Urgent Motion to Reschedule the Continued Disclosure Statement Hearing (#17501). I had filed my July 22, 2021 Informative Motion – July 27, 2021 hearing (#17457) to reserve the right to participate in the July 27, 2021 continued disclosure statement hearing and be heard on Debtors' motions docketed at #16756 and #16757, and on any other matters that may affect my interests. It appears from the Notice of Agenda filed by FOMB at #17511 and the Informative Motions filed by FOMB at #17479 and #17480 that I will not be allocated any argument time at the continued disclosure statement hearing. Accordingly, absent advise from FOMB or the Court that I will be allocated time to speak, I do not anticipate appearing at the July 29, 2021 10:30 a.m. AST hearing.

I have reviewed the Court's Order Regarding Rulings Made on the Record at the July 13-14, 2021, Hearing Concerning the Proposed Disclosure Statement and Plan of Adjustment (#17387) and the Court's Order at #17501. In light of prior commitments, as of this writing, I do not know if I will be able to react to the amended disclosure statement filed this morning, July 27, 2021, so as to be able to prepare and submit objections to the revisions by July 28, at noon AST. Whether or not I am able to even briefly comment on what was filed this morning, I respectfully rest on the positions set forth in my prior filings, including #16908, #16909 and #16977 and my argument during the course of the July 13, 2021 hearing.

July 27, 2021

                                            Respectfully Submitted,

                                            /s/ Peter C. Hein
                                            Peter C. Hein, pro se
                                            101 Central Park West, Apt. 14E
                                            New York, NY  10023
                                            petercheinsr@gmail.com

## Certificate of Service

I, Peter C. Hein, certify that I have caused "Amended Informative Motion – July 29, 2021 Hearing" to be served via the Court's CM/ECF system.

July 27, 2021

                /s/ Peter C. Hein
                Peter C. Hein