# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83D(b) and Local Bankruptcy Rule 9010-1(d), Adrienne Lee Benson respectfully moves this Court for leave to withdraw as counsel for The Official Committee of Retired Employees of Puerto Rico in the above-captioned matter, and in support of this motion certifies as follows:

1. On December 16, 2020, I entered an appearance on behalf of The Official Committee of Retired Employees of Puerto Rico. **Dkt. 15228, 15449**.

---

[1] The Debtors in these jointly administered PROMESA title III cases (these "Title III Cases"), along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and ); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. I will soon no longer be employed as an associate of the law firm of Jenner & Block LLP, and thus will no longer be able to continue my representation of The Official Committee of Retired Employees of Puerto Rico.

3. The Official Committee of Retired Employees of Puerto Rico will continue to be represented in this matter by its current counsel of record, including attorneys at Jenner & Block LLP, who have entered appearances on behalf of The Official Committee of Retired Employees of Puerto Rico.

WHEREFORE Adrienne Lee Benson moves the Court for leave to withdraw as counsel for The Official Committee of Retired Employees of Puerto Rico.

Dated: July 27, 2021

    Respectfully submitted,

**JENNER & BLOCK LLP**

By:
/s/ *Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
919 Third Ave.
New York, NY 10022-3908
rgordon@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Adrienne Lee Benson (*pro hac vice*)
1099 New York Avenue NW
Suite 900
Washington, D.C. 20001
abenson@jenner.com
202-639-6044

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

## **CERTIFICATE OF SERVICE**

I, Robert Gordon, hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

                                                    /s/ *Robert Gordon*
                                                    Robert Gordon