# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00005-LTS |

**[PROPOSED] ORDER GRANTING SECOND URGENT JOINT MOTION
TO CONTINUE DEADLINES IN CERTAIN PROCEEDINGS**

Upon consideration of the *Second Urgent Joint Motion to Continue Deadlines in Certain Proceedings* (the "Second Urgent Motion"),[2] and the Court having reviewed the Second Urgent Motion and the relief requested; the Court having subject matter jurisdiction to consider the Second Urgent Motion and the relief requested therein in accordance with 28 U.S.C. § 1331 and PROMESA § 306(a), 48 U.S.C. § 2166(a); venue being proper before the Court pursuant to 28 U.S.C. § 1391 and PROMESA § 307(a), 48 U.S.C. § 2167(a); notice of the Second Urgent

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Motion being adequate and proper under the circumstances; taking note of the agreement among the parties and finding good cause for the requested relief; therefore, it is HEREBY ORDERED THAT:

1. The Second Urgent Motion is GRANTED as set forth herein.

2. The Settling Creditors shall file supplemental briefing regarding the Summary Judgment Motions on or before **August 4, 2021, at 5:00 p.m. (AST)**;

3. The Commonwealth shall file responsive briefing to the Settling Creditors' supplemental briefing on or before **September 1, 2021, at 5:00 p.m. (AST)**;

4. The Parties shall file a joint status report regarding the status of the Milliman Rule 2004 Discovery on or before **August 9, 2021**.

5. The Parties shall file a joint status report regarding the status of the Cash/Assets Rule 2004 Discovery on or before **August 9, 2021**.

6. The hearing on the Summary Judgment Motions shall remain on **September 15, 2021**;

7. The Parties shall promptly advise the Court if the Parties need to further extend the schedules in the Matters based on the status of the settlement or other circumstances.

SO ORDERED.

Dated: _____

_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE