IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IN RE: NANCY SANTIAGO-OTERO

Bankruptcy Case: Pension Payment
No. 17 BK 3283-LTS
Promesa Title III

To the honorable Court:

Now comes, Nancy Santiago-Otero, legal age, citizen of the United States by birth, retired from the Government of Puerto Rico, due to 23 years of service, early retirement granted, by 2012. I had been Notified of the intention of government entities of Puerto Rico to receive the benefits of the bankruptcy Laws, that those who has a right or credit against these entities should request the protection of the Pension payment owed by the government of Puerto Rico. I moved to Dallas, Texas, by 2012, and had Tried to establish in Dallas, Texas, and for more than three years, was living in the state of Oklahoma, United States. I was notified late of my right to claim the protection of my pension payment, due to Me by the government of Puerto Rico, because Mr. Francisco Figueroa-Miranda, german hired by Mr. Conde, german, friends of Mr. Rafael Hernandez-Colon, and Mrs. Celeste Benitez, had other plans for Them. I didn't expected that Mr. Conde was dealing with politics, and told me by November 1980, That he wanted to help the Pro Independence Party of Puerto Rico. Mr. Conde is the father of Dr. Guillermo Conde, who is a registered doctor in Puerto Rico. I had sent complaints in the U.S. CIS Immigration office against Mr. Francisco Figueroa-Miranda, due to his illegal handlings of federal funds, On behalf of a german government in Washington, District of Columbia, after Mr. Trump finished in 2020. Mr. Francisco Figueroa-Miranda has been using me for his purpose of been the King of Germany In his return to History. I tried to make my right of the payment of the pension that is owed to me by The government of Puerto Rico, sending to the Legal entities appointed to protect the pension payment Of the ex-employees, or retirees. Today I want to request once more the protection of my pension Payment owed to me by the government of Puerto Rico.

Nancy Santiago-Otero
Pro Se
P.O. Box 602091
Dallas, TX 75360
Cel. 214-907-3046