NANCY SANTIAGO
P.O. Box 366434
San Juan, PR 00936-6434



SAN JUAN PR 009
22 JUL 2021 PM 1 L

RECEIVED & FILED
CLERK'S OFFICE
JUL 27 2021
US DISTRICT COURT
SAN JUAN, PR

U.S. District Court for
the District of Puerto Rico
Clerk's Office
150 Carlos Chardon's Street
San Juan, PR    00918

00918-170625