# PLEBISCITO TERRITORIAL DE VIEQUES

### APROBADO POR LA JUNTA DE CONTROL FISCAL Y LA JUEZA LAURA TAYLOR SWAIN

### A CELEBRARSE EL 30 DE AGOSTO DE 2021 * Vote Si o No, en Cuatro (3) Preguntas con una <u>X</u>

1. **ESTADIDAD CON VIEQUES: Que Vieques continúe integrado como el Municipio 076 del Estado Libre Asociado/Territorio de Puerto Rico.**
   **\*English:** Statehood with Vieques: Let Vieques continue integrated as Municipality 076 of the Commonwealth/Territory of Puerto Rico.

   Si/Yes: _____          No: _____

2. **VIEQUES ESTADO 52. Que Vieques sea Separado del Territorio de Puerto Rico y sea tratada por el Congreso como el Estado 52 de los Estados Unidos de América. Que U.S. Vieques podrá votar por el Presidente de Estados Unidos, con Gobernador, Cámara de Representantes y Senado, y representación en el Congreso de los Estados Unidos con su propia Constitución. Que los Fondos Federales de Salud, Educación, Transporte Marítimo, Desarrollo, y toda la ayuda de FEMA, lleguen a Vieques directo.**
   **\*English: Vieques State 52**: That Vieques will be Separated from the Territory of Puerto Rico and be treated by Congress as State 52 of the United States of America, with Governor, House of Representatives and Senate, with its own Constitution. Let the Federal Funds of Health, Education, Marine Transportation, Development, and all FEMA Aid reach Vieques directly.

   Si/Yes: _____          No: _____

3. **DESCO JUNTA DE GOBERNANZA COMUNITARIA: El Pueblo Gobierna como el TERCER PODER, sobre los Fondos Federales y las Tierras. El Gobernador, ni la Legislatura tendrán el poder absoluto para decidir sobre las Vidas, Fondos Federales o las Tierras que son Propiedad del Pueblo. Obligatoriamente deben consultar al Pueblo en Asamblea.**
   **\*English:** DESCO Governance Community Board: **The People Govern as the Third Party in Power**, on the Federal Funds and the Lands. The Governor, nor the Legislatures will have the absolute power to decide on the Lives, Federal Funds or Lands, that are Owned by the People. Its mandatory to consulted with the People in Assembly.

   Si/Yes: _____          No: _____

Exhibit #1