# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br><br>　　　　　　Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Re: ECF No. 16287, 16797<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br><br>　　　　　　Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Stipulation relates only to the Commonwealth of Puerto Rico** |

## URGENT MOTION REQUESTING STAY OF STATE PROCEEDINGS FOR LACK COMPLIANCE WITH MEMORANDUM ORDER DOCKET 16797

Now Comes Corporación Marcaribe Investment and respectfully requests that this Honorable Court issues a stay order of state proceedings for failure to comply with the Memorandum Order in Docket 16797. As reasons, Corporación Marcaribe Investment states as follows:

1. On May 25, 2021, this Honorable Court issued "Memorandum Order" regarding the applicability of the automatic stay per the 2019 Stipulation, and the right to appeal the

Commonwealth Court's judgment. In summary the controversy was resolve in the last paragraph of page 5 of 7 of such "Memorandum Order", and stated the follow:

> *Marcaribe has not demonstrated that it would suffer any prejudice from the Commonwealth's proposed modification of the automatic stay. If Marcaribe is correct that the automatic stay did not prohibit the Appeal because of the 2019 Stipulation, then its commencement of the Appeal was timely to the extent it complied with applicable Commonwealth law and rules. If the Commonwealth is correct that the Appeal was premature, then "section 108(c)(2) of the Bankruptcy Code, 11U.S.C. § 108(c)(2), effectively provides Marcaribe whit thirty days from the date of this Memorandum Order to pursue an Appeal of the Commonwealth Court's of judgment. See <u>Bunch v. Hoffinger Indus. (In re Hoffinger Indus., Inc.)</u> 329 F. 948, 953 (8th Cir. 2003) (holding that commencing an appeal in state court "is encompassed within the plain meaning of § 108(c), and therefore . . . the deadline to file the notice of appeal is extended by § 108(c)(2) until at least thirty days after notice of the stay's termination or expiration"); see also <u>Barraford v. T & N Ltd.</u>, 778 F.3d 258, 260 (1st Cir. 2015) (explaining that section 108(c)(2) "delays the expiration of any limitations period that would otherwise end during the duration of the automatic stay until thirty days have passed after notice of termination of the stay")"*. See paragraph

2. The Memorandum Order's conclusion stated the following:

> "***For the foregoing reasons, the Court hereby modifies the automatic stay in these Title III cases so as to allow Marcaribe's Appeal to proceed to judgment before the Puerto Rico Court of Appeals and the Supreme Court of Puerto Rico***, *provided, however, that the automatic stay will continue to apply in all other respects to the Appeal, including, but not limited to, the execution and enforcement of any judgment and any claims for money damages and provisional remedies against the Commonwealth or any other Title III debtor.*" (Emphasis added)

3. To this date the Puerto Rico Appellate Court has not adjudicated 'the premature filling controversy' of the appeal. In a precautionary manner, on June 24, 2021, Marcaribe filed an appeal, because this Honorable Court set May 25, 2021 as the start of the 30 days to file an

appeal by virtue of section 108(c)(2) of the Bankruptcy Code, 11 U.S.C. § 108(c)(2)[1]. If he appeal had not been filed on or before June 24, 2021, and later the Puerto Rico Appellate Court declares premature the original appeal, Marcaribe would have lost the opportunity to appeal.

4. On July 23, 2021, the Commonwealth notified Marcaribe's attorneys at the state level of a motion requesting dismissal of the new appeal for lack of jurisdiction, alleging that this Honorable Court did not modified the automatic stay to allow Marcaribe to file the appeal. The aforementioned motion to dismiss failed to recognize that this Honorable Court allowed Marcaribe to file the appeal pending the resolution of the premature filling controversy.

5. Marcaribe requests this Court issues a stay order of state proceedings until this Honorable Court adjudicates the new controversy of the automatic stay which arose after the Commonwealth notified the motion to dismiss.

WHEREFORE, Marcaribe requests from this Honorable Court to issue a stay order of state proceedings until the adjudication of this new controversy of the automatic stay and for any other request deemed necessary and proper.

Dated: July 28, 2021

RESPECTFULLY SUBMITTED by Debtor, through Counsel
/s/CARMENELISA PEREZ-KUDZMA, ESQ.
Perez-Kudzma Law Office, PC
35 Main Street, Wayland, MA 01778
carmenelisa@pklaw.law
978-505-3333

---

[1] See last Paragraph of page 5 of 7 of the "Memorandum Order"

## CERTIFICATE OF SERVICE

     I, Carmenelisa Perez-Kudzma, hereby state that a copy of this Response was served upon all ECF participants including the Commonwealth of Puerto Rico on July 28, 2021.

<u>Chambers of the Honorable Laura Taylor Swain</u>:
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

<u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq. Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
       Rocio.Valentin@aafaf.pr.gov

<u>Counsel for AAFAF</u>:
| O'Melveny & Myers LLP | Marini Pietrantoni Muñiz LLC |
|---|---|
| 7 Times Square | 250 Ponce de Leon Ave. |
| New York, New York 10036 | Suite 900 |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00918 |
|     Suzzanne Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
|     Peter Friedman, Esq. |     Carolina Velaz-Rivero, Esq. |
|     Nancy A. Mitchell, Esq. |     Iván Garau-González, Esq. |
|     Maria J. DiConza, Esq. | E-Mail: lmarini@mpmlawpr.com |
| E-Mail: jrapisardi@omm.com |     cvelaz@mpmlawpr.com |
|     suhland@omm.com |     igarau@mpmlawpr.com |
|     pfriedman@omm.com | |
|     mitchelln@omm.com | |
|     mdiconza@omm.com | |

<u>Counsel for the Oversight Board</u>:
| Proskauer Rose LLP | O'Neill & Borges LLC |
|---|---|
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |

New York, New York 10036-8299
Attn: Martin J. Bienenstock
     Brian S. Rosen
     Paul V. Possinger
     Ehud Barak
     Maja Zerjal
E-Mail:mbienenstock@proskauer.com
     brosen@proskauer.com
     ppossinger@proskauer.com
     ebarak@proskauer.com
     mzerjal@proskauer.com

San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer@oneillborges.com

Counsel for the Creditors' Committee:
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
     James Bliss
     James Worthington
     G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
     Diana M. Batlle-Barasorda
     Alberto J. E. Añeses Negrón
     Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

Counsel for the Retiree Committee:
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
     Richard Levin
     Catherine Steege
E-Mail: rgordon@jenner.com
     rlevin@jenner.com
     csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

/s/Carmenelisa Perez-Kudzma