# **ATTACHMENT  A**

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk

SRF 53633

Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**RECEIVED**

**JUN 2 1 2021**

**\*\*\* Response Required \*\*\***

PRIME CLERK LLC

> THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
> GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
> RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.
>
> PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
> WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
> DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
> CLAIM.

May 12, 2021   *Unconstitutional violation by you of due*
*process of law. You failed to have this*

Re:   PROMESA Proof of Claim   *document defendant. the maximum defendant*
*In re Commonwealth of Puerto Rico*, Case No. 17-03283   *this document only*
United States District Court for the District of Puerto Rico   *yesterday at night*
*or June 16, 2021.*

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
(collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title
III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is
reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **174301** . You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors. In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim. The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.   *← False allegation by you.*
*See the proof of claim and its attachments.*
**Please respond to this letter on or before June 11, 2021 by returning the enclosed**
**questionnaire with the requested information and documentation.**

Batch 19

990123401012957

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

Batch 19

2

990123401012957

**Case Information**

Debtor : Puerto Rico Public Buildings Authority

United States District Court for Puerto Rico

Case Number: _____

Underline: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

| | Name of Creditor | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| 1 | MUNIZ BURGOS CONTRACTORS, CORP. | Condominio Parque de las Fuentes PH204 680 Calle Cesar Gonzalez San Juan, PR 00918-3912 Tel: 787-287-0212 | Trade Debt | N/A | $1,006,195.79 |
| 2 | DEYA ELEVATOR SERVICE INC | 680 Calle Cesar Gonzalez Tel: 787-268-8777 Email: ventas@deya.com | Trade Debt | N/A | $978,178.19 |
| 3 | GENESIS SECURITY SERVICES INC | 5900 Ave. Isla Verde L-2 PMB 438 Carolina, PR 00983 Tel: 787-776-2381 Email: contact@genesissecuritypr.com | Trade Debt | N/A | $917,207.49 |
| 4 | QUINTERO CONSTRUCTION S E | Carr 734 Km 0.5 Bo Arenas, Cidra, Puerto Rico 00739 Tel: 787-739-6040 | Trade Debt | N/A | $851,134.94 |
| 5 | SKY HIGH ELEVATORS CORP | URB. SANTA MARIA 34 CALLE ORQUIDEA SAN JUAN, PR 00926 Tel: 787-366-9954 Email: skyhighelevators@gmail.com | Trade Debt | N/A | $779,6134.85 |
| 6 | ADM. SERVICIOS GENERALES | PO BOX 195568 SAN JUAN, PR 00919-5568 Tel: 787-759-7676 Email: finanzas@asg.pr.gov | Government | N/A | $693,304.27 |
| 7 | MAPFRE-PRAICO INSURANCE COMPANY | PO BOX 70333 SAN JUAN, PR 00936-8333 Tel: 787-250-6500 Email: rdesoto@mapfrepr.com | Professional Services | N/A | $664,772.45 |
| 8 | DRC CORPORATION | PO BOX 70202 SAN JUAN, PR 00936 Tel: 787-723-7621 Email: jfnevarez-law@microjuris.com | Trade Debt | N/A | $612,030.32 |

[1] The Puerto Rico Public Buildings Authority reserves all rights to amend or supplement this list from time to time, in all respects, as may be necessary or appropriate. Nothing herein shall be deemed an admission or a waiver of any rights, claims, and defenses.

SKY HIGH ELEVATOR CORP.
Att.: Luis Costas
Orquídea 34
Urb. Santa María
San Juan, Puerto Rico 00927
Tel. 787-765-5928
Email: luissatsoc@aol.com

Puerto Rico Public Building Authority
Case No. 19-bk-05523

Attachment No. 1 for Proof of Claim of $1,242,443.46, of which the principal amount is $840,341.11, to which interest of 6% is added and also the charges, for creditor Sky High Elevator Corp., employer identification number 66-0752609.

On September 27, 2019 the Puerto Rico Public Building Authority (PBA) filed its Petition and listed Sky High Elevator Corp. as the 5th largest unsecured creditor of PBA. In its Motion accompanying the Petition (Docket #4, page 4 of 9) the PBA requested "time to prepare and review its creditor information to ensure both the Creditor Matrix and the Creditor List filed with the Court are as comprehensive and accurate as practicable." After considerable time, due diligence and investigation, and considerable review and investigation of its file and documents the PBA on February 5, 2020, filed said Matrix and List and in it determined and affirmed to the Court that PBA owed Sky High Elevator Corp. the principal amount of $840,341.11.

Creditor Sky High Elevator Corp. agrees that PBA owes Sky High Elevator Corp. at least the principal amount of $840,341.11 but points out and avers that interest and charges are properly added to that amount of principal. In the proof of claim Sky High Elevator Corp. has added $252,102.35 of interest at the annual rate of 6% and $150,000.00 of charges. Said additions are proper and proceed including on the basis of the Puerto Rican statute for the Prompt Payment to providers of goods and services to the Government, 3 L.P.R.A. §§2301 to 2305. By that statute the PBA is supposed to have paid providers within 20 days, 3 L.P.R.A §2302. The principal amount of $840,341.11 owed to Sky High Elevator Corp. by PBA is based on the files and documentation that PBA already has and used to make its own aforesaid determination and representations and affirmations to the Honorable Court. See Attachment 1A.

The failure of the PBA to honor its obligations and assurances to Sky High Elevator Corp. has caused Sky High Elevator Corp. considerable economic damages, including suffering the lack of money to pay its bills and employees and suppliers. The PBA established accounts for each of the amounts due to Sky High Elevator Corp. under the applicable contracts and assured Sky High Elevator Corp. that monies were in those accounts to completely, promptly and fully pay Sky High Elevator Corp.; however, PBA since contract numbers S-00061 (2013-2014);S-00062; S-00065; S-00128, has continued to increase the amounts owed by PBA to Creditor Sky High Elevator Corp., and has not disclosed to Sky High Elevator Corp. what cash remains in those accounts that at all pertinent times PBA established, had, and entrusted to fully pay Sky High Elevator Corp.

**Lic. Luis Costas Elena**

| | |
|---|---|
| **From:** | McNulty, Emmett [emcnulty@alvarezandmarsal.com] |
| **Sent:** | Thursday, June 10, 2021 11:46 AM |
| **To:** | Lic. Luis Costas Elena |
| **Subject:** | RE: Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742 |

Hello Mr. Elena,

Thank you for your response. We have reached out to our contacts within the Commonwealth of Puerto Rico and PBA and are working with them to identify the specific invoices and/or purchase orders relevant to your client, Sky High Elevators Corp's claim 173742.

I will reach out to you once I have any further information regarding these invoices/purchase orders. Please let me know if you have any further questions.

