UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.¹ | |

------------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1. Letter dated July 2, 2021 from employees of CRIM
2. Letter dated July 7, 2021 from Damaris Martinez.
3. Letter dated July 14, 2021 from Sara Marina Dorna-Pesquera
4. Letter dated July 20, 2021 from Armando Garcia.

Dated: July 29, 2021

---

1 The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

2 de julio de 2021
*July 2nd, 2021*



**Sr. Reynaldo Paniagua Látimer**
Director Ejecutivo del Centro de Recaudaciones de Ingresos Municipales (CRIM)
*Executive Director of the Municipal Revenue Collection Center (CRIM)*

**Sr. Omar D. Rivera Meléndez**
Director de Recursos Humanos del Centro de Recaudaciones de Ingresos Municipales (CRIM)
*Human Resources Director of the Municipal Revenue Collection Center (CRIM)*

**Hon. Pedro Pierluisi**
Gobernador de Puerto Rico
*Governor of Puerto Rico*

**Hon. José Luis Dalmau**
Presidente del Senado de Puerto Rico
*President of the Senate of Puerto Rico*

**Hon. Rafael Hernández Montañez**
Presidente de la Cámara de Representantes
*President of the House of Representatives*

**Ms. Natalie Jaresko**
Directora Ejecutiva de la Junta de Control Fiscal
*Executive Director of the Financial Oversight and Management Board for Puerto Rico*

**Hon. Laura Taylor Swain**
Juez del Tribunal de Distrito de los Estados Unidos
*United States District Judge*

**Sr. Jesús Edgardo Colón Berlingeri**
Presidente de la Junta de Gobierno del Centro de Recaudaciones de Ingresos Municipales (CRIM) y Alcalde de Orocovis
*Governing Board President of the Municipal Revenue Collection Center (CRIM) and Mayor of Orocovis*

***Junta del Trabajo Federal***

Estimados señores:
*Dear Ladies and Gentlemen:*

## RESTITUCIÓN DE BENEFICIOS / *BENEFITS RESTITUTION*

Somos un grupo de empleados fieles servidores públicos que laboramos en el Centro de Recaudaciones de Ingresos Municipales (CRIM). Siempre hemos dicho presente en nuestra Agencia, dando el máximo en nuestro lugar de trabajo, sin importar los acontecimientos climatológicos y

epidemiológicos que han azotado nuestra isla en los últimos cuatro (4) años. Hemos colaborado en el restablecimiento de la economía de los municipios y de nuestro país.

*We are a group of faithful public employees who work in the Municipal Revenue Collection Center (CRIM). We always been there for our Agency, giving the maximum in our workplace, regardless of the weather and epidemiological events that have hit our island in the last four (4) years. We have collaborated in the reestablishment of the economy of the municipalities and of our country.*

Vemos continuas alzas en el costo de vida. Ejemplo de ello, lo encontramos en los pagos de energía eléctrica, de la autoridad de acueductos y alcantarillados, en la gasolina, en los alimentos y en los artículos de primera necesidad. Sin embargo, en la remuneración por nuestros trabajos no hemos visto alza alguna. Todo lo contrario, hemos sido víctimas de la eliminación de derechos adquiridos. Se nos ha eliminado el bono por la no utilización de días por enfermedad, se nos ha reducido el bono de navidad, se nos ha eliminado la partida de uniformes y se nos ha dejado de pagar el beneficio de "trienio".

