UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>    Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

---------------------------------------------------------------------x

**[Related to Docket #17522]**

**INFORMATIVE MOTION – AUGUST 4, 2021 HEARING**

Dated: July 29, 2021

## INFORMATIVE MOTION – AUGUST 4, 2021 HEARING

Peter C. Hein, pro se, an individual bondholder, is filing this Informative Motion in accordance with the Court's Order regarding Procedures (#17522). I am filing this Informative Motion to reserve the right to participate in the August 4-5, 2021 Omnibus Hearing and be heard on any matters that may affect my interests. I am filing this Informative Motion now to preserve my right to participate since I will be traveling beginning on the afternoon of July 29, 2021 and through August 1, 2021. I understand that, pursuant to paragraph 3, a joint informative motion is to be filed and I am prepared to respond to FOMB's counsel concerning such motion.

July 29, 2021

                                        Respectfully Submitted,

                                        /s/ Peter C. Hein
                                        Peter C. Hein, pro se
                                        101 Central Park West, Apt. 14E
                                        New York, NY 10023
                                        petercheinsr@gmail.com

## Certificate of Service

I, Peter C. Hein, certify that I have caused "Informative Motion – August 4, 2021 Hearing" to be served via the Court's CM/ECF system.

July 29, 2021

                                          /s/ Peter C. Hein
                                          Peter C. Hein