# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 10:30 AM (AST)
Started: 10:37 AM (AST)
Ended: 12:16 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE:  July 29, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 2
Continued Disclosure Statement Hearing – July 29, 2021

**Continued Disclosure Statement Hearing held**.

**I.  CONTESTED MATTERS**

1. <u>Disclosure Statement and Solicitation Procedures Motion</u>.  **[Case No. 17-3283, ECF No. 16756]**

    Disclosure Statement for the Sixth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [Case No. 17-3283, ECF No. 17517]

    I. Objections to Disclosure Statement
        - Movants and supporting parties heard.
        - Objections heard.
        - The request for the rescheduling of the August 18, 2021 hearing is taken under advisement.

    II. Solicitation Procedures
        - Corrected version of the proposed order to be submitted.

2. <u>Confirmation Procedures Motion</u>.  Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith.  **[Case No. 17-3283, ECF No. 16757]**

The motions are granted subject to the filing of revised materials as discussed on the record. Orders to be issued.

**Omnibus Hearing set for August 4, 2021 – August 5, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain**.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator

This hearing's agenda was filed at Docket Entry No. 17567 in 3:17-BK-3283 (LTS).