UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 17210 |

**MOTION ACCEPTING RECOMMENDATIONS OF THE OVERSIGHT
AND MANAGEMENT BOARD OF PUERTO RICO**

MOTION TO TELL THAT THE U.S. DEPARTMENT OF DEFENSE, U.S. NAVY AND MARINES
ARE INNOCENTS IN TERMS OF THE NON-DEVELOPMENT DAMAGES TO VIEQUES ISLAND
RESPECTFULLY, $150 MILLION ARE REQUIRED FOR THE FULL CONSTRUCTION OF
HACIENDA LA PERLA HISTORY THEME PARK AND GUARANTEED THE FISCAL DEBT REPAYMENT PLAN

To the Honorable United States District Judge Laura Taylor Swain

Dear Respectfully, to the honorable court, responding to the informative motion regarding attendance at disclosure statement hearing, on July 13, 2021, 2:00PM. The honorable Oversight Fiscal Board sent a copy of their letter to Yashei Rosario in Approving Terms of her offer, presented to the Oversight Fiscal Board, and to the honorable court as a PLAN B, to replace the Restructuration Plan. But also, Yashei Rosario, prays that is time, for the Government Commonwealth of Puerto Rico to tell the Truth about the disappearance of the DoD, Navy-Marines Payments on the usage of the Vieques Naval Training Range with Live Ammunition Bombing.

Respectfully, eight minutes were not enough but a lot was accomplished, but it is imperative to tell the honorable court nothing but the truth, to clean the name of DoD, Navy-Marines as they paid since 1940-2003, for the Economic Development of Vieques, and in terms of the Fiscal Debt the Commonwealth of Puerto Rico's Politicians used their payments for their own affairs **FREE MONEY** and to keep increasing the Fiscal Debt using DoD, Navy-Marines Payments as the Repayment Plan. The Government/Commonwealth abused their empowerment over Vieques as their 076 Municipality based on the Vieques Naval Training Range, a community faced over 900,000 live ammunitions bombing and got nothing in return.

DoD, Navy-Marines as officers and gentlemen took all the blamed in which the Government/Commonwealth reaped every dime as the Native Viequnses got nothing in return. Willingly of unwillingly, UNPAID and on May 1, 2003, Private Vieques can righteously say, that was honorable discharged from their duty.

and after 63 years, the community got enough and stood up to fight like the Cubans just did, to stop the bombing to prevent the Commonwealth's unmerciful politicians, to receive another $million, on the dignity of the Private Vieques. Not even one dime arrived to Vieques.

The only mistake that DoD-Navy-Marines committed was that they knew, witnessed and they were supposed to protect the weak, and did not protect Private Vieques, trusting the Commonwealth's politicians to do what was proper for their own. Then, DoD-Navy-Marines tried to negotiate and was late, the community got enough, as they were not blind, as President Clinton humbly said: **"We were bad neighbors"** and the Commonwealth's politicians remained in silent, acknowledging the truth. After May 1, 2003, the Commonwealth of Puerto Rico began their severe financial problems because they could not pay NO MORE, the Fiscal Debt, until today.

Honorable Judge, on July 13, 2021, Rosario presented the PLAN B, for the Oversight Board to have an asset to resolve the Shareholders, Retirement Pensions and the other Government Agencies and presented a proposal with solutions, and requested financial assistance to create the Repayment Plan, helping each other and resolve Vieques Non-Development and Non-Infrastructure, No Hospital, No Jobs but Drugs Dealing as a Social Solutions for the youngsters. If the Honorable Court noticed, that $15 million are the fees to build the Disney Criollo about the Caribbean History, to prepare the land and for the purchase of rollercoasters based on water rides and installations. $50 million to build at the Navy Pier as the Vieques Pier Mall = $65 Million.

Maybe the honorable court and the Oversight Fiscal Board may consider a **$150 million loan or refund on the DoD-Navy-Marines Payments** to build the Fiscal Debt Repayment Plan and guaranteed the success of the operations. It is time for the Government/Commonwealth of Puerto Rico to recognize their mistake and humble themselves as a President of the United States did and apologize to the Native Viequenses. DESCO began to seek for the 1940 Agreement between the Government of Puerto Rico and **DoD-Navy-Marines,** as they Native Viequenses deserved to know, what was in the Agreement for them, does not matter, at least 81 years later a public apology is require from the Government/Commonwealth of Puerto Rico.

Appreciate, if the honorable court may consider **Mr. Juan Bauza, (215) 435-2212, EDA Director** for the Caribbean Economic Development Affairs, to manage the financial assistance step by step, the construction of **HACIENDA LA PERLA HISTORY THEME PARK, 66-094-1948,** but without the 80/20 Match. Also, inviting the Mayor of Vieques **José "Junito" Corcino (787) 408-8955**, and the Municipality Attorney Edson González, to attend the negotiations with the Oversight Fiscal Board.

**Also, the Oceanic Engineer lives in California** and will travel with his staff and equipment, through of Panama and requested $35,000 to relocate to Vieques and began the proper studies, and construction immediately. Respectfully, would like to keep his information privately.

Respectfully, the honorable court and the Oversight Fiscal Board must acknowledge that Mayor Corcino is the President of the Economic Development Council and the one who should lead negotiations with the Governor Pedro Pierluisi, House of Representative and Senate of Puerto Rico, in terms of **Hacienda La Perla Theme Park,** as the Fiscal Debt Repayment Plan Package. Gracias very much to the Oversight Board for their consideration and caring, nobody ever had a little mercy for the Viequenses.

**Respectfully, notice Exhibit #1:** Form of Electoral Ballot, for the celebration of the Vieques Territorial Plebiscite, as the honorable court may consider, **on August 30, 2021.** Yashei Rosario will attend the Vieques Territorial Plebiscite affairs until the completion and filing the results to the attention of Raul Grijalva, Department of the Interior, United States Congress:

1. Hotel Studio for six (6) officials of the Electoral Commission to attend the proceedings.
2. Diets for 3 days and 2 nights at the Sea Gate Guesthouse.
3. The Voting Ballots will be printed by DESCO and will not be electronic but for manual proceedings.
4. The Voting Ballots will be transported to the Electoral Commission (CEE) and CEE may deliver to Vieques and distribute through the five (5) Electoral Colleges.
5. Requesting the Electoral Lists for Five Electoral Colleges in Vieques.

Respectfully, to the honorable court, We the people of Vieques, stand under the shadow of your mercy.

**In the eyes of the God in whom we trust.**

Respectfully submitted, on the 26 day of July of 2021

_____

Yashei Rosario, President & Chairman

Development Socioeconomic and Conservation

Fideicomiso of Vieques, DESCO Inc. & Creator of

**Hacienda La Perla History Theme Park**

HC 2 Box 12914 Vieques, PR 00765

vieques.codesu@gmail.com

(787) 903-3233