# PLEBISCITO TERRITORIAL DE VIEQUES

APROBADO POR LA JUNTA DE CONTROL FISCAL Y LA JUEZA LAURA TAYLOR SWAIN

## A CELEBRARSE EL 30 DE AGOSTO DE 2021 * Vote Si o No, en Cuatro (3) Preguntas con una X

1. **ESTADIDAD CON VIEQUES: Que Vieques continúe integrado como el Municipio 076 del Estado Libre Asociado/Territorio de Puerto Rico.**
   **\*English:** Statehood with Vieques: Let Vieques continue integrated as Municipality 076 of the Commonwealth/Territory of Puerto Rico.

   Si/Yes: _____          No: _____

2. **VIEQUES ESTADO 52. Que Vieques sea Separado del Territorio de Puerto Rico y sea tratada por el Congreso como el Estado 52 de los Estados Unidos de América. Que U.S. Vieques podrá votar por el Presidente de Estados Unidos, con Gobernador, Cámara de Representantes y Senado, y representación en el Congreso de los Estados Unidos con su propia Constitución. Que los Fondos Federales de Salud, Educación, Transporte Marítimo, Desarrollo, y toda la ayuda de FEMA, lleguen a Vieques directo.**
   **\*English: Vieques State 52:** That Vieques will be Separated from the Territory of Puerto Rico and be treated by Congress as State 52 of the United States of America, with Governor, House of Representatives and Senate, with its own Constitution. Let the Federal Funds of Health, Education, Marine Transportation, Development, and all FEMA Aid reach Vieques directly.

   Si/Yes: _____          No: _____

3. **DESCO JUNTA DE GOBERNANZA COMUNITARIA: El Pueblo Gobierna como el TERCER PODER, sobre los Fondos Federales y las Tierras. El Gobernador, ni la Legislatura tendrán el poder absoluto para decidir sobre las Vidas, Fondos Federales o las Tierras que son Propiedad del Pueblo. Obligatoriamente deben consultar al Pueblo en Asamblea.**
   **\*English: DESCO Governance Community Board: The People Govern as the Third Party in Power,** on the Federal Funds and the Lands. The Governor, nor the Legislatures will have the absolute power to decide on the Lives, Federal Funds or Lands, that are Owned by the People. Its mandatory to consulted with the People in Assembly.

   Si/Yes: _____          No: _____

Exhibit #1

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 17210 |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT DISCLOSURE STATEMENT HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1.    The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on July 2, 2021 [ECF No. 17210].

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

2. John Rapisardi and Peter Friedman of O'Melveny & Myers LLP will appear telephonically at the July 13-July 14, 2021 disclosure statement hearing (the "Disclosure Statement Hearing") and seek to be heard in connection with the *Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures (Docket Entry No. 16756) and the Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (the "Disclosure Statement Motion") [ECF No. 16757].

3. John Rapisardi and Peter Friedman of O'Melveny & Myers LLP reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

4. Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear telephonically at the Hearing and reserve the right to be heard on the Disclosure Statement Motion or any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

2

Dated: July 7, 2021
San Juan, Puerto Rico

Respectfully submitted,

/s/ John J. Rapisardi
John J. Rapisardi
Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

/s/ Luis C. Marini-Biaggi
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*



Government of Puerto Rico

# CERTIFICATE OF GOOD STANDING

I, **Omar J. Marrero Díaz, Secretary of State** of the Government of
Puerto Rico,

**CERTIFY: That, HACIENDA LA PERLA HISTORY THEME PARK INC.,**
register number **424185**, a **for profit domestic** corporation, organized
under the laws of Puerto Rico on **March 12, 2019**, has complied with the
filing of its Annual Reports.



**IN WITNESS WHEREOF**, the undersigned by virtue
of the authority vested by law, hereby issues this
certificate and affixes the Great Seal of the
Government of Puerto Rico, in the City of San Juan,
Puerto Rico, today, **July 29, 2021.**

**Omar J. Marrero Díaz**
Secretary of State

To validate this certificate go to:        http://estado.pr.gov/

This certificate is valid for one (1) year from issue date (Regulation 8688, Art. 26). However, it is subject to faithful
compliance with the provisions of Chapter XV and Chapter XXI of Act 164-2009, as applicable.

