**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF ASSURED GUARANTY
CORP. AND ASSURED GUARANTY MUNICIPAL CORP.
REGARDING THE AUGUST 4-5, 2021 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, the "Assured Entities") hereby submit this informative motion in compliance with the *Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing* (ECF No. 17522)[2] and respectfully state as follows:

1. Mark C. Ellenberg, William J. Natbony, and/or Casey J. Servais of Cadwalader, Wickersham & Taft LLP will speak on behalf of the Assured Entities at the August

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

-2-

4-5, 2021 Omnibus Hearing, which will be conducted telephonically via CourtSolutions due to the ongoing public health crisis.

        2. Mr. Ellenberg, Mr. Natbony, and/or Mr. Servais reserve the right to be heard on any matter raised by any party at the August 4-5, 2021 Omnibus Hearing as concerns the Assured Entities related to the Title III Cases or the interests of the Assured Entities.

[*Remainder of Page Intentionally Omitted*]

Dated: July 29, 2021
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br>    Heriberto Burgos Pérez <br>    USDC-PR No. 204,809 <br>    Ricardo F. Casellas-Sánchez <br>    USDC-PR No. 203,114 <br>    Diana Pérez-Seda <br>    USDC–PR No. 232,014 <br>    P.O. Box 364924 <br>    San Juan, PR 00936-4924 <br>    Tel.: (787) 756-1400 <br>    Fax: (787) 756-1401 <br>    E-mail: hburgos@cabprlaw.com <br>              rcasellas@cabprlaw.com <br>              dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br>    Howard R. Hawkins, Jr.* <br>    Mark C. Ellenberg* <br>    William J. Natbony* <br>    Thomas J. Curtin* <br>    Casey J. Servais* <br>    200 Liberty Street <br>    New York, New York 10281 <br>    Tel.: (212) 504-6000 <br>    Fax: (212) 406-6666 <br>    Email: howard.hawkins@cwt.com <br>             mark.ellenberg@cwt.com <br>             bill.natbony@cwt.com <br>             thomas.curtin@cwt.com <br>             casey.servais@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-4-

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 29th day of July, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice