UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION FOR
CLASS COUNSEL ATTORNEY'S FEES (DOCKET ENTRY NO. 17523)

The Court has received and reviewed the *Motion for Class Counsel Attorney's Fees* (Docket Entry No. 17523 in Case No. 17-3283, the "Motion"), filed by the plaintiffs' class in the case captioned Gladys García Rubiera, et al.., v. Hon. Luis G. Fortuño, et al., Civil No. 02-1179 (GAG) and attorney Antonio J. Amadeo Murga (collectively, "Movants"). Responsive papers to the Motion, if any, must be filed by **August 11, 2021, at 5:00 p.m. (Atlantic Standard Time)**. Movants' reply papers must be filed by **August 18, 2021, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: July 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).