# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :  PROMESA
THE FINANCIAL OVERSIGHT AND                                :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
     as representative of                                  :  Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO,                           :  (Jointly Administered)
et al.,¹                                                   :
                                                           :
     Debtors.                                              :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
                                                           :  PROMESA
THE FINANCIAL OVERSIGHT AND                                :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
     as representative of                                  :  Case No. 17-BK-04780 (LTS)
                                                           :
PUERTO RICO ELECTRIC POWER                                 :  Court Filing Relates Only to PREPA
AUTHORITY (PREPA)                                          :
                                                           :
     Debtor.                                               :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that Foreman Electric Services Inc., in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Fourteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 15894-1 of Case No. 17-03283*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

(the "CMP Order"), sent a true and exact copy of the document titled *Urgent Motion to Extend Dates in Scheduling Order* filed on July 28, 2021 (Docket No. 17541 of Case No. 17-03283 (LTS) and Docket No. 2567 of Case No. 17-04780 (LTS)), **by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.**

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 29th day of July 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/ Rosamar García-Fontán*
Rosamar García-Fontán
USDC PR 221004
rgf@mcvpr.com

- 2 -