Selma Velázquez Flores
3534 Blvd Media Luna 1831
Carolina PR 00987

CERTIFIED MAIL

7020 3160 0002 1782 1288

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JUL 19, 21
AMOUNT
$7.00
R2305K141009-15

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767

00919

