# Exhibit D

## Budget and Staffing Plan

## **Exhibit D-1**

**Budget Plan for the Compensation Period**

| Matter No. | Matter | October 2020 | | November 2020 | | December 2020 | | January 2021 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0002 | PROMESA TITLE III: COMMONWEALTH | $ 1,520,947.80 | $ 1,575,000.00 | $ 968,113.80 | $ 1,100,000.00 | $1,073,587.20 | $ 1,300,000.00 | $ 1,470,164.60 | $ 1,600,000.00 |
| 33260.0034 | COMMONWEALTH TITLE III - HEALTHCARE | 45,446.40 | 50,000.00 | 89,714.40 | 100,000.00 | 108,853.20 | 135,000.00 | 17,827.70 | 50,000.00 |
| 33260.0036 | COMMONWEALTH TITLE III - UPR | 7,101.00 | 10,000.00 | - | - | 3,550.50 | - | 1,023.60 | - |
| 33260.0039 | COMMONWEALTH TITLE III - RULE 2004 | 78,682.80 | 80,000.00 | 106,038.30 | 125,000.00 | 232,480.50 | 25,000.00 | 138,316.90 | 150,000.00 |
| 33260.0040 | COMMONWEALTH TITLE III - COOPERATIVAS | 83,226.60 | 90,000.00 | - | - | - | - | - | - |
| 33260.0041 | COMMONWEALTH TITLE III - MISCELLANEOUS | 46,945.50 | 50,000.00 | 96,823.50 | 110,000.00 | 141,721.20 | 175,000.00 | 75,198.40 | 95,000.00 |
| 33260.0061 | COMMONWEALTH TITLE III - FISCAL PLAN/BUDGET LITIGATION | 1,025.70 | 2,500.00 | - | - | - | - | - | - |
| 33260.0072 | COMMONWEALTH TITLE III - GO & GUARANTEED BONDS LIEN | 102,586.80 | 110,000.00 | 105,379.80 | 125,000.00 | 30,048.90 | 40,000.00 | 42,223.50 | 40,000.00 |
| 33260.0073 | COMMONWEALTH TITLE III - AMBAC/PRIFA STAY-RELIEF MOTION | 71,982.60 | 75,000.00 | 344,481.90 | 400,000.00 | 205,687.80 | 250,000.00 | 199,766.40 | 210,000.00 |
| 33260.0077 | COMMONWEALTH TITLE III - COOPERATIVAS V. COSSEC | 3,787.20 | 5,000.00 | 17,831.40 | 25,000.00 | 42,290.40 | 50,000.00 | 51,691.80 | 50,000.00 |
| 33260.0081 | COMMONWEALTH TITLE III - LAW 29 ACTION | - | - | 8,363.40 | 10,000.00 | - | - | - | - |
| 33260.0089 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY PRIFA BONDHOLDERS | 2,524.80 | 5,000.00 | 789.00 | 10,000.00 | - | 10,000.00 | 38,303.70 | 50,000.00 |
| 33260.0090 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY CCDA BONDHOLDERS | 8,521.20 | 10,000.00 | 3,866.10 | 10,000.00 | 315.60 | 10,000.00 | 33,271.00 | 50,000.00 |
| 33260.0093 | CW-HTA REVENUE BOND COMPLAINT | 34,284.30 | 40,000.00 | 18,819.90 | 25,000.00 | 32,191.20 | 50,000.00 | 39,183.80 | 50,000.00 |
| 33260.0094 | CHALLENGES RE: CERTAIN LAWS AND ORDERS | 486,977.70 | 500,000.00 | 423,022.20 | 500,000.00 | 205,578.00 | 250,000.00 | 131,197.40 | 165,000.00 |
| 33260.0097 | AMBAC BANKRUPTCY LAW CHALLENGE | 140,857.50 | 150,000.00 | 415,766.70 | 450,000.00 | 26,747.10 | 35,000.00 | 152,623.50 | 165,000.00 |
| 33260.0100 | COMMONWEALTH TITLE III CHALLENGE TO PENSION LAWS | 520,190.10 | 550,000.00 | 126,003.30 | 145,000.00 | 16,569.00 | 25,000.00 | 115,496.20 | 125,000.00 |
| 33260.0101 | COMMONWEALTH TITLE III – SECTION 203 NONCOMPLAINT | 57,202.50 | 75,000.00 | 19,490.40 | 25,000.00 | 2,840.40 | 25,000.00 | 43,929.50 | 50,000.00 |
| 33260.0103 | COMMONWEALTH TITLE III – FINCA MATILDE | 15,543.30 | 25,000.00 | 41,106.90 | 50,000.00 | 54,657.60 | 70,000.00 | 23,116.30 | 55,000.00 |
| 33260.0104 | SECTION 204 CORRESPONDENCE | - | - | 84,975.30 | 95,000.00 | 167,820.30 | 200,000.00 | 147,313.10 | 200,000.00 |
| **Commonwealth TOTAL** | | **$3,227,833.80** | **$3,402,500** | **$2,870,586.30** | **$3,305,000** | **$2,344,938.90** | **$2,650,000** | **$2,720,647.40** | **$3,105,000** |
| **ESTIMATED FEES Compensation Period (October 2020 - January 2021) TOTAL:** | | | | | | | | | **$12,462,500.00** |
| **ACTUAL FEES Compensation Period (October 2020 - January 2021) TOTAL:** | | | | | | | | | **$11,164,006.40** |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | **10.4% below budget** |

**<u>Exhibit D-2</u>**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 36 | $789/ $853 |
| Senior Counsel | 7 | $789/ $853 |
| Associates | 45 | $789/ $853 |
| e-Discovery Attorneys | 7 | $390/ $421 |
| Paraprofessionals | 21 | $270/ $291 |
| **Total:** | **116** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 117, and thus 1 more than anticipated.

[2] Attorney Practice Groups: BSGR&B, Tax, Health Care, Labor & Employment, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B; Tax; Health Care; Labor & Employment; Litigation; and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4] Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2021, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $853 per hour, for e-discovery attorneys of $421 per hour, and for paraprofessionals of $291 per hour.