## Exhibit E

**Proskauer October – December of 2020 Rate Increase Calculations**

| Debtor | October - December 2020 Hours (Actual Billed) | 2020 Rates (Actual) | October - December 2020 Fees at 2020 Rate (Actual Billed) | 2021 Rates (Calculated) | October - December 2020 Fees at 2021 Rate (Calculated) | Proskauer Compensation Increase at Calculated Fees |
|---|---|---|---|---|---|---|
| **CW** | | | | | | |
| Paraprofessionals | 2,098.80 | $270.00 | $566,676.00 | $291.00 | $610,750.80 | $44,074.80 |
| E-Discovery Attorneys | 101.40 | $390.00 | $39,546.00 | $421.00 | $42,689.40 | $3,143.40 |
| Attorneys & Lawyers | 9,934.90 | $789.00 | $7,838,636.10 | $853.00 | $8,474,469.70 | $635,833.60 |
| **CW Total** | **12,135.10** | | **$8,444,858.10** | | **$9,127,909.90** | **$683,051.80** |
| **ERS** | | | | | | |
| Paraprofessionals | 153.60 | $270.00 | $41,472.00 | $291.00 | $44,697.60 | $3,225.60 |
| E-Discovery Attorneys | 0.50 | $390.00 | $195.00 | $421.00 | $210.50 | $15.50 |
| Attorneys & Lawyers | 1,427.40 | $789.00 | $1,126,218.60 | $853.00 | $1,217,572.20 | $91,353.60 |
| **ERS Total** | **1,581.50** | | **$1,167,885.60** | | **$1,262,480.30** | **$94,594.70** |
| **HTA** | | | | | | |
| Paraprofessionals | 81.60 | $270.00 | $22,032.00 | $291.00 | $23,745.60 | $1,713.60 |
| Attorneys | 1,899.20 | $789.00 | $1,498,468.80 | $853.00 | $1,620,017.60 | $121,548.80 |
| **HTA Total** | **1,980.80** | | **$1,520,500.80** | | **$1,643,763.20** | **$123,262.40** |
| **PBA** | | | | | | |
| Paraprofessionals | 8.20 | $270.00 | $2,214.00 | $291.00 | $2,386.20 | $172.20 |
| Attorneys & Lawyers | 4.90 | $789.00 | $3,866.10 | $853.00 | $4,179.70 | $313.60 |
| **PBA Total** | **13.10** | | **$6,080.10** | | **$6,565.90** | **$485.80** |
| **PREPA** | | | | | | |
| Paraprofessionals | 516.80 | $270.00 | $139,536.00 | $291.00 | $150,388.80 | $10,852.80 |
| Attorneys & Lawyers | 3,338.90 | $789.00 | $2,634,392.10 | $853.00 | $2,848,081.70 | $213,689.60 |
| **PREPA Total** | **3,855.70** | | **$2,773,928.10** | | **$2,998,470.50** | **$224,542.40** |
| **GRAND TOTAL** | **19,566.20** | | **$13,913,252.70** | | **$15,039,189.80** | **$1,125,937.10** |