**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS - General** | | | | | |
| **201** | **Partner** | Ehud Barak | $789.00 | 2.50 | $1,972.50 |
| | | Martin J. Bienenstock | $789.00 | 2.60 | $2,051.40 |
| | **Partner Total** | | | **5.10** | **$4,023.90** |
| | **Associate** | Joshua A. Esses | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **201 Total** | | | | **5.20** | **$4,102.80** |
| **202** | **Partner** | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **0.40** | **$341.20** |
| | **Associate** | Ariella Muller | $789.00 | 6.00 | $4,734.00 |
| | | Brooke C. Gottlieb | $789.00 | 1.50 | $1,183.50 |
| | | Javier Sosa | $789.00 | 6.50 | $5,128.50 |
| | | John A. Peterson | $789.00 | 1.30 | $1,025.70 |
| | **Associate Total** | | | **15.30** | **$12,071.70** |
| **202 Total** | | | | **15.70** | **$12,412.90** |
| **204** | **Partner** | Jeffrey W. Levitan | $853.00 | 0.90 | $767.70 |
| | | Margaret A. Dale | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **1.40** | **$1,194.20** |
| | **Associate** | William D. Dalsen | $853.00 | 3.40 | $2,900.20 |
| | **Associate Total** | | | **3.40** | **$2,900.20** |
| **204 Total** | | | | **4.80** | **$4,094.40** |
| **205** | **Partner** | Brian S. Rosen | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| **205 Total** | | | | **0.30** | **$255.90** |
| **206** | **Partner** | Brian S. Rosen | $789.00 | 4.80 | $3,787.20 |
| | | | $853.00 | 1.40 | $1,194.20 |
| | | Jeffrey W. Levitan | $789.00 | 102.90 | $81,188.10 |
| | | | $853.00 | 0.80 | $682.40 |
| | | Lary Alan Rappaport | $789.00 | 0.70 | $552.30 |
| | | Margaret A. Dale | $789.00 | 40.80 | $32,191.20 |
| | | | $853.00 | 1.50 | $1,279.50 |
| | | Martin J. Bienenstock | $789.00 | 61.20 | $48,286.80 |
| | | Michael A. Firestein | $789.00 | 0.80 | $631.20 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Steven O. Weise | $789.00 | 159.70 | $126,003.30 |
| | | Timothy W. Mungovan | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **375.50** | **$296,563.90** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 249.20 | $196,618.80 |
| | **Senior Counsel Total** | | | **249.20** | **$196,618.80** |
| | **Associate** | Ariella Muller | $789.00 | 45.60 | $35,978.40 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Javier Sosa | $789.00 | 0.50 | $394.50 |
| | | Joshua A. Esses | $789.00 | 23.10 | $18,225.90 |
| | | Mee R. Kim | $789.00 | 37.20 | $29,350.80 |
| | | William D. Dalsen | $789.00 | 9.60 | $7,574.40 |
| | | | $853.00 | 9.20 | $7,847.60 |
| | **Associate Total** | | | **125.20** | **$99,371.60** |
| **206 Total** | | | | **749.90** | **$592,554.30** |
| 207 | Partner | Brian S. Rosen | $789.00 | 0.20 | $157.80 |
| | | Jeffrey W. Levitan | $789.00 | 10.20 | $8,047.80 |
| | | Lary Alan Rappaport | $789.00 | 1.90 | $1,499.10 |
| | | Margaret A. Dale | $789.00 | 7.00 | $5,523.00 |
| | | Martin J. Bienenstock | $789.00 | 1.20 | $946.80 |
| | | Michael A. Firestein | $789.00 | 1.80 | $1,420.20 |
| | | | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **22.50** | **$17,765.30** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 1.50 | $1,183.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,183.50** |
| | **Associate** | William D. Dalsen | $789.00 | 2.00 | $1,578.00 |
| | **Associate Total** | | | **2.00** | **$1,578.00** |
| **207 Total** | | | | **26.00** | **$20,526.80** |
| 210 | Partner | Brian S. Rosen | $789.00 | 1.10 | $867.90 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | | Ehud Barak | $789.00 | 0.90 | $710.10 |
| | | Jeffrey W. Levitan | $789.00 | 65.60 | $51,758.40 |
| | | | $853.00 | 34.20 | $29,172.60 |
| | | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Margaret A. Dale | $789.00 | 82.90 | $65,408.10 |
