**Exhibit C**

**Task Code Time Breakdown**

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 202 | **Partner** | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| | Associate | Adam L. Deming | $789.00 | 4.30 | $3,392.70 |
| | | John A. Peterson | $789.00 | 7.20 | $5,680.80 |
| | **Associate Total** | | | **11.50** | **$9,073.50** |
| **202 Total** | | | | **12.00** | **$9,468.00** |
| 206 | **Partner** | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **206 Total** | | | | **0.40** | **$315.60** |
| 207 | **Partner** | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **207 Total** | | | | **0.90** | **$710.10** |
| 210 | Associate | Chris Theodoridis | $789.00 | 1.50 | $1,183.50 |
| | | Elliot Stevens | $789.00 | 1.00 | $789.00 |
| | | | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **3.20** | **$2,569.60** |
| **210 Total** | | | | **3.20** | **$2,569.60** |
| 212 | **Legal Assistant** | Angelo Monforte | $270.00 | 2.20 | $594.00 |
| | | Joan K. Hoffman | $270.00 | 16.70 | $4,509.00 |
| | **Legal Assistant Total** | | | **18.90** | **$5,103.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 2.70 | $729.00 |
| | **Lit. Support Total** | | | **2.70** | **$729.00** |
| **212 Total** | | | | **21.60** | **$5,832.00** |
| 215 | **Partner** | Brian S. Rosen | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| **215 Total** | | | | **0.60** | **$511.80** |
| 218 | **Legal Assistant** | Natasha Petrov | $270.00 | 9.10 | $2,457.00 |
| | | | $291.00 | 6.10 | $1,775.10 |
| | **Legal Assistant Total** | | | **15.20** | **$4,232.10** |
| **218 Total** | | | | **15.20** | **$4,232.10** |
| 219 | **Partner** | Ehud Barak | $789.00 | 0.30 | $236.70 |
| | | John E. Roberts | $789.00 | 17.20 | $13,570.80 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Lary Alan Rappaport | $789.00 | 1.00 | $789.00 |
| | | Mark Harris | $789.00 | 26.40 | $20,829.60 |
| | | Martin J. Bienenstock | $789.00 | 9.00 | $7,101.00 |
| | | Michael A. Firestein | $789.00 | 21.60 | $17,042.40 |

1

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | | $853.00 | 1.60 | $1,364.80 |
| | | Timothy W. Mungovan | $789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **79.00** | **$62,459.00** |
| | **Senior Counsel** | Julia D. Alonzo | $789.00 | 41.50 | $32,743.50 |
| | **Senior Counsel Total** | | | **41.50** | **$32,743.50** |
| | Associate | Adam L. Deming | $789.00 | 16.50 | $13,018.50 |
| | | Joshua A. Esses | $789.00 | 6.00 | $4,734.00 |
| | | William D. Dalsen | $789.00 | 37.60 | $29,666.40 |
| | | | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **60.30** | **$47,589.50** |
| **219 Total** | | | | **180.80** | **$142,792.00** |
| **Grand Total** | | | | **234.70** | **$166,431.20** |

