## Exhibit D

**Budget and Staffing Plan**

## **Exhibit D-1**

**Budget Plan for the Compensation Period**

| Matter No. | Matter | October 2020 | | November 2020 | | December 2020 | | January 2021 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0009 | PROMESA TITLE III: HTA | $ 157,398.90 | $ 175,000.00 | $ 2,980.20 | $ 10,000.00 | $ 1,291.50 | $ 10,000.00 | $ 4,760.60 | $ 10,000.00 |
| 33260.0051 | HTA TITLE III - PEAJE | $ 473.40 | $ 2,000.00 | $ 5,049.60 | $ 5,000.00 | $ - | $ - | $ - | $ - |
| 33260.0053 | HTA TITLE III - MISCELLANEOUS | $ 78,497.40 | $ 80,000.00 | $ 191,963.70 | $ 225,000.00 | $ 361,629.00 | $ 400,000.00 | $ 3,292.50 | $ 25,000.00 |
| 33260.0082 | HTA - ASSURED MOTION TO LIFT STAY | $ 78,043.50 | $ 85,000.00 | $ 459,900.00 | $ 500,000.00 | $ 155,812.20 | $ 200,000.00 | $ 261,863.70 | $ 285,000.00 |
| 33260.0087 | GDB DRA HTA LIFT STAY | $ 236.70 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 33260.0092 | HTA MASTER REVENE BOND COMPLAINT | $ 3,471.60 | $ 10,000.00 | $ 23,516.40 | $ 30,000.00 | $ 236.70 | $ 10,000.00 | $ - | $ - |
| **HTA TOTAL** | | **$318,121.50** | **$352,000** | **$683,409.90** | **$770,000** | **$518,969.40** | **$620,000** | **$269,916.80** | **$320,000** |
| **ESTIMATED FEES Compensation Period (October 2020 - January 2021) TOTAL:** | | | | | | | | | **$2,062,000.00** |
| **ACTUAL FEES Compensation Period (October 2020 - January 2021) TOTAL:** | | | | | | | | | **$1,790,417.60** |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | **13.2% below budget** |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 14 | $789/ $853 |
| Senior Counsel | 7 | $789/ $853 |
| Associates | 11 | $789/ $853 |
| e-Discovery Attorneys | 5 | $390/ $421 |
| Paraprofessionals | 7 | $270/ $291 |
| **Total:** | **44** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 35, and thus 9 fewer than anticipated.

[2] Attorney Practice Groups: BSGR&B, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B, Litigation, and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4] Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2021, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $853 per hour, for e-discovery attorneys of $421 per hour, and for paraprofessionals of $291 per hour.