**<u>Exhibit C</u>**

**Task Code Time Breakdown**

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| | | | | | |
| **201** | **Partner** | Chantel L. Febus | $789.00 | 0.20 | $157.80 |
| | | Ehud Barak | $789.00 | 6.60 | $5,207.40 |
| | | | $853.00 | 1.80 | $1,535.40 |
| | | Martin J. Bienenstock | $789.00 | 3.80 | $2,998.20 |
| | | Paul Possinger | $789.00 | 1.20 | $946.80 |
| | | | $853.00 | 3.20 | $2,729.60 |
| | **Partner Total** | | | **16.80** | **$13,575.20** |
| | **Associate** | Daniel Desatnik | $789.00 | 0.40 | $315.60 |
| | | | $853.00 | 2.00 | $1,706.00 |
| | | Mee R. Kim | $789.00 | 2.10 | $1,656.90 |
| | | Michelle M. Ovanesian | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **5.20** | **$4,275.60** |
| **201 Total** | | | | **22.00** | **$17,850.80** |
| **202** | **Partner** | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Associate** | Chris Theodoridis | $789.00 | 2.90 | $2,288.10 |
| | | Elliot Stevens | $789.00 | 14.50 | $11,440.50 |
| | | | $853.00 | 14.90 | $12,709.70 |
| | | Jordan. Sazant | $789.00 | 25.90 | $20,435.10 |
| | | Libbie B. Osaben | $789.00 | 37.80 | $29,824.20 |
| | | | $853.00 | 4.20 | $3,582.60 |
| | | Megan R. Volin | $789.00 | 5.70 | $4,497.30 |
| | **Associate Total** | | | **105.90** | **$84,777.50** |
| | **Legal Assistant** | Nicole K. Oloumi | $291.00 | 0.30 | $87.30 |
| | **Legal Assistant Total** | | | **0.30** | **$87.30** |
| **202 Total** | | | | **106.40** | **$85,022.60** |
| **203** | **Associate** | Laura Stafford | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **203 Total** | | | | **0.10** | **$78.90** |
| **204** | **Partner** | Ehud Barak | $853.00 | 3.50 | $2,985.50 |
| | | Paul Possinger | $789.00 | 2.10 | $1,656.90 |
| | | | $853.00 | 4.40 | $3,753.20 |
| | **Partner Total** | | | **10.00** | **$8,395.60** |
| | **Associate** | Daniel Desatnik | $853.00 | 1.30 | $1,108.90 |
| | | Jordan. Sazant | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **2.00** | **$1,661.20** |
| **204 Total** | | | | **12.00** | **$10,056.80** |
| **205** | **Partner** | Ehud Barak | $789.00 | 5.30 | $4,181.70 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Paul Possinger | $789.00 | 3.40 | $2,682.60 |
| | | | $853.00 | 1.00 | $853.00 |
| | **Partner Total** | | | **9.70** | **$7,717.30** |
| | **Associate** | Daniel Desatnik | $789.00 | 2.40 | $1,893.60 |
| | **Associate Total** | | | **2.40** | **$1,893.60** |
| **205 Total** | | | | **12.10** | **$9,610.90** |
| 206 | **Partner** | Ehud Barak | $789.00 | 2.60 | $2,051.40 |
| | | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Martin J. Bienenstock | $789.00 | 15.40 | $12,150.60 |
| | | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | | Paul Possinger | $789.00 | 34.40 | $27,141.60 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | **Partner Total** | | | **55.30** | **$43,766.10** |
| | **Associate** | Adam L. Deming | $789.00 | 3.80 | $2,998.20 |
| | | | $853.00 | 3.00 | $2,559.00 |
| | | Daniel Desatnik | $789.00 | 16.30 | $12,860.70 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | | Jennifer L. Jones | $789.00 | 1.40 | $1,104.60 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Jordan. Sazant | $789.00 | 1.30 | $1,025.70 |
| | | Laura Stafford | $789.00 | 8.20 | $6,469.80 |
| | | | $853.00 | 4.60 | $3,923.80 |
| | | Matthew I. Rochman | $789.00 | 5.80 | $4,576.20 |
| | | Michael Wheat | $789.00 | 48.00 | $37,872.00 |
| | | | $853.00 | 2.30 | $1,961.90 |
| | | Michelle M. Ovanesian | $853.00 | 5.40 | $4,606.20 |
| | **Associate Total** | | | **102.60** | **$82,090.60** |
| **206 Total** | | | | **157.90** | **$125,856.70** |
| 207 | **Partner** | John E. Roberts | $789.00 | 0.20 | $157.80 |
| | | Lary Alan Rappaport | $789.00 | 1.00 | $789.00 |
| | | | $853.00 | 0.20 | $170.60 |
| | | Margaret A. Dale | $789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | $789.00 | 2.30 | $1,814.70 |
| | **Partner Total** | | | **4.80** | **$3,800.00** |
| | **Associate** | Daniel Desatnik | $789.00 | 0.70 | $552.30 |
| | | | $853.00 | 13.60 | $11,600.80 |
| | | Jennifer L. Jones | $789.00 | 2.90 | $2,288.10 |
| | | Jordan. Sazant | $789.00 | 2.20 | $1,735.80 |
| | | Laura Stafford | $789.00 | 0.60 | $473.40 |
| | | Matthew A. Skrzynski | $789.00 | 0.40 | $315.60 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Matthew I. Rochman | $789.00 | 2.20 | $1,735.80 |
| | **Associate Total** | | | **22.60** | **$18,701.80** |
