## **Exhibit B**

**Monthly Statements**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

```
-------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

 

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

```
-------------------------------------------------------------x
```

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO FOURTEENTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                                    <u>Proskauer Rose LLP ("Proskauer")</u>

Authorized to Provide
Professional Services to:                             Financial Oversight and Management Board, as
                                                      Representative for the Debtor Pursuant to
                                                      <u>PROMESA Section 315(b)</u>

Period for which compensation
and reimbursement for fees and services
is sought:                                            <u>November 1, 2020 through November 30, 2020</u>

Amount of compensation sought
as actual, reasonable and necessary:       **<u>$319.80</u>**

Amount of expense reimbursement
sought as actual, reasonable and necessary:  **<u>$0.00</u>**

Total Amount for these Invoices:           **<u>$319.80</u>**

This is a: <u>X</u>  monthly __ interim __ final application.

This is Proskauer's 14th monthly fee application in these cases.

2

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for November 2020.




Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On January 11, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
       FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.


**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
      Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)


**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
       Alberto J. E. Añeses Negrón, Esq.


**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.


**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.


**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
       Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
       Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
       Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
       Secretary of the Treasury

### Summary of Legal Fees for the Period November 2020

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 207 | Non-Board Court Filings | 0.20 | $157.80 |
| 218 | Employment and Fee Applications | 0.60 | $162.00 |
| | **Total** | **0.80** | **$ 319.80** |

**Summary of Legal Fees for the Period November 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Steve Ma | Associate | BSGR & B | $789.00 | 0.20 | $157.80 |
| | | | **TOTAL** | **0.20** | **$157.80** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 0.60 | $162.00 |
| | | | **TOTAL** | **0.60** | **$162.00** |

| SUMMARY OF LEGAL FEES | Hours 0.80 | Fees $319.80 |
|---|---|---|

Summary of Disbursements for the period November 2020

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of <u>$287.82</u>, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of <u>$0.00</u>) in the total amount <u>$287.82</u>.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

/s/ Martin J. Bienenstock
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

**Client Name**    FOMB *(33260)*    **Invoice Date**    08 Jan 2021
**Matter Name**    PROMESA TITLE III: PBA *(0083)*    **Invoice Number**    21009879

### Task Summary

| Task | Hours | Fees Incurred |
|------|-------|---------------|
| 207 Non-Board Court Filings | 0.20 | 157.80 |
| 218 Employment and Fee Applications | 0.60 | 162.00 |
| **Total Fees** | **0.80** | **$ 319.80** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 08 Jan 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21009879 |

## Description of Services Rendered

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Non-Board Court Filings – 207** | | | | | |
| 24 Nov 2020 | Ma, Steve | 207 | Review and comment on extension of deadlines motion for administrative expense motion. | 0.20 | 157.80 |
| **Non-Board Court Filings Sub-Total** | | | | **0.20** | **$157.80** |
| | | | | | |
| **Employment and Fee Applications – 218** | | | | | |
| 19 Nov 2020 | Petrov, Natasha B. | 218 | Draft Proskauer third interim fee application. | 0.60 | 162.00 |
| **Employment and Fee Applications Sub-Total** | | | | **0.60** | **$162.00** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 08 Jan 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21009879 |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Associate** | | | |
| Ma, Steve | 0.20 | 789.00 | 157.80 |
| **Total Associate** | **0.20** | | **$ 157.80** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 0.60 | 270.00 | 162.00 |
| **Total Legal Assistant** | **0.60** | | **$ 162.00** |
| **Professional Fees** | **0.80** | | **$ 319.80** |
| **Total Billed** | | | **$ 319.80** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)


**COVER SHEET TO FIFTEENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                          <u>Proskauer Rose LLP ("Proskauer")</u>

Authorized to Provide
Professional Services to:                   Financial Oversight and Management Board, as
                                            Representative for the Debtor Pursuant to
                                            <u>PROMESA Section 315(b)</u>

Period for which compensation
and reimbursement for fees and services
is sought:                                  <u>December 1, 2020 through December 31, 2020</u>

Amount of compensation sought
as actual, reasonable and necessary:        **<u>$5,760.30</u>**

Amount of expense reimbursement
sought as actual, reasonable and necessary: **<u>$0.00</u>**

Total Amount for these Invoices:            **<u>$5,760.30</u>**

This is a: <u>X</u> monthly __ interim __ final application.

