## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: PBA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0083 PBA - General** | | | | | |
| **204** | **Partner** | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| **204 Total** | | | | **0.50** | **$394.50** |
| **206** | **Partner** | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
| | | Paul Possinger | $853.00 | 1.00 | $853.00 |
| | **Partner Total** | | | **1.50** | **$1,247.50** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 0.80 | $631.20 |
| | | | $853.00 | 4.30 | $3,667.90 |
| | | Joshua A. Esses | $789.00 | 1.40 | $1,104.60 |
| | | | $853.00 | 0.10 | $85.30 |
| | | Laura Stafford | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **7.00** | **$5,804.60** |
| **206 Total** | | | | **8.50** | **$7,052.10** |
| **207** | **Associate** | Steve Ma | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **207 Total** | | | | **0.20** | **$157.80** |
| **210** | **Partner** | Brian S. Rosen | $789.00 | 0.40 | $315.60 |
| | | | $853.00 | 0.10 | $85.30 |
| | **Partner Total** | | | **0.50** | **$400.90** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 0.60 | $473.40 |
| | | | $853.00 | 0.40 | $341.20 |
| | | Megan R. Volin | $853.00 | 0.10 | $85.30 |
| | | Steve Ma | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **1.20** | **$978.80** |
| **210 Total** | | | | **1.70** | **$1,379.70** |
| **212** | **Legal Assistant** | Tal J. Singer | $270.00 | 3.60 | $972.00 |
| | | | $291.00 | 1.20 | $349.20 |
| | **Legal Assistant Total** | | | **4.80** | **$1,321.20** |
| **212 Total** | | | | **4.80** | **$1,321.20** |
| **218** | **Legal Assistant** | Natasha Petrov | $270.00 | 4.60 | $1,242.00 |
| | | | $291.00 | 4.20 | $1,222.20 |
| | **Legal Assistant Total** | | | **8.80** | **$2,464.20** |
| **218 Total** | | | | **8.80** | **$2,464.20** |
| **Grand Total** | | | | **24.50** | **$12,769.50** |