# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                               Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP REGARDING AUGUST 4-5, 2021 OMNIBUS HEARING

The QTCB Noteholder Group[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for August 4-5, 2021 Omnibus Hearing* (Case No. 17-BK-3283, Dkt. No. 17522), and respectfully states as follows:

1.      Kurt A. Mayr of Morgan, Lewis & Bockius LLP will appear telephonically on behalf of the QTCB Noteholder Group at the August 4-5, 2021 omnibus hearing via CourtSolutions on a speaking line.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* (Dkt. No. 134, Case No. 17-3283 LTS) and *Tenth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (Dkt. No. 17296, Case No. 17-3283).

2. The QTCB Noteholder Group further reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the QTCB Noteholder Group.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

[*Remainder of page intentionally left blank*]

**RESPECTFULLY SUBMITTED,**

Dated: July 29, 2021
San Juan, Puerto Rico

                              **Morgan, Lewis & Bockius LLP**

                              */s/ Kurt A. Mayr*
                              Kurt A. Mayr (*pro hac vice*)
                              David L. Lawton (*pro hac vice*)
                              Shannon B. Wolf (*pro hac vice*)
                              One State Street
                              Hartford, CT 06103-3178
                              Tel. (860) 240-2700
                              Fax: (860) 240-2701
                              kurt.mayr@morganlewis.com
                              david.lawton@morganlewis.com
                              shannon.wolf@morganlewis.com

                              Sabin Willett (*pro hac vice*)
                              One Federal Street
                              Boston, MA 02110-1726
                              Tel: (617) 951-8775
                              sabin.willett@morganlewis.com

                              **Correa-Acevedo & Abesada Law Offices, PSC**

                              */s/ Sergio Criado*
                              Sergio Criado
                              USDC-PR No. 226307
                              Roberto Abesada-Aguet
                              USDC-PR No. 216706
                              Centro Internacional de Mercadeo, Torre II
                              # 90 Carr. 165, Suite 407
                              Guaynabo, P.R. 00968
                              Tel. (787) 273-8300
                              Fax (787) 273-8379
                              ra@calopsc.com
                              scriado@calopsc.com

                              *Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on July 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

DB1/ 123358674.1