07/20/2021

Secretario Clerk's Office
Tribunal de Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan - Puerto Rico 00918-767

Estimados funcionarios

La presente es para solicitar a este honorable tribunal que se me reconsidere mi reclamación de ajuste salarial, y que no se desestime la misma y a su vez pueda ser asegurada. Llevo al rededor de 10 años esperando que se nos pague lo que nos adeudan del pago ajuste salarial.

Yo Ana Celia Benítez Delgado trabajé 31 años para el Depto de la Familia con mucho amor. La cual me jubilé en el año 2004 y luchando por ese dinero que nos pertenece a nosotros.

Con gracias anticipadas quedo de Usted

Ana Celia Benítez Delgado
Villa Fontana
HL 8 Vía 25 Apto-2
Carolina PR 00983
Tel 787-453-1179
SS-3129