Ana Celia Benitez Colomer
Villa Fontana
GL-8 Via 25
Carolina - P.R. 00983

Secretaria clerk Sofies
Tribunal de Destrito de Estados Unidos
Sala 150 Avenida Chardon
Edificio Federal.
San Juan, Puerto Rico 00918-1767