# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>**THE FINANICAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO** as representative of<br>**THE COMMONWEALTH OF PUERTO RICO, et al**<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17BK3283-LTS |

## INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE AUGUST 4-5, 2021, OMNIBUS HEARING

**TO THE HONORABLE COURT:**

COME NOW, **Barreras, Inc.**, creditor in the above captioned case, SUBMITS THIS INFORMATIVE MOTION IN RESPONSE TO THE Court's Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing (the "Order") setting forth the guidelines for the parties wishing to be heard at the August 4-5, 2021, omnibus hearing (the "Hearing"):

1. Edgardo L. Rivera Rivera, Esq. will appear and speak on behalf of creditor Barreras, Inc (claim number 21597) at the August 4 -5, 2021 Omnibus hearing regarding to the Omnibus Objection and creditor's response. (Docket 17101 and 17411).

2. Michelle Marie Vega Rivera, Esq. appear and speak on behalf of creditor

17-BK3283-LTS
INOFRMATIVE MOTION
AUGUST 4-5, 2021, HEARING

Barreras, Inc (claim number 21597) at the August 4 -5, 2021 Omnibus hearing regarding to the Omnibus Objection and creditor's response. (Docket 17101 and 17411).

**CERTIFICATE OF SERVICE:** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all creditors and other parties in interest which have filed a notice of appearance in the captioned case.

In Guaynabo, Puerto Rico, this 30th day of July 2021.



PO Box 360764, San Juan, PR 00936-0764
Physical Address: Galería San Patricio, Suite 205
B-5 Calle Tabonuco, Guaynabo, Puerto Rico
Telephone: 787-281-0707 | Fax: 787-281-0708

s/Edgardo L. Rivera Rivera
USDC-PR No. 206912
E-mail: edgardo@therivera.group

s/ Michelle Marie Vega Rivera
USDC-PR No. 228212
E-mail: mvega@vega-rivera.com