**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**INFORMATIVE
MOTION REGARDING INDIVIDUAL BONDHOLDER'S MOTION
FOR APPOINTMENT OF A COMMITTEE TO REPRESENT RETAIL
INVESTORS IN CONNECTION WITH CONFIRMATION OF THE PLAN**

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 17522] (the "Procedures Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Public Buildings Authority ("PBA," and, together with the Commonwealth, the "Debtors") pursuant to section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully states as follows:

1. The parties will appear telephonically at the omnibus hearing on the *Notice of Hearing and Motion of Individual Bondholder for an Order Directing the Appointment of a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation, filed by Peter C. Hein* [Case No. 17-3283, ECF No. 17221] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear to speak on behalf of the parties:

   a. Peter C. Hein (pro se)

   b. Oversight Board: Martin J. Bienenstock, Brian Rosen, and/or Joshua A. Esses

   c. Official Committee of Unsecured Creditors: Luc Despins

3. The parties request that the Court allocate 20 minutes for a hearing on the Motion. The parties have agreed to allocate such time as follows, listed in the order in which the parties shall present:

   a. Movants
      i. Peter C. Hein (pro se): 7 minutes

   b. Objecting Parties
      i. Oversight Board: 8 minutes
      ii. Official Committee of Unsecured Creditors: 2 minutes

   c. Movants

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

        i.    Peter C. Hein (pro se): 3 minutes

Dated: July 30, 2021  
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*  
Martin J. Bienenstock  
Brian S. Rosen  
(Admission *pro hac vice*)  
**PROSKAUER ROSE LLP**  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900  

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*  
Hermann D. Bauer  
USDC No. 215205  
**O'NEILL & BORGES LLC**  
250 Muñoz Rivera Ave., Suite 800  
San Juan, PR 00918-1813  
Tel: (787) 764-8181  
Fax: (787) 753-8944  
*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*