Número de Reclamación; 15520
Reclamante; Carmen I Roman Ocasio
Empleada Retirada del Estado Libre Asociado de Puerto Rico
Telefono; 787-607-0563 o 787-930-9321

26 de Julio, 2021

Para los años 1977 al 1989, el Honorable Carlo Romero Barcelo, Gobernador de Puerto Rico otorgó un aumento de sueldo permanente a todoslos empleados Públicos, Ley Num; 89 conocida como el ROMERAZO ,,este aumento se otorgó durante el año 1989. Este aumento nunca fue ortogado por el Estado Libre Asociado de Puerto Rico.

Laboré 30 años en el Departamento de Salud desde los años 1970 – 2000, jubilación por años de Servicios por lo cúal el monto de mi Pensión fue afectada por no haber ortorgado este aumento de Sueldo.

Portal razón, no estoy de acuedo con la objeción de la Segretaria del tribunal ya que la demanda la cúal envió evidencia fue sometida al tribunal de primera Instancia, Sala Superior de Caguas, pr

Luego de haber revisado nuevamente los calculos, según mi apreciación la deuda sería de; $18,900.00 aproximadamente.

Estoy enviando esta reclamación fuera de fecha, del 15 de julio del 2021 ya que tuve que hacer este escrito, para certificar esta evidencia la cúal estoy enviando a la fecha antes mencionada.

Gracias por su atención al respecto
cordialmente;

*Carmen I. Roman Ocasio*

CARMEN I. ROMAN OCASIO
Reparto Valenciano A 2 Calle A
Juncos, PR, 00777-2919