Carmen I. Román Ocasio
Reparto Valenciano
A. 2 Calle A
Juncos PR 00777-2919





Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan P.R. 00918-1767

Official Business