IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA
Title III

as representative of

NO. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

(Jointly Administered)

Debtors

**PRO SÉ OBJECTION REPLY BASED ON A MATTER OF FACT ISSUE FROM ABOUT THE DISCLOSURE STATEMENT HEARING FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, MRS. LAURA TAYLOR SWAIN, THIS PRO SÉ OBJECTION REPLY BASED ON A MATTER OF FACT ISSUE MOST TAKEN AS A RESULT OF IT TO WHOM CONSIDER THOSE SOCIOPOLITIC & SOCIOECONOMIC CONTROVERSY BACKGROUNDS THAT TURN OFF THE WAY OF STABILITY AND SOLVENCY OF THE EMPLOYEES AND RETIREES AT THE RETIREMENT SYSTEM OF THE GOVERNMENT (AGENCY), THE COMMONWEALTH OF PUERTO RICO FINANCIAL STATUS AND ANY FUTURE AGREEMENT ABOUT THAT WITH THIS III PLAN OF ADJUSTEMENT OF THE COMMONWEALTH OF PUERTO RICO BY PROMESA ACT THAT NOT ASSUME AND NOT SATISFY ANY RESPONSIBILITIES FROM ABOUT:

1. THE REAL PR POLITICAL PSYCHOLOGY PARTY MANIPULATION CULTURE SINCE AND THRU THE NATIONAL ECONOMY & FINANCE WITH ALL KIND OF FEDERAL FUNDS, THAT JUSTIFY TO DECLARE OR DECIDE BY A FORMAL VOTE IN FAVOR AND MAKE AN ABILITY TO MEET A RETRIEVE WITH:
   a. ANY INPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS ACTUALLY GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-10 YEARS AFTER THE ADJUSTMENT PLAN).
   b. ANY GETPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THE NEXT GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-25 YEARS AFTER THE ADJUSTMENT PLAN).
   c. ANY OUTPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS OVERLOOK OF NATIONAL UPDOWNS MIGRATION (GENERATION) FROM PR TO THE USA AND VICEVERSA WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-50 YEARS AFTER THE ADJUSTMENT PLAN).

2. THE REAL PR SOCIOPOLITIC CULTURE FROM ABOUT THAT, THAT SATISFY THOSE BASIC NEEDLES & PAY AS YOU GO (RETIREMENT FINANCE SECURITY),

THAT JUSTIFY TO DECLARE OR DECIDE BY A FORMAL VOTE IN FAVOR AND MAKE AN ABILITY TO MEET A RETRIEVE WITH:

a. ANY INPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS ACTUALLY GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-10 YEARS AFTER THE ADJUSTMENT PLAN).

b. ANY GETPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THE NEXT GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-25 YEARS AFTER THE ADJUSTMENT PLAN).

c. ANY OUTPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS OVERLOOK OF NATIONAL UPDOWNS MIGRATION (GENERATION) FROM PR TO THE USA AND VICEVERSA WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-50 YEARS AFTER THE ADJUSTMENT PLAN).

3. THE REAL PR SOCIETY PSYCHOLOGY WELFARE CULTURE FROM ABOUT CONSTITUTIONAL RIGHTS THAT NOT SATISFY PROMESA TITLE III, THAT JUSTIFY TO DECLARE OR DECIDE BY A FORMAL VOTE IN FAVOR AND MAKE AN ABILITY TO MEET A RETRIEVE WITH:

a. ANY INPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS ACTUALLY GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-10 YEARS AFTER THE ADJUSTMENT PLAN).

b. ANY GETPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THE NEXT GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-25 YEARS AFTER THE ADJUSTMENT PLAN).

c. ANY OUTPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS OVERLOOK OF NATIONAL UPDOWNS MIGRATION (GENERATION) FROM PR TO THE USA AND VICEVERSA WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-50 YEARS AFTER THE ADJUSTMENT PLAN).

4. THE REAL PR ECONOMIC PSYCHOLOGY CULTURE FROM ABOUT INCOME & TAXES AT THE UNSTABLE IR'S COLLECTING, THAT JUSTIFY DECLARING OR DECIDING BY A FORMAL VOTE IN FAVOR AND MAKING AN ABILITY TO MEET A RETRIEVE WITH:

a. ANY INPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS ACTUALLY GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-10 YEARS AFTER THE ADJUSTMENT PLAN).

b. ANY GETPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THE NEXT GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-25 YEARS AFTER THE ADJUSTMENT PLAN).

c. ANY OUTPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS OVERLOOK OF NATIONAL UPDOWNS MIGRATION (GENERATION) FROM PR TO THE USA AND VICEVERSA WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-50 YEARS AFTER THE ADJUSTMENT PLAN).

FOR THESE KIND OF REASONS I PRETEND WITH THIS PRO SÉ OBJECTION REPLY BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS PRO SÉ OBJECTION REPLY FROM ABOUT ANY DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: JULY 22, 2021
ON: AGUADILLA PR