July 14, 2021

Javier F. Sosa
Proskauer Office
Counsel for the Oversight Board
Eleven Times Square
New York, NY 10036-8299

Attn: Martin J. Bienenstock
& Brian S. Rosen

To whom to concern:

I am an USA Citizen inside of this claim that make a Pro Sé Objections about the III Plan of Adjustment of the Commonwealth of PR by Promesa Act. The Agency that you represent contact me for a hearing in connection with my Objections at the Discloures Statements. But, the letter that you send me via FedEx was received on July 13, 2021 at 3:25 p.m, just too late. And for that reason I was unable to assist for the hearing view. Well, for me in the future be a pleasure that you contact me more earlier and by other way of mailing options, as such USA Postal Services, or, also by FedEx too, at Walgreens Pharm (placed on #00177 Carr.#2 Km.129.7 Aguadilla PR 00603, Phone:787-882-8044). Because by this FedEX at Ramey Base way, I take from about three and half hour waking up and down the street to take your priority mailing, that it´s so hard to me and maybe, to somebody else with this climate changing.

So, for those reasons I was not respond to you on time, and I lost my personal hearing attended by my self on the July 13, 2021. But, I contact you on July 14, 2021 at 9:21 a.m. by phone to let you know about this issue, find and check the message.

Thanks for your best duty, and take others for this one toubleling issue.

Sincerely,

Ana A. Núñez Velázquez
19 Res. Villanueva Apto. 170
Aguadilla, PR 00603-7044