Mrs. Ana A. Ruiz Rodriguez
19 Res. Villanueva Apto 170
Aguadilla PR 00603-7044

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 29 PM 4:37

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JUL 23, 21
AMOUNT
$0.55
R2304M110741-03

1000          00918

The United States District
Court
Clerk's Office
150 Carlos Chardón Ave.
Suite 150
San Juan PR 00918-1767