IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor [1] | PROMESA - TITLE III<br><br>Case No. 17-3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT AUGUST 4 - 5, 2021 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that, pursuant to this Court's Order Regarding Procedures for August 4-5, 2021 Omnibus Hearing, (the Order) Dkt. No. 17522, the ***Groups of Creditors Holding Ordinary Course of Employment Claims*** (collectively "Group wage Creditors"), through the undersigned attorney and respectfully states as follows:

1. Mrs. Ivonne Gonzalez-Morales will speak at the August 4-5, 2021, Omnibus Hearing, which will be conducted telephonically via Court Solutions due to the ongoing public health crisis.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Mrs. Ivonne Gonzalez-Morales will speak, on behalf of the group creditors identified in the opposition filed to the "Three Hundred Forty-Fifth Omnibus Objection, (substantive); "Three Hundred Forty-Seven Omnibus Objection" (non substantive); the Three Hundred Forty-Ninth Omnibus Objection" (non Substantive); and the Three Hundred Forty-Ninth Omnibus Objection" (non-substantive) (Dkt. No. 17423 and 17425).

3. Mrs. Ivonne Gonzalez-Morales, also reserve the right to be heard and present oral argument to address any matter identified in the agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or raised by any party at the Omnibus Hearing related to the Title III cases or any adversary proceeding which may affect the interests of the appearing claimants.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 30 th day of July 2021.

**IT IS HEREBY CERTIFIED**, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By: /s/ *Ivonne González Morales*
Ivonne González - Morales
RUA 3725 USDC-PR 202701
P.O. BOX 9021828
San Juan, P.R. 00902-1828
Telephone: 787-410-0119
Email- ivonnegm@prw.net

*Attorney for the Groups of Creditors Holding Ordinary Course of Employment Claims*