**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### JOINT INFORMATIVE MOTION REGARDING DEBTORS' THREE HUNDRED FOURTEENTH OMNIBUS OBJECTION TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 17522] (the "Procedures Order"), Jeanetta Pirtle, Humberto Medina-Torres, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Highways and Transportation Authority ("HTA," and collectively with the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth and ERS, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully state as follows:

1. The parties will appear telephonically at the omnibus hearing on the *Three Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System to the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* [Case No. 17-3283, ECF No. 16638] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear to speak on behalf of the parties:

   a. Oversight Board: Brian Rosen, and/or Laura Stafford

   b. Jeanetta Pirtle and Humberto Medina-Torres: David Fernández-Esteves

3. The parties understand the Court has allocated 12 minutes for a hearing on the Motion. The parties have agreed to allocate such time as follows, listed in the order in which the parties shall present:

   a. Movants
      i. Oversight Board: 4 minutes

   b. Objecting Parties
      i. Jeanetta Pirtle and Humberto Medina-Torres: 6 minutes

   c. Movants
      i. Oversight Board: 2 minutes

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

| | |
|---|---|
| Dated: July 30, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock<br>Brian S. Rosen<br>(Admission *pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |
| /s/ David Fernández-Esteves<br>DAVID FERNANDEZ-ESTEVES<br>USDC No. 218404<br>LAW OFFICES BENJAMIN ACOSTA, JR.<br>P.O. Box 9023518<br>San Juan, P.R. 00902-3518<br>Tel. 787-722-2363<br>Fax 787-724-5970<br>davidfernandez@lobajr.com<br>*Attorneys for Jeanetta Pirtle and Humberto Medina-Torres* | /s/ *Ricardo Burgos*<br>Ricardo Burgos Vargas<br>USDC No. 218210<br>A&S LEGAL STUDIO, PSC<br>434 Ave. Hostos<br>San Juan, PR 00918<br>Tel.: (787) 751-6764<br>Fax: (787) 763-8260<br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |