# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 17522 |

**JOINT INFORMATIVE MOTION REGARDING URGENT MOTION REQUESTING A RULING OR ENTRY OF COMFORT ORDER AS TO THE NON-APPLICABILITY OF THE AUTOMATIC STAY TO A LIMITED CONTROVERSY WITH THE COMMONWEALTH OF PUERTO RICO ARISING POST-PETITION AND HAVING POST-PETITION EFFECTS BUT PARTIALLY BASED ON A PRE-PETITION JUDGMENT INCORPORATING MILK REGULATIONS ESTABLISHED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO AND NOT INVOLVING PROPERTY OF THE DEBTOR OR ITS ESTATE**

Pursuant to the Court's *Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing* [Case No. 17-BK-3283, ECF No. 17522], Suiza Diary Corp. ("Suiza") and the Commonwealth of Puerto Rico through the Department of Justice (the "DOJ" and together with Suiza, the "Parties").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

1. The Parties hereby inform the Court, and to the extent the Court agrees as well, that the matter in connection with the *Urgent Motion Requesting A Ruling Or Entry Of Comfort Order As To The Non-Applicability Of The Automatic Stay To A Limited Controversy With The Commonwealth Of Puerto Rico Arising Post-Petition And Having Post-Petition Effects But Partially Based On A Pre-Petition Judgment Incorporating Milk Regulations Established By The United States District Court For The District Of Puerto Rico And Not Involving Property Of The Debtor Or Its Estate* [ECF No. 17166] (the "Motion"), as well as any and all objections, responses, statements, joinders and replies to the Motion be deemed as submitted to be resolved by the Court on the papers, without the need for a hearing.

2. To the extent the Court intends to hear arguments in connection with the Motion, the Parties will appear telephonically at the August 4-5, 2021, hearing (the "Hearing").

3. The following individuals may appear to speak on behalf of the parties:

   a. Suiza: Rafael Escalera Rodríguez

      Christopher Dávila Rodríguez

   b. DOJ: Edward W. Hill-Tolinche

4. The Parties understand the Court has allocated 5 minutes for a hearing on the Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties will present:

   a. Suiza's Opening Argument: 2 minutes

   b. Commonwealth's Argument: 2 minutes

   c. Suiza's Rebuttal: 1 minute

**WHEREFORE**, the Parties respectfully request that the Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 30th, 2021.

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

| **REICHARD & ESCALERA, LLC** | **DEPARTMENT OF JUSTICE OF PUERTO RICO** |
|---|---|
| */s/ Rafael Escalera Rodríguez*<br>**RAFAEL ESCALERA RODRÍGUEZ**<br>USDC-PR No. 122609<br>*escalera@reichardescalera.com* | **DOMINGO EMANUELLI-HERNÁNDEZ**<br>Secretary of Justice |
| */s/ Christopher A. Dávila*<br>**CHRISTOPHER A. DÁVILA**<br>USDC-PR No. 304103<br>*cdavila@reichardescalera.com* | **SUSANA I. PEÑAGARICANO-BROWN**<br>Deputy Secretary in Charge of Litigation<br>USDC-PR No. 219907<br>spenagaricano@justicia.pr.gov |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Telephone: (787) 777-8888 | */s/ Juan C. Ramírez Ortiz*<br>**JUAN C. RAMÍREZ-ORTIZ**<br>Deputy Undersecretary in Charge of Litigation<br>USDC-PR No. 306507<br>juramirez@justicia.pr.gov |
| *Attorneys for Suiza Dairy Corp.* | Department of Justice of Puerto Rico<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2900 Ext. 1404 |
| | *Attorneys for the Commonwealth of Puerto Rico* |