**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT THE AUGUST 4, 2021 OMNIBUS HEARING TO THE OCTOBER 6, 2021 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

1.      Pursuant to notice, various omnibus objections to claims were originally filed and scheduled for hearing on April 28, 2021 (the "April Hearing"), as set forth in Section A of Appendix 1 hereto (collectively, the "April Objections"). In light of certain responses received, pursuant to notice, the Debtors adjourned the April Objections to the omnibus hearing scheduled for August 4, 2021 (the "August Hearing"). *See* ECF No. 16935.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      Pursuant to notice, various omnibus objections to claims were originally filed and scheduled for hearing on June 16, 2021 (the "June Hearing"), as set forth in Section B of Appendix 1 hereto (collectively, the "June Objections"). In light of certain responses received, pursuant to notice, the Debtors adjourned to the August Hearing the June Objections. *See* ECF No. 16935.

3.      Further, the *Three Hundred Twenty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate, Deficient, and/or No Liability Bond Claims* [ECF No. 16649] (the "Three Hundred Twenty-Third Omnibus Objection") was filed and scheduled for hearing at the June Hearing. On June 15, 2021, the Debtors filed the *Notice of Presentment of Proposed Order Granting the Three Hundred Twenty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate, Deficient, and No Liability Bond Claims* [ECF No. 17026] (the "Notice of Presentment"), and subsequently received a timely mailing response during the time frame allotted for objections to the Notice of Presentment.

4.      In addition, pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing at the August Hearing, as set forth in Section C of Appendix 1 hereto (collectively, the "August Objections," and together with the April Objections, the June Objections, and the Three Hundred Twenty-Third Omnibus Objection, the "Adjourned Objections").

5.      Due to restrictions imposed by (*i*) the Governor of Puerto Rico's executive orders concerning COVID-19[2], and (*ii*) the United States District Court for the District of Puerto Rico's

---

[2] The executive orders include (*i*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Make Viable the Necessary Government and Private Closures to Fight the Effects of Coronavirus (COVID-19) and Control the Risk of Contagion on Our Island,*

Administrative Bulletin No. OE-2020-023, (*ii*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, in Order to Continue the Measures Taken to Control the Risk of Contagion of the Coronavirus (COVID-19) in Puerto Rico*, Administrative Bulletin No. OE-2020-033, (*iii*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Extend the Curfew, Continue the Gradual Reopening of Several Economic Sectors, and Other Related Purposes Regarding the Measures Taken to Control the Risk of Coronavirus Contagion (COVID-19) in Puerto Rico*, Administrative Bulletin No. OE-2020-041, (*iv*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Establish a New Curfew, Continue the Economic Reopening, and Other Purposes Relating to COVID-19*, Administrative Bulletin No. OE-2020-044; (*v*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, for the Purposes of Extending the Implemented Lockdown and Curtailing the Measures Implemented to Control the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-062, (*vi*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Extend the Established Curfew and Continue the Measures Taken to Control the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-077, (*vii*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, for the Purpose of Amending* Administrative Bulletin No. OE-2020-077 *to Extend the Established Curfew and Continue the Measures Taken to Control the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-079, (*viii*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Extend the Established Curfew and Implement Measures to Slow the Spread of COVID-19 in Puerto Rico,* Administrative Bulletin No. OE-2020-080; and (*ix*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Implement New Measures to Slow the Spread of COVID-19 in Puerto Rico and repeal Administrative Bulletin Number OE-2020-080*, Administrative Bulletin No. OE-2020-087; (*x*) *Executive Order of the Governor of Puerto Rico Hon. Pedro R. Pierluisi, for the Purposes of Implementing Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and Ordering Economic Stabilization Measures*, Administrative Bulletin No. OE-2021-010; (*xi*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-010,* Administrative Bulletin No. OE-2021-014; (*xii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-014,* Administrative Bulletin No. OE-2021-019; (*xiii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-019,* Administrative Bulletin No. OE-2021-026; and (*xiv*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, to Amend Administrative Bulletin No. OE-2021-026 to Implement New Measures to Face the Emergency Caused by COVID-19 in Puerto Rico*, Administrative Bulletin No. OE-2021-027; (*xv*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-026 and OE-2021-027,* Administrative Bulletin No. OE-2021-032; (*xvi*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-032*, Administrative Bulletin No. OE-2021-036; (*xvii*)

3

*Ninth Amended Order Continuing Civil and Criminal Proceedings* [Misc. No. 20-00088-GAG, ECF No. 37], directing eligible civil and criminal proceedings in the District of Puerto Rico be conducted via video conference or teleconference until Thursday, September 30, 2021, the Debtors understand that claimants who wish to appear and be heard at the hearing on the Adjourned Objections may be unable to participate in the August Hearing.

6.      Accordingly, and in light of the various responses received, the Debtors hereby adjourn to the October 6, 2021 omnibus hearing (the "October Hearing") the hearings on the Adjourned Objections listed in Appendix 1, as specified on Appendix 1.

7.      The Debtors shall serve copies of this notice upon (*i*) the claimants subject to the Adjourned Objections, and (*ii*) the Master Service List (as defined by the *Fifteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 17127-1]).

8.      This    notice    is    also    available    on    the    Debtors'    case    website    at https://cases.primeclerk.com/puertorico.    The Debtors submit that, in light of the nature of this notice, no other or further notice need be given.

[*Remainder of Page Intentionally Left Blank*]

---

*Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-036,* Administrative Bulletin No. OE-2021-043; (*xviii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, to Extend the Emergency Period Declared Under Act 5-2017, as amended;* (*xix*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, to Delegate to the Secretary of the Department of Health the Power to Implement Measures to Manage the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin No. OE-2021-043*, Administrative Bulletin No. OE-2021-054

Dated: July 30, 2021
    San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico, Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

5

**Appendix I**

A.  **April Objections**

- *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* [ECF No. 16021];

- *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* [ECF No. 16030];

- *Three Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor Claims* [ECF No. 16023];

- *Three Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims that are Partially Deficient and Partially Based on GDB Bonds* [ECF No. 16027].

B.  **June Objections**

- *Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 16441];

- *Three Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable* [ECF No. 16638], solely as to Claim No. 8105;

- *Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [ECF No. 16643].

C.  **August Objections**

- *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 17085];

- *Three Hundred Thirty-Sixth Omnibus Objection (Substantive) of the*

2

*Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable* [ECF No. 17101];

- *Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor* [ECF No. 17081];

- *Three Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims* [ECF No. 17087], solely as to Claim No. 24670;

- *Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 17105];

- *Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [ECF No. 17108], solely as to Claim Nos. 139753, 23016, 3398, 6725, 106293, 122933, and 24315;

- *Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims* [ECF No. 17109], solely as to Claim Nos. 28171, 25360, and 27235;

- *Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* [ECF No. 17092], solely as to Claim Nos. 35262, 42061, 46270, 48743, 32722, 26316, and 26027;

- *Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* [ECF No. 17111];

- *Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims* [ECF No.

3

17112], solely as to Claim Nos. 168021, 102255, 10904, and 113880;

- *Three Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Partial Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims* [ECF No. 17096];

- *Three Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Sales Tax Financing Corporation to Duplicate, Deficient, and/or No Liability Bond Claims* [ECF No. 17102].