# **EXHIBIT K**

SUMMARY CHART OF THE DEBTORS' OUTSTANDING BONDS

|  | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Balance as of Commonwealth Petition Date |
|---|---|---|---|---|---|
| Public Improvement Bonds of 1998 | 3/15/98 | $500,000,000 | 6.00 | 7/01/16 | $18,655,000 |
| Public Improvement Bonds of 1999 | 12/01/98 | $475,000,000 | 5.00 – 5.25 | 7/01/28 | $63,695,000 |
| Public Improvement Bonds of 2001, Series A | 6/07/01 | $274,135,000 | 5.25 – 5.50 | 7/01/20 | $224,145,000 |
| Public Improvement Bonds of 2002, Series A | 10/25/01 | $455,000,000 | 5.13 – 5.50 | 7/01/31 | $301,955,000 |
| Public Improvement Bonds of 2003, Series A | 8/08/02 | $460,000,000 | 5.50 | 7/01/22 | $115,470,000 |
| Public Improvement Bonds of 2004, Series A | 10/16/03 | $457,175,000 | 5.00 – 5.25 | 7/01/30 | $149,720,000 |
| Public Improvement Bonds of 2005, Series A | 10/07/04 | $440,460,000 | 5.00 – 5.25 | 7/01/31 | $295,040,000 |
| Public Improvement Bonds of 2006, Series A | 8/10/06 | $500,000,000 | 1.86 – 5.25 | 7/01/30 | $400,920,000 |
| Public Improvement Bonds of 2006, Series B | 8/30/06 | $39,380,000 | 5.25 | 7/01/17 | $39,380,000 |
| Public Improvement Bonds of 2007, Series A | 10/04/07 | $408,800,000 | 5.00 – 5.25 | 7/01/37 | $408,800,000 |
| Public Improvement Bonds of 2008, Series A | 9/18/08 | $250,000,000 | 5.00 – 6.00 | 7/01/38 | $223,750,000 |
| Public Improvement Bonds of 2011, Series A | 7/12/11 | $304,000,000 | 5.75 | 7/01/41 | $304,000,000 |
| Public Improvement Refunding Bonds, Series 1998 | 1/29/98 | $503,963,264 | 4.50 – 4.95 | 7/01/23 | $112,675,917 |
| Public Improvement Refunding Bonds, Series 2000 | 4/05/00 | $55,910,993 | 5.80 | 7/01/19 | $10,821,641 |
| Public Improvement Refunding Bonds, Series 2001 | 6/07/01 | $337,235,000 | 5.13 | 7/01/30 | $40,640,000 |
| Public Improvement Refunding Bonds, Series 2002A | 10/25/01 | $837,960,000 | 4.50 – 5.50 | 7/01/21 | $632,955,000 |
| Public Improvement Refunding Bonds, Series 2003A | 8/08/02 | $89,610,000 | 5.50 | 7/01/17 | $27,770,000 |
| Public Improvement Refunding Bonds, Series 2003C-7 | 5/06/03 | $194,610,000 | 6.00 | 7/01/28 | $194,610,000 |
| Public Improvement Refunding Bonds, Series 2006A | 6/23/06 | $101,695,000 | 5.00 | 7/01/35 | $75,390,000 |
| Public Improvement Refunding Bonds, Series 2006B | 8/10/06 | $335,650,000 | 5.00 – 5.25 | 7/01/35 | $128,235,000 |
| Public Improvement Refunding Bonds, Series 2007A | 10/16/07 | $926,570,000 | 5.00 – 5.50 | 7/01/22 | $267,340,000 |

2

|  | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Balance as of Commonwealth Petition Date |
|---|---|---|---|---|---|
| Public Improvement Refunding Bonds, Series 2007A-4 | 10/16/07 | $93,835,000 | 5.00 – 5.25 | 7/01/31 | $93,835,000 |
| Public Improvement Refunding Bonds, Series 2008A | 5/07/08 | $735,015,000 | 4.00 – 5.50 | 7/01/32 | $467,280,000 |
| Public Improvement Refunding Bonds, Series 2008C | 5/07/08 | $190,135,000 | 5.20 – 5.90 | 7/01/28 | $159,275,000 |
| Public Improvement Refunding Bonds, Series 2009A | 9/17/09 | $3,425,000 | 5.63 | 7/01/31 | $3,425,000 |
| Public Improvement Refunding Bonds, Series 2009B | 11/17/09 | $372,685,000 | 5.75 – 6.50 | 7/01/39 | $372,685,000 |
| Public Improvement Refunding Bonds, Series 2009C | 12/16/09 | $210,250,000 | 6.00 | 7/01/39 | $210,250,000 |
| Public Improvement Refunding Bonds, Series 2011A | 2/17/11 | $356,520,000 | 5.25 – 6.50 | 7/01/40 | $356,520,000 |
| Public Improvement Refunding Bonds, Series 2011C | 3/17/11 | $442,015,000 | 5.25 – 6.50 | 7/01/40 | $442,015,000 |
| Public Improvement Refunding Bonds, Series 2011D | 7/12/11 | $52,190,000 | 3.13 – 5.00 | 7/01/20 | $50,735,000 |
| Public Improvement Refunding Bonds, Series 2011E | 7/12/11 | $245,915,000 | 5.38 – 6.00 | 7/01/34 | $245,915,000 |
| Public Improvement Refunding Bonds, Series 2012A | 4/03/12 | $2,318,190,000 | 4.00 – 5.75 | 7/01/41 | $2,318,190,000 |
| Public Improvement Refunding Bonds, Series 2012B | 3/29/12 | $415,270,000 | 3.65 – 5.30 | 7/01/33 | $222,375,000 |
| General Obligation Bonds of 2014, Series A | 3/17/14 | $3,500,000,000 | 8.00 | 7/01/35 | $3,500,000,000 |

