## **Exhibit B**

Redline

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD DATE, (III) APPROVING CONFIRMATION HEARING NOTICE AND CONFIRMATION SCHEDULE, (IV) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES, (V) APPROVING FORMS OF BALLOTS, AND VOTING AND ELECTION PROCEDURES, (VI) APPROVING NOTICE OF NON-VOTING STATUS, (VII) FIXING VOTING, ELECTION, AND CONFIRMATION DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES**

Upon the motion (the "Motion"),[2] dated May 13, 2021, of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), by and through the Financial Oversight and Management Board for Puerto Rico (the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

"Oversight Board" and in its capacity as representative of the Commonwealth, ERS, and PBA, the "Debtors"), as representative of the debtor under PROMESA section 315(b), pursuant to sections 105, 502, 1125, 1126(a), 1126(b), 1126(c), 1126(e), 1126(f), 1126(g), and 1128 of title 11 of the United States Code (made applicable to the Title III Cases pursuant to PROMESA section 301(a)) (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure (made applicable to the Title III Cases pursuant to PROMESA section 310) (the "Bankruptcy Rules") 2002, 3016, 3017, 3018, 3020, 9013, 9014, and 9021, and Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") 3016-2 and 9013-1 requesting an order: (i) approving the proposed Disclosure Statement, (ii) fixing a Voting Record Date for voting on the Plan (as defined below), (iii) approving the Confirmation Hearing Notice and confirmation schedule, (iv) approving the proposed contents of the Solicitation Package and procedures for distribution thereof, (v) approving the forms of ballots and election instructions, and establishing solicitation, voting, and balloting procedures, (vi) approving the form and manner of Notice of Non-Voting Status, (vii) fixing a Voting Deadline and Election Deadline, and (viii) approving procedures for tabulating creditor votes, all as more fully described in the Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and the Court having held hearings on July 13-14, 2021, and July 29, 2021 to consider the adequacy of the information contained in the Disclosure Statement and the additional relief requested in the Motion (the "Disclosure Statement Hearing"); and the Court having determined the relief sought in the Motion is in the best interests of the Debtors, its creditors, and all parties in interest; and

the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby found and determined that:[3]

A.      The Debtors, by and through the Oversight Board, as the Debtors' representative in its Title III case pursuant to PROMESA section 315(b), have full authority to propose and prosecute the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. _____ in Case No. 17-3283] and the *~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and supplements thereto, the "Plan") [ECF No. _____ in Case No. 17-3283].

B.      The Disclosure Statement (including the exhibits attached thereto) contains adequate information within the meaning of section 1125 of the Bankruptcy Code, and no other or further information is necessary for purposes of soliciting acceptances and rejections of the Plan as set forth herein.

C.      The Disclosure Statement (including the exhibits attached thereto) provides holders of Claims and other parties in interest with sufficient notice of the injunction, exculpation, and release provisions contained in Article ~~LXXXVIII~~XCII of the Plan in satisfaction of the requirements of Bankruptcy Rule 3016(c).

---

[3]      The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014.

D.      The forms of ballots and election instructions with respect to the Plan, substantially in the forms attached hereto as **Schedules 3 and 5** (each, a "<u>Ballot</u>" or an "<u>Election Notice</u>"), are consistent with Official Bankruptcy Form No. B 314, adequately address the particular needs of the Title III Cases and are appropriate for the relevant Classes of Claims entitled under the Plan to vote to accept or reject the Plan and to make an election of the form of distribution under the Plan, as applicable.

E.      Ballots to vote to accept or reject the Plan need only be provided to Ambac, Assured, FGIC, National, or Syncora on account of Claims in Classes 2 - 6, 17 - 21, 24 - 28, 32, 37, and 42, as applicable.  Beneficial holders of Claims in Classes 2 - 6, 17 - 21, 24 - 28, 32, 37, and 42, as applicable, shall be entitled to receive Election Notices to make an election with respect to the form of distribution under the Plan to the extent such election are provided pursuant to the Plan. Ballots to vote to accept or reject the Plan need only be provided to Ambac, Assured, FGIC, or National on account of Claims arising from securities insured by such parties in Classes 59, 60, and 61, as applicable.

F.      Ballots need not be provided to the holders of Claims in the following Classes, because the holders of these Claims are unimpaired pursuant to the Plan and are deemed to accept the Plan:

- Class 51A (Retired ERS Participant Below-Threshold Claims),

- ~~Class 51B (Retired JRS Participant Below-Threshold Claims),~~

- Class 51C (Retired TRS Participant Below-Threshold Claims),

- Class 51J (System 2000 Participant Claims),

- Class 51K (VTP Payroll Participant Below-Threshold Claims),

- Class 55 (Energy Incentive Claims),

- Class 57 (Tax Credit Claims),

- Class 67 (Gracia-Gracia Claims), and

- Class 68 (Convenience Claims), and●        Class 69 (Federal Claims).

G.     Ballots need not be provided to the holders of Claims in the following Classes, because such holders will receive no distributions pursuant to the Plan and are deemed to reject the Plan:

- Class 63 (CW Appropriations Claims), and

- Class 64 (CW 510(b) Subordinated Claims).

H.     The period set forth below, during which the Debtors may solicit acceptances and rejections to the Plan and elections with respect to the form of distribution thereunder, is a reasonable period of time for holders of Claims entitled to vote on the Plan or make elections regarding the form of distributions pursuant to the Plan.

I.     The procedures set forth below regarding notice to all parties in interest of the time, date, and place of the hearing to consider confirmation of the Plan (the "Confirmation Hearing"), filing of objections or responses to the proposed confirmation of, or proposed modifications to, the Plan ("Confirmation Objections") and the distribution and contents of the solicitation packages (the "Solicitation Packages") provide a fair and equitable notice and voting process and comply with Bankruptcy Rules 2002, 3017, and 3018 and constitute sufficient notice to all interested parties of the Voting Record Date, the Voting Deadline, the Election Deadline, the Confirmation Objection Deadline, the Confirmation Hearing, and all related matters.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.     The Motion is granted as modified herein, and all other objections to the Disclosure Statement are overruled.

6

2.      The Disclosure Statement is approved in its entirety, and the Debtors may accordingly solicit acceptances and rejections of the Plan as set forth herein.

3.      The forms of Ballots and Notices are approved.

4.      The Retiree Committee's recommendation letter, substantially in the form attached hereto as **Schedule 6(a)** (the "Retiree Committee Letter"), and the Information Guide, substantially in the form attached hereto as **Schedule 6(b)** (the "Information Guide"), is approved under section 1125 of the Bankruptcy Code.

5.      The Creditors' Committee's recommendation letter, substantially in the form attached hereto as **Schedule 7** (the "Creditors' Committee Letter"), is approved under section 1125 of the Bankruptcy Code.

6.      The record date for purposes of determining creditors entitled to vote on the Plan (except in connection with the Bond Classes[4] and any Claims in Class 51 and Class 52) or, in the case of the non-voting Classes to receive the Notice of Non-Voting Status, shall be **July 13, 2021** (the "Voting Record Date"); provided, however, the Voting Record Date for Class 51 and Class 52 shall be **April 1, 2021**.

7.      With respect to any transferred Claim (except for any Claims in the Bond Classes), the transferee should be entitled to receive a Solicitation Package and vote to accept or reject the Plan on account of the transferred Claim only if: (a) all actions necessary to effect the transfer of the Claim pursuant to Bankruptcy Rule 3001(e) have been completed by the Voting Record Date; or (b) the transferee files, no later than the Voting Record Date, (i) the documentation required by Bankruptcy Rule 3001(e) to evidence the transfer, and (ii) a sworn

---

[4]   For the avoidance of doubt, because holders of Claims in the Bond Classes must submit their vote and/or election through ATOP (as defined below) pursuant to Paragraphs 32 and 33 of this Order, the Voting Record Date shall not apply to the Bond Classes, and the holder of the applicable security at the time of tender shall be eligible to cast a vote and/or make an election.

statement of the transferor supporting the validity of the transfer. In the event a Claim is transferred after the transferor has completed, executed, and returned a Ballot, the transferee of such Claim shall be bound by any vote or election, if applicable, (and the consequences thereof) made on the Ballot by such transferor of such transferred Claim.

8.      For the purposes of voting on the Plan, (i) Ambac, Assured, National, or Syncora shall have the sole right to cast the votes to accept or reject the Plan on account of Claims in Classes 2 – 4, 6, 17 – 19, 21, 24 – 26, 28, 32, 37, and 42, as applicable, (iii) FGIC shall have the sole right to cast votes to accept or reject the Plan on account of Claims in Classes 5, 20, and 27 in the amounts set forth on **Schedule 9** hereto, and (iii) Ambac, Assured, FGIC, and National, as applicable, shall have the sole right to cast the votes to accept or reject the Plan on account of Claims in Classes 59, 60, and 61 solely on account of the applicable Claims arising from securities insured by such parties.

9.      Cede & Company and The Depository Trust Company ("DTC") shall provide the Debtors within seven (7) Business Days of the date of this Order, or as soon as possible thereafter, a listing of the names and addresses of all Nominees that as of the Voting Record Date held, directly or indirectly, any of the Existing Bonds.

10.     The Debtors shall cause the Balloting Agent to complete the mailing of the Confirmation Hearing Notice in accordance with the Bankruptcy Rules and Local Rules on or before **the later of August 5, 2021 and five (5) business days after entry of this Order**.

11.     The Debtors shall cause the Balloting Agent to complete the mailing of the appropriate Solicitation Package by **the later of August 26, 2021 and date that is twenty-eight (28) calendar days following entry of this Order** (the "Solicitation Mailing Date") to all

known holders (as of the Voting Record Date) of Claims in the following classes (collectively,

the "Voting Classes"):

|  | Class |
|---|---|
| Vintage PBA Bond Claims | Class 1 |
| Vintage PBA Bond Claims (Assured) | Class 2 |
| Vintage PBA Bond Claims (National) | Class 3 |
| Vintage PBA Bond Claims (Ambac) | Class 4 |
| Vintage PBA Bond Claims (FGIC) | Class 5 |
| Vintage PBA Bond Claims (Syncora) | Class 6 |
| Retail Vintage PBA Bond Claims | Class 7 |
| 2011 PBA Bond Claims | Class 8 |
| Retail 2011 PBA Bond Claims | Class 9 |
| 2012 PBA Bond Claims | Class 10 |
| Retail 2012 PBA Bond Claims | Class 11 |
| PBA/DRA Secured Claims | Class 12 |
| PBA General Unsecured Claims | Class 13 |
| PBA/DRA Unsecured Claims | Class 14 |
| Vintage CW Bond Claims | Class 15 |
| Retail Vintage CW Bond Claims | Class 16 |
| Vintage CW Bond Claims (Assured) | Class 17 |
| Vintage CW Bond Claims (National) | Class 18 |
| Vintage CW Bond Claims (Ambac) | Class 19 |
| Vintage CW Bond Claims (FGIC) | Class 20 |
| Vintage CW Bond Claims (Syncora) | Class 21 |
| Vintage CW Guarantee Bond Claims | Class 23 |
| Vintage CW Guarantee Bond Claims (Assured) | Class 24 |
| Vintage CW Guarantee Bond Claims (National) | Class 25 |
| Vintage CW Guarantee Bond Claims (Ambac) | Class 26 |
| Vintage CW Guarantee Bond Claims (FGIC) | Class 27 |
| Vintage CW Guarantee Bond Claims (Syncora) | Class 28 |
| 2011 CW Bond Claims | Class 30 |
| Retail 2011 CW Bond Claims | Class 31 |
| 2011 CW Bond Claims (Assured) | Class 32 |
| 2011 CW Guarantee Bond Claims | Class 34 |
| 2011 CW Series D/E/PIB Bond Claims | Class 36 |
| 2011 CW Series D/E/PIB Bond Claims (Assured) | Class 37 |
| Retail 2011 CW Series D/E/PIB Bond Claims | Class 38 |
| 2012 CW Bond Claims | Class 40 |
| Retail 2012 CW Bond Claims | Class 41 |

| 2012 CW Bond Claims (Assured) | Class 42 |
|---|---|
| 2012 CW Guarantee Bond Claims | Class 44 |
| 2014 CW Bond Claims | Class 46 |
| Retail 2014 CW Bond Claims | Class 47 |
| 2014 CW Guarantee Bond Claims | Class 49 |
| Retired JRS Participant Below-Threshold Claims | Class 51B |
| Retired ERS Participant Above-Threshold Claims | Class 51D |
| Retired JRS Participant Above-Threshold Claims | Class 48̶51E |
| Retired TRS Participant Above-Threshold Claims | Class 51F |
| Active ERS Participant Claims | Class 51G |
| Active JRS Participant Claims | Class 51H |
| Active TRS Participant Claims | Class 51I |
| VTP Payroll Participant Above-Threshold Claims | Class 51L |
| AFSCME Claims | Class 52 |
| Dairy Producer Claims | Class 53 |
| Eminent Domain Claims | Class 54 |
| Med Center Claims | Class 56 |
| CW General Unsecured Claims | Class 58 |
| CW/HTA Claims | Class 59 |
| CW/Convention Center Claims | Class 60 |
| CW/PRIFA Rum Tax Claims | Class 61 |
| CW/MBA Claims | Class 62 |
| ERS Bond Claims | Class 65 |
| ERS General Unsecured Claims | Class 66 |
| Federal Claims | Class 69 |

12.     The Debtors shall not be required to mail or cause to be mailed Solicitation

Packages to any holders of Claims that are, as of the Voting Record Date, marked on the Title III

register maintained by Prime Clerk as subject to administrative reconciliation procedures

pursuant to the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving*

*Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] ("Administrative

Reconciliation Order"), as such holders shall not be entitled to vote such Claims to accept or

reject the Plan, unless such holder's claim has been allowed pursuant to an order of the Court on

or before the Voting Deadline, as defined below;[45] provided, however, the Debtors shall complete, by no later than the Solicitation Mailing Date, the service of (i) the Confirmation Hearing Notice, and (ii) a Notice of Non-Voting Status to such holders of Claims.

13.     Solicitation Packages mailed to creditors holding Claims in the Voting Classes will contain, in English and Spanish translation: (i) the Confirmation Hearing Notice; (ii) a flash drive (or otherwise in the Debtors' discretion)[56] containing this Disclosure Statement Order (without the exhibits hereto) and Disclosure Statement (together with all exhibits thereto, including the Plan); (iii) the appropriate form of Ballot[67] or Notice, if any, with instructions for voting and/or making any applicable election, and, as applicable, a pre-addressed, pre-paid return envelope, (iv) with respect to Class 51, the Retiree Committee Letter and Information Guide, and (v) with respect to Classes 54, 58, and 66, the Creditors' Committee Letter.

14.     If it is a Nominee's (or Nominee's agent's) customary and accepted practice to forward the solicitation information to (and collect votes or elections from) Beneficial Owners by voter information form, email, telephone or other customary means of communications, as applicable, the Nominee (or Nominee's agent) may employ that method of communication in lieu of sending the paper Notice, and/or Solicitation Package. Moreover, if it is the Nominee's (or Nominee's agent's) customary internal practice to provide to Beneficial Owners an electronic link to the solicitation materials (including, but not limited to, the Disclosure Statement and Plan), the Nominee (or Nominee's agent) may follow such customary practice in lieu of

---

[45]    For the avoidance of doubt, holders of Claims transferred into the alternative dispute procedures pursuant to the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] will not be precluded from voting such Claims to accept or reject the Plan, except as otherwise provided in this Order.

[56]    For the avoidance of doubt, the Debtors reserve the right (in their sole discretion) to distribute the Disclosure Statement (together with all exhibits thereto) and the Disclosure Statement Order in paper format to a subset of voting creditors (such as Retirees) if it is determined to be the most effective method of serving such a population of prospective voters.

[67]    The Debtors are permitted, in consultation with the Retiree Committee, to send the appropriate Ballot and, voting instructions, Retiree Committee Letter, Information Guide, and related documents to holders of Claims in Class 51 in Spanish translation only, with English versions available upon request.

forwarding the flash drive or paper copies containing the Disclosure Statement and Plan.  In such instances, the Nominee (or Nominee's agent) may return any excess or unused flash drives or paper copies to the Balloting Agent.

15.     The Debtors are authorized, but not required, to distribute the Disclosure Statement (together with all exhibits thereto) and the Disclosure Statement Order to the Voting Classes in electronic format (flash drive), and the Confirmation Hearing Notice, the Ballots, the Retiree Committee Letter and Information Guide, and the Creditors' Committee Letter (each, as applicable) shall only be provided in paper format.

16.     Upon receipt of a request for a paper copy of the Disclosure Statement, Plan, and/or Disclosure Statement Order, the Balloting Agent shall, within one (1) business day of receiving the request, deposit the requested documents with a postal or shipping service to deliver the requester by service no slower than second-day delivery.

17.     16. On or before the Solicitation Mailing Date, the Debtors shall provide (i) complete Solicitation Packages (excluding Ballots) to:

(a) the U.S. Trustee,

(b) counsel to AAFAF,

(c) counsel to the LCDC, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Eric Kay, Esq.;

(d) counsel to the QTCB Group, Morgan, Lewis & Bockius LLP, One State Street, Hartford, CT 06103, Attn: Kurt A. Mayr, Esq., and David L. Lawton, Esq.; and Davis, Polk & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald Bernstein, Esq.;

(e) counsel to the GO Group, Paul Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Andrew Rosenberg, Esq. and Karen Zeituni, Esq.; Wilkie, Farr & Gallagher, 1875 K Street, NW, Washington, DC 20006, Attn: Mark Stancil, Esq.; and Robbins, Russel, Englert, Orseck, Untereiner & Sauber, LLP, 2000 K Street NW, Washington, DC 20006, Attn: Donald Burke, Esq.;

(f)  counsel to the Constitutional Debt Group; Morrison & Foerster, LLC, 250 West 55th
Street, New York, NY 10019, Attn: James Peck, Esq., Gary Lee, Esq., and Andrew
Kissner, Esq.;

(g)  counsel to Ambac; Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn:
Dennis F. Dunne, Esq., and Atara Miller, Esq.;

(h)  counsel to Assured; Cadwalader, Wickersham & Taft, 200 Liberty Street, New York,
NY 10281, Attn: Mark Ellenberg, Esq., William J. Natbony, Esq., and Casey Servais,
Esq.;

(i)  counsel to FGIC; Butler Snow LLP, 2911 Turtle Creek, Suite 1400, Dallas, TX
75219, Attn: Martin A. Sosland, Esq.;

(j)  counsel to National; Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York,
NY 10153, Attn: Andrew Wilkinson, Esq., Kelly DiBlasi, Esq. and Kirsten Erichsen,
Esq.;

(k)  counsel to Syncora; Norton Rose Fulbright US LLP, 1301 Avenue of the Americas,
New York, NY 10019, Attn: Eric Daucher, Esq.;

(l)  counsel to AFSCME, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New
York, New York 10038, Attn: Kenneth Pasquale, Esq. and Sherry J. Millman, Esq.;

and (ii) the Disclosure Statement Order (excluding the exhibits thereto) and the Confirmation

Hearing Notice to the Debtors' Bankruptcy Rule 2002 list as of the Voting Record Date.

18.    17. The Debtors shall complete, by no later than the Solicitation Mailing Date, the

service of (i) the Confirmation Hearing Notice, (ii) a Notice of Non-Voting Status, and (iii) with

respect to Classes 51(A) , (C), (J), and 51(K), the Information Guide, to all known holders (as of

the Voting Record Date) of Claims in the following Classes:

- Class 51A (Retired ERS Participant Below-Threshold Claims),

- Class 51B (Retired JRS Participant Below-Threshold Claims),

- Class 51C (Retired TRS Participant Below-Threshold Claims),

- Class 51J (System 2000 Participant Claims),

- Class 51K (VTP Payroll Participant Below-Threshold Claims),

- Class 55 (Energy Incentive Claims),

13

- Class 57 (Tax Credit Claims),

- Class 63 (CW Appropriations Claims),

- Class 64 (CW 510(b) Subordinated Claims),

- Class 67 (Gracia-Gracia Claims), and

- Class 68 (Convenience Claims).[7] • Class 69 (Federal Claims).[8]

19. 18. The Debtors shall complete, by no later than the Solicitation Mailing Date, the service of (i) the Confirmation Hearing Notice, and (ii) a Notice of Non-Voting Status to all known holders of Claims for which the Debtors have served an objection or request for estimation as to a Claim at least forty (40) days before the Voting Deadline.

20. 19. The Confirmation Hearing will be held on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**; provided, however, that the Confirmation Hearing may be continued from time to time without further notice other than through adjournments announced in open Court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Court.

21. 20. The Confirmation Hearing Notice setting forth the time, date, and place of the Confirmation Hearing, substantially in the form attached hereto as **Schedule 2**, is approved.

22. 21. The Debtors, through Prime Clerk LLC, shall publish the Confirmation Hearing Notice, on one occasion, in each of *El Nuevo Dia* in Spanish (primary circulation is in Puerto Rico), *Caribbean Business* in English (primary circulation is in Puerto Rico), *El Diario* in Spanish (primary circulation is in New York), *El Nuevo Herald* in Spanish (primary circulation

---

[7] For the avoidance of doubt, for purposes of voting and making the Convenience Claim election, holders of Convenience Claims shall not include holders of Claims that are contingent, unliquidated, or disputed in part, who will instead receive a Solicitation Package and Ballot as holders of Claims in Class 58.

[8] For the avoidance of doubt, for purposes of voting and making the Convenience Claim election, holders of Convenience Claims shall not include holders of Claims that are contingent, unliquidated, or disputed in whole or in part, who will instead receive a Solicitation Package and Ballot as holders of Claims in Class 58, except as otherwise provided in this Order.

is Miami), *The New York Times*, *The Bond Buyer*, *El Vocero* in Spanish (primary circulation is in Puerto Rico), and *Primera Hora* in Spanish (primary circulation is in Puerto Rico) to the extent possible, (i) between August 29, 2021 and September 4, 2021, (ii) between September 12, 2021 and September 18, 2021, and (iii) between September 26, 2021 and October 2, 2021, which notice is hereby approved and constitutes adequate and sufficient notice and complies Bankruptcy Rule 2002.  To the extent any of the above publications are unable to publish or suspends publication during the time periods above, the Debtors are permitted to use reasonable best efforts to secure a similar alternative publisher without further order of the Court.

23. ~~22.~~ The Debtors, through Prime Clerk LLC, shall cause no less than ten (10) radio advertisements, to be aired to the extent possible during the periods from (i) August 29, 2021 up to and including September 4, 2021, (ii) September 12, 2021 up to and including September 18, 2021, and (iii) September 26, 2021 up to and including October 2, 2021 (for a total of thirty (30) radio advertisements), on (a) WMEG FM (contemporary hit radio) in Spanish and (b) WKAQ AM (Spanish language talk radio) in Spanish, informing listeners of (i) the approval of the Disclosure Statement and the scheduling to the Confirmation Hearing, (ii) the date by which Confirmation Objections must be filed and served, (iii) the Voting Deadline and the Election Deadline and (iv) an information hotline to receive certain additional information.  To the extent any of the above radio stations are unable to broadcast or suspends broadcasting during the time periods above, the Debtors are permitted to use reasonable best efforts to secure a similar alternative radio station without further order of the Court.

24. ~~23.~~ Any Confirmation Objections must:

(a) be in writing, in English, and signed,

(b) state the name, address, and nature of the Claim of the objecting or responding party,

(c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan or order confirming the Plan to resolve any such objection or response,

(d) be served so as to be actually received by the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(e) be filed, together with proof of service, with the Court and served so that such objections and responses are actually received by no later than **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "Final Confirmation Objection Deadline").

25. ~~24.~~ Confirmation Objections that are not timely filed, served, and actually received in the manner set forth above shall not be considered and shall be deemed overruled.

26. ~~25.~~ Any objecting party that has not filed a timely Confirmation Objection will not be permitted to make an oral presentation at the Confirmation Hearing.

27. ~~26.~~ The Debtors and other parties in interest are authorized to file and serve no later than **5:00 p.m. (Atlantic Standard Time) on October 27, 2021**: (i) replies or an omnibus reply to any objections to the confirmation of the Plan; (ii) the Debtors' memorandum of law in support of confirmation of the Plan; (iii) any declarations in support of confirmation of the Plan; and (iv) the Debtors' proposed findings of fact confirming the Plan.[89]

28. ~~27.~~ The Debtors shall not be required to send Solicitation Packages to (i) any holder of an unimpaired Claim under the Plan, (ii) any holder of a Claim in a Class deemed to reject the Plan, (iii) any party who holds a Claim, whether in the form of a filed proof of claim, or an amount listed on the list of creditors filed by the Debtors pursuant to sections 924 and 925 of the Bankruptcy Code (as amended or modified, the "List of Creditors") in an amount of $0.00, (iv) any holder of a Claim to which the Debtors have served an objection or request for

---

[89] Pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* [ECF No. 17431], the deadline for the Debtors to file its initial proposed confirmation order is **October 8, 2021**.

16

estimation, or that has been expunged by order of the Court, and (v) a creditor that has a Claim that has already been paid in full.

29. 28. With respect to addresses from which notices of the Disclosure Statement Hearing were returned as undeliverable by the United States Postal Service, the Debtors are excused from mailing Solicitation Packages or any other materials related to voting on or confirmation of the Plan to entities listed at such addresses.  For purposes of serving the Solicitation Packages, the Debtors are authorized to rely on the address information for all Classes as compiled, updated, and maintained by the Balloting Agent as of the Voting Record Date.  In addition, to the extent any Solicitation Packages are returned as undeliverable by the United States Postal Service (including Solicitation Packages from voting creditors), neither the Debtors nor the Balloting Agent are required to conduct additional research for updated addresses or to attempt to reserve the Solicitation Packages on such parties.

