**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
<u>APPEARANCE AT AUGUST 4-5 OMNIBUS HEARING</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**")

under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time

to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the

Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the

Court's *Order Regarding Procedures for August 4-5, 2021 Omnibus Hearing* (the "**Order**")

setting forth guidelines for parties wishing to be heard at the August 4-5, 2021 omnibus hearing

(the "**Hearing**").

1.  Clark T. Whitmore of Maslon LLP will appear telephonically on behalf of the

Trustee at the Hearing.

2.  Mr. Whitmore does not intend to present argument on behalf of the Trustee, but

reserves the right to be heard on any matter raised by any party at the Hearing related to the Title

III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Trustee.

Respectfully submitted in San Juan, Puerto Rico, on this 2nd day of August 2021.

We hereby certify that on this same date we electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System of the U.S. Bankruptcy Court for the District of

Puerto Rico for Case No. 17-BK-4780 and Case No. 17-BK-3283, which will send notification of

such filing to all counsel of record participating in the CM/ECF System.

2

Respectfully submitted,

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |

/s *Eric A. Tulla*                          By: /s Clark T. Whitmore
Eric A. Tulla                                   Clark T. Whitmore (admitted *pro hac vice*)
USDC-DPR No. 118313                     John Duffey (admitted *pro hac vice*)
Email: etulla@ riveratulla.com

/s *Iris J. Cabrera-Gómez*               90 South Seventh Street, Suite 3300
Iris J. Cabrera-Gómez                    Minneapolis, MN 55402
USDC-DPR No. 221101                     Telephone: 612-672-8200
Email: icabrera@riveratulla.com          Facsimile: 612-672-8397
                                         E-Mail:    clark.whitmore@maslon.com
                                                    john.duffey@maslon.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street                      **ATTORNEYS FOR U.S. BANK**
San Juan, PR 00917-1212                  **NATIONAL ASSOCIATION, IN ITS**
Tel: (787)753-0438                       **CAPACITY AS TRUSTEE**
Fax: (787)767-5784 (787)766-0409