<u>**Schedule 1**</u>

**Disclosure Statement[1]**

---

[1]   In the interest of economy, a hard copy of the Disclosure Statement is not included as a schedule to the Disclosure Statement Order.  A copy of the Disclosure Statement was filed on July 30, 2021 at ECF No. 17628, and is available on the Court's docket, as well as on the website of the Debtor's Claims and Noticing Agent, Prime Clerk, at https://cases.primeclerk.com/puertorico/. A flash drive containing the Disclosure Statement and all exhibits thereto will be included in the Solicitation Packages. Hard copies of the Disclosure Statement are available on request by contacting Prime Clerk by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please do not direct any inquiries to the Court.