**Schedule 3(p)**

**Form of Ballot for Holders of Claims in
Class 51 (Active and Retired Employee Retirement Benefit Claims)**

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
  as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,
  Debtors.

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## OFFICIAL BALLOT FOR HOLDERS OF CLAIMS IN CLASS 48D ERS ABOVE-THRESHOLD RETIREE CLAIMS

This Ballot is for voting to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated [●], 2021 (the "Plan").

### PLEASE COMPLETE THE FOLLOWING:



### VOTE ON PLAN

I am the holder of a Claim in **Class 48D (ERS Above-Threshold Retiree Claims).** I hereby vote to (please check <u>one</u>):

☐ **ACCEPT** (vote FOR) the Plan            ☐ **REJECT** (vote AGAINST) the Plan

Name of Holder: _____
                              *(Print or Type)*
Signature: _____
Name and Relationship of Signatory: _____
                                           *(If other than holder)*
Address: _____
         _____
         _____
Telephone Number: _____
Email: _____
Date Completed: _____

### IMPORTANT NOTE:

You may submit your Ballot by mail, delivery to a drop-off site, or E-Ballot. Please review the Voting Instructions document that accompanies this Ballot for more information. If you wish to submit your E-Ballot, please visit [cases.primeclerk.com/puertorico](cases.primeclerk.com/puertorico).

**Votes must be received by the Balloting Agent no later than <u>5:00 p.m. (Atlantic Standard Time), October 4, 2021</u>.**

**If you wish to vote by E-Ballot, you will need the following information:**

    Unique E-Ballot ID#: _____

**You or your household may receive more than one Ballot with different Unique E-Ballot ID numbers. Please complete and submit an E-Ballot for each E-Ballot ID# you receive.**

If you cast a Ballot using Prime Clerk's "E-Ballot" platform, you do <u>NOT</u> need to submit a paper Ballot.



# INSTRUCTIONS FOR VOTING ON PLAN OF ADJUSTMENT

You have received a Ballot for voting to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated [●], 2021 (the "Plan"). These Instructions[1] will help you complete and submit your Ballot properly.

Along with these Instructions and the Ballot, you have received the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated [●], 2021 (the "Disclosure Statement"), which provides information regarding the Plan. The Disclosure Statement (with the Plan attached as an exhibit to the Disclosure Statement) has been provided in electronic form on a "flash drive" that can be inserted into a computer.

## I. VOTING INSTRUCTIONS

### HOW TO COMPLETE MY BALLOT:

To properly complete the Ballot, follow the instructions below:

- **Check the appropriate box on the Ballot**
  - If you wish to vote in favor of the Plan, check the "ACCEPT" box.
  - If you wish to vote against the Plan, check the "REJECT" box.
- **Fill out the information**
  - Provide your name and mailing address.
  - Sign and date your Ballot.
  - If you are completing this Ballot on behalf of another person, indicate your relationship to such person and the capacity in which you are signing and submit evidence of your authority to act on behalf of the claimholder (e.g., a power of attorney).
- **Return your Ballot** by one of the following methods below. Your ballot must be received no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.

**DEADLINE TO VOTE:**

To have your vote counted, you must complete, sign, and return the Ballot so that it is received by the Balloting Agent no later than

**5:00 p.m.**
(Atlantic Standard Time)
**October 4, 2021.**

---

[1] These instructions were jointly developed by the Official Committee of Retirees and the Financial Oversight and Management Board for Puerto Rico

**You must submit your Ballot by one of the following methods:**

**1** **Online:** Visit https://cases.primeclerk.com/puertorico and click the "Submit E-Ballot" link.  Follow the instructions on the website.

You are encouraged to submit your Ballot via the E-Ballot platform.  If you submit your Ballot via the E-Ballot platform, you will receive an e-mail confirmation of submission as well. Please note that, if you or your household hold more than one claim, you may receive more than one Ballot with different Unique E-Ballot ID numbers. Please complete and submit an E-Ballot for each E-Ballot ID# you receive.

**2** **First Class Mail or Overnight Courier:** Deliver to the address below (for First Class Mail, please use the enclosed envelope and deliver to your local post office promptly to ensure enough time for delivery) :

[PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165]



**DEADLINE TO VOTE:**

To have your vote counted, you must complete, sign, and return the Ballot so that it is <u>received</u> by the Balloting Agent no later than

**5:00 p.m.**
(Atlantic Standard Time)
**October 4, 2021.**

**3** **Hand Delivery to On-Island Collection Site:** Deliver to one of the following on-Island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | | |
|---|---|---|
| **Address** | | **Hours (AST)** |
| **Bianca Convention Center**  Carr 2 KM 143, 1st Floor  Añasco, PR 00610 | **Joe's Blue**  Edificio Millennium Building  Avenida Tito Castro, Carr. 14  Ponce, PR 00716 | M – F  8:30 a.m. to 5:00 p.m. |
| **Oceana HUB Center**  2 Calle Acerina  Caguas, PR 00725 | **NOLLA Office Building**  Avenida José A. Cedeño # 521  Arecibo, PR 00612 | |
| **Citi Towers**  252 Ponce de León Ave., Suite 1000  1000 Hato Rey, San Juan, PR 00918 | **Fajardo Market Square Shopping Center**  Marginal Carr 3 Km 45.4-4495  Fajardo, PR, 00738 | |
| **Piloto 151**  #151 Calle de San Francisco  2nd Floor, Suite M  Old San Juan, PR 00901 | | |

**You must deliver the Ballot by one of the methods described above.  Ballots will not be accepted by telecopy, facsimile (fax), or electronic mail (e-mail).**

If you wish to obtain a paper copy of the Disclosure Statement and the Plan, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.