## **Schedule 4(b)-2**

**Notice of Non-Voting Status (Class 51A/C/J/K)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO et al.,<br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF NON-VOTING STATUS (CLASS 51__ RETIREE CLAIMS) – DEEMED TO ACCEPT.

PLEASE TAKE NOTICE THAT on [●], 2021, the United States District Court for the District of Puerto Rico authorized the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, to solicit votes to accept or reject the Debtor's *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated [●], 2021 (the "Plan") from the Debtor's creditors.

**UNDER THE TERMS OF THE PLAN, YOUR RETIREMENT BENEFITS WILL NOT BE REDUCED AT ALL. THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT REQUIRED TO VOTE ON THE PLAN.**

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM OR WANT TO REQUEST A COPY OF THE PLAN AND/OR THE ACCOMPANYING DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTOR'S BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated:_____ , 2021
San Juan, Puerto Rico

/s/ _____  /s/ _____

Martin J. Bienenstock *(pro hac vice)*  Hermann D. Bauer
Brian S. Rosen *(pro hac vice)*  USDC No. 215205
**PROSKAUER ROSE LLP**  **O'NEILL & BORGES LLC**
Eleven Times Square  250 Muñoz Rivera Ave., Suite 800
New York, NY 10036  San Juan, PR 00918-1813

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).