**Schedule 8**

**Form of Rule 3018(a) Motion**

## INSTRUCTIONS FOR COMPLETING AND FILING 3018(A) MOTION

**THE PURPOSE OF RULE 3018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IS TO ALLOW PARTIES TO REQUEST THE COURT TO TEMPORARILY ALLOW THEIR CLAIMS FOR THE PURPOSE OF VOTING ON THE PLAN OF ADJUSTMENT.**

**THE COURT WILL DETERMINE AFTER NOTICE AND HEARING WHETHER TO ALLOW YOUR CLAIMS FOR PURPOSES OF VOTING ON THE PLAN.**

**What to File**. Your motion must be in writing, in English, and contain the following information (a form of Rule 3018(a) motion is included that you may use).

(a) **Contact Information**. Your motion must include the **name**, **address**, **telephone number**, and **email address** of either (1) the claimant (you); or (2) your attorney or designated representative to whom the attorneys for the Debtors should serve a reply to the motion, if any.

(b) **Claim Information**. Your motion must contain **the proof of claim number(s) related thereto from Prime Clerk** (You may search for your claim on https://cases.primeclerk.com/puertorico/Home-ClaimInfo). If you do not have a proof of claim number, you must describe the nature and amount of your asserted claim.

(c) **Reason(s) for filing.** Your motion must contain a concise statement setting forth the reasons why the Court should permit you to vote on the Debtors' plan of adjustment and, if not amount is included in your proof of claim, the amount that you assert to be owed by the Debtors.

(d) **Signature**. You must sign your motion. If you do not sign your motion, the clerk will not accept it for filing.

**IMPORTANT NOTICE REGARDING SENSITIVE INFORMATION CONTAINED IN A MOTION.**

Your motion should **not include** sensitive documents or information, such as copies of driver's licenses, passports, birth certificates, Social Security cards, sensitive medical information or confidential business information. Sensitive information submitted to the Court must adhere to the following guidelines:

- Social Security numbers and taxpayer identification numbers should be redacted (that is, blacked out), except for their last four digits.

- Birthdays should be redacted, except for the year of an individual's birth.

- The name of any individual known to be a minor should be redacted, except for that person's initials.

- Financial account numbers should be redacted, except for their last four digits.

Any such sensitive or confidential information upon which a claimant relies in support of its motion must be provided directly to counsel for the Debtors, and will be kept confidential. You may provide this information by mailing it to the following address:

>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock, Esq., and Brian S. Rosen, Esq.

**Where and How to File and Serve a Motion**. Your motion should be filed with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your motion:

(a) **Online**. Registered users of the Court's case filing system must file their motion electronically in searchable portable document format.

(b) **By Mail**. If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a motion by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

>Clerk's Office
>United States District Court
>Room 150 Federal Building
>San Juan, Puerto Rico 00918-1767
>
>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock
>Brian S. Rosen
>
>Counsel for the Creditors' Committee
>Paul Hastings LLP
>200 Park Avenue
>New York, New York 10166
>Attn: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

Your motion must be mailed or filed electronically so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than the applicable deadline for filing your Bankruptcy Rule 3018(a) motion (refer to your Notice of Non-Voting Status for the applicable

2

deadline).

If you are unable to file and serve a motion online or by mail as specified above, you may file a motion in person at the following address by the applicable deadline:

> Clerk's Office
> United States District Court
> #150 Chardon Avenue Federal Building
> San Juan, Puerto Rico 00918

A certificate of service should be included with your motion explaining how service was accomplished.

If you have any questions about filing and serving a motion, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information, including the status of your motion, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION PURSUANT TO RULE 3018(A)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES**

**Movant must provide all of the information below in English.**

| Part 1: | **Identify Yourself** |
|---|---|
| | **Name** |
| **Part 2:** | **Where Should Notices Be Sent?** |
| | **Name** |
| | **Number**        **Street** |
| | **City**      **State**      **ZIP Code** |
| | **Contact phone** |
| | **Contact email** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Part 3: | Identify the Claim |
|---|---|
| | **Proof of Claim Number (if any)**<br>(You may search for your claim on https://cases.primeclerk.com/puertorico/Home-ClaimInfo) |
| | **Please describe the nature of your claim, including the amount of your claim** |
| Part 4: | **Explain Why You Should Be Permitted to Vote to Accept or Reject the Debtors' Plan of Adjustment** |
| | By filing this motion, you are seeking a court determination pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure to temporarily allow your claim in an amount the court deems proper for purposes of voting to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*<br><br>Please provide below (1) the amount of your claim that should be allowed for voting purposes, and (2) the reasons why you believe you should be entitled to vote on the Debtors' plan of adjustment (attach additional pages if necessary). Please also provide as much documentation as possible to support both the amount you are asserting and the reasons why you believe you should be entitled to vote: |

2

| Part 5: | Sign Below |
|---|---|
| | I respectfully request that this Court enter an order temporarily allowing my claim in the amount above for purposes of voting to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al*.<br><br>Executed on date _____<br>(MM/DD/YYYY)<br><br><br>Signature _____<br><br><br>**Print the name of the person who is completing and signing this motion:**<br><br>_____<br>First name    Middle name    Last name |

3