**<u>Schedule 9</u>**

**FGIC Insured Bonds Voting**

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| **General Obligation Bonds** | | | | | |
| **2002 GO Bonds**[1] | Class 20 | | | | |
| • CUSIP 74514LFW2 | | $3,985,000.00 | $0.00 | 0.00% | 0% |
| **2002 GO Refunding Bonds** | Class 20 | | | | |
| • CUSIP 7451453N0 | | $2,000,000.00 | $984,350.00 | 49.22% | 49.22% |
| • CUSIP 7451455N8 | | $25,000,000.00 | $215,000.00 | 0.86% | 0.86% |
| **2003 GO Bonds** | Class 20 | | | | |
| • CUSIP 745145Q70 | | $13,970,000.00 | $6,216,650.00 | 44.50% | 44.50% |
| • CUSIP 745145Q88 | | $14,735,000.00 | $6,676,400.00 | 45.31% | 45.31% |
| • CUSIP 745145Q96 | | $15,545,000.00 | $7,117,325.00 | 45.79% | 45.79% |
| • CUSIP 745145R20 | | $16,400,000.00 | $7,844,675.00 | 47.83% | 47.83% |
| • CUSIP 745145R38 | | $17,305,000.00 | $8,308,450.00 | 48.01% | 48.01% |
| • CUSIP 745145R46 | | $18,255,000.00 | $10,049,325.00 | 55.05% | 55.05% |
| • CUSIP 745145R53 | | $19,260,000.00 | $1,900,000.00 | 9.87% | 9.87% |
| **2003 GO Refunding Bonds** | Class 20 | | | | |
| • CUSIP 745145T77 | | $13,515,000.00 | $6,044,700.00 | 44.73% | 44.73% |
| • CUSIP 745145T85 | | $14,255,000.00 | $6,451,700.00 | 45.26% | 45.26% |
| **2006 GO Bonds** | Class 20 | | | | |
| • CUSIP 74514LJU2 | | $32,815,000.00 | $21,908,695.00 | 66.76% | 100% |
| **2007 GO Refunding Bonds** | Class 20 | | | | |
| • CUSIP 74514LNF0 | | $36,205,000.00 | $23,395,600.00 | 64.62% | 100% |
| • CUSIP 74514LNG8 | | $36,830,000.00 | $8,580,000.00 | 23.3% | 100% |

---

[1] Capitalized terms used but not otherwise defined in this table shall have the meaning ascribed in *Financial Guaranty Insurance Company's Motion (I) Asserting the Right to Vote Certain Claims Pursuant to Section 301 of PROMESA and (II) Seeking Temporary Allowance of the Clawback Claim for Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018* [Case No. 17 BK 3283-LTS, ECF No. 17315].

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| **Public Buildings Authority Bonds** | | | | | |
| **PBA Refunding Bonds** | Classes 5 and 27 | | | | |
| • CUSIP 745235TG6 | | $2,303,553.55 | $1,028,338.58 | 44.64% | 44.64% |
| **Puerto Rico Highway and Transportation Authority Bonds** | | | | | |
| **Series G TRBs** | Class 59 | | | | |
| • CUSIP 7451902Q0 | | $5,750,000.00 | $2,600,375.00 | 45.22% | 100% |
| • CUSIP 7451902R8 | | $255,000.00 | $124,575.00 | 48.85% | 100% |
| • CUSIP 745190KC1 | | $11,115,000.00 | $5,990,000.00 | 53.89% | 100% |
| **Series H TRBs** | Class 59 | | | | |
| • CUSIP 7451902W7 | | $135,000 | $65,625.00 | 48.61% | 100% |
| • CUSIP 745190KX5 | | $755,000 | $366,500.00 | 48.54% | 100% |
| • CUSIP 745190KY3 | | $790,000 | $351,550.00 | 44.50% | 100% |
| • CUSIP 745190KZ0 | | $825,000 | $419,850.00 | 50.89% | 100% |
| **Subordinated TRBs** | Class 59 | | | | |
| • CUSIP 745190MF2 | | $14,700,000 | $6,635,850.00 | 45.14% | 100% |
| • CUSIP 745190MG0 | | $500,000 | $255,800.00 | 51.16% | 100% |
| • CUSIP 745190MH8 | | $15,000,000 | $6,691,650.00 | 44.61% | 100% |
| • CUSIP 745190MJ4 | | $110,000 | $48,950.00 | 44.50% | 100% |
| • CUSIP 745190NB0 | | $6,940,000 | $3,088,300.00 | 44.50% | 100% |
| • CUSIP 745190NA2 | | $11,000,000 | $5,352,875.00 | 48.66% | 100% |
| • CUSIP 745190MN5 | | $16,320,000 | $7,451,100.00 | 45.66% | 100% |
| **Series I TRBs** | Class 59 | | | | |
| • CUSIP 745190PF9 | | $480,000 | $213,600.00 | 44.50% | 100% |
| • CUSIP 745190PG7 | | $500,000 | $222,500.00 | 44.50% | 100% |
| • CUSIP 745190PH5 | | $520,000 | $231,400.00 | 44.50% | 100% |
| • CUSIP 745190PJ1 | | $540,000 | $254,175.00 | 47.07% | 100% |
| • CUSIP 745190PK8 | | $565,000 | $315,250.00 | 55.80% | 100% |

