UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of                                             No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                          (Jointly Administered)
et al.,

                    Debtors.¹
---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

         The attached additional pro se Notices of Intent to Participate in Discovery

Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court

for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary*

*Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the*

*Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

¹       The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy
        Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
        Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
        (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
        Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal
        Tax ID: 3808); (iv) Employees Retirement System of the Government of the
        Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
        Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
        (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and
        (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-
        LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
        Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 2, 2021

1. Sonia M. Otero Agosto (received 07/30/2021)

2. Alejandro Velez

3. Tatiana Texidor Flores

4. Iris E. Rodriguez Orengo

5. Evelyn Rivera Lozada

6. The Webster Family Trust U/A 5/17/91

7. Phyllis Jeanne Devoronine & Bernard J. Devoronine

8. Jesus M. Santiago Torres

9. Sonia M. Arroyo Graulau

10. Maria Pomales Muñiz

11. Ivonne D. Graham Urdaz

12. Pedro Antonio Matos Vazquez

13. Rene Ruiz Soto

Dated:  August 2, 2021