IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

      **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

      The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia M Otero Agosto_

Participant's Address: _321 Rafael Cepeda Atiles Villa Palmeras Santurce P. RP 00 915-2323_

Participant's Email Address: _Siglo corazones 960 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sonia Marie Otero Agosto_
Signature

_Sonia M. Otero Agosto_
Print Name

_____
Title (if Participant is not an individual)

_Julio 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alejandro Veler_

Participant's Address: _2275 Calle Dr. Carlos Lugo San Antonio P.A. 00690_

Participant's Email Address: _alejandroveler49@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _____

By: _____
     Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_2-agosto de2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Tatiana Texidor Flores_

Participant's Address:  _Urb. Ext. El Comandante Calle San Carlos 433_
_Carolina PR 00982_

Participant's Email Address:  _ttexidorflores@yahoo.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS (17-03283-LTS) Doc# 11950_

Nature of Claim:  _The employees retirement system_

By:  _[signature]_
Signature

_Tatiana Texidor Flores_
Print Name

_Accountant I_
Title (if Participant is not an individual)

_7/29/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From : Tatiana
Uib. Ext. El Comandante
Calle San Carlos 433
Carolina PR 00982



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
21 AUG -2 PM 4:51

To:  United States District Court
     Clerk Office
     150 Ave. Carlos Chardon Ste 150
     San Juan PR  00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Iris E. Rodriguez Orengo_

Participant's Address:    _2805 Calle Culebra Urb. Los Caobos, Ponce, PR 00716-2735_

Participant's Email Address:    _No Tengo_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _98266, 166628, 89215, 88799, 51772_

Nature of Claim:    _Salario no recibido_

By: _Iris E. Rodriguez Orengo_
Signature

_IRIS E. Rodriguez Orengo_
Print Name

_____
Title (if Participant is not an individual)

_31/Julio 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris E Rodriguez Orengo
2805 Calle Cojaba
Urb. Los Caobos
Ponce, Puerto Rico
00716 -2735

Court's Clerks Office
United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Iris E. Rodriguez Orengo
2805 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico
        00716-2735

CERTIFIED MAIL

7020 1810 0001 6731 3318



U.S. POSTAGE PAID
PCM LG ENV
MERCEDITA, PR
00715
JUL 31. 21
AMOUNT
**$5.00**
R2304M116599-03

1000        00916

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
            00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris E. Rodriguez Orengo_

Participant's Address: _2805 Calle Cajeta, Urb-Los Caobos Ponce P.R._ _00716-2735_

Participant's Email Address: _No Tengo_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98266, 166628, 89215, 88799, 51772_

Nature of Claim: _Salario no recibido_

By: _Iris E. Rodriguez Orengo_
Signature

_Iris E. Rodriguez Orengo_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris E Rodríguez Orengo
2805 Calle Cojabe
Urb. Los Caobos
Ponce, Puerto Rico
00716 -2735

Court's Clerks Office
United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Iris E. Rodriguez Orengo
2805 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico
        00716-2735

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7020 1810 0001 6731 3318




U.S. POSTAGE PAID
PCM LG ENV
MERCEDITA, PR
00715
JUL 31, 21
AMOUNT

1000        00918        **$5.00**
                    R2304M116599-03

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
            00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis E. Rodriguez Orengo_

Participant's Address: _2805 Calle Cafeta, Urb-Los Caobos Ponce P.R. 00716-2735_

Participant's Email Address: _No Tengo_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98266, 166628, 89215, 88799, 51772_

Nature of Claim: _Salario no recibido_

By: _Luis E. Rodriguez Orengo_
Signature

_Iris E. Rodriguez Orengo_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris E Rodriguez Orengo
2805 Calle Cojabe
Urb. Los Caobos
Ponce, Puerto Rico
          00716 -2735

Court's Clerks Office
United States District Court
   Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Iris E. Rodriguez Orengo
2805 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico
        00716-2735





7020 1810 0001 6731 3318

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JUL 31, 21
AMOUNT
**$5.00**
R2304M116599-03

1000    00916

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
            00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:            _Iris E. Rodriguez Orengo_

