## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>    Debtors[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

## INFORMATIVE MOTION

COMES NOW, Vaquería Tres Monjitas, Inc. ("VTM"), through its undersigned counsel and respectfully states as follows:

1. On June 25, 2021, creditor Suiza Dairy Corp. ("Suiza") filed an *Urgent Motion Requesting a Ruling or Entry of Comfort Order as to the Non-Applicability of the Automatic Stay to a Limited Controversy with the Commonwealth of Puerto Rico Arising Post-Petition and Having Post-Petition Effects but Partially Based on a Pre-Petition Judgment Incorporating Milk Regulations Established by the United States District Court for the District of Puerto Rico and Not Involving Property of the Debtor or its Estate* ("Motion").  [ECF No. 17166].

2. Suiza, in its Motion, seeks a ruling or comfort order providing that the automatic stay does not prevent Suiza from initiating a proceeding with the purpose of enforcing a judgment entered by in Civil Case No. 04-1840 (defined in the Motion as the "Judgment"), incorporating a Final Settlement Agreement and

---

[1] The Debtors in these Title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17- BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

1

Memorandum of Understanding Between the Parties (defined in the Motion as the "Prepetition Settlement Agreement").

3. On July 20, 2021, the Commonwealth of Puerto Rico filed an Objection (the "Commonwealth's Objection") to the Motion.  [ECF No. 17432].

4. On July 27, 2021, Suiza filed a Reply to the Commonwealth's Objection.  [ECF No. 17527].

5. VTM reserves the right to seek alternative or further relief with respect to the Judgment since VTM is an integral party to the Prepetition Settlement Agreement and the Judgment.

**WHEREFORE**, counsel, on behalf of the VTM, respectfully requests this Honorable Court to take notice of the information stated above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of August 2021.

**WE HEREBY CERTIFY** that on this same date the foregoing Informative Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **EPSTEIN BECKER & GREEN, P.C.** |
|---|---|
| By: ___/s/ Gerardo A. Carlo-Altieri___ | By: ___/s/ Wendy G. Marcari_____ |
| Gerardo A. Carlo-Altieri | Wendy G. Marcari (admitted *pro hac vice*) |
| USDC PR-No. 112009 | 875 Third Avenue |
| 254 Calle San José | New York, NY 10022 |
| Third Floor | |
| San Juan, PR 00901 | |
| Tel: 787.247.6680 | Tel: 212.351.3747 |
| Fax: 787-919-0527 | Fax: 212.878.8600 |
| Email: gacarlo@carlo-altierilaw.com | Email: wmarcari@ebglaw.com |

*Attorneys for Vaquería Tres Monjitas, Inc.*    *Attorneys for Vaquería Tres Monjitas, Inc.*