In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Eleventh Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 1 | **Marini Pietrantoni Muniz LLC [Dkt. No. 9245]** | 6/1 - 9/30/2019 | $ 211,088.64 | $ 4,141.50 | $ 2,648.66 | $ 550.33 | $ 206,947.14 | $ 2,098.33 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 2 | **Ernst & Young LLP [Dkt. No. 15066]** | 10/1/2019 - 1/31/2020 | $ 5,333,685.84 | $ 80,696.46 | $ 255,437.27 | $ 89,121.60 | $ 5,252,989.38 | $ 166,315.67 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 3 | **Marini Pietrantoni Muniz LLC [Dkt. No. 12262]** | 10/1/2019 - 1/31/2020 | $ 247,098.80 | $ 3,046.90 | $ 668.80 | $ 216.80 | $ 244,051.90 | $ 452.00 |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 4 | **Ernst & Young LLP [Dkt. No. 15096]** | 2/1 - 5/31/2020 | $ 7,526,389.70 | $ 113,871.16 | $ 121,739.82 | $ 42,474.80 | $ 7,412,518.54 | $ 79,265.02 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 5 | **Marini Pietrantoni Muniz LLC [Dkt. No. 13685]** | 2/1 - 5/31/2020 | $ 321,504.60 | $ 2,752.90 | $ 2,143.45 | $ 348.75 | $ 318,751.70 | $ 1,794.70 |
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | |
| | *Advisor to FOMB - Commonwealth* | | | | | | | |
| 6-a | **Alvarez & Marsal North America, LLC [Dkt. No. 16048]** | 10/1/2020 - 1/31/2021 | $ 2,033,653.14 | $ 3,896.19 | $ 9,853.62 | $ - | $ 2,029,756.95 | $ 9,853.62 |
| | *Advisor to FOMB - ERS* | | | | | | | |
| 6-b | **Alvarez & Marsal North America, LLC [Dkt. No. 16050 and 17-3566 Dkt. No. 1106]** | 10/1/2020 - 1/31/2021 | $ 134,015.40 | $ - | $ - | $ - | $ 134,015.40 | $ - |
| | *Advisor to FOMB - HTA* | | | | | | | |
| 6-c | **Alvarez & Marsal North America, LLC [Dkt. No. 16052 and 17-3567 Dkt. No. 992]** | 10/1/2020 - 1/31/2021 | $ 57,324.51 | $ - | $ - | $ - | $ 57,324.51 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 7 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 16056]** | 10/1/2020 - 1/31/2021 | $ 275,107.50 | $ 410.00 | $ 2,189.02 | $ - | $ 274,697.50 | $ 2,189.02 |
| | *Puerto Rico Counsel for FOMB Special Claims Committee - Commonwealth* | | | | | | | |
| 8-a | **Cardona Fernandez, Illeana C. [Dkt. No. 15999]** | 10/1/2020 - 1/31/2021 | $ 2,992.50 | $ - | $ - | $ - | $ 2,992.50 | $ - |
| | *Puerto Rico Counsel for FOMB Special Claims Committee - PREPA* | | | | | | | |
| 8-b | **Cardona Fernandez, Illeana C. [17-4780 Dkt. No. 2392]** | 10/1/2020 - 1/31/2021 | $ 1,462.50 | $ - | $ - | $ - | $ 1,462.50 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 9 | **Casillas, Santiago & Torres, LLC [Dkt. No. 16064]** | 10/1/2020 - 1/31/2021 | $ 216,005.50 | $ - | $ 7,220.17 | $ - | $ 216,005.50 | $ 7,220.17 |
| | *Financial Advisor for FOMB Special Claims Committee - Commonwealth* | | | | | | | |
| 10-a | **DiCicco, Gulman & Company LLP [Dkt. No. 16014]** | 10/1/2020 - 1/31/2021 | $ 831,131.25 | $ 5,463.75 | $ - | $ - | $ 825,667.50 | $ - |
| | *Financial Advisor for FOMB Special Claims Committee - HTA* | | | | | | | |
| 10-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 989]** | 10/1/2020 - 1/31/2021 | $ 12,450.00 | $ - | $ - | $ - | $ 12,450.00 | $ - |
| | *Financial Advisor for FOMB Special Claims Committee - PREPA* | | | | | | | |
