UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

           Debtors.

-------------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS
(Jointly Administered)


**[Related to Docket #17522 and #17221]**

**INFORMATIVE MOTION – AUGUST 4, 2021 HEARING – EXHIBITS – AGENDA
ITEM III.3**


Dated:  August 3,  2021

## INFORMATIVE MOTION – AUGUST 4, 2021 HEARING – EXHIBITS – AGENDA ITEM III.3

Peter C. Hein, pro se, an individual bondholder, is filing this Informative Motion in accordance

with the Court's Order regarding Procedures (#17522) to provide exhibits I may refer to in

argument of #17221, my Motion for an Order directing the appointment of a committee to

represent Retail Investors.  The three exhibits are:

Ex. A – A voluntary corporate action notice dated 8-2-2021 I found posted in the
"Communications" tab of my on line account at Merrill, when I checked my account the
evening of Monday, August 2, 2021 (redacted to eliminate certain account identifying
information).

Ex. B – A Notice to holders of uninsured bonds regarding exchange opportunity, which was
posted on EMMA at 11 p.m. on July 27, 2021 (the EMMA alert is the first page of the
exhibit).  When I tried to click on the link in this alert late on July 27, 2021, or early in
the morning hours of July 28, 2021, I was not able to open it, and I did not access this
until the afternoon of July 28, 2021.  Since the July 12, 2021 PSA attached to the Notice
is an exhibit to the Disclosure Statement in this case, I have only attached excerpts of the
PSA following the Notice.

Ex. C – Amended notice to holders of uninsured bonds regarding exchange opportunity, which
was posted on EMMA at 5 p.m. on July 30, 2021 (the EMMA alert is the first page of
the exhibit).

August 3, 2021

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com

-1-

## <u>Certificate of Service</u>

I, Peter C. Hein, certify that I have caused "Informative Motion – August 4, 2021 Hearing -

Exhibits" to be served via the Court's CM/ECF system.


August 3, 2021


/s/ Peter C. Hein

Peter C. Hein

P.O. Box 2016
Lakewood, NJ 08701



**MERRILL**
A BANK OF AMERICA COMPANY

PETER C HEIN
101 CENTRAL PARK W # 14E
NEW YORK NY 10023-4250

*Go Paperless!  To receive your mail online,
please visit www.MyMerrill.com to enroll in
Online Delivery.*

August 2, 2021

## Review - Voluntary Corporate Action

The enclosed notice provides information related to a **voluntary** corporate action event.  If you would like to participate in this event, please review the event details in the attachment.

*Advice, planning and
support*
*Always remember, your
Merrill Lynch Financial
Advisor is available to help
you reach your financial
goals.*

| SECURITY/ CORPORATION | CUSIP | QUANTITY | CORPORATE ACTION | DEADLINE |
|---|---|---|---|---|
| PUERTO RICO COMWLTH PUBLIC IMPT REF A OID FEB11 06.125%JUL01 2033 | 74514LWM5 | 100,000 | EXCHANGE VOLUNTARY | 08/10/2021 |

We obtained the information in this notice from sources we believe to be reliable, but we do not guarantee its accuracy nor have an opinion on the information provided.

*When you have questions, you have options*
*Please contact your Merrill Lynch Financial Advisor or call (800) MERRILL (637-7455).*

Code: Corp Action 09/2020
P

Exhibit A

001

August 2, 2021

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment adviser, Member SIPC and a wholly owned subsidiary of BofA Corp.

Banking Products are provided by Bank of America, N.A. and affiliated banks, members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Jul 30, 2021 12:54:10 PM EST

## Confirm Global Corporate Action Notice

1000538585

---

Voluntary Exchange with Consent: **Action Required**

Security Name:   PUERTO RICO COMWLTHPUBLIC IMPT REF A OIDFEB11 6.125%JUL01 2033
Issue Country:   PUERTO RICO
ML Security ID:  RU8A4
Cusip:           74514LWM5
ISIN:            US74514LWM52

### INSTRUCTION DEADLINE DATES
**Final Date for Instructions:**                      **Aug 10, 2021 15:00 EST**
**Final Date for Withdrawal Instructions:**           **Aug 10, 2021 15:00 EST**

### TERMS
Withdrawal Date:            Aug 13, 2021
Expiration Date:            Aug 13, 2021
Minimum Exercise Quantity:  5,000.00
Offeror Name:               PUERTO RICO,-

### OPTIONS
**Option 1:**

**Security**
Rate:           1.00
Share Ratio:    1,000.00 New per 1,000.00 Old
Holders who Consent and Exchange will receive USD 1,000 principal amount of new notes for each USD 1,000 principal amount surrendered.

**Option Default:**
Default Option:     Y
TAKE NO ACTION

### EVENT DETAILS
* * * FAILURE OF A GO/PBA JOINDER CREDITOR TO TENDER ITS UNINSURED BONDS FOR ASSIGNMENT OF A NEW CUSIP BY 5: 00 P.M. ET ON FRIDAY, AUGUST 13, 2021 WILL RESULT IN SUCH UNINSURED BONDS BEING INELIGIBLE FOR THE PSA RESTRICTION FEE. * * *

Beneficial owners who tender their Uninsured Bonds in accordance with this notice by the Participation Deadline, do so with their understanding and their consent ( i) to enter into the PSA and being a Supporting Holder thereunder and ( ii) that their beneficial interests in Uninsured Bonds will be assigned a new replacement CUSIP to identify their beneficial interests in the Uninsured Bonds and their agreement to the terms of the PSA. The assignment of such replacement CUSIP is referred to

Exhibit A                                   003

1

herein as an "exchange" for these limited administrative purposes only. The exchange will be a one for- one exchange.

Regarding Insured Bonds: Please note that GO Bonds an d PBA Bonds that are insured under a primary insurance policy or secondary insurance policy ( "Insured Bonds") are not eligible for the opportunity described within the documentation. Accordingly, beneficial owners of such Insured Bonds and any custodian holding such Insured Bonds and a related secondary insurance policy should not tender such Insured Bonds.

As described in greater detail in the PSA and the Disclosure Statement, a beneficial owner who tenders its Uninsured Bonds in accordance with this notice by 5: 00 p.m. ET on August 13, 2021 ( the "Participation Deadline") consents to ( i) being a party to the PSA, including ( a) the agreement to the settlements embodied in the PSA and various covenants related thereto and ( b) the entitlement to certain rights, payments, claims, and protections, in each case, subject to the terms of the PSA and ( ii) the exchange of the CUSIP on such U ninsured Bond into a new CUSIP. The following is a brief overview of some of terms of the PSA. ( i) Total GO/PBA Consideration Provided in Title III Plan: Upon consummation of the Title III Plan, subject to the terms and conditions of the PSA, Uninsured Bonds will be exchanged for cash, New GO Bonds and contingent value instruments ( "CVI") , which CVIs are paid only if 5.50% Sales and Use Tax collections outperform the projections of such collections set forth in the May 2020 Commonwealth Certified Fiscal Plan ( subject to annual and lifetime caps) , all as more fully described in the Title III Plan and the Disclosure Statement.
( ii) PSA Restriction Fee: Uninsured Bonds tendered by their beneficial owners by the Participation Deadline shall be entitled to receive a PSA Restriction Fee in the form of an allowed administrative expense claim, payable in cash, at the time of consummation of the Plan. The amount and terms of such PSA Restriction Fee are set forth in the PSA. In order for an Uninsured Bond to be entitled to the PSA Restriction Fee, the beneficial owner thereof must tender such Uninsured Bond in accordance with this notice on or prior to the Participation Deadline. This exchange and participation in the PSA Restriction Fee is open to all beneficial owners of Uninsured Bonds including retail beneficial holders. The right to the PSA Restriction Fee Claim "travels" with the Uninsured Bond. ( iii) Transfer Covenants: By tendering their Uninsured Bond by the Participation Deadline, the beneficial owner agrees that it will transfer Uninsured Bonds only to a person that is or becomes a Supporting Holder. Any subsequent beneficial owner of an Uninsured Bond that is tendered by the Participation Deadline will be deemed to be a Supporting Holder for purposes of the PSA and the Title III Plan.( iv) Termination of the PSA. In the event that the PSA terminates, the Supporting Holders will be restored to their original rights ( including regarding the potential claims and proofs of claim and potential objections thereto) . In addition, each Uninsured Bond that was assigned a replacement CUSIP as set forth herein, shall be re- assigned its original CUSIP.
( v) Additional Considerations. As of the date of this Notice, a sufficient percentage of holders of Uninsured Bonds plus insurers of Insured Bonds have joined the PSA, such that the Plan, if consummated, is expected to be approved by the necessary classes of holders of GO Bond and PBA Bond claims. However, Uninsured Bonds will only be entitled to share in the PSA Restriction Fee if they are tendered pursuant to this Notice by the Participation Deadline. See "Treatment of Uninsured Bonds Not Tendered by the Parti cipation Deadline".

Regarding GO/PBA Joinder Creditors. Beneficial owners of Uninsured Bonds who previously executed the GO/PBA Joinder Agreement or the GO/PBA Annex Agreement must also tender their Uninsured Bonds in order to be eligible to receive the PSA Restriction Fee.

Uninsured Bonds that are not tendered by beneficial owners in accordance with this notice by the Participation Deadline will ( i) continue unchanged from its current form and under its original CUSIP

and ( ii) upon confirmation of the Title III Plan, the beneficial owner thereof will be entitled to receive distributions pursuant to the Title III Plan but will not be entitled to the PSA Restriction Fee.

