# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., | No. 17 BK 3283-LTS (Jointly Administered) |
| | This filing relates to the Commonwealth. |
| Debtors | |

**INFORMATIVE MOTION RESUBMITTING EXHIBITS ALREADY INCLUDED WITH DOCKET NOS. 17207 and 17502**

TO THE HONORABLE COURT:

The Puerto Rico Land Administration, through the undersigned counsel, very respectfully informs and requests:

1. The Court has just denied our Motion Requesting Ruling on the Papers without the Need to Appear at the August 4, 2021 hearing. (Docket No. 17648)

2. Because the Court has required our appearance at the hearing, it is informed that the Exhibits that are relevant to the arguments are already on the record at Docket Nos. 17207 and 17502.

3. The Exhibits are:

    (a) Deposits Account Statement for the period ending 4/30/2021 (Exh. 1); and

    (b) Deposits Account Statement for the period ending 6/30/2021 (Exh. 2).

WHEREFORE, very respectfully it is requested that the Court take notice of the aforementioned for all relevant purposes in connection with the August 4, 2021 hearing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, August 3, 2021.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants and attorneys of record.

**S/ CARLOS E. CARDONA-FERNÁNDEZ**
Carlos E. Cardona-Fernández
USDC-PR No. 217806
PO Box 810412
Carolina PR 00981-0412
Ph. (787) 550-9280
e-mail: carloscardonafe@hotmail.com