# EXHIBIT 1

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

| $25,000 fee for Monthly Retainer for 1/2-time Work. In Jan 19 days at 4 hours a day is: | | | | | **76** | hours. | | | $ 300.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **$25,000** |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Review of deposition transcript. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Review of deposition transcript. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Review of deposition transcript. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Review of deposition transcript. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Review of deposition transcript. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Review of deposition transcript. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for Covid income loss analysis for call with McKinsey. |
| February-21 | Title III | 2/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for Covid income loss analysis for call with McKinsey. |
| February-21 | Title III | 2/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 225.00 | Commonwealth | MD | Call with McKinsey on Covid 19 relief analysis and CBO. |
| February-21 | Title III | 2/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for call tomorrow with CEO Jaresko and legislators on fiscal plan (call late in day was postponed). |
| February-21 | Title III | 2/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for call tomorrow with CEO Jaresko and legislators on fiscal plan (call late in day was postponed). |
| February-21 | Title III | 2/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for call tomorrow with CEO Jaresko and legislators on fiscal plan (call late in day was postponed). |
| February-21 | Title III | 2/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey on Covid 19 relief analysis and macro modeling. |
| February-21 | Title III | 2/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of IMF new debt sustainability framework and preparation of report on its applicability to the FOMB for CEO Jaresko. |
| February-21 | Title III | 2/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with Advisor Fuentes on work on debt sustainability |
| February-21 | Title III | 2/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with DevTec on macro modeling adjustments |
| February-21 | Title III | 2/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey on fiscal plan preparation |
| February-21 | Title III | 2/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with McKinsey on fiscal plan preparation |
| February-21 | Title III | 2/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | All advisors call on fiscal plan preparation |
| February-21 | Title III | 2/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with McKinsey on fiscal plan preparation |
| February-21 | Title III | 2/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for analysis of gas tax hike on Commonwealth fiscal plan. |
| February-21 | Title III | 2/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for analysis of gas tax hike on Commonwealth fiscal plan. |
| February-21 | Title III | 2/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for analysis of gas tax hike on Commonwealth fiscal plan. |
| February-21 | Title III | 2/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with DevTec on macro |
| February-21 | Title III | 2/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with advisors fiscal plan |
| February-21 | Title III | 2/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with advisors on macro model. |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and effect on Commonwealth |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and effect on Commonwealth |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and effect on Commonwealth |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and effect on Commonwealth |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and effect on Commonwealth |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and effect on Commonwealth |
| February-21 | Title III | 2/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.25 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 375.00 | Commonwealth | MD | Call with McKinsey staff on macro model. |
| February-21 | Title III | 2/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with advisors on population projections. |
| February-21 | Title III | 2/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and impact on the Commonwealth |
| February-21 | Title III | 2/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and impact on the Commonwealth |
| February-21 | Title III | 2/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.45 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 135.00 | Commonwealth | MD | Work on assessing the HTA debt capacity and potential measures and impact on the Commonwealth |
| February-21 | Title III | 2/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.17 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 350.10 | Commonwealth | MD | Call with advisors on preliminary HTA analysis impact on the Commonwealth. |
| February-21 | Title III | 2/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of research on gas tax impact on overall economy growth |
| February-21 | Title III | 2/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of research on gas tax impact on overall economy growth |
| February-21 | Title III | 2/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of research on gas tax impact on overall economy growth |
| February-21 | Title III | 2/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of research on gas tax impact on overall economy growth |
| February-21 | Title III | 2/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of Fed and CBO multiplier studies in pandemic. |
| February-21 | Title III | 2/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of Fed and CBO multiplier studies in pandemic. |
| February-21 | Title III | 2/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of Fed and CBO multiplier studies in pandemic. |
| February-21 | Title III | 2/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.83 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 250.00 | Commonwealth | MD | Call with advisors on modeling toll hike on Commonwealth resources. |
| February-21 | Title III | 2/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Expansion of HTA impact model on Commonwealth |
| February-21 | Title III | 2/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Expansion of HTA impact model on Commonwealth |
| February-21 | Title III | 2/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Expansion of HTA impact model on Commonwealth |
| February-21 | Title III | 2/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Call with FOMB advisors and PREPA on PREPA forecast. |
| February-21 | Title III | 2/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Prepa fiscal plan and debt | $ 150.00 | PREPA | MD | Call with FOMB advisors and PREPA on PREPA forecast. |
| February-21 | Title III | 2/23/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with advisors on unemployment modeling |
| February-21 | Title III | 2/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with DevTec on macro forecast. |
| February-21 | Title III | 2/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Strategy call with FOMB advisors. |
| February-21 | Title III | 2/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Strategy call with FOMB advisors. |
| February-21 | Title III | 2/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Fiscal plan update call with McKinsey. |
| February-21 | Title III | 2/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with DevTec on macro forecast. |
| February-21 | Title III | 2/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Strategy call with Board members |
| February-21 | Title III | 2/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Strategy call with Board members |
| February-21 | Title III | 2/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.17 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 50.00 | Commonwealth | MD | Strategy call with Board members |
| February-21 | Title III | 2/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 100.00 | Commonwealth | MD | Call with FOMB advisor on structural reforms |
| February-21 | Title III | 2/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Public Board Meeting |
| February-21 | Title III | 2/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | MD | Public Board Meeting |

