**EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10641 | Title III | 2/3/2021 | Andrew Wolfe | Legal | $ 585.00 | 1 | $585.00 | Commonwealth | Legal expenses for January 2021. |
| TOTAL IN FEB | | | | | | | **$585.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10641 | Title III | 3/14/2021 | Andrew Wolfe | Legal | $ 180.00 | 1 | $180.00 | Commonwealth | Legal expenses for February 2021. |
| TOTAL IN MAR | | | | | | | **$180.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10641 | Title III | | Andrew Wolfe | Legal | $ 315.00 | 1 | $315.00 | Commonwealth | Legal expenses for March 2021. |
| TOTAL IN APRIL | | | | | | | **$315.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10641 | Title III | | Andrew Wolfe | Legal | | 1 | $0.00 | Commonwealth | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL IN MAY | | | | | | | $0.00 | | |