Many Thanks,

**Emmett McNulty**
Analyst
Alvarez & Marsal North America, LLC
Mobile: (773) 703 5968
emcnulty@alvarezandmarsal.com
www.alvarezandmarsal.com



**From:** Lic. Luis Costas Elena <luissatsoc@aol.com>
**Sent:** Saturday, June 05, 2021 9:22 AM
**To:** McNulty, Emmett <emcnulty@alvarezandmarsal.com>
**Subject:** RE: Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742

[EXTERNAL EMAIL]

Dear Mr. McNulty and Alvarez & Marsal North America LLC:

The documents are obviously in the hands of your client PBA. Those documents, particularly invoices were delivered over the years to PBA physically. PBA on the date of filing its petition for Bankruptcy, Exhibit 1, utilized some of those documents to arrive at the sum of Exhibit 1. PBA thereafter prepared and reviewed its creditor information and as stated by PBA and its lawyers "filed with the Court" the Creditor Matrix and Creditor List that was "as comprehensive and accurate as practical". See my Exhibit 3 previously sent to you. PBA, your client, pursuant to that review "as comprehensive and accurate as practical" filed on February 5, 2020 document 33 that raised the amount owed by your client PBA to Sky High to the principal amount of $840,341.11. I again attach Exhibit 2. Please note that your client calculated and summed up the said owed principal amount to the penny.

1

Accordingly, the easiest way for you to reach that PBA admitted principal amount owed by PBA to creditor Sky High is to ask PBA for the documentation, invoices, that PBA utilized to file document 33, Trade Vendor Obligations to Sky High. The name or names of the PBA official or officials that summed up said owed principal amount is in the file of PBA.

If you cannot get those invoices from your own client PBA, at least provide me with the list of invoices that PBA on February 5, 2020 summed up to arrive at $840,341.11. As far as I know all Government offices are now open in Puerto Rico to receive persons, and Alvarez & Marsal North America LLC appears in the Department of State of Puerto Rico with local office at Citi Tower, Hato Rey.

Sincerely,

*LCDO. LUIS P. COSTAS ELENA, LL.B., LL.M., S.J.D.*
#34 Calle Orquidea, Urb. Santa Maria
San Juan, Puerto Rico 00927
Tel. 787-525-4113 / 787-765-5928
Fax. 787-765-6421
Email: luissatsoc@aol.com

**Privacy Notice:** This electronic mail message, and any attachments, are confidential and are intended for the exclusive us of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify me promptly if you change your email address.

**From:** McNulty, Emmett [mailto:emcnulty@alvarezandmarsal.com]
**Sent:** Thursday, June 03, 2021 6:20 PM
**To:** Lic. Luis Costas Elena
**Subject:** RE: Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742

Hello Mr. Elena,

Apologies for the late response. I understand the relevant documents have already been sent to PBA, do you happen to know if this was done electronically or whether the files were physically sent to PBA? If electronically, would you be able to forward the documents to me? Or if physically, do you know to whom they were originally sent at PBA?

We have just recently become engaged on the PBA bankruptcy process so, in addition to the current global situation, we are currently not able to be on-site with our client. Because of this I am trying to reach out to creditors whom may have the invoice or purchase order data readily available. If it is not easy for you to obtain the relevant documents, I will further my conversation with the PBA. But if this is something you would be able to do, it would allow us to ensure the claim is reconciled more efficiently.

Please let me know if you think you can easily obtain the documents.

Many Thanks,

**Emmett McNulty**
Analyst
Alvarez & Marsal North America, LLC
Mobile: (773) 703 5968
emcnulty@alvarezandmarsal.com
www.alvarezandmarsal.com

2

**From:** Lic. Luis Costas Elena <luissatsoc@aol.com>
**Sent:** Saturday, May 29, 2021 9:26 AM
**To:** McNulty, Emmett <emcnulty@alvarezandmarsal.com>
**Subject:** FW: Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742
**Importance:** High

[EXTERNAL EMAIL]

Dear Mr. McNulty:

You have not replied to my letter to you of May 22, 2021 with respect to Sky High Elevator Corp. and its Claim No. 173742. I thus understand that nothing needs to be reconciled with respect to the principal amount of $840,341.11. Said amount was declared, computed by your client Public Building Authority (PBA) on the basis of the documentation already in the hands of PBA on the date of filing for Bankruptcy, and as you can readily see from Exhibits 2 and 3 Sky High Elevator Corp. agreed to your client's computation and merely added the 6% interest and corresponding charges. Sky High Elevator Corp in its proof of claim referred to the documents already in the hands of your client.

The proof of claim only included a small amount of invoices for the following reasons:

1. Your client had already performed and done the computation of the principal amount owed by PBA to Creditor Sky High Elevator;
2. Your client did so on the basis of the documentation, including all the invoices, pertaining to that principal amount of $840,341.11;
3. There was no need to duplicate the documents that your client already had;
4. The Bankruptcy Court at the time of filing the proof of claim for Sky High only allowed the filing of a small amount of documentation.

Your client in other words has already done the reconciliation of the principal amount of $840,341.11, that PBA owes to Creditor Sky High Elevator Corp.; please consider that principal amount reconciled and allowed.

Sincerely,

*LCDO. LUIS P. COSTAS ELENA, LL.B., LL.M., S.J.D.*
#34 Calle Orquidea. Urb. Santa María
San Juan. Puerto Rico 00927
Tel. 787-525-4113 / 787-765-5928
Fax. 787-763-6421
Email. luissatsoc@aol.com

**Privacy Notice**: This electronic mail message, and any attachments, are confidential and are intended for the exclusive us of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify me promptly if you change your email address.

**From:** Lic. Luis Costas Elena [mailto:luissatsoc@aol.com]
**Sent:** Saturday, May 22, 2021 11:46 AM
**To:** 'McNulty, Emmett'
**Subject:** RE: Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742

Dear Mr. McNulty:

I do not know what you call "reconciling". Your client and Debtor Puerto Rico Public Building Authority ("PBA"), in its petition of September 27, 2019 affirmed that Sky High Elevator Corp. was the fifth largest unsecured creditor of PBA. PBA stated that according to its own documentation PBA owed to Sky High $779,613.48. (Exhibit 1). PBA requested additional "time to prepare and review its creditor information to ensure both the Creditor Matrix and the Creditor List filed with the Court are as comprehensive and accurate as practicable." After considerable time, due diligence and investigation, and considerable review and investigation of its file and documents the PBA on February 5, 2020, filed said Matrix and List and in it determined and affirmed to the Court that PBA owed Sky High Elevator Corp. the principal amount of $840,341.11." (Exhibits 2 and 3)

Pursuant to Puerto Rico Statute 3 LPRA §§2301-2305 the PBA in addition owes 6% interest to Sky High, and PBA was supposed to pay Sky High a small business within twenty (20) days. On June 14, 2020 the Governor of Puerto Rico signed into law Puerto Rico Statute Law 57 of 2020, that by its Article 5 Mandated the PBA to fully pay the Creditor Sky High Elevator Corp. within fifteen (15) days the aforesaid amount of $1,242,393.46. Article 5: "Las obligaciones o cuentas por pagar a los contratistas, suplidores y proveedores ("proveedor"), ya acumuladas previo a la aprobación de esta Ley y que ya hayan sido certificadas por la agencia o instrumentalidad gubernamental para la cual se le ofreció el servicio o entregado los bienes, deberán ser pagadas durante un término que nunca excederá de quince (15) días calendario, luego de la firma de esta Ley."