*We see continuous increases in the cost of living. An example of this is found in the payments for electricity, in the water service, in the gasoline, in food' cost and in the cost of the first necessities articles. However, we have not seen any increase in remuneration for our jobs. Unlike, we have been victims of the elimination of acquired rights. The bonus for the non-use of sick days has been eliminated, the Christmas bonus has been reduced, the uniform compensation has been eliminated and we have stopped received the pay for "trienio" benefit.*

Al CRIM se le ha otorgado la facultad de aprobar su propio presupuesto para gastos administrativos. Es una agencia autosuficiente que no requiere la asignación de fondos federales ni estatales. La agencia genera sus propios ingresos por contar con la materia prima de la valoración de tierras y estructuras. Según el Informe del año 2019-2020 del 6 de agosto de 2020, se contaba con un estimado de cobros por concepto de propiedad inmueble de 227 millones. Se habían recaudado 239 millones, creando un superávit de 12 millones de dólares. Además, la Agencia cuenta con ingresos por concepto de venta de sellos para otorgar certificaciones y otro tipo de documentos. El destino de esta partida según la gerencia, es contribuir con uniformes y aumentos de salarios de los empleados.

*CRIM has been given the power to approve its own budget for administrative expenses. It is a self-sufficient agency that does not require the allocation of federal or state funds. The agency generates its own income by having the raw material for the valuation of land and structures. According to the 2019-2020 Report of August 6, 2020, there was an estimated collection of real property charges of 227 million. Two hundred thirty-nine million had been raised, an overcame of $12 million. In addition, the Agency has income from the sale of stamps to grant certifications and other types of documents. The destination of this item according to the management, is to contribute with uniforms and salary increases for employees.*

La agencia ha continuado otorgando aumentos salariales en determinados puestos y ha realizado contrataciones independientes. Sin embargo, no ha cumplido con nosotros, los empleados que somos los motores de la agencia. Es por esto que solicitamos que se nos honren nuestros beneficios y procedan a realizarnos los pagos correspondientes.

*The agency has continued to provide salary increases in certain positions and has hired independent contractors. However, it has not met us, the employees who are the engines of the agency. This is why*

we request that our benefits be honored and that they proceed to make the corresponding payments to us.

Sin nada más, quedamos en espera de sus respuestas.
*With nothing further, we will be waiting for your answers.*

Cordialmente,
*Cordially,*

LOS EMPLEADOS FIRMANTES

███████████████████

| Nombre/Name | Firma/Signature |
|---|---|
| Denisse Santini | Denisse Santini |
| José I. Rodríguez | José I. Rodríguez |
| Jocelyn I. Santiago | Jocelyn I. Santiago |
| Zulma Colón León | Zulma Colón León |
| Socorro Camacho Padilla | Socorro Camacho Padilla |
| José A. Rivera | José A. Rivera |
| Norma Vega Romero | Norma Vega Romero |
| Maritza González Biddle | Maritza González Biddle |
| Shirley Valentín | Sheilly Valentín |
| Brenda Pérez | Brenda L. Pérez Pérez |
| Luis G. Febus Rodríguez | |
| Roberto Matos | |
| Magda Vega Vega | |
| Haira Rodríguez Rivera | Haira Rodríguez Rivera |
| José R. Colón Pérez | |
| María J. Santaella Rodz | |
| Santos S. Velázquez Oliver | |
| Yudmari Santini Rodríguez | |
| | |
| Jeannine Acosta | |
| | |

| Nombre/Name | Firma/Signature |
|---|---|
| Giovanna Burgos | [signature] |
| Waldo Robén Rodriguez | [signature] |
| Sarahi Márquez Valdés | [signature] |
| Nydia V. Meléndez Iglesias | [signature] |
| Ana M. Marron Román | [signature] |
| Oscar Diaz Solá | [signature] |
| C. Clark | [signature] |
| Sammy Flores Torres | [signature] |
| Ana Quirindongo | [signature] |
| Coral M. Fuentes | [signature] |
| Rubén O. | [signature] |
| Delma Rivera Rivera | [signature] |
| Carla J. Colón Jordán | [signature] |
| Ivette Irizarry Villafañe | [signature] |
| Luis A Vázquez Rivera | Luis A Vázquez Rivera |
| | |
| | |
| | |
| | |
| | |
| | |