Certificate Validation Number: **415454-60123294**

Government of Puerto Rico          Home // | PRDOS | Contact Us | Administration | 🏴 Español | Help (/Help/Help_en.htm#MAININFO)

# Registry of Corporations and Entities

## Corporations and Entities

Search (/CorporationSearch.aspx)

Create / Authorize
(/CreationFilings/NameAvailability.aspx)

Amend (/CorporationSearch.aspx?
m=ca)

Dissolve / Withdraw
(/CorporationSearch.aspx?m=dis)

Convert (/CorporationSearch.aspx?
m=cnv)

Merge / Consolidate
(/Mergers/Selection.aspx)

Restore (/CorporationSearch.aspx?
m=rst)

Reserve Name
(/NameReservation/Prep.aspx)

Create Account
(/Admin/Register.aspx)

## Annual Filings

2020 Annual Report
(/AnnualReportStart.aspx)

2020 LLC Fees
(/AnnualReportStart.aspx?m=ad)

LLP Renewal
(/CorporationSearch.aspx?m=lr)

Prior Years
(/CorporationSearch.aspx?m=pyf)

## Certificates

Order Good Standing
(/CorporationSearch.aspx?m=oc)

Order Existence
(/CorporationSearch.aspx?m=oce)

Validate (/Validate/Default.aspx)

## CORPORATION INFORMATION          🛈 (/Help/Help_en.htm#CORPINFO)

### HACIENDA LA PERLA HISTORY THEME PARK INC.

Return to Search Results

I want to: | Select ▾ |   Next

| Details | Articles | Annual Filings | Certificates |

### General Information

| Name | HACIENDA LA PERLA HISTORY THEME PARK INC. | | |
|---|---|---|---|
| Register No. | 424185 | Status | ACTIVE |
| Formation Date | 12-Mar-2019 1:27 PM | Effective Date | 12-Mar-2019 1:27 PM |
| Expiration Date | Does not expire | | |
| Class | Corporation | | |
| Type | For Profit | Jurisdiction | Domestic |

### Designated Office Address

| Street Address | CALLE 5<br>VILLA BORINQUEN 172 RR-2 HC BUZON 12914<br>VIEQUES, PR 00765-0741 | Mailing Address | HC 2 Box 12914<br>Vieques, PR<br>VIEQUES, PR 00765-0741 |
|---|---|---|---|

### Resident Agent

| Name | Yashei Centeno, Myriam | | |
|---|---|---|---|
| Street Address | CALLE 5<br>VILLA BORINQUEN 172 RR-2 HC BUZON 12914<br>VIEQUES, PR 00765-0741 | Mailing Address | HC 2 Box 12914<br>Vieques, PR<br>VIEQUES, PR 00765-0741 |

### Officers

| Name / Title(s) | Street Address | Mailing Address |
|---|---|---|
| Rosario Centeno, Myriam Yashei (President) | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765-0741 | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| Felix, Xavier YASHEI (Treasurer) | HC 2 Box 12914 Calle Flamboyan Play, VIEQUES, PR, 00765 | HC 2 Box 12914 Calle Flamboyan Play, VIEQUES, PR, 00765 |
| Felix, Xavier YASHEI (Operation Manager) | HC 2 Box 12914 Calle Flamboyan Play, VIEQUES, PR, 00765 | HC 2 Box 12914 Calle Flamboyan Play, VIEQUES, PR, 00765 |
| Garcia Martinez, Julian YASHEI (Biologo) | HC 2 Box 12914 Calle Flamboyan Play, VIEQUES, PR, 00765 | HC 2 Box 12914 Calle Flamboyan Play, VIEQUES, PR, 00765 |
| Rosario, Myriam Yashei (President) | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765 | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765 |
| Garcia, Julian (Secretary, Vice president) | Villa Borinquen 172, HC 2 box 12914, VIEQUES, PR, 00765 | Villa Borinquen 172, HC 2 box 12914, VIEQUES, PR, 00765 |

### Incorporators

| Name | Street Address | Mailing Address |
|---|---|---|
| Rosario Centeno, Myriam Yashei | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765-0741 | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765-0741 |