| | | | $853.00 | 18.00 | $15,354.00 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | | Steven O. Weise | $789.00 | 9.20 | $7,258.80 |
| | | Timothy W. Mungovan | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **216.80** | **$174,664.80** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 43.20 | $34,084.80 |
| | | | $853.00 | 31.40 | $26,784.20 |
| | **Senior Counsel Total** | | | **74.60** | **$60,869.00** |
| | **Associate** | Ariella Muller | $789.00 | 16.00 | $12,624.00 |
| | | Javier Sosa | $789.00 | 0.50 | $394.50 |
| | | Joshua A. Esses | $789.00 | 14.80 | $11,677.20 |
| | | | $853.00 | 11.30 | $9,638.90 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Mee R. Kim | $789.00 | 273.90 | $216,107.10 |
| | | | $853.00 | 5.50 | $4,691.50 |
| | | William D. Dalsen | $789.00 | 11.70 | $9,231.30 |
| | | | $853.00 | 3.40 | $2,900.20 |
| | | Yena Hong | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **338.30** | **$268,211.50** |
| **210 Total** | | | | **629.70** | **$503,745.30** |
| 212 | E-Discovery Attorney | Yvonne O. Ike | $390.00 | 0.50 | $195.00 |
| | **E-Discovery Attorney Total** | | | **0.50** | **$195.00** |
| | Legal Assistant | Alexander N. Cook | $291.00 | 70.80 | $20,602.80 |
| | | Angelo Monforte | $270.00 | 0.50 | $135.00 |
| | | | $291.00 | 1.00 | $291.00 |
| | | Dennis T. Mcpeck | $270.00 | 18.30 | $4,941.00 |
| | | | $291.00 | 0.60 | $174.60 |
| | | Joan K. Hoffman | $270.00 | 47.30 | $12,771.00 |
| | | | $291.00 | 0.60 | $174.60 |
| | | Lawrence T. Silvestro | $270.00 | 17.90 | $4,833.00 |
| | | | $291.00 | 8.40 | $2,444.40 |
| | | Lisa P. Orr | $291.00 | 11.00 | $3,201.00 |
| | | Shealeen E. Schaefer | $270.00 | 58.10 | $15,687.00 |
| | **Legal Assistant Total** | | | **234.50** | **$65,255.40** |
| | Practice Support | Eric R. Chernus | $270.00 | 1.40 | $378.00 |
| | **Practice Support Total** | | | **1.40** | **$378.00** |
| **212 Total** | | | | **236.40** | **$65,828.40** |
| 215 | Partner | Brian S. Rosen | $789.00 | 11.90 | $9,389.10 |
| | | | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **12.60** | **$9,986.20** |
| **215 Total** | | | | **12.60** | **$9,986.20** |
| 218 | Legal Assistant | Natasha Petrov | $270.00 | 8.30 | $2,241.00 |
| | | | $291.00 | 7.60 | $2,211.60 |
| | **Legal Assistant Total** | | | **15.90** | **$4,452.60** |
| **218 Total** | | | | **15.90** | **$4,452.60** |
| 219 | Partner | Michael R. Hackett | $853.00 | 2.10 | $1,791.30 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **2.30** | **$1,961.90** |
| | Associate | William D. Dalsen | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **0.30** | **$255.90** |
| **219 Total** | | | | **2.60** | **$2,217.80** |
| **Grand Total** | | | | **1,699.10** | **$1,220,177.40** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0048 ERS - Miscellaneous** | | | | |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 1.80 | $486.00 |
| | **Legal Assistant Total** | | | **1.80** | **$486.00** |
| **212 Total** | | | | **1.80** | **$486.00** |
| **219** | **Partner** | Jeffrey W. Levitan | $789.00 | 4.30 | $3,392.70 |
| | | John E. Roberts | $789.00 | 13.70 | $10,809.30 |
| | | Mark Harris | $789.00 | 15.80 | $12,466.20 |
| | | Martin J. Bienenstock | $789.00 | 33.50 | $26,431.50 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Steven O. Weise | $789.00 | 12.00 | $9,468.00 |
| | | Timothy W. Mungovan | $789.00 | 3.50 | $2,761.50 |
| | **Partner Total** | | | **83.00** | **$65,487.00** |
| | **Associate** | Adam L. Deming | $789.00 | 16.00 | $12,624.00 |
| | | Michael Wheat | $789.00 | 8.30 | $6,548.70 |
| | | William G. Fassuliotis | $789.00 | 4.10 | $3,234.90 |
| | **Associate Total** | | | **28.40** | **$22,407.60** |
| **219 Total** | | | | **111.40** | **$87,894.60** |
| **Grand Total** | | | | **113.20** | **$88,380.60** |