2

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA - Peaje** | | | | | |
| 201 | Partner | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **201 Total** | | | | **0.20** | **$157.80** |
| 204 | Partner | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| **204 Total** | | | | **0.10** | **$78.90** |
| 206 | Partner | Brian S. Rosen | $789.00 | 0.40 | $315.60 |
| | | Lary Alan Rappaport | $789.00 | 4.10 | $3,234.90 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **5.50** | **$4,339.50** |
| **206 Total** | | | | **5.50** | **$4,339.50** |
| 207 | Partner | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| **207 Total** | | | | **0.10** | **$78.90** |
| 210 | Partner | Lary Alan Rappaport | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **210 Total** | | | | **1.10** | **$867.90** |
| **Grand Total** | | | | **7.00** | **$5,523.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA - Miscellaneous** | | | | | |
| 206 | Associate | Shiloh Rainwater | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| **206 Total** | | | | **1.20** | **$946.80** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 9.10 | $2,457.00 |
| | | | $291.00 | 3.40 | $989.40 |
| | | Lawrence T. Silvestro | $270.00 | 3.10 | $837.00 |
| | | Lisa P. Orr | $270.00 | 4.50 | $1,215.00 |
| | **Legal Assistant Total** | | | **20.10** | **$5,498.40** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 1.20 | $324.00 |
| | | Michael R.D. Cooper | $270.00 | 0.30 | $81.00 |
| | **Lit. Support Total** | | | **1.50** | **$405.00** |
| **212 Total** | | | | **21.60** | **$5,903.40** |
| 219 | Partner | Dietrich L. Snell | $789.00 | 75.90 | $59,885.10 |
| | | | $853.00 | 0.30 | $255.90 |
| | | Ehud Barak | $789.00 | 46.60 | $36,767.40 |
| | | Jeffrey W. Levitan | $789.00 | 37.70 | $29,745.30 |
| | | John E. Roberts | $789.00 | 36.30 | $28,640.70 |
| | | Lary Alan Rappaport | $789.00 | 7.40 | $5,838.60 |
| | | | $853.00 | 0.20 | $170.60 |
| | | Mark Harris | $789.00 | 12.80 | $10,099.20 |
| | | Martin J. Bienenstock | $789.00 | 57.20 | $45,130.80 |
| | | Michael A. Firestein | $789.00 | 82.10 | $64,776.90 |
| | | | $853.00 | 1.30 | $1,108.90 |
| | | Michael T. Mervis | $789.00 | 1.50 | $1,183.50 |
| | | Steven O. Weise | $789.00 | 24.50 | $19,330.50 |
| | | Timothy W. Mungovan | $789.00 | 5.10 | $4,023.90 |
| | | | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **389.60** | **$307,554.40** |
| | Senior Counsel | Julia D. Alonzo | $789.00 | 15.40 | $12,150.60 |
| | **Senior Counsel Total** | | | **15.40** | **$12,150.60** |
| | Associate | Corey I. Rogoff | $789.00 | 45.80 | $36,136.20 |
| | | Elliot Stevens | $789.00 | 52.10 | $41,106.90 |
| | | | $853.00 | 0.20 | $170.60 |
| | | John A. Peterson | $789.00 | 30.40 | $23,985.60 |
| | | Shiloh Rainwater | $789.00 | 262.90 | $207,428.10 |
| | **Associate Total** | | | **391.40** | **$308,827.40** |
| **219 Total** | | | | **796.40** | **$628,532.40** |
| **Grand Total** | | | | **819.20** | **$635,382.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0082 HTA - Assured Motion to Lift Stay** | | | | | |
| 202 | Partner | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **202 Total** | | | | **0.90** | **$710.10** |
| 207 | Partner | Timothy W. Mungovan | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| **207 Total** | | | | **0.60** | **$511.80** |
| 208 | Partner | Michael A. Firestein | $853.00 | 1.90 | $1,620.70 |
| | **Partner Total** | | | **1.90** | **$1,620.70** |
| **208 Total** | | | | **1.90** | **$1,620.70** |
| 210 | Partner | Michael A. Firestein | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| | Associate | Elliot Stevens | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **210 Total** | | | | **0.90** | **$767.70** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 25.60 | $6,912.00 |
| | | | $291.00 | 10.30 | $2,997.30 |
| | | Joan K. Hoffman | $270.00 | 5.10 | $1,377.00 |
| | | Tal J. Singer | $291.00 | 0.30 | $87.30 |
| | **Legal Assistant Total** | | | **41.30** | **$11,373.60** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 1.40 | $378.00 |
| | | | $291.00 | 1.10 | $320.10 |
| | **Lit. Support Total** | | | **2.50** | **$698.10** |
| **212 Total** | | | | **43.80** | **$12,071.70** |
| 219 | Partner | Dietrich L. Snell | $853.00 | 0.80 | $682.40 |
| | | Ehud Barak | $789.00 | 90.60 | $71,483.40 |
| | | | $853.00 | 16.10 | $13,733.30 |
| | | Jeffrey W. Levitan | $789.00 | 48.80 | $38,503.20 |
| | | | $853.00 | 14.40 | $12,283.20 |
| | | John E. Roberts | $789.00 | 74.80 | $59,017.20 |
| | | | $853.00 | 1.70 | $1,450.10 |
| | | Lary Alan Rappaport | $789.00 | 31.80 | $25,090.20 |
| | | | $853.00 | 13.30 | $11,344.90 |
| | | Mark Harris | $789.00 | 13.70 | $10,809.30 |
| | | | $853.00 | 4.30 | $3,667.90 |
| | | Martin J. Bienenstock | $789.00 | 39.70 | $31,323.30 |
| | | Matthew Triggs | $789.00 | 59.20 | $46,708.80 |
| | | | $853.00 | 28.70 | $24,481.10 |
| | | Michael A. Firestein | $789.00 | 71.00 | $56,019.00 |