| **207 Total** | | | | **27.40** | **$22,501.80** |
| **208** | **Partner** | Ehud Barak | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **208 Total** | | | | **1.10** | **$867.90** |
| **210** | **Partner** | Ehud Barak | $789.00 | 103.60 | $81,740.40 |
| | | | $853.00 | 63.90 | $54,506.70 |
| | | Guy Brenner | $789.00 | 13.30 | $10,493.70 |
| | | | $853.00 | 0.10 | $85.30 |
| | | Hadassa R. Waxman | $789.00 | 6.50 | $5,128.50 |
| | | James P. Gerkis | $789.00 | 24.90 | $19,646.10 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Lary Alan Rappaport | $789.00 | 0.80 | $631.20 |
| | | Margaret A. Dale | $789.00 | 0.20 | $157.80 |
| | | | $853.00 | 2.00 | $1,706.00 |
| | | Mark W. Batten | $789.00 | 1.80 | $1,420.20 |
| | | Martin J. Bienenstock | $789.00 | 0.90 | $710.10 |
| | | Michael A. Firestein | $789.00 | 2.00 | $1,578.00 |
| | | | $853.00 | 1.20 | $1,023.60 |
| | | Paul M. Hamburger | $789.00 | 2.80 | $2,209.20 |
| | | Paul Possinger | $789.00 | 152.10 | $120,006.90 |
| | | | $853.00 | 73.20 | $62,439.60 |
| | | Scott P. Cooper | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 2.10 | $1,656.90 |
| | | | $853.00 | 2.20 | $1,876.60 |
| | | Vincent. Indelicato | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **454.90** | **$368,068.10** |
| | **Associate** | Aaron D. Quint | $853.00 | 0.40 | $341.20 |
| | | Adam L. Deming | $789.00 | 28.10 | $22,170.90 |
| | | | $853.00 | 2.60 | $2,217.80 |
| | | Daniel Desatnik | $789.00 | 62.50 | $49,312.50 |
| | | | $853.00 | 2.90 | $2,473.70 |
| | | Elliot Stevens | $789.00 | 18.70 | $14,754.30 |
| | | | $853.00 | 7.60 | $6,482.80 |
| | | Jennifer L. Jones | $789.00 | 12.70 | $10,020.30 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Jillian Ruben | $789.00 | 4.80 | $3,787.20 |
| | | John A. Peterson | $853.00 | 0.70 | $597.10 |
| | | Jordan. Sazant | $789.00 | 2.50 | $1,972.50 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | | $853.00 | 0.70 | $597.10 |
| | | Joshua A. Esses | $789.00 | 0.40 | $315.60 |
| | | Laura Stafford | $789.00 | 15.60 | $12,308.40 |
| | | | $853.00 | 13.90 | $11,856.70 |
| | | Libbie B. Osaben | $789.00 | 74.80 | $59,017.20 |
| | | Marc Palmer | $853.00 | 0.30 | $255.90 |
| | | Matthew I. Rochman | $789.00 | 15.20 | $11,992.80 |
| | | | $853.00 | 1.00 | $853.00 |
| | | Mee R. Kim | $853.00 | 0.70 | $597.10 |
| | | Michael Wheat | $789.00 | 0.50 | $394.50 |
| | | | $853.00 | 0.90 | $767.70 |
| | | Michelle M. Ovanesian | $789.00 | 0.20 | $157.80 |
| | | | $853.00 | 7.50 | $6,397.50 |
| | | Sarah Hughes | $789.00 | 12.50 | $9,862.50 |
| | | | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **288.50** | **$230,186.50** |
| | **E-Discovery Attorney** | Cathleen P. Peterson | $421.00 | 0.30 | $126.30 |
| | **E-Discovery Attorney Total** | | | **0.30** | **$126.30** |
| **210 Total** | | | | **743.70** | **$598,380.90** |
| 212 | **Legal Assistant** | Alexander N. Cook | $291.00 | 6.70 | $1,949.70 |
| | | Angelo Monforte | $270.00 | 3.00 | $810.00 |
| | | | $291.00 | 3.00 | $873.00 |
| | | Lawrence T. Silvestro | $270.00 | 4.60 | $1,242.00 |
| | | | $291.00 | 33.00 | $9,603.00 |
| | | Natasha Petrov | $291.00 | 4.50 | $1,309.50 |
| | | Nicole K. Oloumi | $291.00 | 0.80 | $232.80 |
| | | Olaide M. Adejobi | $270.00 | 1.80 | $486.00 |
| | | Shealeen E. Schaefer | $291.00 | 1.60 | $465.60 |
| | **Legal Assistant Total** | | | **59.00** | **$16,971.60** |
| **212 Total** | | | | **59.00** | **$16,971.60** |
| 213 | **Partner** | Ehud Barak | $789.00 | 9.40 | $7,416.60 |
| | | Paul M. Hamburger | $789.00 | 29.40 | $23,196.60 |
| | | | $853.00 | 4.90 | $4,179.70 |
| | | Paul Possinger | $789.00 | 16.50 | $13,018.50 |
| | **Partner Total** | | | **60.20** | **$47,811.40** |
| | **Associate** | Elliot Stevens | $789.00 | 4.80 | $3,787.20 |
| | | Jordan. Sazant | $789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **6.60** | **$5,207.40** |
| **213 Total** | | | | **66.80** | **$53,018.80** |
| 215 | **Partner** | Ehud Barak | $789.00 | 1.60 | $1,262.40 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|--------------|
| | | | $853.00 | 3.00 | $2,559.00 |
| | | James P. Gerkis | $853.00 | 0.80 | $682.40 |
| | | Jeffrey W. Levitan | $789.00 | 0.30 | $236.70 |
| | | Martin J. Bienenstock | $789.00 | 4.60 | $3,629.40 |
| | | Paul Possinger | $789.00 | 1.40 | $1,104.60 |
| | | | $853.00 | 1.80 | $1,535.40 |
| | **Partner Total** | | | **13.50** | **$11,009.90** |