This is Proskauer's 15th monthly fee application in these cases.

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for December 2020.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On January 28, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
       FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
      Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
       Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
       Suzzanne Uhland, Esq.
       Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
      Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
      Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
      Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
      Secretary of the Treasury

4

**Summary of Legal Fees for the Period December 2020**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 204 | Communications with Claimholders | 0.50 | $394.50 |
| 206 | Documents Filed on Behalf of the Board | 3.10 | $2,445.90 |
| 210 | Analysis and Strategy | 1.10 | $867.90 |
| 212 | General Administration | 3.60 | $972.00 |
| 218 | Employment and Fee Applications | 4.00 | $1,080.00 |
| | **Total** | **12.30** | **$5,760.30** |

**Summary of Legal Fees for the Period December 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 1.40 | $1,104.60 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 1.40 | $1,104.60 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 1.40 | $1,104.60 |
| Laura Stafford | Associate | Litigation | $789.00 | 0.40 | $315.60 |
| Steve Ma | Associate | BSGR & B | $789.00 | 0.10 | $78.90 |
| | | | **TOTAL** | **4.70** | **$3,708.30** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 4.00 | $1,080.00 |
| Tal J. Singer | Legal Assistant | BSGR & B | $270.00 | 3.60 | $972.00 |
| | | | **TOTAL** | **7.60** | **$2,052.00** |

| SUMMARY OF LEGAL FEES | Hours 12.30 | Fees $5,760.30 |
|---|---|---|

6

Summary of Disbursements for the period December 2020

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

7

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,184.27, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $5,184.27.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **<u>Exhibit A</u>**

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date**      28 Jan 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number**      21014776 |

**Task Summary**

| Task | Hours | Fees Incurred |
|---|---|---|
| 204 Communications with Claimholders | 0.50 | 394.50 |
| 206 Documents Filed on Behalf of the Board | 3.10 | 2,445.90 |
| 210 Analysis and Strategy | 1.10 | 867.90 |
| 212 General Administration | 3.60 | 972.00 |
| 218 Employment and Fee Applications | 4.00 | 1,080.00 |
| **Total Fees** | **12.30** | **$ 5,760.30** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 28 Jan 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21014776 |

### Description of Services Rendered

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| **Communications with Claimholders – 204** | | | | | |
| 22 Dec 2020 | Rosen, Brian S. | 204 | Review R. Holm memorandum regarding IRS payment/claim (0.10); Memorandum to R. Holm regarding same (0.10); Memorandum to N. Jaresko regarding same (0.10). | 0.30 | 236.70 |
| 24 Dec 2020 | Rosen, Brian S. | 204 | Review R. Holm memorandum regarding PBA/IRS payment (0.10); Memorandum to R. Holm regarding same (0.10). | 0.20 | 157.80 |
| **Communications with Claimholders Sub-Total** | | | | **0.50** | **$394.50** |
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 11 Dec 2020 | Esses, Joshua A. | 206 | Draft PBA removal motion. | 0.20 | 157.80 |
| 14 Dec 2020 | Esses, Joshua A. | 206 | Draft motion to extend removal time (0.60); Draft 365(d)(4) extension motion (0.30). | 0.90 | 710.10 |
| 15 Dec 2020 | Blackwell, Brooke H. | 206 | E-mail with T. Singer regarding 365(d)(4) extension (0.20); Review draft of same (0.60). | 0.80 | 631.20 |
| 15 Dec 2020 | Esses, Joshua A. | 206 | Draft PBA removal extension motion. | 0.30 | 236.70 |
| 17 Dec 2020 | Rosen, Brian S. | 206 | Teleconference with L. Stafford regarding removal motion (0.10); Review and revise same (0.20); Memorandum to L. Stafford regarding same (0.10); Memorandum to J. Esses regarding same (0.10). | 0.50 | 394.50 |
| 18 Dec 2020 | Stafford, Laura | 206 | Review and revise PBA motion to extend time to file notices of removal (0.40). | 0.40 | 315.60 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **3.10** | **$2,445.90** |
| **Analysis and Strategy – 210** | | | | | |