|  | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Balance as of ERS Petition Date[1] |
|---|---|---|---|---|---|
| Senior Pension Funding Bonds, Series 2008A | 1/31/08 | $1,588,810,799 | 5.85 – 6.45 | 7/01/58 | $1,623,270,999 |
| Senior Pension Funding Bonds, Series 2008B | 6/02/08 | $1,058,634,613 | 6.25 – 6.55 | 7/01/58 | $1,243,631,177 |
| Senior Pension Funding Bonds, Series 2008C | 6/30/08 | $300,202,930 | 6.15 – 6.50 | 7/01/43 | $301,890,520 |

---

[1] For capital appreciation bonds, amount includes accreted value as of the ERS Petition Date.

| PBA Bond Series | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Outstanding Principal as of PBA Petition Date |
|---|---|---|---|---|---|
| Government Facilities Revenue Refunding Bonds, Series C | 1/30/2002 | $185,290,000 | 5.50 – 5.75 | 7/1/2022 | $37,674,859 |
| Government Facilities Revenue Bonds, Series D | 1/30/2002 | $553,733,795 | 5.13 – 5.45 | 7/1/1936 | $140,980,819 |
| Government Facilities Revenue Refunding Bonds, Series F | 10/24/2002 | $131,445,000 | 5.25 | 7/1/2025 | $122,130,000 |
| Government Facilities Revenue Bonds, Series G | 10/24/2002 | $62,000,000 | 4.75 – 5.00 | 7/1/1932 | $30,483,534 |
| Government Facilities Revenue Refunding Bonds, Series H | 4/03/03 | $272,717,418 | 5.5 | 7/1/2019 | $53,552,751 |
| Government Facilities Revenue Bonds, Series I | 6/10/2004 | $832,385,000 | 5.00 – 5.25 | 7/1/1936 | $513,905,595 |
| Government Facilities Revenue Refunding Bonds, Series K | 5/27/2004 | $50,000,000 | 5.25 | 7/1/2027 | $49,214,000 |
| Government Facilities Revenue Bonds, Series L | 6/1/1993 | $128,895,000 | 5.5 | 7/1/2021 | $33,846,486 |
| Government Facilities Revenue Refunding Bonds, Series M-1 | 12/20/2007 | $283,550,000 | 5.00 – 6.25 | 7/1/1931 | $176,375,964 |
| Government Facilities Revenue Refunding Bonds, Series M-2 | 12/20/2007 | $129,300,000 | 5.50 – 5.75 | 7/1/1935 | $129,225,000 |
| Government Facilities Revenue Refunding Bonds, Series M-3 | 12/20/2007 | $150,000,000 | 6 | 7/1/2028 | $150,000,000 |
| Government Facilities Revenue Bonds, Series N | 12/20/2007 | $329,415,000 | 5.00 – 5.50 | 7/1/1937 | $303,892,511 |
| Government Facilities Revenue Refunding Bonds, Series P | 7/1/2009 | $330,935,000 | 5.75 – 7.00 | 7/1/1936 | $328,468,195 |
| Government Facilities Revenue Refunding Bonds, Series Q | 10/28/2009 | $152,540,000 | 5.13 – 6.00 | 7/1/1939 | $150,575,833 |
| Government Facilities Revenue Bonds, Series R | 8/24/2011 | $756,449,000 | 5.65 – 5.70 | 7/1/2028 | $756,449,000 |
| Government Facilities Revenue Bonds, Series S | 8/24/2011 | $303,945,000 | 5.00 – 6.00 | 7/1/1941 | $303,444,635 |
| Government Facilities Revenue Bonds, Series T | 12/22/2011 | $121,528,000 | 5.6 | 7/1/1930 | $120,777,000 |
| Government Facilities Revenue Refunding Bonds, Series U | 6/21/2012 | $582,345,000 | 3.89 – 5.25 | 7/1/1942 | $567,883,462 |