30. 29. The form of Notice of Non-Voting Status (**Schedule 4**) is hereby approved.

31. 30. The Notice of Non-Voting Status is hereby deemed to satisfy the requirements of the Bankruptcy Code and the Bankruptcy Rules and the Debtors shall not be required to distribute copies of the Plan, Disclosure Statement, and/or Disclosure Statement Order to any holder of a Claim in the following Classes, except as to parties who request, in writing, copies of such documents:

- Class 51A (Retired ERS Participant Below-Threshold Claims),
- Class 51B (Retired JRS Participant Below-Threshold Claims),
- Class 51C (Retired TRS Participant Below-Threshold Claims),
- Class 51J (System 2000 Participant Claims),
- Class 51K (VTP Payroll Participant Below-Threshold Claims),

- Class 55 (Energy Incentive Claims),

- Class 57 (Tax Credit Claims),

- Class 63 (CW Appropriations Claims),

- Class 64 (CW 510(b) Subordinated Claims),

- Class 67 (Gracia-Gracia Claims), and

- Class 68 (Convenience Claims), and• Class 69 (Federal Claims).

32. 31. Each Ballot must be executed, completed, and delivered to the Balloting Agent (i) by U.S. first-class mail, in the return envelope provided with each Ballot (or otherwise by first-class mail); (ii) by overnight courier; (iii) by hand delivery, or (iv) Prime Clerk's e-balloting platform (where permitted), so that executed and completed Ballots are received by Prime Clerk, the Balloting Agent, by no later than **5:00 p.m. (Atlantic Standard Time) on October 4, 2021**, unless such time is extended (the "Voting Deadline").[910] Holders of Claims in the Bond Classes must deliver their voting instructions to the Nominee according to the instructions in the applicable Notice in sufficient time for the Nominee to receive and effectuate the creditor's electionvote through ATOP in accordance with the procedures of DTC by the Voting Deadline; provided, however, that any creditor who has executed, completed, and delivered through ATOP in accordance with the procedures of DTC its vote to accept or reject the Plan may revoke such vote and withdraw any securities that have been tendered with respect to a vote through ATOP in accordance with the procedures of DTC on or before the Voting Deadline.

---

[910]   The Solicitation Agent shall use reasonable efforts to keep each on-island ballot collection site proposed in the Motion open for the full period between August 30, 2021 and October 4, 2021.  The Solicitation Agent may close any such on-island ballot collection sites (at its sole discretion), or as required by law, including, without limitation, local ordinances.  The Debtors shall make copies of the Disclosure Statement and Plan available at each on-island ballot collection site.

33.   ~~32.~~ An election of the form of distribution under the Plan must be executed, completed, and delivered to the Nominee in accordance with the instructions under the applicable Notice so as to be effectuated through ATOP in accordance with the procedures of DTC by no later than **5:00 p.m. (Atlantic Standard Time) on October 4, 2021**, unless such time is extended (the "Election Deadline"); provided, however, that any election of the form of distribution under the Plan executed, completed, and delivered through ATOP in accordance with the procedures of DTC on or before the Election Deadline shall be deemed to be made as of the Election Deadline; provided, further, that any creditor who has executed, completed, and delivered through ATOP in accordance with the procedures of DTC its election of the form of distribution under the Plan may revoke such election and withdraw any securities that have been tendered with respect to an election through ATOP in accordance with the procedures of DTC on or before the Election Deadline.

34.   ~~33.~~ All securities that are tendered with respect to an election of distributions under the Plan shall be restricted from further trading or transfer through the Effective Date of the Plan.

35.   ~~34.~~ All securities that are tendered with respect to a vote to accept or reject the Plan shall be restricted from further trading or transfer until the Voting Deadline; provided; however; if any of Classes 7, 9, 11, 16, 31, 38, 41, and 47 votes to accept the Plan, all securities that are tendered with respect to a vote to accept or reject the Plan in such accepting Class(es) shall be restricted from further trading or transfer until the Effective Date.

36.   ~~35.~~ Only the insurer, including pursuant to a secondary market insurance policy, of the securities giving rise to Claims in the following Classes will be entitled to cast a vote with

respect to such Classes; provided, that with respect to Classes 5, 20, and 27, FGIC shall be entitled to vote in such Classes in the amounts set forth on **Schedule 9** hereto:

- Class 2 (Vintage PBA Bond Claims (Assured)),

- Class 3 (Vintage PBA Bond Claims (National)),

- Class 4 (Vintage PBA Bond Claims (Ambac)),

- Class 5 (Vintage PBA Bond Claims (FGIC)),

- Class 6 (Vintage PBA Bond Claims (Syncora)),

- Class 17 (Vintage CW Bond Claims (Assured)),

- Class 18 (Vintage CW Bond Claims (National)),

- Class 19 (Vintage CW Bond Claims (Ambac)),

- Class 20 (Vintage CW Bond Claims (FGIC)),

- Class 21 (Vintage CW Bond Claims (Syncora)),

- Class 24 (Vintage CW Guarantee Bond Claims (Assured)),

- Class 25 (Vintage CW Guarantee Bond Claims (National)),

- Class 26 (Vintage CW Guarantee Bond Claims (Ambac)),

- Class 27 (Vintage CW Guarantee Bond Claims (FGIC)),

- Class 28 (Vintage CW Guarantee Bond Claims (Syncora)),

- Class 32 (2011 CW Bond Claims (Assured)),

- Class 37 (2011 CW Series D/E/PIB Bond Claims (Assured)), and

- Class 42 (2012 CW Bond Claims (Assured)).

37. 36. Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, a Claim, and without prejudice to the rights of the Debtors in any other context, each Claim within a Class of Claims entitled to vote is

temporarily allowed in an amount equal to the amount of such Claim as set forth in the claims register; provided:

a.  If a Claim is deemed allowed under the Plan, such Claim is allowed for voting purposes in the deemed allowed amount set forth in the Plan;

b.  If a Claim for which a proof of claim has been timely filed is wholly contingent, unliquidated, or disputed, undetermined, or unknown in amount, such Claim shall be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00, and the Ballot mailed to the holder of such Claim shall be marked as voting at $1.00; unless such Claim is disputed as set forth in subparagraph "i" below;

c.  If a proof of claim was timely filed in an amount that is liquidated, non-contingent, and undisputed, such Claim is temporarily allowed in the amount set forth on the proof of claim, unless such Claim is disputed as set forth in subparagraph "i" below;

d.  If a Claim is listed on a timely filed proof of claim as contingent, unliquidated, or disputed in part, such Claim is temporarily allowed in the amount that is liquidated, non-contingent, and undisputed for voting purposes only, and not for purposes of allowance or distribution;

e.  If a Claim has been estimated or otherwise allowed for voting purposes by order of the Court, such Claim is temporarily allowed in the amount so estimated or allowed by the Court for voting purposes only, and not for purposes of allowance or distribution;

f.  If a Claim is listed in the List of Creditors as contingent, unliquidated, or disputed and a proof of claim was not (i) filed by the earlier of  the applicable bar date for the filing of proofs of claim established by the Court or the Voting Record Date (as applicable); or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline, such Claim shall not be entitled to vote to accept or reject the Plan;

g.  Proofs of claim filed for $0.00 or Claims that have been expunged by order of the Court are not entitled to vote;

h.  To avoid confusion, Ballots in Classes 51(B), (D)-(~~J~~I), and (L) and Class 52 will not set forth any voting amounts; however, (i) all voters that submit a valid vote in Classes 51(~~A) (E), 51(L),~~B), (D)-(F), and (L) will be tabulated as one (1) vote for numerosity purposes, but weighted according to the monthly benefit amount (including monthly proration of annual retirement plan bonuses), as of April 1, 2021, and (ii) all voters that submit a valid vote in

21

Classes 51(G)-(I) and Class 52 will be tabulated as one (1) vote for numerosity purposes with the same weight;

i.   If the Debtors have served an objection, request for estimation, or ACR transfer notice as to a Claim at least forty (40) days before the Voting Deadline, such Claim is temporarily disallowed for voting purposes only and not for purposes of allowance or distribution, except to the extent and in the manner as may be set forth in such objection, or as ordered by the Court before the Voting Deadline;[11]

j.   Any holders of Claims that are, as of the Voting Deadline, marked on the Title III register maintained by Prime Clerk as subject to administrative reconciliation procedures pursuant to the Administrative Reconciliation Order shall not be entitled to vote such Claims to accept or reject the Plan;

k.   For purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code separate Claims held by a single creditor in a particular Class shall be aggregated based on the reasonable efforts of the Debtors and Balloting Agent as if such creditor held one Claim against the applicable Debtor in such Class, and the votes related to such Claims shall be treated as a single vote to accept or reject the Plan;

l.   Notwithstanding anything to the contrary contained herein, any creditor who has filed or purchased duplicate Claims within the same Voting Class may be provided with only one Solicitation Package and one Ballot for voting a single Claim in such Class, regardless of whether the Debtors have objected to such duplicate Claims;

m.   If a proof of claim has been amended by a later filed proof of claim filed on or before the Voting Record Date, only the later filed amending Claim will be entitled to vote, regardless of whether the Debtors have objected to such earlier filed Claim;

n.   Notwithstanding anything contained herein to the contrary, the Balloting Agent, in its discretion, may contact voters to cure any defects in the Ballots and is authorized to so cure any defects;

o.   There shall be a rebuttable presumption that any claimant who submits a properly completed, superseding Ballot, or withdraws a Ballot on or before the Voting Deadline has sufficient cause, within the meaning of Bankruptcy Rule 3018(a), to change or withdraw such claimant's acceptance or rejection of the Plan, such that the earlier submitted Ballot shall be deemed superseded or withdrawn, as applicable; and

---

[11]   For the avoidance of doubt, Paragraph 37(i) of this Order shall not apply to any Claim that is Allowed pursuant to the Plan.

p. Any Class that contains claims entitled to vote but no votes are returned for such Class shall be deemed to have accepted the Plan.

38. 37. The following additional procedures shall apply with respect to tabulating votes in the Bond Classes:

i. For the purposes of tabulating votes, each Beneficial Owner or Insurer shall be deemed to have voted only the principal amount of its public securities as submitted through and reflected in ATOP; any principal amounts thus voted may be thereafter adjusted by the Balloting Agent, on a proportionate basis with a view to the amount of securities actually voted, to reflect the corresponding claim amount with respect to the securities thus voted, including any accrued but unpaid prepetition interest or accreted principal, as applicable.

ii. If conflicting votes or "over-votes" are submitted by a Nominee, the Balloting Agent shall use reasonable efforts to reconcile discrepancies with the Nominee.

39. 38. If any claimant seeks to challenge the allowance or disallowance of its Claim for voting purposes in accordance with the above procedures, such claimant shall serve upon counsel for the Debtors, counsel for AAFAF, and counsel for the statutory committees appointed in any of the Title III Cases, and file with the Court (with a copy to Chambers) a motion for an order pursuant to Bankruptcy Rule 3018(a) (a "3018(a) Motion") temporarily allowing such Claim in a different amount for purposes of voting to accept or reject the Plan, on or before the tenth (10th) day after the later of (i) service of the Confirmation Hearing Notice, and (ii) service of notice of an objection or request for estimation, if any, as to such Claim; provided, however, that, as to any claimant filing a 3018(a) Motion, such claimant's Ballot shall not be counted unless temporarily allowed by an order entered by the Court prior to the Voting Deadline.

40. 39. The form of Rule 3018(a) Motion attached hereto as **Schedule 8** is approved, and the Debtors shall make available the form on Rule 3018(a) Motion on the Balloting Agent's website.

41. 40. Each creditor that votes to accept or reject the Plan is deemed to have voted the full amount of its Claim therefor.

42. 41. If a creditor casts more than one Ballot voting the same Claim(s) or submits more than one election with respect to the same Claim(s) before the Voting Deadline or Election Deadline, as applicable, the last Ballot received or election made before the Voting Deadline or Election Deadline, as applicable, is hereby deemed to reflect such creditor's intent or election, as applicable, and, thus, to supersede any prior Ballot(s) or elections made, as applicable.

43. 42. If Assured does not make the Assured Election with respect to Classes 2, 17, 24, 32, 37, or 42, whenever a creditor in such Class fails to timely make an election of the form of distribution under the Plan, then such creditor shall be deemed to have elected Assured Bondholder Election 2 pursuant to Section 75.1(b) of the Plan.

44. 43. If a creditor in Classes 3, 18, or 25 (A) fails to timely make an election of the form of distribution under the Plan or (B) submits an election for less than all of its National Insured Bond Claims, then such creditor shall be deemed to have elected to receive the National Commutation Treatment pursuant to section 75.2(a) of the Plan.

45. 44. If a creditor in Classes 4, 19, or 26 (A) fails to timely make an election of the form of distribution under the Plan or (B) submits an election for less than all of its Ambac Insured Bond Claims, then such creditor shall be deemed to have elected to receive the Ambac Commutation Treatment pursuant to section 75.5(a) of the Plan.

46. 45. If a creditor in Classes 6, 21, or 28, (A) fails to timely make an election of the form of distribution under the Plan or (B) submits an election for less than all of its Syncora Insured Bond Claims, then such creditor shall be deemed to have elected to receive the Syncora Commutation Treatment pursuant to section 75.3(a) of the Plan.

47. 46. Creditors in Classes 2, 3, 4, 5, and 6 making an election (if available) with respect to such holders' Allowed Claim shall be deemed to have made the same election with respect to such Holders' corresponding Allowed Claim in Classes 24, 25, 26, 27 and 28, respectively.

48. 47. Creditors in Classes 23, 34, and 44 making an election (if available) with respect to such holders' Allowed Claim shall be deemed to have voted to accept the Plan on account of its Allowed Claim in Classes 1 or 7 (as applicable), 8 or 9 (as applicable), and 10 or 11 (as applicable), respectively.

49. 48. Any entity that holds a Claim in more than one Class that is entitled to vote must use separate Ballots for each such Claim; provided, however, that creditors must vote all of their Claims within a particular Class under the Plan either to accept or reject the Plan and may not split their vote(s), and thus, neither a Ballot that partially rejects and partially accepts the Plan, nor multiple Ballots casting conflicting votes in respect of the same Class under the Plan shall be counted; provided, further, that holders of PBA Bonds giving rise to claims in multiple Bond Classes (e.g. Vintage PBA Bond Claims in Class 1 and Vintage CW Guarantee Bond Claims in Class 21) must vote all of their Claims arising from such PBA Bonds to either accept or reject the Plan and may not split their vote(s) between such Bond Classes.

50. 49. The following types of Ballots shall not be counted in determining whether the Plan has been accepted or rejected: (i) any Ballot or vote through ATOP received after the Voting Deadline unless the Debtors have granted an extension with respect thereto; (ii) any Ballot that is illegible or contains insufficient information to permit the identification of the claimant; (iii) any Ballot cast by a person or entity that does not hold a Claim in a Class entitled to vote to accept or reject the Plan; (iv) any unsigned Ballot; (v) any Ballot transmitted to the

25

Balloting Agent by facsimile, electronic mail, or other means not specifically approved herein; (vi) any Ballot that is properly completed, executed, and timely returned to the Balloting Agent, but does not indicate either an acceptance or rejection of the Plan; (vii) any Ballot that is properly completed, executed, and timely returned to the Balloting Agent, but indicates both an acceptance and rejection of the Plan shall be counted as an acceptance of the Plan; and (viii) any Ballot without an original signature; provided, however, that any Ballot cast via the Balloting Agent's E-Ballot platform or the ATOP system shall be deemed to contain an original signature.

51.    50. Except as otherwise set forth herein, and subject to the entry of an order of the Court, the Debtors may waive any defects or irregularities as to any particular Ballot at any time, either before or after the Voting Deadline, and any such waivers shall be documented (a) by an attorney's certification stating the terms, if any, associated with any such waiver, and (b) in the vote tabulation certification prepared by the Balloting Agent.

52.    51. Beginning on September 1, 2021, the Debtors shall provide the Retiree Committee and the Creditors' Committee, on a weekly basis, with interim voting reports from the Balloting Agent.

53.    52. In accordance with the modification provisions of the Plan and Local Rule 3016-2, the Debtors are authorized to make non-substantive changes to the Disclosure Statement, the Plan, the Ballots, the Notices, the Notice of Non-Voting Status, and related documents without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors, and to make conforming changes among the Disclosure Statement, the Plan, and any other materials in the Solicitation Packages as may be necessary, prior to mailing.

54. ~~53.~~ All notices to be provided pursuant to the procedures set forth herein are deemed good and sufficient notice to all parties in interest of all matters pertinent hereto and of all matters pertinent to the Confirmation Hearing and no other or further notice need be provided.

55. ~~54.~~ Pursuant to Bankruptcy Code section 1125(d), the Retiree Committee is permitted to disseminate information through various forms of communication, including, but not limited to, the Retiree Committee's website, social media, direct mailings, radio and printed media, phone banks, and/or in-person meetings explaining, among other things, the voting process and the Retiree Committee's support for the Plan, consistent with the Retiree Committee Letter and Information Guide.

56. ~~55.~~ Pursuant to Bankruptcy Code section 1125(d), the Creditors' Committee is permitted to disseminate information through various forms of communication, including, but not limited to, the Creditors' Committee's website, social media, direct mailings, and/or in-person meetings explaining, among other things, the voting process and the Creditors' Committee's support for the Plan, consistent with the Creditors' Committee Letter.

57. ~~56.~~ The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

58. ~~57.~~ The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order, including, without limitation, disputes with respect to the validity of an election of the form of distributions to be made under the Plan.

59. This Order resolves Docket Entry Nos. 16756, 17313, and 17315 in Case No. 17-3283.

Dated: _____, 2021
        San Juan, Puerto Rico

_____
Laura Taylor Swain
United States District Court Judge

## Schedule 1

**Disclosure Statement**[1]

---

[1]    In the interest of economy, a hard copy of the Disclosure Statement ~~will~~is not ~~be~~ included as a schedule to the ~~proposed~~ Disclosure Statement Order.  A copy of the Disclosure Statement was filed on ~~June 29, 2021,~~July 30, 2021 at ECF No. [_____], and is available on the Court's docket, as well as on the website of the Debtor's Claims and Noticing Agent, Prime Clerk, at https://cases.primeclerk.com/puertorico/. A flash drive containing the Disclosure Statement and all exhibits thereto will be included in the Solicitation Packages. Hard copies of the Disclosure Statement are available on request by contacting Prime Clerk by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please do not direct any inquiries to the Court.

## **Schedule 2**

**Confirmation Hearing Notice**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE
STATEMENT, (II) ESTABLISHMENT OF RECORD DATES,
(III) HEARING ON CONFIRMATION OF THE PLAN OF ADJUSTMENT
AND PROCEDURES FOR OBJECTION TO CONFIRMATION OF THE PLAN OF
ADJUSTMENT, (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE
PLAN OF ADJUSTMENT AND MAKING CERTAIN ELECTIONS THEREUNDER**

---

**VOTING AND ELECTION DEADLINE:  5:00 p.m. (AST) on October 4, 2021**

**OBJECTION DEADLINE:  5:00 p.m. (AST) on October 19, 2021**

**CONFIRMATION HEARING:  November 8 – 10, 12, 15 – 18, and 22 - 23, 2021 at 9:30 a.m. (AST)**

If you have any questions regarding this notice, please contact Prime Clerk LLC by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.       ***Approval of Disclosure Statement.***   By order, dated [●], 2021 (the "Disclosure Statement Order"), the United States District Court for the District of Puerto Rico (the "Court") approved the adequacy of the information contained in the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement"), filed by the Financial Oversight and Management Board on behalf of the Debtors, and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the *~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and supplements thereto, the "Plan").[2]

---

**You may obtain a hard copy of the Plan and Disclosure Statement, including Spanish translations thereof, by contacting the Balloting Agent, Prime Clerk LLC:**

**Telephone (10:00 a.m. to 7:00 p.m. (AST)) (Spanish available):**
**          (844) 822-9231 (toll free for U.S. and Puerto Rico)**
**          (646) 486-7944 (for international callers)**

**Email: puertoricoinfo@primeclerk.com**

Alternatively, electronic copies of the Disclosure Statement and Plan are available by visiting https://cases.primeclerk.com/puertorico/.

---

2.       Pursuant to the Disclosure Statement Order, the Debtors will mail materials needed for voting on the Plan or making elections on distributions thereunder (the "Solicitation Package") to holders Claims in the following Classes (collectively, the "Voting Classes"):

|  | Class |
|---|---|
| Vintage PBA Bond Claims | Class 1 |
| Vintage PBA Bond Claims (Assured) | Class 2 |

---

[2] All capitalized terms used but not otherwise defined shall have the meanings given to such terms in the Plan.

|                                                    | **Class**  |
|----------------------------------------------------|------------|
| Vintage PBA Bond Claims (National)                 | Class 3    |
| Vintage PBA Bond Claims (Ambac)                    | Class 4    |
| Vintage PBA Bond Claims (FGIC)                     | Class 5    |
| Vintage PBA Bond Claims (Syncora)                  | Class 6    |
| Retail Vintage PBA Bond Claims                     | Class 7    |
| 2011 PBA Bond Claims                               | Class 8    |
| Retail 2011 PBA Bond Claims                        | Class 9    |
| 2012 PBA Bond Claims                               | Class 10   |
| Retail 2012 PBA Bond Claims                        | Class 11   |
| PBA/DRA Secured Claims                             | Class 12   |
| PBA General Unsecured Claims                       | Class 13   |
| PBA/DRA Unsecured Claims                           | Class 14   |
| Vintage CW Bond Claims                             | Class 15   |
| Retail Vintage CW Bond Claims                      | Class 16   |
| Vintage CW Bond Claims (Assured)                   | Class 17   |
| Vintage CW Bond Claims (National)                  | Class 18   |
| Vintage CW Bond Claims (Ambac)                     | Class 19   |
| Vintage CW Bond Claims (FGIC)                      | Class 20   |
| Vintage CW Bond Claims (Syncora)                   | Class 21   |
| Vintage CW Guarantee Bond Claims                   | Class 23   |
| Vintage CW Guarantee Bond Claims (Assured)         | Class 24   |
| Vintage CW Guarantee Bond Claims (National)        | Class 25   |
| Vintage CW Guarantee Bond Claims (Ambac)           | Class 26   |
| Vintage CW Guarantee Bond Claims (FGIC)            | Class 27   |
| Vintage CW Guarantee Bond Claims (Syncora)         | Class 28   |
| 2011 CW Bond Claims                                | Class 30   |
| Retail 2011 CW Bond Claims                         | Class 31   |
| 2011 CW Bond Claims (Assured)                      | Class 32   |
| 2011 CW Guarantee Bond Claims                      | Class 34   |
| 2011 CW Series D/E/PIB Bond Claims                 | Class 36   |
| 2011 CW Series D/E/PIB Bond Claims (Assured)       | Class 37   |
| Retail 2011 CW Series D/E/PIB Bond Claims          | Class 38   |
| 2012 CW Bond Claims                                | Class 40   |
| Retail 2012 CW Bond Claims                         | Class 41   |
| 2012 CW Bond Claims (Assured)                      | Class 42   |
| 2012 CW Guarantee Bond Claims                      | Class 44   |
| 2014 CW Bond Claims                                | Class 46   |
| Retail 2014 CW Bond Claims                         | Class 47   |
| 2014 CW Guarantee Bond Claims                      | Class 49   |

|  | Class |
|---|---|
| Retired JRS Participant Below-Threshold Claims | Class 51B |
| Retired ERS Participant Above-Threshold Claims | Class 51D |
| Retired JRS Participant Above-Threshold Claims | Class 4851E |
| Retired TRS Participant Above-Threshold Claims | Class 51F |
| Active ERS Participant Claims | Class 51G |
| Active JRS Participant Claims | Class 51H |
| Active TRS Participant Claims | Class 51I |
| VTP Payroll Participant Above-Threshold Claims | Class 51L |
| AFSCME Claims | Class 52 |
| Dairy Producer Claims | Class 53 |
| Eminent Domain Claims | Class 54 |
| Med Center Claims | Class 56 |
| CW General Unsecured Claims | Class 58 |
| CW/HTA Claims | Class 59 |
| CW/Convention Center Claims | Class 60 |
| CW/PRIFA Rum Tax Claims | Class 61 |
| CW/MBA Claims | Class 62 |
| ERS Bond Claims | Class 65 |
| ERS General Unsecured Claims | Class 66 |
| Federal Claims | Class 69 |

3.      *Confirmation Hearing.*  A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, in via telephonic hearing through CourtSolutions on **November 8 – 10, 12, 15 – 18, and 22 - 23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

4.      The Confirmation Hearing may be continued from time to time by the Court or the Oversight Board, without further notice or through adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, in accordance with the modification provisions of the Plan and Local Rule 3016-2, without further notice to interested parties.

5.      ***Plan Confirmation Depository***.  Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

6.      ***Confirmation Objection Deadline.***   The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "Confirmation Objection Deadline") as the deadline to file objections or responses to confirmation of the proposed Plan.

7.      ***Objections and Responses to Confirmation.***   Objections and responses to confirmation of the Plan must:

    a.   Be in writing, in English, and signed;

    b.   State the name, address, and nature of the Claim of the objecting or responding party;

    c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

    d.   Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

        i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

            United States District Court, Clerk's Office
            150 Ave. Carlos Chardon Ste. 150,
            San Juan, P.R. 00918-1767

            so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

    e.   Be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

8.      ***Participation in Confirmation Discovery***.  If you wish to participate in discovery in connection with confirmation of the Plan, you must file a notice of your intention to

participate in discovery (a "Discovery Notice"), a form of which is available at https://cases.primeclerk.com/puertorico/.  If you file your Discovery Notice on or before **August 15, 2021**, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and will also be able to serve your own discovery requests.  If you file your Discovery Notice **after August 15, 2021, but on or before October 19, 2021**, you may be granted access to documents in the Plan Depository.  Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements.