3

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| • CUSIP 7451902Z0 | | $12,125,000 | $1,945,000.00 | 16.04% | 100% |
| • CUSIP 745190PM4 | | $14,325,000 | $650,000.00 | 4.54% | 100% |
| • CUSIP 745190PN2 | | $15,040,000 | $5,555,000.00 | 36.93% | 100% |
| • CUSIP 745190PP7 | | $15,790,000 | $3,155,000.00 | 19.98% | 100% |
| • CUSIP 745190PQ5 | | $16,585,000 | $1,028,000.00 | 6.20% | 100% |
| **Series J TRBs** | Class 59 | | | | |
| • CUSIP 745190QH4 | | $6,995,000 | $3,199,355.00 | 45.74% | 100% |
| • CUSIP 7451903M8 | | $5,660,000 | $3,237,425.00 | 57.20% | 100% |
| **Series L TRBs** | Class 59 | | | | |
| • CUSIP 745190UG1 | | $19,875,000 | $8,844,375.00 | 44.50% | 100% |
| • CUSIP 745190UH9 | | $7,870,000 | $460,000.00 | 5.84% | 100% |
| • CUSIP 745190UM8 | | $2,525,000 | $65,000.00 | 2.57% | 100% |
| **Series N TRBs** | Class 59 | | | | |
| • CUSIP 745190ZT8 | | $243,315,000 | $4,245,000.00 | 1.74% | 100% |
| **Puerto Rico Infrastructure Financing Authority Bonds** | | | | | |
| **Series 2005A STRBs** | Class 61 | | | | |
| • CUSIP 745220DW0 | | $4,245,000 | $1,889,025 | 44.50% | 100% |
| • CUSIP 745220DX8 | | $4,415,000 | $2,047,925 | 46.39% | 100% |
| • CUSIP 745220DY6 | | $4,600,000 | $2,047,000 | 44.50% | 100% |
| • CUSIP 745220DZ3 | | $4,780,000 | $2,138,200 | 44.73% | 100% |
| • CUSIP 745220EA7 | | $4,970,000 | $2,211,650 | 44.50% | 100% |
| • CUSIP 745220EB5 | | $5,240,000 | $3,552,800 | 67.80% | 100% |
| • CUSIP 745220EC3 | | $5,525,000 | $0 | 0% | 100% |
| • CUSIP 745220ED1 | | $5,835,000 | $0 | 0% | 100% |
| • CUSIP 745220EE9 | | $6,155,000 | $1,870,000 | 30.38% | 100% |
| • CUSIP 745220EF6 | | $6,495,000 | $1,710,000 | 26.33% | 100% |
| • CUSIP 745220EG4 | | $6,850,000 | $1,917,000 | 27.99% | 100% |
| • CUSIP 745220EH2 | | $7,230,000 | $2,810,000 | 38.87% | 100% |

| Bonds | Voting Class | Principal Amount Insured | Principal Amount of Bonds Owned By FGIC | Percentage of Bonds Owned by FGIC | Percentage of Bonds FGIC Votes |
|---|---|---|---|---|---|
| • CUSIP 745220EJ8 | | $7,625,000 | $1,970,000 | 25.84% | 100% |
| • CUSIP 745220EL3 | | $70,305,000 | $3,422,000 | 4.87% | 100% |
| • CUSIP 745220EM1 | | $70,305,000 | $780,000 | 1.11% | 100% |
| • CUSIP 745220EN9 | | $70,305,000 | $30,758,000 | 43.75% | 100% |
| • CUSIP 745220EP4 | | $70,305,000 | $12,642,000 | 17.98% | 100% |
| • CUSIP 745220EU3 | | $86,000,000 | $9,311,000 | 10.83% | 100% |
| • CUSIP 745220EX7 | | $83,355,000 | $5,340,000 | 6.41% | 100% |
| **Series 2005C STRBs** | Class 59 | | | | |
| • CUSIP 745220FJ7 | | $37,670,000 | $17,422,490 | 46.25% | 100% |
| • CUSIP 745220FK4 | | $39,745,000 | $23,007,865 | 57.89% | 100% |
| • CUSIP 745220FL2 | | $41,930,000 | $27,321,845 | 65.16% | 100% |
| • CUSIP 745220FM0 | | $44,240,000 | $12,283,000 | 27.76% | 100% |
| **Puerto Rico Convention Center District Authority Bonds** | | | | | |
| **Series A HOTRBs** | Class 60 | | | | |
| • CUSIP 745266AT3 | | $3,330,000 | $2,003,550.00 | 60.17% | 100% |
| • CUSIP 745266AU0 | | $10,990,000 | $5,867,350.00 | 53.39% | 100% |
| • CUSIP 745266AV8 | | $15,005,000 | $2,015,000.00 | 13.43% | 100% |
| • CUSIP 745266AW6 | | $15,720,000 | $1,395,000.00 | 8.87% | 100% |
| • CUSIP 745266AX4 | | $16,505,000 | $1,330,000.00 | 8.06% | 100% |
| • CUSIP 745266AY2 | | $17,330,000 | $310,000.00 | 1.79% | 100% |
| • CUSIP 745266AZ9 | | $4,255,000 | $80,000.00 | 1.88% | 100% |
| • CUSIP 745266BA3 | | $13,940,000 | $815,000.00 | 5.85% | 100% |