Participant's Address:         _2805 Calle Jupiter_
                               _urb. Los Caobos Ponce, P.R. 00716-2735_

Participant's Email Address:   _No Tengo_

Name of Counsel:               _____

Address of Counsel:            _____

Email Address of Counsel:      _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:      _98266, 166628, 89215, 88799, 51772_

Nature of Claim:   _Salario no recibido_

By:  _Iris E. Rodriguez (illegible)_
     Signature

     _Iris E. Rodriguez Orengo_
     Print Name

     _____
     Title (if Participant is not an individual)

     _31/ Julio 2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris E Rodriguez Orengo
2805 Calle Cojaba
Uab. Los Caobos
Ponce, Puerto Rico
          00716 -2735

Court's Clerks Office
United States District Court
    Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Iris E. Rodriguez Orengo
2805 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico
          00716-2735




```
7020 1810 0001 6731 3318
```

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JUL 31, 21
AMOUNT
**$5.00**
R2304M116599-03

1000          00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
          00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris E. Rodriguez Orengo_

Participant's Address: _2805 Calle Cubuca urb. Los Caobos, Ponce, P.R. 00716-2735_

Participant's Email Address: _No Tengo_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98266, 166628, 89215, 58799, 51772_

Nature of Claim: _Salario no recibido_

By: _Iris E Rodriguez Orengo_
    Signature

_IRIS E. Rodriguez Orengo_
Print Name

_____
Title (if Participant is not an individual)

_31/Julio 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris E Rodriguez Orengo
2805 Calle Cojaba
Urb. Los Caobos
Ponce, Puerto Rico
            00716 -2735

Court's Clerks Office
United States District Court
   Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Iris E. Rodriguez Orengo
2805 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico
        00716-2735

CERTIFIED MAIL

7020 1810 0001 6731 3318



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JUL 31 21
AMOUNT
$5.00
R2304M116599-03

UNITED STATES
POSTAL SERVICE®

1000        00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
            00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                 Debtors.[3]

------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis E. Rodriguez Orengo_

Participant's Address: _2805 Calle Cafeta, Urb-Los Caobos Ponce P.R. 00716-2735_

Participant's Email Address: _no Tengo_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98266, 166628, 89215, 88799, 51772_

Nature of Claim: _Salario no recibido_

By: _Luis E. Rodriguez Orengo_
Signature

_Iris E. Rodriguez Orengo_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris E Rodriguez Orengo
2805 Calle Cojabe
Urb. Los Caobos
Ponce, Puerto Rico
        00716 -2735

Court's Clerks Office
United States District Court
    Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Iris E. Rodriguez Orengo
2805 Calle Cojoba
Urb. Los Caobos
Ponce, Puerto Rico
00716-2735



CERTIFIED MAIL

7020 1810 0001 6731 3318





U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JUL 31, 21
AMOUNT
**$5.00**
R2304M116599-03

1000       00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Rivera Lozada*

Participant's Address: *Cond Concordia Gardens 1, #8 Calle Livorna Apt 9d San Juan PR 00924*

Participant's Email Address: *evrivera6 @ hotmail.com*

Name of Counsel: *I don't have*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *165790*

Nature of Claim: *Federal Minimum Wage, stopped paying by Family Department your career employees, like me. I am a retired employee.*

By: *Evelyn Rivera Lozada*
    Signature

*Evelyn Rivera Lozada*
Print Name

*Retired Employee*
Title (if Participant is not an individual)

*July 31, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Rivera Lozada
Cond Concordia Gardens 1
#8 Calle Livorna Apt. 9d
San Juan, PR 00924

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG -2 PM 4:50



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
JUL 31, 21
AMOUNT
**$1.20**
R2304H109441-17

1000        00918

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _THE WEBSTER FAMILY TRUST u/A 5/17/91_

Participant's Address: _8 TYLER BROOK RD KENNEBUNKPORT, ME 04046_

Participant's Email Address: _pjdevo@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173736 / CASE: 17-03283-LTS_

Nature of Claim: _MONEY LOANED/MUNICIPAL BONDS_

By: _Phyllis J de Voronine_
    Signature

_PHYLLIS J DEVORONINE_
Print Name

_TRUSTEE_
Title (if Participant is not an individual)