| 10-c | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2395]** | 10/1/2020 - 1/31/2021 | $ 5,943.75 | $ - | $ - | $ - | $ 5,943.75 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 11 | **Estrella, LLC [Dkt. No. 16317]** | 9/1/2020 - 1/31/2021 | $ 318,379.50 | $ 11,247.25 | $ 7,534.35 | $ - | $ 307,132.25 | $ 7,534.35 |
| | *Consultants to PREPA* | | | | | | | |
| 12 | **Filsinger Energy Partners [Dkt. No. 16042 and 17-4780 Dkt. No. 2397]** | 10/1/2020 - 11/14/2020 | $ 432,671.28 | $ - | $ - | $ - | $ 432,671.28 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 13 | **FTI Consulting, Inc. [Dkt. No. 16055]** | 10/1/2020 - 1/31/2021 | $ 770,701.00 | $ 31,372.35 | $ 68,274.27 | $ - | $ 739,328.65 | $ 68,274.27 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 14 | **Genovese Joblove & Battista, P.A. [Dkt. No. 16068]** | 9/1/2020 - 1/31/2021 | $ 399,441.79 | $ 5,661.76 | $ 31,381.55 | $ 2,521.00 | $ 393,780.03 | $ 28,860.55 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Eleventh Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| 15 | **Jenner & Block LLP [Dkt. No. 16054]** | 10/1/2020 - 1/31/2021 | $ 1,110,091.07 | $ 61,928.12 | $ 90,736.96 | $ - | $ 1,048,162.95 | | $ 90,736.96 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 16 | **Kroma Advertising, Inc. [Dkt. No. 16065]** | 9/16/2020 - 1/31/2021 | $ 95,000.00 | $ - | $ - | $ - | $ 95,000.00 | | $ - |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 17 | **Luskin, Stern & Eisler LLP [Dkt. No. 16080]** | 10/1/2020 - 1/31/2021 | $ 11,909.00 | $ 114.00 | $ - | $ - | $ 11,795.00 | | $ - |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | |
| 18 | **Marchand ICS Group [Dkt. No. 16058]** | 10/1/2020 - 1/31/2021 | $ 110,736.00 | $ 117.50 | $ 12,950.94 | $ - | $ 110,618.50 | | $ 12,950.94 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 19 | **Paul Hastings [Dkt. No. 16067]** | 10/1/2020 - 1/31/2021 | $ 1,861,843.00 | $ 226,825.56 | $ 60,177.37 | $ - | $ 1,635,017.44 | FN1 | $ 60,177.37 |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 20 | **Phoenix Management Services, LLC [Dkt. No. 16035]** | 10/5/2020 - 1/31/2021 | $ 80,368.85 | $ 463.16 | $ - | $ - | $ 79,905.69 | | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | |
| 21 | **Segal Consulting [Dkt. No. 16057]** | 10/1/2020 - 1/31/2021 | $ 138,974.00 | $ 9,491.20 | $ - | $ - | $ 129,482.80 | | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | | |
| 22 | **Wolfe, Andrew [Dkt. No. 16094]** | 10/1/2020 - 1/31/2021 | $ 30,429.00 | $ - | $ 720.00 | $ - | $ 30,429.00 | | $ 720.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 23 | **Zolfo Cooper, LLC [Dkt. No. 16066]** | 10/1/2020 - 1/31/2021 | $ 542,624.00 | $ 3,638.08 | $ 9.38 | $ - | $ 538,985.92 | FN2 | $ 9.38 |

**FN1 -** The Fee Examiner recommends that, for the eleventh interim fee period, and only this period, the foregoing stipulated fee reductions, other than $192,268.03, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,669,574.97 (i.e., $1,861,843.00 minus the aforementioned credit of $192,268.03).

**FN2 -** The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.