A beneficial owner may tender Bonds for exchange of a particular CUSIP number that it owns in an amount of its choosing, but in a principal amount equal to the minimum denominations as set forth for the appli cable CUSIP in Exhibit A hereto ( the "Minimum Authorized Denomination") .

After the Participation Deadline, all submissions of Uninsured Bonds will be irrevocable.

The expected Settlement Date is August 17, 2021, unless extended by the Government Parties and A& R PSA Creditors. Beneficial owners who Uninsured Bonds are exchanged on the Settlement Date will not receive any payment including interest of any kind upon the Settlement Date.

The offeror reserves the right to extend this offer.

Current market prices should be checked.

This offer is subject to various conditions being satisfied and may be amended or terminated under certain conditions.

If you are short you can be held liable for any resultant proceeds.  If you intend to cover your short position please notify your respective client representative prior to your deadline.

To assess the tax consequences of this corporate action, clients should seek professional tax advice.

Any instructions received from you will be deemed to constitute a representation and warranty from you that you are eligible to participate in this issue. If requested, you agree to promptly provide proof of eligibility.

**Instruction Details**

Entries covering the above transaction will be posted to your account.

A USD 30.00 per instruction service charge (SVCH) will be assessed by Merrill to each U.S. dollar denominated account, for which valid orders have been executed, in addition to any fees referenced in the above notification.

If you elect to accept this offer, or need investment advice on this offer, please contact your Financial Advisor directly. However, if you have a self directed/Non-Advisory account, and you elect to accept this offer, please call 1-877-653-4732.

If you have any further questions concerning this or any other event, please call 1-800-637-7455.

**From:** emmasender@msrb.org
**Sent:** Tuesday, July 27, 2021 11:00 PM
**To:** Hein, Peter C.
**Subject:** EMMA Alert – EVENT Filings: Other Event-based Disclosures, etc.

---

**\*\*\* EXTERNAL EMAIL \*\*\***

---

You have subscribed to email alerts from the Electronic Municipal Market Access (EMMA®) website.

**EVENT FILING(S):**     Other Event-based Disclosures
**Associated CUSIP-6s:** 745145, 74514L, 745235

**To view disclosure details filed on 7/27/2021, click here.**

| CUSIP | Security Description | State |
|-------|---------------------|-------|
| 74514LB63 | COMMONWEALTH OF PUERTO RICO, PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) | PR |
| 745235M24 | PUERTO RICO PUBLIC BUILDING AUTHORITY. GOVERNMENT FACILITIES REVENUE REFUNDING BONDS SERIES Q GUARANTEED BY THE COMMONWEALTH OF PUERTO RICO | PR |

*PLEASE DO NOT REPLY. Click here to manage your alert preferences or unsubscribe from an alert in your MyEMMA profile. The EMMA website is a service of the Municipal Securities Rulemaking Board (MSRB). This is a system-generated email. If you need assistance, please contact the MSRB at 202-838-1330 or MSRBSupport@msrb.org, or you may obtain more information at EMMA Help.*

*IMPORTANT NOTICE. This email, including any attachments, may include non-public, confidential, proprietary or legally privileged information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of the information (in whole or in part) in this e-mail is unauthorized and prohibited. If you are not an intended recipient, please immediately (i) notify the MSRB by email to MSRBSupport@msrb.org that this message was inadvertently transmitted to you and (ii) permanently delete this e-mail (including attachments) from your system. Thank you for your cooperation.*

©2021 Municipal Securities Rulemaking Board

EA#007

1

7/27/2021

**THIS NOTICE IS NOT AN OFFER WITH RESPECT TO ANY SECURITIES**
**OR**
**A SOLICITATION OF ACCEPTANCES OR REJECTIONS OF A TITLE III PLAN WITHIN THE MEANING
OF SECTION 1125 OF THE BANKRUPTCY CODE INCORPORATED INTO PROMESA SECTION 301.**

**ANY SUCH OFFER OR SOLICITATION WILL COMPLY WITH ALL APPLICABLE SECURITIES
LAWS AND/OR PROVISIONS OF PROMESA.**

-----------------------

## NOTICE TO HOLDERS OF UNINSURED BONDS

*Regarding*

***Exchange Opportunity for All Beneficial Owners of Uninsured Bonds (as defined below) to
Become Party to the Amended and Restated Plan Support Agreement (together with the annexes,
exhibits and schedules attached thereto, and as it may be amended, restated, supplemented or
otherwise modified from time to time in accordance with its terms, the "PSA")***

**Of**

| COMMONWEALTH OF PUERTO RICO | PUERTO RICO PUBLIC BUILDING AUTHORITY |
|---|---|
| • **GENERAL OBLIGATION BONDS,** <br> • **PUBLIC IMPROVEMENT BONDS** <br> • **PUBLIC IMPROVEMENT REFUNDING BONDS** | • **GOVERNMENT FACILITIES REVENUE BONDS** <br> • **GOVERNMENT FACILITIES REFUNDING BONDS** |

**(List of CUSIPS Attached as Exhibit A hereto)**

<u>**Expiration / Participation Claim Date:**</u>                    **5:00 p.m. ET on August 13, 2021**

This notice contains important information that is of interest to the beneficial owners of (i) Commonwealth of
Puerto Rico General Obligation Bonds, Public Improvement Bonds, and Public Improvement Refunding Bonds
(the "**GO Bonds**") and (ii) Puerto Rico Government Facilities Revenue Bonds and Government Facilities
Refunding Revenue Bonds (the "**PBA Bonds**").   GO Bonds and PBA Bonds, with the CUSIPs set forth on
Exhibit A, that are not Insured Bonds (as such term is defined below), are referred to herein as, the "**Uninsured
Bonds**"). Capitalized terms that are used but not defined in this Notice shall have the respective meanings given
to them in the PSA.  A copy of the PSA is attached hereto as Exhibit B.

- <u>**Regarding Insured Bonds:**</u>  Please note that GO Bonds and PBA Bonds that are insured under a primary
insurance policy or secondary insurance policy ("**Insured Bonds**") <u>**are not eligible for the opportunity
described herein**</u>.  Accordingly, beneficial owners of such Insured Bonds and any custodian holding such
Insured Bonds and a related secondary insurance policy should <u>not</u> tender such Insured Bonds.

- <u>**Regarding GO/PBA Joinder Creditors**</u>.  Beneficial owners of Uninsured Bonds who previously executed
the GO/PBA Joinder Agreement or the GO/PBA Annex Agreement must also tender their Uninsured Bonds
in order to be eligible to receive the PSA Restriction Fee.  **FAILURE OF A GO/PBA JOINDER
CREDITOR TO TENDER ITS UNINSURED BONDS FOR ASSIGNMENT OF A NEW CUSIP BY
<u>5:00 P.M. ET ON FRIDAY, AUGUST 13, 2021</u> WILL RESULT IN SUCH UNINSURED BONDS
BEING INELIGIBLE FOR THE PSA RESTRICTION FEE.**

If applicable, all depositories, custodians and other intermediaries receiving this notice are requested to expedite
re-transmittal to beneficial owners of Uninsured Bonds in a timely manner.  A copy of the PSA is available at
<u>www.globic.com/puertorico</u>.

**AS MORE FULLY DESCRIBED HEREIN, FAILURE TO JOIN THE PSA AND TENDER YOUR
UNINSURED BONDS FOR ASSIGNMENT OF A NEW CUSIP BY <u>5:00 P.M. ET ON FRIDAY,
AUGUST 13, 2021</u> WILL RESULT IN SUCH UNINSURED BONDS BEING INELIGIBLE FOR THE
PSA RESTRICTION FEE.**

## Amended and Restated Plan Support Agreement

NOTICE IS HEREBY GIVEN to all beneficial owners of Uninsured Bonds that, on July 12, 2021, (a) the Financial Oversight and Management Board for Puerto Rico, ("**FOMB**") on behalf of the Commonwealth of Puerto Rico, the Employees Retirement System of Government of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority, (b) certain beneficial owners of uninsured GO Bonds (together with additional Holders of uninsured GO Bonds who become party to the PSA in accordance with its terms, the "**Uninsured Supporting GO Holders**"), (c) certain beneficial owners of uninsured PBA Bonds (together with additional Holders of uninsured GO Bonds who become party to the PSA in accordance with its terms, the "**Uninsured Supporting PBA Holders**" and, together with the Uninsured Supporting GO Holders, the "**Uninsured Supporting Holders**") and (d) Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc. and National Public Finance Guarantee Corporation (together with the Uninsured Supporting Holders, the "**Supporting Holders**"), entered into the PSA.

A copy of the PSA is attached hereto as Exhibit B and has been posted on the Electronic Municipal Market Access (EMMA) website of the Municipal Securities Rulemaking Board, currently located at http://emma.msrb.org, using the CUSIP numbers of the GO Bonds and PBA Bonds. Copies of the PSA, the disclosure statement, dated July 27, 2021 (the "**Disclosure Statement**") related to the Sixth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al, dated July 27, 2021 (the "**Title III Plan**") and the Title III Plan are available at: www.globic.com/puertorico. All beneficial owners of Uninsured Bonds are urged to review the PSA and Disclosure Statement in their entirety and to consult with their legal and financial advisors concerning any questions they may have concerning the terms of the PSA and the Disclosure.

All documentation related to the Chapter 11 proceeding are available at https://cases.primeclerk.com/puertorico.