| Total | | 63.95 | | $ 19,185.10 | | $ 19,185.10 |
|---|---|---|---|---|---|---|
| Share of the work on Prepa (legal) | | 11.7% | Work with legal teams on Prepa fiscal plan and debt | $2,250.00 | Commonwealth | $16,935.10 |
| Share of the work on Prepa (pricing and macro) | | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $2,250.00 |
| Share of the work on the Commonwealth FP monitoring | | 88.3% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $16,935.10 | | |
| Share of the work on the Commonwealth FP development | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |

| Fiscal plans of other entities | 0.0% Participation in and prep for Mediation Sesssions for the Commonwealth | $0.00 |

**Days in Puerto Rico**   0.0 Puerto Rico

Checks                     100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

$25,000 fee for Monthly Retainer for 1/2-time Work. In Jan 19 days at 4 hours a day is: **92** hours. $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| March-21 | Title III | 3/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on fiscal plan structural reform for energy |
| March-21 | Title III | 3/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on fiscal plan structural reform for human capital |
| March-21 | Title III | 3/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of PowerPoint on presentation for congresspersons |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Literature review on long-term and short-term multipliers |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Literature review on long-term and short-term multipliers |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on budgetary decisions on fiscal plan. |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on macro projections |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Preparation for meeting with congresspersons on fiscal plan modleing. |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Preparation for meeting with congresspersons on fiscal plan modleing. |
| March-21 | Title III | 3/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Preparation for meeting with congresspersons on fiscal plan modleing. |
| March-21 | Title III | 3/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on ease of doing business progress |
| March-21 | Title III | 3/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Prep for call with Speaker of the House. |
| March-21 | Title III | 3/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Speaker of the House. |
| March-21 | Title III | 3/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with Speaker of the House. |
| March-21 | Title III | 3/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on macro modeling for FP. |
| March-21 | Title III | 3/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan component analysis. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on macro projections. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with macro advisors on planning. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on education reform |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan macro component analysis. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Analysis of DRF and national accounts. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey and advisors on DRF and national accounts. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with DevTec on macro modeling issues. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on macro modeling. |
| March-21 | Title III | 3/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on macro modeling. |
| March-21 | Title III | 3/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan macro component changes. |
| March-21 | Title III | 3/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | TX | Call with advisors on American Recovery Act. |
| March-21 | Title III | 3/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on technical modeling issue. |
| March-21 | Title III | 3/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on technical modeling issue. |
| March-21 | Title III | 3/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on technical modeling issue. |
| March-21 | Title III | 3/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on technical modeling issue. |
| March-21 | Title III | 3/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on technical modeling issue. |
| March-21 | Title III | 3/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on modeling. |
| March-21 | Title III | 3/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on macro issues. |
| March-21 | Title III | 3/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with DevTec on government model. |
| March-21 | Title III | 3/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan model macro issues. |
| March-21 | Title III | 3/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with CEO for pre-Board meeting. |
| March-21 | Title III | 3/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on estimating the output gap |
| March-21 | Title III | 3/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Weekly call with McKinsey and FOMB advisors |
| March-21 | Title III | 3/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Weekly call with all advisors on fiscal plan. |
| March-21 | Title III | 3/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Planning Board on their 2020 real GNP estimates. |
| March-21 | Title III | 3/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with advisors on federal funding. |
| March-21 | Title III | 3/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | FOMB meeting call. |
| March-21 | Title III | 3/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of NOV draft. |
| March-21 | Title III | 3/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Review of NOV draft. |
| March-21 | Title III | 3/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Board call on government's fiscal plan and NOV. |
| March-21 | Title III | 3/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.25 | Business operations--Fiscal plan development for the Commonwealth | $ 75.00 | Commonwealth | TX | Board call on government's fiscal plan and NOV. |