Accordingly, I request that you mail to me or send me by email all the following information and documentation:

1. All the information, documentation and calculations that PBA utilized to arrive at the initial debt of $779,613.48.
2. All the information, documentation and calculations that PBA utilized to raise the amount of the debt to Sky High to $840,341.11.
3. All the information , documentation and calculations that you Mr. McNulty used to say the amount of $4,950.00 and what if anything you did with respect to Exhibit 3.
4. Copies of all the bank statements for all the concerned years of the accounts that PBA established to pay Sky High for contract numbers S-00061 (2013-2014); S-00062; S-00065; S-00128.

I request your immediate attention and reply and compliance with my request.

Sincerely,

*LCDO. LUIS P. COSTAS ELENA, L.L.B., L.L.M., S.J.D.*
#34 Calle Orquidea, Urb. Santa Maria
San Juan, Puerto Rico 00927
Tel. 787-525-4113 / 787-765-5928
Fax. 787-763-6421
Email: luissatsoc@aol.com

**Privacy Notice:** This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify me promptly if you change your email address.

**From:** McNulty, Emmett [mailto:emcnulty@alvarezandmarsal.com]
**Sent:** Tuesday, May 18, 2021 4:04 PM
**To:** luissatsoc@aol.com
**Cc:** Harmon, Kara; Stafford, Laura
**Subject:** Puerto Rico Bankruptcy - Public Building Authority Case - Claim 173742

Hello Mr. Costas-Elena,

4

I am working with the Puerto Rico Debtors in reconciling their open accounts payables. You filed a proof of claim (Claim #173742) on behalf of creditor, SKY HIGH ELEVATOR CORP, in the bankruptcy case against the Public Building Authority of Puerto Rico. The claim asserts a total amount of $1,242,393.46. After review, we were only able to reconcile a total of $4,950.00 from the invoices included on pgs. 18-27. In order to reconcile the entire claim amount, can you please provide all invoice or purchase order data relevant to the $1,242,393.46 claim amount? I have included your filed claim below for reference.

Claim 173742:

https://esa.primeclerk.com/CM/DownloadPDF-ViewPDF?documentID=OTU0MDAx&cid=4214

Please let me know if you have any questions.

Thanks,

**Emmett McNulty**
Analyst
Alvarez & Marsal North America, LLC
Mobile: (773) 703 5968
emcnulty@alvarezandmarsal.com
www.alvarezandmarsal.com



*This communication may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are hereby notified that any dissemination of this communication is strictly prohibited. When addressed to our clients, any advice contained in this communication and any attachments are subject to the terms and conditions expressed in the appropriate client engagement agreement and no other party may rely on the information or advice contained herein for any purpose. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Email messages may be monitored for reasons of security, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies. Emails are not a secure method of communication, can be intercepted and cannot be guaranteed to be error free.*

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

**Invoice**

| BILL TO | SHIP TO |
|---|---|
| AEP Centro de Gobierno de Carolina | AEP Centro de Gobierno de Carolina |
| | AEP Centro de Gobierno de Carolina |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11513 | 05/28/2019 | $31,624.00 | 06/27/2019 | Net 30 | |

**SHIP DATE**
07/31/2018

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2{23} | Elevator Repair - Replacement of Parts / Modernization | 1 | 31,624.00 | 31,624.00 |
| | | Certificacion #5 C-00005-2015-2016 P.O 171249 | | | |
| | | Retenido | | | |
| | | | 1 | | 0.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE          **$31,624.00**

# Invoice

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com



| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Públicos | Autoridad de Edificios Públicos |
| Región Mayaguez | Región Mayaguez |
| Apartado 41029 Santurce, PR  00940 | Apartado 41029 Santurce, PR  00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 9916 | 04/11/2019 | $5,551.66 | 05/11/2019 | Net 30 | |

**SHIP DATE**
04/11/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2{23} | Esc. Superior Vocacional Luis Negron Lopez | 1 | 5,551.66 | 5,551.66 |
| | | Elevator Repair - Replacement of Parts / Modernization PO 190863 REQUISITION 1903895-0060 Reparación de ascensor hidráulico Proveer e instalar: 1CHRIPHNA CAR OPERATING , 1CIOACD CONTRATO S00077(2017-2018) | | | |

BALANCE DUE

## $5,551.66

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Públicos | Autoridad de Edificios Públicos |
| Región Aguadilla | Región Aguadilla |
| Apartado 41029 Santurce, PR  00940 | Apartado 41029 Santurce, PR  00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 7939 | 08/22/2018 | $5,273.00 | 09/21/2018 | Net 30 | |

**SHIP DATE**
08/22/2018

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2{23} | Elevator Repair - Replacement of Parts / Modernization Reparación de ascensor montasillas Centro de Gobierno de Hatillo AEP 2320. | 1 | 5,273.00 | 5,273.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE            **$5,273.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

**Invoice**

| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Publicos/ | Autoridad de Edificios Publicos/ |
| Region P | Region P |
| once Apartado 41029 | once Apartado 41029 |
| PR.  Contract No.:   S-00128 (2013- | PR.  Contract No.:   S-00128 (2013- |
| 2014 | 2014 |
| Santurce 00940 | Santurce 00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4087 | 01/31/2017 | $3,375.00 | 03/02/2017 | Net 30 | |

**SHIP DATE**
09/20/2016

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service - November 2016 Instituto Tecnologico de Ponce | 1 | 3,375.00 | 3,375.00 |
| | | | | 0.00 | 0.00 |
| | | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | | 0.00 | 0.00 |

BALANCE DUE     **$3,375.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

**Invoice**

| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Publicos/ Region P once Apartado 41029 PR.  Contract No.:   S-00128 (2013-2014 Santurce 00940 | Autoridad de Edificios Publicos/ Region P once Apartado 41029 PR.  Contract No.:   S-00128 (2013-2014 Santurce 00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1436 | 01/09/2015 | $3,250.00 | 02/08/2015 | Net 30 | |

**SHIP DATE**
01/09/2015

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Centro Judicial Ponce Maintenance Monthly Service - December 2014 | 1 | 3,250.00 | 3,250.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados. | | 0.00 | 0.00 |