| Nombre/Name | Firma/Signature |
|---|---|
| Gabriel Rodriguez Acevedo | *signature* |
| Aida H. Medina | *signature* |
| Anabel Nieves | *signature* |
| Blanca Cruz Rosado | Blanca Cruz Rosado |
| Evelyn Perez Aviles | *signature* |
| Iris J. Herrera | *signature* |
| Juan Colon | *signature* |
| *illegible* | Sonimir Correa |
| *illegible* | *illegible* |
| *illegible* Estevez | *signature* |
| *illegible* | *signature* |
| *illegible* | *signature* |
| *illegible* Ortiz | Lilliam De La Paz |
| *illegible* Cruz | *signature* |
| Fanny Quintana Colon | *signature* |
| Ypette Inzarry | Ypette Inzarry |
| Ganivelisse Torres Gonzalez | Ganivelisse *illegible* |
| Brenda I. Rivera Gonzalez Guzman | *signature* |
| *illegible* Vega | *signature* |
| *illegible* | *signature* |
| Maria Valentin Rios | *signature* |

| Nombre/Name | Firma/Signature |
|---|---|
| Everlidys Torres Bonilla | [signature] |
| Maria M Colón Castillo | [signature] |
| Pedro N Colón Alvarez | [signature] |
| Dorinell Sanches Orti | [signature] |
| Carmen Gonzalez Gonzalez | [signature] |
| Virgen Z Sierra Vargas | [signature] |
| Elizabeth Guzmán Rivera | [signature] |
| Jose A Mullen Ferrer | [signature] |



TO: Honorable Laura Taylor Swain
Daniel Patrick Moynahan
US Court House
500 Pearl St.
NY NY 10007

7 de junio de 2021

Hon. Judge Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Jueza Taylor Swain:

Mi nombre es Damaris Martínez, retirada del Departamento de Educación de Puerto Rico, por la ley 160-2013. A pesar de los años trabajados mi pensión no es jugosa ni tampoco suficiente.

Después de muchos años veo con preocupación como la clase magisterial se ve asediada por la posibilidad de recortes en su ya disminuida pensión. Estos recortes se nos anuncian constantemente por los medios y los oficiales de la Junta de Supervisión Fiscal, causando zozobra y preocupación entre los pensionados. La incertidumbre se añade al resto de otras situaciones que nos aquejan, como por ejemplo huracanes, terremotos y pandemia.

Los pensionados necesitan respiro, consideración y sobre todo justicia. Nuestra pensión no es un regalo o manutención del estado. Nuestras pensiones son el producto de nuestro trabajo y es un pago diferido a nuestra vejez, contribuido mientras aportábamos para tener un retiro.

Muchos de los pensionados se han retirado con graves condiciones de salud que requieren medicamentos y cuidado médico frecuente. Esta situación presenta una constante amenaza que añade estrés y no apoya el proceso de curación del pensionado.

Como usted sabe, la Junta de Supervisión Fiscal ha presentado un Plan de Ajuste de Deuda que contempla un recorte de 8.5% a los pensionados que reciben una pensión mayor de $1,500 mensuales. Este recorte se suma a otros, que miles de pensionados ya hemos recibido y que amenazan nuestra capacidad de sostenernos a nosotros mismos y a nuestras familias. Para mi es importante que mi tiempo de vejez sea para compartir con mis hijos y nietos, sin la amenaza constante de que no tendré suficiente para vivir.

Preocupados por estos recortes, hemos trabajado el pasado año con la asamblea legislativa de Puerto Rico, buscando que estos cumplan con su deber ministerial de proteger la población más vulnerable. Esto es, estableciendo legislación que delimite las guías con las cuales el gobierno de Puerto Rico podría colaborar con la implementación de un Plan de Ajuste de Deuda.

Como usted sabe, es menester contar con legislación que implemente un Plan de Ajuste para la Deuda de Puerto Rico, lo cual se expresa en la Sección 314(b)(5) de la Ley Federal PROMESA (Puerto Rico Oversight, Management, and Economic Stability Act).