### Stocks

| Class | Number | Par Value |
|---|---|---|
| Common | 10,000 | $100.00 |

Purpose

Fundraising Camp. Ante que el Municipio no tiene los Recursos Económicos para el Desarrollo Económico de Vieques... creamos este Parque Recreacional para recaudar fondos para pagar los materiales de construcción y equipos para el Desarrollo Económico de Vieques, por nosotros mismos. Desde TR3S Drive Inn CinemaS, Rollercoasters, Congo Rapid Waters River, 6 Pabellones de Historia del Caribe COMO FUENTE DE RECAUDOS Y AUTO-SUSTENTABILIDAD PARA CONSTRUIR LA UNIVERSIDAD DE VIEQUES GREEN CAPUS Y EL VIEQUES COMMUNITY HOSPITAL Y DOSCTO PEDRO P. PAEZ GONZALEZ HUMANITARIAN MEDICAL UNIVERSITY. Lograr toda la infra-estructura y con nuestro propio Sistema de lanchas.

Return to Search Results

v5.7.2.6 (03)



Government of Puerto Rico

# CERTIFICATE OF GOOD STANDING

I, **Omar J. Marrero Díaz, Secretary of State** of the Government of Puerto Rico,

**CERTIFY:** That, **DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC.**, register number **396702**, a **non-profit domestic** corporation, organized under the laws of Puerto Rico on **June 16, 2017**, has complied with the filing of its Annual Reports.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **July 29, 2021.**

**Omar J. Marrero Díaz**
Secretary of State

To validate this certificate go to:          http://estado.pr.gov/

This certificate is valid for one (1) year from issue date (Regulation 8688, Art. 26). However, it is subject to faithful compliance with the provisions of Chapter XV and Chapter XXI of Act 164-2009, as applicable.

Certificate Validation Number: **415452-74521518**

Government of Puerto Rico | Home(/) | PRDOS | Contact Us | Administration | Español | Help (/Help/Help_en.htm#MAININFO)

# Registry of Corporations and Entities

CORPORATION INFORMATION (/Help/Help_en.htm#CORPINFO)

## DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC.

**Corporations and Entities**

Search (/CorporationSearch.aspx)

Create / Authorize
(/CreationFilings/NameAvailability.aspx)

Amend (/CorporationSearch.aspx?
m=ca)

Dissolve / Withdraw
(/CorporationSearch.aspx?m=dis)

Convert (/CorporationSearch.aspx?
m=cnv)

Merge / Consolidate
(/Mergers/Selection.aspx)

Restore (/CorporationSearch.aspx?
m=rst)

Reserve Name
(/NameReservation/Prep.aspx)

Create Account
(/Admin/Register.aspx)

**Annual Filings**

2020 Annual Report
(/AnnualReportStart.aspx)

2020 LLC Fees
(/AnnualReportStart.aspx?m=ad)

LLP Renewal
(/CorporationSearch.aspx?m=lr)

Prior Years
(/CorporationSearch.aspx?m=pyf)

**Certificates**

Order Good Standing
(/CorporationSearch.aspx?m=oc)

Order Existence
(/CorporationSearch.aspx?m=oce)

Validate (/Validate/Default.aspx)

Return to Search Results

I want to: Select [dropdown] Next

| Details | Articles | Annual Filings | Certificates |

### General Information

| | | | |
|---|---|---|---|
| **Name** | DEVELOPMENT SOCIOECONOMIC & CONSERVATION, FIDEICOMISO OF VIEQUES, DESCO INC. | | |
| **Register No.** | 396702 | **Status** | ACTIVE |
| **Formation Date** | 16-Jun-2017 3:13 PM | **Effective Date** | 16-Jun-2017 3:13 PM |
| **Expiration Date** | Does not expire | | |
| **Class** | Corporation | | |
| **Type** | Non-Profit | **Jurisdiction** | Domestic |
| **Organization Form** | Community Based Organization | **Category** | Economic, Social and Community Development |

### Designated Office Address

| | | | |
|---|---|---|---|
| **Street Address** | Bo Esperanza VIEQUES, PR 00765-0741 | **Mailing Address** | HC 2 Box 12914 VIEQUES, PR 00765-0741 |