5

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | | $853.00 | 21.70 | $18,510.10 |
| | | Michael T. Mervis | $789.00 | 29.20 | $23,038.80 |
| | | | $853.00 | 58.70 | $50,071.10 |
| | | Steven O. Weise | $789.00 | 49.50 | $39,055.50 |
| | | | $853.00 | 44.90 | $38,299.70 |
| | | Timothy W. Mungovan | $789.00 | 6.40 | $5,049.60 |
| | | | $853.00 | 2.40 | $2,047.20 |
| | **Partner Total** | | | **721.70** | **$582,669.30** |
| | **Senior Counsel** | David A. Munkittrick | $789.00 | 1.00 | $789.00 |
| | | | $853.00 | 1.50 | $1,279.50 |
| | **Senior Counsel Total** | | | **2.50** | **$2,068.50** |
| | **Associate** | Adam L. Deming | $789.00 | 127.10 | $100,281.90 |
| | | | $853.00 | 34.30 | $29,257.90 |
| | | Bryant D. Wright | $789.00 | 8.70 | $6,864.30 |
| | | Daniel Desatnik | $789.00 | 2.70 | $2,130.30 |
| | | Elliot Stevens | $789.00 | 151.00 | $119,139.00 |
| | | | $853.00 | 56.80 | $48,450.40 |
| | | John A. Peterson | $789.00 | 47.90 | $37,793.10 |
| | | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | | Shiloh Rainwater | $789.00 | 1.00 | $789.00 |
| | | William D. Dalsen | $789.00 | 0.30 | $236.70 |
| | | William G. Fassuliotis | $789.00 | 12.70 | $10,020.30 |
| | **Associate Total** | | | **442.80** | **$355,199.60** |
| **219 Total** | | | | **1,167.00** | **$939,937.40** |
| **Grand Total** | | | | **1,215.10** | **$955,619.40** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0087 HTA - GDB DRA HTA Lift Stay** | | | | | |
| **207** | **Partner** | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **0.30** | **$236.70** |

7

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0092 HTA Master Revenue Bond Complaint** | | | | | |
| 202 | Partner | Michael A. Firestein | $789.00 | 2.20 | $1,735.80 |
| | Partner Total | | | 2.20 | $1,735.80 |
| 202 Total | | | | 2.20 | $1,735.80 |
| 210 | Partner | Lary Alan Rappaport | $789.00 | 0.60 | $473.40 |
| | | Matthew Triggs | $789.00 | 30.80 | $24,301.20 |
| | | Michael A. Firestein | $789.00 | 0.70 | $552.30 |
| | Partner Total | | | 32.10 | $25,326.90 |
| 210 Total | | | | 32.10 | $25,326.90 |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 0.60 | $162.00 |
| | Legal Assistant Total | | | 0.60 | $162.00 |
| 212 Total | | | | 0.60 | $162.00 |
| **Grand Total** | | | | **34.90** | **$27,224.70** |