| | **Associate** | Aaron D. Quint | $853.00 | 0.40 | $341.20 |
| | | Brooke H. Blackwell | $789.00 | 2.80 | $2,209.20 |
| | | | $853.00 | 33.90 | $28,916.70 |
| | | Chris Theodoridis | $789.00 | 0.30 | $236.70 |
| | | Daniel Desatnik | $789.00 | 18.20 | $14,359.80 |
| | | | $853.00 | 7.10 | $6,056.30 |
| | | Elliot Stevens | $789.00 | 2.00 | $1,578.00 |
| | | | $853.00 | 9.80 | $8,359.40 |
| | | Jennifer L. Jones | $853.00 | 0.50 | $426.50 |
| | | Jordan. Sazant | $789.00 | 9.70 | $7,653.30 |
| | | | $853.00 | 17.50 | $14,927.50 |
| | | Laura Stafford | $853.00 | 5.30 | $4,520.90 |
| | | Libbie B. Osaben | $789.00 | 2.10 | $1,656.90 |
| | | | $853.00 | 10.90 | $9,297.70 |
| | | Lucy Wolf | $853.00 | 7.80 | $6,653.40 |
| | | Megan R. Volin | $789.00 | 0.40 | $315.60 |
| | | | $853.00 | 11.20 | $9,553.60 |
| | | Michael Wheat | $789.00 | 10.10 | $7,968.90 |
| | | | $853.00 | 19.30 | $16,462.90 |
| | | Sarah Hughes | $853.00 | 6.00 | $5,118.00 |
| | | Seth H. Victor | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **175.80** | **$147,039.00** |
| | **Legal Assistant** | Nicole K. Oloumi | $291.00 | 1.40 | $407.40 |
| | **Legal Assistant Total** | | | **1.40** | **$407.40** |
| **215 Total** | | | | **190.70** | **$158,456.30** |
| 216 | **Partner** | Martin J. Bienenstock | $853.00 | 1.90 | $1,620.70 |
| | **Partner Total** | | | **1.90** | **$1,620.70** |
| **216 Total** | | | | **1.90** | **$1,620.70** |
| 218 | **Legal Assistant** | Natasha Petrov | $270.00 | 19.80 | $5,346.00 |
| | | | $291.00 | 2.30 | $669.30 |
| | **Legal Assistant Total** | | | **22.10** | **$6,015.30** |
| **218 Total** | | | | **22.10** | **$6,015.30** |
| 219 | **Partner** | Ehud Barak | $789.00 | 0.60 | $473.40 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | John E. Roberts | $789.00 | 1.30 | $1,025.70 |
| | | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | | Paul Possinger | $789.00 | 3.40 | $2,682.60 |
| | **Partner Total** | | | **5.50** | **$4,339.50** |
| | **Associate** | Daniel Desatnik | $789.00 | 3.70 | $2,919.30 |
| | | Jennifer L. Jones | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **3.80** | **$2,998.20** |
| **219 Total** | | | | **9.30** | **$7,337.70** |
| **Grand Total** | | | | **1,432.50** | **$1,113,647.70** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0054  PREPA -  PREC** | | | | | |
| 206 | Partner | Margaret A. Dale | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| **206 Total** | | | | **0.30** | **$255.90** |
| 210 | Partner | Margaret A. Dale | $853.00 | 0.30 | $255.90 |
| | | Paul Possinger | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.50** | **$426.50** |
| | Associate | Laura Stafford | $853.00 | 1.80 | $1,535.40 |
| | **Associate Total** | | | **1.80** | **$1,535.40** |
| **210 Total** | | | | **2.30** | **$1,961.90** |
| **Grand Total** | | | | **2.60** | **$2,217.80** |

7

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0055  PREPA -  Vitol** | | | | | |
| **201** | **Partner** | Chantel L. Febus | $789.00 | 0.40 | $315.60 |
| | | | $853.00 | 0.20 | $170.60 |
| | | Timothy W. Mungovan | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **1.00** | **$827.40** |
| **201 Total** | | | | **1.00** | **$827.40** |
| **202** | **Partner** | Chantel L. Febus | $789.00 | 0.80 | $631.20 |
| | | Michael A. Firestein | $789.00 | 3.00 | $2,367.00 |
| | **Partner Total** | | | **3.80** | **$2,998.20** |
| | **Associate** | Hena Vora | $789.00 | 12.10 | $9,546.90 |
| | | John A. Peterson | $789.00 | 5.10 | $4,023.90 |
| | | Kelly M. Curtis | $789.00 | 12.30 | $9,704.70 |
| | | | $853.00 | 5.80 | $4,947.40 |
| | | Laura Stafford | $789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **36.50** | **$29,169.70** |
| **202 Total** | | | | **40.30** | **$32,167.90** |
| **204** | **Partner** | Chantel L. Febus | $789.00 | 2.80 | $2,209.20 |
| | **Partner Total** | | | **2.80** | **$2,209.20** |
| **204 Total** | | | | **2.80** | **$2,209.20** |
| **206** | **Partner** | Chantel L. Febus | $789.00 | 108.20 | $85,369.80 |
| | | | $853.00 | 30.40 | $25,931.20 |
| | | Jeffrey W. Levitan | $789.00 | 4.90 | $3,866.10 |
| | | Lary Alan Rappaport | $789.00 | 115.10 | $90,813.90 |
| | | Margaret A. Dale | $789.00 | 18.10 | $14,280.90 |
| | | Martin J. Bienenstock | $789.00 | 39.90 | $31,481.10 |
| | | Michael A. Firestein | $789.00 | 6.70 | $5,286.30 |
| | | Timothy W. Mungovan | $789.00 | 6.40 | $5,049.60 |
| | **Partner Total** | | | **329.70** | **$262,078.90** |