| 03 Dec 2020 | Rosen, Brian S. | 210 | Review J. Esses memorandum regarding admin rent claim (0.10); Memorandum to J. Esses regarding same (0.10). | 0.20 | 157.80 |
| 03 Dec 2020 | Ma, Steve | 210 | Follow-up on status of Medina administrative expense motion. | 0.10 | 78.90 |

| Client Name | FOMB *(33260)* | | | Invoice Date | 28 Jan 2021 |
| Matter Name | PROMESA TITLE III: PBA *(0083)* | | | Invoice Number | 21014776 |

| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 11 Dec 2020 | Rosen, Brian S. | 210 | Memorandum to J. Esses regarding lease/ removal deadlines (0.10); Review J. Esses memorandum regarding same (0.10). | 0.20 | 157.80 |
| 14 Dec 2020 | Blackwell, Brooke H. | 210 | E-mail with L. Stafford and J. Esses regarding 365(d)(4) deadline and extension motion (0.20). | 0.20 | 157.80 |
| 28 Dec 2020 | Blackwell, Brooke H. | 210 | E-mail with P. Possinger, E. Barak, and J. Esses regarding 365(d)(4) extensions (0.20). | 0.20 | 157.80 |
| 29 Dec 2020 | Blackwell, Brooke H. | 210 | E-mail with P. Possinger, E. Barak, and J. Esses regarding 365(d)(4) extensions (0.20). | 0.20 | 157.80 |
| **Analysis and Strategy Sub-Total** | | | | **1.10** | **$867.90** |

**General Administration – 212**

| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 11 Dec 2020 | Singer, Tal J. | 212 | E-mail L. Stafford regarding extension of time to file notices of removal. | 0.20 | 54.00 |
| 15 Dec 2020 | Singer, Tal J. | 212 | Draft PBA motion to extend time to assume or reject contracts (0.60); E-mail with B. Blackwell regarding same (0.20); E-mail with N. Oloumi regarding same (0.20); E-mails to J. Esses regarding same (0.10). | 1.10 | 297.00 |
| 28 Dec 2020 | Singer, Tal J. | 212 | Review and revise notice of presentment for 365(d)(4) extension (0.50); Review and revise exhibits to same (1.20); Communications with document services regarding exhibits (0.20); Communications with B. Blackwell regarding same (0.30). | 2.20 | 594.00 |
| 29 Dec 2020 | Singer, Tal J. | 212 | E-mail J. Esses, P. Possinger, B. Blackwell and E. Barak regarding PBA motion to extend time to assume or reject unexpired leases (0.10). | 0.10 | 27.00 |
| **General Administration Sub-Total** | | | | **3.60** | **$972.00** |

**Employment and Fee Applications – 218**

| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01 Dec 2020 | Petrov, Natasha B. | 218 | Draft Proskauer third interim fee application (2.40); Draft exhibits to same (1.20). | 3.60 | 972.00 |
| 03 Dec 2020 | Petrov, Natasha B. | 218 | Review monthly statements for certain entries for third interim fee application. | 0.40 | 108.00 |
| **Employment and Fee Applications Sub-Total** | | | | **4.00** | **$1,080.00** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date**      28 Jan 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number**      21014776 |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Rosen, Brian S. | 1.40 | 789.00 | 1,104.60 |
| **Total Partner** | **1.40** | | **$ 1,104.60** |
| **Associate** | | | |
| Blackwell, Brooke H. | 1.40 | 789.00 | 1,104.60 |
| Esses, Joshua A. | 1.40 | 789.00 | 1,104.60 |
| Ma, Steve | 0.10 | 789.00 | 78.90 |
| Stafford, Laura | 0.40 | 789.00 | 315.60 |
| **Total Associate** | **3.30** | | **$ 2,603.70** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 4.00 | 270.00 | 1,080.00 |
| Singer, Tal J. | 3.60 | 270.00 | 972.00 |
| **Total Legal Assistant** | **7.60** | | **$ 2,052.00** |
| **Professional Fees** | **12.30** | | **$ 5,760.30** |
| **Total Billed** | | | **$ 5,760.30** |

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)


In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

      Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)


### COVER SHEET TO SIXTEENTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF
PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | <u>Proskauer Rose LLP ("Proskauer")</u> |
| Authorized to Provide<br>Professional Services to: | Financial Oversight and Management Board, as<br>Representative for the Debtor Pursuant to<br><u>PROMESA Section 315(b)</u> |
| Period for which compensation<br>and reimbursement for fees and services<br>is sought: | <u>January 1, 2021 through January 31, 2021</u> |
| Amount of compensation sought<br>as actual, reasonable and necessary: | <u>**$6,192.00**</u> |
| Amount of expense reimbursement<br>sought as actual, reasonable and necessary: | <u>**$344.00**</u> |
| Total Amount for these Invoices: | <u>**$6,536.00**</u> |

This is a: <u>X</u> monthly __ interim __ final application.