9.      You must submit the Discovery Notice in the form provided on the Title III Case website above, which must:

a.  Be in writing, in English, and be signed;

b.  State your name, address, the nature of your Claim, and your Claim number;

c.  State your intention to participate in discovery in connection with confirmation of the Plan; and

d.  Be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.

    i.  If you are <u>not</u> represented by counsel, you may instead mail your Discovery Notice to the Court's Clerk's office at:

        United States District Court, Clerk's Office
        150 Ave. Carlos Chardon Ste. 150
        San Juan, P.R. 00918-1767

        so as to be received on or before the applicable deadline.

10.     **You must timely file a Discovery Notice to participate in discovery in connection with confirmation of the Plan**.  Failure to timely file a Discovery Notice, however, will <u>not</u> preclude you from filing an objection to confirmation of the Plan on or before the

Confirmation Objection Deadline, but will preclude you from being able to view documents in the Plan Depository, and from taking discovery.

11.    ***Discovery Timetable and Deadlines***.   The Court has established the following discovery dates and deadlines, which are applicable to the Debtors and to other parties in interest who have timely filed a Discovery Notice and are eligible to participate in discovery:[3]

| Summary of Certain Deadlines | |
| --- | --- |
| **August 3, 2021** | Deadline for the Debtors to file a preliminary fact witness list and topics about which each witness will testify ("Debtors' Preliminary Fact Witness List"). |
| | Deadline for the Debtors to file an opening summary brief explaining what the Debtors expect to prove at confirmation. |
| **August 6, 2021** | Opening date for all parties to serve initial requests for production of non-depository documents ("Initial Production Requests").  Creditors and parties in interest may serve Initial Production Requests only following their filing of a Notice of Intent to Participate in Discovery (as defined below).  Responses and objections to such Initial Production Requests shall be served within seven (7) days of service of such ~~Production~~ Requests. |
| **August 15, 2021** | Deadline for ~~creditors~~Eligible Creditors and parties in interest to file a "Notice of Intent to Participate in Discovery," also known as a "Discovery Notice."  Only parties who file a timely Notice of Intent to Participate in Discovery can propound discovery, but failure to do so does not preclude a party from objecting to confirmation of the Plan. |
| **September 6, 2021** | Deadline for Eligible Creditors to file a preliminary fact witness list and topics about which each witness is expected to testify (an "Eligible Creditor's Preliminary Fact Witness List"). |
| | Deadline for all parties to serve opening expert disclosures ("Opening Expert Disclosures"). |
| **September 13, 2021** | Deadline for all parties to serve opening expert reports ("Opening Expert Reports"). |
| | Deadline for all parties to serve initial notices of deposition, topics and requested times for depositions ("Initial Notices of Deposition") (all parties are limited to seven (7)-hour time limit for depositions). Subsequent notices are allowed provided discovery is completed within time allowed. |
| **September 30, 2021** | Deadline for all parties to file *Daubert* motions and motions *in limine*. |
| **October 1, 2021** | Deadline for all parties to serve up to fifteen (15) interrogatories ("Interrogatories"), including subparts.  Responses and objections to such Interrogatories shall be served within ten (10) days of service of such Interrogatories. |
| | ~~Deadline for all parties to file any follow-up requests for production ("Follow-Up~~ |

---

[3]    All of the dates and procedures set forth in this notice are subject to change by further Court order.

| | |
|---|---|
| | Production Requests," and collectively with Initial Production Requests, "Production Requests"). |
| **October 4, 2021**~~October 8, 2021~~ | Deadline for all parties to serve rebuttal expert disclosures ("Rebuttal Expert Disclosures"). |
| | Deadline for all parties to file any follow-up requests for production ("Follow-Up Production Requests," and collectively with Initial Production Requests, "Production Requests"). |
| **October 8, 2021** | Deadline for all parties to file rebuttal expert reports ("Rebuttal Expert Reports"). |
| | Deadline for the Debtors to file an initial proposed order in support of confirmation of the Plan (the "Initial Proposed Confirmation Order"). |
| **October 11, 2021** | Deadline for all parties to serve requests for admission, limited to authentication of documents ("Admission Requests"). |
| | Completion of fact discovery (the "Fact Discovery Deadline"). |
| **October 15, 2021** | Deadline for all parties to file oppositions to *Daubert* motions and motions *in limine*. |
| October 18, 2021 | Completion of expert discovery (the "Expert Discovery Deadline"). |
| October 19, 2021 | Deadline for Eligible Creditors to file objections to confirmation of the Plan ("Objections"). |
| | Deadline to file Notice of Intent to Participate in Discovery or Discovery Notice for Eligible Creditors who solely want access to documents in the Plan Depository. |
| **October 22, 2021** | Deadline for Eligible Creditors to file objections to the Initial Proposed Confirmation Order. |
| | Deadline for all parties to file finalized witness lists, exhibit lists and deposition designations. |
| | Deadline for all parties to file replies to *Daubert* motions and motions *in limine*. |
| October 25, 2021 | Deadline for all parties to file witness declarations to be used at the Confirmation Hearing ("Witness Declarations"). |
| | Deadline for Debtors to file initial proposed findings of fact and conclusions of law in support of confirmation of the Plan (the "Initial Findings of Fact and Conclusions of Law"). |
| October 27, 2021 | Deadline for Debtors to file Replies in Support of the Proposed Confirmation Order, and for Debtors to file Replies to Objections to Confirmation of the Plan. |
| **October 30, 2021** | Deadline for all parties to serve counter-designations, objections to deposition designations, or objections to exhibit lists. |
| **November 1, 2021** | Virtual hearing on motions *in limine*. |
| November 8, 2021 | Start of Confirmation Hearing. |

12.     ***Voting Record Date.*** The voting record date is **July 13, 2021** (the "Voting Record Date"), which is the date for determining which holders of Claims in Voting Classes (except Bond Classes,[4] Class 51, and Class 52) are entitled to vote on the Plan.  Therefore, only those creditors in a Class entitled to vote on the Plan and holding Claims against the Debtors (except in the Bond Classes, Class 51, and Class 52) as of the Voting Record Date are entitled to vote on the Plan.

13.     ***Voting Deadline.***  The deadline for voting on the Plan is on **October 4, 2021, at 5:00 p.m. (Atlantic Standard Time)**, unless such time is extended (the "Voting Deadline"). ***You are not required to vote on the Plan to receive distributions pursuant to the terms of the Plan, if confirmed by the Court, and provided you hold an Allowed Claim***.

14.     If you received a Solicitation Package, including a Ballot or Notice and intend to vote on the Plan, you ***must***: (a) follow the instructions carefully; (b) complete ***all*** of the required information on the Ballot (as applicable); and (c) either (i) execute and return your completed Ballot according to and as set forth in detail in the voting instructions included in the Solicitation Package so your Ballot is ***actually received*** by the Debtors' solicitation agent, Prime Clerk (the "Balloting Agent") on or before the Voting Deadline, or (ii) instruct your broker or nominee (each, a "Nominee") to electronically deliver your bonds via the Automated Tender Offer Program ("ATOP") at The Depository Trust Company ("DTC") in accordance with your desire to vote to accept or reject the Plan on or before the Voting Deadline.  ***Failure to follow such instructions may disqualify your vote.***

---

[4]   For the avoidance of doubt, because holders of Claims in the Bond Classes must submit their vote and/or election through DTC's Automated Tender Offer Platform, the Voting Record Date shall not apply to the Bond Classes, and the holder of the applicable security at the time of tender shall be eligible to cast a vote and/or make an election.

15.     ***Election Deadline***.  The deadline for holders of eligible Bond Claims that have the right to make an election of the form of distributions under the Plan to make such election is on **October 4, 2021, at 5:00 p.m. (Atlantic Standard Time)**, unless such time is extended (the "Election Deadline").  If you received a Notice with an option to make an election, you ***must***: (a) follow the instructions carefully; and (b) deliver ***all*** of the required information according to and as set forth in detail in the election instructions so that it is received by your Nominee in sufficient time for your Nominee to ***actually effectuate*** your election through DTC's ATOP on or before the Election Deadline.

16.     ***Parties in Interest Not Entitled to Vote.***  Creditors in the following Classes are deemed to reject the Plan and not entitled to vote:

- Class 63 (CW Appropriations Claims), and

- Class 64 (CW 510(b) Subordinated Claims).

17.     Creditors in the following Classes are deemed to accept the Plan and not entitled to vote, but will receive distributions pursuant to the terms of the Plan, if confirmed by the Court:

- Class 51A (Retired ERS Participant Below-Threshold Claims),

- ~~Class 51B (Retired JRS Participant Below-Threshold Claims),~~

- Class 51C (Retired TRS Participant Below-Threshold Claims),

- Class 51J (System 2000 Participant Claims),

- Class 51K (VTP Payroll Participant Below-Threshold Claims),

- Class 55 (Energy Incentive Claims),

- Class 57 (Tax Credit Claims),

- Class 67 (Gracia-Gracia Claims), <u>and</u>

- Class 68 (Convenience Claims), and ⬤ Class 69 (Federal Claims).

18.     If a Claim is listed on the Debtors' list of creditors [Case No. 17-3283, ECF Nos. 1215, 1316, 2582, 10708] as contingent, unliquidated, or disputed and a proof of claim was not (i) filed by the earlier of the applicable bar date for the filing of proofs of claim established by the Court or the Voting Record Date (as applicable); or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline, such Claim shall not be entitled to vote to accept or reject the Plan.  Proofs of claim filed for $0.00 or Claims that have been expunged by order of the Court are also not entitled to vote.

19.     If you are in Classes 63 or 64, or have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your Claim and believe you should be entitled to vote on the Plan, you must serve the Debtors and the U.S. Trustee (address listed in paragraph 7(e) above) and file with the Court (with a copy to Chambers) a motion (a "Rule 3018(a) Motion") for an order pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your Claim in a different amount or in a different Class for purposes of voting to accept or reject the Plan.  All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (i) service of this Confirmation Hearing Notice and (ii) service of notice of an objection or request for estimation, if any, as to such Claim.  In accordance with Bankruptcy Rule 3018(a), as to any to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court prior to the Voting Deadline (**October 4, 2021 at 5:00 p.m. (Atlantic Standard Time)**).  Creditors may contact the Balloting Agent (i) via first class mail or via overnight courier, at Puerto Rico Ballot Processing, C/O Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, (ii) by telephone at

(844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or (iii) by email at puertoricoinfo@primeclerk.com, to receive an appropriate Ballot for any Claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted.  Rule 3018(a) Motions that are not timely filed and served in the manner set forth herein shall not be considered.

20.     If you wish to have your Claim temporarily allowed for voting purposes pursuant to Bankruptcy Rule 3018(a), a form of Rule 3018(a) motion together with instructions for filing and serving the motion is available at https://cases.primeclerk.com/puertorico/.

21.     ***Parties Who Will Not Be Treated as Creditors***.  Any holder of a Claim that (i) is scheduled in the List of Creditors at $0.00 and is not the subject of a timely filed proof of Claim or a proof of claim deemed timely filed with the Court pursuant to either the Bankruptcy Code or any order of the Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Court pursuant to either the Bankruptcy Code or any order of the Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such Claim for purposes of (a) receiving notices regarding the Plan, and (b) voting on the Plan.

22.     ***Additional Information***.  Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan, including Spanish translations thereof, should contact the Balloting Agent, Prime Clerk LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by

email at puertoricoinfo@primeclerk.com, or may view such documents by accessing either https://cases.primeclerk.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

23.     ***Bankruptcy Rules 2002(c)(3) and 3016(c)).***  **In accordance with Bankruptcy Rules 2002(c)(3) and 3016(c), set forth below are the release, exculpation, and injunction provisions contained in the Plan:**

**Section 92.2 – Discharge and Release of Claims and Causes of Action:**

(a)     Except as expressly provided in the Plan or the Confirmation Order, all distributions and rights afforded under the Plan shall be, and shall be deemed to be, in exchange for, and in complete satisfaction, settlement, discharge and release of, all Claims or Causes of Action against the Released Parties that arose, in whole or in part, prior to the Effective Date, relating to the Title III Cases, the Debtors or Reorganized Debtors or any of their respective Assets, property, or interests of any nature whatsoever, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or Causes of Action.  Upon the Effective Date, the Debtors and Reorganized Debtors shall be deemed discharged and released from any and all Claims, Causes of Action and any other debts that arose, in whole or in part, prior to the Effective Date (including prior to the Petition Date), and Claims of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code and PROMESA Section 407, whether or not (a) a proof of claim based upon such Claim is filed or deemed filed under section 501 of the Bankruptcy Code, (b) such Claim is allowed under section 502 of the Bankruptcy Code and PROMESA Section 407 (or is otherwise resolved), or (c) the holder of a Claim based upon such debt voted to accept the Plan.  For the avoidance of doubt, nothing contained herein or in the Confirmation Order shall release, discharge or enjoin any claims or causes of action against PREPA arising from or related to PREPA-issued bonds, including, without limitation, Monoline-issued insurance pertaining thereto, and PREPA is not releasing any claims or causes of action against any non-Debtor Entity.  Claims and causes of action against PREPA arising from or related to PREPA-issued bonds, and releases against PREPA and its assets shall be addressed in PREPA's Title III case, including, without limitation, any plan of adjustment therein.

(a)     Except as expressly provided in the Plan or the Confirmation Order, all Entities shall be precluded from asserting any and all Claims against the Debtors and Reorganized Debtors, and each of their respective Assets, property and rights, remedies, Claims or Causes of Action or liabilities of any nature whatsoever, relating to the Title III Cases, the Debtors or Reorganized Debtors or any of their respective Assets and property, including any interest accrued

on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities. In accordance with the foregoing, except as expressly provided in the Plan or the Confirmation Order, the Confirmation Order shall constitute a judicial determination, as of the Effective Date, of the discharge and release of all such Claims, Causes of Action or debt of or against the Debtors and the Reorganized Debtors pursuant to sections 524 and 944 of the Bankruptcy Code, applicable to the Title III Case pursuant to Section 301 of PROMESA, and such discharge shall void and extinguish any judgment obtained against the Debtors or Reorganized Debtors and their respective Assets, and property at any time, to the extent such judgment is related to a discharged Claim, debt or liability. As of the Effective Date, and in consideration for the value provided under the Plan, each holder of a Claim in any Class under this Plan shall be and hereby is deemed to release and forever waive and discharge as against the Debtors and Reorganized Debtors, and their respective Assets and property and all such Claims.

(b)      Notwithstanding any other provisions of this Section 92.2, in accordance with the provisions of the GO/PBA Plan Support Agreement, each of the GO/PBA PSA Creditors and their respective Related Persons, solely in their capacity as Creditors of the Debtors, shall (i) be deemed to have released and covenanted not to sue or otherwise pursue or seek to recover damages or to seek any other type of relief against any of the Government Releasees based upon, arising from or relating to the Government Released Claims or any of the Claims or Causes of Action asserted or which could have been asserted, including, without limitation, in the Clawback Actions and the Lift Stay Motions, and (ii) not directly or indirectly aid any person in taking any action with respect to the Government Released Claims that is prohibited by this Section 92.2.

(c)      SEC Limitation. Notwithstanding anything contained herein or in the Confirmation Order to the contrary, no provision shall (i) preclude the SEC from enforcing its police or regulatory powers, or (ii) enjoin, limit, impair or delay the SEC from commencing or continuing any claims, causes of action, proceedings or investigations against any non-debtor person or non-debtor entity in any forum.

(d)      United States Limitation. Notwithstanding anything contained herein or in the Confirmation Order to the contrary, no provision shall (i) impair the United States, its agencies, departments, or agents, or in any manner relieve the Debtors or the Reorganized Debtors, as the case may be, from compliance with federal laws or territorial laws and requirements implementing a federally authorized or federally delegated program protecting the health, safety, and environment of persons in such territory, (ii) expand the scope of any discharge, release, or injunction to which the Debtors or the Reorganized Debtors are entitled under Title III, and (iii) discharge, release, enjoin, or otherwise bar (A) any liability of the Debtors or the Reorganized Debtors to the United States arising from and after the Effective Date, (B) any liability to the United States that is not a Claim, (C) any affirmative defense or any right of setoff or recoupment of the United States, the Debtors or the Reorganized Debtors, as the case may be, and such rights of setoff and recoupment of such parties are expressly preserved, (D) the continued validity of the obligations of the United States, the Debtors or the Reorganized Debtors, as the case may be, under any United States grant or cooperative assistance agreement, (E) the Debtors' or the Reorganized Debtors' obligations arising under federal police or regulatory laws, including, but not limited to, laws relating to the environment, public health or safety, or territorial laws

implementing such federal legal provisions, including, but not limited to, compliance obligations, requirements under consent decrees or judicial orders, and obligations to pay associated administrative, civil, or other penalties, (F) any environmental liability or obligation to the United States that the Debtors, the Reorganized Debtors, any successors thereto, or any other Person or Entity may have as an owner or operator of real property arising during the period from and after the Effective Date, including, without limitation, compliance obligations, requirements under consent decrees or judicial orders, and obligations to pay associated administrative, civil or other penalties, and (Gand (F) any liability to the United States on the part of any non-debtor.  Without limiting the foregoing, nothing contained herein or in the Confirmation Order shall be deemed (i) to determine the tax liability of any Entity, including, but not limited to, the Debtors and the Reorganized Debtors, (ii) to be binding on the IRS with regard to the federal tax liabilities, tax status, or tax filing and withholding obligations of any entity, including, but not limited to, the Debtors and the Reorganized Debtors, (iii) to release, satisfy, discharge, or enjoin the collection of any claim of the IRS against any Entity other than the Debtors and the Reorganized Debtors, and (iv) to grant any relief to any Entity that the Court is prohibited from granting the Declaratory Judgment Act, 28 U.S.C. § 2201(a), or the Tax Anti-Injunction Act, 26 U.S.C. § 7421(a).

(e)     Underwriter Actions.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, including, without limitation, Sections 92.2, 92.3 and 92.11 of the Plan, except as may be precluded pursuant to the provisions of PROMESA, nothing in the Plan, the Confirmation Order or any Plan-related document set forth in the Plan Supplement is intended, nor shall it be construed, to impair, alter, modify, diminish, prohibit, bar, restrain, enjoin, release, reduce, eliminate or limit the rights of the plaintiffs and defendants, including, without limitation, the parties to the Underwriter Actions, from asserting their respective rights, claims, causes of action andor defenses in the Underwriter Actions, including, but not limited to, any Claims, defenses, Causes of Action, and rights of setoff or recoupment (to the extent available).

**Section 92.3 – Injunction on Claims**:

Except as otherwise expressly provided in the Plan, the Confirmation Order or such other Final Order of the Title III Court that may be applicable, all Entities who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Section 92.2 hereof or who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Section 92.2 hereof are permanently enjoined, from and after the Effective Date, from (a) commencing or continuing, directly or indirectly, in any manner, any action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) of any kind on any such Claim or other debt or liability that is discharged pursuant to the Plan against any of the Released Parties or any of their respective assets or property, (b) the enforcement, attachment, collection or recovery by any manner or means of any judgment, award, decree or order against any of the Released Parties or any of their respective assets or property on account of any Claim or other debt or liability that is discharged pursuant to the Plan, (c) creating, perfecting, or enforcing any encumbrance of any kind against any of the Released Parties or any of their respective assets or property on account of any Claim or other debt or liability that is discharged pursuant to the Plan, and (d) except to the extent provided, permitted or preserved by sections 553, 555, 556, 559, or 560 of the Bankruptcy Code or pursuant to the common law right of recoupment, asserting any right of setoff, subrogation or recoupment of any kind against any obligation due from any of the Released Parties or any of

their respective assets or property, with respect to any such Claim or other debt or liability that is discharged pursuant to the Plan.  Such injunction shall extend to all successors and assigns of the Released Parties and their respective assets and property.

**Section 92.5 – Releases by the Debtors and Reorganized Debtors**:

Except as otherwise expressly provided in the Plan or the Confirmation Order, on the Effective Date, and for good and valuable consideration, each of the Debtors and Reorganized Debtors, the Disbursing Agent and each of the Debtors' and Reorganized Debtors' Related Persons shall be deemed to have and hereby does irrevocably and unconditionally, fully, finally and forever waive, release, acquit, and discharge the Released Parties from any and all Claims or Causes of Action that the Debtors, Reorganized Debtors, and the Disbursing Agent, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or claim to have, now or in the future, against any Released Party that are Released Claims or otherwise are based upon, relate to, or arise out of or in connection with, in whole or in part, any act, omission, transaction, event or other circumstance relating to the Title III Cases or the Debtors taking place or existing on or prior to the Effective Date, and/or any Claim, act, fact, transaction, occurrence, statement, or omission in connection therewith or alleged or that could have been alleged, including, without limitation, any such Claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees.

**Section 92.6 – Injunction Related to Releases**:

As of the Effective Date, all Entities that hold, have held, or may hold a Released Claim that is released pursuant to Section 92.5 of the Plan, are, and shall be, permanently, forever and completely stayed, restrained, prohibited, barred and enjoined from taking any of the following actions, whether directly or indirectly, derivatively or otherwise, on account of or based on the subject matter of such discharged Released Claims:  (i) commencing, conducing or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including, without limitation any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order; (iii) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any Lien; (iv) setting off, seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation owed to any Entity released under Section 92.5 hereof; and (v) commencing or continuing in any manner, in any place or any judicial, arbitration or administrative proceeding in any forum, that does not comply with or is inconsistent with the provisions of the Plan or the Confirmation Order.  For the avoidance of doubt, the following stipulations will terminate upon the entry of the Confirmation Order: the Fourth Amended Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transpiration Authority Regarding the Tolling of Statute of Limitations and Consent Order [Case No. 173283-LTS, ECF No. 15854], as amended; and the Fourth Amended Stipulation and Consent Order Between Title III Debtors (Other Than COFINA) and the Puerto Rico Fiscal Agency and Financial Advisory Authority Acting on

Behalf of the Governmental Entities Listed on Appendix "B" Regarding the Tolling of Statute of Limitations [Case NO. 17-3283-LTS, ECF No. 17394], as amended.

**Section 92.7 – Exculpation**:

(a)    <u>Government Parties</u>:  The Oversight Board, AAFAF, the Debtors, and each of their respective Related Persons, solely acting in its capacity as such at any time up to and including the Effective Date, shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formulation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; <u>provided</u>, <u>however</u>, that the foregoing provisions of this Section 89.7 shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.  Nothing in the foregoing provisions of this Section 89.7(a) shall prejudice the right of any of the Government Parties, and the Government Parties' officers and directors serving at any time up to and including the Effective Date, and each of their respective professionals to assert reliance upon advice of counsel as a defense with respect to their duties and responsibilities under the Plan.

(b)    <u>PSA Creditors</u>:  Each of the PSA Creditors solely in its capacity as a party to the GO/PBA Plan Support Agreement and/or the HTA/CCDA Plan Support Agreement and a Creditor and/or insurer, as applicable, from the Petition Date up to and including the Effective Date and each of their respective Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, mediation, the negotiation, formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the GO/PBA Plan Support Agreement, the HTA/CCDA Plan Support Agreement, the Definitive Documents, or any other contract, instrument, release or other agreement or document provided for or connection with the consummation of the transactions set forth in the Plan; <u>provided</u>, <u>however</u>, that the foregoing provisions of this Section 92.7(b) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(c)    <u>Retiree Committee</u>:  Each of the members of the ~~Retiree~~<u>Creditors'</u> Committee, solely in its capacity as a member of the ~~Retiree~~<u>Creditors'</u> Committee ~~and a Creditor, as applicable,~~ <u>and the Creditors' Committee</u>, from the Petition Date up to and including the Effective Date and each of the ~~Retiree~~<u>Creditors'</u> Committee's Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, ~~the Retiree Committee Plan Support Agreement,~~ or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan ~~and the Retiree Committee Plan Support Agreement~~; <u>provided</u>, <u>however</u>, that~~,~~ the foregoing provisions of this Section 92.7(~~e~~<u>d</u>) shall not affect the

47

liability of any Entity that would otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(d)     Creditors' Committee:  Each of the members of the Creditors' Committee, solely in its capacity as a member of the Creditors' Committee, and the Creditors' Committee, from the Petition Date up to and including the Effective and each of the Creditors' Committee's Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; provided, however, that the foregoing provisions of this Section 92.7(d) shall not affect the liability of any Entity that would otherwise result from any such act or omission to the extent such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(e)     AFSCME:  Each of AFSCME solely in its capacity as a party to the AFSCME Plan Support Agreement and a Creditor, as applicable, from the Petition Date up to and including the Effective Date and each of their respective Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the AFSCME Plan Support Agreement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transaction set forth in the Plan and the AFSCME Plan Support Agreement; provided, however, that, the foregoing provisions of this Section 89.7(e) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(f)     Monoline Insurers:  Ambac, Assured, FGIC, National, Syncora, and their Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken consistent with the Plan or in connection with the formulation, preparation, dissemination, implementation, acceptance, confirmation or approval of the Plan, including, without limitation, in connection with the treatment of Ambac Insured Bond Claims, Assured Insured Bond Claims, FGIC Insured Bond Claims, National Insured Bond Claims, or Syncora Insured Bond Claims, the voting procedures, the election procedures, and any release of obligations under the applicable Ambac Insurance Policies, Assured Insurance Policies, FGIC Insurance Policies, National Insurance Policies, or Syncora Insurance Policies: provided, however, that, notwithstanding anything contained herein to the contrary, the terms and provisions of the Plan shall not, and shall not be construed to, release or exculpate, with respect to any beneficial holder of Ambac Insured Bonds, Assured Insured Bonds, FGIC Insured Bonds, National Insured Bonds, or Syncora Insured Bonds any payment obligation under the applicable Ambac Insurance Policy, Assured Insurance Policy, FGIC Insurance Policy, National Insurance Policy, or Syncora Insurance Policy in accordance with its terms solely to the extent of any failure of such holder to receive the Ambac Treatment, Assured Treatment, FGIC Treatment, National Treatment, or Syncora Treatment, as applicable (or any claims that Ambac, Assured,

FGIC, National, or Syncora may have against a beneficial holder of respective insured bonds with respect to Ambac's, Assured's, FGIC's, National's or Syncora's applicable obligations under the Ambac Insurance Policies, Assured Insurance Policies, National Insurance Policies, or Syncora Insurance Policies, as applicable).