_JULY 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**UNITED**
**POSTAL**

- Expected delivery date spe
- Most domestic shipments
- USPS Tracking® included f
- Limited international insura
- When used internationally,

*Insurance does not cover certain it
Domestic Mail Manual at *http://pe.u*
** See International Mail Manual at *h*

# FLAT RATE E
ONE RATE ■ ANY WEIGH

# TRACKED ■ INS



PS00001000014

**EP14F May 2020**
**OD: 12 1/2 x 9 1/2**



USPS.COM/PICKUP



UNITED STATES
POSTAL SERVICE®

**PRIORITY MAIL 3-DAY™**

USPS.com™
$7.95
US POSTAGE
Flat Rate Env

07/30/2021

9405 5036 9930 0459 5438 39 0079 0700 0070 0918

Mailed from 04045   1000/000

**U.S. POSTAGE PAID**
**Click-N-Ship®**

Expected Delivery Date 08/03/21

0004

SHIP
TO

PHYLLIS J DEVONONIME
8 TYLER BROOK RD
KENNEBUNKPORT ME 04046-5743

UNITED STATES DISTRICT COURT CLERK'S OFFICE
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

C018

Electronic Rate Approved #038555749

**9405 5036 9930 0459 9426 39**

USPS TRACKING #

Cut on dotted line



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service, May 2020; All rights reserved.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[3]

------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     _PHYLLIS JEANNE DEVORONINE + BERNARD J DEVORONINE_

Participant's Address:    _8 TYLER BROOK RD, KENNEBUNKPORT, ME 04046_

Participant's Email Address:   _pjdevo@icloud.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _173737 / CASE: 17-03283-LTS_

Nature of Claim:   _MONEY LOANED (MUNICIPAL BONDS)_

By:   _Phyllis Jeanne de Varon_
      Signature

_PHYLLIS JEANNE DEVORONINE_     _BERNARD DEVORONINE_
Print Name

_____
Title (if Participant is not an individual)

_JULY 30, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



# UNITED STATES
# POSTAL SERVICE

- Expected delivery date spe
- Most domestic shipments
- USPS Tracking® included f
- Limited international insura
- When used internationally,

*Insurance does not cover certain it
Domestic Mail Manual at *http://pe.u*
** See International Mail Manual at *h*

# FLAT RATE E
ONE RATE ■ ANY WEIGH

# TRACKED ■ IN

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020). All rights reserved.

---

**UNITED STATES POSTAL SERVICE®**   **Click-N-Ship®**

US Postage $7.95
9405 5036 9930 0459 9426 39 0079 5000 0070 0918
Flat Rate Env
07-30-2021
Mailed from 04045   1000100

**P**   **PRIORITY MAIL 3-DAY™**

Expected Delivery Date: 08/03/21

**U.S. POSTAGE PAID**

SHIP TO:
UNITED STATES DISTRICT COURT CLERK'S OFFICE
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

C018

0004

PHYLLIS J DEVONONINE
8 TYLER BROOK RD
KENNEBUNKPORT ME 04046-4743

**USPS TRACKING #**

9405 5036 9930 0459 9426 39

Electronic Rate Approved #038555749

Cut on dotted line

---



PS00001000014

**EP14F May 2020**
**OD: 12 1/2 x 9 1/2**



USPS.COM/PICKUP

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesús M. Santiago Torres_

Participant's Address: _PO BOX 560718 - Guayanilla, PR 00656_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Participate in discovery for confirmation of Commonwealth Plan of Adjustment_

By: _Jesús Santiago Torres_
Signature

_Jesús M. Santiago Torres_
Print Name

_____
Title (if Participant is not an individual)

_07-29-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

TO: Jesús M. Santiago Torres
PO Box 560718
Guayanilla, PR 00656-3718



U.S. POSTAGE PAID
FCM LG ENV
GUAYANILLA, PR
00656
JUL 29, 21
AMOUNT
**$7.45**
R2305M147374-04

1000        00918



CERTIFIED MAIL



7019 2280 0001 1750 0634

From: United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                         Debtors.[3]