## Overview of Certain Terms of Plan Support Agreement

As described in greater detail in the PSA and the Disclosure Statement, a beneficial owner who tenders its Uninsured Bonds in accordance with this notice by 5:00 p.m. ET on August 13, 2021 (the "**Participation Deadline**") consents to (i) being a party to the PSA, including (a) the agreement to the settlements embodied in the PSA and various covenants related thereto and (b) the entitlement to certain rights, payments, claims, and protections, in each case, subject to the terms of the PSA and (ii) the exchange of the CUSIP on such Uninsured Bond into a new CUSIP. The following is a brief overview of some of terms of the PSA.

- *Total GO/PBA Consideration Provided in Title III Plan*: Upon consummation of the Title III Plan, subject to the terms and conditions of the PSA, Uninsured Bonds will be exchanged for cash, New GO Bonds and contingent value instruments ("**CVI**"), which CVIs are paid only if 5.5% Sales and Use Tax collections outperform the projections of such collections set forth in the May 2020 Commonwealth Certified Fiscal Plan (subject to annual and lifetime caps), all as more fully described in the Title III Plan and the Disclosure Statement.

- *PSA Restriction Fee*: Uninsured Bonds tendered by their beneficial owners by the Participation Deadline shall be entitled to receive a PSA Restriction Fee in the form of an allowed administrative expense claim, payable in cash, at the time of consummation of the Plan. The amount and terms of such PSA Restriction Fee are set forth in the PSA. **In order for an Uninsured Bond to be entitled to the PSA Restriction Fee, the beneficial owner thereof must tender such Uninsured Bond in accordance with this notice on or prior to the Participation Deadline.** This exchange

and participation in the PSA Restriction Fee is open to all beneficial owners of Uninsured Bonds including retail beneficial holders. The right to the PSA Restriction Fee Claim "travels" with the Uninsured Bond.

- *Transfer Covenants*: By tendering their Uninsured Bond by the Participation Deadline, the beneficial owner agrees that it will transfer Uninsured Bonds only to a person that is or becomes a Supporting Holder. Any subsequent beneficial owner of an Uninsured Bond that is tendered by the Participation Deadline will be deemed to be a Supporting Holder for purposes of the PSA and the Title III Plan.

- *Termination of the PSA*. In the event that the PSA terminates, the Supporting Holders will be restored to their original rights (including regarding the potential claims and proofs of claim and potential objections thereto). In addition, each Uninsured Bond that was assigned a replacement CUSIP as set forth herein, shall be re-assigned its original CUSIP.

- *Additional Considerations*. As of the date of this Notice, a sufficient percentage of holders of Uninsured Bonds plus insurers of Insured Bonds have joined the PSA, such that the Plan, if consummated, is expected to be approved by the necessary classes of holders of GO Bond and PBA Bond claims. However, Uninsured Bonds will only be entitled to share in the PSA Restriction Fee if they are tendered pursuant to this Notice by the Participation Deadline. See "**Treatment of Uninsured Bonds Not Tendered by the Participation Deadline**" below.

The foregoing is not a complete summary and is qualified in its entirety by reference to the PSA, and Disclosure Statement. Beneficial Owners of Uninsured Bonds are encouraged to review the PSA and Disclosure Statement in their entirety. *Beneficial owners of Uninsured Bonds should consult their bank, broker or other financial or legal advisor in deciding whether to agree to be bound by the terms of the PSA.*

## Rationale for Assignment of Alternative Identifying CUSIPs

As noted above, Uninsured Bonds tendered prior to the Participation Deadline are entitled to the PSA Restriction Fee, subject to the terms and conditions of the PSA, including, without limitation, court approval thereof. The right to the PSA Restriction Fee Claim "travels" with the Uninsured Bond and any subsequent beneficial owner thereof is deemed under the PSA and the Title III Plan to be an Uninsured Supporting Holder. Accordingly, in order to separately identify the Uninsured Bonds that fall into this category, the PSA provides for the assignment of alternative identifying CUSIPs to track beneficial interests in Uninsured Bonds that become subject to the PSA from time to time, including on or prior to August 13, 2021. Although referred to in the below procedures as an "exchange", the assignment of such alternative identifying CUSIPs does not change or cause a reissuance of the Uninsured Bonds or change the prepetition nature of claims arising from the Uninsured Bonds in any way. The terms of your Uninsured Bond remain the same regardless of your support for the PSA, but Uninsured Supporting Holders thereof become subject to the terms, conditions, settlements, covenants and agreements of the PSA, including the covenant to support the Plan. The new CUSIP merely provides an administrative mechanism for tracking the beneficial interests of existing Uninsured Bonds that became subject to the PSA prior to the Participation Deadline. There are no tax consequences resulting from the administrative change of CUSIP in respect of your Uninsured Bond.

**Treatment of Uninsured Bonds Not Tendered by the Participation Deadline**

Uninsured Bonds that are not tendered by beneficial owners in accordance with this notice by the Participation Deadline will (i) continue unchanged from its current form and under its original CUSIP and (ii) upon confirmation of the Title III Plan, the beneficial owner thereof will be entitled to receive distributions pursuant to the Title III Plan but will not be entitled to the PSA Restriction Fee. As set forth in the PSA, *there will be an opportunity for certain retail beneficial owners of Uninsured Bonds who hold less than one million dollars ($1,000,000) in aggregate principal amount of Uninsured Bonds to receive a portion of the Retail Support Fee only if they are not otherwise entitled to the PSA Restriction Fee and their Class of retail Holders approves the Title III Plan*; however, only those Uninsured Bonds tendered by their beneficial owners in accordance with this notice prior to the Participation Deadline will be eligible for the PSA Restriction Fee. Beneficial owners are encouraged to monitor the Globic and EMMA websites for future information concerning their Uninsured Bonds.

**Procedures for Exchanging Uninsured Bonds for Bonds Bound by the Terms of the PSA**

Beneficial owners who tender their Uninsured Bonds in accordance with this notice by the Participation Deadline, do so with their understanding and their consent (i) to enter into the PSA and being a Supporting Holder thereunder and (ii) that their beneficial interests in Uninsured Bonds will be assigned a new replacement CUSIP to identify their beneficial interests in the Uninsured Bonds and their agreement to the terms of the PSA. The assignment of such replacement CUSIP is referred to herein as an "exchange" for these limited administrative purposes only. The exchange will be a one-for-one exchange. It is anticipated that the Uninsured Bonds identified by their new CUSIP will be delivered on or around August 17, 2021 (the "**Exchange Date**").

The Uninsured Bonds are held in book-entry-only form through the facilities of The Depository Trust Company ("**DTC**"). For purposes of joining beneficial owners to the PSA FOMB, through the Information and Tabulation Agent, will establish an Automated Tender Offer Program ("**ATOP**") account at DTC for each Uninsured Bond. Holders of the Uninsured Bonds, who wish to enter into the PSA may do so by instructing their respective nominee, custodial bank, broker, or financial advisor to deliver their Uninsured Bonds for exchange through the applicable ATOP Account.For those Uninsured Supporting Holders, DTC Participants should make book-entry delivery of the Uninsured Bonds by causing DTC to transfer such Uninsured Bonds into the Information and Tabulation Agent's ATOP account in accordance with DTC's procedures for such transfer. Concurrently with the delivery of the Uninsured Bonds through book-entry transfer into the Information and Tabulation Agent's ATOP account at DTC, an Agent's Message (as defined below) in connection with such book-entry transfer must be transmitted to and received by the Information and Tabulation Agent on or prior to the Participation Deadline. The confirmation of a book-entry transfer into the Information and Tabulation Agent's ATOP account at DTC as described above is referred to herein as a "**Book-Entry Confirmation**." Such book-entry delivery must be made on or prior to the Participation Deadline of 5:00 p.m. ET on August 13, 2021.

The term "**Agent's Message**" means a message transmitted by DTC to, and received by, the Information and Tabulation Agent's ATOP account and forming a part of the Book-Entry Confirmation that states that DTC has received an express acknowledgment from the participants in DTC described in such Agent's Message, stating the aggregate principal amount of the Uninsured Bonds that have been tendered by such participants pursuant to this Notice and that such participants have received this Notice, have reviewed the PSA, the Disclosure Statement and the Title III Plan and agree to be bound by the PSA's terms and that such agreement may be enforced against such Uninsured Supporting Holders.

- 4 -

A beneficial owner may tender Bonds for exchange of a particular CUSIP number that it owns in an amount of its choosing, but in a principal amount equal to the minimum denominations as set forth for the applicable CUSIP in Exhibit A hereto (the "***Minimum Authorized Denomination***").

Uninsured Bonds submitted to ATOP may be withdrawn prior to the applicable Participation Deadline. After the Participation Deadline, all submissions of Uninsured Bonds will be irrevocable.

***Please note that by transferring Uninsured Bonds into the Information and Tabulation Agent's ATOP account alone a beneficial owner will be deemed to have consented to entering into the PSA and being a Supporting Holder thereunder and to the exchange of the CUSIP on such Uninsured Bond into a new CUSIP. No additional documentation is required. A beneficial owner may not consent to join with the PSA without exchanging their Uninsured Bonds and a beneficial owner may not exchange their bonds without consenting to join with the PSA.***

Submission of Uninsured Bonds into the ATOP account related to this exchange opportunity by the DTC participant on behalf of the beneficial owner will serve to certify to the FOMB that those Uninsured Bonds are owned by a beneficial owner.