| March-21 | Title III | 3/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on the impact of freight hike rates. |
| March-21 | Title III | 3/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Weekly advisors call on fiscal plan and macro. |
| March-21 | Title III | 3/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with all McKinsey on growth vs income modeling. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Research on projection accuracy for Board meeting next week. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Business operations--Fiscal plan development for the Commonwealth | $ 225.00 | Commonwealth | TX | Research on projection accuracy for Board meeting next week. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on macro model changes. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with DevTec on modeling for tomorrow's call. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Research on Ease of Doing Business and Trading for growth update. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Weekly call with all advisors. |
| March-21 | Title III | 3/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Update of inflation forecast. |
| March-21 | Title III | 3/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey to start finalizing macro projection. |
| March-21 | Title III | 3/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Govt advisors on ARPA implications for fiscal plan. |
| March-21 | Title III | 3/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with government advisors on macro forecast. |
| March-21 | Title III | 3/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Revision to Covid income loss calculations with new EY data. |
| March-21 | Title III | 3/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization of output gap projection. |
| March-21 | Title III | 3/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization of output gap projection. |
| March-21 | Title III | 3/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization of output gap projection. |
| March-21 | Title III | 3/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalization of output gap projection. |
| March-21 | Title III | 3/23/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Discussion with McKinsey on transportation reform. |
| March-21 | Title III | 3/23/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.83 | Business operations--Fiscal plan development for the Commonwealth | $ 250.00 | Commonwealth | TX | Call with advisors on transport sector reform and budgetray implications. |
| March-21 | Title III | 3/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan model macro issues. |
| March-21 | Title III | 3/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Board strategy meeting |
| March-21 | Title III | 3/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Board strategy meeting |
| March-21 | Title III | 3/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.83 | Business operations--Fiscal plan development for the Commonwealth | $ 250.00 | Commonwealth | TX | Board strategy meeting |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| March-21 | Title III | 3/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.17 | Business operations--Fiscal plan review and monitoring for Prepa | $ | 50.00 | PREPA | TX | Call with Jonathan Davis of McKinsey on fiscal plan implications for PREPA. |
| March-21 | Title III | 3/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for Prepa | $ | 300.00 | Commonwealth | TX | Work on labor reform and Laws 4 and 80. |
| March-21 | Title III | 3/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | TX | General advisors weekly call |
| March-21 | Title III | 3/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | TX | Public Board meeting |
| March-21 | Title III | 3/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | TX | Public Board meeting |
| March-21 | Title III | 3/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and monitoring for Prepa | $ | 100.00 | PREPA | TX | Call with McKinsey on growth for PREPA revenue calculation. |
| March-21 | Title III | 3/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | TX | Review of education reform chapter |
| March-21 | Title III | 3/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.25 | Business operations--Fiscal plan development for the Commonwealth | $ | 75.00 | Commonwealth | TX | Review of education reform chapter and growth impact. |
| March-21 | Title III | 3/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with McKinsey on macro forecast. |
| March-21 | Title III | 3/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for Prepa | $ | 150.00 | PREPA | TX | Call with PREPA advisors on growth forecast. |
| March-21 | Title III | 3/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Business operations--Fiscal plan development for the Commonwealth | $ | 225.00 | Commonwealth | TX | Call with education reform team. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.25 | Business operations--Fiscal plan development for the Commonwealth | $ | 75.00 | Commonwealth | TX | Weekly advisors call on fiscal plan and macro. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | TX | Analysis of Law 4 elimination on macro. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with McKinsey on EITC. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan development for the Commonwealth | $ | 200.00 | Commonwealth | TX | Call with McKinsey and advisors on EITC/CTC. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ | 150.00 | Commonwealth | TX | Analysis of UPR spending cuts on macro. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan development for the Commonwealth | $ | 200.00 | Commonwealth | TX | Analysis of PRASA spending cuts on macro. |
| March-21 | Title III | 3/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.92 | Business operations--Fiscal plan development for the Commonwealth | $ | 275.00 | Commonwealth | TX | Final meeting on UPR and pensions |
| March-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ | - | Commonwealth | TX | |