BALANCE DUE

**$3,250.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

**Invoice**

| BILL TO | SHIP TO |
|---|---|
| Autoridad Edificios Publicos / Reg Caguas | Ing Jose L. Davila Estrada |
| Jose L. Davila Estrada | Autoridad Edificios Publicos / Reg Caguas |
| Apartado 41029 Santurce, PR 00940 | Autoridad Edificios Publicos / Reg Caguas |
| CONTRAC | Jose L. Davila Estrada |
| | Apartado 41029 Santurce, PR 00940 |
| | CONTRAC |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1203 | 11/06/2014 | $1,500.00 | 12/06/2014 | Net 30 | |

**SHIP DATE**
11/06/2014

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Centro Judicial Caguas Maintenance Monthly Service - october 2014 | 1 | 1,500.00 | 1,500.00 |

BALANCE DUE          **$1,500.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

**Invoice**

| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Publicos/Reg | AEP |
| Metro | Apartado 41029 |
| Jose Davila Estrada | CONTRACT NO.: S-00062 (2013- |
| Apartado 41029 Santurce, PR 00940 | 2014) |
| CONTRAC | Santurce, PR 00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 471 | 02/20/2014 | $9,789.00 | 03/22/2014 | Net 30 | |

**SHIP DATE**
02/20/2014

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 2{23} | Elevator Repair - Replacement of Parts / Modernization  Reparacion  de ascensor de traccion #3 para pulley, cableria, cambio roller, luces y trabajos a las puertas interiores | 1 | 9,110.00 | 9,110.00 |
| | 2{23} | Reparacion de asensor de traccion para cambio de cerraduras y llave en el elevador #1 del superintendente con 10 llaves maestras | 1 | 679.00 | 679.00 |
| | | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene aigún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados. | | 0.00 | 0.00 |

Thank you for your business!

BALANCE DUE

**$9,789.00**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| [X] Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date:<br>Sept 27, 2019 |
|---|---|---|

The Puerto Rico Public Building Authority has listed your claim in their Creditor List in Schedule [CreditorList] as a [CUD] claim in an $[ScheduleAmount] amount.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El Autoridad de Edificios Públicos de Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule [CreditorList] como un reclamo [CUD] por un monto de $ [ScheduleAmount]. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

---

| **Part 1 / Parte 1** | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Sky High Elevator Corp

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor    Sky High Elevators Corp
Otros nombres que el acreedor usó con el deudor

**2. Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

[X] No / No
[ ] Yes. From whom?
Sí. ¿De quién?  NA

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberian enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberian enviarse las notificaciones al acreedor?<br><br>SKY HIGH ELEVATOR CORP<br>ATT LUIS COSTAS<br>34 ORQUIDEA ST - URB SANTA MARIA<br>SAN JUAN, PR 00927<br><br>787-765-5928<br>Contact phone / Teléfono de contacto<br>luissatsoc@aol.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent?<br>(if different)<br>¿A dónde deberian enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Same<br><br>787-765-5928<br>Contact phone / Teléfono de contacto<br>luissatsoc@aol.com<br>Contact email / Correo electrónico de contacto |
|---|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) NA<br>Filed on / Presentada el NA _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí.  ¿Quién hizo la reclamación anterior? NA _____ | |

| Part 2 / Parte 2 | Give Information About the Claim as of the Petition Date<br>Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |
|---|---|

| 6. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: 0488771-0016 / S00077(20<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ NA _____ |
|---|---|
| 7. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 1,242,443.46 _____  Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?**<br><br>**¿Cuál es el fundamento de la reclamación?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Goods sold and services performed under contracts with Public Buildings Authority (PBA) that PBA did not pay |

| | |
|---|---|
| **9. Is all or part of the claim secured?**<br><br>**¿La reclamación está garantizada de manera total o parcial?** | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>Otro. Describir:  Monies in accounts established by the PBA to pay for these goods and services.  See Attachment 2.<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>See Attachment 2<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:**  $   840,341.11<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $  402,102.35 (interest and charges)<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)____6__%<br>☒ Fixed / Fija<br>☐ Variable / Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?**<br><br>**¿Esta reclamación está basada en un arrendamiento?** | ☒ No / No<br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $ _____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: NA _____ |

| | |
|---|---|
| **12. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☐ No / No<br><br>☒ **Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.**    $ 4,950.00. See Attachments 3.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☐ I am the creditor. / Soy el acreedor.<br>☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto. |

**Signature:** *Luis Pablo Costas-Elena*
Luis Pablo Costas-Elena (Apr 17, 2020)

**Email:** luissatsoc@aol.com
Signature / Firma

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| | | | |
|---|---|---|---|
| Name | LUIS | PABLO | COSTAS-ELENA |
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |
| Title / Cargo | ATTORNET | | |
| Company / Compañía | SKY HIGH ELEVATOR CORP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador. | | |
| Address / Dirección | 34 ORQUIDEA ST - URB SANTA MARIA | | |
| | Number / Número    Street / Calle | | |
| | SAN JUAN | PR | 00927 |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |
| Contact phone / Teléfono de contacto | 787-765-5928 | Email / Correo electrónico | luissatsoc@aol.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do **not** have supporting documentation.

@ Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                  12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

## How to fill out this form

▪ **Fill in all of the information about the claim as of the petition date.**

▪ **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

▪ **Attach any supporting documents to this form.**
Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

▪ **Do not attach original documents because attachments may be destroyed after scanning.**

▪ **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

▪ **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

▪ **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---

**Do not file these instructions with your form**

---

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the district court, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the district court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos                                                                                    12/15

**Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.**

## Cómo completar este formulario

- **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- **Complete el título en la parte superior del formulario.**

- **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte** que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.

- **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página).

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona.** Ver la Norma de quiebra 9037.

- **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor.** Por ejemplo, escriba *A.B., un menor* (*John Doe, padre, calle 123, ciudad, estado*). Ver la Norma de quiebra 9037.

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.

Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 § 101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anterioresa la fecha en la que se presentó el caso , en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud el Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final de § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

## Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**No presente estas instrucciones con su formulario**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |
| ✓ Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date:<br>Sept 27, 2019 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   Sky High Elevator Corp. (Ein██████-2609)

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor   Sky High Elevators Corp.
   Otros nombres que el acreedor usó con el deudor

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |
|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Sky High Elevator Corp. (Att. Luis Costas)<br>_Name / Nombre_<br><br>34 Orquidea St., Urb. Santa Maria<br>_Number / Número     Street / Calle_<br><br>San Juan          PR          00927<br>_City / Ciudad      State / Estado      ZIP Code / Código postal_<br><br>787-765-5928<br>_Contact phone / Teléfono de contacto_<br><br>luissatsoc@aol.com<br>_Contact email / Correo electrónico de contacto_ | **Where should payments to the creditor be sent?**<br>(if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Sky High Elevator Corp. (Att. Luis Costas)<br>_Name / Nombre_<br><br>34 Orquidea St., Urb. Santa Maria<br>_Number / Número     Street / Calle_<br><br>San Juan          PR          00927<br>_City / Ciudad      State / Estado      ZIP Code / Código postal_<br><br>787-765-5928<br>_Contact phone / Teléfono de contacto_<br><br>luissatsoc@aol.com<br>_Contact email / Correo electrónico de contacto_ |
|---|---|---|