Por primera vez en muchísimo tiempo, tanto los partidos principales como los emergentes han hecho frente común para defender lo que es hoy un derecho humano. El pasado 9 de junio, se convirtió en ley el Proyecto de la Cámara 120, ahora Ley 7-2021, mejor conocida como **Ley para un Retiro Digno.** La misma establece una política pública de cero recortes a las pensiones de los participantes de los sistemas de retiro y las personas jubiladas del servicio público de Puerto Rico.

La Ley de Retiro Digno, ha sido un esfuerzo en conjunto con organizaciones de retirados y servidores públicos activos que han luchado para proteger nuestras pensiones. Un logro muy importante que cristalizó un consenso entre todos los partidos que componen nuestra Asamblea Legislativa.

Estimada jueza, como ya ha visto, la pensión que actualmente recibo me permite atender las etapas de mi vida que llegan con la vejez. Mi pensión no aguanta más recortes, esto sería violentar mi derecho a vivir dignamente y convertirme en carga social debido a la precariedad que representa este despojo.

*[signature]*

14 de julio de 2021



Hon. Judge Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: El caso de una preretirada (Ley 211-2015)

Jueza Taylor Swain:

Soy Sara Marina Dorna-Pesquera. Durante mi carrera en el servicio público trabajé en unidades relacionadas a planificación y presupuesto en la Oficina de Gerencia y Presupuesto, el Instituto de Cultura Puertorriqueña y el Departamento de Justicia. Desde diciembre de 2016 soy preretirada mediante la Ley 211-2015 y me dirijo a usted para alertarla de que **no es cierto que el recorte a las pensiones será de 8.5%.**

Como sabe, la Junta de Supervisión Fiscal (la Junta) incluyó en el Plan de Ajuste de la Deuda que se le reduzca 8.5% a pensionados como yo, que recibimos pensiones de más de $1,500 al mes. Pero ese número no es cierto para cientos de servidores públicos a los que ya nos habían reducido pensiones y eliminado beneficios.

Cuando completé mi bachillerato en la Universidad de Puerto Rico, decidí seguir estudios posgraduados con miras a tener mejores oportunidades laborales. Entonces completé una maestría en Administración Pública. Soy servidora pública por vocación.

Cuando ingresé al servicio público, mi grado de maestría me permitió tener un sueldo de $829 al mes. (Los que solo tenían bachillerato entraban con $729.) El acuerdo laboral que firmé incluía que al retirarme tendría una pensión de 75% del salario, más beneficios como aportaciones mensuales a plan médico. Durante mi carrera aporté lo que me correspondía para ese retiro.

Apenas seis años antes de que me retirara me cambiaron unilateralmente las condiciones. La Ley 3-2013 impuso que en vez de 75%, mi pensión sería de 36% del salario y una anualidad (que estimaban en aproximadamente 2%). Ante ese panorama no tuve otra opción racional que no fuera, a mis 27 años de servicio, acogerme "voluntariamente" a la Ley 211-2015 del Programa de Preretiro, la cual me dejaría la pensión en 50% y me eliminaba las aportaciones para plan médico.

Hon Judge Laura Taylor Swain
14 de julio de 2021
Re: El caso de una preretirada (Ley 211-2015)

2

En resumen, **mi pensión ya sufrió un recorte de más de 25% pues además me quitaron beneficios** como las aportaciones mensuales a plan médico, bono de medicinas y otros. Como ve, en mi caso, y el de miles de retirados, preretirados y empleados activos, **la propuesta incluida en el Plan de Ajuste de la Deuda supone un recorte a la pensión, no de 8.5%, sino de más de 40%.**

Ayer advine en conocimiento de que la Junta ha vuelto a hacer enmiendas al Plan de Ajuste de la Deuda para que a preretirados como yo nos impongan el recorte de 8.5% dos veces. Ahora, cuando cobro el 60% de mi salario, y luego a los 61 años de edad, cuando por la Ley 211-2015 del Preretiro me ajustan la pensión al 50% del salario.