### Resident Agent

| | | | |
|---|---|---|---|
| **Name** | Rosario, Myriam Yashei | | |
| **Street Address** | Bo Esperanza VIEQUES, PR 00765-0741 | **Mailing Address** | Bo Esperanza VIEQUES, PR 00765-0741 |

### Officers

| Name (Title(s)) | Street Address | Mailing Address |
|---|---|---|
| CODESU Governance Comunity Board, CODESU, Inc. (Vice president) | Bo Esperanza, VIEQUES, PR, 00765-0741 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| CODESU Governance Comunity Board, CODESU, Inc. (Assistant secretary) | Bo Esperanza, VIEQUES, PR, 00765-0741 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| CODESU Governance Comunity Board, CODESU, Inc. (Assistant treasurer) | Bo Esperanza, VIEQUES, PR, 00765-0741 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| CODESU Governance Comunity Board, CODESU, Inc. (Fisherman & Youngsters Committee) | Bo Esperanza, VIEQUES, PR, 00765-0741 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| Garcia, Julian (Secretary) | PO BOX 741, VIEQUES, PR, 00765 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| Garcia, Nicasio (Treasurer) | Bo Esperanza, VIEQUES, PR, 00765-0741 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| Rosario, Myriam Yashei (President) | HC 2 BOX 12914, VIEQUES, PR, 00765 | HC 2 BOX 12914, VIEQUES, PR, 00765 |
| Rosario Centeno, Myriam Yashei (President) | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765-0741 | Villa Borinquen 172, HC 2 Box 12914, VIEQUES, PR, 00765-0741 |
| ROSARIO, Myriam Yashei (President) | HC 2 BOX 12914 Vieques, VILLA BORINQUEN APT 172, VIEQUES, PR, 00765 | HC 2 BOX 12914 Vieques, VILLA BORINQUEN APT 172, VIEQUES, PR, 00765 |
| Board, DESCO Governance (Vice president) | HC 2 BOX 12914 Vieques, VILLA BORINQUEN APT 172, VIEQUES, PR, 00765 | HC 2 BOX 12914 Vieques, VILLA BORINQUEN APT 172, VIEQUES, PR, 00765 |
| GARCIA , JULIAN (Secretary, Vice president, Treasurer) | VILLA BORINQUEN 172, HC 2 BOX 12914, VIEQUES, PR, 00765- | HC 2 Box 12914, VIEQUES, PR, 00765 |

## Incorporators

| Name | Street Address | Mailing Address |
|---|---|---|
| Rosario, Myriam Yashei | Bo Esperanza, VIEQUES, PR, 00765-0741 | Bo Esperanza, VIEQUES, PR, 00765-0741 |
| Controller Board, CODESO | Bo Esperanza, VIEQUES, PR, 00765-0741 | HC 2 Box 12914, VIEQUES, PR, 00765-0741 |

## Purpose

Buscar Recursos económicos para minimizar la Dependencia del Servicio de Lanchas porque pasamos un alto porcentaje de nuestras vidas bajo la Cadena Perpetua de "Floating Penalty, y a través del Desarrollo Económico de Vieques minimizaremos esta tortura... Recursos económicos para la construcción debida de Hospital bien equipado con Clínica de Cáncer en Vieques... y el Vieques Pier Mall, y un Shopping Center con las tiendas que suplan Todo lo necesario localmente y sobre todas las cosas, que seamos los dueños del Desarrollo Económico y que las lanchas sean solo para Touristear. Así romperemos con el Yugo de pasarnos la Vida FLOTANDO para sostener la Economía de 80,707 Fajardeños... Si 10,000 podemos sostener la Economía de Fajardo, Claro que podemos sostener a Vieques... Y crear empleos por nosotros mismos. La Isla Nena ya es adulta, podemos tomar decisiones por nosotros mismos ya que en 76 años desde el 1940 - 2017, el Gobierno Central con todos sus expertos, nunca han podido. La Isla Nenea ya es Adulta. No somos gente incapacitada, ni tenemos taparrabo en el cerebro... Queremos una vida digna para nuestros jovenes y niños, tal como otros municipios lo han logrado y si no queda de otra, separarnos del Territorio de Puerto Rico, como U.S. Vieques, el Sexto Territorio Isla de Estados Unidos... So help us God.

Return to Search Results

v5.7.2.6 (03)