| | **Associate** | Hena Vora | $789.00 | 12.80 | $10,099.20 |
| | | Julia M. Ansanelli | $789.00 | 104.40 | $82,371.60 |
| | | Kelly M. Curtis | $789.00 | 63.90 | $50,417.10 |
| | | | $853.00 | 18.90 | $16,121.70 |
| | | Laura Stafford | $789.00 | 146.10 | $115,272.90 |
| | | | $853.00 | 1.60 | $1,364.80 |
| | | Marc Palmer | $789.00 | 28.60 | $22,565.40 |
| | | | $853.00 | 2.40 | $2,047.20 |
| | **Associate Total** | | | **378.70** | **$300,259.90** |
| **206 Total** | | | | **708.40** | **$562,338.80** |
| **207** | **Partner** | Martin J. Bienenstock | $853.00 | 1.70 | $1,450.10 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|--------------|
| | | Michael A. Firestein | $789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **3.40** | **$2,791.40** |
| | **Associate** | Laura Stafford | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **0.30** | **$255.90** |
| **207 Total** | | | | **3.70** | **$3,047.30** |
| **210** | **Partner** | Chantel L. Febus | $789.00 | 10.30 | $8,126.70 |
| | | | $853.00 | 14.00 | $11,942.00 |
| | | Jeffrey W. Levitan | $853.00 | 2.30 | $1,961.90 |
| | | Lary Alan Rappaport | $789.00 | 18.50 | $14,596.50 |
| | | | $853.00 | 4.90 | $4,179.70 |
| | | Margaret A. Dale | $789.00 | 5.80 | $4,576.20 |
| | | Michael A. Firestein | $789.00 | 8.10 | $6,390.90 |
| | | | $853.00 | 1.10 | $938.30 |
| | | Timothy W. Mungovan | $789.00 | 5.50 | $4,339.50 |
| | | | $853.00 | 6.20 | $5,288.60 |
| | **Partner Total** | | | **76.70** | **$62,340.30** |
| | **Associate** | Hena Vora | $789.00 | 2.40 | $1,893.60 |
| | | Julia M. Ansanelli | $789.00 | 1.20 | $946.80 |
| | | Kelly M. Curtis | $789.00 | 6.80 | $5,365.20 |
| | | Laura Stafford | $789.00 | 5.40 | $4,260.60 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | | Marc Palmer | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **18.40** | **$14,652.00** |
| **210 Total** | | | | **95.10** | **$76,992.30** |
| **212** | **Legal Assistant** | Alexander N. Cook | $270.00 | 15.10 | $4,077.00 |
| | | Angelo Monforte | $270.00 | 0.30 | $81.00 |
| | | Joan K. Hoffman | $270.00 | 123.70 | $33,399.00 |
| | | Olaide M. Adejobi | $270.00 | 19.00 | $5,130.00 |
| | | Shealeen E. Schaefer | $270.00 | 237.40 | $64,098.00 |
| | **Legal Assistant Total** | | | **395.50** | **$106,785.00** |
| **212 Total** | | | | **395.50** | **$106,785.00** |
| **Grand Total** | | | | **1,246.80** | **$784,367.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0056  PREPA -  UTIER CBA** | | | | | |
| **202** | **Associate** | Javier Sosa | $789.00 | 2.00 | $1,578.00 |
| | **Associate Total** | | | **2.00** | **$1,578.00** |
| **202 Total** | | | | **2.00** | **$1,578.00** |
| **204** | **Associate** | Matthew J. Morris | $789.00 | 0.60 | $473.40 |
| | | William D. Dalsen | $789.00 | 2.70 | $2,130.30 |
| | **Associate Total** | | | **3.30** | **$2,603.70** |
| **204 Total** | | | | **3.30** | **$2,603.70** |
| **206** | **Partner** | Jonathan E. Richman | $789.00 | 0.70 | $552.30 |
| | | | $853.00 | 42.60 | $36,337.80 |
| | | Seetha Ramachandran | $853.00 | 7.20 | $6,141.60 |
| | **Partner Total** | | | **50.50** | **$43,031.70** |
| | **Associate** | Javier Sosa | $853.00 | 4.40 | $3,753.20 |
| | | Julia M. Ansanelli | $789.00 | 0.40 | $315.60 |
| | | Matthew J. Morris | $853.00 | 17.70 | $15,098.10 |
| | | William D. Dalsen | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **22.70** | **$19,337.50** |
| **206 Total** | | | | **73.20** | **$62,369.20** |
| **207** | **Associate** | Julia M. Ansanelli | $789.00 | 0.90 | $710.10 |
| | | Matthew J. Morris | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| **207 Total** | | | | **1.20** | **$946.80** |
| **210** | **Partner** | Ehud Barak | $789.00 | 1.30 | $1,025.70 |
| | | Jonathan E. Richman | $789.00 | 176.40 | $139,179.60 |
| | | | $853.00 | 23.90 | $20,386.70 |
| | | Michael A. Firestein | $789.00 | 0.50 | $394.50 |
| | | Paul Possinger | $789.00 | 0.80 | $631.20 |
| | | Scott P. Cooper | $789.00 | 56.60 | $44,657.40 |
| | | | $853.00 | 4.90 | $4,179.70 |
| | | Seetha Ramachandran | $789.00 | 101.70 | $80,241.30 |
| | | | $853.00 | 6.80 | $5,800.40 |
| | **Partner Total** | | | **372.90** | **$296,496.50** |
| | **Associate** | Javier Sosa | $789.00 | 58.20 | $45,919.80 |
| | | | $853.00 | 14.20 | $12,112.60 |
| | | Julia M. Ansanelli | $789.00 | 6.00 | $4,734.00 |
| | | Matthew J. Morris | $789.00 | 80.30 | $63,356.70 |
| | | | $853.00 | 45.20 | $38,555.60 |