This is Proskauer's 16th monthly fee application in these cases.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2021.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico


3

On February 25, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period January 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 5.40 | $4,260.60 |
| 210 | Analysis and Strategy | 0.60 | $473.40 |
| 212 | General Administration | 1.20 | $324.00 |
| 218 | Employment and Fee Applications | 4.20 | $1,134.00 |
| | **Total** | **11.40** | **$6,192.00** |

5

**Summary of Legal Fees for the Period January 2021**

## ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.10 | $78.90 |
| Paul Possinger | Partner | BSGR & B | $789.00 | 1.00 | $789.00 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 4.70 | $3,708.30 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 0.10 | $78.90 |
| Megan R. Volin | Associate | Corporate | $789.00 | 0.10 | $78.90 |
| | | | **TOTAL** | **6.00** | **$4,734.00** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 4.20 | $1,134.00 |
| Tal J. Singer | Legal Assistant | BSGR & B | $270.00 | 1.20 | $324.00 |
| | | | **TOTAL** | **5.40** | **$1,458.00** |

| SUMMARY OF LEGAL FEES | Hours 11.40 | Fees $6,192.00 |
|---|---|---|

6

**Summary of Disbursements for the period January 2021**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Westlaw | $344.00 |
| **TOTAL** | **$ 344.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,572.80, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $344.00) in the total amount $5,916.80.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

_/s/ Martin J. Bienenstock_
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

| Client Name | FOMB *(33260)* | Invoice Date | 24 Feb 2021 |
|---|---|---|---|
| Matter Name | PROMESA TITLE III: PBA *(0083)* | Invoice Number | 21020709 |

**Task Summary**

| Task | Hours | Fees Incurred |
|---|---|---|
| 206 Documents Filed on Behalf of the Board | 5.40 | 4,260.60 |
| 210 Analysis and Strategy | 0.60 | 473.40 |
| 212 General Administration | 1.20 | 324.00 |
| 218 Employment and Fee Applications | 4.20 | 1,134.00 |
| **Total Fees** | **11.40** | **$ 6,192.00** |

| Client Name | FOMB *(33260)* | | Invoice Date | 24 Feb 2021 |
|---|---|---|---|---|
| Matter Name | PROMESA TITLE III: PBA *(0083)* | | Invoice Number | 21020709 |

### Description of Services Rendered

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 08 Jan 2021 | Blackwell, Brooke H. | 206 | Revise 365(d)(4) extension notice of presentment for leases in which PBA is lessor (1.30); Research regarding same (0.50); E-mail with J. Esses, P. Possinger, and E. Barak regarding same (0.30). | 2.10 | 1,656.90 |
| 10 Jan 2021 | Blackwell, Brooke H. | 206 | Revise 365(d)(4) extension notice of presentment for leases in which PBA is lessor (1.70); Research regarding same (0.40); E-mail with P. Possinger and E. Barak regarding same (0.10). | 2.20 | 1,735.80 |
| 19 Jan 2021 | Possinger, Paul V. | 206 | Review notice of presentment for extension order on 365(d)(4) deadline for PBA leases. | 1.00 | 789.00 |
| 20 Jan 2021 | Esses, Joshua A. | 206 | Review CNO for removal motion. | 0.10 | 78.90 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **5.40** | **$4,260.60** |
| | | | | | |
| **Analysis and Strategy – 210** | | | | | |