### Section 92.8 – Appointments Related Litigation:

Notwithstanding anything contained herein to the contrary, in the event that a Final Order is entered in connection with the Appointments Related Litigation or the Uniformity Litigation subsequent to entry of the Confirmation Order, in consideration of the distributions made, to be made, or deemed to be made in accordance with the terms and provisions of the Plan and documents and instruments related hereto, all Creditors or such other Entities receiving, or deemed to have received, distributions pursuant to or as a result of the Plan, consent and agree that such Final Order shall not in any way or manner reverse, affect or otherwise modify the transactions contemplated in the Plan and the Confirmation Order, including, without limitation, the releases, exculpations and injunctions provided pursuant to Article XCII of the Plan.

### Section 92.9 – Bar Order:

To the limited extent provided in the Plan, each and every Entity is permanently enjoined, barred and restrained from instituting, prosecuting, pursuing or litigating in any manner any and all Claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown, direct or derivative, whether asserted or unasserted, against any of the Released Parties, based upon, related to, or arising out of or in connection with any of the Released Claims, confirmation and consummation of the Plan, the negotiation and consummation of the GO/PBA Plan Support Agreement, or any claim, act, fact, transaction, occurrence, statement or omission in connection with or alleged or that could have been alleged in the Title III Cases, including, without limitation, any such claim, demand, right, liability or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred arising directly or indirectly from or otherwise relating to the Title III Cases, either directly or indirectly by any Person for the direct or indirect benefit of any Released Party arising from or related to the claims, acts, facts, transactions, occurrences, statements or omissions that are, could have been or may be alleged in the related actions or any other action brought or that might be brought by, through, on behalf of, or for the benefit of any of the Released Parties (whether arising under federal, state or foreign law, and regardless of where asserted).

### Section 92.11 – Supplemental Injunction:

Notwithstanding anything contained herein to the contrary, except to the limited extent provided in the Plan, all Entities, including Entities acting on their behalf, who currently hold or assert, have held or asserted, or may hold or assert, any Released Claims against any of the Released Parties based upon, attributable to, arising out of or relating to the Title III Cases or any Claim against the Debtors, whenever and wherever arising or asserted, whether in the United States or anywhere else in the world, whether sounding in tort, contract, warranty, statute, or any other theory of law, equity or otherwise, shall be, and shall be deemed to be, permanently stayed, restrained and enjoined from taking any action against any of the Released Parties for the

purpose of directly or indirectly collecting, recovering or receiving any payment or recovery with respect to any Released Claims arising prior to the Effective Date (including prior to the Petition Date), including, but not limited to:

(a)     Commencing or continuing in any manner any action or other proceeding of any kind with respect to any such Released Claim against any of the Released Parties or the assets or property of any Released Party;

(b)     Enforcing, attaching, collecting or recovering, by any manner or means, any judgment, award, decree or order against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim;

(c)     Creating, perfecting or enforcing any Lien of any kind against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim;

(d)     Except as otherwise expressly provided in the Plan or the Confirmation Order, asserting, implementing or effectuating any setoff, right of subrogation, indemnity, contribution or recoupment of any kind against any obligation due to any of the Released Parties or against the property of any Released Party with respect to any such Released Claim; and

(e)     Taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan or the Confirmation Order, provided, however, that the Debtors' compliance with the formal requirements of Bankruptcy Rule 3016 shall not constitute an admission that the Plan provides for any injunction against conduct not otherwise enjoined under the Bankruptcy Code.

Dated: _____, 2021          Respectfully submitted,
        San Juan, Puerto Rico

                                          /s/ _____

                                          Martin J. Bienenstock (*pro hac vice*)
                                          Brian S. Rosen (*pro hac vice*)
                                          **PROSKAUER ROSE LLP**
                                          Eleven Times Square
                                          New York, NY 10036

                                          *Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

                                          /s/ _____

                                          Hermann D. Bauer

USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Schedule 3(a)</u>**

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 1 (Vintage PBA Bond Claims),
Class 7 (Retail Vintage PBA Bond Claims), and
Class 23 (Vintage CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR HOLDERS OF
(I) VINTAGE PBA BOND CLAIMS IN CLASS 1,
(II) RETAIL VINTAGE PBA BOND CLAIMS IN CLASS 7, AND
(III) VINTAGE CW GUARANTEE BOND CLAIMS IN CLASS 23**

---

IF YOU ARE AN INDIVIDUAL WHO HOLDS VINTAGE PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL VINTAGE PBA BOND CLAIM IN CLASS 7.

IF YOU ARE A HOLDER OF VINTAGE PBA BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A VINTAGE PBA BOND CLAIM IN CLASS 1.

HOLDERS OF VINTAGE PBA BOND CLAIMS IN CLASS 1 OR RETAIL VINTAGE PBA BONDS IN CLASS 7 (AS APPLICABLE) ALSO HOLD VINTAGE CW GUARANTEE BOND CLAIMS IN CLASS 23.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 1 and Class 7 (as applicable), and Class 23** of the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

***Vintage PBA Bond Claim / Retail Vintage PBA Bond Claim / Vintage CW Guarantee Bond Claim Voting***. Holders of (i) Vintage PBA Bond Claims in Class 1 or Retail Vintage PBA Bond Claims in Class 7 (as applicable) and (ii) Vintage CW Guarantee Bond Claims in Class 23 may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) Vintage PBA Bond Claims in Class 1 or Retail Vintage PBA Bond Claims in Class 7 (as applicable) and (ii) Vintage CW Guarantee Bond Claims in Class 23 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all Vintage CW Guarantee Bond Claims are currently placed in Class 23 for voting and distribution purposes. If you make a Vintage CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your Vintage CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your Vintage CW Guarantee Bond Claims will be moved into Class 29 and treated as a Vintage CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

***Vintage CW Guarantee Bond Claims Election***. Pursuant to the Plan, holders of Vintage CW Guarantee Bond Claims are entitled to their Pro Rata Share of the Vintage CW Guarantee Bond Recovery.[3] Such holders may elect to have their Vintage CW Guarantee Bond Claim treated as a Vintage CW Guarantee Bond Claim (Taxable Election) in **Class 29** (the "**Vintage CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 29** as well as in **Class 1** or **Class 7** (as applicable). If you do **not** make the

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The Vintage CW Guarantee Bond Recovery is shared among the Vintage CW Guarantee Bond Claims, the Vintage CW Guarantee Bond Claims (Assured), the Vintage CW Guarantee Bond Claims (National), the Vintage CW Guarantee Bond Claims (Ambac), the Vintage CW Guarantee Bond Claims (FGIC), and the Vintage CW Guarantee Bond Claims (Syncora).

Vintage CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTION AND VOTING PROCESS

Beneficial holders of securities giving rise to Impaired Claims in **Class 23** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the Vintage CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the Vintage CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the Vintage CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 29**. For the avoidance of doubt, by electing to receive the Vintage CW Guarantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 1** or **Class 7** (as applicable).

  To make the Vintage CW Guarantee Taxable Bond Distribution Election to receive the Vintage CW Guarantee Taxable Bond Distribution and be treated under **Class 29**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the Vintage CW Guarantee Bond Recovery** (This is the default Plan distribution for Vintage CW Guarantee Bond Claims in **Class 23** if no election is made).

If you do <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 1 or Class 7 (as

applicable), and Class 23.  Please note that you must vote all Claims consistently (either all to accept or all to reject).  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the Vintage CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

*      *      *      *      *

(*Continued on Next Page*)

## How to Submit a Valid Election or Vote

***Retail Investors:***

If you are a Retail Investor and wish to:

(a) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 7** and **Class 29**,

(b) <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 7** and **Class 23**, or

(c) <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 7** and **Class 23**,

you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

***Non-Retail Investors:***

If you are <u>not</u> a Retail Investor and wish to:

(d) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 1** and **Class 29**,

(e) <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 1** and **Class 23**, or

(f) <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 1** and **Class 23**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (<u>i.e.</u>, take no action), you will be deemed to be holding a Class 1 Claim and Class 23 Claim and will receive the corresponding treatment and distribution.**

\*   \*   \*   \*   \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage PBA Bond Claim or Retail Vintage PBA Bond Claim (as applicable) and Vintage CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR NON-RETAIL INVESTORS (CLASS 1)*:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).  HOWEVER, IF YOU MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT**

**TO YOUR VINTAGE CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

***NOTE FOR RETAIL INVESTORS (CLASS 7)*****:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.  HOWEVER, IF YOU MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR VINTAGE CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

<p align="center">*   *   *   *   *</p>

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting  and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

<p align="center">*   *   *   *   *</p>

The election to have your Vintage CW Guarantee Bond Claims be treated in **Class 29** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 29** that are not in proper form or the acceptance of which

would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 29**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 29** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 29**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of Vintage PBA Bonds that holds multiple CUSIPs of Vintage PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**<u>Schedule 3(b)</u>**

**Form of Ballot for Assured on Account of Claims
in Class 2 (Vintage PBA Bond Claims (Assured)),
Class 17 (Vintage CW Bond Claims (Assured)),
Class 24 (Vintage CW Guarantee Bond Claims (Assured)),
Class 32 (2011 CW Bond Claims (Assured)),
Class 37 (2011 CW Series D/E/PIB Bond Claims (Assured)), and
Class 42 (2012 CW Bond Claims (Assured))**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN [CLASS 2 (VINTAGE PBA BOND CLAIMS (ASSURED)) / CLASS 17 (VINTAGE CW BOND CLAIMS (ASSURED)) / CLASS 24 (VINTAGE CW GUARANTEE BOND CLAIMS (ASSURED)) / CLASS 32 (2011 CW BOND CLAIMS (ASSURED)) / CLASS 37 (2011 CW SERIES D/E/PIB BOND CLAIMS (ASSURED) / CLASS 42 (2012 CW BOND CLAIMS (ASSURED))]

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "Assured"). Pursuant to the Disclosure Statement Order, Assured is entitled to accept or reject the Plan on account of Impaired Claims in [Class 2 (Vintage PBA Bond Claims (Assured)) / Class 17 (Vintage CW Bond Claims (Assured)) / Class 24 (Vintage CW Guarantee Bond Claims (Assured)) / Class 32 (2011 CW Bond Claims (Assured)) / Class 37 (2011 CW Series D/E/PIB Bond Claims (Assured)) / Class 42 (2012 CW Bond Claims (Assured))] arising from securities insured by Assured. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) <u>**Online**</u>: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 5031000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                    **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 2 (Vintage PBA Bond Claims (Assured)) / Class 17 (Vintage CW Bond Claims (Assured)) / Class 24 (Vintage CW Guarantee Bond Claims (Assured)) / Class 32 (2011 CW Bond Claims (Assured)) / Class 37 (2011 CW Series D/E/PIB Bond Claims (Assured)) / Class 42 (2012 CW Bond Claims (Assured))**] set forth below in the following aggregate amount:



\*   \*   \*   \*   \*   \*

**Item 2**.                    **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐  **ACCEPT** (vote FOR) the Plan | ☐  **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

          Unique E-Ballot ID#:_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3.**                    **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                              (Print or Type)

                                    _____

Signature:_____

Name of Signatory:_____
                                              (If other than holder)

Title:     _____

Address:  _____

          _____

          _____

Telephone
Number:   _____

Email:     _____

Date Completed:  _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 2 (VINTAGE PBA BOND
CLAIMS (ASSURED)) / CLASS 17 (VINTAGE CW BOND CLAIMS (ASSURED)) /
CLASS 24 (VINTAGE CW GUARANTEE BOND CLAIMS (ASSURED)) / CLASS 32
(2011 CW BOND CLAIMS (ASSURED)) / CLASS 37 (2011 CW SERIES D/E/PIB BOND
CLAIMS (ASSURED) / CLASS 42 (2012 CW BOND CLAIMS (ASSURED))]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)   **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| :---: | :---: |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521 | M – F<br>8:30 a.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Arecibo, PR 00612 | to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.     If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

## Schedule 3(c)

**Form of Ballot for National on Account of Claims
in Class 3 (Vintage PBA Bond Claims (National)),
Class 18 (Vintage CW Bond Claims (National)),
and Class 25 (Vintage CW Guarantee Bond Claims (National))**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
[CLASS 3 (VINTAGE PBA BOND CLAIMS (NATIONAL)) /
CLASS 18 (VINTAGE CW BOND CLAIMS (NATIONAL)) /
CLASS 25 (VINTAGE CW GUARANTEE BOND CLAIMS (NATIONAL))]**

      The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used herein but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by National Public Finance Guarantee Corporation ("National"). Pursuant to Disclosure Statement Order, National is entitled to accept or reject the Plan on account of Impaired Claims in [Class 3 (Vintage PBA Bond Claims (National)) / Class 18 (Vintage CW Bond Claims (National)) / Class 25 (Vintage CW Guarantee Bond Claims (National))] arising from securities insured by National. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)    **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)   **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**                         **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 3 (Vintage PBA Bond Claims (National)) / Class 18 (Vintage CW Bond Claims (National)) / Class 25 (Vintage CW Guarantee Bond Claims (National))**] set forth below in the following aggregate amount:



$\qquad$ \* \* \* \* \* \*

**Item 2.**                         **Vote on Plan.**

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:** _____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.                          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                                (Print or Type)

_____

Signature:_____

Name of Signatory:_____
                                                (If other than holder)

Title:    _____

Address:  _____

          _____

          _____

Telephone
Number:   _____

Email:    _____

Date Completed:  _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 3 (VINTAGE PBA BOND
CLAIMS (NATIONAL)) / CLASS 18 (VINTAGE CW BOND CLAIMS (NATIONAL)) /
CLASS 25 (VINTAGE CW GUARANTEE BOND CLAIMS (NATIONAL))]**

1.        This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.        The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.        **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(iv)    **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(v)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(vi) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*   *   *   *   *

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Schedule 3(d)</u>**

**Form of Ballot for Ambac on Account of Claims
in Class 4 (Vintage PBA Bond Claims (Ambac)),
Class 19 (Vintage CW Bond Claims (Ambac)),
and Class 26 (Vintage CW Guarantee Bond Claims (Ambac))**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## [CLASS 4 (VINTAGE PBA BOND CLAIMS (AMBAC)) /
## CLASS 19 (VINTAGE CW BOND CLAIMS (AMBAC)) /
## CLASS 26 (VINTAGE CW GUARANTEE BOND CLAIMS (AMBAC))]

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "<u>Disclosure Statement Order</u>"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used herein but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Ambac Assurance Corporation ("<u>Ambac</u>"). Pursuant to Disclosure Statement Order, Ambac is entitled to accept or reject the Plan on account of Impaired Claims in [Class 4 (Vintage PBA Bond Claims (Ambac)) / Class 19 (Vintage CW Bond Claims (Ambac)) / Class 26 (Vintage CW Guarantee Bond Claims (Ambac))] arising from securities insured by Ambac. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2ⁿᵈ Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**                     **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 4 (Vintage PBA Bond Claims (Ambac)) / Class 19 (Vintage CW Bond Claims (Ambac)) / Class 26 (Vintage CW Guarantee Bond Claims (Ambac))**] set forth below in the following aggregate amount:



*     *     *     *     *

**Item 2.**               **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| | |
|---|---|
| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3.**                          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:     _____

Address:  _____

            _____

            _____

Telephone
Number:  _____

Email:    _____

Date Completed:  _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 4 (VINTAGE PBA BOND
CLAIMS (AMBAC)) / CLASS 19 (VINTAGE CW BOND CLAIMS (AMBAC)) / CLASS
26 (VINTAGE CW GUARANTEE BOND CLAIMS (AMBAC))]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *SixthSeventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 27,30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the SixthSeventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 27,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:   Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 5031000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.    To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **__Item 1__** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*      *      *      *      *

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Schedule 3(e)**

**Form of Ballot for FGIC on Account of Claims
in Class 5 (Vintage PBA Bond Claims (FGIC)),
Class 20 (Vintage CW Bond Claims (FGIC)),
and Class 27 (Vintage CW Guarantee Bond Claims (FGIC))**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO<br>PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN**
**[CLASS 5 (VINTAGE PBA BOND CLAIMS (FGIC)) /**
**CLASS 20 (VINTAGE CW BOND CLAIMS (FGIC)) /**
**CLASS 27 (VINTAGE CW GUARANTEE BOND CLAIMS (FGIC))]**

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the* ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Financial Guaranty Insurance Company ("FGIC"). Pursuant to Disclosure Statement Order, FGIC is entitled to accept or reject the Plan on account of Impaired Claims in [Class 5 (Vintage PBA Bond Claims (FGIC)) / Class 20 (Vintage CW Bond Claims (FGIC)) / Class 27 (Vintage CW Guarantee Bond Claims (FGIC))] arising from securities insured by FGIC.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 5031000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                     **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 5 (Vintage PBA Bond Claims (FGIC)) / Class 20 (Vintage CW Bond Claims (FGIC)) / Class 27 (Vintage CW Guarantee Bond Claims (FGIC))**] set forth below in the following aggregate amount:



\*    \*    \*    \*    \*

**Item 2**.                     **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

          **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.                    **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                    (Print or Type)


                    _____

Signature:_____

Name of Signatory:_____
                                    (If other than holder)

Title:      _____

Address:  _____

            _____

            _____

Telephone
Number:  _____

Email:      _____

Date Completed:  _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 5 (VINTAGE PBA BOND
CLAIMS (FGIC)) / CLASS 20 (VINTAGE CW BOND CLAIMS (FGIC)) / CLASS 27
(VINTAGE CW GUARANTEE BOND CLAIMS (FGIC)]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Sixth*Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 27,30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Sixth*Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 27,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:   Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*   *   *   *   *

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

## Schedule 3(f)

**Form of Ballot for Syncora on Account of Claims
in Class 6 (Vintage PBA Bond Claims (Syncora)),
Class 21 (Vintage CW Bond Claims (Syncora)),
and Class 28 (Vintage CW Guarantee Bond Claims (Syncora))**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## [CLASS 6 (VINTAGE PBA BOND CLAIMS (SYNCORA)) /
## CLASS 21 (VINTAGE CW BOND CLAIMS (SYNCORA)) /
## CLASS 28 (VINTAGE CW GUARANTEE BOND CLAIMS (SYNCORA))]

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated [●], 2021 (the "<u>Disclosure Statement Order</u>"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used herein but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Syncora Guarantee Inc. ("<u>Syncora</u>"). Pursuant to Disclosure Statement Order, Syncora is entitled to accept or reject the Plan on account of Impaired Claims in [Class 6 (Vintage PBA Bond Claims (Syncora)) / Class 21 (Vintage CW Bond Claims (Syncora)) / Class 28 (Vintage CW Guarantee Bond Claims (Syncora))] arising from securities insured by Syncora. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite ~~503~~1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**                    **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 6 (Vintage PBA Bond Claims (Syncora)) / Class 21 (Vintage CW Bond Claims (Syncora)) / Class 28 (Vintage CW Guarantee Bond Claims (Syncora))**] set forth below in the following aggregate amount:



\*     \*     \*     \*     \*     \*

**Item 2.**                    **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.                           **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                    (Print or Type)


                        _____

Signature:_____

Name of Signatory:_____
                                    (If other than holder)

Title:     _____

Address:  _____

          _____

          _____

Telephone
Number:   _____

Email:    _____

Date Completed:  _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 6 (VINTAGE PBA BOND
CLAIMS (SYNCORA)) / CLASS 21 (VINTAGE CW BOND CLAIMS (SYNCORA)) /
CLASS 28 (VINTAGE CW GUARANTEE BOND CLAIMS (SYNCORA))]**

1.    This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. _____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.    The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.    **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(iv)   **Online**:   Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.   Follow the instructions set forth on the website.   You are encouraged to submit your Ballot via the E-Ballot platform.   If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(v)   **First Class Mail, Hand Delivery, or Overnight Courier**:   Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(vi) **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*    *    *    *    *

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Schedule 3(g)**
**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 8 (2011 PBA Bond Claims),
Class 9 (Retail 2011 PBA Bond Claims), and
Class 34 (2011 CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR HOLDERS OF
(I) 2011 PBA BOND CLAIMS IN CLASS 8,
(II) RETAIL 2011 PBA BOND CLAIMS IN CLASS 9, AND
(III) 2011 CW GUARANTEE BOND CLAIMS IN CLASS 34**

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2011 PBA BOND CLAIM IN CLASS 9.

IF YOU ARE A HOLDER OF 2011 PBA BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2011 PBA BOND CLAIM IN CLASS 8.

HOLDERS OF 2011 PBA BOND CLAIMS IN CLASS 8 OR RETAIL 2011 PBA BONDS IN CLASS 9 (AS APPLICABLE) ALSO HOLD 2011 CW GUARANTEE BOND CLAIMS IN CLASS 34.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 8 and Class 9 (as applicable), and Class 34** of the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2011 PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

***2011 PBA Bond Claim / Retail 2011 PBA Bond Claim / 2011 CW Guarantee Bond Claim Voting***.  Holders of (i) 2011 PBA Bond Claims in Class 8 or Retail 2011 PBA Bond Claims in Class 9 (as applicable) and (ii) 2011 CW Guarantee Bond Claims in Class 34 may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) 2011 PBA Bond Claims in Class 8 or Retail 2011 PBA Bond Claims in Class 9 (as applicable) and (ii) 2011 CW Guarantee Bond Claims in Class 34 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all 2011 CW Guarantee Bond Claims are currently placed in Class 34 for voting and distribution purposes. If you make a 2011 CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your 2011 CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your 2011 CW Guarantee Bond Claims will be moved into Class 35 and treated as a 2011 CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

***2011 CW Guarantee Bond Claims Election***.  Pursuant to the Plan, holders of 2011 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2011 CW Guarantee Bond Recovery. Such holders may elect to have their 2011 CW Guarantee Bond Claim treated as a 2011 CW Guarantee Bond Claim (Taxable Election) in **Class 35** (the "**2011 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 35** as well as in **Class 8** or **Class 9** (as applicable).  If you do <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

---

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTION AND VOTING PROCESS

Beneficial holders of securities giving rise to Impaired Claims in **Class 34** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Guarantee Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2011 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 35**.  For the avoidance of doubt, by electing to receive the 2011 CW Gurantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 8** or **Class 9** (as applicable).

  To make the 2011 CW Guarantee Taxable Bond Distribution Election to receive the 2011 CW Gurantee Taxable Bond Distribution and be treated under **Class 35**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the 2011 CW Guarantee Bond Recovery** (This is the default Plan distribution for 2011 CW Guarantee Bond Claims in **Class 34** if no election is made).

If you do <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 8 or Class 9 (as applicable), and Class 34.  Please note that you must vote all Claims consistently (either all to accept or all to reject).  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

(*Continued on Next Page*)

### **How to Submit a Valid Election or Vote**

*Retail Investors:*

If you are a Retail Investor and wish to:

(a) make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 9** and **Class 35**,

(b) <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 9** and **Class 34**, or

(c) <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 9** and **Class 34**,

you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

*Non-Retail Investors:*

If you are <u>not</u> a Retail Investor and wish to:

(d) make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 8** and **Class 35**,

(e) <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 8** and **Class 34**, or

(f) <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 8** and **Class 34**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (<u>i.e.</u>, take no action), you will be deemed to be holding a Class 8 Claim and Class 34 Claim and will receive the corresponding treatment and distribution.**

\* \* \* \* \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 PBA Bond Claim or Retail 2011 PBA Bond Claim (as applicable) and 2011 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION  DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR NON-RETAIL INVESTORS (CLASS 8)*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).  HOWEVER, IF YOU MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO**

**YOUR 2011 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

*NOTE FOR RETAIL INVESTORS (CLASS 9)*:   **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.  HOWEVER, IF YOU MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2011 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

*       *       *       *       *

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting  and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

*       *       *       *       *

The election to have your 2011 CW Guarantee Bond Claims be treated in **Class 35** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 35** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to

waive any defects, irregularities or conditions as to the election to be treated in **Class 35**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 35** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 35**, or will incur any liability to you for failure to give any such notification.

<p style="text-align:center">*   *   *   *   *</p>

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of 2011 PBA Bonds that holds multiple CUSIPs of 2011 PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

<p style="text-align:center">*   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 3(h)**

**Form of Notice of Voting Instructions for Holders of Claims in
Class 9 (2012 PBA Bond Claims),
Class 10 (Retail 2012 PBA Bond Claims), and
Class 41 (2012 CW Guarantee Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF
(I) 2012 PBA BOND CLAIMS IN CLASS 10,
(II) RETAIL 2012 PBA BOND CLAIMS IN CLASS 11, AND
(III) 2012 CW GUARANTEE BOND CLAIMS IN CLASS 44**

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2012 PBA BONDS IN THE AGGREGATE
AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE
ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY
MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2012 PBA
BOND CLAIM IN CLASS 11.