----------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ATTACHMENT    1

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Sonia M. Arroyo-Graulau*

Participant's Address:   *Urb. Dos Rios Calle 5-C-18 Toa Baja P.R. 00949-4025*

Participant's Email Address:   *N/A*

Name of Counsel:   *N/A*

Address of Counsel:   *N/A*

Email Address of Counsel:   *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *90501 — 17-03283*

Nature of Claim:   *Promesa Titulo III - PROMESA Title III*

By:   *Sonia M. Arroyo-Graulau*
     Signature

*Sonia M. Arroyo-Graulau*
Print Name

*N/A*
Title (if Participant is not an individual)

*July 30, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia M. Arroyo - Graulau
Urb. Dos Rios
Calle 5 - C - 18
Toa Baja, P.R 00949-4025

SAN JUAN

30 JUL 2021

U.S. POSTAGE PAID
FCM LETTER
00949 BAJA, PR
JUL 30 21
AMOUNT

$6.45

R2305H127384-2

Discovery Notice
United States District Court,
Clerk's Office at,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1810 0000 9760 7006

00918-170625

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                            Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria J. Pomales Muñiz_

Participant's Address: _Colinas de Monte Carlo, Calle 37 A-15 San Juan, P.R. 00924_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Maria Pomales Muñiz_
Signature

_Maria Pomales Muñiz_
Print Name

_____
Title (if Participant is not an individual)

_29/7/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Fornales
Colina de Monte Carlo
Calle 37 Q-15
San Juan P.R. 00924

SAN JUAN PR 009
31 JUL 2021 PM 1 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2021 AUG -2 PM 4:09

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170399

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                          Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivonne D. Graham Urdaz_

Participant's Address: _Vista Azul M 14 Calle 9   Arecibo P.R. 00612_

Participant's Email Address: _igraham7447 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97811_

Nature of Claim: _My son Jose Xavier Rodriguez Graham a participant of Special Education didn't get the proper services required for his conditions making me pay everything by myself._

By: _Ivonne D Graham Urdz_
Signature

_Ivonne D Graham Urdaz_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I.D. Graham
Vista Azul M14 Calle 9
Arecibo, P.R. 00612



U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JUL 30, 21
AMOUNT
**$7.00**
R2305K131279-21

1000        00918



CERTIFIED MAIL

7020 3160 0001 5019 3282

Court's Clerks office
United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                           Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

      **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

      The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *PEDRO ANTONIO MATOS VAZQUEZ*

Participant's Address: *HC 9 BOX 60578 CAGUAS, PR 00725*

Participant's Email Address: *donpedroantonio @ gmail.com*

Name of Counsel: *self-counseling*

Address of Counsel: *same*

Email Address of Counsel: *same*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 -LTS*

Nature of Claim: *damages*

By: *[signature]*
Signature

*Pedro Antonio Matos Vazquez*
Print Name

_____
Title (if Participant is not an individual)

*july 30, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: PEDRO ANTONIO MATOS VÁZQUEZ
HC 9 BUZÓN 60578
CAGUAS, PUERTO RICO
00725-9277

To: United States District Court
Clerck's Office
150 Ave Carlos Chardon St. 150
San Juan, Puerto Rico
00918-1767



ReadyPost

Document

30 JUL 2021

SAN JUAN PR 009

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _René Ruiz Soto_

Participant's Address: _P.O Box 14   Añasco, P.R. 00610_

Participant's Email Address: _ririrene52 @yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283          113234_

Nature of Claim: _In the Retirement System for teachers, there was a law that established that every three years there would_

By: _René Ruiz Soto_          _be an increase of three percent in the pension of_
Signature          _each individual. I retired in 2013 so I am_
          _entitled to the increase for 2016 and_
_René Ruiz Soto_          _2019, which I have not received._
Print Name

_____
Title (if Participant is not an individual)

_30 de Julio de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

R. Ruiz
P.O Box 16
Añasco, P.R. 00610



SAN JUAN PR   009

30 JUL 2021   PM 2   L

United States
District Court, Clerk's Office
150 Ave. Carlos Chardon Ste
150 San Juan, P.R. 00918-1767

00918-170399