Unless the Uninsured Bonds being tendered are received in the Information and Tabulation Agent's ATOP account on or prior to the Participation Deadline (accompanied by a properly transmitted Agent's Message), such beneficial owners of Uninsured Bonds not be entitled to the PSA Restriction Fee. Uninsured Bonds tendered into the ATOP account may be withdrawn until the Participation Deadline. If the Uninsured Bonds are not delivered under the new CUSIP on or prior to 5:00 p.m. ET on August 17, 2021, then, unless such deadline is extended by the Government Parties and A&R PSA Creditors, the Uninsured Bonds shall be returned under the original CUSIP on August 18, 2021.

The expected Settlement Date is August 17, 2021, unless extended by the Government Parties and A&R PSA Creditors. Beneficial owners who Uninsured Bonds are exchanged on the Settlement Date will not receive any payment including interest of any kind upon the Settlement Date.

Questions or requests for additional information may be directed to Robert Stevens via e-mail at rstevens@globic.com.


Dated:    July 27, 2021

# EXHIBIT A

## CUSIP NUMBERS[1]

| CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|---|---|---|---|---|---|
| 745145AU6 | $5,000 | 74514LQF7 | $5,000 | 74514LWA1 | $5,000 | 74514LB71 | $5,000 | 745235K83 | $5,000 |
| 745145AV4 | $5,000 | 74514LKH9 | $5,000 | 74514LWK9 | $5,000 | 74514LB89 | $5,000 | 745235K91 | $5,000 |
| 745145AW2 | $5,000 | 74514LKJ5 | $5,000 | 74514LWM5 | $5,000 | 74514LE86 | $100,000 | 745235L25 | $5,000 |
| 745145AX0 | $5,000 | 74514LLV7 | $5,000 | 74514LWQ6 | $5,000 | 745235GJ4 | $5,000 | 745235L33 | $5,000 |
| 745145HN5 | $5,000 | 74514LLW5 | $5,000 | 74514LWR4 | $5,000 | 745235G62 | $5,000 | 745235L41 | $5,000 |
| 745145HP0 | $5,000 | 74514LLX3 | $5,000 | 74514LWS2 | $5,000 | 745235G70 | $5,000 | 745235L58 | $5,000 |
| 745145HQ8 | $5,000 | 74514LLY1 | $5,000 | 74514LXA0 | $5,000 | 745235G88 | $5,000 | 745235L66 | $5,000 |
| 74514LQK6 | $5,000 | 74514LLZ8 | $5,000 | 74514LXB8 | $5,000 | 745235G96 | $5,000 | 745235L74 | $5,000 |
| 745145YN6 | $5,000 | 74514LMA2 | $5,000 | 74514LWZ6 | $5,000 | 745235H20 | $5,000 | 745235L90 | $5,000 |
| 745145YP1 | $5,000 | 74514LMB0 | $5,000 | 74514LXH5 | $5,000 | 745235H38 | $5,000 | 745235M24 | $5,000 |
| 745145YS5 | $5,000 | 74514LMC8 | $5,000 | 74514LWX1 | $5,000 | 745235H46 | $5,000 | 745235M32 | $5,000 |
| 745145YT3 | $5,000 | 74514LMD6 | $5,000 | 74514LYW1 | $5,000 | 745235D24 | $5,000 | 745235M40 | $5,000 |
| 745145YV8 | $5,000 | 74514LME4 | $5,000 | 74514LZA8 | $5,000 | 745235VX6 | $5,000 | 745235M57 | $100,000 |
| 745145YW6 | $5,000 | 74514LMF1 | $5,000 | 74514LZB6 | $5,000 | 745235VY4 | $5,000 | 745235M65 | $5,000 |
| 745145YX4 | $5,000 | 74514LMG9 | $5,000 | 74514LZC4 | $5,000 | 745235VZ1 | $5,000 | 745235M73 | $5,000 |
| 745145YZ9 | $5,000 | 74514LMH7 | $5,000 | 74514LZF7 | $5,000 | 745235RV5 | $5,000 | 745235M81 | $5,000 |
| 745145XZ0 | $5,000 | 74514LMJ3 | $5,000 | 74514LZH3 | $5,000 | 745235RW3 | $5,000 | 745235M99 | $5,000 |
| 74514LBM8 | $5,000 | 74514LMK0 | $5,000 | 74514LZG5 | $5,000 | 745235RX1 | $5,000 | 745235N23 | $5,000 |
| 7451455A6 | $5,000 | 74514LML8 | $5,000 | 74514LZJ9 | $5,000 | 745235RY9 | $5,000 | 745235N31 | $5,000 |
| 7451455B4 | $5,000 | 74514LMM6 | $5,000 | 74514LZK6 | $5,000 | 745235RZ6 | $5,000 | 745235N49 | $5,000 |
| 74514LPT8 | $5,000 | 74514LMN4 | $5,000 | 74514LZL4 | $5,000 | 745235SA0 | $5,000 | 745235N56 | $5,000 |
| 74514LCX3 | $5,000 | 74514LMZ7 | $5,000 | 74514LZM2 | $5,000 | 745235SB8 | $5,000 | 745235N64 | $5,000 |
| 74514LCY1 | $5,000 | 74514LNA1 | $100,000 | 74514LZN0 | $5,000 | 745235SC6 | $5,000 | 745235N72 | $5,000 |
| 74514LCZ8 | $5,000 | 74514LNC7 | $100,000 | 74514LZP5 | $5,000 | 745235SW2 | $5,000 | 745235N80 | $5,000 |

[1] This Notice does not apply to any portions of the above CUSIPs that have been insured in the secondary market.  Any GO Bonds or PBA Bonds that are insured in the secondary market will not be exchanged for a new CUSIP, will not be entitled to receive the PSA Restriction Fee and will be returned to the beneficial owner thereof.

| CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|---|---|---|---|---|---|
| 74514LDA2 | $5,000 | 74514LSQ1 | $5,000 | 74514LZQ3 | $5,000 | 745235SX0 | $5,000 | 745235N98 | $5,000 |
| 74514LDB0 | $5,000 | 74514LSR9 | $5,000 | 74514LZV2 | $5,000 | 745235D57 | $5,000 | 745235P21 | $5,000 |
| 74514LDC8 | $5,000 | 74514LSS7 | $5,000 | 74514LZW0 | $5,000 | 745235D65 | $5,000 | 745235P39 | $5,000 |
| 74514LDD6 | $5,000 | 74514LSV0 | $5,000 | 74514LZX8 | $5,000 | 745235VR9 | $5,000 | 745235P47 | $5,000 |
| 74514LDE4 | $5,000 | 74514LST5 | $5,000 | 74514LZY6 | $5,000 | 745235ZK0 | $5,000 | 745235P54 | $5,000 |
| 74514LPX9 | $5,000 | 74514LSU2 | $5,000 | 74514LZZ3 | $5,000 | 745235ZL8 | $5,000 | 745235P88 | $5,000 |
| 74514LHB6 | $5,000 | 74514LTK3 | $5,000 | 74514LA23 | $5,000 | 745235ZM6 | $5,000 | 745235P62 | $5,000 |
| 74514LHC4 | $5,000 | 74514LTM9 | $5,000 | 74514LA31 | $5,000 | 745235ZN4 | $5,000 | 745235P70 | $5,000 |
| 74514LHD2 | $5,000 | 74514LTN7 | $5,000 | 74514LC47 | $5,000 | 745235ZP9 | $5,000 | 745235Q20 | $5,000 |
| 74514LHE0 | $5,000 | 74514LTP2 | $5,000 | 74514LA49 | $5,000 | 745235ZQ7 | $5,000 | 745235R52 | $5,000 |
| 74514LHF7 | $5,000 | 74514LTQ0 | $5,000 | 74514LC54 | $5,000 | 745235ZR5 | $5,000 | 745235R60 | $5,000 |
| 74514LHG5 | $5,000 | 74514LTR8 | $5,000 | 74514LA56 | $5,000 | 745235ZS3 | $5,000 | 745235R78 | $5,000 |
| 74514LHH3 | $5,000 | 74514LTS6 | $5,000 | 74514LC62 | $5,000 | 745235ZT1 | $5,000 | 745235R86 | $5,000 |
| 74514LHJ9 | $5,000 | 74514LTT4 | $5,000 | 74514LA64 | $5,000 | 745235B67 | $5,000 | 745235S69 | $5,000 |
| 74514LHK6 | $5,000 | 74514LTU1 | $5,000 | 74514LC70 | $5,000 | 745235ZX2 | $5,000 | 745235R94 | $5,000 |
| 74514LHL4 | $5,000 | 74514LTV9 | $5,000 | 74514LA72 | $5,000 | 745235ZY0 | $5,000 | 745235S28 | $5,000 |
| 74514LHM2 | $5,000 | 74514LTW7 | $5,000 | 74514LC88 | $5,000 | 745235ZZ7 | $5,000 | 745235S36 | $5,000 |
| 74514LHN0 | $5,000 | 74514LVG9 | $5,000 | 74514LA80 | $5,000 | 745235A27 | $5,000 | 745235S44 | $5,000 |
| 74514LHP5 | $5,000 | 74514LVH7 | $5,000 | 74514LA98 | $5,000 | 745235A35 | $5,000 | 745235R37 | $5,000 |
| 74514LJQ1 | $5,000 | 74514LVJ3 | $5,000 | 74514LC96 | $5,000 | 745235A43 | $5,000 | | |
| 74514LJV0 | $5,000 | 74514LVK0 | $5,000 | 74514LD38 | $5,000 | 745235A50 | $5,000 | | |
| 74514LJW8 | $5,000 | 74514LVL8 | $5,000 | 74514LB22 | $5,000 | 745235A68 | $5,000 | | |
| 74514LJX6 | $5,000 | 74514LVM6 | $5,000 | 74514LB30 | $5,000 | 745235A76 | $5,000 | | |
| 74514LJY4 | $5,000 | 74514LVN4 | $5,000 | 74514LB48 | $5,000 | 745235A84 | $5,000 | | |
| 74514LJZ1 | $5,000 | 74514LVV6 | $5,000 | 74514LB97 | $5,000 | 745235A92 | $5,000 | | |
| 74514LKA4 | $5,000 | 74514LVX2 | $5,000 | 74514LB55 | $5,000 | 745235B26 | $5,000 | | |
| 74514LQA8 | $5,000 | 74514LVY0 | $5,000 | 74514LC21 | $5,000 | 745235B34 | $5,000 | | |
| 74514LQB6 | $5,000 | 74514LVZ7 | $5,000 | 74514LC39 | $5,000 | 745235B42 | $5,000 | | |
| 74514LQE0 | $5,000 | 74514LVW4 | $5,000 | 74514LB63 | $5,000 | 745235K75 | $5,000 | | |