| | | | | |
|---|---|---|---|---|
| Total | | 76.17 | | $ 22,850.00 | | $ | 22,850.00 |
| Share of the work on Prepa (legal) | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $22,250.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $600.00 |
| Share of the work on the Commonwealth FP monitoring | 0.0% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $0.00 | | |
| Share of the work on the Commonwealth FP development | 97.4% | Business operations--Fiscal plan development for the Commonwealth | $22,250.00 | | |
| Fiscal plans of other entities | 2.6% | Business operations--Fiscal plan review and monitoring for Prepa | $600.00 | | |
| Fiscal plans of other entities | 0.0% | Participation in and prep for Mediation Sesssions for the Commonwealth | $0.00 | | |
| **Days in Puerto Rico** | **0.0** | Puerto Rico | | check: | 0 |

Checks                                      100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In Jan 19 days at 4 hours a day is:**      **88**    **hours.**      $   300.00

             **$25,000**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April-21 | Title III | 4/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on the potential for pass through revisions. |
| April-21 | Title III | 4/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan development for the Commonwealth | $ 100.00 | Commonwealth | TX | Work on the potential for pass through revisions. |
| April-21 | Title III | 4/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.17 | Work with legal teams on Commonwealth debt | $ 50.00 | Commonwealth | TX | Call with McKinsey advisors on macro questions. |
| April-21 | Title III | 4/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | CW fiscal plan prep session for the Board subcommittee |
| April-21 | Title III | 4/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | CW fiscal plan prep session for the Board subcommittee |
| April-21 | Title III | 4/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan development for the Commonwealth | $ 200.00 | Commonwealth | TX | CW fiscal plan prep session for the Board subcommittee |
| April-21 | Title III | 4/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on impact of HTA on CW fiscal plan. |
| January-00 | Title III | 4/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | $ - | Call with McKinsey on technical modeling issues. |
| April-21 | Title III | 4/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Board subcommittee call on CW fiscal plan |
| April-21 | Title III | 4/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Board subcommittee call on CW fiscal plan |
| April-21 | Title III | 4/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey advisors on remaining macro issues. |
| April-21 | Title III | 4/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Weekly call with advisors |
| April-21 | Title III | 4/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on impact of repeal of Act 4. |
| April-21 | Title III | 4/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Board on CW fiscal plan |
| April-21 | Title III | 4/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Board on CW fiscal plan |
| April-21 | Title III | 4/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Literature review of work on infrastructure and growth. |
| April-21 | Title III | 4/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Literature review of work on infrastructure and growth. |
| April-21 | Title III | 4/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Analysis of infrastructure plan on macroforecast. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of final fiscal plan document. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of final fiscal plan document. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Trucking deregulation and growth analysis. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Trucking deregulation and growth analysis. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan final modifications. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with McKinsey on fiscal plan final modifications. |
| April-21 | Title III | 4/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Macro advisors call. |
| April-21 | Title III | 4/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on structural reforms. |
| April-21 | Title III | 4/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on finalizing macro numbers.. |
| April-21 | Title III | 4/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on finalizing macro numbers.. |
| April-21 | Title III | 4/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalizing the fiscal plan document. |
| April-21 | Title III | 4/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Finalizing the fiscal plan document. |
| April-21 | Title III | 4/22/21 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan development for the Commonwealth | $ 600.00 | Commonwealth | TX | Board strategy call. |
| April-21 | Title III | 4/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Post Board startegy meeting finalization of growth issues. |
| April-21 | Title III | 4/23/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan development for the Commonwealth | $ 450.00 | Commonwealth | TX | Public Board meeting. |
| April-21 | Title III | 4/27/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.92 | Business operations--Fiscal plan development for the Commonwealth | $ 275.00 | Commonwealth | TX | Discussion of Census population numbers on fiscal model. |
| April-21 | Title III | 4/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Preparation work for discussion of census with CEO. |
| April-21 | Title III | 4/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with CEO on the census. |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| April-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |

| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
|---|---|---|---|---|---|---|---|---|
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |
| April-21 | Title III | Andrew Wolfe | Advisor to Board | $300 | $ | - | Commonwealth | TX |

| Total | | 32.58 | | $ 9,775.00 | | $ | 9,775.00 |
|---|---|---|---|---|---|---|---|
| Share of the work on Prepa (legal) | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $9,775.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 0.0% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $0.00 | | |
| Share of the work on the Commonwealth FP development | 99.5% | Business operations--Fiscal plan development for the Commonwealth | $9,725.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.5% | Work with legal teams on Commonwealth debt | $50.00 | | |

**Days in Puerto Rico**   0.0  Puerto Rico                                     check:         0

Checks                            100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

| $25,000 fee for Monthly Retainer for 1/2-time Work. In May 20 days at 4 hours a day is: | | | | | | 80 | hours. | | | | $ 300.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | $25,000 |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May-21 | Title III | 5/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Review of labor law changes in PR Congress |
| May-21 | Title III | 5/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with legal staff and FOMB advisors on labor law s. |
| May-21 | Title III | 5/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Review of implications for government not following the fiscal plan on tourism agency consolidation. |
| May-21 | Title III | 5/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Review of implications for government not following the fiscal plan on tourism agency consolidation. |
| May-21 | Title III | 5/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Complete overhaul of PR monitoring database. |
| May-21 | Title III | 5/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Complete overhaul of PR monitoring database. |
| May-21 | Title III | 5/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Complete overhaul of PR monitoring database. |
| May-21 | Title III | 5/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Review of labor legislation and impact on fiscal plan. |
| May-21 | Title III | 5/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Review of labor legislation and impact on fiscal plan. |
| May-21 | Title III | 5/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Complete overhaul of PR monitoring database. |
| May-21 | Title III | 5/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Complete overhaul of PR monitoring database. |
| May-21 | Title III | 5/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | MD | Discussion with FOMB staff on impact of infrastructure on growth. |
| May-21 | Title III | 5/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | Commonwealth | MD | Call with Proskauer on disaster relief funding in fiscal plans. |
| May-21 | Title III | 5/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with McKinsey on presentation to Proskauer |
| May-21 | Title III | 5/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Work on inflation modeling. |
| May-21 | Title III | 5/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep for call with Proskauer on macro modeling. |
| May-21 | Title III | 5/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with Proskauer on macro modeling. |
| May-21 | Title III | 5/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with Proskauer on macro modeling. |
| May-21 | Title III | 5/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | MD | Discussion woth Board member on labor market reform. |
| May-21 | Title III | 5/23/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Analysis of Jones Act study for CEO. |
| May-21 | Title III | 5/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Finalization of call with Proskauer on macro modelling. |
| May-21 | Title III | 5/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with Proskauer on revenues |
| May-21 | Title III | 5/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.30 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 90.00 | Commonwealth | MD | Call continued with Proskauer on revenues |
| May-21 | Title III | 5/27/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 600.00 | Commonwealth | MD | Public Board meeting. |
| May-21 | Title III | 5/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 600.00 | Commonwealth | MD | Study of impact of proposed legislation on labor reform as requested by CEO. |

| | | | | | |
|---|---|---|---|---|---|
| Total | | 24.80 | | $ 7,440.00 | $ 7,440.00 |
| Share of the work on Prepa (legal) | | 4.0% | Work with legal teams on Prepa fiscal plan and debt | $300.00 | Commonwealth $7,140.00 |
| Share of the work on Prepa (pricing and macro) | | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA $300.00 |
| Share of the work on the Commonwealth FP monitoring | | 96.0% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $7,140.00 | |
| Share of the work on the Commonwealth FP development | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | |
| Fiscal plans of other entities | | 0.0% | Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 | |
| Fiscal plans of other entities | | 0.0% | Work with legal teams on Commonwealth debt | $0.00 | |
| | | | | | |
| **Days in Puerto Rico** | | **0.0** | Puerto Rico | check: | 0 |