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el _____  (MM/DD/YYYY) / (DD/MM/AAAA) |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ |
|---|---|---|

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Puerto Rico Public Building Authority / Case No. 19-bk-05523 |
|---|---|---|

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☑ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato:  Sky High Merchant Registration Number 0488771-0016<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____<br><br>See your files. PBA States Principal Debt of $840,341.11 |
|---|---|---|

| 8. How much is the claim? / ¿Cuál es el importe de la reclamación? | $ 1,242,443.46 | See Attachment 1. PBA States that it owes Sky High Inc. the principle amount of $842,341.11 to which we add the 6% interest annually |
|---|---|---|
| | **Does this amount include interest or other charges?** / ¿Este importe incluye intereses u otros cargos? | |
| | ☐ No / No | |
| | ☑ Yes, Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). / Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). | |

9. **What is the basis of the claim?** / ¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. / Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjeta de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold and services performed under contracts with PBA that PBA did not actually pay.

10. **Is all or part of the claim secured?** / ¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property. / Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

☐ Motor vehicle / Vehículo

☑ Other. Describe: / Otro. Describa:

Monies should be in the accounts that PBA retained/held for the contracts, but did not pay to Sky High.

**Basis for perfection / Fundamento de la realización de pasos adicionales:**

See Attachment 2.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) / Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer el derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $ 842,341.11 in cash supposed to be in PBA accounts

**Amount of the claim that is secured /** Importe de la reclamación que está garantizado: $ _____

**Amount of the claim that is unsecured /** Importe de la reclamación que no está garantizado: $ $402,102.35 interest and charges (The sum of the secured and unsecured amounts should match the amount in line 7.) / (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /** Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

**Annual Interest Rate (on the Petition Date) /** Tasa de interés anual (cuando se presentó el caso): 6 %

☑ Fixed / Fija

☐ Variable / Variable

11. **Is this claim based on a lease?** / ¿Está reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date. / Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso:

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☑ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

$ 4,950.00 (See Attachments 3)

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically. FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente.

☐ I am the creditor. / Soy el acreedor.

☑ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el ___April 13, 2020___ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Luis | Pablo | Costas-Elena |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo   Attorney

Company / Compañía   Sky High Elevator Corp.

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   34 Orquidea, Urb. Santa Maria

| Number / Número | Street / Calle | | |
|---|---|---|---|
| San Juan | | PR | 00927 |
| City / Ciudad | | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto   787-765-5928   Email / Correo electrónico   luissatsoc@aol.com

---

Modified Official Form 410                     Proof of Claim                     page 4

**ATTACHMENT 1**

## SKY HIGH ELEVATOR CORP.
**Att.: Luis Costas**
**Orquidea 34**
**Urb. Santa Maria**
**San Juan, Puerto Rico 00927**
**Tel. 787-765-5928**
**Email: luissatsoc@aol.com**

Puerto Rico Public Building Authority
Case No. 19-bk-05523


Attachment No. 1 for Proof of Claim of $1,242,443.46, of which the principal amount is $840,341.11, to which interest of 6% is added and also the charges, for creditor Sky High Elevator Corp., employer identification number 66-0752609.

On September 27, 2019 the Puerto Rico Public Building Authority (PBA) filed its Petition and listed Sky High Elevator Corp. as the 5th largest unsecured creditor of PBA. In its Motion accompanying the Petition (Docket #4, page 4 of 9) the PBA requested "time to prepare and review its creditor information to ensure both the Creditor Matrix and the Creditor List filed with the Court are as comprehensive and accurate as practicable." After considerable time, due diligence and investigation, and considerable review and investigation of its file and documents the PBA on February 5, 2020, filed said Matrix and List and in it determined and affirmed to the Court that PBA owed Sky High Elevator Corp. the principal amount of $840,341.11.

Creditor Sky High Elevator Corp. agrees that PBA owes Sky High Elevator Corp. at least the principal amount of $840,341.11 but points out and avers that interest and charges are properly added to that amount of principal. In the proof of claim Sky High Elevator Corp. has added $252,102.35 of interest at the annual rate of 6% and $150,000.00 of charges. Said additions are proper and proceed including on the basis of the Puerto Rican statute for the Prompt Payment to providers of goods and services to the Government, 3 L.P.R.A. §§2301 to 2305. By that statute the PBA is supposed to have paid providers within 20 days, 3 L.P.R.A §2302. The principal amount of $840,341.11 owed to Sky High Elevator Corp. by PBA is based on the files and documentation that PBA already has and used to make its own aforesaid determination and representations and affirmations to the Honorable Court. See Attachment 1A.

The failure of the PBA to honor its obligations and assurances to Sky High Elevator Corp. has caused Sky High Elevator Corp. considerable economic damages, including suffering the lack of money to pay its bills and employees and suppliers. The PBA established accounts for each of the amounts due to Sky High Elevator Corp. under the applicable contracts and assured Sky High Elevator Corp. that monies were in those accounts to completely, promptly and fully pay Sky High Elevator Corp.; however, PBA since contract numbers S-00061 (2013-2014);S-00062; S-00065; S-00128, has continued to increase the amounts owed by PBA to Creditor Sky High Elevator Corp., and has not disclosed to Sky High Elevator Corp. what cash remains in those accounts that at all pertinent times PBA established, had, and entrusted to fully pay Sky High Elevator Corp.

GOBIERNO DE PUERTO RICO
AUTORIDAD DE EDIFICIOS PÚBLICOS
San Juan, Puerto Rico

2018-S00077-C

## RENOVACIÓN
### CONTRATO NUM. S00077 (2017-2018)-C

### COMPARECEN

DE LA PRIMERA PARTE: LA AUTORIDAD DE EDIFICIOS PÚBLICOS, Corporación Pública e Instrumentalidad del Gobierno de Puerto Rico, en adelante denominada LA AEP, en virtud de la autoridad conferida por la Ley Núm. 56 del 19 de junio de 1958, según enmendada, y los Reglamentos Internos de la Autoridad, representada en este acto por el Director Ejecutivo, Josean Nazario Torres, mayor de edad, casado, y vecino de Naguabo, Puerto Rico.————————————————

DE LA SEGUNDA PARTE: **SKY HIGH ELEVATORS CORP.**, corporación organizada bajo las leyes existente del Gobierno de Puerto Rico, representada en este acto por Luis Costas Russell, Presidente, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en adelante denominado LA SEGUNDA PARTE.————————————

Manifiestan las partes tener la capacidad legal necesaria para este otorgamiento y en tal virtud libre y voluntariamente:———————————————————