**El acuerdo entre la Junta y el Comité Oficial de Retirados (COR) fracasó en considerar que, a cientos de jubilados, preretirados y empleados activos ya nos redujeron las pensiones.** Ese acuerdo de la Junta y el COR obvia las reducciones de la Ley 3-2013, la de la Ley 211-2015, la de la Ley 70-2010, y las de otras similares, creadoras de un desbalance económico y de justicia social a ciudadanos que servimos a Puerto Rico bajo la oferta de un merecido retiro digno con unos beneficios específicos. Sin embargo, los recortes los están aplicando a todos por igual.

Se debe distinguir que no es lo mismo quitarle 8.5% a un retirado con pensión de 75% y plan médico, que restarle 8.5% a un retirado al que ya le redujeron 25% y no le dan aportación para plan médico. Tampoco es igual una pensión de $2,000 a la que a ese retirado le continúan aportando para plan médico, a otra de la misma cantidad, pero sin aportación mensual para plan médico.

De acuerdo al contrato que firmé al ingresar al servicio público, y luego de una carrera en la que obtuve aumentos por mérito, por traslados y por escalar posiciones de supervisión y dirección de unidades de trabajo, mi pensión debía haber sido de $3,576 mensuales o 75% del salario. No obstante, al haber tenido que aceptar acogerme a la Ley 211-2015, ya me redujeron la misma a $2,384 sin aportaciones a plan médico ni beneficio adicional alguno. Con la propuesta de la Junta, me la reducirían todavía más, tirando por la borda mis esfuerzos aquellos de haber estudiado maestría para tener mejores oportunidades laborales y, a los efectos, eliminando la justa compensación por mis experiencias, logros, ascensos y haberes profesionales. (Ver tabla que incluyo como anejo.)

Hay jubilados y preretirados que ya aportamos porque ya nos recortaron las pensiones y además nos quitaron beneficios. Por eso el reclamo de *CERO RECORTES*. Porque reducir las pensiones es injusto para el que la tiene completa, y tanto más para el que ya se la recortaron. Pero es injusto además porque las pensiones son realmente un salario diferido, toda vez que a lo largo de nuestras carreras aportamos (adelantamos) de nuestro salario, quincenalmente, para disfrutarlo en el futuro cuando nos retiráramos.

Hon Judge Laura Taylor Swain
14 de julio de 2021
Re: El caso de una preretirada (Ley 211-2015)

A la vista está que el recorte propuesto a las pensiones no es equitativo y tiene altas dosis de injusticia. Por ello, como respuesta de justicia social, tanto para retirados y preretirados, como para empleados activos del gobierno, y también para todo el pueblo puertorriqueño, la Legislatura de Puerto Rico, en consenso pluripartidista, y el gobernador, aprobaron la Ley Núm. 7-2021, conocida como *Ley para un Retiro Digno*.

La *Ley para un Retiro Digno* establece una política pública de cero recortes a las pensiones, pero además define los parámetros por los que el gobierno de Puerto Rico estaría dispuesto a cooperar con la implementación de un Plan de Ajuste de Deuda. Esta Ley es importante para todo Puerto Rico, pues, aunque su reclamo principal es evitar los recortes a las pensiones, la misma procura que el pago de deuda se lleve a cabo dentro de parámetros de responsabilidad pública, niveles sostenibles y justicia social; detiene la imposición de mayores medidas de austeridad, pues se opone a cualquier acuerdo que implique impuestos de consumo, medidas de recaudos o tarifas especiales a los que menos tienen; y define los servicios esenciales. Todo ello evitará el efecto cascada que una reducción de ingresos a miles de familias de adultos mayores representaría para la ya frágil economía de la Isla.

La función máxima de un gobierno democrático es garantizar el beneficio social a sus constituyentes y crear las condiciones para un desarrollo económico responsable.

Confío que en sus determinaciones, usted considerará el impacto de ello en nuestras vidas y en el futuro de nuestro país.

¡Gracias!