| | | Mee R. Kim | $789.00 | 104.30 | $82,292.70 |
| | | | $853.00 | 12.30 | $10,491.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Seth D. Fier | $789.00 | 107.50 | $84,817.50 |
| | | | $853.00 | 0.70 | $597.10 |
| | | William D. Dalsen | $789.00 | 28.40 | $22,407.60 |
| | | | $853.00 | 3.90 | $3,326.70 |
| | **Associate Total** | | | **461.00** | **$368,612.20** |
| **210 Total** | | | | **833.90** | **$665,108.70** |
| **212** | **Legal Assistant** | Shealeen E. Schaefer | $270.00 | 56.40 | $15,228.00 |
| | | | $291.00 | 12.90 | $3,753.90 |
| | **Legal Assistant Total** | | | **69.30** | **$18,981.90** |
| | **Practice Support** | Eric R. Chernus | $270.00 | 0.60 | $162.00 |
| | **Practice Support Total** | | | **0.60** | **$162.00** |
| **212 Total** | | | | **69.90** | **$19,143.90** |
| **Grand Total** | | | | **983.50** | **$751,750.30** |

11

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| **207** | **Partner** | Ehud Barak | $789.00 | 2.10 | $1,656.90 |
| | | Martin J. Bienenstock | $789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **3.90** | **$3,077.10** |
| **207 Total** | | | | **3.90** | **$3,077.10** |
| **208** | **Partner** | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | **Associate** | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | | Jennifer L. Jones | $789.00 | 0.10 | $78.90 |
| | | Steve Ma | $789.00 | 2.10 | $1,656.90 |
| | **Associate Total** | | | **2.30** | **$1,814.70** |
| **208 Total** | | | | **2.60** | **$2,051.40** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 9.90 | $2,673.00 |
| | | | $291.00 | 1.40 | $407.40 |
| | **Legal Assistant Total** | | | **11.30** | **$3,080.40** |
| | **Lit. Support** | Laurie A. Henderson | $270.00 | 1.80 | $486.00 |
| | | | $291.00 | 0.80 | $232.80 |
| | **Lit. Support Total** | | | **2.60** | **$718.80** |
| **212 Total** | | | | **13.90** | **$3,799.20** |
| **219** | **Partner** | Dietrich L. Snell | $789.00 | 1.80 | $1,420.20 |
| | | | $853.00 | 15.60 | $13,306.80 |
| | | Ehud Barak | $789.00 | 3.00 | $2,367.00 |
| | | | $853.00 | 4.70 | $4,009.10 |
| | | John E. Roberts | $789.00 | 28.50 | $22,486.50 |
| | | | $853.00 | 2.70 | $2,303.10 |
| | | Lary Alan Rappaport | $789.00 | 12.70 | $10,020.30 |
| | | | $853.00 | 14.70 | $12,539.10 |
| | | Margaret A. Dale | $789.00 | 2.60 | $2,051.40 |
| | | Mark Harris | $853.00 | 33.80 | $28,831.40 |
| | | Martin J. Bienenstock | $789.00 | 0.80 | $631.20 |
| | | | $853.00 | 2.80 | $2,388.40 |
| | | Michael A. Firestein | $789.00 | 1.70 | $1,341.30 |
| | | | $853.00 | 0.70 | $597.10 |
| | | Paul Possinger | $789.00 | 6.30 | $4,970.70 |
| | | | $853.00 | 14.60 | $12,453.80 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | | | $853.00 | 1.20 | $1,023.60 |
| | **Partner Total** | | | **148.70** | **$123,135.50** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | Associate | Adam L. Deming | $789.00 | 24.10 | $19,014.90 |
| | | | $853.00 | 86.00 | $73,358.00 |
| | | Daniel Desatnik | $789.00 | 51.70 | $40,791.30 |
| | | | $853.00 | 77.90 | $66,448.70 |
| | | Elliot Stevens | $789.00 | 1.50 | $1,183.50 |
| | | Jennifer L. Jones | $789.00 | 0.10 | $78.90 |
| | | Joseph Hartunian | $789.00 | 5.60 | $4,418.40 |
| | | Kelly Landers Hawthorne | $789.00 | 26.10 | $20,592.90 |
| | | Laura Stafford | $853.00 | 0.20 | $170.60 |
| | | Michael Wheat | $789.00 | 24.40 | $19,251.60 |
| | | | $853.00 | 93.60 | $79,840.80 |
| | | Seth Fiur | $789.00 | 23.60 | $18,620.40 |
| | | Steve Ma | $853.00 | 8.40 | $7,165.20 |
| | **Associate Total** | | | **423.20** | **$350,935.20** |
| | **Legal Assistant** | Angelo Monforte | $291.00 | 4.60 | $1,338.60 |
| | **Legal Assistant Total** | | | **4.60** | **$1,338.60** |
| **219 Total** | | | | **576.50** | **$475,409.30** |
| **Grand Total** | | | | **596.90** | **$484,337.00** |

13

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0070 PREPA – UTIER v. Ortiz Vazquez** | | | | | |
| **212** | **Legal Assistant** | Alexander N. Cook | $270.00 | 4.50 | $1,215.00 |
| | | Angelo Monforte | $270.00 | 0.60 | $162.00 |
| | | Emma Dillon | $270.00 | 3.80 | $1,026.00 |
| | | Lawrence T. Silvestro | $270.00 | 3.10 | $837.00 |
| | **Legal Assistant Total** | | | **12.00** | **$3,240.00** |
| | **Lit. Support** | Laurie A. Henderson | $270.00 | 0.30 | $81.00 |
| | **Lit. Support Total** | | | **0.30** | **$81.00** |
| **212 Total** | | | | **12.30** | **$3,321.00** |