| 04 Jan 2021 | Blackwell, Brooke H. | 210 | E-mail with P. Possinger, E. Barak and J. Esses regarding 365(d)(4) extensions (0.20). | 0.20 | 157.80 |
| 20 Jan 2021 | Rosen, Brian S. | 210 | Revise CNO and memorandum to T. Singer regarding same (0.10). | 0.10 | 78.90 |
| 20 Jan 2021 | Blackwell, Brooke H. | 210 | E-mail with M. Volin, J. Esses, and T. Singer regarding filings (0.20). | 0.20 | 157.80 |
| 20 Jan 2021 | Volin, Megan R. | 210 | E-mails with J. Esses regarding CNO for PBA motion (0.10). | 0.10 | 78.90 |
| **Analysis and Strategy Sub-Total** | | | | **0.60** | **$473.40** |
| | | | | | |
| **General Administration – 212** | | | | | |
| 20 Jan 2021 | Singer, Tal J. | 212 | Draft CNO of motion to extend time to file notices of removal (0.80); Communications with B. Rosen, J. Esses, B. Blackwell and M. Volin regarding same (0.20); E-mails with O'Neill regarding filing of same (0.20). | 1.20 | 324.00 |
| **General Administration Sub-Total** | | | | **1.20** | **$324.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 24 Feb 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21020709 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Employment and Fee Applications – 218** | | | | | |
| 08 Jan 2021 | Petrov, Natasha B. | 218 | Continue review of Proskauer monthly statements, case dockets, and pleadings for Proskauer third interim fee application (0.60); Continue drafting same (2.30). | 2.90 | 783.00 |
| 19 Jan 2021 | Petrov, Natasha B. | 218 | Review and analyze monthly statements for Proskauer fourth interim fee application. | 0.40 | 108.00 |
| 27 Jan 2021 | Petrov, Natasha B. | 218 | Draft notice of filing of third interim fee application (0.40); Revise fee application (0.20). | 0.60 | 162.00 |
| 28 Jan 2021 | Petrov, Natasha B. | 218 | Review December monthly statement for Proskauer fourth interim fee application. | 0.30 | 81.00 |
| **Employment and Fee Applications Sub-Total** | | | | **4.20** | **$1,134.00** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 24 Feb 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21020709 |

<br>

### Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Possinger, Paul V. | 1.00 | 789.00 | 789.00 |
| Rosen, Brian S. | 0.10 | 789.00 | 78.90 |
| **Total Partner** | **1.10** | | **$ 867.90** |
| **Associate** | | | |
| Blackwell, Brooke H. | 4.70 | 789.00 | 3,708.30 |
| Esses, Joshua A. | 0.10 | 789.00 | 78.90 |
| Volin, Megan R. | 0.10 | 789.00 | 78.90 |
| **Total Associate** | **4.90** | | **$ 3,866.10** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 4.20 | 270.00 | 1,134.00 |
| Singer, Tal J. | 1.20 | 270.00 | 324.00 |
| **Total Legal Assistant** | **5.40** | | **$ 1,458.00** |
| **Professional Fees** | **11.40** | | **$ 6,192.00** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 24 Feb 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21020709 |

### Description of Disbursements

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| **Westlaw** | | | |
| 08 Jan 2021 | Blackwell, Brooke H. | Connect and Comm Time - 0:00:00 WestChk and Other Trans - 4 Lines Printed - 0 | 344.00 |
| | **Total Westlaw** | | **344.00** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 24 Feb 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21020709 |

## Disbursement Summary

| <u>Disbursements and Other Charges</u> | <u>Amount</u> |
|---|---|
| Computerized Research | 344.00 |
| **Total Disbursements** | **$ 344.00** |
| | |
| **Total Billed** | **$ 6,536.00** |