IF YOU ARE A HOLDER OF 2012 PBA BONDS AND ARE NOT A RETAIL INVESTOR,
YOU HOLD A 2012 PBA BOND CLAIM IN CLASS 10.

HOLDERS OF 2012 PBA BOND CLAIMS IN CLASS 10 OR RETAIL 2012 PBA BONDS
IN CLASS 11 (AS APPLICABLE) ALSO HOLD 2012 CW GUARANTEE BOND CLAIMS
IN CLASS 44.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No.
17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four
Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-
BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority
("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 10 and Class 11 (as applicable), and Class 44** of the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2012 PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*2012 PBA Bond Claim / Retail 2012 PBA Bond Claim / 2012 CW Guarantee Bond Claim Voting*.  Holders of (i) 2012 PBA Bond Claims in Class 10 or Retail 2012 PBA Bond Claims in Class 11 (as applicable) and (ii) 2012 CW Guarantee Bond Claims in Class 44 may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) 2012 PBA Bond Claims in Class 10 or Retail 2012 PBA Bond Claims in Class 11 (as applicable) and (ii) 2012 CW Guarantee Bond Claims in Class 44 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all 2012 CW Guarantee Bond Claims are currently placed in Class 44 for voting and distribution purposes. If you make a 2012 CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your 2012 CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your 2012 CW Guarantee Bond Claims will be moved into Class 45 and treated as a 2012 CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

*2012 CW Guarantee Bond Claims Election*.  Pursuant to the Plan, holders of 2012 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2012 CW Guarantee Bond Recovery. Such holders may elect to have their 2012 CW Guarantee Bond Claim treated as a 2012 CW Guarantee Bond Claim (Taxable Election) in **Class 45** (the "**2012 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 45** as well as in **Class 10** or **Class 11** (as applicable).  If you do <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings**

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

given to such terms in the Plan.  **If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

<p style="text-align:center">\*     \*     \*     \*     \*</p>

<p style="text-align:center">**ELECTION AND VOTING PROCESS**</p>

Beneficial holders of securities giving rise to Impaired Claims in **Class 44** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Guarantee Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2012 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2012 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 45**.  For the avoidance of doubt, by electing to receive the 2012 CW Gurantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 10** or **Class 11** (as applicable).

  To make the 2012 CW Guarantee Taxable Bond Distribution Election to receive the 2012 CW Gurantee Taxable Bond Distribution and be treated under **Class 45**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the 2012 CW Guarantee Bond Recovery** (This is the default Plan distribution for 2012 CW Guarantee Bond Claims in **Class 44** if no election is made).

If you do <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 10 or Class 11 (as applicable), and Class 44.  Please note that you must vote all Claims consistently (either all to accept or all to reject).  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2012 CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein**.

<div align="center">

\*   \*   \*   \*   \*

(*Continued on Next Page*)

</div>

## <u>How to Submit a Valid Election or Vote</u>

*Retail Investors:*

If you are a Retail Investor and wish to:

(a) make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 11** and **Class 45**,

(b) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 11** and **Class 44**, or

(c) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 11** and **Class 44**,

you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

*Non-Retail Investors:*

If you are <u>not</u> a Retail Investor and wish to:

(d) make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 10** and **Class 45**,

(e) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 10** and **Class 44**, or

(f) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 10** and **Class 44**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (<u>i.e.</u>, take no action), you will be deemed to be holding a Class 10 Claim and Class 44 Claim and will receive the corresponding treatment and distribution.**

\*   \*   \*   \*   \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 PBA Bond Claim or Retail 2012 PBA Bond Claim (as applicable) and 2012 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION  DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR NON-RETAIL INVESTORS (CLASS 10)*:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).  HOWEVER, IF YOU MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO**

**YOUR 2012 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

***NOTE FOR RETAIL INVESTORS (CLASS 11)*:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.  HOWEVER, IF YOU MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2012 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP**

\*   \*   \*   \*   \*

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting  and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\*   \*   \*   \*   \*

The election to have your 2012 CW Guarantee Bond Claims be treated in **Class 45** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 45** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 45**. A

waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 45** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 45**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of 2012 PBA Bonds that holds multiple CUSIPs of 2012 PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").  The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com.  If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Schedule 3(i)

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 14 (Vintage CW Bond Claims) and Class 15 (Retail Vintage CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS
FOR HOLDERS OF VINTAGE CW BONDS WITH CLAIMS
IN CLASS 15 AND RETAIL VINTAGE CW BOND CLAIMS IN CLASS 16**

---

IF YOU ARE AN INDIVIDUAL WHO HOLDS VINTAGE CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL VINTAGE CW BONDS CLAIM IN CLASS 16.

IF YOU ARE A HOLDER OF VINTAGE CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A VINTAGE CW BONDS CLAIM IN CLASS 15.

---

    This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 15 and Class 16 (as applicable)** of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The Vintage CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all Vintage CW Bond Claims are currently placed in Class 15 for voting and distribution purposes and all Retail Vintage CW Bond Claims are currently placed in Class 16 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your Vintage CW Bonds or Retail Vintage CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 15 Vintage CW Bond Holder Election*.  Pursuant to the Plan, holders of Vintage CW Bond Claims are entitled to their Pro Rata Share of the Vintage CW Bond Recovery.[3]  Holders of Vintage CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 15 Vintage CW Bond Holder Voting*.  Holders of Vintage CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Vintage CW Bond Claims who make an election to have their Vintage CW Bond Claim treated as a Vintage CW Bond Claim (Taxable Election) in **Class 22** (the "**Vintage CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 22**.

*Class 16 Retail Vintage CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail Vintage CW Bond Claims are entitled to their Pro Rata Share of (a) the Vintage CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 16** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail Vintage CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail Vintage CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 16 Retail Vintage CW Bond Holder Voting*.  Holders of Retail Vintage CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail Vintage CW Bond Claims who make an election to have their Retail Vintage CW Bond Claim

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims (Assured), Vintage CW Bond Claims (National), Vintage CW Bond Claims (Ambac), Vintage CW Bond Claims (FGIC), Vintage CW Bond Claims (Syncora) and Retail Vintage CW Bond Claims.

[4]   The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims (Assured), Vintage CW Bond Claims (National), Vintage CW Bond Claims (Ambac), Vintage CW Bond Claims (FGIC), Vintage CW Bond Claims (Syncora) and Retail Vintage CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

treated as a Vintage CW Bond Claim (Taxable Election) in **Class 22** (the "**Vintage CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 22**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the* ~~*Sixth*~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27~~,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 15 or Class 16**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the Vintage Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the Vintage CW Bond Recovery, as modified by your Pro Rata Share of the Vintage Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 22**.

  To make the Vintage CW Taxable Bond Distribution Election to receive the Vintage Taxable Bond Distribution and be treated under **Class 22**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

> - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 15 Default Treatment**: **Receive Pro Rata Share of the Vintage CW Bond Recovery** (This is the default Plan distribution for Vintage CW Bond Claims in **Class 15** if no election is made). If you do not make the Vintage CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 16 Default Treatment**: **Receive Pro Rata Share of the Vintage CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail Vintage CW Bond Claims in **Class 16** if no election is made and **Class 16** votes to accept the Plan). If you do not make the Vintage CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of Vintage CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the Vintage CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<div align="center">

\*   \*   \*   \*   \*

</div>

<div align="center">

**<u>How to Submit a Valid Election and/or Vote (as applicable)</u>**

</div>

If you wish to (a) make the Vintage CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 22**, (b) receive the default Plan distribution for **Class 15 or Class 16** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 15 or Class 16** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver all your Vintage CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.  For the avoidance of doubt, you cannot make the CW Taxable Bond Distribution Election for only some of your bonds; rather, you must instruct your Nominee to electronically deliver all your Vintage CW Bonds into only one of the options set forth above.

In addition, by delivering your Vintage CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage CW Bond Claim or a Retail Vintage CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other Vintage CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 15 or Class 16 (as applicable) on account of Vintage CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of Vintage CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 15 or Class 16 (as applicable) on account of Vintage CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your Vintage CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline.**"

---

**_NOTE FOR HOLDERS OF VINTAGE CW BONDS IN CLASS 15_: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021.**

**IF YOU TENDER YOUR BONDS TO MAKE THE VINTAGE CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 22, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL VINTAGE CW BONDS IN CLASS 16***: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE VINTAGE CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 22, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the Vintage CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 15 or Class 16 (as applicable)** and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 15 or Class 16 (as applicable)** and cast a vote to reject the Plan and withdraw your Vintage CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your Vintage CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 22** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 22** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 22**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 22** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 22**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of Vintage CW Bonds that hold multiple CUSIPs of Vintage CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 3(j)**

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 30 (2011 CW Bond Claims) and Class 31 (Retail 2011 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION
INSTRUCTIONS FOR HOLDERS OF 2011 CW BONDS WITH
CLAIMS IN CLASS 30 AND RETAIL 2011 CW BOND CLAIMS IN CLASS 31**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2011 CW BONDS CLAIM IN CLASS 31.
>
> IF YOU ARE A HOLDER OF 2011 CW BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2011 CW BONDS CLAIM IN CLASS 30.

     This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 30 and Class 31 (as applicable)** of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2011 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2011 CW Bond Claims are currently placed in Class 30 for voting and distribution purposes and all Retail 2011 CW Bond Claims are currently placed in Class 31 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Bonds or Retail 2011 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 30 2011 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2011 CW Bond Claims are entitled to their Pro Rata Share of the 2011 CW Bond Recovery.[3]  Holders of 2011 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 30 2011 CW Bond Holder Voting*.  Holders of 2011 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2011 CW Bond Claims who make an election to have their 2011 CW Bond Claim treated as a 2011 CW Bond Claim (Taxable Election) in **Class 33** (the "**2011 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 33**.

*Class 31 Retail 2011 CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2011 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2011 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 31** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2011 CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2011 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 31 Retail 2011 CW Bond Holder Voting*.  Holders of Retail 2011 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2011 CW Bond Claims who make an election to have their Retail 2011 CW Bond Claim treated as a 2011 CW Bond Claim (Taxable Election) in **Class 33** (the "**2011 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 33**.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2011 CW Bond Recovery is shared among the 2011 CW Bond Claims, 2011 CW Bond Claims (Insured), and Retail 2011 CW Bond Claims.

[4]   The 2011 CW Bond Recovery is shared among the 2011 CW Bond Claims, 2011 CW Bond Claims (Insured), and Retail 2011 CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27~~30 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 30 or Class 31**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2011 CW Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 33**.

  To make the 2011 CW Taxable Bond Distribution Election to receive the 2011 CW Taxable Bond Distribution and be treated under **Class 33**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 30 Default Treatment: Receive Pro Rata Share of the 2011 CW Bond Recovery** (This is the default Plan distribution for 2011 CW Bond Claims in **Class 30** if no election is made). If you do not make the 2011 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 31 Default Treatment: Receive Pro Rata Share of the 2011 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2011 CW Bond Claims in **Class 31** if no election is made and **Class 31** votes to accept the Plan). If you do not make the 2011 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2011 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><u>**How to Submit a Valid Election and/or Vote (as applicable)**</u></p>

If you wish to (a) make the 2011 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 33**, (b) receive the default Plan distribution for **Class 30 or Class 31** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 30 or Class 31** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 CW Bond Claim or a Retail 2011 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2011 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to

provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 30 or Class 31 (as applicable) on account of 2011 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 30 or Class 31 (as applicable) on account of 2011 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2011 CW BONDS IN CLASS 30*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 33, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2011 CW BONDS IN CLASS 31*:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2011 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 33, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

<p align="center">*   *   *   *   *</p>

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2011 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 30 or Class 31 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 30 or Class 31 (as applicable**) and cast a vote to reject the Plan and withdraw your 2011 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 33** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 33** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 33**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 33** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 33**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of 2011 CW Bonds that hold multiple CUSIPs of 2011 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").  The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.  If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

**INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 3(k)**

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 36 (2011 CW Series D/E/PIB Bond Claims) and Class 38 (Retail 2011 CW Series
D/E/PIB Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS**
**FOR HOLDERS OF 2011 CW SERIES D/E/PIB BONDS WITH CLAIMS IN**
**CLASS 36 AND RETAIL 2011 CW SERIES D/E/PIB BOND CLAIMS IN CLASS 38**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 CW SERIES D/E/PIB BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2011 CW SERIES D/E/PIB BONDS CLAIM IN CLASS 38.
>
>
> IF YOU ARE A HOLDER OF 2011 CW SERIES D/E/PIB BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2011 CW SERIES D/E/PIB BONDS CLAIM IN CLASS 36.

       This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"**Commonwealth**") giving rise to claims under **Class 36 and Class 38 (as applicable)** of the ~~*Sixth*~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   The 2011 CW Series D/E/PIB Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

> **For the avoidance of doubt, all 2011 CW Series D/E/PIB Bond Claims are currently placed in Class 36 for voting and distribution purposes and all Retail 2011 CW Series D/E/PIB Bond Claims are currently placed in Class 38 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Series D/E/PIB Bonds or Retail 2011 CW Series D/E/PIB Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

> ***Class 36 2011 CW Series D/E/PIB Bond Holder Election***.  Pursuant to the Plan, holders of 2011 CW Series D/E/PIB Bond Claims are entitled to their Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery.[3]   Holders of 2011 CW Series D/E/PIB Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

> ***Class 36 2011 CW Series D/E/PIB Bond Holder Voting***.  Holders of 2011 CW Series D/E/PIB Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2011 CW Series D/E/PIB Bond Claims who make an election to have their 2011 CW Series D/E/PIB Bond Claim treated as a 2011 CW Series D/E/PIB Bond Claim (Taxable Election) in **Class 39** (the "**2011 CW Series D/E/PIB Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 39**.

> ***Class 38 Retail 2011 CW Series D/E/PIB Bond Holder Election***.  Pursuant to the Plan, holders of Retail 2011 CW Series D/E/PIB Bond Claims are entitled to their Pro Rata Share of (a) the 2011 CW Series D/E/PIB Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 38** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2011 CW Series D/E/PIB Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2011 CW Series D/E/PIB Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2011 CW Series D/E/PIB Bond Recovery is shared among the 2011 CW Series D/E/PIB Bond Claims, 2011 CW Series D/E/PIB Bond Claims (Assured), and Retail 2011 CW Series D/E/PIB Bond Claims.

[4]   The 2011 CW Series D/E/PIB Bond Recovery is shared among the 2011 CW Series D/E/PIB Bond Claims, 2011 CW Series D/E/PIB Bond Claims (Assured), and Retail 2011 CW Series D/E/PIB Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

***Class 38 Retail 2011 CW Series D/E/PIB Bond Holder Voting***.  Holders of Retail 2011 CW Series D/E/PIB Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2011 CW Series D/E/PIB Bond Claims who make an election to have their Retail 2011 CW Series D/E/PIB Bond Claim treated as a 2011 CW Series D/E/PIB Bond Claim (Taxable Election) in **Class 39** (the "**2011 CW Series D/E/PIB Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 39**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 63 or Class 38**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Series D/E/PIB Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Series D/E/PIB Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 39**.

  To make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election to receive the 2011 CW Series D/E/PIB Taxable Bond Distribution and be treated

under **Class 39**, you must certify in connection with your election that you are either:

o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 63 Default Treatment: Receive Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery** (This is the default Plan distribution for 2011 CW Series D/E/PIB Bond Claims in **Class 36** if no election is made). If you do not make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 38 Default Treatment: Receive Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2011 CW Series D/E/PIB Bond Claims in **Class 38** if no election is made and **Class 38** votes to accept the Plan). If you do not make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2011 CW Series D/E/PIB Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

*      *      *      *      *

**<u>How to Submit a Valid Election and/or Vote (as applicable)</u>**

If you wish to (a) make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 39**, (b) receive the default Plan distribution for **Class 36 or Class 38** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 36 or Class 38** (as applicable) and cast a vote to reject the Plan, you must:

•   instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 CW Series D/E/PIB Bonds via the Automated Tender Offer Program ("**ATOP**")

at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Series D/E/PIB Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 CW Series D/E/PIB Bond Claim or a Retail 2011 CW Series D/E/PIB Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2011 CW Series D/E/PIB Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 36 or Class 38 (as applicable) on account of 2011 CW Series D/E/PIB Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Series D/E/PIB Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 36 or Class 38 (as applicable) on account of 2011 CW Series D/E/PIB Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Series D/E/PIB Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2011 CW SERIES D/E/PIB BONDS IN CLASS 36***:  **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST**

A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).

IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW SERIES D/E/PIB TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 39, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

***NOTE FOR HOLDERS OF RETAIL 2011 CW SERIES D/E/PIB BONDS IN CLASS 38***: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2011 CW SERIES D/E/PIB TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 39, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 36 or Class 38 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 36 or Class 38 (as applicable**) and cast a vote to reject the Plan and withdraw your 2011 CW Series D/E/PIB Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Series D/E/PIB Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*    \*    \*    \*    \*

The election to be treated in **Class 39** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 39** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 39**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 39** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 39**, or will incur any liability to you for failure to give any such notification.

\*    \*    \*    \*    \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of 2011 CW Series D/E/PIB Bonds that hold multiple CUSIPs of 2011 CW Series D/E/PIB Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").  The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.   If you

anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

<p align="center">*   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

<p align="center">[<em>Remainder of page intentionally left blank</em>]</p>

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**<u>Schedule 3(l)-1</u>**

**Form of Notice of Voting and Election Instructions for Holders of Claims in
Class 40 (2012 CW Bond Claims) and Class 41 (Retail 2012 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION
INSTRUCTIONS FOR HOLDERS OF 2012 CW BONDS WITH
CLAIMS IN CLASS 40 AND RETAIL 2012 CW BOND CLAIMS IN CLASS 41**

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2012 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2012 CW BONDS CLAIM IN CLASS 41.
>
> IF YOU ARE A HOLDER OF 2012 CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2012 CW BONDS CLAIM IN CLASS 40.

    This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 40 and Class 41 (as applicable)** of the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2012 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2012 CW Bond Claims are currently placed in Class 40 for voting and distribution purposes and all Retail 2012 CW Bond Claims are currently placed in Class 41 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2012 CW Bonds or Retail 2012 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 40 2012 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2012 CW Bond Claims are entitled to their Pro Rata Share of the 2012 CW Bond Recovery.[3]  Holders of 2012 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 40 2012 CW Bond Holder Voting*.  Holders of 2012 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2012 CW Bond Claims who make an election to have their 2012 CW Bond Claim treated as a 2012 CW Bond Claim (Taxable Election) in **Class 43** (the "**2012 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 43**.

*Class 41 Retail 2012 CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2012 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2012 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 41** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2012 CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2012 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 41 Retail 2012 CW Bond Holder Voting*.  Holders of Retail 2012 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2012 CW Bond Claims who make an election to have their Retail 2012 CW Bond Claim treated as a 2012 CW Bond Claim (Taxable Election) in **Class 43** (the "**2012 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 43**.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2012 CW Bond Recovery is shared among the 2012 CW Bond Claims, 2012 CW Bond Claims (Assured), and Retail 2012 CW Bond Claims.

[4]   The 2012 CW Bond Recovery is shared among the 2012 CW Bond Claims, 2012 CW Bond Claims (Assured), and Retail 2012 CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27~~,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 40 or Class 41**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2012 CW Bond Recovery, as modified by your Pro Rata Share of the 2012 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 43**.

  To make the 2012 CW Taxable Bond Distribution Election to receive the 2012 CW Taxable Bond Distribution and be treated under **Class 43**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 40 Default Treatment: Receive Pro Rata Share of the 2012 CW Bond Recovery** (This is the default Plan distribution for 2012 CW Bond Claims in **Class 40** if no election is made). If you do not make the 2012 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 41 Default Treatment: Receive Pro Rata Share of the 2012 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2012 CW Bond Claims in **Class 41** if no election is made and **Class 41** votes to accept the Plan). If you do not make the 2012 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2012 CW Bonds described on __Exhibit A__ attached hereto that is eligible and wishes to make the 2012 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<div align="center">*   *   *   *   *</div>

<div align="center">

### How to Submit a Valid Election and/or Vote (as applicable)

</div>

If you wish to (a) make the 2012 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 43**, (b) receive the default Plan distribution for **Class 40 or Class 41** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 40 or Class 41** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2012 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2012 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 CW Bond Claim or a Retail 2012 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2012 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to

provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 40 or Class 41 (as applicable) on account of 2012 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2012 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 40 or Class 41 (as applicable) on account of 2012 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2012 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2012 CW BONDS IN CLASS 40*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2012 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 43, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2012 CW BONDS IN CLASS 41*:  PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2012 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 43, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2012 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 40 or Class 41 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 40 or Class 41 (as applicable**) and cast a vote to reject the Plan and withdraw your 2012 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2012 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*   \*   \*   \*   \*

The election to be treated in **Class 43** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 43** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 43**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 43** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 43**, or will incur any liability to you for failure to give any such notification.

\*   \*   \*   \*   \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP**)

Any beneficial holder of 2012 CW Bonds that hold multiple CUSIPs of 2012 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**").   The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.   If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

**INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**<u>Schedule 3(l)-2</u>**

**Form of Ballot for Holders of
Non-Bond Claims in Class 40 (2012 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS
OF CLAIMS IN CLASS 40 (2012 CW BOND CLAIMS) – LENDER CLAIMS**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

<div align="center">

**Locations in the Commonwealth**
**Accepting Ballots by Hand Delivery**

All locations are available from
August 30, 2021 to October 4, 2021
(except weekends and federal holidays)

</div>

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 250 Ponce de León Ave, Suite 503 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**                  **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 40 (2012 CW Bond Claims)** set forth below in the following aggregate amount as of the Voting Record Date of June 16, 2021:



$_____

**To submit your election in Item 2 and/or your vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your election and/or your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

         **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should NOT also submit a paper Ballot.

**Item 2.**                  **Election to be Treated as 2012 CW Bond Claims (Taxable Election) (Class 43)** (Available only to Puerto Rico Investors)**.**

If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the CW Bond Distribution, as modified by your Pro Rata Share of the 2012 CW Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 43**.

To make the 2012 CW Taxable Bond Distribution Election to receive the 2012 CW Taxable Bond Distribution and be treated under **Class 43**, you must certify in connection with your election that you are either:

- o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

\*   \*   \*   \*   \*

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby:

(a)   certifies that such holder is either:

　　1.   personal income tax purposes), or

　　2.   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes); and

(b)   elects to have such holder's Claim treated as a 2012 CW Bond Claim (Taxable Election) in Class 43 and have such holder's distribution modified by the 2012 CW Taxable Bond Distribution.



☐   **Elect to be Treated as 2012 CW Bond Claim (Taxable Election) (Class 43)**

If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

**Item 3.**　　　　　　　　**Vote on Plan** (skip if you have elected to be treated as a 2012 CW Bond Claim (Taxable Election) in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**Item 4.**                           **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election and certifications in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:      _____

Address:   _____

           _____

           _____

Telephone
Number:    _____

Email:     _____

Date Completed:   _____

**VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
BALLOT FOR CLAIMS IN CLASS 40 (2012 CW BOND CLAIMS)**

1.     This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.     The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.     Pursuant to the Plan, any holder of an Allowed **2012 CW Bond Claim** may elect to have its Claim treated as a 2012 CW Bond Claim (Taxable Election) in Class 43 and have its distribution modified by the 2012 CW Taxable Bond Distribution.  If you elect to have your Claim reduced and treated as a 2012 CW Bond Claim (Taxable Election) in Class 43, you will be deemed to have accepted the Plan as a holder of a Claim in Class 43 (2012 CW Bond Claims (Taxable Election)).

4.     **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to

submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u> Carr 2 KM 143, 1ˢᵗ Floor Añasco, PR 00610 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Oceana HUB Center</u> 2 Calle Acerina Caguas, PR 00725 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Citi Towers</u> 250 Ponce de León Ave, Suite ~~503~~1000 Hato Rey, San Juan, PR 00918 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Piloto 151</u> #151 Calle de San Francisco 2ⁿᵈ Floor, Suite M Old San Juan, PR 00901 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Joe's Blue</u> Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | <u>M – F</u> 8:30 a.m. to |

| Locations in the Commonwealth Accepting Ballots by Hand Delivery |  |
| --- | --- |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) |  |
| **Address** | **Hours (AST)** |
|  | 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

6.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Schedule 3(m)**

**Form of Notice of Voting and Election Instructions for Holders of Claims in Class 46 (2014 CW Bond Claims) and Class 47 (Retail 2014 CW Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING AND ELECTION
INSTRUCTIONS FOR HOLDERS OF 2014 CW BONDS WITH
CLAIMS IN CLASS 46 AND RETAIL 2014 CW BOND CLAIMS IN CLASS 47**

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2014 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2014 CW BONDS CLAIM IN CLASS 47.

IF YOU ARE A HOLDER OF 2014 CW BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2014 CW BONDS CLAIM IN CLASS 46.

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 46 and Class 47 (as applicable)** of the

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The 2014 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2014 CW Bond Claims are currently placed in Class 46 for voting and distribution purposes and all Retail 2014 CW Bond Claims are currently placed in Class 47 for voting and distribution purposes.  If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2014 CW Bonds or Retail 2014 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 46 2014 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2014 CW Bond Claims are entitled to their Pro Rata Share of the 2014 CW Bond Recovery.[3]  Holders of 2014 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 46 2014 CW Bond Holder Voting*.  Holders of 2014 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2014 CW Bond Claims who make an election to have their 2014 CW Bond Claim treated as a 2014 CW Bond Claim (Taxable Election) in **Class 48** (the "**2014 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 48**.