A-2

**EXHIBIT B**

**PLAN SUPPORT AGREEMENT**

EXECUTION COPY

## AMENDED AND RESTATED PLAN SUPPORT AGREEMENT

AMENDED AND RESTATED PLAN SUPPORT AGREEMENT, dated as of July 12, 2021, by and among (a) Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth of Puerto Rico (the "**Commonwealth**"), the Puerto Rico Public Buildings Authority ("**PBA**"), and the Employee Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**"), (b) holders of GO Bond Claims and/or CW Guarantee Bond Claims, each as defined below, which may include the advisors or managers who are advising or managing a holder of GO Bond Claims on behalf of such holder as set forth on Exhibit "A" hereto, (together with their respective successors and assigns with respect to transfers made in accordance with the terms hereof, the "**GO Holders**"), (c) holders of PBA Bond Claims, as defined below, which may include the advisors or managers who are advising or managing a holder of PBA Bond Claims on behalf of such holder as set forth on Exhibit "B" hereto (together with their respective successors and assigns with respect to transfers made in accordance with the terms hereof, the "**PBA Holders**"), (d) Assured Guaranty Corp. and Assured Guaranty Municipal Corp., solely in their capacities as insurers, and asserted holders, deemed holders, or subrogees with respect to GO Bonds and PBA Bonds, each as defined below ("**Assured**"), (e) Syncora Guarantee Inc., as holder of, subrogee with respect to, or insurer of GO Bond Claims and PBA Bond Claims ("**Syncora**"), and (f) National Public Finance Guarantee Corporation, solely in its capacity as insurer and asserted holder, deemed holder, or subrogee with respect to GO Bonds and PBA Bonds ("**National**" and, collectively, with the GO Holders, the PBA Holders, Assured and Syncora, the "**A&R PSA Creditors**" ). The signatories hereto are referred to hereafter collectively as the "**Parties**" or individually as a "**Party**".  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in Article I below.

## RECITALS

A.    The Commonwealth issued the series of general obligation bonds (the "**GO Bonds**") set forth on Exhibit "C" hereto, including, without limitation, those GO Bonds as to which the Monolines (as defined below) have insured the payment of principal and interest with respect thereto.

B.    Pursuant to the authority of Act 56 of the Legislative Assembly of Puerto Rico (the "**Legislative Assembly**"), approved July 19, 1958, as amended, PBA issued the series of bonds (collectively, the "**PBA Bonds**") set forth on Exhibit "D" hereto, guaranteed by the Commonwealth, including, without limitation, those PBA Bonds as to which the Monolines have insured the payment of principal and interest with respect thereto.

C.    In connection with the issuance of certain of the GO Bonds and PBA Bonds, Assured, Syncora and National issued certain insurance policies and the Commonwealth and PBA entered into insurance agreements (including, in the case of the Commonwealth, as contained in the relevant bond resolutions) with respect thereto.

D.    On June 30, 2016, the Puerto Rico Oversight, Management, and Economic Stability Act was signed into law by the President of the United States (P.L. 114-187) ("**PROMESA**").

1

thereon during the period up to, but not including, the Commonwealth Petition Date and the PBA Petition Date, respectively, (i) tendered for exchange in accordance with the terms and provisions of Section 2.2 hereof, in the case of PSA Creditors required to tender and exchange their bonds pursuant to the terms and provisions of Section 2.2 hereof, (ii) constituting Assured Insured Bonds, in the case of Assured, and (iii) constituting National Insured Bonds, in the case of National.

*"PSA Tender Deadline"* shall mean July 30, 2021, at 11:59 p.m. (Eastern Daylight Savings Time) or such later date and time as established by the Oversight Board and posted on EMMA.

*"QTCB Group"* shall mean the QTCB Noteholder Group, consisting of the QTCB Noteholders, as such membership may change from time to time.

*"QTCB Noteholders"* shall mean, collectively, Canyon Capital Advisors LLC, Sculptor Capital LP, and Davidson Kempner Capital Management LP, each on behalf of itself or on behalf of its participating clients or certain of its respective managed funds and, in each case, their respective successors and assigns with respect to transfers made in accordance with the terms hereof.

*"Qualified Marketmaker"* shall mean an entity that (x) holds itself out to the market as standing ready in the ordinary course of its business to purchase from customers and sell to customers debt securities such as the GO Bonds or the PBA Bonds or enter with customers into long and short positions in debt securities such as the GO Bonds or the PBA Bonds, in its capacity as a dealer or market marker in such GO Bonds and PBA Bonds; (y) is in fact regularly in the business of making a market in debt securities; and (z) if transacting with respect to GO Bonds or PBA Bonds, is registered with Securities and Exchange Commission and financial institutions regulatory authority.

*"Restriction Fee Percentage"* shall mean one and three hundred twenty-one one thousandths percent (1.321%).

*"Restriction Fees"* shall mean, collectively, the PSA Restriction Fee and the Retail Support Fee.

*"Retail GO Bonds"* shall mean those GO Bonds held by a Retail Investor, wherein such holder's aggregate face amount of GO Bonds is equal to or less than One Million Dollars ($1,000,000.00).

*"Retail Investor"* shall mean an individual who purchased GO Bonds and/or PBA Bonds for his or her own brokerage account, trust account, custodial account or in a separately managed account rather than for or on behalf of an organization, institution or entity.

*"Retail PBA Bonds"* shall mean those PBA Bonds held by a Retail Investor, wherein such holder's aggregate face amount of PBA Bonds is equal to or less than One Million Dollars ($1,000,000.00).

124346643v5

*"Retail Support Fee"* shall mean, collectively, that portion of the fees to be made available to holders of Retail PBA Bonds and Retail GO Bonds, in accordance with the terms and provisions of Article VI hereof, the Plan and the Confirmation Order, which fees, in the aggregate, shall not exceed Fifty Million Dollars ($50,000,000.00), provided, however, that, notwithstanding the foregoing, in accordance with the provisions of Section 6.1(c) hereof, the Plan and the Confirmation Order, such aggregate amount may be decreased on account of the Retail Support Fee Return, with such aggregate amount of the Retail Support Fee Return being redistributed in accordance with the provisions of Article VI hereof, the Plan and the Confirmation Order.

*"Retail Support Fee Return"* shall mean that portion of the Retail Support Fee not allocated to classes of Retail Investors, which portion is then payable and reallocated to Initial PSA Restriction Fee Creditors and members of Retail Investor classes that voted to accept the Plan in accordance with the provisions of Article VI hereof, the Plan and the Confirmation Order.

*"Sales Tax" or "SUT"* shall mean the sales and use taxes, including any replacement or similar sales and use tax, imposed by the government of Puerto Rico pursuant to Sections 4020.01 and 4020.02 of Subchapter D of Act No. 1-2011, as amended, and known as the Internal Revenue Code for a New Puerto Rico.

*"Section 926 Motion"* shall mean, the litigation arising from (a) the Urgent Motion for Bridge Order, and Motion for Appointment of Trustee Under 11 U.S.C. §926 of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation, dated July 17, 2020, filed in the HTA Title III Case [Dkt. No. 871] and the Commonwealth PROMESA Proceeding [Dkt. No. 13708], (b) Assured Guaranty Corp., et al.. v. Commonwealth of Puerto Rico, et al.., Case No. 20-1847, currently pending in the United States Court of Appeals for the First Circuit, and (c) any other motion or adversary proceeding pending as of the date hereof seeking appointment of a trustee for HTA in accordance with 11 U.S.C. §926.

*"Settlement Summary"* shall mean the summary of the key economic terms to be included in the Plan as set forth in Exhibit "I" annexed hereto.

*"Substitute Measured Tax"* shall mean, all or a portion of a tax of general applicability throughout the Commonwealth that, through a change in law, is designated or enacted in full substitution of the Measured SUT or otherwise constitutes like or comparable measure of economic activity within the Commonwealth, in each case in accordance with the terms of the CVI Legislation and the CVI Indenture.

*"Syncora Insured Bonds"* shall mean, collectively, the GO Bonds and the PBA Bonds that are insured by Syncora.