### EXPONEN




PRIMERO: El 25 de septiembre de 2017, LA AUTORIDAD contrató a LA SEGUNDA PARTE para que prestara los **Servicios de Mantenimiento de Ascensores y Equipos de Transporte Vertical en Varios Edificios y Escuelas de la Autoridad de Edificios Públicos (AEP)**.————————————————

SEGUNDO: El Contrato Núm. S00077 (2017-2018), según enmendado, está vigente hasta el 30 de junio de 2019.————————————————

TERCERO: Conforme a las Condiciones Especiales de los Documentos de Contrato de la Subasta, y al Artículo 3 del Contrato Núm. S00077 (2017-2018), según enmendado, las Partes han convenido renovar a partir del **1 de julio de 2019** hasta el 30 de septiembre de 2019

setenta y cinco dólares ($94,875.00), los cuales se pagarán de la cuenta número

⁎ ⁎ 50017000-0000000-10-040-1000-000-2020-0000.—————————————

| Región | Cantidad de Ascensores | Costo por 3 meses | Costo Mensual | Costo Anual |
|---|---|---|---|---|
| Aguadilla | 16 | $12,930.00 | $4,310.00 | $51,720.00 |
| Arecibo | 19 | $10,665.00 | $3,555.00 | $42,660.00 |
| Bayamón | 24 | $10,380.00 | $3,460.00 | $41,520.00 |
| Carolina | 17 | $12,300.00 | $4,100.00 | $49,200.00 |
| Guayama | 19 | $15,450.00 | $5,150.00 | $61,800.00 |
| Humacao | 18 | $9,600.00 | $3,200.00 | $38,400.00 |
| Mayagüez | 31 | $23,550.00 | $7,850.00 | $94,200.00 |
| Año Fiscal 2019-2020 | | $94,875.00 | $31,625.00 | $379,500.00 |

CUARTO: Una vez se obtenga la aprobación de la Secretaría de la Gobernación y de la Oficina de Gerencia y Presupuesto, se procederá a enmendar el Contrato Núm. S00077 (2017-2018), según enmendado, para extender su vigencia hasta el 30 de junio de 2020, e incrementar la cantidad de fondos restantes para los servicios a realizarse.——

QUINTO: Los demás términos y condiciones del Contrato Núm. S00077 (2017-2018), según enmendado, que no hayan sido alterados por esta renovación, permanecerán con toda su fuerza y vigor.———————————————————

EN TESTIMONIO DE LO CUAL, las partes firman el presente documento en San Juan, Puerto Rico, hoy __28__ de junio de 2019.————————————————

AUTORIDAD DE EDIFICIOS PUBLICOS                SKY HIGH ELEVATORS CORP.

Josean Nazario Torres                          Luis Costas Russell
Director Ejecutivo                             Presidente
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                                    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

YO, _____ ABOGADO(A) DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS, CERTIFICO QUE HE REVISADO ESTE CONTRATO EN TODOS SUS PORMENORES Y HABIENDO ENCONTRADO EL MISMO SATISFACTORIO DESDE EL PUNTO DE VISTA LEGAL, RECOMIENDO SU FIRMA.

*Exhibits 3.*

*Attachments 2* **Invoice**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Públicos | Autoridad de Edificios Públicos |
| Región Bayamon | Región Bayamon |
| Apartado 41029 Santurce, PR  00940 | Apartado 41029 Santurce, PR  00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 10990 | 09/23/2019 | $170.00 | 10/23/2019 | Net 30 | |

**SHIP DATE**
09/23/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019 | 1 | 170.00 | 170.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE

**$170.00**

**Sky High Elevator Corp.**

Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Autoridad de Edificios Públicos | Autoridad de Edificios Públicos |
| Región Bayamon | Región Bayamon |
| Apartado 41029 Santurce, PR  00940 | Apartado 41029 Santurce, PR  00940 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 10991 | 09/23/2019 | $450.00 | 10/23/2019 | Net 30 | |

**SHIP DATE**
09/23/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019 | 2 | 225.00 | 450.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE   **$450.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

BILL TO
Centro de Gobierno, Carolina
Autoridad de Edificios Públicos
Región Carolina
Apartado 41029 Santurce, PR  00940

SHIP TO
Autoridad de Edificios Públicos
Región Carolina
Apartado 41029 Santurce, PR  00940

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11000 | 09/27/2019 | $1,500.00 | 10/27/2019 | Net 30 | |

**SHIP DATE**
09/27/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019 | 4 | 375.00 | 1,500.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE

**$1,500.00**

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice



BILL TO
Autoridad de Edificios Públicos
Región Bayamon
Apartado 41029 Santurce, PR  00940

SHIP TO
Autoridad de Edificios Públicos
Región Bayamon
Apartado 41029 Santurce, PR  00940

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11010 | 09/27/2019 | $225.00 | 10/27/2019 | Net 30 | |

**SHIP DATE**
09/27/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019  Cuartel dde la Policia, Toa Alta | 1 | 225.00 | 225.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE

**$225.00**

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Comandancia de la Policia Carolina | Autoridad de Edificios Públicos |
| Autoridad de Edificios Públicos | Región Carolina |
| Región Carolina | Apartado 41029 Santurce, PR  00940 |
| Apartado 41029 Santurce, PR  00940 | |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11049 | 09/30/2019 | $200.00 | 10/30/2019 | Net 30 | |

**SHIP DATE**
09/30/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service Septiembre  2019  Comandancia Policia, Carolina | 1 | 200.00 | 200.00 |
| | Sales | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | | 0.00 | 0.00 |

BALANCE DUE

## $200.00

# Invoice

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

BILL TO
Centro de Gobierno Aguadilla
Autoridad de Edificios Públicos
Región Aguadilla
Apartado 41029 Santurce, PR  00940

SHIP TO
Autoridad de Edificios Públicos
Región Aguadilla
Apartado 41029 Santurce, PR  00940

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11060 | 09/30/2019 | $800.00 | 10/30/2019 | Net 30 | |

**SHIP DATE**
09/30/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019  Centro de Gobierno de Aguadilla | 2 | 400.00 | 800.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE                    **$800.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Centro Judicial Aguadilla | Autoridad de Edificios Públicos |
| Autoridad de Edificios Públicos | Región Aguadilla |
| Región Aguadilla | Apartado 41029 Santurce, PR  00940 |
| Apartado 41029 Santurce, PR  00940 | |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11065 | 09/30/2019 | $780.00 | 10/30/2019 | Net 30 | |

**SHIP DATE**
09/30/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019 | 2 | 390.00 | 780.00 |
| | 1 | Elevador # 1 detenido | 1 | 0.00 | 0.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE

**$780.00**

**Sky High Elevator Corp.**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Centro Gobierno Yabucoa | Centro Gobierno Yabucoa |
| Centro Gobierno Yabucoa | Centro Gobierno Yabucoa |
| | Centro Gobierno Yabucoa |
| | Centro Gobierno Yabucoa |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 10976 | 09/23/2019 | $400.00 | 10/23/2019 | Net 30 | |