*[firma]*

Sara Marina Dorna-Pesquera
dornapesquera@gmail.com


Anejo: Tabla con el impacto de los recortes propuestos

Hon Judge Laura Taylor Swain
14 de julio de 2021
Re: El caso de una preretirada (Ley 211-2015)

4

## Recortes por Ley 211-2015 y los propuestos en el Plan de Ajuste de la Deuda

| Concepto | Salario / Pensión | Porciento de reducción * |
|---|---|---|
| **Salario mensual** (desde junio 2008 a diciembre 2016) más aportación para plan médico. | **$4,768.00** + $100 = **$4,868.00** | ---- |
| **Pensión de 75%** más aportación para plan médico que me correspondía, según la Ley 447 cuando ingresé al servicio público. | $3,576.00 + $100 = **$3,676.00** | ---- |
| **Pensión de 36% más 2% de anualidad** que me hubiera correspondido, según la reforma a los sistemas de pensiones de la Ley 3-2013. | $1,811.84 | 51% |
| **Salario ajustado a 60%** (Ley 211-2015) más **plan médico** primeros dos (2) años | $2,860.80 + $100 = **$2,960.80** | 19.45% |
| **Salario ajustado a 60%** (Ley 211-2015) sin $100 para plan médico desde 2019. | **$2,860.80** | 22.18% |
| **Salario ajustado de 60%** (Ley 211-2015) **con recorte de 8.5%** de la Junta. | $2,860.80 - $429.12 = **$2,431.68** | 33.85% |
| **Pensión de 50% del salario mensual** original a partir de los 61 años de edad (Ley 211-2015) sin plan médico. | **$2,384.00** | 35.15% |
| **Pensión de 50% del salario mensual** original a partir de los 61 años de edad (Ley 211-2015) sin plan médico, **con recorte de 8.5% adicional de la Junta**. | $2,384.00 - $357.60 = **$2,026.40** | 44.87% |



* Los porcientos de reducción toman como base $3,676 que es la pensión de 75% con la aportación de $100 para plan médico que me correspondía de acuerdo con el contrato laboral que firmé al ingresar al servicio público en 1989.

Hon. Judge Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St.
New York. NY 10007- 1312



Jueza Taylor Swain,

Mi nombre es Armando García, soy pensionado del Departamento de Educación de Puerto Rico y retirado de la Ley Núm. 91 de 2004 y con 25 años de servicios al Gobierno. Soy de familia humilde y mi único ingreso recibido es mi pensión .La cual, con ella dependo de mis necesidades básicas y gastos necesarios de mis medicamentos y el cuidado de mi salud; ya que, soy paciente de condición severa de asma y dificultad respiratoria debido a la misma. Mi situación actual de vida es muy precaria , ya que, como le expresé antes, mi único ingreso es mi pensión; la que dependo de ella para todas mis necesidades y gastos de renta, médicos y ayudar a mi familia. Por lo tanto, es mi sustento y limita mis servicios esenciales debido al costo de vida que vivo actualmente.

Por otra parte, quiero hacerle conciente de lo mucho que me afectaría los recortes propuestos por la Junta de Supervisión Fiscal a las pensiones y especialmente, a mi pensión y los efectos e implicaciones que eso conlleva a mi calidad de vida en términos de mis necesidades básicas y mis gastos de salud. Además, quiero hacerle saber lo importante que es la Ley Núm. 7 de 9 de junio de 2021 conocida como la Ley Para Un Retiro Digno firmada recientemente y mi apoyo totalmente a la misma; ya que, nos garantiza CERO RECORTES a nuestras pensiones y los servicios esenciales en mi calidad de vida y del país.

Finalmente, estimada Jueza, como le he expresado anteriormente, y como usted verá, el dinero que recibo actualmente a mis 58 años de edad me permiten atender mis necesidades básicas y gastos de salud descritos en esta comunicación. Ya yo he recibido mis recortes en beneficios adquiridos antes de la pensión que recibo. Espero que mi reclamo a usted en mi petición sea uno que usted considere en mi futuro y calidad de vida que me queda por vivir.

Atentamente,

Armando García Rivera