| **219** | **Partner** | Dietrich L. Snell | $789.00 | 6.80 | $5,365.20 |
| | | Ehud Barak | $789.00 | 0.50 | $394.50 |
| | | Guy Brenner | $789.00 | 0.20 | $157.80 |
| | | Jeffrey W. Levitan | $853.00 | 0.70 | $597.10 |
| | | John E. Roberts | $789.00 | 13.50 | $10,651.50 |
| | | | $853.00 | 0.50 | $426.50 |
| | | Jonathan E. Richman | $789.00 | 26.20 | $20,671.80 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | | | $853.00 | 0.20 | $170.60 |
| | | Mark Harris | $789.00 | 26.20 | $20,671.80 |
| | | | $853.00 | 0.50 | $426.50 |
| | | Martin J. Bienenstock | $789.00 | 8.80 | $6,943.20 |
| | | | $853.00 | 1.70 | $1,450.10 |
| | | Michael A. Firestein | $789.00 | 4.60 | $3,629.40 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $789.00 | 1.10 | $867.90 |
| | | Timothy W. Mungovan | $789.00 | 4.80 | $3,787.20 |
| | **Partner Total** | | | **97.30** | **$77,051.30** |
| | **Associate** | Chris Theodoridis | $789.00 | 2.90 | $2,288.10 |
| | | Eric Wertheim | $789.00 | 5.20 | $4,102.80 |
| | | Marc Palmer | $789.00 | 1.20 | $946.80 |
| | | Shiloh Rainwater | $789.00 | 10.40 | $8,205.60 |
| | | William G. Fassuliotis | $789.00 | 5.60 | $4,418.40 |
| | **Associate Total** | | | **25.30** | **$19,961.70** |
| **219 Total** | | | | **122.60** | **$97,013.00** |
| **Grand Total** | | | | **134.90** | **$100,334.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0075  PREPA –  Costa Sur Insurance Recovery** | | | | | |
| **202** | **Associate** | Lucy Wolf | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **202 Total** | | | | **0.70** | **$552.30** |
| **204** | **Partner** | Marc E. Rosenthal | $789.00 | 0.60 | $473.40 |
| | | Paul Possinger | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **1.20** | **$946.80** |
| **204 Total** | | | | **1.20** | **$946.80** |
| **206** | **Partner** | Marc E. Rosenthal | $789.00 | 6.50 | $5,128.50 |
| | | Martin J. Bienenstock | $789.00 | 1.10 | $867.90 |
| | | Paul Possinger | $789.00 | 1.90 | $1,499.10 |
| | **Partner Total** | | | **9.50** | **$7,495.50** |
| | **Associate** | Laura Stafford | $789.00 | 0.40 | $315.60 |
| | | Lucy Wolf | $789.00 | 14.70 | $11,598.30 |
| | **Associate Total** | | | **15.10** | **$11,913.90** |
| **206 Total** | | | | **24.60** | **$19,409.40** |
| **207** | **Partner** | Marc E. Rosenthal | $789.00 | 1.30 | $1,025.70 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| | **Associate** | Lucy Wolf | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **2.80** | **$2,209.20** |
| **210** | **Partner** | Marc E. Rosenthal | $789.00 | 8.20 | $6,469.80 |
| | | Paul Possinger | $789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **10.00** | **$7,890.00** |
| | **Associate** | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | | Lucy Wolf | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **210 Total** | | | | **10.60** | **$8,363.40** |
| **212** | **Legal Assistant** | Olaide M. Adejobi | $270.00 | 3.40 | $918.00 |
| | **Legal Assistant Total** | | | **3.40** | **$918.00** |
| **212 Total** | | | | **3.40** | **$918.00** |
| **Grand Total** | | | | **43.30** | **$32,399.10** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0085  PREPA –  Cobra Acquisition** | | | | | |
| | | | | | |
| **203** | **Partner** | Hadassa R. Waxman | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **1.20** | **$946.80** |
| **203 Total** | | | | **1.20** | **$946.80** |
| **206** | **Partner** | Ehud Barak | $789.00 | 0.10 | $78.90 |
| | | Hadassa R. Waxman | $789.00 | 1.30 | $1,025.70 |
| | | Paul Possinger | $789.00 | 2.70 | $2,130.30 |
| | **Partner Total** | | | **4.10** | **$3,234.90** |
| | **Associate** | Matthew A. Skrzynski | $789.00 | 5.40 | $4,260.60 |
| | **Associate Total** | | | **5.40** | **$4,260.60** |
| **206 Total** | | | | **9.50** | **$7,495.50** |
| **210** | **Partner** | Hadassa R. Waxman | $789.00 | 2.20 | $1,735.80 |
| | | Paul Possinger | $789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **4.00** | **$3,156.00** |
| **210 Total** | | | | **4.00** | **$3,156.00** |
| **Grand Total** | | | | **14.70** | **$11,598.30** |

16

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0095  PREPA –  Insurance Coverage Advice** | | | | | |
| **206** | **Partner** | Marc E. Rosenthal | $789.00 | 1.20 | $946.80 |
| | | Paul Possinger | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| **206 Total** | | | | **1.40** | **$1,104.60** |
| **210** | **Partner** | Marc E. Rosenthal | $789.00 | 0.60 | $473.40 |