*Class 47 Retail 2014 CW Bond Holder Election*.  Pursuant to the Plan, holders of Retail 2014 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2014 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 47** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2014 CW Bond Claims shall be reallocated to other claimholders.  Holders of Retail 2014 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*Class 47 Retail 2014 CW Bond Holder Voting*.  Holders of Retail 2014 CW Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of Retail 2014 CW Bond Claims who make an election to have their Retail 2014 CW Bond Claim treated as a 2014 CW Bond Claim (Taxable Election) in **Class 48** (the "**2014 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 48**.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

[4]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the* ~~*Sixth*~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27~~,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 46 or Class 47**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2014 CW Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 48**.

  To make the 2014 CW Taxable Bond Distribution Election to receive the 2014 CW Taxable Bond Distribution and be treated under **Class 48**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 46 Default Treatment: Receive Pro Rata Share of the 2014 CW Bond Recovery** (This is the default Plan distribution for 2014 CW Bond Claims in **Class 46** if no election is made). If you do not make the 2014 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 47 Default Treatment: Receive Pro Rata Share of the 2014 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2014 CW Bond Claims in **Class 47** if no election is made and **Class 47** votes to accept the Plan). If you do not make the 2014 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2014 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2014 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<div align="center">*   *   *   *   *</div>

### <u>How to Submit a Valid Election and/or Vote (as applicable)</u>

If you wish to (a) make the 2014 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 48**, (b) receive the default Plan distribution for **Class 46 or Class 47** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 46 or Class 47** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2014 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2014 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2014 CW Bond Claim or a Retail 2014 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2014 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to

provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims in Class 46 or Class 47 (as applicable) on account of 2014 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2014 CW Bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims in Class 46 or Class 47 (as applicable) on account of 2014 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2014 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2014 CW BONDS IN CLASS 46*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2014 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 48, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2014 CW BONDS IN CLASS 47*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2014 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 48, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2014 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 46 or Class 47 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 46 or Class 47 (as applicable**) and cast a vote to reject the Plan and withdraw your 2014 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2014 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

*   *   *   *   *

The election to be treated in **Class 48** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 48** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 48**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 48** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 48**, or will incur any liability to you for failure to give any such notification.

*   *   *   *   *

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
More than One Election and/or Vote Through ATOP**)

Any beneficial holder of 2014 CW Bonds that hold multiple CUSIPs of 2014 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

*   *   *   *   *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

**INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**<u>Schedule 3(n)-1</u>**

**Form of Notice of Voting and Election Instructions for
Holders of Claims in Class 49 (2014 CW Guarantee Bond Claims)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING AND ELECTION INSTRUCTIONS
## FOR HOLDERS OF 2014 CW GUARANTEE BONDS WITH CLAIMS IN CLASS 49

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 49** of the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2014 CW Guarantee Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2014 CW Guarantee Bond Claims are currently placed in Class 49 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2014 CW Guarantee Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

*2014 CW Guarantee Bond Holder Election*.  Pursuant to the Plan, holders of 2014 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2014 CW Bond Recovery.[3] Holders of 2014 CW Guarantee Bond Claims may be eligible to make an election regarding their distributions, as summarized below.  Instructions to make an election are below.

*2014 CW Guarantee Bond Holder Voting*.  Holders of 2014 CW Guarantee Bond Claims who do not make any election may vote to accept or reject the Plan.  Holders of 2014 CW Guarantee Bond Claims who make an election to have their 2014 CW Guarantee Bond Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in **Class 50** (the "**2014 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 50**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the* ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

**<u>ELECTIONS AND VOTING PROCESS FOR 2014 CW GUARANTEE BOND HOLDERS</u>**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 49**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors).  If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Guarantee Taxable Bond Distribution.  If you make this election, you will

---

[3]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

receive a Pro Rata Share of the 2015 CW Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 50**.

To make the 2014 CW Guarantee Taxable Bond Distribution Election to receive the 2014 CW Guarantee Taxable Bond Distribution and be treated under **Class 50**, you must certify in connection with your election that you are either:

  o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the CW Bond Distribution** (This is the default Plan distribution for 2014 CW Guarantee Bond Claims in **Class 49** if no election is made). If you do not make the 2014 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2014 CW Guarantee Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2014 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<div align="center">*   *   *   *   *</div>

<u>**How to Submit a Valid Election and/or Vote (as applicable)**</u>

If you wish to (a) make the 2014 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 50**, (b) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to reject the Plan, you must:

  •   instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2014 CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2014 CW Guarantee Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2014 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2014 CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of 2014 CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2014 CW Guarantee Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of 2014 CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2014 CW Guarantee Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline.**"

---

**PLEASE TAKE NOTICE THAT:**

**(A) IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST YOUR VOTE, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY**

**PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021); OR**

**(B) IF YOU TENDER YOUR BONDS TO MAKE THE 2014 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2014 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to reject the Plan and withdraw your 2014 CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2014 CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*   \*   \*   \*   \*

The election to be treated in **Class 50** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 50** that are

not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 50**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 50** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 50**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of 2014 CW Guarantee Bonds that hold multiple CUSIPs of 2014 CW Guarantee Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| Description | CUSIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 3(n)-2**

**Form of Notice of Voting and Election Instructions for**
**Holder of Ports of the Americas Authority Bond in Class 49 (2014 CW Guarantee Bond**
**Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

                       Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

**BALLOT FOR HOLDERS OF CLAIMS IN CLASS 49
(2014 CW GUARANTEE BOND CLAIMS) – PORTS OF THE AMERICAS BONDS**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~*Seventh* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated July ~~27~~,30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27~~,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)  **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery |
| :---: |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) |

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**                         **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 49 (2014 CW Guarantee Bond Claims)** set forth below in the following aggregate amount as of the Voting Record Date of June 16, 2021:



$ _____

**To submit your election in Item 2 and/or your vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your election and/or your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

          **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2.**                         **Election to be Treated as 2014 CW Guarantee Bond Claims (Taxable Election) (Class 50)** (Available only to Puerto Rico Investors)**.**

If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Guarantee Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2014 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 50**.

To make the 2014 CW Guarantee Taxable Bond Distribution Election to receive the 2014 CW Guarantee Taxable Bond Distribution and be treated under **Class 50**, you must certify in connection with your election that you are either:

> o  A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

> o  An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

<p align="center">*   *   *   *   *</p>

The undersigned holder of a Claim in the amount set forth in <u>**Item 1**</u> above hereby:

(a)  certifies that such holder is either:

1.  A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

2.  An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes); and

(b)  elects to have such holder's Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 50 and have such holder's distribution modified by the 2014 CW Guarantee Taxable Bond Distribution.

---

☐  **Elect to be Treated as 2014 CW Guarantee Bond Claim (Taxable Election) (Class 50)**

If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

<u>**Item 3.**</u>                **Vote on Plan** (skip if you have elected to be treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Item 2 above).

The undersigned holder of a Claim in the amount set forth in <u>**Item 1**</u> above hereby votes to

(please check <u>one</u>):

| | |
|---|---|
| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |

**<u>Item 4</u>.**                      **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **<u>Item 1</u>** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election and certifications in **<u>Item 2</u>** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                    (Print or Type)


                              _____

Signature:_____

Name of Signatory:_____
                                    (If other than holder)

Title:  _____

Address:  _____

              _____

              _____

Telephone
Number:  _____

Email:  _____

Date Completed:  _____

**VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
BALLOT FOR CLAIMS IN CLASS 49 (2014 CW GUARANTEE BOND CLAIMS)**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Sixth**Seventh* *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan. The terms of the Plan are described in the *Disclosure Statement for the Sixth**Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___]. All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan. **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan. In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      Pursuant to the Plan, any holder of an Allowed **2014 CW Guarantee Bond Claim** may elect to have its Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 50 and have its distribution modified by the 2014 CW Guarantee Taxable Bond Distribution. If you elect to have your Claim reduced and treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 50, you will be deemed to have accepted the Plan as a holder of a Claim in Class 50 (2014 CW Guarantee Bond Claims (Taxable Election)).

4.      **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)      **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to

submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>M – F</u><br>8:30 a.m.<br>to |

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| | 5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5. To properly complete the Ballot, you must follow the procedures described below:

a. Ensure the information contained in **Item 1** of the Ballot is correct;

b. You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f. Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

6.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

(A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)   NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Schedule 3(o)</u>**

**Form of Notice of Voting Instructions for
Holders of Claims in Class 65 (ERS Bond Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS
FOR HOLDERS OF ERS BONDS WITH CLAIMS IN CLASS 65**

       This Notice of Voting Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") giving rise to claims under **Class 65** of the ~~Sixth~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The ERS Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

       ***ERS Bond Holder Voting***.  Holders of ERS Bond Claims may vote to accept or reject the Plan.  The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth of Puerto Rico (the "**Commonwealth**"), ERS, and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.  By order dated [●], 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the*

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

*Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. ____], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \* \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 65**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\* \* \* \* \* \*

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your ERS Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your ERS Bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of an ERS Bond Claim, or (b) in addition to the vote cast, one or more additional votes ("**Additional Votes**") on account of other ERS Bond have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of ERS Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast

conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of ERS Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of ERS Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your ERS Bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

\* \* \* \* \*

**How to Revoke a Valid Vote**

You may revoke your vote case and withdraw your ERS Bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your ERS Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Vote Through ATOP)

Any beneficial holder of ERS Bonds that hold multiple CUSIPs of ERS Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ERS SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit A**

| Description | CUSIP |
|---|---|
| Senior Pension Funding Bonds, Series 2008A | |
| | 29216MAF |
| | 29216MAA |
| | 29216MAB |
| | 29216MAG |
| | 29216MAH |
| | 29216MAJ |
| | 29216MAC |
| | 29216MAK |
| | 29216MAL |
| | 29216MAD |
| | 29216MAM |
| | 29216MAN |
| | 29216MAP |
| | 29216MAQ |
| | 29216MAE |
| Senior Pension Funding Bonds, Series 2008B | |
| | 29216MBA |
| | 29216MBB |
| | 29216MBC |
| | 29216MBD |
| | 29216MBE |
| | 29216MBF |
| | 29216MBG |
| | 29216MBH |
| | 29216MBJ |
| | 29216MAT |
| | 29216MAU |
| | 29216MAV |
| | 29216MAW |
| | 29216MAX |
| | 29216MAY |
| | 29216MAZ |
| Senior Pension Funding Bonds, Series 2008C | |
| | 29216MBL |
| | 29216MBM |
| | 29216MBN |
| | 29216MBP |

**<u>Schedule 3(p)</u>**

**Form of Ballot for Holders of Claims in
Class 51 (Active and Retired Employee Retirement Benefit Claims)**

**<u>Schedule 3(q)</u>**

**Form of Ballot for Holders of Claims in Class 52 (AFSCME Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS
OF CLAIMS IN CLASS 52 (AFSCME CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     <u>**Online**</u>:   Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   <u>**Hand Delivery to On-Island Collection Site**</u>:  Deliver to one of the following on-island locations:

<div align="center">

**Locations in the Commonwealth**
**Accepting Ballots by Hand Delivery**

All locations are available from
August 30, 2021 to October 4, 2021
(except weekends and federal holidays)

</div>

| **Locations in the Commonwealth** **Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u> Carr 2 KM 143, 1st Floor Añasco, PR 00610 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Oceana HUB Center</u> 2 Calle Acerina Caguas, PR 00725 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Citi Towers</u> 250 Ponce de León Ave, Suite ~~503~~1000 Hato Rey, San Juan, PR 00918 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Piloto 151</u> #151 Calle de San Francisco 2nd Floor, Suite M Old San Juan, PR 00901 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Joe's Blue</u> Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>NOLLA Office Building</u> <u>Avenida José A. Cedeño # 521</u> <u>Arecibo, PR 00612</u> | <u>M – F</u> <u>8:30 a.m.</u> <u>to</u> <u>5:00 p.m.</u> |
| <u>Fajardo Market Square Shopping Center</u> <u>Marginal Carr 3 Km 45.4-4495</u> <u>Fajardo, PR, 00738</u> | <u>M – F</u> <u>8:30 a.m.</u> <u>to</u> <u>5:00 p.m.</u> |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: https://www.irs.gov/.**

**You are <u>not</u> required to submit an Internal Revenue Service Form W-8 or Form W-9 to cast your vote.**

*(Continued on Next Page)*

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                           **Vote on Plan**.

The undersigned holder of a Claim(s) in **Class 52 (AFSCME Claims)** as of April 1, 2021
(which is the applicable Voting Record Date for Class 52) hereby votes to (please check <u>one</u>):

| | | |
|---|---|---|
| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan | |

**To submit your Ballot via the "E-Ballot" platform, please visit
https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the
website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit
your customized electronic Ballot:**

**Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via
electronic or online transmission.  Ballots submitted by facsimile, email or other means of
electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of
your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you
receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a
paper Ballot.

**Item 3**.                           **Acknowledgements and Certification**.

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided
with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned
certifies that (i) he/she is the holder of the Claim(s) identified in **Item 1** above, or (ii) he/she has
full power and authority to vote to accept or reject the Plan in **Item 1** above. The undersigned
further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions
set forth in the Disclosure Statement and the order of the District Court approving the Disclosure
Statement and the procedures for the solicitation of votes to accept or reject the Plan contained
therein.

| |
|---|
| Name of Holder: _____ |
|                                                        (Print or Type) |

_____

Signature:_____

Name of Signatory:_____
                                    (If other than holder)

Title:      _____

Address:   _____

           _____

           _____

Telephone
Number:    _____

Email:     _____

Date Completed:  _____

**VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE BALLOT FOR CLAIMS IN CLASS 52 (AFSCME CLAIMS)**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan. The terms of the Plan are described in the *Disclosure Statement for the* ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___]. All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan. **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan. In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**

**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2ⁿᵈ Floor, Suite M<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br><u>Avenida José A. Cedeño # 521</u><br><u>Arecibo, PR 00612</u> | <u>M – F</u><br><u>8:30 a.m.</u><br><u>to</u><br><u>5:00 p.m.</u> |
| <u>Fajardo Market Square Shopping Center</u><br><u>Marginal Carr 3 Km 45.4-4495</u><br><u>Fajardo, PR, 00738</u> | <u>M – F</u><br><u>8:30 a.m.</u><br><u>to</u> |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery | |
| --- | --- |
| All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| | 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.    To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another person, indicate your relationship to such person and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.    If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

IF YOU:

 (A) HAVE ANY QUESTIONS REGARDING THE BALLOT,

 (B) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

 (C) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

 (D) RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

 (E) NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Schedule 3(r)**

**Form of Ballot for Holders of Claims in
Class 58 (CW General Unsecured Claims) and
Class 66 (ERS General Unsecured Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS
OF CLAIMS IN [CLASS 58 (CW GENERAL UNSECURED CLAIMS) / CLASS 66 (ERS
GENERAL UNSECURED CLAIMS)]**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the*

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br><u>Avenida José A. Cedeño # 521</u><br><u>Arecibo, PR 00612</u> | <u>M – F</u><br><u>8:30 a.m.</u><br><u>to</u><br><u>5:00 p.m.</u> |
| <u>Fajardo Market Square Shopping Center</u><br><u>Marginal Carr 3 Km 45.4-4495</u><br><u>Fajardo, PR, 00738</u> | <u>M – F</u><br><u>8:30 a.m.</u><br><u>to</u><br><u>5:00 p.m.</u> |

      **You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

      **The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: https://www.irs.gov/.**

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                              **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 58 (CW General Unsecured Claims) / Class 66 (ERS General Unsecured Claims)**] as of the June 16, 2021 Voting Record Date as set forth below in the following aggregate amount:



$_____

**To submit your election in Item 2 and vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2**.                              **Election to be Treated as Convenience Claim (Class 68).**

Pursuant to the Plan, any holder of an Allowed [**CW General Unsecured Claim / ERS General Unsecured Claim**] may elect to (a) reduce the amount of such Allowed Claim to $20,000.00 and (b) have such reduced Claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.

Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $40,000.00 and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you hold multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, receive more than one ballot, and wish to make this election, you **must** make a consistent election on all the ballots

you received for them to be treated pursuant to Class 68 (Convenience Claims).  If the ballots do not all consistently elect to be treated Class 68 (Convenience Claims), such election will not be effective.

If you elect to have your Claim reduced and treated as a Convenience Claim in Class 68, you will be deemed to have accepted the Plan as a holder of a Claim in Class 68 (Convenience Claims).

<p align="center">*   *   *   *   *</p>

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby elects to have such holder's Claim (a) reduced to $20,000.00 (and if such holder holds multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, such multiple claims reduced to an aggregate amount of $40,000.00) and (b) treated as a Convenience Claim in Class 68.

---

☐     **Elect to be Treated as Convenience Claim in Class 68**

     If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

**Item 3.**                  **Vote on Plan** (skip if you have elected to be treated as a Convenience Claim in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

---

☐    **ACCEPT** (vote FOR) the Plan      ☐    **REJECT** (vote AGAINST) the Plan

---

**Item 4.**                     **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

---

Name of Holder: _____

<p align="center">(Print or Type)</p>

---

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:   _____

Address:  _____

_____

_____

Telephone
Number:  _____

Email:   _____

Date Completed:  _____

**VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
BALLOT FOR CLAIMS IN [CLASS 58 (CW GENERAL UNSECURED CLAIMS) /
CLASS 66 (ERS GENERAL UNSECURED CLAIMS)]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *~~Sixth~~Seventh* Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      Pursuant to the Plan, any holder of an Allowed [**CW General Unsecured Claim / ERS General Unsecured Claim**] may elect to (a) reduce the amount of such Allowed Claim to $20,000.00 and (b) have such reduced Claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $40,000.00 and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you elect to have your Claim reduced and treated as a Convenience Claim in Class 68, you will be deemed to have accepted the Plan as a holder of a Claim in Class 68 (Convenience Claims).

4.      **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)    **<u>Online</u>**:   Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.   Follow the instructions set forth on the website.   You are encouraged to submit your Ballot via the E-Ballot platform.   If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:   Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)    **<u>Hand Delivery to On-Island Collection Site</u>**:   Deliver to one of the following on-island locations:

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2ⁿᵈ Floor, Suite M | <u>M – F</u><br>8:30 a.m.<br>to |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Old San Juan, PR 00901 | 5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5.    To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

    e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

    f.   Provide your name and mailing address;

    g.   Sign and date your Ballot; and

    h.   Return your Ballot using an authorized method of return indicated herein.

6.    If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

    (A)    HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)    DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)    DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Schedule 3(s)**

**Form of Ballot for Beneficial Holders of Claims in
Class 12 (PBA/DRA Secured Claims),
Class 13 (PBA General Unsecured Claims),
Class 14 (PBA/DRA Unsecured Claims)
Class 53 (Dairy Producer Claims),
Class 54 (Eminent Domain Claims),
Class 56 (Med Center Claims)
Class 59 (CW/HTA Claims),
Class 60 (CW/Convention Center Claims),
Class 61 (CW/PRIFA Rum Tax Claims, ~~and~~
Class 62 (CW/MBA Claims), and
Class 69 (Federal Claims)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## [CLASS 12 (PBA/DRA SECURED CLAIMS) / CLASS 13 (PBA GENERAL UNSECURED CLAIMS) / CLASS 14 (PBA/DRA UNSECURED CLAIMS) / CLASS 53 (DAIRY PRODUCER CLAIMS) / CLASS 54 (EMINENT DOMAIN CLAIMS) / CLASS 56 (MED CENTER CLAIMS) / CLASS 59 (CW/HTA CLAIMS) / CLASS 60 (CW/CONVENTION CENTER CLAIMS) / CLASS 61 (CW/PRIFA RUM TAX CLAIMS / CLASS 62 (CW/MBA CLAIMS) / CLASS 69 (FEDERAL CLAIMS)]

    The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the ~~Sixth~~*Seventh* Amended Title *III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

(as the same may be amended or modified, the "Plan") [ECF No. ___], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated [●], 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br><u>Avenida José A. Cedeño # 521</u><br><u>Arecibo, PR 00612</u> | <u>M – F</u><br><u>8:30 a.m.</u><br><u>to</u><br><u>5:00 p.m.</u> |
| <u>Fajardo Market Square Shopping Center</u><br><u>Marginal Carr 3 Km 45.4-4495</u><br><u>Fajardo, PR, 00738</u> | <u>M – F</u><br><u>8:30 a.m.</u><br><u>to</u><br><u>5:00 p.m.</u> |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.
PLEASE COMPLETE THE FOLLOWING:

**Item 1**.                          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 12 (PBA/DRA Secured Claims) / Class 13 (PBA General Unsecured Claims) / Class 14 (PBA/DRA Unsecured Claims) / Class 53 (Dairy Producer Claims) / Class 54 (Eminent Domain Claims) / Class 56 (Med Center Claims) / Class 59 (CW/HTA Claims) / Class 60 (CW/Convention Center Claims) / Class 61 (CW/PRIFA Rum Tax Claims / Class 62 (CW/MBA Claims) / Class 69 (Federal Claims)**] set forth below in the following aggregate amount as of the June 16, 2021 Voting Record Date:

$\$\underline{\hspace{3cm}}$

\* \* \* \* \* \*

**Item 2**.                          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

☐     **ACCEPT** (vote FOR) the Plan          ☐     **REJECT** (vote AGAINST) the Plan

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

Unique E-Ballot ID#:_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

<u>**Item 3**</u>.                    **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

                                        (Print or Type)

_____

Signature:_____

Name of Signatory:_____

                                     (If other than holder)

Title:  _____

Address:  _____

                _____

                _____

Telephone
Number:  _____

Email:  _____

Date Completed: _____

**VOTING INSTRUCTIONS FOR**
**COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 12 (PBA/DRA SECURED**
**CLAIMS) / CLASS 13 (PBA GENERAL UNSECURED CLAIMS) / CLASS 14 (PBA/DRA**
**UNSECURED CLAIMS) / CLASS 53 (DAIRY PRODUCER**
**CLAIMS) / CLASS 54 (EMINENT DOMAIN CLAIMS) / CLASS 56**
**(MED CENTER CLAIMS) / CLASS 59 (CW/HTA**
**CLAIMS) / CLASS 60 (CW/CONVENTION CENTER CLAIMS) / CLASS 61**
**(CW/PRIFA RUM TAX CLAIMS / AND CLASS 62 (CW/MBA CLAIMS) / CLASS 69**
**(FEDERAL CLAIMS)]**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Sixth*Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 27,30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the SixthSeventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 27,30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ___].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to

submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)   <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   <u>**Hand Delivery to On-Island Collection Site**</u>:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite ~~503~~1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | M – F<br>8:30 a.m.<br>to |

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| | 5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Schedule 4(a)**

**Notice of Non-Voting Status (Deemed to Reject)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>**NOTICE OF NON-VOTING STATUS (CLASS ___) – DEEMED TO REJECT**</u>

PLEASE TAKE NOTICE THAT on [●], 2021, the United States District Court for the

District of Puerto Rico approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as

the same may be amended or modified, including all exhibits and attachments thereto, the

"<u>Disclosure Statement</u>") [ECF No. ___], filed by the Financial Oversight and Management

Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of the Commonwealth of

Puerto Rico (the "<u>Commonwealth</u>"), the Employees Retirement System of the Government of

the Commonwealth of Puerto Rico ("<u>ERS</u>"), and the Puerto Rico Public Buildings Authority

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOU ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY ON ACCOUNT OF YOUR CLAIM(S) AGAINST THE DEBTOR. THEREFORE, PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE REJECTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.*   A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.*   The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*.   Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

a. Be in writing, in English, and signed;

b. State the name, address, and nature of the Claim of the objecting or responding party;

c. State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d. Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

 i. If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e. be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

*[Remainder of page intentionally left blank]*

Dated: _____, 2021
      San Juan, Puerto Rico

*/s/* _____ _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/* _____ _____ _____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Schedule 4(b)-1</u>**
**Notice of Non-Voting Status (Deemed to Accept)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors.[1] | |

**NOTICE OF NON-VOTING STATUS (CLASS ___) – DEEMED TO ACCEPT**

PLEASE TAKE NOTICE THAT on [●], 2021, the United States District Court for the

District of Puerto Rico approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III

Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as

the same may be amended or modified, including all exhibits and attachments thereto, the

"Disclosure Statement") [ECF No. ____], filed by the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of

Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of

the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the ~~Sixth~~Seventh *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ___], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE DEBTOR ARE UNIMPAIRED. THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.* A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.* The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "Confirmation Objection Deadline") as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository.* Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

*Procedures for Filing Objections and Responses to Confirmation.* Objections and responses to confirmation of the Plan must:

    a.  Be in writing, in English, and signed;

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

    b.  State the name, address, and nature of the Claim of the objecting or responding party;

    c.  State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

    d.  Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

          i.  If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

              United States District Court, Clerk's Office
              150 Ave. Carlos Chardon Ste. 150,
              San Juan, P.R. 00918-1767

              so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

    e.  be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

*[Remainder of page intentionally left blank]*

Dated: _____, 2021
      San Juan, Puerto Rico

/s/ _____ _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ _____ _____ _____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Schedule 4(b)-2**
**Notice of Non-Voting Status (Class 48 51 A/B/C/J/K)**

**<u>Schedule 4(b)-3</u>**

**Notice of Non-Voting Status**
**(Claims Subject to Administrative Claims Reconciliation)**
**(Disputed Claims)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS
[(CLAIMS SUBJECT TO ADMINISTRATIVE CLAIMS RECONCILIATION)]
[(DISPUTED CLAIMS)]**

You are receiving this Notice because you hold a Claim that [was transferred to administrative claims reconciliation pursuant to the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order")] [is subject to an objection].

You should read this Notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.

PLEASE TAKE NOTICE THAT on [●], 2021, the United States District Court for the

District of Puerto Rico approved the *Disclosure Statement for the ~~Sixth~~Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the ~~Sixth~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July ~~27,~~30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. ____], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.  You are <u>not</u> required to vote on the Plan to receive distributions pursuant to the terms of the Plan, if confirmed by the Court.