*"Uniformity Litigation"* shall mean, collectively, (a) the litigation styled Ambac Assurance Corporation v. The Financial Oversight and Management Board for Puerto Rico, et al., Adv. Pro. No. 20-00068-LTS, currently pending in the Title III Court, and (b) such other litigation as may be currently pending or as may be commenced during the period from and after

EXECUTION COPY

the date hereof up to and including the Effective Date wherein claims or causes of action consistent with or similar to those asserted or which could have been asserted in the above-referenced litigation have been asserted.

Section 1.3   Other Terms.  Other terms may be defined elsewhere in this Agreement and, unless otherwise indicated, shall have such meaning throughout this Agreement.  As used in this Agreement, any reference to any federal, state, local, or foreign law, including any applicable law, will be deemed also to refer to such law as amended and all rules and regulations promulgated thereunder, unless the context requires otherwise. The words "include", "includes", and "including" will be deemed to be followed by "without limitation." Pronouns in masculine, feminine or neutral genders will be construed to include any other gender, and words in the singular form will be construed to include the plural and vice versa, unless the context otherwise requires. The words "this Agreement", "herein", "hereof", "hereby", "hereunder", and words of similar impact refer to this Agreement as a whole and not to any particular subdivision unless expressly so limited,

Section 1.4   Interpretations.  The Parties have participated jointly in the negotiation and drafting of this Agreement. If an ambiguity or question of intent or interpretation arises, this Agreement will be construed as if drafted jointly by the Parties hereto and no presumption or burden of proof will arise favoring or disfavoring any party hereto because of the authorship of any provision of this Agreement.

Section 1.5   Exhibits.  Each of the exhibits, annexes, signature pages and schedules annexed hereto are expressly incorporated herein and made a part of this Agreement, and all references to this Agreement shall include such exhibits, annexes and schedules.

## ARTICLE II

## GENERAL PROVISIONS

Section 2.1   Financial Information.  The Oversight Board acknowledges and agrees that (a) the financial information set forth on signature pages affixed to this Agreement and the CUSIP numbers for the GO Bonds, PBA Bonds, and PRIFA BANs provided by the Parties pursuant to Section 2.2 hereof are proprietary, privileged, and confidential, and (b) unless otherwise ordered by the Title III Court, shall not disclose to any third party and shall otherwise use its reasonable best efforts to protect the confidential nature of such financial information and CUSIP numbers, including, without limitation, in filings to be made in the Title III Court or any other public release.

Section 2.2   CUSIP Information.  Unless the then-current information has previously been provided to the Oversight Board, within five (5) Business Days after the date hereof, each A&R PSA Creditor shall provide the Oversight Board, in writing, the Face Amount and CUSIP numbers for each of the GO Bonds, PBA Bonds, and PRIFA BANs, if any, such Party owns or has due investment management responsibility and authority for funds or accounts which own such GO Bonds, PBA Bonds, or PRIFA BANs, as the case may be.  In addition, within five (5) Business Days of a request of the Oversight Board, which request shall be made no more frequently than monthly from and after the date hereof, each A&R PSA Creditor shall provide

17

the Oversight Board, in writing, the Face Amount and CUSIP numbers for each of the GO Bonds, PBA Bonds and PRIFA BANs, if any, such Party then owns, insures or has due investment management responsibility and authority for funds or accounts which own such GO Bonds, PBA Bonds, or PRIFA BANs, as the case may be.

    (a)    <u>Tracking Provisions.</u>

        (i)    Within ten (10) Business Days from the date hereof or as soon thereafter as reasonably practicable, the Government Parties shall facilitate the assignment of alternative CUSIPs to the GO Bonds, PBA Bonds and PRIFA BANs (other than Assured Insured Bonds or National Insured Bonds) held by a PSA Creditor (other than Assured or National) to allow such GO Bonds, PBA Bonds and PRIFA BANs to be freely transferable and remain subject to the provisions of this Agreement. In order to receive payment of amounts in accordance with Section 6.1(b) hereof, PSA Creditors (other than Assured or National) shall cooperate, and, to the extent necessary, use reasonable best efforts to direct the PBA Bond trustee or the PRIFA BANs trustee, as the case may be, to, cooperate with the Government Parties in obtaining the alternative identifying CUSIPs and shall tender for exchange such GO Bonds, PBA Bonds and PRIFA BANs, as the case may be, in accordance with the directions set forth on a term sheet annexed hereto as Exhibit "J", and which shall be posted on EMMA by the Government Parties as soon as practicable from and after the date hereof; <u>provided</u>, <u>however</u>, that Assured Insured Bonds, National Insured Bonds and Syncora Insured Bonds, as well as GO Bonds and PBA Bonds held by Retail Investors or held or insured by any Monoline, need not be tendered and exchanged. The Oversight Board shall use its reasonable best efforts to ensure such mechanisms are established in such a manner such that they do not have an adverse effect on the enforceability, validity, tax exemption, or other rights of the GO Bonds, PBA Bonds and PRIFA BANs, or on the lawful transferability of the GO Bonds, PBA Bonds and PRIFA BANs, under applicable securities laws.

        (ii)    The PSA Creditors shall use reasonable best efforts to (A) to the extent necessary, direct the PBA Bond trustee or the PRIFA BANs trustee, as the case may be, to cooperate with the Government Parties in obtaining the alternative identifying CUSIPs, and (B) take the related actions set forth in the Term Sheet annexed hereto as Exhibit "J".

    Section 2.3    <u>Additional Parties.</u>  Within two (2) Business Days from the date hereof, the Oversight Board shall request that AAFAF provide, through the prompt issuance on EMMA, a notice regarding the execution and delivery of this Agreement and the opportunity for all entities holding GO Bonds, PBA Bonds, and/or PRIFA BANs having a Face Amount, in each case, in excess of One Million Dollars ($1,000,000.00), to become a party hereto in accordance with the terms and conditions set forth herein, by tendering and exchanging such entities' GO Bonds, PBA Bonds and/or PRIFA BANs, as the case may be, in accordance with the terms and provisions of Section 2.2(a) hereof; <u>provided</u>, <u>however</u>, that no entity shall be deemed a party to this Agreement with respect to the Assured Insured Bonds and National Insured Bonds other than Assured and National, respectively.

claim, payable in cash, at the time of consummation of the Plan in an amount equal to the Restriction Fee Percentage multiplied by the aggregate amount of GO Bond Claims, PBA Bond Claims, and CW Guarantee Bond Claims (without duplication and, to the extent any such claims are Monoline-insured, solely to the extent a PSA Restriction Fee Creditor is authorized to vote any such claim in accordance with Section 301(c)(3) of PROMESA, the definitive insurance documents and applicable law) held or, in the case of Assured, Syncora, or National held or insured, by such PSA Creditor as of the Effective Date; provided, however, that, if a PSA Creditor sells any GO Bonds, PBA Bonds, or PRIFA BANs for which it would have been entitled to receive the PSA Restriction Fee, the purchasing party, and not the selling party, shall be entitled to receive the PSA Restriction Fee on account thereof; and, provided, further, that, in the event this Agreement is terminated pursuant to the terms of Sections 7.1(b)(iii) (subject to the extension provided for in Section 7.1(b) hereof), (c)(i) or (ii) hereof, or the Oversight Board terminates this Agreement for any reason other than (i) a breach of this Agreement by a non-Government Party, (ii) the denial of confirmation of the Plan by the Title III Court (or the Title III Court renders a decision or states its position that it will deny confirmation absent modification of the Plan, and such modification would have a material adverse effect on the Parties ability to consummate the Plan on terms consistent with this Agreement, including, but not limited to, the terms set forth in the Settlement Summary annexed hereto as Exhibit "I"), (iii) the New GO Bond Legislation, the CVI Legislation, and the Debt Responsibility Act are not enacted prior to the commencement of the hearing to consider confirmation of the Plan, or (iv) the entry of an order with respect to one or more of the matters set forth in Section 7.1(b)(ii) hereof, the aggregate PSA Restriction Fee and Consummation Costs, in the amount of One Hundred Million Dollars ($100,000,000.00) shall be paid, ratably, in cash, as an administrative expense claim under a plan of adjustment for the Commonwealth to the A&R PSA Creditors as of the date of termination; and, provided, further, that, in all other circumstances, upon termination of this Agreement, no Consummation Costs or PSA Restriction Fee shall be due and payable to the Party to this Agreement terminating this Agreement or against the Party to this Agreement as to which this Agreement is terminated.

      (c)    Retail Support Fee. The Plan shall provide for the separate classification of Retail GO Bonds and Retail PBA Bonds with respect to various series of GO Bonds and PBA Bonds. In the event that a class of Retail Investors votes to accept the Plan, the members of such class shall be entitled to their allocable share of the aggregate Retail Support Fee of up to Fifty Million Dollars ($50,000,000.00) in an amount equal to the Restriction Fee Percentage multiplied by the aggregate amount of GO Bond Claims, PBA Bond Claims, and CW Guarantee Bond Claims (without duplication) held by such Retail Investor as of the date the Title III Court enters the Confirmation Order. In the event that, after allocating the Retail Support Fee to Retail Investors in the classes that voted to accept the Plan, the full Fifty Million Dollars ($50,000,000.00) is not fully allocated, the balance of the Retail Support Fee shall be reallocated and distributed on a pro rata basis to Initial PSA Restriction Fee Creditors and those Retail Investors that are members of classes that voted to accept the Plan based upon the aggregate amount of GO Bond Claims, PBA Bond Claims, and CW Guarantee Bond Claims (without duplication) held by such Initial PSA Restriction Fee Creditor and Retail Investor as of the date the Title III Court enters the Confirmation Order. In addition, the Retail Support Fee allocated to any class of Retail GO Bonds or Retail PBA Bonds that fails to vote to accept the Plan shall be reallocated and distributed on a pro rata basis to Initial PSA Restriction Fee Creditors and those Retail Investors that are members of classes that voted to accept the Plan. The Oversight Board, Assured,

Syncora and National agree that no Retail Investor shall have the right to vote any claim on account of any Insured Bond Claims insured by Assured, Syncora or National, as the case may be, and no Retail Investor shall receive any Retail Support Fee on account of any claim based on any Insured Bond Claim, insured by Assured, Syncora or National, as the case may be.