**SHIP DATE**
09/23/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019 | 2 | 200.00 | 400.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | | 0.00 | 0.00 |

**BALANCE DUE**

# $400.00

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR  00927 US
+1787 9555821
skyhighelevators@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Comandancia Policia Humacao | Comandancia Policia Humac |
| Comandancia Policia Humacao | Comandancia Policia Humacao |
| | Comandancia Policia Humacao |
| | Comandancia Policia Humacao |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 10978 | 09/23/2019 | $200.00 | 10/23/2019 | Net 30 | |

**SHIP DATE**
09/23/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 1 | Maintenance Monthly Service September 2019 | 1 | 200.00 | 200.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | | 0.00 | 0.00 |

BALANCE DUE

**$200.00**



# Invoice

**Sky High Elevator Corp**
Urb Santa Maria 34 calle Orquidea
San Juan, PR 00927 US
+1787 9555821
skyhighelevators@gmail.com



BILL TO
Autoridad de Edificios Públicos
Región Bayamon
Apartado 41029 Santurce, PR 00940

SHIP TO
Autoridad de Edificios Públicos
Región Bayamon
Apartado 41029 Santurce, PR 00940

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 10989 | 09/23/2019 | $225.00 | 10/23/2019 | Net 30 | |

**SHIP DATE**
09/23/2019

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | 1 | Maintenance Monthly Service September 2019  Esc. Int. Jesus Sanchez Erazo | 1 | 225.00 | 225.00 |
| | b | Bajo pena de nulidad absoluta certifico que ningún servidor público de este organismo es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizado, los productos han sido entregados (los servicios prestados) y no han sido pagados | 1 | 0.00 | 0.00 |

BALANCE DUE

**$225.00**

# Electronic Proof of Claim

Final Audit Report                                                                 2020-04-17

| | |
|---|---|
| Created: | 2020-04-17 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAB-uGXVRIABUyAQcTemaZtAJk7EGbH3AI |

## "Electronic Proof of Claim" History

📄 Web Form created by Puerto Rico Claims (prclaims@primeclerk.com)
2020-04-17 - 9:53:54 PM GMT

🔗 Luis Pablo Costas-Elena (luissatsoc@aol.com) uploaded the following supporting documents:
   🔗 Attachment
2020-04-17 - 10:23:25 PM GMT

📄 Web Form filled in by Luis Pablo Costas-Elena (luissatsoc@aol.com)
2020-04-17 - 10:23:25 PM GMT- IP address: 107.77.215.123

🔗 (User email address provided through API User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_4)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/79.0.3945.117 Safari/537.36)
2020-04-17 - 10:23:28 PM GMT- IP address: 107.77.215.123

✓ Signed document emailed to Puerto Rico Claims (prclaims@primeclerk.com) and Luis Pablo Costas-Elena
(luissatsoc@aol.com)
2020-04-17 - 10:23:28 PM GMT

Prime Clerk      POWERED BY
                 Adobe Sign

🗃 00895990 (/ligh...    📄 Attachme...    ⌄ ✕

Ticket
# [EXTERNAL] Sky High Elevator Corp. POC No. 174301 Your Late and Unconstitutional Information Request

[ + Follow ]   [ CloneTicket ]

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|--------|---------------|--------------|--------------|---------------|--------------|
| New | 00895990 | PR Claims Info (/... | Luis Costas Elena Lic. (/... | | Document Uploads |

## Ticket Details    ▼

Contact Name
Luis Costas Elena Lic. (/lightning/r/0033I00002pQIvgAAC/view)    ✏

Ticket Owner
Document Uploads    ✏

Status
New    ✏

Workflow
Pending Document Upload    ✏

Inquiry Constituency    ✏

Escalation Level
(6) Excluded from Call Log    ✏

Parent Ticket ⓘ
00895496 (/lightning/r/5003I00001BrideAAB/view)    ✏

Cloned ⓘ    ✏

Subject
[EXTERNAL] Sky High Elevator Corp. POC No. 174301 Your Late and Unconstitutional Information Request    ✏

Description    ✏
Dear Sirs:

You failed to deliver your request for information dated May 12, 2021 until June 16, 2021. That is you did not deliver your request for information until after your arbitrary Date of June 11, 2021 had passed.

Also, your allegation that the Proof of Claim was too vague and that you could not determine the basis, nature or amount of the claim is false. The debtor Puerto Rico Public Building Authority in its own petition for bankruptcy stated that Sky High Elevator Corp. was its 5th largest trade debt creditor. Exhibit 1. The Puerto Rico Public Building Authority then filed with the Bankruptcy Court Document 33 on February 5, 2020 stating and acknowledging that debtor Puerto Rico Public Building Authority owed creditor Sky High Elevator Corp. at least $840,341.11. Exhibit 2. This was explained in the Proof of Claim by Exhibit 3. Also, we have been in constant communication with Mr. Emmet McNulty from Alvarez & Marsal North America LLC. Exhibit 4.

I am awaiting the information from you and from Mr. Emmet McNulty as to the invoices utilized by your client Puerto Rico Public Building Authority to sum up and file Document 33 - Exhibit 2, in order to supplement whatever may be necessary to document the amount of the Proof of Claim of $1,242,443.46. I attach for example Exhibit 5, invoices 11513 for $31,624.00; invoice 9916 for $5,551.66; invoice 7939 for $5,273.00; invoice 4087 for the monthly $3,375.00; invoice 1436 for the monthly $3,250.00; invoice 1203 for the monthly $1,500.00; invoice 471 for elevator repairs of $9,789.00.

Sincerely,

LCDO. LUIS P. COSTAS ELENA, L.L.B., L.L.M., S.J.D.
#34 Calle Orquidea, Urb. Santa Maria
San Juan, Puerto Rico 00927
Tel. 787-625-4113 / 787-765-5928
Fax. 787-763-6421

⏱ History    🗒 Notes    ⚙ Macros    ○ Omni-Channel (Offline)

Email: luissatsoc@aol.com (mailto:luissatsoc@aol.com)

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive us of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify me promptly if you change your email address.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description                                                                                       ✎

---

## **Contact Details**                                                                                ▼

Name
Luis Costas Elena Lic.                                                                                    ✎

Company Name
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)                                                     ✎

Office Phone
                                                                                                          ✎

Email
luissatsoc@aol.com (mailto:luissatsoc@aol.com)                                                            ✎

Mobile Phone
                                                                                                          ✎

Business Name
                                                                                                          ✎

Mailing Address
                                                                                                          ✎

---

**Knowledge**      Related

### **Knowledge**

🔍  Search Knowledge                                                                          ⇅  ▼