| | | | $853.00 | 0.60 | $511.80 |
| | | Paul Possinger | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **1.50** | **$1,221.90** |
| **210 Total** | | | | **1.50** | **$1,221.90** |
| **Grand Total** | | | | **2.90** | **$2,326.50** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | **MATTER 33260.00102  PREPA – Catesby Jones** | | | |
| 201 | Partner | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | Associate | John A. Peterson | $789.00 | 1.10 | $867.90 |
| | **Associate Total** | | | **1.10** | **$867.90** |
| **201 Total** | | | | **1.40** | **$1,104.60** |
| 202 | Partner | Jeffrey W. Levitan | $789.00 | 0.70 | $552.30 |
| | | John E. Roberts | $789.00 | 0.40 | $315.60 |
| | | Lary Alan Rappaport | $789.00 | 3.10 | $2,445.90 |
| | | Michael A. Firestein | $789.00 | 13.40 | $10,572.60 |
| | | | $853.00 | 5.20 | $4,435.60 |
| | **Partner Total** | | | **22.80** | **$18,322.00** |
| | Senior Counsel | David A. Munkittrick | $789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **0.70** | **$552.30** |
| | Associate | Javier Sosa | $789.00 | 3.50 | $2,761.50 |
| | | Jennifer L. Jones | $789.00 | 2.80 | $2,209.20 |
| | | John A. Peterson | $789.00 | 23.30 | $18,383.70 |
| | | | $853.00 | 2.80 | $2,388.40 |
| | | Kelly M. Curtis | $789.00 | 13.70 | $10,809.30 |
| | **Associate Total** | | | **46.10** | **$36,552.10** |
| **202 Total** | | | | **69.60** | **$55,426.40** |
| 204 | Partner | Ehud Barak | $789.00 | 2.60 | $2,051.40 |
| | | Lary Alan Rappaport | $789.00 | 2.40 | $1,893.60 |
| | | Martin J. Bienenstock | $789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | $789.00 | 1.10 | $867.90 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **8.20** | **$6,495.40** |
| | Senior Counsel | David A. Munkittrick | $789.00 | 0.90 | $710.10 |
| | | Julia D. Alonzo | $789.00 | 2.80 | $2,209.20 |
| | | | $853.00 | 1.30 | $1,108.90 |
| | **Senior Counsel Total** | | | **5.00** | **$4,028.20** |
| | Associate | John A. Peterson | $789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **204 Total** | | | | **14.00** | **$11,154.80** |
| 205 | Partner | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | Senior Counsel | David A. Munkittrick | $789.00 | 0.30 | $236.70 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------:|--------------:|
| | **Senior Counsel Total** | | | **0.30** | **$236.70** |
| | Associate | Kelly M. Curtis | $789.00 | 4.60 | $3,629.40 |
| | **Associate Total** | | | **4.60** | **$3,629.40** |
| **205 Total** | | | | **5.20** | **$4,102.80** |
| 206 | Partner | Ehud Barak | $789.00 | 0.70 | $552.30 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | | Jeffrey W. Levitan | $789.00 | 4.10 | $3,234.90 |
| | | | $853.00 | 6.70 | $5,715.10 |
| | | Lary Alan Rappaport | $789.00 | 3.90 | $3,077.10 |
| | | | $853.00 | 44.00 | $37,532.00 |
| | | Martin J. Bienenstock | $853.00 | 0.90 | $767.70 |
| | | Michael A. Firestein | $789.00 | 9.50 | $7,495.50 |
| | | | $853.00 | 16.40 | $13,989.20 |
| | | Paul Possinger | $789.00 | 4.30 | $3,392.70 |
| | | | $853.00 | 6.60 | $5,629.80 |
| | | Timothy W. Mungovan | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **99.50** | **$83,433.50** |
| | Senior Counsel | David A. Munkittrick | $789.00 | 0.10 | $78.90 |
| | | Julia D. Alonzo | $789.00 | 31.00 | $24,459.00 |
| | | | $853.00 | 28.10 | $23,969.30 |
| | **Senior Counsel Total** | | | **59.20** | **$48,507.20** |
| | Associate | Jennifer L. Jones | $789.00 | 5.90 | $4,655.10 |
| | | | $853.00 | 0.40 | $341.20 |
| | | John A. Peterson | $789.00 | 10.70 | $8,442.30 |
| | | | $853.00 | 17.20 | $14,671.60 |
| | | Kelly M. Curtis | $789.00 | 26.30 | $20,750.70 |
| | | Laura Stafford | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **61.00** | **$49,255.40** |
| **206 Total** | | | | **219.70** | **$181,196.10** |
| 207 | Partner | Jeffrey W. Levitan | $789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | $789.00 | 0.80 | $631.20 |
| | | Michael A. Firestein | $789.00 | 5.10 | $4,023.90 |
| | | | $853.00 | 1.10 | $938.30 |
| | **Partner Total** | | | **7.50** | **$5,987.90** |
| | Associate | Jennifer L. Jones | $789.00 | 0.40 | $315.60 |
| | | John A. Peterson | $789.00 | 7.00 | $5,523.00 |
| | | Matthew I. Rochman | $789.00 | 1.30 | $1,025.70 |
| | **Associate Total** | | | **8.70** | **$6,864.30** |
| **207 Total** | | | | **16.20** | **$12,852.20** |