**YOU ARE <u>NOT</u> ENTITLED TO VOTE YOUR CLAIM TO ACCEPT OR REJECT THE PLAN, UNLESS YOUR CLAIM HAS BEEN ALLOWED PURSUANT TO AN ORDER OF THE COURT ON OR BEFORE OCTOBER 4, 2021.** You may seek to challenge the allowance or disallowance of your Claim for voting purposes by filing a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your Claim (a "Rule 3018(a) Motion").  In accordance with Bankruptcy Rule 3018(a), as to any to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court prior to the Voting Deadline (**October 4, 2021 at 5:00 p.m. (Atlantic Standard Time)**).  A form of Rule 3018(a) Motion is available at https://cases.primeclerk.com/puertorico/.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

***Procedures for Filing a Rule 3018(a) Motion***. A motion pursuant to Bankruptcy Rule 3018(a) must:

   a.   Be in writing, in English, and signed;

   b.   State your name and address;

   c.   State with particularity the basis and nature of your Claim and the reasons why the Court should temporarily allow your Claim for voting purposes;

   d.   Except as set forth in (i) below, be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before [___], 2021 at 5:00 p.m. (Atlantic Standard Time)**.

        i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

             United States District Court, Clerk's Office
             150 Ave. Carlos Chardon Ste. 150,
             San Juan, P.R. 00918-1767

             so as to be received **on or before [___], 2021 at 5:00 p.m. (Atlantic Standard Time)**.

                    \*        \*        \*        \*        \*

***Confirmation Hearing.***   A hearing to consider confirmation of the Plan (the "<u>Confirmation Hearing</u>") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

***Confirmation Objection Deadline.***   The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "<u>Confirmation Objection Deadline</u>") as the deadline to file objections or responses to confirmation of the proposed Plan.

***Plan Confirmation Depository***.   Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at <u>titleiiiplandataroom.com</u>.

***Procedures for Filing Objections and Responses to Confirmation***. Objections and responses to confirmation of the Plan must:

    a.   Be in writing, in English, and signed;

    b.   State the name, address, and nature of the Claim of the objecting or responding party;

    c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

    d.   Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

        i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

            United States District Court, Clerk's Office
            150 Ave. Carlos Chardon Ste. 150,
            San Juan, P.R. 00918-1767

            so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

    e.   be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

    **IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: _____, 2021
     San Juan, Puerto Rico

/s/ _____ _____

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ _____ _____ _____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Schedule 5(a)**

**Form of Election Notice for Certain Bondholders with Respect to Claims in Classes 2, 17, 24, and 42**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELECTION NOTICE
FOR ASSURED BONDHOLDERS WITH CLAIMS IN CLASSES 2, 17,  24, AND 42**

This Assured Bondholder Election Notice (the "**Notice**") is being sent to certain beneficial holders of Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), and 2012 CW Bond Claims (Assured), identified on Exhibit A to this Notice, arising on account of Assured Insured Bonds, the scheduled repayment of which has been insured by Assured Guaranty Corp. or Assured Guaranty Municipal Corp. (collectively, "**Assured**") in accordance with the terms of the Assured Insurance Policies.  These securities give rise to Claims in Classes 2, 17, 24, and 42 of the *Fifth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]

Although Assured has the right to cast the vote on account of Claims arising from Assured Insured Bonds to accept or reject the Plan, the holders of the Assured Insured Bonds identified on Exhibit A are entitled to elect their form of distribution under the Plan.  Specifically, each such beneficial holder may elect one of the following two Assured Bondholder Elections, in each case on terms acceptable to Assured:

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

**Assured Bondholder Election 1**: You will receive from Assured on the Effective Date the applicable Acceleration Price of one hundred percent (100%) of the principal amount of the Assured Insured Bonds held by you plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the date of payment in full satisfaction and discharge of Assured's obligations with respect to you under the applicable Assured Insurance Policies, and Assured shall receive the cash and Assured New Securities allocable to you under the Plan; or

**Assured Bondholder Election 2**: You will opt into a custodial trust, escrow arrangement, or similar structure established by Assured that will provide you with an interest in (A) the applicable Assured Insurance Policy and (B) certain Assured New Securities in accordance with terms acceptable to Assured.  Under Section 75.1(c) of the Plan, the payment of the principal of the Assured Insured Bonds shall be accelerated from and after the Effective Date, and such Assured Insured Bonds shall be due and payable from and after the Effective Date at the Acceleration Price of one hundred percent (100%) of the principal amount thereof plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the date of payment. Furthermore, under the applicable Assured Insurance Policies, Assured may elect, in its sole discretion, to make any principal payment, in whole or in part, on any date on which such principal payment is due by reason of acceleration or other advancement of maturity.  Pursuant to Section 75.1(c) of the Plan and the applicable Assured Insurance Policies, in the case of any Assured Insured Bonds the holders of which have elected (or are deemed to have elected) Assured Bondholder Election 2, Assured will retain the right to pay the Acceleration Price and fully satisfy its obligations with respect to such bonds and the applicable Assured Insurance Policies at any time after the Effective Date upon 30 days' notice to the relevant holders.  Assured's retention of this right will be reflected in the applicable custodial trust or escrow documentation.

From and after payment of the Acceleration Price on the Effective Date or other date of payment selected by Assured Guaranty, with thirty days' notice, interest on such Assured Insured Bonds shall cease to accrue and be payable.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond in accordance with any of the provisions above shall satisfy and discharge all of Assured Guaranty's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

***If you fail to make an election, you will be deemed to have elected Assured Bondholder Election 2.***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an Assured Bondholder Election.*

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Disclosure Statement Order, Assured is entitled to vote to accept or reject the Plan on account of**

> **Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims (Assured), 2012 CW Bond Claims (Assured).**

**IF YOU WISH TO RECEIVE YOUR DISTRIBUTION UNDER ASSURED BONDHOLDER ELECTION 2, YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.**

**Each holder of Assured Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to make Assured Bondholder Election 1 must submit a valid election in the manner described herein.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><strong>How to Submit a Valid Assured Bondholder Election</strong></p>

If you wish to elect to receive your distribution under the Plan pursuant to Assured Bondholder Election 1, you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Assured Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive your distribution under Assured Bondholder Election 1.

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Assured Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive distributions under Assured Bondholder Election 1, each as described on DTC's ATOP system.

> **THE ASSURED BONDHOLDER ELECTION DEADLINE IS
> 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**
>
> This date and time is referred to as the "**Election Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR ASSURED INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR ASSURED INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR ASSURED INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR EXISTING ASSURED INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED ASSURED INSURED BONDS.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center">4</p>

**How to Revoke a Valid Assured Bondholder Election**

You may revoke an election to receive distributions under Assured Bondholder Election 1 and withdraw your Assured Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Assured Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation of the election.

If you revoke your election at any time before the Election Deadline, you may renew your election to receive your distribution under Assured Bondholder Election 1 at any time before the Election Deadline, in accordance with the instructions to submit a valid election above.

<p style="text-align:center">* * * * *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Assured reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Assured also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, Assured or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

**Assured Insured Bonds as to which Assured Insured Bondholders may elect Assured Bondholder Election 1 or 2**

[TO BE ADDED]

## **Schedule 5(b)**

**Assured Election Notice**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ASSURED ELECTION

This Assured Election Notice (the "**Notice**") is being sent to certain beneficial holders of securities identified on **Exhibit A** to this Notice giving rise to claims under Classes 2, 17, 24, 32, 37, and 42 of the ~~Sixth~~*Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "**Assured**") has exercised the Assured Election with respect to such Assured Insured Bonds.[2]

Pursuant to Section 75.1 of the Plan, if the Plan is confirmed by the Title III Court, (i) the principal of the Assured Insured Bonds identified on Exhibit A shall be accelerated and immediately due and payable as of the Effective Date of the Plan, and (ii) consistent with Assured's rights under the applicable Assured Insurance Policies to elect, in its sole discretion, to make payment on any date when such payment is due by reason of acceleration or other advancement of maturity, holders of such Assured Insured Bonds will receive on the Effective Date of the Plan the applicable Acceleration Price of one hundred percent (100%) of the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

principal amount thereof plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the Effective Date.  From and after payment of the Acceleration Price on the Effective Date, interest on such Assured Insured Bonds shall cease to accrue and be payable.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond shall satisfy and discharge all of Assured's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

The Disclosure Statement you are receiving together with this Notice contains additional information regarding the Plan, the Assured Election, and the treatment of your claims. **You are not required to vote on the Plan or take any other action in order to receive the Acceleration Price in full satisfaction of your claims.**

<div align="center">*   *   *   *   *</div>

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

This Notice is subject in all respects to the terms of the Plan.

## Exhibit A

**Assured Insured Bonds as to which Assured has exercised the Assured Election**

[TO BE ADDED]

## <u>Schedule 5(c)-1</u>

**Form of Election Notice for Holders of Claims in Classes 3 and 25**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASSES 3 AND 25

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage PBA Bond Claims (National) and Vintage CW Guarantee Bond Claims (National) arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**").   These securities give rise to Claims in Classes 3 and 25 of the ~~Sixth~~*Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]   Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an Allowed Vintage PBA Bond Claim (National)[3] and Allowed Vintage CW Guarantee Bond Claim (National) ("**Allowed National Insured Bond Claims**")[4] has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

> **National Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 75.2 of the Plan.  The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to three-percent (3%) of your Allowed National Insured Bond Claims, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claims). For the avoidance of doubt, the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

> If you elect the National Commutation Treatment (Option 1), (i) you will not receive any payments from National under the National Insurance Policies on account of accrued and unpaid interest on and after July 1, 2021 (the deemed issuance date of the New GO Bonds), and to the extent any accrued interest is paid to you by National after such date, such amount shall be credited against the Cash you are otherwise entitled to receive as National Commutation Consideration and (ii) you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 75.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

> **National Non-Commutation Treatment (Option 2)**:  You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the National Insurance Policies, to release and discharge National's***

---

[3]   Holders making an election pursuant to Section 75.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National).

[4]   Any calculations and/or payments to be made to you based on, or in relation to, your Allowed National Insured Bond Claims pursuant to the options set out herein will take into account any payments of principal and/or accrued interest already made to you by National pursuant to the terms of the relevant National Insurance Policies.  For avoidance of doubt, you shall not be compensated for any amounts already paid to you pursuant to the terms of the relevant National Insurance Policies.

*obligations thereunder, and to receive distributions in accordance with the <u>National Commutation Treatment (Option 1)</u>.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**<u>IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.</u>  HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

*       *       *       *       *

### How to Submit a Valid Election

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds[5] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

---

[5]   Holders making an election pursuant to Section 75.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National).  For the avoidance of doubt, holders of Claims in Classes 3 and 25 shall make such election by tendering their Vintage PBA Bond(s).

> This date and time is referred to as the "**Election Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

\*   \*   \*   \*   \*

### How to Revoke an Election

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.  The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured.  None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**<u>Schedule 5(c)-2</u>**

**Form of Election Notice for Holders of Claims in Class 18**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELECTION NOTICE
FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASS 18**

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (National) arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**"). These securities give rise to Claims in Class 18 of the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an Allowed Vintage CW Bond Claim (National) (an "**Allowed National Insured Bond Claim**")[3] has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

> **National Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 75.2 of the Plan.  The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to six-percent (6%) of your Allowed National Insured Bond Claim, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claim).  For the avoidance of doubt the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.
>
> If you elect the National Commutation Treatment (Option 1), (i) you will not receive any payments from National under the National Insurance Policies on account of accrued and unpaid interest on and after July 1, 2021 (the deemed issuance date of the New GO Bonds), and to the extent any accrued interest is paid to you by National after such date, such amount shall be credited against the Cash you are otherwise entitled to receive as National Commutation Consideration and (ii) you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 75.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.
>
> **National Non-Commutation Treatment (Option 2)**:  You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the <u>National Commutation Treatment (Option 1)</u>.***

---

[3]   Any calculations and/or payments to be made to you based on, or in relation to, your Allowed National Insured Bond Claims pursuant to the options set out herein will take into account any payments of principal and/or accrued interest already made to you by National pursuant to the terms of the relevant National Insurance Policies.  For the avoidance of doubt, you shall not be compensated for any amounts already paid to you pursuant to the terms of the relevant National Insurance Policies.

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center">**How to Submit a Valid Election**</p>

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

<p style="text-align:center">**THE ELECTION DEADLINE IS<br>5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**</p>

<p style="text-align:center">This date and time is referred to as the "**Election Deadline**."</p>

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL**

**THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

*     *     *     *     *

### How to Revoke an Election

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

*     *     *     *     *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and National also reserve the right to waive any defects,

irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured.  None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**<u>Schedule 5(d)-1</u>**

**Form of Election Notice for Holders of Claims in Classes 6 and 28**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ELECTION NOTICE
FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASSES 6 AND 28**

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage PBA Bond Claims (Syncora) and Vintage CW Guarantee Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc. ("**Syncora**"). These securities give rise to Claims in Classes 6 and 28 of the ~~Sixth~~*Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage PBA Bond Claim (Syncora)[3] and Allowed Vintage CW Guarantee Bond Claim (Syncora) ("**Allowed Syncora Insured Bond Claims**") has the option to

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]  Holders making an election pursuant to Section 75.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora).

elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

**Syncora Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-five and fifteen hundredths percent (95.15%) of (a) the outstanding principal amount of your Class 6 and 28 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claims). Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 75.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

**Syncora Non-Commutation Treatment (Option 2)**:

You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however*, that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you.  For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

*If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the* <u>*Syncora Commutation Treatment (Option 1)*</u>*.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

---

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.  HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<p align="center">*   *   *   *   *</p>

<p align="center">**How to Submit a Valid Election**</p>

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds[4] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

[4]   Holders making an election pursuant to Section 75.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora).  For the avoidance of doubt, holders of Claims in Classes 6 and 28 shall make such election by tendering their Vintage PBA Bond(s).

---

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN.  IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\*   \*   \*   \*   \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT**

**PUERTORICOINFO@PRIMECLERK.COM     AND     REFERENCE     "SYNCORA
DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME
CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE,
LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election
will be determined by the Oversight Board, whose determination shall be final and binding on all
parties.  The Oversight Board and Syncora reserve the absolute right to reject any or all elections
that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be
unlawful.   The Oversight Board and Syncora also reserve the right to waive any defects,
irregularities or conditions as to an election.   A waiver of any defect or irregularity in one
instance shall not constitute a waiver of the same or any other defect or irregularity with respect
to any other instance except to the extent the Oversight Board may otherwise so provide.   An
election shall not be deemed to have been made until any defects or irregularities have been
waived by the Oversight Board and Syncora or cured.  None of the Oversight Board, Syncora or
the Balloting Agent, nor any other person will be under any duty to give notification of any
defect or irregularity in this election, or will incur any liability to you for failure to give any such
notification.

## Exhibit A

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**<u>Schedule 5(d)-2</u>**

**Form of Election Notice for Holders of Claims in Class 21**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ELECTION NOTICE
### FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASS 21

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc., ("**Syncora**"). These securities give rise to Claims in Class 21 of the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (Syncora) (an "**Allowed Syncora Insured Bond Claim**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

**Syncora Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-three and ten hundredths percent (93.1%) of (a) the outstanding principal amount of your Class 21 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claim).  Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 75.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

**Syncora Non-Commutation Treatment (Option 2)**:  You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however*, that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

*If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the* <u>*Syncora Commutation Treatment (Option 1)*</u>*.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the**

---

**Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

---

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<div align="center">*   *   *   *   *</div>

<div align="center">

**How to Submit a Valid Election**

</div>

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

<div align="center">

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

</div>

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\*   \*   \*   \*   \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board and Syncora or cured. None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Schedule 5(e)**

**FGIC Voting Notice**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE TO HOLDERS OF FGIC INSURED BONDS

This FGIC Election Notice (the "**Notice**") is being sent to beneficial holders of securities giving rise to claims under Classes 5, 20, and 27 of the ~~Sixth~~*Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that, pursuant to Section 75.4(e) of the Plan, Financial Guaranty Insurance Company ("**FGIC**") has the right to cast the vote on account of Claims arising from FGIC Insured Bonds to accept or reject the Plan.[2]

Pursuant to Section 75.4 of the Plan, if Classes 5, 20, and 27 vote to accept the Plan, and all FGIC Insurance Policies and related agreements relating to FGIC Insured Bonds are in full force and effect, as may have been modified pursuant to the FGIC Rehabilitation Plan, then holders of Allowed FGIC Insured Bond Claims shall receive the following treatments:

       Each holder of an Allowed FGIC Insured Bond Claim (except as provided in

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

Section 75.4(b) of the Plan) shall (A) deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of the FGIC Plan Consideration and the FGIC Insured Bonds and related FGIC Insurance Policies allocable to such holder into the applicable FGIC Trust, and (B) be deemed to have received its Pro Rata Share of the FGIC Plan Consideration and FGIC Certificates in consideration therefor. All rights and remedies under and in accordance with FGIC Insured Bonds deposited into a FGIC Trust and the applicable related legislative bond resolutions (other than with respect to the payment obligations of the Commonwealth or its instrumentalities) and the applicable FGIC Insurance Policies (solely as they apply and relate to such FGIC Insured Bonds) shall be preserved and remain in full force and effect solely to the extent necessary to preserve any claims relating to such FGIC Insured Bonds under the applicable FGIC Insurance Policy, subject to the provisions of this Plan and except as may be provided in the terms of the applicable FGIC Trust.

For the avoidance of doubt, each distribution made by a FGIC Trust to the holders of interests therein shall automatically and simultaneously reduce on a dollar-for-dollar basis the outstanding principal amount of the FGIC Insured Bonds held in such FGIC Trust and shall result in a corresponding reduction in FGIC's obligations under the applicable Insurance Policies

With respect to all Allowed FGIC Insured Bond Claims owned by FGIC, on the Effective Date, FGIC shall be entitled to receive, in full consideration, satisfaction, release and exchange of such Allowed FGIC Insured Bond Claims, the full proportionate share of the FGIC Plan Consideration allocable to such Allowed FGIC Insured Bond Claims.

The payment of the principal of the FGIC Insured Bonds shall be accelerated as of the Effective Date, and the FGIC Insured Bonds shall be due and payable from and after the Effective Date at an "acceleration price" of one hundred percent (100%) of the principal amount thereof, plus interest accrued thereon (or, in the case of capital appreciation bonds, the compounded amount thereof) to the date of payment. However, there shall be no acceleration of any payment required to be made by FGIC under a FGIC Insurance Policy, unless FGIC elects, in its sole and absolute discretion, to make such payment(s) on an accelerated basis and FGIC has the express right to accelerate any such payment under the applicable FGIC Insurance Policy or the related agreements relating to the applicable FGIC Insured Bonds.

The Disclosure Statement you are receiving together with this Notice contains additional information regarding the Plan, the FGIC Election, and the treatment of your claims. **You are not required to vote on the Plan or take any other action in order to receive the treatment selected by FGIC in full satisfaction of your claims.**

*   *   *   *   *

If you have any questions about your holdings, please contact your Nominee.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "FGIC DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

This Notice is subject in all respects to the terms of the Plan.

**Schedule 5(f)**

**Ambac Election Notice**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF AMBAC ELECTION

This Ambac Election Notice (the "**Notice**") is being sent to beneficial holders of securities giving rise to claims under Classes 4, 19, and 26 of the ~~Sixth~~Seventh *Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that, pursuant to Section 75.5(e) of the Plan, Ambac Assurance Corporation ("**Ambac**") has the right to cast the vote on account of Claims arising from Ambac Insured Bonds to accept or reject the Plan.[2]

Although Ambac has the right to cast the vote on account of Claims arising from Ambac Insured Bonds to accept or reject the Plan, the holders of the Ambac Insured Bonds identified on Exhibit A have the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

      **Ambac Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Ambac Commutation

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

Consideration, distributable by or at the direction of Ambac, and, if elected, (i) you will have no other or further rights under or with respect to the applicable Ambac Insurance Policy or any Ambac Trust(s) or Ambac Escrow Account(s), and (ii) Ambac shall receive the Ambac Plan Consideration that otherwise would be allocable or distributable to you.

A holder of an Allowed Ambac Insured Bond Claim that validly elects to receive the Ambac Commutation Treatment, or makes an improper election, shall be deemed to have had, on or after Effective Date, the applicable Ambac Insured Bonds, including the obligations of Ambac under the related Ambac Insurance Policies, underlying such holder's Allowed Ambac Insured Bond Claims cancelled.

**Ambac Non-Commutation Treatment (Option 2)**:   You will receive the Ambac Non-Commutation Treatment, and will receive one or more of the following treatments, at Ambac's election, which election shall be exercised by Ambac not later than twenty-one (21) days prior to the Voting Deadline:

1.   Custodial Trusts:  Such holder of an Allowed Ambac Insured Bond Claim shall (A) deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of the Ambac Plan Consideration and the Ambac Insured Bonds allocable to such electing holder into the applicable Ambac Trust(s), (B) be deemed to have received its Pro Rata Share of the Ambac Plan Consideration and Ambac Certificates in consideration therefor, and (C) have no recourse to Ambac or the Ambac Insurance Policies other than as provided for under the terms of the Ambac Trust(s).  The terms of the Ambac Trust(s) shall be set forth in a trust agreement or trust agreements which shall be filed as part of the Plan Supplement, but shall include the following terms, without limitation: (i) Ambac shall not insure any payments on the Ambac Certificates, shall not be required to pay any default or other interest amounts with respect to the Ambac Insured Bonds, and is only required to pay its obligations under the applicable Ambac Insurance Policy as provided therein and in the agreement governing the Ambac Trust(s); (ii) Ambac shall be deemed the sole holder of the Ambac Insured Bonds in the Ambac Trust(s) with respect to voting, amendment, acceleration, events of default, and election and direction of rights and remedies, including, without limitation, in connection with insolvency proceedings; and (iii) the agreement governing the Ambac Trust(s) will provide that (a) all rights of a holder of Ambac Insured Bonds held by the Ambac Trust(s) (whether as to amendments and consents, direction of remedies or otherwise) shall be exercisable solely by Ambac and no holder of the Ambac Certificates shall be entitled to any right with respect to the Ambac Insured Bonds (other than as otherwise described in the Ambac Trust(s)), and (b) Ambac may, at its option, elect to direct a distribution of a proportional percentage of the underlying Ambac Insured Bonds to individual holders of Ambac Certificates upon the release of such holder's claims on the related Ambac Insurance Policy and against the Ambac Trust(s); such distribution and release shall not give rise to any other holder of Ambac Certificates asserting a right to receive the same treatment.

2.   Escrow:  Such holder of an Allowed Ambac Insured Bond Claim shall deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of

the Ambac Plan Consideration in the applicable Ambac Escrow Account(s) and such deposited Ambac Plan Consideration shall be held as security for Ambac's obligations to the holders of the Ambac Insured Bonds whose Ambac Plan Consideration was deposited in the applicable Ambac Escrow Account(s) under the Ambac Insurance Policies.

3. <u>Payment of Accelerated Amounts</u>:  Ambac shall receive the Ambac Plan Consideration that would be otherwise allocable to such holder of an Allowed Ambac Insured Bond Claim and Ambac shall fully and completely discharge its obligation to such holder of an Allowed Ambac Insured Bond Claim by paying on the Effective Date, in Cash, the amount thereof at the Ambac Acceleration Price.

4. <u>Alternative Treatment</u>:  The Oversight Board and Ambac reserve the right to formulate an alternative election or implementation option with respect to the Ambac Insured Bonds that is mutually acceptable to the Oversight Board and Ambac, each in their respective sole discretion; provided, however, that any such alternative election or implementation option must be proposed, in writing, not later than twenty-one (21) days prior to the Ballot Date.

Ambac may make different elections, selecting among options (i) through (iv) above, with respect to different CUSIPs and different holders of Ambac Insured Bonds.

*If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Ambac Insurance Policies, to release and discharge Ambac's obligations thereunder, and to receive distributions in accordance with the <u>Ambac Commutation Treatment (Option 1)</u>.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the Disclosure Statement Order, Ambac is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Ambac.**

---

**<u>IF YOU WISH TO RECEIVE THE AMBAC COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.</u>  HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE AMBAC'S OBLIGATIONS AND THE AMBAC INSURANCE POLICY.**

**Each holder of Ambac Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Ambac Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\*     \*     \*     \*     \*     \*

### How to Submit a Valid Election

If you wish to elect to receive the Ambac Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Ambac Insured Bonds[3] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Ambac Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your Ambac Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Ambac Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

<div style="border:1px solid black; padding:10px;">

**THE ELECTION DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

</div>

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR AMBAC INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR AMBAC INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN.  IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR AMBAC INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR AMBAC INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED AMBAC INSURED BONDS.**

\*     \*     \*     \*     \*     \*

---

[3]   Holders making an election pursuant to Section 75.5 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Ambac) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Ambac).  For the avoidance of doubt, holders of Claims in Classes 3 and 25 shall make such election by tendering their Vintage PBA Bond(s).