ARTICLE VII

TERMINATION

Section 7.1    Termination of Agreement.

(a)    This Agreement may be terminated by any PSA Creditor, solely as to itself, at its sole option and discretion and upon written notice to the other Parties, in the event that (i) any of the Government Parties fails to comply with any of its respective covenants in Article IV hereof or any of its undertakings in this Agreement if such failure to comply has or would have an adverse economic or legal impact on such PSA Creditor, including an adverse economic impact in the treatment afforded to such PSA Creditor under the Plan (including any applicable settlement under the Plan or changes to the legal protections set forth in Section 4.10(b) hereof), or change in the cash flows for the New GO Bonds or referenced in exhibits to the Plan, the terms and structure of the CVIs set forth in the Plan, or to the definition or calculation of Consummation Costs, or PSA Restriction Fee that would have an adverse economic or legal impact on such PSA Creditor, (ii) the Oversight Board files any motion or pleading with the Title III Court, in each case, that is inconsistent with this Agreement, including the Plan, in any adverse economic or legal respect (including treatment under the Plan, any applicable settlement under the Plan, or change in the cash flows for the New GO Bonds referenced in the exhibits to the Plan, the terms and structure of the CVIs set forth in the Plan, or to the definition or calculation of Consummation Costs, or PSA Restriction Fee) before the earlier to occur of (y) five (5) Business Days after the Oversight Board receives written notice from another Party (in accordance with the notice provisions set forth in Section 8.11 hereof) that such motion or pleading is inconsistent with this Agreement in such adverse economic or legal respect and (z) entry of an order of the Title III Court approving such motion or pleading, (iii) the entry of a Final Order in the PROMESA Proceedings has a material adverse effect on the confirmability of the Plan, (iv) the New GO Bonds Legislation, the CVI Legislation, and the Debt Responsibility Act are not enacted prior to the commencement of the hearing to consider confirmation of the Plan, or (v) the Effective Date does not occur on or prior to December 15, 2021; provided, however, that, upon the joint instruction and notice provided by the Government Parties, the date set forth in subsection (v) above shall be extended up to and including January 31, 2022; and, provided, further, that, in the event that a court of competent jurisdiction enters an order staying the effectiveness of the Confirmation Order, the date set forth in subsection (v) above shall be extended up to and including fifteen (15) days following the lifting of any such stay.

(b)    This Agreement may be terminated at any time prior to the Effective Date as to all Parties hereto by the Oversight Board, or by joint action of the Constitutional Debt Group, the GO Group, the LCDC, the QTCB Group, Assured, National, and Syncora in the event that (i) any other Party has failed to comply with any of its respective covenants set forth in Article IV hereof or any of its other undertakings in this Agreement, and such non-compliance has a

45

**From:** emmasender@msrb.org <emmasender@msrb.org>
**Sent:** Friday, July 30, 2021 5:00 PM
**To:** Hein, Peter C.
**Subject:** EMMA Alert – EVENT Filings: Other Event-based Disclosures, etc.

*** EXTERNAL EMAIL ***

You have subscribed to email alerts from the Electronic Municipal Market Access (EMMA®) website.

**EVENT FILING(S):**    Other Event-based Disclosures
**Associated CUSIP-6s:** 745145, 74514L, 745223, 745235

To view disclosure details filed on 7/30/2021, click here.

| CUSIP | Security Description | State |
|---|---|---|
| 74514LB63 | COMMONWEALTH OF PUERTO RICO, PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) | PR |
| 745235M24 | PUERTO RICO PUBLIC BUILDING AUTHORITY. GOVERNMENT FACILITIES REVENUE REFUNDING BONDS SERIES Q GUARANTEED BY THE COMMONWEALTH OF PUERTO RICO | PR |

*PLEASE DO NOT REPLY. Click here to manage your alert preferences or unsubscribe from an alert in your MyEMMA profile. The EMMA website is a service of the Municipal Securities Rulemaking Board (MSRB). This is a system-generated email. If you need assistance, please contact the MSRB at 202-838-1330 or MSRBSupport@msrb.org, or you may obtain more information at EMMA Help.*

*IMPORTANT NOTICE. This email, including any attachments, may include non-public, confidential, proprietary or legally privileged information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of the information (in whole or in part) in this e-mail is unauthorized and prohibited. If you are not an intended recipient, please immediately (i) notify the MSRB by email to MSRBSupport@msrb.org that this message was inadvertently transmitted to you and (ii) permanently delete this e-mail (including attachments) from your system. Thank you for your cooperation.*

©2021 Municipal Securities Rulemaking Board

EA#007

Exhibit C                                    022

THIS NOTICE IS NOT AN OFFER WITH RESPECT TO ANY SECURITIES
OR
A SOLICITATION OF ACCEPTANCES OR REJECTIONS OF A TITLE III PLAN WITHIN THE MEANING OF
SECTION  1125 OF THE BANKRUPTCY CODE INCORPORATED INTO PROMESA SECTION 301.

ANY SUCH OFFER OR SOLICITATION WILL COMPLY WITH ALL APPLICABLE SECURITIES
LAWS AND/OR PROVISIONS OF PROMESA.

-----------------------
### AMENDED NOTICE TO HOLDERS OF UNINSURED BONDS

*Regarding*

***Exchange Opportunity for All Beneficial Owners of Uninsured Bonds (as defined below) to Become
Party to the Amended and Restated Plan Support Agreement (together with the annexes, exhibits and
schedules attached thereto, and as it may be amended, restated, supplemented or otherwise modified
from time to time in accordance with its terms, the "PSA")***

**Of**

| COMMONWEALTH OF PUERTO RICO | PUERTO RICO PUBLIC BUILDING AUTHORITY | PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY |
|---|---|---|
| • **GENERAL OBLIGATION BONDS**<br>• **PUBLIC IMPROVEMENT BONDS**<br>• **PUBLIC IMPROVEMENT REFUNDING BONDS** | • **GOVERNMENT FACILITIES REVENUE BONDS**<br>• **GOVERNMENT FACILITIES REFUNDING BONDS** | • **BOND ANTICIPATION NOTES** |

**Expiration / Participation Claim Date:**                              **5:00 p.m.  ET on August 13, 2021**

Pursuant to the Notice to Holders of Uninsured Bonds dated July 27, 2021 (the "**July 27th Notice**"), certain Uninsured Bonds have been offered an opportunity to become eligible to receive the PSA Restriction Fee under the PSA.   In order to eligible for such fee, the beneficial owners of the Uninsured Bonds are required to tender their Uninsured Bonds by the Participation Deadline as detailed in the July 27th Notice. Capitalized terms that are used but not defined in this Notice shall have the respective meanings given to them in the PSA or the July 27th Notice.

The July 27th Notice is hereby amended to:

(i)        include in the definition of Uninsured Bonds, (a) the Puerto Rico Infrastructure Finance Authority's Bond Anticipation Notes bearing the CUSIP No. 745223AA5;

(ii)       to add to Exhibit A, the GO Bond with the CUSIP No. 745145YU0, which bond was paid at maturity pursuant to a municipal bond insurance policy provided by Syncora and which bond remains Outstanding, is no longer payable from an insurance policy and is considered to be an Uninsured Bond for purposes of the July 27th Notice; and

(iii)      to make certain adjustments to the authorized denominations related to the CUSIPs listed in Exhibit A as shown below.

A revised version of Exhibit A is attached hereto.

**Adjusted Authorized Denominations:**

023

| CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|
| 74514LMZ7 | $100,000 by $5,000 | 745235M73 | $5,000 by $1,000 |
| 745235M57 | $5,000 by $1,000 | 745235M81 | $5,000 by $1,000 |
| 745235M65 | $5,000 by $1,000 | 745235Q20 | $5,000 by $1,000 |

**Additional CUSIPs:**

| CUSIP | Authorized Denomination |
|---|---|
| 745223AA5 | $100,000 by $5,000 |
| 745145YU0 | $5,000 |

There are no additional changes to the Notice to Holders of Uninsured Bonds dated July 27, 2021.

Questions or requests for additional information may be directed to Robert Stevens via e-mail at rstevens@globic.com.