Suggested Articles

10 Results • Sorted by Relevance

APPVION CASE UPDATE AS OF JANUARY 9, 2018 - BAR DATE NOTICE (/lightning/r/ka01N000000g1dtQAA/view)      ▼
000001012    Work In Progress    Last Published  May 4, 2018 6:44 AM
APPVION CASE UPDATE AS OF JANUARY 9, 2018 - BAR DATE NOTICE

RENTECH WP U.S. CASE UPDATE (/lightning/r/ka01N000000g2W7QAI/view)                                       ▼
000001044    Work In Progress    Last Published  May 5, 2018 3:47 AM
RENTECH WP U.S. CASE UPDATE AS OF JANUARY 26, 2018– BAR DATE NOTICE

CAESARS CASE UPDATE - Talking Points for Distributions (/lightning/r/ka01N000000g1dyQAA/view)            ▼
000001013    Work In Progress    Last Published  May 4, 2018 7:54 AM
OCTOBER 23, 2017 CAESARS CASE UPDATE - Talking Points for Distributions

ENVECO CASE UPDATE AS OF APRIL 2018 - Bar Date Notice (/lightning/r/ka01N000000g1f1QAA/view)             ▼

000001021   Work In Progress   Last Published  May 4, 2018 11:11 AM
CENVEO CASE UPDATE AS OF APRIL 4, 2018 – BAR DATE NOTICE

REAL INDUSTRY CASE UPDATE (/lightning/r/ka01N000000g2VOQAY/view)
000001035   Work In Progress   Last Published  May 5, 2018 3:13 AM
00895990 CASE UPDATE AS OF 01/26/2018 – NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

SEADRILL CASE UPDATE (/lightning/r/ka01N000000g2WRQAY/view)
000001048   Work In Progress   Last Published  May 5, 2018 4:02 AM
SEADRILL CASE UPDATE AS OF NOVEMBER 22, 2017 - BAR DATE NOTICE

PATRIOT NATIONAL CASE UPDATES (/lightning/r/ka01N000000g2VJQAY/view)
000001034   Work In Progress   Last Published  May 5, 2018 3:09 AM
PATRIOT NATIONAL CASE UPDATES AS OF MARCH 28, 2018 – BAR DATE NOTICE

**Feed**    Details

Post    Email    Internal Comment    Change Status    Close the Case    Change Priority

Share an update...                                    [ Share ]

Most Recent Activity ▾                          🔍 Search this feed...

**All Updates**    Emails    Text Posts    Status Changes

Nicole Reynoso (/lightning/r/0051N000006AyaiQA...   6h ago (/lightning/r/0D53I00006YDWNdCA...
(/lightning/r/0051N000006AyaiQAC/vi...w)Ticket updated

Workflow: A blank value to Pending Document Upload

💬 Comment

Nicole Reynoso (/lightning/r/0051N000006AyaiQA...   6h ago (/lightning/r/0D53I00006YDWNcCA...
(/lightning/r/0051N000006AyaiQAC/vi...w)Ticket updated

Ticket Owner: Case Queue to Document Uploads

💬 Comment

Nicole Reynoso (/lightning/r/0051N000006AyaiQA...   7h ago (/lightning/r/0D53I00006YDVRICA5...
(/lightning/r/0051N000006AyaiQAC/vi...w)Ticket created

Subject: [EXTERNAL] Sky High Elevator Corp. POC No. 174301 Your Late and Unconstitutional Information Request
Status: New
Ticket Number: 00895990
Company Name: PR Claims Info
Contact Name: Luis Costas Elena Lic.
Contact Phone:
Ticket Owner: Case Queue

💬 Comment

Nicole Reynoso (/lightning/r/0051N000006AyaiQA...   7h ago (/lightning/r/0D53I00006YDVRKCA5...
(/lightning/r/0051N000006AyaiQAC/vi...w)To: prclaimsinfo, communications ❶

🕐 History    📝 Notes    ≫ Macros    ○ Omni-Channel (Offline)
Team,

We wanted to bring the below inquiry to your attention.

I called the party and informed them the notice was served on 5/12 by first class mail and directed to view the affidavit of service (Docket 16762).

00895990 (/ligh...        Attachme...     ∨ ✕

Party's response was that they have no control over the delayed postal service and that it should be taken into consideration.

Lastly, party was informed that their submission will be processed and escalated to the appropriate party.

We'll route to DPC for processing but we also wanted to bring this inquiry to your attention.

Name: Luis P. Costas Elena
Position: Attorney
Creditor: Sky high Elevators Corp
Claim Number: 174301
Number: 787-525-4113 / 787-765-5928
Email: luissatsoc@aol.com

Thank you,

_____

Prime Clerk Inquiries
Prime Clerk LLC, A Kroll Business
850 Third Avenue
Suite 412
Brooklyn, NY 11232
www.krollbusinessservices.com


--------------- Forwarded Message ---------------
From: Lic. Luis Costas Elena [luissatsoc@aol.com]
Sent: 6/18/2021 12:00 PM
To: prclaimsinfo@primeclerk.com
Subject: [EXTERNAL] Sky High Elevator Corp. POC No. 174301 Your Late and Unconstitutional Information Request

Dear Sirs:

You failed to deliver your request for information dated May 12, 2021 until June 16, 2021. That is you did not deliver your request for information until after your arbitrary Date of June 11, 2021 had passed.

Also, your allegation that the Proof of Claim was too vague and that you could not determine the basis, nature or amount of the claim is false. The debtor Puerto Rico Public Building Authority in its own petition for bankruptcy stated that Sky High Elevator Corp. was its 5th largest trade debt creditor. Exhibit 1. The Puerto Rico Public Building Authority then filed with the Bankruptcy Court Document 33 on February 5, 2020 stating and acknowledging that debtor Puerto Rico Public Building Authority owed creditor Sky High Elevator Corp. at least $840,341.11. Exhibit 2. This was explained in the Proof of Claim by Exhibit 3. Also, we have been in constant communication with Mr. Emmet McNulty from Alvarez & Marsal North America LLC. Exhibit 4.

I am awaiting the information from you and from Mr. Emmet McNulty as to the invoices utilized by your client Puerto Rico Public Building Authority to sum up and file Document 33 - Exhibit 2, in order to supplement whatever may be necessary to document the amount of the Proof of Claim of $1,242,443.46. I attach for example Exhibit 5, invoices 11513 for $31,624.00; invoice 9916 for $5,551.66; invoice 7939 for $5,273.00; invoice 4087 for the monthly $3,375.00; invoice 1436 for the monthly $3,250.00; invoice 1203 for the monthly $1,500.00; invoice 471 for elevator repairs of $9,789.00.

Sincerely,

LCDO. LUIS P. COSTAS ELENA, L.L.B., L.L.M., S.J.D.

#34 Calle Orquidea, Urb. Santa María

San Juan, Puerto Rico 00927

Tel. 787-525-4113 / 787-765-5928
Fax. 787-763-6421

🕐 History    🏷 Notes    ≫ Macros    ○ Omni-Channel (Offline)