| 210 | Partner | Chantel L. Febus | $789.00 | 2.60 | $2,051.40 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Ehud Barak | $789.00 | 20.40 | $16,095.60 |
| | | Jeffrey W. Levitan | $789.00 | 18.90 | $14,912.10 |
| | | | $853.00 | 1.60 | $1,364.80 |
| | | Lary Alan Rappaport | $789.00 | 134.00 | $105,726.00 |
| | | | $853.00 | 9.30 | $7,932.90 |
| | | Michael A. Firestein | $789.00 | 60.80 | $47,971.20 |
| | | | $853.00 | 7.20 | $6,141.60 |
| | | Paul Possinger | $789.00 | 20.90 | $16,490.10 |
| | | | $853.00 | 0.60 | $511.80 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | | | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **277.40** | **$220,091.00** |
| | Senior Counsel | David A. Munkittrick | $789.00 | 3.30 | $2,603.70 |
| | | Julia D. Alonzo | $789.00 | 7.10 | $5,601.90 |
| | **Senior Counsel Total** | | | **10.40** | **$8,205.60** |
| | Associate | Jennifer L. Jones | $789.00 | 3.40 | $2,682.60 |
| | | | $853.00 | 0.60 | $511.80 |
| | | John A. Peterson | $789.00 | 18.40 | $14,517.60 |
| | | | $853.00 | 1.60 | $1,364.80 |
| | | Kelly M. Curtis | $789.00 | 4.40 | $3,471.60 |
| | | Laura Stafford | $789.00 | 5.70 | $4,497.30 |
| | | | $853.00 | 0.30 | $255.90 |
| | | Matthew I. Rochman | $789.00 | 0.20 | $157.80 |
| | | Michael Wheat | $789.00 | 1.50 | $1,183.50 |
| | **Associate Total** | | | **36.10** | **$28,642.90** |
| **210 Total** | | | | **323.90** | **$256,939.50** |
| 212 | Legal Assistant | Dennis T. Mcpeck | $270.00 | 2.30 | $621.00 |
| | | Joan K. Hoffman | $270.00 | 0.30 | $81.00 |
| | | Lawrence T. Silvestro | $270.00 | 3.30 | $891.00 |
| | | Tal J. Singer | $270.00 | 1.80 | $486.00 |
| | **Legal Assistant Total** | | | **7.70** | **$2,079.00** |
| **212 Total** | | | | **7.70** | **$2,079.00** |
| 219 | Associate | John A. Peterson | $789.00 | 2.20 | $1,735.80 |
| | **Associate Total** | | | **2.20** | **$1,735.80** |
| **219 Total** | | | | **2.20** | **$1,735.80** |
| **Grand Total** | | | | **659.90** | **$526,591.20** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0105  PREPA – PV Properties, Inc.** | | | | | |
| | | | | | |
| **201** | **Partner** | Ehud Barak | $853.00 | 2.70 | $2,303.10 |
| | | Margaret A. Dale | $853.00 | 1.10 | $938.30 |
| | | Paul Possinger | $853.00 | 1.30 | $1,108.90 |
| | **Partner Total** | | | **5.10** | **$4,350.30** |
| | **Associate** | Jennifer L. Jones | $853.00 | 1.30 | $1,108.90 |
| | | John A. Peterson | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **2.30** | **$1,961.90** |
| **201 Total** | | | | **7.40** | **$6,312.20** |
| **205** | **Partner** | Paul Possinger | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| **205 Total** | | | | **0.20** | **$170.60** |
| **206** | **Partner** | Margaret A. Dale | $853.00 | 3.00 | $2,559.00 |
| | **Partner Total** | | | **3.00** | **$2,559.00** |
| | **Associate** | Jennifer L. Jones | $853.00 | 0.80 | $682.40 |
| | | John A. Peterson | $853.00 | 13.50 | $11,515.50 |
| | | Laura Stafford | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **14.80** | **$12,592.40** |
| **206 Total** | | | | **17.80** | **$15,151.40** |
| **207** | **Partner** | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | | Paul Possinger | $789.00 | 1.80 | $1,420.20 |
| | | | $853.00 | 1.60 | $1,364.80 |
| | **Partner Total** | | | **4.20** | **$3,416.20** |
| | **Associate** | Jennifer L. Jones | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **0.40** | **$341.20** |
| **207 Total** | | | | **4.60** | **$3,757.40** |
| **210** | **Partner** | Ehud Barak | $853.00 | 0.50 | $426.50 |
| | | Margaret A. Dale | $853.00 | 3.60 | $3,070.80 |
| | | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 0.20 | $157.80 |
| | | | $853.00 | 2.10 | $1,791.30 |
| | **Partner Total** | | | **6.60** | **$5,604.20** |
| | **Associate** | Jennifer L. Jones | $853.00 | 12.80 | $10,918.40 |
| | | John A. Peterson | $853.00 | 7.70 | $6,568.10 |
| | **Associate Total** | | | **20.50** | **$17,486.50** |
| **210 Total** | | | | **27.10** | **$23,090.70** |
| **212** | **Legal Assistant** | Alexander N. Cook | $291.00 | 2.20 | $640.20 |
| | | Joan K. Hoffman | $291.00 | 2.20 | $640.20 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
|      |       | Lawrence T. Silvestro | $291.00 | 1.40 | $407.40 |
|      |       | Tal J. Singer | $291.00 | 0.60 | $174.60 |
|      | **Legal Assistant Total** |  |  | **6.40** | **$1,862.40** |
| **212 Total** |  |  |  | **6.40** | **$1,862.40** |
| **Grand Total** |  |  |  | **63.50** | **$50,344.70** |