**How to Revoke an Election**

You may revoke an election to receive the Ambac Non-Commutation Treatment (Option 2) and withdraw your Ambac Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Ambac Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Ambac Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

<div align="center">*    *    *    *    *</div>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "AMBAC DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Ambac reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Ambac also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, Ambac or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

### Exhibit A

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

## Schedule 6(a)

### Retiree Committee Letter

**Schedule 6(b)**

**Retiree Committee Information Guide**

## Schedule 7

**Creditors' Committee Letter**

[~~July~~August    ], 2021

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, *ET AL.*
**c/o Paul Hastings LLP, 200 Park Avenue, New York, New York 10166**

To the  Holders of Class 58 CW General Unsecured Claims, Class 54 Eminent Domain Claims, and/or Class 66 ERS General Unsecured Claims:

The Official Committee of Unsecured Creditors (the "Committee"),[1] appointed in the Title III cases of the Commonwealth of Puerto Rico and certain of its instrumentalities (collectively, the "Debtors"),[2] is writing to you in connection with the Debtors' solicitation of your vote with respect to the enclosed proposed ~~[    ]~~*Seventh Amended Title III Joint Plan Of Adjustment of the Commonwealth of Puerto Rico, et al.* dated ~~[    ]~~,July 30, 2021 (the "Plan").[3]  You should carefully read all the materials that accompany this letter (as it may be supplemented, the "Committee Letter"), including the instructions for completing and mailing your Ballot.  All Ballots must be **received** by the Claims and Noticing Agent by ~~[October 4]~~,4, **2021 at 5:00 p.m. (Atlantic Standard Time) (the "Voting Deadline")** to be counted.

**THE COMMITTEE HAS REACHED A GLOBAL SETTLEMENT WITH THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (THE "OVERSIGHT BOARD") REGARDING THE TERMS OF THE PLAN. ACCORDINGLY, THE COMMITTEE SUPPORTS THE PLAN AND URGES ALL HOLDERS OF CLASS 58 CW GENERAL UNSECURED CLAIMS, CLASS 54 EMINENT DOMAIN CLAINS, AND CLASS 66 ERS GENERAL UNSECURED CLAIMS TO VOTE TO ACCEPT THE PLAN.**

### A.    ~~I.~~ Introduction

The Committee is a fiduciary to holders, like you, of unsecured claims[4] against the Debtors, and it has worked tirelessly during the Debtors' Title III cases to protect your interests. Among other things, the Committee has objected to billions of dollars of bond claims in an

---

[1]   The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[2]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[3]   All capitalized terms used but not defined in this letter have the meanings set forth in the Plan.

[4]   Unsecured claims are claims that are not secured by any collateral.

effort to free up more resources for the payment of unsecured claims and fought for more transparency and accountability in the Title III process.

The Committee's members were appointed by the United States Trustee, a unit of the United States Department of Justice, to represent, in a fiduciary capacity, the interests of all general unsecured creditors of the Commonwealth and ERS (and other debtors under Title III of PROMESA). These unsecured creditors include, for example, employees, vendors, suppliers, service providers, parties with court-awarded damages claims, and tax refund claimants. The Committee's seven members serve without pay and represent a broad cross-section of the general unsecured class. Committee members include, among others, suppliers of goods and services, litigation claimants, and labor unions.

## **B.** ~~II.~~ Committee's Recommendation

**The Committee is pleased to report that, as a result of the mediation process, it has reached a global settlement with the Oversight Board, which settlement is reflected in the Plan and related documents.**

The Plan takes into account the financial situation of the Commonwealth and, in that regard, provides significant recoveries for holders of allowed[5] CW General Unsecured Claims in Class 58 and holders of allowed Eminent Domain Claims in Class 54, as follows:[6]

- The Plan provides an aggregate consideration to or for the benefit of allowed CW General Unsecured Claims, allowed Eminent Domain Claims, and allowed Convenience Claims consisting of:

  o cash in the amount of $575 million;[7] and

  o the net recoveries from certain avoidance and recovery actions to be pursued by the Avoidance Action Trust.[8]

  This represents an **increase of approximately $414 million** in the aggregate cash consideration compared to earlier versions of the plans of adjustment filed

---

[5]   The filing of a proof of claim does not automatically mean that you will receive a recovery under the Plan. Only claims that are underlined allowed will be entitled to receive a recovery.

[6]   The Committee notes that your ultimate percentage recovery will be determined by the aggregate amount of allowed CW General Unsecured Claims in Class 58, Eminent Domain Claims in Class 54, and ERS General Unsecured Claims in Class 66. The Committee cannot provide any assurances regarding the aggregate amount of CW General Unsecured Claims, Eminent Domain Claims, or ERS General Unsecured Claims that will ultimately be allowed, or the rate of recovery that will ultimately be realized by any holder of such a claim.

[7]   The $575 million cash consideration will be made available to fund (a) distributions to holders of allowed CW General Unsecured Claims and allowed Eminent Domain Claims, (b) up to $15 million to fund the Avoidance Action Trust (which will pursue avoidance actions and other recovery actions for the benefit of CW General Unsecured Claims and Eminent Domain Claims), (c) expenses for claims-related work by the Avoidance Action Trust Board, and (d) cash required to satisfy allowed Convenience Claims.

[8]   Eminent Domain Claims are also entitled to a distribution of monies on deposit with the Court of First Instance with respect to the condemned property.

(collectively, the "Prior Plan") (which provided an aggregate cash consideration of approximately $161 million).[9]

- Based on the Oversight Board's estimate of the aggregate amount of allowed CW General Unsecured Claims and allowed Eminent Domain Claims (*i.e.*, ~~approximately $3.1~~$2.75 billion), **the aggregate cash consideration to be made available under the Plan represents an effective recovery rate of approximately ~~18.3%~~20.9% (or 20.4%, after taking into account the funding of the Avoidance Action Trust in an amount of up to $15 million).**[10]  Under the Prior Plan, the corresponding recovery percentage had been only 5.1%.

Moreover, as part of the Committee's efforts and the global settlement reached, the Committee was able to increase the threshold for Convenience Class treatment (which provides such creditors with a 100% recovery on account of their allowed claims (without post-petition interest)) from $10,000 per claim to **$20,000 per claim**.

The Plan also includes other modifications for the benefit of general unsecured creditors, including that **the Committee representatives on the Avoidance Action Trust Board**[11] will have an opportunity to participate in the ongoing claims reconciliation process.

Furthermore, the Plan provides that holders of allowed ERS General Unsecured Claims in Class 66 will receive their *pro rata* share of (i) cash in the amount of $500,000 and (ii) the net recoveries of certain avoidance actions.  Based on the Oversight Board's estimate of the aggregate amount of allowed ERS General Unsecured Claims (~~*i.e.*, approximately $1.5 million~~which are estimated to be less than $500,000 in total), **the estimated recovery for holders of such allowed claims is ~~33.18~~100.0%.**[12]

**For all these reasons, the Committee recommends that you vote to accept the Plan.**

The Committee acknowledges that it was a difficult decision to enter into the global settlement with the Oversight Board, and the Committee is also aware that, even under the global settlement, the recovery percentage for holders of allowed CW General Unsecured Claims and allowed Eminent Domain Claims is not as high as the recovery percentages of other creditors of the Commonwealth.

However, the Committee determined that litigating confirmation of the Prior Plan was not preferable to accepting the global settlement.  This is so because, even though the Committee believes that it had strong arguments in opposition of the Prior Plan, there could have been no assurances that the Committee would have prevailed with its challenges to the

---

[9]  Under the Prior Plan, the aggregate cash consideration made available to or for the benefit of holders of allowed CW General Unsecured Claims, allowed Eminent Domain Claims, and allowed Convenience Claims consisted of (a) $125 million in cash distributions, (b) the Committee's estimate of approximately $26 million in distributions to Convenience Claims, and (c) $10 million of funding for the Avoidance Action Trust.

[10]  The estimated recovery percentage does not account for (a) net recoveries of the Avoidance Action Trust and (b) in the case of Eminent Domain Claims, distribution of monies on deposit with the Court of First Instance with respect to the condemned property.

[11]  Two of the three members of the Avoidance Action Trust Board will be selected by the Committee.

[12]  ~~The recovery percentage does not include any net recoveries from the litigation trust.~~

Prior Plan, and if its challenges had failed, the aggregate cash consideration to holders of allowed CW General Unsecured Claims, allowed Eminent Domain Claims, and allowed Convenience Claims would have been materially lower (*i.e.*, approximately $161 million) than the aggregate cash consideration to be made available under the global settlement (*i.e.*, $575 million).  In light of the materially higher cash consideration under the Plan (compared to the Prior Plan), the Committee, as a fiduciary for all unsecured creditors of the Commonwealth, determined it would be preferable not to "roll the dice" and litigate confirmation of the Prior Plan.

**C.** ~~**III.**~~ **Submitting Your Ballot**

The Oversight Board has provided Ballots herewith for holders of claims in Classes 54, 58 and 66 to utilize in order to vote to accept or reject the Plan and return in accordance with the procedures set forth in the ballot instruction sheet and the Disclosure Statement.  **Please read the directions on the Ballot carefully and complete your Ballot in its entirety before returning it.  Your Ballot must be returned so as to be actually received by the Balloting Agent no later than the Voting Deadline, *i.e.*, 5:00 p.m. (Atlantic Standard Time) on [October 4],4, 2021**.

\* \* \*

The positions taken by the Committee in this Letter are those of the Committee and/or its advisors and have not been approved by or endorsed by the Bankruptcy Court.   Each creditor (including individual members of the Committee) must make its own independent decision as to whether or not the Plan is acceptable to that creditor and should consult with its own legal and/or financial advisor(s) before voting to accept or reject the Plan.

**YOU ARE URGED TO CAREFULLY READ THE DISCLOSURE STATEMENT AND THE PLAN.  THE DESCRIPTION OF THE PLAN IN THIS COMMITTEE LETTER IS INTENDED TO BE ONLY A SUMMARY.**

**THIS COMMITTEE LETTER MAY NOT BE RELIED UPON FOR ANY PURPOSE OTHER THAN THE COMMITTEE'S VIEWS ON HOW TO VOTE ON THE PLAN, AND THE INFORMATION CANNOT BE RELIED UPON FOR ANY OTHER PURPOSE. THE COMMITTEE DOES NOT GUARANTEE ANY PARTICULAR RESULT IN THE DEBTORS' TITLE III CASES.   THE COMMITTEE CANNOT PROVIDE ANY ASSURANCES REGARDING THE AGGREGATE AMOUNT OF CW GENERAL UNSECURED CLAIMS, EMINENT DOMAIN CLAIMS, OR ERS GENERAL UNSECURED CLAIMS THAT WILL ULTIMATELY BE ALLOWED, OR THE RATE OF RECOVERY THAT WILL ULTIMATELY BE REALIZED BY ANY HOLDER OF SUCH A CLAIM.**

**THIS COMMUNICATION DOES NOT CONSTITUTE, AND SHALL NOT BE CONSTRUED AS, A SOLICITATION BY ANY INDIVIDUAL MEMBER OF THE COMMITTEE.**

4

***THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
THE COMMONWEALTH OF PUERTO RICO, ET AL.***

**<u>Schedule 8</u>**

**Form of Rule 3018(a) Motion**

### INSTRUCTIONS FOR COMPLETING AND FILING 3018(A) MOTION

**THE PURPOSE OF RULE 3018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IS TO ALLOW PARTIES TO REQUEST THE COURT TO TEMPORARILY ALLOW THEIR CLAIMS FOR THE PURPOSE OF VOTING ON THE PLAN OF ADJUSTMENT.**

**THE COURT WILL DETERMINE AFTER NOTICE AND HEARING WHETHER TO ALLOW YOUR CLAIMS FOR PURPOSES OF VOTING ON THE PLAN.**

**What to File**. Your motion <u>must</u> be in writing, in English, and contain the following information (a form of Rule 3018(a) motion is included that you may use).

(a) **Contact Information**. Your motion must include the **name**, **address**, **telephone number**, and **email address** of either (1) the claimant (you); or (2) your attorney or designated representative to whom the attorneys for the Debtors should serve a reply to the motion, if any.

(b) **Claim Information**. Your motion must contain **the proof of claim number(s) related thereto from Prime Clerk** (You may search for your claim on https://cases.primeclerk.com/puertorico/Home-ClaimInfo). If you do not have a proof of claim number, you must describe the nature and amount of your asserted claim.

(c) **Reason(s) for filing**. Your motion must contain a concise statement setting forth the reasons why the Court should permit you to vote on the Debtors' plan of adjustment and, if not amount is included in your proof of claim, the amount that you assert to be owed by the Debtors.

(d) **Signature**. You must sign your motion. If you do not sign your motion, the clerk will not accept it for filing.

### IMPORTANT NOTICE REGARDING SENSITIVE INFORMATION CONTAINED IN A MOTION.

Your motion should **not include** sensitive documents or information, such as copies of driver's licenses, passports, birth certificates, Social Security cards, sensitive medical information or confidential business information. Sensitive information submitted to the Court must adhere to the following guidelines:

- Social Security numbers and taxpayer identification numbers should be redacted (that is, blacked out), except for their last four digits.

- Birthdays should be redacted, except for the year of an individual's birth.

- The name of any individual known to be a minor should be redacted, except for that person's initials.

- Financial account numbers should be redacted, except for their last four digits.

Any such sensitive or confidential information upon which a claimant relies in support of its motion must be provided directly to counsel for the Debtors, and will be kept confidential. You may provide this information by mailing it to the following address:

> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock, Esq., and Brian S. Rosen, Esq.

**Where and How to File and Serve a Motion**. Your motion should be filed with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your motion:

(a) **Online**. Registered users of the Court's case filing system must file their motion electronically in searchable portable document format.

(b) **By Mail**. If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a motion by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

> Clerk's Office
> United States District Court
> Room 150 Federal Building
> San Juan, Puerto Rico 00918-1767
>
> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Brian S. Rosen
>
> Counsel for the Creditors' Committee
> Paul Hastings LLP
> 200 Park Avenue
> New York, New York 10166
> Attn: Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

Your motion must be mailed or filed electronically so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than the applicable deadline for filing your Bankruptcy Rule 3018(a) motion (refer to your Notice of Non-Voting Status for the

applicable deadline).

If you are unable to file and serve a motion online or by mail as specified above, you may file a motion in person at the following address by the applicable deadline:

> Clerk's Office
> United States District Court
> #150 Chardon Avenue Federal Building
> San Juan, Puerto Rico 00918

A certificate of service should be included with your motion explaining how service was accomplished.

If you have any questions about filing and serving a motion, including questions about the Court's case filing system, please contact the **Prime Clerk hotline at (844) 822-9231.**

### Additional Resources and Who to Contact with Questions

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information, including the status of your motion, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>*et al.* | |
| Debtors.[1] | |

**MOTION PURSUANT TO RULE 3018(A)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES**

**Movant must provide all of the information below in English.**

| Part 1: | Identify Yourself | | |
|---|---|---|---|
| | **Name** | | |

| Part 2: | Where Should Notices Be Sent? | | |
|---|---|---|---|
| | **Name** | | |
| | **Number** | **Street** | |
| | **City** | **State** | **ZIP Code** |
| | **Contact phone** | | |
| | **Contact email** | | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Part 3: | Identify the Claim |
|---------|--------------------|
| | **Proof of Claim Number (if any)**<br>(You may search for your claim on<br>https://cases.primeclerk.com/puertorico/Home-ClaimInfo) |
| | **Please describe the nature of your claim, including the amount of your claim** |
| **Part 4:** | **Explain Why You Should Be Permitted to Vote to Accept or Reject the Debtors' Plan of Adjustment** |

By filing this motion, you are seeking a court determination pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure to temporarily allow your claim in an amount the court deems proper for purposes of voting to accept or reject the ~~Sixth~~_Seventh_ *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*

Please provide below (1) the amount of your claim that should be allowed for voting purposes, and (2) the reasons why you believe you should be entitled to vote on the Debtors' plan of adjustment (attach additional pages if necessary). Please also provide as much documentation as possible to support both the amount you are asserting and the reasons why you believe you should be entitled to vote:

| Part 5: | Sign Below |
|---------|------------|

I respectfully request that this Court enter an order temporarily allowing my claim in the amount above for purposes of voting to accept or reject the ~~Sixth~~*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*

Executed on date _____
(MM/DD/YYYY)

Signature _____

**Print the name of the person who is completing and signing this motion:**

_____
First name                    Middle name                    Last name

## Schedule 9

**FGIC Insured Bonds Voting**

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| **General Obligation Bonds** | | | | | |
| **2002 GO Bonds**[1] | Class 20 | | | | |
| • CUSIP 74514LFW2 | | $3,985,000.00 | $0.00 | 0.00% | 0% |
| **2002 GO Refunding Bonds** | Class 20 | | | | |
| • CUSIP 7451453N0 | | $2,000,000.00 | $984,350.00 | 49.22% | 49.22% |
| • CUSIP 7451455N8 | | $25,000,000.00 | $215,000.00 | 0.86% | 0.86% |
| **2003 GO Bonds** | Class 20 | | | | |
| • CUSIP 745145Q70 | | $13,970,000.00 | $6,216,650.00 | 44.50% | 44.50% |
| • CUSIP 745145Q88 | | $14,735,000.00 | $6,676,400.00 | 45.31% | 45.31% |
| • CUSIP 745145Q96 | | $15,545,000.00 | $7,117,325.00 | 45.79% | 45.79% |
| • CUSIP 745145R20 | | $16,400,000.00 | $7,844,675.00 | 47.83% | 47.83% |
| • CUSIP 745145R38 | | $17,305,000.00 | $8,308,450.00 | 48.01% | 48.01% |
| • CUSIP 745145R46 | | $18,255,000.00 | $10,049,325.00 | 55.05% | 55.05% |
| • CUSIP 745145R53 | | $19,260,000.00 | $1,900,000.00 | 9.87% | 9.87% |
| **2003 GO Refunding Bonds** | Class 20 | | | | |
| • CUSIP 745145T77 | | $13,515,000.00 | $6,044,700.00 | 44.73% | 44.73% |
| • CUSIP 745145T85 | | $14,255,000.00 | $6,451,700.00 | 45.26% | 45.26% |
| **2006 GO Bonds** | Class 20 | | | | |
| • CUSIP 74514LJU2 | | $32,815,000.00 | $21,908,695.00 | 66.76% | 100% |
| **2007 GO Refunding Bonds** | Class 20 | | | | |
| • CUSIP 74514LNF0 | | $36,205,000.00 | $23,395,600.00 | 64.62% | 100% |
| • CUSIP 74514LNG8 | | $36,830,000.00 | $8,580,000.00 | 23.3% | 100% |

---

[1]   Capitalized terms used but not otherwise defined in this table shall have the meaning ascribed in *Financial Guaranty Insurance Company's Motion (I) Asserting the Right to Vote Certain Claims Pursuant to Section 301 of PROMESA and (II) Seeking Temporary Allowance of the Clawback Claim for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018* [Case No. 17 BK 3283-LTS, ECF No. 17315].

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| **Public Buildings Authority Bonds** | | | | | |
| **PBA Refunding Bonds** | Classes 5 and 27 | | | | |
| • CUSIP 745235TG6 | | $2,303,553.55 | $1,028,338.58 | 44.64% | 44.64% |
| **Puerto Rico Highway and Transportation Authority Bonds** | | | | | |
| **Series G TRBs** | Class 59 | | | | |
| • CUSIP 7451902Q0 | | $5,750,000.00 | $2,600,375.00 | 45.22% | 100% |
| • CUSIP 7451902R8 | | $255,000.00 | $124,575.00 | 48.85% | 100% |
| • CUSIP 745190KC1 | | $11,115,000.00 | $5,990,000.00 | 53.89% | 100% |
| **Series H TRBs** | Class 59 | | | | |
| • CUSIP 7451902W7 | | $135,000 | $65,625.00 | 48.61% | 100% |
| • CUSIP 745190KX5 | | $755,000 | $366,500.00 | 48.54% | 100% |
| • CUSIP 745190KY3 | | $790,000 | $351,550.00 | 44.50% | 100% |
| • CUSIP 745190KZ0 | | $825,000 | $419,850.00 | 50.89% | 100% |
| **Subordinated TRBs** | Class 59 | | | | |
| • CUSIP 745190MF2 | | $14,700,000 | $6,635,850.00 | 45.14% | 100% |
| • CUSIP 745190MG0 | | $500,000 | $255,800.00 | 51.16% | 100% |
| • CUSIP 745190MH8 | | $15,000,000 | $6,691,650.00 | 44.61% | 100% |
| • CUSIP 745190MJ4 | | $110,000 | $48,950.00 | 44.50% | 100% |
| • CUSIP 745190NB0 | | $6,940,000 | $3,088,300.00 | 44.50% | 100% |
| • CUSIP 745190NA2 | | $11,000,000 | $5,352,875.00 | 48.66% | 100% |
| • CUSIP 745190MN5 | | $16,320,000 | $7,451,100.00 | 45.66% | 100% |
| **Series I TRBs** | Class 59 | | | | |
| • CUSIP 745190PF9 | | $480,000 | $213,600.00 | 44.50% | 100% |
| • CUSIP 745190PG7 | | $500,000 | $222,500.00 | 44.50% | 100% |
| • CUSIP 745190PH5 | | $520,000 | $231,400.00 | 44.50% | 100% |
| • CUSIP 745190PJ1 | | $540,000 | $254,175.00 | 47.07% | 100% |
| • CUSIP 745190PK8 | | $565,000 | $315,250.00 | 55.80% | 100% |
| • CUSIP 7451902Z0 | | $12,125,000 | $1,945,000.00 | 16.04% | 100% |
| • CUSIP 745190PM4 | | $14,325,000 | $650,000.00 | 4.54% | 100% |

3

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| • CUSIP 745190PN2 | | $15,040,000 | $5,555,000.00 | 36.93% | 100% |
| • CUSIP 745190PP7 | | $15,790,000 | $3,155,000.00 | 19.98% | 100% |
| • CUSIP 745190PQ5 | | $16,585,000 | $1,028,000.00 | 6.20% | 100% |
| Series J TRBs | Class 59 | | | | |
| • CUSIP 745190QH4 | | $6,995,000 | $3,199,355.00 | 45.74% | 100% |
| • CUSIP 7451903M8 | | $5,660,000 | $3,237,425.00 | 57.20% | 100% |
| Series L TRBs | Class 59 | | | | |
| • CUSIP 745190UG1 | | $19,875,000 | $8,844,375.00 | 44.50% | 100% |
| • CUSIP 745190UH9 | | $7,870,000 | $460,000.00 | 5.84% | 100% |
| • CUSIP 745190UM8 | | $2,525,000 | $65,000.00 | 2.57% | 100% |
| Series N TRBs | Class 59 | | | | |
| • CUSIP 745190ZT8 | | $243,315,000 | $4,245,000.00 | 1.74% | 100% |
| Puerto Rico Infrastructure Financing Authority Bonds | | | | | |
| Series 2005A STRBs | Class 61 | | | | |
| • CUSIP 745220DW0 | | $4,245,000 | $1,889,025 | 44.50% | 100% |
| • CUSIP 745220DX8 | | $4,415,000 | $2,047,925 | 46.39% | 100% |
| • CUSIP 745220DY6 | | $4,600,000 | $2,047,000 | 44.50% | 100% |
| • CUSIP 745220DZ3 | | $4,780,000 | $2,138,200 | 44.73% | 100% |
| • CUSIP 745220EA7 | | $4,970,000 | $2,211,650 | 44.50% | 100% |
| • CUSIP 745220EB5 | | $5,240,000 | $3,552,800 | 67.80% | 100% |
| • CUSIP 745220EC3 | | $5,525,000 | $0 | 0% | 100% |
| • CUSIP 745220ED1 | | $5,835,000 | $0 | 0% | 100% |
| • CUSIP 745220EE9 | | $6,155,000 | $1,870,000 | 30.38% | 100% |
| • CUSIP 745220EF6 | | $6,495,000 | $1,710,000 | 26.33% | 100% |
| • CUSIP 745220EG4 | | $6,850,000 | $1,917,000 | 27.99% | 100% |
| • CUSIP 745220EH2 | | $7,230,000 | $2,810,000 | 38.87% | 100% |
| • CUSIP 745220EJ8 | | $7,625,000 | $1,970,000 | 25.84% | 100% |
| • CUSIP 745220EL3 | | $70,305,000 | $3,422,000 | 4.87% | 100% |
| • CUSIP 745220EM1 | | $70,305,000 | $780,000 | 1.11% | 100% |
| • CUSIP 745220EN9 | | $70,305,000 | $30,758,000 | 43.75% | 100% |

4

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| • CUSIP 745220EP4 | | $70,305,000 | $12,642,000 | 17.98% | 100% |
| • CUSIP 745220EU3 | | $86,000,000 | $9,311,000 | 10.83% | 100% |
| • CUSIP 745220EX7 | | $83,355,000 | $5,340,000 | 6.41% | 100% |
| **Series 2005C STRBs** | Class 59 | | | | |
| • CUSIP 745220FJ7 | | $37,670,000 | $17,422,490 | 46.25% | 100% |
| • CUSIP 745220FK4 | | $39,745,000 | $23,007,865 | 57.89% | 100% |
| • CUSIP 745220FL2 | | $41,930,000 | $27,321,845 | 65.16% | 100% |
| • CUSIP 745220FM0 | | $44,240,000 | $12,283,000 | 27.76% | 100% |
| **Puerto Rico Convention Center District Authority Bonds** | | | | | |
| **Series A HOTRBs** | Class 60 | | | | |
| • CUSIP 745266AT3 | | $3,330,000 | $2,003,550.00 | 60.17% | 100% |
| • CUSIP 745266AU0 | | $10,990,000 | $5,867,350.00 | 53.39% | 100% |
| • CUSIP 745266AV8 | | $15,005,000 | $2,015,000.00 | 13.43% | 100% |
| • CUSIP 745266AW6 | | $15,720,000 | $1,395,000.00 | 8.87% | 100% |
| • CUSIP 745266AX4 | | $16,505,000 | $1,330,000.00 | 8.06% | 100% |
| • CUSIP 745266AY2 | | $17,330,000 | $310,000.00 | 1.79% | 100% |
| • CUSIP 745266AZ9 | | $4,255,000 | $80,000.00 | 1.88% | 100% |
| • CUSIP 745266BA3 | | $13,940,000 | $815,000.00 | 5.85% | 100% |