Dated:     July 30, 2021

024

# EXHIBIT A

## CUSIP NUMBERS[1]

| CUSIP | Authorized Denomination[2] | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|---|---|---|---|---|---|
| 745145AU6 | $5,000 | 74514LQF7 | $5,000 | 74514LWA1 | $5,000 | 74514LB71 | $5,000 | 745235K83 | $5,000 |
| 745145AV4 | $5,000 | 74514LKH9 | $5,000 | 74514LWK9 | $5,000 | 74514LB89 | $5,000 | 745235K91 | $5,000 |
| 745145AW2 | $5,000 | 74514LKJ5 | $5,000 | 74514LWM5 | $5,000 | 74514LE86 | $100,000 | 745235L25 | $5,000 |
| 745145AX0 | $5,000 | 74514LLV7 | $5,000 | 74514LWQ6 | $5,000 | 745235GJ4 | $5,000 | 745235L33 | $5,000 |
| 745145HN5 | $5,000 | 74514LLW5 | $5,000 | 74514LWR4 | $5,000 | 745235G62 | $5,000 | 745235L41 | $5,000 |
| 745145HP0 | $5,000 | 74514LLX3 | $5,000 | 74514LWS2 | $5,000 | 745235G70 | $5,000 | 745235L58 | $5,000 |
| 745145HQ8 | $5,000 | 74514LLY1 | $5,000 | 74514LXA0 | $5,000 | 745235G88 | $5,000 | 745235L66 | $5,000 |
| 74514LQK6 | $5,000 | 74514LLZ8 | $5,000 | 74514LXB8 | $5,000 | 745235G96 | $5,000 | 745235L74 | $5,000 |
| 745145YN6 | $5,000 | 74514LMA2 | $5,000 | 74514LWZ6 | $5,000 | 745235H20 | $5,000 | 745235L90 | $5,000 |
| 745145YP1 | $5,000 | 74514LMB0 | $5,000 | 74514LXH5 | $5,000 | 745235H38 | $5,000 | 745235M24 | $5,000 |
| 745145YS5 | $5,000 | 74514LMC8 | $5,000 | 74514LWX1 | $5,000 | 745235H46 | $5,000 | 745235M32 | $5,000 |
| 745145YT3 | $5,000 | 74514LMD6 | $5,000 | 74514LYW1 | $5,000 | 745235D24 | $5,000 | 745235M40 | $5,000 |
| 745145YV8 | $5,000 | 74514LME4 | $5,000 | 74514LZA8 | $5,000 | 745235VX6 | $5,000 | 745235M57 | $5,000 by $1,000 |
| 745145YW6 | $5,000 | 74514LMF1 | $5,000 | 74514LZB6 | $5,000 | 745235VY4 | $5,000 | 745235M65 | $5,000 by $1,000 |
| 745145YX4 | $5,000 | 74514LMG9 | $5,000 | 74514LZC4 | $5,000 | 745235VZ1 | $5,000 | 745235M73 | $5,000 by $1,000 |
| 745145YZ9 | $5,000 | 74514LMH7 | $5,000 | 74514LZF7 | $5,000 | 745235RV5 | $5,000 | 745235M81 | $5,000 by $1,000 |
| 745145XZ0 | $5,000 | 74514LMJ3 | $5,000 | 74514LZH3 | $5,000 | 745235RW3 | $5,000 | 745235M99 | $5,000 |
| 74514LBM8 | $5,000 | 74514LMK0 | $5,000 | 74514LZG5 | $5,000 | 745235RX1 | $5,000 | 745235N23 | $5,000 |
| 7451455A6 | $5,000 | 74514LML8 | $5,000 | 74514LZJ9 | $5,000 | 745235RY9 | $5,000 | 745235N31 | $5,000 |
| 7451455B4 | $5,000 | 74514LMM6 | $5,000 | 74514LZK6 | $5,000 | 745235RZ6 | $5,000 | 745235N49 | $5,000 |
| 74514LPT8 | $5,000 | 74514LMN4 | $5,000 | 74514LZL4 | $5,000 | 745235SA0 | $5,000 | 745235N56 | $5,000 |
| 74514LCX3 | $5,000 | 74514LMZ7 | $100,000 by $5,000 | 74514LZM2 | $5,000 | 745235SB8 | $5,000 | 745235N64 | $5,000 |
| 74514LCY1 | $5,000 | 74514LNA1 | $100,000 | 74514LZN0 | $5,000 | 745235SC6 | $5,000 | 745235N72 | $5,000 |
| 74514LCZ8 | $5,000 | 74514LNC7 | $100,000 | 74514LZP5 | $5,000 | 745235SW2 | $5,000 | 745235N80 | $5,000 |

---

[1] This Notice does not apply to any portions of the above CUSIPs that have been insured in the secondary market. Any GO Bonds or PBA Bonds that are insured in the secondary market will not be exchanged for a new CUSIP, will not be entitled to receive the PSA Restriction Fee and will be returned to the beneficial owner thereof.

[2] Unless indicated in the table, it is assumed the authorized denomination is in $5,000 integrals.

A-1

| CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|---|---|---|---|---|---|
| 74514LDA2 | $5,000 | 74514LSQ1 | $5,000 | 74514LZQ3 | $5,000 | 745235SX0 | $5,000 | 745235N98 | $5,000 |
| 74514LDB0 | $5,000 | 74514LSR9 | $5,000 | 74514LZV2 | $5,000 | 745235D57 | $5,000 | 745235P21 | $5,000 |
| 74514LDC8 | $5,000 | 74514LSS7 | $5,000 | 74514LZW0 | $5,000 | 745235D65 | $5,000 | 745235P39 | $5,000 |
| 74514LDD6 | $5,000 | 74514LSV0 | $5,000 | 74514LZX8 | $5,000 | 745235VR9 | $5,000 | 745235P47 | $5,000 |
| 74514LDE4 | $5,000 | 74514LST5 | $5,000 | 74514LZY6 | $5,000 | 745235ZK0 | $5,000 | 745235P54 | $5,000 |
| 74514LPX9 | $5,000 | 74514LSU2 | $5,000 | 74514LZZ3 | $5,000 | 745235ZL8 | $5,000 | 745235P88 | $5,000 |
| 74514LHB6 | $5,000 | 74514LTK3 | $5,000 | 74514LA23 | $5,000 | 745235ZM6 | $5,000 | 745235P62 | $5,000 |
| 74514LHC4 | $5,000 | 74514LTM9 | $5,000 | 74514LA31 | $5,000 | 745235ZN4 | $5,000 | 745235P70 | $5,000 |
| 74514LHD2 | $5,000 | 74514LTN7 | $5,000 | 74514LC47 | $5,000 | 745235ZP9 | $5,000 | 745235Q20 | $5,000 by $1,000 |
| 74514LHE0 | $5,000 | 74514LTP2 | $5,000 | 74514LA49 | $5,000 | 745235ZQ7 | $5,000 | 745235R52 | $5,000 |
| 74514LHF7 | $5,000 | 74514LTQ0 | $5,000 | 74514LC54 | $5,000 | 745235ZR5 | $5,000 | 745235R60 | $5,000 |
| 74514LHG5 | $5,000 | 74514LTR8 | $5,000 | 74514LA56 | $5,000 | 745235ZS3 | $5,000 | 745235R78 | $5,000 |
| 74514LHH3 | $5,000 | 74514LTS6 | $5,000 | 74514LC62 | $5,000 | 745235ZT1 | $5,000 | 745235R86 | $5,000 |
| 74514LHJ9 | $5,000 | 74514LTT4 | $5,000 | 74514LA64 | $5,000 | 745235B67 | $5,000 | 745235S69 | $5,000 |
| 74514LHK6 | $5,000 | 74514LTU1 | $5,000 | 74514LC70 | $5,000 | 745235ZX2 | $5,000 | 745235R94 | $5,000 |
| 74514LHL4 | $5,000 | 74514LTV9 | $5,000 | 74514LA72 | $5,000 | 745235ZY0 | $5,000 | 745235S28 | $5,000 |
| 74514LHM2 | $5,000 | 74514LTW7 | $5,000 | 74514LC88 | $5,000 | 745235ZZ7 | $5,000 | 745235S36 | $5,000 |
| 74514LHN0 | $5,000 | 74514LVG9 | $5,000 | 74514LA80 | $5,000 | 745235A27 | $5,000 | 745235S44 | $5,000 |
| 74514LHP5 | $5,000 | 74514LVH7 | $5,000 | 74514LA98 | $5,000 | 745235A35 | $5,000 | 745235R37 | $5,000 |
| 74514LJQ1 | $5,000 | 74514LVJ3 | $5,000 | 74514LC96 | $5,000 | 745235A43 | $5,000 | 745223AA5 | $100,000 by $5,000 |
| 74514LJV0 | $5,000 | 74514LVK0 | $5,000 | 74514LD38 | $5,000 | 745235A50 | $5,000 | 745145YU0 | $5,000 |
| 74514LJW8 | $5,000 | 74514LVL8 | $5,000 | 74514LB22 | $5,000 | 745235A68 | $5,000 | | |
| 74514LJX6 | $5,000 | 74514LVM6 | $5,000 | 74514LB30 | $5,000 | 745235A76 | $5,000 | | |
| 74514LJY4 | $5,000 | 74514LVN4 | $5,000 | 74514LB48 | $5,000 | 745235A84 | $5,000 | | |
| 74514LJZ1 | $5,000 | 74514LVV6 | $5,000 | 74514LB97 | $5,000 | 745235A92 | $5,000 | | |
| 74514LKA4 | $5,000 | 74514LVX2 | $5,000 | 74514LB55 | $5,000 | 745235B26 | $5,000 | | |
| 74514LQA8 | $5,000 | 74514LVY0 | $5,000 | 74514LC21 | $5,000 | 745235B34 | $5,000 | | |
| 74514LQB6 | $5,000 | 74514LVZ7 | $5,000 | 74514LC39 | $5,000 | 745235B42 | $5,000 | | |
| 74514LQE0 | $5,000 | 74514LVW4 | $5,000 | 74514LB63 | $5,000 | 745235K75 | $5,000 | | |